**CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Pursuant To 11 U.S.C. § 363 Authorizing And Approving The Employment And Retention Of John Ray As The Debtors' Principal Officer,** *Nunc Pro Tunc* **To December 7, 2009** was caused to be made on December 8, 2009, in the manner indicated upon the entities on the attached service list.

Dated: December 8, 2009

                                                 */s/ Andrew R. Remming*
                                                     Andrew R. Remming (No. 5120)

3271861.1