## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., et al., | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | Hearing Date: TBD |
| | : | Objection Deadline: December 8, 2009 |
| | : | (extended by agreement) |
| | : | |
| | : | Related to Docket Nos. 1898 |

### OBJECTION TO DEBTORS' NOTICE TO ASSUME AND ASSIGN EXECUTORY CONTRACTS WITH AON CONSULTING

NOW COMES Aon Consulting, by and through its counsel, Duane Morris LLP and Post & Schell, PC, and objects to the Debtors' Notice to Assume and Assign Certain Executory Contracts with Aon Consulting, and in support thereof, states as follows:

1. On or about January 14, 2009, Nortel Networks Inc. and several of its subsidiaries (collectively, the "Debtors") filed petitions in the United States Bankruptcy Court for the District of Delaware seeking relief under chapter 11 of the United States Bankruptcy Code.

2. As part of their jointly administered bankruptcy cases, the Debtors caused to be served on Aon Consulting's counsel a Notice of their intent to assume and assign certain contracts (the "Contracts") which were entered into in 1997 and 1998 and which the Debtors believe they have with Aon Consulting. A copy of the Notice is attached hereto as Exhibit A.

3. The Contracts which are listed on Schedule A of the Notice were terminated by Aon Consulting in 2008, prior to the filing of the bankruptcy petitions. *See*, Exhibit B attached hereto.

DM3\1221877.1

4.    The Contracts are not executory and can not be assumed. In the Third Circuit, it is well established that "an executory contract is a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing performance of the other." <u>Sharon Steel Corp. v. National Fuel Gas Distribution Corp.</u>, 872 F.2d 36, 39 (3rd Cir. 1989) (citations and internal quotations omitted). In the case at bar, the evidence demonstrates that the Contracts were terminated and that neither party was actually performing, or under any obligation of performance, under the Contracts.

5.    Upon receiving this Notice and determining that the Contracts were terminated pre-petition, Aon Consulting's counsel contacted Andrew R. Remming, Debtors' counsel, who agreed to extend the objection deadline from November 30, 2009 to December 4, 2009 in an effort to resolve the matter.

6.    Attorney Remming and Aon Consulting's counsel engaged in meaningful good-faith discussions regarding the status of the Contracts between the Debtors and Aon Consulting.

7.    During one such discussion, on December 3, 2009, Attorney Remming advised Aon Consulting's counsel that the decision regarding the Contracts rested with counsel at Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"). Attorney Remming then provided the contact information for the appropriate person at Cleary Gottlieb. Unfortunately, despite multiple telephone calls on December 3, 2009, on December 4, 2009, and on December 7, 2009 to the contact at Cleary Gottlieb, who further extended the deadline to December 8, 2009, the matter remains unresolved.

8.    Accordingly, Aon Consulting files this Objection to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts with Aon Consulting.

DM3\1221877.1

WHEREFORE, for the reasons set forth above, and those that may be raised at a hearing on the matter, Aon Consulting prays that this Honorable Court will enter an Order (a) holding that the alleged executory contracts with Aon Consulting were terminated pre-petition; (b) holding that the alleged executory contracts with Aon Consulting are not assumable as executory contracts; and (c) granting such further relief as may be necessary or appropriate.

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Richard W. Riley*
      Richard W. Riley, Esquire (DE 4052)
      1100 North Market Street, Suite 1200
      Wilmington, DE 19801-1246
      Tel: (302) 657-4928
      Fax: (302) 657-4901
      rwriley@duanemorris.com

and

POST & SCHELL, P.C.

By:    Brian W. Bisignani, Esquire
        D. Troy Sellars, Esquire
        17 North Second Street, 12th Floor
        Harrisburg, PA 17101-1601
        Tel:   (717) 731-1970
        Fax:  (717) 731-1985
        bbisignani@postschell.com
        tsellars@postschell.com

Dated: December 8, 2009

DM3\1221877.1