# EXHIBIT B

Patty,

We only will quote a minimum of 1 year. I have submitted this request to my management and will advise if they will accept a PO for 1 quarter.

Thanks


Colleen Nieves

Nortel

Service Business Administrator

Ph: 631-285-2383

(send PO's to) Fx: 1-800-707-6983

email: <mailto:nieves@nortel.com> nieves@nortel.com

These things, I warmly wish for you-Someone to love, some work to do, a bit of sun, a bit of cheer, and a guardian angel always near.

- Irish saying

-----Original Message-----
From: Patty I Bentley [mailto:patty_i_bentley@aon.com]
Sent: Thursday, November 29, 2007 10:31 AM
To: Rizopoulos, Melanie (VMMH:9115)
Cc: Nieves, Colleen (VMMH:9115)
Subject: RE: AON IVR Maintenance Quote [Virus Checked]


Thanks for the quick response, Melanie.

Aon is outsourcing its Call Center technology, so we will no longer need to keep maintenance on these 4 systems beyond first quarter 2008 (not end of April as previously stated).

We will no longer require maintenance on the remaining 6 systems beyond 12/31/07.


"Melanie Rizopoulos" <melanie8@nortel.com>

11/29/2007 10:09 AM

         To:    "Patty I Bentley" <patty_i_bentley@aon.com>
         cc:
         Subject:   RE: AON IVR Maintenance Quote  [Virus Checked]