**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., et al., | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify I am not less than 18 years of age and that on December 8, 2009, I caused a copy of the Objection To Debtors' Notice To Assume And Assign Executory Contracts With Aon Consulting to be served upon the parties listed on the attached service list in the manner indicated on the service list.

Under penalty of perjury, I declare the foregoing to be true and correct.


Dated: December 8, 2009             /s/ Richard W. Riley
       Wilmington, Delaware         Richard W. Riley (DE 4052)


DM3\1221898.1

## SERVICE LIST

**VIA US MAIL**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

**VIA HAND DELIVERY**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**VIA US MAIL**
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

**VIA US MAIL**
Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

**VIA HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**VIA US MAIL**
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10006