**EXHIBIT E**

**PROPOSED FIFTH AND FINAL DISTRIBUTION FROM LIQUIDATION OF NETtel and NETtel PARENT CH. 7 ESTATES AND PREFERENCE ACTION PROCEEDS**
(*All amounts are approximate.*)

A. **Remaining Funds/Other Assets Held by NETtel Trustee:**

    1. Preference Escrow      $3,728,000[1]

    2. Employee Trust      $ 75,000

    3. Proceeds      $ 412,000

B. **NNI, as Agent for Secured Lenders, claims security interest in:**

    1. Preference Escrow      $3,728,000[1]

    2. Proceeds      $ 412,000

C. **Funds to be Disbursed to NNI as Agent for Secured Lenders Under Proposed Settlement:**

    1. Preference Escrow      $2,375,000 (63.7%)

    2. Proceeds      $ 400,000 (97.08%)

D. **Funds to be Disbursed on Account of Third Party/NETtel Trustee Allowed Ch. 7 Administrative Expenses[2] Under Proposed Settlement:**

    1. Preference Escrow      $ 946,000

    2. Proceeds      $ 12,000

E. **Funds to be Disbursed on Account of The Hartford Fire Insurance Co. ("Hartford") Allowed Chapter 7 Administrative Expense Claim[3]:**

    1. Preference Escrow      $ 250,000

    2. Proceeds      $ -0-

---

[1] NETtel Trustee continues to pursue recovery of a maximum of approximately $193,000 in pending adversary proceeding. Actual recovery, net of related fees and costs, is uncertain.

[2] Asserted by NETtel Trustee to be entitled to treatment under 11 U.S.C. § 506(c)

[3] The US Bankruptcy Court for the District of Columbia entered an order allowing Hartford's administrative expense claim which was entitled to treatment under 11 U.S.C. §506(c) (the "Hartford Admin Claim"), in the amount of $863,000. Disbursement of these funds is an advance against payment of the Hartford Admin Claim. The NETtel Trustee estimates that the total payment on the Hartford Administrative Claim will be $372,000 (approximately 43% of the total Hartford Admin Expense Claim) and that payment will be made upon case closing.

**PROPOSED FIFTH AND FINAL DISTRIBUTION FROM LIQUIDATION OF NETTEL AND NETTEL PARENT CH. 7 ESTATES and PREFERENCE action PROCEEDS**
(continued)

F. **Funds to be Disbursed to Beneficiaries of Employee Trust:**

    1. Employee Trust     $ 75,000

G. **Allocation of Funds to be Disbursed by NNI as Agent for Secured Lenders Under Proposed Settlement:**

    1. Allied Capital Corporation, Secured Lender (Net Proceeds)     $ 364,560 (21.7%)

    2. Williams Communications, Inc, Secured Lender (Net Proceeds)     $ 441,841 (26.3%)

    3. NNI, Secured Lender

        a. Net Proceeds     $ 872,760 (51.95%)

        b. 100% Reimbursement to NNI for fees/costs incurred (and paid) as Agent for Secured Lenders in connection with Ch. 11/ Ch. 7 Cases     $ 945,000

        c. Total to NNI Ch. 11 Estate     $1,817,760

    4. Fees/Costs Incurred (but not paid) as Agent for Secured Lenders     $ 90,000

    5. Estimated Fees/Costs to Case Closing to Be Incurred as Agent for Secured Lenders     $ 60,000

H. **Funds to be Held by NETtel Trustee for Final ProRata Distribution at Case Closing:**

    1. Preference Escrow     $ 157,000