9

**EXHIBIT A**

[Proposed Order]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
                                                               :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
            Debtors.                                           :
                                                               :
                                                               :   RE: D.I. _____
                                                               :
---------------------------------------------------------------X

**ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR AN ORDER APPROVING THE COMPROMISE OF A CONTROVERSY BY AND AMONG (I) THE DEBTORS AND (II) THE CHAPTER 7 TRUSTEE OF NETTEL CORPORATION, INC**

Upon the motion (the "Motion to Shorten"),[2] of Nortel Networks Inc. ("NNI"), and its affiliated debtors and debtors in possession (collectively, the "Debtors") for entry of an order, as more fully described in the Motion to Shorten, shortening notice pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e) with respect to the *Debtors' Motion For An Order Approving The Compromise Of A Controversy By And Among (I) The Debtors And (II) The Chapter 7 Trustee Of NETtel Corporation, Inc* (the "Motion") [D.I. 2099]; and it appearing that adequate notice of the Motion having been given as set forth in the Motion to Shorten; and it appearing that no other or further notice is necessary; and it appearing that the relief requested is in the best interests of the Debtors' estates and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

creditors, and other parties-in-interest; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The Motion will be considered at a hearing scheduled on **December 15, 2009 at 10:00 a.m.** (prevailing Eastern Time).

3. Objections, if any, to the Motion shall be filed and served no later than **December 14, 2009 at 12:00 p.m.** (prevailing Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2009
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3271736.2

2