## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For An Order Approving The Compromise Of A Controversy By And Among (I) The Debtors and (II) The Chapter 7 Trustee Of Nettel Corporation, Inc**. was caused to be made on December 8, 2009, in the manner indicated upon the entities identified below and those on the attached service list.

Dated: December 8, 2009

_____
Andrew R. Remming (No. 5120)

### VIA OVERNIGHT MAIL

Vivian Katsantonis, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102

Edward C. Dolan, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, District of Columbia 20004

Daniel M. Litt, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403

Linda M. Correia, Esq.
WEBSTER, FREDRICKSON, CORREIA
& PUTH, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C. 20006

3272209.2