**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

November 1, 2009 Through November 30, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | November |
|---------|---------------------|----------|
| 1 | Pension Advisory | 21.0 |
| 2 | Engagement/Retention/Fee Applications | 6.5 |
| **TOTAL** | | **27.5** |

**Summary of Services Rendered by Professional**

| Name | November |
|------|----------|
| Bradley D. Belt (Chairman) | 12.0 |
| John L. Spencer (Senior Advisor) | 10.0 |
| Dawn M. Bizzell (Director) | 5.5 |
| **TOTAL** | **27.5** |

Palisades Capital Advisors LLC
Time Detail by Activity
November 1, - 30, 2009

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 11/4/2009 | Review UK MOU; follow up discussion with CGSH, Punter Southall, PBGC | 2.0 | 1 | BDB |
| 11/4/2009 | Review UK MOU; follow up discussion with CGSH, Punter Southall, PBGC | 2.0 | 1 | JLS |
| 11/5/2009 | Meet with UK regulators re: discussion on MOU | 1.0 | 1 | BDB |
| 11/6/2009 | Internal discussion re: MOU | 0.5 | 1 | BDB |
| 11/6/2009 | Internal discussion re: MOU | 0.5 | 1 | JLS |
| 11/9/2009 | Review transaction documents/draft terms sheets; Conference call with CGSH to discuss | 2.0 | 1 | BDB |
| 11/9/2009 | Review transaction documents/draft terms sheets; Conference call with CGSH to discuss | 2.0 | 1 | JLS |
| 11/10/2009 | Telephone call with Nortel, CGSH, and PBGC RE: PBGC offer | 1.0 | 1 | BDB |
| 11/10/2009 | Telephone call with Nortel, CGSH, and PBGC RE: PBGC offer | 1.0 | 1 | JLS |
| 11/17/2009 | Internal discussion re: PBGC Offer | 1.0 | 1 | BDB |
| 11/17/2009 | Internal discussion re: PBGC offer | 1.0 | 1 | JLS |
| 11/18/2009 | Follow up telephone calls/emails RE: PBGC offer | 1.5 | 1 | BDB |
| 11/18/2009 | Follow up telephone calls/emails RE: PBGC offer | 1.5 | 1 | JLS |
| 11/20/2009 | Review UK pension issue | 0.5 | 1 | BDB |
| 11/20/2009 | Follow up telephone calls/emails RE: PBGC offer | 1.5 | 1 | BDB |
| 11/20/2009 | Review UK pension issue | 0.5 | 1 | JLS |
| 11/20/2009 | Follow up telephone calls/emails RE: PBGC offer | 1.5 | 1 | JLS |
| | **November Total - Activity 1** | **21.0** | | |
| 11/9/2009 | Review Monthly Fee Application | 0.5 | 2 | BDB |
| 11/9/2009 | Monthly Fee Application | 4.0 | 2 | DMB |
| 11/12/2009 | Review Quarterly Fee Application | 0.5 | 2 | BDB |
| 11/12/2009 | Quarterly Fee Application | 1.5 | 2 | DMB |
| | **November Total - Activity 2** | **6.5** | | |
| | **Total** | **27.5** | | |