**EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

November 1, 2009 Through November 30, 2009

Expense Summary

| Expense Category | Total Expense |
|---|---|
| **TOTAL** | **$28.14** |
| Delivery Expense 11.11.2009 | $28.14 |