IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

**Related Docket Nos. 2064, 2065, 2066 & 2070**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 07, 2009, I caused to be served the:

    a. "Order (A) Authorizing and Approving the GSM Termination Fee Agreement and (B) Granting Related Relief," dated December 2, 2009 [Docket No. 2064],

    b. "Order Authorizing and Approving Sale of Debtors' GSM/GSM-R Free and Clear of All Liens, Claims and Encumbrances," dated December 2, 2009 [Docket No. 2065],

    c. "Order (A) Approving the Assumption and Assignment Procedures in Connection with the Sale of Nortel's GSM/GSM-R Business (B) Authorizing the Filing of Certain Documents Under Seal and (C) Granting any Other Relief," dated December 2, 2009 [Docket No. 2066], and

    d. "Order Authorizing and Approving (A) Sale of Certain Assets of the Debtors' Metro Ethernet Network Business Free and Clear of All Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts," dated December 3, 2009 [Docket No. 2070],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Ord Apprv GSM Termination Agmt, Ord Apprv GSM Sale, Ord Apprv Assumption of Procedures, Ord Apprv Metro Ethernet Sale _Aff_12-7-09.doc

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          Samuel Garcia

Sworn to before me this
8th day of December, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES