## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-First Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 11, 2009, in the manner indicated upon the entities identified below and on the attached service list.

Dated: December 11, 2009

Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL:**
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Ronald J. Laudner, Jr.
OmniTel Communications
608 East Congress
Nora Springs, IA 50458

Nathan Weber
Vantage Point Solutions, Inc.
2211 North Minnesota Street
Mitchell, SD 57301

Candice Pearson
Westchester Fire Insurance Company
436 Walnut Street
Philadelphia, PA 19106

3278870.1