**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                          :
```
*In re*                                   :      Chapter 11

                                          :
Nortel Networks Inc., *et al.,*[1]        :      Case No. 09-10138 (KG)

                                          :
            Debtors.                      :      Jointly Administered

                                          :
                                          :      **RE: D.I. _____**
```
-----------------------------------------------------------X
```

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING
TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105(A) AND § 363(B)
FOR AN ORDER (A) APPROVING DEBTORS' ENTRY INTO THE
ENTERPRISE SOLUTIONS BUSINESS ESCROW AGREEMENT
AND (B) GRANTING RELATED RELIEF**

Upon the motion dated December 11, 2009 (the "Motion to Shorten")[2] of Nortel

Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-

captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion to

Shorten, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local

Rule 9006-1(e), shortening the notice period related to the Debtors' Motion (the "Motion")

Pursuant to 11 U.S.C. § 105(a) and § 363 for an Order, (a) Approving Debtors' Entry into the

Enterprise Solutions Business Escrow Agreement (the "Escrow Agreement") and (b) Granting

Related Relief; and adequate notice of this Motion to Shorten and the Motion having been given;

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

and it appearing that no other or further notice need be provided; and the Court having

jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion to

Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined

that the legal and factual bases set forth in the Motion to Shorten establish just cause for the

relief requested in the Motion to Shorten, and that such relief is in the best interests of the

Debtors, their estates, their creditors and the parties in interest; the Court having determined that

"cause" exists to shorten the notice period related to this Motion to Shorten; and after due

deliberation and sufficient cause appearing therefore;

   IT IS HEREBY ORDERED THAT:

   1. The Motion will be considered at the hearing scheduled for December 15, 2009 at

10:00 a.m. (Eastern Time).

   2. Objections, if any, to the Motion shall be filed and served in accordance with the

Local Rules of this Court by no later than December 14, 2009 at 12:00 p.m. (Eastern Time).

   3. The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.


Dated: _____, 2009
   Wilmington, Delaware

             _____
             THE HONORABLE KEVIN GROSS
             UNITED STATES BANKRUPTCY JUDGE