IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Related Docket Nos. 2069, 2076, 2078, & 2091 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2009, I caused to be served the following:

    a. "Order Authorizing the Debtors to File Under Seal Certain Portions of (I) the Settlement and Release Agreement and (II) the Side Agreement, Attached as Exhibits to the Debtors' Motion Pursuant to 11 U.S.C §§ 105and 363 and Fed. R. Bankr. P. 9019 the Entry of an Order (I) Authorizing and Approving the Flextronics Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief," dated December 2, 2009 [Docket No. 2069], (the "Flextronics Order"),

    b. "Order Authorizing the Debtors to File Under Seal the Sellers Disclosure Schedules and All Exhibits and Schedules to the GSM Asset Sale Agreement," dated December 2, 2009 [Docket No. 2076], (the "GSM Sale Agreement Order"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Ord Auth Flextronics Settlement, Ord Auth GSm Asset Sale, Order Auth Metro Networks, Ord to Shorten Ntc_AFF_12-10-09.doc

    c. "Order Authorizing the Debtors to File Under Seal the Sellers Disclosure Schedule and Exhibits and Other Schedules Related to the Sale of Certain Assets of the Metro Ethernet Networks Business," dated December 2, 2009, to which is attached the "Certificate of Service," dated November 2, 2009 [Docket No. 2078], (the "Metro Ethernet Networks Asset Sale Order"), and

    d. "Order Shortening Notice of Debtors' Motion for an Order Approving Settlement Agreement with the International Business Machines Corporation," dated December 8, 2009 [Docket No. 2091], (the "Order to Shorten Notice"),

by causing true and correct copies of the:

    i. Flextronics Order, GSM Sale Agreement Order, Metro Ethernet Networks Asset Sale Order, and Order to Shorten Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached <u>Exhibit A</u>, and

    ii. Metro Ethernet Networks Asset Sale Order, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brittany Whalen

Sworn to before me this
11th day of December, 2009

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010