**EXHIBIT B**

**NNI – Orders – 12-10-09**

Latham & Watkins LLP
Douglas Bacon, Esq.
Joseph Simi, Esq.
Alice Burke, Esq.
233 South Wacker Drive, Suite 5800
Chicago, IL  60606