IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
　　　　　　　　　　　　) ss.:
COUNTY OF HARTFORD　 )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2009, I caused to be served true and correct copies of the following:

    a. "Notice of Debtors' Motion for an Order Approving Settlement Agreement with the International Business Machines Corporation Notice of Filing of Successful Bid," dated December 7, 2009, to which is attached the "Debtors' Motion for An Order Approving Settlement Agreement with the International Business Machines Corporation," dated December 7, 2009 [Docket No. 2089], and

    b. "Debtors' Motion for an Order Shortening Notice of Debtors; Motion for an Order Approving Settlement Agreement with The International Business Machines Corporation," dated December 7, 2009 [Docket No. 2090],

enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\IMBC Motion and Motion to Shorten_Aff_12-7-09.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         Brian Hunt

Sworn to before me this
10th day of December, 2009

_____
Notary Public

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011

- 2 -

T:\Clients\NORTEL\Affidavits\IMBC Motion and Motion to Shorten_Aff_12-7-09.doc