# Notice Recipients

District/Off: 0311−1      User: Jennifer          Date Created: 12/14/2009
Case: 09−10138−KG         Form ID: ntcBK          Total: 15

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty     Nancy G. Everett            neverett@winston.com, ecf_ch@winston.com

                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nortel Networks Inc., et al.    2221 Lakeside Boulevard    Richardson, TX 75082
frep    Allen &Overy LLP,   1221 Avenue of the Americas    New York, NY 10020
ust     Thomas Patrick Tinker   Office of the U.S. Trustee    844 King Street Suite 2207    Wilmington, DE 19801
aty     Andrew R. Remming   Morris, Nichols, Arsht &Tunnell    1201 North Market Street    P.O. Box 1347    Wilmington, DE 19899−1347
aty     Ann C. Cordo    Morris Nichols Arsht &Tunnell LLP    1201 N. Market Street    P.O. Box 1347    Wilmington, DE 19899−1347
aty     Derek C. Abbott    Morris Nichols Arsht &Tunnell    1201 N. Market Street    Wilmington, DE 19899
aty     Derek C. Abbott    Morris, Nichols, Arsht &Tunnell    1201 N. Market Street    P. O. Box 1347    Wilmington, DE 19899
aty     Eric D. Schwartz    Morris, Nichols, Arsht &Tunnell    1201 N.Market Street    P. O. Box 1347    Wilmington, DE 19801
aty     James L. Bromley    Cleary Gottlieb Steen &Hamilton    One Liberty Plaza    New York, NY 10006
aty     Mary Caloway    Buchanan Ingersoll &Rooney PC    1000 West Street    Ste 1410    Wilmington, DE 19801
aty     Peter James Duhig    Buchanan Ingersoll &Rooney PC    The Brandywine Building    1000 West Street    Suite 1410, P.O. Box 1397    Wilmington, DE 19899
aty     Thomas F. Driscoll, III    Morris, Nichols, Arsht &Tunnell LLP    1201 North Market Street    Wilmington, DE 19801
aty     Thomas F. Driscoll, III    Morris, Nichols, Arsht &Tunnell LLP    1201 North Market Street    Wilmington, DE 19801

                                                                      TOTAL: 13