## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

In re

Nortel Networks Inc., *et al.*,[1]

　　　　　　　　　Debtors.

------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I.** 1981

### ORDER MODIFYING THE APPLICATION OF
### BANKRUPTCY RULE 3007(e)(6) AND LOCAL RULE 3007-1(f)
### PERTAINING TO OMNIBUS CLAIMS OBJECTIONS

Upon the motion dated November 24, 2009 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), seeking relief from the requirements of Rule 3007(e)(6) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The numerosity requirement of Bankruptcy Rule 3007(e)(6) is waived as to non-substantive omnibus objections filed by the Debtors.

3. The numerosity requirements of Local Rule 3007-1(f)(i) and (ii) are waived as to substantive omnibus objections to claims filed by the Debtors.

4. The Debtors are permitted to file up to five (5) substantive omnibus claims objections per calendar month.

5. The Debtors are permitted to object to more than 100 claims in each of the Debtors' non-substantive omnibus claim objections and more than 150 claims in each of the Debtors' substantive omnibus claim objections until the closure of the Debtors' cases provided, however, that the Debtors shall include no more than 200 claims in any omnibus claim objection.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 14, 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE