## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 15, 2009 AT 10:00 A.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel (D.I. 499, filed 3/20/09).

    Related Pleadings: None.

    Objection Deadline: April 2, 2009 at 4:00 p.m. (ET). Extended for the Debtors to a date to be determined.

    Responses Received: None at this time.

    Status: This matter has been adjourned to a date to be determined.

2. Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings: None.

Objection Deadline: June 4, 2009 at 4:00 p.m. (ET). Extended to January 14, 2010 at 4:00 p.m. (ET) for the Debtors and the Committee.

Responses Received: None at this time.

Status: This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).

3.  Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

    Related Pleadings:

    See *Notice Of Agenda Of Matters Scheduled For Hearing On December 2, 2009 At 11:00 A.M. (ET)* [D.I. 2029].

    Objection Deadline: October 6, 2009 at 4:00 p.m. (ET). Extended for the Internal Revenue Service without date.

    Responses Received:

    See *Notice Of Agenda Of Matters Scheduled For Hearing On December 2, 2009 At 11:00 A.M. (ET)* [D.I. 2029].

    Status: After a successful mediation session before The Honorable John Gibbons on October 7, 2009, the parties came to an interim resolution of the Objection and the hearing on this matter has been adjourned to a hearing without date.

4.  Motion Of Belden Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts Owed By And Between Belden Inc. And Debtors (D.I. 1795, Filed 10/30/09).

    Related Pleadings: None.

    Objection Deadline: November 12, 2009 at 4:00 p.m. (ET). Extended for the Debtors and the Committee to January 14, 2010 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

5.  Debtors' Motion For An Order (A) Authorizing The Assumption Of An Unexpired Lease Of Nonresidential Real Property Under Section 365 Of The Bankruptcy Code, (B) Approving A Lease Modification Agreement And (C) Authorizing Debtors To Enter Into A Lease Modification Agreement (D.I. 1934, Filed 11/20/09).

    Related Pleadings:

    a)  Certificate Of No Objection (D.I. 2108, Filed 12/10/2009); and

    b)  **Order (A) Authorizing The Assumption Of An Unexpired Lease Of Nonresidential Real Property (B) Approving A Lease Modification Agreement And (C) Authorizing Debtors To Enter Into A Lease Modification Agreement (D.I. 2124, Filed 12/14/2009).**

    Objection Deadline: December 8, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: **Order entered.**

6.  Debtors' Motion For An Order Modifying The Application Of Bankruptcy Rule 3007(e)(6) And Local Rule 3007-1(f) Pertaining To Omnibus Claims Objections (D.I. 1981, Filed 11/24/09).

    Related Pleadings:

    a)  Revised Notice Of Hearing Regarding Debtors' Motion For An Order Modifying The Application Of Bankruptcy Rule 3007(e)(6) And Local Rule 3007-1(f) Pertaining To Omnibus Claims Objections (D.I. 2015, Filed 11/25/09); and

    b)  Certificate Of No Objection (D.I. 2109, Filed 12/10/2009); and

    c)  **Order Modifying The Application Of Bankruptcy Rule 3007(e)(6) And Local Rule 3007-1(f) Pertaining To Omnibus Claims Objections (D.I. 2125, Filed 12/14/09).**

    Objection Deadline: December 8, 2009 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: **Order entered.**

UNCONTESTED MATTERS GOING FORWARD:

7. Debtors' Motion For An Order Authorizing The Assumption And Assignment Of An Unexpired Lease Of Nonresidential Real Property And A Related Sublease Pursuant To Sections 105 And 365 Of The Bankruptcy Code (D.I. 2011, Filed 11/25/09).

   Related Pleadings: None.

   Objection Deadline: December 8, 2009 at 4:00 p.m. (ET). Extended for Avaya Inc. to December 12, 2009 at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Status: This matter is going forward.

8. Debtors' Motion For An Order Approving Settlement Agreement With The International Business Machines Corporation (D.I. 2089, Filed 12/7/09).

   Related Pleadings:

   a) Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For An Order Approving Settlement Agreement With The International Business Machines Corporation (D.I. 2090, Filed 12/7/09); and

   b) Order Shortening Notice Of Debtors' Motion For An Order Approving Settlement Agreement With The International Business Machines Corporation (D.I. 2091, Entered 12/8/09).

   Objection Deadline: December 14, 2009 at 12:00 p.m. (ET).

   Responses Received: Informal response from the Committee.

   Status: The Debtors will present a revised order at the hearing that resolves the Committee's informal response.

9. Debtors' Motion For An Order Approving The Compromise Of A Controversy By And Among (I) The Debtors And (II) The Chapter 7 Trustee Of NETtel Corporation, Inc (D.I. 2099, Filed 12/8/09).

   Related Pleadings:

   a) Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For An Order Approving The Compromise Of A Controversy By And Among (I) The

3282091.1

-4-

        Debtors And (II) The Chapter 7 Trustee Of NETtel Corporation, Inc (D.I. 2100, Filed 12/8/09); and

b)     Order Shortening Notice Of Debtors' Motion For An Order Approving The Compromise Of A Controversy By And Among (I) The Debtors And (II) The Chapter 7 Trustee Of NETtel Corporation, Inc (D.I. 2102, Entered 12/9/09).

    Objection Deadline: December 14, 2009 at 12:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

CONTESTED MATTER GOING FORWARD:

    None.

PROFESSIONAL FEE APPLICATIONS:

    See Attached - Exhibit A

**ADDITIONAL MATTER(S) GOING FORWARD:**

10.     **Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief (D.I. 2117, Filed 12/11/09).**

    Related Pleadings:

a)     Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief (D.I. 2118, Filed 12/11/09); and

b)     Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief (D.I. 2121, Entered 12/14/09).

    Objection Deadline: December 14, 2009 at 12:00 p.m. (ET).

    **Responses Received: None at this time.**

    **Status: This matter is going forward.**

11.  **Debtors' Motion For An Order (A) Approving The Assumption And Assignment Of Executory Contracts Pursuant To The Sale Of The Debtors' Enterprise Solutions Business And (B) Approving A Compromise Of Controversy Between The Debtors, Avaya Inc. And AT&T Services, Inc. (D.I. 2127, Filed 12/14/09).**

<u>Related Pleadings</u>:

a)  Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For An Order (A) Approving The Assumption And Assignment Of Executory Contracts Pursuant To The Sale Of The Debtors' Enterprise Solutions Business And (B) Approving A Compromise Of Controversy Between The Debtors, Avaya Inc. And AT&T Services, Inc. (D.I. 2128, Filed 12/14/09).

<u>Objection Deadline</u>: December 15, 2009 at 10:00 a.m. (ET). [PROPOSED]

<u>Responses Received</u>: None at this time.

<u>Status</u>: This matter is going forward. [PROPOSED]

Dated: December 14, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*