**EXHIBIT A**
**Nortel Networks Inc, Bankruptcy Case No. 09-10138**
**Summary of Fees and Expenses for the Period**
**From August 1, 2009 through October 31, 2009, unless otherwise specified**

**Hearing: December 15, 2009 at 10:00 a.m. (Eastern Time)**

<u>Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")</u>

A. Third Interim Fee Application Request of Akin Gump As Co-Counsel for the Official Committee of Unsecured Creditors for the Period August 1, 2009 through October 31, 2009 (D.I. 1984, Filed 11/24/09).

1. Seventh Monthly Application of Akin for the Period August 1, 2009 Through August 31, 2009 (D.I. 1578, Filed 9/29/09)

2. CNO [Re: D.I. 1578] (D.I. 1708, Filed 10/21/09);

3. Eighth Monthly Application of Akin for the Period September 1, 2009 through September 30, 2009 (D.I. 1773, Filed 10/29/09);

4. CNO [Re: D.I. 1773] (D.I. 1960, Filed 11/23/09);

5. Ninth Monthly Application of Akin for the Period October 1, 2009 through October 31, 2009 (D.I. 1959, Filed 11/23/09); and

6. CNO [Re: D.I. 1959] (TBD).

<u>Ashurst LLP ("Ashurst")</u>

B. Amended Third Interim Fee Application Request of Ashurst as European Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2009 through October 31, 2009 (D.I. 2003, Filed 11/25/09).

1. Seventh Monthly Application of Ashurst for the Period August 1, 2009 through August 31, 2009 (D.I. 1554, Filed 9/25/09);

2. CNO [Re: D.I. 1554] (D.I. 1696, Filed 10/19/09);

3. Eighth Monthly Application of Ashurst for the Period September 1, 2009 through September 30, 2009 (D.I. 1746, Filed 10/27/09);

4. CNO [Re: D.I. 1746] (D.I. 1921, Filed 11/18/09);

5. Ninth Monthly Application of Ashurst for the Period October 1, 2009 through October 31, 2009 (D.I. 1972, Filed 11/24/09); and

6. CNO [Re: D.I. 1972] (TBD).

**Capstone Advisory Group, LLC ("Capstone")**

C. Third Interim Fee Application Request of Capstone as Financial Advisor for the Official Committee of Unsecured Creditors for the Period August 1, 2009 through October 31, 2009 (D.I. 1999, Filed 11/25/09).

1. Seventh Monthly Application of Capstone for the Period August 1, 2009 through August 31, 2009 (D.I. 1555, Filed 9/25/09);

2. CNO [Re: D.I. 1555] (D.I. 1697, Filed 10/19/09);

3. Eighth Monthly Application of Capstone for the Period September 1, 2009 through September 30, 2009 (D.I. 1878, Filed 11/11/09);

4. CNO [Re: D.I. 1878] (TBD).

5. Ninth Monthly Application of Capstone for the Period October 1, 2009 through October 31, 2009 (D.I. 1982, Filed 11/24/09); and

6. CNO [Re: D.I. 1982] (TBD).

**Cleary Gottlieb Steen & Hamilton LLP ("Cleary")**

D. Third Quarterly Fee Application Request of Cleary as Attorneys for Debtors and Debtors-In-Possession, for the Period August 1, 2009 through October 31, 2009 (D.I. 1943, Filed 11/20/09).

1. Eighth Interim Fee Application of Cleary for the Period of August 1, 2009 through August 31, 2009 (D.I. 1654, Filed 10/12/09);

2. CNO [Re: D.I. 1654] (D.I. 1828, Filed 11/4/09);

3. Ninth Interim Fee Application of Cleary for the Period of September 1, 2009 through September 30, 2009 (D.I. 1809, Filed 11/4/09);

4. CNO [Re: D.I. 1809] (D.I. 2043, Filed 11/30/09);

5. Tenth Interim Fee Application of Cleary for the Period of October 1, 2009 through October 31, 2009 (D.I. 1930, Filed 11/20/09); and

6. CNO [Re: D.I. 1930] (TBD).

**Crowell & Moring LLP ("Crowell")**

E. Third Quarterly Fee Application Request of Crowell Special Counsel for Debtors and Debtors-in-Possession, for the Period August 1, 2009 through October 31, 2009 (D.I. 1941, Filed 11/20/09).

