# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009  10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

OMNIBUS HEARING, Quarterly FEE APPLICATIONS

**R / M #:**   2,136 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
- #1 -  Adjourned to date to be determined
- #2 -  Adjourned to 1/21/10 @ 11:00 am
- #3 -  Adjourned without a date
- #4 -  Adjourned to 1/21/10 @ 11:00 am
- #5 -  CNO Filed and Order Signed
- #6 -  CNO Filed and Order Signed
- #7 -  ORDER SIGNED
- #8 -  ORDER SIGNED
- #9 -  Approved - ORDER SIGNED

FEE APPLICATIONS -   ORDER SIGNED
- #10 -  If not resolved - Teleconference  to be held on Thursday 12/17/09  at 10:00 AM
- #11 -  Approved -  ORDER SIGNED