S I G N - I N - S H E E T

CASE NAME:    NORTEL NETWORKS INC.
CASE NO.:    09-10138 - KG

COURTROOM  LOCATION: 3
DATE:    12/15/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KEVIN MANN | CROSS & SIMON | JEFFERIES & Co. |
| Derek Abbott | Morris Nichols | Debtors |
| Andrew Remming | '' | '' |
| Chris Samis | Richards, Layton & Finger, P.A. | Committee |
| Marc Finnegan | Young Conaway Stargatt & Taylor | Front Administrator |
| Amanda M. Winfree | Ashby Geddes P.A. | ITT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross

Calendar Date: 12/15/2009
Calendar Time: 10:00 AM

Courtroom

Amended Calendar 12/14/2009 02:28 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | David Bolter | | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Robert Clarke | | True Partners Consulting | Creditor, True Partners Consulting / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Terence Gilroy | | Shearman & Sterling | Other Prof., Shearman & Sterling / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Stephen Grisanti | | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Aaron Hammer | | Freeborn & Peters LLP | Interested Party, Freeborn & Peters / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Matthew J. Hart | | Lazard Freres & Co., LLC | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Mark C. Haut | | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Sarah Johnson | | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Joanne Lee | 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 | Foley & Lardner, LLP | Financial Advisor; Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Ryan D. McGlothlin | | Punter Southall Limited | Financial Advisor; Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | | Patrick Morrow / Clair Morrison | | Jefferies & Co., Inc. | Financial Advisor; Official Committee of Unsecured Creditors / LIVE |

Serenia Taylor

| | Case No | Type | Phone | Name | Firm | Role |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 610-730 | Daniel Morse | Allen & Overy, LLP | Monitor, Ernest & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 415700 | Anneliese H. Pak | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 925-155 | Edward Placentis | Nortel Networks, Inc. | Debtor, Nortel Networks, Inc. / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 212-698-3500 | Steven J. Reisman | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, Flextronics Telecom Systems Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 865-3400 | David Rosenzweig | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 225-2669 | Lisa Schweitzer / James Bromley | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 831-662-2107 | Hondo Sen | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 903-9140 | Todd L. Solomon | Halcyon Asset Management | Interested Party, Halcyon Asset Management / LISTEN ONLY |