IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | |
| Debtor. | Case No. 09-10138 (KG) |
| | Joint Administration Pending<br>Re: Docket No. 1514 |

## OBJECTION OF MICROSOFT TO FINAL NOTICES OF DEBTORS TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS (CONDITIONAL)

Microsoft Corporation and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), hereby object, on a conditional basis, to the two (2) Forms of Initial Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Contracts, each dated December 3, 2009.

1.  Pursuant to the Final Notices, the Scheduled Agreements to be assumed and assigned, each with a cure amount of $0.00, are listed below followed by Microsoft's response:

| Name and Address of Counterparty | Description of Designated Agreement | Microsoft's Response |
|---|---|---|
| Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Letter of Agreement<br>Effective Date: 10/8/2008<br>*ID 611* | No objection |
| Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Vendor Service Agreement<br>Effective Date: 11/30/2003<br>*ID 613* | Objection: Expired |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks, Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

| Name and Address of Counterparty | Description of Designated Agreement | Microsoft's Response |
|---|---|---|
| Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Microsoft Corporation Limited License Agreement<br>Effective Date: 5/30/2003<br>ID 612 | Objection: Expired |

2. Expired agreements may not be assumed and assigned. In re Eagle Creek Subdivision, LLC, 397 B.R. 758, 761-762 (Bankr. E.D.N.C. 2008).

3. Microsoft also received a Form of Initial Notice of Debtors' Request for authority to assume and assign certain customer contracts, dated November 13, 2009, for which it did not also receive a Final Notice. In case Debtors intend to assume and assign the contracts listed on that Initial Notice, here is Microsoft's response:

| Name and Address of Counterparty | Description of Designated Agreement | Microsoft's Response |
|---|---|---|
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 6/19/2008<br>ID 618 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 5/23/2008<br>ID 615 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 6/11/2008<br>ID 616 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 6/12/2008<br>ID 617 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 8/28/2008<br>ID 619 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 9/26/2008<br>ID 620 | No objection |

| Name and Address of Counterparty | Description of Designated Agreement | Microsoft's Response |
|---|---|---|
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 2/11/2009<br>ID 621 | No objection |
| Microsoft Inc<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Purchase Order Acknowledgment Letter<br>Effective Date: 3/14/2008<br>ID 614 | No objection |

4.  Microsoft files this objection, on a conditional basis, to preserve and protect its rights and trusts that the parties will be able to consensually resolve the objection.

WHEREFORE, Microsoft objects, on a conditional basis, to the assumption and assignment of the Scheduled Agreements.

Dated: December 15, 2009            BROWN STONE NIMEROFF LLC

By: /s/ Jami B. Nimeroff
Jami B. Nimeroff (No. 4049)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8142 (T)
(302) 351-2744 (F)
and
RIDDELL WILLIAMS P.S.

BY: _____
Joseph E. Shickich, Jr. WSBA No. 8751
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

4831-3686-0933.01
121509/1022/20363.00492