# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Joint Administration pending |

## CERTIFICATE OF SERVICE

Courtney Tracy, declares:

1.  I am an employee of Riddell Williams P.S. which represents Microsoft Corporation and Microsoft Licensing, GP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.  On December 15, 2009, I sent via regular mail to the addresses on file, and by email to the addresses listed below, a copy of the following documents to the appropriate parties: Objection of Microsoft to Final Notice of Debtors to Assume and Assign Certain Customer Agreements (Conditional): as follows:

| | | |
|---|---|---|
| Counsel to the Debtors | James L. Bromley | jbromley@cgsh.com |
| | Lisa M. Schweitzer | lschweitzer@cgsh.com |
| | Louis Lipner | llipner@cgsh.com |
| | Derek C. Abbot | dabbott@mnat.com |
| Counsel to the Committee: | Christopher M. Samis | samis@rlf.com |
| | Fred Hodara | fhodara@akingump.com |
| | Stephen Kuhn | skuhn@akingump.com |
| | Kenneth Davis | kdavis@akingump.com |
| Counsel to Avaya | Mark I. Bane | mark.bane@ropesgray.com |
| | Anne H. Pak | anne.pak@ropesgray.com |
| Counsel to Bond Holder Group: | Roland Hlawaty | rhlawaty@milbank.com |

4851-4993-0501.01
121509/1316

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 15th day of December, 2009, at Seattle, Washington.

          /s/ *Courtney Tracy*
Courtney Tracy
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154
Phone: (206) 624-3600
Fax:  (206) 389-1708
ctracy@riddellwilliams.com