# CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Pursuant To 11 U.S.C. §§ 105(a) And 363 For An Order (A) Approving The CDMA/LTE China Side Agreement And (B) Granting Related Relief** was caused to be made on December 15, 2009, in the manner indicated upon the entities identified below and on the attached service list.

Dated:  December 15, 2009

                                                 */s/ Andrew R. Remming*
                                                     Andrew R. Remming (No. 5120)

**VIA INTERNATIONAL MAIL:**
General Counsel
Telefonaktiebolaget LM Ericsson
Torshamnsgatan 23, Kista
164 83 Stockholm
Sweden

Mats H. Olson, President
Tom Nygren, General Counsel
Ericsson Greater China
Ericsson (China) Communications Company, Ltd.
Ericsson Tower
No. 5, Lize East Street, Chaoyang District Beijing 10012 China

3285557.1