## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :    Chapter 11
                                                      :
Nortel Networks Inc., et al.,¹                        :    Case No. 09-10138 (KG)
                                                      :
                            Debtors.                  :    Jointly Administered
                                                      :
                                                      :
------------------------------------------------------X
```

### NOTICE OF SERVICE [RE: D.I. NOS. 2059, 2061 AND 2063]

PLEASE TAKE NOTICE that on December 4, 2009, copies of the following were served in the manner indicated upon the entities listed on the attached service list.

- Order Establishing Deadlines For Filing Proofs Of Claim Against Nortel Networks (CALA) Inc. And Approving Form And Manner Of Notice Thereof (D.I. 2059, Entered 12/3/09);

- Order (A) Approving The Asia Restructuring Agreement, And (B) Granting Related Relief (D.I. 2061, Entered 12/3/09); and

- Order (I) Authorizing And Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (D.I. 2063, Entered 12/3/09).

---

¹    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 15, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and
Debtors in Possession*

3277555.1