IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                          :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                    :        Case No. 09-10138 (KG)
:
                          Debtors.         :        Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 2062]

      PLEASE TAKE NOTICE that on December 4, 2009, copies of the **Order Pursuant To 11 U.S.C. § 105(a) And § 363(b) (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief** (D.I. 2062, Entered 12/3/09) were served in the manner indicated upon the parties identified on the attached list.

      PLEASE TAKE FURTHER NOTICE that on December 11, 2009, copies of the **Order Pursuant To 11 U.S.C. § 105(a) And § 363(b) (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief** (D.I. 2062, Entered 12/3/09) were served in the manner indicated upon the parties identified below.

## VIA FIRST CLASS U.S. MAIL

Derek Schwede, Esq.
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

Dirk Van Den Bos, Esq.
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 15, 2009
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/*
    _____
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: 302-658-9200
    Facsimile: 302-425-4663

    *Counsel for the Debtors and*
    *Debtors in Possession*

3277554.1