IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Related Docket Nos. 2127 & 2128 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2009, I caused to be served the:

   a. "Notice of Debtors' Motion for an Order (A) Approving the Assumption and Assignment of Executory Contracts Pursuant to the Sale of the Debtors' Enterprise Solutions Business and (B) Approving a Compromise of Controversy between the Debtors, Avaya Inc. and AT&T Services, Inc.," to which is attached the "Debtors' Motion for an Order (A) Approving the Assumption and Assignment of Executory Contracts Pursuant to the Sale of the Debtors' Enterprise Solutions Business and (B) Approving a Compromise of Controversy between the Debtors, Avaya Inc. and AT&T Services, Inc.," dated December 14, 2009 [Docket No. 2127], and

   b. "Debtors' Motion for an Order Under 11 U.S.C. § 102(1) Shortening Notice Relating to Debtors' Motion for an Order (A) Approving the Assumption and Assignment of Executory Contracts Pursuant to the Sale of the Debtors' Enterprise Solutions Business and (B) Approving a Compromise of Controversy between the Debtors, Avaya Inc. and AT&T Services, Inc.," dated December 14, 2009 [Docket No. 2128]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
15th day of December, 2009

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010