IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., et al., | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | Hearing Date: TBD |
| | : | Objection Deadline: December 15, 2009 |
| | : | |
| | : | |
| | : | Related to Docket Nos. 2068 |

**OBJECTION OF AON CONSULTING
TO FINAL NOTICE OF DEBTORS' REQUEST FOR AUTHORITY
TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS**

NOW COMES Aon Consulting, by and through its counsel, Duane Morris LLP and Post & Schell, PC, and objects to the Final Notice Of Debtors' Request For Authority To Assume And Assign Certain Customer Contracts (the "Final Notice") and in support thereof, states as follows:

1. The Debtors caused to be served on Aon Consulting's counsel a Final Notice which asserts that the Debtors intend to assume and assign certain contracts with Aon Consulting (the "Contracts"). A copy of the Final Notice is attached hereto as Exhibit A

2. In response to an initial notice of the Debtors' intent to assume and assign the Contracts, on December 8, 2009 at docket number 2096, Aon Consulting filed its Objection To Debtors' Notice To Assume And Assign Executory Contracts With Aon Consulting (the "Aon Objection") pursuant to which Aon Consulting objected to the proposed assumption and assignment of the Contracts because they were terminated prior to the filing of the Debtors'

DM3\1228707.1

bankruptcy petitions and are therefore not executory contracts which can be assumed and assigned by the Debtors.

3.　In response to the Final Notice, Aon Consulting incorporates by reference the Aon Objection as if fully set forth herein at length.

WHEREFORE, for the reasons set forth above, and those that may be raised at a hearing on the matter, Aon Consulting prays that this Honorable Court will enter an Order (a) holding that the alleged executory contracts with Aon Consulting were terminated pre-petition; (b) holding that the alleged executory contracts with Aon Consulting are not assumable as executory contracts; and (c) granting such further relief as may be necessary or appropriate.

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Richard W. Riley
　　　Richard W. Riley, Esquire (DE 4052)
　　　1100 North Market Street, Suite 1200
　　　Wilmington, DE  19801-1246
　　　Tel:  (302) 657-4928
　　　Fax:  (302) 657-4901
　　　rwriley@duanemorris.com

and

POST & SCHELL, P.C.

By:　Brian W. Bisignani, Esquire
　　　D. Troy Sellars, Esquire
　　　17 North Second Street, 12th Floor
　　　Harrisburg, PA 17101-1601
　　　Tel:    (717) 731-1970
　　　Fax:   (717) 731-1985
　　　bbisignani@postschell.com
　　　tsellars@postschell.com

Dated: December 15, 2009

DM3\1228707.1