IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
Debtors.                                                 :    Jointly Administered
:
---------------------------------------------------------X

### STIPULATION BETWEEN NORTEL NETWORKS INC. AND THE INTERNAL REVENUE SERVICE

This stipulation (the "Stipulation") is entered into by and between Nortel Networks Inc. ("NNI") and the U.S. Department of Justice on behalf of the Internal Revenue Service ("IRS") (collectively, the "Parties," and, each individually, a "Party"):

WHEREAS, on January 14, 2009, NNI and certain affiliated debtors and debtors-in-possession (the "Debtors")[2] filed with this Court voluntary petitions under chapter 11 of title 11 of the United States Code;

WHEREAS, on August 4, 2009, this Court entered an order (the "Bar Date Order") [D.I. 1084], establishing a bar date of September 30, 2009 (the "Bar Date");

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. One Debtor, Nortel Networks (CALA), Inc., filed its voluntary petition on July 14, 2009.

1

WHEREAS, on August 20, 2009, the IRS filed an amended proof of claim bearing the claim identification number 1935 (the "Proof of Claim");

WHEREAS, on September 15, 2009, the Debtors filed an objection to the Proof of Claim (the "Claim Objection") [D.I. 1495];

WHEREAS, on October 13, 2009, this Court entered an order approving a resolution of certain matters between the Debtors and the IRS and adjourned the Claim Objection without date;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. NNI's Withdrawal of Claim Objection Without Prejudice. The Parties hereby agree that the Claim Objection is withdrawn without prejudice to NNI re-filing and neither the filing of the Claim Objection or this withdrawal, without prejudice, of the Claim Objection shall constitute in any way an acceptance or admission of the validity or invalidity, in whole or part, of the IRS Claim.

2. No Effect on Bar Date. The Parties acknowledge that nothing in this Stipulation shall have any effect, or shall alter in any respect, the Bar Date or the Bar Date Order, or grant the IRS, or any other creditor or party in interest, any relief from the Bar Date or the Bar Date Order, provided, however, that the rights of the IRS, if any, to seek relief from the Bar Date or the Bar Date Order in the future, and the rights of the Debtors, if any, to oppose any request for such relief, are preserved.

3. Participation In Drafting. Each Party represents and warrants that it has participated in the drafting and preparation of this Stipulation.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the Parties have executed this Stipulation.

Dated: December 16, 2009

NORTEL NETWORKS INC.

_____
Peter Look
Authorized Signatory

INTERNAL REVENUE SERVICE

_____
William Bradley Russell
Trial Counsel
Department of Justice
Counsel to the Internal Revenue Service