## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Enterprise Solutions Business** was caused to be made on December 17, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: December 17, 2009

                                              Andrew R. Remming (No. 5120)

3287869.1