IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § <br> § <br> NORTEL NETWORKS, INC. ET AL., § <br> § <br> DEBTORS § § | CASE NO. 09-10138 (KG) <br> CHAPTER 11 <br> *Jointly Administered* <br> Related Docket No. 1945 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Intoto, LLC ("Intoto") hereby withdraws its Renewal of its Limited, Initial Objection of Intoto, LLC (the "Objection") to Debtors' Motion for Orders Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases (the "Sale Motion") without prejudice because it has been informed by the Debtors that none of the Intoto Agreements (as defined in the Objection") will be assumed and assigned pursuant to the Sale Motion.

PLEASE TAKE FURTHER Intoto expressly reserves and preserves its right to file objections to any attempt by the Debtors to assume or assume and assign the Intoto Agreements.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 472-5456
Kell C. Mercer
State Bar No. 24007668
Afton Sands-Puryear
State Bar No. 24060555

-and

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*

William A. Hazeltine (#3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel.: 302-428-8191

ATTORNEYS FOR
FREESCALE SEMICONDUCTOR, INC.

Dated: December 17, 2009
       Wilmington, Delaware

## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 17th day of December 2009, I caused a copy of the within *Notice of Withdrawal* to be served upon the parties listed below in the manner indicated.

**HAND DELIVERY**
Derek C. Abbot, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**HAND DELIVERY**
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**HAND DELIVERY**
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**FIRST CLASS MAIL & FACSIMILE**
Roland Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
(212) 822-5735

**FIRST CLASS MAIL & FACSIMILE**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999

**FIRST CLASS MAIL & FACSIMILE**
Mark I. Bane, ESq.
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(646) 728-1662

**FIRST CLASS MAIL & FACSIMILE**
Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

Under penalty of perjury, I declare the foregoing to be true and correct.

December 17, 2009
Date

*/s/ William A. Hazeltine*
William A. Hazeltine