# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 17, 2009 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

TELECONFERENCE - CONT'D FROM 12/15/09 - #10 ON THE AGENDA
**R / M #:**   2,136 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#10 -   Approved  - Revised order to be submitted later today.
Additional matter - Shorten Notice -  Assume and Assign contracts of Verizon and Avaya -  Revised order to be submitted later today.