# Court Conference

**Calendar Date:** 12/17/2009
**Calendar Time:** 10:00 AM

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Courtroom
Amended Calendar 12/17/2009 07:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251129 | Derek C. Abbott | 302-351-9357 | Morris Nichols Arsht & Tunnell, LLP | Defendant(s), Nortel Networks Inc.; / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251383 | James Bromley | 212-225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251376 | Maris Finnegan | 302-571-6706 | Young, Conaway Stargatt & Taylor, | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251377 | Edwin Harron | 302-571-6703 | Young, Conaway Stargatt & Taylor, | Debtor, UK Administrators / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251374 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251381 | Kevin Lloyd | (802) 571-6710 | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251370 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251495 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251379 | Thomas Walsh | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251380 | Ben Ward | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3251382 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |

Serenia Taylor

CourtConfCal2007

David Botter  Aiken, Gump, Strauss, Hauer & Feld  Committee