IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
                                                       :   Chapter 11
*In re*                                                :
                                                       :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                     :
                                                       :   Jointly Administered
                  Debtors.                             :
                                                       :
                                                       :   RE: D.I. 2117
                                                       :
-------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO 11 U.S.C. § 105(A) AND § 363(B) (A) APPROVING DEBTORS' ENTRY INTO THE ENTERPRISE SOLUTIONS BUSINESS ESCROW AGREEMENT AND (B) GRANTING RELATED RELIEF**

I, Andrew R. Remming, counsel for Nortel Networks Inc. ("NNI")[2] and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Order Pursuant To 11 U.S.C. § 105(a) and § 363(b) (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief*, attached hereto as **Exhibit 1**.

    1.    On December 11, 2009, the Debtors filed the *Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief* [D.I. 2117] (the "Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2.  As Exhibit A to the Motion, the Debtors attached the *Order Pursuant To 11 U.S.C. § 105(a) And § 363(b) (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief* (the "Proposed Order"). The Proposed Order, among other things, approved the Debtors' entry into the Escrow Agreement, attached as Exhibit B to the Motion.

3.  This Court convened a hearing on December 15, 2009 and December 17, 2009 (telephonic) (together, the "Hearings") to consider approval of the Proposed Order.

4.  Based on comments received prior to and after the Hearings from counsel to parties-in-interest, the Debtors have revised the Proposed Order (the "Revised Order") and the Escrow Agreement (the "Revised Escrow Agreement").

5.  The Revised Order is attached hereto as **Exhibit 1**.[3] A blackline showing the modifications to the Revised Order is attached hereto as **Exhibit 2**. A blackline showing the modifications to the Revised Escrow Agreement is attached hereto as **Exhibit 3**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] The Revised Escrow Agreement is attached to the Revised Order as Exhibit A.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit 1** and grant such other and further relief as is just and proper.

Dated: December 17, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*