**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) |
| | ) **Re: Docket No. 1982** |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING NINTH MONTHLY
APPLICATION OF CAPSTONE ADVISORY GROUP, LLC FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM
ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF
EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009
[DOCKET NO. 1982] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Ninth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Capstone Advisory Group, LLC (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Bankruptcy Court on the date listed on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: December 17, 2009
      Wilmington, Delaware

                                   Mark D. Collins (No. 2981)
                                   Christopher M. Samis (No. 4909)
                                   Drew G. Sloan (No. 5069)
                                   RICHARDS, LAYTON & FINGER, P.A.
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, Delaware  19801
                                   Telephone:  (302) 651-7700
                                   Facsimile:  (302) 651-7701

                                   -and-

                                   Fred S. Hodara, Esq.
                                   Ryan C. Jacobs, Esq.
                                   Akin Gump Strauss Hauer & Feld LLP
                                   One Bryant Park
                                   New York, New York 10036
                                   Telephone:  (212) 872-1000
                                   Facsimile:  (212) 872-1002

                                   Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

**EXHIBIT A**

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC<br><br>[Docket No. 1982] | 10/1/09 - 10/31/09 | $661,183.50 (Fees)<br><br>$41,360.46 (Expenses) | $528,946.80 (Fees @ 80%)<br><br>$41,360.46 (Expenses @ 100%) | 11/24/09 | 12/15/09 |