**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11

NORTEL NETWORKS INC., et al.,             | Case No. 09-10138 (KG)

                    Debtors.              | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BIG MOON MARKETING
             PO BOX 120492
             NASHVILLE, TN 37212

Please note that your schedule in the above referenced case and in the amount of
        $1,050.00 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: BIG MOON MARKETING
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2074    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/15/2009                    David D. Bird, Clerk of Court


                                    /s/ Steven Indelicato
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 15, 2009.