**EXHIBIT "B"**

TIME: 10:57:30
DATE: 12/16/09

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| BIG MOON MARKETING | 227 DUNKIRK RD BALTIMORE MD 21212 |
| BIG MOON MARKETING | C/O MARIAN ELCHELMAN 227 DUNKIRK RD BALTIMORE MD 21212 |
| BIG MOON MARKETING | PO BOX 120492 NASHVILLE TN 37212 |
| DANNEMANN SIEMSEN BIGLER & IPANEMA | MOREIRA PO BOX 7247 - 6002 PHILADELPHIA PA 19170-6002 |
| LTS MANAGED TECHNICAL SERVICES LLC | (FKA LEDCOR TECHNICAL SERVICES INC.) ATTN: TOM LOFARO 6405 MIRA MESA BLVD., SUITE 100 SAN DIEGO CA 92121 |
| ROGER LUSSIER | 42 MANTINECOCK AVENUE EAST ISLIP NY 11730 |

Total Number of Records Printed    6