**EXHIBIT "C"**

```
TIME: 17:06:38                                    NORTEL NETWORKS INC.
DATE: 12/15/09                                     CREDITOR LISTING                                                         PAGE:    1

Name                             Address
ASM CAPITAL, L.P.                TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
CLAIMS RECOVERY GROUP LLC        TRANSFEROR: BIG MOON MARKETING 92 UNION AVENUE CRESSKILL NJ 07626
CORRE OPPORTUNITIES FUND, L.P.   TRANSFEROR: ROGER LUSSIER ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
HAIN CAPITAL HOLDINGS, LTD       TRANSFEROR: LTS MANAGED TECHNICAL SERVIC ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070


Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC