IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                               :    Case No. 09-10138 (KG)
:
                    Debtors.                         :    Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NO. 2140]

PLEASE TAKE NOTICE that on December 16, 2009, copies of the **Order Approving The Compromise Of A Controversy By And Among (I) The Debtors And (II) The Chapter 11 Trustee Of Nettel Corporation, Inc.** (D.I. 2140, Entered 12/15/09) were served in the manner indicated upon the parties listed below and those on the attached service list.

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Vivian Katsantonis, Esq.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>8405 Greensboro Drive, Suite 100<br>McLean, VA 22102 | Daniel M. Litt, Esq.<br>Dickstein Shapiro LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 |
| Edward C. Dolan, Esq.<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20006-5403 | Linda M. Correia, Esq.<br>Webster, Fredrickson, Correia & Puth, PLLC<br>1775 K. Street, NW, Suite 600<br>Washington, D.C. 20006 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 17, 2009
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann Cordo
_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Counsel for the Debtors and Debtors in Possession*

3287794.1