## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Second Notice Of Rejection Of Executory Contracts(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 17, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 17, 2009

_____
Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL:**
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036

Queens Ballpark Company, L.L.C.
 Attn: General Counsel
123-01 Roosevelt Ave.
Flushing, NY  11368

3290548.1