IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Related D.I. 1795 |

## NOTICE OF WITHDRAWAL [DOCKET NO. 1795]

**PLEASE TAKE NOTICE** that, on October 30, 2009, Belden, Inc. ("Belden") filed the **Motion of Belden Inc. Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts Owed by and Between Belden Inc. and Debtors [Docket No. 1795]**, (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that Belden hereby withdraws the Motion without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 18, 2009

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*

Laurie Selber Silverstein (#2396)
R. Stephen McNeill (#5210)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Phone
(302) 658-1192 – Fax

and

**LEWIS, RICE & FINGERSH, L.C.**
Larry E. Parres
John J. Hall
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
E-Mail: lparres@lewisrice.com
        jhall@lewisrice.com
*Counsel to Belden Inc.*