**EXHIBIT A**

**General Notice Parties for all Objections**

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

**Additional Notice Parties for Computer Sciences Corporation**

(a)  Computer Sciences Corporation
109 Gaither Drive
Mount Laurel, N.J. 08054
Attn: Robert Tommaso, Director, Supply Chain Management

(b)  Stevens & Lee P.C.
1105 N. Market St., 7th Floor
Wilmington, DE 19801
Attn: Joseph H. Huston Jr. Esq.

(c)  DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Attn: Richard M. Kremen Esq.

1