## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Third Notice Of Rejection Of Executory Contracts(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 21, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 21, 2009

_____
Andrew R. Remming (No. 5120)

**VIA HAND DELIVERY:**
Joseph H. Huston Jr. Esq.
Stevens & Lee P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801


**VIA OVERNIGHT MAIL:**
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Hayward D. Fisk, Esq.
Computer Sciences Corporation
2100 East Grand Avenue
El Segundo, CA 90245

Robert Tommaso
Computer Sciences Corporation
109 Gaither Drive
Mount Laurel, NJ 08054

Richard M. Kremen, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

3294788.1