## EXHIBIT A

### Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada

1

[New York #2152071 v3]

## Additional Notice Parties for 485 Lexington Avenue, New York, NY

(a) 485 Lexington Owner LLC
c/o SL Green Realty Co.
420 Lexington Avenue
New York, NY 10170

## Additional Notice Parties for 333 108th Avenue NE, Bellevue, WA

(a) Hub Properties Trust
c/o Reid Management & Research LLC
400 Centre Street
Newton, MA 02458
Attn: David M. Lepore

(b) Reid Management & Research LLC
8631 West Third Street, Suite 301-E
Los Angeles, CA 90048-5902
Attn: Matt DeMello, Vice President, Western Region

## Additional Notice Parties for 475 North Martingale Road, Schaumburg, IL

(a) Woodfield Holdings PT, LLC
c/o Lincoln Property Company
475 North Martingale Road, Suite 280
Schaumburg, IL 60173
Attn: General Manager

[New York #2152071 v3]