## **EXHIBIT B – 1**

Address of property subject to the Lease:

    485 Lexington Avenue, New York, NY 10017

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[5]

---

[5] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

1

[New York #2152071 v3]

## **EXHIBIT B – 2**

Address of property subject to the Lease:

    333 108th Avenue NE, Bellevue, WA 98004

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[6]

---

[6]     The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

## EXHIBIT B – 3

Address of property subject to the Lease:

    475 North Martingale Road, Schaumburg, IL 60173

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[7]

---

[7] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.