## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Fourth Notice Of Rejection Of Executory Contracts(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 21, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated:  December 21, 2009

_____
Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL:**

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Younge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5

Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada

Hub Properties Trust
c/o Reid Management & Research LLC
400 Centre Street
Newton, MA 02458
Attn: David M. Lepore

Reid Management & Research LLC
8631 West Third Street, Suite 301-E
Los Angeles, CA 90048-5902
Attn: Matt DeMello, Vice President, Western Region

Woodfield Holdings PT, LLC
c/o Lincoln Property Company
475 North Martingale Road, Suite 280
Schaumburg, IL 60173
Attn: General Manager

485 Lexington Owner LLC
c/o SL Green Realty Co.
420 Lexington Avenue
New York, NY 10170

3295141.1