## **EXHIBIT A**

### General Notice Parties for all Objections

(a)  Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b)  Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c)  Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d)  Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e)  Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

### Additional Notice Parties for STMicroelectronics

(a)  STMicroelectronics, Inc.
1310 Electronics Drive
Carrollton, TX 75006-7005
Attn: Wayne Gabel, Account Executive

(b)  McGuire, Craddock & Strother, P.C.
500 N. Akard, Suite 3550
Dallas, TX 75201
Attn: J. Mark Chevalier, Esq.