## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Fifth Notice Of Rejection Of Executory Contracts(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 21, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated:  December 21, 2009

_____
Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL:**
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY  10036

STMicroelectronics, Inc.
1310 Electronics Drive
Carrollton, TX 75006-7005
Attn: Wayne Gabel, Account Executive

McGuire, Craddock & Strother, P.C.
500 N. Akard, Suite 3550
Dallas, TX 75201
Attn: J. Mark Chevalier, Esq.

3295174.1