# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/17/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 11/30. | 525.70 |
| 11/6/2009 | Joseph J. McKenna | Airfare | United Airlines, New York (LGA) to Chicago (ORD); 11/10 to 11/12; Airfare while traveling on Nortel engagement. | 420.30 |
| 11/12/2009 | Joseph J. McKenna | Airfare | United Airlines; LGA to ORD; 11/17 to 11/19; Airfare while traveling on Nortel engagement. | 277.20 |
| 11/16/2009 | Joseph J. McKenna | Airfare | Continental Airlines, New York (EWR) to Raleigh, NC (RDU) while traveling on Nortel engagement, 11/30 to 12/3. | 369.20 |
| 11/9/2009 | Lee A. Sweigart | Airfare | Southwest, IND/MDW, 11/10 - 11/12. | 273.20 |
| 11/9/2009 | Lee A. Sweigart | Airfare | Southwest, IND/MDW, 11/03 - 11/05. | 273.20 |
| 11/17/2009 | Lee A. Sweigart | Airfare | Northwest Airlines, IND/RDU, 11/30/09 - 12/03/09. | 576.70 |
| 11/4/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 11/10 - 11/12, travel to Chicago office to work on Nortel case. | 615.20 |
| 11/12/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 11/17 - 11/19, Travel to Chicago office to work on Nortel matters. | 535.20 |
| 11/16/2009 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 11/30 -12/3, Travel to client site. | 330.20 |
| 11/3/2009 | Coley P. Brown | Ground Transportation | Cab ride from 550 W Van Buren to residence after working late on Nortel matters. | 20.00 |
| 11/5/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 11/11/2009 | Coley P. Brown | Ground Transportation | Cab rides to and from dinner and residence after working late on Nortel matters. | 30.00 |
| 11/12/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to Huron office at 550 W. Van Buren in order to transport Nortel documents. | 21.00 |
| 11/30/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for Nortel travel. | 40.00 |
| 11/3/2009 | Joseph J. McKenna | Ground Transportation | Chicago office to hotel on Adams Street while traveling on Nortel engagement. | 8.00 |
| 11/3/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LaGuardia airport while traveling on Nortel engagement. | 40.00 |
| 11/4/2009 | Joseph J. McKenna | Ground Transportation | Taxi from Chicago Office to dinner while traveling on Nortel engagement. | 7.00 |
| 11/4/2009 | Joseph J. McKenna | Ground Transportation | Taxi from dinner to W Hotel (Adams St.) while traveling on Nortel engagement. | 8.00 |
| 11/5/2009 | Joseph J. McKenna | Ground Transportation | W Hotel (Adams) to Chicago Office. | 6.00 |
| 11/5/2009 | Joseph J. McKenna | Ground Transportation | CTA El transportation card for time worked in Chicago Office (multiple weeks). | 20.00 |
| 11/5/2009 | Joseph J. McKenna | Ground Transportation | Car from LaGuardia Airport to residence in lower Manhattan while traveling on Nortel engagement. | 38.00 |
| 11/10/2009 | Joseph J. McKenna | Ground Transportation | Taxi from Chicago office to hotel (W City Center) while traveling on Nortel engagement. | 8.00 |
| 11/10/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LaGuardia Airport while traveling on Nortel engagement. | 40.00 |
| 11/11/2009 | Joseph J. McKenna | Ground Transportation | Taxi from dinner to hotel (W City Center) while traveling on Nortel engagement. | 8.00 |
| 11/12/2009 | Joseph J. McKenna | Ground Transportation | Cab from hotel to Chicago office while traveling on Nortel engagement. | 6.85 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/12/2009 | Joseph J. McKenna | Ground Transportation | Taxi from Chicago office to restaurant (Japonais) for team dinner while traveling on Nortel engagement. | 12.00 |
| 11/12/2009 | Joseph J. McKenna | Ground Transportation | Ride from LGA to residence in lower Manhattan while traveling on Nortel engagement. | 38.00 |
| 11/17/2009 | Joseph J. McKenna | Ground Transportation | Ride from hotel (W Lakeshore) to restaurant in Old Town (Chicago) for dinner while traveling on Nortel engagement. | 10.00 |
| 11/17/2009 | Joseph J. McKenna | Ground Transportation | Cab from Chicago office to hotel (W Lakeshore) while traveling on Nortel engagement. | 11.00 |
| 11/17/2009 | Joseph J. McKenna | Ground Transportation | Ride from residence in lower Manhattan to LaGuardia airport while traveling on Nortel engagement. | 41.00 |
