**EXHIBIT B**

NNI DI 2139 ADD 12-16-09

Paul, Hastings, Janofsky & Walker LLP
Richard A. Chesley
191 N. Wacker Drive
30th Floor
Chicago, IL 60606