**EXHIBIT C**

NNI ENTERPRISE ADD 12-16-09

Ropes & Gray LLP
Attention: Mark I. Bane and Anne Pak
1211 Avenue of the Americas
New York, NY  10036-8704

NNI ENTERPRISE ADD 12-16-09

Fulbright & Jaworski LLP
Attention: David Rosenzweig and Mark
666 Fifth Avenue
New York, NY 10103-3198