

**Navjeet K. Bal**
Commissioner

**Thomas K. Condon**
Bureau Chief

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Litigation Bureau - Bankruptcy Unit*
*100 Cambridge Street, 7th Floor*
*P. O. Box 9564*
*Boston, Massachusetts 02114-9564*

*MAIN #617 626-3875 - FAX #617 626-3796*

DECEMBER 16, 2009

CLERK, U. S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 5TH/FLOOR
WILMINGTON, DE 19801
ATTN: CLAIMS ADMINISTRATOR

DEAR CLERK:

PLEASE **WITHDRAW** THE FOLLOWING CLAIM(S) IN THE MATTER OF:

DEBTOR : **NORTHERN TELECOM INTERNATIONAL, INC.**

F. I. D. # : **510-266-286**

DOCKET # : **09-10151 KG**        CLAIM # **1135**

| TYPE OF CLAIM | AMOUNT | FILED ON |
|---|---|---|
| SECURED | $ | |
| UNSECURED PRIORITY | $456.00 | 05/08/2009 |
| UNSECURED GENERAL | $ | |
| ADMINISTRATIVE | $ | |

**PLEASE DATE-STAMP AND RETURN THE ATTACHED COPY IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

STEPHEN KOBIALKA
TAX SUPERVISOR
BANKRUPTCY UNIT

ANNE CHAN
TAX EXAMINER
TEL.: (617) 626-3869

ENCLOSURE: CLAIM(S)

#1135

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF REVENUE**
**P.O.BOX 9564, BOSTON, MA 02114-9564**
**TEL #:(617)626-3875   FAX #:(617) 626-3796**

## PRIORITY PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

DOCKET #: __09-10151 KG__
PETITION DATE:__01/14/09__
CHAPTER 11
I.D.#: __510-266-286__

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF **DELAWARE**

IN THE MATTER OF: **NORTHERN TELECOM INTERNATIONAL, INC.**

  **X**   IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.

  __   AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED

1. **THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS**, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS **A**, **B**, AND **C** BELOW.

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

---

A.  **SECURED CLAIMS** (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

$

**POST-PETITION INTEREST MAY BE PAYABLE** (SEE 11 U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

---

B.  **UNSECURED PRIORITY CLAIMS** UNDER 507(a)(8) OF THE BANKRUPTCY CODE:

$456.00

---

C.  **UNSECURED GENERAL CLAIMS**:            $

---

TOTAL:      $456.00

AUTHORIZED SIGNATURE: _[signature]_    DATE: __May 6, 2009__

STEPHEN KOBIALKA, TAX SUPERVISOR, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3317

ANNE CHAN, TAX EXAMINER, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3869

COPY

**FILED / RECEIVED**
MAY 0 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## MDOR PRIORITY / GENERAL UNSECURED PROOF-OF-CLAIM

| DISTRICT OF: | DELAWARE | DOCKET #: | 09-10151 KG |
|---|---|---|---|

IN THE MATTER OF: NORTHERN TELECOM INTERNATIONAL, INC.
CHAPTER 11 BANKRUPTCY
PETITION DATE:   01/14/09                             TAX I.D.#:   510-266-286

TAX TYPE SYMBOLS:   WH = WITHHOLDING;  ST = SALES ;  MT = MEALS;  RO = ROOM OCCUPANCY
IT = INCOME;  CP = CORPORATE EXCISE;  SP. F. = SPECIAL FUELS;
SER=SERVICES  PU = PUBLIC UTILITY;  RL=ROOM LOCAL

| TAX TYPE | PERIOD ENDING | DATE TAX ASSESSED | TAX | INTEREST TO PETITION DATE | BALANCE DUE | GENERAL UNSECURED CLAIM PENALTY |
|---|---|---|---|---|---|---|
| CP | Dec 08 | ____ | $456.00 * | $0.00 | $456.00 | $0.00 |
| **TOTAL THIS PAGE:** | | | $456.00 | $0.00 | $456.00 | $0.00 |
| | | | **SUMMARY TOTAL:** | | $456.00 | $0.00 |

PAGE 1 OF 1