# **EXHIBIT A**

**Duplicate Claims**

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON  405-310<br>KOREA | 3564<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON  405-310<br>KOREA | 3558<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | Duplicate claim |
| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX  75013 | 3029<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,654.97 (P)<br>$31,964.89 (U)<br>$42,619.86 (T) | AHMAD, AZEEM<br>1328 WATERDOWN DR<br>ALLEN, TX  75013 | 3025<br>9/15/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,654.97 (P)<br>$31,964.89 (U)<br>$42,619.86 (T) | Duplicate claim |
| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX  75013-5314 | 3071<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,654.97 (P)<br>$31,964.89 (U)<br>$42,619.86 (T) | AHMAD, AZEEM<br>1328 WATERDOWN DR<br>ALLEN, TX  75013 | 3025<br>9/15/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,654.97 (P)<br>$31,964.89 (U)<br>$42,619.86 (T) | Duplicate claim |
| ALDINE INDEPENDENT SCHOOL<br>DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX  77032 | 971<br>4/13/09<br>09-10138<br>Nortel Networks Inc. | $2,050.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,050.87 (T) | ALDINE INDEPENDENT SCHOOL<br>DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX  77032 | 921<br>4/13/09<br>09-10138<br>Nortel Networks Inc. | $2,050.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,050.87 (T) | Duplicate claim |
| ALDINE INDEPENDENT SCHOOL<br>DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX  77032 | 2858<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | $2,050.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,050.87 (T) | ALDINE INDEPENDENT SCHOOL<br>DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX  77032 | 921<br>4/13/09<br>09-10138<br>Nortel Networks Inc. | $2,050.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,050.87 (T) | Duplicate claim |
| BAGETAKOS, GEORGE T.<br>1623 E. SHADOW CREEK DRIVE<br>FRESNO, CA  93730 | 25<br>1/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$715,134.69 (U)<br>$715,134.69 (T) | BAGETAKOS, GEORGE<br>1623 EAST SHADOW CREEK DR.<br>FRESNO, CA  93730 | 1885<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$715,134.69 (U)<br>$715,134.69 (T) | Duplicate claim |
| BAKER, DONELSON, BEARMAN,<br>CALDWELL &<br>BERKOWITZ, P.C.<br>ATTN: BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN  38103 | 1181<br>5/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,138.48 (U)<br>$21,138.48 (T) | BAKER, DONELSON, BEARMAN,<br>CALDWELL &<br>BERKOWITZ, P.C.<br>BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN  38103 | 1168<br>5/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,138.48 (U)<br>$21,138.48 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| BALDWIN, ROBERT SHAW<br>15902 BUFFALO CREEK DRIVE<br>FRISCO, TX  75035 | 1908<br>8/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$18,923.00 (U)<br>$18,923.00 (T) | BALDWIN, ROBERT SHAW<br>15902 BUFFALO CREEK DRIVE<br>FRISCO, TX  75035 | 600<br>3/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$18,923.00 (U)<br>$18,923.00 (T) | Duplicate claim |
| BHATT, JITENDRA D.<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC  27560 | 4801<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$199,400.00 (U)<br>$199,400.00 (T) | BHATT, JITENDRA D<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC  27560 | 3456<br>9/22/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$199,400.00 (U)<br>$199,400.00 (T) | Duplicate claim |
| BHATT, JITENDRA D.<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC  27560 | 5746<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$199,400.00 (U)<br>$199,400.00 (T) | BHATT, JITENDRA D<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC  27560 | 3456<br>9/22/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$199,400.00 (U)<br>$199,400.00 (T) | Duplicate claim |
| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA  30024 | 5481<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$100,814.47 (P)<br>- (U)<br>$100,814.47 (T) | BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA  30024 | 1598<br>7/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$100,814.47 (P)<br>- (U)<br>$100,814.47 (T) | Duplicate claim |
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX  75019 | 4180<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,899.56 (U)<br>$15,899.56 (T) | BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX  75019 | 304<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,899.56 (U)<br>$15,899.56 (T) | Duplicate claim |
| BRIDGES, STEPHEN M.<br>5020 RED CEDAR RD<br>RALEIGH, NC  27613 | 4138<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,856.37 (U)<br>$78,856.37 (T) | BRIDGES, STEPHEN<br>5020 RED CEDAR RD<br>RALEIGH, NC  27613 | 2410<br>9/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,856.37 (U)<br>$78,856.37 (T) | Duplicate claim |
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA  30004 | 3147<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$49,230.77 (U)<br>$49,230.77 (T) | BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA  30004 | 3145<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$49,230.77 (U)<br>$49,230.77 (T) | Duplicate claim |
