# EXHIBIT A

# Duplicate Claims

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA  98358 | 4321<br>9/28/09<br>No Case<br>No Case Asserted | Unspecified* | MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA  98358 | 4320<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON, ON  K0K 2T0<br>CANADA | 4733<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$21,479.49 (P)<br>- (U)<br>$21,479.49 (T) | MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON  K0K 2T0<br>CANADA | 5634<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$21,479.49 (P)<br>- (U)<br>$21,479.49 (T) | Duplicate claim |
| MCGREGOR, DOUGLAS<br>P.O. BOX 20017<br>PICTON, ON  K0K 3V0<br>CANADA | 5635<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,674.19 (U)<br>$39,674.19 (T) | MCGREGGOR, DOUGLAS<br>P.O. BOX 20017<br>PICTON, ON  K0K 3V0<br>CANADA | 4734<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,674.19 (U)<br>$39,674.19 (T) | Duplicate claim |
| MCKEVITT, THOMAS J., JR.<br>11104 E. CAROL AVE.<br>SCOTTSDALE, AZ  85259 | 3040<br>9/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,014.00 (U)<br>$33,014.00 (T) | MCKEVITT, TOM, JR.<br>11104 E CAROL AVE<br>SCOTTSDALE, AZ  85259 | 480<br>3/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,014.00 (U)<br>$33,014.00 (T) | Duplicate claim |
| MCKEVITT, TOM, JR.<br>11104 E CAROL AVE<br>SCOTTSDALE, AZ  85259 | 777<br>3/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,014.00 (U)<br>$33,014.00 (T) | MCKEVITT, TOM, JR.<br>11104 E CAROL AVE<br>SCOTTSDALE, AZ  85259 | 480<br>3/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,014.00 (U)<br>$33,014.00 (T) | Duplicate claim |
| MCPHERSON, GEOFFREY<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 2966<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 1148<br>5/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | Duplicate claim |
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 2964<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 1148<br>5/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | Duplicate claim |
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 2965<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN  37066 | 1148<br>5/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,308.80 (U)<br>$20,308.80 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| MELANSON, LEO<br>53 ADAMS ST.<br>WESTBORO, MA 01581 | 1611<br>7/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$50,769.12 (P)<br>- (U)<br>$50,769.12 (T) | MELANSON, LEO<br>53 ADAMS ST.<br>WESTBOROUGH, MA 01581 | 2296<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$50,769.12 (P)<br>- (U)<br>$50,769.12 (T) | Duplicate claim |
| MERRILL III, ALBERT<br>316 PONFIELD ROAD WEST<br>FORREST HILL, MD 21050 | 2990<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,259.39 (U)<br>$7,259.39 (T) | MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | 2989<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,259.39 (U)<br>$7,259.39 (T) | Duplicate claim |
| MILLER, BRUCE<br>24810 BLAZING TRAIL WAY<br>LAND O' LAKES, FL 34639 | 3136<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$23,076.92 (P)<br>- (U)<br>$23,076.92 (T) | MILLER, BRUCE<br>24810 BLAZING TRAIL WAY<br>LAND O' LAKES, FL 34639 | 3135<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$23,076.92 (P)<br>- (U)<br>$23,076.92 (T) | Duplicate claim |
| MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | 5790<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | 5789<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | Duplicate claim |
| MILLIGAN, DAVID L<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | 5791<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | 5789<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | Duplicate claim |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | 105<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$103,436.00 (U)<br>$103,436.00 (T) | MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | 11<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$103,436.00 (U)<br>$103,436.00 (T) | Duplicate claim |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | 2634<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,845.91 (P)<br>$16,923.30 (U)<br>$20,769.21 (T) | MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | 2616<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,845.91 (P)<br>$16,923.30 (U)<br>$20,769.21 (T) | Duplicate claim |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD,<br>PLANO, TX 75074 | 2641<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,845.91 (P)<br>$16,923.30 (U)<br>$20,769.21 (T) | MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | 2616<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,845.91 (P)<br>$16,923.30 (U)<br>$20,769.21 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| MORRIS, STEVEN<br>13045 TOWNFIELD DR<br>RALEIGH, NC  27614 | 4336<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,086.87 (U)<br>$40,086.87 (T) | MORRIS, STEVEN<br>13045 TOWNFIELD DRIVE<br>RALEIGH, NC  27614 | 4335<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,086.87 (U)<br>$40,086.87 (T) | Duplicate claim |
| MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX  76262 | 5922<br>10/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,860.21 (U)<br>$33,860.21 (T) | MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX  76262 | 4184<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,860.21 (U)<br>$33,860.21 (T) | Duplicate claim |
| MOTL, LORI A.<br>1012 N. 26TH ST.<br>ARKADELPHIA, AR  71923 | 1193<br>5/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$22,119.23 (P)<br>- (U)<br>$22,119.23 (T) | MOTL, LORI A.<br>1012 N. 26TH ST.<br>ARKADELPHIA, AR  71923 | 1185<br>5/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$22,119.23 (P)<br>- (U)<br>$22,119.23 (T) | Duplicate claim |
