# CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on December 22, 2009, in the manner indicated upon the entities identified on the attached service list.

Date: December 22, 2009

_____
Andrew R. Remming (# 5120)

3086540.1