## Exhibit B

**Declaration of George Riedel**

[To Be Filed]