## **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal** was caused to be made on December 23, 2009, in the manner indicated upon the parties on the attached service list.

Dated: December 23, 2009

_____
Andrew R. Remming (No. 5120)

3297919.1