# United States Bankruptcy Court
## District of Delaware

In re NORTEL NETWORKS INC. et al          Case No. 09-10138

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **SVA Bizsphere Entwicklungs UND Vertriebs - AG** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **SVA Bizsphere Entwicklungs UND Vertriebs - AG**<br>Friedrichstrasse 15<br>Stuttgart, 70174<br>Germany |

**Claim No. 555 for $136,267.00**
**Claim No. 2487 for $136,267.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____December 23, 2009_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

SVA BIZSPHERE ENTWICKLUNGS UND VERTRIEBS - AG, a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December , 16, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $136,267.00, against Nortel Networks, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10138 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 16 day of December 2009.

(Assignor)
SVA BIZSPHERE ENTWICKLUNGS UND
VERTRIEBS - AG

By: /V. _____

Name: HERK, Uwe

Title: Member of Management Team Operations

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: JANICE M. STANTON

Title: MEMBER

(Assignor)
WITNESS:

By: _____

Name: QUETZ, Ralph-Peter

Title: CEO

SVA BizSphere AG

Friedrichstr. 15     Phone +49 (0) 711 - 490 39 - 744
70174 Stuttgart     Fax +49 (0) 6122 - 536 - 399

-7-

NYC01_84300814_3