**EXHIBIT A**

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

### Additional Notice Parties for Branch Bank & Trust

(a) Branch Bank & Trust
2501 Wooten Blvd,
Wilson, NC 27893
Attn: Gary Pharrington, VP IT Operations Support

### Additional Notice Parties for Cypress Communications Inc.

(b) Cypress Communications Inc.
Four Piedmont Center
Atlanta, GA 30305
Attn: Steven Schilling, CEO

2

**Additional Notice Parties for Flextronics International Usa, Inc.**

(a) Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman, Esq., Turner Smith and James Drew