## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Sixth Notice Of Rejection Of Executory Contracts(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on December 23, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 23, 2009

_____
Andrew R. Remming (No. 5120)

**VIA OVERNIGHT MAIL:**

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036

Branch Bank & Trust
 Attn: Gary Pharrington,
 VP IT Operations Support
2501 Wooten Blvd,
Wilson, NC 27893

Cypress Communications Inc.
 Attn: Steven Schilling, CEO
Four Piedmont Center
Atlanta, GA 30305

Steven J. Reisman, Esq.
Turner Smith and James Drew
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Branch Bank & Trust
2586 James B. White Highway North
Whiteville, NC 28472

Cypress Communications, Inc.
15 Piedmont Center, Suite 610
Atlanta, GA 30705

Flextronics International USA, Inc.
 Attn: Robert Hanley, VP, Global Procurement
 Operations
2090 Fortune Drive
San Jose, CA 95131

3298490.1