# EXHIBIT C

# NNI LOAN AMENDMENT

EXECUTION VERSION

## AMENDMENT AGREEMENT

**AMENDMENT AGREEMENT** (this "Amendment"), dated December 23, 2009, to that certain AMENDED AND RESTATED REVOLVING LOAN AGREEMENT (as may be amended, restated or supplemented from time to time, the "Loan Agreement"), dated March 27, 2009, by and among Nortel Networks Inc. (the "Lender"), a company incorporated in Delaware with its registered office at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801, USA; Nortel Networks Limited (the "Borrower"), a company incorporated in Canada, with executive offices at 5945 Airport Road, Suite 360, Mississauga, Ontario L4V 1R9, Canada; Nortel Networks Technology Corporation ("NNTC"), a Nova Scotia Unlimited Liability Company, with executives offices at 5945 Airport Road, Suite 360, Mississauga, Ontario L4V 1R9, Canada; Nortel Networks Corporation ("NNC"), a company incorporated in Canada, with executives offices at 5945 Airport Road, Suite 360, Mississauga, Ontario L4V 1R9, Canada; Nortel Networks Global Corporation ("NNGC"), a company incorporated in Canada, with executives offices at 5945 Airport Road, Suite 360, Mississauga, Ontario L4V 1R9, Canada; and Nortel Networks International Corporation ("NNIC"), a company incorporated in Canada, with executives offices at 5945 Airport Road, Suite 360, Mississauga, Ontario L4V 1R9, Canada (NNTC, NNC, NNGC and NNIC collectively, the "Guarantors", and individually, a "Guarantor"). Capitalized terms used herein but not defined herein shall have the same meaning as set forth in the Loan Agreement.

WHEREAS, the Borrower hereby requests that the Term of the Loan Agreement be extended to December 31, 2010, with an option to further extend the Term until June 30, 2011 upon prior written consent of the Lender, the Monitor (as defined in that certain Final Canadian Funding and Settlement Agreement dated December 23, 2009 (the "CFA")), the Creditors' Committee (as defined in the CFA) and the Bondholders' Committee (as defined in the CFA);

WHEREAS, pursuant to Sections 2.5(a) (Term) and 9.2 (Amendments to this Agreement) of the Loan Agreement, the consent of the Lender and of each Guarantor is required to effect the amendments set forth herein; and

WHEREAS, pursuant to the CFA, the Lender, the Monitor and the Borrower agreed to amend the Loan Agreement to extend the Term as set forth herein;

NOW THEREFORE, in consideration of the foregoing, the Lender, the Borrower and the Guarantors agree that:

SECTION 1. Amendments. The Loan Agreement is hereby amended as follows:

(a) Section 1.1 of the Loan Agreement is hereby amended by inserting the following definitions in the appropriate place to preserve the alphabetical order of the definitions in such Section 1.1:

"**"CFA"** means that certain Final Canadian Funding and Settlement Agreement, dated as of December 23, 2009, entered into by and among the Borrower and the Canadian applicants party thereto, Ernst & Young Inc., solely in its capacity as the monitor in the Canadian Proceedings, and the Lender and the US Debtors party thereto."

1

"**"U.S. Bankruptcy Court"** means the United States Bankruptcy Court for the District of Delaware."

(b) Section 2.5(a) of the Loan Agreement is hereby replaced in its entirety with "(a) March 31, 2010, subject to further extension until December 31, 2010 at the request of the Borrower and with (i) prior written consent of the Lender, the Monitor (as defined in the CFA), the Creditors' Committee (as defined in the CFA) and the Bondholders' Committee (as defined in the CFA) and (ii) approval of this Amendment and the CFA pursuant to a Final Order (as defined in the CFA) of the Canadian Bankruptcy Court and the U.S. Bankruptcy Court in connection with the Canadian Proceeding and the U.S. Proceeding, respectively;"

