**CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Canadian Funding And Settlement Agreement, And (B) Granting Related Relief** was caused to be made on December 23, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: December 23, 2009

_____
Andrew R. Remming (No. 5120)

3298549.1