## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To Redact Or File Under Seal Certain Portions Of The Canadian Funding Agreement, And (II) Granting Related Relief** was caused to be made on December 23, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: December 23, 2009

                                                                             Andrew R. Remming (No. 5120)

3298552.1