## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 505(a) And Fed. R. Bankr. P. 9019 For An Order Approving The Settlement Stipulation Between Nortel Networks Inc. And The Internal Revenue Service, Entry Into The Advance Pricing Agreement, And Related Relief** was caused to be made on December 23, 2009, in the manner indicated upon the parties identified on the attached service list.

Dated: December 23, 2009

_____
Andrew R. Remming (No. 5120)

3298555.1