IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: January 12, 2010 at 4:00 p.m.<br>) |

## NOTICE OF NINTH MONTHLY FEE
## APPLICATION OF ASHURST LLP

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Monthly Application of Ashurst LLP, European Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from November 1, 2009 through November 30, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Administrative

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Order") entered February 4, 2009 [Docket No. 222], and must be filed with the Clerk of the Bankruptcy Court, and be served upon and received by: (i) the above captioned debtors and debtors in possession (the "Debtors"), Nortel Networks Inc., 195 The West Mall, Toronto, ON M9C 5K1 (Attn: Gordon A. Davies); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (iii) counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott, Esq.); (iv) counsel to the Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, (Attn: Fred S. Hodara, Esq.), (v) counsel to the Committee, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn: Christopher M. Samis, Esq.) (vi) the Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Patrick Tinker, Esq.) (collectively, the "Notice Parties") so as to be received no later than **January 12, 2010 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by the Notice Parties prior to the Objection Deadline, in accordance with the Administrative Order the Applicant may be paid certain fees and expenses pursuant to the terms of the Administrative Order without further notice or hearing. If an objection is properly filed and served and such objection is not otherwise resolved, or the Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Court. Only those objections made in writing and timely filed, served

and received in accordance with the Administrative Order will be considered by the Court at the hearing.

Dated: December 23, 2009
      Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*