**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 15, 2009 4:00 pm** |
| | ) | **Hearing Date:** |

**AFFIRMATION**

**GILES BOOTHMAN** respectfully states and affirms:

1. I am a member of the firm of Ashurst LLP ("Ashurst"), which firm maintains offices for the practice of law at Broadwalk House, 5 Appold Street, London, EC2A 2HA. Ashurst has acted as acted as European counsel to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (the "Debtors").

2. This affirmation is submitted pursuant to Bankruptcy Rule 2016(a) in support of Ashurst's application for an interim allowance of £85,744.00 of fees and £295.39 for reimbursement of expenses for services rendered during the period from November 01, 2009 through and including November 30, 2009.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

3.      I have reviewed the requirements of Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the

District of Delaware and submit that the Application substantially complies with such

rule.

4.      All services for which compensation is requested by Ashurst were professional

services performed for and on behalf of the Committee and not on behalf of any other

person.

5.      I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.

6.      In accordance with Title 18 U.S.C. § 155, neither I nor any member or associate

of my firm has entered into any agreement, express or implied, with any other party in

interest for the purpose of fixing the amount of any of the fees or other compensation to

be allowed out of or paid from the Debtors' estates.

7.      In accordance with section 504 of chapter 11 of title 11 of the United States
Code (the "Bankruptcy Code"), no agreement or understanding exists between me, my
firm, or any member or associated thereof, on the one hand, and any other person, on the
other hand, for division of such compensation as my firm may receive for services
rendered in connection with these cases, nor will any division of fees prohibited by
section 504 of the Bankruptcy Code be made by me or any partner or associate of my
firm.

**GILES BOOTHMAN**

Dated: London, United Kingdom
       December 23, 2009

**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

VAT Reg No.: GB 243 2024 11

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

**Interim** (S)

VAT Invoice Date: **23 December 2009** Our Ref: **GDB/CCN01.00001** Invoice No: **280178**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 85,744.00 |
| For the period to 30 November 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 87.82 |
| **Disbursements:** (NT) Fares, Courier Charges and Incidental Expenses | 0.00 | 0.00 | 207.57 |
| | 0.00 | | 86,039.39 |
| | | VAT | 0.00 |
| | | Total | 86,039.39 |
| | | **Balance Due** | **86,039.39** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 280178 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.10 | 671.00 | (C0007) |
| | | 3.50 | 2,135.00 | (C0019) |
| | | 2.70 | 1,647.00 | (C0024) |
| | | 4.50 | 2,745.00 | (C0031) |
| | | 11.80 | £7,198.00 | |
| Partner: | Steven Hull | 13.70 | 8,357.00 | (C0019) |
| | | 13.70 | £8,357.00 | |
| Partner: | Eric Bouffard | 8.30 | 4,814.00 | (C0031) |
| | | 8.30 | £4,814.00 | |
| Partner: | Angela Pearson | 18.10 | 11,041.00 | (C0019) |
| | | 18.10 | £11,041.00 | |
| Counsel: | Charles Hammon | 1.20 | 648.00 | (C0031) |
| | | 1.20 | £648.00 | |
| Senior Associate: | Drazen Petkovich | 26.50 | 13,250.00 | (C0019) |
| | | 26.50 | £13,250.00 | |
| Senior Associate: | Marcus Fink | 20.20 | 10,100.00 | (C0019) |
| | | 20.20 | £10,100.00 | |
| Senior Associate: | Luke Rollason | 2.00 | 850.00 | (C0007) |
| | | 1.00 | 425.00 | (C0019) |
| | | 3.40 | 1,445.00 | (C0031) |
| | | 6.40 | £2,720.00 | |
| Senior Associate: | Laurent Limoni | 2.00 | 950.00 | (C0031) |
| | | 2.00 | £950.00 | |
| Associate: | Nancy Chien | 1.10 | 434.50 | (C0019) |
| | | 1.10 | £434.50 | |
| Junior Associate: | Paul Bagon | 10.60 | 3,339.00 | (C0003) |
| | | 6.50 | 2,047.50 | (C0007) |
| | | 6.00 | 1,890.00 | (C0008) |

| | | Hours | Amount | Matter |
|---|---|---|---|---|
| | | 18.00 | 5,670.00 | (C0019) |
| | | 13.20 | 4,158.00 | (C0024) |
| | | 12.00 | 3,780.00 | (C0031) |
| | | 66.30 | £20,884.50 | |
| Junior Associate: | Maud Couget | 5.80 | 1,827.00 | (C0019) |
| | | 5.80 | £1,827.00 | |
| Junior Associate: | Marine Guiliodo | 5.00 | 1,450.00 | (C0031) |
| | | 5.00 | £1,450.00 | |
| Trainee: | Charlotte Ducker | 11.00 | 2,035.00 | (C0019) |
| | | 11.00 | £2,035.00 | |
| Paralegal: | Claire Lė Tri | 0.50 | 35.00 | (C0031) |
| | | 0.50 | 35.00 | |
| | **TOTAL** | **197.90** | **£85,744.00** | |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORT

