# EXHIBIT A

## SCHEDULE OF ADDITIONAL CONTRACTS

| Name and Address of Counterparty | Proposed Effective Date of Assignment | Description of Additional Contract to be Assumed and Assigned | Cure Amount |
|---|---|---|---|
| | | | |

NOTE: For the purposes of filing, this schedule has been intentionally left blank.  Pursuant to the Assumption and Assignment Procedures proposed in the Motion, those parties whom the Debtors believe to be a party in interest to an Additional Contract will receive an individualized Schedule.