## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' First Omnibus Motion For Entry Of An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Metro Ethernet Networks Business And (B) Authorizing The Debtors To File Information Under Seal** was caused to be made on December 29, 2009, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 29, 2009

/s/ Andrew R. Remming
Andrew R. Remming (No. 5120)

**VIA FIRST CLASS U.S. MAIL:**
Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606

3302204.1