IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Related Docket No. 2188-2190 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2009, I caused to be served the:

    a. "Notice of Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Amended Claims)," to which is attached the "Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Amended Claims)," dated December 22, 2009 [Docket No. 2188], (the "First Omnibus Objection"),

    b. "Notice of Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Duplicate Claims)," to which is attached the "Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Duplicate Claims)," dated December 22, 2009 [Docket No. 2189], (the "Second Omnibus Objection"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\1, 2, 3 Omni Objections_AFF_12-22-09.doc

    c. "Notice of Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Duplicate Claims)," to which is attached the "Debtors' Third Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Duplicate Claims)," dated December 22, 2009 [Docket No. 2190], (the "Third Omnibus Objection"),

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail as follows:

    i. the First Omnibus Objection, Second Omnibus Objection and Third Omnibus Objection, to those parties listed on the attached Exhibit A,

    ii. the First Omnibus Objection, to those parties listed on the attached Exhibit B,

    iii. the Second Omnibus Objection, to those parties listed on the attached Exhibit C, and

    iv. the Third Omnibus Objection, to those parties listed on the attached Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   Panagiota Manatakis

Sworn to before me this
23rd day of December, 2009

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010