**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AL-DAYAA, HANI | 72 OLD STAGE ROAD CHELMSFORD MA 01824 |
| AL-DAYAA, HANI | HANI AL-DAYAA 72 OLD STAGE ROAD CHELMSFORD MA 01824 |
| AMPHENOL | AMPHENOL PRINTED CIRCUITS 91 NORTHEASTERN BLVD NASHUA NH 03062-3141 |
| AMPHENOL PRINTED CIRCUITS | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL PRINTED CIRCUITS | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE    Account No. 0284 NEW YORK NY 10174-1299 |
| AMPHENOL PRINTED CIRCUITS | AMPHENOL PRINTED CIRCUITS ATTN: FARHAD KASHANI 91 NORTHEASTERN BLVD NASHUA NH 03062-3141 |
| ANDERSON, KELLY | 1514 MANHATTAN AVE    Account No. 0693 HERMOSA BEACH CA 90254 |
| ANDERSON, KELLY J. | 1514 MANHATTAN AVE.    Account No. 0693 HERMOSA BEACH CA 90254 |
| ARNOLD, JEFFREY J. | 5824 SANDY RINGS LANE    Account No. 5801 DUBLIN OH 43016 |
| AT4 WIRELESS, S.A. | MS. LAURA LUQUE CABEZAS PTA. C/. SEVERO OCHOA, 2.    Account No. 2813 CAMPANILLAS, MALAGA 29590 SPAIN |
| AT4 WIRELESS, S.A. | ATTN: MS. LAURA LUQUE CABEZAS PTA. C./SEVERO OCHOA 2 CAMPANILLAS    Account No. 10138 MALAGA 29590 SPAIN |
| BABU, AMBILI | 4300 THE WOODS DR. # 2022 SAN JOSE CA 95136 |
| BABU, AMBILI | 4300 THE WOODS DR. ,APT. # 2022 SAN JOSE CA 95136 |
| BAKER, VINCENT J. | 204 FORKS OF BUFFALO DR. AMHERST VA 24521 |
| BHAT, SUNIL | 8236, NOVARO DR.    Account No. 8724 PLANO TX 75025 |
| BLANKENSHIP, CURTIS M. | 15611 TRAILS END DR.    Account No. 8077 DALLAS TX 75248 |
| BUONOCORE, DOMINIC J. | 290 CITIZENS AVE    Account No. 5577 WATERBURY CT 06704 |
| CAPITOL SOLUTIONS GOV'T RELATIONS | 1455 PENNSYLVANIA AVE NW STE 400    Account No. 4432 WASHINGTON DC 200041017 |
| CAPITOL SOLUTIONS GOVERNMENT | RELATIONS CONSULTANTS LLC 1455 PENNSYLVANIA AVE., N.W. #400    Account No. 4432 WASHINGTON DC 20004 |
| CAROLINA TELEPHONE AND TELEGRAPH | COMPANY LLC PO BOX 7971    Account No. 6001 SHAWNEE MISSION KS 66207-0971 |
| CAVASSO, DANA | 3704 ARBOR VISTA DR.    Account No. 5589 PLANO TX 75093 |
| CENTRAL TELEPHONE COMPANY NEVADA | PO BOX 7971    Account No. 3579 SHAWNEE MISSION KS 66207-0971 |
| CHAN, KWEI SAN | 41095 BERNIE STREET    Account No. 0138 FREMONT CA 94539 |
| CHAN, KWEI SAN | KWEI SAN CHAN 127 LEAL WAY FREMONT CA 94539 |
| COLLEVECCHIO ENTERPRISES, INC. | DBA CREATIVE ASSOCIATES 8540 COLONNADE CENTER DR. S # 106    Account No. 0261 AND 4951 RALEIGH NC 27615 |
| CONRAD, LARRY G. | 7704 TYLERTON DR.    Account No. 0200285 RALEIGH NC 27613 |
| COUCH, SHARLENE S. | 6525 BATTLEFORD DRIVE    Account No. 1983 (LAST 4 DIGISTS OF EMPLOYEE NUMBER) RALEIGH NC 27613 |
