**EXHIBIT C**

# NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACE TECHNOLOGIES CORP | 156B 5L 727-4, KONJAN-DONG,   Account No. 6332 INCHEON 405-310 KOREA |
| AHMAD, AZEEM | 1328 WATERDOWN DR ALLEN TX 75013 |
| AHMAD, AZEEM | AZEEM AHMAD 1328 WATERDOWN DR ALLEN TX 75013 |
| AHMAD, AZEEM | 1328 WATERDOWN DR. ALLEN TX 75013-5314 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | TAX OFFICE 14909 ALDINE WESTFIELD RD.   Account No. 7998 HOUSTON TX 77032 |
| BAGETAKOS, GEORGE | 1623 EAST SHADOW CREEK DR.   Account No. 5158 FRESNO CA 93730 |
| BAGETAKOS, GEORGE T. | 1623 E. SHADOW CREEK DRIVE   Account No. 5158 FRESNO CA 93730 |
| BAKER, DONELSON, BEARMAN, CALDWELL & | BERKOWITZ, P.C. BLAIR B. EVANS 165 MADISON AVENUE, STE 2000   Account No. 9126 MEMPHIS TN 38103 |
| BAKER, DONELSON, BEARMAN, CALDWELL & | BERKOWITZ, P.C. ATTN: BLAIR B. EVANS 165 MADISON AVENUE, STE 2000   Account No. 9126 MEMPHIS TN 38103 |
| BALDWIN, ROBERT SHAW | 15902 BUFFALO CREEK DRIVE   Account No. 0000 FRISCO TX 75035 |
| BHATT, JITENDRA D | 204 WILLINGHAM ROAD   Account No. 0146 MORRISVILLE NC 27560 |
| BINNER, SCOTT E. | 2505 JAKIN WAY   Account No. 8818 SUWANEE GA 30024 |
| BRACKIN, DIANN | 217 STEAMBOAT DRIVE   Account No. 3706 COPPELL TX 75019 |
| BRIDGES, STEPHEN | 5020 RED CEDAR RD   Account No. 2459 RALEIGH NC 27613 |
| BRIDGES, STEPHEN M. | 5020 RED CEDAR RD   Account No. 2459 OR 1788 RALEIGH NC 27613 |
| BROWN, LARRY | 2635 HIGHLAND PASS ALPHARETTA GA 30004 |
| BURKERT, WILLIAM K | 104 KHALSA CT.   Account No. 5901 DURHAM NC 27713 |
| CENTRAL TELEPHONE COMPANY OF TEXAS | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| CHILDERS, RUSSELL | 5296 UNION CR FLOWERY BRANCH GA 30542 |
| CHONG, BAK | 19070 BROOKVIEW DRIVE   Account No. 0138 SARATOGA CA 95070 |
| CHONG, BAK L. | 19070 BROOKVIEW DR   Account No. 0138 SARATOGA CA 95070 |
| CHONG, BAK LENG | 19070 BROOKVIEW DR.   Account No. 0138 SARATOGA CA 95070 |
| CITY OF KANSAS CITY, MISSOURI | REVENUE DIVISION MARK RHUEMS 414 EAST 12TH STREET, SUITE 201W KANSAS CITY MO 64106 |
| CLINE, GLENN | 602 CHAFFEE DRIVE   Account No. 0299 ARLINGTON TX 76006 |
| CLINE, GLENN | GLENN CLINE 602 CHAFFEE DRIVE ARLINGTON TX 76006 |
| CLINE, GLENN B. | 602 CHAFFEE DR   Account No. 0299 ARLINGTON TX 76006 |
| COMMFUSION | COMMFUSION 1510 MISTY CLOUD PLACE   Account No. 0028 SANTA ROSA CA 95409-4337 |
