**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| MCGONAGLE, NANCY S | 35 LIP LIP LANE NORDLAND WA 98358 |
| MCGREGGOR, DOUGLAS | P.O. BOX 20017   Account No. 9055 PICTON ON K0K 3V0 CANADA |
| MCGREGGOR, DOUGLAS | DOUGLAS MCGREGOR P.O. BOX 20017 PICTON ON K0K3V0 CANADA |
| MCGREGOR, DOUGLAS | 2083 COUNTY ROAD 13   Account No. 9055 PICTON ON K0K 2T0 CANADA |
| MCGREGOR, DOUGLAS | 2083 COUNTY ROAD 13   Account No. 9055 PICTON K0K 2T0 CANADA |
| MCGREGOR, DOUGLAS | P.O. BOX 20017   Account No. 9055 PICTON ON K0K 3V0 CANADA |
| MCKEVITT, THOMAS J., JR. | 11104 E. CAROL AVE. SCOTTSDALE AZ 85259 |
| MCKEVITT, TOM, JR. | 11104 E CAROL AVE SCOTTSDALE AZ 85259 |
| MCPHERSON, GEOFFREY | 541 CAROLYN LANE   Account No. 1982 GALLATIN TN 37066 |
| MCPHERSON, GEOFFREY L. | 541 CAROLYN LANE   Account No. 1982 GALLATIN TN 37066 |
| MELANSON, LEO | 53 ADAMS ST. WESTBORO MA 01581 |
| MELANSON, LEO | 53 ADAMS ST. WESTBOROUGH MA 01581 |
| MERRILL III, ALBERT | 316 PONFIELD ROAD WEST   Account No. 0138 FORREST HILL MD 21050 |
| MERRILL, ALBERT III (DECEASED) | JOANNE MERRILL 316 PONFIELD RD W FOREST HILL MD 20150 |
| MILLER, BRUCE | 24810 BLAZING TRAIL WAY   Account No. 0467317 LAND O' LAKES FL 34639 |
| MILLIGAN, DAVID | 193 SHADY GROVE LN   Account No. 0822 THOUSAND OAKS CA 91361 |
| MILLIGAN, DAVID | DAVID MILLIGAN 193 SHADY GROVE LN THOUSAND OAKS CA 91361 |
| MILLIGAN, DAVID L | 193 SHADY GROVE LN   Account No. 0822 THOUSAND OAKS CA 91361 |
| MISSINI, DENNIS | 616 RUSSETWOOD LANE POWDER SPRINGS GA 30127 |
| MORAN, GAYLE | 2347 ASHLEY PARK BLVD.   Account No. 6332 PLANO TX 75074 |
| MORAN, GAYLE | GAYLE MORAN 2347 ASHLEY PARK BLVD. PLANO TX 75074 |
| MORRIS, STEVEN | 13045 TOWNFIELD DRIVE   Account No. 6332 RALEIGH NC 27614 |
| MORRIS, STEVEN | STEVEN MORRIS 13045 TOWNFIELD DR RALEIGH NC 27614 |
| MOSTYN, WILLIAM | 555 INDIAN CREEK DR TROPHY CLUB TX 76262 |
| MOSTYN, WILLIAM | WILLIAM MOSTYN 555 INDIAN CREEK DR TROPHY CLUB TX 76262 |
| MOTL, LORI A. | 1012 N. 26TH ST. ARKADELPHIA AR 71923 |
| MUSIC SEMICONDUCTORS INCORPORATED | P/O BOX 456 CONOVER NC 28613 |
| NANCE, JIM | 1204 DAME SUSAN LANE LEWISVILLE TX 75056 |
| NAPLITANO, ORNELLA | 1938 35TH STREET, NW WASHINGTON, DC DC 20007 |
| NAPOLITANO, ORNELLA | 1938 35TH STREET, NW WASHINGTON, DC DC 20007 |
| NEUMEISTER, ROBERT M | 2729 SILVER CLOUD DR PARK CITY UT 84060 |
| NG, ALEXANDER | 5739 DESERET TRAIL   Account No. 9577 DALLAS TX 75252 |
| NG, ALEXANDER | ALEXANDER NG 5739 DESERET TRAIL DALLAS TX 75252 |
| ORTIZ, BESSIE | 3904 HUNTERS TRL   Account No. 0778 MESQUITE TX 75150 |
| ORTIZ, BESSIE | BESSIE ORTIZ 3904 HUNTERS TRL MESQUITE TX 75150 |
| OWENS, RICK | 1962 MIDDLE SETTLEMENTS RD   Account No. 0138 MARYVILLE TN 37801 |
| OWENS, RICK | RICK OWENS 1962 MIDDLE SETTLEMENTS RD MARYVILLE TN 37801 |
| OWINGS, JOHN | 8237 TREEMONT PL FRISCO TX 75034 |
| OWINGS, JOHN R. | 8237 TREEMONT PLACE FRISCO TX 75034 |
| PAVLIC, TERESA | 813 GENFORD COURT RALEIGH NC 27609 |
| PEDDI, RAJYALAKSHMI | RAJYALAKSHMI PEDDI 1000 ESCALON AVE APT #A1002 SUNNYVALE CA 94085 |
| PEDDI, RAJYALAKSHMI | RAJYALAKSHMI PEDDI 1000 ESCALON AVE APT A1002 SUNNYVALE CA 940855105 |
| PEDDI, RAJYALAKSHMI | 1291 VICENTE DR APT #252 SUNNYVALE CA 94086 |
