IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**Related Docket Nos. 2193, 2194**

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                                              ) ss.:
COUNTY OF HARTFORD  )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Notice of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing and Approving The Bidding Procedures and Bid Protections, (C) Approving Payment of An Incentive Fee, (D) Approving The Notice Procedures and The Assumption And Assignment Procedures, (E) Authorizing The Filing of Certain Documents Under Seal and (F) Setting a Date For The Sale Hearing, and (II) Authorizing and Approving (A) The Sale of Certain Assets of Debtors Carrier Voice Over IP and Application Solutions Business Free and Clear of All Liens, Claims and Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts," dated December 23, 2009, to which is attached, "Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing and Approving The Bidding Procedures and Bid Protections, (C) Approving Payment of An Incentive Fee, (D) Approving The Notice Procedures and The Assumption and Assignment Procedures, (E) Authorizing The Filing of Certain Documents Under Seal and (F) Setting A Date For The Sale Hearing, and (II) Authorizing and Approving (A) The Sale of Certain Assets of Debtors Carrier Voice Over IP and Application Solutions Business Free and Clear Of All Liens, Claims and Encumbrances and (B) The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Mtn for App Solutions Agmt; Mtn to Shorten Ntc_Aff_12-23-09.doc

Assumption and Assignment of Certain Executory Contracts," dated December 23, 2009 [Docket No. 2193], and

b. "Debtors' Motion for an Order Under 11 U.S.C. § 102(1) Shortening Notice Relating to Debtors' Motion Pursuant for Orders Authorizing Debtors' Entry Into the Stalking Horse Agreement and Related Relief," dated December 23, 2009 [Docket No. 2194], by causing true and correct copies to be delivered as follows:

  i. On December 23, 2009, enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to the parties listed on the attached Exhibit A,

  ii. On December 24, 2009, enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to the parties listed on the attached Exhibit B, and

  iii. On December 24, 2009, enclosed securely in separate postage-prepaid envelopes and delivered via hand delivery to the parties listed on the attached Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
28th day of December, 2009

_____
Notary Public

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011