**EXHIBIT B**

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS
39TH FL
LOS ANGELES CA 90067-6049

BUUS KIM KUO & TRAN LLP
ATTN: HUBERT H. KUO ESQ.
4675 MACARTHUR CT
STE 590
NEWPORT BEACH CA 92660

KATTEN MUCHIN ROSENMAN LLP
ATTN: THOMAS J. LEANSE ESQ.
DUSTIN P. BRANCH ESQ.
2029 CENTURY PARK EAST
STE 2600
LOS ANGELES CA 90067-3012

OFFICE OF THE U.S. TRUSTEE
ATTN: PATRICK TINKER ESQ.
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DE 19801-3519

KHANG & KHANG LLP
ATTN: JOON M. KHANG ESQ.
1901 AVENUE OF THE STARS
2ND FL
LOS ANGELES CA 90067

BRIER IRISH HUBBARD & ERHARD PLC
ATTN: ROBERT N. BRIER
2400 E. ARIZONA BILTMORE CIRCLE
SUITE 1300
PHOENIX AZ 85016-2115

MD DEPARTMENT OF LABOR LICENSING & REG.
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DIVISION
1100 N. EUTAW STREET
ROOM 401 SUITE 3000
BALTIMORE MD 21201

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION
MD DEPT. OF LABOR LICENSING & REG.
1100 N. EUTAW STREET
ROOM 401
BALTIMORE MD 21201

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE MD 21202

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET
8TH FLOOR
BALTIMORE MD 21202

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.
DALE K. CATHELL ESQ.
6225 SMITH AVENUE#
BALTIMORE MD 21209

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON MA 02109

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST  9TH FL
BOSTON MA 02110

BOYLAN BROWN
ATTN: DEVIN LAWTON PALMER
2400 CHASE SQUARE#
ROCHESTER NY 14604

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.
STEPHEN D. SCHREIBER ESQ.
1200 K STREET NW
WASHINGTON DC 20005-4026

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE
ROUNTAIN PLACE STE 3700
DALLAS TX 75202-2799

IBM CORP. LEGAL DEPT
ATTN: R. S. STAHEL
1503 LBJ FREEWAY
3RD FL
DALLAS TX 75234

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
4025 WOODLAND PARK BLVD  STE 300#
ARLINGTON TX 76013

J. SCOTT DOUGLASS ESQ.
909 FANNIN STE 1800
909 FANNIN STE 1800
HOUSTON TX 77010

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON TX 77032

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300
711 NAVARRO#
SAN ANTONIO TX 78205

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR
STE 400#
LITTLETON CO 80124

LATHROP & GAGE LLP
ATTN: STEPHEN K. DEXTER ESQ.
370 17TH ST
STE 4650
DENVER CO 80202

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE
DEPT. 1207#
DENVER CO 80202-5332

HP  COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD
MS 314
BOISE ID 83714

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY ESQ.
36 SOUTH STATE STREET
SUITE 1400#
SALT LAKE CITY UT 84145-0385

LEWIS AND ROCA LLP
ATTN: SCOTT K. BROWN ESQ.
40 NORTH CENTRAL AVE
STE 1900
PHOENIX AZ 85004