# EXHIBIT C

| | |
|---|---|
| US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 US | WERB & SULLIVAN<br>ATTN: DUANE D. WERB ESQ.<br>300 DELAWARE AVE 13TH FL<br>WILMINGTON DE 19801 US |
| YOUNG CONAWAY<br>ATTN: JAMES L. PATTON<br>EDWIN J. HARRON<br>THE BRANDYWINE BLDG 17TH FL.<br>1000 WEST STREET<br>WILMINGTON DE 19801 | PACHULSKI STANG<br>ATTN: LAURA DAVIS JONES<br>TIMOTHY P. CAIRNS<br>919 N. MARKET ST. 17TH FL<br>WILMINGTON DE 19899-8705 |
| BAYARD P.A.<br>CHARLENE D. DAVIS  ESQ.<br>JUSTIN R. ALBERTO  ESQ.<br>222 DELAWARE AVENUE SUITE 900#<br>WILMINGTON DE 19899 | |