# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,321.91 |
| Conference Call /Telephone Charges | $13,822.13 |
| Courier Service/Postage | $22.05 |
| Duplicating (@ $0.10 per page) | $816.70 |
| Meals/Committee Meeting Expenses | $4,623.82 |
| Travel Expenses – Airfare | $11,530.05 |
| Travel Expenses – Ground Transportation | $3,416.49 |
| Travel Expenses – Incidentals | $32.89 |
| Travel Expenses – Lodging | $2,203.53 |
| Travel Expenses – Train Fare | $2,599.00 |
| TOTAL | $40,388.57 |