# EXHIBIT D

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Invoice Number    1290099
Invoice Date      12/21/09
Client Number     687147
Matter Number     0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/07/09 | Travel - Ground Transportation Medallion cab | $8.00 |
| 07/28/09 | Meals - Business K. Davis; Zaro's Bread Basket | $4.65 |
| 09/01/09 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: OCT090010761500001 DATE: 10/1/2009 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $6.33 |
| 09/29/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: CHOU JAMES TICKET #: 0507489690 DEPARTURE DATE: 09/29/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/29/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: CHOU JAMES TICKET #: 10529F DEPARTURE DATE: 09/30/2009 ROUTE: NYP WIL NYP | $238.00 |
| 09/29/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507485433 DEPARTURE DATE: 09/29/2009 ROUTE: NYP WIL NYP | $37.00 |
| 09/29/09 | Travel - Train Fare VENDOR: DINERS | $238.00 |

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 104843 DEPARTURE DATE: 09/30/2009 ROUTE: NYP WIL NYP | |
| 09/30/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: CHOU JAMES TICKET #: 0507512050 DEPARTURE DATE: 09/30/2009 ROUTE: NYP WIL TON EWY | $20.00 |
| 09/30/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507510797 DEPARTURE DATE: 09/30/2009 ROUTE: NYP WIL TON EWY | $20.00 |
| 09/30/09 | Meals - Business  K. Davis; Amtrak | $10.75 |
| 09/30/09 | Travel - Train Fare  Fee; Amtrak - American Express | $15.00 |
| 09/30/09 | Travel - Train Fare  Fee; Amtrak - American Express | $15.00 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0507555743 DEPARTURE DATE: 10/01/2009 ROUTE: DCA LGA | $30.00 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0507555744 DEPARTURE DATE: 10/01/2009 ROUTE: DCA LGA | $30.00 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0507555745 DEPARTURE DATE: 10/01/2009 ROUTE: DCA LGA | $30.00 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7707788377 DEPARTURE DATE: 10/05/2009 ROUTE: LGA DCA | $175.72 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7707788378 DEPARTURE DATE: 10/06/2009 ROUTE: DCA LGA | $165.40 |
| 10/01/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 | $30.00 |

| Date | Description | Amount |
|---|---|---|
| 10/01/09 | PASSENGER: ROWE KEVIN M TICKET #: 0507561564 DEPARTURE DATE: 10/01/2009 ROUTE: LGA DCA Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 | $37.00 |
| 10/02/09 | PASSENGER: ROWE KEVIN M TICKET #: 0507561565 DEPARTURE DATE: 10/01/2009 ROUTE: LGA DCA Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 | $37.00 |
| 10/02/09 | PASSENGER: ROWE KEVIN M TICKET #: 0507600426 DEPARTURE DATE: 10/02/2009 ROUTE: NWK NWK WAS NWK Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 | $232.00 |
| 10/05/09 | PASSENGER: ROWE KEVIN M TICKET #: 14042A DEPARTURE DATE: 10/05/2009 ROUTE: NWK WAS NWK Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 | $30.00 |
| 10/11/09 | PASSENGER: BOTTER DAVID H TICKET #: 0507652175 DEPARTURE DATE: 10/05/2009 ROUTE: DCA LGA Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 369268 DATE: 10/23/2009 Vendor: Prime Time Voucher #: 85913 Date: 10/11/2009 Name: Lisa Beckerman‖Car Service. Vendor: Prime Time Voucher #: 85913 Date: 10/11/2009 Name: Lisa Beckerman | $81.25 |
| 10/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0507356717 DEPARTURE DATE: 10/12/2009 ROUTE: NYP WIL NYP | $37.00 |
| 10/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7681535342 DEPARTURE DATE: 10/15/2009 ROUTE: NYP WIL NYP | $387.00 |
| 10/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507356718 DEPARTURE DATE: 10/12/2009 ROUTE: NYP WIL | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 10/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 7681535343 DEPARTURE DATE: 10/15/2009 ROUTE: NYP WIL NYP | $387.00 |
| 10/13/09 | Travel - Ground Transportation Medallion Taxi | $17.00 |
| 10/14/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DURSO DAVID TICKET #: 0507882807 DEPARTURE DATE: 10/14/2009 ROUTE: NYP WIL | $37.00 |
| 10/14/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DURSO DAVID TICKET #: 7681535357 DEPARTURE DATE: 10/15/2009 ROUTE: NYP WIL | $201.00 |
| 10/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0507923457 DEPARTURE DATE: 10/14/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 10/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7711136014 DEPARTURE DATE: 10/20/2009 ROUTE: YYZ LGA YYZ | $2,004.76 |
| 10/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091195 DATE: 11/4/2009 Vendor: Dial Car Voucher #: DLA2955952 Date: 10/15/2009 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLA2955952 Date: 10/15/2009 Name: David Botter | $125.05 |
| 10/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091195 DATE: 11/4/2009 Vendor: Dial Car Voucher #: DLA3016243 Date: 10/15/2009 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLA3016243 Date: 10/15/2009 Name: David Botter | $113.72 |
| 10/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091195 DATE: 11/4/2009 Vendor: Dial Car Voucher #: DLA3017150 Date: 10/15/2009 Name: Ken Davis\|Car Service, Vendor: Dial Car | $114.52 |

