# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 19.70 | $18,222.50 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 160.70 | $132,577.50 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 77.50 | $54,250.00 |
| Paul B. Hewitt | Partner for 26 years; Admitted in 1974; Litigation Department | $755 | 3.00 | $2,265.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 94.85 | $90,107.50 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 97.70 | $72,786.50 |
| Mario Mancuso | Partner for 1 year; Admitted in 1997; International Trade Policy Department | $800 | 0.60 | $480.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 6.00 | $3,570.00 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 8.50 | $6,502.50 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 16.30 | $11,002.50 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 9.80 | $7,399.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 29.00 | $21,170.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| James P. Chou | Senior Counsel for 1 year; Admitted in 1997; Litigation Department | $605 | 2.50 | $1,512.50 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 60.20 | $37,324.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 74.90 | $45,689.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 89.00 | $57,850.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 17.70 | $10,266.00 |
| David T. Blonder | Counsel for 1 year; Admitted in 2001; Litigation Department | $500 | 16.60 | $8,300.00 |
| Michelle A. Burg | Counsel for 3 years; Admitted in 2001; Labor Department | $625 | 1.80 | $1,125.00 |
| Andrew J. Dober | Counsel for 1 year; Admitted in 2003; Litigation Department | $470 | 17.00 | $7,990.00 |
| Tony D. Feuerstein | Counsel for 2 years; Admitted in 2003; Corporate Department | $580 | 124.45 | $72,181.00 |
| Brian D. Geldert | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 19.30 | $10,229.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 216.60 | $114,798.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 2.90 | $1,624.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 56.70 | $27,783.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 1 year; Admitted in 2003; Financial Restructuring Department | $525 | 131.10 | $68,827.50 |
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 151.60 | $56,850.00 |
| Lauren H. Leyden | Associate for 4 years; Admitted in 2006; Labor Department | $495 | 0.10 | $49.50 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 124.50 | $52,290.00 |
| Chad Vance | Associate for 2 years; Admitted in 2008; Corporate Department | $375 | 4.00 | $1,500.00 |
| Daniel Z. Vira | Associate for 9 years; Admitted in 1993; ERISA Department | $580 | 3.70 | $2,146.00 |
| Russell L. Wininger | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $325 | 14.10 | $4,582.50 |
| Jennifer L. Woodson | Associate for 1 year; Not Yet Admitted; Tax Department | $325 | 9.20 | $2,990.00 |
| Rebecca L. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 4.70 | $893.00 |
| Jessica A. Herlihy | Legal Assistant for 1 year; Litigation Department | $190 | 1.80 | $342.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 4.40 | $1,078.00 |
| Leslie W. Lanphear | Librarian for 13 years | $215 | 1.20 | $258.00 |

Total Amount of Fees:    $1,008,811.00
Total Number of Hours:   1,673.70
Blended Hourly Rate:     $602.74