UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC. et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**COMPUTER SCIENCES CORPORATION'S OBJECTION TO TWENTY-THIRD NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND/OR NONRESIDENTIAL REAL PROPERTY LEASES**

Computer Sciences Corporation ("CSC"), by counsel, hereby objects to the Twenty-Third Notice of Rejection of Executory Contracts and/or Nonresidential Real Property Leases (the "Rejection Notice") filed by the Debtors. In support of its Objection, CSC states as follows:

### Argument

1. CSC and the Debtors are parties to, among other agreements, a Master Service Agreement for Provision of Services and Equipment dated September 21, 2007 (the "Delphi Agreement"). Pursuant to the Delphi Agreement, the Debtors provide services to CSC so that CSC may fulfill its contractual obligations to Delphi Corporation. The Delphi Agreement is currently set to expire May 31, 2012.

2. By letter dated December 18, 2009, the Debtors advised CSC that unless the pricing under the Delphi Agreement was adjusted, the Debtors and Avaya would cease providing services under the Delphi Agreement effective January 4, 2010. Upon receiving this letter, CSC contacted the Debtors to discuss the situation. The Debtors agreed that the parties would

- 1 -

continue negotiations on the pricing after the New Year and that Nortel and Avaya would continue delivering services to CSC until at least January 15, 2010.

3. Subsequent to the Debtors' agreement to continue providing services to CSC until January 15, 2010, CSC received the Rejection Notice which seeks to reject the Delphi Contract effective December 21, 2009.

4. CSC objects to the Rejection Notice for several reasons. First, the Rejection Notice is directly contrary to the Debtors' prior agreement agreeing to continue providing services until at least January 15, 2010 while the parties continue negotiations on pricing after the New Year.

5. In addition, the proposed rejection date of December 21, 2010 and the cessation of services prior to January 15, 2010 would irreparably damage CSC. CSC needs adequate time, *i.e.*, at least until the middle of January 2010, to find a new provider of the services that are currently provided under the Delphi Contract (if the parties are unable to reach an agreement on pricing under the existing contract). CSC has relied on the Debtors' agreement to continue providing services through January 15, 2010. If the Debtors are permitted to reject the Delphi Agreement effective December 21, 2009 and terminate services prior to January 15, 2010 (contrary to its agreement with CSC), CSC will be irreparably damaged.

6. Given the Debtors' prior agreement (and CSC's reliance on that prior agreement), at a minimum the Debtor should not be allowed to reject the Delphi Agreement or cease providing services under the Delphi Agreement until at least January 15, 2010.

WHEREFORE, CSC respectfully requests that the Court:

(A) Deny the Debtors' request to reject the Delphi Agreement effective December 21, 2009; and

SL1 970604v1/104415.00001

- 3 -

  (B)  Grant such other and further relief as is just and appropriate under the circumstances.

Dated: December 30, 2009        Respectfully submitted,

                    /s/ Joseph H. Huston, Jr.
                    Joseph H. Huston, Jr. (Bar No. 4035)
                    Maria Aprile Sawczuk (No. 3320)
                    Stevens & Lee, P.C.
                    1105 North Market Street, 7th Floor
                    Wilmington, DE 19801
                    Telephone: (302) 425-3310; 3306
                    Facsimile: (610) 371-7972; 988-0838
                    Email: jhh@stevenslee.com
                        masa@stevenslee.com

                       and

Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Richard.kremen@dlapiper.com
Dale.cathell@dlapiper.com

*Counsel to Computer Sciences Corporation*