## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr. hereby certifies that on this 30th day of December, 2009, the foregoing *Objection To Twenty-Third Notice Of Rejection Of Executory Contracts And/Or Nonresidential Real Property Leases* was served through the Court's ECF system, if applicable, and in the manner indicated to the following:

*Via Regular Mail and Facsimile:*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel to the Debtors*

*Via Regular Mail and Facsimile:*
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Counsel to the Debtors*

*Via Regular Mail and Facsimile:*
Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 10801
*Counsel to the Official Committee of Unsecured Creditors*

*Via Regular Mail and Facsimile:*
Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
*Counsel to the Official Committee of Unsecured Creditors*

*Via Regular Mail and Facsimile:*
Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899-0035

*Via Regular Mail:*
Computer Sciences Corporation
109 Gaither Drive
Mount Laurel, N.J. 08054
Attn: Robert Tommaso, Director, Supply Chain Management

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

SL1 970604v1/104415.00001