# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187
Page 2

Client #  732310

Matter # 165839

For services through November 30, 2009
relating to  Case Administration

| 11/04/09 | Review docket (.1); Review critical dates (.2); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 11/04/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 11/06/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 11/09/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 11/10/09 | Review docket (.1); Review and update critical dates (.4); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 11/12/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 11/18/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 11/25/09 | Efile affidavit of service | | | |
| Paralegal | Aja E. McDowell | 0.10 hrs. | 195.00 | $19.50 |
| 11/30/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187

Page 3

Client #  732310

Matter #  165839

---

| | |
|---|---:|
| Total Fees for Professional Services | $508.50 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$508.50** |
| BALANCE BROUGHT FORWARD | $233.90 |
| **TOTAL DUE FOR THIS MATTER** | **$742.40** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187

Page 4

Client #  732310

Matter #  165839

For services through November 30, 2009
relating to  Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 11/05/09 | File Affidavit of Service re: Objection to Stalking Horse Sale Agreement | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |
| 11/06/09 | Emails to K. Davis re: objecting to MEN sale | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

Total Fees for Professional Services                    $94.00

TOTAL DUE FOR THIS INVOICE                              **$94.00**
BALANCE BROUGHT FORWARD                                 $25.90

**TOTAL DUE FOR THIS MATTER**                           **$119.90**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187

Page 5

Client #  732310

Matter #  165839

For services through November 30, 2009
relating to  Court Hearings

| Date | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/09 | | Organize 10 volumes of binders utilized by Court and counsel at 6/11/09, 8/4/09, 9/30/09 and 10/13/09 | | | |
| | Paralegal | Rochelle I. Warren | 1.20 hrs. | 90.00 | $108.00 |
| 11/11/09 | | Email to J. Sturm re: preparation for 11/12/09 hearing (.1); Prepare for 11/12/09 hearing (1.0) | | | |
| | Associate | Christopher M. Samis | 1.10 hrs. | 275.00 | $302.50 |
| 11/11/09 | | Organize 14 volumes of binders utilized by Court and counsel at 6/11/09, 6/29/09 and 10/28/09 | | | |
| | Paralegal | Rochelle I. Warren | 2.00 hrs. | 90.00 | $180.00 |
| 11/12/09 | | Prepare for 11/12/09 hearing (.5); Attend 11/12/09 hearing (.5); Emails to K. Davis re: status of 11/12/09 hearing (.4) | | | |
| | Associate | Christopher M. Samis | 1.40 hrs. | 275.00 | $385.00 |
| 11/17/09 | | Retrieve re: 11/19/09 agenda (.1); E-mail to RLF team re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 11/18/09 | | Prepare 11.19.09 hearing binder | | | |
| | Paralegal | Brenda D. Tobin | 1.50 hrs. | 100.00 | $150.00 |
| 11/30/09 | | Retrieve and review re: 12/1/09 agenda (.1); E-mail to RLF team re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services    $1,203.50

TOTAL DUE FOR THIS INVOICE    **$1,203.50**
BALANCE BROUGHT FORWARD    $1,692.90

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187

Page 6

Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                               **$2,896.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187
Page 7
Client #  732310

Matter #  165839

For services through November 30, 2009
relating to  Retention of Others

| | | | | |
|---|---|---|---|---|
| 11/02/09 | Review email from B. Kahn re: supplemental Akin Gump declaration | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 11/03/09 | Review email from B. Kahn re: filing of supplemental Akin Gump declaration (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 255.00 | $51.00 |
| 11/04/09 | Finalize, file and coordinate service re: fourth supplemental declaration of F. Hodara to application to employ Akin Gump (.2); Prepare affidavit of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 11/04/09 | Discussion with C. Samis re: filing of Akin Gump supplemental declaration | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 11/06/09 | File AOS re: Declaration of Fred S. Hodara | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services          $219.00

TOTAL DUE FOR THIS INVOICE          **$219.00**

**TOTAL DUE FOR THIS MATTER**          **$219.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187
Page 8
Client #  732310

