# **EXHIBIT B**

RLF1 3519140v.1


# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

December 21, 2009
Invoice 347187

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through November 30, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $49.87 |
| Court Reporter Services | $28.75 |
| Document Retrieval | $103.84 |
| Messenger and delivery service | $469.74 |
| Photocopying/ Printing | $578.40 |
| 4,869 @ $.10/pg. / 915 @ $.10/pg | |
| Postage | $193.72 |

| | |
|---|---|
| Other Charges | $1,424.32 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,424.32** |
| BALANCE BROUGHT FORWARD | $1,023.04 |
| **TOTAL DUE FOR THIS MATTER** | **$2,447.36** |

| | |
|---|---|
| Nortel Creditors Committee | December 21, 2009 |
| c/o Fred S. Hodara, Esq. | Invoice 347187 |
| Akin Gump Strauss Hauer Feld LLP | Page 15 |
| One Bryant Park | |
| New York NY 10036 | Client # 732310 |

<u>Client:</u> Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Use, Sale of Assets
Court Hearings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 11/03/09 | ALL PACER | | | DOCRETRI |
| | | Amount = | $0.72 | |
| 11/04/09 | Photocopies | | | DUP.10CC |
| | | Amount = | $180.40 | |
| 11/04/09 | ALL PACER | | | DOCRETRI |
| | | Amount = | $1.52 | |
| 11/04/09 | Postage | | | POST |
| | | Amount = | $160.07 | |
| 11/05/09 | DELIVERY EXPENSE 11/4/09 | | | MESS |
| | | Amount = | $115.20 | |
| 11/10/09 | Messenger and delivery11/6/09, FROM KID SHELLEEN'S, TAC | | | MEALSCL |
| | | Amount = | $5.95 | |
| 11/10/09 | ALL PACER | | | DOCRETRI |
| | | Amount = | $0.24 | |
| 11/10/09 | Printing | | | DUP.10CC |
| | | Amount = | $8.40 | |
| 11/11/09 | Photocopies | | | DUP.10CC |
| | | Amount = | $45.00 | |
| 11/11/09 | Postage | | | POST |
| | | Amount = | $6.99 | |
| 11/11/09 | Printing | | | DUP.10CC |
| | | Amount = | $2.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2009  
Invoice 347187  
Page 16  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 11/12/09 | ELAINE M RYAN: Transcript of 11/12/09 bankruptcy hearing/165839 | CTRPT |
| | Amount = $28.75 | |
| 11/12/09 | Messenger and delivery11/11/09, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 11/12/09 | Messenger and delivery11/11/09, US Trustee, BJW | MESS |
| | Amount = $6.00 | |
| 11/13/09 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | MESS |
| | Amount = $11.83 | |
| 11/13/09 | AKIN GUMP STRAUSS HAUER & FELD - Messenger and delivery | MESS |
| | Amount = $11.83 | |
| 11/13/09 | NORTEL NETWORKS - Messenger and delivery | MESS |
| | Amount = $22.15 | |
| 11/13/09 | Photocopies | DUP.10CC |
| | Amount = $53.50 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $10.10 | |
| 11/16/09 | Messenger and delivery11/13/09, Morris Nichols, TAC | MESS |
| | Amount = $6.00 | |
| 11/16/09 | Messenger and delivery11/13/09, US Trustee, TAC | MESS |
| | Amount = $6.00 | |
| 11/18/09 | ALL PACER | DOCRETRI |
| | Amount = $44.40 | |
| 11/18/09 | Printing | DUP.10CC |
| | Amount = $2.90 | |
| 11/18/09 | Printing | DUP.10CC |
| | Amount = $7.80 | |
| 11/19/09 | ALL PACER | DOCRETRI |
| | Amount = $5.44 | |
| 11/21/09 | Printing | DUP.10CC |
| | Amount = $2.60 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | December 21, 2009 |
| c/o Fred S. Hodara, Esq. | | Invoice 347187 |
| Akin Gump Strauss Hauer Feld LLP | | Page 17 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | Code |
|---|---|---|
| 11/23/09 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | MESS |
| | Amount = $11.83 | |
| 11/23/09 | AKIN GUMP STRAUSS HAUER & FELP - Messenger and delivery | MESS |
| | Amount = $11.83 | |
| 11/23/09 | NORTEL NETWORKS INC - Messenger and delivery | MESS |
| | Amount = $22.15 | |
| 11/23/09 | Photocopies | DUP.10CC |
| | Amount = $64.00 | |
| 11/23/09 | Messenger and delivery11/20/09, From Kid Shelleen's, BJW | MEALSCL |
| | Amount = $30.24 | |
| 11/23/09 | ALL PACER | DOCRETRI |
| | Amount = $4.64 | |
| 11/23/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/23/09 | Printing | DUP.10CC |
| | Amount = $5.90 | |
| 11/24/09 | Akin Gump Strauss Hauer & Feld LLP - Messenger and delivery | MESS |
| | Amount = $17.55 | |
| 11/24/09 | Photocopies | DUP.10CC |
| | Amount = $137.50 | |
| 11/24/09 | Messenger and delivery11/23/09, U.S. Trustee, AEM | MESS |
| | Amount = $6.00 | |
| 11/24/09 | Messenger and delivery11/23/09, Morris Nichols, AEM | MESS |
| | Amount = $6.00 | |
| 11/24/09 | Messenger and delivery11/23/09, Bankruptcy Court, JZS | MESS |
| | Amount = $4.50 | |
| 11/24/09 | ALL PACER | DOCRETRI |
| | Amount = $31.12 | |
| 11/24/09 | ALL PACER | DOCRETRI |
| | Amount = $6.48 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | | December 21, 2009 |
| c/o Fred S. Hodara, Esq. | | | Invoice 347187 |
| Akin Gump Strauss Hauer Feld LLP | | | Page 18 |
| One Bryant Park | | | |
| New York NY  10036 | | | Client #  732310 |

