**CERTIFICATE OF SERVICE**

    I, Andrew R. Remming, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On January 6, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on January 4, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  January 4, 2010          */s/ Andrew R. Remming*
                     Andrew R. Remming (No. 5120)

2800793.14