## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                        :
In re                                                   :      Chapter 11
                                                        :
Nortel Networks Inc., et al.,[1]                        :      Case No. 09-10138 (KG)
                                                        :
        Debtors.                                        :      Jointly Administered
                                                        :
---------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 6, 2010 AT 10:00 A.M. (ET)[3]

<u>CONTINUED/RESOLVED/WITHDRAWN MATTERS</u>:

1.      Motion For Relief From Stay To Effectuate A Setoff Filed by American Express Travel
        (D.I. 499, filed 3/20/09).

        <u>Related Pleadings</u>:  None.

        <u>Objection Deadline</u>:  April 2, 2009 at 4:00 p.m. (ET).  Extended for the Debtors to a date
        to be determined.

        <u>Responses Received</u>:  None at this time.

        <u>Status</u>:   This matter has been adjourned to a date to be determined.

2.      Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The
        Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-
        Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors
        (D.I. 727, Filed 5/11/09).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
        Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
        Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
        Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
        Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
        International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567)
        and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
        available at http://chapter11.epiqsystems.com/nortel.

[2]     Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]     The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th
        Floor, Courtroom #3, Wilmington, Delaware 19801.

Related Pleadings:  None.

Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to January 14, 2010 at 4:00 p.m. (ET) for the Debtors and the Committee.

Responses Received:  None at this time.

Status:  This matter has been adjourned to the hearing scheduled for January 21, 2010 at 11:00 a.m. (ET).

3.      Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1495, Filed 9/15/09).

Related Pleadings:

a)      Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1496, Filed 9/15/09);

b)      Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1497, Filed 9/15/09);

c)      Debtor NNI's Motion For An Order Shortening Notice Of Debtor NNI's Motion For An Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1498, Filed 9/15/09);

d)      Order Shortening Notice Of NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1509, Filed 9/16/09);

e)      Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1510, Filed 9/16/09);

f)      Amended Order Shortening The Time By Which The IRS Must Respond To Discovery Request (D.I. 1534, Filed 9/23/09);

g)      Order Regarding The United States' Local Rule 5011-1 Motion For A Determination By The Bankruptcy Court Of The Core Status Of  Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1581, Entered 9/30/09);

h)      Certification Of Counsel Regarding Appointment Of Mediator (D.I. 1608, Filed 10/5/09);

i)      Order Appointing Mediator (D.I. 1609, Entered 10/5/09);

j)    United States' Withdrawal Of Its Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1632, Filed 10/8/09);

k)    Certification Of Counsel Regarding The Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1634, Filed 10/8/09);

l)    Order Approving Stipulation Between Nortel Networks Incorporated And The Internal Revenue Service (D.I. 1659, Entered 10/13/09); and

m)    Stipulation Between Nortel Networks Inc. And The Internal Revenue Service (D.I. 2155, Filed 12/16/09).

Objection Deadline:   October 6, 2009 at 4:00 p.m. (ET).   Extended for the Internal Revenue Service without date.

Responses Received:

a)    United States' Motion For Withdrawal Of Reference Of All Issues Relating To Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1543, Filed 9/24/09); and

b)    United States' Motion For A Determination By The Bankruptcy Court Of The Core Status Of Action In Debtor NNI's Objection To Proof Of Claim Filed By The Internal Revenue Service (D.I. 1544, Filed 9/24/09).

Status:    Pursuant to negotiations between the parties to reach a resolution of the Objection, NNI agreed to withdraw the Objection without prejudice.

4.    Motion Of Belden Inc. Pursuant To Sections 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Setoff Of Prepetition Amounts Owed By And Between Belden Inc. And Debtors (D.I. 1795, Filed 10/30/09).

Related Pleadings:    Notice Of Withdrawal [Docket No. 1795] (D.I. 2179, Filed 12/18/2009).

Objection Deadline:   November 12, 2009 at 4:00 p.m. (ET).   Extended for the Debtors and the Committee to January 14, 2010 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  This matter has been withdrawn.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

     None at this time.

UNCONTESTED MATTERS GOING FORWARD:

5.    Debtors' Motion For An Order Pursuant To 11 U.S.C. § 363 Authorizing And Approving The Employment And Retention Of John Ray As The Debtors' Principal Officer, *Nunc Pro Tunc* To December 7, 2009 (D.I. 2095, Filed 12/8/09).

    Related Pleadings:  None.

    Objection Deadline:  December 30, 2009 at 4:00 p.m. (ET).

    Responses Received:  Informal comments received from the Office of the United States Trustee.

    Status:  The Debtors are working on a revised form of order with the Office of the United States Trustee and anticipate presenting a revised form of order at the hearing which resolves the issues raised by the Office of the United States Trustee.

6.    Motion Pursuant To 11 U.S.C. §§ 105(a) And 363 For An Order (A) Approving The CDMA/LTE China Side Agreement And (B) Granting Related Relief (D.I. 2146, Filed 12/15/09).

    **Related Pleadings:**

    **a)    Certificate Of No Objection (D.I. 2241, Filed 1/5/10).**

    Objection Deadline:  December 30, 2009 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    **Status:    A Certificate of No Objection has been filed.   Therefore, no hearing is necessary.**

7.     Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a)     Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Orders Authorizing Debtors' Entry Into The Stalking Horse Agreement And Related Relief (D.I. 2194, Filed 12/23/09);

b)     Declaration Of George Riedel In Support Of Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2195, Filed 12/23/09); and

c)     Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Orders Authorizing Debtors' Entry Into The Stalking Horse Agreement And Related Relief (D.I. 2196, Entered 12/23/09).

Objection Deadline:  January 4, 2010 at 4:00 p.m. (ET).  Extended for Anixter Inc. **and the Committee** to January 5, 2010 at 12:00 p.m. (ET).

**Responses Received:**

a)     **Limited Objection Of The United States Trustee To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And**

**Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2229, Filed 1/4/10); and**

b) **Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2237, Filed 1/5/10).**

Status:  This matter is going forward.

8. Debtors' Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2198, Filed 12/23/09).

Related Pleadings:

a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2199, Filed 12/23/09); and

b) Order Granting Motion To Shorten Notice Re Motion For Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2209, Entered 12/28/09).

Objection Deadline:  January 4, 2010 at 12:00 p.m. (ET).

Responses Received:  None at this time.

Status:  This matter is going forward.

<u>CONTESTED MATTERS GOING FORWARD</u>:

9.      Twenty-Third Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession (D.I. 2182, Filed 12/21/09).

      <u>Related Pleadings</u>:  None.

      <u>Objection Deadline</u>:  December 31, 2009.

      <u>Responses Received</u>:

      a)      Computer Sciences Corporation's Objection To Twenty-Third Notice Of Rejection Of Executory Contracts And/Or Nonresidential Real Property Leases (D.I. 2223, Filed 12/30/09).

      <u>Status</u>:   This matter is going forward.

Dated:  January 5, 2010
        Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                James L. Bromley (admitted *pro hac vice*)
                Lisa M. Schweitzer (admitted *pro hac vice*)
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                     - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                <u>/s/ Andrew R. Remming</u>
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                Andrew R. Remming (No. 5120)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                Counsel for the Debtors and Debtors in Possession

3316493.1