IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] ) | |
| ) | Case No. 09-10138 (KG) |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Michael R. Lastowski, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Judith W. Ross (the "Admittee"), of Baker Botts L.L.P., as co-counsel to Genband Inc. in the above referenced matter.

Dated: January 6, 2010  
Wilmington, Delaware

*/s/ Michael R. Lastowski*  
Michael R. Lastowski (DE 3892)  
DUANE MORRIS LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801  
Telephone: (302) 657-4900  
Facsimile: (302) 657-4901  
Email: mlastowski@duanemorris.com

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: January ____, 2010

_____  
The Honorable Kevin Gross  
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas; and before the United States Courts of Appeals for the Fifth and Tenth Circuits; and before the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these proceedings. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date:    January 6, 2010

Judith W. Ross
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6605

DM3\1243682.1