# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   2,226 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
- #1 -   This matter is adjourned to date to be determined
- #2 -   This matter is adjourned to 1/21/10 @ 11:00 am
- #3 -   Objection by NNI is resolved and they will withdraw the Objection without prejudice.
- #4 -   This matter has been withdrawn
- #5 -   ORDER SIGNED
- #6 -   ORDER SIGNED
- #7 -   Justice Morowitz ruled orally, Order to be submitted under Certification of Counsel
- #8 -   ORDER SIGNED
- #9 -   Resolved - No Order necessary