CASE NAME: Nortel Networks Inc.  
CASE NO.: 09-10138 - KG

SIGN-IN-SHEET

COURTROOM LOCATION: 3  
DATE: 1/6/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joe Husta, Dale Cathell | Stevens & Lee / DLA Piper | Computer Sciences Corporation |
| James Bromley | Cleary Gottlieb Steen + Hamilton | Debtors |
| Lisa Schweitzer | " | " |
| Annie Cordo | Morris Nichols Arsht + Tunnell | " |
| Eric Schwartz | " | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Lisa Kraidin | Allen & Overy | E&Y as Monitor |
| Jaime Luton | YCST | Plan Administrator Nortel UK |
| Ed Harron | " | " |
| Chris Samis | Richards Layton & Finger | Common three |
| David Botter | Akin Gump | " |
| Ken Davis | DLA Piper | Computer Science Corp |
| Julie K Cuthell | DLA Piper | " |
| Joseph A Husten Jr | Stevens+Lee | |
| Michael R. Lastowski | Duane Morris LLP | Genband, FrG civil Equity Partners L.P. |
| Judith Ross | Baker & Botts L.L.P. | Genband, Inc. |
| David Heller | Latham & Watkins LLP | One Equity Partners, L.P. |

2252

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 01/06/2010
Calendar Time: 10:00 AM

Amended Calendar 01/06/2010 08:04 AM

Page #    Item #

| Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3279176 | Robert Burns | 212-554-1765 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3279252 | Susan S. Chen | (212) 242-3092 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3141852 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3279334 | Jennifer Feldsher | 212-508-6133 ext. 2868 | Bracewell & Giuliani - New York | Interested Party, MattinPatterson Global Advisers / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3278032 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, Group / LIVE | Creditor, Bond Holders |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3273313 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications, Inc. / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3277834 | Shauna Martin | (214) 953-6620 | Genband | Interested Party, Genband, Inc. / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3277807 | Don McDermett | (214) 953-6500 | Baker Botts, LLP | Interested Party, Genband, Inc. / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3278780 | Vincent Murrell | 202-326-4020 ext. 3581 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3255556 | Anneliese H. Pak | (212) 841-5740 | Ropes & Gray LLP | Creditor, Silver Lake Capital, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | 3273199 | Hondo Sen | 203-562-3528 | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | ~~3279203~~ Anna Ventresca | ~~(302) 351-9136~~ | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Lead Plaintiffs | 09-10138 | Hearing | ~~3276427~~ Thomas Walsh | ~~(302) 571-6710~~ | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |