

Clerk of The United States Bankruptcy Court for the District of Delaware:

The following objection to be served against the following entities:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: James L. Bromley and Lisa M. Schweitzer

09-10138-KG

Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott

I, Cash Wolfson, am providing my response to the Objection filed to The United States Bankruptcy Court For The District of Delaware by the debtor, Nortel Networks Inc, regarding my claim #1049 filed on 04/27/09 where I am seeking $32,287.50 of unpaid severance. I wish to oppose the entry of an order approving the Objection filed against my claim by Nortel Networks Inc (debtor). I have written documentation provided by Nortel Networks Inc which I received upon my termination notification indicating that I should receive 21 weeks of severance pay based on my 17 years of service.

I am including further supporting documentation to my claim including my 2008 W2, a 2008 internal Nortel Networks offer letter (which was accepted) identifying my base compensation for the last year I was employed and the proof of claim form.

It has come to my attention that the boxes labeled "Name of debtor Against Which Claim is Held" and "Case No. of Debtor" found on the proof of claim document needs to be modified to include the debtor name Nortel Networks Inc and case number 09-10138. I believe this oversight is the basis of the debtor's objection towards my claim. I am asking that this correction be made to the proof of claim form and the claim against Nortel Networks Inc by the claimant, Cash Wolfson, to be allowed to move ahead in the hearing process.

Cash Wolfson
7704 Michael Ct
Mckinney, TX 75071
972-529-0998

12/29/09

c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075    Case 09-10138-MFW    Doc 2254
New York, NY 10150-5075

| In Re: | Chapter 11 | |
| --- | --- | --- |
| Nortel Networks Inc., et al. Debtors. | Case No. 09-10138 (KG) Jointly Administered | |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |
| NORTEL NETWORKS INC. | 09-10138 | |

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

CASH WOLFSON
7704 MICHAEL CT
McKINNEY, TX 75071

Telephone number: 972-529-0998   Email Address: CASHWOLFSON@ATT.NET

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 1049
(if known)

Filed on: 04/27/09

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 32,287.50

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** SEVERANCE - 21 WEEKS
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $10,950

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: 04/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    Cash Wolfson |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EMPLOYEE NAME: **Cash Wolfson**                GLOBAL ID: **1685055**

TERMINATION EFFECTIVE DATE: **3/5/2009**       ENTITY: **558**   DEPT: **6793**

BENEFITS END DATE: **3/31/2009**               EMPLOYEE STATUS: Full Time: **F**
                                                                Part Time:

CONTINUOUS SERVICE DATE : **6/22/1992**

                                               LOCATION : **992**

EMPLOYEE ADDRESS:                              LOCATION DESCRIPTION: **RICH2**

7704 MICHAEL CT
MCKINNEY
TX 75071

---

SAP ACTION CODE : **84**                       SAP SEPARATION REASON CODE: **33**
                                               SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

---

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known): Total amount to be deducted $_____ without prejudice to subsequent revision or other collection methods.

V1.0

US Workforce Redu
Page

Notice Date: 3/5/09

| | |
|---|---|
| Employee: **Cash Wolfson** | Employee Number: **1685055** |
| Continuous Service Date: **6/22/1992** | Severance Eligibility Date: **6/22/1992** |
| Employment Termination Date: **3/5/2009** | Severance Stop Date: **7/30/2009** |
| Employee Home Address:<br><br>7704 MICHAEL CT<br>MCKINNEY<br>TX    75071 | Severance Period (for employees with at least 6 months of service): **21**<br>(Number of Weeks) to Commence Following Termination Date |
| HR Contact: Nortel HR Shared Services<br>Mail Stop 570/02/0C2<br>PO Box 13010<br>4001 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC  27709-3010<br>1-800-676-4636 | |



# NORTEL
## INTERNAL OFFER LETTER

Date: March 6, 2008

To: Cash Wolfson

cc: James Hopp
Mark Royal
Ken Greick
Karen Womack

From: Trevor Jones

Subject: (REQ52704466) Service Engineer – Richardson, Texas

Dear Cash,

Congratulations! I am pleased to offer you the position of Service Engineer on the Corporate Accounts Service Engineering team in the North American Sales organization. Your current manager and I have discussed this and upon your acceptance of this offer, your start date will be March 3, 2008.

The JCI level of this role is a 3 and your rate of pay will be a Total Target Compensation ("TTC") of $106,600 per annum, with $79,950 of that being Base Salary (BIC) and the remaining $26,650 coming from sales incentive compensation (SIC), at 100% of plan based on a 75/25 leveraged compensation structure. Please note that your salary and performance will be subject to review in accordance with the corporation's performance management process.

In this position you will be reporting to me. The responsibilities of this role have been generally reviewed with you, however if you have any questions, please do not hesitate to contact me at ESN 393-5476.

Assuming your agreement to the foregoing terms and conditions, please indicate your acceptance by replying to this e-mail. Please reply by copying everyone on the cc list no later than February 11, 2008. A lack of response to this offer by then will result in the offer being withdrawn.

Best Regards,
Trevor Jones
Corporate Accounts Service Engineering Leader
Ottawa, Ontario

Case 09-10138-MFW Doc 2254 Filed 01/15/10

## 2008 Form W-2 Wage and Tax Statement — Employee's Copy

OMB No. 1545-0008

Copy C - For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Receive a Discount on TurboTax Online Products and Free W2 Download at <http://westnsc.adp.com/turbotax/>

## 2008 Form W-2 Wage and Tax Statement — State Filing Copy

OMB No. 1545-0008

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number | b Employer identification number (EIN) | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 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 | 04-2486332 | | 90108.85 | 17469.45 |
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | | 96152.72 | 5961.47 |
| | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 96152.72 | 1394.21 |
| | | 10 Dependent care benefits | 12a See instructions for box 12 C 27.04 | 12b D 6043.87 |
| e Employee's first name and initial   Last name   Suff. | | 11 Nonqualified plans | 12c | 12d |
| CASH WOLFSON 7704 MICHAEL CT MCKINNEY, TX 75071 | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 14 Other | |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

## 2008 Form W-2 Wage and Tax Statement — Federal Filing Copy

OMB No. 1545-0008

Copy B - To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number | b Employer identification number (EIN) | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 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 | 04-2486332 | | 90108.85 | 17469.45 |
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
| NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | | 96152.72 | 5961.47 |
| | | 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 96152.72 | 1394.21 |
| | | 10 Dependent care benefits | 12a See instructions for box 12 C 27.04 | 12b D 6043.87 |
| e Employee's first name and initial   Last name   Suff. | | 11 Nonqualified plans | 12c | 12d |
| CASH WOLFSON 7704 MICHAEL CT MCKINNEY, TX 75071 | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 14 Other | |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |