IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :   Chapter 11
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
                    Debtors.                                   :
                                                               :   **RE: D.I. 2193**
                                                               :
---------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER (A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING PAYMENT OF AN INCENTIVE FEE, (D) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING

I, Andrew R. Remming, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] Order (A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, attached hereto as **Exhibit A**.

1. On December 23, 2009, the Debtors filed the *Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* [D.I. 2193] (the "Sale Motion").

2. As Exhibit C to the Sale Motion, the Debtors attached the proposed *Order (A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing* (the "Proposed Bid Procedures Order"). The Proposed Bid Procedures Order authorized and approved, *inter alia*, the bidding procedures (the "Bidding Procedures"), attached as Exhibit 1 to the Proposed Bid Procedures Order and NNI's entry into the Incentive Fee Letter (as defined in the Sale Motion) attached as Exhibit H to the Sale Motion.

3. On January 6, 2010, this Court convened a hearing to consider approval of the Proposed Bid Procedures Order (the "Bid Procedures Hearing").

4.  Based on this Court's rulings at the Bid Procedures Hearing and comments received prior to, during and after the Bid Procedures Hearing from counsel to parties-in-interest including the Purchaser (as defined in the Sale Motion) and the Office of the United States Trustee, the Debtors have revised the Proposed Bid Procedures Order (the "<u>Revised Bid Procedures Order</u>") and the Bid Procedures (the "<u>Revised Bid Procedures</u>"). Also based on this Court's rulings at the Bid Procedures Hearing and comments received prior to, during and after the Bid Procedures Hearing from counsel to parties-in-interest including the Purchaser, the Debtors have executed an incentive fee side agreement (the "<u>Incentive Fee Side Agreement</u>") attached to the Revised Bid Procedures Order as Exhibit 2, which will replace the Incentive Fee Letter filed as Exhibit H to the Sale Motion. Per the terms of the Incentive Fee Side Agreement, the Incentive Fee Letter will be terminated and replaced in its entirety with the Incentive Fee Side Agreement.

5.  The Revised Bid Procedures Order, Revised Bid Procedures and Incentive Fee Side Agreement are attached hereto as **Exhibit A**. A blackline showing the modifications is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Bid Procedures Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: January 8, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*