IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
:
---------------------------------------------------------------X

**NOTICE OF (I) SOLICITATION OF
INITIAL BIDS; (II) PUBLIC AUCTION AND
SALE HEARING; AND (III) RELATED RELIEF AND DATES**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST PLEASE TAKE NOTICE:**

1. <u>Chapter 11 Petitions</u>.  On January 14, 2009 and on July 14, 2009 (with respect to Nortel Networks (CALA) Inc.), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

2. <u>The Sale Motion</u>.  On December 23, 2010 the Debtors filed a motion for orders (I)(A) authorizing Debtors' entry into a stalking horse asset sale agreement (the "<u>Stalking Horse Agreement</u>") with GENBAND, Inc. ("<u>GENBAND</u>"), (B) authorizing and approving the Bidding Procedures and Bid Protections,[2] including granting administrative expense status to the Bid Protections payable by the Debtors to the Stalking Horse Purchaser (as defined in the Sale Motion), (C) approving payment of an Incentive Fee to One Equity Partners III, L.P., (D) approving the Notice Procedures and the Assumption and Assignment Procedures, (E) authorizing the Debtors to file certain documents under seal and (F) setting the time, date and place for the Sale Hearing, and (II) authorizing and approving (A) the sale of certain assets of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bidding Procedures. To the extent that there are inconsistencies between this notice and the Bidding Procedures, the Bidding Procedures control.

Debtors' Carrier Voice Over IP and Application Solutions business (the "CVAS Business") free and clear of all liens, claims and encumbrances and (B) the assumption and assignment of certain executory contracts (D.I. 2193) (the "Sale Motion").

3. The Bidding Procedures Order. Following an initial hearing on certain relief requested by the Sale Motion on January 6, 2010, the Bankruptcy Court entered an order (the "Bidding Procedures Order") (D.I. 2259), approving the Bidding Procedures, the Bid Protections, the Notice Procedures, the Assumption and Assignment Procedures and the filing of certain documents under seal, and setting a time, date and place for the Sale Hearing.

4. Bidding Procedures. In the Bidding Procedures Order, the Bankruptcy Court approved procedures (the "Bidding Procedures," as attached hereto as Exhibit A) according to which the Debtors and certain of its affiliates (together, the "Sellers") shall solicit bids, hold a public auction, and finally select a purchaser for certain assets of the Debtors relating to the Debtors' CVAS Business as described further in the Agreement (the "Assets"). ***All interested bidders should carefully read the Bidding Procedures.***

5. The Auction. If the Sellers receive one or more Qualified Bid (as defined in the Bidding Procedures) in addition to the Agreement, the Sellers will conduct an auction (the "Auction") of the Assets, upon notice to all Qualified Bidders who have submitted Qualified Bids, at **9:00 a.m. on February 25, 2010 (ET)**, at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006.

6. The Sale Hearing. The hearing at which Debtors will request approval of the sale to the Successful Bidder (the "Sale Hearing") shall be conducted before the Honorable Kevin Gross, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 3, Wilmington, Delaware on **March 3, 2010 at 2:00 p.m. (ET)** or at such other time as the Bankruptcy Court permits.

7. Key Deadlines. By the Bidding Procedures Order, the Bankruptcy Court has currently set: (a) **February 17, 2010 at 4:00 p.m. (ET)** as the deadline for (i) all general objections to the sale of the Assets, (ii) all objections of contract counterparties to the cure amount owed by the Debtors under any prepetition executory contract that is scheduled to be assumed and assigned by the Debtors (the "Counterparties"), (iii) objections by Counterparties to the adequate assurance of future performance by GENBAND and (iv) Counterparties to request adequate assurance information regarding bidders other than GENBAND that will or may participate at the Auction (the "General Objection Deadline"); (b) **February 23, 2010 at 4:00 p.m. (ET)** as the Bid Deadline (as defined in the Bidding Procedures); and (c) **March 2, 2010 at 4:00 p.m. (ET)** as the deadline for supplemental objections regarding (i) adequate assurance of future performance by Qualified Bidders other than GENBAND, and (ii) objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bid made by a Successful Bidder other than GENBAND.

8. Objections to the Sale Motion. All objections to the relief requested in the Sale Motion must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General

Objection Deadline, or other applicable deadline as indicated above; and (e) served in accordance with the Local Rules so as to be received on or before the relevant objection deadline by the following: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Fax: (212) 225-3999 (Attention: James L. Bromley and Lisa M. Schweitzer) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott), (ii) counsel to GENBAND: Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Fax: (212) 751-4864 (Attention: David S. Allinson), (iii) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Fax: (212) 872-1002 (Attention: Fred Hodara, Stephen Kuhn and Kenneth Davis) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Christopher M. Samis), (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10006, Fax: (212) 822-5735 (Attention: Roland Hlawaty), and (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Fax: (302) 573-6497 (Attention: Patrick Tinker).

9.    <u>Documents</u>.  Copies of the Sale Motion, the Agreement, the Bidding Procedures Order and the proposed Sale Order may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtor's attorneys: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

This notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties in interest to review such documents in their entirety.

Please note that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.

| | |
|---|---|
| Dated:  January 8, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |