# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
*In re*                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
:
                        Debtors.                     :    Jointly Administered
:
------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 2248, 2249 AND 2250]

PLEASE TAKE NOTICE that on January 11, 2010, copies of the following were served in the manner indicated upon the parties listed on the attached service list.

- **Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal** (D.I. 2248, Entered 1/6/10).

- **Order Pursuant To 11 U.S.C. § 363 Authorizing And Approving The Employment And Retention Of John Ray As The Debtors' Principal Officer, *Nunc Pro Tunc* To December 7, 2009** (D.I. 2249, Entered 1/6/10)

- **Order (A) Approving The CDMA/LTE China Side Agreement And (B) Granting Related Relief** (D.I. 2250, Entered 1/6/10).

PLEASE TAKE FURTHER NOTICE that on January 11, 2010, copies of the **Order (A) Approving The CDMA/LTE China Side Agreement And (B) Granting Related Relief** (D.I. 2250, Entered 1/6/10) were served in the manner indicated upon the parties listed below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

<u>**VIA INTERNATIONAL MAIL:**</u>
General Counsel
Telefonaktiebolaget LM Ericsson
Torshamnsgatan 23, Kista
164 83 Stockholm
Sweden

Mats H. Olson, President
Tom Nygren, General Counsel
Ericsson Greater China
Ericsson (China) Communications Company, Ltd.
Ericsson Tower
No. 5, Lize East Street, Chaoyang District Beijing 10012 China

Dated:  January 11, 2010
           Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3331224.1