To
The Office of the United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

FILED 2010 JAN -7 AM 10: 46 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

**Name of the Court: United States Bankruptcy Court for the District of Delaware**
**Name of Debtors: Nortel Networks Inc, et al.**
**Case # 09-10138 (KG)**
**Claim # : 1705 Clamant Name: Palanivelu Venkatasubramaniam**
**Description of the Claim:**
*Severance Pay – 17 weeks @ 66.90 per hour+2 months Non-Working Notice Period (it is believe texas state law as well)+ 401K match 5% loss due to abrupt termination that equates $3345+Nortel's portion of Health benefits for the 25 weeks (Severance + notice period) that equates to 5877 for a total of US$ 76,122.*

| Cc:Clearly Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, NY, New York 10006<br>Attn: James L. Bromley & Lisa M. Schweitzer<br>Fax # 212 225-3999 | Cc:Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, PO Box 1347<br>Wilmington, Delaware 19899-1347<br>Attn: Derek C Abbott<br>Fax # 302-658-3938 |
|---|---|

I, Palanivelu Venkatasubramaniam (Claim # 1705) filed on 8/14/09 for a total of US $76,122 hereby contest an objection to the notice related to section 502 of bankruptcy code and rule 3007 (Amended Claims) filed by debtors Nortel Networks Inc Case # 09-10138.

I amended the previously filed claim # 1439 due to lack of information and guidance from the company where I loyally served them for 13+ Years bringing profitability 10+ of those years served in CDMA business unit and the last 3 years in the LTE Business Unit, which was the profitable cash cow for Nortel and was sold for more than a Billion Dollars to Ericsson. I here by request that Debtor accepts the amended claim # 1705 as the master claim. I certainly do not wish to get 2 claims filed for the same which is the main concern from Debtor and Debtor can cancel my claim #1439 after accepting the claim # 1705.

Kindly accept my Claim # 1705 as the full and final master claim and acknowledge the same back to me at 524 Cain Ct, Belle Mead, NJ 08502 USA Tel: 972-6332773 or 214-498-5936. Debtor has all the records for the last paid hourly rate however providing proof here as well – payslip, w2 for 2008, employment verification letter documents as needed by the debtor or the court or the counsel. Pls. let me know if you need additional proof.

Sincerely,
[signature]