1/

Kenneth Gardener.  6.1.2010

15 ENNISMORE MEWS, LONDON SW7 1AP   TEL 020 7584 5568   FAX 020 7581 8246   MOBILE 0468 273584

Clerk of the USA Bankruptcy Court
for the District of Delaware

William Kenneth Gardener
Claimant's No: 5375
Unsecured Pension
Former Chairman of Trustees of UK Pension Plan

Having studied the list in Exhibit A, I can see that there are cases of duplication, quadruplication and more. It was not my intention to duplicate a claim against a single legal entity of the Group.

Rather I wish to make sure that "in equity and justice", I did not miss a legitimate target with which to press my case against any

2/

*Kenneth Gardener*

15 Ennismore Mews, London SW7 1AP   Tel 020 7584 5568   Fax 020 7581 8246   Mobile 0468 273584

all assets within the Nortel Networks Group. You will see that in the claim to be expunged (?) there is no "case information" specified. I repeat that (without benefit of legal representation) I merely presented a multiple case seeking to claim against any residual values within the entire Nortel group. I have lost the pension — a substantial part of any income and indeed the main support for any prospective bills and Legal communication costs

*Kenneth Gardener.*

15 ENNISMORE MEWS, LONDON SW7 1AP   TEL 020 7584 5568   FAX 020 7581 8246   MOBILE 0468 273584

of Fedex etc — complete with groceries and utility bills in my strained cash flows, not easy to augment at age 83.

I leave it to the Court to ensure that my claim deemed at multiple legal entities within the Nortel group does not miss any relevant and legitimate responsible targets (collectively) for my deserving pension.

Yours sincerely

*Kenneth Gardener*

Copies to: Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP

*Kenneth Gardener*   6.1.2010

15 ENNISMORE MEWS, LONDON SW7 1AP   TEL 020 7584 5568   FAX 020 7581 8246   MOBILE 0468 273584

Dear Ann C. Cordo,

Thank you very much for your patience and clarification on the phone to me last evening.

I hope my response meets with your approval and wish you well in your professional vocation.

Yours sincerely
Kenneth Gardener