January 5, 2010

RE: Objection of Duplicate Claim filed against Nortel Networks Inc. (case no. 09-10138 KG) by Scott Binner  CASE # - 09-10138, Debtor – Nortel Networks Inc.

KG

To:

Clerk of the US Bankruptcy Court for the District of Delaware
824 Market St.
3rd Floor
Wilmington, Delaware 19801

CC:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York, 10006
Attn: James L. Bromley and Lisa M. Schweitzer

CC:

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, PO Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott

I am responding to the objection of a duplicate claim by Nortel Networks Inc.   As indicated in Exhibit A of the duplicate claims rejection document I did originally file a claim for $101,814.47 on 7/24/09.

Subsequent to that I received notification in September of 2009 that I hadn't properly identified the case or the debtor, Nortel Networks Inc.   In that subsequent notification it indicated final claims needed to be filed by September 30th, which as indicated in Exhibit A the court did receive my duplicate claim on 9/30/09. On that claim the proper case # and debtor were identified.

The purpose of the refilling was to ensure the courts had a properly filed claim from myself against Nortel Networks Inc. which according to Exhibit A they now do.  However Nortel wants to expunge the latest filing and keep the original filing – which I object to as it would seem to give them the option to claim I hadn't properly filed my claim.  Based on the poor communications, lack of time to have a lawyer properly respond to documents sent by Nortel's representatives it would not surprise me at all if that was the tactic taken by Nortel.

I object to Nortel's request to expunge my latest filing dated on 9/30/09 which shows the proper case # and proper debtor.  I am not in any fashion trying to obtain a duplicate payment.  The purpose of the re-filing was to ensure the courts had a proper filing reflecting who my claim was against – which they now have from the filing dated 9/30/09.

If any record is to be expunged it needs to be the filing dated 7/24/09 which according to Exhibit A doesn't show a case # or debtor.

As this goes before the court on January 21, 2010 I request that the original filing sent on 7/24/09 be expunged (we wouldn't want the Nortel legal team to be confused with 2 filings) and that the filing dated 9/30/09 (as requested by the Nortel legal team) which shows the proper claim # and debtor, be kept as the filing of record.

If further information is required I will be happy to provide. At this time any communications from the debtors should be sent to the undersigned.

Sincerely,

Scott E. Binner
2505 Jakin Way
Suwanee GA 30024
770-822-4161