IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                                        ) ss.:
COUNTY OF NEW YORK      )

STEVEN INDELICATO, being duly sworn, deposes and says:

1.      I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.      On January 12, 2010, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a)   the sellers of the claims as listed on the annexed Exhibit B,
    b)   the buyers of the claims as listed on the annexed Exhibit C,
    c)   counsel to the Debtors as listed on Exhibit D.

3.      All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        _Steven Indelicato_
                                                                        Steven Indelicato

Sworn to before me this
18th day of January, 2010

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
District of Delaware

---------------------------------------------
In re:                                  |    Chapter 11
                                        |
NORTEL NETWORKS INC., et al.,           |    Case No. 09-10138 (KG)
                                        |
                  Debtors.              |    Jointly Administered
                                        |
                                        |
                                        |
---------------------------------------------

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CONNECTANDSELL INC
             548 SHOREBIRD CIRCLE UNIT 320
             REDWOOD CITY, CA 94065

Please note that your claim # 4484 in the above referenced case and in the amount of
    $38,280.00 has been transferred **(unless previously expunged by court order)** to:

             UNITED STATES DEBT RECOVERY III LP
             TRANSFEROR: CONNECTANDSELL INC
             940 SOUTHWOOD BLVD, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2213      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/12/2010                        David D. Bird, Clerk of Court


                                        /s/ Steven Indelicato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 12, 2010.

**EXHIBIT "B"**

```
TIME: 16:30:32                                    NORTEL NETWORKS INC.
DATE: 01/12/10                                     CREDITOR LISTING                                              PAGE:     1
```

| Name | Address |
|------|---------|
| CONNECTANDSELL INC | 548 SHOREBIRD CIRCLE UNIT 320 REDWOOD CITY CA 94065 |
| CONNECTANDSELL, INC | 548 SHOREBIRD CIRCLE UNIT 320 REDWOOD CITY CA 94065 |
| FORD & HARRISON LLP | 1275 PEACHTREE STREET, N.E. SUITE 600 ATLANTA GA 30309 |
| INTAX, INC. | 501 DARBY CREEK RD. UNIT 19 LEXINGTON KY 40509 |
| LABRA ELECTRONICS | 17332 VON KARMAN AVE STE 160 IRVINE CA 92614-6292 |
| MITEC TELECOM INC | 9000 TRANS CANADA HIGHWAY POINTE CLAIRE QC H9R 5Z8 CANADA |
| MITEC TELECOM INC. | 3299 J-B-DESCHAMPS BOUL. LACHINE QC H8T 3E4 CANADA |
| MRV COMMUNICATIONS, INC. | 295 FOSTER STREET LITTLETON MA 01460-2004 |
| SIPERA SYSTEMS, INC. | ATTN: GREG FLOWERS 1900 FIRMAN DR. STE 600 RICHARDSON TX 75081-1869 |
| SODEXHO | 4401 GREAT AMERICA PARKWAY SANTA CLARA CA 95052 |
| SVA BIZSPHERE ENTWICKLUNGS UND VER | FRIEDRICHSTRASSE 15 STUTTGART  70174 GERMANY |
| SVA-BIZSPHERE | ENTWICKLUNGS - UND VERTRIEBS - AG FRIEDRICHSTR. 15 STUTTGART  70174 GERMANY |

Total Number of Records Printed        12

**EXHIBIT "C"**

TIME: 16:36:59
DATE: 01/13/10

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| ASM CAPITAL III, L.P. | TRANSFEROR: SIPERA SYSTEMS, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: FORD & HARRISON LLP ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: MITEC TELECOM INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: MITEC TELECOM INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: SODEXHO ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: INTAX, INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA-BIZSPHERE ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: LABRA ELECTRONICS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CONNECTANDSELL INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CONNECTANDSELL, INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MRV COMMUNICATIONS, INC. 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed        12

**EXHIBIT "D"**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006