**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | ) Case No. 09-10138 (KJC) |
| Debtors. | ) Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be made upon the parties on the attached Service List in the manner indicated and all parties who receive electronic notice through the Court's CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 14, 2010
       Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: mlastowski@duanemorris.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

# SERVICE LIST

**VIA HAND DELIVERY**

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899

*Counsel to the Debtors*

**VIA HAND DELIVERY**

Thomas Patrick Tinker
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**VIA US MAIL**

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Counsel to the Debtors*