## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                                        :
                                                        :     Chapter 11
                                                        :
In re                                                   :
                                                        :     Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                          :
                                                        :     Jointly Administered
                        Debtors.                        :
                                                        :     Hearing date: February 3, 2010 at 10:00 a.m. (ET)
                                                        :     Objections due: January 27, 2010 at 4:00 p.m. (ET)
                                                        :
--------------------------------------------------------X
```

## NOTICE OF (I) FILING OF PROPOSED ORDER GRANTING THE DEBTORS A FINAL WAIVER OF THE REQUIREMENTS OF 11 U.S.C. SECTION 345(b) AND (II) SETTING A HEARING ON THE FINAL WAIVER

**PLEASE TAKE NOTICE** that on January 14, 2009, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases filed the *Motion for an Order Pursuant to Sections 345, 363(c)(1), 364(a) and 503(b)(1): (A) Approving the Continued Use of the Cash Management System, Bank Accounts and Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status to Postpetition Intercompany Claims and Preserving and Permitting the Exercise of Intercompany Setoff Rights; (C) Authorizing Banks to Honor Certain Transfers and Charge Certain Fees and Other Amounts; and (D) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis* [D.I. 9] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on January 15, 2009, the Court entered the *Order Pursuant to Sections 345, 363(c)(1), 364(a) and 503(b)(1): (A) Approving the Continued Use of the Cash Management System, Bank Accounts and Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status to Postpetition Intercompany Claims and Preserving and Permitting the Exercise of Intercompany Setoff Rights; (C) Authorizing Banks to Honor Certain Transfers and Charge Certain Fees and*

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Other Amounts; and (D) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis* [D.I. 58] (the "<u>Order</u>").  A copy of the Order is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that on February 19, 2009, the Court entered an *Order Further Supplementing the Cash Management Motion* [D.I. 337] (the "<u>Supplemental Order</u>").  The Supplemental Order authorized Debtors to use additional bank accounts not reflected in the Order, but did not change the terms or procedures for using accounts, as described in the Order.

**PLEASE TAKE FURTHER NOTICE** that on July 17, 2009, the Court entered an *Order to Have Previously-Entered Orders As Supplemented Govern Nortel Networks (CALA) Inc. Prospectively* [D.I. 1099] (the "<u>CALA Order</u>").  Among other things, the CALA Order applied the Order to the case of Nortel Networks (CALA) Inc. ("<u>NN CALA</u>") and approved the continued use of certain additional bank accounts by NN CALA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit B</u> is the **Proposed Order Granting the Debtors a Final Waiver of the Requirements of 11 U.S.C. Section 345(b)** (the "<u>Proposed Order</u>").

Pursuant to the terms of the Order, as modified by the Supplemental Order and the CALA Order, and in accordance with informal comments the Debtors received from the Office of the United States Trustee, the Debtors are filing this proposed order for a final waiver of the investment guidelines in 11 U.S.C. § 345(b) so that the Debtors may continue to make investments in money market funds as described in the Motion through their existing accounts and other similar accounts at the Debtors' discretion.  Investments made by the Debtors are prudent and are designed to preserve principal, reduce counterparty exposure, and earn a return consistent with market conditions.  They are not speculative or risky investments.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the final approval of relief granted by the Proposed Order, must: (a) be in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, by **January 26, 2010 at 4:00 p.m. (Eastern Time)** (the "<u>Objection Deadline</u>"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE PROPOSED ORDER, IF NECESSARY, WILL BE HELD ON **FEBRUARY 3, 2010 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  January 14, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*