# BANK SERVICE LIST

**VIA FIRST CLASS MAIL**

Banc of America Securities LLC
100 Federal Street
Boston, MA  02110

Bank of America
Bank of America Plaza
901 Main Street
Dallas, TX  75202

Bank of America
6000 Feldwood Road
Atlanta, GA  30349-3652

Bank of America
231 South LaSalle Street
14th Floor
Chicago, IL  60604-1426

Bank of America
27th Floor
Philamlife Tower
8767 Paseo de Rosas
Makati City, Philippines

Bank of America
8747 Paseo de Roxas
BA-Lepanto Blgd.
Makati City Philippines

Citibank
111 Wall Street
New York, NY  10043-0001

Citibank
123 Front Street West
Suite 1900
Toronto, Ontario M5J 2M3
CANADA

Citibank
1 Penn's Way
New Castle, DE  19720-2437

Deutsche Bank
1 South St Ste 2900
Baltimore, MD  21202

Deutsche Bank
60 Wells St
Baltimore, MD 21230

Capital Venture Group LLC
218 E Lexington St
Baltimore, MD  21202

2667973.2