# SCHEDULE A

## The Motion is Withdrawn with Respect to the Following Contracts

| Name and Address of Counterparty | Description of Assumed Agreement |
|---|---|
|  |  |

NOTE: For the purposes of filing, this schedule has been intentionally left blank. Pursuant to the assumption and assignment procedures as set forth in the Motion, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.