IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                                : Chapter 11
                                                                        :
NORTEL NETWORKS INC., *et al.*,[1]             : Case No. 09-10138 (KG)
                                                                        : Jointly Administered
                            Debtors.                       :
                                                                        :
---------------------------------------------------------x

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of the Bankruptcy Code, the undersigned counsel hereby enters their appearance as counsel for Westchester Fire Insurance Company ("Westchester") and ACE USA ("ACE"), and requests that Westchester and ACE be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Robert McL. Boote, Esquire | Tobey M. Daluz, Esquire |
| Ballard Spahr LLP | David T. May, Esquire |
| 1735 Market Street, 51st Floor | Ballard Spahr LLP |
| Philadelphia, PA 19103-7599 | 919 N. Market Street, 12th Floor |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| Telephone: (215) 665-8500 | Telephone: (302) 252-4465 |
| Facsimile: (215) 864-8999 | Facsimile: (302) 252-4466 |
| E-mail: boote@ballardspahr.com | Email: daluzt@ballardspahr.com |
| | maydt@ballardspahr.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DMEAST #12138802 v1

2

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Westchester's and ACE's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Westchester and ACE was or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 15, 2010  
Wilmington, Delaware

Respectfully submitted,

/s/ Tobey M. Daluz
Tobey M. Daluz, Esquire (No. 3939)
David T. May, Esquire (No. 5359)
BALLARD SPAHR LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
maydt@ballardspahr.com

-and-

Robert McL. Boote, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: boote@ballardspahr.com

Counsel for Westchester Fire Insurance Company and ACE USA