## CERTIFICATE OF SERVICE

I, Tobey M. Daluz, Esquire, hereby certify that on this 15th day of January, 2015, I caused a true and correct copy of the foregoing Entry of Appearance and Request for Notices to be served on the addressees listed on the attached service list in the manner indicated.

Dated: January 15, 2010

/s/ Tobey M. Daluz
Tobey M. Daluz, Esquire

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to the Debtors)

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured Creditors)

Thomas Patrick Tinker
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801


**VIA FIRST-CLASS MAIL**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(Counsel to the Debtors)

Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for the Official Committee of Unsecured Creditors)