**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
In re                                          :     Chapter 11
:
Nortel Networks Inc., et al.,[1]               :     Case No. 09-10138 (KG)
:
         Debtors.             :     Jointly Administered
:
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 21, 2010 AT 11:00 A.M. (ET)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings:  None.

    Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to January 14, 2010 at 4:00 p.m. (ET) for the Committee.  Extended to January 27, 2010 at 4:00 p.m. (ET) for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter is continued to the hearing scheduled for February 3, 2010 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

-2-

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

2.  Debtors' Third Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To Section 502 Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure (Duplicate Claims) (D.I. 2190, Filed 12/22/09).

    Related Pleadings:

    a)   Certificate Of No Objection (D.I. 2266, Filed 1/13/10).

    Objection Deadline: January 8, 2010 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

3.  Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To Redact Or File Under Seal Certain Portions Of The Canadian Funding Agreement, And (II) Granting Related Relief (D.I. 2206, Filed 12/23/09).

    Related Pleadings: None.

    Objection Deadline: January 14, 2010 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

4.  Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 505(a) And Fed. R. Bankr. P. 9019 For An Order Approving The Settlement Stipulation Between Nortel Networks Inc. And The Internal Revenue Service, Entry Into The Advance Pricing Agreement, And Related Relief (D.I. 2207, Filed 12/23/09).

    Related Pleadings: None.

    Objection Deadline: January 14, 2010 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Status: This matter is going forward.

3334920.11

5. Debtors' First Omnibus Motion For Entry Of An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Metro Ethernet Networks Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2216, Filed 12/29/09).

   Related Pleadings:  None.

   Objection Deadline:  January 14, 2010 at 4:00 p.m. (ET).  Extended to January 18, 2010 at 5:00 p.m. (ET) for Verizon.

   Responses Received:  None at this time.

   Status:  This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

6. Motion Of Debtors Pursuant To Section 1121(d)(1) Of The Bankruptcy Code To Extend The Exclusive Periods To (I) File A Chapter 11 Plan And (II) Solicit Acceptances Thereof (D.I. 2232, Filed 1/4/10).

   Related Pleadings:  None.

   Objection Deadline:  January 14, 2010 at 4:00 p.m. (ET).  Extended to January 18, 2010 at 4:00 p.m. (ET) for the Bondholder Group.

   Responses Received:  Informal comments received.

   Status:  This matter is going forward.

7. Motion Pursuant To 11 U.S.C. § 105(a), § 363, § 503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Canadian Funding And Settlement Agreement, And (B) Granting Related Relief (D.I. 2205, Filed 12/23/09).

   Related Pleadings:  None.

   Objection Deadline:  January 14, 2010 at 4:00 p.m. (ET).  Extended to January 19, 2010 at 4:00 p.m. (ET) for the Joint Administrators.

   Responses Received:  Informal comments received.

   Status: This matter is going forward.

8. Debtors' First Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To Section 502 Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure (Amended Claims) (D.I. 2188, Filed 12/22/09).

   Related Pleadings: None.

   Objection Deadline: January 8, 2010 at 4:00 p.m. (ET).

   Responses Received:

   a) Response To Debtor's Objection Regarding Allowance Of Claim No. 1049, Filed By Cash Wolfson (D.I. 2254, Filed 1/5/10). (Amended Claim #1049; Surviving Claim #1244).

      Status: This matter has been resolved and the Debtors will hand up a revised form of order at the hearing.

   b) Response To Objection Regarding The Notice Related To Section 502 Of Bankruptcy Code And Rule 3007 (Amended Claims), Filed By Palanivelu Venkatasubramaniam (D.I. 2262, Filed 1/7/10). (Amended Claim #1439; Surviving Claim #1705).

      Status: This matter is going forward.

   c) Informal Response From Teksystems, Inc. (Amended Claim #1158; Surviving Claim #4612).

      Status: This matter has been resolved and the Debtors will hand up a revised form of order at the hearing.

   d) Informal Response From Marketsource, Inc. (Amended Claim #1369; Surviving Claim #5443).

      Status: This matter has been resolved and the Debtors will hand up a revised form of order at the hearing.

9. Second Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To Section 502 Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure (Duplicate Claims) (D.I. 2189, Filed 12/22/09).

   Related Pleadings: None.

   Objection Deadline: January 8, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Response To Objection Regarding Claims (Claimant's No. 5375), Filed By Kenneth Garcew (William Kenneth Gardener). (D.I. 2263, Filed 1/7/10). (Duplicate Claim #5375; Surviving Claim #5359).

Status: This matter is going forward.

b) Response To Second Omnibus Objection To Claims (Non-Substantive) (Duplicate Claims) Filed By Scott Binner (D.I. 2271, Filed 1/14/10) (Duplicate Claim #5481; Surviving Claim #1598).

Status: This matter has been resolved and the Debtors will hand up a revised form of order at the hearing.

c) Informal Response From Khanh Diep (Duplicate Claim #5869; Surviving Claim #1307).

Status: This matter has been resolved and the Debtors will hand up a revised form of order at the hearing.

d) Informal Response From Sebastian Gaglione (Duplicate Claim #1806; Surviving Claim #1807).

Status: The Debtors intend to withdraw their objection to claim 1806 and will hand up a revised form of order at the hearing.

3334920.11

-6-

Dated:  January 19, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

     - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  *Andrew R. Remming*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3334920.11