Exhibit A

# Jefferies

*INVOICE*

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: 7610
Invoice Date: 1/14/2009
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
             Committee Chairman

Re:          Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| November 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| ***Expenses:*** | |
| Accommodations | $1,471.30 |
| Legal Fees | $10,035.00 |
| Meals | $1,117.34 |
| Phone/Fax | $10.93 |
| Presentation Services | $284.00 |
| Transporation - Air | $4,533.91 |
| Transporation - Ground | $1,967.01 |
| **Total Out-of-Pocket Expenses** | $19,419.49 |

| | | |
|---|---|---:|
| | **TOTAL DUE** | **$179,419.49** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-068-2772 | Los Angeles, CA 90025 |

Reference:        **NOR250-7610- Nortel**