Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
November 1, 2009 – November 30, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,471.30 |
| Legal Fees | $10,035.00 |
| Meals | $1,117.34 |
| Phone/Fax | $10.93 |
| Presentation Services | $284.00 |
| Transportation – Air | $4,533.91 |
| Transportation – Ground | $1,967.01 |
| Total | $19,419.49 |

13

| BANKER | CATEGORY | DESCRIPTIONS | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 8/22/2009 | $10.93 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 8/27/2009 | $6.60 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/3/2009 | $6.48 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/6/2009 | $7.70 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/11/2009 | $90.78 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/12/2009 | $88.74 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Home to Office | 9/13/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | Weekend Taxi- Office to Home | 9/13/2009 | $9.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/13/2009 | $88.74 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/14/2009 | $8.10 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/15/2009 | $9.60 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/17/2009 | $7.55 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/18/2009 | $9.30 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/19/2009 | $7.30 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/20/2009 | $9.75 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/22/2009 | $6.95 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/23/2009 | $7.30 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/24/2009 | $7.92 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/25/2009 | $7.25 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 9/25/2009 | $7.60 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight | 9/25/2009 | $336.46 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/25/2009 | $88.74 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Car Service- Deliver documents to G. Kittur | 9/25/2009 | $28.56 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 9/26/2009 | $6.00 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/27/2009 | $10.50 |
| GAURAV KITTUR | Transportation - Ground | Weekend Taxi- Office to Home | 9/27/2009 | $23.60 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/28/2009 | $13.60 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 9/28/2009 | $5.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 9/28/2009 | $53.60 |
| MICHAEL J HENKIN | Transportation - Ground | Parking at Office | 9/28/2009 | $12.06 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/28/2009 | $86.19 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/28/2009 | $24.79 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/28/2009 | $25.50 |
| GAURAV KITTUR | Meals | Overtime Meal | 9/28/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 9/28/2009 | $25.41 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/29/2009 | $6.90 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 9/29/2009 | $5.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/29/2009 | $15.40 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/29/2009 | $24.05 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/29/2009 | $25.30 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 9/30/2009 | $6.90 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 9/30/2009 | $5.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 9/30/2009 | $69.22 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 9/30/2009 | $432.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/30/2009 | $19.55 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 9/30/2009 | $14.95 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight | 9/30/2009 | $336.46 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 9/30/2009 | $88.74 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 9/30/2009 | $25.46 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 9/30/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/1/2009 | $7.30 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 10/1/2009 | $69.22 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 10/1/2009 | $432.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 10/1/2009 | $12.90 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 10/1/2009 | $88.44 |
| MICHAEL J HENKIN | Transportation - Ground | Car Service- Office to Airport | 10/1/2009 | $47.20 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/1/2009 | $25.02 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/1/2009 | $25.36 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/2/2009 | $6.40 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/2/2009 | $9.60 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/2/2009 | $25.42 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/2/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/3/2009 | $8.00 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/3/2009 | $17.85 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/3/2009 | $25.46 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 10/3/2009 | $25.47 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/4/2009 | $9.60 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/4/2009 | $8.00 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 10/5/2009 | $88.74 |
| GAURAV KITTUR | Meals | Overtime Meal | 10/5/2009 | $25.19 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/5/2009 | $23.74 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/5/2009 | $15.98 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/5/2009 | $9.40 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/6/2009 | $7.70 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/6/2009 | $25.50 |

