# Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
November 1, 2009 - November 30, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 78.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 52.8 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 113.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 59.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 92.3 |
| Paul Zangrilli | Associate, Communication Technologies Group | 102.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 71.0 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 52.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 63.5 |
| Blair Morrison | Analyst, Generalist | 99.5 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 75.0 |
| | **Total** | **859.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
November 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 11/2/2009 | 1.25 | Communication with professionals re: UCC presentation/call prep and case issues, work on UCC presentation |
| Michael Henkin | 11/2/2009 | 1.75 | Calls with UCC member counsel and related communication w/Jefco team and UCC member |
| Michael Henkin | 11/3/2009 | 1.50 | Call with other professionals re: UCC call prep,Case issues and review |
| Michael Henkin | 11/5/2009 | 1.50 | UCC call and related review of other professionals presentations |
| Michael Henkin | 11/6/2009 | 0.50 | Communicate with JEF team members re: case issues |
| Michael Henkin | 11/9/2009 | 1.00 | Communicate with JEF team; other professionals re: M&A issues and related document review |
| Michael Henkin | 11/10/2009 | 1.50 | Communicate with JEF Team and re: business unit issues |
| Michael Henkin | 11/11/2009 | 1.75 | Call with Jefco Team and other parties re: M&A issues/business unit process |
| Michael Henkin | 11/11/2009 | 0.75 | Review JEF UCC presentation |
| Michael Henkin | 11/11/2009 | 2.25 | Call with prospective M&A participant and Jefco Team members; call with other professionals |
| Michael Henkin | 11/12/2009 | 1.75 | UCC call |
| Michael Henkin | 11/12/2009 | 2.50 | Call with creditors re: case issues |
| Michael Henkin | 11/13/2009 | 1.50 | Communication with other professionals, Jefco Team |
| Michael Henkin | 11/13/2009 | 1.00 | Communication with Jefco Team and counsel re: motion review and M&A issues |
| Michael Henkin | 11/15/2009 | 8.00 | Travel from SF to NYC, Review M&A information |
| Michael Henkin | 11/15/2009 | 0.50 | Communication with Jefco Team and counsel re: motion review and M&A issues |
| Michael Henkin | 11/16/2009 | 1.50 | Review M&A analysis/documents and UCC presentation |
| Michael Henkin | 11/16/2009 | 2.25 | Communication with Jefco Team, other professionals re: case issues, M&A/auction prep |
| Michael Henkin | 11/17/2009 | 1.25 | Review M&A documents |
| Michael Henkin | 11/18/2009 | 1.75 | Auction prep related document review |
| Michael Henkin | 11/18/2009 | 2.75 | Review M&A documents; call with other professionals re: M&A plan issues and work on bid analysis |
| Michael Henkin | 11/19/2009 | 4.50 | UCC call and related M&A document review and communication with JEF team and bid analysis |
| Michael Henkin | 11/20/2009 | 17.25 | Attend auction in NYC,meeting w/UCC member re: case issues and travel from NYC to SF |
| Michael Henkin | 11/21/2009 | 1.50 | Communication with Jefco Team re: auction issues and related document/bid review |
