IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF MOTION RECORD FILED IN THE <u>CANADIAN PROCEEDINGS</u>

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on January 19, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Proceedings**"), by its undersigned counsel, filed in the above-captioned cases the Motion Record of the Applicants filed in the Canadian Proceedings in support of the Canadian Nortel Group's motion to approve various agreements and extensions, including but not limited to the Canadian Funding Agreement, the NNI Loan Agreement Extension, the thirteenth extension of the Canadian GSPA, and extension of the stay period (the "**Motion Record**"). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on January 21, 2010. A copy of the Motion Record is annexed hereto as <u>Exhibit A</u>.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion Record are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
January 19, 2010

        ALLEN & OVERY LLP

        Ken Coleman
        Lisa Kraidin
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone (212) 610-6300
        Facsimile (212) 610-6399
        ken.coleman@allenovery.com
        lisa.kraidin@allenovery.com

        -and-

        BUCHANAN INGERSOLL & ROONEY

        By: /s/ Mary F. Caloway
        Mary F. Caloway (No. 3059)
        Peter J. Duhig (No. 4124)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, Delaware 19801
        Telephone (302) 552-4200
        Facsimile (302) 552-4295
        mary.caloway@bipc.com

        Attorneys for Ernst & Young Inc., as Monitor
        and Foreign Representative of the Canadian Nortel
        Group