**EXHIBIT 1**

**REDACTED**

{00002203. }