## EXHIBIT 2

## REDACTED

{00002203. }