**EXHIBIT 3**

**REDACTED**

{00002203. }