IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**VERIFIED STATEMENT OF KELLEY DRYE & WARREN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Kelley Drye & Warren LLP ("KDW"), as counsel to the parties designated herein, in these jointly administered chapter 11 cases, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Names and Addresses of the Creditors Represented by KDW

KDW has been employed to represent the following creditors and parties-in-interest in these cases:

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| Tata America International Corporation<br>101 Park Avenue<br>New York, New York 10178 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tata Consultancy Services Limited<br>101 Park Avenue<br>New York, New York 10178 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Cypress Communications, Inc.<br>Four Piedmont Center<br>Suite 600<br>Atlanta GA 30305 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated | Pre-petition and Post-petition |
| Wipro Limited<br>75 Federal Street, 14th Floor<br>Boston, Massachusetts 02110 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |

KDW has fully advised the creditors/parties-in-interest with respect to these concurrent representations. Each of the parties has agreed to such representation and has requested that KDW represent them in these cases.

2. <u>Amount of Claims Owned by KDW</u>

KDW does not hold any claims against or hold any interest in the Debtors.

I, James S. Carr, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Date: January 19, 2010
New York, New York

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
James S. Carr (JC 1603)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897