IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Related to D. I. No. 2290** |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of January, 2010, a copy of the foregoing *Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession (Redacted)* was served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in these cases and upon the parties listed below by First Class Mail:

Lisa Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
*(Counsel to Debtors)*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street
Wilmington, DE 19801
*(Local Counsel to Debtors)*

Thomas Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
*(Counsel to the Official Committee of Unsecured Creditors)*

{00002192. }

| | |
|---|---|
| Mark D. Collins, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>*(Local Counsel to the Official Committee of Unsecured Creditors)* | Gary Pharrington, VP IT Operations<br>Branch Bank & Trust<br>2501 Wooten Boulevard<br>Wilson, NC 27893 |
| Steven Reisman, Esquire<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>*(Counsel to Flextronics International Usa, Inc.)* | |

                                                                                          /s/ Frederick B. Rosner