## EXHIBIT A

(PROPOSED ORDER)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**ORDER AUTHORIZING CYPRESS COMMUNICATIONS INC. TO FILE
UNDER SEAL (I) AN UNREDACTED VERSION OF THE OBJECTION
OF CYPRESS COMMUNICATIONS INC. TO THE TWENTY-SIXTH NOTICE
OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR
NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND
DEBTORS IN POSSESSION AND (II) CERTAIN EXHIBITS TO SUCH OBJECTION**

Upon the *Motion of Cypress Communications Inc. for an Order Authorizing It to File Under Seal (I) an Unredacted Version of the Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession and (II) Certain Exhibits to Such Objection* (the "Motion to Seal");[1] and it appearing that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding and this Motion to Seal in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv) no notice of the Motion to Seal is required pursuant to Bankruptcy Rule 9018; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion to Seal is granted; and it is further

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Motion to Seal.

{00002204. }NY01/KANED/1395717.1

ORDERED that Cypress is authorized to file the unredacted version of the Objection and the PLA Documents under seal, pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018; and it is further

ORDERED that Cypress shall only be required to serve unredacted copies of the Objection and the PLA Documents on counsel for the Debtors, counsel for the Committee and the United States Trustee upon (a) the prior written consent of NNI and (b) the written agreement by the receiving parties that the unredacted Objection and the PLA Documents shall be treated on a "professional eyes only" basis and shall be used only in connection with the Rejection Notice and the Objection; and it is further

ORDERED that the unredacted Objection and the PLA Documents shall remain under seal until further order of the Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
       January __, 2010

                                                                            UNITED STATES BANKRUPTCY JUDGE