## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 19th day of January, 2010, a copy of the foregoing *Motion of Cypress Communications Inc. for an Order Authorizing It to File Under Seal (I) An Unredacted Version of the Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession and (II) Certain Exhibits to Such Objection* was served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in these cases and upon the parties listed below by First Class Mail:

Lisa Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
*(Counsel to Debtors)*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street
Wilmington, DE 19801
*(Local Counsel to Debtors)*

Thomas Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
*(Counsel to the Official Committee of Unsecured Creditors)*

Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*(Local Counsel to the Official Committee of Unsecured Creditors)*

Gary Pharrington, VP IT Operations
Branch Bank & Trust
2501 Wooten Boulevard
Wilson, NC 27893

Steven Reisman, Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
*(Counsel to Flextronics International Usa, Inc.)*

/s/ Frederick B. Rosner

{00002204. }