**EXHIBIT C**

## DISBURSEMENT SUMMARY
## NOVEMBER 1 TO NOVEMBER 30, 2009
### (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $1,038.28 |
| Fax Charges | $ 6.50 |
| Library Computer Research | $1,286.84 |
| Long Distance Telephone Calls | $ 388.76 |
| Meals & Beverages | $ 566.86 |
| Parking | $ 21.02 |
| Photocopy Charges | $2,510.00 |
| Taxi Charges (Courier) | $ 668.20 |
| | |
| Total Taxable Disbursements | $6,486.46 |
| Total GST | 324.32 |
| Total Taxable Disbursements including Taxes | **$6,810.78 CDN.** |

7773553_1.DOC