# EXHIBIT D

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009
Invoice #: 2729231
Page 48 of 55

### DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 01/11/09 | Telephone;12126499596;New YorkNY;TO47 | 1 | 1.02 |
| 01/11/09 | Laser Copy;MATHESON | 25 | 2.50 |
| 01/11/09 | Laser Copy;BEAIRSTO | 13 | 1.30 |
| 02/11/09 | "eCarswell/HETU,JARVIS" | 1 | 36.75 |
| 02/11/09 | Telephone;12126983409;New YorkNY;TO45 | 1 | 11.73 |
| 02/11/09 | "eCarswell/COLVIN,IAN" | 1 | 1.75 |
| 02/11/09 | "eCarswell/HETU,JARVIS" | 1 | 61.25 |
| 02/11/09 | Laser Copy;MATHESON | 39 | 3.90 |
| 02/11/09 | Laser Copy;MattesL | 124 | 12.40 |
| 02/11/09 | Laser Copy;HETU, Jarvis | 25 | 2.50 |
| 02/11/09 | Laser Copy;KAPLAN M | 162 | 16.20 |
| 02/11/09 | Laser Copy;NELSON M | 762 | 76.20 |
| 02/11/09 | Laser Copy;CHUNG G | 201 | 20.10 |
| 02/11/09 | Laser Copy;MacFarlaneA | 181 | 18.10 |
| 02/11/09 | Laser Copy;Vincent-DunlopT | 41 | 4.10 |
| 02/11/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 51.35 |
| 03/11/09 | ECarswell Online Search | 1 | 179.50 |
| 03/11/09 | Photocopy;MattesL | 11 | 1.10 |
| 03/11/09 | Laser Copy;MacFarlaneA | 96 | 9.60 |
| 03/11/09 | Laser Copy;MattesL | 310 | 31.00 |
| 03/11/09 | Laser Copy;MCDONALA | 62 | 6.20 |
| 03/11/09 | Laser Copy;NELSON M | 77 | 7.70 |
| 03/11/09 | Laser Copy;NORTH, Alexandra | 2 | 0.20 |
| 03/11/09 | Laser Copy;PAUL S | 35 | 3.50 |
| 03/11/09 | Laser Copy;KAPLAN M | 37 | 3.70 |
| 03/11/09 | Laser Copy;KUKULOWI | 11 | 1.10 |
| 03/11/09 | Photocopy;NELSON M | 90 | 9.00 |
| 03/11/09 | Photocopy;MattesL | 10 | 1.00 |
| 04/11/09 | Laser Copy;KAPLAN M | 19 | 1.90 |
| 04/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 107.25 |
| 04/11/09 | Photocopy;WONGLEES | 74 | 7.40 |
| 04/11/09 | Laser Copy;NORTH, Alexandra | 54 | 5.40 |
| 04/11/09 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 04/11/09 | Laser Copy;MattesL | 101 | 10.10 |
| 04/11/09 | Laser Copy;GOUGEON | 39 | 3.90 |
| 04/11/09 | Laser Copy;GRIEF J | 9 | 0.90 |
| 05/11/09 | Parking at FCP for M. Wunder on Nov. 1/09; 2009-11-1 | 1 | 9.56 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 49 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 05/11/09 | Telephone;12128721055;New YorkNY;TO45 | 1 | 7.65 |
| 05/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 23.75 |
| 05/11/09 | "eCarswell/HETU,JARVIS" | 1 | 26.25 |
| 05/11/09 | ECarswell Online Search | 1 | 14.00 |
| 05/11/09 | Laser Copy;Vincent-DunlopT | 5 | 0.50 |
| 05/11/09 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 05/11/09 | Laser Copy;NELSON M | 161 | 16.10 |
| 05/11/09 | Laser Copy;NORTH, Alexandra | 22 | 2.20 |
| 05/11/09 | Laser Copy;GOUGEON | 42 | 4.20 |
| 05/11/09 | Laser Copy;GRIEF J | 11 | 1.10 |
| 05/11/09 | Laser Copy;MacFarlaneA | 41 | 4.10 |
| 05/11/09 | Laser Copy;MattesL | 279 | 27.90 |
