**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 20.0 | $775.00 | $15,500.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 64.6 | $775.00 | $50,065.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 3.0 | $750.00 | $2,250.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 108.4 | $750.00 | $81,300.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 16.9 | $725.00 | $12,252.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 162.6 | $725.00 | $117,885.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 9.1 | $700.00 | $6,370.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 28.9 | $675.00 | $19,507.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 3.1 | $675.00 | $2,092.50 |
| Beairsto, M.O. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 12.2 | $600.00 | $7,320.00 |
| Woodbury, C.D. | Partner | Employment/Pension/ Research | Ontario - 1981 | 21.5 | $650.00 | $13,975.00 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 0.6 | $480.00 | $288.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 2.2 | $400.00 | $880.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 52.9 | $350.00 | $18,515.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 64.0 | $295.00 | $18,880.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 48.3 | $295.00 | $14,248.50 |
| Shay, R. | Consultant | Corporate | Ontario - 1979 | 4.4 | $650.00 | $2,860.00 |
| TOTAL | | | | 622.7 | CDN. | $384,189.00 |