## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |
|  | : | **Re: D.I. 2207** |
|  | : |  |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

## DEBTORS' NOTICE OF FILING OF FINAL FORM OF CLOSING AGREEMENT WITH THE INTERNAL REVENUE SERVICE

**PLEASE TAKE NOTICE** that on December 23, 2009, the Debtors filed the *Motion Pursuant to 11 U.S.C. §105(a), §363, 505(a) and Fed. R. Bankr. P. 9019 for an Order Approving the Settlement Stipulation between Nortel Networks Inc. and the Internal Revenue Service, Entry into the Advance Pricing Agreement, and Related Relief* [D.I. 2207] (the "APA Motion").[2] A hearing to consider approval of the APA Motion is scheduled to begin on **January 21, 2010 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that on December 23, 2009, the Debtors filed, as Exhibit B to the APA Motion, the *Stipulation between Nortel Networks Inc. and the Internal Revenue Service* [D.I. 2207] (the "Settlement Stipulation").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the APA Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Settlement Stipulation, the final form of the Closing Agreement on Final Determination Covering Specific Matters, between the Commissioner of the Internal Revenue Service and Nortel Networks Inc., has been filed today as <u>Exhibit A</u> hereto.

*[Remainder of Page Intentionally Left Blank]*

Dated:  January 19, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*