**Exhibit A**

Form **906**
(Rev. August 1994)

Department of the Treasury -- Internal Revenue Service

# Closing Agreement On Final Determination Covering Specific Matters

Under section 7121 of the Internal Revenue Code, *Nortel Networks Inc. & Subsidiaries* ("NNI") , EIN 042486332, : on behalf of itself and its subsidiaries and the Commissioner of the Internal Revenue Service ("IRS") make the following Closing Agreement:

1. WHEREAS, NNI, filed a consolidated federal income tax return for the tax years ended December 31, 1998 through December 31, 2008; and

2. WHEREAS, on January 14, 2009, NNI. filed for bankruptcy protection and is a debtor in a Chapter 11 proceeding pending in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138(KG); and

3. WHEREAS, on or about August 20, 2009, the Internal Revenue Service filed an amendment to its proof of claim setting forth an unpaid federal tax liability of $2,967,386,218.82, consisting of $1,804,637,586.00 in tax due and $1,162,748,632.82 in interest due to the date of the bankruptcy petition; and

4. WHEREAS, NNI has filed an objection to said claim; and

5. WHEREAS, NNI has provided the IRS with a properly executed IRS Form 872 concerning U.S. federal income tax for NNI's taxable years ending December 31, 1998 through December 31, 2004 and a properly executed IRS Form 872 concerning U.S. federal withholding tax for NNI's taxable years ending December 31, 1998 through December 31, 2003 and December 31, 2005; and

6. WHEREAS, in order to avoid the cost and risk inherent in litigating the IRS claim, NNI and the IRS have agreed to settle and compromise the claim and have executed a Stipulation between Nortel Networks Inc. and the Internal Revenue Service, dated December 23, 2009; reflecting that agreement and that was approved by the Bankruptcy Court on _____ ;

NOW IT IS HEREBY DETERMINED AND AGREED for federal tax purposes that:

1. The final federal tax liability, including interest, of NNI for the taxable years ended December 31, 1998 through December 31, 2008 is $37.5 million.

2. This final tax liability relates to withholding tax, pursuant to Section 1441 of the Internal Revenue Code.

3. On _____, NNI paid to the United States Treasury a payment of $37.5 million in full satisfaction of the liability set forth in paragraph 1. There are no other unpaid liabilities for the taxable years ended December 31, 1998 through December 31, 2008.

4. As of January 1, 2009, NNI had general business credits in the amount of $305,644,034. As of January 1, 2009, NNI had a federal tax net operating loss carryforward of $813,886,666. This agreement does not otherwise determine the extent or nature of any other tax attribute of NNI as of January 1, 2009.

5. The IRS releases, and waives, as against NNI, and its assets, any claim, lien, interest or obligation, the right to assert or take any action giving rise to any such claim, lien, interest or obligation, and the right to assess or impose any liability based on any such claim, lien, interest or obligation, whether arising under the Internal Revenue Code of 1986, as amended, or any Treasury Regulations thereunder or any other legal or equitable doctrine or theory, for all taxable years of NNI ending December 31, 1998 through December 31, 2008, for any amount in excess of the federal tax liability set forth in paragraph 1, above.

6. NNI waives any existing claims for refund and further agrees not to assert any new claims for refund for any federal taxes for any and all taxable years, or parts thereof, through the taxable year ended December 31, 2008.

**This agreement is final and conclusive except:**

**(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;**

**(2) It is subject to the Internal Revenue Code sections that expressly provide that effect be given their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and**

**(3) If it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date that applies to that tax period.**

**By Signing, the parties certify that they have read and agreed to the terms of this Closing Agreement.**

**Taxpayer: Nortel Networks Inc. & Subsidiaries, EIN:**

**By:** _____    **Date Signed:** _____

**Title:** _____

**Commissioner of Internal Revenue**

By: _____  Date Signed: _____

Title: _____