## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 11/1/09 through 11/30/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $710 | 20.00 | $14,200.00 |
| J. Borow | Executive Director | $710 | 161.90 | $114,949.00 |
| J. Salomon | Executive | $695 | 0.40 | $278.00 |
| M. Lasinski | Managing Director | $600 | 90.50 | $54,300.00 |
| J. Hyland | Executive Director | $550 | 324.30 | $178,365.00 |
| T. Horton | Director | $525 | 194.20 | $101,955.00 |
| T. Sell | Director | $405 | 74.60 | $30,213.00 |
| L. Penz | Associate Director | $340 | 0.20 | $68.00 |
| S. Song | Consultant | $325 | 184.50 | $59,962.50 |
| J. Peterson | Consultant | $315 | 168.50 | $53,077.50 |
| T. Morilla | Consultant | $285 | 174.30 | $49,675.50 |
| O. Freidzon | Managing Director | $250 | 1.00 | $250.00 |
| J. Schad | Associate | $200 | 88.40 | $17,680.00 |
| M. DeSalvio | Research | $170 | 1.50 | $255.00 |
| L. Hirschman | Paraprofessional | $110 | 2.20 | $242.00 |
| H. Becker | Paraprofessional | $100 | 6.60 | $660.00 |
| **For the Period 11/1/2009 through 11/30/2009** | | | **1493.10** | **$676,130.50** |

**Capstone Advisory Group, LLC**
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

Page 1 of 1

NY 71725290v1