# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 11/1/09 through 11/30/09**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 226.70 | $127,317.00 |
| 05. Professional Retention/Fee Application Preparation | | 18.50 | $4,938.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 6.60 | $3,630.00 |
| 08. Interaction/Mtgs w Creditors | | 52.00 | $32,957.00 |
| 09. Employee Issues/KEIP | | 278.80 | $130,132.00 |
| 11. Claim Analysis/Accounting | | 161.60 | $69,212.00 |
| 13. Intercompany Transactions/Bal | | 68.30 | $39,197.00 |
| 14. Executory Contracts/Leases | | 25.60 | $9,684.00 |
| 17. Analysis of Historical Results | | 51.70 | $17,226.50 |
| 18. Operating and Other Reports | | 76.60 | $32,681.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 144.00 | $50,246.50 |
| 20. Projections/Business Plan/Other | | 97.30 | $37,577.00 |
| 26. Tax Issues | | 4.10 | $2,303.00 |
| 33. Intellectual Property | | 281.30 | $119,029.00 |
| **For the Period 11/1/2009 through 11/30/2009** | | **1493.10** | **$676,130.50** |

**Capstone Advisory Group, LLC**
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

Page 1 of 1

NY 71725290v1