**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/09 through 11/30/09**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| Airfare/Train | | | |
| 11/2/2009 | J. Hyland | Airfare for Toronto/Dallas trip. | $2,018.74 |
| 11/2/2009 | J. Hyland | Airfare for Toronto/Dallas trip revisions. | $1,676.15 |
| 11/2/2009 | J. Hyland | Airfare travel agency charge for Toronto/Dallas trip. | $35.00 |
| 11/3/2009 | J. Borow | Airfare from NYC to Toronto/Dallas/NYC. | $3,030.40 |
| 11/4/2009 | M. Lasinski | Flight from Chicago to NY for meeting with Akin on intellectual property. | $694.20 |
| 11/4/2009 | J. Hyland | Airfare for changing Toronto/Dallas trip to include NY. | $636.85 |
| 11/4/2009 | M. Lasinski | Airfare to Chicago from Detroit. | $159.60 |
| 11/4/2009 | J. Hyland | Airfare travel agency charge for Dallas trip. | $35.00 |
| 11/5/2009 | J. Hyland | Airfare travel agency charge for NY trip. | $35.00 |
| 11/6/2009 | J. Hyland | Airfare for NY trip. | $437.60 |
| 11/10/2009 | M. Lasinski | Airfare to Toronto. | $1,200.00 |
| 11/13/2009 | T. Morilla | Airfare for trip to Toronto. | $1,588.93 |
| 11/16/2009 | J. Hyland | Airfare for Toronto trip. | $1,839.40 |
| 11/16/2009 | J. Borow | Airfare to/from Toronto. | $1,654.50 |
| 11/16/2009 | J. Peterson | Roundtrip airfare for T. Horton from LGA to Toronto. | $1,340.61 |
| 11/16/2009 | J. Peterson | Roundtrip airfare for Toronto trip. | $1,340.61 |
| 11/17/2009 | T. Sell | Airfare ticket Newark/Chicago. | $472.60 |

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/17/2009 | J. Hyland | 11/9 Travel agency charge. | $35.00 |
| 11/18/2009 | S. Song | Airfare for travel to Toronto. | $650.45 |
| 11/19/2009 | T. Sell | Airfare ticket Newark/Chicago. | $472.60 |
| 11/20/2009 | J. Hyland | Airfare for NY auction trip. | $1,022.20 |
| 11/23/2009 | T. Sell | Airfare ticket Newark/Chicago. | $472.60 |
| 11/24/2009 | T. Sell | Airfare ticket Newark/Chicago. | $472.60 |
| 11/24/2009 | J. Hyland | Airfare -- 11/18 Travel agency charge. | $35.00 |
| 11/24/2009 | J. Hyland | Airfare -- 11/19 Travel agency charge. | $35.00 |
| 11/24/2009 | J. Hyland | Airfare -- 11/24 Travel agency charge. | $35.00 |
| 11/24/2009 | J. Hyland | Airfare -- 11/25 Travel agency charge. | $35.00 |
| 11/24/2009 | J. Hyland | Airfare -- 11/16 Travel agency charge. | $15.00 |
| 11/24/2009 | J. Hyland | Airfare additional ticket cost. | $5.00 |
| 11/29/2009 | T. Morilla | Airfare for North Carolina trip. | $482.70 |
| 11/30/2009 | J. Hyland | Airfare during RTP trip. | $1,308.20 |
| 11/30/2009 | J. Peterson | Round trip airfare from LGA to Raleigh Durham. | $334.20 |

**Subtotal - Airfare/Train**                                                    **$23,605.74**

**Auto Rental/Taxi**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/1/2009 | J. Peterson | Taxi from the NYC office on Sunday morning. | $7.00 |
| 11/2/2009 | J. Hyland | Taxi in Dallas. | $68.55 |
| 11/2/2009 | M. Lasinski | Cab to airport. | $68.00 |
| 11/2/2009 | J. Hyland | Taxi in Toronto. | $60.00 |
| 11/2/2009 | J. Hyland | Taxi in Toronto. | $58.72 |

