**EXHIBIT B**

**EXHIBIT B**

# NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVENT INTERNATIONAL CORPORATION | THOMAS WEISSMAN 111 BUCKINHAM PALACE ROAD LONDON SW1W OSR GB |
| ALCATEL-LUCENT | FRANCOIS BRUN 54 RUE DE LA BOETIE PARIS 75008 FR |
| BIRCH HILL EQUITY PARTNERS MANAGEMENT | MICHAEL MAZAN 100 WELLINGTON STREET WEST SUITE 4240 TORONTO ON M5K 1A1 CANADA |
| CECP INVESTMENT ADVISORS LIMITED | MICHAEL WAND 57 BERKELEY SQUARE LONDON W1J 6ER GB |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| EXPORT DEVELOPMENT CANADA | DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FRASER MILNER CASGRAIN LLP | MICHAEL J. WUNDER 1 FIRST CANADIAN PLACE 100 KING ST WEST FLOOR 42 TORONTO ON M5X 1B2 CANADA |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS GB |
| KAPSCH-GROUP BETEILIGUNGS GMBH | DR. FRANZ SEMMERNEGG AM EUROPLATZ 2 1120 VIENNA AT |
| METASWITCH | JOHN LAZAR 100 CHURCH ST. MDDX. EN2 6BQ GB |
| NAMANA CAPITAL GROUP CORP | CLARENCE J. CHANDRAN ROYAL BANK PLAZA, SOUTH TOWER 200 BAY STREET, SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOKIA SIEMENDS NETWORKS B.V. | MICHAEL MATTHEWS KARAPORTTI 3 ESPOO 2610 FI |
| NOVACAP TECHNOLOGIES III, LP | PASCAL TREMBLAY 375 ROLAND-THERRIEN BLVD SUITE 210 LONGUEUIL QC J4H 4A6 CANADA |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| OGILVY RENAULT LLP | JENNIFER STAM ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| ONEX PARTNERS ADVISOR LP | KOSTY GILLIS 161 BAY STREET TORONTO ON M5J 2S1 CANADA |
| TELECOMUNICACIONES MODERNAS Y | SERVICIOS AVANZADOS, S A DE C V (TEMSA) ALBERTO ALVAREZ, TEOTIHUACAN #53 COL SAN JAVIER TLALNEPANTLA MEXICO CITY 54000 MX |
| TELEFONAKTIEBOLAGET LM ERICSSON | PER OSCARSSON TORSHAMNSGATAN 23 SE-164 83 STOCKHOLM SE |
| TORQUEST MANAGER GP INC | DARIN BROCK BROOKFIELD PLACE TD CANADA TRUST TOWER 161 BAY STREET TORONTO ON M5J 2S1 CANADA |
| TRILOGY DOMINICANA, S.A. | GENERAL COUNSEL AVENIDA ABRAHAM LINCOLN #295 EDIFICIO CARIBALICO 4TA PLANTA SANTO DOMINGO DO |
| UK ADMINISTRATORS | STEPHEN GALE; HERBERT SMITH EXCHANGE HOUSE PRIMROSE STREEET LONDON EC2A 2HS GB |
| VENGROWTH (VG PARTNERS) | PATRICK DIPIETRO 411 LEGGET DRIVE, SUITE 705 OTTAWA ON K2K 3C9 CANADA |

**Total Creditor Count 23**