**EXHIBIT B**

**EXHIBIT B**



# KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS

January 19, 2010

**Mark Zigler**
Direct Dial: 416-595-2090
Direct Fax: 416-204-2877
mzigler@kmlaw.ca

**By E-mail**

The Honourable Mr. Justice Geoffrey B. Morawetz
Ontario Superior Court of Justice
Toronto Region
361 University Avenue
Toronto, ON M5G 1T3

Dear Justice Morawetz:

    Re:     Court File No. 09-CL-7950
               In the Matter of the Companies' Creditors Arrangement Act and Nortel
               Networks Corporation et al ("Nortel")
    Re:     Joint Hearing January 21, 2010
               Our File No. 09/0479

As you are aware we are counsel for the Former Employees of Nortel. The Company has scheduled a joint hearing on January 21, 2010, for the approval of the Interim Funding Agreement ("IFA") and scheduled various other agreements as set out in the Company's Motion Record.

Our clients are gravely concerned that the motion before you on January 21, 2010 does not ensure that there is proper funding for health benefits for retirees and disabled persons throughout 2010, and that funding for disability income benefits is insufficient so as to severely prejudice retired and disabled individuals, particularly those with health difficulties. We have been engaged in discussions with the Monitor, Nortel and other stakeholders to try and resolve this issue, but we are not at the stage of resolution.

Accordingly, it will be necessary for our clients to raise certain concerns with respect to the approval of the IFA on Thursday, January 21 which we wish to discuss with you on Wednesday, January 20 in order to facilitate appropriate timing for the motion. We understand that your Honour is sitting for 9:30 a.m. conferences on January 20 and we are providing a copy of this letter to the Service List. We ask that you please advise us as soon as possible whether your Honour is prepared to see us on January 20 at 9:30 a.m.

Yours truly,

KOSKIE MINSKY LLP

*[signature]*

Mark Zigler
MZ:ds

---

20 Queen Street West, Suite 900, Box 52, Toronto, Ontario M5H 3R3 ▪ Tel: 416-977-8353 ▪ Fax: 416-977-3316
www.kmlaw.ca


**KOSKIE MINSKY**LLP
BARRISTERS & SOLICITORS

Page 2

c Service List
  Murray McDonald, *Ernst & Young Inc.*
  Gale Rubenstein, *Goodmans LLP*
  Donald Sproule
  David Archibald, *XPV Capital Corp.*
  Michael Campbell, *Lawson Lundell LLP*
  Sue Kennedy
  Gus Tertigas, *RSM Richter Inc.*
  Susan Philpott/Andrew Hatnay/Andrea McKinnon, *KM LLP*

K:\2009\090479\Correspondence - Sent\2010 - Sent\Ltr to Justice Morawetz Jan 19 2010 (MZ).doc