IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### REQUEST FOR REMOVAL FROM 2002 SERVICE LIST

**PLEASE TAKE NOTICE THAT** James E. Huggett, Esquire of Margolis Edelstein requests to be removed from Rule 2002 Service list maintained in the above-captioned cases.

Dated: January 21, 2010
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

BY: */s/ James E. Huggett*
James E. Huggett, Esquire (#3956)
750 Shipyard Drive, Ste. 102
Wilmington, DE 19801
Tel:  (302) 888.1112
Fax:  (302) 888.1119

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on January 21, 2010, I served a copy of the *Request for Removal From 2002 Service List* on the parties listed on the attached service list via electronic mail.

          /s/James E. Huggett
James E. Huggett (#3956)

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek Abbott, Esquire
Eric D. Schwartz, Esquire
Thomas F. Driscoll, III, Esquire
Ann C. Cordo, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
eschwartz@mnat.com
tdriscoll@mnat.com
acordo@mnat.com

Peter James Duhig, Esquire
Mary Caloway, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899
peter.duhig@bipc.com
mary.caloway@bipc.com

Thomas Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
thomas.p.tinker@usdoj.gov

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com