IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-10138 (KG)<br>: (Jointly Administered)<br>:<br>: Related to Dkt. Nos. 2204, 2290 and 2293<br>:<br>: **[Proposed] Hearing Date: 2/3/10 @ 10:00 a.m.**<br>: **[Proposed] Objection Deadline: 1/29/10 @ 4:00 p.m.** |

**MOTION OF CYPRESS COMMUNICATIONS INC. FOR AN ORDER SHORTENING NOTICE RELATING TO CYPRESS COMMUNICATIONS INC.'S MOTION AUTHORIZING IT TO FILE UNDER SEAL (I) AN UNREDACTED VERSION OF THE OBJECTION OF CYPRESS COMMUNICATIONS INC. TO THE TWENTY-SIXTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND DEBTORS IN POSSESSION AND (II) CERTAIN EXHIBITS TO SUCH OBJECTION**

Cypress Communications Inc. ("Cypress"), by and through its counsel, Kelley Drye & Warren LLP, hereby moves this Court (the "Motion") for entry of an order pursuant to section 102(1) of the Bankruptcy Code, Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") (a) shortening the notice to allow the *Motion of Cypress Communications Inc. Authorizing It to File Under Seal (I) An Unredacted Version of the Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5595), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), NortelNetworks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter1.epiqsystems.com/nortel.

{00002212.}

*Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession and (II) Certain Exhibits to Such Objection*, filed on January 19, 2010 (the "Motion to Seal"), to be considered on an expedited basis; (b) setting January 29, 2010 at 4:00 p.m. (ET) as the deadline to file objections to the Motion to Seal (the "Objection Deadline"); and (c) scheduling the hearing on the Motion to Seal for the omnibus hearing currently scheduled for February 3, 2010 at 10:00 a.m. (ET) (the "Hearing"). In further support of this Motion, Cypress respectfully represents as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory basis for the relief requested herein is section 102(1) of the Bankruptcy Code, as supplemented by Bankruptcy Rule 9006 and Local Rule 9006-1(e).

### Background

3. On January 14, 2009 (the "Petition Date") each of the above-captioned debtors (the "Debtors") filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtors have continued to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On or about January 30, 2006, Nortel Networks Inc. ("NNI"), one of the Debtors, and Cypress entered into a Purchase and License Agreement (the "PLA") for the sale of goods and services by NNI to Cypress. The PLA was amended on or about December 1, 2006

2

{00002212.}

("Amendment No. 1") and July 20, 2009 ("Amendment No. 2" and, together with the PLA and Amendment No. 1, the "PLA Documents").

5. On or about December 23, 2009, the Debtors served on Cypress the Twenty-Sixth Omnibus Notice of Rejection of Executory Contracts and/or Nonresidential Real Property Leases (the "Rejection Notice") [D.I. No. 2204], which seeks authority for the Debtors to reject the PLA and Amendment No. 1 pursuant to section 365(a) of the Bankruptcy Code, but does not seek any authority to reject Amendment No. 2.

6. On January 19, 2010, Cypress filed an Objection to the Rejection Notice (the "Objection") [D.I. No. 2290], and the companion Motion to Seal.

7. To fully apprise the Court of the issues, facts and circumstances giving rise to the Objection, Cypress was required to make specific reference to and discuss various provisions of the PLA and its amendments; however, the PLA Documents bear restrictive legends and contain confidentiality provisions that specifically prohibit the disclosure of their terms.

8. A redacted version of the Objection that does not attach the PLA Documents as exhibits has been publicly filed and has been served on the notice parties set forth in the Rejection Notice.

9. A full version of the Objection with the PLA, Amendment No. 1 and Amendment No. 2 attached as Exhibit 1, Exhibit 2, and Exhibit 3, respectively, has been provided to the Court. Both the redacted and the unredacted versions of the Objection attach a copy of the Rejection Notice as Exhibit 4.

{00002212. }

### Relief Requested

10. By this Motion, Cypress seeks entry of an order (a) shortening notice to allow the Motion to Seal to be considered on an expedited basis; (b) setting January 29, 2010 at 4:00 p.m. (ET) as the Objection Deadline to the Motion to Seal; and (c) scheduling a hearing on the Motion to Seal for the hearing on February 3, 2010 at 10:00 a.m. (ET) if an objection is timely filed and served.

### Basis for Relief

11. Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

12. Local Rule 9018-1 provides that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. R. 9018-1. Local Rule 9018-1 further provides that a copy of the sealed documents must be delivered directly to the Judge's chambers. The hearing on the Objection is set for February 3, 2010 at 10:00 a.m. Accordingly, Cypress is seeking shortened notice of the Motion to Seal. As set forth below, shortening notice is justified.

13. To allow the Court to rule on the merits of the Objection at the Scheduled Hearing, the Motion to Seal must be considered at or prior to the Hearing, if no objection is filed.

14. Cypress believes that shortening notice is justified in these circumstances to allow for full and fair consideration of the Objection.

### Notice

15. Notice of the Motion has been given by hand or via overnight mail to: (i) counsel to the Debtors; (ii) local counsel to the Debtors; (iii) the U.S. Trustee; (iv) counsel to the Official Committee of Unsecured Creditors; (v) local counsel to the Official Committee of

Unsecured Creditors; (vi) counsel to Branch Bank & Trust; and (vii) counsel to Flextronics International USA. Cypress submits that under the circumstances no other or further notice is necessary.

## No Prior Request

16. No prior request for the relief sought herein has been made to this or any other court.

## Conclusion

WHEREFORE, Cypress respectfully requests that the Court grant the Motion and grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
January 21, 2010

MESSANA ROSNER & STERN, LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE # 4885)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-4877
Email: frosner@mrs-law.com

- and –

KELLEY DRYE & WARREN LLP

James S. Carr
Kristin S. Elliott
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Cypress Communications, Inc.*