# EXHIBIT A

(PROPOSED ORDER)

{00002212. }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**ORDER SHORTENING NOTICE OF MOTION AUTHORIZING
CYPRESS COMMUNICATIONS INC. TO FILE
UNDER SEAL (I) AN UNREDACTED VERSION OF THE OBJECTION
OF CYPRESS COMMUNICATIONS INC. TO THE TWENTY-SIXTH NOTICE
OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR
NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND
DEBTORS IN POSSESSION AND (II) CERTAIN EXHIBITS TO SUCH OBJECTION**

Upon the motion dated January 21, 2010 (the "Motion")[1], of Cypress Communications Inc. ("Cypress"), for entry of an order, as more fully described in the Motion, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the Cypress' *Motion Authorizing Cypress Communications Inc. to File Under Seal (I) An Unredacted Version of the Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession and (II) Certain Exhibits to Such Objection* (the "Motion to Seal"); and adequate notice of this Motion and the Motion to Seal having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and the Court having determined that "cause" exists to shorten the notice period related to the Sealing Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Motion to Seal will be considered at the hearing scheduled for **February 3, 2010 at 10:00 a.m.** (Eastern Time).

3. Objections, if any, to the Motion to Seal shall be filed and served in accordance with the Local Rules of this Court by no later than **January 29, 2010 at 4:00 p.m.** (Eastern Time).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
      January __, 2010

_____
UNITED STATES BANKRUPTCY JUDGE