## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 21st day of January, 2010, a copy of the foregoing *Motion of Cypress Communications Inc. for an Order Shortening Notice Relating to Cypress Communications Inc.'s Motion Authorizing it to File Under Seal (I) An Unredacted Version of the Objection of Cypress Communications Inc. to the Twenty-Sixth Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession and (II) Certain Exhibits to Such Objection* was served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in these cases and upon the parties listed below by First Class Mail:

Lisa Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
*(Counsel to Debtors)*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street
Wilmington, DE 19801
*(Local Counsel to Debtors)*

Thomas Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Fred Hodara, Esquire
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
*(Counsel to the Official Committee of Unsecured Creditors)*

Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
*(Local Counsel to the Official Committee of Unsecured Creditors)*

Gary Pharrington, VP IT Operations
Branch Bank & Trust
2501 Wooten Boulevard
Wilson, NC 27893

{00002212. }
NY01/KANED/1396318.2

Steven Reisman, Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
*(Counsel to Flextronics International USA, Inc.)*

                 /s/ Frederick B. Rosner

{00002212. }
NY01/KANED/1396318.2