IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | [D.I. 93] |

**NOTICE TO BE REMOVED FROM CASE, REQUEST TO STOP
ELECTRONIC NOTICE AND TO BE REMOVED FROM SERVICE LIST**

      **PLEASE TAKE NOTICE** that James S. Carr of Kelley Drye & Warren LLP attorney for Tata American International Corporation and Tata Consultancy Services Limited, files this notice to remove **Howard Steel, Esq.** from this case and further requests that the Clerk remove him from all service lists and stop electronic notices addressed to him in this case.

Dated: New York, New York
       January 21, 2010

                KELLEY DRYE & WARREN LLP

                By: */s/ James S. Carr*
                    James S. Carr (JC 1603)
                101 Park Avenue
                New York, New York 10178
                Tel: (212) 808-7800
                Fax: (212) 808-7897

                Attorneys Tata American International Corporation
                And Tata Consultancy Services Limited