# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG  DATE: 1/21/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ed Harron | YCST | UK Joint Administrators |
| Derek Adler | Hughes Hubbard | " |
| Len Coleman | Allen + Overy | Canadian Monitor |
| Annie Cordo | Morris Nichols Arsht + Tunnell | Canadian Debtors |
| Eric Schwartz | " | " |
| Jim Bromley | Cleary Gottlieb Steen + Hamilton | " |
| Sanjeet Malik | " | " |
| Mary Caloway | Buchanan Ingersoll; Rooney | E:Y as Monitor |
| Fred Hodara | Akin Gump | " |
| David Botter | (") | (") |
| Chris Samis | Richards, Layton + Finger, P.A. | (") |
| Salvatore Bianca | Cleary Gottlieb Steen+Hamilton | Debtors |
| William Russell | DOJ | USA |

# Court Conference

**Calendar Date:** 01/21/2010
**Calendar Time:** 11:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Courtroom
Amended Calendar 01/21/2010 06:09 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3290974 | Susan S. Chen | 912-231-2386 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3141859 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306248 | Simon Edel | (302) 571-6710 | Ernst & Young, LLP | Representing, UK Administrator / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3309181 | Stephen Gale | (302) 571-6710 | Herbert Smith | Creditor, Nortel UK / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3305994 | Stephen Grisanti | 302-769-2334 | Tricadia Capital | Creditor, Tricidia / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306256 | Stephen Harrison | (302) 571-6710 | Ernst & Young, LLP | Representing, UK Administrator / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306457 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3303598 | Olivia Mauro | (212) 412-6773 | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306229 | Brian O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust Limited / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3303890 | Hondo Sen | 203-552-3528 | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3307734 | Anna Ventresca | (302) 351-9158 | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306244 | Thomas Walsh | (302) 571-6710 | Herbert Smith | Debtor, Nortel UK / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Maria Loy | (302) | | |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3307891 | Leila Wong | 351-9158 | Nortel Networks Inc. | Administrator(s), Leila Wong / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3306761 | Jacob Zand | 646-885-3188 | Cerberus Capital Management | In Propria Persona, Jacob Zand / LISTEN ONLY |

Matt Ford ✓
Sarah Johnson ✓
Andrew Friedman ✓