IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*                                          : Chapter 11
                                                 :
Nortel Networks Inc., *et al.*,[1]               : Case No. 09-10138 (KG)
                    Debtors.                     :
                                                 : Jointly Administered
                                                 :
                                                 : **RE: D.I.s 2205, 2299**
                                                 :
---------------------------------------------------------------X

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY
TO THE OBJECTION OF NORTEL NETWORKS UK LTD. AND THE EMEA
DEBTORS TO NNI'S MOTION PURSUANT TO §105(a), §363, §503
AND FED. R. BANKR. P. 9019 FOR AN ORDER (A) APPROVING THE
CANADIAN FUNDING AGREEMENT AND (B) GRANTING RELATED RELIEF**

Upon the Motion (the "Motion") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), to file a reply to the Objection of Nortel Networks UK Ltd. and the EMEA Debtors To NNI's Motion Pursuant to 11 USC §105(a), §363, §503 and Fed. R. Bankr. P. 9019 for an Order (A) Approving the Canadian Funding and Settlement Agreement, and (B) Granting Related Relief (the "Objection") [D.I. 2299]; and in further support of the Sale Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Debtors are hereby granted leave to file a reply to the Objection.

2. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: January 21, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE