IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
         Debtors. :
:
: RE: D.I. 2294
---------------------------------------------------------X

| ADVANCED PRICING AGREEMENT BETWEEN NORTEL NETWORKS, INC. AND THE INTERNAL REVENUE SERVICE - CONFIDENTIAL FILED UNDER SEAL |
|---|

| CONFIDENTIAL FILED UNDER SEAL – PURSUANT TO THE [PROPOSED] ORDER AUTHORIZING THE DEBTORS (I) TO FILE UNDER SEAL THE IRS ADVANCE PRICING AGREEMENT AND (II) GRANTING RELATED RELIEF (D.I. _____) |
|---|

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.