RECEIVED
JAN 20 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 09-10138 (KG) |
| | : (Jointly Administered) |
| Nortel Networks Inc., *et al.*, | : |
| | : Related to D. I. Nos. ___ and 2204 |
| | : |
| Debtors. | : Hearing Date: To be determined |

**OBJECTION OF CYPRESS COMMUNICATIONS INC. TO THE TWENTY-SIXTH NOTICE OF REJECTION OF EXECUTORY CONTRACT(S) AND/OR NONRESIDENTIAL REAL PROPERTY LEASE(S) BY DEBTORS AND DEBTORS IN POSSESSION AND (II) CERTAIN EXHIBITS TO SUCH OBJECTION**

## FILED UNDER SEAL

MESSANA ROSNER & STERN, LLP
Frederick B. Rosner (DE #3995)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-4877
Email: frosner@mrs-law.com

- and -

James S. Carr
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Cypress Communications, Inc.*