IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:   Jointly Administered
        Debtors. :
:
:   RE: D.I. 2206
---------------------------------------------------------X

| UNREDACTED FINAL CANADIAN FUNDING AND SETTLEMENT AGREEMENT - CONFIDENTIAL FILED UNDER SEAL |
|---|

| CONFIDENTIAL FILED UNDER SEAL – UNREDACTED FINAL CANADIAN FUNDING AND SETTLEMENT AGREEMENT RE: DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REDACT OR FILE UNDER SEAL CERTAIN PORTIONS OF THE CANADIAN FUNDING AGREEMENT, AND (II) GRANTING RELATED RELIEF [D.I. 2206] |
|---|

PURSUANT TO THE [PROPOSED] ORDER AUTHORIZING THE DEBTORS TO REDACT OR FILE UNDER SEAL CERTAIN PORTIONS OF (I) THE CANADIAN FUNDING AGREEMENT AND (II) GRANTING RELATED RELIEF [D.I. ____].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.