IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 2294, 2295 & 2297** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2010, I caused to be served the:

    a. "Debtors' Motion for an Order Shortening Notice Relating to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File under Seal the IRS Advance Pricing Agreement, and (II) Granting Related Relief," dated January 19, 2010 [Docket No. 2294],

    b. "Notice of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File under Seal the IRS Advance Pricing Agreement, and (II) Granting Related Relief," dated January 19, 2010, to which is attached the "Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File under Seal the IRS Advance Pricing Agreement, and (II) Granting Related Relief," dated January 19, 2010 [Docket No. 2295], and

    c. "Debtors' Notice of Filing of Final Form of Closing Agreement with the Internal Revenue Service, dated January 19, 2010 [Docket No. 2297],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Mtn to File under Seal, Mtn to Shorten Ntc, NoF Final Form Closing Agmt_DI 2294, 2295 & 2297_Aff_1-19-10.doc

by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
20th day of January, 2010

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

- 2 -