IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
                        Debtors.                            :    Jointly Administered
                                                            :
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 2308]

PLEASE TAKE NOTICE that on January 21, 2010, copies of the **Debtors' Motion For Leave To File A Reply To The Objection Of Nortel Networks UK Ltd And The EMEA Debtors To NNI's Motion Pursuant To §105(a), §363, §503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Canadian Funding Agreement And (B) Granting Related Relief** (D.I. 2308, Filed 1/21/10) were served in the manner indicated upon the entities identified on the attached service lists.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 21, 2010
      Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley (admitted *pro hac vice*)
            Lisa M. Schweitzer (admitted *pro hac vice*)
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

                  - and –

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            _____
            Derek C. Abbott (No. 3376)
            Eric D. Schwartz (No. 3134)
            Ann C. Cordo (No. 4817)
            Andrew R. Remming (No. 5120)
            1201 North Market Street, 18th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: (302) 658-9200
            Facsimile: (302) 425-4663

            Counsel for the Debtors and Debtors in Possession

3349153.1