# SERVICE LIST

<u>VIA FACSIMILE</u>

Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
FAX:   312-993-9767

William Kenneth Gardener
15 Ennismore Mews
London, SW71AP, UK
FAX:   020-7581-8246

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO  80202-5607
FAX:   720-931-3201

Daniel Connolly
David Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036-5714
FAX:   212-508-6101

Evan Flaschen
Katherine Lindsay
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103-1534
FAX:   806-246-3201