# AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>January 14, 2010</u>; advertiser: <u>Nortel Networks Inc, et al.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
<u>14th</u> day of <u>January, 2010</u>.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**NOTICE OF SALE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re Nortel Networks Inc., et al.,   ) Chapter 11 • Case No. 09-10138 (KG)
                    Debtors.   ) Jointly Administered

**NOTICE OF PUBLIC AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that on December 22, 2009, Nortel Networks Inc. ("NNI") and certain of its affiliates ("Nortel"), and other Nortel entities subject to creditor protection proceedings in the United States, Canada and certain other jurisdictions (the "Sellers"), entered into an agreement (the "Agreement") to convey certain assets in Nortel's Carrier Voice Over IP and Application Solutions Business (the "CVAS Business") as described therein (the "Assets") to GENBAND, Inc. ("GENBAND"), as more fully set forth in that motion for approval of the Agreement and other related relief, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on December 23, 2009 (D.I. 2193) (the "Sale Motion"). The Sellers seek to sell to GENBAND or such other successful bidder(s) at an auction (the "Successful Bidder") the Assets covered by the Agreement free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code, except as set forth in the Agreement.

**PLEASE TAKE FURTHER NOTICE** that the terms and conditions of the proposed sale to GENBAND are set forth in the Agreement attached to the Sale Motion. The Agreement represents the results of extensive marketing efforts conducted by the Sellers to obtain the highest and best offer for the Assets.

**PLEASE TAKE FURTHER NOTICE** that on January 8, 2010 the Bankruptcy Court entered an order (D.I. 2259) (the "Bidding Procedures Order") approving the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the sale of the Assets under the Agreement. *All interested bidders should carefully read the Bidding Procedures.*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, an auction (the "Auction") to sell the Assets will be conducted at the offices of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 on **February 25, 2010 at 9:00 a.m. (ET)** (the "Auction Date"). Only the Sellers, GENBAND, the Committee, the Bondholder Group, the Monitor and the Administrator (and the advisors to each of the foregoing), any creditor of the U.S. or Canadian Debtors and any other Qualified Bidder that has timely submitted a Qualified Bid, shall be entitled to attend the Auction in person, and only GENBAND and such other Qualified Bidders will be entitled to make any subsequent bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Sale Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **March 3, 2010 at 2:00 p.m. (ET)**, or at such other time as the Bankruptcy Court permits, to confirm the results of the Auction and approve the sale of the Debtors' interests in the Assets to GENBAND or the Successful Bidder in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The Debtors may adjourn the Sale Hearing one or more times without further notice by making an announcement in open Court or by the filing of a hearing agenda pursuant to Local Rule 9029-3 announcing the adjournment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Bankruptcy Court has currently set: (a) **February 17, 2010 at 4:00 p.m. (ET)** as the deadline for (i) all general objections to the Sale of the Assets, (ii) all objections to the cure amount owed by the Debtors under any prepetition executory contract that is scheduled to be assumed and assigned, by counterparties to such agreements (the "Counterparties"), (iii) objections by Counterparties to the adequate assurance of future performance by GENBAND, and (iv) Counterparties to request adequate assurance information regarding bidders other than GENBAND that will or may participate at the Auction (the "General Objection Deadline"); (b) **February 23, 2010 at 4:00 p.m. (ET)** as the Bid Deadline (as defined in the Bidding Procedures); and (c) **March 2, 2010 at 4:00 p.m. (ET)** as the deadline for supplemental objections regarding (i) adequate assurance of future performance by Qualified Bidders other than GENBAND, and (ii) objections to issues arising from and in connection with the Auction and/or the Debtors' selection of a Successful Bid made by a Successful Bidder other than GENBAND.

**PLEASE TAKE FURTHER NOTICE** that all objections must be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 by no later than the General Objection Deadline, or other applicable deadline as indicated above; and (e) served in accordance with the Local Rules so as to be received on or before the relevant objection deadline by the following at the addresses provided in the Bidding Procedures and Sale Motion: (i) counsel to the Debtors, (ii) counsel to GENBAND, (iii) counsel to the Committee, (iv) counsel to the Bondholder Group, and (v) the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures, and Nortel encourages parties in interest to review such documents in their entirety. Copies of the Sale Motion, the Agreement, and the Bidding Procedures Order (including the Bidding Procedures approved by the Bankruptcy Court) may be examined by interested parties between the hours of 8:00 a.m. and 4:00 p.m. (ET) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, or by appointment during regular business hours at the offices of the Debtors' counsel: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attention: James L. Bromley and Lisa M. Schweitzer. Additionally, copies of these documents may be downloaded from the Court's docket at www.deb.uscourts.gov and from the website of the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that dates set forth in this notice are subject to change, and further notice of such changes may not be provided except through announcements in open court and/or the filing of notices and/or amended agendas. Parties in interest are encouraged to monitor the electronic court docket and/or the noticing agent website for further updates.