# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/4/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 12/14-12/17. | 435.20 |
| 12/19/2009 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 1/4 - 1/7. | 321.20 |
| 12/2/2009 | Joseph J. McKenna | Airfare | United Airlines, LGA to ORD, 12/9 to 12/11, travel to Chicago office while traveling on Nortel engagement. | 284.05 |
| 12/4/2009 | Joseph J. McKenna | Airfare | Continental Airlines, EWR to RDU, 12/14 to 12/17, travel for Nortel engagement. | 310.20 |
| 12/26/2009 | Joseph J. McKenna | Airfare | American Airlines, New York (LGA) to Raleigh, NC (RDU); 1/5/10 to 1/7/10; Airfare while traveling on Nortel engagement. | 189.20 |
| 12/2/2009 | Lee A. Sweigart | Airfare | Southwest airlines, 12/08 - 12/10, IND/MDW. | 273.20 |
| 12/4/2009 | Lee A. Sweigart | Airfare | Northwest Airlines, 12/14 - 12/17, IND/RDU. | 482.20 |
| 12/2/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 12/8 - 12/10, travel to be with Nortel team. | 615.20 |
| 12/2/2009 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 12/15 - 12/17, flight was cancelled to accommodate client, will use credit (less cancellation fees) towards future Nortel flight. | 321.20 |
| 12/6/2009 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 12/14 - 12/17, travel to be with Nortel team. | 310.20 |
| 12/28/2009 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 1/4 - 1/7, travel to client site, used credit from previously booked flight to reduce cost. | 314.00 |
| 12/18/2009 | Brian Heinimann | Ground Transportation | Cab - office to residence after working late on Nortel project. | 16.00 |
| 12/19/2009 | Brian Heinimann | Ground Transportation | Cab - residence to office to work on Nortel project. | 15.00 |
| 12/19/2009 | Brian Heinimann | Ground Transportation | Cab - office to residence after working on Nortel project. | 15.00 |
| 12/3/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence while traveling on Nortel. | 40.00 |
| 12/7/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W. Van Buren to residence after working late on Nortel matters. | 20.00 |
| 12/14/2009 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel to Nortel. | 40.00 |
| 12/14/2009 | Coley P. Brown | Ground Transportation | Cab ride from RDU to Nortel U.S. headquarters. | 20.00 |
| 12/17/2009 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel. | 40.00 |
| 12/18/2009 | Coley P. Brown | Ground Transportation | Cab ride from Huron office at 550 W Van Buren to residence after working late on Nortel matters. | 20.00 |
| 12/3/2009 | Joseph J. McKenna | Ground Transportation | Car to residence in lower Manhattan from Newark Airport while traveling on Nortel engagement. | 64.00 |
| 12/8/2009 | Joseph J. McKenna | Ground Transportation | Car from residence in lower Manhattan to LaGuardia Airport while traveling on Nortel engagement. | 41.00 |
| 12/9/2009 | Joseph J. McKenna | Ground Transportation | W Hotel Lakeshore, Chicago, IL to Chicago Office while traveling on Nortel engagement. | 13.00 |
| 12/9/2009 | Joseph J. McKenna | Ground Transportation | Chicago Office to W Hotel Lakeshore, Chicago, IL while traveling on Nortel engagement. | 13.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/10/2009 | Joseph J. McKenna | Ground Transportation | LaGuardia Airport to residence in lower Manhattan while traveling on Nortel engagement. | 38.00 |
