IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq., hereby certify that on January 25, 2010, I caused a true and correct copy of the **OBJECTION OF QWEST CORPORATION TO NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS AND REQUEST FOR ADEQUATE ASSURANCE** to be served upon the addressees on the attached coversheet list via facsimile.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

## SERVICE LIST

| | |
|---|---|
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Fax: (212) 225-3999<br>(Counsel to the Debtors) | **VIA FACSIMILE & HAND DELIVERY**<br>Derek C. Abbott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Fax: (302) 658-3989<br>(Counsel to the Debtors) |
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>David S. Allinson, Esq.<br>David Heller, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Fax: (212) 751-4864<br>(Counsel to Genband) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Fred Hodara, Esq.<br>Stephen Kuhn, Esq.<br>Kenneth Davis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Fax: (212) 872-1002<br>(Counsel to the Official Committee of Unsecured Creditors) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Fax: (302) 651-7701<br>(Counsel to the Official Committee of Unsecured Creditors) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Roland Hlawaty, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, New York 10006<br>Fax: (212) 822-5735<br>(Counsel to the Bondholder Group) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>Fax: (302) 573-6497<br>(U.S. Trustee) | |