## SCHEDULE A

### Contracts Not To Be Assumed and Assigned In Connection With The Asset and Share Sale Agreement

| Name and Address of Counterparty | Description of Contract |
|---|---|
| | |

NOTE: For the purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assignment Procedures as approved in the Sale Procedures Order, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.