# **EXHIBIT A**

# **Amended Claims**

# Exhibit A

## Amended or Superseded Claims

| | Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ABIDI, SALMAN<br>19167 SOUTH GARDENIA AVENUE<br>WESTON, FL  33332 | 925<br>4/13/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management Solutions | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,848.80 (U)<br>$44,798.80 (T) | | ABIDI, SALMAN<br>19167 SOUTH GARDENIA AV<br>WESTON, FL  33332 | 2314<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,848.78 (U)<br>$44,798.78 (T) | Amended or Superseded claim |
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 404<br>2/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,916,683.21 (U)<br>$1,916,683.21 (T) | | AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 3470<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | Amended or Superseded claim |
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 1575<br>7/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$149,958.68 (A)<br>- (P)<br>$1,712,278.81 (U)<br>$1,862,237.49 (T) | | AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 3470<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | Amended or Superseded claim |
| AIRSPAN NETWORKS, INC.<br>777 YAMATO ROAD, SUITE 310<br>BOCA RATON, FL  33431 | 1569<br>7/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$149,958.68 (A)<br>- (P)<br>$1,712,278.81 (U)<br>$1,862,237.49 (T) | | AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 3470<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | Amended or Superseded claim |
| AKIN, MARJORIE<br>4436 EDMONDSON AVE.<br>DALLAS, TX  75205 | 1069<br>5/1/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,353.00 (U)<br>$43,303.00 (T) | | AKIN, MARJORIE<br>4436 EDMONDSON AVE<br>DALLAS, TX  75205 | 5745<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,353.00 (U)<br>$43,303.00 (T) | Amended or Superseded claim |
| ALTERNATE COMMUNICATIONS<br>INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB  T1V 2C2<br>CANADA | 180<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$153,151.75 (U)<br>$153,151.75 (T) | | ALTERNATE COMMUNICATIONS<br>INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB  T1V 2C2<br>CANADA | 1274<br>6/4/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$123,140.09 (U)<br>$123,140.09 (T) | Amended or Superseded claim |
| ALVAREZ, CARLOS<br>10122 SAGEROYAL LANE<br>HOUSTON, TX  77089 | 1638<br>8/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$28,633.80 (P)<br>- (U)<br>$28,633.60 (T) | | ALVAREZ, CARLOS<br>10122 SAGEROYAL LANE<br>HOUSTON, TX  77089 | 3003<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,633.60 (U)<br>$28,633.60 (T) | Amended or Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| APPELL, MARTIN<br>12002 BROWNING LN<br>DALLAS, TX  75230 | 2762<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$71,827.72 (U)<br>$71,827.72 (T) | APPELL, MARTIN<br>12002 BROWNING LN<br>DALLAS, TX  75230 | 5930<br>10/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$71,827.72 (U)<br>$71,827.72 (T) | Amended or Superseded claim |
| ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA  30188-2200 | 158<br>2/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$332,662.34 (P)<br>- (U)<br>$332,662.34 (T) | ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA  30188 | 4597<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$133,554.95 (P)<br>- (U)<br>$133,554.95 (T) | Amended or Superseded claim |
| BARNES, DEBBIE<br>425 W. WEST STREET<br>SOUTHPORT, NC  28461 | 29<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$204,240.88 (P)<br>- (U)<br>$204,240.88 (T) | BARNES, DEBBIE<br>425 W WEST STREET<br>SOUTHPORT, NC  28461 | 4147<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$207,039.82 (P)<br>- (U)<br>$207,039.82 (T) | Amended or Superseded claim |
| BOISVERT, DAVID<br>18824 PARK GROVE LN.<br>DALLAS, TX  75287 | 302<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$44,942.00 (U)<br>$44,942.00 (T) | BOISVERT, DAVID<br>18824 APRK GROVE LN<br>DALLAS, TX  75287 | 3409<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$48,391.00 (U)<br>$48,391.00 (T) | Amended or Superseded claim |
| BOLAND, ROBERT D.<br>1237 IROQUOIS DR.<br>BATAVIA, IL  60510 | 487<br>3/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$348,695.00 (P)<br>- (U)<br>$348,695.00 (T) | BOLAND, ROBERT D<br>1237 IROQUOIS DR<br>BATAVIA, IL  60510 | 4776<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$348,695.00 (P)<br>- (U)<br>$348,695.00 (T) | Amended or Superseded claim |
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX  75070 | 1327<br>6/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,793.23 (U)<br>$41,793.23 (T) | BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX  75070 | 3415<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,793.23 (U)<br>$41,793.23 (T) | Amended or Superseded claim |
| BUSCH, JAMES D.<br>3713 MULBERRY LANE<br>BEDFORD, TX  76021 | 1414<br>6/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$99,035.96 (P)<br>- (U)<br>$99,035.96 (T) | BUSCH, JAMES<br>3713 MULBERRY LN<br>BEDFORD, TX  76021 | 4496<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$100,600.87 (U)<br>$100,600.87 (T) | Amended or Superseded claim |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA  01749 | 464<br>3/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$147,179.77 (U)<br>$147,179.77 (T) | CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA  01749 | 3140<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$147,179.77 (P)<br>- (U)<br>$147,179.77 (T) | Amended or Superseded claim |

