# EXHIBIT B

# Duplicate Claims

# Exhibit B

## Single Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX  76040 | 2001<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$86,813.37 (U)<br>$86,813.37 (T) | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX  76040 | 2000<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$86,813.37 (U)<br>$86,813.37 (T) | Duplicate Claim |
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX  76040 | 1581<br>7/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$86,813.07 (U)<br>$86,813.07 (T) | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX  76040 | 2000<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$86,813.37 (U)<br>$86,813.37 (T) | Duplicate Claim |
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX  76040 | 2002<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$86,813.37 (U)<br>$86,813.37 (T) | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX  76040 | 2000<br>8/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$86,813.37 (U)<br>$86,813.37 (T) | Duplicate Claim |
| AIRSPAN NETWORKS, INC.<br>777 YAMATO ROAD SUITE 310<br>BOCA RATON, FL  33431 | 4083<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL  33431 | 3470<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | Duplicate Claim |
| BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 1868<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* | BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 300<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim |
| BARNETT, CAROL J<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 1869<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* | BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 300<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim |
| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 1866<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* | BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 305<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim |
| BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 1867<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* | BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 305<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim |

# Exhibit B

## Single Debtor Duplicate Claims

| | Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX  75248 | 2952<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$20,179.74 (U)<br>$20,179.74 (T) | BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX  75248 | 2151<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,179.74 (U)<br>$20,179.74 (T) | Duplicate Claim |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX  75248 | 2954<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$20,179.74 (U)<br>$20,179.74 (T) | BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX  75248 | 2151<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,179.74 (U)<br>$20,179.74 (T) | Duplicate Claim |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 | 3121<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>$34,223.10 (P)<br>- (U)<br>$34,223.10 (T) | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 | 3120<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$34,223.10 (P)<br>- (U)<br>$34,223.10 (T) | Duplicate Claim |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 | 3122<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>$34,223.10 (P)<br>- (U)<br>$34,223.10 (T) | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 | 3120<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$34,223.10 (P)<br>- (U)<br>$34,223.10 (T) | Duplicate Claim |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5731<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$131.08 (U)<br>$131.08 (T) | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5704<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$131.08 (U)<br>$131.08 (T) | Duplicate Claim |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2223<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | Duplicate Claim |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2224<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | Duplicate Claim |

## Exhibit B

### Single Debtor Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2225<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | Duplicate Claim |
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2221<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | Duplicate Claim |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA  30518 | 3763<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$71,267.23 (U)<br>$71,267.23 (T) | CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA  30518 | 2625<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$71,267.23 (U)<br>$71,267.23 (T) | Duplicate Claim |
| CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL  60423 | 143<br>2/2/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>$11,875.00 (P)<br>- (U)<br>$11,875.00 (T) | CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL  60423 | 2072<br>8/24/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>$11,875.00 (P)<br>- (U)<br>$11,875.00 (T) | Duplicate Claim |
| CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX  786286939 | 1840<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$72,820.36 (P)<br>- (U)<br>$72,820.36 (T) | CRAMER, CARL<br>106 PITCHSTONE CV<br>GEORGETOWN, TX  786286939 | 1838<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$72,820.36 (P)<br>- (U)<br>$72,820.36 (T) | Duplicate Claim |
| D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX  75201 | 2240<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX  75201 | 2239<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | Duplicate Claim |
| DELTA PRODUCTS CORP.<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538 | 1057<br>4/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$21,680.00 (U)<br>$21,680.00 (T) | DELTA PRODUCTS CORP<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538-6475 | 5457<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,680.00 (U)<br>$21,680.00 (T) | Duplicate Claim |

# Exhibit B

## Single Debtor Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON  K2K 2E3<br>CANADA | 5662<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,281.25 (U)<br>$427,281.25 (T) | EION INC<br>320 MARCH ROAD, GATEWAY<br>BLDG 2 SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CANADA | 5660<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,281.25 (U)<br>$427,281.25 (T) | Duplicate Claim |
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON  K2K 2E3<br>CANADA | 5784<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,281.25 (U)<br>$427,281.25 (T) | EION INC<br>320 MARCH ROAD, GATEWAY<br>BLDG 2 SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CANADA | 5660<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,281.25 (U)<br>$427,281.25 (T) | Duplicate Claim |
| FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC  20001-4413 | 1563<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,702.83 (U)<br>$27,702.83 (T) | FINNEGAN HENDERSON<br>FARABOW GARRETT<br>DEPT 6059<br>WASHINGTON, DC  20042-6059 | 2070<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,702.83 (U)<br>$27,702.83 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1199<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$14,872.50 (U)<br>$14,872.50 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1282<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,872.50 (U)<br>$14,872.50 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1200<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$21,195.00 (U)<br>$21,195.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1286<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,195.00 (U)<br>$21,195.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1201<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$14,872.50 (U)<br>$14,872.50 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1282<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,872.50 (U)<br>$14,872.50 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1202<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$2,452.00 (U)<br>$2,452.00 (T) | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1283<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,452.00 (U)<br>$2,452.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1203<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$3,880.00 (U)<br>$3,880.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1297<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,880.00 (U)<br>$3,880.00 (T) | Duplicate Claim |

