# **EXHIBIT C**

**Insufficient Documentation Claims**

# Exhibit C

## Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX  75202 | 5354<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | $55,300,276.47 (S)<br>- (A)<br>- (P)<br>- (U)<br>$55,300,276.47 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records |
| DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON  M9W 7J3<br>CANADA | 2043<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$764.62 (U)<br>$764.62 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records |
| DESCA COLOMBIA SA<br>CARRERA 7 NO  71 52<br>TORRE B PISO 11<br>BOGOTA<br>COLUMBIA | 5511<br>9/30/09<br>No Case<br>No Case Asserted | $135,124.29 (S)<br>- (A)<br>- (P)<br>$13,173.52 (U)<br>$148,297.81 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records |
| **Totals:** | **3  Claims** | **$55,435,400.76 (S)**<br>**- (A)**<br>**- (P)**<br>**$13,938.14 (U)**<br>**$55,449,338.90 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.