# <u>EXHIBIT D</u>

## Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                    :

*In re*                   :     Chapter 11
                    :

Nortel Networks Inc., *et al.*,[1]    :     Case No. 09-10138 (KG)
                    :

          Debtors.    :     Jointly Administered
                    :
                    :

---------------------------------------------------------X

### DECLARATION OF ALLAN BIFIELD IN SUPPORT OF
### DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)
### TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502,
### FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (AMENDED; DUPLICATE;
### INSUFFICIENT DOCUMENTATION)

I, Allan Bifield, hereby declare as follows:

### BACKGROUND

1.    I am the Global Legal Entity Restructuring Leader at Nortel.[2]  I hereby make this declaration on behalf of the Debtors.

2.    I make this declaration in support of the Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (the "Objection").

3.    I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs and Books and Records and am responsible for overseeing the review and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

analysis of all claims filed in the Debtors' chapter 11 cases.  All facts set forth herein are based on my personal knowledge, my review of the Claims and other relevant documents or information provided to me by the Debtors' employees and advisors.  If I were called upon to testify, I could and would testify to each of the facts set forth herein.

## COMPLIANCE WITH LOCAL RULE 3007-1

4.      I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, this Objection is in compliance therewith, as modified by the order of the Bankruptcy Court dated December 14, 2009 [D.I. 2125].

## OBJECTION

5.      I, or one or more of the Debtors' employees or advisors operating under my supervision and/or at my direction, have reviewed each of the Claims identified on **Exhibits A, B and C** to the Objection, the Claims Register and the facts and circumstances set forth in the Objection regarding such Claims.  Based upon this review, I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the Claims should be disallowed in full.

6.      Additionally, in evaluating the Insufficient Documentation Claims identified on **Exhibit C**, I, or one or more of the Debtors' employees or advisors operating under my supervision and/or at my direction, have reviewed the Books and Records, the Schedules, the Proofs of Claim including the alleged underlying liabilities and the related supporting documentation provided by each Claimant, if any.  Based on this review, the Debtors have determined that each of the Insufficient Documentation Claims does not have a basis in the Books and Records and does not include or attach any information or documentation sufficient for the Debtors to determine the validity and amount of the claim.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 26th January, 2010

_____
Allan Bifield