## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Seventh Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on January 26, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: January 26, 2010

_____
Alissa T. Gazze (# 5538)

3086540.2