IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                                                          :
In re                                                     :   Chapter 11
                                                          :
Nortel Networks Inc., et al.,[1]                          :   Case No. 09-10138 (KG)
                                                          :
                            Debtors.                      :   Jointly Administered
                                                          :
                                                          :
----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 2346 AND 2347]

PLEASE TAKE NOTICE that on January 26, 2010, copies of the following were served in the manner indicated upon the entities identified on the attached service lists.

- **Notice Of Withdrawal Of Debtors' Motion With Respect To Certain Contracts** (D.I. 2346, Filed 1/26/10).

- **Order (A) Approving The Final Canadian Funding And Settlement Agreement, And (B) Granting Related Relief** (D.I. 2347, Entered 1/26/10).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 26, 2010
      Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    James L. Bromley (admitted *pro hac vice*)
                    Lisa M. Schweitzer (admitted *pro hac vice*)
                    One Liberty Plaza
                    New York, New York 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                            - and –

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Ann C. Cordo*
                    Derek C. Abbott (No. 3376)
                    Eric D. Schwartz (No. 3134)
                    Ann C. Cordo (No. 4817)
                    Andrew R. Remming (No. 5120)
                    1201 North Market Street, 18th Floor
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    Telephone: (302) 658-9200
                    Facsimile: (302) 425-4663

                    Counsel for the Debtors and Debtors in Possession

3358617.1