# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 26, 2010  
Invoice 349218  
Page 3

Client #  732310

Matter # 165839

For services through December 31, 2009  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/09 | Review docket (.2); Review and update critical dates (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 12/17/09 | Review docket (.2); Review and update critical dates (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 12/28/09 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |

Total Fees for Professional Services    $253.50

TOTAL DUE FOR THIS INVOICE    **$253.50**  
BALANCE BROUGHT FORWARD    $508.50

**TOTAL DUE FOR THIS MATTER**    **$762.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 26, 2010  
Invoice 349218  
Page 4  
Client # 732310

Matter # 165839

For services through December 31, 2009  
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 12/11/09 | Call from A. Cordo re: call from P. Andrakati on necessity of filing proof of claim (.2); Call from P. Andrakati re: necessity of filing proof of claim (.2); Email to A. Cordo re: call from P. Andrakati on necessity of filing proof of claim (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 275.00 | $137.50 |
| 12/14/09 | Call from P. Jimbra re: proper entity against which to file a proof of claim | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $192.50 |
| TOTAL DUE FOR THIS INVOICE | $192.50 |
| **TOTAL DUE FOR THIS MATTER** | **$192.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 5

Client #  732310

Matter #  165839

---

For services through December 31, 2009
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/09 | Prepare 12/2/09 hearing binder | Paralegal — Brenda D. Tobin | 4.10 hrs. | 100.00 | $410.00 |
| 12/02/09 | Prepare 12/2/09 hearing binder prep | Paralegal — Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 12/02/09 | Prepare for 12/2/09 hearing (2.0); Attend 12/2/09 hearing (11.5) | Associate — Christopher M. Samis | 13.50 hrs. | 275.00 | $3,712.50 |
| 12/14/09 | Retrieve and review re: 12/15/09 agenda (.2); Telephone call to Courtcall re: telephonic appearance of D. Botter for 12/15/09 hearing (.1); E-mail to D. Botter re: same (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 12/14/09 | Prepare 12/15/09 hearing binder | Paralegal — Brenda D. Tobin | 2.10 hrs. | 100.00 | $210.00 |
| 12/14/09 | Email to B. Tobin re: preparation of materials for 12/15/09 hearing | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 12/15/09 | Prepare for 12/15/09 hearing (1.0); Attend 12/15/09 hearing (1.0) | Associate — Christopher M. Samis | 2.00 hrs. | 275.00 | $550.00 |
| 12/16/09 | Prepare 12/16/09 hearing binder | Paralegal — Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 12/17/09 | Participate in 12/17/09 telephonic hearing | Associate — Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |

Total Fees for Professional Services     $5,160.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 6
Client #  732310

Matter #  165839

|  |  |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $5,160.50 |
|  | $1,203.50 |
| **TOTAL DUE FOR THIS MATTER** | **$6,364.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 26, 2010  
Invoice 349218  
Page 7

Client # 732310

Matter # 165839

For services through December 31, 2009  
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/09 | Review RLF November bill memo (.4); Research meal charges (.2); E-mail to distribution re: objection deadline of October fee application for RLF (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 12/17/09 | Review and execute certificate of no objection re: RLF monthly fee application (.1); Review November 2009 bill memos re: RLF monthly fee application (.2) | Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |
| 12/29/09 | Review and revise November RLF fee application (.3); Prepare notice of application re: November RLF fee application (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 12/29/09 | Review RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 12/31/09 | Review and revise RLF November fee application (.2); Revise notice of application re: same (.1); Finalize, file and cooridnate service re: (.3); Prepare affidavit of service re: same (.2) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 12/31/09 | Review and execute RLF monthly fee application | Associate | Drew G. Sloan | 0.30 hrs. | 255.00 | $76.50 |

Total Fees for Professional Services     $723.00

TOTAL DUE FOR THIS INVOICE     **$723.00**  
    $924.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 8
Client #  732310

