# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

January 26, 2010
Invoice 349218

Page 1
Client # 732310
Matter # 165839

---

For disbursements incurred through December 31, 2009
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $24.00 |
| Business Meals | $101.67 |
| Court Reporter Services | $822.85 |
| Document Retrieval | $666.88 |
| Filing Fees | $30.00 |
| Long distance telephone charges | $5.56 |
| Messenger and delivery service | $170.08 |
| Photocopying/ Printing | $695.60 |
| 5,857 @ $.10/pg / 1,099 @ $.10/pg | |
| Postage | $30.00 |

| | |
|---|---:|
| Other Charges | $2,546.64 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$2,546.64** |
| BALANCE BROUGHT FORWARD | $2,447.36 |

■ ▧ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218

Page 2

Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                    **$4,994.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 13
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 02/23/09 | ALL PACER | | DOCRETRI |
| | | Amount = $7.84 | |
| 02/24/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.16 | |
| 02/25/09 | ALL PACER | | DOCRETRI |
| | | Amount = $17.36 | |
| 03/03/09 | ALL PACER | | DOCRETRI |
| | | Amount = $3.68 | |
| 03/04/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/05/09 | ALL PACER | | DOCRETRI |
| | | Amount = $5.52 | |
| 03/09/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/11/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/13/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.32 | |
| 03/13/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 03/17/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218

Page 14

Client #  732310

| | | | |
|---|---|---|---|
| 03/18/09 | ALL PACER | | DOCRETRI |
| | | Amount = $4.80 | |
| 03/19/09 | ALL PACER | | DOCRETRI |
| | | Amount = $4.80 | |
| 03/19/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/20/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/23/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/24/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/24/09 | ALL PACER | | DOCRETRI |
| | | Amount = $8.24 | |
| 03/25/09 | ALL PACER | | DOCRETRI |
| | | Amount = $3.52 | |
| 03/25/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 03/27/09 | ALL PACER | | DOCRETRI |
| | | Amount = $4.88 | |
| 03/28/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.96 | |
| 03/31/09 | ALL PACER | | DOCRETRI |
| | | Amount = $1.44 | |
| 04/01/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 04/07/09 | ALL PACER | | DOCRETRI |
| | | Amount = $13.12 | |
| 04/07/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 04/08/09 | ALL PACER | | DOCRETRI |
| | | Amount = $2.16 | |
| 04/09/09 | ALL PACER | | DOCRETRI |
| | | Amount = $0.32 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 15
Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 04/13/09 | ALL PACER | Amount = $4.32 | DOCRETRI |
| 04/14/09 | ALL PACER | Amount = $2.16 | DOCRETRI |
| 04/20/09 | ALL PACER | Amount = $1.84 | DOCRETRI |
| 04/21/09 | ALL PACER | Amount = $1.92 | DOCRETRI |
| 04/25/09 | ALL PACER | Amount = $0.72 | DOCRETRI |
| 04/27/09 | ALL PACER | Amount = $1.84 | DOCRETRI |
| 04/29/09 | ALL PACER | Amount = $1.84 | DOCRETRI |
| 04/30/09 | ALL PACER | Amount = $0.24 | DOCRETRI |
| 05/01/09 | ALL PACER | Amount = $1.84 | DOCRETRI |
| 05/04/09 | ALL PACER | Amount = $0.16 | DOCRETRI |
| 05/05/09 | ALL PACER | Amount = $1.68 | DOCRETRI |
| 05/05/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 05/07/09 | ALL PACER | Amount = $0.48 | DOCRETRI |
| 05/13/09 | ALL PACER | Amount = $1.76 | DOCRETRI |
| 05/18/09 | ALL PACER | Amount = $1.76 | DOCRETRI |
| 05/19/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 05/21/09 | ALL PACER | Amount = $0.72 | DOCRETRI |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 16
Client #  732310

| Date | Description | | Amount |
|------|-------------|--|--------|
| 05/28/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $4.08 |
| 06/02/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $1.76 |
| 06/03/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $1.76 |
| 06/04/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $3.68 |
| 06/09/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $8.48 |
| 06/10/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $6.48 |
| 06/11/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $2.00 |
| 06/15/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $5.12 |
| 06/19/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $4.32 |
| 06/24/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $6.80 |
| 06/26/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $5.84 |
| 06/29/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $4.64 |
| 07/02/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $2.40 |
| 07/13/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $2.40 |
| 07/15/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $2.40 |
| 07/16/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $6.16 |
| 07/16/09 | ALL PACER | DOCRETRI | |
| | | Amount = | $2.40 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 17
Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 07/17/09 | ALL PACER | Amount = $4.80 | DOCRETRI |
| 07/24/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 07/27/09 | ALL PACER | Amount = $2.96 | DOCRETRI |
| 07/28/09 | ALL PACER | Amount = $4.80 | DOCRETRI |
| 07/31/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/03/09 | ALL PACER | Amount = $7.92 | DOCRETRI |
| 08/03/09 | ALL PACER | Amount = $4.80 | DOCRETRI |
| 08/04/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/05/09 | ALL PACER | Amount = $2.72 | DOCRETRI |
| 08/07/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/10/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/11/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/14/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/18/09 | ALL PACER | Amount = $0.56 | DOCRETRI |
| 08/24/09 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 08/28/09 | ALL PACER | Amount = $0.88 | DOCRETRI |
| 08/29/09 | ALL PACER | Amount = $2.40 | DOCRETRI |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 18
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/31/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $14.48 | |
| 09/01/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 09/03/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $0.16 | |
| 09/08/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 09/10/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $7.20 | |
| 09/11/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $9.04 | |
| 09/12/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $4.80 | |
| 09/14/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $6.16 | |
| 09/15/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $5.60 | |
| 09/16/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $7.44 | |
| 09/18/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $4.80 | |
| 09/22/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $4.80 | |
| 09/28/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/01/09 | Photocopies | | DUP.10CC |
| | | Amount =  $1.30 | |
| 12/01/09 | Photocopies | | DUP.10CC |
| | | Amount =  $511.90 | |
| 12/01/09 | ALL PACER | | DOCRETRI |
| | | Amount =  $114.40 | |
| 12/01/09 | Duplicating | | DUP.10CC |
| | | Amount =  $6.10 | |
| 12/01/09 | Duplicating | | DUP.10CC |
| | | Amount =  $8.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218

