## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 2348** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK      )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2010, I caused to be served the "Notice of Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)," dated January 26, 2010, to which was attached the "Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)," dated January 26, 2010 [Docket No. 2348], by causing true and correct copies to be, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
27th day of January, 2010

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

- 2 -

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ.,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |

| Claim Name | Address Information |
|---|---|
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ. 4675 MACARTHUR CT, STE 590 NEWPORT BEACH CA 92660 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DAVIS WRIGHT TREMAINE LLP | ATTN: JAMES C. WAGGONER ESQ. 1300 SW 5TH AVE, STE 2300 PORTLAND OR 97201-5630 |
| DEWEY & LEBOEUF | LAWRENECE E. MILLER 125 WEST 55TH STREET NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. COUNSEL TO GENBAND INC. 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST, STE 2400 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. PO BOX 1288 TAMPA FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114-0126 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KHANG & KHANG LLP | ATTN: JOON M. KHANG ESQ. 1901 AVENUE OF THE STARS, 2ND FL LOS ANGELES CA 90067 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. 370 17TH ST, STE 4650 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ. 3800 LINCOLN PLAZA, 500 N AKARD ST DALLAS TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | ATTN: ANN GRONINGER ESQ. 521 EAST BOULEVARD CHARLOTTE NC 28203 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |

| Claim Name | Address Information |
|---|---|
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ. 1529 WALNUT STREET, STE 600 PHILADELPHIA PA 19102 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H HUSTON JR,MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TROUTMAN SANDERS LLP | ATTN: LEE W. STREMBA THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ. 80 WALL ST, STE 1115 NEW YORK NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| YOUNG CONAWAY | STREET WILMINGTON DE 19801 |

