# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2009 Through December 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $      76.00 |
| Transcripts | | 2,641.65 |
| Consulting/ Professional Services | | 73.62 |
| Photos/Art/ Spec Duplicating | | 17,005.50 |
| Travel | | 43.55 |
| Meals | | 1,148.95 |
| Messenger Service | | 102.00 |
| Courier/Delivery Service | | 4,418.96 |
| Computer Research | Westlaw | 1,828.44 |
| Duplicating | In Office | 2,067.25 |
| Facsimile | | 4,702.00 |
| Postage | | 8.89 |
| Paralegal Overtime | (A. Conway – 10/30/09)[6] | 5.88 |
| Paralegal Overtime Expense | | 28.16 |
| Pacer | | 771.76 |
| **Grand Total Expenses** | | **$34,922.61** |

---

[6]    Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592

AS OF 12/31/09

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 779923 | 12/03/09 | B | 26.00 | Court Costs - U.S. BANKRUPTCY COURT, DISTRI OF DELAWARE` CD OF 12/02/09 HEARING | 503 | 904 | 166557 |
| 781308 | 12/09/09 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE` PRO HAC - EBUNOLUWA TAIWO | 503 | 597 | 166726 |
| 781573 | 12/10/09 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE` PRO HAC FOR KIMBERLY C. SPIERING OF CLEARY GOTTLIEB | 503 | 597 | 166751 |
| 782641 | 12/02/09 | B | 2,483.00 | Transcripts - VERITEXT/NEW YORK REPORTING C WITNESS: HEARING - TRANSCRIPT - ORIGINAL, ELECTRONIC SERVICE CHARGES, AND SHIPPING & HANDLING | 506 | 904 | 166897 |
| 784802 | 12/15/09 | B | 35.55 | Transcripts - TRANSCRIPTS PLUS INC.` CASE NO. 09-10138 - COPY OF TRANSCRIPTS - 12/15/09 | 506 | 904 | 167187 |
| 785200 | 12/17/09 | B | 123.10 | Transcripts - PERFECT PAGES TRANSCRIPTION & REPORTING, INC.` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 961 | 167261 |
| 784816 | 11/30/09 | B | 73.62 | Consulting/Professional Services - RUFO ASSOCIATES, PA` COORDINATION FOR PERIOD 11/01 - 11/30/09 | 509 | 172 | 167200 |
| 779347 | 12/01/09 | B | 962.24 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 166491 |
| 779943 | 12/02/09 | B | 229.50 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' TABS (ALPHA/ NUMERIC), BINDER - 2" AND B&W COPIES B - LIGHT LITIGATION | 510 | 904 | 166567 |
| 780347 | 12/04/09 | B | 976.33 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 166648 |
| 781294 | 12/08/09 | B | 1,251.95 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 166719 |
| 781293 | 12/08/09 | B | 1,770.60 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 166718 |
| 782272 | 12/11/09 | B | 3.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 166830 |
| 782273 | 12/11/09 | B | 352.10 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 166831 |
| 782274 | 12/11/09 | B | 640.79 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 662 | 166832 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA  241592                AS OF 12/31/09                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 783144 | 12/15/09 | B | 961.91 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 166987 |
| 783140 | 12/16/09 | B | 539.99 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 166983 |
| 783135 | 12/17/09 | B | 640.79 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 166978 |
| 783136 | 12/17/09 | B | 450.15 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' HAND DELIVERIES, ENVELOPES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 166979 |
| 784098 | 12/21/09 | B | 1,329.27 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUTPCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 167133 |
| 784101 | 12/22/09 | B | 585.72 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUTPCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 167136 |
| 784099 | 12/23/09 | B | 1,223.83 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUTPCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 167134 |
| 784100 | 12/23/09 | B | 4,017.58 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUTPCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 167135 |
| 785196 | 12/29/09 | B | 1,069.55 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167257 |
| 782109 | 12/02/09 | B | 43.55 | Travel - ROADRUNNER EXPRESS INC.' PASSENGER: CRAIG BROD; PU: 824 N. MARKET ST/ DROP: WILMTR - 12/02/09 | 511 | 000 | 166819 |
| 780552 | 10/28/09 | B | 152.50 | Meals - AMERICAN EXPRESS' LUNCH FOR 7 - 10/28/09 | 512 | 626 | 166618 |
| 780138 | 12/01/09 | B | 286.00 | Meals - ANN CORDO' WORKING DINNER FOR CLEARY GOTTLIEB ATTORNEY/ STAFF - 12/01/09 | 512 | 904 | 166579 |
| 780167 | 12/01/09 | B | 20.69 | Meals - PETTY CASH' N. CATCHPOLE DINNER FOR SALE HEARING PREP - 12/01/09 | 512 | 975 | 166610 |
| 779350 | 12/01/09 | B | 100.00 | Meals - URBAN CAFE, LLC' SNACKS FOR 25 - 12/01/09 | 512 | 904 | 166495 |
| 781522 | 12/02/09 | B | 237.25 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 20 - 12/02/09 | 512 | 904 | 166735 |
| 787922 | 12/02/09 | B | 313.50 | Meals AMERICAN EXPRESS' COSI - 12/02/09 | 512 | 904 | 167512 |
| 787924 | 12/02/09 | B | 24.73 | Meals AMERICAN EXPRESS' HAPPY HARRY'S - 12/02/09; SNACKS | 512 | 904 | 167512 |
| 784063 | 12/22/09 | B | 14.28 | Meals - ' WORKING MEAL FOR A. REMMING - 12/22/09 | 512 | 826 | 167103 |
| 785116 | 12/01/09 | B | 12.00 | Messenger Service | 513S | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA  241592                AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 785139 | 12/02/09 | B | 15.00 | Messenger Service | 513S | 597 | |
| 785166 | 12/03/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785176 | 12/04/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 785229 | 12/08/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 785230 | 12/08/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 785241 | 12/08/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785224 | 12/08/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785247 | 12/09/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785249 | 12/09/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 785262 | 12/10/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785265 | 12/10/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785267 | 12/10/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785281 | 12/10/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 785284 | 12/10/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785297 | 12/11/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785306 | 12/11/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 785324 | 12/15/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785365 | 12/17/09 | B | 3.00 | Messenger Service | 513S | 597 | |
