IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
In re                                                   :   Chapter 11
                                                        :
Nortel Networks Inc., et al.,[1]                        :   Case No. 09-10138 (KG)
                                                        :
                        Debtors.                        :   Jointly Administered
                                                        :
-------------------------------------------------------X

## CORRECTED NOTICE OF SERVICE [RE: D.I. NOS. 2314, 2321, 2322, 2325 AND 2330]

PLEASE TAKE NOTICE that on January 22, 2010, copies of the following were served in the manner indicated upon the parties listed on the attached service list.

- Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Metro Ethernet Networks Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2314, Entered 1/21/10);

- Order Granting Debtors' Motion For Leave To File A Reply To The Objection Of Nortel Networks UK Ltd. And The EMEA Debtors To NNI's Motion Pursuant To §105(a), §363, §503 And Fed. R. Bankr. P. 9019 For An Order (A) Approving The Canadian Funding Agreement And (B) Granting Related Relief (D.I. 2321, Entered 1/21/10);

- Order Approving The Settlement Stipulation Between Nortel Networks Inc. And The Internal Revenue Service, Entry Into The Advance Pricing Agreement, And Related Relief (D.I. 2322, Entered 1/21/10);

- Order Pursuant To Section 1121(d) Of The Bankruptcy Code Extending The Exclusive Periods During Which The Debtors May

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**File A Chapter 11 Plan And Solicit Acceptances Thereof** (D.I. 2325; Entered 1/21/10);

- **Order Authorizing The Debtors To Redact Or File Under Seal Certain Portions Of (I) The Canadian Funding Agreement And (II) Granting Related Relief** (D.I. 2330, Entered 1/21/10).

PLEASE TAKE FURTHER NOTICE that on January 22, 2010, copies of the Ethernet Order were served in the manner indicated upon the parties listed below:

### VIA FIRST CLAS MAIL:

Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

Dated: January 28, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3353218.1