# SERVICE LIST

**VIA FACSIMILE**

Douglas Bacon, Esq.
Joseph Simei, Esq.
Alice Burke, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
FAX:  312-993-9767

William Kenneth Gardener
15 Ennismore Mews
London, SW71AP, UK
FAX:  020-7581-8246

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO  80202-5607
FAX:  720-931-3201

**VIA OVERNIGHT MAIL**

Cash Wolfson
7704 Michael Court
McKinney, TX  75071

Venkatasubramaniam Palanivelu
524 Cain Court
Belle Mead, NJ  08502

Scott E. Binner
2205 Jakin Way
Suwanee, GA  30024

Khanh Diep
3088 Greenfield Drive
Richardson, TX  75082

TEKsystems, Inc.
Attn:  Matt Hudson
7437 Race Road
Hanover, MD  21076

MarketSource, Inc.
Attn:  Jessica Sears
11700 Great Oaks Way
Alpharetta, GA  30041