**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

**VAT Invoice Date: 26 January 2010**    Our Ref: **GDB/CCN01.00001**        Invoice No: **281405**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 39,771.25 |
| For the period to 31 December 2009, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 61.63 |
| **Disbursements:** (NT)<br>Foreign Lawyers:<br>*Jackson Woo & Associates - £37.33 (Paid)* | 0.00 | 0.00 | 37.33 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 58.37 |
|  | 0.00 | | 39,928.58 |
|  | | VAT | 0.00 |
|  | | Total | 39,928.58 |
|  | | **Balance Due** | **39,928.58** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 281405 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

# The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

### For the period: to 31 December 2009

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.30 | 183.00 | (C0007) |
| | | 1.00 | 610.00 | (C0019) |
| | | 1.80 | 1,098.00 | (C0024) |
| | | 3.50 | 2,135.00 | (C0031) |
| | | 0.90 | 549.00 | (C0032 |
| | | 7.50 | £4,575.00 | |
| Partner: | Steven Hull | 1.50 | 915.00 | (C0019) |
| | | 1.50 | £915.00 | |
| Partner: | Angela Pearson | 5.13 | 3,129.30 | (C0007) |
| | | 5.13 | £3,129.30 | |
| Partner: | Paola Flora | 0.20 | 116.00 | (C0024) |
| | | 0.20 | £116.00 | |
| Partner: | Eric Bouffard | 0.50 | 290.00 | (C0031) |
| | | 0.50 | £290.00 | |
| Partner: | Carl Dunton | 2.10 | 1,218.00 | (C0032) |
| | | 2.10 | £1,218.00 | |
| Senior Associate: | Luke Rollason | 1.00 | 425.00 | (C0007) |
| | | 1.00 | £425.00 | |
| Senior Associate: | Marcus Fink | 1.70 | 850.00 | (C0019) |
| | | 1.70 | £850.00 | |
| Senior Associate: | Ian Chye | 4.30 | 2,150.00 | (C0032) |
| | | 4.30 | £2,150.00 | |
| Senior Associate: | Anna Grainger | 2.10 | 1,050.00 | (C0032) |
| | | 2.10 | £1,050.00 | |
| Associate: | Nancy Chien | 0.30 | 118.50 | (C0019) |
| | | 0.30 | £118.50 | |
| Associate: | Martina Korthauer | 1.30 | 481.00 | (C0024) |
| | | 1.30 | £481.00 | |
| Associate: | Priscilla van den Perre | 2.00 | 790.00 | (C0031) |
| | | 2.00 | £790.00 | |

| | | | | |
|---|---|---|---|---|
| Associate: | Katherine Clarke | 3.00 | 1,185.00 | (C0032) |
| | | 3.00 | £1,185.00 | |
| Associate: | Doris Chan | 8.70 | 3,219.00 | (C0032) |
| | | 8.70 | £3,219.00 | |
| Associate: | Caroline Wicker | 0.33 | 112.20 | (C0032) |
| | | 0.33 | £112.20 | |
| Junior Associate: | Paul Bagon | 8.75 | 2,756.25 | (C0003) |
| | | 7.00 | 2,205.00 | (C0007) |
| | | 0.80 | 252.00 | (C0019) |
| | | 12.70 | 4,000.50 | (C0024) |
| | | 2.70 | 850.50 | (C0031) |
| | | 27.00 | 8,505.00 | (C0032) |
| | | 58.95 | £18,569.25 | |
| Junior Associate: | Delphine Guérin | 1.60 | 504.00 | (C0031) |
| | | 1.60 | £504.00 | |
| Trainee: | Claire Fourel | 0.40 | 74.00 | (C0032) |
| | | 0.40 | £74.00 | |

| | | |
|---|---|---|
| **TOTAL** | **102.61** | **£39,771.25** |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 December 2009

