## Exhibit C

### DISBURSEMENT SUMMARY
### DECEMBER 01, 2009 THROUGH DECEMBER 31, 2009

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £40.00 |
| Document Production | £61.63 |
| Telecommunications | £6.62 |
| Meals | £11.75 |
| Foreign Lawyer Fees | £37.33 |
| **TOTAL** | **£157.33** |