**Exhibit D**

**Disbursement Breakdown**:

| Date | Disbs Type | Narrative | Amount (£) |
|---|---|---|---|
| 01/12/2009 | Telephone Conference | VENDOR: Meetingzone Ltd; INVOICE#: 000234586; DATE: 01/12/2009 - Conference Call on 12/11/09 | 6.62 |
| 11/12/2009 | Taxis | PAYEE: Bagon, Paul; REQUEST#: 374522; DATE: 11/12/2009. - Bacs payment to reimburse expenses PDB Taxi - 09/12/09 | 32.00 |
| 16/12/2009 | Sundries | PAYEE: Natwest; REQUEST#: 375053; DATE: 16/12/2009. - NWB Charges on Urgent Transfer to Jackson Woo & Associates (HK$574,215.60 @ 12.5123111) in payment of invoice numbers A00232 & A00235 | 11.75 |
| 17/12/2009 | Foreign Lawyer Fees [Non Vatable] | PAYEE: Jackson Woo & Associates; REQUEST#: 375157; DATE: 17/12/2009. - Urgent Transfer to Jackson Woo & Associates (HK$19,146.00 @ 12.5123111) in payment of invoice number A00235 | 37.33 |
| 30/12/2009 | Taxis | PAYEE: Pettycash; REQUEST#: 376979; DATE: 30/12/2009. - P/C PDB Taxi - 23/12/09 | 8.00 |
| | | Document Production | 61.63 |
| **Totals** | | | **157.33** |