Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2009 THROUGH DECEMBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 7.50 | 4,575.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 1.50 | 915.00 |
| Eric Bouffard | Partner for 4 years; Admitted in 1996 (France); Litigation and Restructuring Paris | £580 | 0.50 | 290.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group | £610 | 5.13 | 3,129.30 |
| Paola Flora | Partner for 3 years; Admitted to the Italian Association of Chartered Accountants in 1994, Tax Group, Italy. | £580 | 0.20 | 116.00 |
| Carl Dunton | Partner for 2 year; Admitted in 1997, Loan Markets, Singapore | £580 | 2.10 | 1,218.00 |
| Marcus Fink | Associate for 9 years; Admitted in 1991; Employment, Incentives and Pensions Group | £500 | 1.70 | 850.00 |
| Ian Chye | Associate for 7 years; Admitted in 2003; Corporate Group, Singapore. | £500 | 4.30 | 2,150.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2004; Litigation Group | £425 | 1.00 | 425.00 |
| Anna Grainger | Associate for 11 years; Admitted in 1999 in New Zealand, International Finance Group | £500 | 2.10 | 1,050.00 |
| Nancy Chien | Associate for 7 years; Admitted in 2003 (New Zealand); Employment, Incentives and Pensions Group | £395 | 0.30 | 118.50 |
| Martina Korthauer | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group | £370 | 1.30 | 481.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Priscilla van den Perre | Associate for 5 years; Admitted in 2005 in France | £395 | 2.00 | 790.00 |
| Katherine Clarke | Associate for 5 years; Admitted in 2005 (New Zealand); International Finance | £395 | 3.00 | 1,185.00 |
| Doris Chan | Associate for 4 years; Admitted in 2006 in Hong Kong; Corporate Group, Hong Kong | £370 | 8.70 | 3,219.00 |
| Caroline Wicker | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group | £340 | 0.33 | 112.20 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group | £315 | 58.95 | 18,569.25 |
| Delphine Guérin | Associate for 2 years; Admitted in 2008; Corporate Group, Paris. | £315 | 1.60 | 504.00 |
| Claire Fourel | Trainee for 2 years; Restructuring and Special Situations Group | £185 | 0.40 | 74.00 |
| **TOTAL** | | | **102.61** | **39,771.25** |

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 01, 2009 THROUGH DECEMBER 31, 2009.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.75 | 2,756.25 |
| Creditors Committee Meetings | 8.30 | 2,813.00 |
| Labor Issues/Employee Benefits | 10.43 | 5,874.80 |
| Asset/Stock Transactions/Business Liquidations | 16.00 | 5,695.50 |
| European Proceedings/Matters | 10.30 | 4,569.50 |
| Asian Proceedings/Matters | 48.83 | 18,062.20 |
| TOTAL | 102.61 | 39,771.25 |