**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
In re                                               :        Chapter 11
:
Nortel Networks Inc., et al.,[1]                    :        Case No. 09-10138 (KG)
:
Debtors.                        :        Jointly Administered
:
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 3, 2010 AT 10:00 A.M. (ET)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

    Related Pleadings:  None.

    Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to February 19, 2010 at 4:00 p.m. (ET) for the Committee.  Extended to February 19, 2010 at 4:00 p.m. (ET) for the Debtors.

    Responses Received:  None at this time.

    Status:  This matter is continued to the hearing scheduled for February 26, 2010 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

-2-

2.  Notice Of (I) Filing Of Proposed Order Granting The Debtors A Final Waiver Of The Requirements Of 11 U.S.C. Section 345(b) And (II) Setting A Hearing On The Final Waiver (D.I. 2274, Filed 1/14/10).

    Related Pleadings:  None.

    Objection Deadline:  January 27, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a)  Acting United States Trustee's Objection To Debtors' Request For Final Waiver Of The Requirements Of 11 USC 345(b) (D.I. 2354, Filed 1/27/2010).

    Status:  This matter is continued to the hearing scheduled for February 26, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

3.  Debtors' Motion For An Order Approving The Debtors' Assignment Of Outstanding Indebtedness Of Russian Telecommunications Development Corporation To Velenio Holdings Limited (D.I. 2270, Filed 1/13/10).

    Related Pleadings:  None.

    Objection Deadline:  January 27, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

4.  Application Of The Official Committee Of Unsecured Creditors For An Order Approving An Expansion Of Scope Of Services And Amendment To Terms Of Retention Of Jefferies & Company, Inc. As Investment Banker To The Official Committee Of Unsecured Creditors (D.I. 2276, Filed 1/14/10).

    Related Pleadings:  None.

    Objection Deadline:  January 27, 2010 at 4:00 p.m. (ET). Extended to February 1, 2010 at 4:00 p.m. (ET) for the Debtors.

3352929.9

Responses Received:

a)    Informal response from the U.S. Trustee.

Status:  This matter is going forward.

Dated:  February 1, 2010
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession