# **EXHIBIT A**

**No-Basis 503(b)(9) Claims**

## Exhibit A

### No Basis 503(b)(9) Claims

| **No Basis 503(b)(9) Claim to be Expunged** | | | **Reason for Disallowance** | **Corresponding Non-503(b)(9) Claim** | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** |
| ABERNATHY, COLLEEN C.<br>2946 PARKWOOD RD<br>SNELLVILLE, GA 30039-4412 | 1893<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$54,876.00 (A)<br>- (P)<br>- (U)<br>$54,876.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1892<br>8/20/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$54,876.00 (P)<br>- (U)<br>$54,876.00 (T) |
| ANDERSON, DEBRA J.<br>102 BELTON DRIVE<br>HICKORY CREEK, TX 75065 | 2500<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2499<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,305.43 (P)<br>- (U)<br>$3,305.43 (T) |
| AVERY, BARBARA A<br>411 PLAZA DR<br>GARNER, NC 27529 | 1914<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1913<br>8/20/09<br>No Case<br>No Case Asserted | Unspecified* |
| BARLOW, CATHERINE<br>4 CRAIGLEITH CRT<br>COLLINGWOOD, ON<br>CANADA | 3011<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3010<br>9/15/09<br>No Case<br>No Case Asserted | Unspecified* |
| BARNHILL, SHERRIL A.<br>108 CAYMUS COURT<br>CARY, NC 27519 | 2183<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2184<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,014.77 (P)<br>$2,182.36 (U)<br>$10,197.13 (T) |
| BOUDREAU, WILLIAM R.<br>8149 STOCKHOLM ST.<br>BROOKSVILLE, FL 34613 | 4805<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$59,000.00 (A)<br>- (P)<br>- (U)<br>$59,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4804<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$59,000.00 (U)<br>$59,000.00 (T) |
| BOWBEER, TERI<br>395 CENTURY CIRCLE<br>DANVILLE, CA 94526-5332 | 2933<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2932<br>9/14/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$35,783.20 (U)<br>$46,733.20 (T) |
| BRANDON, PAUL M.<br>5 HORATIO LANE<br>ROCHESTER, NY 14624 | 2156<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2157<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$21,440.07 (P)<br>$10,490.07 (U)<br>$10,950.00 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| BROWN, BRIAN R.<br>1241 NEW JERSEY AVE NW<br>WASHINGTON, DC 20001 | 2439<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2440<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$822.79 (P)<br>- (U)<br>$822.79 (T) |
| BUBEL, GLENN A.<br>904 TABITHA LN<br>OLD HICKORY, TN 37138-2359 | 1827<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1826<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$145,181.12 (U)<br>$145,181.12 (T) |
| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | 3676<br>9/24/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3677<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$135,027.14 (U)<br>$135,027.14 (T) |
| CARLSON, MICHAEL A.<br>5540 RIVERWOOD LANE<br>SAVAGE, MN 55378-4401 | 3780<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3781<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$60,367.00 (U)<br>$60,367.00 (T) |
| CHAPMAN, JAMES L<br>PO BOX 1111<br>CREEDMOOR, NC 27522 | 2727<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$149,000.00 (A)<br>- (P)<br>- (U)<br>$149,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2728<br>9/8/09<br>No Case<br>No Case Asserted | $149,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$149,000.00 (T) |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3795<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3796<br>9/25/09<br>No Case<br>No Case Asserted | Unspecified* |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3797<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3798<br>9/25/09<br>No Case<br>No Case Asserted | Unspecified* |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3799<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3800<br>9/25/09<br>No Case<br>No Case Asserted | Unspecified* |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | 3801<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3802<br>9/25/09<br>No Case<br>No Case Asserted | Unspecified* |
| CLEMONS, THOMAS S.<br>3808 WALWORTH ROAD<br>MARION, NY 14505 | 1172<br>5/15/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1171<br>5/15/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$24,120.00 (P)<br>$13,170.00 (U)<br>$10,950.00 (T) |
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | 3640<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3649<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | 3650<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3647<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | 3648<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3647<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| COAKLEY, BILLY W. SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | 2884<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$7,666.00 (A)<br>- (P)<br>- (U)<br>$7,666.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2885<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,666.00 (P)<br>$7,666.00 (U)<br>$7,666.00 (T) |
