# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $555.29 |
| Conference Call /Telephone Charges | $12,729.53 |
| Courier Service/Postage | $6.08 |
| Court Costs | $30.00 |
| Duplicating (@ $0.10 per page) | $188.00 |
| Meals/Committee Meeting Expenses | $3,460.93 |
| Travel Expenses – Airfare | $12,737.67 |
| Travel Expenses – Ground Transportation | $4,661.97 |
| Travel Expenses – Lodging | $5,672.76 |
| Travel Expenses - Parking | $167.80 |
| Travel Expenses – Telephone & Fax | $37.85 |
| Travel Expenses – Train Fare | $592.00 |
| **TOTAL** | **$40,839.88** |

8258630 v1