# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1294315 |
| ATTN: JOHN DOLITTLE | Invoice Date 01/28/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/30/09 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Carmines | $50.00 |
| 09/01/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 09/22/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 368769 DATE: 10/9/2009  Vendor: Prime Time Voucher #: 97455 Date: 09/22/2009 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 97455 Date: 09/22/2009 Name: Austin Lilling | $148.26 |
| 09/24/09 | Travel - Ground Transportation Working late re Nortel. Taxi from One Bryant Park to home.; Taxi Receipt | $13.00 |
| 09/29/09 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 368769 DATE: 10/9/2009  Vendor: Prime Time Voucher #: RVY28331F8 Date: 09/29/2009 Name: Nyron Persaud\|\|Car Service, Vendor: Prime Time Voucher #: RVY28331F8 Date: 09/29/2009 Name: Nyron Persaud | $91.23 |
| 09/30/09 | Travel - Ground Transportation NYC Taxi | $14.10 |
| 09/30/09 | Travel - Ground Transportation Working late re Nortel. Taxi from One Bryant Park to home.; Taxi Reciept | $12.20 |
| 09/30/09 | Travel - Ground Transportation Working | $14.20 |

| Date | Description | Amount |
|---|---|---|
| | late. Taxi from One Bryant Park to home.; Taxi Receipt | |
| 10/06/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 10/07/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Frozen Monkey | $50.00 |
| 10/08/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmines | $50.00 |
| 10/14/09 | Travel - Ground Transportation Working late. Taxi from One Byrant Park to home.; Taxi Receipt | $11.80 |
| 10/14/09 | Travel - Ground Transportation Working late. Car from One Bryant Park to home.; Vital Car Service | $20.00 |
| 10/20/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel; W New York | $562.56 |
| 10/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 7713493812 DEPARTURE DATE: 10/25/2009 ROUTE: EWR YYZ EWR | $200.44 |
| 10/21/09 | Travel - Ground Transportation Taxi to meeting; Taxi receipt | $8.10 |
| 10/27/09 | Travel - Ground Transportation Working late re Nortel. Taxi from One Bryant Park to home.; Taxi Receipt | $13.68 |
| 10/28/09 | Travel - Ground Transportation Working late. Taxi from One Brant Park to home.; Taxi Receipt | $11.00 |
| 10/28/09 | Meals - Business Travel meal.; J. Sturm; Qdoda Mexican Grill | $8.58 |
| 10/30/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508406672 DEPARTURE DATE: 10/30/2009 ROUTE: LGA YYZ LGA | $37.00 |
| 10/30/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7715678748 DEPARTURE DATE: 11/02/2009 ROUTE: LGA YYZ LGA | $1,953.06 |
| 10/30/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508398902 DEPARTURE DATE: 10/30/2009 ROUTE: LGA YYZ | $37.00 |
| 10/30/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7715678600 DEPARTURE | $66.65 |

| Date | Description | Amount |
|---|---|---|
| 11/02/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508449785 DEPARTURE DATE: 10/30/2009 ROUTE: LGA YYZ | $37.00 |
| 11/02/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7715679381 DEPARTURE DATE: 11/02/2009 ROUTE: YYZ LGA | $828.65 |
| 11/02/09 | Travel - Ground Transportation  Taxi from office to home; Taxi receipt | $8.37 |
| 11/02/09 | Meals - Business  Lunch meeting w/S. Song (Capstone); Brad Kahn, S. Song (Capstone); Cafe O 42 receipt | $19.40 |
| 11/03/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7715678748 DEPARTURE DATE: 11/02/2009 ROUTE: LGA YYZ LGA | $-995.23 |
| 11/03/09 | Travel - Ground Transportation  Working late re Nortel. Taxi from One Bryant Park to home.; Taxi Receipt | $16.50 |
| 11/03/09 | Travel - Ground Transportation  Working late. Taxi from One Bryant Park to home.; Taxi Receipt | $11.84 |
| 11/04/09 | Travel - Ground Transportation  Working late re Nortel. Taxi from One Bryant Park to home.; Taxi Receipt | $12.76 |
| 11/05/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508545616 DEPARTURE DATE: 11/05/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 11/05/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7716890006 DEPARTURE DATE: 11/05/2009 ROUTE: YYZ LGA YYZ | $2,355.55 |
| 11/05/09 | Meals - Business  R. Jacobs; SSP America Pizza | $4.15 |
| 11/05/09 | Travel - Lodging (Hotel, Apt, Other)  Hotel Stay for Nortel; W New York | $547.47 |
| 11/05/09 | Meals - Business  R. Jacobs; Coyote Jacks | $3.19 |
| 11/06/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C | $37.00 |

