# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 10 years; Admitted in 1989; Financial Restructuring Department | $925 | 7.40 | $6,845.00 |
| David H. Botter | Partner for 8 years; Admitted in 1990; Financial Restructuring Department | $825 | 124.40 | $102,630.00 |
| David J. D'Urso | Partner for 3 years; Admitted in 1997; Corporate Department | $700 | 8.10 | $5,670.00 |
| Fred S. Hodara | Partner for 20 years; Admitted in 1982; Financial Restructuring Department | $950 | 109.25 | $103,787.50 |
| Karol A. Kepchar | Partner for 8 years; Admitted in 1992; Intellectual Property Department | $620 | 1.30 | $806.00 |
| Stephen B. Kuhn | Partner for 9 years; Admitted in 1991; Corporate Department | $745 | 97.00 | $72,265.00 |
| Mario Mancuso | Partner for 1 year; Admitted in 1997; International Trade Policy Department | $800 | 1.20 | $960.00 |
| Jordan J. Metzger | Partner for 8 years; Admitted in 1984; Real Estate Department | $595 | 5.00 | $2,975.00 |
| Robert H. Pees | Partner for 13 years; Admitted in 1988; Litigation Department | $765 | 1.00 | $765.00 |
| Abid Qureshi | Partner for 2 years; Admitted in 1995; Financial Restructuring Department | $675 | 3.30 | $2,227.50 |
| Bruce E. Simonetti | Partner for 5 years; Admitted in 1995; ERISA Department | $755 | 3.00 | $2,265.00 |
| Rosa A. Testani | Partner for 9 years; Admitted in 1989; Corporate Department | $875 | 10.20 | $8,925.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Mark J. Volow | Partner for 20 years; Admitted in 1981; Corporate Department | $730 | 5.60 | $4,088.00 |
| W. Thomas Weir | Partner for 27 years; Admitted in 1973; Tax Department | $730 | 25.05 | $18,286.50 |
| Kenneth A. Davis | Senior Counsel for 2 years; Admitted in 1995; Financial Restructuring Department | $620 | 31.30 | $19,406.00 |
| Ira L. Rosenblatt | Senior Counsel for 1 year; Admitted in 1997; Corporate Department | $610 | 73.90 | $45,079.00 |
| Kevin M. Rowe | Senior Counsel for 9 years; Admitted in 1985; Tax Department | $650 | 82.80 | $53,820.00 |
| Alexander F. Anderson | Counsel for 3 years; Admitted in 2001; Tax Department | $580 | 13.70 | $7,946.00 |
| Tony D. Feuerstein | Counsel for 2 years; Admitted in 2003; Corporate Department | $580 | 366.10 | $212,338.00 |
| Brian D. Geldert | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 13.50 | $7,155.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 218.80 | $115,964.00 |
| Austin S. Lilling | Counsel for 2 years; Admitted in 2001; Tax Department | $560 | 0.80 | $448.00 |
| David C. Vondle | Counsel for 1 year; Admitted in 2003; Intellectual Property Department | $490 | 72.60 | $35,574.00 |
| Graeme D. Bell | International Law Advisor for 1 year; Admitted in 2003; Financial Restructuring Department | $525 | 127.35 | $66,858.75 |
| Didier Jean-Baptiste | Associate for 4 years; Admitted in 2007; Real Estate Department | $460 | 22.60 | $10,396.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brad M. Kahn | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $375 | 117.90 | $44,212.50 |
| Nyron J. Persaud | Associate for 2 years; Admitted in 2008; Tax Department | $375 | 9.70 | $3,637.50 |
| Joshua Y. Sturm | Associate for 3 years; Admitted in 2007; Financial Restructuring Department | $420 | 108.20 | $45,444.00 |
| Rebecca L. Barloon | Legal Assistant for 2 years; Financial Restructuring Department | $190 | 4.30 | $817.00 |
| Peter J. Sprofera | Legal Assistant for 33 years; Financial Restructuring Department | $245 | 4.30 | $1,053.50 |
| Leslie W. Lanphear | Librarian for 13 years | $215 | 2.60 | $559.00 |

Total Amount of Fees:     $1,003,203.75
Total Number of Hours:    1,672.25
Blended Hourly Rate:      $599.91