## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amended Agenda Of Matters Scheduled For Hearing On February 3, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on February 2, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  February 2, 2010          _/s/ Alissa T. Gazze_
                                                      Alissa T. Gazze (No. 5338)

2800793.16