**EXHIBIT B**

Debtor: Nortel Networks Inc.
Case #: Case No. 09-10138 (KG)
Notices mailed by January 15, 2010 and sent to the following:

NOTICE OF WITHDRAWAL OF DEBTORS' ASSIGNMENT NOTICES WITH RESPECT TO CERTAIN CONTRACTS

AON Consulting Inc.
310 West Fourth Street
Winston-Salem, NC
27101

BT North America Inc.
11440 Commerce Park Drive
Reston, VA
22091

Eastman Chemical Company
200 S Wilcox Dr; Bldg 280
Kingsport, TN
37660-5147

Entergy Services Inc
639 Loyola Ave; PO Box 61000
New Orleans, LA
70161-1000

Fedex Trade Networks
128 Dearborn Street
Buffalo, NY
14207-3198

Florida Power & Light Company
700 Universe Blvd
West Palm Beach, FL
33408-2683

Hartford Fire Insurance Company
Hartford Plaza; 690 Asylum Ave
Hartford, CT
06115

IBM Corporation
Global Customer Solutions and General Procurement, 1N-1112,
1133 Westchester Avenue
White Plains, NY
10604

Jacksonville Electric Authority
21 West Church Street
Jacksonville, FL
32202

JPMorgan Chase Bank NA
270 Park Ave; FL 12
New York, NY
10017-2089

JPMorgan Chase Bank, NA
270 Park Ave; FL 12
New York, NY
10017-2089

JPMorgan Chase Bank, National Association
270 Park Avenue
New York, NY
10017

Lockheed Martin Global Telecommunications Inc.
900 Forge Road
Norristown, PA
19403

Marseilles Telephone Company
244 Lincoln Street; PO Box 247
Marseilles, IL
61341-0247

Microsoft Corporation
1 Microsoft Way
Redmond, WA
98052-8300

**Debtor:** Nortel Networks Inc.
**Case #:** Case No. 09-10138 (KG)
Notices mailed by January 15, 2010 and sent to the following:

NOTICE OF WITHDRAWAL OF DEBTORS' ASSIGNMENT
NOTICES WITH RESPECT TO CERTAIN CONTRACTS

| | | |
|---|---|---|
| National Semiconductor Corporation<br>2900 Semiconductor Dr<br>Santa Clara, CA<br>95051-0695 | New York Stock Exchange Inc<br>11 Wall St<br>New York, NY<br>10005-1905 | Northeast Utilities Service Company<br>107 Selden St; PO Box 270<br>Berlin, CT<br>06037-0270 |
| Northern Arkansas Telephone Company Inc<br>301 East Main St<br>Flippin, AR<br>72634 | Novant Healthcare<br>2085 Frontis Plaza Blvd<br>Winston-Salem, NC<br>27103 | NYSE Group Inc<br>11 Wall St<br>New York, NY<br>10005-1905 |
| Pacific Life<br>700 Newport Center Drive, P.O. Box 9000<br>Newport Beach, CA<br>92658-9030 | PeopleSoft, Inc.<br>4305 Hacienda Drive<br>Pleasanton, CA<br>94588-8615 | Presidio Corporation (The)<br>7601 Ora Glen Drive Suite 100<br>Greenbelt, MD<br>20770-3620 |
| Verizon Services Corp.<br>Director - Edge Data and Switching Products and Services<br>240 East 38th Street<br>New York, NY 10016 | Wal-Mart Stores Inc<br>702 SW 8th St<br>Bentonville, AR<br>72712-6209 | |

Total Parties: 26