## SERVICE LIST

| **VIA HAND DELIVERY** | **VIA OVERNIGHT MAIL** |
|---|---|

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Jefferies & Company, Inc.
Attn: Hal Kennedy
520 Madison Ave., 7th Floor
New York, New York 10022