**SIGN-IN-SHEET**

CASE NAME: Nortel Networks Inc.  
CASE NO.: 09-10138 - KG  
COURTROOM LOCATION: 3  
DATE: 2/3/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eric Schwartz | Morris, Nichols, Arsht & Tunnell | Debtors |
| Chris Samis | Richards Layton & Finger, P.A. | Committee |
| David Botter | Akin Gump | " |
| Ann Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| James Bromley | Cleary Gottlieb Steen + Hamilton | " |
| Jeremy Cocks | | " |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Jaime Luton | Yest | UK administrators |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 02/03/2010
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3321976 | Pavi Binning | (302) 351-9158 | Nortel Networks, Inc. | Debtor, Nortel Networks,Inc / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3141862 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3328601 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3327333 | Hondo Sen | 203-552-3524 | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3322009 | Anna Ventresca | (302) 351-9158 | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |

Serenia Taylor

CourtConfCal2007

Page 1 of 3