## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
                                             Chapter 11

*In re*                              :

Nortel Networks Inc., *et al.*,[1]      :            Case No. 09-10138 (KG)

                                 Jointly Administered
                     Debtors.      :

                                 RE: D.I. 2270
:
-------------------------------------------------------X

## ORDER APPROVING THE DEBTORS' ASSIGNMENT OF OUTSTANDING INDEBTEDNESS OF RUSSIAN TELECOMMUNICATIONS DEVELOPMENT CORPORATION TO VELENIO HOLDINGS LIMITED

Upon the motion dated January 13, 2009 (the "Motion"),[2] of Nortel Networks Inc.

("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned

cases (the "Debtors"), for entry of an order, as more fully described in the Motion, granting the

Debtors authority, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and

Bankruptcy Rule 9019, to enter into an agreement assigning outstanding indebtedness owed to

NNI by RTDC to its successor, Velenio; and adequate notice of the Motion having been given as

set forth in the Motion; and it appearing that no other or further notice is necessary; and the

Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

legal and factual bases set forth in the Motion establish just cause for the relief requested in the

Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and

the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    NNI is authorized, but not directed, to assign RTDC's indebtedness to Velenio,

pursuant to an agreement substantially in the form of the NNI Assignment Agreement, which

agreement the Court finds is in the best interests of NNI, its estate, its creditors and the other

parties in interest.

3.    The Debtors are authorized, but not directed, pursuant to sections 105 and 363 of

the Bankruptcy Code and Bankruptcy Rule 9019, to take any and all actions that may be

reasonably necessary or appropriate to perform their obligations arising under the NNI

Assignment Agreement.

4.    Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to

the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its

entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or

realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and

without further delay, take any action and perform any act authorized under this Order.

5.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: February 3 2010
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2