

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES
307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4002
Fax: 410-773-4057
Email: Ronald.Rowland@rmsna.com
www.rmsna.com

Ronald Rowland, Esq.
Attorney Bankruptcy Recovery Services

January 27, 2010

U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl
Wilmington, DE 19801

In re: Nortel Netwoks, Inc., *et al.* ("Debtors")
Case No. 09-10138, Chapter 11 (Jointly Administered)
Creditor: EMC Corporation

Dear Clerk:

We are acting as the agent for the creditor EMC Corporation ("EMC") as it relates to the above referenced case. EMC has not transferred or assigned its proof of claim to Receivable Management Services.

We would like to be added to the mailing list to receive all notices and other correspondence, etc. relating to the creditor EMC. Our mailing address is shown below.

EMC Corporation
Attn.: Ronald Rowland, Esq.
c/o Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21094

If any additional information is needed, please do not hesitate to contact me.

Sincerely,

Ronald Rowland
Receivable Management Services
Agent for Creditor, EMC Corporation

PAH/tbm

cc:

Cleary Gottlieb Steen & Hamilton LLP
Attn.: James L. Bromley, Esq.
One Liberty Plaza
New York, NY  10006

**Counsel for the Debtors**

Morris, Nichols, Arsht & Tunnell LLP
Attn.: Derek C. Abbott, Esq.
1201 North Market St., 18th Fl
P.O. Box 1347
Wilmington, DE  19899-1347

*Co-Counsel for the Debtors*

Richards, Layton & Finger, P.A.
Attn.: Christopher M. Samis, Esq.
One Rodney Square
920 N. KingSt.
Wilmington, DE 19801

*Co-Counsel for the Official Committee of Unsecured Creditors*

Epiq Bankruptcy Solutions, LLC
Attn.: Nortel Networks, Inc.
757 Third Av., 3rd Fl
New York, NY  10017

**Noticing/Claims Agent**

Akin Gump Strauss Hauer & Feld LLP
Attn.: Fred S. Hodara, Esq.
One Bryant Park
New York, NY  10036

*Counsel for the Official Committee of Unsecured Creditors*