# SCHEDULE A
## ELEVENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/03/09 | RET | .20 | E-mail to Natalie Kossak regarding IFS's outside counsel fees |
| 11/05/09 | RET | .20 | Teleconference with plaintiffs' counsel regarding settlement |
| 11/05/09 | RET | .30 | Telephone call from Lynn Sarko to discuss outstanding settlement issues |
| 11/18/09 | RET | .40 | Call with Peter Bisio regarding term sheet from plaintiffs' counsel |
| 11/18/09 | RET | .10 | E-mail to Peter Bisio regarding term sheet received from plaintiffs' counsel |
| 11/18/09 | RET | .30 | Prepare for call with Peter Bisio regarding term sheet from plaintiffs' counsel |
| 11/18/09 | RET | 1.10 | Receive and analyze term sheet from plaintiffs' counsel and compare against preliminary terms we agreed upon at mediation and outstanding issues |
| 11/19/09 | RET | .20 | E-mails to and from Natalie Kossak regarding retention of IFS as independent fiduciary |
| 11/23/09 | RET | .20 | E-mail from and to plaintiffs' counsel regarding their proposed term sheet |
| 11/24/09 | RET | .50 | Prepare for and call with plaintiffs' counsel to discuss term sheet |
| 11/24/09 | RET | .30 | E-mails to and from Peter Bisio regarding my call with plaintiffs' counsel to discuss term sheet and when we can expect Chubb's response |
| 11/29/09 | RET | .30 | E-mail from and to Nick DeRoma regarding status of negotiations |
| 11/30/09 | RET | .30 | Teleconference with Natalie Kossak regarding rates and costs associated with retaining them as independent fiduciary |

**SUB TOTAL     2,200.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L190 Other Case Assessment, Devel. & Adm.

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/29/09 | JMS7 | .30 | Correspondence with Don Powers regarding discussions with John Doolittle and settlement |
| 11/02/09 | JMS7 | .10 | Correspondence with Don Powers regarding settlement |
| 11/06/09 | JMS7 | .20 | Correspondence with Sherwood Smith regarding settlement |
| 11/17/09 | JMS7 | .20 | Review bankruptcy proceedings filings |

**SUB TOTAL       340.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/03/09 | DSH | .30 | Gather documents and pleadings for Don Powers of Nortel in response to his e-mail request |
| 11/04/09 | DSH | .40 | Review file and analyze additional documents and pleadings for Don Powers of Nortel in response to his request |

**SUB TOTAL       105.00**

**TOTAL HOURS:  5.90**
**FEE GRAND TOTAL:       $2,645.00**
**NORTEL'S 50% TOTAL:  $1,322.50**

2

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L120 Analysis/Strategy</u>

| 11/04/09 | RET | .40 | Telephone call from Don Powers regarding information he needs for the quarterly report; reviewing and sending same to Don Powers |
|---|---|---|---|

**SUB TOTAL     $200.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L190 Other Case Assessment, Devel. & Adm</u>

| 11/16/09 | JMS7 | .80 | Edit bankruptcy fee application |
|---|---|---|---|
| 11/23/09 | JMS7 | .60 | Edit 10th bankruptcy fee application |

**SUB TOTAL     $595.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L210 Pleadings</u>

| 11/02/09 | DSH | 1.40 | Begin drafting Exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 31, 2009 |
|---|---|---|---|
| 11/02/09 | DSH | 1.70 | Begin drafting of ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 31, 2009 |
| 11/03/09 | RET | .20 | E-mail from Annie Cordo regarding next hearing on quarterly fee application |
| 11/03/09 | DSH | .20 | Draft electronic calendar entries for new deadlines for monthly interim applications and quarterly hearings; communicate to defense team |
| 11/03/09 | DSH | .20 | Receive and review correspondence from Annie Cordo regarding new deadlines for monthly interim applications and quarterly hearings; communicate to defense team |
| 11/10/09 | DSH | .90 | Begin drafting Exhibit B of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 31, 2009 |
| 11/10/09 | DSH | .20 | Telephone conversation with Annie Cordo regarding a mathematical mistake on our eighth interim fee application and how to correct |

3

| | | | |
|---|---|---|---|
| 11/10/09 | DSH | 1.20 | Continue drafting of ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/10/09 | DSH | 1.10 | Continue drafting Exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/11/09 | DSH | 2.30 | Continue drafting of ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/11/09 | DSH | 1.20 | Finalize Exhibit B of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 31, 2009 |
| 11/11/09 | DSH | 3.20 | Continue drafting Exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/13/09 | DSH | .30 | Research PACER docket for filing of ninth interim fee report |
| 11/13/09 | DSH | .90 | Review time entries contained in Exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 to ensure all potential confidential information is removed from entries before being submitted to the bankruptcy court |
| 11/13/09 | DSH | 1.10 | Continue drafting Exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/17/09 | DSH | .70 | Finalize and prepare for filing with the US Bankruptcy Court Exhibit B of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/17/09 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Ninth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 11/17/09 | DSH | 1.10 | Finalize exhibit A of the ninth interim fee application of Jackson Lewis for the time period September 1, 2009 to September 30, 2009 |
| 11/17/09 | DSH | 2.40 | Finalize Jackson Lewis' ninth interim fee application for the time period September 1, 2009 to September 30, 2009 and prepare to have filed by the US Bankruptcy Court |
| 11/18/09 | DSH | .30 | Review docket for information needed to prepare Third Quarterly Fee Application |
| 11/18/09 | DSH | 2.30 | Begin drafting third quarterly fee application for request for withheld 20% of fees |
| 11/18/09 | DSH | .30 | Draft letter to Cindy Beene of Nortel Network in connection with Jackson Lewis' ninth interim fee application |
| 11/18/09 | DSH | .60 | Draft form invoice to Cindy Beene of Nortel Network in connection with Jackson Lewis' ninth interim fee application |
| 11/19/09 | DSH | 1.90 | Continue drafting third quarterly fee application for request for withheld 20% of fees |
| 11/19/09 | DSH | 2.30 | Begin drafting Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 11/23/09 | DSH | 2.20 | Begin drafting exhibit B to Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/23/09 | DSH | 2.10 | Continue drafting Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/23/09 | DSH | 3.20 | Begin drafting exhibit A to Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/24/09 | DSH | .10 | Draft e-mail to Annie Cordo in connection with our Third Quarterly Fee Application to be filed with the US bankruptcy court in Delaware |
| 11/24/09 | DSH | 1.90 | Finalize Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/24/09 | DSH | 1.80 | Finalize exhibit B to Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/24/09 | DSH | 2.80 | Finalize exhibit A to Jackson Lewis' tenth interim fee application for the time period October 1, 2009 to October 31, 2009 |
| 11/24/09 | DSH | .30 | Draft letter to Cindy Beene of Nortel Network in connection with Jackson Lewis' tenth interim fee application |
| 11/24/09 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Tenth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 11/25/09 | DSH | 1.80 | Finalize third quarterly fee application for request for withheld 20% of fees for filing with the Delaware Bankruptcy Court |
| 11/25/09 | DSH | .20 | Draft e-mail to Andrew Remming in connection with Jackson Lewis' third quarterly fee application for request for withheld 20% of fees |
| 11/25/09 | DSH | 3.60 | Continue drafting third quarterly fee application for request for withheld 20% of fees |
| 11/25/09 | DSH | .30 | Research PACER docket for information needed to be included in our third quarterly report to be filed with the Delaware Bankruptcy Court |

**SUB TOTAL    $7,375.00**

**TOTAL HOURS:  50.50**

**FEE GRAND TOTAL:    $ 8,170.00**