# SCHEDULE B

## EXPENSE SUMMARY

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2009 Through November 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | | | |
| **Total Expenses** | | **0.00** | **0.00** |
| **Grand Total:** | | | **$0.00** |
| | | | |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

_____

## TOTAL EXPENSES DUE:  $0.00

# Expenses Back-Up

<u>NORTEL/CHUBB</u>

DISBURSEMENTS

There were no disbursements or expenses for the month of November.