IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:   Chapter 11
:
*In re*                                                          :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                               :   Jointly Administered
:
Debtors.                                                :
:   **Re: D.I. 2259, 2264, 2384**
---------------------------------------------------------------X

**CONFIDENTIAL FILED UNDER SEAL – SUPPLEMENTAL
AFFIDAVIT OF SERVICE [ RE: D.I. 2384]**

**CONFIDENTIAL– SUPPLEMENTAL AFFIDAVIT OF SERVICE RE:
NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME
AND ASSIGN CERTAIN CONTRACTS [D.I. 2264]**

**PURSUANT TO THE ORDER A) AUTHORIZING DEBTORS' ENTRY INTO THE
STALKING HORSE AGREEMENT, (B) AUTHORIZING AND APPROVING THE
BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING
PAYMENT OF AN INCENTIVE FEE, (D) APPROVING THE NOTICE
PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES,
(E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL;
AND (F) SETTING A DATE FOR THE SALE HEARING [RE: D.I. 2259]**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.