**EXHIBIT B**

**SCHEDULE OF CONTRACTS**

| Name and Address of Counterparty | Proposed Effective Date of Assignment | Description of Contract to be Assumed and Assigned | Cure Amount |
|---|---|---|---|
| | | | |

NOTE: For purposes of filing, this schedule has been intentionally left blank. Pursuant to the Motion, those parties whom the Debtors believe to be a party in interest to a Contract will receive an individualized schedule.