# EXHIBIT C

## SCHEDULE OF MOTOR VEHICLE LEASES

| Name and Address of Counterparty | Proposed Effective Date of Assignment | Description of Additional Contract to be Assumed and Assigned | Cure Amount |
|---|---|---|---|
| ARI Fleet LT<br>9000 Midlantic Drive<br>P.O. Box 5039<br>Mt Laurel, NJ 08054 | December 18, 2009 | Motor Vehicle Lease Agreement (2005 Chevrolet - 25087) | $156.65 |
| ARI Fleet LT<br>9000 Midlantic Drive<br>P.O. Box 5039<br>Mt Laurel, NJ 08054 | December 18, 2009 | Motor Vehicle Lease Agreement (2005 Chevrolet - 25088) | $156.65 |
| ARI Fleet LT<br>9000 Midlantic Drive<br>P.O. Box 5039<br>Mt Laurel, NJ 08054 | December 18, 2009 | Motor Vehicle Lease Agreement (2005 GMC - 25101) | $477.65 |
| ARI Fleet LT<br>9000 Midlantic Drive<br>P.O. Box 5039<br>Mt Laurel, NJ 08054 | December 18, 2009 | Motor Vehicle Lease Agreement (2005 Chevrolet - 25102) | $210.33 |