

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., et al. | § | Jointly Administered |
| Debtors. | § | Chapter 11 |
| | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND ALL SERVICE LISTS

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned, hereby withdraws his appearance in this consolidated case on behalf of Alpha Network USA, Inc. and requests that he be removed from the ECF and any other service list in this case. Please also remove the name, mailing address, telephone numbers, and email address listed below from the mailing lists and the Court's ECF system for this case:

Joon M. Khang, Esq.
KHANG & KHANG LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1342
Facsimile: (310) 461-1343
Email: joon@khanglaw.com

DATED:    February 3, 2010         KHANG & KHANG LLP

By: _____
Joon M. Khang

Former Attorney for Creditor
Alpha Network USA, Inc.

1

## Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been served by mail on the date set forth below on the parties listed below.

Derek C. Abbott
MORRIS, NICHOLS, et al.
1201 N. Market St., PO Box 1347
Wilmington, DE 19899

US Trustee (Delaware)
844 King St., Rm. 2207
Wilmington, DE 19899-0035

Via email only to:
Justin King, Esq.
Counsel for Alpha Network USA, Inc.
Email: jking@wpat.com

Via email only to:
Vicki Tung
vicki_tung@alphanetworks.com

Epiq Bankruptcy Solutions, LLC
757 Third Ave., Third Floor
New York, NY 10017
Attn: Ron Jacobs

Clerk of the Court
U.S. Bankruptcy Court – District of Delaware
824 N. Market St., 3rd Floor
Wilmington, DE 19801

Via email only to:
Wilson Lu
Email: Wilson_Lu@alphanetworks.com

Dated: February 3, 2010

_____
Joon M. Khang