## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 12/1/09 through 12/31/09

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive | $710 | 33.00 | $23,430.00 |
| J. Borow | Executive Director | $710 | 170.20 | $120,842.00 |
| M. Lasinski | Managing Director | $600 | 51.60 | $30,960.00 |
| J. Hyland | Executive Director | $550 | 244.60 | $134,530.00 |
| T. Horton | Director | $525 | 190.80 | $100,170.00 |
| T. Sell | Director | $405 | 2.00 | $810.00 |
| S. Song | Consultant | $325 | 146.40 | $47,580.00 |
| J. Peterson | Consultant | $315 | 186.80 | $58,842.00 |
| T. Morilla | Consultant | $285 | 160.90 | $45,856.50 |
| J. Schad | Associate | $200 | 18.20 | $3,640.00 |
| **For the Period 12/1/2009 through 12/31/2009** | | | **1204.50** | **$566,660.50** |

Capstone Advisory Group, LLC                                   Page 1 of 1
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

NY 71725290v1