# Nortel Networks Corporation
## Capstone Advisory Group, LLC
### Exhibit B: Summary of Fees by Task Code
### For the Period 12/1/09 through 12/31/09

| Fees Task Code | Task Description | Hours |
|---|---|---|
| 01. Asset Acquisition/Disposition | 161.80 | $93,971.50 |
| 05. Professional Retention/Fee Application Preparation | 7.10 | $3,165.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 13.60 | $7,452.50 |
| 08. Interaction/Mtgs w Creditors | 56.10 | $34,901.50 |
| 09. Employee Issues/KEIP | 158.10 | $77,721.50 |
| 11. Claim Analysis/Accounting | 114.90 | $49,806.00 |
| 13. Intercompany Transactions/Bal | 28.20 | $11,993.50 |
| 14. Executory Contracts/Leases | 131.50 | $52,988.50 |
| 17. Analysis of Historical Results | 52.70 | $19,435.50 |
| 18. Operating and Other Reports | 45.80 | $19,048.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 194.60 | $84,810.50 |
| 20. Projections/Business Plan/Other | 127.00 | $52,250.00 |
| 24. Liquidation Analysis | 10.10 | $4,356.50 |
| 26. Tax Issues | 2.30 | $1,265.00 |
| 33. Intellectual Property | 100.70 | $53,495.00 |
| **For the Period 12/1/2009 through 12/31/2009** | **1204.50** | **$566,660.50** |

Capstone Advisory Group, LLC
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

Page 1 of 1

NY 71725290v1