**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12/1/09 through 12/31/09**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 12/2/2009 | T. Horton | Airplane expense to Raleigh, NC. | $926.20 |
| 12/2/2009 | S. Song | Airfare for travel to Debtors' Raleigh/Durham, NC offices | $779.80 |
| 12/2/2009 | J. Borow | Airfare to/from Raleigh | $504.20 |
| 12/7/2009 | J. Hyland | Airfare to Dallas | $336.60 |
| 12/8/2009 | J. Peterson | Roundtrip airfare from LGA to DFW for NBS meeting | $1,875.20 |
| 12/8/2009 | J. Hyland | Airfare to NY from Dallas | $937.60 |
| 12/8/2009 | J. Hyland | Airfare -- Travel agency fee for Dallas/NY trip | $35.00 |
| 12/8/2009 | J. Peterson | Travel agency fee for ticket to DFW | $15.00 |
| 12/10/2009 | J. Hyland | Airfare from NY to Chicago | $292.60 |
| 12/11/2009 | J. Hyland | Airfare during RTP trip for flight change | $237.20 |
| 12/14/2009 | J. Borow | Airfare to Toronto/Ottawa/LaGuardia | $1,943.18 |
| 12/14/2009 | T. Morilla | Airfare for trip to Toronto | $975.25 |
| 12/14/2009 | J. Peterson | Roundtrip airfare from LGA to Toronto. | $954.82 |
| 12/14/2009 | J. Hyland | Airfare to Toronto | $675.10 |
| 12/14/2009 | S. Song | Airfare for travel to Toronto | $672.10 |
| 12/14/2009 | J. Hyland | Travel agency fee for Toronto/Ottawa trip | $35.00 |
| 12/15/2009 | M. Lasinski | Flight from office to Ottawa for IP meeting. | $736.38 |

Capstone Advisory Group, LLC                                                                                             Page 1 of 10
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/15/2009 | J. Hyland | Airfare to Ottawa from Toronto | $286.08 |
| 12/15/2009 | T. Morilla | Change fee for airfare during Toronto trip. | $75.00 |
| 12/16/2009 | T. Horton | Transportation to Toronto and Debtors' office. | $1,697.70 |
| 12/16/2009 | J. Hyland | Airfare to Chicago from Ottawa. | $348.90 |
| 12/17/2009 | M. Lasinski | Airfare back from Ottawa. | $1,946.67 |
| 12/17/2009 | J. Hyland | Travel agency fee from 11/9 | $35.00 |
| 12/21/2009 | J. Hyland | Travel Agency fee for NY (cancelled due to weather). | $35.00 |
| **Subtotal - Airfare/Train** | | | **$16,355.58** |
| **Auto Rental/Taxi** | | | |
| 12/1/2009 | J. Borow | Cab fare to from LaGuardia ($144), to from Raleigh airport ($50). | $194.00 |
| 12/1/2009 | J. Peterson | Taxi - taken home late on 11/30 from NYC office before flight next day to RDU. | $9.20 |
| 12/2/2009 | S. Song | Car rental in Raleigh/Durham, NC. | $271.37 |
| 12/3/2009 | Capstone Expense | Taxi for airport trips | $548.85 |
| 12/3/2009 | J. Peterson | Rental car and insurance while in NC. | $451.23 |
| 12/3/2009 | Capstone Expense | Taxi for airport trips. | $407.76 |
| 12/3/2009 | Capstone Expense | Taxi for airport trips. | $326.96 |
| 12/3/2009 | Capstone Expense | Taxi for airport trips. | $135.66 |
| 12/3/2009 | S. Song | Late night taxi due to working on Debtors' matters | $15.80 |
| 12/3/2009 | J. Peterson | Gas for car rental in Raleigh | $10.34 |
| 12/3/2009 | J. Peterson | Taxi to NYC from trip to NC. | $9.00 |
| 12/7/2009 | J. Hyland | Taxi during Dallas trip. | $80.00 |
