# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT
## CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 7, 2009 through January 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2725046.2

Case 09-10138-MFW    Doc 2396-2    Filed 02/09/10    Page 2 of 6

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 12/8/2009 — End Date 1/30/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 67.3 | $450.00 | $30,285.00 |
| 2 | Reviewing operational management of transition services | 24.9 | $450.00 | $11,205.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 117.3 | $450.00 | $52,785.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 18.8 | $450.00 | $8,460.00 |
| 5 | Fee Applications | 6.0 | $450.00 | $2,700.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 30.0 | $225.00 | $6,750.00 |
| | **Hours/Billing Amount for Period:** | **264.3** | | **$112,185.00** |

## NORTEL TIME SHEET

### John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/8/2009 | Review with counsel re status of Paragon sale. | 3 | 1.0 |
| 12/9/2009 | Review of draft agreements with IRS and CRA re tax issues and APA; discussion with counsel and review of impacts to US creditors; comments to counsel re same. | 1 | 3.0 |
| 12/10/2009 | Further discussions with counsel re APA's, open tax issues, and intercompany impacts. | 1 | 1.5 |
| 12/10/2009 | Call with Company and counsel re status of Paragon sale | 3 | 0.8 |
| 12/10/2009 | Follow up call with Company and counsel regarding terms of settlement of APA, tax issues and intercompany issues related to same | 1 | 1.0 |
| 12/10/2009 | Review of term sheets proposed by Monitor regarding Final Funding/Settlement Agreement and intercompany handling of APA and tax issues; review of creditor issues re same and call with various constituencies to discuss term sheet and issues. | 1 | 3.3 |
| 12/11/2009 | Review of language proposed BY IRS and discussions with various constituencies re same. | 1 | 2.0 |
| 12/13/2009 | Non-working travel | 7 | 2.0 |
| 12/13/2009 | Meeting in Toronto to meet with Company re various matters, including IP | 3 | 6.0 |
| 12/14/2009 | Non-working travel | 7 | 2.0 |
| 12/14/2009 | Meet with Company and Global regarding IP | 3 | 3.8 |
| 12/14/2009 | Negotiation with Canadian Debtors re Funding Settlement agreement and related matters | 3 | 5.0 |
| 12/14/2009 | Meeting with Capstone regarding status of various pending matters affecting US | 4 | 2.0 |
| 12/15/2009 | Non-working travel | 7 | 2.0 |
| 12/15/2009 | Meeting with Company and creditors regarding negotiation of Funding, allocation of assets, various monetization's | 1 | 10.0 |
| 12/16/2009 | Continued session to mark up funding settlement agreement | 1 | 8.0 |
| 12/16/2009 | Non-working travel | 7 | 2.0 |
| 12/16/2009 | Review of revised draft regarding funding settlement | 1 | 8.0 |
| 12/17/2009 | Review various open issues related to US retentions, IP discussion, and various corporate matters affecting US | 3 | 1.0 |
| 12/17/2009 | Board call with NNI and NNL Directors | 1 | 2.3 |
| 12/17/2009 | Mark up of re draft of Funding agreement | 1 | 2.3 |
| 12/17/2009 | Calls with J Flanagan re employee matters; follow up call with King re employee matters and review of documents re same. | 2 | 2.0 |
| 12/17/2009 | Review of TSA issues among Debtors | 1 | 1.3 |
| 12/18/2009 | Call with Elana King; call with J. Flanagan; review of various agreements and provide comments; review of revised docs and emails re changes from FA's | 1 | 2.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/18/2009 | Review of final funding agreement changes and mark up's | 1 | 0.7 |
| 12/21/2009 | Review of status and draft of protocol; discussion with counsel re same | 3 | 1.0 |
| 12/21/2009 | Review further materials from Elana King; raised questions re same | 2 | 0.5 |
| 12/21/2009 | Review December FA presentation from J Doolittle | 1 | 1.7 |
| 12/22/2009 | Committee call re Paragon and LG | 4 | 1.0 |
| 12/22/2009 | Review revised IRS stip | 1 | 0.3 |
| 12/23/2009 | Board meeting | 1 | 0.3 |
| 12/28/2009 | Call with P Binning re US | 1 | 0.5 |
| 12/29/2009 | Review of draft retention documents for US; conference call re same | 1 | 2.0 |
| 12/29/2009 | Follow up call regarding retention | 1 | 0.5 |
| 12/30/2009 | Call with Akin re status of matters | 4 | 1.0 |
| 1/3/2010 | Non-working travel | 7 | 2.0 |
| 1/3/2010 | Mark up of protocol agreement | 3 | 4.0 |
| 1/4/2010 | Non-working travel | 7 | 2.0 |
| 1/4/2010 | Meeting in NY regarding protocol issues, case management, employee matters affecting US | 2 | 6.0 |
| 1/4/2010 | Preparation for meeting with company regarding NBS organization, 2010 US budgets | 2 | 3.3 |
| 1/5/2010 | Meeting with company and counsel regarding NBS outlook, budget, sunset plans | 2 | 5.0 |
| 1/5/2010 | Meeting regarding employee matters in US related to objectives and 2010 plans | 2 | 3.0 |
| 1/6/2010 | Non-working travel | 7 | 2.0 |
| 1/6/2010 | Preparation for meeting regarding protocol, claims bar date, allocation of sale proceeds | 3 | 2.2 |
