# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 7, 2009 through January 31, 2010

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 7,131.32 |
| Travel – Lodging | 4,673.34 |
| Travel – Meals | 507.24 |
| Travel – Car Service | 887.10 |
| Travel – Transportation | 235.00 |
| Office supplies, shipping, and other office related expenses | 335.24 |
| PACER | 75.12 |
| TOTAL | $ 13,844.36 |

# Nortel Expense Report

PERIOD: December 2009 thru January 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2009 | Toronto trip airfare | $ 252.90 | | | | | | | $ 252.90 |
| 12/13/2009 | Toronto trip - Transportation | | | | $ 20.00 | | | | $ 20.00 |
| 12/13/2009 | Toronto trip - Hotel | | $ 349.17 | | | | | | $ 349.17 |
| 12/14/2009 | Toronto trip - Hotel in room dining | | | $ 5.65 | | | | | $ 5.65 |
| 12/14/2009 | Toronto trip - Hotel | | $ 349.17 | | | | | | $ 349.17 |
| 12/14/2009 | Toronto trip - Taxi | | | | $ 20.00 | | | | $ 20.00 |
| 12/14/2009 | Toronto trip return flight | $ 584.40 | | | | | | | $ 584.40 |
| 12/15/2009 | New York trip airfare | $ 568.65 | | | | | | | $ 568.65 |
| 12/15/2009 | New York trip- Transportation | | | | $ 109.50 | | | | $ 109.50 |
| 12/16/2009 | New York trip - Hotel | | $ 446.76 | | | | | | $ 446.76 |
| 12/16/2009 | New York trip - Transportation | | | | $ 109.50 | | | | $ 109.50 |
| 12/16/2009 | New York trip - RSW parking | | | | | $ 60.00 | | | $ 60.00 |
| 12/16/2009 | New York trip return airfare | $ 334.60 | | | | | | | $ 334.60 |
| 1/3/2010 | New York trip airfare | $ 324.60 | | | | | | | $ 324.60 |
| 1/3/2010 | New York trip - Transportation | | | | $ 109.50 | | | | $ 109.50 |
| 1/4/2010 | New York trip - Taxi to NNI offices | | | | $ 17.00 | | | | $ 17.00 |
| 1/4/2010 | New York trip - Taxi to Cleary | | | | $ 5.00 | | | | $ 5.00 |
| 1/4/2010 | New York trip - Taxi from Cleary | | | | $ 5.00 | | | | $ 5.00 |
| 1/4/2010 | New York trip - Hotel | | $ 412.34 | | | | | | $ 412.34 |
| 1/4/2010 | New York trip - Transportation | | | | $ 109.50 | | | | $ 109.50 |
| 1/4/2010 | New York to Toronto airfare | $ 538.35 | | | | | | | $ 538.35 |
| 1/4/2010 | Toronto trip - Transportation | | | | $ 22.00 | | | | $ 22.00 |
| 1/4/2010 | Toronto trip - Dinner | | | $ 62.07 | | | | | $ 62.07 |
| 1/4/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/5/2010 | Toronto trip - Dinner | | | $ 38.10 | | | | | $ 38.10 |
| 1/5/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/6/2010 | Toronto trip - Breakfast | | | $ 26.34 | | | | | $ 26.34 |
| 1/6/2010 | Toronto trip - Lunch | | | $ 26.20 | | | | | $ 26.20 |

