**EXHIBIT B**

**FILED UNDER SEAL PURSUANT TO THE [PROPOSED] ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT B TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER APPROVING CERTAIN AGREEMENTS AND SETTLEMENTS**