# **CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Debtors' Motion With Respect To Certain Contracts** was caused to be made on February 12, 2010, in the manner indicated upon the entities on the attached service list.

Dated: February 12, 2010

                                             */s/ Alissa T. Gazze*
                                                 Alissa T. Gazze (No. 5338)