## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Eleventh Supplement To List Of Ordinary Course Professionals** was caused to be made on February 12, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: February 12, 2010

_____
Andrew R. Remming (No. 5120)

3393137.1