IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

*In re*

Nortel Networks Inc., *et al.*,[1]

                 Debtors.

:  Chapter 11

:  Case No. 09-10138 (KG)

:  Jointly Administered

:  RE: D.I.'s 2022 and 2360

------------------------------------------------------------ X

### FORM OF NOTICE OF WITHDRAWAL OF DEBTORS' ASSIGNMENT NOTICES WITH RESPECT TO CERTAIN CONTRACTS

**PLEASE TAKE NOTICE THAT:**

In connection with the Debtors' Motion for An Order (A) Approval Of The Assumption And Assignment Procedures In Connection With The Sale of Nortel's GSM/GSM-R Business and (B) Authorizing The Filing Of Certain Documents Under Seal [D.I. 2022] (the "Assignment Procedures Motion"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), sought authority to assume and assign, pursuant to sections 363 and 365 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), certain executory contracts (the "Assumed and Assigned Contracts") to Telefonaktiebolaget L M Ericsson (publ) ("Ericsson") (or one of its designated affiliates) as purchaser of certain assets of the North American GSM business (the "Assets") subject to and effective upon the closing of the sale.

As described in the Debtors' Motion For Orders (I)(A) Authorizing And Approving The Bidding Procedures, (B) Approving The Notice Procedures, And (C) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business [D.I. 1587] (the "Sale Motion"), NNI and certain of its affiliates (collectively, the "Sellers") conducted an auction on November 24, 2009 (the "Auction"). Upon completion of the Auction, the joint bid of Ericsson and Kapsch CarrierCom AG was selected by the Sellers (including the Debtors) as the successful bid. On December 3, 2009, the Court entered an Order Authorizing and Approving Sale of Debtors' GSM/GSM-R Business Free and Clear of All Liens, Claims and Encumbrances [D.I. 2065].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

On December 3, 2009, the Court entered an order that approved the procedures (the "Assignment Procedures") by which the Assumed and Assigned Contracts would be assumed and assigned [D.I. 2066] (the "Assignment Procedures Order"). The Assignment Procedures authorized the Debtors to effect the assumption and assignment of contracts by serving individualized notices (the "Assignment Notices") on each counterparty to an Assumed and Assigned Contract.

The Debtors hereby provide notice that the contracts identified in Schedule A hereto (singularly or collectively, the "Scheduled Agreements")[2], will not be assumed and assigned under section 365 of the Bankruptcy Code in connection with the sale of the Assets to Ericsson, and any Assignment Notices you may have received with respect to the Scheduled Agreements are hereby withdrawn by the Debtors without prejudice.[3]

As permitted by the Assignment Procedures Order, the Debtors are filing Schedule A with the Court under seal due to its confidential nature, and this notice is being served individually on each counterparty to the Scheduled Agreements.

The Debtors reserve all of their rights with respect to the Scheduled Agreements, including without limitation the right to assume, assume and assign or reject the Scheduled Agreements at a later date.

---

[2] Nothing contained in this notice is to be construed as an admission by the Debtors as to the character of any document denominated as an agreement, as an executory contract or unexpired lease, or to the rights of any parties thereto.

[3] The withdrawal herein is without prejudice to Ericsson's right (if any) to assume all or a portion of a Scheduled Agreement outside the context of section 365 of the Bankruptcy Code.

Dated: February 12, 2009
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley *(admitted pro hac vice)*
Lisa M. Schweitzer *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

## SCHEDULE A

### Contracts Not To Be Assumed and Assigned In Connection With The Assignment Procedures Motion

| Name and Address of Counterparty | Description of Scheduled Agreement |
|---|---|
|  |  |

NOTE: For purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assignment Procedures Order, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.