## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Form Of Notice Of Withdrawal of Debtors' Assignment Notices With Respect To Certain Contracts** was caused to be made on February 12, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: February 12, 2010

_____
Andrew R. Remming (No. 5120)

3393458.1