**EXHIBIT C**

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2009
### (All Amounts in Canadian Dollars)

Taxable Disbursements

| | |
|---|---|
| Accommodations | $ 753.26 |
| Airfare/Travel | $1,070.66 |
| Cellular Phones | $ 604.32 |
| Library Computer Research | $ 731.09 |
| Long Distance Telephone Calls | $ 136.25 |
| Meals & Beverages | $ 593.05 |
| Miscellaneous (Internet Fees) | $ 48.78 |
| Parking | $ 41.10 |
| Photocopy Charges | $1,484.60 |
| Ground Transportation (including Courier) | $ 938.66 |
| | |
| Total Taxable Disbursements | $6,401.80 |
| Total GST | 320.09 |
| Total Taxable Disbursements including Taxes | $6,721.89 CDN. |