**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 32 of 37

**DISBURSEMENT DETAIL**

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/09/09 | ECarswell Online Search/Jarvis Hetu | 1 | 19.75 |
| 22/10/09 | M Wunder/Bell Conferencing/Inv. 105306715 | 1 | 2.16 |
| 22/10/09 | Food for working group meeting (Wunder/MacFarlane/Hetu) | 1 | 12.30 |
| 23/10/09 | Telephone;16029520155;Phoenix AZ;TO45 | 1 | 1.68 |
| 27/10/09 | "eCarswell/HETU,JARVIS" | 1 | 15.00 |
| 27/10/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 26.25 |
| 28/10/09 | Telephone;16029520155;Phoenix AZ;TO45 | 1 | 0.56 |
| 28/10/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 72.25 |
| 28/10/09 | Telephone;12122455000;New YorkNY;TO47 | 1 | 4.59 |
| 28/10/09 | Telephone;12128728121;New YorkNY;TO47 | 1 | 2.55 |
| 28/10/09 | Telephone;12122455000;New YorkNY;TO47 | 1 | 1.02 |
| 29/10/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 240.97 |
| 29/10/09 | Telephone;16029520155;Phoenix AZ;TO45 | 1 | 1.68 |
| 29/10/09 | "eCarswell/HETU,JARVIS" | 1 | 98.00 |
| 29/10/09 | "eCarswell/HETU,JARVIS" | 1 | 40.25 |
| 29/10/09 | Quick Law/Jarvis Hetu | 1 | 79.00 |
| 30/10/09 | "eCarswell/PUSHALIK,ANDY" | 1 | 7.50 |
| 30/10/09 | "eCarswell/HETU,JARVIS" | 1 | 29.75 |
| 30/10/09 | "Quick Law/PUSHALIK, ANDY" | 1 | 6.32 |
| 30/10/09 | "eCarswell/HETU,JARVIS" | 1 | 20.00 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 28/09 | 1 | 28.25 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 19/09 | 1 | 24.50 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 20/09 | 1 | 57.75 |
| 31/10/09 | "Beck Taxi/Inv 1721-010/M.Wunder x6 Oct 26,27/09 | 1 | 211.25 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 22/09 | 1 | 32.50 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 15/09 | 1 | 8.00 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Oct 14/09 | 1 | 23.00 |
| 31/10/09 | Beck Taxi/Inv 1721-010/M.Wunder Sept 15/09 | 1 | 24.00 |
| 01/12/09 | Telephone;12128721056;New YorkNY;TO47 | 1 | 3.06 |
| 01/12/09 | Telephone;12128721063;New YorkNY;TO47 | 1 | 0.51 |
| 01/12/09 | Laser Copy;MacFarlaneA | 57 | 5.70 |
| 01/12/09 | Laser Copy;MattesL | 1132 | 113.20 |
| 01/12/09 | Laser Copy;NELSON M | 889 | 88.90 |
| 02/12/09 | "Quick Law/NORTH, ALEXANDRA" | 1 | 15.80 |
| 02/12/09 | Laser Copy;PAUL S | 2 | 0.20 |
| 02/12/09 | Laser Copy;NELSON M | 585 | 58.50 |
| 02/12/09 | Laser Copy;NORTH, Alexandra | 23 | 2.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 33 of 37

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 02/12/09 | Laser Copy;MacFarlaneA | 198 | 19.80 |
| 02/12/09 | Laser Copy;MattesL | 819 | 81.90 |
| 02/12/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 33.50 |
| 03/12/09 | Telephone;12128728040;New YorkNY;TO47 | 1 | 1.53 |
| 03/12/09 | Laser Copy;NORTH, Alexandra | 10 | 1.00 |
| 03/12/09 | Laser Copy;MacFarlaneA | 46 | 4.60 |
| 03/12/09 | Laser Copy;MattesL | 93 | 9.30 |
| 03/12/09 | Laser Copy;KAPLAN M | 46 | 4.60 |
| 03/12/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 5.25 |
| 03/12/09 | Laser Copy;NELSON M | 156 | 15.60 |
| 04/12/09 | Taxi from FCP to court (University) for M. Wunder on Dec. 2/09; 2009-12-2 | 1 | 7.62 |
| 04/12/09 | Laser Copy;NELSON M | 65 | 6.50 |
| 04/12/09 | Laser Copy;NORTH, Alexandra | 19 | 1.90 |
| 04/12/09 | Working lunch at court at Pegasus Restaurant for M. Wunder, A. MacFarlane and R. Jacobs (Akin Gump) on Dec. 2/09; 2009-12-2 | 1 | 61.52 |
| 04/12/09 | Laser Copy;GRASSI J | 1 | 0.10 |
| 04/12/09 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 04/12/09 | Laser Copy;MattesL | 63 | 6.30 |
| 04/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 04/12/09 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 04/12/09 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 04/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 6.12 |
| 04/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 04/12/09 | Telephone;14032687307;Calgary AB;TO47 | 1 | 0.47 |
| 04/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 04/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 06/12/09 | Laser Copy;KAPLAN M | 24 | 2.40 |
| 06/12/09 | Laser Copy;MATHESON | 10 | 1.00 |
| 07/12/09 | Laser Copy;MacFarlaneA | 38 | 3.80 |
| 07/12/09 | Laser Copy;ANTONY S | 3 | 0.30 |
| 07/12/09 | Laser Copy;NELSON M | 46 | 4.60 |
| 07/12/09 | Photocopy;MattesL | 2 | 0.20 |
| 07/12/09 | Photocopy;NELSON M | 38 | 3.80 |
| 07/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 8.67 |
| 07/12/09 | Laser Copy;MattesL | 68 | 6.80 |
| 07/12/09 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 08/12/09 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 5.61 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 34 of 37

