**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
### RENDERING SERVICES DURING THE PERIOD
### DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009
#### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 10.9 | $775.00 | $8,447.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 5.3 | $775.00 | $4,107.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 2.3 | $750.00 | $1,725.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 114.4 | $750.00 | $85,800.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 15.8 | $725.00 | $11,455.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 140.4 | $725.00 | $101,790.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 14.7 | $700.00 | $10,290.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 15.1 | $675.00 | $10,192.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 1.4 | $675.00 | $945.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 1.5 | $400.00 | $600.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 8.5 | $350.00 | $2,975.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 3.8 | $295.00 | $1,121.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 33.1 | $295.00 | $9,764.50 |
| Shay, R. | Consultant | Corporate | Ontario - 1979 | 0.5 | $650.00 | $325.00 |
| Brousseau, W. | Associate | Taxation | Ontario - 2001 | 2.2 | $500.00 | $1,100.00 |
| TOTAL | | | | 369.9 | CDN. | $250,638.00 |
| | Less Non-Working Travel Time Discount (50% of $10,392.50) | | | | | ($5,196.25) |
| TOTAL | | | | 369.9 | CDN. | $245,441.75 |