# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2010 Through January 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $ 26.00 |
| Transcripts | | 3,422.60 |
| Photos/Art/ Spec Duplicating | | 4,911.23 |
| Travel | | 533.60 |
| Meals | | 208.75 |
| Messenger | | 81.00 |
| Courier/Delivery Service | | 840.62 |
| Computer Research | Westlaw | 484.96 |
| Duplicating | In Office | 904.20 |
| Facsimile | | 3,741.75 |
| Postage | | 39.31 |
| Paralegal Overtime | (A. Conway – 1/13/10)[6] | 14.74 |
| Pacer | | 711.12 |
| Hotel Accommodations | | 426.80 |
| Conference Calls | | 147.00 |
| **Grand Total Expenses** | | **$16,493.68** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 02/15/10 16:33:11

PRO FORMA   243227          AS OF 01/31/10          INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 786525 | 01/07/10 | B | 26.00 | Court Costs - U.S. BANKRUPTCY COURT, DISTRI OF DELAWARE` EXPEDITED CD OF 01/06/10 HEARING BEFORE JUDG GROSS | 503 | 904 | 167368 |
| 790998 | 01/06/10 | B | 805.10 | Transcripts - DIANA DOMAN TRANSCRIBING` COPY OF TRANSCRIPTS - 01/06/10 | 506 | 904 | 167916 |
| 792840 | 01/21/10 | B | 2,464.50 | Transcripts - WILCOX & FETZER, LTD` 09-10138 KG - BANKRUPTCY COURT HEARING AND ORIGINAL EMAIL EXPEDITED | 506 | 904 | 168131 |
| 791763 | 01/28/10 | B | 153.00 | Transcripts - ANTONIO'S WORD PROCESSING SVC 09-10138 (KG) - HARD COPY AND E-MAIL COPY - 01/28/10 | 506 | 904 | 167999 |
| 786237 | 01/04/10 | B | 1,015.30 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 167345 |
| 786541 | 01/05/10 | B | 553.52 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167375 |
| 787950 | 01/11/10 | B | 585.72 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167514 |
| 789105 | 01/14/10 | B | 606.39 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167608 |
| 789287 | 01/15/10 | B | 391.30 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 167644 |
| 790545 | 01/22/10 | B | 644.40 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167842 |
| 791011 | 01/26/10 | B | 509.00 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 167929 |
| 791012 | 01/26/10 | B | 605.60 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 167930 |
| 786044 | 01/04/10 | B | 380.00 | Travel - DEREK C. ABBOTT` REIMBURSEMENT OF PARKING AND AMTRAK FARE FRO TRIP TO NY TO ATTEND ALLOCATION PROTOCOL MEETING - 01/04/10 | 511 | 322 | 167322 |
| 790598 | 01/21/10 | B | 55.00 | Travel ROADRUNNER EXPRESS INC.` PASSENGER: KAT WEAVER; PU: MNAT | 511 | 000 | 167865 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/15/10 16:33:11

PRO FORMA   243227                AS OF 01/31/10                                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 790597 | 01/21/10 | B | 98.60 | Travel - ROADRUNNER EXPRESS INC.` PASSENGER: PETER LOOK; PU: MNAT/ DROP: PHL - 01/21/10 | 511 | 000 | 167865 |
| 788046 | 01/06/10 | B | 118.75 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 - 01/06/10 | 512 | 961 | 167526 |
| 791484 | 01/21/10 | B | 90.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 - 01/21/10 | 512 | 904 | 167986 |
| 791887 | 01/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 791918 | 01/06/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 791915 | 01/06/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 791906 | 01/06/10 | B | 3.00 | Messenger Service | 513S | 961 | |
| 791911 | 01/06/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 791913 | 01/06/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 791937 | 01/07/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 791943 | 01/07/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 791956 | 01/08/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 792057 | 01/14/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 792089 | 01/19/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 792109 | 01/20/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 792097 | 01/20/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 792121 | 01/21/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 792262 | 01/21/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 792264 | 01/21/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 792268 | 01/21/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 792272 | 01/21/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 792287 | 01/22/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 792298 | 01/25/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 792341 | 01/26/10 | B | 6.00 | Messenger Service | 513S | 651 | |
| 792420 | 01/27/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 792413 | 01/27/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 792437 | 01/29/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 789514 | 11/30/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 11/30/09 | 514 | 904 | 167660 |
| 789534 | 12/11/09 | B | 16.63 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 12/11/09 | 514 | 904 | 167660 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/15/10 16:33:11

