# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/6/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 1/18-1/21. | 265.40 |
| 1/19/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 1/25-1/28.: United Airlines. | 397.40 |
| 1/19/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 2/8-2/11.: United Airlines. | 289.40 |
| 1/20/2010 | James Lukenda | Airfare | Nortel-meeting in Toronto 1-29 EWR to YYZ - A1HW95: Continental: EWR to YYZ 01/27/2010 to 01/28/2010. | 367.75 |
| 1/6/2010 | Joseph J. McKenna | Airfare | United Airlines, From LGA to ORD, 1/11/10 to 1/14/10; Airfare while traveling on Nortel engagement. | 585.40 |
| 1/7/2010 | Joseph J. McKenna | Airfare | Continental Airlines, EWR to RDU, 1/18 to 1/21, airfare while traveling on Nortel engagement. | 169.40 |
| 1/19/2010 | Joseph J. McKenna | Airfare | CONTINENTAL ELEC TICKETNG HOUSTON TX020: Airfare to/from Newark (EWR) and Raleigh (RDU) while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR/RDU 01/25/2010. | 471.40 |
| 1/19/2010 | Joseph J. McKenna | Airfare | CONTINENTAL ELEC TICKETNG HOUSTON TX020: Airfare to/from Newark (EWR) and Raleigh (RDU) while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR/RDU 02/08/2010. | 244.40 |
| 1/25/2010 | Lee A. Sweigart | Airfare | SOUTHWEST AIRLINES DALLAS TX: Flight from IND to MDW for work at Huron office: SOUTHWEST AIRLINES: IND/MDW 02/01/2010 to 02/04/10. | 284.40 |
| 1/25/2010 | Lee A. Sweigart | Airfare | DELTA AIR LINES CHICAGO IL: Flight from IND to RDU: DELTA AIR LINES: IND/RDU 02/08/2010 to 02/11/2010. | 229.40 |
| 1/4/2010 | Matthew J. Fisher | Airfare | Visit Nortel RTP offices: United Airlines: ORD/RDU 01/04/2010 to 01/06/2010. | 991.02 |
| 1/29/2010 | Matthew J. Fisher | Airfare | Visit Nortel RTP offices 1/25-1/27; visit Nortel Toronto Office 1/27-1/29: Delta and United: ORD/RDU/Toronto/ORD 01/25/2010. | 1,954.35 |
| 1/6/2010 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 1/11 - 1/13, travel to be with Nortel team. | 715.40 |
| 1/11/2010 | Michael E. Scannella | Airfare | Continental, EWR to RDU, 1/18 - 1/21. | 164.40 |
| 1/19/2010 | Michael E. Scannella | Airfare | Travel to client site.: Delta: RDU/LGA 01/25/2010 to 01/28/2010. | 396.40 |
| 1/21/2010 | Michael E. Scannella | Airfare | Continental, travel to client site, 2/8 - 2/11.: Continental: EWR/RDU 02/08/2010 to 02/11/2010. | 250.40 |
| 1/7/2010 | Brian Heinimann | Ground Transportation | Cab to residence from office after working late on Nortel project. | 15.00 |
| 1/4/2010 | Coley P. Brown | Ground Transportation | Cab ride from RDU to RTP headquarters in Raleigh. | 20.00 |
| 1/4/2010 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for Nortel. | 40.00 |
| 1/8/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel. | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---:|
| 1/8/2010 | Coley P. Brown | Ground Transportation | Cab ride from Sheraton to RDU for travel on Nortel. | 20.00 |
| 1/18/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Nortel HQ in RTP.: Cab: RDU/Nortel HQ. | 20.00 |
| 1/18/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence/ORD. | 40.00 |
| 1/21/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD/Residence. | 40.00 |
| 1/25/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence/ORD. | 40.00 |
| 1/25/2010 | Coley P. Brown | Ground Transportation | Cab ride from RDU to Nortel HQ in RTP. | 20.00 |
| 1/29/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after traveling on Nortel. | 40.00 |
