# **<u>EXHIBIT C</u>**



February 16, 2010

Anna Ventresca, Esq.
General Counsel, Corporate Secretary and Chief Compliance Officer
Nortel Networks Inc.
5945 Airport Road, Suite 360
Mississauga, Ontario L4V 1R9
Canada

Dear Ms. Ventresca:

Enclosed is Huron Consulting Group's statement for January 1, 2010 through January 31, 2010.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this twelfth monthly statement by March 8, 2010, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($160,246.44) and 100% of the expenses ($19,476.10) for a total amount due of $179,722.54.

Services provided to Nortel Networks Inc. in Canada have been provided through Huron's Canadian affiliate, Conseillers Huron Canada Limitee.

All services provided directly by Huron Consulting Services LLC were provided within the United States.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director.

Very truly yours,

*Clarissa D. Tuttle*
Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Huron Consulting Services LLC | Conseillers Huron Canada Limitee | Total |
|---|---|---:|---:|---:|
| James Lukenda | Managing Director | $ 24,992.00 | $ 5,680.00 | $ 30,672.00 |
| Lee Sweigart | Director | $ 7,290.00 | $ - | $ 7,290.00 |
| Matthew J. Fisher | Director | $ 25,218.00 | $ 9,612.00 | $ 34,830.00 |
| Brian Heinimann | Manager | $ 37,142.50 | $ - | $ 37,142.50 |
| Coley P. Brown | Manager | $ 48,347.50 | $ - | $ 48,347.50 |
| Michael Scannella | Associate | $ 35,007.50 | $ - | $ 35,007.50 |
| Joseph McKenna | Associate | $ 40,200.00 | $ - | $ 40,200.00 |
| **Total** | | $ 218,197.50 | $ 15,292.00 | $ 233,489.50 |

Travel Time Discount (50%)                                                                ($10,925.00)
Agreed Accommodation on Monthly Invoice (10%)                              ($22,256.45)

**Net Fees:**                                                                                              **$200,308.05**



# EXPENSE SUMMARY

| Cost Type | Huron Consulting Services LLC | Conseillers Huron Canada Limitee | Total |
|---|---:|---:|---:|
| Airfare | $ 7,776.32 | $ - | $ 7,776.32 |
| Ground Transportation | $ 1,646.03 | $ 102.00 | $ 1,748.03 |
| Hotel/Lodging | $ 5,821.26 | $ 419.76 | $ 6,241.02 |
| Meals | $ 1,855.53 | $ 80.00 | $ 1,935.53 |
| Mileage | $ 11.00 | $ - | $ 11.00 |
| Parking & Tolls | $ 196.00 | $ - | $ 196.00 |
| Rental Car | $ 820.65 | $ - | $ 820.65 |
| Telecom | $ - | $ 27.93 | $ 27.93 |
| GST (5%) | $ - | $ 719.62 | $ 719.62 |
| **Total Expenses** | **$ 18,126.79** | **$ 1,349.31** | **$ 19,476.10** |

**Huron Consulting Group**

Invoice Date: 2/15/10

Nortel Networks Inc.
5945 Airport Road, Suite 360
Mississauga, Ontario L4V 1R9
Canada

**DUE UPON RECEIPT**
**INVOICE #: 166681**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**HURON CONSULTING SERVICES LLC**

*For Professional Services Rendered within the United States with the exception of Task Code 11 – Asset Sale & Disposition Support for the period January 1, 2010 Through January 31, 2010 (All amounts are in US dollars):*

| | | |
|---|---|---|
| Total Fees............................................................................................................ | $ | 145,099.80 |
| Total Expenses .................................................................................................. | $ | 18,126.79 |
| **Total Amount Due:** ........................................................................................ | **$** | **163,226.59** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees 80%........................................................................................................... | $ | 116,079.84 |
| Expenses 100% ................................................................................................. | $ | 18,126.79 |
| **Amount Due for this period** ......................................................................... | **$** | **134,206.63** |
| Holdback of 20% until final court approval | $ | 29,019.96 |

To ensure proper credit please
refer to invoice number 166681

FEDERAL TAX ID # 01-0666453

**REMITTANCE COPY**

| **Payment by wire transfer:** | **Payment by ACH/EFT:** |
|---|---|
| **Bank of America** | **Bank of America** |
| **Chicago, Illinois** | **Chicago, Illinois** |
| **Routing No. 0260-0959-3** | **Routing No. 071000039** |
| **Account Title: Huron Consulting Services, LLC** | **Account Title: Huron Consulting Services, LLC** |
| **Account Number: 5800297276** | **Account Number: 5800297276** |

**Comments: (Include Invoice Number to ensure proper credit)**



Invoice Date: 2/15/10

Nortel Networks Inc.
5945 Airport Road, Suite 360
Mississauga, Ontario L4V 1R9
Canada

