## SCHEDULE A

## Contracts Not To Be Assumed and Assigned In
## Connection With The Asset Sale Agreement

| Name and Address of Counterparty | Description of Contract |
|---|---|
| NetTest New York Inc<br>Center Green Building 4<br>Utica, NY 13502 | Services Delivery Agreement, including Annexes<br>-and-<br>Amendment #1 to Services Delivery Agreement No. 021548 |