IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Re: Docket No. 289 |
| ) | |

**FIFTH SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN
CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO
RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS
CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009**

**FRED S. HODARA**, hereby declares:

1.  I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2.  I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with Akin Gump's role as counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee"). The purpose of this Supplemental Declaration is to fulfill Akin Gump's continuing obligation to update its disclosures as set forth in the Application (the "Application")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Akin Gump, as co-counsel, nunc pro tunc to January 22, 2009 (Doc. No. 289), and to update my initial declaration, dated February 13, 2009, submitted in connection therewith (the "Initial Declaration"), first supplemental declaration, dated March 20, 2009 (Docket No. 505) (the "First Supplemental Declaration"), second supplemental declaration, dated May 6, 2009 (Docket No. 706) (the "Second Supplemental Declaration"), third supplemental declaration, dated July 10, 2009 (Docket No. 1063) (the "Third Supplemental Declaration"), and fourth supplemental declaration, dated November 2, 2009 (Docket No. 1807) (the "Fourth Supplemental Declaration" and, together with the Initial Declaration, First Supplemental Declaration, Second Supplemental Declaration and Third Supplemental Declaration, the "Prior Declarations").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of four members: Flextronics Corporation (Chairperson); Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee.[2] On the Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.

4. In preparing this Supplemental Declaration, through my colleagues, I caused to be submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")

---

[2] On December 8, 2009, Airvana, Inc. resigned from the Committee.

additional entities not included in Schedule 1 to the Prior Declarations.[3] A copy of the list of the parties searched by Akin Gump in connection with preparation of this Supplemental Declaration is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this Supplemental Declaration were either: identified by the Debtors' legal and/or financial advisors; listed in the Sixth and Seventh Supplemental Declarations of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for Debtors and Debtors in Possession (Docket Nos. 2191 and 2349, respectively); or came to the attention of Akin Gump in the course of its representation of the Committee.[4]

### Representation of Parties in Interest[5]

5.  Set forth in Schedule 2 annexed hereto is a listing of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, Akin Gump

---

[3] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

[4] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1. If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

[5] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

6. Set forth in Schedule 3 annexed hereto is a listing of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7. Set forth in Schedule 4 of this Supplemental Declaration is a list of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

## Other Connections and General Disclosures

8. Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on February 16, 2010

_/s/ Fred S. Hodara_
Fred S. Hodara

## SCHEDULE 1

## PARTIES SEARCHED IN THE CONFLICT DATABASE

### Parties Who Have Filed Notices of Appearance: October 2, 2009 Through December 31, 2009

ACS Cable Systems, Inc.
Kien Chen
Moreno Minto
Nuance Communications, Inc.
Nortel Networks UK Pension Trust Limited
The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited

### Transferees of Claims: October 2, 2009 Through December 31, 2009

Claims Recovery Group LLC
Bell Aliant Regional Communications
ASM Capital, L.P.
Corre Opportunities Fund, L.P.
Hain Capital Holdings, Ltd.
Contrarian Funds, LLC
Riverside Claims, LLC
U.S. Debt Recovery III, L.P.
Liquidity Solutions, Inc.

### Other Parties in Interest[1]

DLA Piper LLP (US)
Jimenez De Arechaga, Viana & Brause
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Miguel Cordoba Angulo, Oficina de Abogados
Mehdi Ben Slama Law Firm
Herzog, Fox & Neeman, Law Firm
Commonwealth of Massachusetts, Department of Revenue
Global IP Law Group, LLC
Staples National Advantage (a division of Staples, Inc.)
One East Capital Partners
Gores Group LLC
Siemens, AG
Ciena Corporation
Ericsson
Enterprise Networks Holdings B.V.

---

[1] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 as Parties "A" through "Q". If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

Nokia Siemens Networks B.V.
MEN Acquisition LLC
One Equity Partners
Silver Lake Partners
TPG Capital L.P.
Kapsch Carriercom AG
Genband, Inc.
JP Morgan Chase & Co.
Hitachi, Ltd.

Party A
Party B
Party C
Party D
Party E
Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M
Party N
Party O
Party P
Party Q

## SCHEDULE 2
## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENT OR FORMER CLIENTS OF AKIN GUMP

**Parties Who Have Filed Notices of Appearance:**
**October 2, 2009 through December 31, 2009**

Akin Gump has not represented any of these companies.

**Other Parties in Interest**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| One East Capital Partners | J.P. Morgan Chase & Co. |
| Siemens, AG | Party A |
| Ericsson | Party H |
| Nokia Siemens Networks B.V. | Party K |
| Silver Lake Partners | Party O |
| TPG Capital L.P. | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Gores Group LLC | Party C |
| Staples, Inc. | Party E |
| Party B | Party I |
| | Party P |

8253893 v4

## SCHEDULE 3

## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP

| | |
|---|---|
| Nuance Communications, Inc. | One Equity Partners |
| Nortel Networks UK Pension Trust Limited | TPG Capital L.P. |
| Bell Aliant Regional Communications | JP Morgan Chase & Co. |
| ASM Capital, L.P. | Staples National Advantage (a division of Staples, Inc.) |
| DLA Piper LLP (US) | Party A |
| Commonwealth of Massachusetts, Department of Revenue | Party B |
| One East Capital Partners | Party C |
| Gores Group LLC | Party E |
| Siemens, AG | Party K |
| Ericsson | Party L |
| Enterprise Networks Holdings B.V. | Party M |
| Nokia Siemens Networks B.V. | Party N |
| | Party P |

8253893 v4

## SCHEDULE 4

## PARTIES LISTED ON SCHEDULE 1
## WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS' COMMITTEES REPRESENTED BY AKIN GUMP

| | |
|---|---|
| Hain Capital Holdings Ltd. | JP Morgan Chase & Co. |
| Contrarian Funds LLC | Party A |
| TPG Capital L.P. | Party C |

8253893 v4