# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF MOTION RECORD FILED IN THE CANADIAN PROCEEDINGS TO APPROVE THE <u>NORTEL SPECIAL INCENTIVE PLAN</u>

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on February 17, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the **"Canadian Nortel Group"**), in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the **"Canadian Proceedings"**), by its undersigned counsel, filed in the above-captioned cases the Motion Record of the Applicants filed in the Canadian Proceedings in support of the Canadian Nortel Group's Notice of Motion for an order (i) approving the Nortel Special Incentive Plan, (ii) granting a charge in favor of the participants in the Nortel Special Incentive Plan, and (iii) approving a KEIP/KERP Payment (the **"Motion Record"**). A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on March 3, 2010. A copy of the Motion Record is annexed hereto as <u>Exhibit A</u>.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion Record are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
   February 17, 2010

             ALLEN & OVERY LLP

             Ken Coleman
             Lisa Kraidin
             1221 Avenue of the Americas
             New York, New York  10020
             Telephone (212) 610-6300
             Facsimile (212) 610-6399
             ken.coleman@allenovery.com
             lisa.kraidin@allenovery.com

             -and-

             BUCHANAN INGERSOLL & ROONEY

             By: /s/ Mary F. Caloway
             Mary F. Caloway (No. 3059)
             Peter J. Duhig (No. 4124)
             The Brandywine Building
             1000 West Street, Suite 1410
             Wilmington, Delaware 19801
             Telephone (302) 552-4200
             Facsimile (302) 552-4295
             mary.caloway@bipc.com

             Attorneys for Ernst & Young Inc., as Monitor
             and Foreign Representative of the Canadian Nortel
             Group