IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :     Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :     Case No. 09-10138 (KG)
                                                            :
        Debtors.     :     Jointly Administered
                                                            :
                                                            :
                                                            :     RE: D.I. 2388
                                                            :
------------------------------------------------------------ X

### NOTICE OF WITHDRAWAL OF DEBTORS' FOURTH OMNIBUS MOTION WITH RESPECT TO CERTAIN ADDITIONAL CONTRACTS

**PLEASE TAKE NOTICE THAT:**

      In connection with the Debtors' Fourth Omnibus Motion for an Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts in Connection with the Sale of the Debtors' Enterprise Solutions Business and (B) Authorizing the Debtors to File Information Under Seal [D.I. 2388] (the "Fourth Omnibus Motion"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), sought authority to assume and assign certain additional executory contracts (the "Additional Contracts") to Avaya Inc. as purchaser (together with its designees, the "Purchaser") of certain assets and equity interests relating to the Debtors' Enterprise Solutions business (the "Assets") effective as of the closing of the sale on December 18, 2009.

      The Debtors hereby provide notice that the portion of the Fourth Omnibus Motion that seeks approval of the assumption and assignment of the contract(s) identified in Schedule A hereto (singularly or collectively, the "Scheduled Agreements")[2], which is scheduled to be heard on February 26, 2010 before the Honorable Kevin Gross at the United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Nothing contained in this notice is to be construed as an admission by the Debtors as to the character of any document denominated as an agreement, as an executory contract or unexpired lease, or to the rights of any parties thereto.

for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), is hereby withdrawn by the Debtors without prejudice.

The Scheduled Agreements are customer contracts, as discussed in the Fourth Omnibus Motion. As the identity of the counterparties constitutes an integral component of the Scheduled Agreements' value, the Debtors are filing Schedule A with the Court under seal due to its confidential nature, and this notice is being served individually on the counterparty to each Scheduled Agreement.

The Debtors reserve all of their rights with respect to the Scheduled Agreements, including without limitation the right to assume, assume and assign or reject the Scheduled Agreements at a later date.

| | |
|---|---|
| Dated: February 17, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley *(admitted pro hac vice)*<br>Lisa M. Schweitzer *(admitted pro hac vice)*<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>___/s/ Alissa T. Gazze_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |