## SCHEDULE A

### Contract Not To Be Assumed and Assigned In Connection With The Fourth Omnibus Motion

| Name and Address of Counterparty | Description of Scheduled Agreement |
|---|---|
| | |

NOTE:  For the purposes of filing, this schedule has been intentionally left blank.  Pursuant to the Fourth Omnibus Motion, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.