## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Debtors' Fourth Omnibus Motion With Respect To Certain Additional Contracts** was caused to be made on February 17, 2010, in the manner indicated upon the entities on the attached service list.

Dated:  February 17, 2010

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

3397401.1