THE UNITED STARTS BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

NORTEL NETWORKS INC  CASE NO 09-10138 (KG)

NOTICE OF DEBTORS' SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. 502. FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO BASIS 503(B)(9) CLAMS)

STEVEN RENBARGER
CLAIM 1303 SEVERANCE PAY
ON DATE NORTEL FILED FOR BANKRUPTCY  EMPLOYEES WHERE TOLD THAT WE WOULD RECEIVE ANY SEVERANCE PAY DUE TO US IF WE WOULD BE TERMINATED . THAT THERE IS NO REASON TO WORRY ABOUT IT . WITH THIS THE COMPANY AND I HAD A VERBAL AGREEMENT THAT THEY WOULD PAY IF I WAS TERMINATED .
THIS WAS TOLD TO US BY OUR HUMAN RESOURCES AND OUR BOSSES . THIS WAS SAID IN BOTH EMAILS SENT TO US AND IN MEETINGS WE ATTENDED . I CALLED HR MORE THAN ONCE TO VERIFY THIS . AND WAS TOLD IT WAS COMPANY POLICES AND NOT TO WORRY . ON MY TERMINATION DATE  THE HR REP TOLD US WE WOULD RECEIVE OUR SEVERANCE PAY IF WE FILED WITH THE COURT , OR WE COULD REFUSE IT  AND RECEIVE OUR PENSION SOONER .
ALL I AM ASKING FOR IS WHAT WAS PROMISED TO ME BY NORTEL NETWORKS .

STEVEN RENBARGER
1421 SPENCER ST
GRINNELL IOWA 50112
641-260-0129
NO FAX

ORIGNAL : THE OFFICE OF THE CLERK
          THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRECT OF DELAWARE
          824 MARKET STREET , WILMINGTON, DELAWARE 19801
CC: CLEARY GOTTLIEB STEEN & HAMILTON LLP
    ONE LIBERTY PLAZA
    NEW YORK NEW YORK 10006
    ATTN; JAMES L BROMLEY AND LISA M SCHWEITZER
CC: MORRIS NICHOLS ARSHT &TUNNELL LLP
    1201 NORTH MARKET STREET PO BOX 1347
    WILMINGTON DELAWARE 19899-1347
    ATTN: DEREK C ABBOTT