February 6, 2010

Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market St.
3rd Floor
Wilmington, Delaware 19801

Cleary Gottlieb Steen & Hamilton LLP
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP
/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Re: Case No. 09-10138 (KG) Fifth Omnibus Objection

Dear Principals,

This letter is being provided in response to the notification dated February 1, 2010 concerning the Fifth Omnibus Objection in the Nortel Networks bankruptcy hearing, Case No. 09-10138 (KG).

Since it was neither my intention nor would I have kept a redundant claim if received, I am in accord with items 26, 27, 28, and 29 on pages ten and eleven of the notice. I further wish to thank the author of this document for correctly surmising and asserting that our collective confusion about the bankruptcy requirements was the causative agent responsible for the duplicated filings.

Sincerely,

Lee Derry
1144 Gilbert
Downers Grove, Illinois 60515