a) The United States Bankruptcy Court for the District of Delaware

Debtor: Nortel Networks Inc.
Nortel Networks International Inc.
Nortel Networks CALA

FILED 2010 FEB 16 AM 11:55 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Case Number: 09-10138 (KG)

Title of Objection: Sixth Omnibus Objection

b) Name of the claimant: Rodolfo Llanes

Claim No: 5445

Description: NN Deferred Nortel Networks U.S Deffered Compensation plus 19 weeks of Severance

19 weeks @ 61.5418 hour = $46,771^{77}$
Deferred Compensation = $37,076^{49}$
Commission = $38,000$
                         $121,848^{26}$

Claimant
Rodolfo Llanes
7961 N.W 113 PL
Miami, FL 33178

Cell: (954) 817-7762
Fax. (305) 716-2755

## I. EMPLOYEE DATA

Notice Date: **2009/09/16**

Employee: **Rodolfo Llanes**

Employee Number: **0247833**

Continuous Service Date: **1995/02/06**

Severance Eligibility Date: **1995/02/06**

Employment Termination Date: **2009/09/16**

Severance Stop Date: **2010/01/27**

Employee Home Address:

7961 NW 113 PLACE ISLAND OF DORAL
DORAL
FL    33178

Severance Period (for employees with at least 6 months of service): **19**
(Number of Weeks to Commence Following Termination Date)

HR Contact: **Nortel HR Shared Services**
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

Note to financial institutions: This electronic representation of Rodolfo Llanes's paycheck was provided from NORTEL NETWORKS (CALA), INC.'s Payroll WorkCenter system on 9/22/2009.

Done

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| RODOLFO LLANES | 705052 | XXX-XX-5039 | US-M / FL-S | US-10/0 FL-0/0 | D0053552 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| NN-CALA | CAL | | 313 | 8076 | | 08/31/09 | 09/13/09 | 09/11/09 |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 61.5418 | 80.00 | 4923.34 | 93543.46 | Checking - 3433411836 | | | 600.00 |
| Commissions | - | - | - | 13666.03 | Checking - 1092182481045 | | | 2913.71 |
| Group Term Life > $50000 | - | - | 7.82 | 148.58 | | | Current | YTD |
| Total Gross | | | 4931.16 | 107358.07 | W2 Gross Wages | | 4189.47 | 92446.00 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | 309.07 | 9237.71 |
| Social Security (FICA) | 278.06 | 6130.47 |
| Federal Medicare | 65.03 | 1433.74 |
| Total | 652.16 | 16801.92 |

| PreTax Deductions | Current | YTD |
|---|---|---|
| Pretax Medical Plan | 121.75 | 2313.25 |
| Pretax DVH Plan | 26.93 | 511.67 |
| Health Care Spending Account | 115.39 | 2192.41 |
| Dependent Care Spending Acct | 115.39 | 2192.41 |
| Pretax STD | 9.97 | 189.43 |
| Pretax LTD | 6.86 | 130.34 |
| Spousal Health Care Access Fee | 50.00 | 950.00 |
| 401K Matched-Option D | 295.40 | 6432.56 |
| Total | 741.69 | 14912.07 |

| AfterTax Deductions | Current | YTD |
|---|---|---|
| Voluntary AD&D | 7.49 | 142.31 |
| Life Insurance | 7.22 | 137.18 |
| Dependent Life Ins. Spouse | 0.52 | 9.88 |
| Dependent Life Ins. Child | 0.55 | 10.45 |
| Group Term Life Offset | 7.82 | 148.58 |
| Total | 23.60 | 448.40 |

Net Pay  3513.71

NORTEL NETWORKS (CALA), INC. - 4001 E.Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010


ADP National Account Services

# Nortel Networks U.S. Deferred Compensation Plan

Benefit Statement for the Period April 1, 2001 - January 31, 2009          Rodolfo Llanes

## Ending Balance by Asset Class



Sector/Specialty 7.99%
Core Bond 8.10%
Money Market 4.44%
Mid Cap 24.98%
Large Cap 54.49%

**Please note:**

You can change your asset allocations online at www.MullinTBG.com.

## Account Balance by Plan Year & Deferral Source

Summary of your account activity for each Plan year by deferral source. Deferrals to Date represent the total contributions by deferral source for each Plan year from inception to the end of the statement period.

| | Beginning Balance | Deferrals | Distributions | Forfeitures | Gains/(Losses) | Ending Balance | Vesting | Vested Balance | Deferrals to Date |
|---|---|---|---|---|---|---|---|---|---|
| **2002 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $0.00 | $21,510.72 | $0.00 | $0.00 | ($74.26) | $21,436.46 | N/A | $21,436.46 | $21,510.72 |
| Salary Deferrals | $0.00 | $6,274.32 | $0.00 | $0.00 | $33.10 | $6,307.42 | N/A | $6,307.42 | $6,274.32 |
| **2002 SUBTOTAL** | **$0.00** | **$27,785.04** | **$0.00** | **$0.00** | **($41.16)** | **$27,743.88** | | **$27,743.88** | **$27,785.04** |
| **2001 Plan Year** | | | | | | | | | |
| Bonus Deferrals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 |
| Commission Deferrals | $0.00 | $9,291.45 | $0.00 | $0.00 | ($1,186.63) | $8,104.82 | N/A | $8,104.82 | $9,291.45 |
| **2001 SUBTOTAL** | **$0.00** | **$9,291.45** | **$0.00** | **$0.00** | **($1,186.63)** | **$8,104.82** | | **$8,104.82** | **$9,291.45** |
| **GRAND TOTALS** | **$0.00** | **$37,076.49** | **$0.00** | **$0.00** | **($1,227.79)** | **$35,848.70** | | **$35,848.70** | **$37,076.49** |

YOUR DEFERRALS AND ANY COMPANY CONTRIBUTIONS ARE DEEMED TO BE INVESTED IN THE FUNDS LISTED, AS PER YOUR ELECTION. YOU DO NOT ACTUALLY OWN ANY SHARE OF THE INVESTMENT CREDITING OPTION(S) YOU SELECTED OR THE ACCOUNT BALANCE(S) REPRESENTED HEREIN. The calculations assume the accuracy of the underlying data used in the calculations and all calculations are subject to final verification by the company. Please review the information contained in this statement, and contact us immediately if you have any questions. Actual benefits are provided only in accordance with the terms of the Plan. Distribution elections are subject to eligibility requirements. Deferrals made within five (5) business days of the statement ending date will be reflected in your next statement.