Dr. Manfred Bischoff
Prinzenweg 7
82319 Starnberg
GERMANY

Clerk of the United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
UNITED STATES

Munich, 10 February 2010

**In re:Nortel Networks Inc, et al**
**Chapter 11**
**Case No. 09-10138 (KG)**

**Response to the**
**Notice of Debtors' 5th omnibus objection (substantive) to certain claims pursuant**
**to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-basis 503(B)(9)**
**claims)**

TO WHOM IT MAY CONCERN

My name is Dr. Manfred Bischoff, Prinzenweg 7, 82319 Starnberg, Germany.
My claim no. is 2138, the claim was filed 8/24/09.

I herewith object to be included in the No-basis 503(B)(9) claims.

The basis of my objection to the notice of debtors is as follows: from 29 April 2004 to 31
March 2009 I served as director on the board of Nortel Networks Corporation and Nortel
Networks Limited. For the years 2006, 2007 and 2008 I had partially or totally agreed to
receive my director's compensation by shares and I had opted for a deferred share
compensation plan.
At 31 December 2008 my closing share unit balance for NNC was 21.420,2937 share
units.
At 31 December 2008 my closing share unit balance for NNL was 220.276,1129 share
units.

- 2 -

I strongly object that my claim is regarded as having no basis, I delivered services to the company in that period as did other partners when they delivered services to the company. I cannot see any legal ground for differentiation between services or goods delivered to the company. For that reason I regard my claims against Nortel as well founded and substantiated.

Sincerely,