IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No.  09-10138 (KG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on February 17, 2010, I served a copy of the *RESERVATION OF RIGHTS BY ORACLE AMERICA, INC. REGARDING THE DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO STALKING HORSE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING PAYMENT OF AN INCENTIVE FEE, (D) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' CARRIER VOICE OVER IP AND APPLICATION SOLUTIONS BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS* to all parties listed on the attached service list in the manner indicated.

                                                       /s/James E. Huggett
                                          James E. Huggett (#3956)

**VIA ELECTRONIC MAIL**

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com

David S. Allinson
Latham & Watkins LLP
885 Third Avenue
New York, NY 10036
David.allinson@lw.com

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
samis@rlf.com

Fred S. Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Roland Hlawaty, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
rhlawaty@milbank.com

**VIA FACSIMILE**

Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 18901
Fax: 302-573-6497