IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 17th day of February, 2010, I caused a copy of the **Preliminary Objection and Reservation of Rights of SNMP Research International, Inc. to Debtors' Motion for Approval of the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business** to be served on the following *via* U.S. mail:

David S. Allinson
David Heller
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006

Office of the US Trustee
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE 19801
Attention: Patrick Tinker

Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

N. Lynn Hiestand
Skadden, Arps, Meagher & Flom LLP
Four Times Square
New York, NY 1003

| | |
|---|---|
| James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Gregg Galardi<br>Sarah E. Pierce<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 |
| Dated: February 17, 2010<br>   Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ Mary E. Augustine*<br>Daniel K. Astin (No. 4068)<br>Anthony M. Saccullo (No. 4141)<br>Mary E. Augustine (No. 4477)<br>Carl D. Neff (No. 4895)<br>919 N. Market Street, Suite 700<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302) 658-1300 facsimile<br>dastin@ciardilaw.com<br>asaccullo@ciardilaw.com<br>maugustine@ciardilaw.com<br>cneff@ciardilaw.com<br><br>*Attorneys for SNMP Research International, Inc.* |