## CERTIFICATE OF SERVICE

  I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 17th day of February 2010, I caused a copy of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Payment of an Incentive Fee, (D) Approving the Notice Procedures and the Assumption and Assignment Procedures, (E) Authorizing the Filing of Certain Documents Under Seal, and (F) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Voice Over IP and Application Solutions Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* to be served upon the parties on the attached service list via U.S. Mail, First Class, postage pre-paid.

  Under penalty of perjury, I declare the foregoing to be true and correct.

October 21, 2009              /s/ Elihu E. Allinson, III
Date                  Elihu E. Allinson, III

*In re Nortel Networks, Inc., et al.*
Case No. 09-10138, jointly administered
U.S. Bankruptcy Court, District of Delaware

## SERVICE LIST

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: 212-225-3999
*Counsel to Debtors*

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
Facsimile: 302-658-3989
*Counsel to Debtors*

Thomas Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Facsimile: 212-751-4864
*Counsel to Purchaser*

Patrick Tinker
Officer of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Facsimile: 302-573-6497
*United States Trustee*

Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: 212-872-1002
*Counsel to Committee*

Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Facsimile: 302-651-7701
*Counsel to Committee*

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
Facsimile: 212-822-5735
*Counsel to Bondholder Group*