UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| **Nortel Networks Inc., <u>et al.</u>,** | ) | |
| | ) | Case No. 09-10138 (KG) |
| | ) | |
| **Debtors.** | ) | Jointly Administered |
| | ) | |
| | ) | |

**LIMITED OBJECTION TO SALE MOTION AND REQUEST FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE IN CONNECTION WITH LEASES BETWEEN ZSF/RESEARCH NETWORK TRUST, ZSF/RESEARCH GATEWAY TRUST AND/OR THEIR AFFILIATES AND NORTEL NETWORKS, INC. PERTAINING TO THE PREMISES AT 4001, 4004, 4006, 4008 and 4010 EAST CHAPEL HILL–NELSON HIGHWAY, RESEARCH TRIANGLE PARK, NORTH CAROLINA**

In accordance with the *Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; and (III) Related Relief and Dates* dated October 16, 2009 [Docket No. 2260] (the "<u>Notice</u>"), ZSF/Research Network Trust, ZSF/Research Gateway Trust and/or their affiliates ("<u>ZSF</u>" or the "<u>Counterparty</u>") hereby submits this Limited Objection To Sale Motion and Request for Adequate Assurance of Future Performance (the "<u>Limited Objection</u>") in connection with any potential assumption and assignment or assumption and sublease of the real estate leases between the Counterparty and Nortel Networks, Inc. pertaining to the premises located at 4001, 4004, 4006, 4008 and 4010 East Chapel Hill-Nelson Hwy, Research Triangle Park, North Carolina (the "<u>Leases</u>").

In connection therewith, the Counterparty requests that the above-captioned Debtors submit to ZSF's undersigned counsel any non-confidential information related to adequate assurance of future performance of the Leases for (i) the Debtors, in the event that the Leases (or a portion thereof) are to be assumed and subleased by the Debtors to GENBAND, Inc.

("GENBAND") or any other third-party, (ii) GENBAND, in the event that the Leases (or a portion thereof) are to be assumed and assigned to GENBAND or subleased to GENBAND or (iii) bidders other than GENBAND, in the event that the Leases (or a portion thereof) are to be assumed and assigned to such third-party or subleased to such third-party.

Notwithstanding the above, the Counterparty reserves its right to object to the adequate assurance of future performance offered by the Debtors, GENBAND or any other third-party.

Dated: February 17, 2010

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              */s/ Gregory G. Plotko*
                              Thomas Moers Mayer
                              Neil R. Tucker
                              Gregory G. Plotko
                              1177 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 715-9259
                              Facsimile: (212) 715-8000
                              E-mail:tmayer@kramerlevin.com
                                          ntucker@kramerlevin.com
                                          gplotko@kramerlevin.com

                              *Counsel for ZSF/Research Network Trust and*
                              *ZSF/Research Gateway Trust*