## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                      :

*In re*                           :

Nortel Networks Inc., *et al.*,[1]     :

             Debtors.      :

                      :

---------------------------------------------------------X

      Chapter 11

      Case No. 09-10138 (KG)

      Jointly Administered

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Ann C. Cordo, hereby moves the admission *pro hac vice* of Neil P. Forrest (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively the "Debtors"), in connection with the above-captioned proceeding.

Dated:  Wilmington, Delaware      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       February 18, 2010

                          Derek C. Abbott (No. 3376)
                          Eric D. Schwartz (No. 3134)
                          Ann C. Cordo (No. 4817)
                          Andrew R. Remming (No. 5120)
                          1201 North Market Street
                          Wilmington, Delaware 19801
                          Telephone:  (302) 658-9200
                          Facsimile:  (302) 658-3989

                          *Counsel for the Debtors*
                          *and Debtors-in-Possession*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Second Circuit and the U.S. District Courts for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  New York, New York
       February 17, 2010

Neil P. Forrest
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Email: nforrestg@cgsh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2010

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3399423 1