# Schedule 1 – Curriculum Vitae

**Richard Hitchcock**
**Outer Temple Chambers**
**222 Strand**
**London WC2R 1BA**

**Education**

King Edward's School Birmingham (1977-1984) and Magdalen College, Oxford (1985-1989)

**Practice**

Called to the Bar of England and Wales in 1990. Completed a twelve months pupillage at Outer Temple Chambers in October 1990 and elected as a tenant (full member of Chambers) on completion of pupillage.

Richard Hitchcock's practice covers a wide range of commercial litigation and around **commercial trusts**, in particular **pension schemes** and **investment trusts** and including tracing claims; insurance contracts, with recent cases involving issues of good faith, insurable interest, and waiver of breach,  and financial professional negligence (accountants, actuaries, auditors, fund managers, insurance brokers, solicitors, barristers).

In addition to his advisory and advocacy practice Richard Hitchcock also provides services as an expert. He has acted as expert adviser to the mediator in mediated disputes requiring specialist knowledge in relation to occupational pension schemes and hedge funds. He has provided expert reports on UK pensions law and UK Financial Services Regulation in proceedings in Jersey, the Netherlands and Grand Cayman.

Richard Hitchcock is placed in the top tier of recommended barristers in his field in both Chambers UK and The Legal 500.

**Experience**

The first five years of practice were spent on a broad mix of civil and commercial cases. Since specialising predominantly in the law relating to occupational pension schemes and investment (from 1995) casework has involved conducting cases heard in the UK High Court, the Court of Appeal and the House of Lords (now the UK Supreme Court), and includes cases whose value (in terms of the amount at stake) exceeded £1bn. A substantial part of the work involves advice either in the form of opinions or delivered in conference: this includes advice on issues which may not be litigated and may never be litigated. The result in term so mix of work is that about one third of time is spent in Court, with the remaining two thirds spent advising or writing pleadings.

Substantial clients include HM Government and in particular the Department of Work and Pensions and the Lord Chancellor's Department (Ministry of Justice); the Determinations Panel of the Pensions Regulator, Fourteen FTSE 100 Companies (six of whom are direct access clients, as opposed to clients referred through solicitors); significant foreign companies (including the Credit Agricole Group, the Siemens Group and the Halliburton

Company); the trustees of some of the UK's largest pensions schemes, the Financial Services Authority, the Law Society (the representative body for solicitors in England and Wales) and the Bar Council (the representative body for barristers in England and Wales.

**Early Leading Cases**

**McDonald v. Horn and others** (1995) Court of Appeal
*Pension Scheme investment powers and duties, construction, prospective costs orders*
**National Grid v. Laws and others** (2000) House of Lords
*Construction of scheme deeds, rights in relation to surplus assets*
**Stevens v Bell (the British Airways case)** (2002) Court of Appeal
*Construction of scheme deeds, rights in relation to surplus assets*

**Recent significant cases**

**Legal & General v CCA & The Pensions Ombudsman** (2005) (Laddie J)
*Construction of Insurance contract, remit of Pensions Ombudsman in context of requiring an insurer to disclose method of calculation of surrender terms*
**Hearn v. Younger (2005) (Etherton J)**
*Estoppel and waiver in the context of pension schemes*
**Gallaher Ltd v (1) Gallaher Pensions Ltd and Ors** (2005) (Etherton J)
*Rectification of pension scheme deed, operation of 'rules' in re-Hastings Bass and Gibbon v. Mitchell*
**Credit Lyonnais v. Watson Wyatt (2005)**
*Actuarial Negligence in the context of pension scheme valuation*
**ZF Lemforder UK Ltd v Lemforder UK Pension Trustee Ltd & Anor (2005)** (Warren J)
*Rectification of pension scheme deeds*
**Roderick Donald Armitage v Stavely Industries Plc** (2006 Court of Appeal)
*Construction of quasi-contractual documents in relation to pension rights*
**Capital Cranfield Trustees Ltd v Pinsent Curtis** (2007)
*Solicitors' negligence and construction of pension scheme rules*
**Robins v. Department of Trade & Industry (2007)**
*Acting for UK Government in relation to obligations under Equal Treatment Directive and private pension schemes*
**EIO Ltd. v. EIO Trustees and Ors (2007) (Mann J)**
*Operation of rule in re-Hastings-Bass in the context of insurance contract terms and pension scheme rules*
**Re: Sea Containers Limited (2007)**
*Acting for Pensions Regulator Determinations Panel re potential issue of a Financial Support Direction ("FSD")*
**National Bus Employees Superannuation Scheme (2008)**
*Distribution of scheme surplus, member tracking, obligation of good faith*
**BNP Paribas v. Powell (2008) (HHJ Mackie QC)**
*Rectification of pension scheme deed*
**Royal Doulton & Ors v. PWC (2008) (Warren J)**
*Actuarial negligence in the context of pension scheme design and valuation*

**Re: Focus and Do It All (2008)**
*Acting for Pensions Regulator Determinations Panel re operation and construction of powers to issue FSDs*
**Foster Wheeler v. Hanley and others (2008) (Patten J)**
*Acting for Claimant Company re issues of equalisation, estoppel, and scheme and statutory construction*
**Colorcon v. Tasker and others (2009) (HHJ Toulmin CMG QC)**
*Acting for Claimant company re rectification of scheme rules*
**HR Trustees v. German and another (2009) (Arnold J)**
*Acting for First Defendant re issues of construction, exercise of trustees' powers, estoppel and statutory construction*
**Stena Line Ltd. v P&O Ferries Limited and others (2010) (Newey J)**
*Application by Defendant company for prospective costs funding for quasi hostile litigation*
**PNPF Trust Company v. Taylor and others (2010) Warren J)**
*Construction of rules of industry wide scheme for marine pilots, interplay between rules and statute*
**IMG v. German and others (2010) Court of Appeal (2010 - June)**
*Acting for Respondent on issues of statutory construction, statutory policy, fiduciary powers and estoppel*