**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                           :

*In re*                             :       Chapter 11

                             :

Nortel Networks Inc., *et al.*,[1]       :       Case No. 09-10138 (KG)

                             :

              Debtors.       :       Jointly Administered

                             :

----------------------------------------------------------X

## DECLARATION OF MARK BLYTH IN SUPPORT OF APPLICATION
## AUTHORIZING EMPLOYMENT AND RETENTION OF LINKLATERS LLP
## AS U.K. COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

I, Mark Blyth, do hereby declare as follows:

1.      I am a partner of the firm of Linklaters LLP ("Linklaters" or the "Firm"), which maintains an office for the practice of law, among other places, at One Silk Street, London, EC2Y 8HQ, United Kingdom.

2.      I am admitted to practice as a solicitor by the Law Society of England and Wales.

3.      I submit this declaration in support of the Application of the above-captioned debtors (collectively, the "Debtors") for an order approving the retention of Linklaters as counsel to the Debtors for the purpose of U.K. law advice, and in particular regarding asserted potential pension obligations under U.K. law, in compliance with and to provide disclosure pursuant to sections 327, 328 and 504 of title 11 of the United States Code (the "Bankruptcy Code"); Rules

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2014(a), 2106(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy</u> <u>Rules</u>"); and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>").[2]  I have relied on personnel of Linklaters employed in Linklaters' Law & Compliance Department to conduct relevant searches and to obtain the information relating to Linklaters and its partners, employees, clients and involvement and interest with the Debtors in order for me to make the statements referred to below.  Subject to that, the facts set forth herein are true so far as I am aware.  To the extent that any information disclosed herein requires amendment or modification upon Linklaters' completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to this Court.

4.      Linklaters advises a number of the world's leading companies, financial institutions and governments in their challenging transactions and assignments**.**  Linklaters has substantial expertise in the areas of bankruptcy and restructuring. It provides advice on restructuring and insolvency issues (including in relation to large and complex cases under chapter 11 of the Bankruptcy Code) to creditors, banks, financial investors, steering committees, insolvency practitioners, corporate debtors and their directors/officers.

5.      In particular of relevance to this matter, Linklaters has extensive knowledge and experience in the area of U.K. pensions law.  Linklaters has one of the best-regarded and longest established pensions law practices in the United Kingdom. It acts for trustees and corporations in relation to the largest U.K. pension schemes and the issues they face. It has extensive experience of pension scheme issues that arise in relation to corporate insolvency.

---

[2]      NNI on behalf of the Debtors has entered into standard engagement terms with Linklaters as required under the professional rules to which the firm is subject in the United Kingdom. However, those terms are subject to any applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable orders entered by this Court.

6.      Linklaters is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Linklaters, its partners, counsel, managing associates, associates, and trainee solicitors except as otherwise set forth herein:

>    a.      are not creditors, equity security holders, or insiders of the Debtors;
>
>    b.      are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and
>
>    c.      do not have interests materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

### Disclosures of Linklaters

7.      In preparing this Declaration, in order to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by the Debtors, I directed that a list provided to Linklaters by the Debtors (the "Conflicts Check List") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel be submitted to the Firm's Law & Compliance Department.  The Conflicts Check List is attached hereto as Exhibit I.  Linklaters' Law & Compliance Department ran a computerized check of each of these persons or entities against the Firm's client database (the "Client Database") to determine which persons or entities, if any, Linklaters currently represents ("Current Clients") or represented in the past three years ("Former Clients").  A list of Current Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit II.  A list of Former Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit III.

3

8.      Linklaters employs more than 2200 qualified lawyers in 26 offices in 19 countries around the globe.  It has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.  Some of these entities are or may consider themselves to be creditors or parties in interest in the Debtors' chapter 11 cases or to otherwise have interests in these cases.  Linklaters has represented, currently represents, and/or may represent in the future persons or entities listed in the Conflicts Check List (or their affiliates) in matters totally unrelated to the Debtors.  The lists of the Conflicts Check List entities that Linklaters either currently represents or has represented in the past three years are provided in Exhibits II and III annexed hereto.  To the best of my knowledge and information, none of the entities from the Conflicts Check List represented five percent (5%) or more of Linklaters' gross revenues for the year ended 31 December 2009.  In addition, none of the entities from the Conflicts Check List represented one percent (1%) or more of Linklaters' gross revenues for the year ended 31 December 2009 other than (in each case including their affiliates) Citigroup, Deutsche Bank, Bank of America, Merrill Lynch, Barclays, JPMorgan, Credit Suisse, Morgan Stanley and UBS.

