## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Application For An Order Authorizing Employment And Retention Of Linklaters LLP** *Nunc Pro Tunc* **To January 26, 2010 As U.K. Counsel For The Debtors And Debtors In Possession** was caused to be made on February 18, 2010, in the manner indicated upon the entities on the attached service list.

Dated:  February 18, 2010

                                                                                 */s/ Ann C. Cordo*
                                                                      Ann C. Cordo (No. 4817)

3400315.1