# CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 18th day of February, 2010, I did serve the foregoing **Limited Objection of Microvision, Inc. to Debtors' Motion to Add Certain Additional Debtors as Sellers in the Sale of the Debtors' Metro Ethernet Networks Business to Ciena Corporation** by causing a true and correct copy thereof to be served in the manner indicated upon the following parties:

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Facsimile: (212) 225-3999
**VIA FEDEX
AND FACSIMILE**

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Facsimile: (302) 658-3989
**VIA HAND DELIVERY
AND FACSIMILE**

        /s/ Evelyn J. Meltzer
        Evelyn J. Meltzer (DE No. 4581)