IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                   :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
:
                Debtors.                :   Jointly Administered
:
----------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. 2441, 2442, 2443, 2444, 2445 AND 2449]

PLEASE TAKE NOTICE that on February 18, 2010, copies of the following were served in the manner indicated upon the entities identified below.

- **Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2441, Filed 2/18/10).

- **Debtors' Motion For An Order Shortening Notice For Hearing On Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2442, Filed 2/18/10).

- **Declaration Of Lisa M. Schweitzer In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2443, Filed 2/18/10).

- **Declaration Of John Ray In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2444, Filed 2/18/10).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- **Declaration Of Richard Hitchcock In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2445, Filed 2/18/10).

- **Order Shortening Notice Of Hearing On Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings** (D.I. 2449, Entered 2/18/10).

<u>**VIA HAND DELIVERY**</u>

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

James L. Patton, Esq.
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Charlene D. Davis, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Dated: February 18, 2010
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley (admitted *pro hac vice*)
          Lisa M. Schweitzer (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and –

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Ann C. Cordo*
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Andrew R. Remming (No. 5120)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and Debtors in Possession

3400427.1