# SCHEDULE A
## TWELFTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 12/22/09 | RET | .4 | Receive and analyze new case from the Third Circuit regarding class certification issues relevant to releases |

**SUB TOTAL     200.00**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 12/01/09 | RET | .3 | Teleconference with plaintiffs' counsel regarding memorandum of understanding for settlement |
| 12/01/09 | RET | .3 | Teleconference with Laurel Van Allen regarding retention of Lexecon to implement plaintiffs' plan of allocation |
| 12/01/09 | RET | .3 | Teleconference with Laurel Van Allen and plaintiffs' counsel regarding retention of Lexecon to implement plaintiffs' plan of allocation |
| 12/01/09 | RET | .4 | Call with Peter Bisio regarding plaintiffs' proposed term sheet |
| 12/01/09 | RET | .2 | E-mails from and to plaintiffs' counsel regarding using Lexecon to implement plan of allocation |
| 12/01/09 | RET | .4 | Receive and analyze edits to plaintiffs' proposed term sheet from Peter Bisio |
| 12/01/09 | RET | .2 | E-mails from and to plaintiffs' counsel regarding plaintiffs' proposed term sheet |
| 12/01/09 | RET | .4 | Receive and analyze edits from plaintiffs' to Peter Bisio's edits to their proposed term sheet |
| 12/01/09 | RET | .4 | Receive and analyze changes to the settlement term sheet from plaintiffs' counsel |
| 12/02/09 | RET | .2 | E-mail to Peter Bisio regarding memorandum of understanding |
| 12/07/09 | RET | .2 | E-mail from Peter Bisio regarding edits to Memorandum of Understanding |

1

| | | | |
|---|---|---|---|
| 12/14/09 | RET | .2 | E-mail from and to Don Powers regarding status of settlement negotiations |
| 12/15/09 | RET | 1.3 | Revisions to term sheet |
| 12/15/09 | JMS7 | .2 | Review draft term sheet for settlement |
| 12/21/09 | RET | .3 | E-mail from and to Ken Hashimoto regarding status of settlement |
| 12/23/09 | RET | .1 | E-mail from Ken Hashimoto regarding status of settlement |

                      **SUB TOTAL**    2,685.00

**ATTORNEY SERVICES**                      2,885.00

**TOTAL HOURS:** 5.80
**FEE GRAND TOTAL:**    $2,885.00
**NORTEL'S 50% TOTAL:** $1,442.50

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation – Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS      DESCRIPTION OF SERVICES RENDERED

<u>L210 Pleadings</u>

| 12/01/09 DSH | .20 | Receive and review e-mail from Annie Cordo of Morris, Nichols, Arsht & Tunnel regarding the December 1, 2009 changing rules of the Federal Rules of Bankruptcy Procedure in the Delaware Court and how it affects our interim fee applications and quarterly reports |
|---|---|---|
| 12/01/09 DSH | .20 | Review new timing deadlines going into effect on December 1, 2009 of the Federal Rules of Bankruptcy Procedure in the Delaware Court and how it will determine the new calculation requirements |
| 12/01/09 DSH | .60 | Draft e-mail to Annie Cordo including information such as total amount of fees and expenses billed for August, September and October; total amount of payment received for fees and expenses for August, September and October; and total amount of fees and expenses for August, September and October that will be due but not paid as of December 15, 2009 |
| 12/17/09 DSH | .20 | Receive and review by ECF from the US Bankruptcy Court for the District of Delaware a notice of deadline for the filing of proofs of claims against Nortel Networks (CALA) |
| 12/17/09 DSH | .10 | Draft electronic calendar entry noting notice of deadline for the filing of proofs of claim against Nortel Networks (CALA) received from the US Bankruptcy Court for the District of Delaware and notify defense team of same |

           **SUB TOTAL**      195.00

**TOTAL HOURS: 1.30**

**FEE GRAND TOTAL:**   $ 1,637.50

3