# SCHEDULE B
## TWELFTH INTERIM FEE APPLICATION

EXPENSE SUMMARY

NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2009 Through December 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Photo copies (11) | In house | .77 | .38 |
|  |  |  |  |
| **Total Expenses** |  | .77 | .38 |
| **Grand Total:** |  |  | **$0.38** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

# TOTAL EXPENSES DUE: $0.38

-1-

# Expenses Back-Up

<u>NORTEL/CHUBB</u>

DISBURSEMENTS

    12/31/09               Photocopying (11)         .77

TOTAL DISBURSEMENTS:                        .77

**NORTEL'S 50% TOTAL:**                        **.38**