## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 19th day of February, 2010, I caused copies of the *Lead Plaintiffs' Limited Objection to Debtors' Motion for Order Authorizing and Approving Sale of Certain Assets of Debtors' CVAS Business* to be served upon the individuals below in the manner indicated.

**BY HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Andrew R. Remming, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

**BY FACSIMILE**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Facsimile: 212.225.3999**

Kevin S. Mann (No. 4576)