Frank Gallardo
8205 S. Poplar Way Suite 103
Centennial, CO 80112

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street 3Rd floor
Wilmington, Delaware 19801

Reference: Objection to Severance Package Claim Disallowance

To Whom It May Concern:

My name is Frank Gallardo, I am a former Nortel employee and the reason for my communication is to request that my claim for my earned severance package against Nortel is not dropped.

Nortel offered me a job in 2008 and took me away from my previous employer only to terminate my employment a year later after I relocated my family from Minnesota to Arizona. The termination put me and my family in a world of pain because we received any warning and had major expenses due to the relocation, therefore I would like to be compensated as promised (see attached termination letter and severance offer)

As a result of the termination I also lost my home, I was forced to short sale the unit and took large financial losses, after 10 months of searching for a new job I finally found one but needless to say me and my family suffer a lot during those 10 months.

I never intended to submit a double claim, I actually contacted the law firm to make it clear that I only have one claim and I even question why I was receiving 4 copies of the same documents with different addresses.

I am trying not to have to engage a legal advisor because I do not want to take more losses over this case, please make Nortel pay what they promised.

I cannot travel to Delaware for the upcoming objection hiring taking place on March 3, 2010, is there a way I can attend via phone?

My family and I thank you in advance for your assistance

Best

Frank Gallardo
Cc:// Counsel for the Debtors

2/9/2010

## I. EMPLOYEE DATA

Notice Date: 3|5|09

Employee: Frank Gallardo

Employee Number: **5095329**

Continuous Service Date: 3/3/2008

Severance Eligibility Date: **3/3/2008**

Employment Termination Date: **3/5/2009**

Severance Stop Date: **4/9/2009**

Employee Home Address:

**4707 E. MCDOWELL RD APARTMENT 1168
PHOENIX
AZ       85008**

Severance Period (for employees with at least 6 months of service): **5**
(Number of Weeks) to Commence Following Termination Date

HR Contact: **Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636**