Jeffrey Peterson
7 Scotch Pine Lane
East Setauket, NY 11733

February 6, 2010

2010 FEB 17 AM 8:57

| The Office of the Clerk<br>The United States Bankruptcy Court for the District of Delaware<br>824 Market Street<br>Wilmington, Delaware 19801 | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn: James L. Bromley &<br>Lisa M. Schweitzer | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, PO Box 1347<br>Wilmington, Delaware 19899-1347<br>Attn: Derek C. Abbott |
|---|---|---|

To whom it may concern,

This letter is in response to the document received on February 4, 2010; Chapter 11 Case No. 09-10138 (KG) entitled "NOTICE OF DEBTORS' SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007 AND DEL. L.R. 3007-1 (NO-BASIS 503(B)(9) CLAIMS).

### Please find my responses to Omnibus Objection on Page 11-12 #31-32 A-E:

A).  **Name of Court:** The United States Bankruptcy Court for the District of Delaware
**Name of Debtors:** Nortel Networks, Inc.
**Case number of debtor:** 09-10138 (KG)
**Title Objection:** Section 503(b)(9) Redundant of other claim

B).  **Claimant:** Jeffrey Peterson
**Claim Number:** 1590 & 2303
**Description:**   #1590   $65,190.00 Due to Severance Salary owed
   #2303   $7036.00   Due to Health Care Benefits during severance period

C).  Two separate claims were filed on behalf of Jeffrey Peterson for 2 different monetary entitlements. The first claim #1590 was for recovery of severance salary due in the amount of $65,190.00. The second claim #2303 was for recovery of Health care benefits during severance period for the amount of $7036.00.

These two claims should be combined as one claim and filed. This new claim should have a monetary value of $65,190.00 + $7036.00 = $72,226.00.

D).  **Explanation of Supporting Documentation:**
   - See attachments:
      # 1 - Paystub - defines hourly rate of pay
      # 2 – Termination Notification Page – Severance defined
      # 3 - Cobra Benefits Costs
      # 4 – Detail Summary Page

E).  **Claimant:**   Jeffrey Peterson
   7 Scotch Pine Lane
   East Setauket, NY 11733
   (631) 689-2720  Home


Sincerely,

*Jeffrey Peterson*

Jeffrey Peterson

View Paychecks - Detail   Case 09-40128-MFW   Doc 2459   Filed 02/17/10   Page 2 of 5   Page 1 of 1

Note to financial institutions: This electronic representation of Jeffrey F Peterson's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 5/22/2009.

Done

ATTACHMENT #1

# NORTEL

05/22/09          D078637

4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7
Research Triangle Park NC 27709-3010

                                                     $2,890.19

**ADVICE OF DEPOSIT**

JEFFREY F PETERSON
7 SCOTCH PINES LANE
E. SETAUKET, NY 11733

**NON-NEGOTIABLE**

---

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| JEFFREY F PETERSON | 535724 | XXX-XX-XXXX | Married | US-8/0 NY-6/0 | D078637 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| NN-US | 1RA | Hourly rate | 514 | RP15 | | 05/11/09 | 05/24/09 | 05/22/09 |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 62.6827 | 80.00 | 5014.62 | 55160.82 | Checking - 6904002818 | 2890.19 |
| Calculated Disability | | | 1.20 | 13.20 | | |
| Group Term Life > $50000 | | | 5.61 | 61.71 | W2 Gross Wages | Current 4232.01  YTD 46251.23 |
| Total Gross | | | 5021.43 | 55235.73 | | |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | 377.27 | 4239.32 |
| Social Security (FICA) | 293.48 | 3228.23 |
| Federal Medicare | 68.64 | 754.99 |
| New York Income Tax | 240.69 | 2625.03 |
| New York Disability | 1.20 | 13.20 |
| Total | 981.28 | 10860.77 |

| PreTax Deductions | Current | YTD |
|---|---|---|
| Pretax Medical Plan | 68.61 | 754.71 |
| Pretax DVH Plan | 13.50 | 148.50 |
| Health Care Spending Account | 192.31 | 2115.41 |
| Pretax STD | 8.02 | 88.22 |
| Pretax LTD | 5.52 | 60.72 |
| 401K Unmatched | 200.58 | 2507.26 |
| 401K Matched-Option D | 300.88 | 3309.68 |
| Total | 789.42 | 8984.50 |

| AfterTax Deductions | Current | YTD |
|---|---|---|
| Voluntary AD&D | 6.02 | 66.22 |
| Life Insurance | 28.89 | 317.79 |
| Dependent Life Ins. Spouse | 4.43 | 48.73 |
| Dependent Life Ins. Child | 0.55 | 6.05 |
| 401K Loan | 306.39 | 3370.29 |
| Group Term Life Offset | 5.61 | 61.71 |
| MetLaw Legal Services | 8.65 | 95.15 |
| Total | 360.54 | 3965.94 |

| Net Pay | 2890.19 |
|---|---|

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010


ADP National Account Services

ATTACHMENT #2

I. EMPLOYEE DATA

Notice Date:

