UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. No. 2457** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:      )
                        ) SS
COUNTY OF NEW CASTLE:   )

Stephanie L. Breckenridge, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, co-counsel for Kien Chen and Moreno Minto, in the above-captioned matter, and that on the 19th day of February, 2010, she caused copies of the following document to be served upon the attached service list in the manner indicated:

1. **Lead Plaintiffs' Limited Objection to Debtors' Motion for Order Authorizing and Approving Sale of Certain Assets of Debtors' CVAS Business [D.I. No. 2457].**

Stephanie L. Breckenridge

Sworn to and subscribed before me this 19th day of February, 2010.

Notary Public _____

My Commission Expires: 11/30/11

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

## SERVICE LIST

**BY HAND DELIVERY**
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801


**BY FACSIMILE**
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Field LLP
One Bryant Park
New York, NY 10036
**Facsimile: 212.872.1002**