# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

November 1, 2009 Through January 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 5.1 | 3,213.00 |
| Brian Burke (2005) | Associate/Litigation | 580 | 5.1 | 2,958.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 7.3 | 3,832.50 |
| Mary Glennon | Paralegal | 245 | 18.5 | 4532.50 |
| Luis Feliciano | Case Clerk | 185 | 1.5 | 277.50 |
| Ruth Sheopaul | Case Clerk | 185 | 2.1 | 388.50 |
| John Kapp | IT Administrator | 250 | 8.7 | 2,175.00 |
| **Total** | | | 48.3 | 17,377.00 |
| **Grand Total:** $17,377.00 | | | | |
| **Blended Rate:** $359.77 | | | | |

Page (6) 6

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                    PROFORMA NO.        813795
02205-00016                                     BATCH NO.           631798
                                                THROUGH DATE:     01/31/10
NORTEL NETWORKS LIMITED
RESERVES RELEASE

          Currency:  US DOLLARS
================================================================================
```

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 12/31/09 | 07453 Feliciano, Luis | 1.50 | 277.50 | 28777045 |
| | Task: Delivered letter to Judge Berman at SDNY regarding Nortel Network for M. Glennon. | | | |
| 11/10/09 | 13325 Glennon, Mary M. | .30 | 73.50 | 28551514 |
| | Task: Reviewed Pacer filings. | | | |
| 11/18/09 | 13325 Glennon, Mary M. | .20 | 49.00 | 28591829 |
| | Task: Filed Bankruptcy filings. | | | |
| 12/31/09 | 13325 Glennon, Mary M. | 2.50 | 612.50 | 28772520 |
| | Task: Filed letter and exhibits with Judge Berman; coordinated same with MA's office; drafted and reviewed e-mails with B. Burke. | | | |
| 12/04/09 | 15492 Burke, Brian | .40 | 232.00 | 28649741 |
| | Task: Securities settlement: Reviewed omnibus motion and related papers filed by Nortel I lead plaintiff; corresponded with client and S. Tenai regarding response to motion. | | | |
| 12/07/09 | 15492 Burke, Brian | 1.20 | 696.00 | 28663052 |
| | Task: Securities settlement: Reviewed Nortel I omnibus motion and began drafting response; correspondence with S. Baskin regarding same. | | | |
| 12/11/09 | 15492 Burke, Brian | 2.10 | 1,218.00 | 28722688 |
| | Task: Securities settlement: Drafted and circulated letter to J. Berman (Nortel I) regarding remaining settlement shares. | | | |
| 12/17/09 | 15492 Burke, Brian | 1.00 | 580.00 | 28722697 |
| | Task: Securities settlement: Made revisions to J. Berman (Nortel I) regarding settlement shares. | | | |
| 12/18/09 | 15492 Burke, Brian | .40 | 232.00 | 28722700 |
| | Task: Securities settlement: Telephone call with Nortel II plaintiffs' counsel regarding remaining settlement shares. | | | |
| 11/06/09 | 20891 Sheopaul, Ruth | .60 | 111.00 | 28527515 |
| | Task: Reviewed papers and made docket and calendar | | | |

Page (7) 7

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                        PROFORMA NO.        813795
02205-00016                                         BATCH NO.           631798
                                                    THROUGH DATE:     01/31/10
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

      Currency:  US DOLLARS
===========================================================================
Date      Timekeeper                                       Hours    Amount    Index #
               entries in Law Manager.

01/06/10  20891 Sheopaul, Ruth                              .30      55.50  28781192
   Task:    Reviewed papers and made docket and calendar
         entries in Law Manager.

        TOTAL HOURS:                                 10.50
        TOTAL FEES:                                          4,137.00

```
                                                                  Page (6) 35
                         SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/16/10                    PROFORMA NO.         813798
02205-00021                                     BATCH NO.            631798
                                                THROUGH DATE:      01/31/10
NORTEL NETWORKS LIMITED
INVESTIGATIONS

         Currency:  US DOLLARS
================================================================================

                              Timecard Detail

 Date      Timekeeper                                    Hours    Amount   Index #

 11/09/09 06262 Baskin, Stuart                             .00       .00 28528001
    Task:       FOR PROFESSIONAL SERVICES RENDERED AND POSTED
                with representing Nortel Network Corporation

 11/06/09 13325 Glennon, Mary M.                           .60    147.00 28543172
    Task:       Reviewed Court Alert Pacer information.

