# EXHIBIT B

## EXPENSE SUMMARY

All Matters

November 1, 2009 Through January 31, 2010[6]

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | 36.10 |
| Electronic Docket Information | Court Alert | 345.14 |
| Electronic Docket Information | Pacer | 51.50 |
| Electronic Docket Information | E-Law | 137.16 |
| Computer Research | ALM Media | 644.64 |
| Other Information Services | Reed Elsevier | 30.73 |
| **Total Expenses:** | | $1,245.27 |

---

[6] Includes unbilled expenses for October 2009.

NYDOCS04/517726.1

Page (8) 8

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                    PROFORMA NO.          813795
02205-00016                                     BATCH NO.             631798
                                                THROUGH DATE: 01/31/10
NORTEL NETWORKS LIMITED
RESERVES RELEASE

         Currency:  US DOLLARS
================================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                              Amount    Index #   Voucher

12/24/09 CPY    06262 Baskin, Stuart                       2.20  26029662
                22 COPIES AT 599 5th Floor
                Ref:           42024364    73191

12/31/09 CPY    13325 Glennon, Mary M.                      .20  26038846
                2 COPIES AT 599 5th Floor
                Ref:           42041377    73360

12/31/09 CPY    13325 Glennon, Mary M.                     7.50  26038847
                75 COPIES AT 599 4th Floor Svc Ctr
                Ref:           42041406    73360

01/14/10 CPY    13325 Glennon, Mary M.                     1.50  26048528
                15 COPIES AT 599 5th Floor
                Ref:           42052000    73490

10/31/09 INF    06262 Baskin, Stuart                      71.86  25964613  31450865
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 747392

10/31/09 INF    06262 Baskin, Stuart                     221.28  25972418  31451749
                Other Information Services - - VENDOR: ALM
                MEDIA, INC.
                Bank ID: CITBKNY4 Check Number: 747484

11/01/09 INF    06262 Baskin, Stuart                      45.72  25964679  31450866
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 747406

11/01/09 INF    06262 Baskin, Stuart                      20.45  25966883  31451195
                Other Information Services - - VENDOR: REED
                ELSEVIER INC.
                Bank ID: CITBKNY4 Check Number: 748266

11/30/09 INF    06262 Baskin, Stuart                     201.12  26017392  31457106
                Other Information Services - - VENDOR: ALM
                MEDIA, INC.
                Bank ID: CITBKNY4 Check Number: 748350
```

Page (9) 9

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                    PROFORMA NO.        813795
02205-00016                                     BATCH NO.           631798
                                                THROUGH DATE: 01/31/10

NORTEL NETWORKS LIMITED
RESERVES RELEASE
          Currency:  US DOLLARS
===============================================================================
          Cost
  Date    Code    Charged By                              Amount  Index #   Voucher
11/30/09  INF     06262 Baskin, Stuart                     10.28  26027109  31457986
                  Other Information Services - - VENDOR: REED
                  ELSEVIER, INC.
                  Bank ID: CITBKNY4 Check Number: 748537

12/16/09  INF     06262 Baskin, Stuart                     71.32  26012475  31456524
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 748167

12/16/09  INF     06262 Baskin, Stuart                     30.48  26012667  31456591
                  Other Information Services - - VENDOR: E- LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 748203

12/31/09  INF     06262 Baskin, Stuart                    222.24  26063599  31463875
                  Other Information Services - - VENDOR: ALM
                  MEDIA, INC.
                  Bank ID: CITBKNY4 Check Number: 749098

01/01/10  INF     06262 Baskin, Stuart                     30.48  26067920  31464751
                  Other Information Services - - VENDOR: E- LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 749208

01/25/10  INF     06262 Baskin, Stuart                     75.12  26060776  31463694
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 749091

01/06/10  OSD     06262 Baskin, Stuart                      7.00  26070821  31465254
                  Other Outside Services - - VENDOR: PACER
                  SERVICE CENTER
                  Bank ID: CITBKNY4 Check Number: 749183


          TOTAL                                         1,018.75
```

Page (10) 39

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                    PROFORMA NO.         813798
02205-00021                                     BATCH NO.            631798
                                                THROUGH DATE:      01/31/10
NORTEL NETWORKS LIMITED
INVESTIGATIONS

        Currency:  US DOLLARS
================================================================================

                              Costcard Detail

         Cost
Date     Code    Charged By                              Amount   Index #   Voucher

11/20/09 CPY   13325 Glennon, Mary M.                     2.00  25969228
               20 COPIES AT 599 5th Floor
               Ref:               41962672    72684

11/30/09 CPY   13325 Glennon, Mary M.                      .10  25984493
               1 COPIES AT 599 5th Floor
               Ref:               41981102    72849

11/30/09 CPY   13325 Glennon, Mary M.                      .20  25984494
               2 COPIES AT 599 5th Floor
               Ref:               41981117    72849

12/01/09 CPY   13325 Glennon, Mary M.                      .10  25984495
               1 COPIES AT 599 5th Floor
               Ref:               41981295    72849

12/03/09 CPY   13325 Glennon, Mary M.                      .20  25991920
               2 COPIES AT 599 5th Floor
               Ref:               41987032    72893

12/07/09 CPY   13325 Glennon, Mary M.                      .10  25997652
               1 COPIES AT 599 5th Floor
               Ref:               41991131    72975

12/15/09 CPY   13325 Glennon, Mary M.                      .10  26012934
               1 COPIES AT 599 5th Floor
               Ref:               42008076    73063

12/15/09 CPY   13325 Glennon, Mary M.                      .10  26012935
               1 COPIES AT 599 4th Floor Svc Ctr
               Ref:               42008145    73063

12/22/09 CPY   13325 Glennon, Mary M.                      .20  26029663
               2 COPIES AT 599 5th Floor
               Ref:               42024095    73191

12/30/09 CPY   13325 Glennon, Mary M.                      .70  26036141
               7 COPIES AT 599 5th Floor
               Ref:               42037762    73321

01/13/10 CPY   13325 Glennon, Mary M.                    15.00  26048529
```

Page (11) 40

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/16/10                          PROFORMA NO.        813798
02205-00021                                           BATCH NO.           631798
                                                      THROUGH DATE: 01/31/10
NORTEL NETWORKS LIMITED
INVESTIGATIONS
         Currency:  US DOLLARS
========================================================================
         Cost
  Date   Code    Charged By                            Amount  Index #  Voucher
                 150 COPIES AT 599 C1 Level-Copy Center
                 Ref:             42051927    73490

01/21/10 CPY    13325 Glennon, Mary M.                   5.50 26058264
                55 COPIES AT 599 5th Floor
                Ref:              42069324    73576

01/29/10 CPY    13325 Glennon, Mary M.                    .40 26072433
                4 COPIES AT 599 5th Floor
                Ref:              42084892    73742

10/31/09 INF    06262 Baskin, Stuart                    46.82 25964616 31450865
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 747392

12/16/09 INF    06262 Baskin, Stuart                    39.74 26012478 31456524
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 748167

12/16/09 INF    06262 Baskin, Stuart                    15.24 26012669 31456591
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 748203

01/01/10 INF    06262 Baskin, Stuart                    15.24 26067922 31464751
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 749208

01/25/10 INF    06262 Baskin, Stuart                    40.28 26060779 31463694
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 749091

01/06/10 OSD    06262 Baskin, Stuart                    44.50 26070823 31465254
                Other Outside Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4 Check Number: 749183


              TOTAL                                    226.52
```