IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X

In re : AFFIDAVIT OF SERVICE

Nortel Networks Inc., et al., : Chapter 11
: Case No. 09-10138 (KG)
Debtors. : Jointly Administered
:

------------------------------------------------------------------ X

STATE OF NEW YORK )
  :ss.:
COUNTY OF NEW YORK )

Jace Lipstein, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action and in the employ of Cleary Gottlieb Steen & Hamilton LLP.

On the 18th day of February 2010 at approximately 1:40 p.m., I personally served Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the UK Pension Proceedings; the Notice of Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings; Debtors' Motion for an Order Shortening Notice for Hearing on Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings; the Declaration of Lisa M. Schweitzer in Support of Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the UK Pension Proceedings; the Declaration of Richard Hitchcock in Support of Debtors' Motion for Entry of an Order to Enforce the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings; and the Declaration of John Ray in Support of Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings, upon:

Michael Luskin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 100004

by personally delivering and leaving true copies of said documents with Peter Owusu, a mailroom clerk at the firm of Hughes Hubbard & Reed LLP.

_____
Jace Lipstein

Sworn to before me this
19th day of February 2010

_____
Notary Public

LIZ STAFFORD
Notary Public, State of New York
No. 01ST5081846
Qualified in Kings County
Certificate Filed in New York County
Commission Expires July 14, 2011