IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- X

*In re* : AFFIDAVIT OF SERVICE

Nortel Networks Inc., et al., : Chapter 11
: Case No. 09-10138 (KG)
Debtors. : Jointly Administered

------------------------------------------------------------------- X

STATE OF NEW YORK )
:ss.:
COUNTY OF NEW YORK )

Nicole Vanella, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action and in the employ of Cleary Gottlieb Steen & Hamilton LLP.

On the 18th day of February 2010, I personally served the Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings dated February 18, 2010 upon:

Michael Luskin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  100004

_____
Nicole Vanella

Sworn to before me this
19th day of February 2010

_____
Notary Public

ALEXANDRA ANGRAND
Notary Public, State of New York
No. 01AN6155989
Qualified in New York County
Commission Expires November 20, 2010