    1. Eighth Interim Fee Application of Crowell for the Period Of August 1, 2009 through August 31, 2009 (D.I. 1937, Filed 11/20/09);

    2. CNO [Re: D.I. 1937] (TBD);;

    3. Ninth Interim Fee Application of Crowell for the Period of September 1, 2009 through September 30, 2009 (D.I. 1938, Filed 11/20/09);

    4. CNO [Re: D.I. 1938] (TBD);

    5. Tenth Interim Fee Application of Crowell for the Period of October 1, 2009 through October 31, 2009 (D.I. 1939, Filed 11/20/09); and

    6. CNO [Re: D.I. 1939] (TBD).

**Ernst & Young LLP ("E&Y")**

F. Third Quarterly Fee Application of E&Y as Indirect Tax Services Provider to the Debtors-in-Possession for the Period of August 1, 2009 through October 31, 2009 (D.I. 1933, Filed 11/20/09).

    1. Third Consolidated Fee Application of E&Y for the Period of August 1, 2009 through September 30, 2009 (D.I. 1690, Filed 10/16/09);

    2. CNO [Re: D.I. 1690] (D.I. 1857, Filed 11/9/09);

    3. Fourth Consolidated Fee Application of E&Y for the Period of October 1, 2009 through October 31, 2009 (D.I. 1932, Filed 11/20/09); and

    4. CNO [Re: D.I. 1932] (TBD).

**Fraser Milner Casgrain LLP ("Fraser")**

G. Third Interim Fee Application Request of Fraser Canadian Counsel for the Official Committee of Unsecured Creditors for the Period August 1, 2009 through October 31, 2009 (D.I. 2004, Filed 11/25/09).

    1. Seventh Interim Application of Fraser for the Period August 1, 2009 through August 31, 2009 (D.I. 1618, Filed 10/6/09);

2. CNO [Re: D.I. 1618] (D.I. 1764, Filed 10/28/09);

3. Eighth Interim Application of Fraser for the Period September 1, 2009 through September 30, 2009 (D.I. 1900, Filed 11/13/09);

4. CNO [Re: D.I. 1900] (TBD);

5. Ninth Interim Application of Fraser for the Period October 1, 2009 through October 31, 2009 (D.I. 1983, Filed 11/24/09); and

6. CNO [Re: D.I. 1983] (TBD).

**Huron Consulting Group ("Huron")**

H. Third Quarterly Application of Huron, as Accounting and Restructuring Consultants for Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2009 through October 31, 2009 (D.I. 1936, Filed 11/20/09).

1. Seventh Interim Fee Application of Huron for the Period August 1, 2009 through August 31, 2009 (D.I. 1530, Filed 9/22/09);

2. CNO [Re: D.I. 1530] (D.I. 1681, Filed 10/15/09);

3. Eighth Interim Fee Application of Huron for the Period September 1, 2009 through September 30, 2009 (D.I. 1702, Filed 10/20/09);

4. CNO [Re: D.I. 1702] (D.I. 1882, Filed 11/11/09);

5. Ninth Interim Fee Application of Huron for the Period October 1, 2009 through October 31, 2009 (D.I. 1920, Filed 11/18/09); and

6. CNO [Re: D.I. 1920] (D.I. 2107, Filed 12/10/09).

**Jackson Lewis LLP ("Jackson")**

I. Third Quarterly Application of Jackson as Counsel for Debtors And Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2009 through October 31, 2009 (D.I. 2012, Filed 11/25/09).

1. Eighth Monthly Fee Application of Jackson for the Period August 1, 2009 through August 31, 2009 (D.I. 1678, Filed 10/15/09);

2. CNO [Re: D.I. 1678] (D.I. 1877 Filed 11/11/09);

3. Ninth Monthly Fee Application of Jackson for the Period September 1, 2009 through September 30, 2009 (D.I. 1912, Filed 11/17/09);

4. CNO [Re: D.I. 1912] (D.I. 2106, Filed 12/10/09);

5. Tenth Monthly Fee Application of Jackson for the Period October 1, 2009 through October 31, 2009 (D.I. 1987, Filed 11/24/09); and

6. CNO [Re: D.I. 1987] (TBD).

**Jefferies & Company, Inc ("J&C")**

J. Third Interim Application of Jeffries As Investment Banker to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period August 1, 2009 to October 31, 2009 (D.I. 2009, Filed 11/25/09).