| 11/18/2009 | Joseph J. McKenna | Ground Transportation | Cab ride to Chicago office from hotel while traveling on Nortel engagement. | 11.00 |
| 11/18/2009 | Joseph J. McKenna | Ground Transportation | Cab from Chicago office to hotel (W Lakeshore) while traveling on Nortel engagement. | 12.00 |
| 11/19/2009 | Joseph J. McKenna | Ground Transportation | Cab from Hotel (W Lakeshore) to Chicago office while traveling on Nortel engagement. | 13.00 |
| 11/19/2009 | Joseph J. McKenna | Ground Transportation | Ride from LaGuardia Airport (LGA) to residence in lower Manhattan while traveling on Nortel engagement. | 38.00 |
| 11/23/2009 | Joseph J. McKenna | Ground Transportation | Ride to hotel (W Lakeshore) from restaurant in Old Town (Chicago) for dinner while traveling on Nortel engagement. | 11.00 |
| 11/30/2009 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to Newark Airport (EWR) while traveling on Nortel engagement. | 66.00 |
| 11/3/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to hotel from dinner. | 7.00 |
| 11/3/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to dinner from Huron office. | 14.00 |
| 11/3/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from MDW. | 35.95 |
| 11/4/2009 | Lee A. Sweigart | Ground Transportation | Round trip cab ride from hotel to Huron office. | 21.00 |
| 11/5/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to Huron office from hotel. | 8.00 |
| 11/5/2009 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron office. | 28.35 |
| 11/10/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to hotel from Huron office. | 10.00 |
| 11/10/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from MDW. | 28.35 |
| 11/11/2009 | Lee A. Sweigart | Ground Transportation | Round trip cab ride from hotel Huron office. | 25.00 |
| 11/12/2009 | Lee A. Sweigart | Ground Transportation | Cab ride from hotel to Huron office. | 10.00 |
| 11/12/2009 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron office. | 34.05 |
| 11/17/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to hotel from Huron office. | 15.00 |
| 11/17/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from MDW. | 33.45 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/18/2009 | Lee A. Sweigart | Ground Transportation | Round trip ride from hotel to Huron office. | 30.00 |
| 11/19/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel. | 14.00 |
| 11/20/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel. | 11.55 |
| 11/20/2009 | Lee A. Sweigart | Ground Transportation | Ride from Huron office to MDW. | 35.00 |
| 10/19/2009 | Michael E. Scannella | Ground Transportation | Montville, NJ to EWR, A1 Car Service, transportation to airport. | 84.00 |
| 10/29/2009 | Michael E. Scannella | Ground Transportation | EWR to Montville, NJ, A1 Car Service, transportation from airport. | 88.00 |
| 11/3/2009 | Michael E. Scannella | Ground Transportation | CTA, ORD to Huron Office. | 3.00 |
| 11/4/2009 | Michael E. Scannella | Ground Transportation | Cab from W City Center to Huron Office, Chicago. | 7.00 |
| 11/4/2009 | Michael E. Scannella | Ground Transportation | Huron Office to W City Center, Chicago, cab ride from office to hotel. | 7.00 |
| 11/5/2009 | Michael E. Scannella | Ground Transportation | W City Center to Huron Office, Chicago, cab ride from hotel to office. | 7.00 |
| 11/10/2009 | Michael E. Scannella | Ground Transportation | ORD to Huron Chicago Office, CTA Train. | 3.00 |
| 11/10/2009 | Michael E. Scannella | Ground Transportation | Huron Office to W City Center, Chicago. | 7.00 |
| 11/10/2009 | Michael E. Scannella | Ground Transportation | Roundtrip ride to dinner while traveling for Nortel, Chicago. | 15.00 |
| 11/11/2009 | Michael E. Scannella | Ground Transportation | W City Center to Huron Office, Chicago. | 7.00 |
| 11/12/2009 | Michael E. Scannella | Ground Transportation | Huron Chicago Office to ORD, CTA. | 3.00 |
| 11/17/2009 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore, Chicago. | 10.00 |
| 11/17/2009 | Michael E. Scannella | Ground Transportation | ORD to Huron Chicago Office. | 60.00 |
| 11/18/2009 | Michael E. Scannella | Ground Transportation | W Lakeshore to Huron Office, Chicago. | 10.00 |