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC  27713 | 3285<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC  27713 | 3283<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| | Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5722<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | | CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5695<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5724<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | | CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5697<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA 30542 | 3551<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | | CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA 30542 | 3496<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| CHONG, BAK<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | 3802<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | | CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | 911<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | Duplicate claim |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3796<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | | CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | 911<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | Duplicate claim |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3798<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | | CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | 911<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | Duplicate claim |
| CHONG, BAK LENG<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3800<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | | CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | 911<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | Duplicate claim |
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | 747<br>3/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,735.44 (U)<br>$19,735.44 (T) | | CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | 667<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,735.44 (U)<br>$19,735.44 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 2533<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 2539<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3647<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| CLINE, GLENN B.<br>602 CHAFFEE DR<br>ARLINGTON, TX  76006 | 1419<br>6/26/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| CLINE, GLENN B.<br>602 CHAFFEE DR<br>ARLINGTON, TX  76006 | 2535<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| CLINE, GLENN B.<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3649<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | Duplicate claim |
| COMMFUSION<br>COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA  95409-4337 | 2593<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$2,995.00 (U)<br>$2,995.00 (T) | COMMFUSION LLC<br>BLAIR PLEASANT<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA  95409 | 454<br>3/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$2,995.00 (U)<br>$2,995.00 (T) | Duplicate claim |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3033<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3036<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3034<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3036<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | Duplicate claim |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3035<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC  27522 | 3036<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,692.31 (U)<br>$75,692.31 (T) | Duplicate claim |
| DAHL, STEVE A.<br>1508 EDELWEISS DR<br>ALLEN, TX  75002-4671 | 1319<br>6/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$16,748.92 (U)<br>$27,698.92 (T) | DAHL, STEVE A.<br>1508 EDELWEISS DR<br>ALLEN, TX  75002-4671 | 1278<br>6/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$16,748.92 (U)<br>$27,698.92 (T) | Duplicate claim |
| DANFORTH, JEFFREY H<br>8604 CHURCHDOWN COURT<br>RALEIGH, NC  27613 | 4036<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$48,719.27 (U)<br>$48,719.27 (T) | DANFORTH, JEFFREY<br>8604 CHURCHDOWN CT<br>RALEIGH, NC  27613 | 1438<br>6/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$48,719.27 (U)<br>$48,719.27 (T) | Duplicate claim |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ  07836 | 172<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,687.50 (U)<br>$9,687.50 (T) | DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ  07836 | 1456<br>7/2/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$9,687.50 (U)<br>$9,687.50 (T) | Duplicate claim |
| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN  38017 | 3652<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$87,727.47 (U)<br>$87,727.47 (T) | DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN  38017 | 3651<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,727.47 (U)<br>$87,727.47 (T) | Duplicate claim |
| DIEP, KHANH<br>3088 GREENFIELD DR<br>RICHARDSON, TX  75082 | 5869<br>10/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$39,846.15 (U)<br>$39,846.15 (T) | DIEP, KHANH<br>3088 GREENFIELD DR.<br>RICHARDSON, TX  75082 | 1307<br>6/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$39,846.15 (U)<br>$39,846.15 (T) | Duplicate claim |