| MUSIC SEMICONDUCTORS INCORPORATED<br>PO BOX 456<br>CONOVER, NC  28613 | 5569<br>9/30/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | MUSIC SEMICONDUCTORS INCORPORATED<br>P/O BOX 456<br>CONOVER, NC  28613 | 726<br>3/27/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | Duplicate claim |
| MUSIC SEMICONDUCTORS INCORPORATED<br>PO BOX 456<br>CONOVER, NC  28613 | 5570<br>9/30/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | MUSIC SEMICONDUCTORS INCORPORATED<br>P/O BOX 456<br>CONOVER, NC  28613 | 726<br>3/27/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | Duplicate claim |
| MUSIC SEMICONDUCTORS INCORPORATED<br>PO BOX 456<br>CONOVER, NC  28613 | 5571<br>9/30/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | MUSIC SEMICONDUCTORS INCORPORATED<br>P/O BOX 456<br>CONOVER, NC  28613 | 726<br>3/27/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | Duplicate claim |
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX  75056 | 1531<br>7/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$29,368.24 (U)<br>$29,368.24 (T) | NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX  75056 | 5804<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$29,368.24 (U)<br>$29,368.24 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| NAPOLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC  20007 | 3171<br>9/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$104,692.84 (P)<br>- (U)<br>$104,692.84 (T) | NAPLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC  20007 | 3172<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$104,692.84 (P)<br>- (U)<br>$104,692.84 (T) | Duplicate claim |
| NEUMEISTER, ROBERT M<br>2729 SILVER CLOUD DR<br>PARK CITY, UT  84060 | 3180<br>9/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | NEUMEISTER, ROBERT M<br>2729 SILVER CLOUD DR<br>PARK CITY, UT  84060 | 3179<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Duplicate claim |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 1905<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 682<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | Duplicate claim |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 1918<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 682<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | Duplicate claim |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 1927<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX  75252 | 682<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,807.68 (P)<br>- (U)<br>$48,807.68 (T) | Duplicate claim |
| ORTIZ, BESSIE<br>3904 HUNTERS TRL<br>MESQUITE, TX  75150 | 5748<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$34,400.00 (U)<br>$34,400.00 (T) | ORTIZ, BESSIE<br>3904 HUNTERS TRL<br>MESQUITE, TX  75150 | 5747<br>10/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$34,400.00 (U)<br>$34,400.00 (T) | Duplicate claim |
| OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN  37801 | 5321<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,834.00 (U)<br>$33,834.00 (T) | OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN  37801 | 5320<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,834.00 (U)<br>$33,834.00 (T) | Duplicate claim |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3242<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3255<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3256<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3255<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | Duplicate claim |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3257<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3255<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | Duplicate claim |
| OWINGS, JOHN<br>8237 TREEMONT PLACE<br>FRISCO, TX  75034 | 3258<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3255<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | Duplicate claim |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX  75034 | 3319<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX  75034 | 3255<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$367,500.00 (U)<br>$367,500.00 (T) | Duplicate claim |
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC  27609 | 183<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) | PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC  27609 | 56<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) | Duplicate claim |
| PEDDI, RAJYALAKSHMI<br>1291 VICENTE DR APT 252<br>SUNNYVALE, CA  94086 | 5754<br>10/1/09<br>No Case<br>No Case Asserted | $5,177.52 (S)<br>- (A)<br>$10,950.00 (P)<br>$88.45 (U)<br>$11,038.45 (T) | PEDDI, RAJYALAKSHMI<br>1291 VICENTE DR APT #252<br>SUNNYVALE, CA  94086 | 5752<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | $5,177.52 (S)<br>- (A)<br>$10,950.00 (P)<br>$88.45 (U)<br>$11,038.45 (T) | Duplicate claim |
| PHAM, JOHN<br>1509 WEATHERED WOOD LANE<br>GARLAND, TX  75040 | 2280<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,000.00 (U)<br>$33,000.00 (T) | PHAM, JOHN<br>1509 WEATHERED WOOD LN<br>GARLAND, TX  75040 | 1332<br>6/11/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$33,000.00 (U)<br>$33,000.00 (T) | Duplicate claim |
| PURVIS, LISA<br>100 FIELDSPRING LANE<br>RALEIGH, NC  27606 | 4203<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$25,000.00 (P)<br>$25,000.00 (U)<br>$50,000.00 (T) | PURVIS, LISA<br>100 FIELDSPRING LANE<br>RALEIGH, NC  27606 | 4081<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$25,000.00 (P)<br>$25,000.00 (U)<br>$50,000.00 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| RABON, LYNN<br>1226 MELISSA DRIVE<br>ROANOKE, TX  76262 | 3326<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$24,516.00 (P)<br>$24,516.00 (U)<br>$24,516.00 (T) | RABON, LYNN M<br>1226 MELISSA DRIVE<br>ROANOKE, TX  76262 | 3325<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$24,516.00 (P)<br>$24,516.00 (U)<br>$24,516.00 (T) | Duplicate claim |
| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI  48081 | 3984<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$57,050.00 (U)<br>$68,000.00 (T) | RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI  48081 | 3983<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$57,050.00 (U)<br>$68,000.00 (T) | Duplicate claim |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA  92867 | 517<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$17,819.48 (P)<br>- (U)<br>$17,819.48 (T) | REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA  92867 | 201<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$17,819.48 (P)<br>- (U)<br>$17,819.48 (T) | Duplicate claim |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175 | 458<br>3/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3124<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | Duplicate claim |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3125<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3124<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | Duplicate claim |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3128<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3124<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | Duplicate claim |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8072 | 3129<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3124<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | Duplicate claim |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8072 | 3130<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA  20175-8702 | 3124<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$304,972.22 (U)<br>$304,972.22 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| RICCITELLI, ROBERT<br>233 HIGH HOLBORN<br>1ST FLOOR<br>LONDON WC1V7DN<br>UNITED KINGDOM | 2189<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$577,978.05 (U)<br>$577,978.05 (T) | RICCITELLI, ROBERT<br>233 HIGH HOLBORN<br>1ST FLOOR<br>LONDON WC1V7DN<br>UNITED KINGDOM | 5349<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$577,978.05 (U)<br>$577,978.05 (T) | Duplicate claim |
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR<br>IRVING, TX 75063 | 2300<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | 2301<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | Duplicate claim |
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR.<br>IRVING, TX 75063 | 2302<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | 2301<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | Duplicate claim |
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | 597<br>3/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | 2301<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$78,615.00 (U)<br>$78,615.00 (T) | Duplicate claim |
| ROVIRA, ALBA<br>1604 SE SHELBURNIE WAY<br>PORT ST LUCIE, FL 349526054 | 1505<br>7/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,272.00 (U)<br>$20,272.00 (T) | ROVIRA, ALBA<br>1604 SE SHELBURNIE WAY<br>PORT ST LUCIE, FL 349526054 | 2729<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$20,272.00 (U)<br>$20,272.00 (T) | Duplicate claim |
| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | 1938<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$13,173.90 (U)<br>$24,123.90 (T) | ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | 1940<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$13,173.90 (U)<br>$24,123.90 (T) | Duplicate claim |
| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | 4087<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$153,984.40 (P)<br>- (U)<br>$153,984.40 (T) | RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | 3741<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$153,984.40 (P)<br>- (U)<br>$153,984.40 (T) | Duplicate claim |
| RUFFINI, PHILIP<br>114 CALLE DEL PARADISO<br>VENICE, FL 34285 | 1852<br>8/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$11,769.23 (U)<br>$11,769.23 (T) | RUFFINI, PHIL<br>114 CALLE DEL PARADISO<br>VENICE, FL 34285 | 1074<br>5/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$11,769.23 (U)<br>$11,769.23 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| SHAW, DARRELL<br>20 BUCKY STREET<br>EUHARLEE, GA  30145 | 4080<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA  30145 | 1071<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | Duplicate claim |
| SHAW, DARRELL<br>20 BUCKY STREET<br>EUHARLEE, GA  30145 | 4111<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA  30145 | 1071<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | Duplicate claim |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA  30145 | 4433<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA  30145 | 1071<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,416.58 (U)<br>$53,416.58 (T) | Duplicate claim |
| SKIPPER, THEODORE<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX  75052 | 4490<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,331.20 (U)<br>$22,331.20 (T) | SKIPPER, THEODORE<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX  75052 | 4488<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,331.20 (U)<br>$22,331.20 (T) | Duplicate claim |
| SKIPPER, THEODORE J<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX  75052 | 4489<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,331.20 (U)<br>$22,331.20 (T) | SKIPPER, THEODORE<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX  75052 | 4488<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,331.20 (U)<br>$22,331.20 (T) | Duplicate claim |
| SLY, MICHAEL<br>2518 HEATHER HILL CT<br>PLANO, TX  75075 | 3405<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$62,697.60 (U)<br>$62,697.60 (T) | SLY, MICHAEL<br>2518 HEATHER HILL CT<br>PLANO, TX  75075 | 3380<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$62,697.60 (U)<br>$62,697.60 (T) | Duplicate claim |