(c) immediately upon receipt of approval pursuant to a Final Order (as defined in the CFA) of the Canadian Bankruptcy Court and the US Bankruptcy Court in connection with the Canadian Proceeding and the US Proceeding, respectively, of this Amendment and the CFA, Section 2.5(a) of the Loan Agreement, as amended by Section 1(a) of this Amendment, shall be replaced in its entirety with "(a) December 31, 2010, subject to further extension until June 30, 2011 at the request of the Borrower and with prior written consent of the Lender, the Monitor (as defined in the CFA), the Creditors' Committee (as defined in the CFA) and the Bondholders' Committee (as defined in the CFA);" and

(c) The addresses for notices to the Borrower, any Guarantor or the Lender pursuant to Section 9.4 of the Loan Agreement shall be amended to the following addresses.

if to the Borrower:   Nortel Networks Limited
                      5945 Airport Road, Suite 360
                      Mississauga, Ontario, L4V 1R9
                      Canada
                      Attention:   Anna Ventresca, Esq.,
                                   Chief Legal Officer

                      With a copy to:
                      Ogilvy Renault LLP
                      Suite 3800
                      Royal Bank Plaza, South Tower
                      200 Bay Street, P.O. Box 84
                      Toronto, Ontario M5J 2Z4
                      Canada
                      Attention:   Derrick Tay, Esq.; Michael J. Lang, Esq.

if to any Guarantor:  C/o Nortel Networks Technology Corporation
                      5945 Airport Road, Suite 360
                      Mississauga, Ontario, L4V 1R9
                      Canada
                      Attention:   Anna Ventresca, Esq.,
                                   Secretary

|                  | With a copy to:<br>Ogilvy Renault LLP<br>Suite 3800<br>Royal Bank Plaza, South Tower<br>200 Bay Street, P.O. Box 84<br>Toronto, Ontario M5J 2Z4<br>Canada<br>Attention: Derrick Tay, Esq.; Michael J. Lang, Esq. |
|------------------|---|
| if to the Lender: | Nortel Networks Inc.<br>2221 Lakeside Boulevard<br>Richardson, Texas 75082<br>U.S.A.<br>Attention: John Ray<br>Principal Officer |
|                  | With a copy to:<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>U.S.A.<br>Attention: James L. Bromley, Esq. |

SECTION 2. <u>Reference to and Effect on the Loan Agreement</u>. On and after the date hereof, each reference in the Loan Agreement to "the Loan Agreement" or words of like import, shall mean and be a reference to the Loan Agreement as amended by this Amendment. The Loan Agreement, as specifically amended by this Amendment shall continue to be in full force and effect.

SECTION 3. <u>Execution in Counterparts</u>. This Amendment may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract. Delivery of an executed counterpart of a signature page to this Amendment by telecopy shall be effective as delivery of a manually executed counterpart of this Amendment.

SECTION 4. <u>Governing Law</u>. This Amendment will be construed in accordance with and governed by the internal laws of the State of New York.

    IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed by their respective officers thereunto duly authorized, as of the date first above written.

NORTEL NETWORKS LIMITED

By _____
Name: Clarke Glaspell
Title: Controller

By _____
Name: Grace McDonald
Title: Assistant Secretary

NORTEL NETWORKS INC.

By _____
Name: Anna Ventresca
Title: Chief Legal Officer

NORTEL NETWORKS TECHNOLOGY CORPORATION

By _____
Name: Clarke Glaspell
Title: President and Controller

By _____
Name:
Title:

NORTEL NETWORKS CORPORATION

By _____
Name: Clarke Glaspell
Title: Controller

By _____
Name: Grace McDonald
Title: Assistant Secretary

Signature page to Amendment Agreement

12/23/2009  12:05  905-523-5668                BIG BEAR FOOD MART                #5289 P.002 /002

NORTEL NETWORKS GLOBAL
CORPORATION

By_____
Name: Anna Ventresca
Title: Secretary

By_____
Name: Clarke Glaspell
Title: Controller


NORTEL NETWORKS INTERNATIONAL
CORPORATION

By_____
Name: Anna Ventresca
Title: Secretary

By_____
Name: Clarke Glaspell
Title: Treasurer

Signature page to Amendment Agreement