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 10.60 | @ | 315.00 | 3,339.00 |
| | | | | Total | £ 3,339.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## ETAILED TIME BREAKDOWN

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 0/11/09 | Paul Bagon | LETT | Emails re fees | 0.30 |
| 9/11/09 | Paul Bagon | LETT | Ashurst fee application. | 1.00 |
| 3/11/09 | Paul Bagon | DRFT | Ashurst Fee applications. | 3.50 |
| 4/11/09 | Paul Bagon | DRFT | Ashurst monthly fee application. | 4.50 |
| 5/11/09 | Paul Bagon | DRFT | Ashurst interim fee application including AG amendments. | 1.30 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.10 | @ | 610.00 | 671.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 2.00 | @ | 425.00 | 850.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 6.50 | @ | 315.00 | 2,047.50 |
| | | | | Total | £ 3,568.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

**ETAILED TIME BREAKDOWN**

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 4/11/09 | Paul Bagon | PHON | UCC weekly meeting. | 1.70 |
| 4/11/09 | Giles Boothman | ATTD | UCC call (in part) | 0.30 |
| 2/11/09 | Paul Bagon | LETT | UCC weekly meeting | 1.80 |
| 2/11/09 | Luke Rollason | PHON | Committee call. | 2.00 |
| 9/11/09 | Giles Boothman | ATTD | In part UCC call | 0.30 |
| 9/11/09 | Paul Bagon | PHON | UCC weekly call. | 1.70 |
| 5/11/09 | Paul Bagon | PHON | UCC weekly call. | 1.30 |
| 5/11/09 | Giles Boothman | ATTD | UCC call (in part)/PDB | 0.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

## TIME SUMMARY – COURT HEARINGS

| **Lawyer** | | **Time (Hours)** | | **Rate (£ per hour)** | **Amount (£)** |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 6.00 | @ | 315.00 | 1,890.00 |
| | | | | Total | £ 1,890.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 20/11/09 | Paul Bagon | PHON | MEN Auction | 5.00 |
| 21/11/09 | Paul Bagon | PHON | MEN Auction. | 1.00 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

**TIME SUMMARY – LABOR ISSUES/EMPLOYEE BENEFITS**

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.50 | @ | 610.00 | 2,135.00 |
| Steven Hull | engaged | 13.70 | @ | 610.00 | 8,357.00 |
| Angela Pearson | engaged | 18.10 | @ | 610.00 | 11,041.00 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 20.20 | @ | 500.00 | 10,100.00 |
| Drazen Petkovich | engaged | 26.50 | @ | 500.00 | 13,250.00 |
| Luke Rollason | engaged | 1.00 | @ | 425.00 | 425.00 |
| **Associates:** | | | | | |
| Nancy Chien | engaged | 1.10 | @ | 395.00 | 434.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 18.00 | @ | 315.00 | 5,670.00 |
| Maud Couget | engaged | 5.80 | @ | 315.00 | 1,827.00 |
| **Trainees:** | | | | | |
| Charlotte Ducker | engaged | 11.00 | @ | 185.00 | 2,035.00 |
| | | | | Total | £ 55,274.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## ETAILED TIME BREAKDOWN