| COUCH, SHARLENE SUITT | 6525 BATTLEFORD DRIVE    Account No. 8926 RALEIGH NC 27613 |
| CRAMER, CARL | 106 PITCHSTONE CV    Account No. 3944 GEORGETOWN TX 786286939 |
| CRAMER, CARL R | CRAMER, CARL R. 106 PITCHSTONE COVE GEORGETOWN TX 78628 |
| CRAMER, CARL R | 106 PITCHSTONE CV    Account No. 3944 GEORGETOWN TX 786286939 |
| CRISLER, CHARLA | 3 WOODY CREST CIRCLE    Account No. 7663 FAIRVIEW TX 75069 |
| DABRAL, AJAY | 7009 CLOVERHAVEN WAY    Account No. 6511 PLANO TX 75074 |
| DAVIS, MARK A. | 4760 HAMPTONS DR    Account No. 0138 ALPHARETTA GA 30004 |
| FARRANTO, PETER | 1716 WITHMERE WAY    Account No. 1898 ATLANTA GA 30338 |
| FITZGERALD, EDMUND | 3434 WOODMONT BLVD NASHVILLE TN 37215 |
| FOULOIS, MARA | 10910 BELMONT BLVD. MASON NECK VA 22079 |
| FRYDACH, RONALD J | 101 FOX BRIAR LANE    Account No. 1296 CARY NC 27518 |
| GERVITZ, GARY | 36 CYPRESS CT. TROPHY CLUB TX 76262 |
| GERVITZ, GARY | GARY GERVITZ 36 CYPRESS CT. TROPHY CLUB TX 76262 |
| GERVITZ, GARY ALAN | 36 CYPRESS COURT TROPHY CLUB TX 76262 |
| GRAINGER, BRIAN | 6648 S MARION ST    Account No. 6477 CENTENNIAL CO 80121 |

| Claim Name | Address Information |
|---|---|
| GRAINGER, BRIAN | BRIAN GRAINGER 6648 S MARION STREET CENTENNIAL CO 80121 |
| GRELCK, KENNETH | 117 TARKINGTON CT.   Account No. 1877 MORRISVILLE NC 27560 |
| GU, JIONG | 601 COMANCHE DR ALLEN TX 75013 |
| HARDEN, III, JAMES E. | 1460 CHINOOK COURT   Account No. 9245 LILBURN GA 30047-7437 |
| HARDEN, JAMES E., III | 1460 CHINOOK COURT   Account No. 9245 LILBURN GA 30047-7437 |
| HARPER, JAMES JR | 101 CHERTSEY CT CARY NC 27519 |
| HARPER, JAMES JR | JAMES HARPER JR 101 CHERTSEY CT CARY NC 27519 |
| HARPER, JAMES W. JR | 101 CHERTSEY COURT CARY NC 27519 |
| HAVERKAMP, LAWRENCE | PO BOX 2497   Account No. 9000 OREGON CITY OR 97045 |
| HAVERKAMP, LAWRENCE C | PO BOX 2497   Account No. 9000 OREGON CITY OR 97045-0211 |
| HAWLEY, DAWNA | 8400 STERLING BRIDGE RD CHAPEL HILL NC 27516 |
| HAWLEY, DAWNA | DAWNA HAWLEY 8400 STERLING BRIDGE RD CHAPEL HILL NC 27516 |
| HEMINGWAY & HANSEN LLP | 1717 MAIN STREET, SUITE 2500 DALLAS TX 75201 |
| HEMINGWAY & HANSEN LLP | D. SCOTT HEMINGWAY HEMINGWAY & HANSEN, LLP 1717 MAIN STREET, #2500 DALLAS TX 75201 |
| HEMINGWAY & HANSEN, LLP | D. SCOTT HEMINGWAY COMERICA BANK TOWER, SUITE 2500 1717 MAIN STREET DALLAS TX 75201 |
| HERR, CHRIS | 3527 32ND WAY NW   Account No. 7536 OR 0187133 OLYMPIA WA 98502 |
| HESLOP, MICHAEL | 8404 W. 127TH CIR OVERLAND PARK KS 66213 |
| HESLOP, MICHAEL | 8404 WEST 127 CR OVERLAND PARK KS 66213 |
| HOADLEY, JOHN | 4413 GLENSHIRE COURT MCKINNEY TX 75070 |