| COMMFUSION LLC | BLAIR PLEASANT 1510 MISTY CLOUD PLACE   Account No. 0028 SANTA ROSA CA 95409 |
| COWEN, JAMES D. | 3851 OLD WEAVER TRAIL   Account No. 1000141 CREEDMOOR NC 27522 |
| COWEN, JAMES D. | JAMES COWEN 3851 OLD WEAVER TR CREEDMOOR NC 27522 |
| DAHL, STEVE A. | 1508 EDELWEISS DR ALLEN TX 75002-4671 |
| DANFORTH, JEFFREY | 8604 CHURCHDOWN CT   Account No. 9450 RALEIGH NC 27613 |
| DANFORTH, JEFFREY H | 8604 CHURCHDOWN COURT   Account No. 0138 RALEIGH NC 27613 |
| DATA-COM TELECOMMUNICATIONS | 354 ROUTE 206 SOUTH   Account No. NORT FLANDERS NJ 07836 |
| DEL PRIORE, ROBERT P | 10110 AVENT RIDGE DR. COLLIERVILLE TN 38017 |
| DIEP, KHANH | 3088 GREENFIELD DR.   Account No. 8568 RICHARDSON TX 75082 |
| DONOGHUE, ADRIAN | 119 MOSSGROVE TRAIL   Account No. 8944 WILLOWDALE ON M2L2W4 CANADA |
| DOYLE, RICHARD F | 531 FOX CHASE RD.   Account No. 9847 WIRTZ VA 24184 |
| DUONG, ANDREW | 506 STRETFORD LANE   Account No. 1487 ALLEN TX 75002 |
| EAST CAMELBACK ROAD, INC. | C/O ROBERT N. BRIER, ESQ. 2400 EAST ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| FARMER, CECIL GREGORY | 621 A ST., N.E.   Account No. 6996 WASHINGTON DC 20002 |
| FELIX, AVONDA | 6510 ROSEBUD DR.   Account No. 7956 ROWLETT TX 75089 |
| FOGLIA, JUDY | 6516 CRESTMOOR LANE   Account No. 8596 SACHSE TX 75048 |
| FOGLIA, JUDY | JUDY FOGLIA 6516 CRESTMOOR LANE SACHSE TX 75048 |
| GAGLIONE, SEBASTIAN F. | 22 OLDE WOODE ROAD SALEM NH 03079 |

| Claim Name | Address Information |
|---|---|
| GAGLIONE, SEBASTIAN F. | SEBASTIAN GAGLIONE 22 OLDE WOODE ROAD SALEM NH 03079 |
| GALLARDO, FRANK | FRANK GALLARDO 8250 POPLAR WAY # 103 CENTENNIAL CO 80112 |
| GALLARDO, FRANK | FRANK GALLARDO 8205 POPLAR WAY # 103 CENTENNIAL CO 80112 |
| GALLARDO, FRANK | GALLARDO, FRANK 8205 POPLAR WAY #103 CENTENNIAL CO 80112 |
| GALLARDO, FRANK | 4707 E. MCDOWELL RD., APT. 116B PHOENIX AZ 85008 |
| GALLARDO, FRANK | 4707 E. MCDOWELL RD. APT. 1168 PHOENIX AZ 85008 |
| GALLARDO, FRANK | 4707 E. MCDOWELL RD. APARTMENT 2101 PHOENIX AZ 85008 |
| GARDENER, WILLIAM KENNETH | 15 ENNISMORE MEWS LONDON SW7 1AP UNITED KINGDOM |
| GILBERTSON, WAYNE | 34 WEDGEWOOD DRIVE HAWTHORN WOODS IL 60047-7552 |
| GILES, DANIEL | DANIEL GILES 2200 BECKETT'S RIDGE DR HILLSBOROUGH NC 27278 |
| GILES, DANIEL | 708 HAWTHORN RIDGE DRIVE WHITSETT NC 27377 |
| GILES, DANIEL G. | 708 HAWTHORN RIDGE DR WHITSETT NC 273779317 |