| PEDDI, RAJYALAKSHMI | RAJYALAKSHMI PEDDI 1291 VICENTE DR, APT # 252 SUNNYVALE CA 94086 |
| PHAM, JOHN | 1509 WEATHERED WOOD LN   Account No. 0146 GARLAND TX 75040 |
| PURVIS, LISA | 100 FIELDSPRING LANE   Account No. 0194 RALEIGH NC 27606 |
| PURVIS, LISA | LISA PURVIS 100 FIELDSPRING LANE RALEIGH NC 27606 |
| RABON, LYNN | 1226 MELISSA DRIVE   Account No. 5461 ROANOKE TX 76262 |
| RABON, LYNN M | 1226 MELISSA DRIVE   Account No. 5461 ROANOKE TX 76262 |

| Claim Name | Address Information |
|---|---|
| RAUBOLT, TONY | 26824 KOERBER SAINT CLAIR SHORES MI 48081 |
| REDDISH, RICHARD | 2126 PALERMO COURT   Account No. 3838 ORANGE CA 92867 |
| RHODES, PATRICK A. | 41200 ENGLISH YEW PLACE   Account No. 9366 LEESBURG VA 20175 |
| RHODES, PATRICK A. | 41200 ENGLISH YEW PLACE   Account No. 9366 LEESBURG VA 20175-8072 |
| RHODES, PATRICK A. | 41200 ENGLISH YEW PLACE   Account No. 9366 LEESBURG VA 20175-8702 |
| RICCITELLI, ROBERT | 233 HIGH HOLBORN 1ST FLOOR   Account No. 6843 LONDON WC1V7DN UNITED KINGDOM |
| RICCITELLI, ROBERT | ROBERT RICCITELLI 24 WHITETAIL LANE SAN RAMON CA 94583 |
| RICHARDSON, JACK | 7405 BRADFORD PEAR DR IRVING TX 75063 |
| RICHARDSON, JACK | JACK RICHARDSON 7405 BRADFORD PEAR DR IRVING TX 75063 |
| RICHARDSON, JACK E. | 7405 BRADFORD PEAR DRIVE IRVING TX 75063 |
| ROVIRA, ALBA | 1604 SE SHELBURNIE WAY   Account No. 7378 PORT ST LUCIE FL 349526054 |
| ROYER, MARTHA | 11022 FERNALD AVE DALLAS TX 75218 |
| ROYER, MARTHA | MARTHA ROYER 11022 FERNALD AVE DALLAS TX 75218 |
| RUDZINSKI, RANDY | 1924 PARIS AVE   Account No. 7514 PLANO TX 75025 |
| RUFFINI, PHIL | 114 CALLE DEL PARADISO   Account No. 1765 VENICE FL 34285 |
| RUFFINI, PHILIP | 114 CALLE DEL PARADISO   Account No. 1765 VENICE FL 34285 |
| SHAW, DARRELL | 20 BUCKY STREET   Account No. 6332 EUHARLEE GA 30145 |
| SHAW, DARRELL | DARRELL SHAW 20 BUCKY STREET EUHARLEE GA 30145 |
| SHAW, DARRELL K. | 20 BUCKY ST.   Account No. 6332 EUHARLEE GA 30145 |
| SKIPPER, THEODORE | 1133 SECRETARIAT DR   Account No. 5009 GRAND PRAIRIE TX 75052 |
| SKIPPER, THEODORE | THEODORE SKIPPER 1133 SECRETARIAT DR GRAND PRAIRIE TX 75052 |
| SKIPPER, THEODORE J | 1133 SECRETARIAT DR   Account No. 5009 GRAND PRAIRIE TX 75052 |
| SLY, MICHAEL | 2518 HEATHER HILL CT   Account No. 2371 PLANO TX 75075 |
| SLY, MICHAEL | MICHAEL SLY 2518 HEATHER HILL CT PLANO TX 75075 |
| SMITH, LISA | 1 GLORIA TERRACE   Account No. 2715 DERRY NH 03038 |
| STACY, MARK | 895 E SCHIRRA DR   Account No. 1101 PALATINE IL 60074 |
| STACY, MARK | MARK STACY 895 E SCHIRRA DR PALATINE IL 60074 |
| STACY, MARK | MARK STACY 895 E SCHIRRA PALATINE IL 60074 |
| STACY, MARK | MARK STACY 475 N. MARTINGALE ROAD SCHAUMBURG IL 60173 |
| STACY, MARK | 475 N. MARTINGALE ROAD   Account No. 1101 SCHAUMBURG IL 60173 |
| STACY, MARK | 895 E. SCHINNA DR.   Account No. 1101 PALATINE IL 60174 |
| SUTCLIFFE, ANDREW J. | 34300 LANTERN BAY DRIVE UNIT 50   Account No. 3898 DANA POINT CA 92629 |
| SVG ADVISERS INC. | PATRICK J. POTTER 2300 N STREET, NW WASHINGTON DC 20037 |
| SY, DARON | 1008 REDBUD DRIVE   Account No. 4306 ALLEN TX 75002 |
| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS | TRAEGDE, BRUCE & PATRICIA THE TISDEL LAW FIRM, P.C. ROGER F. SAGA PO BOX 646 - 645 SECOND ST. OURAY CO 81427 |
| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS | THE TISDEL LAW FIRM, P.C. ROGER F SAGAL PO BOX 646 645 SECOND ST OURAY CO 81427 |
| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS | & GUARDIANS OF THE MINORS E. DURGAN & A. DURGAN AND ESTATE OF JAMES DURGAN 230 SHADOW LANE - ATTN: JAMES DURGAN   Account No. 6332 RIDGWAY CO 81432 |
| TRAMMELL, DAVID | 1409 SASSAFRASS DRIVE   Account No. 09-1038 PLANO TX 75023 |
| TROY, CATHERINE | 142 TREBLE COVE RD N BILLERICA MA 01862 |
| TROY, CATHERINE | CATHERINE TROY 142 TREBLE COVE RD N BILLERICA MA 01862 |
| TROY, CATHERINE E | 142 TREBLE COVE ROAD BILLERICA MA 01862 |
| TROY, CATHERINE E | 142 TREBLE COVE RD N BILLERICA MA 01862 |
| TWEEDY, JOHN | 16527 GRAPPERHALL DR   Account No. 3484 HUNTERSVILLE NC 28078 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF KANSAS | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF NEW JERSEY | INC. PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |

| Claim Name | Address Information |
| --- | --- |
| UNITED TELEPHONE COMPANY OF OHIO | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA | LLC PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL | KANSAS PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF TEXAS | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF THE | NORTHWEST PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF THE | CAROLINAS LLC PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE COMPANY OF THE WEST | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELEPHONE SOUTHEAST LLC | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNITED TELESERVICES INC | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| VAHDAT, VAHID | 4247 BONAVITA PLACE    Account No. 9505 ENCINO CA 91436 |
| VAHDAT, VAHID | VAHID VAHDAT 4247 BONAVITA PLACE ENCINO CA 91436 |
| WAINHOUSE RESEARCH LLC | 34 DUCK HILL TERRACE DUXBURY MA 02332 |
| WAINHOUSE RESEARCH, LLC | ATTN: MARC BEATTIE 34 DUCK HILL TERRACE DUXBURY MA 02332 |
| WANG, CHIH-WEI | CHIH-WEI WANG 4325 WONDERLAND DR PLANO TX 75093 |
| WANG, CHIHWEI | 4325 WONDERLAND DR.    Account No. 1604 PLANO TX 75093 |
| WHITFIELD, VIVIAN | 901 TOWN CENTRE BLVD. STE 235    Account No. 9906 CLAYTON NC 27520 |
| WHITFIELD, VIVIAN | VIVIAN WHITFIELD 901 TOWN CENTRE BLVD. STE.235 CLAYTON NC 27520 |
| WHITFILL, MARK | 3822 RAINTREE DRIVER FLOWER MOUND TX 75022 |
| WHITFILL, MARK E | 3822 RAINTREE DR FLOWER MOUND TX 75022 |
| WHITTON, MARK | 19206 MILL SITE PL.    Account No. GID 0157340 LEESBURG VA 20176 |
| WILLIAMS, SHARON R. | 6632 JOHNSON MILL RD    Account No. 6462 DURHAM NC 27712 |
| WOOD, PIERCE G | 255 ELLIOT CIRCLE    Account No. 1294 WATKINSVILLE GA 30677 |
| YANKEE GROUP | YANKEE GROUP RESEARCH INC PO BOX 845282 BOSTON MA 02284-5282 |
| YANKEE GROUP RESEARCH, INC. | 1 LIBERTY SQ STE 7    Account No. 9354 BOSTON MA 21094868 |
| YOUNG, RONALD | 348 CREEKSIDE TRAIL ARGYLE TX 76226 |
| YOUNG, RONALD | RONALD YOUNG 348 CREEKSIDE TRAIL ARGYLE TX 76226 |
| ZENG, HELEN | 3216 TEAROSE DR. RICHARDSON TX 75082 |
| ZENG, HELEN JOANNA | 3216 TEAROSE DRIVE    Account No. 6332 RICHARDSON TX 75082 |
| ZOUNON, LISETTE Z. | 7421 FRANKFORD ROAD APT. 1035    Account No. 2968 DALLAS TX 75252 |

**Total Creditor Count 124**