| Date | Description | Amount |
|---|---|---|
| 10/15/09 | Voucher #: DLA3017150 Date: 10/15/2009 Name: Ken Davis Meals - Business Meals re: trip to Wilmington, Delaware, to attend court hearing.; D. Botter; Nortel - Rodney Grille | $9.98 |
| 10/15/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0507973129 DEPARTURE DATE: 10/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 10/15/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507973128 DEPARTURE DATE: 10/15/2009 ROUTE: NYP WIL NYP | $37.00 |
| 10/15/09 | Meals - Business F. Hodara; The Rodney Gille Food Court | $4.68 |
| 10/15/09 | Travel - Ground Transportation Medallion cab | $8.00 |
| 10/15/09 | Meals - Business K. Davis; Primo Cappuccino | $12.13 |
| 10/15/09 | Travel - Ground Transportation Apple Car | $8.00 |
| 10/15/09 | Travel - Ground Transportation Medallion cab | $8.00 |
| 10/16/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508013677 DEPARTURE DATE: 10/16/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 10/16/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7712405397 DEPARTURE DATE: 10/26/2009 ROUTE: LGA YYZ LGA | $1,579.86 |
| 10/20/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 586364 DATE: 10/25/2009 Kahn Brad - Aceluck - 10/20/2009 | $28.61 |
| 10/20/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508089410 DEPARTURE DATE: 10/20/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 10/20/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09- | $1,953.96 |