Matter # 165839

For services through November 30, 2009
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/10/09 | E-mail to B. Kahn re: estimated RLF October fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| | | | | |
| 11/19/09 | Review RLF October bill memo | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 11/19/09 | Review October 2009 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| | | | | |
| 11/20/09 | E-mail to distribution re: RLF September fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 11/20/09 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| | | | | |
| 11/24/09 | Review draft monthly fee application of RLF (.3); Discussion with T. Cameron re: comments to same (.1); Review and execute notice of filing same (.1); Review and revise RLF interim fee application (.2) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 255.00 | $178.50 |
| | | | | |
| 11/24/09 | Phone call with C. Dale in accounting regarding RLF Ninth Monthly Fee Application (.1); Prepare Notice of Filing regarding same (.1); Research food ordered on 10/15/09 from Rodney Grill for same (.5); Prepare and review RLF Ninth Monthly Fee Application and forward to D. Sloan for review (.5); File RLF Ninth Monthly Fee Application (.2); Prepare Third Interim Fee Application of RLF; Forward to D. Sloan for review; Forward to C. Dale for review (.2); Revise same; Forward to D. Sloan for review (.1) ; File RLF Third Interim Fee Application (.1); Prepare document for service and serve (.3) | | | |
| Paralegal | Tracy A. Cameron | 2.10 hrs. | 195.00 | $409.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187
Page 9

Client #  732310

Matter #  165839

---

| 11/25/09 | Finalize and file affidavit of service for various monthly fee applications | | | |
|---|---|---|---|---|
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

Total Fees for Professional Services $924.00

TOTAL DUE FOR THIS INVOICE **$924.00**

$270.20

**TOTAL DUE FOR THIS MATTER** **$1,194.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187
Page 10

Client #  732310

Matter # 165839

For services through November 30, 2009
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 11/04/09 | Call with B. Witters re: filing interim fee application of Akin Gump | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |
| 11/11/09 | Attention to e-mail re: Capstone September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 11/11/09 | Email to B. Witters re: responding to Fraser fee application inquiries | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 11/11/09 | Review monthly fee application of Capstone (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 11/13/09 | Attention to e-mail re: Fraser Milner September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 11/13/09 | Review monthly fee application of Fraser Milner (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 11/13/09 | File 8th Monthly Fee Application of Fraser Milner; Serve Same | | | |
| Paralegal | Tracy A. Cameron | 0.40 hrs. | 195.00 | $78.00 |
| 11/18/09 | E-mail to distribution re: Ashurst September fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2009
Invoice 347187
Page 11
Client # 732310

Matter # 165839

---

| 11/18/09 | Review and execute certificate of no objection re: Ashurt monthly fee application | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.10 hrs. | 255.00 | $25.50 |

| 11/19/09 | Update fee status chart | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |

| 11/20/09 | Attention to e-mail from J. Casola re: docket nos and filing dates for Fraser Milner August to October interim fee application (.1); Search docket re:same (.2); E-mail to J. Casola re: information for same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

| 11/23/09 | Prepare Akin Gump October fee application for filing (.1); Draft notice (.1); Efile same (.1); Coordinate service of same (.2); Efile certification of no objection re: Akin Gump September fee application (.1) | | | |
|---|---|---|---|---|
| Paralegal | Aja E. McDowell | 0.60 hrs. | 195.00 | $117.00 |

| 11/23/09 | Review, revise and finalize ninth monthly Akin fee application (.2); Review, revise and finalize certificate of no objection for eighth monthly Akin fee application (.2); Email to M. Wunder re: questions on interim fee application process (.1); Email to A. McDowell re: deadline for interim fee applications (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 275.00 | $165.00 |

| 11/23/09 | Draft certification of no objection re: September fee application of Akin Gump (.3); Circulate same to C. Samis for review (.1) | | | |
|---|---|---|---|---|
| Paralegal | Jamie E. Schairer | 0.40 hrs. | 195.00 | $78.00 |

| 11/24/09 | Draft affidavit of service re: Akin Gump October fee application | | | |
|---|---|---|---|---|
| Paralegal | Aja E. McDowell | 0.10 hrs. | 195.00 | $19.50 |

| 11/24/09 | Meet with D. Sloan re: status of interim fee application process | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2009
Invoice 347187
Page 12