| | | | |
|---|---|---|---|
| 11/24/09 | Postage | | POST |
| | | Amount =  $22.67 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $4.60 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $8.50 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $9.00 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $4.60 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $4.40 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $8.80 | |
| 11/24/09 | Printing | | DUP.10CC |
| | | Amount =  $9.30 | |
| 11/25/09 | GROTTO PIZZA, INC.: Invoice 4023/Food Service on 11/25/09 | | MEALSCL |
| | | Amount =  $13.68 | |
| 11/25/09 | Photocopies | | DUP.10CC |
| | | Amount =  $6.50 | |
| 11/25/09 | Messenger and delivery11/24/09, Tybout Redfearn, TAC | | MESS |
| | | Amount =  $17.10 | |
| 11/25/09 | Messenger and delivery11/24/09, 30 After hours deliveries, TAC | | MESS |
| | | Amount =  $180.00 | |
| 11/25/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $0.24 | |
| 11/25/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $6.48 | |
| 11/25/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $2.56 | |
| 11/25/09 | Postage | | POST |
| | | Amount =  $3.99 | |

| | | |
|---|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | | December 21, 2009<br>Invoice 347187<br>Page 19<br>Client # 732310 |

| | | |
|---|---|---|
| 11/30/09 | Messenger and delivery11/23/09, Adj NY, AEM | MESS |
| | Amount = $0.50 | |
| 11/30/09 | Messenger and delivery11/23/09, Adj NY, AEM | MESS |
| | Amount = $0.50 | |
| 11/30/09 | Messenger and delivery11/24/09, Adj NY, CXS | MESS |
| | Amount = $0.37 | |
| 11/30/09 | Delivery expense 11/25-11/29 | MESS |
| | Amount = $6.40 | |

TOTALS FOR 732310    Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $1,424.32