| BANKER | CATEGORY | DESCRIPTIONS | DATE | AMOUNT |
|---|---|---|---|---|
| GUARAV KITTUR | Meals | Overtime Meal | 10/6/2009 | $25.11 |
| LEO J. CHANG | Transportation - Ground | Car Service- Office to Meeting | 10/7/2009 | $38.64 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/7/2009 | $23.05 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/7/2009 | $23.91 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/8/2009 | $8.90 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Car Service- Deliver documents to P. Berkowitz | 10/8/2009 | $32.64 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/8/2009 | $23.36 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/8/2009 | $25.49 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/9/2009 | $25.49 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 10/9/2009 | $24.62 |
| PATRICK T. MORROW | Transportation - Ground | Weekend Taxi- Home to Office | 10/11/2009 | $12.20 |
| PATRICK T. MORROW | Transportation - Ground | Weekend Taxi- Office to Home | 10/11/2009 | $11.00 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/11/2009 | $25.05 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/12/2009 | $7.70 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/12/2009 | $24.08 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/12/2009 | $25.34 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- to Home | 10/13/2009 | $7.70 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/13/2009 | $25.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/13/2009 | $25.35 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/13/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/14/2009 | $6.90 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/14/2009 | $25.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/14/2009 | $25.48 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/14/2009 | $25.50 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Return Taxi Home to Office | 10/15/2009 | $8.40 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/15/2009 | $7.45 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/15/2009 | $6.40 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/15/2009 | $25.40 |
| GUARAV KITTUR | Meals | Overtime Meal | 10/15/2009 | $25.50 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/15/2009 | $25.40 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/16/2009 | $7.70 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/16/2009 | $25.35 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 10/16/2009 | $24.92 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Home to Office | 10/17/2009 | $5.75 |
| CATHERINE B. MORRISON | Transportation - Ground | Weekend Taxi- Office to Home | 10/17/2009 | $10.80 |
| NATALIE MAYSLICH | Meals | Overtime Meal | 10/18/2009 | $17.23 |
| CATHERINE B. MORRISON | Meals | Overtime Meal | 10/18/2009 | $24.72 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/20/2009 | $9.70 |
| CATHERINE B. MORRISON | Transportation - Ground | OT Taxi- Office to Home | 10/21/2009 | $7.30 |
| CARY S. VERASCO | Transportation - Air | Roundtrip Flight to Toronto | 10/23/2009 | $1,838.30 |
| CATHERINE B. MORRISON | Transportation - Air | Roundtrip Flight to Toronto | 10/23/2009 | $1,838.30 |
| CARY S. VERASCO | Meals | Meal While Traveling | 10/26/2009 | $6.95 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Home to Airport | 10/26/2009 | $72.07 |
| CATHERINE B. MORRISON | Transportation - Ground | Taxi- Office to Airport | 10/26/2009 | $48.50 |
| CATHERINE B. MORRISON | Transportation - Ground | Taxi- Airport to Hotel | 10/26/2009 | $30.00 |
| CATHERINE B. MORRISON | Transportation - Ground | Taxi- Office to Hotel | 10/26/2009 | $27.25 |
| CATHERINE B. MORRISON | Transportation - Ground | Taxi- Office to Home | 10/26/2009 | $30.32 |
| CARY S. VERASCO | Accommodations | Hotel Tax | 10/27/2009 | $26.11 |
| CARY S. VERASCO | Accommodations | Hotel Room | 10/27/2009 | $200.82 |
| CARY S. VERASCO | Meals | Meal While Traveling | 10/27/2009 | $5.69 |
| CARY S. VERASCO | Transportation - Air | Ticket Change Charge | 10/27/2009 | $184.39 |
| CARY S. VERASCO | Transportation - Ground | Taxi- Hotel to Meeting | 10/27/2009 | $47.83 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Airport to Home | 10/27/2009 | $52.67 |
| CATHERINE B. MORRISON | Meals | Meal While Traveling | 10/27/2009 | $2.30 |
| CATHERINE B. MORRISON | Meals | Meal While Traveling | 10/27/2009 | $3.35 |
| CATHERINE B. MORRISON | Transportation - Ground | Taxi- Airport to Home | 10/27/2009 | $35.67 |
| CATHERINE B. MORRISON | Accommodations | Hotel Room | 10/28/2009 | $200.82 |
| CATHERINE B. MORRISON | Accommodations | Hotel Tax | 10/28/2009 | $26.11 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 11/3/2009 | $11.50 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 11/10/2009 | $88.74 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 11/12/2009 | $103.02 |
| RAYMOND NG | Presentation Services | Create/Edit Presentations | 11/13/2009 | $148.00 |
| SONNENSCHEIN NATH & ROSENTHAL | Legal Fees | Legal Services (9/30/09-10/28/09) | 11/16/2009 | $10,035.00 |
| WENDY VANLANDINGHAM | Presentation Services | Create/Edit Presentations | 11/16/2009 | $106.00 |
| WENDY VANLANDINGHAM | Presentation Services | Create/Edit Presentations | 11/16/2009 | $30.00 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 11/17/2009 | $8.37 |
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 11/18/2009 | $110.16 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 11/23/2009 | $10.70 |
| **Total:** | | | | **$19,419.49** |

15