| Michael Henkin | 11/22/2009 | 1.00 | Call with Jefco Team member re: auction issues and related document review |
| Michael Henkin | 11/22/2009 | 1.50 | Communicate with Jefco and other professionals regarding auction |
| Michael Henkin | 11/23/2009 | 1.75 | Meet with Jefco Team; business unit issues and communication with other professionals re: case issues |
| Michael Henkin | 11/24/2009 | 1.50 | Review documents |
| Michael Henkin | 11/25/2009 | 2.25 | UCC call and related prep |
| Michael Henkin | 11/25/2009 | 0.75 | Communicate with Creditors |
| Michael Henkin | 11/25/2009 | 0.50 | Review draft UCC presentation and related analysis |
| Michael Henkin | 11/27/2009 | 1.75 | Review filings and communications related to sale hearing |
| Michael Henkin | 11/29/2009 | 1.25 | Review documents related to sale hearing and business unit transaction |
| Michael Henkin | 11/30/2009 | 1.00 | Nortel - Call regarding M&A |
| Michael Henkin | 11/30/2009 | 1.50 | Nortel - Call regarding M&A,M&A related analysis |
| Michael Henkin | 11/30/2009 | 1.75 | Calls with Jefco Team, Creditors re: business unit sale hearing; Review business unit transaction documents |
| **November 2009 Summary Hours for Michael Henkin** | | **78.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 11/2/2009 | 2.00 | Reviewed Materials |
| Phil Berkowitz | 11/3/2009 | 1.00 | IP Call |
| Phil Berkowitz | 11/4/2009 | 2.50 | M&A Call & Professionals, Reviewed Materials |
| Phil Berkowitz | 11/5/2009 | 3.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 11/10/2009 | 3.00 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 11/11/2009 | 4.25 | M&A Call & Professionals, Reviewed Bid Materials |
| Phil Berkowitz | 11/12/2009 | 2.50 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 11/13/2009 | 2.50 | Reviewed business unit Materials, Calls |
| Phil Berkowitz | 11/16/2009 | 2.00 | Reviewed business unit Materials |
| Phil Berkowitz | 11/17/2009 | 3.50 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 11/18/2009 | 5.00 | M&A Call & Professionals, Reviewed Materials |
| Phil Berkowitz | 11/19/2009 | 5.50 | Committee & business unit Calls, Reviewed Materials |
| Phil Berkowitz | 11/20/2009 | 3.50 | business unit Auction Calls, Reviewed Materials |
| Phil Berkowitz | 11/21/2009 | 2.00 | business unit Auction Calls, Reviewed Materials |
| Phil Berkowitz | 11/22/2009 | 2.25 | business unit Auction Calls, Reviewed Materials |
| Phil Berkowitz | 11/23/2009 | 2.50 | business unit Discussion, Reviewed Materials |
| Phil Berkowitz | 11/24/2009 | 2.00 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 11/25/2009 | 2.25 | UCC call, Reviewed Materials |
| Phil Berkowitz | 11/30/2009 | 1.50 | Call with other professionals, Reviewed Materials |
| **November 2009 Summary Hours for Phil Berkowitz** | | **52.75** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 11/2/2009 | 1.75 | review materials |
| Hal Kennedy | 11/3/2009 | 2.00 | Call with other professionals re: UCC call prep |
| Hal Kennedy | 11/4/2009 | 2.00 | M&A Call |
| Hal Kennedy | 11/5/2009 | 2.00 | UCC call |
| Hal Kennedy | 11/6/2009 | 6.00 | Meeting with other professionals |
| Hal Kennedy | 11/9/2009 | 2.00 | Communicate with JEF team; other professionals re: M&A issues and related document review |
| Hal Kennedy | 11/10/2009 | 3.00 | Communicate with JEF Team and prospective M&A participant re: business unit issues |