| 05/11/09 | Laser Copy;KAPLAN M | 56 | 5.60 |
| 05/11/09 | Laser Copy;KUKULOWI | 5 | 0.50 |
| 05/11/09 | Telephone;12128721055;New YorkNY;TO45 | 1 | 1.02 |
| 06/11/09 | Telephone;17028661700;Las VegaNV;WUNDER M | 1 | 1.68 |
| 06/11/09 | ECarswell Online Search | 1 | 35.00 |
| 06/11/09 | "Quick Law/HETU, JARVIS" | 1 | 49.77 |
| 06/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 3.50 |
| 06/11/09 | Laser Copy;HETU, Jarvis | 463 | 46.30 |
| 06/11/09 | Laser Copy;DUNSMUIM | 1241 | 124.10 |
| 06/11/09 | Laser Copy;NORTH, Alexandra | 38 | 3.80 |
| 06/11/09 | Laser Copy;KAPLAN M | 38 | 3.80 |
| 06/11/09 | Laser Copy;KUKULOWI | 2 | 0.20 |
| 06/11/09 | Laser Copy;MacFarlaneA | 52 | 5.20 |
| 06/11/09 | Laser Copy;MattesL | 246 | 24.60 |
| 06/11/09 | Laser Copy;MCDONALA | 981 | 98.10 |
| 06/11/09 | Photocopy;MattesL | 2 | 0.20 |
| 06/11/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 96.88 |
| 06/11/09 | Fax;17028661700;Las VegaNV;WUNDER M | 5 | 1.25 |
| 06/11/09 | ECarswell Online Search | 1 | 43.75 |
| 07/11/09 | Laser Copy;MacFarlaneA | 94 | 9.40 |
| 08/11/09 | Laser Copy;Vincent-DunlopT | 39 | 3.90 |
| 08/11/09 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 09/11/09 | Laser Copy;MattesL | 306 | 30.60 |
| 09/11/09 | Laser Copy;NELSON M | 868 | 86.80 |
| 09/11/09 | Laser Copy;PICARD M | 2 | 0.20 |
| 09/11/09 | Laser Copy;HETU, Jarvis | 89 | 8.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 50 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/11/09 | Laser Copy;KAPLAN M | 185 | 18.50 |
| 09/11/09 | Laser Copy;MacFarlaneA | 194 | 19.40 |
| 09/11/09 | Laser Copy;DUNSMUIM | 45 | 4.50 |
| 09/11/09 | Laser Copy;BEAIRSTO | 80 | 8.00 |
| 10/11/09 | Laser Copy;NELSON M | 501 | 50.10 |
| 10/11/09 | Laser Copy;MATHESON | 5 | 0.50 |
| 10/11/09 | Laser Copy;MattesL | 40 | 4.00 |
| 10/11/09 | Laser Copy;HETU, Jarvis | 42 | 4.20 |
| 10/11/09 | Laser Copy;DUNSMUIM | 1 | 0.10 |
| 10/11/09 | Laser Copy;BEAIRSTO | 59 | 5.90 |
| 10/11/09 | Laser Copy;NORTH, Alexandra | 3 | 0.30 |
| 10/11/09 | Laser Copy;KAPLAN M | 17 | 1.70 |
| 10/11/09 | Laser Copy;MacFarlaneA | 10 | 1.00 |
| 11/11/09 | ECarswell Online Search/Jarvis Hetu | 1 | 10.50 |
| 11/11/09 | Laser Copy;MattesL | 198 | 19.80 |
| 11/11/09 | Laser Copy;DUNSMUIM | 397 | 39.70 |
| 11/11/09 | Laser Copy;NELSON M | 593 | 59.30 |
| 11/11/09 | Laser Copy;PICARD M | 12 | 1.20 |
| 11/11/09 | Photocopy;GOUGEON | 16 | 1.60 |
| 11/11/09 | Photocopy;NELSON M | 69 | 6.90 |
| 11/11/09 | Telephone;17192347615;ColoradoCO; TO44 | 1 | 8.96 |
| 11/11/09 | Laser Copy;GOUGEON | 46 | 4.60 |
| 11/11/09 | Laser Copy;MacFarlaneA | 225 | 22.50 |
| 11/11/09 | Laser Copy;MATHESON | 7 | 0.70 |
| 12/11/09 | Laser Copy;MacFarlaneA | 118 | 11.80 |
| 12/11/09 | Laser Copy;DUNSMUIM | 149 | 14.90 |
| 12/11/09 | Laser Copy;NELSON M | 815 | 81.50 |