**Capstone Advisory Group, LLC**                                               **Page 2 of 11**
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/3/2009 | J. Borow | Taxis to/from LGA. | $144.00 |
| 11/3/2009 | J. Borow | Taxi to Nortel office. | $5.00 |
| 11/4/2009 | J. Borow | Taxi to airport in Dallas. | $77.00 |
| 11/4/2009 | M. Lasinski | Cab to airport. | $62.00 |
| 11/4/2009 | M. Lasinski | Cab from airport to hotel. | $36.37 |
| 11/4/2009 | J. Hyland | Taxi during NY trip. | $8.00 |
| 11/5/2009 | J. Hyland | Taxi during Dallas/NY trip. | $68.00 |
| 11/5/2009 | M. Lasinski | Cab home from airport. | $68.00 |
| 11/5/2009 | J. Hyland | Taxi while in Dallas. | $61.00 |
| 11/5/2009 | M. Lasinski | Cab to airport. | $60.50 |
| 11/8/2009 | Capstone Expense | Taxis in NY. | $285.82 |
| 11/8/2009 | Capstone Expense | Taxis in NY. | $215.98 |
| 11/8/2009 | Capstone Expense | Taxis in NY. | $193.93 |
| 11/9/2009 | J. Hyland | Taxi during NY trip. | $80.00 |
| 11/9/2009 | J. Peterson | Took a taxi home after working late. | $7.00 |
| 11/10/2009 | J. Hyland | Taxi during NY trip. | $16.00 |
| 11/11/2009 | T. Morilla | Taxi due to working late. | $8.30 |
| 11/12/2009 | T. Morilla | Taxi due to working late. | $7.90 |
| 11/16/2009 | M. Lasinski | Cab to airport. | $68.00 |
| 11/16/2009 | J. Peterson | Taxi from Toronto airport to Nortel. | $42.00 |
| 11/16/2009 | T. Morilla | Taxi during Toronto trip. | $40.00 |
| 11/16/2009 | J. Borow | Taxi from airport in Canada. | $39.00 |

**Capstone Advisory Group, LLC**
**Invoice for the 11/1/2009 - 11/30/2009 Fee Statement**

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|-------:|
| 11/16/2009 | J. Hyland | Taxi during Toronto trip. | $37.00 |
| 11/16/2009 | J. Hyland | Taxi during Toronto trip. | $35.00 |
| 11/16/2009 | S. Song | Taxi while traveling in Toronto. | $34.86 |
| 11/16/2009 | S. Song | Taxi while traveling in Toronto. | $28.00 |
| 11/16/2009 | J. Borow | Taxi to airport in Canada. | $27.00 |
| 11/16/2009 | M. Lasinski | Taxi to hotel. | $26.50 |
| 11/16/2009 | T. Morilla | Taxi during Toronto trip. | $26.00 |
| 11/16/2009 | T. Morilla | Meal during Toronto trip. | $10.47 |
| 11/17/2009 | J. Borow | Taxi to/from LaGuardia. | $144.00 |
| 11/17/2009 | T. Sell | Taxi from ORD to office. | $50.00 |
| 11/17/2009 | T. Morilla | Taxi during Toronto trip. | $40.00 |
| 11/17/2009 | J. Hyland | Taxi during Toronto trip. | $38.00 |
| 11/17/2009 | S. Song | Taxi while traveling in Toronto. | $27.00 |
| 11/17/2009 | T. Morilla | Taxi during Toronto trip. | $25.00 |
| 11/17/2009 | S. Song | Taxi while traveling in Toronto. | $21.00 |
| 11/18/2009 | J. Hyland | Taxi during Toronto trip. | $30.00 |
| 11/18/2009 | S. Song | Taxi while traveling in Toronto. | $29.00 |
| 11/18/2009 | T. Morilla | Taxi during Toronto trip. | $27.50 |
| 11/18/2009 | T. Morilla | Taxi during Toronto trip. | $25.50 |
| 11/18/2009 | T. Horton | Taxi to Debtors' office. | $23.50 |
| 11/18/2009 | S. Song | Taxi while traveling in Toronto. | $20.00 |
| 11/19/2009 | J. Hyland | Local taxi for NY trip. | $41.95 |