| 12/10/2009 | Joseph J. McKenna | Ground Transportation | W Hotel Lakeshore, Chicago, IL to Chicago Office while traveling on Nortel engagement. | 12.00 |
| 12/14/2009 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to Newark Airport (EWR) while traveling on Nortel engagement. | 78.00 |
| 12/17/2009 | Joseph J. McKenna | Ground Transportation | Newark Airport to residence in Lower Manhattan while traveling on Nortel engagement. | 64.00 |
| 12/8/2009 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron office, Chicago. | 15.00 |
| 12/8/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron Office from MDW, Chicago. | 30.00 |
| 12/9/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel, Chicago. | 15.00 |
| 12/10/2009 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel, Chicago. | 15.00 |
| 12/10/2009 | Lee A. Sweigart | Ground Transportation | Cab ride to MDW from Huron office, Chicago. | 29.55 |
| 12/14/2009 | Lee A. Sweigart | Ground Transportation | Ride to Nortel RTP from RDU airport. | 20.20 |
| 12/8/2009 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore Hotel, Chicago. | 13.00 |
| 12/8/2009 | Michael E. Scannella | Ground Transportation | ORD to Huron Office, Chicago, CTA. | 3.00 |
| 12/9/2009 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore Hotel, Chicago. | 13.00 |
| 12/10/2009 | Michael E. Scannella | Ground Transportation | CTA, Huron Office to ORD. | 3.00 |
| 12/3/2009 | Coley P. Brown | Hotel/Lodging | Sheraton hotel in Raleigh from 11/30-12/3, 3 nights. Hotel = $460 + $10 for hotel tips during stay. Excluded movie from bill to client. | 470.00 |
| 12/17/2009 | Coley P. Brown | Hotel/Lodging | Sheraton Hotel in Raleigh from 12/14-12/17 (3 nights). Hotel $460.77 + Dinner $40 = $500.77. Also included $10 for tips during stay. | 470.77 |
| 12/4/2009 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial Hotel, Durham, NC; 11/30 to 12/3; Lodging on Nortel engagement (3 nights). | 460.68 |
| 12/10/2009 | Joseph J. McKenna | Hotel/Lodging | W Lakeshore Hotel, Chicago, IL; 12/8 to 12/10; Lodging on Nortel engagement (2 nights). | 348.90 |
| 12/18/2009 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial Hotel, Durham, NC; 12/14 to 12/17; Lodging while traveling on Nortel engagement, 3 nights. | 461.35 |
| 12/3/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Durham NC - 11/30 - 12/03, 3 nights. | 460.68 |
| 12/10/2009 | Lee A. Sweigart | Hotel/Lodging | W Lakeshore Chicago - 12/08 - 12/10, 2 nights. | 343.90 |
| 12/17/2009 | Lee A. Sweigart | Hotel/Lodging | Sheraton Imperial Durham, NC - 12/14 - 12/17 - Nortel, 3 nights. | 460.68 |
| 12/3/2009 | Michael E. Scannella | Hotel/Lodging | Sheraton Imperial, Durham, 11/30 - 12/3, 3 nights, room + tip. | 473.88 |
| 12/10/2009 | Michael E. Scannella | Hotel/Lodging | W Lakeshore, Chicago, 12/8 - 12/10, 2 nights, room + tip. | 353.90 |
| 12/17/2009 | Michael E. Scannella | Hotel/Lodging | Sheraton, RTP, 12/14 - 12/17, 3 nights, room + tip. | 470.68 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/19/2009 | Brian Heinimann | Meals | Dinner at My Thai Restaurant while working on Nortel project, 1 person. | 18.65 |
| 12/3/2009 | Coley P. Brown | Meals | Breakfast in Raleigh for week of 11/30-12/3 for Coley Brown (1 person). | 20.00 |
| 12/3/2009 | Coley P. Brown | Meals | Dinner at RDU for Coley Brown (1 person) while traveling on Nortel. | 24.38 |
| 12/9/2009 | Coley P. Brown | Meals | Dinner - Lou Malnatis for Coley Brown (1 person) while working late on Nortel. | 28.14 |