# Exhibit A

## Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| CAGIANNOS, ELIAS<br>87 WOODLAND RD<br>MADISON, NJ  07940 | 1021<br>4/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$25,368.48 (U)<br>$25,368.48 (T) | CAGIANNOS, ELIAS<br>87 WOODLAND RD<br>MADISON, NJ  07940 | 4802<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$26,501.07 (P)<br>- (U)<br>$26,501.07 (T) | Amended or Superseded claim |
| CARREON, JOHNNY E.<br>4769 NW 22ND ST<br>COCONUT CREEK, FL  33063 | 645<br>3/19/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$57,434.40 (P)<br>- (U)<br>$57,434.40 (T) | CARREON, JOHNNY E<br>4769 NW 22ND ST<br>COCONUT CREEK, FL  33063 | 3618<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$79,249.26 (U)<br>$79,249.26 (T) | Amended or Superseded claim |
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 207<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,921.20 (U)<br>$36,921.20 (T) | CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | Amended or Superseded claim |
| CHAN, KWEISAN<br>41095 BERNIE STREET<br>FREMONT, CA  94539 | 2341<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,373.22 (U)<br>$11,373.22 (T) | CHAN, KWEI SAN<br>41095 BERNIE STREET<br>FREMONT, CA  94539 | 3849<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,373.22 (P)<br>- (U)<br>$11,373.22 (T) | Amended or Superseded claim |
| CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA  22835 | 1053<br>4/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$64,000.04 (U)<br>$64,000.04 (T) | CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA  22835 | 5802<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$64,000.00 (U)<br>$64,000.00 (T) | Amended or Superseded claim |
| CHRONOWIC, PETER<br>323 HOGANS VALLEY WAY<br>CARY, NC  27513 | 680<br>3/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$298,505.00 (U)<br>$309,455.00 (T) | CHRONOWIC, PETER<br>323 HOGANS VALLEY WAY<br>CARY, NC  27513 | 5792<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$298,505.00 (U)<br>$309,455.00 (T) | Amended or Superseded claim |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 1134<br>5/8/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>$504.58 (P)<br>$540.00 (U)<br>$1,044.58 (T) | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 1686<br>8/12/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>$48.58 (P)<br>$540.00 (U)<br>$588.58 (T) | Amended or Superseded claim |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 1136<br>5/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$25,000.00 (P)<br>- (U)<br>$25,000.00 (T) | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 3027<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$50,173.47 (P)<br>$10,054.68 (U)<br>$60,228.15 (T) | Amended or Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 1685 8/12/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,000.00 (P) - (U) $10,000.00 (T) | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE PO BOX 9564 BOSTON, MA 02114-9564 | 3027 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) $50,173.47 (P) $10,054.68 (U) $60,228.15 (T) | Amended or Superseded claim |
| CONTRARIAN FUNDS, LLC TRANSFEROR: SVA-BIZSPHERE ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 555 3/11/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $136,267.00 (U) $136,267.00 (T) | CONTRARIAN FUNDS, LLC TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 2487 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $136,267.00 (U) $136,267.00 (T) | Amended or Superseded claim |
| CORE BROOKFIELD LAKES, LLC 18000 WEST SARAH LANE, SUITE 250 BROOKFIELD, WI 53045 | 2349 8/28/09 No Case No Case Asserted | - (S) - (A) - (P) $86,653.06 (U) $86,653.06 (T) | CORE BROOKFIELD LAKES, LLC 18000 WEST SARAH LANE, STE 250 BROOKFIELD, WI 53045 | 5868 10/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $86,653.06 (U) $86,653.06 (T) | Amended or Superseded claim |
| DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 122 2/2/09 09-10138 Nortel Networks Inc. | $1,824,444.38 (S) - (A) - (P) - (U) $1,824,444.38 (T) | DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201 | 509 3/3/09 09-10138 Nortel Networks Inc. | $1,412,298.36 (S) - (A) - (P) - (U) $1,412,298.36 (T) | Amended or Superseded claim |
| DAO, TUYEN T. 6545 WESTWAY DR THE COLONY, TX 75056 | 4133 9/28/09 No Case No Case Asserted | - (S) - (A) - (P) $46,586.56 (U) $46,586.56 (T) | DAO, TUYEN 6545 WESTWAY DRIVE THE COLONY, TX 75056 | 4373 9/28/09 No Case No Case Asserted | - (S) - (A) - (P) $46,586.56 (U) $46,586.56 (T) | Amended or Superseded claim |
| DAVIS, JAMES F. 1213 BALMORAL DRIVE CARY, NC 27511 | 445 3/2/09 No Case No Case Asserted | - (S) - (A) $3,872.77 (P) $28,486.16 (U) $32,358.93 (T) | DAVIS, JAMES 1213 BALMIRAL DR CARY, NC 27511 | 4763 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $28,486.14 (U) $28,486.14 (T) | Amended or Superseded claim |
| DELL MARKETING, L.P. C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 25223 AUSTIN, TX 78701 | 899 4/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $32,343.17 (P) $89,950.53 (U) $122,293.70 (T) | DELL MARKETING, L.P. C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 2523 AUSTIN, TX 78701 | 1583 7/22/09 09-10138 Nortel Networks Inc. | - (S) $11,684.54 (A) - (P) $86,874.35 (U) $98,558.89 (T) | Amended or Superseded claim |