# Exhibit B

## Single Debtor Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1204<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$22,400.00 (U)<br>$22,400.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1288<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,400.00 (U)<br>$22,400.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1205<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$5,020.00 (U)<br>$5,020.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1289<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,020.00 (U)<br>$5,020.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1206<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$16,280.00 (U)<br>$16,280.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1291<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,280.00 (U)<br>$16,280.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1207<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$2,080.00 (U)<br>$2,080.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1287<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,080.00 (U)<br>$2,080.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1208<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1292<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1209<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$6,700.00 (U)<br>$6,700.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1293<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,700.00 (U)<br>$6,700.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1210<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$1,460.00 (U)<br>$1,460.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1294<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,460.00 (U)<br>$1,460.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1211<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1295<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | Duplicate Claim |

## Exhibit B

### Single Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1212<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1290<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1213<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$1,035.00 (U)<br>$1,035.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1296<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,035.00 (U)<br>$1,035.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1214<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$11,450.00 (U)<br>$11,450.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1284<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,450.00 (U)<br>$11,450.00 (T) | Duplicate Claim |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1215<br>5/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$32,175.00 (U)<br>$32,175.00 (T) | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1285<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,175.00 (U)<br>$32,175.00 (T) | Duplicate Claim |
| GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC  27616 | 5815<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | $50,908.19 (S)<br>- (A)<br>- (P)<br>- (U)<br>$50,908.19 (T) | GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC  27616 | 5813<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | $50,908.19 (S)<br>- (A)<br>- (P)<br>- (U)<br>$50,908.19 (T) | Duplicate Claim |
| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC  27616 | 5814<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | $50,908.19 (S)<br>- (A)<br>- (P)<br>- (U)<br>$50,908.19 (T) | GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC  27616 | 5813<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | $50,908.19 (S)<br>- (A)<br>- (P)<br>- (U)<br>$50,908.19 (T) | Duplicate Claim |
| GUERIN & RODRIGUEZ, LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA  01752 | 927<br>4/13/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | GUERIN & RODRIGUEZ LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA  01752 | 2979<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$87,498.63 (U)<br>$87,498.63 (T) | Duplicate Claim |
| HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR  97045 | 2113<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$3,641.00 (P)<br>- (U)<br>$3,641.00 (T) | HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR  97045-0211 | 2143<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,641.00 (P)<br>- (U)<br>$3,641.00 (T) | Duplicate Claim |

## Exhibit B

### Single Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | 2144<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$3,641.00 (P)<br>- (U)<br>$3,641.00 (T) | HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | 2143<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,641.00 (P)<br>- (U)<br>$3,641.00 (T) | Duplicate Claim |
| HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 | 2242<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | 2239<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | Duplicate Claim |
| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | 2241<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | 2239<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,077.68 (U)<br>$37,077.68 (T) | Duplicate Claim |
| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | 2830<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | 2831<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,900.00 (P)<br>$111,380.08 (U)<br>$133,280.08 (T) | Duplicate Claim |
| MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX 753702921 | 2548<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,360.00 (U)<br>$7,360.00 (T) | MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX 753702921 | 556<br>3/11/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,360.00 (U)<br>$7,360.00 (T) | Duplicate Claim |
| MIRABAL, ROSANNA<br>9103 NW 81ST COURT<br>TAMARAC, FL 33321 | 1189<br>5/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,178.00 (U)<br>$7,178.00 (T) | MIRABAL, ROSANNA<br>9103 NW 81ST COURT<br>TAMARAC, FL 33321 | 5926<br>10/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,178.00 (U)<br>$7,178.00 (T) | Duplicate Claim |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | 2414<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,608.62 (U)<br>$18,558.62 (T) | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | 2413<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,608.62 (U)<br>$18,558.62 (T) | Duplicate Claim |