Matter #  165839

| | |
|---|---:|
| **TOTAL DUE FOR THIS MATTER** | $1,647.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 9

Client #  732310

Matter # 165839

---

For services through December 31, 2009
relating to  Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/09 | Email to B. Kahn re: November fee estimate | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 12/03/09 | File affidavit of service for third interim fee application of Ashurst LLP (.2) | Paralegal — Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 12/08/09 | E-mail to distribution re: objection deadlines for Capstone and Fraser Milner September fee applications (.1); Prepare cno re: Capstone Advisory September fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner September fee application (.2); Finalize and file cno re: same (.2); Prepare third interim fee order chart (1.4); E-mail to C. Samis and D. Sloan re: same (.1) | Paralegal — Barbara J. Witters | 2.40 hrs. | 195.00 | $468.00 |
| 12/08/09 | Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from B. Witters re: draft interim fee order (.1); Review and comment on same (.2); Review previously entered interim fees order (.1); Discussion with C. Samis re: same (.1) | Associate — Drew G. Sloan | 0.70 hrs. | 255.00 | $178.50 |
| 12/11/09 | Email to B. Witters re: preparation of interim fee exhibit for Committee professionals (.1); Email to B. Kahn re: preparation of interim fee exhibit for Committee professionals (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 275.00 | $55.00 |
| 12/14/09 | Attention to e-mails re: interim fee order (.1); Revise interim fee order (.3); E-mail to A. Cordo re: interim fee order exhibit (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 26, 2010  
Invoice 349218  
Page 10  

Client # 732310  

Matter # 165839  

| Date | Description | Title/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/09 | Emails to B. Kahn re: comments to interim fee exhibit for Committee professionals (.2); Email to A. Cordo re: comments to interim fee exhibit for Committee professionals (.1) | Associate — Christopher M. Samis | 0.30 hrs. | 275.00 | $82.50 |
| 12/17/09 | E-mail to distribution re: objection deadlines of October fee applications for Akin Gump, Ashurst, Fraser Milner and Capstone Advisory (.1); Prepare cno re: Akin Gump October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone Advisory October fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 1.70 hrs. | 195.00 | $331.50 |
| 12/17/09 | Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Ashurst monthly fee application (.1); Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1) | Associate — Drew G. Sloan | 0.40 hrs. | 255.00 | $102.00 |
| 12/22/09 | Email to R. Jacobs re: modifying Jefferies retention | Associate — Christopher M. Samis | 0.10 hrs. | 275.00 | $27.50 |
| 12/23/09 | Finalize and efile Ashurst's ninth monthly fee application (.2); Coordinate service of the fee application (.1); Draft affidavit of service re same (.1) | Paralegal — Janel Gates | 0.40 hrs. | 195.00 | $78.00 |
| 12/30/09 | Review email from B. Kahn re: filing Akin Gump monthly fee application (.1); Email to B. Kahn and C. Samis re: same (.1); Review same (.2); Discussion with M. DeCarli re: drafting notice of filing same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.60 hrs. | 255.00 | $153.00 |

Total Fees for Professional Services     $1,640.00

Case 09-10138-MFW    Doc 2357-2    Filed 01/27/10    Page 10 of 11

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 26, 2010  
Invoice 349218  
Page 11  
Client #  732310  

Matter #  165839  

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,640.00** |
| | $2,971.00 |
| **TOTAL DUE FOR THIS MATTER** | **$4,611.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 26, 2010  
Invoice 349218  
Page 12  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 8.70 | 195.00 | 1,696.50 |
| Brenda D. Tobin | 7.10 | 100.00 | 710.00 |
| Christopher M. Samis | 17.30 | 275.00 | 4,757.50 |
| Drew G. Sloan | 2.70 | 255.00 | 688.50 |
| Janel Gates | 0.40 | 195.00 | 78.00 |
| Marisa C. DeCarli | 0.20 | 195.00 | 39.00 |
| TOTAL | 36.40 | $218.94 | 7,969.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $10,516.14

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310