Page 19

Client #  732310

| Date | Description | | | Code |
|---|---|---|---|---|
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $8.50 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $7.80 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.90 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.70 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 12/01/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $4.70 | |
| 12/02/09 | RODNEY GRILLE: | | | MEALSCL |
| | | Amount = | $101.67 | |
| 12/02/09 | PARCELS, INC.: | | | MESS |
| | | Amount = | $35.00 | |
| 12/02/09 | VERITEXT/NY REPORTING CO.,: Invoice NY305217/Transcript of 12/2/09 | | | CTRPT |
| | | Amount = | $653.00 | |
| 12/02/09 | ALL PACER | | | DOCRETRI |
| | | Amount = | $50.32 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.00 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $3.80 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $11.70 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 12/02/09 | Duplicating | | | DUP.10CC |
| | | Amount = | $2.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218
Page 20

Client #  732310

| | | |
|---|---|---|
| 12/02/09 | Duplicating | DUP.10CC |
| | Amount =   $2.00 | |
| 12/03/09 | Akin Gump Strauss Hauer & Feld LLP - Messenger and delivery | MESS |
| | Amount =   $15.16 | |
| 12/03/09 | Messenger and delivery12/2/09, Bankruptcy Court, CXS | MESS |
| | Amount =   $7.50 | |
| 12/07/09 | Postage | POST |
| | Amount =   $7.32 | |
| 12/08/09 | Binding 12/1-12/6 | BIND |
| | Amount =   $24.00 | |
| 12/08/09 | Messenger and delivery12/7/09, 4 After hours deliveries, TAC | MESS |
| | Amount =   $24.00 | |
| 12/08/09 | ALL PACER | DOCRETRI |
| | Amount =   $39.36 | |
| 12/14/09 | ALL PACER | DOCRETRI |
| | Amount =   $47.68 | |
| 12/14/09 | Duplicating | DUP.10CC |
| | Amount =   $2.60 | |
| 12/15/09 | TRANSCRIPTS PLUS: Invoice 2009-504/Transcript of 12/15/09 hearing | CTRPT |
| | Amount =   $169.85 | |
| 12/15/09 | ALL PACER | DOCRETRI |
| | Amount =   $7.12 | |
| 12/15/09 | Duplicating | DUP.10CC |
| | Amount =   $1.50 | |
| 12/17/09 | ALL PACER | DOCRETRI |
| | Amount =   $22.00 | |
| 12/19/09 | Duplicating | DUP.10CC |
| | Amount =   $2.30 | |
| 12/19/09 | Duplicating | DUP.10CC |
| | Amount =   $2.60 | |
| 12/23/09 | COURTCALL LLC: | FLFEE |
| | Amount =   $30.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 26, 2010
Invoice 349218

Page 21

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 12/23/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 12/23/09 | ALL PACER | | DOCRETRI |
| | Amount = | $10.72 | |
| 12/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/23/09 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |
| 12/28/09 | 4109621866 Long Distance | | LD |
| | Amount = | $1.39 | |
| 12/28/09 | 3018026982 Long Distance | | LD |
| | Amount = | $4.17 | |
| 12/28/09 | Messenger and delivery12/23/09, Post Office/New Castle, JH | | MESS |
| | Amount = | $58.02 | |
| 12/28/09 | Messenger and delivery12/23/09, Morris Nichols, CXS | | MESS |
| | Amount = | $6.00 | |
| 12/28/09 | Messenger and delivery12/23/09, US Trustee, CXS | | MESS |
| | Amount = | $6.00 | |
| 12/28/09 | ALL PACER | | DOCRETRI |
| | Amount = | $15.04 | |
| 12/29/09 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 12/30/09 | Photocopies | | DUP.10CC |
| | Amount = | $51.00 | |
| 12/30/09 | Postage | | POST |
| | Amount = | $15.69 | |
| 12/30/09 | Printing | | DUP.10CC |
| | Amount = | $9.70 | |
| 12/30/09 | Printing | | DUP.10CC |
| | Amount = | $10.20 | |
| 12/31/09 | Photocopies | | DUP.10CC |
| | Amount = | $21.50 | |
| 12/31/09 | Delivery Expense 12/31/09 | | MESS |
| | Amount = | $6.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

January 26, 2010
Invoice 349218

Page 22

Client #  732310

| | | | |
|---|---|---|---|
| 12/31/09 | Messenger and delivery12/30/09, U.S. Trustee, DZS/MXD | | MESS |
| | Amount = | $6.00 | |
| 12/31/09 | Messenger and delivery12/30/09, Morris Nichols, DZS/MXD | | MESS |
| | Amount = | $6.00 | |
| 12/31/09 | ALL PACER | | DOCRETRI |
| | Amount = | $28.64 | |
| 12/31/09 | Postage | | POST |
| | Amount = | $6.99 | |
| 12/31/09 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |

TOTALS FOR   732310         Official Committee of the Board of Directors of Nortel
                            Networks Inc

Expenses    $2,546.64