**Total Creditor Count 174**

| Claim Name | Address Information |
|---|---|
| ABIDI, SALMAN | 19167 SOUTH GARDENIA AVENUE   Account No. 6332 WESTON FL 33332 |
| ABIDI, SALMAN | 19167 SOUTH GARDENIA AV   Account No. 6332 WESTON FL 33332 |
| ABIDI, SALMAN | SALMAN ABIDI 19167 SOUTH GARDENIA AV WESTON FL 33332 |
| AIRSPAN NETWORKS INC. | 777 YAMATO RD., SUITE 310 BOCA RATON FL 33431 |
| AIRSPAN NETWORKS, INC. | DORSEY & WHITNEY LLP ATTN: MICHAEL E. FOREMAN, ESQ. 250 PARK AVENUE NEW YORK NY 10177 |
| AKIN, MARJORIE | 4436 EDMONDSON AVE. DALLAS TX 75205 |
| AKIN, MARJORIE | MARJORIE AKIN 4436 EDMONDSON AVE. DALLAS TX 75205 |
| ALTERNATE COMMUNICATIONS INTERNATIONAL | LTD 509B CENTRE ST SW HIGH RIVER AB T1V 2C2 CANADA |
| ALVAREZ, CARLOS | 10122 SAGEROYAL LANE   Account No. 1479 HOUSTON TX 77089 |
| APPELL, MARTIN | 12002 BROWNING LN   Account No. 6316 DALLAS TX 75230 |
| ARNOLD-BERRY, LINDA L. | 18 THE FAIRWAY   Account No. 5361 WOODSTOCK GA 30188 |
| ARNOLD-BERRY, LINDA L. | 18 THE FAIRWAY WOODSTOCK GA 30188-2200 |
| BARNES, DEBBIE | 425 W. WEST STREET SOUTHPORT NC 28461 |
| BOISVERT, DAVID | 18824 PARK GROVE LN.   Account No. 7963 DALLAS TX 75287 |
| BOISVERT, DAVID | 18824 APRK GROVE LN   Account No. 7963 DALLAS TX 75287 |
| BOISVERT, DAVID | DAVID BOISVERT 18824 PARK GROVE LN DALLAS TX 75287 |
| BOLAND, ROBERT D. | 1237 IROQUOIS DR.   Account No. 6332 BATAVIA IL 60510 |
| BOLING, EDWARD | 7312 MIDCREST CT   Account No. 0512744 MCKINNEY TX 75070 |
| BOLING, EDWARD | EDWARD BOLING 7312 MIDCREST CT MCKINNEY TX 75070 |
| BUSCH, JAMES | 3713 MULBERRY LN   Account No. 0315 BEDFORD TX 76021 |
| BUSCH, JAMES | JAMES BUSCH 3713 MULBERRY LN BEDFORD TX 76021 |
| BUSCH, JAMES D. | 3713 MULBERRY LANE   Account No. 0315; 8392 BEDFORD TX 76021 |
| CABRAL, ROBERT J. | 33 HICKORY LANE HUDSON MA 01749 |
| CAGIANNOS, ELIAS | 87 WOODLAND RD MADISON NJ 07940 |
| CARREON, JOHNNY E. | 4769 NW 22ND ST   Account No. 4180 COCONUT CREEK FL 33063 |
| CARROLL, CHARLES | 36 KAILEYS WAY   Account No. 6332 GROTON MA 01450 |
| CARROLL, CHARLES N. | 36 KAILEYS WAY GROTON MA 01450 |
| CHAN, KA WAI | 311 SHADY VALLEY COURT   Account No. 0138 SAN RAMON CA 94582 |
| CHAN, KWEISAN | 41095 BERNIE STREET   Account No. 0138 FREMONT CA 94539 |
| CHILDRESS, ROBERT | 110 CAVE STREET   Account No. 8498/0624 LURAY VA 22835 |
| CHRONOWIC, PETER | 323 HOGANS VALLEY WAY   Account No. 5560 CARY NC 27513 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE PO BOX 9564 BOSTON MA 02114-9564 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA-BIZSPHERE ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORE BROOKFIELD LAKES, LLC | 18000 WEST SARAH LANE, SUITE 250 BROOKFIELD WI 53045 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DAO, TUYEN | 6545 WESTWAY DRIVE THE COLONY TX 75056 |
| DAO, TUYEN | TUYEN DAO 6545 WESTWAY DR THE COLONY TX 75056 |
| DAO, TUYEN T. | 6545 WESTWAY DR THE COLONY TX 75056 |
| DAVIS, JAMES | 1213 BALMIRAL DR   Account No. 9936 CARY NC 27511 |
| DAVIS, JAMES | JAMES DAVIS 1213 BALMORAL DR CARY NC 27511 |
| DAVIS, JAMES F. | 1213 BALMORAL DRIVE CARY NC 27511 |
| DELL MARKETING, L.P. | C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 25223 AUSTIN TX 78701 |
| DELL MARKETING, L.P. | C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 2523   Account No. 0993 AUSTIN TX 78701 |