| 785406 | 12/18/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 785440 | 12/22/09 | B | 6.00 | Messenger Service | 513S | 597 | |
| 785441 | 12/22/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 785479 | 12/23/09 | B | 3.00 | Messenger Service | 513S | 662 | |
| 785484 | 12/23/09 | B | 3.00 | Messenger Service | 513S | 961 | |
| 785474 | 12/23/09 | B | 3.00 | Messenger Service | 513S | 546 | |
| 781724 | 12/08/08 | B | 26.25 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 166768 |
| 781725 | 12/08/08 | B | 26.25 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 166768 |
| 781726 | 12/08/08 | B | 26.25 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 166768 |
| 782853 | 12/02/09 | B | 111.11 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 166909 |
| 780537 | 12/02/09 | B | 18.00 | Courier/Delivery Service - PARCELS INC: DELIVERY/ PICKUP | 514 | 209 | 166704 |
| 780533 | 12/02/09 | B | 85.00 | Courier/Delivery Service - PARCELS INC: WEEKEND DELIVERY | 514 | 322 | 166700 |
| 780534 | 12/02/09 | B | 48.00 | Courier/Delivery Service - PARCELS INC: DELIVERY AND PICKUP | 514 | 322 | 166701 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA    241592                    AS OF 12/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 779953 | 12/02/09 | B | 25.64 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 166575 |
| 782854 | 12/02/09 | B | 26.92 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 904 | 166909 |
| 779976 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779977 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779978 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779979 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779980 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779981 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779982 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779983 | 12/03/09 | B | 18.80 | Courier/Delivery Service | 514 | 904 | 166576 |
| 779984 | 12/03/09 | B | 18.95 | Courier/Delivery Service | 514 | 904 | 166576 |
| 780515 | 12/04/09 | B | 9.93 | Courier/Delivery Service | 514 | 000 | 166680 |
| 780516 | 12/04/09 | B | 9.93 | Courier/Delivery Service | 514 | 000 | 166680 |
| 781512 | 12/04/09 | B | 19.93 | Courier/Delivery Service | 514 | 000 | 166728 |
| 781846 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166770 |
| 781847 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166770 |
| 781848 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166770 |
| 781849 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166770 |
| 781734 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781735 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781736 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781737 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781738 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781739 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781740 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781741 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781742 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781743 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781744 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781745 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781746 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781747 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781748 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781749 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781750 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781751 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781752 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781753 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA 241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 781754 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781755 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781756 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781757 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781758 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781759 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781760 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781761 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781762 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781763 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781764 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781765 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781766 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781767 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781768 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781769 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781770 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781771 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781772 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781773 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781774 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781775 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781776 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781777 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781778 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781779 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781780 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781781 