## TIME SUMMARY – ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 8.75 | @ | 315.00 | 2,756.25 |
| | | | | Total | £ 2,756.25 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/12/09 | Paul Bagon | LETT | Ashurst billing report. | 0.70 |
| 03/12/09 | Paul Bagon | LETT | Monthly billing report to AG. | 0.30 |
| 15/12/09 | Paul Bagon | LETT | Reviewing interim fee chart and sending comments to Delaware Counsel. | 1.00 |
| 16/12/09 | Paul Bagon | DRFT | Ashurst fee application. | 1.50 |
| 17/12/09 | Paul Bagon | DRFT | Ashurst fee application. | 0.75 |
| 23/12/09 | Paul Bagon | LETT | Finalising and sending Ashurst fee application. | 4.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 December 2009**

## TIME SUMMARY – CREDITORS COMMITTEE MEETINGS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.30 | @ | 610.00 | 183.00 |
| **Senior Associates:** | | | | | |
| Luke Rollason | engaged | 1.00 | @ | 425.00 | 425.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 7.00 | @ | 315.00 | 2,205.00 |
| | | | | Total | £ 2,813.00 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/12/09 | Paul Bagon | PHON | Attending emergency UCC meeting re bid process. | 1.00 |
| 02/12/09 | Luke Rollason | PHON | Emergency committee call re new bids. | 1.00 |
| 03/12/09 | Paul Bagon | PHON | UCC weekly call. | 1.10 |
| 03/12/09 | Giles Boothman | ATTD | UCC weekly call (in part) | 0.30 |
| 10/12/09 | Paul Bagon | PHON | UCC weekly call. | 1.80 |
| 16/12/09 | Paul Bagon | PHON | Emergency UCC meeting to discuss APA. | 0.80 |
| 17/12/09 | Paul Bagon | PHON | UCC weekly call. | 1.30 |
| 22/12/09 | Paul Bagon | PHON | Attending UCC emergency call (in part) | 1.00 |

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 December 2009

## TIME SUMMARY – LABOR ISSUES /EMPLOYEE BENEFITS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.00 | @ | 610.00 | 610.00 |
| Steven Hull | engaged | 1.50 | @ | 610.00 | 915.00 |
| Angela Pearson | engaged | 5.13 | @ | 610.00 | 3,129.30 |
| **Senior Associates:** | | | | | |
| Marcus Fink | engaged | 1.70 | @ | 500.00 | 850.00 |
| **Associates:** | | | | | |
| Nancy Chien | engaged | 0.30 | @ | 395.00 | 118.50 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 0.80 | @ | 315.00 | 252.00 |
| | | | | Total | £ 5,874.80 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 09/12/09 | Angela Pearson | READ | Review emails | 0.30 |
| 09/12/09 | Angela Pearson | LETT | Emails to Giles Boothman | 0.20 |
| 09/12/09 | Angela Pearson | PHON | Telephone conversation with Giles Boothman | 0.30 |
| 09/12/09 | Angela Pearson | READ | Review regulation re: Regulation power to obtain information | 0.30 |
| 09/12/09 | Angela Pearson | PHON | Message from Herbert Smith | 0.20 |
| 09/12/09 | Angela Pearson | LETT | Email to Akin Gump | 0.20 |
| 09/12/09 | Steven Hull | LETT | Review Fred Hodara email regarding discussions with Herbert Smith and related issues in responding to Angela Pearson regarding relevant details; review email exchange regarding position of UK administrators and New York issues and review Giles Boothman response regarding ███████████████ and response to Fred Hodara | 0.90 |
| 09/12/09 | Giles Boothman | SUPE | Various re. pensions input | 0.50 |
| 09/12/09 | Nancy Chien | PHON | Telephone call with Angela Pearson; discussion with Daisy Jones | 0.30 |
| 10/12/09 | Angela Pearson | PHON | Telephone conversation with Herbert Smith | 0.33 |
| 10/12/09 | Angela Pearson | READ | Review email | 0.20 |
| 10/12/09 | Angela Pearson | LETT | Email to AO . | 0.20 |
| 10/12/09 | Giles Boothman | SUPE | Re. pensions info request | 0.20 |
| 11/12/09 | Angela Pearson | LETT | Emails to FH and telephone conversations with Herbert Smith | 0.70 |
| 14/12/09 | Angela Pearson | PHON | Telephone conversation with Herbert Smith | 0.50 |
| 14/12/09 | Angela Pearson | LETT | Email FH | 0.70 |
| 14/12/09 | Angela Pearson | INTD | Discussion with Giles Boothman | 0.30 |
| 14/12/09 | Giles Boothman | INTD | Re. Pensions issues | 0.30 |
| 14/12/09 | Steven Hull | LETT | Review Angela Pearson email and review update regarding negotiations with Matthew Preston at Herbert Smith; review Fred Hodara response | 0.40 |
| 16/12/09 | Marcus Fink | LETT | Review emails re ████ information requests and review sections of PA 2004 re███ ███████████ provision of information | 1.30 |
| 16/12/09 | Angela Pearson | LETT | Email to H Smith | 0.30 |
| 17/12/09 | Paul Bagon | LETT | Organising asset valuations call. | 0.80 |
| 17/12/09 | Angela Pearson | READ | Review emails | 0.20 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 17/12/09 | Angela Pearson | LETT | Email to FH | 0.20 |
| 17/12/09 | Steven Hull | LETT | Review Angela Pearson email and review attached email exchanges with Herbert Smith regarding release of notes and witness statements | 0.20 |
| 18/12/09 | Marcus Fink | LETT | Review and consider emails relating to ███████████ witness interviews | 0.40 |