| COLTON, JAY<br>90 BROOKDALE OL.<br>NEWTOWN, PA 18940 | 2620<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$28,270.10 (A)<br>- (P)<br>- (U)<br>$28,270.10 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2619<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,270.10 (U)<br>$28,270.10 (T) |
| DANIELS, TANYA<br>2676 BERMAN ROAD<br>NORTH AURORA, IL 60542 | 2821<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2820<br>9/11/09<br>No Case<br>No Case Asserted | Unspecified* |
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L 2W4<br>CANADA | 2968<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2969<br>9/14/09<br>No Case<br>No Case Asserted | Unspecified* |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON  M2L 2W4<br>CANADA | 2971<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2969<br>9/14/09<br>No Case<br>No Case Asserted | Unspecified* |
| EDHOLM, PHILIP K.<br>9921 LONGVIEW LANE<br>PLEASANTON, CA  94538 | 4113<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4114<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$249,763.44 (P)<br>- (U)<br>$249,763.44 (T) |
| EGERMAN, KEVIN A.<br>2905 DEAN PARKWAY # 102<br>MINNEAPOLIS, MN  55416 | 2576<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2575<br>9/3/09<br>No Case<br>No Case Asserted | Unspecified* |
| FETTERMAN, ROGER L.<br>415 REX AVE.<br>JACKSON, CA  95642 | 2326<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$522.08 (A)<br>- (P)<br>- (U)<br>$522.08 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2327<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$522.08 (U)<br>$522.08 (T) |
| FLYNN, HAROLD DIXON<br>8430 CANYON XING<br>ARGYLE, TX  76226 | 3173<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3174<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$67,470.14 (U)<br>$67,470.14 (T) |
| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC  G1V 2T6<br>CANADA | 3668<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3669<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$195,557.00 (U)<br>$195,557.00 (T) |
| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC  G1V 2T6<br>CANADA | 3670<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3671<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,090.45 (U)<br>$36,090.45 (T) |
| GAMEWAY, JOHN<br>1112 COUNTY ROAD 1003<br>GREENVILLE, TX  75401 | 2888<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2887<br>9/14/09<br>No Case<br>No Case Asserted | $51,588.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$51,588.01 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| No Basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount Claimed** |
| GOMEZ, MAGDALENA<br>22 - 406 AVE DES PINS OUEST<br>MONTREAL, QC  H2W 1S2<br>CANADA | 2962<br>9/14/09<br>09-10150<br>Nortel Networks International Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2961<br>9/14/09<br>No Case<br>No Case Asserted | Unspecified* |
| GOODBAR, ROBERT L JR.<br>2809 BUTNER ST<br>DURHAM, NC  27704 | 2227<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$198.27 (A)<br>- (P)<br>- (U)<br>$198.27 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2226<br>8/27/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$198.27 (U)<br>$198.27 (T) |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 2104<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2105<br>8/24/09<br>No Case<br>No Case Asserted | Unspecified* |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 2106<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2107<br>8/24/09<br>No Case<br>No Case Asserted | Unspecified* |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX  75075 | 2108<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2109<br>8/24/09<br>No Case<br>No Case Asserted | Unspecified* |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4539<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4538<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$30,000.00 (P)<br>- (U)<br>$30,000.00 (T) |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4541<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4540<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$204,000.00 (U)<br>$204,000.00 (T) |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL  33076 | 4542<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4537<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$159.10 (U)<br>$159.10 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| HALLORAN, ROBERT J.<br>2 COLE ST.<br>SALEM, NH 03079 | 2202<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2203<br>8/26/09<br>No Case<br>No Case Asserted | Unspecified* |
| HARTMAN, JAMES<br>18627 ROBLEDA CT<br>SAN DIEGO, CA 92128 | 2703<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,000.00 (A)<br>- (P)<br>- (U)<br>$11,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2702<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$11,000.00 (P)<br>- (U)<br>$11,000.00 (T) |
| HAWKEN, DONALD<br>88 MAGNOLIA LANE<br>WELLAND, ON L3B 6H9<br>CANADA | 3448<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3449<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$94,571.97 (U)<br>$94,571.97 (T) |