| Date | Description | Amount |
|---|---|---|
| | TICKET #: 0508574046 DEPARTURE DATE: 11/06/2009 ROUTE: LGA YYZ | |
| 11/06/09 | Travel - Parking Parking.; Nortel - Parking | $28.00 |
| 11/07/09 | Meals - Business R. Jacobs; Greek Gourmet | $47.58 |
| 11/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508631116 DEPARTURE DATE: 11/09/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 11/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7716891292 DEPARTURE DATE: 11/11/2009 ROUTE: YYZ LGA YYZ | $2,082.23 |
| 11/09/09 | Meals - Business R. Jacobs; Harveys | $13.65 |
| 11/10/09 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to home.; Taxi Receipt | $12.84 |
| 11/10/09 | Travel - Ground Transportation Taxi to meeting; Taxi receipt | $8.00 |
| 11/11/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 0507995849 DEPARTURE DATE: 11/11/2009 ROUTE: NYP WIL NYP | $37.00 |
| 11/11/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: DAVIS KENNETH A TICKET #: 7681535401 DEPARTURE DATE: 11/12/2009 ROUTE: NYP WIL NYP | $253.00 |
| 11/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508692196 DEPARTURE DATE: 11/11/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 11/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508695153 DEPARTURE DATE: 11/11/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 11/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C | $503.43 |

| | | |
|---|---|---|
| | TICKET #: 7718002632 DEPARTURE DATE: 11/11/2009 ROUTE: YYZ LGA YYZ | |
| 11/11/09 | Meals - Business R. Jacobs; Dos Caminos Third Avenue | $30.00 |
| 11/11/09 | Meals (100%) Working Lunch; J. Metzger; Working Lunch; Working Lunch | $12.41 |
| 11/12/09 | Meals - Business R. Jacobs; Brooklyn National Deli | $11.54 |
| 11/12/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $9.50 |
| 11/13/09 | Meals - Business R. Jacobs; Mastercard Purchase | $16.59 |
| 11/16/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $8.52 |
| 11/17/09 | Travel - Ground Transportation Office to home.; NYC Taxi | $10.30 |
| 11/17/09 | Travel - Ground Transportation Office to home.; NYC Taxi | $15.10 |
| 11/18/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0508870808 DEPARTURE DATE: 11/18/2009 ROUTE: YYZ LGA | $37.00 |
| 11/18/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7719061553 DEPARTURE DATE: 11/19/2009 ROUTE: YYZ LGA | $1,324.45 |
| 11/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0508724613 DEPARTURE DATE: 11/19/2009 ROUTE: NYP WAS NWK | $37.00 |
| 11/19/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 7681535416 DEPARTURE DATE: 11/23/2009 ROUTE: NYP WAS NWK | $248.00 |
| 11/19/09 | Travel - Ground Transportation Medallion cab | $7.92 |
| 11/19/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel; W New York | $415.45 |
| 11/19/09 | Travel - Telephone & Fax W New York | $35.75 |
| 11/19/09 | Meals - Business R. Jacobs; W New York | $6.24 |
| 11/19/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092663 DATE: 12/9/2009 Vendor: Dial Car Voucher #: DLA3065838 Date: 11/19/2009 Name: | $82.92 |