| 12/7/2009 | J. Hyland | Taxi from office to parking garage due for Dallas/NY trip. | $9.00 |

Capstone Advisory Group, LLC  
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/7/2009 | J. Hyland | Taxi to office from parking garage due for Dallas/NY trip. | $8.00 |
| 12/8/2009 | J. Peterson | Taxi to Nortel's office from the Dallas airport. | $70.00 |
| 12/9/2009 | J. Peterson | Taxi to office with materials from Dallas trip | $7.00 |
| 12/10/2009 | J. Hyland | Taxi during NY trip. | $145.00 |
| 12/14/2009 | J. Hyland | Taxi while travel to Toronto. | $25.00 |
| 12/14/2009 | T. Morilla | Taxi for J. Peterson and T. Morilla during Toronto trip | $25.00 |
| 12/14/2009 | J. Hyland | Taxi while travel to Toronto. | $24.00 |
| 12/14/2009 | S. Song | Taxi while traveling in Toronto | $20.00 |
| 12/14/2009 | T. Morilla | Taxi for S. Song, J. Peterson and T. Morilla during Toronto trip. | $15.00 |
| 12/15/2009 | M. Lasinski | Cab to hotel from Ottawa airport. | $74.00 |
| 12/15/2009 | J. Hyland | Taxi during Ottawa trip. | $71.99 |
| 12/15/2009 | M. Lasinski | Cab on way from office to airport for intellectual property meeting. | $68.00 |
| 12/15/2009 | S. Song | Taxi while traveling in Toronto | $54.32 |
| 12/15/2009 | J. Hyland | Taxi during Toronto trip. | $20.00 |
| 12/15/2009 | S. Song | Taxi while traveling in Toronto. | $12.00 |
| 12/15/2009 | J. Hyland | Taxi during Toronto trip. | $12.00 |
| 12/15/2009 | J. Peterson | Taxi from the hotel to the Nortel office | $10.00 |
| 12/16/2009 | J. Borow | Cab in Toronto ($36) and cab in NY, LGA to Port Washington ($72). | $108.00 |
| 12/16/2009 | J. Peterson | Taxi to downtown Toronto to attend a meeting. | $60.00 |
| 12/16/2009 | T. Morilla | Taxi for T. Horton, J. Peterson, S. Song and T. Morilla to the hotel. | $55.00 |
| 12/16/2009 | T. Horton | Taxi to Debtors' office | $15.00 |
| 12/16/2009 | T. Morilla | Taxi to the airport for S. Song and T. Morilla. | $12.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/16/2009 | S. Song | Taxi while traveling in Toronto | $11.00 |
| 12/16/2009 | T. Morilla | Taxi for T. Horton, J. Peterson and T. Morilla from the hotel to the office | $10.00 |
| 12/17/2009 | M. Lasinski | Cab to airport from hotel | $68.00 |
| 12/17/2009 | M. Lasinski | Cab home from airport | $68.00 |
| 12/17/2009 | M. Lasinski | Cab to Debtors' office from hotel | $20.00 |
| 12/17/2009 | J. Peterson | Taxi to NYC office with bags from trip to Toronto | $8.60 |
| **Subtotal - Auto Rental/Taxi** | | | **$3,566.08** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/2/2009 | T. Horton | Hotel in Raleigh, NC | $237.74 |
| 12/2/2009 | J. Borow | Hotel in Raleigh | $192.24 |
| 12/2/2009 | S. Song | Hotel while staying in Raleigh/Durham, NC | $146.74 |
| 12/3/2009 | J. Hyland | Hotel during Raleigh trip | $618.78 |
| 12/3/2009 | J. Peterson | Hotel costs while in NC | $475.48 |
| 12/4/2009 | T. Morilla | Hotel during Raleigh trip | $482.48 |
| 12/8/2009 | J. Hyland | Hotel during Dallas trip | $123.00 |
| 12/10/2009 | J. Hyland | Hotel during NY trip | $1,219.67 |