| 1/7/2010 | Meet with FA for bonds regarding 2010 incentive plan | 4 | 1.0 |
| 1/7/2010 | Meet with UCC regarding protocol and various plan issues | 4 | 5.0 |
| 1/7/2010 | Non-working travel | 7 | 2.0 |
| 1/11/2010 | Prepare agenda and work plan list for claims meeting | 3 | 0.7 |
| 1/11/2010 | Discussion with counsel re pending matters related to management incentive plans | 2 | 0.3 |
| 1/12/2010 | Conference call with Company and counsel regarding case management, allocation of proceeds, timeline and work allocation and priority | 3 | 5.0 |
| 1/12/2010 | Call regarding funding agreement | 3 | 2.0 |
| 1/12/2010 | Conference regarding professional retentions | 1 | 0.7 |
| 1/12/2010 | Review and discussion of letter from Joint administrators | 1 | 0.7 |
| 1/12/2010 | Preparation for claims meeting and development of work requirements for contract review, interco, preference analysis | 3 | 5.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/13/2010 | Non-working travel | 7 | 2.0 |
| 1/13/2010 | Conference regarding letter from Joint administrators | 1 | 0.5 |
| 1/13/2010 | Call with EY to discuss work flow for intercompany claims reconciliation | 1 | 1.0 |
| 1/13/2010 | Call with committee reps regarding employee retention | 4 | 0.8 |
| 1/13/2010 | Review of US claims reconciliation | 3 | 5.0 |
| 1/14/2010 | Meeting in Raleigh regarding claims reconciliation, contract assumption/rejection processes, asset recovery | 3 | 8.0 |
| 1/14/2010 | Non-working travel | 7 | 2.0 |
| 1/15/2010 | Board meeting attendance in Toronto | 1 | 8.0 |
| 1/15/2010 | Non-working travel | 7 | 2.0 |
| 1/18/2010 | Non-working travel | 7 | 2.0 |
| 1/18/2010 | Prepare agenda and work plan for Huron regarding claims, interco analysis and liquidation schedules | 3 | 4.0 |
| 1/18/2010 | Call with UKA regarding CFA and internal discussion following | 1 | 1.0 |
| 1/18/2010 | Review of protocol agreement in preparation for call with UCC re same | 3 | 0.5 |
| 1/19/2010 | Call with company re Asia cash position | 3 | 1.0 |
| 1/19/2010 | Call with UCC counsel and internal discussion re same related to protocol | 4 | 1.3 |
| 1/19/2010 | Status call re claims | 3 | 0.7 |
| 1/19/2010 | Weekly status call | 1 | 0.5 |
| 1/19/2010 | Call re pension matters with counsel and internal counsel advice re same | 3 | 1.0 |
| 1/19/2010 | Develop scope for Huron re Plan and DS; Meeting with Huron regarding claims work and other scope of work and follow with co re same. | 3 | 2.7 |
| 1/19/2010 | Call with Milbank and FTI regarding tasks to be completed | 4 | 1.0 |
| 1/19/2010 | Meet with UCC counsel and FTI re IP | 4 | 1.0 |
| 1/20/2010 | Call with FA's regarding employee matters | 4 | 0.7 |
| 1/20/2010 | Coordinating meetings related to claims and contract review | 3 | 9.0 |
| 1/21/2010 | Preparation for hearing on 1/21/10 | 3 | 9.0 |
| 1/21/2010 | Attendance at Delaware hearing on 1/21/10 | 3 | 2.0 |
| 1/21/2010 | Non-working travel | 7 | 2.0 |
| 1/22/2010 | Call to coordinate claims analysis and preparation for meetings to discuss claims | 3 | 0.5 |
| 1/22/2010 | Call related to organization for managing miscellaneous assets | 3 | 2.0 |
| 1/22/2010 | Analysis of intercompany claims and development of issues/questions list to prepare | 1 | 3.2 |
| 1/22/10 | Call with counsel and company regarding supplier dispute and follow up call with company | 1 | 1.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/22/2010 | Call with company regarding IP matters | 3 | 1.2 |
| 1/22/2010 | Call with company and counsel regarding claims meeting agenda | 3 | 0.7 |
| 1/22/2010 | Call with Bromley regarding various scheduling matters | 3 | 1.5 |
| 1/22/2010 | Call with UCC and Bonds FA regarding pending matters | 4 | 0.7 |
| 1/25/2010 | Non-working travel | 7 | 2.0 |
| 1/25/2010 | Weekly status call with company and advisors | 3 | 1.0 |
| 1/25/2010 | Call with counsel regarding work effort related to protocol and progress towards agreement | 3 | 0.8 |
| 1/25/2010 | Call with counsel regarding certain foreign claims; call with UCC counsel re same | 3 | 2.0 |
| 1/25/2010 | Prep for meeting on Tuesday re employee matters | 2 | 1.3 |
| 1/26/2010 | Review draft letter and motions related to two supplier issues | 2 | 1.5 |
| 1/26/2010 | Meeting with J Flanagan | 2 | 2.0 |
| 1/26/2010 | Call and background work related to large claim | 3 | 0.5 |
| 1/26/2010 | Work related to claims | 3 | 8.0 |
| 1/27/2010 | Meeting with company and creditors related to IP | 3 | 4.5 |
| 1/27/2010 | Meet with Riedel re IP | 3 | 1.0 |
| 1/27/2010 | Further work related to pension claims and top tier claims(2); Allocation process planning (3.30) | 3 | 5.5 |
| 1/28/2010 | Meeting regarding US legal entity review and Huron scope related to plan; review of cash management and 345 motions and related docs (1) | 3 | 4.5 |
| 1/28/2010 | FA Corporate review | 4 | 3.0 |
| 1/29/2010 | Non-working travel | 7 | 2.0 |
| 1/29/2010 | Review of unliquidated claims; develop process for addressing; Further work regarding allocation and information request; process issues | 3 | 4.5 |
| 1/30/2010 | Prepare fee application | 5 | 6.0 |