# Nortel Expense Report

PERIOD: December 2009 thru January 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/2010 | Toronto to New York - Flight change | $ 50.00 | | | | | | | $ 50.00 |
| 1/6/2010 | Toronto to New York airfare | $ 575.00 | | | | | | | $ 575.00 |
| 1/6/2010 | New York trip - Dinner | | | $ 50.00 | | | | | $ 50.00 |
| 1/7/2010 | New York trip - Hotel | | $ 429.60 | | | | | | $ 429.60 |
| 1/7/2010 | New York trip - Taxi | | | | $ 5.00 | | | | $ 5.00 |
| 1/7/2010 | New York trip return airfare | $ 442.60 | | | | | | | $ 442.60 |
| 1/7/2010 | New York - RSW Parking | | | | | $ 75.00 | | | $ 75.00 |
| 1/13/2010 | Raleigh trip airfare | $ 183.82 | | | | | | | $ 183.82 |
| 1/13/2010 | Raleigh trip - Additional airfare charge | $ 19.96 | | | | | | | $ 19.96 |
| 1/13/2010 | Raleigh trip - Transportation | | | | $ 141.60 | | | | $ 141.60 |
| 1/13/2010 | Raleigh trip - Dinner | | | $ 22.06 | | | | | $ 22.06 |
| 1/13/2010 | Raleigh trip - Hotel | | $ 224.21 | | | | | | $ 224.21 |
| 1/14/2010 | Raleigh trip - Transportation | | | | $ 70.80 | | | | $ 70.80 |
| 1/14/2010 | Raleigh to Toronto airfare | $ 850.18 | | | | | | | $ 850.18 |
| 1/15/2010 | Toronto trip - Transportation | | | | $ 17.00 | | | | $ 17.00 |
| 1/15/2010 | Toronto trip - Transportation | | | | $ 17.00 | | | | $ 17.00 |
| 1/15/2010 | Toronto trip - Breakfast | | | $ 21.95 | | | | | $ 21.95 |
| 1/15/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/15/2010 | Toronto trip return airfare | $ 872.97 | | | | | | | $ 872.97 |
| 1/15/2010 | Toronto trip - RSW parking | | | | | $ 40.00 | | | $ 40.00 |
| 1/16/2010 | New York airfare-flight change fee | $ 150.00 | | | | | | | |
| 1/18/2010 | New York trip airfare | $ 289.70 | | | | | | | $ 289.70 |
| 1/18/2010 | New York trip - Lunch | | | $ 16.60 | | | | | $ 16.60 |
| 1/18/2010 | New York trip - Transportation | | | | $ 37.00 | | | | $ 37.00 |
| 1/18/2010 | New York trip - Dinner | | | $ 50.00 | | | | | $ 50.00 |
| 1/18/2010 | New York trip - Hotel | | $ 434.11 | | | | | | $ 434.11 |
| 1/19/2010 | New York trip - Transportation | | | | $ 19.50 | | | | $ 19.50 |
| 1/19/2010 | New York trip - Hotel | | $ 446.84 | | | | | | $ 446.84 |

# Nortel Expense Report

PERIOD: December 2009 thru January 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2010 | New York trip - Breakfast | | | $ 42.84 | | | | | $ 42.84 |
| 1/20/2010 | New York trip - Hotel | | $ 441.43 | | | | | | $ 441.43 |
| 1/21/2010 | Delaware trip - Hearing | | | | $ 21.80 | | | | $ 21.80 |
| 1/21/2010 | Delaware trip - Hearing | | | | $ 13.40 | | | | $ 13.40 |
| 1/21/2010 | Philadelphia - Delaware trip return airfare | $ 289.00 | | | | | | | $ 289.00 |
| 1/21/2010 | New York/Delaware - RSW parking | | | | | $ 60.00 | | | $ 60.00 |
| 1/25/2010 | Toronto trip airfare | $ 452.89 | | | | | | | $ 452.89 |
| 1/25/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/26/2010 | Toronto trip - Cab to offices | | | | $ 17.00 | | | | $ 17.00 |
| 1/26/2010 | Toronto trip - Dinner with J Heferd | | | $ 73.44 | | | | | $ 73.44 |
| 1/26/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/27/2010 | Toronto trip - Dinner | | | $ 31.99 | | | | | $ 31.99 |
| 1/27/2010 | Toronto trip - Hotel | | $ 141.26 | | | | | | $ 141.26 |
| 1/28/2010 | Toronto trip - Cab to airport | | | $ 40.00 | | | | | $ 40.00 |
| 1/28/2010 | Toronto trip - Hotel | | $ 292.15 | | | | | | $ 292.15 |
| 1/29/2010 | Toronto trip return airfare | $ 351.70 | | | | | | | $ 351.70 |
| 12/8/2009 | Shipping - CRO Information Packet | | | | | | $ 33.55 | | $ 33.55 |
| 1/31/2010 | PACER through January 31, 2010 | | | | | | | $ 75.12 | $ 75.12 |
| 12/31/2009 | Wireless roaming charges | | | | | | $ 43.23 | | $ 43.23 |
| 1/31/2010 | Wireless roaming charges | | | | | | $ 258.46 | | $ 258.46 |
| | | | | | | | | | $ - |
| | | $ 7,131.32 | $ 4,673.34 | $ 507.24 | $ 887.10 | $ 235.00 | $ 335.24 | $ 75.12 | $ 13,694.36 |
| | | | | | | | | Total | $ 13,844.36 |