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 08/12/09 | Telephone;12122455000;New YorkNY;TO47 | 1 | 1.53 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 5.61 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 1.53 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 5.61 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 15.30 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 2.04 |
| 08/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 08/12/09 | Laser Copy;GOUGEON | 2 | 0.20 |
| 08/12/09 | Laser Copy;NELSON M | 2 | 0.20 |
| 08/12/09 | Laser Copy;NORTH, Alexandra | 206 | 20.60 |
| 08/12/09 | "eCarswell/NORTH,ALEXANDRA" | 1 | 14.00 |
| 09/12/09 | Laser Copy;KAPLAN M | 171 | 17.10 |
| 09/12/09 | Telephone;12155757189;PhiladelPA; TO47 | 1 | 3.76 |
| 09/12/09 | Laser Copy;MacFarlaneA | 54 | 5.40 |
| 09/12/09 | Laser Copy;NELSON M | 120 | 12.00 |
| 09/12/09 | Laser Copy;HETU, Jarvis | 10 | 1.00 |
| 09/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 5.10 |
| 10/12/09 | Taxi from FCP to Eglinton for M. Wunder on Dec. 2/09; 2009-12-2 | 1 | 22.86 |
| 10/12/09 | Laser Copy;KAPLAN M | 86 | 8.60 |
| 10/12/09 | Laser Copy;MacFarlaneA | 368 | 36.80 |
| 10/12/09 | Laser Copy;MATHESON | 147 | 14.70 |
| 10/12/09 | Laser Copy;MattesL | 241 | 24.10 |
| 10/12/09 | Laser Copy;NELSON M | 669 | 66.90 |
| 10/12/09 | Laser Copy;GOUGEON | 262 | 26.20 |
| 10/12/09 | Laser Copy;DUNSMUIM | 145 | 14.50 |
| 11/12/09 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 11/12/09 | Laser Copy;MattesL | 149 | 14.90 |
| 12/12/09 | Laser Copy;NORTH, Alexandra | 40 | 4.00 |
| 12/12/09 | Laser Copy;PICARD M | 2 | 0.20 |
| 12/12/09 | Laser Copy;NigroR | 119 | 11.90 |
| 12/12/09 | Laser Copy;KAPLAN M | 12 | 1.20 |
| 13/12/09 | Laser Copy;Majchrzak, Lidia | 48 | 4.80 |
| 13/12/09 | Laser Copy;MATHESON | 5 | 0.50 |
| 14/12/09 | Laser Copy;GOUGEON | 221 | 22.10 |
| 14/12/09 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 16.24 |
| 14/12/09 | Telephone;12128728121;New YorkNY;TO47 | 1 | 4.08 |
| 14/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 14/12/09 | Laser Copy;NELSON M | 1062 | 106.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 35 of 37