PRO FORMA   243227           AS OF 01/31/10                                           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 789557 | 12/23/09 | B | 199.56 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 12/23/09; 2 ENTRIES | 514 | 961 | 167660 |
| 786156 | 01/02/10 | B | 8.18 | Courier/Delivery Service | 514 | 000 | 167338 |
| 786495 | 01/04/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 167358 |
| 786499 | 01/04/10 | B | 15.33 | Courier/Delivery Service | 514 | 000 | 167358 |
| 786625 | 01/04/10 | B | 27.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 167393 |
| 786493 | 01/04/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167358 |
| 786494 | 01/04/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167358 |
| 786496 | 01/04/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167358 |
| 786497 | 01/04/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167358 |
| 786498 | 01/04/10 | B | 14.52 | Courier/Delivery Service | 514 | 597 | 167358 |
| 789739 | 01/05/10 | B | 58.55 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 647 | 167747 |
| 786682 | 01/06/10 | B | 27.18 | Courier/Delivery Service | 514 | 904 | 167410 |
| 786672 | 01/06/10 | B | 27.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 167409 |
| 789729 | 01/06/10 | B | 33.24 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 167747 |
| 789730 | 01/06/10 | B | 8.96 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 167747 |
| 786683 | 01/07/10 | B | 14.55 | Courier/Delivery Service | 514 | 904 | 167410 |
| 789619 | 01/12/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167737 |
| 789892 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167763 |
| 789893 | 01/19/10 | B | 14.52 | Courier/Delivery Service | 514 | 597 | 167763 |
| 789897 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167763 |
| 789898 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167763 |
| 789899 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 167763 |
| 789894 | 01/19/10 | B | 18.44 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789895 | 01/19/10 | B | 13.23 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789896 | 01/19/10 | B | 15.33 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789900 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789901 | 01/19/10 | B | 15.33 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789902 | 01/19/10 | B | 13.23 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789903 | 01/19/10 | B | 18.01 | Courier/Delivery Service | 514 | 000 | 167763 |
| 789904 | 01/19/10 | B | 18.44 | Courier/Delivery Service | 514 | 000 | 167763 |
| 790493 | 01/19/10 | B | 27.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 167804 |
| 790646 | 01/19/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 167900 |
| 790511 | 01/21/10 | B | 29.65 | Courier/Delivery Service | 514 | 000 | 167806 |
| 792814 | 01/22/10 | B | 47.66 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 168116 |
| 791148 | 01/26/10 | B | 14.62 | Courier/Delivery Service | 514 | 000 | 167958 |
| 790056 | 01/05/10 | B | 65.34 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |

```
Nortel Networks, Inc.                           PRO FORMA  243227           AS OF 01/31/10                          INVOICE# ******
63989-DIP
DATE: 02/15/10 16:33:11

INDEX   DATE      STAT  AMOUNT   DESCRIPTION                                              CODE  TKPER  VOUCHER
791535  01/20/10  B     216.09   Computer Research - Westlaw Search Performed by:         515   975
                                 CATCHPOLE,NATHAN
791418  01/27/10  B      42.57   Computer Research - Westlaw Search Performed by:         515   961
                                 REMMING,ANDREW
791419  01/28/10  B     160.96   Computer Research - Westlaw Search Performed by: FIGHTS,CHAD  515   900
785567  01/04/10  B      15.20   In-House Duplicating                                     519   670
786209  01/04/10  B      15.20   In-House Duplicating                                     519   670
785566  01/04/10  B       5.40   In-House Duplicating                                     519   597
786208  01/04/10  B       5.40   In-House Duplicating                                     519   597
786418  01/05/10  B       9.00   In-House Duplicating                                     519   670
786417  01/05/10  B      11.70   In-House Duplicating                                     519   626
786419  01/05/10  B      30.80   In-House Duplicating                                     519   605
786421  01/05/10  B      37.20   In-House Duplicating                                     519   904
786420  01/05/10  B      21.60   In-House Duplicating                                     519   662
786427  01/06/10  B       3.10   In-House Duplicating                                     519   662
786422  01/06/10  B      43.10   In-House Duplicating                                     519   904
786425  01/06/10  B       7.00   In-House Duplicating                                     519   904
786424  01/06/10  B       7.00   In-House Duplicating                                     519   670
786426  01/06/10  B      51.20   In-House Duplicating                                     519   670
786423  01/06/10  B      98.10   In-House Duplicating                                     519   593
786601  01/07/10  B       0.40   In-House Duplicating                                     519   626
786720  01/08/10  B       7.60   In-House Duplicating                                     519   546
787745  01/11/10  B       5.20   In-House Duplicating                                     519   597
788340  01/13/10  B       0.10   In-House Duplicating                                     519   904
788907  01/14/10  B       0.20   In-House Duplicating                                     519   597
789446  01/19/10  B       3.20   In-House Duplicating                                     519   597
789447  01/19/10  B       3.00   In-House Duplicating                                     519   597
791775  01/19/10  B     167.50   In-House Duplicating                                     519   597
791777  01/19/10  B       0.20   In-House Duplicating - CD/DVD Burn                       519   597
789448  01/19/10  B       8.40   In-House Duplicating                                     519   670
789664  01/20/10  B       9.50   In-House Duplicating                                     519   904
```