| 1/19/2010 | James Lukenda | Ground Transportation | Nortel-Cab from Cleary: Yellow Cab: From Cleary office. | 25.00 |
| 1/19/2010 | James Lukenda | Ground Transportation | Nortel-subway to Cleary office: MTA: to Cleary. | 2.50 |
| 1/26/2010 | James Lukenda | Ground Transportation | Nortel-to PABT with comp and files: yellow cab: 1120 to PABT | 7.00 |
| 1/27/2010 | James Lukenda | Ground Transportation | Nortel-to EWR: My Montclair Car: Montclair to EWR | 57.40 |
| 1/28/2010 | James Lukenda | Ground Transportation | Nortel-cab to airport from Nortel office: Car taxi: Nortel to YYZ | 10.00 |
| 1/28/2010 | James Lukenda | Ground Transportation | Nortel-car home from EWR: My Montclair Car: EWR to Montclair | 55.08 |
| 1/5/2010 | Joseph J. McKenna | Ground Transportation | Raleigh Durham Airport to Nortel RTP offices while traveling on Nortel engagement. | 17.00 |
| 1/5/2010 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LGA while traveling on Nortel engagement. | 41.00 |
| 1/6/2010 | Joseph J. McKenna | Ground Transportation | Sheraton Imperial Hotel to Nortel RTP offices while traveling on Nortel engagement. | 12.00 |
| 1/7/2010 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan from LGA while traveling on Nortel engagement. | 39.00 |
| 1/11/2010 | Joseph J. McKenna | Ground Transportation | Residence in lower Manhattan to LGA while traveling on Nortel engagement. | 41.00 |
| 1/11/2010 | Joseph J. McKenna | Ground Transportation | To W Lakeshore Hotel from Chicago Office while traveling on Nortel engagement. | 12.00 |
| 1/12/2010 | Joseph J. McKenna | Ground Transportation | W Lakeshore Hotel to Chicago Office while traveling on Nortel engagement. | 9.00 |
| 1/13/2010 | Joseph J. McKenna | Ground Transportation | To W Lakeshore Hotel from Chicago Office while traveling on Nortel engagement. | 10.00 |
| 1/13/2010 | Joseph J. McKenna | Ground Transportation | W Lakeshore Hotel to Chicago Office while traveling on Nortel engagement. | 10.00 |
| 1/14/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in lower Manhattan while traveling on Nortel engagement. | 42.25 |
| 1/14/2010 | Joseph J. McKenna | Ground Transportation | W Lakeshore Hotel to Chicago Office while traveling on Nortel engagement. | 10.00 |
| 1/18/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in lower Manhattan to Newark (EWR) while traveling on Nortel engagement.: Dial 7 Car: Home/EWR. | 68.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/21/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in lower Manhattan from Newark (EWR) while traveling on Nortel engagement.: Dial 7 Car: EWR/Home. | 64.00 |
| 1/25/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in lower Manhattan to Newark (EWR) while traveling on Nortel engagement.: Dial 7 Car: Home/EWR. | 66.00 |
| 1/25/2010 | Joseph J. McKenna | Ground Transportation | Taxi from RDU Airport to Nortel offices.: RDU Airport Taxi Service: RDU/Nortel. | 20.00 |
| 1/28/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in lower Manhattan from Newark (EWR) while traveling on Nortel engagement.: Dial 7 Car: EWR/Home. | 71.00 |
| 1/4/2010 | Matthew J. Fisher | Ground Transportation | Visit Nortel RTP office: taxi: Residence to ORD airport. | 46.00 |
| 1/6/2010 | Matthew J. Fisher | Ground Transportation | Return to residence from airport after visit Nortel RTP office: taxi: ORD to residence. | 49.00 |