**DUE UPON RECEIPT**
**INVOICE #: 166680**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

**HURON CONSULTING SERVICES LLC**

*For Professional Services Rendered within the United States solely regarding Task Code 11 – Asset Sale & Disposition Support for the period  January 1, 2010 Through January 31, 2010 (All amounts are in US dollars):*

Fees 100%........................................................................................................... $     41,445.45

**Per Interim Compensation Order amount due after 20 day objection period is:**

Fees 80%............................................................................................................. $     33,156.36

Holdback of 20% until final court approval              $        8,289.09

To ensure proper credit please
refer to invoice number 166680

FEDERAL TAX ID # 01-0666453

**REMITTANCE COPY**

**Payment by wire transfer:**
Bank of America
Chicago, Illinois
Routing No. 0260-0959-3
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

**Payment by ACH/EFT:**
Bank of America
Chicago, Illinois
Routing No. 071000039
Account Title: Huron Consulting Services, LLC
Account Number: 5800297276

**Comments: (Include Invoice Number to ensure proper credit)**



Invoice Date: 2/15/10

Nortel Networks Inc.
5945 Airport Road, Suite 360
Mississauga, Ontario L4V 1R9
Canada

**DUE UPON RECEIPT**
**INVOICE #: 710018**
**JOB NUMBER: 01675**
**GST no 818 374 290 RT 0001**

### CONSEILLERS HURON CANADA LIMITEE

*For Professional Services Rendered within Ontario, Canada with the exception of Task Code 11 – Asset Sale & Disposition Support for the period January 1, 2010 Through January 31, 2010*
*(All amounts are in US dollars):*

| | | |
|---|---|---|
| Total Fees............................................................................................................... | $ | 12,061.80 |
| Taxes Applied to Fees (5% GST) ......................................................................... | | 603.09 |
| Total Expenses ..................................................................................................... | | 629.69 |
| Taxes Applied to Expenses (5% GST) ................................................................. | | 31.48 |
| **Total Amount Due:** ............................................................................................ | **$** | **13,326.06** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | | |
|---|---|---|
| Fees at 80% ......................................................................................................... | $ | 9,649.44 |
| Expenses at 100% ................................................................................................ | | 629.69 |
| 5% GST at 100% ................................................................................................. | | 634.57 |
| **Amount Due for this period** ........................................................................... | **$** | **10,913.70** |
| Holdback of 20% until final court approval        $        2,412.36 | | |

> To ensure proper credit please
> refer to invoice number 710018
> **GST no 818 374 290 RT 0001**
> **REMITTANCE COPY**

**BANK DETAILS FOR DIRECT TRANSFER**
**HSBC Bank Canada**
**Montreal, Quebec**
**Transit No.: 10001**
**Swift Code: HKBCCATT**
**Canada Institution No.: 016**
**Account Title: Huron Advisors Canada Limited**
**Account No: 001-377795-001**
**Comments: (Include Invoice Number to ensure proper credit)**

# Huron Consulting Group

Invoice Date: 2/15/10

Nortel Networks Inc.
5945 Airport Road, Suite 360
Mississauga, Ontario L4V 1R9
Canada

**DUE UPON RECEIPT**
**INVOICE #: 710019**
**JOB NUMBER: 01675**
**GST no 818 374 290 RT 0001**

**CONSEILLERS HURON CANADA LIMITEE**

*For Professional Services Rendered within Ontario, Canada solely regarding Task Code 11 – Asset Sale & Disposition Support for the period January 1, 2010 Through January 31, 2010*
*(All amounts are in US dollars):*

| | |
|---|---:|
| Total Fees............................................................................................................ | $ 1,701.00 |
| Taxes Applied to Fees (5% GST) ........................................................................ | 85.05 |
| **Total Amount Due:** ......................................................................................... | **$ 1,786.05** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | |
|---|---:|
| Fees at 80% ........................................................................................................ | $ 1,360.80 |
| 5% GST at 100% ................................................................................................ | 85.05 |
| **Amount Due for this period** ........................................................................... | **$ 1,445.85** |
| Holdback of 20% until final court approval              $      340.20 | |

To ensure proper credit please
refer to invoice number 710019
**GST no 818 374 290 RT 0001**
**REMITTANCE COPY**

**BANK DETAILS FOR DIRECT TRANSFER**
**HSBC Bank Canada**
**Montreal , Quebec**
**Transit No.: 10001**
**Swift Code: HKBCCATT**
**Canada Institution No.: 016**
**Account Title: Huron Advisors Canada Limited**
**Account No: 001-377795-001**
**Comments: (Include Invoice Number to ensure proper credit)**