9.      To the best of my knowledge and information after a review of the Conflicts Check List and the Firm's records conducted at my direction, Linklaters' connections with the parties identified on the Conflicts Check List, currently and in the past three years, are as follows:

a.      Debtors' Affiliates and Related Parties.  Linklaters in the past represented predecessors or present or former affiliates of the Debtors in various corporate matters.

b.      Professionals Representing the Debtors.  As part of its practice, Linklaters appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment banks, including other professionals representing the Debtors.  In certain instances, professionals representing the Debtors may be clients of, or

4

opposing counsel to, Linklaters in matters unrelated to these chapter 11 proceedings. In addition, Linklaters has represented, and may continue to represent, clients that are adverse to clients of the Debtors' professionals in various matters unrelated to these chapter 11 proceedings.

c.    Creditors of the Debtors.  In matters unrelated to the chapter 11 proceedings, Linklaters has represented, and may continue to represent, various creditors and parties in interest (or their affiliates) identified in Exhibits II and III.  Linklaters will not represent any of these entities in any matters related to these chapter 11 proceedings.

d.    Professionals Representing Creditors.  As part of its practice, Linklaters appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment banks, including other professionals representing creditors or other parties in interest.  Linklaters does not and will not represent such professionals in relation to these chapter 11 proceedings.

10.    In addition, in the past three years Linklaters formally represented (i) certain of Nortel's creditors and other parties with an interest in matters related to these proceedings and the English Proceedings and (ii) certain other clients in matters involving Nortel.  Specifically, Linklaters provided:

a.    Party A[3] with advice relating to Party A's lease agreement with Nortel Networks UK Limited as a result of Nortel Networks UK Limited commencing insolvency proceedings. Linklaters had previously provided Party A with advice relating to Party A's lease agreement with Nortel Networks UK Limited, and time was last billed to that matter on 29 January 2007.

b.    Party B, a bank, with advice in 2009 relating to the opening of new accounts for the administrators of the EMEA Debtors, negotiating agreements to keep netting and cash sweep arrangements in place, and closing out ISDA agreements and setting off liabilities under trade guarantee counter-indemnities. None of the European Nortel entities concerned are debtors in the US bankruptcy proceedings.

c.    Party C with advice in 2009 relating to Party C providing financing in connection with a potential purchaser's bid for Nortel's Canadian

---

[3]    Pursuant to discussions with the Debtors' counsel and the United States Trustee regarding preserving the confidential nature of Linklaters' representation of Parties A, B, C and D, these parties are listed among the Current Clients and Former Clients in the exhibits attached hereto.

wireless network business. Party C was not selected by Nortel in the auction.

d.      Party D with advice in 2007 connection with Party D's acquisition of Nortel's UMTS access business.[4]

All work on these matters has concluded and Linklaters has closed each of these matters. None of these matters concerned Nortel Networks UK Limited's pension scheme. None of the personnel involved in these matters will be involved in the matter for which Linklaters is being retained for by the Debtors.

11.      Further, Linklaters, its partners, counsel, managing associates, associates, trainee solicitors and/or other employees of Linklaters                                                                          .

a.      may have appeared in the past, and may appear in the future, in other cases unrelated to these cases where the Debtors' creditors or other parties with an interest may be involved;

b.      may represent, or may have represented, certain of the Debtors' creditors or other parties with an interest in the Debtors in matters that are unrelated to these chapter 11 cases; and

c.      may have had dealings with creditors or other parties with an interest in the Debtors that are unrelated to these chapter 11 cases.

12.      Linklaters' Law & Compliance Department has conducted a general inquiry of all legal personnel and certain non-legal personnel to determine whether any of these individuals owns any debt or equity securities of the Debtors or their affiliates other than in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets. Based on responses to this inquiry, I understand that as of the date hereof, none of the Linklaters personnel surveyed owns any debt or equity securities of the Debtors or their affiliates other than one partner who owns 62

---

[4]      The Nortel entites involved include: Nortel Networks (Austria) GmbH; Nortel Networks N.V.,; Nortel Networks Limited; Nortel Networks Technology Corp.; Nortel Networks S.A.; Nortel Networks Israel (Sales & Marketing) Ltd; Nortel Networks S.p.A.; Nortel Networks Polska Sp. z o.o.; Nortel Networks Portugal S.A.; Nortel Networks Sloveskos, s.r.o.; Nortel Networks Hispania S.A.; Nortel Networks (China) Limited; Nortel Networks UK Limited; Nortel Networks Inc.