Employee: Jeffrey Peterson

Employee Number: 0466421

Continuous Service Date: 1991/03/04

Severance Eligibility Date: 1991/03/04

Employment Termination Date: 2009/06/02

Severance Stop Date: 2009/11/03

Employee Home Address:

7 SCOTCH PINES LANE
E. SETAUKET
NY      11733

Severance Period (for employees with at least 6 months of service): 22
(Number of Weeks) to Commence Following Termination Date

HR Contact: Nortel HR Shared Services
            Mail Stop 570/02/0C2
            PO Box 13010
            4001 E. Chapel Hill-Nelson Hwy
            Research Triangle Park, NC 27709-3010
            1-800-676-4636

Plan Administrators Authorized Extra severance of 4 weeks "As Notification Time". This Time was given in previous Layoffs in JAN. 2009.
I should be entitled to these Extra 4 weeks severance pay.

22 weeks + 4 weeks = 26 weeks Total severance

ATTACHMENT #3

Welcome - Ceridian Benefits Services                                                                    Page 1 of 1

PETERSON, JEFFREY | Edit Security Profile | Change Password | Log Out

**CERIDIAN**

Home | Resources & Tools | Contact Ceridian | Security Profile | Help

**My COBRA Account:**
**ID 29109045**

Account Summary
Account Details
Key Dates
Billing & Payment Information
Benefit and Dependant Coverage
View / Change Address
View / Print Forms
ARRA Notices / Forms
Cancel COBRA Online
Contact Ceridian

**Quick Links:**
COBRA FAQ
Cancel COBRA Online

# Welcome JEFFREY PETERSON
You last logged in on August 5, 2009

**Messages/Alerts**
There are no messages to display at this time.

I want to...                          I have a question about...

## COBRA Account Summary: ID 29109045

**Account Activity:**

| | | | |
|---|---|---|---|
| Last Payment Received: | 7/31/2009 | Last Payment Amount: | |
| Coverage is paid through: | 8/31/2009 | Credit Available: | $0.00 |

**Billing Information:**

| Period of Coverage | Date Due | Grace Period Ends | Premium Due |
|---|---|---|---|

There are no bills at this time.

Total Premium:                                        $0.00
Account Balance:                                      $0.00

Click here for more information about your COBRA account

The election we now have on record for you is:

| Plan Type | Plan Name | Current Paid Through | COBRA Coverage Start | Maximum Coverage End | Tier | Monthly Rate |
|---|---|---|---|---|---|---|
| Medical | ANTHEM PPO 80/60 MEDICAL | 8/31/2009 | 7/1/2009 | 12/2/2010 | Individual+2/Family | $986.82 |
| Dental | CIGNA - COMPREHENSIVE - DEN/VIS/HEA | 8/31/2009 | 7/1/2009 | 12/2/2010 | Individual+2/Family | $92.73 |
| Other | EMPLOYEE ASSISTANCE PROGRAM | 8/31/2009 | 7/1/2009 | 12/2/2010 | Individual+2/Family | $2.84 |

Total **$1,082.39** *per mo.*

¿Habla Español?    Cancel Now

Privacy Policy | Terms & Conditions | About Ceridian
© 2009 Ceridian Corporation. All Rights Reserved.

*1082.39 / mo.*
*÷ 4 wks.*
*≈ 270.60 per wk.*
*× 26 severance wks.*
*= 7036.00*
*Total severance period Health Benefit Costs*

8/18/2009

https://www.ceridian-benefits.com/Welcome.aspx

# *Attachment # 4*

**Detail of Creditor for:**   Jeffrey Peterson
7 Scotch Pine Lane
East Setauket, NY 11733
(631) 689-2720  Home

**Debtors**:   Nortel Networks Inc.
**Case#**:   09-10138 (KG)

**Severance Pay:**
   *Base Pay Hourly Rate*:   $62.6827  (noted on attachment #1)

   26 weeks of severance (noted on attachment #2)  x  40 hour work week
        = 1040 hours severance pay

   1040 hours x $62.6827 hourly rate = **$65,190.00  Severance Pay**

**Health Benefits**:
   Cobra Health Benefits Costs:  $270.60 Weekly  (noted in attachment #3)

   $270.60 weekly Health costs x 26 week severance period = **$7,036.00 Health Benefits Costs**

         **$65,190.00 Severance Pay**
         **$ 7,036.00 Health Benefits Costs**
         ------------------------------------------

         **$72,226.00  Total Claim**