 11/10/09 13325 Glennon, Mary M.                           .30     73.50 28551515
    Task:       Reviewed pacer filings.

 11/16/09 13325 Glennon, Mary M.                          1.60    392.00 28575579
    Task:       Bankruptcy: Assisted T. Gilroy with fee
                application.

 11/17/09 13325 Glennon, Mary M.                           .60    147.00 28575584
    Task:       (Regulatory) Reviewed e-mails from E. Weiss and
                retrieved requested correspondence.

 11/18/09 13325 Glennon, Mary M.                           .30     73.50 28591828
    Task:       Filed Dunn legal filings.

 01/04/10 13325 Glennon, Mary M.                          1.80    441.00 28777296
    Task:       Reviewed Ontario Court opinion regarding
                electronic documents disclosure; reviewed
                e-mails to Lit. Support; office conference with
                E. Weiss regarding same.

 01/08/10 13325 Glennon, Mary M.                           .80    196.00 28788087
    Task:       Received boxes of hard drives and CDs from J.
                Kapp; organized same in case room.

 01/11/10 13325 Glennon, Mary M.                           .60    147.00 28789581
    Task:       Filed CDs received from Lit. support.

 01/13/10 13325 Glennon, Mary M.                          1.80    441.00 28797329
    Task:       Created index for T. Gilroy; office conference
                with P. Gil regarding storage of files;
                reviewed indices for bates ranges recalled.

 01/14/10 13325 Glennon, Mary M.                          5.30  1,298.50 28800786
    Task:       Drafted and reviewed e-mails to T. Gilroy
                regarding managing/organizing historical
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                    PROFORMA NO.      813798
02205-00021                                     BATCH NO.         631798
                                                THROUGH DATE:    01/31/10
NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
===============================================================================
Date       Timekeeper                                Hours    Amount    Index #
               production files and litigation files; creating
               file sheets for internal filing system;
               organizing and managing historical files;
               supervising the transport of boxes; office
               conference with P. Gil regarding files and
               drafts of same.

01/15/10 13325 Glennon, Mary M.                       1.80   441.00  28819315
    Task:      Office conference with T. Gilroy regarding
               production files; reviewed and organized same.

11/09/09 13429 Weiss, Elizabeth R.                     .10    63.00  28535470
    Task:      Regulatory - Correspondence and telephone call
               with SEC regarding A. Ventresca's title and
               mailing regarding distribution counsel's bills.

11/16/09 13429 Weiss, Elizabeth R.                     .40   252.00  28563974
    Task:      Correspondence with D. Powers regarding H.
               Verity inquiry; telephone call to Arnold &
               Porter regarding same.

11/17/09 13429 Weiss, Elizabeth R.                     .20   126.00  28579484
    Task:      Regulatory - Telephone call with K. Hashimoto
               regarding H. Verity inquiry.

11/18/09 13429 Weiss, Elizabeth R.                     .10    63.00  28579486
    Task:      Regulatory - Telephone call from K. Hashimoto
               regarding H. Verity inquiry.

12/08/09 13429 Weiss, Elizabeth R.                     .80   504.00  28663227
    Task:      Criminal - Telephone call with J. Teskey
               regarding RCMP inquiry into production issues.

01/04/10 13429 Weiss, Elizabeth R.                     .90   567.00  28775957
    Task:      Review order from RCMP; correspondence with
               client, co-counsel, and PTS regarding same.

01/05/10 13429 Weiss, Elizabeth R.                     .30   189.00  28775963
    Task:      Criminal - Discussion with T. Gilroy regarding
               Canadian court order regarding productions.

01/06/10 13429 Weiss, Elizabeth R.                     .30   189.00  28791868
    Task:      Review correspondence from J. Kapp.