1. Seventh Monthly Fee Application of J&C for the Period August 1, 2009 through August 31, 2009 (D.I. 1792, Filed 10/30/09);

2. CNO [Re: D.I. 1792] (D.I. 1974, Filed 11/24/09);

3. Eighth Monthly Fee Application of J&C for the Period September 1, 2009 through September 31, 2009 (D.I. 1808, Filed 11/4/09);

4. CNO [Re: D.I. 1808] (D.I. 1975, Filed 11/24/09);

5. Ninth Monthly Fee Application of J&C for the Period October 1, 2009 through October 31, 2009 (D.I. 1980, Filed 11/24/09); and

6. CNO [Re: D.I. 1980] (TBD).

**Lazard Freres & Co. LLC ("Lazard")**

K. Third Quarterly Fee Application of Lazard Freres & Co. LLC Financial Advisor and Investment Banker to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2009 through October 31, 2009 (D.I. 1990, Filed 11/24/09).

1. Fifth Monthly Fee Application of Lazard for the Period August 1, 2009 through August 31, 2009 (D.I. 1689, Filed 10/16/09);

2. CNO [Re: D.I. 1689] (D.I. 1859, Filed 11/9/09);

3. Sixth Monthly Fee Application of Lazard for the Period September 1, 2009 through September 30, 2009 (D.I. 1988, Filed 1/24/09);

4. CNO [Re: D.I. 1988] (TBD);

5. Seventh Monthly Fee Application of Lazard for the Period October 1, 2009 through October 31, 2009 (D.I. 1989, Filed 11/24/09); and

6. CNO [Re: D.I. 1989] (TBD).

### Mercer (Us) Inc. ("Mercer")

L. Third Quarterly Application Request of Mercer (Us) Inc., as Compensation Specialist to the Debtors and Debtors-In-Possession for the Period August 1, 2009 through October 31, 2008 (D.I. 1946, Filed 11/23/09).

1. Third Interim Fee Application of Mercer for the Period August 1, 2009 through October 31, 2009 (D.I. 1929, Filed 11/20/09); and

2. CNO [Re: D.I. 1929] (TBD).

### Morris, Nichols, Arsht & Tunnell LLP ("MNAT")

M. Third Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, Bankruptcy Counsel for Debtors and Debtors-In-Possession for the Period August 1, 2009 through October 31, 2009 (D.I. 1956, Filed 11/23/09).

1. Eighth Interim Application of MNAT for the Period August 1, 2009 through August 31, 2009 (D.I. 1547, Filed 9/24/09);

2. CNO [Re: D.I. 1547] (D.I. 1691, Filed 10/16/09);

3. Ninth Interim Application of MNAT for the Period September 1, 2009 through September 30, 2009 (D.I. 1716, Filed 10/22/09);

4. CNO [Re: D.I. 1716] (D.I. 1913, Filed 11/17/09);

5. Tenth Interim Application of MNAT for the Period October 1, 2009 through October 31, 2009 (D.I. 1955, Filed 11/23/09); and

6. CNO [Re: D.I. 1955] (TBD).

### Palisades Capital Advisors LLC ("Palisades")

N. Second Quarterly Fee Application Request of Palisades Capital Advisors LLC, Pension Co-Advisor to the Debtors and Debtors-In-Possession for the Period August 1, 2009 through October 31, 2009 (D.I. 1892, Filed 11/12/09).

1. Third Monthly Application of Palisades for the Period August 1, 2009 through August 31, 2009 (D.I. 1439, Filed 9/8/09);

2. CNO [Re: D.I. 1439] (D.I. 1590, Filed 9/30/09);

3. Fourth Monthly Application of Palisades for the Period September 1, 2009 through September 30, 2009 (D.I. 1629, Filed 10/7/09);

4. CNO [Re: D.I. 1629] (D.I. 1799, Filed 10/30/09);

5. Fifth Monthly Application of Palisades for the Period October 1, 2009 through October 31, 2009 (D.I. 1858, Filed 11/9/09); and

6. CNO [Re: D.I. 1858] (D.I. 2072, Filed 12/3/09).

**Punter Southall LLC ("Punter")**

O. First Quarterly Fee Application Request of Punter Southall LLC, Pension Co-Advisor to the Debtors for Allowance Of Compensation and Reimbursement of Expenses for the Period May 8, 2009 through July 31, 2009 (D.I. 1575, Filed 9/29/09).