| 11/19/2009 | Michael E. Scannella | Ground Transportation | Huron Office to ORD, CTA. | 3.00 |
| 11/6/2009 | Joseph J. McKenna | Hotel/Lodging | W Hotel, Chicago City Center; 11/3 to 11/5; Lodging while traveling on Nortel engagement (2 Nights). | 348.90 |
| 11/12/2009 | Joseph J. McKenna | Hotel/Lodging | W Chicago City Center; Lodging while traveling on Nortel engagement, 11/10 - 11/12, 2 nights. | 351.90 |
| 11/20/2009 | Joseph J. McKenna | Hotel/Lodging | W Lakeshore, Chicago, IL; 11/17 -11/19; Lodging while traveling on Nortel engagement, 2 nights. | 336.90 |
| 11/5/2009 | Lee A. Sweigart | Hotel/Lodging | W City Center Chicago - 11/3 - 11/5, 2 nights. | 343.90 |
| 11/12/2009 | Lee A. Sweigart | Hotel/Lodging | W City Center Chicago - 11/10 - 11/12, 2 nights. | 343.90 |
| 11/20/2009 | Lee A. Sweigart | Hotel/Lodging | W Lakeshore Chicago - 11/17-11/20, 3 nights. | 515.85 |
| 10/29/2009 | Michael E. Scannella | Hotel/Lodging | Sheraton Imperial, 10/25 - 10/28, Hotel while at client site, 4 nights, room + tip. | 626.49 |
| 11/5/2009 | Michael E. Scannella | Hotel/Lodging | W, Chicago, IL, 11/3 - 11/5, 2 nights, hotel while at client site, room + tip. | 359.28 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/12/2009 | Michael E. Scannella | Hotel/Lodging | W City Center, Chicago, hotel while traveling to Chicago office for work on Nortel matters, 11/10 - 11/12, 2 nights, room + tip. | 353.90 |
| 11/19/2009 | Michael E. Scannella | Hotel/Lodging | W Lakeshore, Chicago, 11/17 - 11/19, 2 nights, room + tip. | 353.90 |
| 11/3/2009 | Coley P. Brown | Meals | Dinner from D'Agostinos for Coley Brown (1 person). | 20.39 |
| 11/5/2009 | Coley P. Brown | Meals | Dinner from Chen's for Coley Brown (1 person) while working late on Nortel matters. | 22.47 |
| 11/30/2009 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person) while traveling on Nortel. | 7.35 |
| 11/3/2009 | Joseph J. McKenna | Meals | Au Bon Pain/Starbucks, LaGuardia Airport; Breakfast while traveling on Nortel engagement, 1 person. | 11.29 |
| 11/3/2009 | Joseph J. McKenna | Meals | Room service, W Hotel, Chicago, IL; Dinner while traveling on Nortel engagement, 1 person. | 36.76 |
| 11/4/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 6.19 |
| 11/4/2009 | Joseph J. McKenna | Meals | The Pepper Canister, Chicago, IL; Dinner while traveling on Nortel engagement, (individual). | 50.00 |
| 11/5/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 4.24 |
| 11/10/2009 | Joseph J. McKenna | Meals | Au Bon Pain, LaGuardia Airport; breakfast while traveling on Nortel engagement, 1 person. | 7.28 |
| 11/10/2009 | Joseph J. McKenna | Meals | Trattoria No. 10, Chicago; Dinner while traveling on Nortel engagement, 1 person. | 45.16 |
| 11/11/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago; Breakfast while traveling on Nortel engagement, 1 person. | 6.19 |
| 11/12/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago; Breakfast while traveling on Nortel engagement, 1 person. | 6.18 |
| 11/17/2009 | Joseph J. McKenna | Meals | Au Bon Pain, LaGuardia Airport, Breakfast while traveling on Nortel engagement, 1 person. | 6.51 |
| 11/17/2009 | Joseph J. McKenna | Meals | Room service, W Hotel, Dinner while traveling on Nortel engagement, 1 person. | 24.08 |
| 11/18/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 6.24 |
| 11/19/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 4.91 |
| 11/23/2009 | Joseph J. McKenna | Meals | Room service, W Hotel, Dinner while traveling on Nortel engagement, 1 person. | 37.12 |
| 11/30/2009 | Joseph J. McKenna | Meals | Newark Airport Coffee Shop; Breakfast while traveling on Nortel engagement, 1 person. | 6.13 |
| 11/30/2009 | Joseph J. McKenna | Meals | Mez, Raleigh, NC; Dinner for team while traveling on Nortel engagement; Lee Sweigart, Coley Brown, Mike Scannella, Joe McKenna (4 guests). | 107.54 |
| 11/3/2009 | Lee A. Sweigart | Meals | Dinner - We Restaurant - W City Center, 1 person. | 50.00 |
| 11/5/2009 | Lee A. Sweigart | Meals | Breakfast - week of 11/05, 1 person. | 12.07 |
| 11/5/2009 | Lee A. Sweigart | Meals | Dinner - MDW Airport, 1 person. | 16.47 |