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON  M2L2W4<br>CANADA | 2969<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$111,637.89 (U)<br>$111,637.89 (T) | DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON  M2L2W4<br>CANADA | 2970<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$111,637.89 (U)<br>$111,637.89 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| | Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| DOYLE, RICHARD F<br>531 FOX CHASE RD.<br>WIRTZ, VA  24184 | 2354<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$1,998.58 (U)<br>$1,998.58 (T) | | DOYLE, RICHARD F<br>531 FOX CHASE RD.<br>WIRTZ, VA  24184 | 2356<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,998.58 (U)<br>$1,998.58 (T) | Duplicate claim |
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX  75002 | 3101<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$21,829.25 (U)<br>$21,829.25 (T) | | DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX  75002 | 218<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,829.25 (U)<br>$21,829.25 (T) | Duplicate claim |
| EAST CAMELBACK ROAD, INC.<br>C/O ROBERT N. BRIER, ESQ.<br>2400 EAST ARIZONA BILTMORE CIRCLE,<br>SUITE 1300<br>PHOENIX, AZ  85016-2115 | 2059<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$244,203.60 (U)<br>$244,203.60 (T) | | EAST CAMELBACK ROAD, INC.<br>C/O ROBERT N. BRIER, ESQ.<br>2400 EAST ARIZONA BILTMORE CIRCLE<br>SUITE 1300<br>PHOENIX, AZ  85016-2115 | 1812<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$244,203.60 (U)<br>$244,203.60 (T) | Duplicate claim |
| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC  20002 | 5822<br>10/2/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$300,000.00 (P)<br>- (U)<br>$300,000.00 (T) | | FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC  20002 | 4497<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$300,000.00 (P)<br>- (U)<br>$300,000.00 (T) | Duplicate claim |
| FELIX, AVONDA<br>6510 ROSEBUD DR.<br>ROWLETT, TX  75089 | 589<br>3/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$25,778.63 (U)<br>$25,778.63 (T) | | FELIX, AVONDA<br>6510 ROSEBUD DR<br>ROWLETT, TX  75089 | 1179<br>5/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,778.63 (U)<br>$25,778.63 (T) | Duplicate claim |
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4707<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | | FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4709<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | Duplicate claim |
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4708<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | | FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4709<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4710<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX  75048 | 4709<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | Duplicate claim |
| GAGLIONE, SEBASTIAN F.<br>22 OLDE WOODE ROAD<br>SALEM, NH  03079 | 1806<br>8/19/09<br>No Case<br>No Case Asserted | Unspecified* | GAGLIONE, SEBASTIAN F.<br>22 OLDE WOODE ROAD<br>SALEM, NH  03079 | 1807<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| GALLARDO, FRANK<br>8205 S POPLAR WAY #P103<br>ENGLEWOOD, CO  801123145 | 668<br>3/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3438<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | Duplicate claim |
| GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3291<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3438<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | Duplicate claim |
| GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3292<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3438<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | Duplicate claim |
| GALLARDO, FRANK<br>4707 E. MCDOWELL RD<br>APT. 2101<br>PHOENIX, AZ  85008 | 3439<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | GALLARDO, FRANK<br>4707 E. MCDOWELL RD. APT. 1168<br>PHOENIX, AZ  85008 | 3438<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,614.00 (P)<br>$9,614.00 (U)<br>$9,614.00 (T) | Duplicate claim |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5375<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON  SW7 1AP<br>UNITED KINGDOM | 5359<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,401,143.00 (U)<br>$3,401,143.00 (T) | Duplicate claim |
| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL  60047-7552 | 1072<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,709.00 (U)<br>$45,659.00 (T) | GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL  60047-7552 | 1025<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,709.00 (U)<br>$45,659.00 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| GILES, DANIEL<br>708 HAWTHORN RIDGE DRIVE<br>WHITSETT, NC  27377 | 2742<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | GILES, DANIEL<br>708 HAWTHORN RIDGE DRIVE<br>WHITSETT, NC  27377 | 2741<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | Duplicate claim |
| GILES, DANIEL<br>708 HAWTHORN RIDGE DRIVE<br>WHITSETT, NC  27377 | 2743<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | GILES, DANIEL<br>708 HAWTHORN RIDGE DRIVE<br>WHITSETT, NC  27377 | 2741<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | Duplicate claim |
| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC  273779317 | 1395<br>6/22/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | GILES, DANIEL<br>708 HAWTHORN RIDGE DRIVE<br>WHITSETT, NC  27377 | 2741<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$96,400.69 (U)<br>$96,400.69 (T) | Duplicate claim |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA  01749 | 3655<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,414.40 (P)<br>- (U)<br>$23,414.40 (T) | GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA  01749 | 3654<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,414.40 (P)<br>- (U)<br>$23,414.40 (T) | Duplicate claim |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA  01749 | 3656<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,414.40 (P)<br>- (U)<br>$23,414.40 (T) | GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA  01749 | 3654<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,414.40 (P)<br>- (U)<br>$23,414.40 (T) | Duplicate claim |
| GLOBAL IP SOLUTIONS, INC.<br>AKA, GLOBAL IP SOUND, INC.<br>642 HARRISON STREET, 2ND FLOOR<br>SAN FRANCISCO, CA  94107 | 1336<br>2/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$411,928.30 (U)<br>$411,928.30 (T) | GLOBAL IP SOLUTIONS, INC.<br>AKA, GLOBAL IP SOUND, INC.<br>642 HARRISON STREET, 2ND FLOOR<br>SAN FRANCISCO, CA  94107 | 468<br>3/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$411,928.30 (U)<br>$411,928.30 (T) | Duplicate claim |
| GORDON, DOUGLAS<br>3904 SADDLEHEAD DR.<br>PLANO, TX  75075 | 2105<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 816<br>4/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | Duplicate claim |
| GORDON, DOUGLAS<br>3904 SADDLEHEAD DR.<br>PLANO, TX  75075 | 2107<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 816<br>4/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 2109<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 816<br>4/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,992.53 (U)<br>$32,992.53 (T) | Duplicate claim |
| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC  27713 | 4602<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,874.65 (P)<br>$38,840.00 (U)<br>$47,714.65 (T) | GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC  27713 | 439<br>3/2/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$8,874.65 (P)<br>$38,840.00 (U)<br>$47,714.65 (T) | Duplicate claim |
| GREEN, ROBERT<br>3016 LAKESIDE VIEW COURT<br>CARY, NC  27513 | 3150<br>9/17/09<br>No Case<br>No Case Asserted | Unspecified* | GREEN, ROBERT J<br>3016 LAKESIDE VIEW COURT<br>CARY, NC  27513 | 3152<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| GREEN, ROBERT<br>3016 LAKESIDE VIEW COURT<br>CARY, NC  27513 | 3151<br>9/17/09<br>No Case<br>No Case Asserted | Unspecified* | GREEN, ROBERT J<br>3016 LAKESIDE VIEW COURT<br>CARY, NC  27513 | 3152<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| GUERIN<br>GUERIN & RODRIGUEZ LLP<br>5 MOUNT ROYAL AVE<br>MARLBOROUGH, MA  01752 | 2992<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | GUERIN & RODRIGUEZ LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA  01752 | 2979<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | Duplicate claim |
| GUERIN & RODRIGUEZ LLP<br>5 MOUNT ROYAL AVE<br>MARLBOROUGH, MA  01752 | 3005<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | GUERIN & RODRIGUEZ LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA  01752 | 2979<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | Duplicate claim |
| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA  01821 | 4806<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$196,830.00 (P)<br>- (U)<br>$196,830.00 (T) | HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA  01821 | 3315<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$196,830.00 (P)<br>- (U)<br>$196,830.00 (T) | Duplicate claim |
| HANKEL, MARK C.<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH  03865 | 4807<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$22,225.18 (P)<br>- (U)<br>$22,225.18 (T) | HANKEL, MARK C<br>8 FOX HOLLOW<br>PLAISTOW, NH  03865 | 3314<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$22,225.18 (P)<br>- (U)<br>$22,225.18 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 206<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | $4,395.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,395.96 (T) | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 135<br>2/10/09<br>09-10138<br>Nortel Networks Inc. | $4,395.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,395.96 (T) | Duplicate claim |
| HAYNES, MICHELLE<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | 2148<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$40,105.37 (P)<br>- (U)<br>$40,105.37 (T) | HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | 2167<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$40,105.37 (P)<br>- (U)<br>$40,105.37 (T) | Duplicate claim |
| HAYNES, MICHELLE<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | 2166<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$40,105.37 (P)<br>- (U)<br>$40,105.37 (T) | HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | 2167<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$40,105.37 (P)<br>- (U)<br>$40,105.37 (T) | Duplicate claim |
| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | 5377<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,846.00 (P)<br>- (U)<br>$18,846.00 (T) | HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | 3483<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,846.00 (P)<br>- (U)<br>$18,846.00 (T) | Duplicate claim |
| HODGES JR, JOSEPH T<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | 2472<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$861.24 (U)<br>$861.24 (T) | HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | 2471<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$861.24 (U)<br>$861.24 (T) | Duplicate claim |
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | 2474<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,293.44 (U)<br>$26,293.44 (T) | HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | 2473<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,293.44 (U)<br>$26,293.44 (T) | Duplicate claim |
| HUGHES, DEAN W.<br>1335 W. 13TH AVE.<br>BROOMFIELD, CO 80020 | 2773<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$8,110.40 (P)<br>- (U)<br>$8,110.40 (T) | HUGHES, DEAN W<br>1335 WEST 13TH AVE<br>BROOMFIELD, CO 80020 | 2544<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,110.40 (P)<br>- (U)<br>$8,110.40 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX  75070 | 3184<br>9/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$35,765.14 (U)<br>$35,765.14 (T) | JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX  75070 | 579<br>3/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$35,765.14 (U)<br>$35,765.14 (T) | Duplicate claim |
| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2967<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2830<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | Duplicate claim |
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2832<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2830<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | Duplicate claim |
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2938<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2830<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | Duplicate claim |
| JENG, CINDY<br>4400 STATEN ISLAND DR<br>PLANO, TX  75024 | 3354<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$1,931.27 (P)<br>$34,762.86 (U)<br>$36,694.13 (T) | JENG, SHU-CHING<br>4400 STATEN ISLAND<br>DRIVE<br>PLANO, TX  75024 | 3353<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$1,931.27 (P)<br>$34,762.86 (U)<br>$36,694.13 (T) | Duplicate claim |
| JIANG, XUEMING<br>4308 HELSTON RD<br>PLANO, TX  75024 | 5849<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$38,753.00 (P)<br>$37,716.83 (U)<br>$76,469.83 (T) | JIANG, XUEMING<br>4308 HELSTON DR.<br>PLANO, TX  75024 | 1668<br>8/10/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$38,753.00 (P)<br>$37,716.83 (U)<br>$76,469.83 (T) | Duplicate claim |
| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA  30005 | 932<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$23,100.00 (P)<br>$134,883.00 (U)<br>$157,983.00 (T) | JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA  30005 | 3879<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,100.00 (P)<br>$134,883.00 (U)<br>$157,983.00 (T) | Duplicate claim |
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX  76051 | 2988<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,318.79 (P)<br>$47,682.20 (U)<br>$62,000.99 (T) | KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX  76051 | 2950<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,318.79 (P)<br>$47,682.20 (U)<br>$62,000.99 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| KAO, FRANK<br>4849 FRANKFORD RD APT 433<br>DALLAS, TX  75287 | 805<br>4/2/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$11,236.86 (U)<br>$11,236.86 (T) | KAO, FRANK<br>4849 FRANKFORD RD APT 433<br>DALLAS, TX  75287 | 2276<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,236.86 (U)<br>$11,236.86 (T) | Duplicate claim |
| KAO, IUE-FANG H<br>19785 VIEWRIDGE DRIVE<br>SARATOGA, CA  95070 | 5436<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,516.93 (U)<br>$39,516.93 (T) | KAO, IUE-FANG H.<br>19785 VIEWRIDGE DR.<br>SARATOGA, CA  95070 | 4093<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,516.93 (U)<br>$39,516.93 (T) | Duplicate claim |
| KUMARAN SYSTEMS, INC.<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 3043<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$142,044.00 (U)<br>$142,044.00 (T) | KUMARAN SYSTEMS INC<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 2572<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$142,044.00 (U)<br>$142,044.00 (T) | Duplicate claim |
| LAMBERT, MICHAEL<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS  66061 | 3894<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$608,020.75 (U)<br>$608,020.75 (T) | LAMBERT, MICHAEL K.<br>10413 S. HIGHLAND CIRCLE<br>OLATHE, KS  66061 | 3895<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$608,020.75 (U)<br>$608,020.75 (T) | Duplicate claim |