| SMITH, LISA<br>1 GLORIA TERRACE<br>DERRY, NH  03038 | 5890<br>10/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,816.88 (P)<br>- (U)<br>$10,816.88 (T) | SMITH, LISA<br>1 GLORIA TERRACE<br>DERRY, NH  03038 | 5887<br>10/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,816.88 (P)<br>- (U)<br>$10,816.88 (T) | Duplicate claim |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL  60074 | 5485<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,269.00 (P)<br>- (U)<br>$5,269.00 (T) | STACY, MARK<br>475 N. MARTINGALE ROAD<br>SCHAUMBURG, IL  60173 | 5484<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,269.00 (P)<br>- (U)<br>$5,269.00 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | 5488<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$14,437.87 (P)<br>- (U)<br>$14,437.87 (T) | STACY, MARK<br>895 E. SCHINNA DR.<br>PALATINE, IL 60174 | 5487<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,437.87 (P)<br>- (U)<br>$14,437.87 (T) | Duplicate claim |
| SUTCLIFFE, ANDREW J.<br>34300 LANTERN BAY DRIVE<br>UNIT 50<br>DANA POINT, CA 92629 | 2848<br>9/11/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$256,701.28 (P)<br>- (U)<br>$256,701.28 (T) | SUTCLIFFE, ANDREW J.<br>34300 LANTERN BAY DRIVE<br>UNIT 50<br>DANA POINT, CA 92629 | 1259<br>6/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$256,701.28 (P)<br>- (U)<br>$256,701.28 (T) | Duplicate claim |
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | 1083<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$127,057.00 (U)<br>$127,057.00 (T) | SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | 1036<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$127,057.00 (U)<br>$127,057.00 (T) | Duplicate claim |
| SY, DARON<br>1008 REDBUD DRIVE<br>ALLEN, TX 75002 | 2949<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,902.27 (U)<br>$19,902.27 (T) | SY, DARON<br>1008 REDBUD DRIVE<br>ALLEN, TX 75002 | 860<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,902.27 (U)<br>$19,902.27 (T) | Duplicate claim |
| TRAEGDE, BRUCE & PATRICIA;<br>CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | 5052<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$217,000.00 (U)<br>$217,000.00 (T) | TRAEGDE, BRUCE & PATRICIA;<br>CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | 5051<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$217,000.00 (U)<br>$217,000.00 (T) | Duplicate claim |
| TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | 1959<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$43,601.68 (P)<br>- (U)<br>$43,601.68 (T) | TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | 817<br>4/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$43,601.68 (P)<br>- (U)<br>$43,601.68 (T) | Duplicate claim |
| TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | 1979<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | 1943<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA  01862 | 1450<br>6/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA  01862 | 1943<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | Duplicate claim |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA  01862 | 1975<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA  01862 | 1943<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | Duplicate claim |
| TROY, CATHERINE E<br>142 TREBLE COVE RD<br>N BILLERICA, MA  01862 | 1977<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA  01862 | 1943<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$19,974.40 (U)<br>$19,974.40 (T) | Duplicate claim |
| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC  28078 | 3261<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$72,126.92 (U)<br>$83,076.92 (T) | TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC  28078 | 3260<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$72,126.92 (U)<br>$83,076.92 (T) | Duplicate claim |
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5709<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5682<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5710<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5683<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF NEW JERSEY INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5715<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF NEW JERSEY INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5688<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5717<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5690<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5719<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5692<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5711<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5684<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5723<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5696<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5718<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5691<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5720<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5693<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5714<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5687<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5721<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5694<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5730<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5703<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate claim |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2252<br>8/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2390<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Duplicate claim |