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 2/11/09 | Marcus Fink | LETT | Review emails from FMC re [redacted] issues and cons with SEH re the same. Organise Ashurst attendees for con call | 1.20 |
| 2/11/09 | Giles Boothman | SUPE | Re. pensions query | 0.30 |
| 2/11/09 | Steven Hull | LETT | Review Michael Wunder email and review attached proceedings memo/process memo received from Ogilvy regarding [redacted] review Marcus Fink email to Angela Pearson and Lindsay Connal regarding input in respect of same and brief discussions with Marcus Fink regarding same. Arrangements with Angela Pearson to attend conference call and considering issues arising under process memo; review Lindsay Connal email regarding same; review SMC memo regarding [redacted] and consider issues arising; review further email regarding 2006 UK Insolvency Regulations and consider same; | 1.50 |
| 2/11/09 | Angela Pearson | READ | Internal emails re: Nortel | 0.70 |
| 3/11/09 | Marcus Fink | LETT | Preparation for call on [redacted] point | 3.50 |
| 3/11/09 | Paul Bagon | LETT | Call with AG and FMC re Nortel Canada [redacted] | 1.30 |
| 3/11/09 | Drazen Petkovich | READ | Reviewing background documents in preparation for UCC call and discuss with AMP | 1.00 |
| 3/11/09 | Drazen Petkovich | INTD | Background briefing from M Fink re [redacted] issues | 0.30 |
| 3/11/09 | Drazen Petkovich | READ | Reviewing memos on [redacted] issue/ [redacted] recognition by Akin Gump and FMC; reviewing authorities on UK CBIR; perusing background papers in preparation for UCC telecon | 1.50 |
| 3/11/09 | Drazen Petkovich | PHON | Telecon with UCC counsel re [redacted] issues and recognition under CBIR; discussion AMP re post telecon tasks | 1.40 |
| 3/11/09 | Steven Hull | LETT | Numerous emails regarding UK pension [redacted] and consideration of [redacted] issue; emails with Drazen Petkovich, Angela Pearson, Marcus Fink and Lindsay Connal regarding same and consider issues; preparing for and attending conference call with Nortel advisors and steering committee regarding [redacted] issues; review emails following conference call regarding next steps and advice required; review Michael Wender email and review attached email from Nortel's Canadian Counsel regarding conference call and review attached proceedings memo | 2.00 |
| 3/11/09 | Angela Pearson | PHON | Telephone conversation with DWP | 0.50 |
| 3/11/09 | Angela Pearson | PHON | Telephone conversation with Marcus Fink | 0.30 |
| 3/11/09 | Angela Pearson | READ | Review emails/documents in preparation for call with unsecured group | 1.00 |
| 3/11/09 | Angela Pearson | LETT | Emails re: Nortel | 0.70 |