| HOPF, BRIAN | 1081 SILVER LEAF DR. YOUNGSVILLE NC 27596 |
| HOPF, BRIAN | BRIAN HOPF 1081 SILVERLEAF DR. YOUNGSVILLE NC 27596 |
| HUBOI, PETER | 522 S 13TH ST   Account No. 4978 SAN JOSE CA 95112 |
| HUBOI, PETER | PETER HUBOI 522 S. 13TH ST SAN JOSE CA 95112 |
| IACOVIELLO, VINCE | 20 BROADVIEW AVE.   Account No. 7859 MADISON NJ 07940 |
| IBISKA TELECOM INC | 130 ALBERT STREET   Account No. 7063 OTTAWA ON K1P 5G4 CANADA |
| IBISKA TELECOM, LTD. | IBISKA TELECOM INC 130 ALBERT STREET OTTAWA ON K1P 5G4 CANADA |
| IBISKA TELECOM, LTD. | 7997 S PONTIAC WAY   Account No. 7063 CENTENNIAL CO 80112 |
| ITC NETWORKS SRL | VAL MANDEL, P.C. 80 WALL STREET, SUITE 1115   Account No. 8224 NEW YORK NY 10005 |
| JANUSIS, CHARLES | 247 WESTFORD RD   Account No. 0641 TYNGSBORO MA 01879-2504 |
| JANUSIS, CHARLES | CHARLES JANUSIS 247 WESTFORD RD TYNGSBORO MA 01879-2504 |
| JONES, TINITA | 102 BARRINGTON OVERLOOK DR   Account No. GID5484 DURHAM NC 27703 |
| JONES, TINITA | TINITA JONES 102 BARRINGTON OVERLOOK DR DURHAM NC 27703 |
| JONES, TINITA M. | 102 BARRINGTON OVERLOOK DR.   Account No. 5484 DURHAM NC 27703 |
| KALSI, VISHAL | 4387 LAIRD CIRCLE   Account No. 7262 SANTA CLARA CA 95054 |
| KAYE, DOUGLAS J. | 631 BELMONT CREST DR. MARIETTA GA 30067 |
| LAMBERT, BOBBIE | 320 FOLEY DRIVE   Account No. GID 2225 GARNER NC 27529 |
| LAMBERT, BOBBIE | BOBBIE LAMBERT 320 FOLEY DRIVE GARNER NC 27529 |
| LECHNER, KIM | 433 OGDEN ST. DENVER CO 80218 |
| LECHNER, KIM | KIM LECHNER 1369 LOGAN AVE SALT LAKE CITY UT 84105 |
| LUCKINBILL, CHARLES R. | 25371 S. 676 ROAD GROVE OK 74344 |
| MARCANTI, LARRY | 16 MONROE CT   Account No. 2031 ALLEN TX 75002 |
| MARK, RAYMOND | 1336 S. FINLEY ROAD, APT 1C   Account No. 113809 LOMBARD IL 60148 |
| MARKETSOURCE, INC. | TEK SYSTEMS, INC ATTN: MATT HUDSON 7437 RACE RD HANOVER MD 21076 |
| MARKETSOURCE, INC. | ATTN: JESSICA SEARS 11700 GREAT OAKS WAY   Account No. 9327 ALPHARETTA GA 30041 |
| MARKETSOURCE, INC. | MARKETSOURCE PO BOX 102348 ATLANTA GA 30368-2348 |
| MARKETSOURCE, INC. | MARKETSOURCE, INC PO BOX 102348 ATLANTA GA 30368-2348 |

| Claim Name | Address Information |
|---|---|
| MARKETSOURCE, INC. | STEPHEN K DEXTER LATHROP & GAGE LLP 370 17TH STREET SUITE 4650 DENVER CO 80202-5607 |
| MATHENY, SCOTT | 155 BAY DR. HENDERSONVILLE TN 37075 |
| MATHENY, SCOTT | SCOTT MATHENY 155 BAY DR HENDERSONVILLE TN 37075 |
| MILLER, ROBERT | 23611 N VALLEY RD   Account No. 4332 LAKE ZURICH IL 60047 |
| MILLER, ROBERT ANDREW | 23611 N VALLEY RD   Account No. 4332 LAKE ZURICH IL 60047 |