| GILLIS, PATRICIA | 38 OAK STREET    Account No. 0138 HUDSON MA 01749 |
| GILLIS, PATRICIA | PATRICIA GILLIS 38 OAK STREET HUDSON MA 01749 |
| GLOBAL IP SOLUTIONS, INC. | AKA, GLOBAL IP SOUND, INC. 642 HARRISON STREET, 2ND FLOOR    Account No. 1000 SAN FRANCISCO CA 94107 |
| GORDON, DOUGLAS | 3904 SADDLEHEAD DR. PLANO TX 75075 |
| GORDON, DOUGLAS | DOUGLAS GORDON 3904 SADDLEHEAD DR. PLANO TX 75075 |
| GORDON, DOUGLAS S. | 3904 SADDLEHEAD DRIVE PLANO TX 75075 |
| GOULET, ROY | 25 LAKEHURST COURT DURHAM NC 27713 |
| GREEN, ROBERT | 3016 LAKESIDE VIEW COURT CARY NC 27513 |
| GREEN, ROBERT J | 3016 LAKESIDE VIEW COURT CARY NC 27513 |
| GUERIN | GUERIN & RODRIGUEZ LLP 5 MOUNT ROYAL AVE    Account No. NOR MARLBOROUGH MA 01752 |
| GUERIN & RODRIGUEZ LLP | 5 MT ROYAL AVE    Account No. NOR MARLBORO MA 01752 |
| GUERIN & RODRIGUEZ LLP | 5 MOUNT ROYAL AVE    Account No. NOR MARLBOROUGH MA 01752 |
| HANKEL, MARK | 600 TECHNOLOGY PARK BILLERICA MA 01821 |
| HANKEL, MARK | MARK HANKEL 600 TECHNOLOGY PARK BILLERICA MA 01821 |
| HANKEL, MARK | HANKEL. MARK 8 FOX HOLLOW LANE PLAISTOW NH 03865 |
| HANKEL, MARK | MARK HANKEL 8 FOX HOLLOW LANE PLAISTOW NH 03865 |
| HANKEL, MARK C | 8 FOX HOLLOW PLAISTOW NH 03865 |
| HANKEL, MARK C. | 8 FOX HOLLOW LANE PLAISTOW NH 03865 |
| HARRIS COUNTY, ET AL | HARRIS COUNTY, ET AL PO BOX 4924 HOUSTON TX 77210-4924 |
| HARRIS COUNTY, ET AL | JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| HAYNES, MICHELLE | 5921 WHITE PINE DR MCKINNEY TX 75070 |
| HAYNES, MICHELLE | MICHELLE HAYNES 5921 WHITE PINE DR MCKINNEY TX 750709507 |
| HAYNES, MICHELLE J | 5921 WHITE PINE DR MCKINNEY TX 75070 |
| HEARN, JOHN MARK | 1556 WATERSIDE CT DALLAS TX 75218 |
| HODGES JR, JOSEPH T | 4415 HEIDI PLACE    Account No. 0055 MIDLOTHIAN VA 23112 |
| HODGES, JOSEPH T. JR. | 4415 HEIDI PLACE    Account No. 0055 MIDLOTHIAN VA 23112 |
| HUGHES, DEAN W | 1335 WEST 13TH AVE BROOMFIELD CO 80020 |
| JACKSON, TOM | 8817 FALCON CREST DR    Account No. 3372 MCKINNEY TX 75070 |
| JAMES, LAWRENCE | 140 PRIVATE ROAD 1500A    Account No. 0138 MORGAN TX 76671 |
| JAMES, LAWRENCE | LAWRENCE JAMES 140 PRIVATE ROAD 1500A MORGAN TX 76671 |
| JAMES, LAWRENCE J. | 140 PRIVATE ROAD 1500A    Account No. 0139 MORGAN TX 76671 |
| JENG, CINDY | 4400 STATEN ISLAND DR    Account No. 8222 PLANO TX 75024 |
| JENG, SHU-CHING | 4400 STATEN ISLAND DRIVE    Account No. 8222 PLANO TX 75024 |