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 10/29/2009 PASSENGER: BOTTER DAVID H TICKET #: 7712406505 DEPARTURE DATE: 10/26/2009 ROUTE: LGA YYZ LGA | |
| 10/21/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091195 DATE: 11/4/2009 Vendor: Dial Car Voucher #: DLA2766224 Date: 10/21/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLA2766224 Date: 10/21/2009 Name: Ryan Jacobs | $59.08 |
| 10/21/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091195 DATE: 11/4/2009 Vendor: Dial Car Voucher #: DLA3001467 Date: 10/21/2009 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3001467 Date: 10/21/2009 Name: David Botter | $119.25 |
| 10/21/09 | Travel - Ground Transportation Medallion | $11.70 |
| 10/21/09 | Meals - Business F. Hodara; Starbucks | $6.80 |
| 10/21/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091428 DATE: 11/11/2009 Vendor: Dial Car Voucher #: DLA3066918 Date: 10/21/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLA3066918 Date: 10/21/2009 Name: Ryan Jacobs | $139.46 |
| 10/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: HODARA FRED TICKET #: 0508116781 DEPARTURE DATE: 10/21/2009 ROUTE: BOS YYZ LGA | $37.00 |
| 10/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: HODARA FRED TICKET #: 7713493409 DEPARTURE DATE: 10/26/2009 ROUTE: BOS YYZ LGA | $2,053.16 |
| 10/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: ROWE KEVIN M TICKET #: 0508139561 DEPARTURE DATE: 10/21/2009 ROUTE: EWR YYZ EWR | $37.00 |
| 10/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-101409; DATE: 10/21/2009 | $233.92 |
| 10/22/09 | Travel - Airfare VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 10/22/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 0508159559 DEPARTURE DATE: 10/22/2009 ROUTE: LGA YYZ LGA | $1,954.26 |
| | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 7713494055 DEPARTURE DATE: 10/26/2009 ROUTE: LGA YYZ LGA | |
| 10/25/09 | Travel - Ground Transportation Taxi from airport to hotel.; Taxi receipt | $57.00 |
| 10/25/09 | Meals - Business Dinner w/D. Botter and Nortel staff.; K. Rowe, D. Botter and Nortel staff.; Hazelton Hotel receipt | $86.02 |
| 10/25/09 | Travel - Lodging (Hotel, Apt, Other) Lodging in Canada re Nortel meetings - 10/25-27/09.; Hotel expense re Nortel meeting.; Hazelton Hotel receipt | $1,037.68 |
| 10/26/09 | Travel - Lodging (Hotel, Apt, Other) Court attendance; The Hazelton Hotel | $587.00 |
| 10/26/09 | Travel - Incidentals - Out-of-Town Travel The Hazelton Hotel | $15.75 |
| 10/26/09 | Travel - Ground Transportation J&N Livery Car Service | $30.00 |
| 10/26/09 | Meals - Business F. Hodara; Airflight Services | $35.00 |
| 10/26/09 | Travel - Ground Transportation Taxi from hotel to Nortel's office.; Amex receipt for taxi | $65.07 |
| 10/26/09 | Meals - Business Meal/beverage w/client and D. Botter.; K. Rowe, D. Botter, Nortel staff.; Hazelton Hotel receipt | $48.11 |
| 10/26/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091428 DATE: 11/11/2009 Vendor: Dial Car Voucher #: DLA3009606 Date: 10/26/2009 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLA3009606 Date: 10/26/2009 Name: David Botter | $117.59 |
| 10/26/09 | Meals - Business Breakfast.; D. Botter; Nortel - Au Bon Pain | $6.61 |
| 10/26/09 | Travel - Lodging (Hotel, Apt, Other) Hotel stay re: trip to Toronto to attend meetings.; The Hazelton Hotel - Toronto; Nortel - The Hazelton Hotel | $578.85 |
| 10/27/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 592408 DATE: 11/1/2009 Sturm Joshua - Olympic Pita - 10/27/2009 | $25.89 |
| 10/27/09 | Meals - Business F. Hodara; Sodexho | $11.48 |
| 10/27/09 | Meals - Business F. Hodara; Sodexho | $8.30 |

| Date | Description | Amount |
|---|---|---|
| 10/27/09 | Travel - Ground Transportation Taxi to airport.; Taxi receipt | $27.89 |
| 10/27/09 | Meals - Business Lunch with D. Botter.; K. Rowe; Hazelton Hotel receipt | $23.68 |
| 10/27/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091428 DATE: 11/11/2009 Vendor: Dial Car Voucher #: DLA2996567 Date: 10/27/2009 Name: David Botter\|\|Car Service. Vendor: Dial Car Voucher #: DLA2996567 Date: 10/27/2009 Name: David Botter | $114.52 |
| 10/27/09 | Meals - Business Lunch at Toronto Airport.; D. Botter; Nortel - Molson Pub | $21.81 |
| 10/27/09 | Meals - Business Hotel in-room dining.; D. Botter; Nortel - Hazelton Hotel - Meals | $40.82 |
| 10/27/09 | Travel - Incidentals - Out-of-Town Travel Hotel guest laundry.; Nortel - Hazelton Hotel Incidentals | $17.14 |
| 10/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507995838 DEPARTURE DATE: 10/27/2009 ROUTE: NYP WIL NYP | $37.00 |
| 10/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: DAVIS KENNETH A TICKET #: 7681535390 DEPARTURE DATE: 10/28/2009 ROUTE: NYP WIL NYP | $238.00 |
| 10/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 0508282071 DEPARTURE DATE: 10/27/2009 ROUTE: YYZ LGA | $37.00 |
| 10/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508296468 DEPARTURE DATE: 10/27/2009 ROUTE: LGA YYZ | $37.00 |
| 10/27/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: JACOBS RYAN C TICKET #: 7714635350 DEPARTURE DATE: 10/30/2009 ROUTE: LGA YYZ | $1,159.93 |
| 10/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: STURM JOSHUA TICKET #: 04FD34 DEPARTURE | $238.00 |