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 11/24/09 | Review email from B. Kahn re: filing of Ashurst monthly fee application (.1); Review same (.2); Email to T. Cameron re: drafting notice of filing same (.1); Review email from B. Kahn re: filing of Capstone monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Review email from C. Samis re: Fraser Milner monthly fee application (.1); Review same (.2); Email to T. Cameron re: drafting notice of filing same (.1); Review Akin Gump interim fee application (.1); Email to B. Kahn re: outstanding interim fee application (.1) | | | |
| Associate | Drew G. Sloan | 1.40 hrs. | 255.00 | $357.00 |
| | | | | |
| 11/24/09 | Draft Notice of Filing of Ashurst Ninth Monthly Fee Application (.1); Prepare same for filing (.2);  File same (.3); Prepare Notice of Filing of Ninth Monthly Fee Application of Capstone; Forward to D. Sloan for review (.2) Prepare Notice of Filing of Ninth Monthly Fee Application of Fraser Milner; Forward to D. Sloan for review (.2); Prepare Capstone and Fraser Milner Fee Applications for filing (.4); File Capstone (.2); File Fraser Milner (.2); File Akin Gump Third Interim Fee Application (.1); Prepare documents for service (.3); Prepare service labels and serve same (.3) | | | |
| Paralegal | Tracy A. Cameron | 2.50 hrs. | 195.00 | $487.50 |
| | | | | |
| 11/25/09 | Finalize and efile Fraser interim fee application (.2); Finalize and efile Ashurst interim fee application (.2) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 11/25/09 | Attention to filing of interim fee applications | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 275.00 | $275.00 |
| | | | | |
| 11/25/09 | Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.1); Discussion with T. Cameron re: filing and service of same (.1); Review email from B. Kahn re: Capstone interim fee application (.1); Review same (.1); Review emails (x2) from B. Kahn re: filing amended Ashurst interim fee application (.1); Review email from C. Samis re: Fraser interim fee application (.1); Review same (.1); Review revised draft Ashurst interim fee application (.1); Review email from C. Samis re: filing Jefferies interim fee application (.1); Email to C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 1.10 hrs. | 255.00 | $280.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2009
Invoice 347187

Page 13

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 11/25/09 | File Third Interim Fee Application of Ashurst (.1); File Third Interim Fee Application of Capstone (.1); File Third Interim Fee Application of Jefferies (.1); Circulate Fraser Milner Third Interim to Fraser Milner (.1); Prepare Affidavit of Service regarding Third Interim Fee Applications (.2) Prepare Affidavit of Service re: Ninth Monthly Fee Applications of same (.3) | | | |
| Paralegal | Tracy A. Cameron | 0.90 hrs. | 195.00 | $175.50 |

Total Fees for Professional Services          $2,971.00

TOTAL DUE FOR THIS INVOICE                    **$2,971.00**

$838.60

**TOTAL DUE FOR THIS MATTER**                 **$3,809.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2009
Invoice 347187
Page 14
Client # 732310

### Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Aja E. McDowell | 0.80 | 195.00 | 156.00 |
| Ann Jerominski | 0.40 | 195.00 | 78.00 |
| Barbara J. Witters | 6.70 | 195.00 | 1,306.50 |
| Brenda D. Tobin | 1.50 | 100.00 | 150.00 |
| Christopher M. Samis | 4.70 | 275.00 | 1,292.50 |
| Drew G. Sloan | 4.80 | 255.00 | 1,224.00 |
| Jamie E. Schairer | 0.40 | 195.00 | 78.00 |
| Marisa C. DeCarli | 0.10 | 195.00 | 19.50 |
| Rochelle I. Warren | 4.30 | 90.00 | 387.00 |
| Tracy A. Cameron | 6.30 | 195.00 | 1,228.50 |
| TOTAL | 30.00 | $197.33 | 5,920.00 |

**TOTAL DUE FOR THIS INVOICE**                                   **$7,344.32**

Payment may be made by wire transfer to our account at Wilmington
Trust Company, Rodney Square North, Wilmington, Delaware 19890,
Account No. 2264-1174, ABA No. 031100092. Please indicate on wire
transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone
charges are billed at standard AT&T rates which may not be our cost.

### PAYABLE WHEN RENDERED

732310