| Hal Kennedy | 11/11/2009 | 2.50 | Call with Jefco Team and prospective M&A party re: M&A issues, Review JEF UCC presentation |
| Hal Kennedy | 11/11/2009 | 2.25 | Call with prospective M&A participant and Jefco Team members; call with other professionals |
| Hal Kennedy | 11/12/2009 | 4.50 | UCC call, review materials, correspondence |
| Hal Kennedy | 11/13/2009 | 1.50 | Communication with other professionals, Jefco Team and counsel |
| Hal Kennedy | 11/15/2009 | 0.50 | Communication with Jefco Team and counsel |
| Hal Kennedy | 11/16/2009 | 3.00 | Review M&A analysis/documents and UCC presentation, M&A auction prep and related communication |
| Hal Kennedy | 11/17/2009 | 2.00 | Review M&A documents |
| Hal Kennedy | 11/18/2009 | 2.75 | Review M&A documents; call with other professionals re: M&A plan issues and work on bid analysis |
| Hal Kennedy | 11/19/2009 | 4.50 | UCC call and related M&A document review and communication with JEF team and bid analysis |
| Hal Kennedy | 11/20/2009 | 17.25 | Attend auction |
| Hal Kennedy | 11/21/2009 | 17.00 | Attend auction |
| Hal Kennedy | 11/22/2009 | 14.00 | Attend auction |
| Hal Kennedy | 11/23/2009 | 2.50 | Meet with Jefco Team; business unit issues and communication with other professionals |
| Hal Kennedy | 11/24/2009 | 12.50 | business unit auction Review M&A documents, bidder letters/correspondence |
| Hal Kennedy | 11/25/2009 | 2.25 | UCC call and related prep, review UCC presentation and analysis |
| Hal Kennedy | 11/29/2009 | 2.50 | Review of materials |
| Hal Kennedy | 11/30/2009 | 3.00 | Call regarding M&A, review M&A analysis, call with jefco team, review transaction documents |
| **November 2009 Summary Hours for Hal Kennedy** | | **113.25** | |

| Name | Date | Hours | Description |
|---|---|---|---|
| *Leo Chang* | | | |
| Leo Chang | 11/3/2009 | 1.50 | Call with other professionals, material review |
| Leo Chang | 11/4/2009 | 1.00 | M&A Call |
| Leo Chang | 11/5/2009 | 1.00 | UCC call and related review of related materials |
| Leo Chang | 11/6/2009 | 0.50 | Communicate with JEF team members |
| Leo Chang | 11/9/2009 | 2.00 | Materials review |
| Leo Chang | 11/10/2009 | 1.50 | Communicate with JEF Team and M&A participant |
| Leo Chang | 11/11/2009 | 2.50 | Call with prospective M&A participant and Jefco Team members; call with other professionals |
| Leo Chang | 11/12/2009 | 4.50 | UCC call, review materials, correspondence |
| Leo Chang | 11/13/2009 | 1.50 | Communication with other professionals, Jefco Team and counsel |
| Leo Chang | 11/15/2009 | 0.50 | Communication with Jefco and counsel |
| Leo Chang | 11/16/2009 | 5.00 | Review M&A analysis/documents and UCC presentation, M&A auction prep and related communication |
| Leo Chang | 11/18/2009 | 3.00 | Review M&A documents; call with other professionals re: M&A issues |
| Leo Chang | 11/19/2009 | 4.50 | UCC call and related M&A document review and communication with JEF team and bid analysis |
| Leo Chang | 11/20/2009 | 17.25 | Attend auction |
| Leo Chang | 11/22/2009 | 3.00 | Follow-up with Team, other professionals to review auction |
| Leo Chang | 11/23/2009 | 2.50 | Meet with Jefco Team; business unit issues and communication with other professionals |
| Leo Chang | 11/24/2009 | 1.50 | Review M&A documents, bidder letters/correspondence |
| Leo Chang | 11/25/2009 | 2.50 | UCC call and related prep, review UCC presentation and analysis |
| Leo Chang | 11/27/2009 | 1.00 | Review filings and communications |