| 12/11/09 | Laser Copy;HETU, Jarvis | 345 | 34.50 |
| 12/11/09 | Laser Copy;KAPLAN M | 212 | 21.20 |
| 12/11/09 | Telephone;12128721063;New YorkNY;TO45 | 1 | 1.02 |
| 12/11/09 | ECarswell Online Search/Jarvis Hetu | 1 | 120.75 |
| 12/11/09 | Laser Copy;MATHESON | 2 | 0.20 |
| 12/11/09 | Laser Copy;MattesL | 529 | 52.90 |
| 12/11/09 | Laser Copy;BEAIRSTO | 2 | 0.20 |
| 12/11/09 | Laser Copy;HAHNJ | 404 | 40.40 |
| 12/11/09 | Telephone;12128721063;New YorkNY;TO45 | 1 | 0.51 |
| 12/11/09 | Telephone;12122252136;New YorkNY;TO45 | 1 | 2.55 |
| 13/11/09 | Laser Copy;MacFarlaneA | 31 | 3.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 51 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/11/09 | Telephone;13026517699;WilmingtDE; TO47 | 1 | 0.51 |
| 13/11/09 | Laser Copy;MattesL | 172 | 17.20 |
| 13/11/09 | Laser Copy;GOUGEON | 96 | 9.60 |
| 13/11/09 | Laser Copy;KAPLAN M | 44 | 4.40 |
| 13/11/09 | Laser Copy;HETU, Jarvis | 124 | 12.40 |
| 13/11/09 | Laser Copy;DUNSMUIM | 15 | 1.50 |
| 13/11/09 | Laser Copy;NELSON M | 441 | 44.10 |
| 13/11/09 | ECarswell Online Search/Jarvis Hetu | 1 | 17.50 |
| 13/11/09 | Telephone;12128721063;New YorkNY;TO45 | 1 | 1.02 |
| 13/11/09 | Telephone;12128721063;New YorkNY;TO45 | 1 | 0.51 |
| 15/11/09 | ECarswell Online Search/Jarvis Hetu | 1 | 147.50 |
| 15/11/09 | Laser Copy;MacFarlaneA | 31 | 3.10 |
| 15/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 16/11/09 | "eCarswell/HETU,JARVIS" | 1 | 30.25 |
| 16/11/09 | Laser Copy;NELSON M | 258 | 25.80 |
| 16/11/09 | Laser Copy;MacFarlaneA | 162 | 16.20 |
| 16/11/09 | Laser Copy;GRASSI J | 2 | 0.20 |
| 16/11/09 | Laser Copy;HETU, Jarvis | 119 | 11.90 |
| 16/11/09 | Laser Copy;GOUGEON | 5 | 0.50 |
| 16/11/09 | Laser Copy;KAPLAN M | 79 | 7.90 |
| 16/11/09 | Telephone;13125658000;Chicago IL;TO47 | 1 | 0.54 |
| 16/11/09 | Telephone;12128721063;New YorkNY;TO44 | 1 | 5.10 |
| 16/11/09 | Meals and Beverages - Saisons Restaurant & Catering 2009-0050 M MacFarlane/S Kukulowicz/M Wunder/M. Kaplan/J. Hetu/working breakfast (Oct 22, 2009) | 1 | 92.34 |
| 17/11/09 | Laser Copy;KAPLAN M | 195 | 19.50 |
| 17/11/09 | Meals and Beverages - Maxim 116057 A MacFarlane/M Kaplan/S Kukulowicz/M Wunder/Working Lunch (Oct 1, 2009) | 1 | 78.03 |
| 17/11/09 | "eCarswell/HETU,JARVIS" | 1 | 8.75 |
| 17/11/09 | Laser Copy;MacFarlaneA | 15 | 1.50 |
| 17/11/09 | Laser Copy;NORTH, Alexandra | 13 | 1.30 |
| 17/11/09 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 17/11/09 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 17/11/09 | Laser Copy;HETU, Jarvis | 95 | 9.50 |
| 17/11/09 | Laser Copy;NELSON M | 489 | 48.90 |
| 17/11/09 | Telephone;12125305537;New YorkNY;TO45 | 1 | 0.51 |
| 17/11/09 | Telephone;12122455000;New YorkNY;TO45 | 1 | 1.02 |