**Capstone Advisory Group, LLC**
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 11/19/2009 | T. Sell | Taxi from Office to ORD. | $40.00 |
| 11/19/2009 | J. Peterson | Taxi during Toronto trip. | $7.00 |
| 11/20/2009 | J. Hyland | Taxi for NY trip | $39.40 |
| 11/22/2009 | T. Horton | Cabs while participating in auction of Business Unit. | $51.90 |
| 11/22/2009 | M. Lasinski | Cab home from office. | $16.00 |
| 11/22/2009 | M. Lasinski | Cab to office. | $16.00 |
| 11/23/2009 | T. Sell | Taxi from ORD to office. | $50.00 |
| 11/23/2009 | J. Hyland | Taxi during NY trip. | $18.60 |
| 11/23/2009 | M. Lasinski | Cab home. | $16.00 |
| 11/23/2009 | J. Hyland | Taxi during NY trip. | $15.10 |
| 11/24/2009 | T. Sell | Taxi from Office to ORD. | $40.00 |
| 11/24/2009 | J. Borow | Cab to Cleary's offices. | $15.00 |
| 11/25/2009 | J. Hyland | Taxi during NY trip. | $37.22 |
| 11/30/2009 | J. Hyland | Taxi during Raleigh trip. | $54.00 |

**Subtotal - Auto Rental/Taxi**                                        **$3,039.57**

**Hotel**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 11/3/2009 | J. Borow | Hotel in Dallas. | $248.60 |
| 11/4/2009 | M. Lasinski | Hotel in NY for meeting with Akin. | $577.60 |
| 11/4/2009 | J. Hyland | Hotel while in Dallas. | $359.62 |
| 11/5/2009 | J. Hyland | Hotel while in NY. | $383.95 |
| 11/6/2009 | J. Hyland | Hotel while in NY. | $530.26 |
| 11/11/2009 | J. Hyland | Hotel during NY trip. | $922.70 |

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/16/2009 | M. Lasinski | Hotel & dinner. | $196.91 |
| 11/16/2009 | J. Borow | Hotel in Toronto. | $145.77 |
| 11/18/2009 | J. Hyland | Hotel during Toronto trip. | $443.45 |
| 11/18/2009 | T. Horton | Hotel at Debtors in Toronto. | $291.54 |
| 11/18/2009 | J. Peterson | Hotel for two nights while in Toronto. | $291.54 |
| 11/18/2009 | S. Song | Hotel while staying in Toronto. | $284.16 |
| 11/19/2009 | J. Hyland | Hotel for NY trip. | $298.89 |
| 11/19/2009 | T. Morilla | Hotel expense during Toronto trip. | $272.85 |
| 11/24/2009 | J. Hyland | Hotel during NY trip. | $1,418.28 |
| 11/24/2009 | T. Sell | Hotel in Chicago working on IP report. | $835.33 |
| 11/24/2009 | T. Sell | Hotel in Chicago | $207.82 |
| 11/25/2009 | J. Hyland | Hotel during NY trip. | $231.85 |
| **Subtotal - Hotel** | | | **$7,941.12** |
| **Meals** | | | |
| 11/1/2009 | T. Morilla | Meal due to working on the weekend. | $23.00 |
| 11/4/2009 | M. Lasinski | Dinner while traveling. | $78.00 |
| 11/4/2009 | J. Hyland | Meal in Dallas. | $9.71 |
| 11/4/2009 | J. Hyland | Meal in Dallas. | $6.96 |
| 11/4/2009 | J. Hyland | Meal in Dallas. | $4.81 |
| 11/5/2009 | J. Hyland | Meal while in Dallas. | $16.49 |
| 11/5/2009 | M. Lasinski | Dinner while traveling. | $11.08 |
| 11/6/2009 | J. Hyland | Meal during New York trip. | $38.89 |