| 12/14/2009 | Coley P. Brown | Meals | Dinner, room service at Sheraton in Raleigh for Coley Brown (1 person). | 40.00 |
| 12/14/2009 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person) while traveling on Nortel. | 9.71 |
| 12/17/2009 | Coley P. Brown | Meals | Breakfast for week of 12/14 - 12/17 for Coley Brown (1 person) while in Raleigh. | 15.00 |
| 12/17/2009 | Coley P. Brown | Meals | Dinner at RDU for Coley Brown (1 person) while traveling on Nortel. | 23.66 |
| 12/1/2009 | Joseph J. McKenna | Meals | Champps Americana, Durham, NC; Dinner while traveling on Nortel engagement; Lee Sweigart, Coley Brown, Joe McKenna (3 guests). | 75.10 |
| 12/3/2009 | Joseph J. McKenna | Meals | Popeye's, Raleigh Durham Airport; Dinner while traveling on Nortel engagement, 1 person. | 6.94 |
| 12/8/2009 | Joseph J. McKenna | Meals | W Hotel Room Service, Chicago, IL; Dinner while traveling on Nortel engagement, 1 person. | 38.49 |
| 12/8/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 8.03 |
| 12/9/2009 | Joseph J. McKenna | Meals | PJ Clarke's, Chicago, IL; Dinner while traveling on Nortel engagement, 1 person. | 50.00 |
| 12/10/2009 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement, 1 person. | 8.03 |
| 12/14/2009 | Joseph J. McKenna | Meals | McDonald's, Newark Airport; Breakfast while traveling on Nortel engagement, 1 person. | 6.93 |
| 12/15/2009 | Joseph J. McKenna | Meals | Mez, Raleigh, NC; Dinner while traveling on Nortel engagement; Mike Scannella, Coley Brown, Lee Sweigart, Joe McKenna (4 guests). | 109.05 |
| 12/17/2009 | Joseph J. McKenna | Meals | All Star Grille, RDU Airport, travel meal for Joe McKenna and Mike Scannella, 2 people. | 11.00 |
| 12/17/2009 | Joseph J. McKenna | Meals | Nortel Cafeteria; Breakfast while traveling on Nortel engagement, 1 person. | 4.50 |
| 12/22/2009 | Joseph J. McKenna | Meals | Sheraton Imperial Hotel Room Service, Raleigh, NC; Dinner while traveling on Nortel engagement, 1 person. | 32.00 |
| 11/30/2009 | Lee A. Sweigart | Meals | Breakfast at IND airport, 1 person. | 10.26 |
| 12/1/2009 | Lee A. Sweigart | Meals | Dinner - Jimmy John's Durham, 1 person. | 7.58 |
| 12/3/2009 | Lee A. Sweigart | Meals | Breakfast - week of 11/30 - 12/04, 1 person. | 24.01 |
| 12/3/2009 | Lee A. Sweigart | Meals | Dinner - Brookfield BBQ RDU airport, 1 person. | 13.03 |
| 12/8/2009 | Lee A. Sweigart | Meals | Breakfast - Dunkin Donuts, 1 person. | 7.35 |
| 12/8/2009 | Lee A. Sweigart | Meals | Dinner - Kamahachi Chicago Streeterville, 1 person. | 45.70 |
| 12/9/2009 | Lee A. Sweigart | Meals | Dinner - Bacino's Chicago, 1 person. | 34.56 |
| 12/10/2009 | Lee A. Sweigart | Meals | Breakfast - week of 12/08 - 12/10, 1 person. | 21.85 |
| 12/10/2009 | Lee A. Sweigart | Meals | Dinner - Qdoba airport, 1 person. | 15.57 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/14/2009 | Lee A. Sweigart | Meals | Dinner at Sheraton Imperial Durham - Room service, 1 person. | 35.50 |
| 12/17/2009 | Lee A. Sweigart | Meals | Breakfast for week of 12/14 - 12/17, 1 person. | 21.03 |
| 12/17/2009 | Lee A. Sweigart | Meals | Dinner at RDU airport - 42nd Street Oyster Bar, 1 person. | 29.42 |
| 12/1/2009 | Michael E. Scannella | Meals | Sheraton Imperial, Room Service, 1 person. | 29.67 |
| 12/2/2009 | Michael E. Scannella | Meals | P.F. Chang's, NC, Team dinner while traveling for Nortel, 4 people, Mike Scannella, Joe McKenna, Coley Brown, and Lee Sweigart. | 126.14 |