## Exhibit A

### Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 841<br>4/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5705<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | Amended or Superseded claim |
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 1088<br>5/4/09<br>09-10138<br>Nortel Networks Inc. | $1,195.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,195.20 (T) | EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5705<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | Amended or Superseded claim |
| FINCH, ALBERT F.<br>2309 PEMBROKE ST<br>GARLAND, TX 75040 | 210<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,140.60 (U)<br>$37,140.60 (T) | FINCH, ALBERT<br>2309 PEMBROKE ST<br>GARLAND, TX 75040 | 1901<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$60,807.74 (U)<br>$60,807.74 (T) | Amended or Superseded claim |
| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | 20<br>1/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$125,353.10 (U)<br>$125,353.10 (T) | FRAME, DAVID J<br>633 RAFORD HILL LANE<br>RICHARDSON, TX 75081 | 4599<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$114,805.44 (U)<br>$114,805.44 (T) | Amended or Superseded claim |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | 574<br>3/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$48,794.00 (U)<br>$48,794.00 (T) | GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | 3577<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$49,129.58 (U)<br>$49,129.58 (T) | Amended or Superseded claim |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | 575<br>3/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,796.89 (P)<br>- (U)<br>$5,796.89 (T) | GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR<br>RALEIGH, NC 27615 | 3595<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,796.89 (P)<br>- (U)<br>$5,796.89 (T) | Amended or Superseded claim |
| HANIG, HARMON L.<br>PO BOX 1103<br>LAFAYETTE, CA 94549 | 1733<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,553.94 (U)<br>$6,553.94 (T) | HANIG, HARMON<br>PO BOX 1103<br>LAFAYETTE, CA 94549-1103 | 3376<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,553.94 (P)<br>- (U)<br>$6,553.94 (T) | Amended or Superseded claim |
| HANNAH, DAVID C.<br>405 SKULLEY DRIVE<br>ALPHARETTA, GA 30004 | 475<br>3/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$513,831.00 (P)<br>- (U)<br>$513,831.00 (T) | HANNAH, DAVID C<br>405 SKULLEY DR<br>ALPHARETTA, GA 30004 | 4398<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$796,026.52 (U)<br>$796,026.52 (T) | Amended or Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| **Amended Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| HANSEN, MARK<br>1400 OUSLEY DRIVE<br>GILROY, CA  95020 | 1270<br>6/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$80,555.00 (U)<br>$80,555.00 (T) | HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA  95020-3727 | 1799<br>8/19/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$80,555.16 (U)<br>$80,555.16 (T) | Amended or<br>Superseded claim |
| HICKEY, KENNETH<br>5 WARD FARM CIRCLE<br>FRAMINGHAM, MA  01701 | 677<br>3/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,957.00 (U)<br>$43,907.00 (T) | HICKEY,KENNETH<br>5 WARD FARM CIRCLE<br>FRAMINGHAM, MA  01701 | 2360<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$71,834.00 (U)<br>$82,784.00 (T) | Amended or<br>Superseded claim |
| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV  25722 | 3080<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,987.50 (U)<br>$1,987.50 (T) | HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV  25722 | 4552<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,987.50 (U)<br>$1,987.50 (T) | Amended or<br>Superseded claim |
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 151<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$24,920.95 (P)<br>$70,483.35 (U)<br>$95,404.30 (T) | JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX  76671 | 2831<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | Amended or<br>Superseded claim |