# Exhibit B

## Single Debtor Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA  95124 | 2415<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,608.62 (U)<br>$18,558.62 (T) | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA  95124 | 2413<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$7,608.62 (U)<br>$18,558.62 (T) | Duplicate Claim |
| MOLEX<br>ATTN: MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL  60532 | 1765<br>8/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$13,567.84 (U)<br>$13,567.84 (T) | MOLEX<br>2222 WELLINGTON COURT<br>ATTN: MIKE FRITZ<br>LISLE, IL  60532 | 1675<br>8/10/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$13,567.84 (U)<br>$13,567.84 (T) | Duplicate Claim |
| PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ  07931 | 1924<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* | PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ  07931 | 1923<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim |
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX  750852764 | 2095<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,373.88 (P)<br>- (U)<br>$5,373.88 (T) | PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX  750852764 | 2250<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,373.88 (P)<br>- (U)<br>$5,373.88 (T) | Duplicate Claim |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX  750852764 | 2066<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,373.88 (P)<br>- (U)<br>$5,373.88 (T) | PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX  750852764 | 2250<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,373.88 (P)<br>- (U)<br>$5,373.88 (T) | Duplicate Claim |
| QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX  77328 | 1767<br>8/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$2,990.48 (P)<br>$22,428.60 (U)<br>$25,419.08 (T) | QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX  77328 | 2839<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,990.48 (P)<br>$22,428.60 (U)<br>$25,419.08 (T) | Duplicate Claim |
| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX  77328 | 2436<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$2,990.48 (P)<br>$22,428.60 (U)<br>$25,419.08 (T) | QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX  77328 | 2839<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,990.48 (P)<br>$22,428.60 (U)<br>$25,419.08 (T) | Duplicate Claim |
| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328 | 1763<br>8/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$2,982.87 (P)<br>$22,371.53 (U)<br>$25,354.40 (T) | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328-6847 | 2838<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,982.87 (P)<br>$22,371.53 (U)<br>$25,354.40 (T) | Duplicate Claim |

## Exhibit B

### Single Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328 | 2490<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$2,982.87 (P)<br>$22,371.53 (U)<br>$25,354.40 (T) | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328-6847 | 2838<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,982.87 (P)<br>$22,371.53 (U)<br>$25,354.40 (T) | Duplicate Claim |
| RAHN, BARRY<br>5644 SEACLIFFE ROAD<br>COURTENAY, BC  V9J 1X1<br>CANADA | 2681<br>9/8/09<br>No Case<br>No Case Asserted | Unspecified* | RAHN, BARRY M<br>5644 SEACLIFFE RD.<br>COURTENAY  V9J 1X1<br>CANADA | 2680<br>9/8/09<br>No Case<br>No Case Asserted | Unspecified* | Duplicate Claim |
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 1933<br>8/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$43,497.72 (U)<br>$43,497.72 (T) | RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 1385<br>6/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$43,497.72 (U)<br>$43,497.72 (T) | Duplicate Claim |
| REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA  95050-4013 | 1820<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$51,974.01 (U)<br>$51,974.01 (T) | REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA  95050-4013 | 933<br>4/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$51,974.01 (U)<br>$51,974.01 (T) | Duplicate Claim |
| TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC  H4S 1R7<br>CANADA | 2785<br>9/9/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 285<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | Duplicate Claim |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 2787<br>9/9/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 285<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | Duplicate Claim |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 2789<br>9/9/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 285<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | Duplicate Claim |

## Exhibit B

### Single Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | 1572<br>7/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,309,300.61 (P)<br>- (U)<br>$1,309,300.61 (T) | TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | 1578<br>7/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,309,300.61 (P)<br>- (U)<br>$1,309,300.61 (T) | Duplicate Claim |
| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN  56003 | 2493<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN  56003 | 313<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | Duplicate Claim |
| TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX  75034 | 1412<br>6/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$23,920.00 (U)<br>$23,920.00 (T) | TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX  75034 | 3412<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,920.00 (U)<br>$23,920.00 (T) | Duplicate Claim |
| VRABEL,JR., JOHN P.<br>10 ROYALLMANOR CT.<br>O'FALLON, MO  63368 | 2553<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,624.85 (P)<br>$37,663.56 (U)<br>$49,288.41 (T) | VRABEL,JR., JOHN P.<br>10 ROYALLMANOR CT<br>O'FALLON, MO  63368 | 2551<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,624.85 (P)<br>$37,663.56 (U)<br>$49,288.41 (T) | Duplicate Claim |
| Totals: | 72  Claims | $101,816.38 (S)<br>$147,488.48 (A)<br>$1,547,843.48 (P)<br>$4,075,568.97 (U)<br>$5,872,717.31 (T) | | | $101,816.38 (S)<br>$147,488.48 (A)<br>$1,547,843.48 (P)<br>$4,075,569.27 (U)<br>$5,872,717.61 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.