| Claim Name | Address Information |
|---|---|
| EMBARQ FLORIDA, INC. | PO BOX 7971    Account No. 1826 SHAWNEE MISSION KS 66207-0971 |
| FINCH, ALBERT | 2309 PEMBROKE ST    Account No. 0138 GARLAND TX 75040 |
| FINCH, ALBERT | ALBERT FINCH 2309 PEMBROKE ST GARLAND TX 75040 |
| FINCH, ALBERT F. | 2309 PEMBROKE ST GARLAND TX 75040 |
| FRAME, DAVID | 633 RAFORD HILL LN    Account No. 0681 RICHARDSON TX 75081 |
| FRAME, DAVID J | 633 RAFORD HILL LANE    Account No. 0681 RICHARDSON TX 75081 |
| GRIFFIN, KIMBERLY | 8701 DONNINGTON DR. RALEIGH NC 27615 |
| GRIFFIN, KIMBERLY | KIMBERLY GRIFFIN 8701 DONNINGTON DR RALEIGH NC 27615 |
| HANIG, HARMON | PO BOX 1103    Account No. 0078 LAFAYETTE CA 94549-1103 |
| HANIG, HARMON L. | PO BOX 1103    Account No. 0078 LAFAYETTE CA 94549 |
| HANNAH, DAVID C. | 405 SKULLEY DRIVE    Account No. 9389 ALPHARETTA GA 30004 |
| HANSEN, MARK | 1400 OUSLEY DRIVE    Account No. 3066 GILROY CA 95020 |
| HANSEN, MARK J. | 1400 OUSLEY DRIVE    Account No. 6332 GILROY CA 95020-3727 |
| HICKEY, KENNETH | 5 WARD FARM CIRCLE    Account No. 7396 FRAMINGHAM MA 01701 |
| HICKEY,KENNETH | KENNETH HICKEY 5 WARD FARM CIRCLE FRAMINGHAM MA 01701 |
| HUDDLESTON BOLEN, LLP | ATTN: JANET SMITH HOLBROOK P.O. BOX 2185 HUNTINGTON WV 25722 |
| JAMES, LAWRENCE | 140 PRIVATE ROAD 1500A    Account No. 0138 MORGAN TX 76671 |
| JAMES, LAWRENCE | LAWRENCE JAMES 140 PRIVATE ROAD 1500A MORGAN TX 76671 |
| JAMES, LAWRENCE J. | 140 PRIVATE ROAD 1500A MORGAN TX 76671 |
| JENSON, CHARLES E. | 1234 COVINA CT    Account No. 6564 ALLEN TX 75013 |
| KA WAI CHAN | 311 SHADY VALLEY C.T    Account No. 0138 SAN RAMON CA 94582 |
| KAPIL, VIVEK | 2712 MERLIN DR.    Account No. 3884 LEWISVILLE TX 75056 |
| KHAWAR, ABDUL | 11103 EMPIRE LAKES DRIVE RALEIGH NC 27617 |
| KIRN, JOHN | JOHN KIRN 205 AUSTIN PAUL DRIVE NEWMARKET ON L3X 2-K4 CANADA |
| KIRN, JOHN | 205 AUSTINPAUL DR.    Account No. 0118524 NEWMARKET, ON L3X 2K4 CANADA |
| KUBITSCHEK, LEO | 10070 TIMBERSTONE RD.    Account No. 8566 ALPHARETTA GA 30022 |
| KUCZYNSKI, ROBERT | 150 BAYVIEW DR    Account No. 8291 NORTH HERO VT 05474 |
| KUTAC, GARY E. | 1552 SAN SABA DR.    Account No. 5958 DALLAS TX 75218 |
| LAYNE, SAMUEL | 9317 W 139TH STREET    Account No. 2822 OVERLAND PARK KS 66221 |
| LAYNE, SAMUEL | SAMUEL LAYNE 9317 W 139TH STREET OVERLAND PARK KS 66221 |
| LAYNE, SAMUEL J. | 9317 WEST 139TH ST. OVERLAND PARK KS 66221 |
| LOEN, ERIK | 1105 273RD PL SE SAMMAMISH WA 98075 |
| MA, CHEN CHEN | 7921 CONSTITUTION DR.    Account No. 5366 PLANO TX 75025 |
| MARK, RAYMOND | 1336 S. FINLEY ROAD, APT 1C    Account No. SSN 2294 OR EMPLOYEE ID 113809 LOMBARD IL 60148 |
| MARTIN, EDLENE | 8005 CHADBOURNE CT    Account No. 6471/0198735/110318 RALEIGH NC 27613 |
| MARTIN, EDLENE | EDLENE MARTIN 8005 CHADBOURNE CT RALEIGH NC 27613 |
| MARTIN, EDLENE PASS | 8005 CHADBOURNE CT    Account No. 6471 RALEIGH NC 27613 |
| MCCOY, LAWRENCE W. | 321 CHAPARRAL DRIVE    Account No. 0527519 RICHARDSON TX 75080 |
| MERRILLS, ROY | 10401 MANLY    Account No. 49640 CHAPEL HILL NC 27517 |
| MILFORD, JOHN S. | 4516 SPYGLASS DRIVE LITTLE RIVER SC 29566 |
| MILLER, LOIS | 1800 SNOW WIND DRIVE    Account No. 4727 RALEIGH NC 27615-2613 |
| MILLER, LOIS S. | 1800 SNOW WIND DRIVE    Account No. 4727 RALEIGH NC 27615-2613 |
| MOLEX | 2222 WELLINGTON COURT ATTN: MIKE FRITZ    Account No. 3471 LISLE IL 60532 |
| MOLEX | ATTN : MIKE FRITZ 2222 WELLINGTON COURT    Account No. 3471 LISLE IL 60532 |
| MONDOR, DAN | 3650 NEWPORT BAY DRIVE ALPHARETTA GA 30005 |
| MONTGOMERY, GEORGE G | 9808 ST ANNES DRIVE    Account No. GID 0865 SS#2302 PLANO TX 75025 |
| MURPHY III, EDGAR | 204 BARRINGTON OVERLOOK DR.    Account No. 0138 DURHAM NC 27703 |
| MURPHY, EDGAR III | 204 BARRINGTON OVERLOOK DR    Account No. 0138 DURHAM NC 27703 |