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781782 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781783 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781784 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781785 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781786 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781787 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781788 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781789 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781790 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781791 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA 241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 781792 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781793 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781794 | 12/08/09 | B | 12.02 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781795 | 12/08/09 | B | 12.02 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781796 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781797 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781798 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781799 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781800 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781801 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781802 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781803 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781804 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781805 | 12/08/09 | B | 12.02 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781806 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781807 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781808 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781809 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781810 | 12/08/09 | B | 23.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781811 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781812 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781813 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781814 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781815 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781816 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781817 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781818 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781819 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781820 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781821 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781822 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781823 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781824 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781825 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781826 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781827 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781828 | 12/08/09 | B | 16.61 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781829 | 12/08/09 | B | 12.02 | Courier/Delivery Service | 514 | 904 | 166770 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592                    AS OF 12/31/09                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 781830 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781831 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781832 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781833 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781834 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781835 | 12/08/09 | B | 16.08 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781836 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781837 | 12/08/09 | B | 14.97 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781838 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781839 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781840 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781841 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781842 | 12/08/09 | B | 14.57 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781843 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781844 | 12/08/09 | B | 10.17 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781845 | 12/08/09 | B | 13.81 | Courier/Delivery Service | 514 | 904 | 166770 |
| 781728 | 12/08/09 | B | 112.03 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 166769 |
| 783106 | 12/10/09 | B | 50.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 166962 |
| 782489 | 12/11/09 | B | 13.81 | Courier/Delivery Service | 514 | 597 | 166878 |
| 782487 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 597 | 166878 |
| 782485 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 597 | 166878 |
| 782486 | 12/11/09 | B | 16.71 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782490 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782491 | 12/11/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782492 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782493 | 12/11/09 | B | 19.78 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782494 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782488 | 12/11/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166878 |
| 782686 | 12/11/09 | B | 26.25 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 166906 |
| 784183 | 12/16/09 | B | 50.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 662 | 167157 |
| 783333 | 12/17/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166990 |
| 783334 | 12/17/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 166990 |
| 784019 | 12/21/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784020 | 12/21/09 | B | 19.22 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784021 | 12/21/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784022 | 12/21/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784023 | 12/21/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784024 | 12/21/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167098 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA    241592                AS OF 12/31/09                                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 783892 | 12/21/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167093 |