# The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 31 December 2009

### TIME SUMMARY – ASSET/STOCK TRANSACTIONS/BUSINESS LIQUIDATIONS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 1.80 | @ | 610.00 | 1,098.00 |
| Paola Flora | engaged | 0.20 | @ | 580.00 | 116.00 |
| **Associates:** | | | | | |
| Martina Korthauer | engaged | 1.30 | @ | 370.00 | 481.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 12.70 | @ | 315.00 | 4,000.50 |
| | | | | Total | £ 5,695.50 |

**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 02/12/09 | Giles Boothman | READ | Emails re. ▮▮▮ | 0.30 |
| 02/12/09 | Giles Boothman | INTD | Auction Q | 0.30 |
| 02/12/09 | Giles Boothman | LETT | Fred re. ▮▮▮ | 0.30 |
| 02/12/09 | Giles Boothman | SUPE | | 0.30 |
| 02/12/09 | Paul Bagon | PHON | Call re ▮▮ sale process | 1.60 |
| 03/12/09 | Giles Boothman | READ | Emails re. ▮▮▮ process | 0.30 |
| 11/12/09 | Giles Boothman | SUPE | PDB re. ▮▮▮ closing process | 0.30 |
| 14/12/09 | Paul Bagon | LETT | Reviewing ▮▮▮ ASA re completion provisions. | 2.00 |
| 14/12/09 | Paul Bagon | PHON | Call with HS, AG, Cleary and French administrator re status of EMEA closing steps re ▮▮▮. | 0.30 |
| 15/12/09 | Paul Bagon | LETT | Emails to HS and AG re ▮▮▮ closing. | 0.30 |
| 16/12/09 | Paul Bagon | LETT | Various calls and emails with Ashurst Paris and Milan re ▮▮▮ tax. | 2.00 |
| 16/12/09 | Paola Flora | PHON | Conference call with Paul Bagon re the evaluation of a business to be transferred in Italy. | 0.20 |
| 17/12/09 | Paul Bagon | READ | Reviewing ▮▮▮ EMEA local sale agreements. | 1.00 |
| 17/12/09 | Paul Bagon | PHON | Call with AG, Paris and Milan re asset sale valuations. | 0.20 |
| 18/12/09 | Paul Bagon | LETT | Reviewing project ▮▮▮ local sale agreements. | 3.00 |
| 18/12/09 | Paul Bagon | RSCH | Research into AG query re Irish sale agreement re PP and tax. Calls with Irish counsel, internal discussions with CES and DVR and emails to AG re the same. | 2.30 |
| 22/12/09 | Martina Korthauer | PHON | ▮▮▮ confcall | 1.30 |