| HAYDOCK, JOSEPH<br>613 ARCHIE PL<br>SYCAMORE, IL 60178-1626 | 2187<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$60,000.00 (A)<br>- (P)<br>- (U)<br>$60,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2188<br>8/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$60,000.00 (P)<br>- (U)<br>$60,000.00 (T) |
| IJAMES, EUGENIA PARHAM<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | 2153<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2152<br>8/24/09<br>No Case<br>No Case Asserted | Unspecified* |
| JOHNSON, MONTE E<br>64 GATEWAY DR<br>POOLER, GA 31322 | 2158<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$416.25 (A)<br>- (P)<br>- (U)<br>$416.25 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2159<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$416.25 (P)<br>- (U)<br>$416.25 (T) |
| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | 4833<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4832<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$80,000.00 (T) |
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY<br>IRELAND | 1809<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$108,000.00 (A)<br>- (P)<br>- (U)<br>$108,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1808<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$108,000.00 (P)<br>- (U)<br>$108,000.00 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ  08822 | 4515<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4514<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$162,845.84 (P)<br>- (U)<br>$162,845.84 (T) |
| KENNEDY, LOUISE<br>3512 SCENIC CT.<br>DENVILLE, NJ  07834 | 2621<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2622<br>9/4/09<br>No Case<br>No Case Asserted | Unspecified* |
| KING, RAYMOND LOUIS<br>795 MARLIN ST.<br>BAYOU VISTA, TX  77563-2611 | 1715<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$132,000.00 (A)<br>- (P)<br>- (U)<br>$132,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1714<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$132,000.00 (P)<br>- (U)<br>$132,000.00 (T) |
| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX  75238 | 2712<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2713<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$178.00 (P)<br>- (U)<br>$178.00 (T) |
| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN  55434 | 2698<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2699<br>9/8/09<br>No Case<br>No Case Asserted | Unspecified* |
| KLING, RAYMOND<br>367 CONTENDER DRIVE<br>CLAYTON, NC  27520 | 4614<br>9/29/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4613<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$6,952.11 (U)<br>$6,952.11 (T) |
| KLING, RAYMOND<br>367 CONTENDER DRIVE<br>CLAYTON, NC  27520 | 4616<br>9/29/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4615<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$52,998.00 (P)<br>- (U)<br>$52,998.00 (T) |
| LE, JOHN Q.<br>4417 KELLY DR.<br>RICHARDSON, TX  75082 | 3782<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3783<br>9/25/09<br>No Case<br>No Case Asserted | Unspecified* |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| LEAFE, BRIAN<br>7 ASHBROOK DRIVE<br>HAMPTON, NH  03842-1002 | 2915<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2916<br>9/14/09<br>No Case<br>No Case Asserted | Unspecified* |
| LEE, HENRY C<br>623 WYNDHURST DR UNIT 104<br>LYNCHBURG, VA  24502 | 3167<br>9/17/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3168<br>9/17/09<br>No Case<br>No Case Asserted | Unspecified* |
| LEGGETT, TERRY J.<br>5320 WEST HARBOR VILLAGE DRIVE<br>UNIT 402<br>VERO BEACH, FL  32967 | 4365<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4364<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,130,362.97 (U)<br>$1,130,362.97 (T) |
| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA  02478 | 6014<br>10/19/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 6013<br>10/19/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$10,950.00 (P)<br>$24,978.98 (U)<br>$35,928.98 (T) |
| LINVILL, ELAINE N<br>C/O EDGAR B. LINVILL III<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ  08003-3535 | 4479<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$79,391.90 (A)<br>- (P)<br>- (U)<br>$79,391.90 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4478<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$79,391.90 (U)<br>$79,391.90 (T) |
| LOPEZ, ROBERTO<br>919 CEDARVILLE CT<br>DALLAS, TX  75217 | 5538<br>9/30/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5537<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$160,978.36 (U)<br>$160,978.36 (T) |
| MANGUM, DAVID<br>3088 WALTERS RD<br>CREEDMOOR, NC  27522 | 3627<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3626<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13,840.00 (P)<br>$13,840.00 (U)<br>$13,840.00 (T) |
| MCCLURE, GARY C.<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN  37027 | 2455<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2456<br>8/31/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$11,712.14 (P)<br>- (U)<br>$11,712.14 (T) |