| Date | Description | Amount |
|---|---|---|
| 11/19/09 | Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3065838 Date: 11/19/2009 Name: Ryan Jacobs Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092663 DATE: 12/9/2009 Vendor: Dial Car Voucher #: DLA3068069 Date: 11/19/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3068069 Date: 11/19/2009 Name: David Botter | $178.27 |
| 11/20/09 | Travel - Ground Transportation Cab from Cleary to office; Taxi cab receipt | $13.00 |
| 11/20/09 | Travel - Ground Transportation Medallion cab | $13.80 |
| 11/20/09 | Travel - Ground Transportation Medallion cab | $16.70 |
| 11/20/09 | Meals - Business F. Hodara; Starbucks Coffee Company | $14.93 |
| 11/20/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel; W New York | $415.45 |
| 11/20/09 | Travel - Telephone & Fax Teleconference charges.; The Westin Copley Place | $2.10 |
| 11/20/09 | Travel - Ground Transportation Cab from Akin to Cleary Gottlieb; Yellow Cab | $22.60 |
| 11/21/09 | Travel - Ground Transportation Medallion cab | $11.30 |
| 11/21/09 | Travel - Ground Transportation Keshet Car Service, Ltd. | $15.00 |
| 11/21/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel; Sheraton Syracuse University Hotel | $224.36 |
| 11/21/09 | Travel - Parking Parking; Sheraton Syracuse University Hotel | $10.80 |
| 11/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-111409; DATE: 11/21/2009 | $331.50 |
| 11/22/09 | Travel - Ground Transportation Medallion | $9.96 |
| 11/22/09 | Travel - Ground Transportation Medallion cab | $10.80 |
| 11/22/09 | Travel - Parking Parking LLC | $33.00 |
| 11/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 605569 DATE: 11/29/2009 Rosenblatt Ira - Schnippers Quality Kitchen - 11/23/2009 | $15.97 |
| 11/23/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 605569 DATE: 11/29/2009 Sturm Joshua - Olympic Pita - 11/23/2009 | $29.23 |
| 11/23/09 | Travel - Airfare VENDOR: DINERS | $30.00 |

| Date | Description | Amount |
|---|---|---|
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508968216 DEPARTURE DATE: 11/23/2009 ROUTE: LGA DCA | $60.00 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0508968215 DEPARTURE DATE: 11/23/2009 ROUTE: LGA DCA | $165.40 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7720267103 DEPARTURE DATE: 11/24/2009 ROUTE: LGA DCA | $175.72 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7720267102 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA | $30.00 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 0508968218 DEPARTURE DATE: 11/23/2009 ROUTE: LGA DCA | $60.00 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 0508968217 DEPARTURE DATE: 11/23/2009 ROUTE: LGA DCA | $165.40 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 7720267105 DEPARTURE DATE: 11/24/2009 ROUTE: LGA DCA | $175.72 |
| 11/23/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 7720267104 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA | |
| 11/23/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650725 DATE: 12/4/2009 Vendor: Executive Royal Voucher #: RVH98361BA Date: 11/23/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVH98361BA Date: 11/23/2009 Name: Stephen Kuhn | $135.19 |
| 11/23/09 | Travel - Airfare  Travel to DC for client | $1,444.70 |

| | | |
|---|---|---|
| | meeting; Executive Travel | |
| 11/23/09 | Travel - Lodging (Hotel, Apt, Other) Travel to DC for client meeting; Ritz-Carlton; Washington, DC | $388.16 |
| 11/23/09 | Travel - Ground Transportation  Cab - NO RECEIPT | $28.00 |
| 11/23/09 | Travel - Parking  Parking at IAH-NO RECEIPT | $22.00 |
| 11/23/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092663 DATE: 12/9/2009 Vendor: Dial Car Voucher #: DLA2977296 Date: 11/23/2009 Name: Ira Rosenblatt\|\|Car Service, Vendor: Dial Car Voucher #: DLA2977296 Date: 11/23/2009 Name: Ira Rosenblatt | $49.10 |
| 11/23/09 | Travel - Lodging (Hotel, Apt, Other)  K. Rowe hotel stay in DC.; Hotel stay in DC re Nortel meeting.; Palomar Hotel, DC | $225.57 |
| 11/23/09 | Travel - Ground Transportation  Taxi to hotel from train station.; Taxi Inc. receipt | $15.00 |
| 11/23/09 | Travel - Ground Transportation  Working late. Taxi from One Byrant Park to home.; Taxi Receipt | $12.30 |
| 11/24/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 605569 DATE: 11/29/2009 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 11/24/2009 | $34.33 |
| 11/24/09 | Meals - Business  11/23/09  B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800058; DATE: 11/24/2009 | $25.80 |
| 11/24/09 | Meals - Business  11/23/09  S Thibodeaux - Professionals call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800058; DATE: 11/24/2009 | $187.97 |
| 11/24/09 | Meals - Business  11/23/09  B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800058; DATE: 11/24/2009 | $291.13 |
| 11/24/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509002827 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA | $15.00 |
| 11/24/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7720267601 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA | $165.40 |
| 11/24/09 | Travel - Airfare  VENDOR: DINERS | $15.00 |