| 12/15/2009 | T. Horton | Hotel while in Toronto at Debtors' office | $291.54 |
| 12/15/2009 | J. Borow | Hotel in Toronto | $145.77 |
| 12/15/2009 | J. Hyland | Hotel during Toronto trip | $141.71 |
| 12/16/2009 | T. Morilla | Hotel expense during Toronto trip | $325.63 |
| 12/16/2009 | J. Peterson | Hotel while in Toronto | $291.54 |
| 12/16/2009 | S. Song | Hotel while staying in Toronto | $282.79 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/16/2009 | J. Hyland | Hotel during Ottawa trip. | $209.22 |
| 12/16/2009 | J. Borow | Hotel in Ottawa. | $186.46 |
| 12/17/2009 | M. Lasinski | Hotel in Ottawa | $387.24 |
| **Subtotal - Hotel** | | | **$5,758.03** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/1/2009 | J. Borow | Dinner in Raleigh for J. Borow, J. Hyland, T. Morilla, E&Y, T. Horton, S. Song, M. Spragg (FTI), Sandberg (FTI) and J | $634.65 |
| 12/1/2009 | J. Peterson | Breakfast at RDU for S. Song, T. Morilla and J. Peterson. | $22.06 |
| 12/1/2009 | S. Song | Meals while traveling in Raleigh/Durham, NC. | $14.93 |
| 12/1/2009 | J. Peterson | Lunch while traveling in Toronto. | $10.71 |
| 12/1/2009 | T. Morilla | Meal during Raleigh trip. | $9.19 |
| 12/1/2009 | J. Hyland | Meal during Raleigh trip. | $8.76 |
| 12/1/2009 | T. Horton | Lunch while at Debtors' office in Toronto. | $8.17 |
| 12/1/2009 | T. Morilla | Meal during Raleigh trip. | $3.49 |
| 12/1/2009 | S. Song | Meals while traveling in Raleigh/Durham, NC. | $2.59 |
| 12/2/2009 | J. Hyland | Meal during Raleigh trip for M. Spragg, M. Sandberg, J. Peterson, T. Morilla and J. Hyland. | $74.20 |
| 12/2/2009 | T. Horton | Lunch and dinner while at Debtors' office in Raleigh, NC. | $40.10 |
| 12/2/2009 | J. Hyland | Meal during Raleigh trip. | $15.72 |
| 12/2/2009 | S. Song | Meals while traveling in Raleigh/Durham, NC. | $14.70 |
| 12/2/2009 | J. Peterson | Lunch at Nortel | $11.27 |
| 12/2/2009 | T. Morilla | Meal during Raleigh trip. | $10.39 |
| 12/2/2009 | T. Morilla | Meal during Raleigh trip. | $7.42 |
| 12/2/2009 | J. Hyland | Meal during Raleigh trip. | $3.62 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/3/2009 | J. Hyland | Meal during Raleigh trip for M. Spragg, M. Sandberg and J. Hyland | $8.05 |
| 12/3/2009 | T. Morilla | Meal during Raleigh trip. | $6.38 |
| 12/3/2009 | J. Peterson | Breakfast during Raleigh trip. | $5.69 |
| 12/3/2009 | T. Morilla | Meal during Raleigh trip. | $2.01 |
| 12/4/2009 | T. Morilla | Meal during Raleigh trip. | $12.93 |
| 12/4/2009 | T. Morilla | Meal during Raleigh trip. | $4.76 |
| 12/4/2009 | T. Morilla | Meal during Raleigh trip. | $1.41 |
| 12/7/2009 | T. Morilla | Meal due to working late. | $8.50 |
| 12/8/2009 | J. Peterson | Dinner for J. Hyland and J. Peterson. | $47.11 |
| 12/8/2009 | J. Peterson | Breakfast during Dallas trip. | $10.63 |
| 12/8/2009 | J. Peterson | Meal during Dallas trip. | $8.06 |
| 12/9/2009 | J. Hyland | Meal during NY trip | $15.14 |
| 12/9/2009 | J. Hyland | Meal during NY trip | $13.31 |
| 12/10/2009 | J. Hyland | Meal during NY trip | $7.81 |
| 12/14/2009 | J. Peterson | Dinner while in Toronto for S. Song, T. Morilla, T. Horton and J. Peterson. | $264.63 |