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 14/12/09 | Working group lunch for Committee call (Wunder/MacFarlane/Hetu/Kaplan/Pi card) - Maxim /INV#116753/Nov 19/09/MJW | 1 | 95.26 |
| 14/12/09 | Laser Copy;MacFarlaneA | 226 | 22.60 |
| 14/12/09 | Laser Copy;DUNSMUIM | 27 | 2.70 |
| 15/12/09 | Laser Copy;MATHESON | 18 | 1.80 |
| 15/12/09 | Taxi from FCP to Eglinton on Dec. 13/09; 2009-12-13 | 1 | 21.90 |
| 15/12/09 | Laser Copy;DUNSMUIM | 4 | 0.40 |
| 15/12/09 | Laser Copy;NELSON M | 470 | 47.00 |
| 15/12/09 | Laser Copy;KAPLAN M | 37 | 3.70 |
| 15/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 15/12/09 | Internet use at hotel while travelling for M. Wunder on Nov. 7/09 (see Visa for exchange rate); 2009-11-7 | 1 | 16.26 |
| 15/12/09 | Internet use at hotel while travelling for M. Wunder on Nov. 8/09 (see Visa for exchange rate); 2009-11-8 | 1 | 16.26 |
| 15/12/09 | Internet use at hotel while travelling for M. Wunder on Nov. 9/09 (see Visa for exchange rate); 2009-11-9 | 1 | 16.26 |
| 15/12/09 | Laser Copy;PAUL S | 8 | 0.80 |
| 16/12/09 | Laser Copy;GOUGEON | 71 | 7.10 |
| 16/12/09 | Laser Copy;NELSON M | 314 | 31.40 |
| 16/12/09 | Laser Copy;NORTH, Alexandra | 1 | 0.10 |
| 16/12/09 | Laser Copy;KAPLAN M | 16 | 1.60 |
| 16/12/09 | Laser Copy;MATHESON | 10 | 1.00 |
| 17/12/09 | Laser Copy;MacFarlaneA | 412 | 41.20 |
| 17/12/09 | Telephone;12128727434;New YorkNY;TO45 | 1 | 1.02 |
| 17/12/09 | Telephone;12128727434;New YorkNY;TO45 | 1 | 0.51 |
| 17/12/09 | Telephone;15164575666;Garden CNY;TO47 | 1 | 0.51 |
| 17/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 1.53 |
| 17/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 17/12/09 | Telephone;12128727434;New YorkNY;TO47 | 1 | 0.51 |
| 17/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 17/12/09 | Telephone;13105751733;Los AngeCA;TO44 | 1 | 0.56 |
| 17/12/09 | Laser Copy;KAPLAN M | 9 | 0.90 |
| 17/12/09 | Laser Copy;GOUGEON | 1 | 0.10 |
| 17/12/09 | Laser Copy;NELSON M | 1014 | 101.40 |
| 18/12/09 | Laser Copy;NELSON M | 586 | 58.60 |
| 18/12/09 | Laser Copy;MacFarlaneA | 29 | 2.90 |
| 21/12/09 | Laser Copy;KAPLAN M | 59 | 5.90 |
| 21/12/09 | Laser Copy;NORTH, Alexandra | 1 | 0.10 |
| 21/12/09 | Laser Copy;MacFarlaneA | 281 | 28.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 36 of 37

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/12/09 | Laser Copy;NELSON M | 86 | 8.60 |
| 22/12/09 | Rogers Wireless charges for M. Wunder from Oct. 20 to Nov. 17/09; 2009-10-20 | 1 | 604.32 |
| 22/12/09 | Laser Copy;NELSON M | 592 | 59.20 |
| 22/12/09 | Laser Copy;MacFarlaneA | 174 | 17.40 |
| 22/12/09 | ECarswell Online Search | 1 | 7.50 |
| 22/12/09 | Laser Copy;KAPLAN M | 43 | 4.30 |
| 22/12/09 | Laser Copy;DUNSMUIM | 162 | 16.20 |
| 23/12/09 | Laser Copy;MacFarlaneA | 55 | 5.50 |
| 23/12/09 | Meals and Beverages - Working Lunch from Piazza Manna /T O'Reilly, M Kaplan, S Kukolwicz, M Wunder/Nortel Lunch Aug 12/09/Inv. 412622 | 1 | 97.34 |
| 23/12/09 | Meals and Beverages - Working Lunch from Piazza Manna /A MacFarlane, S Kukulowicz, M Wunder/Nortel/Nov. 10/09/Inv. 412608 | 1 | 46.16 |
| 23/12/09 | Meals and Beverages - Working Lunch from Maxim /M Wunder/A MacFarlane, S Kukulowicz, M Wunder/Meeting Nortel-Nov. 10/09 | 1 | 36.72 |
| 23/12/09 | Breakfast at Starbucks while travelling for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 16.42 |
| 23/12/09 | Air Canada return ticket to Ottawa for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 481.33 |
| 23/12/09 | Laser Copy;NELSON M | 259 | 25.90 |
| 23/12/09 | Air Canada flight change fee for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 75.00 |
| 23/12/09 | Telephone;19174145051;New YorkNY;TO47 | 1 | 0.51 |
| 23/12/09 | Telephone;19546003290;Fort LauFL;TO47 | 1 | 0.54 |
| 23/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 23/12/09 | Taxi from FCP to court for M. Wunder on Dec. 18/09; 2009-12-18 | 1 | 7.62 |
| 23/12/09 | Taxi from court to FCP for M. Wunder on Dec. 18/09; 2009-12-18 | 1 | 7.62 |
| 23/12/09 | Taxi from court to FCP for M. Wunder on Dec. 17/09; 2009-12-17 | 1 | 7.62 |
| 23/12/09 | Taxi from FCP to court for M. Wunder on Dec. 17/09; 2009-12-17 | 1 | 7.62 |
| 23/12/09 | Taxi from Nortel facility to Ottawa airport for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 60.00 |
| 23/12/09 | Taxi from Ottawa airport to Nortel facility for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 72.38 |
| 23/12/09 | Taxi from airport to home for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 49.90 |
| 23/12/09 | Taxi from home to airport for M. Wunder on Dec. 16/09; 2009-12-16 | 1 | 45.05 |
| 23/12/09 | Dinner at Cora Pizza for M. Wunder on Dec. 14/09; 2009-12-14 | 1 | 7.65 |
| 24/12/09 | Taxi from Toronto airport to home for M. Wunder on Dec. 11/09; 2009-12-11 | 1 | 49.86 |
| 24/12/09 | Laser Copy;ANTONY S | 420 | 42.00 |
| 24/12/09 | Return Air Canada ticket to New York for M. Wunder for Dec. 10-11/09; 2009-12-10 | 1 | 514.33 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: January 26, 2010  
Invoice #: 2733129  
Page 37 of 37