Nortel Networks, Inc.
63989-DIP
DATE: 02/15/10 16:33:11

PRO FORMA 243227     AS OF 01/31/10     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 789665 | 01/20/10 | B | 0.20 | In-House Duplicating | 519 | 662 | |
| 789661 | 01/20/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 789662 | 01/20/10 | B | 15.80 | In-House Duplicating | 519 | 597 | |
| 789663 | 01/20/10 | B | 2.40 | In-House Duplicating | 519 | 597 | |
| 789843 | 01/21/10 | B | 1.70 | In-House Duplicating | 519 | 546 | |
| 789842 | 01/21/10 | B | 3.40 | In-House Duplicating | 519 | 670 | |
| 789844 | 01/21/10 | B | 10.50 | In-House Duplicating | 519 | 626 | |
| 789845 | 01/21/10 | B | 17.00 | In-House Duplicating | 519 | 605 | |
| 790344 | 01/22/10 | B | 21.20 | In-House Duplicating | 519 | 546 | |
| 790343 | 01/22/10 | B | 0.60 | In-House Duplicating | 519 | 904 | |
| 791825 | 01/26/10 | B | 188.00 | In-House Duplicating | 519 | 662 | |
| 790706 | 01/26/10 | B | 0.80 | In-House Duplicating | 519 | 662 | |
| 790919 | 01/27/10 | B | 0.30 | In-House Duplicating | 519 | 623 | |
| 791101 | 01/28/10 | B | 27.60 | In-House Duplicating | 519 | 662 | |
| 791100 | 01/28/10 | B | 0.10 | In-House Duplicating | 519 | 662 | |
| 791257 | 01/29/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 789952 | 01/06/10 | B | 4.81 | Postage | 520 | 662 | |
| 791051 | 01/27/10 | B | 16.50 | Postage | 520 | 662 | |
| 791056 | 01/28/10 | B | 18.00 | Postage | 520 | 961 | |
| 792458 | 01/21/10 | B | 18.00 | Facsimile | 522 | 670 | |
| 786235 | 01/04/10 | B | 690.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 167343 |
| 786812 | 01/05/10 | B | 598.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 167422 |
| 790551 | 01/19/10 | B | 650.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 167848 |
| 790552 | 01/20/10 | B | 639.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 167849 |
| 790537 | 01/21/10 | B | 1,145.50 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 546 | 167830 |
| 790779 | 12/31/09 | B | 711.12 | Pacer charges for the month of December | 529 | 000 | |
| 789355 | 01/13/10 | B | 8.32 | Paralegal Overtime | 530S | 594 | |
| 794992 | 01/20/10 | B | 3.21 | Paralegal Overtime | 530S | 594 | |
| 794997 | 01/22/10 | B | 3.21 | Paralegal Overtime | 530S | 594 | |
| 786210 | 01/04/10 | B | 2.40 | In-House Printing - black & white | 541 | 597 | |

```
Nortel Networks, Inc.                    PRO FORMA  243227         AS OF 01/31/10                              INVOICE# *******
63989-DIP
DATE: 02/15/10 16:33:11

INDEX   DATE     STAT  AMOUNT   DESCRIPTION                                              CODE   TKPER   VOUCHER
785568  01/04/10  B       2.40  In-House Printing - black & white                         541    597
786428  01/06/10  B      19.45  In-House Printing - black & white                         541    597
788341  01/13/10  B       0.05  In-House Printing - black & white                         541    961
789846  01/21/10  B       0.05  In-House Printing - black & white                         541    670
790920  01/27/10  B      23.55  In-House Printing - black & white                         541    597
789521  12/04/09  B     229.90  Hotel Accommodations AMERICAN EXPRESS' SHERATON SUITES    549    904    167660
                                - 12/04/09
789522  12/05/09  B     196.90  Hotel Accommodations AMERICAN EXPRESS' SHERATON SUITES    549    904    167660
                                - 12/05/09
789519  12/02/09  B      30.00  Conference Calls AMERICAN EXPRESS' COURT CALL, LLC -     552H    961    167660
                                12/02/09
789531  12/09/09  B     117.00  Conference Calls AMERICAN EXPRESS' COURT CALL, LLC -     552H    961    167660
                                12/09/09
                              ─────────
                              16,493.68
```