| 1/25/2010 | Matthew J. Fisher | Ground Transportation | Ground transportation RDU to RTP location; visit Nortel RTP offices 1/25-1/27: taxi: RDU/RTP office of Nortel. | 20.00 |
| 1/25/2010 | Matthew J. Fisher | Ground Transportation | Ground transportation to make flight; visit Nortel RTP offices 1/25-1/27: American One: 1464 S. Michigan to MDW. | 65.80 |
| 1/27/2010 | Matthew J. Fisher | Ground Transportation | Ground transportation RTP hotel to RDU airport; visit Nortel RTP offices 1/25-1/27: taxi: Sheraton RTP/RDU. | 15.00 |
| 1/27/2010 | Matthew J. Fisher | Ground Transportation | Return from visit to Nortel HQ for meetings: car service: Nortel office/hotel. | 17.00 |
| 1/27/2010 | Matthew J. Fisher | Ground Transportation | Visit Nortel HQ for meetings: car service: Pearson International to Nortel Toronto Office. | 17.00 |
| 1/28/2010 | Matthew J. Fisher | Ground Transportation | Return from visit to Nortel HQ for meetings: car service: Nortel office/hotel. | 17.00 |
| 1/28/2010 | Matthew J. Fisher | Ground Transportation | Visit Nortel HQ for meetings: car service: hotel/Nortel office. | 17.00 |
| 1/29/2010 | Matthew J. Fisher | Ground Transportation | Return to residence from ORD airport: taxi: ORD/1464 S. Michigan Ave. | 49.00 |
| 1/29/2010 | Matthew J. Fisher | Ground Transportation | Visit Nortel HQ for meetings: car service: hotel/Nortel office. | 17.00 |
| 1/29/2010 | Matthew J. Fisher | Ground Transportation | Return from visit Nortel HQ for meetings: car service: Nortel office/airport. | 17.00 |
| 1/11/2010 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore, Chicago. | 14.00 |
| 1/11/2010 | Michael E. Scannella | Ground Transportation | ORD to Huron Chicago Office, CTA. | 3.00 |
| 1/12/2010 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore, Chicago. | 12.00 |
| 1/12/2010 | Michael E. Scannella | Ground Transportation | W Lakeshore to Huron Office, Chicago. | 12.00 |
| 1/13/2010 | Michael E. Scannella | Ground Transportation | Huron Office to ORD, CTA. | 3.00 |
| 1/13/2010 | Michael E. Scannella | Ground Transportation | W Lakeshore to Huron Office, Chicago. | 10.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/18/2010 | Michael E. Scannella | Ground Transportation | Transportation from Jersey City, NJ to EWR to travel for client matters.: A1 Limo: Jersey City/EWR. | 78.00 |
| 1/21/2010 | Michael E. Scannella | Ground Transportation | Transportation from EWR to Jersey City, NJ after travel for client matters.: A1 Limo: EWR/Jersey City, NJ. | 78.00 |
| 1/25/2010 | Michael E. Scannella | Ground Transportation | Car service to airport for travel to RDU.: Cab Company: Home/Airport | 37.00 |
| 1/28/2010 | Michael E. Scannella | Ground Transportation | Transportation from LGA to Jersey City, NJ after traveling for client matters.: A1 Limo: LGA/Jersey City, NJ | 130.00 |
| 1/8/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial from 1/4-1/8 (4 nights) while in Raleigh on Nortel. Hotel $614.24 + Hotel tips $10 = $624.24. | 634.24 |
| 1/21/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 1/18-1/21 for three nights. | 460.68 |
| 1/29/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 1/25-1/29 for four nights. | 614.24 |
| 1/27/2010 | James Lukenda | Hotel/Lodging | Hotel stay 1 night Sheraton airport: Nortel-meeting on POR: Sheraton: Toronto 01/27/2010 to 01/28/2010. | 260.14 |
| 1/8/2010 | Joseph J. McKenna | Hotel/Lodging | Sheraton Imperial Hotel, Raleigh, NC; Lodging while traveling on Nortel engagement (2 NIGHTS). | 319.81 |