[New York #2171967 v2]

shares of common stock, one partner who owns 30 shares of common stock, one managing associate who owns 17 shares of common stock, and one associate who owns 2 shares of common stock, none of whom will work on this engagement.  It should be noted that Linklaters has a long-standing policy prohibiting all personnel from using confidential information that may come to their attention in the course of their work.  In this regard, all Linklaters personnel are barred from trading in securities with respect to which they possess confidential information. For both listed and unlisted shares, Linklaters' policy is to prohibit dealing in any shares or securities in situations where personnel may have confidential market- or price- sensitive information relating to the company or the shares or securities in question as a result of work for Linklaters.  Further, Linklaters' policy is to prohibit its personnel and any companies, trusts or other entities that personnel control or influence in relation to decisions to trade from dealing in listed securities absent approval from Linklaters' Law & Compliance Department or is carried out by an investment manager under a discretionary management agreement.  Linklaters further restricts share dealing by family members of personnel to the extent those dealings are controlled, influenced, or advised by Linklaters personnel.

13.     Certain relationships exist among the Debtors.  Nevertheless, the Debtors have advised Linklaters that these relationships do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Linklaters' representation of the Debtors as U.K. counsel, and in particular regarding asserted potential pension obligations under U.K. law.

14.     I do not believe that there is any other connection or interest (as such terms are used in section 101(14)(E) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between

7

Linklaters and the United States Trustee or any person employed in the Office of the United States Trustee.

15.    The proposed engagement of Linklaters is not prohibited by Bankruptcy Rule 5002.

16.    Linklaters believes that it can adequately represent the interests of the Debtors. Linklaters has not represented any creditor, interest holder or other party in interest in connection with their respective dealings with the Debtors in the previous three years, except as disclosed above.  Linklaters has fully informed the Debtors of its ongoing representation of the entities identified in Exhibit II, and the Debtors have agreed both to the Firm's continued representation of these entities in matters unrelated to these proceedings and to the Firm's representation of the Debtors as U.K. counsel, and in particular regarding asserted potential pension obligations under U.K. law.

### **Linklaters' Rates and Billing Practices**

17.    Linklaters intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of the Court.  Subject to any such provisions and Court orders, compensation will be payable to Linklaters on an hourly basis at its customary hourly rates for similar services rendered as in effect from time to time, plus reimbursement of actual, necessary expenses incurred by the Firm.  Linklaters' hourly rates for London office timekeepers applicable in these chapter 11 proceedings, subject to periodic adjustments to reflect economic and other conditions, plus applicable Value Added Tax (VAT) are (in U.K. sterling £):

| | |
|---|---|
| Partners: | £650 |
| Counsels: | £600 |
| Managing Associates: | £550 |

8

|                      |       |
|----------------------|-------|
| Associates:          | £465  |
| Trainee Solicitors:  | £280  |
| Paralegals:          | £125  |

The Firm's standard hourly rates are set at a level designed to compensate fairly the Firm for the work of its legal staff and paralegals and to cover fixed and routine overhead expenses.

18.    In addition to the hourly rates set forth above, Linklaters' policy is to charge its clients in all areas of practice for all expenses and charges incurred in connection with the client's cases.  The expenses generally charged to Linklaters' clients include, among other things, photocopying charges, national and international telephone calls, facsimile transmissions, messenger and delivery services, courier mail, online and external research services, word processing, secretarial and temporary employees, overtime meals, overtime and late night transportation, travel, lodging, food charges for business meetings, postage, printing, transcripts filing fees, document retrieval, fees and expenses of barristers instructed by Linklaters, and expert fees.  The Firm believes it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all its clients.  Subject to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and this Court's rules and orders with respect to reimbursement of expenses of counsel retained, Linklaters will seek reimbursement of all such reimbursable expenses and charges incurred on behalf of the Debtors.