01/07/10 13429 Weiss, Elizabeth R.                    1.40   882.00  28791871
    Task:      Telephone call regarding RCMP production issues
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                          PROFORMA NO.      813798
02205-00021                                           BATCH NO.         631798
                                                      THROUGH DATE:   01/31/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS

         Currency:  US DOLLARS
==============================================================================
Date      Timekeeper                                  Hours    Amount   Index #
               and Canadian court order.

01/12/10 13429 Weiss, Elizabeth R.                      .30    189.00 28791874
   Task:       Telephone call with T. Gilroy regarding RCMP
               conference call.

01/21/10 13429 Weiss, Elizabeth R.                      .30    189.00 28846201
   Task:       Correspondence with D. Deppe regarding RCMP
               meetings; discussion with T. Gilroy regarding
               same.

01/04/10 16162 Kapp, John L.                           2.10    525.00 28840455
   Task:       Review materials stored at Shearman in
               preparation for RCMP requests.

01/05/10 16162 Kapp, John L.                           1.70    425.00 28840456
   Task:       Review materials stored at Shearman in
               preparation for RCMP requests.

01/07/10 16162 Kapp, John L.                           1.40    350.00 28840460
   Task:       Telephone conference with counsel, vendors and
               RCMP representatives.

01/13/10 16162 Kapp, John L.                           1.40    350.00 28840897
   Task:       Inventory of load files in preparation for an
               RCMP request.

01/15/10 16162 Kapp, John L.                           2.10    525.00 28840901
   Task:       Telephone conference with counsel, vendors and
               RCMP representatives.

11/09/09 16476 Gilroy, Terence P.                       .30    157.50 28541897
   Task:       Bankruptcy - Reviewed correspondence from
               Nortel bankruptcy counsel.

11/10/09 16476 Gilroy, Terence P.                       .50    262.50 28541902
   Task:       Bankruptcy - Meeting with D. McPherson
               regarding fee application.

11/11/09 16476 Gilroy, Terence P.                      1.10    577.50 28556240
   Task:       Bankruptcy - Drafted Third Fee Application.

11/13/09 16476 Gilroy, Terence P.                      1.00    525.00 28556248
   Task:       Bankruptcy - Reviewed timesheets in support of
               fee application; edited fee application.
```

Page (9) 38

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/16/10  
02205-00021

PROFORMA NO.        813798  
BATCH NO.          631798  
THROUGH DATE: 01/31/10

NORTEL NETWORKS LIMITED  
INVESTIGATIONS

Currency: US DOLLARS

```
=====================================================================
Date     Timekeeper                                     Hours    Amount    Index #
11/17/09 16476 Gilroy, Terence P.                        .30     157.50   28574209
   Task:       Prepared fee application.

01/12/10 16476 Gilroy, Terence P.                       1.40     735.00   28796068
   Task:       RCMP Proceeding - Conference call with RCMP
               staff, S. Fenton, S. Tenai, and J. Tesky
               regarding order compelling RCMP to make
               adequate production to former Nortel
               executives; reviewed materials relating to same.

01/15/10 16476 Gilroy, Terence P.                       2.70   1,417.50   28804479
   Task:       Regulatory - Prepared for and participated in
               conference call with D. Powers, S. Tenai, J.
               Teskey, S. Fenton and representatives from
               Discovery Mining to discuss strategy for
               complying with Canadian discovery order (1.2);
               meeting with same and representatives from RCMP
               regarding same (.7); meeting with M. Glennon to
               discuss action items from meeting (.4);
               reviewed documents relating to discovery order
               (.4).

11/04/09 20891 Sheopaul, Ruth                            .40      74.00   28511819
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

11/06/09 20891 Sheopaul, Ruth                            .30      55.50   28527520
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

01/06/10 20891 Sheopaul, Ruth                            .30      55.50   28781193
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

01/26/10 20891 Sheopaul, Ruth                            .20      37.00   28838817
   Task:       Reviewed papers and made docket and calendar
               entries in Law Manager.

               TOTAL HOURS:                            37.80
               TOTAL FEES:                                     13,240.00
```