1. First Monthly Application of Punter for the Period May 8, 2009 through June 30, 2009 (D.I. 1227, Filed 7/29/09);

2. CNO [Re: D.I. 1227] (D.I. 1359, Filed 8/21/09);

3. Second Monthly Application of Punter for the Period July 1, 2009 through July 31, 2009 (D.I. 1573, Filed 9/29/09); and

4. CNO [Re: D.I. 1573] (D.I. 1712, Filed 10/21/09).

**Punter Southall LLC ("Punter")**

P. Second Quarterly Fee Application Request of Punter Southall LLC, Pension Co-Advisor to the Debtors for Allowance Of Compensation and Reimbursement of Expenses for the Period August 1, 2009 through October 31, 2009 (D.I. 1940, Filed 11/20/09).

1. Third Monthly Application of Punter for the Period August 1, 2009 through August 31, 2009 (D.I. 1577, Filed 9/29/09);

2. CNO [Re: D.I. 1577] (D.I. 1713, Filed 10/21/09);

3. Fourth Monthly Application of Punter for the Period September 1, 2009 through October 31, 2009 (D.I. 1935, Filed 11/20/09); and

4. CNO [Re: D.I. 1935] (TBD).

**Richards, Layton & Finger, PA ("Richards Layton")**

Q. Third Interim Fee Application Request of Richards, Layton & Finger, PA as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2009 through August 31, 2009 (D.I. 1985, Filed 11/24/09).

    1. Seventh Interim Application of Richards Layton for the Period August 1, 2009 through August 31, 2009 (D.I. 1585, Filed 9/30/09);

    2. CNO [Re: D.I. 1585] (D.I. 1763, Filed 10/28/09);

    3. Eighth Interim Application of Richards Layton for the Period September 1, 2009 through September 30, 2009 (D.I. 1776, Filed 10/29/09);

    4. CNO [Re: D.I. 1776] (D.I. 1944, Filed 11/20/09);

    5. Ninth Interim Application of Richards Layton for the Period October 1, 2009 through October 31, 2009 (D.I. 1979, Filed 11/24/09); and

    6. CNO [Re: D.I. 1979] (TBD).

**Shearman & Sterling, LLP**

R. Third Quarterly Fee Application of Shearman & Sterling, LLP, as Non-Ordinary Course Professional Special Litigation Counsel to Debtors and Debtors-in-Possession, for the Period August 1, 2009 through October 31, 2009 (D.I. 1958, Filed 11/23/09).

    1. Third Interim Application of Shearman & Sterling, LLP for the Period August 1, 2009 through October 31, 2009 (D.I. 1957, Filed 11/23/09); and

    2. CNO [Re: D.I. 1957] (TBD).

**Special Counsel, Inc. ("Special Counsel")**

S. First Quarterly Fee Application Request of Special Counsel, Inc., as Service Provider for Debtors and Debtors-in-Possession, for the Period September 15, 2009 through October 31, 2009 (D.I. 1978, Filed 11/24/09).

    1. First Interim Application of Special Counsel for the Period September 1, 2009 through September 30, 2009 (D.I. 1967, Filed 11/24/09);

    2. CNO [Re: D.I. 1967] (TBD);

    3. Second Interim Application of Special Counsel for the Period October 1, 2009 through October 31, 2009 (D.I. 1968, Filed 11/24/09); and

    4. CNO [Re: D.I. 1968] (TBD).

**True Partners Consulting LLC ("True Partners")**

T. Second Quarterly Fee Application Request of True Partners Consulting LLC, as Tax Service Provider to Debtors and Debtors-in-Possession, for the Period August 1, 2009 through October 31, 2009 (D.I. 1810, Filed 11/4/09).

    1. Second Interim Application of True Partners Consulting LLC for the Period August 1, 2009 through August 14, 2009 (D.I. 1570, Filed 9/29/09); and

    2. CNO [Re: D.I. 1570] (D.I. 1711, Filed 10/21/09).