| 11/10/2009 | Lee A. Sweigart | Meals | Dinner - The Grillroom, Chicago, 1 person. | 37.78 |
| 11/11/2009 | Lee A. Sweigart | Meals | Team dinner - Japonais Chicago - L. Sweigart; C. Brown; J. McKenna; M. Scannella; B. Heinimann; M. Fisher, 6 people. | 300.00 |
| 11/12/2009 | Lee A. Sweigart | Meals | Breakfast - week of 11/12, 1 person. | 12.69 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 11/12/2009 | Lee A. Sweigart | Meals | Dinner - MDW Airport, 1 person. | 15.97 |
| 11/17/2009 | Lee A. Sweigart | Meals | Dinner - Tutto Pronto - Chicago, 1 person. | 23.80 |
| 11/18/2009 | Lee A. Sweigart | Meals | Dinner - Capital Grille - L. Sweigart; M. Fisher; C. Brown, 3 people. | 150.00 |
| 11/20/2009 | Lee A. Sweigart | Meals | Breakfast - week of 11/17, 1 person. | 12.46 |
| 11/20/2009 | Lee A. Sweigart | Meals | Dinner at MDW airport - Taylor Street, 1 person. | 12.75 |
| 11/3/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast while traveling, 1 person, Mike Scannella. | 7.43 |
| 11/3/2009 | Michael E. Scannella | Meals | W Room Service, Chicago, IL, dinner while at clientsite, 1 person, Mike Scannella. | 50.00 |
| 11/4/2009 | Michael E. Scannella | Meals | Giordano's, Chicago, IL, dinner while at clientsite, 1 person, Mike Scannella. | 35.04 |
| 11/5/2009 | Michael E. Scannella | Meals | Wolfgang Puck, ORD, Dinner while waiting for flight, 1 person, Mike Scannella. | 12.76 |
| 11/10/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast while traveling for client, 1 person, Mike Scannella. | 5.80 |
| 11/10/2009 | Michael E. Scannella | Meals | The Grill, Chicago, Dinner while traveling for Nortel, Mike Scannella, 1 Person. | 50.00 |
| 11/11/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast while traveling for Nortel, Mike Scannella, 1 person. | 4.07 |
| 11/12/2009 | Michael E. Scannella | Meals | Wolfgang Puck, ORD, Dinner while waiting for flight, 1 person, Mike Scannella. | 15.27 |
| 11/17/2009 | Michael E. Scannella | Meals | Famiglia, EWR, Breakfast while waiting for flight, Mike Scannella, 1 person. | 5.11 |
| 11/17/2009 | Michael E. Scannella | Meals | Timothy O'Tooles, Chicago, Dinner while traveling for Nortel, Mike Scannella, 1 person. | 50.00 |
| 11/18/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast while traveling for Nortel, 1 person, Mike Scannella. | 4.07 |
| 11/18/2009 | Michael E. Scannella | Meals | Kamehachi, Chicago, Dinner while traveling for Nortel, 1 person, Mike Scannella. | 44.11 |
| 11/19/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast while traveling for Nortel, 1 person, Mike Scannella. | 4.07 |
| 11/19/2009 | Michael E. Scannella | Meals | McDonalds, ORD, Dinner while waiting for flight, 1 person, Mike Scannella. | 5.80 |
| 11/30/2009 | Michael E. Scannella | Meals | Vito's, EWR, Breakfast while waiting for flight, 1 person, Mike Scannella. | 6.18 |
| 11/5/2009 | Lee A. Sweigart | Mileage | Roundtrip Mileage from home to IND airport - 11/03 - 11/05. | 27.50 |
| 11/12/2009 | Lee A. Sweigart | Mileage | Roundtrip Mileage from home to IND airport - 11/10 - 11/12. | 27.50 |
| 11/20/2009 | Lee A. Sweigart | Mileage | Roundtrip Mileage from home to IND airport - 11/17 - 11/20. | 27.50 |
| 11/3/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles roundtrip, travel to airport. | 35.20 |
| 11/10/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles roundtrip, travel to airport. | 35.20 |
| 11/17/2009 | Michael E. Scannella | Mileage | Montville, NJ to EWR, 64 miles roundtrip, travel to airport. | 35.20 |
| 11/5/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 11/03 - 11/05, 3 days. | 54.00 |
| 11/12/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 11/10 - 11/12, 3 days. | 54.00 |
| 11/20/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 11/17 - 11/20, 4 days. | 72.00 |
| 11/5/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 11/3 - 11/5, 3 days. | 81.00 |
| 11/12/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 11/10 - 11/12, 3 days. | 81.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Billable Amount |
|------|-------------|-----------|-------------|-----------------|
| 11/19/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 11/17 - 11/19, 3 days. | 81.00 |

|  |  |  | **Total** | **$    11,360.40** |