| LAMBERT, MICHAEL<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS  66061 | 5739<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$602,469.23 (U)<br>$602,469.23 (T) | LAMBERT, MICHAEL K<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS  66061 | 5738<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$602,469.23 (U)<br>$602,469.23 (T) | Duplicate claim |
| LEUTERITZ, MARK<br>14 BUCKTHORN<br>IRVINE, CA  92604 | 1709<br>8/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$41,104.00 (P)<br>- (U)<br>$41,104.00 (T) | LEUTERITZ, MARK<br>14 BUCKTHORN<br>IRVINE, CA  92604 | 1542<br>7/15/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$41,104.00 (P)<br>- (U)<br>$41,104.00 (T) | Duplicate claim |
| LIGON, KEITH<br>1313 COVEY RISE LN<br>FUQUAY VARINA, NC  27526 | 5439<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$48,910.92 (U)<br>$48,910.92 (T) | LIGON, KEITH<br>1313 COVEY RISE LN<br>FUQUAY VARINA, NC  27526 | 5437<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$48,910.92 (U)<br>$48,910.92 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| LOCKHART, LEWIS<br>4001 E CHAPEL HILL-NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC<br>27709-3010 | 3969<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$4,246.27 (P)<br>- (U)<br>$4,246.27 (T) | LOCKHART, LEWIS<br>4001 E. CHAPEL HILL - NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC<br>27709-3010 | 4557<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$4,246.27 (P)<br>- (U)<br>$4,246.27 (T) | Duplicate claim |
| LOCKHART, LEWIS<br>4001 E CHAPEL HILL-NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC<br>27709-3010 | 3970<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$91,623.78 (P)<br>- (U)<br>$91,623.78 (T) | LOCKHART, LEWIS<br>4001 E. CHAPEL HILL - NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC<br>27709-3010 | 4556<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$91,623.78 (P)<br>- (U)<br>$91,623.78 (T) | Duplicate claim |
| LOUIS, CATHERINE<br>310 RUSTIC RIDGE RD<br>CARY, NC  27511-3750 | 2883<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$262,649.39 (U)<br>$262,649.39 (T) | LOUIS, CATHERINE<br>310 RUSTIC RIDGE RD<br>CARY, NC  27511 | 2828<br>9/11/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$262,649.39 (U)<br>$262,649.39 (T) | Duplicate claim |
| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY  40232-5410 | 692<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$450.42 (P)<br>- (U)<br>$450.42 (T) | LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY  40232-5410 | 609<br>3/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$450.42 (P)<br>- (U)<br>$450.42 (T) | Duplicate claim |
| MARGHOOB, SHAMAHRUKH<br>1201 WALNUT AVE, APT. 59<br>TUSTIN, CA  92780 | 3766<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$9,516.77 (U)<br>$9,516.77 (T) | MARGHOOB, SHAMAHRUKH<br>1201 WALNUT AVE, APT. 59<br>TUSTIN, CA  92780 | 3764<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$9,516.77 (U)<br>$9,516.77 (T) | Duplicate claim |
| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO  L5W 1L8<br>CANADA | 379<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$133,500.00 (U)<br>$133,500.00 (T) | MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO  L5W 1L8<br>CANADA | 268<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$133,500.00 (U)<br>$133,500.00 (T) | Duplicate claim |
| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS  75008<br>FRANCE | 5803<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,472.00 (U)<br>$3,472.00 (T) | MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS  75008<br>FRANCE | 5449<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,472.00 (U)<br>$3,472.00 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS  66062 | 1239<br>5/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$41,811.89 (P)<br>- (U)<br>$41,811.89 (T) | MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS  66062 | 1197<br>5/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$41,811.89 (P)<br>- (U)<br>$41,811.89 (T) | Duplicate claim |
| MCCOY, LEONARD D<br>4218 HIGH STAR LANE<br>DALLAS, TX  75287 | 4227<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$317,285.12 (U)<br>$317,285.12 (T) | MCCOY, LEONARD D.<br>4218 HIGH STAR LANE<br>DALLAS, TX  75287 | 3749<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$317,285.12 (U)<br>$317,285.12 (T) | Duplicate claim |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON  L6C 2A6<br>CANADA | 2404<br>9/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$120,590.94 (P)<br>- (U)<br>$120,590.94 (T) | MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ONT.  L6C 2A6<br>CANADA | 488<br>3/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$120,590.94 (P)<br>- (U)<br>$120,590.94 (T) | Duplicate claim |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON  L6C 2A6<br>CANADA | 2523<br>9/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$120,590.94 (P)<br>- (U)<br>$120,590.94 (T) | MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ONT.  L6C 2A6<br>CANADA | 488<br>3/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$120,590.94 (P)<br>- (U)<br>$120,590.94 (T) | Duplicate claim |
| **Totals:** | **103  Claims** | **$8,497.70 (S)<br>- (A)<br>$1,428,627.48 (P)<br>$10,056,535.79 (U)<br>$11,455,204.97 (T)** | | | **$8,497.70 (S)<br>- (A)<br>$1,428,627.48 (P)<br>$10,056,535.79 (U)<br>$11,455,204.97 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.