| VAHDAT, VAHID<br>4247 BONA VITA PLACE<br>ENCINO, CA  91436 | 2253<br>8/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2390<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Duplicate claim |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2344<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2390<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Duplicate claim |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2350<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 2390<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Duplicate claim |
| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA  02332 | 648<br>3/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | WAINHOUSE RESEARCH LLC<br>34 DUCK HILL TERRACE<br>DUXBURY, MA  02332 | 3358<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Duplicate claim |
| WANG, CHIHWEI<br>4325 WONDERLAND DR.<br>PLANO, TX  75093 | 977<br>4/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$38,368.80 (U)<br>$38,368.80 (T) | WANG, CHIH-WEI<br>4325 WONDERLAND DR<br>PLANO, TX  75093 | 2489<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,368.80 (U)<br>$38,368.80 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD. STE.235<br>CLAYTON, NC  27520 | 3678<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,736.47 (P)<br>$12,599.65 (U)<br>$19,336.12 (T) | WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE. 235<br>CLAYTON, NC  27520 | 3680<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,736.47 (P)<br>$12,599.65 (U)<br>$19,336.12 (T) | Duplicate claim |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE 235<br>CLAYTON, NC  27520 | 3679<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,736.47 (P)<br>$12,599.65 (U)<br>$19,336.12 (T) | WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE. 235<br>CLAYTON, NC  27520 | 3680<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,736.47 (P)<br>$12,599.65 (U)<br>$19,336.12 (T) | Duplicate claim |
| WHITFILL, MARK E<br>3822 RAINTREE DR<br>FLOWER MOUND, TX  75022 | 3825<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$101,670.88 (U)<br>$101,670.88 (T) | WHITFILL, MARK<br>3822 RAINTREE DRIVER<br>FLOWER MOUND, TX  75022 | 3823<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$101,670.88 (U)<br>$101,670.88 (T) | Duplicate claim |
| WHITTON, MARK<br>19206 MILL SITE PLACE<br>LEESBURG, VA  20176 | 2812<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$86,800.15 (U)<br>$86,800.15 (T) | WHITTON, MARK<br>19206 MILL SITE PL.<br>LEESBURG, VA  20176 | 216<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$86,800.15 (U)<br>$86,800.15 (T) | Duplicate claim |
| WILLIAMS, SHARON R.<br>6632 JOHNSON MILL RD<br>DURHAM, NC  27712 | 1984<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$34,910.00 (P)<br>- (U)<br>$34,910.00 (T) | WILLIAMS, SHARON R.<br>6632 JOHNSON MILL RD<br>DURHAM, NC  27712 | 1604<br>7/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$34,910.00 (P)<br>- (U)<br>$34,910.00 (T) | Duplicate claim |
| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA  30677 | 2612<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$254,384.48 (U)<br>$254,384.48 (T) | WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA  30677 | 3387<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$254,384.48 (U)<br>$254,384.48 (T) | Duplicate claim |
| YANKEE GROUP<br>YANKEE GROUP RESEARCH INC<br>PO BOX 845282<br>BOSTON, MA  02284-5282 | 1817<br>8/19/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$42,300.00 (U)<br>$42,300.00 (T) | YANKEE GROUP RESEARCH, INC.<br>1 LIBERTY SQ STE 7<br>BOSTON, MA  21094868 | 1186<br>5/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,300.00 (U)<br>$42,300.00 (T) | Duplicate claim |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 287<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2739<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | Duplicate claim |

## Exhibit A

### Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2733<br>9/8/09<br>No Case<br>No Case Asserted | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2739<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | Duplicate claim |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2735<br>9/8/09<br>No Case<br>No Case Asserted | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2739<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | Duplicate claim |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2737<br>9/8/09<br>No Case<br>No Case Asserted | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX  76226 | 2739<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | Duplicate claim |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX  75082 | 3231<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,261.87 (P)<br>- (U)<br>$27,261.87 (T) | ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX  75082 | 24<br>1/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,261.87 (P)<br>- (U)<br>$27,261.87 (T) | Duplicate claim |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX  75082 | 3234<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,261.87 (P)<br>- (U)<br>$27,261.87 (T) | ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX  75082 | 24<br>1/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,261.87 (P)<br>- (U)<br>$27,261.87 (T) | Duplicate claim |
| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX  75252 | 2937<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$116.53 (U)<br>$11,066.53 (T) | ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX  75252 | 2935<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$116.53 (U)<br>$11,066.53 (T) | Duplicate claim |

# Exhibit A

## Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| **Totals:** | 106  Claims | $48,977.52 (S) <br> - (A) <br> $1,354,679.73 (P) <br> $6,431,697.06 (U) <br> $7,761,860.79 (T) | | | | $48,977.52 (S) <br> - (A) <br> $1,354,679.73 (P) <br> $6,431,697.06 (U) <br> $7,761,860.79 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.