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 4/11/09 | Marcus Fink | LETT | Brief litigators on background and review memos on [redacted] matters. Prepare list of advisors of parties to proceedings and sent internally | 1.30 |
| 4/11/09 | Paul Bagon | LETT | Considering emails and analysis re NNL and UK [redacted] | 4.00 |
| 4/11/09 | Giles Boothman | READ | Emails re. [redacted] issues/other | 0.50 |
| 4/11/09 | Drazen Petkovich | LETT | Reviewing and commenting on Ogilvy Memo; considering and responding to AMP comments/queries re same; draft e-mail to UCC counsel commenting on Ogilvy memo and other agenda items; discussions AMP re draft e-mail; finalising comments e-mail and despatching | 6.80 |
| 4/11/09 | Steven Hull | LETT | Review Alex MacFarlane email regarding discussion points and issues to be raised on conference call. Review Paul Bagon and Marcus Fink emails regarding Nortel parties and corporate structure; review Fred Hodara email regarding [redacted] | 1.40 |
| 4/11/09 | Angela Pearson | READ | Review additional documents | 1.00 |
| 4/11/09 | Angela Pearson | PHON | Telephone conversation with DWP | 0.80 |
| 4/11/09 | Angela Pearson | READ | Review advice email | 0.30 |
| 4/11/09 | Angela Pearson | PHON | Telephone conversation with Paul Bagon | 0.50 |
| 4/11/09 | Angela Pearson | READ | Internal emails re: Nortel | 1.00 |
| 4/11/09 | Charlotte Ducker | RSCH | Legal research into notice requirements and ex parte applications | 1.30 |
| 5/11/09 | Charlotte Ducker | RSCH | Research into s.426 Insolvency Act procedure | 7.00 |
| 5/11/09 | Marcus Fink | LETT | Cons with Paul Bagon and Drazen re [redacted] question | 0.50 |
| 5/11/09 | Paul Bagon | INTD | With LAR re NNI and UK Pension Regulator and related emails. | 0.50 |
| 5/11/09 | Paul Bagon | INTD | With DWP and AMP re NNI and Pension Regulator. | 0.50 |
| 5/11/09 | Paul Bagon | LETT | Emails re UK Pension Regulator. | 0.80 |
| 5/11/09 | Paul Bagon | INTD | Re pensions. | 0.80 |
| 5/11/09 | Drazen Petkovich | INTD | Briefing CDUCKE on research task re s 426/ [redacted] | 0.50 |
| 5/11/09 | Drazen Petkovich | INTD | Reviewing various UCC counsel memos re [redacted]; discussion with AMP and PDB re agenda for Friday's UCC call; discussion PDB re overview of Nortel proceedings | 1.00 |
| 5/11/09 | Drazen Petkovich | INTD | Various discussions CDUCK re progress with research on s 246 | 0.80 |
| 5/11/09 | Giles Boothman | INTD | PDB re. pension issues | 0.30 |
| 5/11/09 | Steven Hull | LETT | Review Paul Bagon emails regarding proposed conference calls and review Marcus Fink response to Fred Hodara regarding provisions of [redacted] guarantees | 0.30 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 5/11/09 | Angela Pearson | LETT | Emails re: Nortel | 1.00 |
| 5/11/09 | Angela Pearson | PHON | Telephone conversation with unsecured creditor | 0.50 |
| 5/11/09 | Angela Pearson | PHON | Telephone conversation with GDB | 0.30 |
| 5/11/09 | Angela Pearson | PREP | Prepare for all parties call | 0.80 |
| 6/11/09 | Marcus Fink | LETT | Prep for and participate in lawyers pre call prior to all parties call. Consider process for ███████ | 3.40 |
| 6/11/09 | Maud Couget | LETT | Reviewing legislation ██████ and ████████ by the Pensions Regulator, internal meetings with Marcus Fink, Drazen Petkovich, liaising with Angela Pearson re the same | 5.30 |
| 6/11/09 | Paul Bagon | LETT | Re UK pensions regulator | 0.80 |
| 6/11/09 | Paul Bagon | PHON | Pre-call with FMC and AG re UK pensions regulator | 1.00 |
| 5/11/09 | Paul Bagon | LETT | Emails re pre-call. | 0.50 |
| 5/11/09 | Drazen Petkovich | INTD | Update from CDUCKE on s 426 procedure and her TA on the Court; comments on e-mail to AMP summarising same | 0.40 |
| 5/11/09 | Drazen Petkovich | INTD | Discussing AMP, MDF and PDB re ████████ various e-mails in/out re same | 0.80 |
| 5/11/09 | Drazen Petkovich | PHON | Ashurst pre-UCC call meeting; telecon with Akin Gump and FMC re r███ ███████ post-call discussion AMP, PDB, MDF etc al re action points; meeting MDF and MWC to discuss Pensions ██████████ | 1.70 |
| 5/11/09 | Giles Boothman | PREP | For call with Fraser/Akin | 0.30 |
| 5/11/09 | Giles Boothman | ATTD | Call and internal meeting re. pensions | 1.00 |
| 5/11/09 | Steven Hull | LETT | Review Mary Pickard email regarding reminder of conference call; review various emails regarding county court judgment issues and review emails passing regarding same; responding to Marcus Fink regarding same; discussions with Nick Stallworthy of Counsel regarding steps in relation to ██████ and emailing Marcus Fink and Maud Couget regarding same; review Maud Couget summary to Angela Pearson regarding same; preparing for and attending advisor preparation call with Ashurst team; preparing for and attending advisor preparation call with overseas Counsel and emails regarding ████████; review Maud Couget email and review █████████ steps paper | 2.00 |
| 5/11/09 | Luke Rollason | PHON | Conference call with Giles Boothman and Angela Pearson re pension regulator call. | 1.00 |
| 5/11/09 | Charlotte Ducker | LETT | Research into s.426 Insolvency Act | 1.00 |
| 5/11/09 | Giles Boothman | INTD | Re. pensions calls/issues | 0.30 |
| 5/11/09 | Angela Pearson | READ | Review claim and advice re █████ | 1.30 |