| MONDOR, DAN | 3650 NEWPORT BAY DRIVE ALPHARETTA GA 30005 |
| MURASH, BARRY | 1021 GROGAN'S MILL DRIVE CARY NC 27519 |
| MURASH, BARRY MILES | 1021 GROGANS MILL DR CARY NC 27519 |
| NEBRASKA DEPARTMENT OF REVENUE | P.O. BOX 94818 ATTN: BANKRUPTCY UNIT LINCOLN NE 68509-4818 |
| NEBRASKA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT PO BOX 94818   Account No. 24-2738740 LINCOLN NE 68509-4818 |
| NERA INC. | (ATTN: MR. RAY GARGIULO) 1303 EAST ARAPAHO ROAD, SUITE 202   Account No. 8303 RICHARDSON TX 75081 |
| PALANIVELU, VENKATASUBRAMANIAM | 524 CAIN COURT   Account No. 5143 BELLE MEAD NJ 08502 |
| PATEL, KIRITKUMAR | 2329 WOOTEN PLACE CUSTER CREEK ESTATES PLANO TX 75025 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946   Account No. 6332 HARRISBURG PA 17128-0946 |
| PENNY, BRETT | 1020 THREE RIVERS DRIVE PROSPER TX 75078 |
| PERRY, SHIHDAR | 129 ROSEWALL LN CARY NC 27511 |
| PERRY, SHIHDAR LIU | 129 ROSEWALL LANE CARY NC 27511 |
| PEZZULLO, WILLIAM V. | 117 STERLING RIDGE WAY   Account No. 0802 CARY NC 27519 |
| PORTER NOVELLI | ATTN: KELLY MENNE 1838 SOLUTIONS CENTER CHICAGO IL 60677-1008 |
| PORTER NOVELLI, INC. | ATTN: KELLY MENNE 1838 SOLUTIONS CENTER CHICAGO IL 60677-1008 |
| POUSSARD, LEONARD | 567 TREMONT ST # 23   Account No. 2081 BOSTON MA 02118 |
| POUSSARD, LEONARD | LEONARD POUSSARD 567 TREMONT STREET #23 BOSTON MA 02118 |
| QUASAR INC. | 108 WILEY HILLS TRAIL WOODSTOCK GA 30188 |
| QUICK, JANET | 11103 MAPLE ST. CLEVELAND TX 77328 |
| QUICK, JOHN | 11103 MAPLE STREET   Account No. 2418 CLEVELAND TX 77328-6847 |
| QUICK, JOHN T. | 11103 MAPLE ST. CLEVELAND TX 77328 |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT | C/O ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS &MOTT LLP P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| RIGHT MANAGEMENT INC | RIGHT MANAGEMENT INC. ATTN: CARA LEVY BRASLOW 1818 MARKET STREET, 33RD FLOOR PHILADELPHIA PA 19103 |
| RIGHT MANAGEMENT INC | ATTN: HENRY J JAFFE & JAMES C CARIGNAN PEPPER HAMILTON LLP 1313 N MARKET ST, STE 5100 PO BOX 1709 WILMINGTON DE 19899-1709 |
| RIGHT MANAGEMENT INC. | RIGHT MANAGEMENT INC. ATTN CARA BRASLOW, ESQ. 1818 MARKET ST. 33RD FL PHILADELPHIA PA 19103 |
| RIGHT MANAGEMENT INC. | HENRY JAFFE, ESQ. PEPPER HAMILTON LLP HERCULES PLAZA, STE 5100 WILMINGTON DE 19899-1709 |
| RIGHT MANAGEMENT, INC. | ATTN: CARA LEVY BRASLOW 1818 MARKET STREET, 33RD FLOOR PHILADELPHIA PA 19103 |
| RIGHT MANAGEMENT, INC. | C/O PEPPER HAMILTON LLP ATTN: HENRY J. JAFFE & JAMES C. CARIGNAN 1311 N. MARKET ST., SUITE 5100 WILMINGTON DE 19899-1709 |