| JIANG, XUEMING | 4308 HELSTON DR.    Account No. (SSN) 6712 PLANO TX 75024 |
| JIANG, XUEMING | 4308 HELSTON RD    Account No. 6712 PLANO TX 75024 |

| Claim Name | Address Information |
|---|---|
| JIANG, XUEMING | XUEMING JIANG 4308 HELSTON DR PLANO TX 75024 |
| JOHNSON, KEITH | 2230 BENT CREEK MANOR ALPHARETTA GA 30005 |
| KAISER, PATRICK | 1900 NEW HAVEN ROAD GRAPEVINE TX 76051 |
| KAO, FRANK | 4849 FRANKFORD RD APT 433   Account No. 0987 DALLAS TX 75287 |
| KAO, IUE-FANG H. | 19785 VIEWRIDGE DR.   Account No. 6332 SARATOGA CA 95070 |
| KUMARAN SYSTEMS INC | 701 EVANS AVENUE SUITE 509   Account No. 5672 TORONTO ON M9C 1A3 CANADA |
| LAMBERT, MICHAEL | 10413 S HIGHLAND CIRCLE   Account No. 9696 OLATHE KS 66061 |
| LAMBERT, MICHAEL K. | 10413 S. HIGHLAND CIRCLE   Account No. 9696 OLATHE KS 66061 |
| LEUTERITZ, MARK | 14 BUCKTHORN   Account No. 0576, 7505 IRVINE CA 92604 |
| LIGON, KEITH | 1313 COVEY RISE LN   Account No. 6332 FUQUAY VARINA NC 27526 |
| LOCKHART, LEWIS | LOCKHART, LEWIS 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LEWIS | LEWIS LOCKHART 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LEWIS | LEWIS K. LOCKHART 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LEWIS | 4001 E CHAPEL HILL-NELSON HWY PO BOX 13010   Account No. 9429 RESEARCH TRIANGLE PARK NC 27709-3010 |
| LOCKHART, LEWIS | LOCKHART, LEWIS K 1600 LIATRIS LANE RALEIGH NC 27709-3010 |
| LOCKHART, LEWIS | LEWIS LOCKHART 4001 E. CHAPEL HILL-NELSON HWY P.O. BOX 13010 RESEARCH TRIANGLE PARK NC 27709-3010 |
| LOUIS, CATHERINE | 310 RUSTIC RIDGE RD   Account No. NORTEL GLOBAL ID - 4359 CARY NC 27511 |
| LOUIS, CATHERINE | 310 RUSTIC RIDGE RD   Account No. 4359 CARY NC 27511-3750 |
| LOUISVILLE METRO REVENUE COMMISSION | PO BOX 35410 617 W JEFFERSON ST   Account No. 6332 LOUISVILLE KY 40232-5410 |
| MARGHOOB, SHAMAHRUKH | 1201 WALNUT AVE, APT. 59   Account No. 6838 TUSTIN CA 92780 |
| MARITZ CANADA INC | 6900 MARITZ DRIVE   Account No. 1062 MISSISSAUGA, ONTARIO L5W 1L8 CANADA |
| MBA SOLLICITORS R/S VIRGINIE BOUET | 4 AVENUE VAN DYCK   Account No. 11000 PARIS 75008 FRANCE |
| MCCOY, GEORGE | 1977 SLEEPYHOLLOW OLATHE KS 66062 |
| MCCOY, LEONARD D. | 4218 HIGH STAR LANE   Account No. 8900 DALLAS TX 75287 |
| MCDOUGALL, RON | 11 ROYAL TROON CRES. MARKHAM, ONT. L6C 2A6 CANADA |
| MCDOUGALL, RON | 11 ROYAL TROON CRES. MARKHAM ON L6C 2A6 CANADA |

**Total Creditor Count 119**