| Date | Description | Amount |
|---|---|---|
| 10/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: STURM JOSHUA TICKET #: 0508300869 DEPARTURE DATE: 10/28/2009 ROUTE: NYP WIL NYP | $37.00 |
| 10/27/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT09-53062500000206 DATE: 10/29/2009 PASSENGER: STURM JOSHUA TICKET #: 0508300869 DEPARTURE DATE: 10/27/2009 ROUTE: NYP WIL NYP | $100.21 |
| 10/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 649886 DATE: 11/13/2009 Vendor: Executive Royal Voucher #: 158416 Date: 10/27/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 158416 Date: 10/27/2009 Name: Fred Hodara | $139.87 |
| 10/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 649429 DATE: 11/6/2009 Vendor: Executive Royal Voucher #: 173110 Date: 10/27/2009 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: 173110 Date: 10/27/2009 Name: Kevin Rowe | $31.36 |
| 10/27/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 649429 DATE: 11/6/2009 Vendor: Executive Royal Voucher #: 957613 Date: 10/27/2009 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 957613 Date: 10/27/2009 Name: Peter Sprofera | $30.49 |
| 10/28/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 592408 DATE: 11/1/2009 Geldert Brian - Qdoba 8th Ave) - 10/28/2009 | $163.30 |
| 10/28/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091675 DATE: 11/18/2009 Vendor: Dial Car Voucher #: DLA3085059 Date: 10/28/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA3085059 Date: 10/28/2009 Name: Ken Davis | $8.90 |
| 10/28/09 | Meals - Business K. Davis; Primo Cappuccino | $9.18 |
| 10/28/09 | Meals - Business K. Davis; Qdoba Mexican Grill | $163.31 |
| 10/30/09 | Meals - Business 10/28/09 P Sanchez - Working group lunch meeting (9 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | |

| Date | Description | Amount |
|---|---|---|
| 10/30/09 | 2033800054; DATE: 10/30/2009 Meals - Business 10/28/09 S Thibodeaux - Working group conf. calls and team meeting (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800054; DATE: 10/30/2009 | $143.72 |
| 10/30/09 | Meals - Business 10/29/09 P Sanchez - Team meeting working meal (13 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800054; DATE: 10/30/2009 | $373.66 |
| 10/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091675 DATE: 11/18/2009 Vendor: Dial Car Voucher #: DLRVY1835119 Date: 10/30/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLRVY1835119 Date: 10/30/2009 Name: Ryan Jacobs | $62.96 |
| 10/30/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092382 DATE: 12/2/2009 Vendor: Dial Car Voucher #: DLRVY1835119 Date: 10/30/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLRVY1835119 Date: 10/30/2009 Name: Ryan Jacobs | $2.22 |
| 11/02/09 | Computerized Legal Research - Westlaw User: WOODSON,JENNY Date: 11/2/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $49.06 |
| 11/02/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091428 DATE: 11/11/2009 Vendor: Dial Car Voucher #: DLA3062695 Date: 11/02/2009 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3062695 Date: 11/02/2009 Name: David Botter | $126.44 |
| 11/02/09 | Travel - Ground Transportation Taxi from airport to meeting.; Nortel - Taxi | $26.60 |
| 11/02/09 | Travel - Ground Transportation Taxi from meeting to airport.; Nortel - Taxi | $36.10 |
| 11/02/09 | Meals - Business Breakfast.; D. Botter; Nortel - Au Bon Pain | $3.90 |
| 11/02/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091675 DATE: 11/18/2009 Vendor: Dial Car Voucher #: DLA3083753 Date: 11/02/2009 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3083753 Date: 11/02/2009 Name: David Botter | $110.08 |
| 11/02/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 370142 DATE: 11/13/2009 | $71.05 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Prime Time Voucher #: 85279 Date: 11/02/2009 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 85279 Date: 11/02/2009 Name: Lisa Beckerman | |
| 11/03/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Hodara Fred - Tony's Di Napoli - 11/03/2009 | $27.06 |
| 11/03/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Kahn Brad - Szechuan Gourmet - 11/03/2009 | $22.59 |
| 11/03/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 11/03/2009 | $34.33 |
| 11/03/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 649886 DATE: 11/13/2009 Vendor: Executive Royal Voucher #: 182066 Date: 11/03/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 182066 Date: 11/03/2009 Name: Fred Hodara | $100.43 |
| 11/03/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 649886 DATE: 11/13/2009 Vendor: Executive Royal Voucher #: 183580 Date: 11/03/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 183580 Date: 11/03/2009 Name: Brad Kahn | $26.93 |
| 11/03/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 370142 DATE: 11/13/2009 Vendor: Prime Time Voucher #: 35735 Date: 11/03/2009 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 35735 Date: 11/03/2009 Name: Lisa Beckerman | $71.05 |
| 11/04/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/4/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $390.36 |
| 11/04/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091428 DATE: 11/11/2009 Vendor: Dial Car Voucher #: | $120.06 |