| Leo Chang | 11/29/2009 | 1.25 | Review of materials |
| Leo Chang | 11/30/2009 | 1.00 | Call regarding M&A, review M&A analysis, call with jefco team, review transaction documents |
| **November 2009 Summary Hours for Leo Chang** | | **59.00** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 11/2/2009 | 2.00 | Reviewed Materials |
| Gaurav Kittur | 11/3/2009 | 1.00 | Call with other professionals |
| Gaurav Kittur | 11/4/2009 | 3.00 | M&A Call & Professionals, Reviewed Materials |
| Gaurav Kittur | 11/5/2009 | 3.25 | Committee Call, Reviewed Materials |
| Gaurav Kittur | 11/10/2009 | 3.50 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 11/11/2009 | 4.00 | M&A Call & Professionals, Reviewed Bid Materials |
| Gaurav Kittur | 11/12/2009 | 2.50 | Committee Call, Reviewed Materials |
| Gaurav Kittur | 11/13/2009 | 3.00 | Reviewed business unit Materials, Calls |
| Gaurav Kittur | 11/16/2009 | 2.25 | Reviewed business unit Materials |
| Gaurav Kittur | 11/17/2009 | 4.00 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 11/18/2009 | 5.50 | M&A Call & Professionals, Reviewed Materials |
| Gaurav Kittur | 11/19/2009 | 5.00 | Committee & business unit Calls, Reviewed Materials |
| Gaurav Kittur | 11/20/2009 | 18.00 | business unit Auction Calls, Reviewed Materials |
| Gaurav Kittur | 11/21/2009 | 17.50 | business unit Auction (including travel) |
| Gaurav Kittur | 11/22/2009 | 8.00 | business unit Auction Calls, Reviewed Materials |
| Gaurav Kittur | 11/23/2009 | 3.00 | business unit Discussion, Reviewed Materials |
| Gaurav Kittur | 11/24/2009 | 2.25 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 11/25/2009 | 3.00 | UCC call, Reviewed Materials |
| Gaurav Kittur | 11/30/2009 | 1.50 | Call with other professionals, Reviewed Materials |
| **November 2009 Summary Hours for Gaurav Kittur** | | **92.25** | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 11/2/2009 | 3.00 | Reviewed materials, administrative work |
| Paul Zangrilli | 11/3/2009 | 1.00 | Call with other professionals |
| Paul Zangrilli | 11/4/2009 | 3.50 | M&A call & professionals, reviewed bid materials |
| Paul Zangrilli | 11/5/2009 | 3.50 | Committee call, reviewed materials |
| Paul Zangrilli | 11/10/2009 | 4.50 | Call with other professionals, reviewed bid materials |
| Paul Zangrilli | 11/11/2009 | 5.00 | M&A call & professionals, reviewed bid materials |
| Paul Zangrilli | 11/12/2009 | 2.50 | Committee call, reviewed materials |
| Paul Zangrilli | 11/13/2009 | 3.50 | Reviewed business unit materials |
| Paul Zangrilli | 11/16/2009 | 2.50 | Reviewed business unit materials |
| Paul Zangrilli | 11/17/2009 | 4.00 | Call with other professionals, reviewed materials |
| Paul Zangrilli | 11/18/2009 | 4.00 | M&A call & professionals, reviewed materials |
| Paul Zangrilli | 11/19/2009 | 5.00 | Committee & business unit calls, reviewed materials |
| Paul Zangrilli | 11/20/2009 | 18.00 | Attended business unit auction (includes travel) |
| Paul Zangrilli | 11/21/2009 | 17.50 | Attended business unit auction (includes travel) |
| Paul Zangrilli | 11/22/2009 | 12.50 | Attended business unit auction (includes travel) |
| Paul Zangrilli | 11/23/2009 | 2.50 | business unit discussion, reviewed materials, administrative |
| Paul Zangrilli | 11/24/2009 | 10.00 | business unit auction and related travel, reviewed materials |
| **November 2009 Summary Hours for Paul Zangrilli** | | **102.50** | |