| 17/11/09 | Meals and Beverages - Maxim 116367 A MacFarlane/S Kukulowicz/M Wunder/M. Kaplan/J. Hetu/T. O'Rahilly/R. Matheson/M. Little/Working Lunch (Oct 22, 2009) | 1 | 174.58 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 52 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/11/09 | Laser Copy;MattesL | 864 | 86.40 |
| 18/11/09 | Taxi for M. Wunder from Eglinton to FCP on Nov. 15/09; 2009-11-15 | 1 | 23.81 |
| 18/11/09 | Laser Copy;LEGAULT | 28 | 2.80 |
| 18/11/09 | "eCarswell/HETU,JARVIS" | 1 | 94.00 |
| 18/11/09 | Laser Copy;MacFarlaneA | 25 | 2.50 |
| 18/11/09 | Laser Copy;DUNSMUIM | 11 | 1.10 |
| 18/11/09 | Laser Copy;GOUGEON | 476 | 47.60 |
| 18/11/09 | Laser Copy;HETU, Jarvis | 207 | 20.70 |
| 18/11/09 | Laser Copy;NELSON M | 190 | 19.00 |
| 18/11/09 | Laser Copy;NORTH, Alexandra | 9 | 0.90 |
| 18/11/09 | Laser Copy;BEAIRSTO | 6 | 0.60 |
| 18/11/09 | Photocopy;NELSON M | 350 | 35.00 |
| 18/11/09 | Laser Copy;KAPLAN M | 120 | 12.00 |
| 18/11/09 | Photocopy;Amaral, Rui | 40 | 4.00 |
| 18/11/09 | Photocopy;HETU, Jarvis | 2 | 0.20 |
| 18/11/09 | Laser Copy;MATHESON | 98 | 9.80 |
| 19/11/09 | Laser Copy;GOUGEON | 20 | 2.00 |
| 19/11/09 | Photocopy;MCDONALA | 116 | 11.60 |
| 19/11/09 | Laser Copy;LEGAULT | 11 | 1.10 |
| 19/11/09 | Laser Copy;MacFarlaneA | 98 | 9.80 |
| 19/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 1.75 |
| 19/11/09 | Laser Copy;NELSON M | 276 | 27.60 |
| 19/11/09 | Laser Copy;NORTH, Alexandra | 12 | 1.20 |
| 19/11/09 | Laser Copy;YING C | 393 | 39.30 |
| 19/11/09 | Laser Copy;DUNSMUIM | 62 | 6.20 |
| 19/11/09 | Laser Copy;MattesL | 279 | 27.90 |
| 19/11/09 | Laser Copy;KAPLAN M | 45 | 4.50 |
| 19/11/09 | Photocopy;YING C | 3 | 0.30 |
| 19/11/09 | Photocopy;YING C | 21 | 2.10 |
| 19/11/09 | Telephone;19178592835;New YorkNY;TO45 | 1 | 0.51 |
| 20/11/09 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 20/11/09 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 20/11/09 | Photocopy;MattesL | 5 | 0.50 |
| 20/11/09 | Laser Copy;WARD N | 238 | 23.80 |
| 20/11/09 | Telephone;12125547840;New YorkNY;TO47 | 1 | 2.04 |
| 20/11/09 | Laser Copy;MattesL | 178 | 17.80 |
| 20/11/09 | Laser Copy;DUNSMUIM | 60 | 6.00 |
| 22/11/09 | Laser Copy;MATHESON | 11 | 1.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 53 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/11/09 | Long-distance call from Phoenix, AZ to Toronto (Nortel); 2009-10-8 | 1 | 1.62 |
| 23/11/09 | Laser Copy;GOUGEON | 11 | 1.10 |
| 23/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 23/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 23/11/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 23/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 23/11/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 23/11/09 | Laser Copy;KAPLAN M | 46 | 4.60 |
| 23/11/09 | Laser Copy;MacFarlaneA | 11 | 1.10 |