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/6/2009 | J. Hyland | Meal during New York trip. | $12.51 |
| 11/9/2009 | S. Song | Late night meal due to working on Debtors' matters. | $20.89 |
| 11/9/2009 | J. Hyland | Meal during NY trip. | $17.19 |
| 11/9/2009 | J. Peterson | Dinner due to working late. | $14.09 |
| 11/9/2009 | J. Hyland | Meal during NY trip. | $4.98 |
| 11/9/2009 | J. Hyland | Meal during NY trip. | $2.35 |
| 11/10/2009 | S. Song | Late night meal due to working on Debtors' matters. | $19.49 |
| 11/10/2009 | T. Morilla | Meal due to working late. | $17.87 |
| 11/10/2009 | J. Hyland | Meal during NY trip. | $7.29 |
| 11/11/2009 | T. Morilla | Meal due to working late. | $21.78 |
| 11/11/2009 | J. Hyland | Meal during NY trip. | $13.62 |
| 11/11/2009 | J. Hyland | Meal during NY trip. | $9.43 |
| 11/12/2009 | T. Morilla | Meal due to working late. | $22.00 |
| 11/16/2009 | J. Borow | Dinner in Canada for J. Borow, J. Hyland, S. Song, T. Morilla and T. Horton. | $500.77 |
| 11/16/2009 | J. Peterson | Dinner for T. Horton, T. Morilla, S. Song and J. Peterson due to working late. | $230.03 |
| 11/16/2009 | S. Song | Meals while traveling in Toronto. | $17.99 |
| 11/16/2009 | T. Morilla | Meal during Toronto trip. | $13.02 |
| 11/16/2009 | J. Peterson | Lunch while at Nortel. | $11.50 |
| 11/16/2009 | S. Song | Meals while traveling in Toronto. | $10.37 |
| 11/16/2009 | J. Hyland | Meal during Toronto trip. | $7.71 |
| 11/16/2009 | J. Peterson | Breakfast at the LGA. | $7.37 |
| 11/16/2009 | J. Hyland | Meal during Toronto trip. | $5.64 |

Capstone Advisory Group, LLC
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|------|-------------|-------------|-------:|
| 11/16/2009 | T. Morilla | Meal during Toronto trip. | $3.00 |
| 11/16/2009 | J. Hyland | Meal during Toronto trip. | $2.94 |
| 11/17/2009 | T. Sell | Lunch in Chicago. | $48.14 |
| 11/17/2009 | J. Borow | Meal while in Toronto. | $25.00 |
| 11/17/2009 | S. Song | Meals while traveling in Toronto. | $24.20 |
| 11/17/2009 | J. Peterson | Breakfast at the hotel. | $18.50 |
| 11/17/2009 | J. Peterson | Lunch while at Nortel. | $12.24 |
| 11/17/2009 | T. Horton | Lunch while in Debtors' offices. | $11.10 |
| 11/17/2009 | T. Morilla | Meal during Toronto trip. | $9.56 |
| 11/17/2009 | T. Morilla | Meal during Toronto trip. | $2.25 |
| 11/18/2009 | T. Horton | Dinner at airport with M. Sandberg, M. Spragg and J. Peterson. | $128.98 |
| 11/18/2009 | S. Song | Taxi while traveling in Toronto. | $41.12 |
| 11/18/2009 | S. Song | Meals while traveling in Toronto. | $19.47 |
| 11/18/2009 | J. Peterson | Lunch at Nortel. | $10.43 |
| 11/18/2009 | J. Peterson | Breakfast at the hotel. | $9.16 |
| 11/18/2009 | T. Morilla | Meal during Toronto trip. | $8.91 |
| 11/18/2009 | J. Hyland | Meal during Toronto trip. | $8.75 |
| 11/18/2009 | J. Hyland | Meal during Toronto trip. | $7.09 |
| 11/18/2009 | T. Morilla | Meal during Toronto trip. | $4.33 |
| 11/18/2009 | J. Hyland | Meal during Toronto trip. | $2.76 |
| 11/19/2009 | T. Morilla | Meal due to working late. | $27.00 |
| 11/19/2009 | T. Horton | Meals due to time constraints because of various meetings. | $26.13 |