| 12/3/2009 | Michael E. Scannella | Meals | Nortel Cafe, NC, Breakfast for the week (12/1 - 12/3), 1 person, Mike Scannella. | 12.00 |
| 12/3/2009 | Michael E. Scannella | Meals | Popeye's, RDU, dinner while waiting for flight, 1 person, Mike Scannella. | 6.94 |
| 12/8/2009 | Michael E. Scannella | Meals | Kamehachi, Chicago, Dinner while traveling for Nortel, 1 person, Mike Scannella. | 48.95 |
| 12/8/2009 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast while waiting for flight, 1 person, Mike Scannella. | 7.83 |
| 12/9/2009 | Michael E. Scannella | Meals | Wave, Chicago, Dinner while traveling, 2 people, Mike Scannella and Lee Sweigart. | 100.00 |
| 12/9/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, breakfast while traveling, 1 person, Mike Scannella. | 6.41 |
| 12/10/2009 | Michael E. Scannella | Meals | Tapenade, ORD, Dinner while waiting for flight, 1 person, Mike Scannella. | 12.61 |
| 12/10/2009 | Michael E. Scannella | Meals | Starbucks, Chicago, breakfast while traveling, 1 person, Mike Scannella. | 5.41 |
| 12/14/2009 | Michael E. Scannella | Meals | Ruby's Diner, EWR, Breakfast while waiting for flight, 1 person, Mike Scannella. | 5.11 |
| 12/14/2009 | Michael E. Scannella | Meals | Wok N Grille, Durham, Dinner while traveling, 1 person, Mike Scannella. | 15.29 |
| 12/15/2009 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast for the week (3 days), 1 person, Mike Scannella. | 13.78 |
| 12/16/2009 | Michael E. Scannella | Meals | Angus Barn, Raleigh, Team dinner while traveling, 4 people, Mike Scannella, Joe McKenna, Lee Sweigart, and Coley Brown. | 200.00 |
| 12/17/2009 | Michael E. Scannella | Meals | Godfathers, RDU, dinner while waiting for flight, 1 person, Mike Scannella. | 8.57 |
| 12/3/2009 | Lee A. Sweigart | Mileage | Mileage (11/30 - 12/03) - round trip to airport. | 27.50 |
| 12/10/2009 | Lee A. Sweigart | Mileage | Mileage (12/08 - 12/10) - round trip to airport. | 27.50 |
| 12/14/2009 | Lee A. Sweigart | Mileage | Mileage (12/14 - 12/17) - round trip to airport. | 27.50 |
| 12/3/2009 | Michael E. Scannella | Mileage | Jersey City, NJ to EWR, 22 miles, travel to airport. | 12.10 |
| 12/8/2009 | Michael E. Scannella | Mileage | Jersey City, NJ to EWR, 22 miles, travel to airport. | 12.10 |
| 12/14/2009 | Michael E. Scannella | Mileage | Jersey City, NJ to EWR, 22 miles, travel to airport. | 12.10 |
| 12/3/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 11/30 - 12/03, 4 days. | 72.00 |
| 12/10/2009 | Lee A. Sweigart | Parking & Tolls | IND airport - 12/08 - 12/10, 3 days. | 54.00 |
| 12/17/2009 | Lee A. Sweigart | Parking & Tolls | Parking IND airport - 12/14 - 12/17, 4 days. | 72.00 |
| 12/3/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 11/30 - 12/3, parking + tolls. | 111.00 |
| 12/10/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 12/8 - 12/10, 3 days, parking + tolls. | 84.00 |
| 12/17/2009 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 12/14 - 12/17, 4 days, parking + tolls. | 111.00 |
| 12/3/2009 | Coley P. Brown | Rental Car | Avis rental car in Raleigh for week of 11/30-12/3. | 339.88 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/17/2009 | Coley P. Brown | Rental Car | Rental car in Raleigh from 12/14-12/17 (4 days). | 339.88 |
| 12/3/2009 | Joseph J. McKenna | Rental Car | Avis, Raleigh Durham Airport, 4 days while traveling on Nortel engagement. | 255.81 |
| 12/17/2009 | Michael E. Scannella | Rental Car | Avis, RDU, 12/14 - 12/17, 4 days. | 259.40 |

**Total** $ 12,548.97