| JENSON, CHARLES E.<br>1234 COVINA CT<br>ALLEN, TX  75013 | 674<br>3/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$38,044.08 (U)<br>$38,044.08 (T) | JENSON, CHARLES E.<br>1234 COVINA CT<br>ALLEN, TX  75013 | 748<br>3/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$27,094.08 (U)<br>$38,044.08 (T) | Amended or<br>Superseded claim |
| KA WAI CHAN<br>311 SHADY VALLEY C.T<br>SAN RAMON, CA  94582 | 856<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$31,809.12 (U)<br>$31,809.12 (T) | CHAN, KA WAI<br>311 SHADY VALLEY COURT<br>SAN RAMON, CA  94582 | 1711<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$31,809.12 (P)<br>- (U)<br>$31,809.12 (T) | Amended or<br>Superseded claim |
| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX  75056 | 414<br>2/27/09<br>No Case<br>No Case Asserted | $176,523.84 (S)<br>- (A)<br>$176,523.84 (P)<br>- (U)<br>$176,523.84 (T) | KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX  75056 | 701<br>3/23/09<br>No Case<br>No Case Asserted | $176,523.84 (S)<br>- (A)<br>$176,523.84 (P)<br>- (U)<br>$176,523.84 (T) | Amended or<br>Superseded claim |
| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC  27617 | 4258<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$793,591.85 (U)<br>$793,591.85 (T) | KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC  27617 | 4815<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$798,414.64 (U)<br>$798,414.64 (T) | Amended or<br>Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| **Amended Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| KIRN, JOHN<br>205 AUSTINPAUL DR.<br>NEWMARKET, ON  L3X 2K4<br>CANADA | 386<br>2/23/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$77,432.95 (U)<br>$77,432.95 (T) | KIRN, JOHN<br>205 AUSTIN PAUL DRIVE<br>NEWMARKET, ON  L3X 2K4<br>CANADA | 2090<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$80,750.32 (U)<br>$80,750.32 (T) | Amended or Superseded claim |
| KUBITSCHEK, LEO<br>10070 TIMBERSTONE RD.<br>ALPHARETTA, GA  30022 | 1551<br>7/16/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$79,486.22 (U)<br>$79,486.22 (T) | KUBITSCHEK, LEO<br>10070 TIMBERSTONE RD.<br>ALPHARETTA, GA  30022 | 4798<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$79,486.22 (U)<br>$79,486.22 (T) | Amended or Superseded claim |
| KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT  05474 | 632<br>3/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,201.00 (U)<br>$11,201.00 (T) | KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT  05474 | 970<br>4/9/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$11,201.00 (U)<br>$11,201.00 (T) | Amended or Superseded claim |
| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX  75218 | 168<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,000.00 (P)<br>$10,274.71 (U)<br>$20,274.71 (T) | KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX  75218 | 3843<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$9,478.09 (U)<br>$20,428.09 (T) | Amended or Superseded claim |
| LAYNE, SAMUEL J.<br>9317 WEST 139TH ST.<br>OVERLAND PARK, KS  66221 | 874<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$79,462.90 (P)<br>- (U)<br>$79,462.90 (T) | LAYNE, SAMUEL<br>9317 W 139TH STREET<br>OVERLAND PARK, KS  66221 | 4471<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$63,389.00 (P)<br>- (U)<br>$63,389.00 (T) | Amended or Superseded claim |
| LOEN, ERIK<br>1105 273RD PL SE<br>SAMMAMISH, WA  98075 | 332<br>2/18/09<br>09-10146<br>Nortel Networks Applications Management Solutions | - (S)<br>- (A)<br>$8,161.21 (P)<br>- (U)<br>$8,161.21 (T) | LOEN, ERIK<br>1105 273RD PLACE SE<br>SAMMAMISH, WA  98075 | 2255<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,873.80 (P)<br>- (U)<br>$8,161.21 (T) | Amended or Superseded claim |
| MA, CHEN CHEN<br>7921 CONSTITUTION DR.<br>PLANO, TX  75025 | 442<br>3/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,673.25 (U)<br>$52,673.25 (T) | MA, CHEN-CHEN<br>7921 CONSTITUTION DR<br>PLANO, TX  75025 | 4424<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,230.10 (P)<br>$41,443.15 (U)<br>$52,673.25 (T) | Amended or Superseded claim |