| Claim Name | Address Information |
|---|---|
| NARAYANAN, RAVI KUMAR | 2912 MONTELL CT PLANO TX 75025 |
| NGUYEN, KHOA VAN | 2505 APPALACHIA DR   Account No. 5009044 (EMPLOYEE GID) GARLAND TX 75044 |
| NGUYEN, KHOA VAN | KHOA VAN NGUYEN 2505 APPALACHIA DR GARLAND TX 75044 |
| NIELSON, DAVE | 504 S. HORIZON CIRCLE SIOUX FALLS SD 57106 |
| NIELSON, DAVID D. | 504 S. HORIZON CIRCLE SIOUX FALLS SD 57106 |
| PAULUS, PATRICK | 107 AVALON CT   Account No. 6192 KINGSLAND GA 31548 |
| PAULUS, PATRICK J | 107 AVALON CT   Account No. 6192 KINGSLAND GA 31548 |
| PUTNAM, KENNETH | 39 WYMAN TRAIL   Account No. 0138 MOULTONBOROUGH NH 03254 |
| ROBSON, ROBERT | 1013 MANOR GLEN WAY RALEIGH NC 27615 |
| ROBSON, ROBERT L. | 1013 MANOR GLEN WAY   Account No. 9307 RALEIGH NC 27615 |
| RODRIGUEZ, ABELARDO | 113 RETON CT   Account No. 8758 CARY NC 27513 |
| RODRIGUEZ, ABELARDO | ABELARDO RODRIGUEZ 113 RETON CT CARY NC 27513 |
| RODRIGUEZ, ABELARDO B. | 113 RETON CT CARY NC 27513 |
| RUDZINSKI, RANDY | 1924 PARIS AVE   Account No. 7514 PLANO TX 75025 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 700 H STREET, ROOM 1710   Account No. 006-0136-007-0000-5801 SACRAMENTO CA 95814 |
| SALB, RALPH | 4216 249TH CT SE ISSAQUAH WA 98029 |
| SALB, RALPH | 4216 249TH COURT SE ISSAQUAH WA 98029 |
| SALB, RALPH | RALPH SALB 4216 249TH COURT SE ISSAQUAH WA 98029 |
| SHEEHAN PHINNEY BASS + GREEN PA | BRUCE A. HARWOOD 1000 ELM STREET P.O. BOX 3701 MANCHESTER NH 03105-3701 |
| SHEPPARD, JOHN E. | 4808 WOOD VALLEY DRIVE   Account No. 2780 RALEIGH NC 27613-6334 |
| SHIELDS, BRIAN | 1800 PARK RIDGE WAY   Account No. 2063 RALEIGH NC 27614-9040 |
| SINGH, INDERPAL | 5406 WELLINGTON DR   Account No. 1585 RICHARDSON TX 75082 |
| SLATTERY, STEUE | 507 LAREDO CIRCLE   Account No. 9812 ALLEN TX 75013 |
| SLATTERY, STEVE | 507 LAREDO CIRCLE   Account No. 9812 ALLEN TX 75013 |
| STEPP, FLOYD | 1126 COUNTRY CLUB LN ZEBULON NC 27597 |
| STEPP, FLOYD | FLOYD STEPP 1126 COUNTRY CLUB LN ZEBULON NC 27597 |
| STEPP, FLOYD P | 1126 COUNTRY CLUB LANE   Account No. 2246 ZEBULON NC 27597 |