| 783893 | 12/21/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167093 |
| 783894 | 12/21/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784018 | 12/21/09 | B | 10.17 | Courier/Delivery Service | 514 | 597 | 167098 |
| 784025 | 12/21/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 167098 |
| 784026 | 12/21/09 | B | 14.97 | Courier/Delivery Service | 514 | 597 | 167098 |
| 784027 | 12/21/09 | B | 17.18 | Courier/Delivery Service | 514 | 000 | 167098 |
| 784028 | 12/21/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167098 |
| 786122 | 12/21/09 | B | 92.40 | Courier/Delivery Service  BLUE MARBLE LOGISTI LLC | 514 | 597 | 167336 |
| 784927 | 12/23/09 | B | 36.25 | Courier/Delivery Service -  FEDERAL EXPRESS CORP. | 514 | 000 | 167236 |
| 785590 | 12/23/09 | B | 16.61 | Courier/Delivery Service -  FEDERAL EXPRESS CORP. | 514 | 000 | 167286 |
| 786121 | 12/23/09 | B | 10.50 | Courier/Delivery Service  BLUE MARBLE LOGISTI LLC | 514 | 000 | 167336 |
| 786157 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167338 |
| 783915 | 12/23/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167096 |
| 783916 | 12/23/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167096 |
| 783917 | 12/23/09 | B | 26.25 | Courier/Delivery Service | 514 | 000 | 167096 |
| 783925 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783926 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783927 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783928 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783929 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783930 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783931 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783932 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783933 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783934 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783935 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783936 | 12/23/09 | B | 16.08 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783937 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783938 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783939 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783940 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783941 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783942 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783943 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783944 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783945 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783946 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 783947 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783948 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783949 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783950 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783951 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783952 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783953 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783954 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783955 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783956 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783957 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783958 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783959 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783960 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783961 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783962 | 12/23/09 | B | 16.08 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783963 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783964 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783965 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783966 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783967 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783968 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783969 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783970 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783971 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783972 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783973 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783974 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783975 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783976 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783977 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783978 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783979 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783980 | 12/23/09 | B | 16.08 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783981 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783982 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783983 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783984 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 783985 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783986 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783987 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783988 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783989 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783990 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783991 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783992 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783993 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783994 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783995 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783996 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783997 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783998 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 783999 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784000 | 12/23/09 | B | 16.08 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784001 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784002 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784003 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784004 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784005 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784006 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784007 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784008 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784009 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167097 |