# The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 31 December 2009

### TIME SUMMARY – EUROPEAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 3.50 | @ | 610.00 | 2,135.00 |
| Eric Bouffard | engaged | 0.50 | @ | 580.00 | 290.00 |
| **Associates:** | | | | | |
| Priscilla van den Perre | engaged | 2.00 | @ | 395.00 | 790.00 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 2.70 | @ | 315.00 | 850.50 |
| Delphine Guérin | engaged | 1.60 | @ | 315.00 | 504.00 |
| | | | | Total | £ 4,569.50 |

**Please Note**:

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 01/12/09 | Giles Boothman | READ | Emails | 0.30 |
| 01/12/09 | Giles Boothman | SUPE | PDB - various | 0.30 |
| 02/12/09 | Paul Bagon | LETT | Reviewing emails. | 0.50 |
| 03/12/09 | Paul Bagon | LETT | Various emails and discussions with GDB. | 0.50 |
| 09/12/09 | Paul Bagon | PHON | Advisers pre-UCC call (in part). | 0.70 |
| 13/12/09 | Giles Boothman | READ | Emails | 0.20 |
| 14/12/09 | Giles Boothman | SUPE | Various | 0.30 |
| 15/12/09 | Giles Boothman | READ | Emails/docs | 0.30 |
| 16/12/09 | Giles Boothman | READ | Emails | 0.50 |
| 17/12/09 | Eric Bouffard | INTD | Discussion with DLG | 0.50 |
| 17/12/09 | Delphine Guérin | LETT | Call Paul Bagon | 0.30 |
| 17/12/09 | Priscilla van den Perre | INTD | Discussion with DLG + call P. Bagon | 1.00 |
| 17/12/09 | Giles Boothman | READ | Emails | 0.30 |
| 17/12/09 | Giles Boothman | SUPE | PDB - various | 0.30 |
| 18/12/09 | Delphine Guérin | LETT | Reviewing agreement + email to Paul Bagon | 1.30 |
| 18/12/09 | Priscilla van den Perre | READ | Review of the Business transfer agreement + INTD with Delphine Guérin re. purchase price. | 1.00 |
| 18/12/09 | Giles Boothman | SUPE | PDB various | 0.50 |
| 18/12/09 | Giles Boothman | READ | · Emails | 0.50 |
| 21/12/09 | Paul Bagon | LETT | Various emails. | 0.50 |
| 22/12/09 | Paul Bagon | LETT | Reviewing emails. | 0.50 |

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 December 2009**


## TIME SUMMARY – ASIAN PROCEEDINGS/MATTERS

| Lawyer | | Time (Hours) | | Rate (£ per hour) | Amount (£) |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Giles Boothman | engaged | 0.90 | @ | 610.00 | 549.00 |
| Carl Dunton | engaged | 2.10 | @ | 580.00 | 1,218.00 |
| **Senior Associates:** | | | | | |
| Ian Chye | engaged | 4.30 | @ | 500.00 | 2,150.00 |
| Anna Grainger | engaged | 2.10 | @ | 500.00 | 1,050.00 |
| **Associates:** | | | | | |
| Katherine Clarke | engaged | 3.00 | @ | 395.00 | 1,185.00 |
| Doris Chan | engaged | 8.70 | @ | 370.00 | 3,219.00 |
| Caroline Wicker | engaged | 0.33 | @ | 340.00 | 112.20 |
| **Junior Associates:** | | | | | |
| Paul Bagon | engaged | 27.00 | @ | 315.00 | 8,505.00 |
| **Trainees:** | | | | | |
| Claire Fourel | engaged | 0.40 | @ | 185.00 | 74.00 |