# Exhibit A

## No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC  28466 | 2119<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2118<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,262.53 (U)<br>$4,262.53 (T) |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC  28466 | 2173<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2174<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,789.90 (U)<br>$24,789.90 (T) |
| MERRITT, CLARENCE S.<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA  30039 | 3312<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3311<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$43,307.69 (U)<br>$43,307.69 (T) |
| MIRABAL, ROSANNA<br>14825 PERDIDO DRIVE<br>ORLANDO, FL  32828 | 5927<br>10/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5926<br>10/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$7,178.00 (U)<br>$7,178.00 (T) |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA  95124 | 2396<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 778<br>3/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$18,558.64 (U)<br>$18,558.64 (T) |
| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX  75180 | 2446<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,596.98 (A)<br>- (P)<br>- (U)<br>$11,596.98 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2445<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,549.21 (P)<br>$5,047.76 (U)<br>$11,596.97 (T) |
| MORALES, ERNEST<br>3104 TIERRA HUMEDA DRIVE<br>EL PASO, TX  79938 | 2725<br>9/8/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2724<br>9/8/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$25,500.00 (U)<br>$25,500.00 (T) |
| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI  49341 | 3076<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3077<br>9/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$20,064.97 (P)<br>- (U)<br>$20,064.97 (T) |

**Exhibit A**

**No Basis 503(b)(9) Claims**

| No Basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** |
| NGUYEN, LONG<br>2961 CRYSTAL SPRINGS LN<br>RICHARDSON, TX 75082 | 5760<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$100,000.00 (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5761<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$100,000.00 (P)<br>- (U)<br>$100,000.00 (T) |
| PARL, JOYCE<br>390 WAVERLY DR.<br>MUNDELEIN, IL 60060 | 5493<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5492<br>9/30/09<br>No Case<br>No Case Asserted | Unspecified* |
| PLOPPER, DAVE<br>21 FAIRWOOD DRIVE<br>HILTON, NY 14468-1003 | 1810<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1811<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | $8,829.51 (S)<br>- (A)<br>$35,996.92 (P)<br>$27,167.41 (U)<br>$35,996.92 (T) |
| PROCTOR, VICKI L.<br>231 A BONNALYNN DR<br>HERMITAGE, TN 37076 | 2863<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2864<br>9/11/09<br>No Case<br>No Case Asserted | Unspecified* |
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | 5919<br>10/7/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5918<br>10/7/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | 2131<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$80,000.00 (A)<br>- (P)<br>- (U)<br>$80,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2130<br>8/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$80,000.00 (P)<br>- (U)<br>$80,000.00 (T) |
| REGAN, PHILIP & RITA<br>719 SOUTHWINDS DR.<br>BRYN MAWR, PA 19010-2069 | 3598<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$15,853.00 (A)<br>- (P)<br>- (U)<br>$15,853.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3597<br>9/24/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$15,853.00 (U)<br>$15,853.00 (T) |
| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | 1770<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1771<br>8/18/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$49,200.00 (P)<br>- (U)<br>$49,200.00 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| REYNOLDS, JACK Q<br>25064 HATTON ROAD<br>CARMEL, CA 93923-8365 | 4330<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4329<br>9/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$386,241.60 (U)<br>$386,241.60 (T) |
| RHODES, BONNIE J.<br>19 FERNVILLE RD.<br>MORRIS PLAINS, NJ 07950 | 2513<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2526<br>9/2/09<br>No Case<br>No Case Asserted | Unspecified* |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | 2132<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2133<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$358,803.12 (P)<br>$358,803.12 (U)<br>$358,803.12 (T) |
| SCOTT, MARLENE L<br>2759 GALE AVE<br>LONG BEACH, CA 90810 | 3805<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$57,451.50 (A)<br>- (P)<br>- (U)<br>$57,451.50 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3806<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$57,451.50 (P)<br>- (U)<br>$57,451.50 (T) |
| SEMET, ROBERT J.<br>209 ASBURY ROAD<br>EGG HARBOR TWP, NJ 08234 | 1718<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1719<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | 4110<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4111<br>9/28/09<br>No Case<br>No Case Asserted | Unspecified* |
| SMITH, MELINDA A.<br>2390 KITTYHAWK DR.<br>FRISCO, TX 75034 | 4771<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4770<br>9/29/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$200,000.00 (P)<br>- (U)<br>$200,000.00 (T) |
| SNYDER, ANTHONY<br>817 OLD NC HIGHWAY 86<br>CHAPEL HILL, NC 27516 | 4378<br>9/28/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4331<br>9/28/09<br>No Case<br>No Case Asserted | Unspecified* |