| | | |
|---|---|---|
| 11/24/09 | CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 0509002829 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: HODARA FRED TICKET #: 7720267605 DEPARTURE DATE: 11/24/2009 ROUTE: DCA LGA | $165.40 |
| 11/24/09 | Travel - Ground Transportation  Taxi cab from DOJ in DC to Reagan Airport.; Taxi Cab Receipt | $20.00 |
| 11/24/09 | Travel - Ground Transportation  All City Taxi | $64.38 |
| 11/24/09 | Travel - Ground Transportation  VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650725 DATE: 12/4/2009 Vendor: Executive Royal Voucher #: 171041 Date: 11/24/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 171041 Date: 11/24/2009 Name: Stephen Kuhn | $122.83 |
| 11/24/09 | Travel - Ground Transportation  VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650725 DATE: 12/4/2009 Vendor: Executive Royal Voucher #: 190263 Date: 11/24/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 190263 Date: 11/24/2009 Name: Fred Hodara | $53.54 |
| 11/24/09 | Travel - Ground Transportation  VENDOR: DIAL CAR INC INVOICE#: 1092663 DATE: 12/9/2009 Vendor: Dial Car Voucher #: DLA2996639 Date: 11/24/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2996639 Date: 11/24/2009 Name: David Botter | $117.59 |
| 11/24/09 | Travel - Ground Transportation  VENDOR: DIAL CAR INC INVOICE#: 1092663 DATE: 12/9/2009 Vendor: Dial Car Voucher #: DLA3086394 Date: 11/24/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3086394 Date: 11/24/2009 Name: David Botter | $136.69 |
| 11/24/09 | Meals - Business  Lunch in DC re Nortel meeting.; K. Rowe lunch in DC.; Palomar - Urbana Restaurant | $18.02 |
| 11/24/09 | Travel - Ground Transportation  Taxi to train station from hotel.; Taxi receipt | $12.00 |
| 11/24/09 | Travel - Ground Transportation  VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650972 | $137.69 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 12/11/2009 Vendor: Executive Royal Voucher #: 176426 Date: 11/24/2009 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: 176426 Date: 11/24/2009 Name: Kevin Rowe | |
| 11/24/09 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to home.; Taxi Receipt | $13.22 |
| 11/24/09 | Meals - Business F. Hodara; Jack's Famous Deli | $9.47 |
| 11/24/09 | Travel - Ground Transportation Medallion | $37.88 |
| 11/24/09 | Travel - Ground Transportation Taxicab Receipt | $18.00 |
| 11/25/09 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 255; DATE ORDERED: 11/25/09 | $25.50 |
| 11/29/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/29/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $71.03 |
| 11/30/09 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 11/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $58.66 |
| 11/30/09 | Meals - Business R. Jacobs; Harveys | $13.09 |
| 11/30/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009 Sturm Joshua - Abigaels on Broadway - 11/30/2009 | $30.46 |
| 11/30/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $8.04 |
| 11/30/09 | Travel - Ground Transportation Working late re Nortel. Taxi from One Bryant Park to home; Taxi Receipt | $12.80 |
| 12/01/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 504 page(s) | $50.40 |
| 12/01/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BARLOON REBECCA; Charge Type: DOCUMENT PRINTING; Quantity: 14.0 | $157.50 |
| 12/01/09 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BARLOON REBECCA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 14.0 | $157.50 |
| 12/01/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009 Sturm Joshua - Olympic Pita - 12/01/2009 | $25.83 |