| 12/14/2009 | J. Hyland | Meal with J. Ray and J. Borow. | $162.80 |
| 12/14/2009 | S. Song | Meals while traveling in Toronto. | $20.70 |
| 12/14/2009 | J. Peterson | Breakfast at the Toronto airport. | $19.91 |
| 12/14/2009 | T. Morilla | Meal during Toronto trip. | $11.78 |
| 12/14/2009 | J. Peterson | Lunch at Nortel in Toronto. | $11.57 |
| 12/14/2009 | J. Hyland | Meal during Toronto trip. | $9.72 |
| 12/14/2009 | T. Morilla | Meal during Toronto trip. | $7.38 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/14/2009 | S. Song | Meals while traveling to Toronto | $5.98 |
| 12/14/2009 | J. Hyland | Meals in Toronto. | $3.51 |
| 12/15/2009 | T. Horton | Dinner after meetings with Debtors with J. Peterson, S. Song and T. Morilla. | $350.00 |
| 12/15/2009 | T. Horton | Lunch at Debtors' office with J. Borow, S. Song, S. Schaus. | $37.18 |
| 12/15/2009 | J. Hyland | Meal during Toronto trip. | $12.28 |
| 12/15/2009 | J. Peterson | Lunch during Toronto trip | $12.25 |
| 12/15/2009 | T. Morilla | Meal during Toronto trip. | $10.70 |
| 12/15/2009 | M. Lasinski | Lunch on way to IP meeting. | $10.36 |
| 12/15/2009 | J. Peterson | Breakfast for Toronto trip. | $9.48 |
| 12/15/2009 | J. Hyland | Meal during Toronto trip | $5.62 |
| 12/15/2009 | J. Hyland | Meal during Toronto trip. | $4.65 |
| 12/15/2009 | T. Morilla | Meal during Toronto trip. | $3.14 |
| 12/16/2009 | J. Borow | Dinner at hotel with J. Borow, J. Hyland, M. Lasinski and J. Veschi. | $249.46 |
| 12/16/2009 | S. Song | Meals while traveling in Toronto | $20.94 |
| 12/16/2009 | J. Peterson | Lunch at Nortel for T. Horton and J. Peterson. | $18.22 |
| 12/16/2009 | T. Morilla | Breakfast for T. Horton, S. Song and T. Morilla. | $14.54 |
| 12/16/2009 | J. Hyland | Meal during Ottawa trip. | $13.81 |
| 12/16/2009 | T. Morilla | Meal for S. Song and T. Morilla. | $12.15 |
| 12/16/2009 | J. Peterson | Dinner at the Toronto airport. | $10.36 |
| 12/16/2009 | T. Morilla | Meal during Toronto trip | $9.91 |
| 12/16/2009 | J. Peterson | Breakfast while in Toroto. | $9.00 |
| 12/17/2009 | M. Lasinski | Meal during trip to Ottawa. | $12.79 |

Capstone Advisory Group, LLC
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/17/2009 | M. Lasinski | Lunch at airport. | $9.94 |
| 12/21/2009 | S. Song | Late night meal due to working on Debtors' matters. | $30.49 |
| 12/21/2009 | T. Morilla | Dinner due to working late. | $24.00 |
| 12/21/2009 | J. Peterson | Dinner due to working late. | $22.38 |
| **Subtotal - Meals** | | | **$2,475.39** |
| **Mileage** | | | |
| 12/3/2009 | J. Hyland | Local mileage to airport for Raleigh trip. | $23.10 |
| 12/10/2009 | J. Hyland | Mileage for Dallas/NY trip. | $40.70 |
| 12/14/2009 | J. Hyland | Local mileage for Toronto/Ottawa trip. | $23.10 |
| 12/16/2009 | J. Hyland | Local mileage for Toronto/Ottawa trip. | $23.10 |
| **Subtotal - Mileage** | | | **$110.00** |
| **Parking/Tolls** | | | |
| 12/2/2009 | T. Horton | Parking at airport resulting from visit to Debtors' office in Raleigh, NC. | $66.00 |