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/12/09 | Breakfast at Starbucks in New York for M. Wunder on Dec. 11/09; 2009-12-11 | 1 | 7.84 |
| 24/12/09 | Breakfast at Starbucks while travelling for M. Wunder on Dec. 10/09; 2009-12-10 | 1 | 13.87 |
| 24/12/09 | Dinner at Stage Deli in New York for M. Wunder on Dec. 10/09 (see Visa for exchange); 2009-12-10 | 1 | 30.00 |
| 24/12/09 | Taxi from Akin office to hotel for M. Wunder on Dec. 10/09; 2009-12-10 | 1 | 8.48 |
| 24/12/09 | Hotel room at Le Parker Meridien in New York for M. Wunder on Dec. 10/09 (see Visa for exchange); 2009-12-10 | 1 | 753.26 |
| 24/12/09 | Taxi from hotel to Akin office for M. Wunder on Dec. 11/09; 2009-12-11 | 1 | 9.54 |
| 24/12/09 | Taxi from Akin office to New York airport for M. Wunder on Dec. 11/09; 2009-12-11 | 1 | 44.52 |
| 24/12/09 | Taxi from home to Toronto airport for M. Wunder on Dec. 10/09; 2009-12-10 | 1 | 46.00 |
| 24/12/09 | Taxi from New York airport to Akin office for M. Wunder on Dec. 10/09 (see Visa for exchange); 2009-12-10 | 1 | 36.06 |
| 29/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 7.65 |
| 29/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 29/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 0.51 |
| 29/12/09 | Laser Copy;NELSON M | 665 | 66.50 |
| 29/12/09 | Telephone;16464158502;New YorkNY;TO47 | 1 | 0.51 |
| 29/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 1.53 |
| 30/12/09 | Laser Copy;NigroR | 158 | 15.80 |
| 30/12/09 | Telephone;19178592835;New YorkNY;TO47 | 1 | 12.75 |
| 31/12/09 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 31/12/09 | Working dinner (Wunder/MacFarlane) - Mamma's Pizza /M Wunder/Dec 22/09/Inv. R656724 | 1 | 39.18 |
| 31/12/09 | Working group lunch - Maxim /inv #116553/Nortel Lunch Nov 4/09 (4 people - Wunder/MacFarlane/Hetu/Kaplan)/MJW | 1 | 49.41 |
| 31/12/09 | Working group lunch - Maxim /inv #116936/Nortel Lunch Dec 3/09 (5 people - Wunder/MacFarlane/Hetu/Kaplan)/MJW | 1 | 79.38 |
| 07/01/10 | Taxi from FCP to Eglinton for M. Wunder on Nov. 20/09; 2009-11-20 | 1 | 24.76 |
| 07/01/10 | Parking for M. Wunder on Dec. 29/09; 2009-12-29 | 1 | 9.56 |
| 07/01/10 | Parking for M. Wunder on Jan. 1/10; 2010-1-1 | 1 | 9.56 |
| 07/01/10 | Parking for M. Wunder on Oct. 23/09; 2009-10-23 | 1 | 21.98 |
| | Total | CDN | $6,401.80 |