| 1/14/2010 | Joseph J. McKenna | Hotel/Lodging | W Lakeshore, Chicago, IL; Lodging while traveling on Nortel engagement (3 NIGHTS). | 517.73 |
| 1/22/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel Engagement; 1/18 to 1/21 (3 NIGHTS).: Sheraton IMPERIAL HOTEL GROUP INC. | 460.68 |
| 1/29/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement 1/25 through 1/28 (3 Nights).: Sheraton Imperial Hotel: Raleigh, NC 01/25/2010. | 460.68 |
| 1/25/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting Nortel RTP offices: Sheraton Imperial Hotel: Durham, NC 01/25/2010, 2 nights. | 327.12 |
| 1/27/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting Nortel Toronto offices: Sheraton Gateway Hotel: Toronto, Ontario 01/27/2010. | 419.76 |
| 1/7/2010 | Michael E. Scannella | Hotel/Lodging | Sheraton, RTP, 1/4 - 1/7, 3 nights, room + tip. | 470.68 |
| 1/13/2010 | Michael E. Scannella | Hotel/Lodging | W Lakeshore, Chicago, 1/11 - 1/13, 2 nights, travel to be with Nortel team, room + tip. | 353.90 |
| 1/21/2010 | Michael E. Scannella | Hotel/Lodging | Sheraton, 1/18 - 1/21, 3 nights, room + tip.: Sheraton: Durham 01/18/2010 to 01/21/2010. | 470.68 |
| 1/28/2010 | Michael E. Scannella | Hotel/Lodging | Sheraton, Durham, 1/25 - 1/28, 3 nights, room + tip.: Sheraton: Durham 01/25/2010 to 01/28/2010. | 470.68 |
| 1/7/2010 | Brian Heinimann | Meals | Dinner at Potbelly's for B. Heinimann while working late on Nortel project. | 7.24 |
| 1/4/2010 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person) while traveling on Nortel. | 9.41 |
| 1/6/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial for Coley Brown (1 person). | 32.86 |
| 1/7/2010 | Coley P. Brown | Meals | Room service at Sheraton Imperial for Coley Brown (1 person). | 50.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/8/2010 | Coley P. Brown | Meals | Breakfast at RDU while traveling on Nortel for Coley Brown (1 person). | 7.59 |
| 1/8/2010 | Coley P. Brown | Meals | Breakfast at RTP headquarters during week of 1/4-1/8 for Coley Brown (1 person). | 15.00 |
| 1/18/2010 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person). | 9.77 |
| 1/21/2010 | Coley P. Brown | Meals | Breakfast at RTP cafe for week of 1/18-1/21 for Coley Brown (1 person). | 18.00 |
| 1/21/2010 | Coley P. Brown | Meals | Dinner at RDU for Coley Brown (1 person) while traveling on Nortel. | 22.29 |
| 1/25/2010 | Coley P. Brown | Meals | Breakfast at ORD for Coley Brown (1 person) while traveling on Nortel. | 8.71 |
| 1/28/2010 | Coley P. Brown | Meals | Dinner at RDU airport while waiting for flight from RDU to ORD for Coley Brown (1 person). | 21.59 |
| 1/29/2010 | Coley P. Brown | Meals | Breakfast for week of 1/25-1/29 for Coley Brown (1 person) while in Raleigh at Nortel HQ. | 20.00 |
| 1/27/2010 | James Lukenda | Meals | Sheraton - evening meal, 2 people, Jim Lukenda & Matt Fisher: Nortel-Evening meal for 2 people-prep for meeting at company - bill only $100, adjust 12.42: Sheraton: Toronto. | 100.00 |
| 1/5/2010 | Joseph J. McKenna | Meals | Au Bon Pain, LaGuardia Airport, Breakfast while traveling on Nortel engagement. | 6.51 |
| 1/5/2010 | Joseph J. McKenna | Meals | Mez, Durham, NC; Dinner while traveling on Nortel engagement; 3 guests - Mike Scannella, Coley Brown, Joe McKenna. | 106.68 |
| 1/6/2010 | Joseph J. McKenna | Meals | Nortel RTP Cafe, Breakfast while traveling on Nortel engagement. | 5.75 |