19.    In addition, subject to court approval, Linklaters has instructed an external U.K. Queens' Counsel (a "barrister"), Paul Newman, who specializes in pensions law and regulation and also a junior supporting barrister, James Walmsley, to represent NNI and NN CALA in the event necessary to defend those debtors in a U.S. proceeding or otherwise assert their rights under U.K. law.  The Debtors have been informed that, consistent with U.K. practice, it is the Firm's policy to charge its clients the fees and expenses of barristers instructed by Linklaters.

9

Mr. Newman's hourly rate applicable in these chapter 11 cases, subject to periodic adjustments to reflect economic and other conditions, plus applicable Value Added Tax (VAT), are (in U.K. sterling £) £500.  Mr. Walmsley's hourly rate applicable in these chapter 11 cases, subject to periodic adjustments to reflect economic and other conditions, plus applicable Value Added Tax (VAT), are (in U.K. sterling £) £175.  Mr. Newman and Mr. Walmsley do not charge expenses other than travel expenses.  In the event Mr. Newman or Mr. Walmsley is required to travel in connection with their instruction by Linklaters as set forth in this Application, Linklaters will charge Mr. Newman's and Mr. Walmsley's travel, lodging and food expenses to the Debtors. The fees and expenses of barristers instructed by Linklaters shall be paid by Linklaters and reimbursed by the Debtors as an expense in accordance with the terms of the interim compensation order entered by this Court [D.I. 222].  Linklaters will include the barristers' timekeeping and expense details in the applications for compensation it will file with this Court pursuant to the terms of the interim compensation order.

20.     No promises have been received by Linklaters or any partner, counsel, managing associate, associates, or trainee solicitor thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and the Bankruptcy Rules.

21.     No agreement exists between Linklaters and any other person (other than among partners of Linklaters) for the sharing of compensation to be received by Linklaters in connection with services rendered in this case.

22.     The foregoing constitutes the statement of Linklaters pursuant to sections 328(a), 329(a), and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

[New York #2171967 v2]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2010.

_____
Mark Blyth

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.


### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.


### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

John Doolittle
Lynn Egan
Clarke Glaspell
Anna Ventresca
Jeffrey Wood


Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
William R. Ellis
Thomas A. Gigliotti
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe

Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout

Current Directors and Officers of NNCC

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

<u>Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Xros, Inc..</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell

Jeffrey T. Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies

William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks Optical Components Inc.</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks International Inc.</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Glenn Brownridge
Francois Burton
Norman Caron
Sudarshan Chitale
Graeme Currie
John M. Doolittle
Lynn C. Egan

Emre Erkol
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Michael Gawargy
William Gentry
Duncan Gillibrand
Paul Granville
Andrew Harrison
Christopher Hogg
Robin Scott Hughes
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Guy Lafontaine
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Wade Lyon
John R. McCready
James McEachern
Steve J. McKinnon
James Ostrom
Alain Papineau
April A. Pennisi
Alan W. Pritchard
Parviz Rashidi
Ron Ryan
Robert Saunders
Ian Scales
Iain Sharp
Eric L. Smith
Pete Streng
Guillaume Strub
Richard C. Taylor
Craig Telke
Denis R. X. Thibault
Greg Thor

Guy Vonderweidt
Cortland Wolfe
Jeffrey T. Wood
Steven Woods

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Tom Buttermore
Matteo Candaten
Dennis Carey
Serge Caron
Russell Coffin
Gordon A. Davies
J. Erik Fako
Sonia Garapaty
Clarke Glaspell
Henry Holland
Gregory Hood
Ken Huntington
Laurie A. Krebs
Keith Landau
Gregor W. Larson
Dennis Lloyd
Anthony G. MacDonald
Swapan Nandi
David Price
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Mehdi Sajasi
Donna Samper
Kevin Sembrat
Elaine Smiles
Dany Sylvain
Tom P. Taylor
Bill Thompson
Lee B. Valerius
Richard Willis
Wei Jen Yeh

<u>Current Directors and Officers of Nortel Networks (CALA) Inc.</u>

Juan Jose Chico
Joseph F. Dearing
John Doolittle
Cristina Gomez
Fabiola Leva
Jorge Humberto Suarez

<u>Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior
to the Petition Date</u>

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
William Roy Ellis
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Peter Look
Norberto Milan
Eduardo Santoyo
Hector Benjamin Viana

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera

STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon

Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


### *Debtors' Lenders*

Export Development Canada


### *Debtors' Banks and Money Market Funds*

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


### *Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.

West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

### *Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon

Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington
& Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities,
Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company;
the beneficial holders are not known to the Debtors.

Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company

Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


*Debtors' Professionals*

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC


*Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

*Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent

Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard


*Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International

ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc

Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

**_Others_**

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,

Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner

Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
Genband, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Principal Officer***
John Ray

**EXHIBIT II: Current Clients**

*A. Prepetition creditors of the Debtors*

- ACI Worldwide Inc.
- AT&T
- Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
- Bank of America
- Bank of New York
- The Bank of New York Mellon
- The Bank of Tokyo-Mitsubishi UFJ, Ltd.
- Barclays (and its affiliates and subsidiaries)
- BNP Paribas (and its affiliates and subsidiaries)
- British Telecom
- Brown Brothers Harriman & Co.
- Charles Schwab & Co., Inc.
- Citibank
- Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
- Citigroup Global Markets, Inc./Salomon Brothers
- Credit Suisse Securities (USA)
- Deka Immobilien Investment GMBH
- Deutsche Bank
- Export Development Canada
- Flextronics International
- France Telecom/Orange
- Goldman Sachs & Co.
- Goldman Sachs International Ltd.
- Hewlett Packard
- Hines Group
- HQ Global Workplaces Inc.
- I & G Direct Real Estate 16, LP
- IBM
- Infosys
- Insignia ESG, Inc.
- Johnson Controls Inc.
- JP Morgan
- JP Morgan Chase Bank, National Association
- JP Morgan International
- JP Morgan Securities Inc.
- Kühne & Nagel
- Merrill Lynch Pierce Fenner & Smith Inc.
- Micron
- Microsoft

- Morgan Stanley
- Morgan Stanley & Co. Inc.
- National Grid
- The Northern Trust Company
- Omaha Plaza Investments c/o CBRE The Mega Group
- Pacific Investment Management Company LLC
- Polycom
- Prudential Financial Inc (and its affiliates and subsidiaries)
- Prudential plc (and its affiliates and subsidiaries)
- Sankaty Advisors LLC
- Scotia Capital Inc
- State Street Bank & Trust Co.
- Sumitomo Trust and Banking Co Ltd. (aka Sumi Trust)
- Teachers Insurance & Annuity Corp.
- Telefonica
- Texas Instruments Inc.
- UBS
- UBS Financial Services, Inc.
- UBS Securities, LLC
- Verizon
- Wachovia Bank, NA
- Wells Fargo Bank, National Association
- Wilmington Trust Company
- Zurich Insurance Company

### B. Other potential parties in interest

- ABN AMRO Bank N.V.
- Alcatel-Lucent
- Alecta Investment Management Limited
- Cisco Systems, Inc.
- Clearwire Corp.
- Hewlett Packard
- IBM
- Law Debenture Trust Company of New York
- NEC
- Nokia
- Nordea Bank Finland PLC
- Siemens Enterprise
- Starent Networks Corp.
- Tandberg
- Tyco Electronics
- Unisys

- ZTE

***C. Other professionals involved in these proceedings***

- Allen & Overy LLP
- Cleary Gottlieb Steen & Hamilton LLP
- Fraser Milner Casgrain LLP
- Shearman & Sterling LLP

**EXHIBIT III: Former Clients**

*A. The Debtors and their affiliates*

- Nortel Networks Hispania S.A.
- Star 21 Networks GmbH

*B. Prepetition creditors of the Debtors*

- Arch Insurance Company
- BCE
- Cigna
- Deutsche Bank Securities, Inc.
- Dresdner Kleinwort Securities LLC
- Duke Energy Company
- Fidelity Management & Research Co.
- IBM Corporation
- JDS Uniphase Corporation
- Lehman Brothers, Inc.
- RBC Dominion Securities
- SK Telecom
- Sun Microsystems
- Telrad Networks Ltd.
- United Business Media LLC dba Everything Channel
- Wachovia Securities, LLC

*C. Other potential parties in interest*

- Avaya
- Monarch Alternative Capital LP
- Motorola
- Ogilvy Renault LLP
- One Equity Partners
- Siemens Networks
- Telefonaktiebolaget LM Ericsson

*D. Other professionals involved in these proceedings*

- Lazard Frères & Co., LLC
- Milbank Tweed LLP (advisors)