CCN01.00001 (569560) Time Summary Printed 23/12/2009 @ 13:16

Page 13 of 21

| ite | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| /11/09 | Angela Pearson | PREP | Prepare for [redacted] | 0.50 |
| /11/09 | Angela Pearson | INTD | Discussion with DWP | 0.30 |
| /11/09 | Angela Pearson | PHON | All parties call | 1.00 |
| /11/09 | Angela Pearson | PHON | Post call with FMC and Akin Gump | 0.50 |
| /11/09 | Angela Pearson | INTD | Discussion with Ashurst | 0.30 |
| /11/09 | Angela Pearson | READ | Review emails | 0.30 |
| /11/09 | Paul Bagon | LETT | Emails re UK pension regulator. | 0.80 |
| /11/09 | Paul Bagon | PHON | Re NNL and UK Pensions regulator | 2.00 |
| /11/09 | Marcus Fink | LETT | Preparation for and attend all party lawyers call on UK pension [redacted] and follow up call re [redacted] Review [redacted] and consider factual basis of same, cons with SEH re [redacted] | 3.30 |
| /11/09 | Drazen Petkovich | LETT | Peruse note by MWC [redacted], considering e-mails in from FMC attaching proofs for UCC teleco; brief discussion AMP [redacted] | 1.20 |
| /11/09 | Drazen Petkovich | PHON | Telecon between UCC, Monitor and Bondholders' counsel re [redacted] | 1.10 |
| /11/09 | Drazen Petkovich | PHON | Telecon with Akin Gump & FMC (UCC counsel) post global call | 0.30 |
| /11/09 | Drazen Petkovich | INTD | Brief discussion Ashurst team re next steps and [redacted] issue | 0.50 |
| /11/09 | Steven Hull | LETT | Review Paul Bagon email and review attached emails regarding proposed conference call among UCC Counsel immediately following all party noon call and related issues; review Marcus Fink email re [redacted] documents and discussion with Marcus Fink regarding terms of same | 0.80 |
| 9/11/09 | Steven Hull | LETT | Preparing for and attending conference call with all advisor parties and post conference call discussions with US attornies. | 1.50 |
| 1/11/09 | Marcus Fink | LETT | Review AG draft presentation to committee and provide comments - review comments of others re the same and file emails | 1.20 |
| 1/11/09 | Maud Couget | LETT | Call with the Pensions Regulator re [redacted] | 0.50 |
| 1/11/09 | Nancy Chien | READ | Review slides from Akin Gump and provide comments to Angela Pearson, Steven Hull and Marcus Fink | 0.60 |
| 1/11/09 | Steven Hull | LETT | Review Joshua Sturn email and review attached powerpoint presentation for circulation to committee regarding discussion [redacted], review Nancy Chien comments regarding same; review Marcus Fink comments regarding same and review email exchanges with Angela Pearson and Drayson Petkovich and review attached issues regarding [redacted] review Maud Couget update regarding discussions with [redacted] and application of Section 103 of the Pensions Act 2004. Review Angela Pearson email to legal committee regarding discussion with Bond Holders Counsel regarding [redacted]. Review further comments regarding presentation. | 1.80 |

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| | | | Review arrangements for discussion with Millbank | |
| 1/11/09 | Angela Pearson | PHON | Telephone conversation with Paul Bagon | 0.20 |
| 1/11/09 | Angela Pearson | PHON | Telephone conversations with Nick Angel | 0.30 |
| 1/11/09 | Angela Pearson | LETT | Emails | 1.00 |
| 1/11/09 | Drazen Petkovich | READ | Reviewing summary slides prepared by Akin Gump and commenting | 0.50 |
| 1/11/09 | Drazen Petkovich | READ | Reviewing [redacted] t and [redacted] discussion AMP re EC-wide recognition of [redacted] | 2.00 |
| 1/11/09 | Giles Boothman | READ | Emails re. pensions issues | 0.50 |
| 2/11/09 | Marcus Fink | LETT | Prep for and attend con call on [redacted] matters. Detailed discussion with D Petkovitch over [redacted] | 1.70 |
| 2/11/09 | Paul Bagon | PHON | With [redacted] London re NNL pension [redacted] | 0.50 |
| 2/11/09 | Angela Pearson | PHON | Telephone conversation Paul Bagon | 0.30 |
| 2/11/09 | Angela Pearson | PHON | Telephone conversation Marcus Fink | 0.20 |
| 2/11/09 | Angela Pearson | INTD | Discussion Marcus Fink | 0.30 |
| 2/11/09 | Angela Pearson | LETT | Email to FMC | 0.20 |
| 2/11/09 | Angela Pearson | LETT | Email to Milbank | 0.20 |
| 2/11/09 | Angela Pearson | PHON | Conference call - Milliband | 0.40 |
| 2/11/09 | Drazen Petkovich | READ | Close consideration of [redacted] t, [redacted] and PA s 133; discussing same with MDF | 1.00 |
| 2/11/09 | Nancy Chien | READ | Review emails | 0.50 |
| 3/11/09 | Marcus Fink | LETT | Review and file emails | 0.50 |
| 5/11/09 | Paul Bagon | PHON | Re Monitor application [redacted] nd related internal dicussions. | 0.50 |
| 5/11/09 | Marcus Fink | PHON | Prep for and participate in advisors' call and discussion of [redacted] with D Petrovitch and A Pearson | 2.40 |
| 5/11/09 | Angela Pearson | PHON | Conference call and post discussion | 0.50 |
| 5/11/09 | Steven Hull | LETT | Preparing for and attending Nortel conference call, post call discussion | 0.50 |
| 5/11/09 | Drazen Petkovich | PHON | Follow up call with Monitor's counsel; post-call Ashurst meeting re next steps | 0.50 |
| 7/11/09 | Drazen Petkovich | INTD | Briefing CDUCKE on research re supervening effect of statute on a contract | 0.20 |
| 7/11/09 | Charlotte Ducker | RSCH | Research into conflict between Pensions Act provisions and contractual obligations | 1.70 |
| 3/11/09 | Angela Pearson | LETT | Email | 0.20 |
| 3/11/09 | Angela Pearson | READ | Review emails | 0.50 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 18/11/09 | Steven Hull | LETT | Review Drazen Petkovitch email and review attached draft email to Akin Gump regarding ; revieew Marcus FInk comments regarding same | 0.40 |
| 18/11/09 | Drazen Petkovich | DRFT | Drafting note re NNL | 2.00 |
| 19/11/09 | Giles Boothman | INTD | PDB re. pensions issues | 0.30 |
| 19/11/09 | Paul Bagon | LETT | Various emails in connection with Ashurst note re NNUK pensions | 4.00 |
| 19/11/09 | Steven Hull | LETT | Review Drazen Petkovich email and review attached advice note regarding and related matters; review Lisa Beckerman response; review Paul Bagon email and review attached addendum regarding insolvency law in connection with past service contributions regarding preferential claim and review Lisa Beckerman response and Fred Hodara comments; review Paul Bagon clarification; review Joshua Sturm email and review attached memorandum regarding UK Pensions Regulator claims against US and Canadian Nortel entities; | 1.50 |
| 19/11/09 | Drazen Petkovich | LETT | Reviewing and amending draft note as per AMP and MDF comments; e-mail to Akin Gump attaching same; short discussion PDB re t and e-mails in re same | 1.00 |
| 20/11/09 | Angela Pearson | READ | Review emails | 0.20 |
| 23/11/09 | Marcus Fink | LETT | Review emails and consider questions raised in relation to | 1.20 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

## TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 2.70 | @ | 610.00 | 1,647.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 13.20 | @ | 315.00 | 4,158.00 |
| | | | | Total | £ 5,805.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## ETAILED TIME BREAKDOWN

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| ./11/09 | Giles Boothman | READ | Emails re. | 0.30 |
| :/11/09 | Paul Bagon | LETT | Reviewing escrow docs. | 1.30 |
| :/11/09 | Paul Bagon | LETT | Reviewing revised A docs and call with Tony F at AG. | 1.10 |
| :/11/09 | Giles Boothman | INTD | PDB re. escrow | 0.30 |
| :/11/09 | Giles Boothman | READ | escrow | 0.30 |
| 3/11/09 | Paul Bagon | LETT | Considering Escrow arrangements re sale and email to AG | 8.00 |
| 3/11/09 | Paul Bagon | LETT | Reviewing Bid docs | 2.50 |
| 3/11/09 | Giles Boothman | SUPE | PDB re. asset sale review | 0.30 |
| 3/11/09 | Giles Boothman | READ | Emails | 0.30 |
| )/11/09 | Giles Boothman | SUPE | Re auction | 0.40 |
| )/11/09 | Giles Boothman | READ | Emails re auction | 0.30 |
| l/11/09 | Giles Boothman | READ | Emails re bid | 0.50 |
| :/11/09 | Paul Bagon | LETT | Various emails re auction. | 0.30 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 30 November 2009**

**TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS**

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 4.50 | @ | 610.00 | 2,745.00 |
| Eric Bouffard | engaged | 8.30 | @ | 580.00 | 4,814.00 |
| **Counsels:** | | | | | |
| Charles Hammon | engaged | 1.20 | @ | 540.00 | 648.00 |
| **Senior Associates:** | | | | | |
| Laurent Limoni | engaged | 2.00 | @ | 475.00 | 950.00 |
| Luke Rollason | engaged | 3.40 | @ | 425.00 | 1,445.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 12.00 | @ | 315.00 | 3,780.00 |
| Marine Guillodo | engaged | 5.00 | @ | 290.00 | 1,450.00 |
| **Costs draftsman:** | | | | | |
| Claire Lê Tri | engaged | 0.50 | @ | 70.00 | 35.00 |
| | | | | Total | £ 15,867.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the Court and the U.S. Trustee upon request.