| SCHOOLEY, RUSSELL | 1603 CLEARMEADOW DRIVE   Account No. 6332 ALLEN TX 75002 |
| SCHOOLEY, RUSSELL | RUSSELL SCHOOLEY 1603 CLEARMEADOW DRIVE ALLEN TX 75002 |
| SELIGSON, JOHN | 1311 CROCKER DRIVE   Account No. 1791 EL DORADO HILLS CA 95762 |
| STEIN, CRAIG | 312 LORI DRIVE   Account No. 4224 BENICIA CA 94510 |
| STEIN, CRAIG F. | 312 LORI DRIVE   Account No. 4224 BENICIA CA 94510 |
| STEINMAN, JEFFREY | 2721 HALIFAX CT   Account No. 7501 MCKINNEY TX 75070 |
| STEPHENS, MICHAEL | 5611 NOB HILL RD   Account No. 0595 DURHAM NC 27704 |
| STEPHENS, MICHAEL A. | 5611 NOB HILL RD.   Account No. 0595 DURHAM NC 27704 |
| STEPHENS, MICHAEL AVERY | 5611 NOB HILL RD   Account No. 0595 DURHAM NC 27704 |

| Claim Name | Address Information |
|---|---|
| STONE, G. OLIVER, IV | 41 LOUISE DR.   Account No. 6016 HOLLIS NH 03049 |
| STONE, GEORGE | 41 LOUISE DR.   Account No. 6016 HOLLIS NH 03049 |
| STONE, GEORGE | GEORGE STONE 41 LOUISE DR. HOLLIS NH 03049 |
| SUN, MOSES | 9208 STONEBROOK DR.   Account No. PLAN ID 5589 COLLEGE STATION TX 77845 |
| SUN, YUMIN | 3952 KIMBROUGH LANE PLANO TX 75025 |
| SUN, YUMIN | YUMIN SUN 3952 KIMBROUGH LN PLANO TX 75025 |
| TEKSYSTEMS, INC | TEKSYSTEMS INC PO BOX 198568 ATLANTA GA 30384-8568 |
| TEKSYSTEMS, INC | STEPHEN DEXTER LATHROP & GAGE LLP 370 17TH STREET, SUITE 4650 DENVER CO 80202-5607 |
| TEKSYSTEMS, INC. | ATTN: MATT HUDSON 7437 RACE RD.   Account No. 9327 HANOVER MD 21076 |
| TEKSYSTEMS, INC. | TEK SYSTEMS PO BOX 198568 ATLANTA GA 30384-8568 |
| TELEFONICA USA, INC | 1111 BRICKELL AVE 10TH FLOOR   Account No. 0483 MIAMI FL 33131 |
| TELEFONICA USA, INC. | ATTNETION: JOANNA ROMANO 1111 BRICKELL AVENUE - 10TH FLOOR   Account No. 0483 MIAMI FL 33131 |
| TELEFONICA USA, INC. | ATTENTION: JOANNA ROMANO 1111 BRICKELL AVENUE - 10TH FLOOR   Account No. 0483 MIAMI FL 33131 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL P.O. BOX 20207   Account No. 04-2486332 NASHVILLE TN 37202-0207 |
| UNITED TELEPHONE COMPANY OF EASTERN | KANSAS PO BOX 7971   Account No. 4023 SHAWNEE MISSION KS 66207-0971 |
| VAUGHN, DON | 3825 RIDGETOP LANE   Account No. 0189558 PLANO TX 75074 |
| WHITE, ELISA | 4122 TRAVIS ST. # 19   Account No. 10138 DALLAS TX 75204 |
| WHITE, ELISA D. | 4122 TRAVIS ST. # 19 DALLAS TX 75204 |
| WOLFSON, CASH | 7704 MICHAEL CT MCKINNEY TX 75071 |
| XO COMMUNICATIONS, INC. | ATTN: BRAD LEE 105 MOLLOY STREET, SUITE 300   Account No. 0040000000044223 NASHVILLE TN 37201 |
| YU, KIN | 481214 LEIGH STREET   Account No. 6381 FREMONT CA 94539 |
| YU, KIN | KIN YU 481214 LEIGH STREET FREMONT CA 94539 |

**Total Creditor Count 152**