| Date | Description | Amount |
|---|---|---|
| 11/04/09 | DLA3041484 Date: 11/04/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA3041484 Date: 11/04/2009 Name: Ken Davis | $20.19 |
| 11/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Kahn Brad - Fresh Basil's - 11/04/2009 | $41.95 |
| 11/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Sturm Joshua - Abigaels on Broadway - 11/04/2009 | $31.42 |
| 11/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Davis Ken Kenneth) - Alpha Fusion - 11/04/2009 | $22.58 |
| 11/04/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Feuerstein Tony - Ray's Pizza 49th/7th) - 11/04/2009 | |
| 11/05/09 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 11/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $77.68 |
| 11/05/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 11/5/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $139.94 |
| 11/05/09 | Meals - Business 10/30/09 - B. KAHN VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $44.09 |
| 11/05/09 | Meals - Business 10/30/09 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $24.50 |
| 11/05/09 | Meals - Business 10/30/09 - A. GOMEZ - Working group meeting (7 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $107.51 |
| 11/05/09 | Meals - Business 10/30/09 - A. GOMEZ - Committee meeting working roup meal (24 people - Akin, Capstone and FMC) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $796.15 |

| Date | Description | Amount |
|---|---|---|
| 11/05/09 | Meals - Business 11/03/09 - B. KAHN - Working group meeting (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $130.65 |
| 11/05/09 | Meals - Business 11/03/09 - S. THIBODEAUX - Working group team meeting (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $172.46 |
| 11/05/09 | Meals - Business 11/04/09 - P. SANCHEZ - Working group meeting (14 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $249.87 |
| 11/05/09 | Meals - Business 11/05/09 - R. NOCHIMSON VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800055; DATE: 11/5/2009 - F203380000 | $62.06 |
| 11/05/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 594572 DATE: 11/8/2009 Feuerstein Tony - Ray's Pizza 54th/Bdway) - 11/05/2009 | $21.46 |
| 11/05/09 | Audio and Web Conference Services Court Ordered VENDOR: DERAVENTURES, INC; INVOICE#: 11001-54901-09; DATE: 11/5/2009 | $13,581.88 |
| 11/05/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091935 DATE: 11/25/2009 Vendor: Dial Car Voucher #: DLA3084371 Date: 11/05/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3084371 Date: 11/05/2009 Name: Ryan Jacobs | $91.79 |
| 11/06/09 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 279 page(s) | $27.90 |
| 11/06/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 16 page(s) | $1.60 |
| 11/06/09 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 17 page(s) | $1.70 |
| 11/06/09 | Computerized Legal Research - Westlaw User: BARLOON,REBECCA Date: 11/6/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.67 |
| 11/06/09 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 337980 DATE: 11/13/2009 | $9.09 |