| *Cary Verasco* | | | |
| Cary Verasco | 11/2/2009 | 1.00 | Review analysis, various correspondence |
| Cary Verasco | 11/3/2009 | 2.50 | Review materials, various correspondence, call with other Committee advisors |
| Cary Verasco | 11/4/2009 | 2.00 | Call with creditor, Committee call, call with counsel |
| Cary Verasco | 11/6/2009 | 0.50 | Call with various professionals, various correspondence |
| Cary Verasco | 11/9/2009 | 0.50 | Various correspondence, call with counsel |
| Cary Verasco | 11/10/2009 | 0.50 | Various correspondence |
| Cary Verasco | 11/11/2009 | 1.00 | Various correspondence, call with other Committee advisors |
| Cary Verasco | 11/12/2009 | 1.50 | Review materials, various correspondence, Committee call |
| Cary Verasco | 11/13/2009 | 1.00 | Various correspondence, call with various other professionals |
| Cary Verasco | 11/16/2009 | 2.00 | Review materials, various correspondence, update materials |
| Cary Verasco | 11/17/2009 | 2.50 | Review materials, call with various other professionals, various correspondence |
| Cary Verasco | 11/18/2009 | 5.00 | Review materials, various correspondence, prepare materials, call with other Committee advisors, update materials |
| Cary Verasco | 11/19/2009 | 4.00 | Various correspondence, Committee call, call with Company advisor |
| Cary Verasco | 11/20/2009 | 15.00 | Attend auction and related travel |
| Cary Verasco | 11/21/2009 | 4.00 | Attend auction and related travel |
| Cary Verasco | 11/22/2009 | 10.00 | Attend auction and related travel |
| Cary Verasco | 11/23/2009 | 4.50 | Various correspondence, prepare analysis, calls with other professionals, prepare materials |
| Cary Verasco | 11/24/2009 | 8.50 | Attend auction and related travel, call with other Committee advisors, update materials, various correspondence, review mater |
| Cary Verasco | 11/25/2009 | 2.00 | Various correspondence, Committee call |
| Cary Verasco | 11/28/2009 | 1.00 | Review materials, various correspondence |
| Cary Verasco | 11/30/2009 | 2.00 | Various correspondence, update materials, review materials |
| **November 2009 Summary Hours for Cary Verasco** | | **71.00** | |

19

*Gene Chen*

| Name | Date | Hours | Description |
|---|---|---|---|
| Gene Chen | 11/2/2009 | 4.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 11/3/2009 | 1.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 11/3/2009 | 1.00 | Nortel - Professionals pre-call |
| Gene Chen | 11/3/2009 | 1.00 | Nortel - Call with other professionals |
| Gene Chen | 11/5/2009 | 1.50 | Nortel - Weekly UCC call |
| Gene Chen | 11/6/2009 | 3.00 | Nortel - Call with other professionals |
| Gene Chen | 11/10/2009 | 0.50 | Nortel - M&A related call, |
| Gene Chen | 11/10/2009 | 1.00 | Nortel - Internal Jefferies call, various correspondence |
| Gene Chen | 11/10/2009 | 1.00 | Nortel - Call with other professionals |
| Gene Chen | 11/11/2009 | 2.00 | Nortel - Prepare M&A analysis, Review materials |
| Gene Chen | 11/11/2009 | 1.50 | Nortel - Professionals pre-call |
| Gene Chen | 11/13/2009 | 1.00 | Nortel - Preparation of analysis |
| Gene Chen | 11/15/2009 | 2.00 | Nortel - Preparation of analysis |
| Gene Chen | 11/16/2009 | 8.00 | Nortel - Preparation of analysis |
| Gene Chen | 11/17/2009 | 3.00 | Nortel - Multiple M&A related calls, Review m&a materials received |
| Gene Chen | 11/17/2009 | 1.00 | Nortel - Review M&A related materials |