| 23/11/09 | Meals and Beverages - Maxim /A MacFarlane, S Kukulowicz, M Wunder-Nov. 2/09-8people/Inv. 116511 | 1 | 127.01 |
| 23/11/09 | Meals and Beverages - Maxim /A MacFarlane, S Kukulwicz, M .Wunder/M. Kaplan/Working Lunch (Nov 2, 2009) | 1 | 61.34 |
| 23/11/09 | Laser Copy;MattesL | 70 | 7.00 |
| 23/11/09 | Photocopy;YING C | 5 | 0.50 |
| 23/11/09 | Taxi to Waterfront; 2009-10-26 | 1 | 13.33 |
| 23/11/09 | Water taxi to home; 2009-11-3 | 1 | 33.33 |
| 23/11/09 | Taxi cab from Court to office; 2009-11-12 | 1 | 7.62 |
| 23/11/09 | Taxi cab from FMC meet Akin Gump Lawyers; 2009-10-26 | 1 | 6.67 |
| 23/11/09 | Water taxi to home; 2009-10-26 | 1 | 33.33 |
| 23/11/09 | Incoming long-distance call from Toronto to Phoenix, AZ; 2009-10-8 | 1 | 36.00 |
| 23/11/09 | Incoming long-distance call from Toronto to Phoenix, AZ (Nortel); 2009-10-8 | 1 | 7.20 |
| 23/11/09 | Long-distance call from New York to Toronto (Nortel); 2009-10-9 | 1 | 17.87 |
| 24/11/09 | Laser Copy;NORTH, Alexandra | 5 | 0.50 |
| 24/11/09 | Laser Copy;NELSON M | 152 | 15.20 |
| 24/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 60.75 |
| 24/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 7.50 |
| 24/11/09 | Photocopy;HETU, Jarvis | 4 | 0.40 |
| 24/11/09 | Laser Copy;MattesL | 122 | 12.20 |
| 24/11/09 | Laser Copy;MattesL | 6 | 0.60 |
| 24/11/09 | "Quick Law/NORTH, ALEXANDRA" | 1 | 73.47 |
| 24/11/09 | Laser Copy;MattesL | 3 | 0.30 |
| 24/11/09 | Laser Copy;KAPLAN M | 15 | 1.50 |
| 24/11/09 | Laser Copy;MacFarlaneA | 50 | 5.00 |
| 24/11/09 | Laser Copy;MattesL | 529 | 52.90 |
| 24/11/09 | Laser Copy;GOUGEON | 1 | 0.10 |
| 24/11/09 | Laser Copy;HETU, Jarvis | 9 | 0.90 |
| 24/11/09 | Telephone;12126495133;New YorkNY;TO47 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 54 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/11/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 24/11/09 | Telephone;13026517845;WilmingtDE; TO47 | 1 | 0.51 |
| 24/11/09 | Telephone;12128721063;New YorkNY;TO44 | 1 | 0.51 |
| 24/11/09 | Telephone;12122256013;New YorkNY;TO44 | 1 | 0.51 |
| 25/11/09 | Meals and Beverages - Restaurants On The Go /Working Dinner/J. Hetu (Nov 18, 2009) | 1 | 25.61 |
| 25/11/09 | Laser Copy;MacFarlaneA | 238 | 23.80 |
| 25/11/09 | Laser Copy;MattesL | 169 | 16.90 |
| 25/11/09 | Laser Copy;MattesL | 13 | 1.30 |
| 25/11/09 | Laser Copy;MattesL | 18 | 1.80 |
| 25/11/09 | Photocopy;MattesL | 2 | 0.20 |
| 25/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 7.50 |
| 25/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 18.50 |
| 25/11/09 | Laser Copy;KAPLAN M | 34 | 3.40 |
| 25/11/09 | Laser Copy;NELSON M | 372 | 37.20 |
| 25/11/09 | Laser Copy;NORTH, Alexandra | 15 | 1.50 |
| 25/11/09 | Telephone;12128721063;New YorkNY;TO47 | 1 | 5.61 |