**Capstone Advisory Group, LLC**
**Invoice for the 11/1/2009 - 11/30/2009 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/19/2009 | T. Sell | Lunch in Chicago. | $11.14 |
| 11/21/2009 | T. Horton | Dinner while attending auction. | $9.32 |
| 11/22/2009 | M. Lasinski | Dinner. | $24.42 |
| 11/22/2009 | J. Hyland | Meal during NY trip. | $2.67 |
| 11/23/2009 | J. Hyland | Meal during NY trip. | $13.90 |
| 11/24/2009 | T. Sell | Lunch in Chicago. | $18.44 |
| 11/25/2009 | J. Hyland | Meal during NY trip. | $7.53 |
| 11/25/2009 | J. Hyland | Meal during NY trip. | $6.60 |
| 11/29/2009 | T. Morilla | Meal due to working on the weekend. | $16.00 |
| 11/30/2009 | J. Hyland | Meal during Raleigh trip. | $13.01 |

**Subtotal - Meals** **$1,750.92**

**Mileage**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/2/2009 | J. Hyland | Local mileage for Toronto/Dallas trip. | $23.10 |
| 11/6/2009 | J. Hyland | Local mileage for Toronto/Dallas/NY trip. | $23.10 |
| 11/16/2009 | J. Hyland | Local mileage for Toronto trip. | $23.10 |
| 11/18/2009 | J. Hyland | Local mileage for Toronto trip. | $23.10 |
| 11/19/2009 | J. Hyland | Local mileage for NY trip. | $23.10 |
| 11/25/2009 | J. Hyland | Local mileage during NY trip. | $23.10 |

**Subtotal - Mileage** **$138.60**

**Parking/Tolls**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/2/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/2/2009 | J. Hyland | Local tolls for Toronto/Dallas trip. | $1.60 |

Capstone Advisory Group, LLC
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

Page 9 of 11

NY 71725290v1

| Date | Professional | Description | Amount |
|------|--------------|-------------|-------:|
| 11/6/2009 | J. Hyland | Parking during Toronto/Dallas/NY trip. | $4.00 |
| 11/6/2009 | J. Hyland | Local tolls for Toronto/Dallas/NY trip. | $1.60 |
| 11/10/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |
| 11/11/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/12/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/16/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| 11/18/2009 | T. Horton | Parking at airport during Toronto trip. | $99.00 |
| 11/18/2009 | J. Hyland | Tolls for Toronto trip. | $1.60 |
| 11/19/2009 | T. Sell | Airport Parking. | $99.00 |
| 11/19/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/20/2009 | T. Horton | Parking while attending auction of Business Unit. | $59.00 |
| 11/21/2009 | T. Horton | Parking while at auction. | $38.00 |
| 11/22/2009 | T. Horton | Parking while attending auction of Debtors' Business Unit. | $25.00 |
| 11/23/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/24/2009 | T. Sell | Airport Parking. | $66.00 |
| 11/24/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/25/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $22.00 |
| 11/25/2009 | J. Hyland | Local parking during NY trip. | $2.00 |
| 11/25/2009 | J. Hyland | Tolls during NY trip. | $1.60 |
| 11/30/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |

**Subtotal - Parking/Tolls**                                    **$618.00**

**Postage/FedEx**

Capstone Advisory Group, LLC                                    Page 10 of 11
Invoice for the 11/1/2009 - 11/30/2009 Fee Statement

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/9/2009 | Capstone Expense | Postage/overnight charges. | $53.73 |

**Subtotal - Postage/FedEx** — — $53.73

**Telecom**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 11/2/2009 | Capstone Expense | Long distance charges. | $800.30 |
| 11/3/2009 | Capstone Expense | Long distance charges. | $444.00 |
| 11/3/2009 | J. Borow | Mobile charges in Canada. | $44.12 |
| 11/4/2009 | Capstone Expense | Long distance charges. | $64.36 |
| 11/27/2009 | J. Hyland | Long distance charges. | $393.81 |
| 11/27/2009 | J. Hyland | Telephone roaming charges in Toronto. | $105.34 |
| 11/30/2009 | J. Peterson | Roaming charges incurred while in Toronto. | $26.91 |

**Subtotal - Telecom**                                      **$1,878.84**

**For the Period 11/1/2009 through 11/30/2009**            $39,026.52