## Exhibit A

### Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| MARK, RAYMOND<br>1336 S. FINLEY ROAD, APT 1C<br>LOMBARD, IL  60148 | 2516<br>9/2/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$120,697.42 (P)<br>- (U)<br>$120,697.42 (T) | MARK, RAYMOND<br>1336 S. FINLEY ROAD, APT 1C<br>LOMBARD, IL  60148 | 5903<br>10/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$120,697.42 (P)<br>- (U)<br>$120,697.42 (T) | Amended or<br>Superseded claim |
| MARTIN, EDLENE PASS<br>8005 CHADBOURNE CT<br>RALEIGH, NC  27613 | 18<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | $68,808.00 (S)<br>- (A)<br>- (P)<br>$18,000.00 (U)<br>$86,808.00 (T) | MARTIN, EDLENE<br>8005 CHADBOURNE CT<br>RALEIGH, NC  27613 | 4259<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$69,267.21 (U)<br>$69,267.21 (T) | Amended or<br>Superseded claim |
| MCCOY, LAWRENCE W.<br>321 CHAPARRAL DRIVE<br>RICHARDSON, TX  75080 | 349<br>2/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$46,584.22 (U)<br>$46,584.22 (T) | MCCOY, LAWRENCE W.<br>321 CHAPARRAL DRIVE<br>RICHARDSON, TX  75080 | 654<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$35,634.22 (U)<br>$46,584.22 (T) | Amended or<br>Superseded claim |
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC  27517 | 171<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$180,000.00 (P)<br>- (U)<br>$180,000.00 (T) | MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC  27517 | 527<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$180,000.00 (U)<br>$180,000.00 (T) | Amended or<br>Superseded claim |
| MILFORD, JOHN S.<br>4516 SPYGLASS DRIVE<br>LITTLE RIVER, SC  29566 | 416<br>2/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$50,890.00 (U)<br>$50,890.00 (T) | MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC  29566 | 2154<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,890.00 (U)<br>$50,890.00 (T) | Amended or<br>Superseded claim |
| MILLER, LOIS S.<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC  27615-2613 | 345<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$66,087.82 (U)<br>$66,087.82 (T) | MILLER, LOIS<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC  27615-2613 | 4014<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,229.57 (U)<br>$63,229.57 (T) | Amended or<br>Superseded claim |
| MOLEX<br>2222 WELLINGTON COURT<br>ATTN: MIKE FRITZ<br>LISLE, IL  60532 | 1675<br>8/10/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$13,567.84 (U)<br>$13,567.84 (T) | MOLEX<br>ATTN : MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL  60532 | 5465<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,967.84 (A)<br>- (P)<br>$1,600.00 (U)<br>$13,567.84 (T) | Amended or<br>Superseded claim |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA  30005 | 152<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$33,139.85 (P)<br>- (U)<br>$33,139.85 (T) | MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA  30005 | 3663<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$33,153.91 (P)<br>- (U)<br>$33,153.91 (T) | Amended or<br>Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| **Amended Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA  30005 | 767<br>3/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$577,143.00 (P)<br>- (U)<br>$577,143.00 (T) | MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA  30005 | 3664<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$294,127.43 (P)<br>- (U)<br>$294,127.43 (T) | Amended or Superseded claim |
| MONTGOMERY, GEORGE G<br>9808 ST ANNES DRIVE<br>PLANO, TX  75025 | 157<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,774.48 (P)<br>$715,488.57 (U)<br>$727,263.05 (T) | MONTGOMERY, GEORGE G<br>9808 ST ANNES DR<br>PLANO, TX  75025 | 4273<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$278,858.42 (U)<br>$278,858.42 (T) | Amended or Superseded claim |
| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC  27703 | 146<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$63,192.21 (U)<br>$74,142.21 (T) | MURPHY III, EDGAR<br>204 BARRINGTON OVERLOOK DR.<br>DURHAM, NC  27703 | 286<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$74,142.21 (P)<br>- (U)<br>$74,142.21 (T) | Amended or Superseded claim |
| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX  75025 | 1156<br>5/11/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,404.53 (U)<br>$45,354.53 (T) | NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX  75025 | 4018<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,404.53 (U)<br>$45,354.53 (T) | Amended or Superseded claim |
| NIELSON, DAVE<br>504 S. HORIZON CIRCLE<br>SIOUX FALLS, SD  57106 | 3586<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$1,176.62 (P)<br>- (U)<br>$1,176.62 (T) | NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD  57106 | 4315<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,176.62 (P)<br>- (U)<br>$1,176.62 (T) | Amended or Superseded claim |
| NIELSON, DAVID D.<br>504 S. HORIZON CIRCLE<br>SIOUX FALLS, SD  57106 | 986<br>4/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$205,480.27 (P)<br>- (U)<br>$205,480.27 (T) | NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD  57106 | 4314<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$205,480.27 (P)<br>- (U)<br>$205,480.27 (T) | Amended or Superseded claim |
| PAULUS, PATRICK J<br>107 AVALON CT<br>KINGSLAND, GA  31548 | 38<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$120,170.24 (U)<br>$120,170.24 (T) | PAULUS, PATRICK<br>107 AVALON CT<br>KINGSLAND, GA  31548 | 3273<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$99,588.38 (U)<br>$99,588.38 (T) | Amended or Superseded claim |
| PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH  03254 | 721<br>3/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$38,164.32 (U)<br>$38,164.32 (T) | PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH  03254 | 5931<br>10/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,164.32 (U)<br>$38,164.32 (T) | Amended or Superseded claim |