| THOMPSON, VERNON J. | PO BOX 549   Account No. 3160 NEVADA TX 75173 |
| THOMPSON, VERNON J. | 7855 COUNTY ROAD 542 NEVADA TX 751738051 |
| TODARO, THOMAS | 3209 VIRGINIA CREEPER LN   Account No. 4226 WILLOW SPRING NC 27592-9241 |
| TOWNLEY, JEFF | JEFF TOWNLEY 4104 PICARDY DR RALEIGH NC 27612 |
| TOWNLEY, JEFF | 4104 PICARDY DR. RALEIGH NC 27612 |
| TOWNLEY, JEFF | P.O. BOX 13955 RTP NC 27709 |
| TRAVERS, JOHN | 2821 LA NEVASCA LANE   Account No. 15536 CARLSBAD CA 92009 |
| TRAVERS, JOHN | JOHN TRAVERS 2821 LA NEVASCA LN CARLSBAD CA 92009 |
| TUONG MINH PROJECT MGMT. AGENCY (TMA) | 111 NGUYEN DINH CHINH STREET, PHU NHUAN DISTRICT HO CHI MINH CITY VIETNAM |
| VAN NGUYEN, KHOA | 2505 APPALACHIA DRIVE   Account No. 5009044 GARLAND TX 75044 |
| VINAIXA, TANIA | 16345 SW 9TH ST PEMBROKE PINES FL 33027 |
| VINAIXA, TANIA | 16345 SW 9TH ST PEMBROKE PNES FL 33027 |
| VRABEL JR., JOHN P. | 10 ROYALLMANOR CT. O'FALLON MO 63368 |
| WANG, LILY HOH | 4325 WONDERLAND DR.   Account No. 1863 PLANO TX 75093 |
| WEISS, HOWARD ERIC | 828 POTOMAC RD ATLANTA GA 303386974 |
| WEISS, MR. HOWARD ERIC | 828 POTOMAC RD ATLANTA GA 303386974 |
| WESTON SOLUTIONS | WESTON SOLUTIONS INC 1400 WESTON WAY ATTN: STEPHEN N. FREED   Account No. 1565 WEST CHESTER PA 19380-1492 |
| WESTON SOLUTIONS, INC. | ATTN: STEPHEN FREED 1400 WESTON WAY, PO BOX 2653   Account No. 1565 WEST CHESTER PA 19380 |
| WIRELESS INTEGRATED NETWORKS INC. | NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO   Account No. 6818 SONORA MEXICO CP 83000 MEXICO |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WISTRON INFOCOMM TECHNOLOGY AMERICA CORP | P.O. BOX 370307   Account No. 4430 EL PASO TX 79937 |
| YU, GUISHENG | 3725 MASON DR   Account No. 4454 PLANO TX 75025 |
| ZUKAS, JAMES | 10900 QUIMBY POINT LANE   Account No. 5256, 0570 RESTON VA 20191-5006 |
| ZUKAS, JAMES | JAMES ZUKAS 10900 QUIMBY POINT LANE RESTON VA 20191-5006 |
| ZYXEL COMMUNICATIONS INC. | 1130 N. MILLER ST.   Account No. 0018 ANAHEIM CA 92806-2001 |

**Total Creditor Count 143**