| 784571 | 12/23/09 | B | 15.55 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784572 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784573 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784574 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784575 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784576 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784577 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784578 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784579 | 12/23/09 | B | 16.08 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784580 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784581 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784582 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784583 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 784584 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784585 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784586 | 12/23/09 | B | 16.61 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784587 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784588 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784589 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784590 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784591 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784592 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784593 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784594 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784595 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784596 | 12/23/09 | B | 13.81 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784597 | 12/23/09 | B | 14.57 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784598 | 12/23/09 | B | 12.02 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784599 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784600 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784601 | 12/23/09 | B | 14.97 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784602 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 784603 | 12/23/09 | B | 10.17 | Courier/Delivery Service | 514 | 000 | 167178 |
| 782405 | 11/30/09 | B | 369.34 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 782404 | 11/30/09 | B | 161.99 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 782407 | 12/01/09 | B | 161.75 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 782408 | 12/01/09 | B | 15.45 | Computer Research - Westlaw Search Performed by: HARVEY,MATT | 515 | 924 | |
| 782406 | 12/01/09 | B | 573.22 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NATHAN | 515 | 975 | |
| 782409 | 12/02/09 | B | 189.66 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NATHAN | 515 | 975 | |
| 782410 | 12/02/09 | B | 11.60 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 784503 | 12/10/09 | B | 123.11 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NATHAN | 515 | 975 | |
| 784731 | 12/14/09 | B | 47.56 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 784732 | 12/14/09 | B | 60.61 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 784733 | 12/16/09 | B | 40.13 | Computer Research - Westlaw Search Performed by: HARVEY,MATT | 515 | 924 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA  241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 784734 | 12/17/09 | B | 74.02 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |
| 779236 | 12/01/09 | B | 17.20 | In-House Duplicating | 519 | 904 | |
| 779235 | 12/01/09 | B | 4.00 | In-House Duplicating | 519 | 670 | |
| 784992 | 12/01/09 | B | 30.50 | In-House Duplicating | 519 | 623 | |
| 779237 | 12/01/09 | B | 39.00 | In-House Duplicating | 519 | 623 | |
| 779462 | 12/02/09 | B | 174.40 | In-House Duplicating | 519 | 626 | |
| 779457 | 12/02/09 | B | 41.60 | In-House Duplicating | 519 | 597 | |
| 785012 | 12/02/09 | B | 144.40 | In-House Duplicating | 519 | 597 | |
| 779466 | 12/02/09 | B | 44.00 | In-House Duplicating | 519 | 662 | |
| 785002 | 12/02/09 | B | 52.00 | In-House Duplicating | 519 | 670 | |
| 779467 | 12/02/09 | B | 101.70 | In-House Duplicating | 519 | 670 | |
| 779463 | 12/02/09 | B | 45.00 | In-House Duplicating | 519 | 670 | |
| 779458 | 12/02/09 | B | 49.40 | In-House Duplicating | 519 | 670 | |
| 779459 | 12/02/09 | B | 228.80 | In-House Duplicating | 519 | 670 | |
| 779460 | 12/02/09 | B | 52.00 | In-House Duplicating | 519 | 670 | |
| 779461 | 12/02/09 | B | 2.10 | In-House Duplicating | 519 | 670 | |
| 779455 | 12/02/09 | B | 127.00 | In-House Duplicating | 519 | 670 | |
| 779456 | 12/02/09 | B | 4.00 | In-House Duplicating | 519 | 670 | |
| 779468 | 12/02/09 | B | 44.80 | In-House Duplicating | 519 | 554 | |
| 779464 | 12/02/09 | B | 19.00 | In-House Duplicating | 519 | 975 | |
| 779447 | 12/02/09 | B | 2.40 | In-House Duplicating | 519 | 975 | |
| 779448 | 12/02/09 | B | 5.10 | In-House Duplicating | 519 | 975 | |
| 779449 | 12/02/09 | B | 2.70 | In-House Duplicating | 519 | 975 | |
| 779450 | 12/02/09 | B | 4.30 | In-House Duplicating | 519 | 975 | |
| 779451 | 12/02/09 | B | 19.50 | In-House Duplicating | 519 | 975 | |
| 779452 | 12/02/09 | B | 45.40 | In-House Duplicating | 519 | 975 | |
| 779453 | 12/02/09 | B | 27.40 | In-House Duplicating | 519 | 975 | |