Total          £ 18,062.20


**Please Note:**

A Detailed Time Summary Follows Overleaf

## DETAILED TIME BREAKDOWN

| Date | Lawyer | Action | Narrative | Time (Hours) |
|---|---|---|---|---|
| 10/12/09 | Caroline Wicker | INTD | Discussion with PBD re query re China and India and reading emails. | 0.33 |
| 10/12/09 | Paul Bagon | RSCH | Re: directors fiduciary duties and email to AG re the same. | 5.50 |
| 10/12/09 | Giles Boothman | SUPE | Re. India/China fiduciary query | 0.40 |
| 11/12/09 | Paul Bagon | READ | Reviewing APAC security docs. Internal discussions with GDB. Call and email to AG re the same. Instructions to HK office. | 4.70 |
| 11/12/09 | Giles Boothman | SUPE | Re. APAC security issue | 0.20 |
| 13/12/09 | Paul Bagon | LETT | Instructions to Singapore office re review of APAC debenture. | 0.30 |
| 14/12/09 | Paul Bagon | INTD | With KZC re review of NZ law security documents. | 0.50 |
| 14/12/09 | Paul Bagon | LETT | Various emails and calls to APAC Counsel re security docs. | 0.50 |
| 14/12/09 | Carl Dunton | INTD | Discussion with IZC on Singapore Debenture. | 0.20 |
| 14/12/09 | Katherine Clarke | ATTD | Discussions re doc and Nortel proceedings, brief review emails and doc | 0.50 |
| 14/12/09 | Doris Chan | LETT | Dealt with emails and discussed with Paul Bagon | 0.40 |
| 14/12/09 | Ian Chye | READ | Reviewing Singapore governed debenture and responding to CBD; discussions with CBD and SZM and researching Singapore law position on certain aspects. | 4.30 |
| 15/12/09 | Doris Chan | INTD | Reviewed Security Agreement, ▉▉▉▉▉▉▉, the Debenture and other relevant documents; Discussed with ROW; Commented on the Debenture | 7.20 |
| 15/12/09 | Paul Bagon | LETT | Note to AG re APAC docs and related emails. | 6.50 |
| 15/12/09 | Claire Fourel | CASE | Proof checking email for PDB | 0.40 |
| 15/12/09 | Giles Boothman | SUPE | PDB re. APAC | 0.30 |
| 15/12/09 | Anna Grainger | LETT | Review and mark-up of NZ General Security Deed / Discussion with Paul Bagon | 1.80 |
| 15/12/09 | Carl Dunton | READ | Review of research and circulation of advise on Singapore Debenture. | 1.20 |
| 15/12/09 | Katherine Clarke | LETT | Review NZ law debenture, discussions with AQG | 1.50 |
| 21/12/09 | Paul Bagon | PHON | All parties call re APAC security docs. | 2.00 |
| 21/12/09 | Paul Bagon | READ | Reviewing marked-up APAC security docs, call to AG and emails to Singapore & HK. | 2.00 |
| 22/12/09 | Katherine Clarke | LETT | Review NZ law debenture | 1.00 |
| 22/12/09 | Paul Bagon | READ | Reviewing marked-up APAC security docs. | 1.80 |
| 22/12/09 | Paul Bagon | PHON | APAC security docs call. | 0.70 |
| 22/12/09 | Paul Bagon | LETT | Various calls and emails re APAC security docs. | 1.00 |

| Date | Lawyer | Action | Narrative | Time (Hours) |
|------|--------|--------|-----------|--------------|
| 22/12/09 | Carl Dunton | READ | Review of revised Singapore Debentures and provision of comments to London. | 0.70 |
| 22/12/09 | Doris Chan | READ | Reviewed HK debenture and commented on it | 1.10 |
| 23/12/09 | Paul Bagon | LETT | Reviewing emails re APAC security docs and email to AG re the same. | 0.50 |
| 29/12/09 | Paul Bagon | LETT | Reviewing amended APAC security documents and emails to AG and CGSH re the same. | 1.00 |
| 29/12/09 | Anna Grainger | LETT | Research on registrations under the PPSR and email Paul Bagon | 0.30 |