# Exhibit A

## No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA  95076 | 5609<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5608<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,496.76 (P)<br>$40,169.38 (U)<br>$46,666.14 (T) |
| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC  27522 | 3298<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,490.21 (A)<br>- (P)<br>- (U)<br>$5,490.21 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3297<br>9/21/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,490.21 (P)<br>- (U)<br>$5,490.21 (T) |
| STERN, DAVID W.<br>1510 OREGON ST<br>BERKELEY, CA  94703 | 1972<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$42,000.00 (A)<br>- (P)<br>- (U)<br>$42,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1973<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$42,000.00 (P)<br>- (U)<br>$42,000.00 (T) |
| STROMMENGER, HOLLY<br>503 E 6TH<br>LA CROSSE, KS  67548 | 3789<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$53,449.98 (A)<br>- (P)<br>- (U)<br>$53,449.98 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3790<br>9/25/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$53,449.98 (P)<br>- (U)<br>$53,449.98 (T) |
| TEASLEY, CLIFF<br>6815 WILEY MANGUM RD<br>BAHAMA, NC  27503 | 2122<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2123<br>8/24/09<br>No Case<br>No Case Asserted | Unspecified* |
| THURMAN, MARIAN L.<br>239 TAFT AVE<br>YPSILANTI, MI  48197 | 4246<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 4245<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* |
| TRISKO, KRISTEN W<br>8 ELIZABETH LN<br>DANVILLE, CA  94526 | 3355<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3356<br>9/21/09<br>No Case<br>No Case Asserted | Unspecified* |
| TURNER, JAMES C.<br>726 UNION CHAPEL RD.<br>LOUISVILLE, MS  39339 | 2313<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2312<br>8/28/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$372.22 (P)<br>- (U)<br>$372.22 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| Name/Address of Claimant | No Basis 503(b)(9) Claim to be Expunged<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| VAN, RICHARD A<br>34353 MANDERA DE PLAYA DR<br>TEMECULA, CA  92592 | 1725<br>8/17/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>$40,000.00 (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 1724<br>8/17/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) |
| WANG, JIN<br>23110 TURTLE ROCK TERRACE<br>CLARKSBURG, MD  20871 | 2577<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$20,000.00 (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2578<br>9/3/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| WEBSTER, DONNA<br>716 DUTCH HILL RD<br>OAKDALE, PA  15071 | 2194<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 2195<br>8/26/09<br>No Case<br>No Case Asserted | Unspecified* |
| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC  27613 | 5816<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5812<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | $4,655.86 (S)<br>- (A)<br>$4,655.86 (P)<br>$5,395.40 (U)<br>$10,051.26 (T) |
| WORTHY, THOMAS R.<br>1740 SW MONARCH CLUB DRIVE<br>PALM CITY, FL  34990 | 3726<br>9/24/09<br>No Case<br>No Case Asserted | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 3725<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$523,317.33 (U)<br>$523,317.33 (T) |
| ZIMMERLI, GARY<br>3110 SW 70TH AVE<br>PORTLAND, OR  97225 | 5448<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Requirements of Section 503(b)(9) are not met and claim is redundant of other claims (see Corresponding Non-503(b)(9) Claim column) filed by claimant asserting the same liability. | 5447<br>9/30/09<br>No Case<br>No Case Asserted | - (S)<br>- (A)<br>$5,055.00 (P)<br>$5,055.00 (U)<br>$5,055.00 (T) |

## Exhibit A

### No Basis 503(b)(9) Claims

| No Basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** |
| **Totals:** | 103 Claims | - (S)<br>$1,116,182.27 (A)<br>- (P)<br>- (U)<br>$1,116,182.27 (T) | | | $235,973.38 (S)<br>- (A)<br>$2,080,484.48 (P)<br>$4,062,857.08 (U)<br>$5,884,077.90 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.