| Date | Description | Amount |
|---|---|---|
| 12/01/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009 Feuerstein Tony - Ray's Pizza 49th/7th) - 12/01/2009 | $25.33 |
| 12/01/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009 Barloon Rebecca - Pump Energy Food - 12/01/2009 | $14.33 |
| 12/01/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1092924 DATE: 12/16/2009 Vendor: Dial Car Voucher #: DLA2907526 Date: 12/01/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2907526 Date: 12/01/2009 Name: David Botter | $123.94 |
| 12/01/09 | Travel - Ground Transportation Working late. Taxi from One Byrant Park to home.; Taxi Receipt | $11.88 |
| 12/01/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651238 DATE: 12/18/2009 Vendor: Executive Royal Voucher #: 199051 Date: 12/01/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 199051 Date: 12/01/2009 Name: Stephen Kuhn | $132.31 |
| 12/01/09 | Travel - Ground Transportation Working late re Nortel. Taxi from office to home.; Taxi Receipt | $11.50 |
| 12/02/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009 Kahn Brad - Blockheads Burritos WW) - 12/02/2009 | $20.69 |
| 12/02/09 | Meals - Business Meal re: trip to Wilmington to attend court hearings and meetings.; D. Botter; Nortel - Qdoba Mexican Grill | $14.16 |
| 12/02/09 | Meals - Business Coffee re: travel from Wilmington to Penn Station.; D. Botter; Nortel - Primo Cappuccino | $2.45 |
| 12/02/09 | Travel - Train Fare Train change fee (lost receipt).; Nortel - Amtrak | $17.00 |
| 12/02/09 | Travel - Ground Transportation Additional train fare fees charged at kiosk when picking up ticket.; Amtrak | $78.00 |
| 12/02/09 | Meals - Business Travel meal.; J. Sturm.; Brew Ha Ha | $11.20 |
| 12/02/09 | Travel - Ground Transportation Taxi from train station to hearing.; Adams Taxi | $10.00 |
| 12/02/09 | Travel - Ground Transportation Taxi to | $10.20 |

| | | |
|---|---|---|
| | meeting; Taxi receipt | |
| 12/02/09 | Meals - Business  S. Kuhn, T. Feuerstein, G. Bell, F. Hodara, J. Sturm; Amtrak Food Service | $60.85 |
| 12/02/09 | Meals - Business  F. Hodara; 835 Market Street | $12.40 |
| 12/02/09 | Travel - Ground Transportation  Medallion | $7.44 |
| 12/02/09 | Travel - Ground Transportation  Eastern Coast Taxicab | $7.00 |
| 12/02/09 | Travel - Ground Transportation  VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009  Vendor: Dial Car Voucher #: DLA2945083 Date: 12/02/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2945083 Date: 12/02/2009 Name: David Botter | $123.94 |
| 12/02/09 | Meals - Business  G. Bell; Brewhaha | $11.30 |
| 12/03/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 608119 DATE: 12/6/2009  Sturm Joshua - Abigaels on Broadway - 12/03/2009 | $40.42 |
| 12/03/09 | Document Production - In House  REQUESTOR: B KHAN; DESCRIPTION: COLOR COPIES; QUANTITY: 465; DATE ORDERED: 12/3/09 | $46.50 |
| 12/03/09 | Meals - Business  11/29/09 - N. Kunen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800059; DATE: 12/3/2009 | $69.90 |
| 12/03/09 | Meals - Business  11/29/09 - A. Gomez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800059; DATE: 12/3/2009 | $102.34 |
| 12/03/09 | Meals - Business  11/29/09 - B. Kahn - Professionals call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800059; DATE: 12/3/2009 | $143.72 |
| 12/03/09 | Meals - Business  11/29/09 - P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800059; DATE: 12/3/2009 | $495.60 |
| 12/03/09 | Travel - Ground Transportation  VENDOR: DIAL CAR INC INVOICE#: 1092924 DATE: 12/16/2009  Vendor: Dial Car Voucher #: DLA3114929 Date: 12/03/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3114929 Date: | $123.67 |