| 12/3/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/3/2009 | J. Hyland | Local tolls to airport for Raleigh trip. | $1.60 |
| 12/7/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/7/2009 | J. Hyland | Parking due to Dallas/NT trip. | $18.00 |
| 12/8/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/9/2009 | T. Horton | Parking - resulting from working late. | $32.00 |
| 12/10/2009 | J. Hyland | Local airport parking during NY trip. | $102.00 |
| 12/10/2009 | T. Horton | Parking - resulting from working with staff in NY office and attending UCC meeting. | $32.00 |
| 12/10/2009 | J. Hyland | Tolls during Dallas/NY trip. | $0.80 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/11/2009 | T. Horton | Parking - resulting from working late. | $23.00 |
| 12/14/2009 | T. Horton | Parking - resulting from working with staff in NY office and going to airport. | $23.00 |
| 12/14/2009 | J. Hyland | Local tolls for Toronto/Ottawa trip | $1.60 |
| 12/16/2009 | T. Horton | Parking at airport for visit to Debtors' office in Toronto. | $84.00 |
| 12/16/2009 | J. Hyland | Local tolls for Toronto/Ottawa trip. | $1.60 |
| 12/17/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/18/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/21/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/22/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 12/23/2009 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |
| **Subtotal - Parking/Tolls** | | | **$578.60** |

**Research**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/11/2009 | Capstone Expense | Research costs for Nortel. | $6.48 |
| 12/30/2009 | J. Schad | One month of Delphion patent research database access | $278.00 |
| **Subtotal - Research** | | | **$284.48** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/1/2009 | Capstone Expense | Long distance calls for direct calls | $402.00 |
| 12/1/2009 | J. Borow | Telecom for direct calls during November. | $225.63 |
| 12/3/2009 | J. Hyland | Long distance charges | $84.62 |
| 12/3/2009 | J. Hyland | Long distance roaming cell phone charges | $46.93 |
| 12/3/2009 | J. Hyland | Long distance charges | $20.16 |
| 12/13/2009 | Capstone Expense | Telecom for direct Nortel matters. | $1,117.78 |

Capstone Advisory Group, LLC                                                              Page 9 of 10
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/18/2009 | J. Hyland | Roaming charges while traveling in Canada. | $29.42 |
| 12/18/2009 | M. Lasinski | Internet charge while traveling | $7.95 |
| 12/18/2009 | M. Lasinski | Internet charges while traveling. | $7.95 |
| 12/18/2009 | M. Lasinski | Internet charges while traveling | $7.95 |
| 12/21/2009 | J. Hyland | Telephone long distance charges to Toronto. | $1.16 |
| 12/31/2009 | J. Peterson | Roaming charges incurred while in Toronto. | $51.82 |
| 12/31/2009 | J. Borow | Mobile roaming charges in Canada. | $47.63 |
| **Subtotal - Telecom** | | | **$2,051.00** |
| **For the Period 12/1/2009 through 12/31/2009** | | | **$31,179.16** |

Capstone Advisory Group, LLC  
Invoice for the 12/1/2009 - 12/31/2009 Fee Statement

NY 71725290v1