| 1/7/2010 | Joseph J. McKenna | Meals | Nortel RTP Cafe, Breakfast while traveling on Nortel engagement. | 4.75 |
| 1/11/2010 | Joseph J. McKenna | Meals | Au Bon Pain/Starbucks, LaGuardia Airport, Breakfast while traveling on Nortel engagement. | 15.79 |
| 1/11/2010 | Joseph J. McKenna | Meals | Room Service, W Lakeshore Hotel, Dinner while traveling on Nortel engagement. | 50.00 |
| 1/12/2010 | Joseph J. McKenna | Meals | Kamehachi, Chicago, IL; Dinner while traveling on Nortel engagement. | 47.45 |
| 1/13/2010 | Joseph J. McKenna | Meals | Room Service, W Lakeshore Hotel, Dinner while traveling on Nortel engagement. | 34.42 |
| 1/13/2010 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement. | 5.80 |
| 1/14/2010 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement. | 7.36 |
| 1/14/2010 | Joseph J. McKenna | Meals | Starbucks, Chicago, IL; Breakfast while traveling on Nortel engagement. | 4.91 |
| 1/18/2010 | Joseph J. McKenna | Meals | MCDONALD'S F25121 00 NEWARK       NJ: Breakfast while traveling on Nortel engagement.: McDonald's: NEWARK. | 6.93 |
| 1/19/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafeteria: Raleigh, NC. | 4.89 |
| 1/19/2010 | Joseph J. McKenna | Meals | ROCKFISH   000257 DURHAM, Dinner while traveling on Nortel engagement.:Attendees: Joseph J. McKenna, Coley P. Brown, Michael E. Scannella, 3 people. | 72.54 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/20/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafeteria: Raleigh, NC. | 4.80 |
| 1/21/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafeteria: Raleigh, NC. | 4.79 |
| 1/25/2010 | Joseph J. McKenna | Meals | MCDONALD'S F25121 00 NEWARK     NJ: Breakfast while traveling on Nortel engagement.: FRANGLO LTD: NEWARK. | 7.29 |
| 1/26/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: ANGUS BARN LTD LLC: RALEIGH Attendees: Joseph J. McKenna, Coley P. Brown, Michael E. Scannella, Matthew J. Fisher, 4 people. | 200.00 |
| 1/28/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafeteria: Raleigh, NC. | 6.15 |
| 1/28/2010 | Joseph J. McKenna | Meals | Dinner while delayed at RDU Airport while traveling on Nortel engagement.: Varsity Grill: Raleigh, NC. | 43.14 |
| 1/27/2010 | Matthew J. Fisher | Meals | Breakfast at RDU airport: RDU airport: Raleigh, NC. | 14.75 |
| 1/27/2010 | Matthew J. Fisher | Meals | Room service dinner: Sheraton Gateway Hotel: Toronto, Ontario. | 50.00 |
| 1/29/2010 | Matthew J. Fisher | Meals | Breakfast in hotel lobby: Sheraton: Toronto. | 8.75 |
| 1/29/2010 | Matthew J. Fisher | Meals | Dinner at Pearson Int'l airport: Coyote Jacks: Toronto. | 21.25 |
| 1/4/2010 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast while waiting for flight, Mike Scannella, 1 person. | 8.66 |
| 1/4/2010 | Michael E. Scannella | Meals | Firebirds, Durham, Team dinner while traveling, Coley Brown, Matt Fisher, Mike Scannella, 3 people. | 139.72 |
| 1/5/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, Mike Scannella, 1 person. | 5.54 |
| 1/6/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, Mike Scannella, 1 person. | 4.46 |
| 1/6/2010 | Michael E. Scannella | Meals | Wok N Grille, Durham, Dinner while traveling for Nortel, 1 person, Mike Scannella. | 23.77 |
| 1/7/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, Mike Scannella, 1 person. | 4.46 |
| 1/7/2010 | Michael E. Scannella | Meals | Varsity Grill, RDU, Dinner while waiting for flight, 1 person, Mike Scannella. | 20.00 |