## :TAILED TIME BREAKDOWN

| ite | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| /10/09 | Eric Bouffard | LETT | | 3.00 |
| /11/09 | Laurent Limoni | RSCH | Payments in liquidation and escrow agreement under French law | 2.00 |
| /11/09 | Marine Guillodo | RSCH | Research under French law : signatory of the agreement when liquidator and administrator have been appointed; escrow account; phone calls to Court; reading judgements; memo | 5.00 |
| ,/11/09 | Paul Bagon | LETT | Email to HS re Dispute Resolvers. | 0.30 |
| :/11/09 | Eric Bouffard | CASE | Instructing MRG, instructing LZL, disc + amending memo + mail to GDB | 5.00 |
| :/11/09 | Giles Boothman | PHON | Kevin Lloyd re. dispute resolvers | 0.10 |
| :/11/09 | Giles Boothman | SUPE | Re. escrow | 0.30 |
| :/11/09 | Giles Boothman | SUPE | Re. status of Nortel SA | 0.30 |
| :/11/09 | Giles Boothman | PHON | Paris re. Nortel SA | 0.10 |
| :/11/09 | Claire Lê Tri | LETT | Order judgments / Nortel | 0.50 |
| 3/11/09 | Paul Bagon | INTD | With MDF re pension issues. | 0.20 |
| 3/11/09 | Paul Bagon | PHON | Pre-UCC call. | 1.30 |
| 3/11/09 | Giles Boothman | INTD | PDB | 0.30 |
| 3/11/09 | Giles Boothman | READ | Emails | 0.30 |
| 3/11/09 | Giles Boothman | SUPE | /pensions | 0.30 |
| 3/11/09 | Eric Bouffard | LETT | | 0.30 |
| 4/11/09 | Paul Bagon | LETT | Emails re parties. | 0.70 |
| 4/11/09 | Giles Boothman | INTD | PDB | 0.30 |
| 5/11/09 | Giles Boothman | READ | Emails | 0.30 |
| 0/11/09 | Giles Boothman | SUPE | PDB | 0.30 |
| 0/11/09 | Paul Bagon | PHON | Attending proceeds allocation meeting. | 2.50 |
| 1/11/09 | Paul Bagon | LETT | Emails and calls re discussions with professionals re | 0.50 |
| 1/11/09 | Paul Bagon | PHON | Nortel pre-call. | 1.00 |
| 1/11/09 | Charles Hammon | LETT | Liaising with Clearys re status of Commission investigation; response from Weil Gotshall via Clearys; sharing update with Akin Gump; reporting to Corporate. | 0.70 |

| ate | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 1/11/09 | Luke Rollason | PHON | Committee professionals pre-call | 1.30 |
| 1/11/09 | Giles Boothman | INTD | Team | 0.30 |
| 2/11/09 | Giles Boothman | INTD | PDB | 0.30 |
| 2/11/09 | Giles Boothman | READ | Emails | 0.20 |
| 3/11/09 | Paul Bagon | LETT | Reviewing latest draft of allocation proceeds agreement. | 2.50 |
| 3/11/09 | Giles Boothman | READ | Emails | 0.20 |
| 8/11/09 | Paul Bagon | PHON | Advisers pre-call | 1.00 |
| 8/11/09 | Luke Rollason | PHON | Nortel professionals pre-call | 1.30 |
| 9/11/09 | Charles Hammon | LETT | Checking for announcement of EC Commission Decision; reviewing press release; sending to AG; email to Clearys; emails from AG and Clearys. | 0.50 |
| 0/11/09 | Paul Bagon | LETT | Various emails. | 0.70 |
| 1/11/09 | Paul Bagon | LETT | Various emails. | 0.50 |
| 3/11/09 | Giles Boothman | SUPE | Discussion with Paul Bagon | 0.20 |
| 4/11/09 | Paul Bagon | PHON | Professionals pre-call. | 0.80 |
| 4/11/09 | Giles Boothman | INTD | PDB/read emails | 0.20 |
| 4/11/09 | Luke Rollason | PHON | Nortel professionals pre-call | 0.80 |
| 0/11/09 | Giles Boothman | READ | Various emails | 0.30 |
| 0/11/09 | Giles Boothman | INTD | Discussion with PDB | 0.20 |

**Exhibit C**

**DISBURSEMENT SUMMARY**
**NOVEMBER 01, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Travel Expenses – Ground Transportation | 95.98 |
| Document Production | 87.82 |
| Telecommunications | 63.79 |
| Meals | 16.15 |
| Courier Services | 15.36 |
| Search Fees | 16.29 |
| **TOTAL** | **295.39** |