| Date | Description | Amount |
|---|---|---|
| 11/06/09 | SENDER'S NAME: ; JOB NUMBER: 2776840; PICKUP: ONE BRYANT PARK; DESTINATION: 245 E 63RD ST; DATE: 11/06/2009 Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091935 DATE: 11/25/2009 Vendor: Dial Car Voucher #: DLA2933908 Date: 11/06/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLA2933908 Date: 11/06/2009 Name: Ryan Jacobs | $98.44 |
| 11/08/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 370142 DATE: 11/13/2009 Vendor: Prime Time Voucher #: 82576 Date: 11/08/2009 Name: Lisa Beckerman‖Car Service, Vendor: Prime Time Voucher #: 82576 Date: 11/08/2009 Name: Lisa Beckerman | $71.05 |
| 11/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Kahn Brad - Aceluck - 11/09/2009 | $29.73 |
| 11/09/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Feuerstein Tony - Subway 8th Ave) - 11/09/2009 | $11.98 |
| 11/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650111 DATE: 11/20/2009 Vendor: Executive Royal Voucher #: 190200 Date: 11/09/2009 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 190200 Date: 11/09/2009 Name: Brad Kahn | $26.93 |
| 11/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Sturm Joshua - Abigaels on Broadway - 11/10/2009 | $30.46 |
| 11/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Beckerman Lisa - Brooklyn Diner - 11/10/2009 | $40.24 |
| 11/10/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Feuerstein Tony - Shun Lee West - | $54.22 |

| Date | Description | Amount |
|---|---|---|
| 11/10/09 | 11/10/2009 Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1091935 DATE: 11/25/2009 Vendor: Dial Car Voucher #: DLA2923429 Date: 11/10/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2923429 Date: 11/10/2009 Name: David Botter | $119.25 |
| 11/11/09 | Duplication - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 510; DATE ORDERED: 11/11/09 | $510.00 |
| 11/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Sturm Joshua - Abigaels on Broadway - 11/11/2009 | $34.88 |
| 11/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Kahn Brad - Qdoba 8th Ave) - 11/11/2009 | $17.94 |
| 11/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Feuerstein Tony - Osteria al Doge - 11/11/2009 | $29.55 |
| 11/11/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650111 DATE: 11/20/2009 Vendor: Executive Royal Voucher #: 174918 Date: 11/11/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 174918 Date: 11/11/2009 Name: Brad Kahn | $26.93 |
| 11/11/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092592 DATE: 12/2/2009 Vendor: Dial Car Voucher #: DLA3076929 Date: 11/11/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA3076929 Date: 11/11/2009 Name: Ken Davis | $141.13 |
| 11/12/09 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E469 DATE: 11/14/2009 TRACKING #: 1Z02E52E0150201873; PICKUP DATE: 11/12/2009; SENDER: Millie Andino/GV; RECEIVER: David H Botter Gue - c/o Acqualina Resort and Sp; | $10.42 |
| 11/12/09 | Courier Service/Messenger Service- Off | $2.54 |