| Gene Chen | 11/18/2009 | 1.00 | Nortel - M&A analysis, Review materials |
| Gene Chen | 11/18/2009 | 1.00 | Nortel - M&A call |
| Gene Chen | 11/18/2009 | 2.50 | Nortel - Professionals pre-call, M&A analysis Review materials |
| Gene Chen | 11/19/2009 | 3.50 | Nortel - UCC weekly call, M&A related call, Review material, various correspondence |
| Gene Chen | 11/20/2009 | 1.00 | Nortel - M&A analysis, Review materials |
| Gene Chen | 11/23/2009 | 1.00 | Nortel - M&A related call, various correspondence |
| Gene Chen | 11/24/2009 | 1.00 | Nortel - Professionals pre-call |
| Gene Chen | 11/24/2009 | 1.00 | Nortel - Call with other professionals |
| Gene Chen | 11/24/2009 | 1.00 | Nortel - M&A analysis, preparation of materials to UCC |
| Gene Chen | 11/25/2009 | 2.00 | Nortel - Weekly UCC call |
| Gene Chen | 11/25/2009 | 1.00 | Nortel - Administrative work |
| Gene Chen | 11/25/2009 | 1.00 | Nortel - Administrative work |
| Gene Chen | 11/30/2009 | 1.00 | Nortel - Call regarding M&A |
| Gene Chen | 11/30/2009 | 2.00 | Nortel - Call regarding M&A, M&A related analysis |
| **November 2009 Summary Hours for Gene Chen** | | **52.50** | |

*Ryan Stuckert*

| Name | Date | Hours | Description |
|---|---|---|---|
| Ryan Stuckert | 11/2/2009 | 4.00 | Prepared Valuation Materials, Administrative |
| Ryan Stuckert | 11/3/2009 | 1.00 | Call with other professionals |
| Ryan Stuckert | 11/4/2009 | 3.50 | M&A Call & Professionals, Prepared Bid Materials |
| Ryan Stuckert | 11/5/2009 | 3.75 | Committee Call, Prepared Bid Materials |
| Ryan Stuckert | 11/10/2009 | 5.00 | Call with other professionals, Prepared Bid Materials |
| Ryan Stuckert | 11/11/2009 | 5.75 | M&A Call & Professionals, Prepared Bid Materials |
| Ryan Stuckert | 11/12/2009 | 2.50 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 11/13/2009 | 4.00 | Administrative, Reviewed Bid Materials |
| Ryan Stuckert | 11/16/2009 | 2.50 | Administrative, Reviewed Bid Materials |
| Ryan Stuckert | 11/17/2009 | 5.00 | Administrative, business unit Call |
| Ryan Stuckert | 11/18/2009 | 4.00 | M&A Call & Professionals, Reviewed Materials |
| Ryan Stuckert | 11/19/2009 | 5.00 | Committee & business unit Calls, Reviewed Materials |
| Ryan Stuckert | 11/20/2009 | 2.00 | business unit Calls, Reviewed Materials, Administrative Work |
| Ryan Stuckert | 11/21/2009 | 1.00 | business unit Calls, Reviewed Materials, Administrative Work |
| Ryan Stuckert | 11/22/2009 | 3.00 | business unit Calls, Reviewed Materials, Administrative Work |
| Ryan Stuckert | 11/23/2009 | 3.00 | business unit Discussion Calls, Reviewed Materials, Administrative Work |
| Ryan Stuckert | 11/24/2009 | 3.50 | Call with other professionals, Reviewed Materials |
| Ryan Stuckert | 11/25/2009 | 4.00 | UCC Call, Administrative Work |
| Ryan Stuckert | 11/30/2009 | 1.00 | Call with other professionals |
| **November 2009 Summary Hours for Ryan Stuckert** | | **63.50** | |

*Blair Morrison*

| Name | Date | Hours | Description |
|---|---|---|---|
| Blair Morrison | 11/2/2009 | 5.00 | Review materials, preparation of materials |
| Blair Morrison | 11/3/2009 | 3.00 | Review materials, review correspondence, Professionals pre-call |
| Blair Morrison | 11/4/2009 | 2.00 | Weekly Cashflow call, review correspondence, preparation of materials |
| Blair Morrison | 11/5/2009 | 2.00 | Weekly UCC call, review materials |