| 25/11/09 | Laser Copy;Vincent-DunlopT | 10 | 1.00 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 3.57 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 3.06 |
| 26/11/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 7.65 |
| 26/11/09 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 26/11/09 | Laser Copy;MattesL | 444 | 44.40 |
| 26/11/09 | Laser Copy;NELSON M | 174 | 17.40 |
| 26/11/09 | Laser Copy;PAUL S | 4 | 0.40 |
| 27/11/09 | Laser Copy;NORTH, Alexandra | 67 | 6.70 |
| 27/11/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 54.25 |
| 27/11/09 | M Picard/Bell Conferencing/Inv. 105454422 | 1 | 91.89 |
| 27/11/09 | M Wunder/Bell Conferencing/Inv. 105454422 | 1 | 60.84 |
| 27/11/09 | Laser Copy;MattesL | 63 | 6.30 |
| 29/11/09 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder/Jacobs/macFarl | 1 | 182.35 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 2/09 | 1 | 23.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: December 31, 2009  
Invoice #: 2729231  
Page 55 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/11/09 | Beck Taxi/Inv 1721-011/Genevieve Chung Nov 2/09 | 1 | 35.00 |
| 30/11/09 | Air Canada ticket from New York to Toronto for M. Wunder on Oct. 30/09; 2009-10-30 | 1 | 1,038.28 |
| 30/11/09 | Beck Taxi/Inv 1721-011/A R North Nov 18/09 | 1 | 20.00 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Oct 15/09 | 1 | 24.50 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 18/09 | 1 | 24.00 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 19/09 - to | 1 | 60.00 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 3/09 | 1 | 28.00 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 4/09 | 1 | 28.00 |
| 30/11/09 | Working lunch at Bagel & Co for M. Wunder on Nov. 17/09; 2009-11-17 | 1 | 2.20 |
| 30/11/09 | Coffee at Starbucks for Working Lunch for M. Wunder on June 20/09; 2009-6-20 | 1 | 2.60 |
| 30/11/09 | Coffee at Starbucks for M. Wunder on Nov. 19/09; 2009-11-19 | 1 | 3.15 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Oct 26/09 | 1 | 44.50 |
| 30/11/09 | Parking for M. Wunder on Sept. 23/09; 2009-9-23 | 1 | 5.73 |
| 30/11/09 | Parking for M. Wunder on Nov. 21/09; 2009-11-21 | 1 | 5.73 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 10/09 | 1 | 29.00 |
| 30/11/09 | Fax;4162121353;Toronto ON;MacFarlaneA | 21 | 5.25 |
| 30/11/09 | Laser Copy;NELSON M | 1212 | 121.20 |
| 30/11/09 | Laser Copy;DUNSMUIM | 87 | 8.70 |
| 30/11/09 | Laser Copy;MacFarlaneA | 129 | 12.90 |
| 30/11/09 | Laser Copy;MattesL | 1249 | 124.90 |
| 30/11/09 | Taxi from Eglinton to FCP for M. Wunder on Nov. 18/09; 2009-11-18 | 1 | 24.76 |
| 30/11/09 | Photocopy;MattesL | 46 | 4.60 |
| 30/11/09 | Photocopy;MattesL | 5 | 0.50 |
| 30/11/09 | Photocopy;MattesL | 2 | 0.20 |
| 30/11/09 | Beck Taxi/Inv 1721-011/M J Wunder Nov 3/09 | 1 | 27.00 |
| | Total | CDN | $6,486.46 |