# Exhibit A

## Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ROBSON, ROBERT L.<br>1013 MANOR GLEN WAY<br>RALEIGH, NC  27615 | 461<br>3/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$148,293.00 (P)<br>- (U)<br>$148,293.00 (T) | ROBSON, ROBERT<br>1013 MANOR GLEN WAY<br>RALEIGH, NC  27615 | 4401<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$146,023.30 (U)<br>$146,023.30 (T) | Amended or Superseded claim |
| RODRIGUEZ, ABELARDO B.<br>113 RETON CT<br>CARY, NC  27513 | 219<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$50,447.00 (P)<br>- (U)<br>$50,447.00 (T) | RODRIGUEZ, ABELARDO<br>113 RETON CT<br>CARY, NC  27513 | 2336<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$50,447.00 (P)<br>- (U)<br>$50,447.00 (T) | Amended or Superseded claim |
| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX  75025 | 3741<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$153,984.40 (P)<br>- (U)<br>$153,984.40 (T) | RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX  75025 | 4104<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$153,984.40 (P)<br>- (U)<br>$153,984.40 (T) | Amended or Superseded claim |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA  95814 | 739<br>3/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$77.01 (P)<br>- (U)<br>$77.01 (T) | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA  95814 | 2267<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$92.82 (P)<br>- (U)<br>$92.82 (T) | Amended or Superseded claim |
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA  98029 | 104<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$77,929.45 (P)<br>- (U)<br>$77,929.45 (T) | SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA  98029 | 838<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,314.39 (P)<br>$72,615.06 (U)<br>$77,929.45 (T) | Amended or Superseded claim |
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA  98029 | 836<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$1,818.80 (P)<br>$96,396.29 (U)<br>$98,215.09 (T) | SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA  98029 | 4440<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$1,818.80 (P)<br>$96,396.29 (U)<br>$98,215.09 (T) | Amended or Superseded claim |
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA  98029 | 837<br>4/6/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,032.98 (U)<br>$7,032.98 (T) | SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA  98029 | 4441<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,032.98 (U)<br>$7,032.98 (T) | Amended or Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| SHEEHAN PHINNEY BASS + GREEN PA<br>BRUCE A. HARWOOD<br>1000 ELM STREET<br>P.O. BOX 3701<br>MANCHESTER, NH 03105-3701 | 826<br>3/25/09<br>No Case<br>No Case Asserted | Unspecified* | SHEEHAN PHINNEY BASS + GREEN PA<br>BRUCE A. HARWOOD<br>1000 ELM STREET<br>P.O. BOX 3701<br>MANCHESTER, NH 03105-3701 | 3548<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$290,309.75 (U)<br>$290,309.75 (T) | Amended or Superseded claim |
| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | 619<br>3/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$70,424.62 (P)<br>$3,570.93 (U)<br>$73,995.55 (T) | SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | 3107<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$70,424.62 (P)<br>$1,889.98 (U)<br>$72,314.60 (T) | Amended or Superseded claim |
| SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | 620<br>3/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,105.53 (U)<br>$39,105.53 (T) | SHEPPARD, JOHN E.<br>4808 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613-6334 | 3106<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,105.53 (U)<br>$39,105.53 (T) | Amended or Superseded claim |
| SHIELDS, BRIAN<br>1800 PARK RIDGE WAY<br>RALEIGH, NC 27614-9040 | 1367<br>6/15/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$56,667.12 (P)<br>- (U)<br>$56,667.12 (T) | SHIELDS, BRIAN<br>1800 PARK RIDGE WAY<br>RALEIGH, NC 27614-9040 | 1422<br>6/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$56,667.12 (P)<br>- (U)<br>$56,667.12 (T) | Amended or Superseded claim |
| SINGH, INDERPAL<br>5406 WELLINGTON DR<br>RICHARDSON, TX 75082 | 1095<br>5/4/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$23,826.94 (U)<br>$23,826.94 (T) | SINGH, INDERPAL<br>5406 WELLINGTON DR<br>RICHARDSON, TX 75082 | 5795<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,826.94 (U)<br>$23,826.94 (T) | Amended or Superseded claim |
| SLATTERY, STEVE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | 1435<br>6/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$905,839.41 (P)<br>- (U)<br>$905,839.41 (T) | SLATTERY, STEUE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | 3687<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$638,045.33 (P)<br>- (U)<br>$638,045.33 (T) | Amended or Superseded claim |
| STEPP, FLOYD P<br>1126 COUNTRY CLUB LANE<br>ZEBULON, NC 27597 | 290<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,968.95 (U)<br>$59,968.95 (T) | STEPP, FLOYD<br>1126 COUNTRY CLUB LN<br>ZEBULON, NC 27597 | 2337<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,891.19 (U)<br>$59,891.19 (T) | Amended or Superseded claim |