| 779454 | 12/02/09 | B | 0.20 | In-House Duplicating | 519 | 904 | |
| 779465 | 12/02/09 | B | 8.60 | In-House Duplicating | 519 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA  241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 780075 | 12/04/09 | B | 6.80 | In-House Duplicating | 519 | 597 | |
| 780252 | 12/07/09 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 780253 | 12/07/09 | B | 16.20 | In-House Duplicating | 519 | 597 | |
| 780254 | 12/07/09 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 780255 | 12/07/09 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 780458 | 12/08/09 | B | 7.60 | In-House Duplicating | 519 | 662 | |
| 780455 | 12/08/09 | B | 0.60 | In-House Duplicating | 519 | 662 | |
| 780451 | 12/08/09 | B | 4.50 | In-House Duplicating | 519 | 662 | |
| 780452 | 12/08/09 | B | 49.40 | In-House Duplicating | 519 | 597 | |
| 780453 | 12/08/09 | B | 12.20 | In-House Duplicating | 519 | 597 | |
| 780454 | 12/08/09 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 780456 | 12/08/09 | B | 4.70 | In-House Duplicating | 519 | 597 | |
| 785037 | 12/08/09 | B | 39.20 | In-House Duplicating | 519 | 597 | |
| 780457 | 12/08/09 | B | 12.00 | In-House Duplicating | 519 | 554 | |
| 781463 | 12/09/09 | B | 7.20 | In-House Duplicating | 519 | 597 | |
| 781464 | 12/09/09 | B | 6.60 | In-House Duplicating | 519 | 597 | |
| 781465 | 12/09/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 781918 | 12/10/09 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 781919 | 12/10/09 | B | 4.20 | In-House Duplicating | 519 | 597 | |
| 781920 | 12/10/09 | B | 0.90 | In-House Duplicating | 519 | 662 | |
| 781981 | 12/11/09 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 781982 | 12/11/09 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 781983 | 12/11/09 | B | 9.40 | In-House Duplicating | 519 | 597 | |
| 781984 | 12/11/09 | B | 18.20 | In-House Duplicating | 519 | 670 | |
| 782181 | 12/14/09 | B | 17.00 | In-House Duplicating | 519 | 597 | |
| 782182 | 12/14/09 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 782183 | 12/14/09 | B | 41.90 | In-House Duplicating | 519 | 605 | |
| 782184 | 12/14/09 | B | 7.50 | In-House Duplicating | 519 | 605 | |
| 782185 | 12/14/09 | B | 9.20 | In-House Duplicating | 519 | 605 | |
| 782544 | 12/15/09 | B | 12.50 | In-House Duplicating | 519 | 605 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA 241592          AS OF 12/31/09          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 782545 | 12/15/09 | B | 0.40 | In-House Duplicating | 519 | 605 | |
| 782548 | 12/15/09 | B | 3.20 | In-House Duplicating | 519 | 605 | |
| 782543 | 12/15/09 | B | 31.70 | In-House Duplicating | 519 | 662 | |
| 782546 | 12/15/09 | B | 17.20 | In-House Duplicating | 519 | 597 | |
| 782547 | 12/15/09 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 782984 | 12/17/09 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 782985 | 12/17/09 | B | 13.90 | In-House Duplicating | 519 | 670 | |
| 782982 | 12/17/09 | B | 1.00 | In-House Duplicating | 519 | 662 | |
| 782983 | 12/17/09 | B | 5.00 | In-House Duplicating | 519 | 662 | |
| 783206 | 12/18/09 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 783571 | 12/21/09 | B | 19.60 | In-House Duplicating | 519 | 623 | |
| 783572 | 12/21/09 | B | 3.50 | In-House Duplicating | 519 | 662 | |
| 783569 | 12/21/09 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 783567 | 12/21/09 | B | 0.20 | In-House Duplicating | 519 | 662 | |
| 783568 | 12/21/09 | B | 2.50 | In-House Duplicating | 519 | 662 | |
| 783570 | 12/21/09 | B | 28.00 | In-House Duplicating | 519 | 662 | |
| 783708 | 12/22/09 | B | 0.60 | In-House Duplicating | 519 | 662 | |
| 783826 | 12/23/09 | B | 29.90 | In-House Duplicating | 519 | 662 | |
| 783828 | 12/23/09 | B | 13.00 | In-House Duplicating | 519 | 662 | |
| 783827 | 12/23/09 | B | 0.80 | In-House Duplicating | 519 | 546 | |
| 783829 | 12/23/09 | B | 6.60 | In-House Duplicating | 519 | 605 | |
| 784139 | 12/28/09 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 784628 | 12/29/09 | B | 0.20 | In-House Duplicating | 519 | 670 | |
| 785108 | 12/29/09 | B | 83.80 | In-House Duplicating | 519 | 597 | |
| 782250 | 12/08/09 | B | 1.39 | Postage | 520 | 662 | |
| 783633 | 12/16/09 | B | 7.50 | Postage | 520 | 662 | |
| 780338 | 12/02/09 | B | 816.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 166639 |
| 782271 | 12/11/09 | B | 904.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 166829 |
| 783132 | 12/15/09 | B | 871.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 166975 |
| 783131 | 12/17/09 | B | 2,110.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 166974 |
| 777530 | 10/31/09 | B | 78.00 | Pacer charges for the month of October | 529 | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/28/10 15:30:33

PRO FORMA   241592

AS OF 12/31/09

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 785964 | 11/30/09 | B | 693.76 | Pacer charges for the month of November | 529 | 000 | |
| 778967 | 10/30/09 | B | 5.88 | Paralegal Overtime | 530S | 594 | |
| 783385 | 11/20/09 | B | 14.08 | Paralegal Overtime Expense GROTTO'S PIZZA` E. CAMPBELL OT MEAL - 11/20/09 | 531 | 597 | 167009 |
| 783386 | 11/25/09 | B | 14.08 | Paralegal Overtime Expense GROTTO'S PIZZA` E. CAMPBELL OT MEAL - 11/25/09 | 531 | 597 | 167009 |
| 779238 | 12/01/09 | B | 84.45 | In-House Printing - black & white | 541 | 623 | |
| 779469 | 12/02/09 | B | 0.10 | In-House Printing - black & white | 541 | 670 | |
| 780076 | 12/04/09 | B | 2.95 | In-House Printing - black & white | 541 | 597 | |
| 785025 | 12/05/09 | B | 64.10 | In-House Printing - black & white | 541 | 597 | |
| 780459 | 12/08/09 | B | 0.05 | In-House Printing - black & white | 541 | 961 | |
| 783709 | 12/22/09 | B | 0.15 | In-House Printing - black & white | 541 | 961 | |
| 784140 | 12/28/09 | B | 0.10 | In-House Printing - black & white | 541 | 961 | |
| 784853 | 12/30/09 | B | 4.55 | In-House Printing - black & white | 541 | 597 | |

34,922.61