| Date | Description | Amount |
|---|---|---|
| 12/03/09 | 12/03/2009 Name: David Botter<br>Travel - Ground Transportation Working late. Taxi from One Byant Park to home.; Taxi Receipt | $13.80 |
| 12/03/09 | Travel - Ground Transportation Medallion | $10.35 |
| 12/04/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650972 DATE: 12/11/2009<br>Vendor: Executive Royal Voucher #: 157942 Date: 12/04/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 157942 Date: 12/04/2009 Name: Fred Hodara | $53.26 |
| 12/04/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650972 DATE: 12/11/2009<br>Vendor: Executive Royal Voucher #: 172859 Date: 12/04/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 172859 Date: 12/04/2009 Name: Stephen Kuhn | $135.80 |
| 12/05/09 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 12001-54901-09; DATE: 12/5/2009 | $12,383.17 |
| 12/06/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009<br>Vendor: Dial Car Voucher #: DLA3002823 Date: 12/06/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3002823 Date: 12/06/2009 Name: Ryan Jacobs | $80.70 |
| 12/07/09 | Meals - Business  R. Jacobs; Pongsri Thai Restaurant | $42.34 |
| 12/07/09 | Travel - Ground Transportation  NYC Taxi | $13.30 |
| 12/07/09 | Meals - Business  F. Hodara, others; Simply Pasta | $63.29 |
| 12/08/09 | Travel - Ground Transportation  Taxi re: meeting with UKA advisors ($5.80 fare, $2.20 tip).; Nortel - Taxi | $8.00 |
| 12/08/09 | Travel - Ground Transportation  Car from train to hotel.; Taxi Receipt | $17.00 |
| 12/09/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 610502 DATE: 12/13/2009<br>Jacobs Ryan - Havana Central Time Square) - 12/9/2009 | $46.34 |
| 12/09/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 610502 DATE: 12/13/2009<br>Rosenblatt Ira - Aceluck - 12/9/2009 | $17.60 |

| | | |
|---|---|---|
| 12/09/09 | Travel - Ground Transportation DC taxi from 2000 Pennsylvania Avenue to Reagan National Airport re: IRS meeting.; Nortel - DC Taxi | $20.00 |
| 12/09/09 | Travel - Ground Transportation NYC Taxi | $12.36 |
| 12/09/09 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in DC re Nortel meeting.; Hotel stay in DC re Nortel meeting.; Fairfax Hotel receipt | $262.21 |
| 12/09/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651238 DATE: 12/18/2009 Vendor: Executive Royal Voucher #: 198805 Date: 12/09/2009 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 198805 Date: 12/09/2009 Name: Fred Hodara | $31.36 |
| 12/09/09 | Travel - Airfare Meeting with IRS in DC; Continental Airlines | $1,417.70 |
| 12/09/09 | Travel - Lodging (Hotel, Apt, Other) Meeting in DC with IRS; Ritz-Carlton; Washington, DC | $388.16 |
| 12/09/09 | Travel - Parking New South Parking- IAH | $34.00 |
| 12/09/09 | Travel - Ground Transportation Cab to/from DCA National to Hotel | $30.00 |
| 12/09/09 | Travel - Ground Transportation Medallion cab | $33.20 |
| 12/09/09 | Meals - Business F. Hodara; Einstein Bros. Bagels | $5.88 |
| 12/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3085394 Date: 12/09/2009 Name: Ira Rosenblatt\|\|Car Service, Vendor: Dial Car Voucher #: DLA3085394 Date: 12/09/2009 Name: Ira Rosenblatt | $57.97 |
| 12/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3090713 Date: 12/09/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3090713 Date: 12/09/2009 Name: David Botter | $123.67 |
| 12/09/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3090714 Date: 12/09/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3090714 Date: 12/09/2009 Name: David Botter | $123.39 |
| 12/09/09 | Travel - Ground Transportation Medallion cab | $16.68 |