| 1/11/2010 | Michael E. Scannella | Meals | Au Bon Pain, EWR, Breakfast while waiting for flight, 1 person, Mike Scannella. | 6.34 |
| 1/11/2010 | Michael E. Scannella | Meals | Kamehachi, Chicago, Dinner while traveling, 1 person, Mike Scannella. | 50.00 |
| 1/12/2010 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast, 1 person, Mike Scannella. | 5.18 |
| 1/12/2010 | Michael E. Scannella | Meals | W Lakeshore (room service), Chicago, Dinner while traveling, 1 person, Mike Scannella. | 50.00 |
| 1/13/2010 | Michael E. Scannella | Meals | Starbucks, Chicago, Breakfast, 1 person, Mike Scannella. | 5.80 |
| 1/13/2010 | Michael E. Scannella | Meals | Wolfgang Puck, ORD, Dinner while traveling, 1 person, Mike Scannella. | 11.53 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 1/18/2010 | Michael E. Scannella | Meals | Breakfast while waiting for flight, 1 person.: Au Bon Pain: Newark. | 8.66 |
| 1/18/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 3 people.: Capital City Chop House: Durham Attendees: Michael E. Scannella, Coley P. Brown, Joseph J. McKenna. | 150.00 |
| 1/20/2010 | Michael E. Scannella | Meals | Backyard Bistro, Team dinner, 3 people.: Backyard Bistro: Raleigh Attendees: Michael E. Scannella, Joseph J. McKenna, Coley P. Brown. | 114.00 |
| 1/21/2010 | Michael E. Scannella | Meals | Godfathers Pizza, Dinner while waiting for flight, 1 person, Mike Scannella.: Godfathers Pizza: RDU. | 8.24 |
| 1/21/2010 | Michael E. Scannella | Meals | Nortel Cafe, Breakfast for the week, 1/19 - 1/21, 3 days, 1 person, Mike Scannella.: Nortel Cafe: Durham. | 12.00 |
| 1/25/2010 | Michael E. Scannella | Meals | Breakfast while waiting for flight, 1 person, Mike Scannella. | 8.79 |
| 1/25/2010 | Michael E. Scannella | Meals | Mez, NC, Team Dinner, 4 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown, Matthew J. Fisher, Joseph J. McKenna. | 102.00 |
| 1/26/2010 | Michael E. Scannella | Meals | Nortel Cafe, Raleigh, Breakfast for the week (1/26 - 1/28, three days), 1 person, Mike Scannella.: Nortel Cafe: RTP. | 15.22 |
| 1/27/2010 | Michael E. Scannella | Meals | Mez, RTP, Team dinner, 3 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown, Joseph J. McKenna. | 81.00 |
| 1/28/2010 | Michael E. Scannella | Meals | 42nd Street Oyster Bar, RDU, Dinner while waiting for flight, Mike Scannella, 1 person.: 42nd Street Oyster Bar: RDU. | 43.00 |
| 1/7/2010 | Michael E. Scannella | Mileage | Jersey City, NJ to EWR, round trip 22 miles, travel to airport. | 11.00 |
| 1/7/2010 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 1/4 - 1/7, 4 days, parking + tolls. | 111.00 |
| 1/13/2010 | Michael E. Scannella | Parking & Tolls | EWR, EWR, 1/11 - 1/13, 3 days, parking + tolls. | 85.00 |
| 1/21/2010 | Joseph J. McKenna | Rental Car | AVIS RENT A CAR   RALEIGH    NC: Rental car while traveling on Nortel engagement. Date range - 1/18 to 1/21 (4 days): AVIS RENT A CAR CORP. | 255.81 |
| 1/7/2010 | Michael E. Scannella | Rental Car | Avis, RDU, 1/4 - 1/7, 4 days. | 259.40 |
| 1/28/2010 | Michael E. Scannella | Rental Car | Avis, 1/25 - 1/28, 4 days.: Avis: RDU 01/25/2010 to 01/28/2010. | 305.44 |
| 1/27/2010 | Matthew J. Fisher | Telecom | Hotel charges for internet connection: Sheraton Gateway Hotel: Toronto, Ontario 01/27/2010. | 27.93 |
| 1/31/2010 | Huron | GST (5%) | Goods and Services Tax for work performed and expenses incurred in Ontario, Canada. | 719.62 |
| | | | **Total** | **$ 19,476.10** |