**Exhibit D**

**isbursement Breakdown:**

| ate | Disb Type | Narrative | Amount |
|---|---|---|---|
| 9/11/2009 | COUR | VENDOR: Destination Courier Services Ltd; INVOICE#: 246391; DATE: 09/11/2009 - COURIER- D242202 AMP 04/11/09 101 SALCOTT RD | £15.36 |
| 2/11/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 02 08 11 2009 DATE: 12/11/2009 | £3.45 |
| 3/11/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 02 08 11 2009 DATE: 12/11/2009 | £7.70 |
| 8/11/2009 | MEAL | VENDOR: Conference Room Catering INVOICE#: 16 22 11 2009 DATE: 23/11/2009 | £5.00 |
| 2/11/2009 | SUNV | Doc Internet MRG 4 kbis versailles | £16.29 |
| 4/11/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 369802; DATE: 04/11/2009. - P/C PDB Taxi - 04/11/09 | £25.00 |
| 3/11/2009 | TAXI | PAYEE: Pettycash; REQUEST#: 372119; DATE: 23/11/2009. - P/C PDB Taxi - 18/11/09 | £25.00 |
| 0/11/2009 | TAXI | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 44682; DATE: 23/11/2009 - TAXI - PDB (Broadwalk House to Mountview Pl, NW11 7HG) 20/11/09 | £45.98 |
| 1/11/2009 | TELCON | PAYEE: Pearson, Angela; REQUEST#: 370210; DATE: 11/11/2009. - Bacs payment to reimburse expenses  AMP Use of phone at accommodation - 05/11/09 | £49.53 |
| 2/11/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000225257; DATE: 02/11/2009 - Conference Call on 8/10/09 | £7.39 |
| 2/11/2009 | TELCON | VENDOR: Meetingzone Ltd; INVOICE#: 000225257; DATE: 02/11/2009 - Conference Call on 5/10/09 | £6.87 |
| | | Document Production | £87.82 |
| | | | £295.39 |

**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2009 THROUGH NOVEMBER 30, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 8 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 11.80 | 7,198.00 |
| Steven Hull | Partner for 12 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 13.70 | 8,357.00 |
| Eric Bouffard | Partner for 3 years; Admitted in 1996 (France); Litigation and Restructuring Paris | £580 | 8.30 | 4,814.00 |
| Angela Pearson | Partner for 3 years; Admitted in 1991, Litigation Group | £610 | 18.10 | 11,041.00 |
| Charles Hammon | Counsel; Admitted in 1998; Competition Group | £540 | 1.20 | 648.00 |
| Drazen Petkovich | Associate for 8 years; Admitted in England and Wales in 2005; Litigation Group | £500 | 26.50 | 13,250.00 |
| Marcus Fink | Associate for 8 years; Admitted in 1991; Employment, Incentives and Pensions Group | £500 | 20.20 | 10,100.00 |
| Luke Rollason | Associate for 5 years; Admitted in 2004; Litigation Group | £425 | 6.40 | 2,720.00 |
| Laurent Limoni | Associate for 5 years; Admitted in 2004 (France); Litigation | £475 | 2.00 | 950.00 |
| Nancy Chien | Associate for 6 years; Admitted in 2003 (New Zealand); Employment, Incentives and Pensions Group | £395 | 1.10 | 434.50 |
| Paul Bagon | Associate for 1 year; Admitted in 2008; Restructuring and Special Situations Group | £315 | 66.30 | 20,884.50 |
| Maud Couget | Associate for 1 year; Admitted in 2008; Employment, Incentives and Pensions Group | £315 | 5.80 | 1,827.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Marine Guillodo | Associate for 1 year; Admitted in 2008 (France); Litigation Group | £290 | 5.00 | 1,450.00 |
| Charlotte Ducker | Trainee first year; Litigation Group | £185 | 11.00 | 2,035.00 |
| Claire Lè Tri | Paralegal (Paris) | £70 | 0.50 | 35 |
| **TOTAL** | | | **197.90** | **85,744.00** |

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 01, 2009 THROUGH NOVEMBER 30, 2009.**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 10.60 | 3,339.00 |
| Creditors Committee Meetings | 9.60 | 3,568.50 |
| Court Hearings | 6.00 | 1,890.00 |
| Labor Issues/Employee Benefits | 118.90 | 55,274.50 |
| Asset/Stock Transactions/Business Liquidations | 15.90 | 5,805.00 |
| European Proceedings/Matters | 36.90 | 15,867.00 |
| **TOTAL** | **197.90** | **85,744.00** |