| Date | Description | Amount |
|---|---|---|
| | Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E469 DATE: 11/14/2009 TRACKING #: 1Z02E52E0150201873; PICKUP DATE: 11/12/2009; SENDER: Millie Andino/GV, RECEIVER: David H. Botter Gue - c/o Acqualina Resort and Spa | |
| 11/12/09 | Meals - Business  11/10/09  B Kahn - Team meeting working meal (9 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800056; DATE: 11/12/2009 | $104.52 |
| 11/12/09 | Meals - Business  11/11/09  S Thibodeaux - Team meeting working meal (13 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800056; DATE: 11/12/2009 | $172.46 |
| 11/12/09 | Meals - Business  11/11/09  M Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800056; DATE: 11/12/2009 | $34.40 |
| 11/12/09 | Meals - Business  11/12/09  P Sanchez - Professionals team meeting working meal (18 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800056; DATE: 11/12/2009 | $249.87 |
| 11/12/09 | Meals - Business  K. Davis; Primo Cappuccino | $7.44 |
| 11/12/09 | Meals - Business  K. Davis; Zaro's Bread Basket | $5.79 |
| 11/12/09 | Travel - Ground Transportation Medallion cab | $7.00 |
| 11/12/09 | Travel - Ground Transportation  City Cab of Delaware | $8.00 |
| 11/12/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092592 DATE: 12/2/2009  Vendor: Dial Car Voucher #: DLA2925338 Date: 11/12/2009 Name: Ryan Jacobs||Car Service, Vendor: Dial Car Voucher #: DLA2925338 Date: 11/12/2009 Name: Ryan Jacobs | $111.74 |
| 11/13/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 598744 DATE: 11/15/2009 Feuerstein Tony - Shun Lee West - 11/13/2009 | $34.21 |
| 11/16/09 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/16/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $131.14 |
| 11/16/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 600045 | $18.29 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 11/22/2009 Wininger Russell - Aki Sushi West - 11/16/2009 | |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 387 page(s) | $38.70 |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 5 page(s) | $0.50 |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 544 page(s) | $54.40 |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 408 page(s) | $40.80 |
| 11/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650362 DATE: 11/27/2009 Vendor: Executive Royal Voucher #: 186364 Date: 11/17/2009 Name: Brad Kahn‖Car Service. Vendor: Executive Royal Voucher #: 186364 Date: 11/17/2009 Name: Brad Kahn | $26.93 |
| 11/17/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 600045 DATE: 11/22/2009 Wininger Russell - Chopsticks House - 11/17/2009 | $16.28 |
| 11/17/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 600045 DATE: 11/22/2009 Kahn Brad - Aki Sushi West - 11/17/2009 | $43.33 |
| 11/18/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 122 page(s) | $12.20 |
| 11/18/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650362 DATE: 11/27/2009 Vendor: Executive Royal Voucher #: 182094 Date: 11/18/2009 Name: Fred Hodara‖Car Service. Vendor: Executive Royal Voucher #: 182094 Date: 11/18/2009 Name: Fred Hodara | $42.23 |
| 11/19/09 | Meals - Business 11/19/09 R Nochimson VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800057; DATE: 11/19/2009 | $65.33 |
| 11/19/09 | Meals - Business 11/19/09 M Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800057; DATE: 11/19/2009 | $43.01 |
| 11/19/09 | Meals - Business 11/19/09 S Thibodeaux - Working group session (11 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800057; DATE: 11/19/2009 | $143.39 |
| 11/19/09 | Meals - Business 11/19/09 S | $107.13 |

| Date | Description | Amount |
|---|---|---|
| 11/19/09 | Thibodeaux - Working group session (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800057; DATE: 11/19/2009 Meals - Business 11/19/09 P Sanchez - Committee meeting working meal (20 people - Akin, Capstone and FMC attendees) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800057; DATE: 11/19/2009 | $402.02 |
| 11/20/09 | Computerized Legal Research - Westlaw User: DOBER,ANDREW Date: 11/20/2009 AcctNumber: 1000532285 ConnectTime: 0.0 | $150.48 |
| 11/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650362 DATE: 11/27/2009 Vendor: Executive Royal Voucher #: 177778 Date: 11/21/2009 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: 177778 Date: 11/21/2009 Name: Stephen Kuhn | $121.23 |
| 11/23/09 | Duplication - In House Photocopy - Kahn, Brad, NY, 432 page(s) | $43.20 |
| 11/23/09 | Duplication - In House Photocopy - Kahn, Brad, NY, 640 page(s) | $64.00 |
| 11/24/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092592 DATE: 12/2/2009 Vendor: Dial Car Voucher #: DLA3039742 Date: 11/24/2009 Name: Ken Davis‖Car Service, Vendor: Dial Car Voucher #: DLA3039742 Date: 11/24/2009 Name: Ken Davis | $110.08 |
| 11/26/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/26/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $253.75 |
| 11/27/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/27/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $31.15 |
| 11/28/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/28/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $87.68 |
| 11/30/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 217 page(s) | $21.70 |

Current Expenses                                    $40,388.57