| Blair Morrison | 11/6/2009 | 5.00 | Call with other professionals, review materials |
| Blair Morrison | 11/9/2009 | 0.50 | Review materials |
| Blair Morrison | 11/10/2009 | 3.00 | Review materials, Call with other professionals |
| Blair Morrison | 11/11/2009 | 2.00 | Review materials, professionals pre-call |
| Blair Morrison | 11/12/2009 | 2.00 | Weekly committee call |
| Blair Morrison | 11/13/2009 | 2.00 | Preparation of analysis, review of materials, correspondence |
| Blair Morrison | 11/15/2009 | 1.00 | Preparation of analysis |
| Blair Morrison | 11/16/2009 | 3.00 | Preparation of analysis, review of materials |
| Blair Morrison | 11/17/2009 | 4.00 | Multiple M&A related calls, Review m&a materials |
| Blair Morrison | 11/18/2009 | 3.00 | Prepared materials, weekly professionals call, CF call |
| Blair Morrison | 11/19/2009 | 3.00 | Review materials, UCC weekly call, M&A related call |
| Blair Morrison | 11/20/2009 | 18.00 | Business unit auction, includes travel time |
| Blair Morrison | 11/21/2009 | 17.50 | Business unit auction, includes travel time |
| Blair Morrison | 11/22/2009 | 12.00 | Business unit auction, includes travel time |
| Blair Morrison | 11/23/2009 | 2.00 | M&A related call, review of materials, related correspondence |
| Blair Morrison | 11/24/2009 | 3.00 | Professionals pre-call, analysis and material preparation |
| Blair Morrison | 11/25/2009 | 2.00 | Review materials |
| Blair Morrison | 11/25/2009 | 2.00 | Weekly UCC call, review materials |
| Blair Morrison | 11/30/2009 | 2.50 | Call with other professionals, review of related correspondence |
| **November 2009 Summary Hours for Blair Morrison** | | **99.50** | |

*Natalie Mayslich*

| Name | Date | Hours | Description |
|---|---|---|---|
| Natalie Mayslich | 11/2/2009 | 4.00 | Prepared Valuation Materials, Administrative |
| Natalie Mayslich | 11/3/2009 | 1.00 | Call with other professionals |
| Natalie Mayslich | 11/4/2009 | 3.50 | M&A Call & Professionals, Prepared Bid Materials |
| Natalie Mayslich | 11/5/2009 | 3.75 | Committee Call, Prepared Bid Materials |
| Natalie Mayslich | 11/10/2009 | 5.00 | Call with other professionals, Prepared Bid Materials |
| Natalie Mayslich | 11/11/2009 | 5.75 | M&A Call & Professionals, Prepared materials |
| Natalie Mayslich | 11/12/2009 | 2.50 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 11/13/2009 | 4.25 | Reviewed business unit Materials, Administrative |
| Natalie Mayslich | 11/16/2009 | 2.75 | Reviewed business unit Materials, Administrative |
| Natalie Mayslich | 11/17/2009 | 5.00 | Call with other professionals, Prepared Materials |
| Natalie Mayslich | 11/18/2009 | 4.00 | M&A Call & Professionals, Reviewed Materials |
| Natalie Mayslich | 11/19/2009 | 5.00 | Committee & business unit Calls, Prepared Materials |
| Natalie Mayslich | 11/20/2009 | 3.00 | business unit Calls, Administrative |
| Natalie Mayslich | 11/21/2009 | 1.50 | business unit Calls, Administrative |
| Natalie Mayslich | 11/22/2009 | 4.00 | business unit Calls, Administrative |
| Natalie Mayslich | 11/23/2009 | 3.00 | business unit Discussion Calls, Administrative |
| Natalie Mayslich | 11/24/2009 | 11.50 | business unit auction, Call with other professionals, Prepared Materials |
| Natalie Mayslich | 11/25/2009 | 3.00 | UCC Call, Administrative |
| Natalie Mayslich | 11/30/2009 | 2.50 | Call with other professionals |
| **November 2009 Summary Hours for Natalie Mayslich** | | **75.00** | |