## Exhibit A

**Amended or Superseded Claims**

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| THOMPSON, VERNON J.<br>7855 COUNTY ROAD 542<br>NEVADA, TX  751738051 | 2045<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$37,000.00 (U)<br>$37,000.00 (T) | THOMPSON, VERNON J.<br>PO BOX 549<br>NEVADA, TX  75173 | 2050<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,000.00 (U)<br>$37,000.00 (T) | Amended or Superseded claim |
| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC  27592-9241 | 1642<br>8/5/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$43,061.76 (P)<br>- (U)<br>$43,061.76 (T) | TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC  27592-9241 | 1692<br>8/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$43,061.76 (P)<br>- (U)<br>$43,061.76 (T) | Amended or Superseded claim |
| TOWNLEY, JEFF<br>P.O. BOX 13955<br>RTP, NC  27709 | 1008<br>4/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$166,553.77 (P)<br>- (U)<br>$166,553.77 (T) | TOWNLEY, JEFF<br>4104 PICARDY DR.<br>RALEIGH, NC  27612 | 5628<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$195,117.30 (P)<br>- (U)<br>$195,117.30 (T) | Amended or Superseded claim |
| TRAVERS, JOHN<br>2821 LA NEVASCA LANE<br>CARLSBAD, CA  92009 | 963<br>4/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$71,095.00 (U)<br>$71,095.00 (T) | TRAVERS, JOHN<br>2821 LA NEVASCA LN<br>CARLSBAD, CA  92009 | 2667<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$71,095.00 (U)<br>$71,095.00 (T) | Amended or Superseded claim |
| TUONG MINH PROJECT MGMT.<br>AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY<br>VIETNAM | 358<br>2/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$292,544.00 (U)<br>$292,544.00 (T) | TUONG MINH PROJECT MGMT.<br>AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY<br>VIETNAM | 406<br>2/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$256,592.75 (U)<br>$256,592.75 (T) | Amended or Superseded claim |
| VAN NGUYEN, KHOA<br>2505 APPALACHIA DRIVE<br>GARLAND, TX  75044 | 88<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,826.00 (U)<br>$19,826.00 (T) | NGUYEN, KHOA VAN<br>2505 APPALACHIA DR<br>GARLAND, TX  75044 | 2694<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,646.03 (U)<br>$26,646.03 (T) | Amended or Superseded claim |
| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PINES, FL  33027 | 2037<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,875.47 (P)<br>$11,480.05 (U)<br>$17,355.52 (T) | VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL  33027 | 5390<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,355.52 (U)<br>$17,355.52 (T) | Amended or Superseded claim |