| Date | Description | Amount |
|---|---|---|
| 12/10/09 | Travel - Ground Transportation NYC Taxi | $11.90 |
| 12/10/09 | Travel - Ground Transportation Car from hotel to train.; Train receipt | $12.00 |
| 12/10/09 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in DC re Nortel meeting.; Hotel stay in DC re Nortel meeting.; Fairfax Hotel receipt. | $262.21 |
| 12/10/09 | Document Production - In House REQUESTOR:B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 288; DATE ORDERED: 12/10/09 | $28.80 |
| 12/10/09 | Travel - Ground Transportation 12/9/09 - F. Hodara - Union Station/DC VENDOR: RMA CHAUFFEURED TRANSPORTATION; INVOICE#: 54178; DATE: 12/10/2009 - Account No 03830 | $72.80 |
| 12/11/09 | Duplication - In House Photocopy - Sprofera, Peter, NY, 2 page(s) | $0.20 |
| 12/11/09 | Postage US Postage - Jacobs, Ryan, NY, 2 piece(s) | $2.46 |
| 12/11/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 610502 DATE: 12/13/2009 Feuerstein Tony - Subway 8th Ave) - 12/11/2009 | $11.98 |
| 12/11/09 | Travel - Ground Transportation NYC Taxi | $13.80 |
| 12/11/09 | Meals - Business 12/10/09 - B. Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800060; DATE: 12/11/2009 | $353.03 |
| 12/11/09 | Meals - Business 12/10/09 - P. Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800060; DATE: 12/11/2009 | $93.20 |
| 12/11/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651238 DATE: 12/18/2009 Vendor: Executive Royal Voucher #: RV0B8371C8 Date: 12/11/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Executive Royal Voucher #: RV0B8371C8 Date: 12/11/2009 Name: Ryan Jacobs | $77.66 |
| 12/12/09 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 276 page(s) | $27.60 |
| 12/12/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3090365 Date: 12/12/2009 Name: | $65.18 |

| Date | Description | Amount |
|---|---|---|
| 12/14/09 | Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3090365 Date: 12/12/2009 Name: Ryan Jacobs Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651238 DATE: 12/18/2009 Vendor: Executive Royal Voucher #: 180544 Date: 12/14/2009 Name: Didier Jean-Baptiste\|\|Car Service, Vendor: Executive Royal Voucher #: 180544 Date: 12/14/2009 Name: Didier Jean-Baptiste | $63.91 |
| 12/14/09 | Travel - Ground Transportation Taxi from office to home; Taxi receipt | $7.00 |
| 12/14/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 612935 DATE: 12/20/2009 JeanBaptiste Didier - Wondee Siam III - 12/14/2009 | $17.66 |
| 12/14/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3058499 Date: 12/14/2009 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA3058499 Date: 12/14/2009 Name: Ken Davis | $136.14 |
| 12/15/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 612935 DATE: 12/20/2009 Kahn Brad - Aceluck - 12/15/2009 | $23.87 |
| 12/15/09 | Meals - Business  Food at the airport.; D. Vondle; Hudson News | $6.43 |
| 12/15/09 | Travel - Ground Transportation Taxi from the airport to the hotel.; Westway Taxi | $69.87 |
| 12/15/09 | Travel - Ground Transportation Medallion | $11.50 |
| 12/15/09 | Meals - Business  F. Hodara, others; Saigon Grill | $83.04 |
| 12/15/09 | Travel - Ground Transportation Medallion cab | $10.92 |
| 12/15/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Meetings; Le Parker Meridien NYC | $547.47 |
| 12/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093244 DATE: 12/23/2009 Vendor: Dial Car Voucher #: DLA3029652 Date: 12/15/2009 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3029652 Date: 12/15/2009 Name: David Botter | $133.37 |
| 12/15/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $91.79 |