# Exhibit A

## Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| VRABEL JR., JOHN P. 10 ROYALLMANOR CT. O'FALLON, MO 63368 | 312 2/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) $11,624.85 (P) $37,663.56 (U) $49,288.41 (T) | VRABEL, JR., JOHN P. 10 ROYALLMANOR CT O'FALLON, MO 63368 | 2551 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $11,624.85 (P) $37,663.56 (U) $49,288.41 (T) | Amended or Superseded claim |
| WANG, LILY HOH 4325 WONDERLAND DR. PLANO, TX 75093 | 236 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) $663.03 (P) $35,346.93 (U) $36,009.96 (T) | WANG, LILY HOH 4325 WONDERLAND DR PLANO, TX 75093 | 4309 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $11,613.03 (P) $24,396.93 (U) $36,009.96 (T) | Amended or Superseded claim |
| WEISS, MR. HOWARD ERIC 828 POTOMAC RD ATLANTA, GA 303386974 | 118 2/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,993.94 (P) $24,626.40 (U) $31,620.34 (T) | WEISS, HOWARD ERIC 828 POTOMAC RD ATLANTA, GA 303386974 | 2367 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) $1,715.97 (P) $27,448.35 (U) $29,164.32 (T) | Amended or Superseded claim |
| WESTON SOLUTIONS WESTON SOLUTIONS INC 1400 WESTON WAY ATTN: STEPHEN N. FREED WEST CHESTER, PA 19380-1492 | 2689 9/8/09 No Case No Case Asserted | - (S) - (A) - (P) $410,139.09 (U) $410,139.09 (T) | WESTON SOLUTIONS, INC. ATTN: STEPHEN FREED 1400 WESTON WAY, PO BOX 2653 WEST CHESTER, PA 19380 | 5829 10/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $410,139.09 (U) $410,139.09 (T) | Amended or Superseded claim |
| WIRELESS INTEGRATED NETWORKS INC. NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO SONORA MEXICO, CP 83000 MEXICO | 1679 8/11/09 09-10138 Nortel Networks Inc. | - (S) - (A) $103,706.00 (U) $103,706.00 (T) | WIRELESS INTEGRATED NETWORKS INC. NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO SONORA MEXICO, CP 83000 MEXICO | 3773 9/25/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $117,626.00 (U) $117,626.00 (T) | Amended or Superseded claim |
| WISTRON INFOCOMM TECHNOLOGY AMERICA CORP P.O. BOX 370307 EL PASO, TX 79937 | 4153 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,250,232.04 (U) $2,250,232.04 (T) | WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION P.O. BOX 370307 EL PASO, TX 79937 | 5636 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,250,232.04 (U) $2,250,232.04 (T) | Amended or Superseded claim |
| YU, GUISHENG 3725 MASON DR PLANO, TX 75025 | 247 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) $17,970.41 (P) - (U) $17,970.41 (T) | YU, GUISHENG 3725 MASON DR PLANO, TX 75025 | 2566 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $17,970.41 (P) - (U) $17,970.41 (T) | Amended or Superseded claim |

# Exhibit A

## Amended or Superseded Claims

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA  20191-5006 | 1216<br>5/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$182,735.28 (P)<br>- (U)<br>$182,735.28 (T) | ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA  20191-5006 | 4173<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$216,665.02 (P)<br>- (U)<br>$216,665.02 (T) | Amended or Superseded claim |
| ZYXEL COMMUNICATIONS INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA  92806-2001 | 164<br>2/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$256,526.25 (U)<br>$256,526.25 (T) | ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA  92806-2001 | 295<br>2/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$259,466.25 (U)<br>$259,466.25 (T) | Amended or Superseded claim |
| **Totals:** | **99 Claims** | **$2,070,971.42 (S)**<br>**$299,917.36 (A)**<br>**$5,057,190.65 (P)**<br>**$13,137,157.91 (U)**<br>**$20,388,713.30 (T)** | | | **$1,588,822.20 (S)**<br>**$466,117.82 (A)**<br>**$3,592,756.72 (P)**<br>**$13,873,814.08 (U)**<br>**$19,343,274.39 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.