| | | |
|---|---|---|
| 12/15/09 | 1093244 DATE: 12/23/2009<br>Vendor: Dial Car Voucher #: DLA3064089 Date: 12/15/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA3064089 Date: 12/15/2009 Name: Ryan Jacobs<br>Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651481 DATE: 12/25/2009<br>Vendor: Executive Royal Voucher #: 191010 Date: 12/15/2009 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 191010 Date: 12/15/2009 Name: Brad Kahn | $26.93 |
| 12/15/09 | Travel - Ground Transportation  Taxi | $44.00 |
| 12/16/09 | Travel - Ground Transportation  Cab from the hotel to Nortel.; DJS Taxi | $21.57 |
| 12/16/09 | Travel - Ground Transportation  Cab from Nortel.; DJS taxi | $45.47 |
| 12/16/09 | Travel - Ground Transportation  Nortel Ottawa to Ottawa Airport; BlueLine | $60.00 |
| 12/16/09 | Travel - Ground Transportation Medallion | $13.40 |
| 12/16/09 | Meals - Business  R. Jacobs; Le Parker Meridien NYC | $63.69 |
| 12/16/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Meetings; Le Parker Meridien NYC | $492.97 |
| 12/16/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651481 DATE: 12/25/2009<br>Vendor: Executive Royal Voucher #: RVTE837129 Date: 12/16/2009 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVTE837129 Date: 12/16/2009 Name: Stephen Kuhn | $148.58 |
| 12/17/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 612935 DATE: 12/20/2009<br>Volow Mark - Blue Chili Restaurant - 12/17/2009 | $23.81 |
| 12/17/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 612935 DATE: 12/20/2009<br>Bell Graeme - goodburger 45th St.) - 12/17/2009 | $20.07 |
| 12/17/09 | Travel - Lodging (Hotel, Apt, Other) Hotel in Ottawa.; Hotel; Holiday Inn | $447.75 |
| 12/17/09 | Telephone - Long Distance  Phone call.; Holiday Inn | $14.86 |
| 12/17/09 | Travel - Parking  Parking at Reagan airport.; Reagan National airport | $40.00 |
| 12/17/09 | Travel - Ground Transportation  Cab | $66.06 |

| Date | Description | Amount |
|---|---|---|
| | from the hotel to the airport.; AE receipt | |
| 12/17/09 | Travel - Lodging (Hotel, Apt, Other) Hotel Stay for Nortel Meetings; Le Parker Meridien NYC | $492.97 |
| 12/17/09 | Meals - Business 12/16/09 - P. SANCHEZ - Professionals call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800061; DATE: 12/17/2009 - f203380000 | $97.44 |
| 12/17/09 | Meals - Business 12/17/09 - B. KAHN - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800061; DATE: 12/17/2009 - f203380000 | $345.68 |
| 12/18/09 | Postage US Postage - Jacobs, Ryan, NY, 2 piece(s) | $3.62 |
| 12/18/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093491 DATE: 12/30/2009 Vendor: Dial Car Voucher #: DLA2908266 Date: 12/18/2009 Name: Ryan Jacobs\|\|Car Service, Vendor: Dial Car Voucher #: DLA2908266 Date: 12/18/2009 Name: Ryan Jacobs | $78.48 |
| 12/22/09 | Duplication - In House Photocopy - Sturm, Joshua, NY, 90 page(s) | $9.00 |
| 12/22/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093491 DATE: 12/30/2009 Vendor: Dial Car Voucher #: DLA3065074 Date: 12/22/2009 Name: Ira Rosenblatt\|\|Car Service, Vendor: Dial Car Voucher #: DLA3065074 Date: 12/22/2009 Name: Ira Rosenblatt | $49.10 |
| 12/23/09 | Travel - Ground Transportation Medallion cab | $18.00 |
| 12/23/09 | Meals - Business Ryan Jacobs; Tim Horton's | $1.33 |
| 12/23/09 | Travel - Ground Transportation Taxi | $44.00 |
| 12/30/09 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 12/30/2009 AcctNumber: 1000193694 ConnectTime: 0.0 | $110.60 |
| 12/31/09 | Court Cost 12/23/09 - David Botter VENDOR: COURTCALL, LLC; INVOICE#: CO123109; DATE: 12/31/2009 | $30.00 |

Current Expenses $40,839.88