# EXHIBIT A

554774



## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 02/19/10 09:32

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,216.10 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,216.10** | | |
| | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $54,901.35 |
| | | LTD Disb Billed | $66.20 |
| | | A/R Balance This Matter | $0.00 |

Address:   Jeanine L. Daniluk
           Dept. 0381
           Nortel Networks
           195 The West Mall
           Toronto, Ontario
           Canada M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7439342 | 11/04/09 | Jackson, T. | Create multiple user accounts with login/password credentials, grant access to the Cconnect database, and e-mail the user login/password credentials along with a Quick User Guide to Ms. Springer for each user at her request. | 0.50 | $140.00 |
| 7503210 | 11/11/09 | Springer, R. | Draft and edit data and analyses for CNVAS, CNCDMA, and CNSERVS AAPs (5.8); draft e-mail to Ms. O'Neal regarding departments in each AAP (.5). | 6.30 | $2,409.75 |
| 7503218 | 11/18/09 | Springer, R. | Continue to draft Availability/Utilization analyses for Carrier AAPs. | 2.50 | $956.25 |
| 7480343 | 11/19/09 | Meade, K. | Telephone conference with AAP team re 2009 AAPs. | 0.30 | $136.35 |

554774

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7503222 | 11/19/09 | Springer, R. | Edit analyses for CNCDMA AAP and post to extranet (1.0); prepare for and participate in conference call (.5). | 1.50 | $573.75 |
| | | | Professional Services Total | 11.10 | $4,216.10 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $454.50 | 0.30 | $136.35 |
| 001220 | Counsel | Springer, R. | $382.50 | 10.30 | $3,939.75 |
| 004541 | Lit Support | Jackson, T. | $280.00 | 0.50 | $140.00 |
| | | Fees Value | | 11.10 | $4,216.10 |

**554775**



### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 02/19/10 09:32

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 05/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,745.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 43.77 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,788.77** | | |
| | | YTD Fees Billed | $0.00 |
| | | YTD Disb Billed | $0.00 |
| Address: Jenine L. Daniluk | | | |
| Dept. 0381 | | LTD Fees Billed | $8,242.50 |
| Nortel Networks | | LTD Disb Billed | $0.61 |
| 195 The West Mall | | | |
| Toronto, Ontario | | A/R Balance This Matter | $0.00 |
| Canada, M9C 5K1 | | | |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7442506 | 11/02/09 | Meade, K. | Conference with Mr. Chapman re revisions to draft exhibit to submission to the OFCCP to incorporate educational requirements into same. | 0.40 | $210.00 |
| 7445436 | 11/04/09 | Crassa, J. | Meet with attorney to receive update on case matter and assignment (.4); review the North American sales job description chart education requirements (1.6). | 2.00 | $290.00 |
| 7442529 | 11/04/09 | Meade, K. | Break apart Final review of attachment to submission to the OFCCP re job description and educational requirements (.8); cross-check same against original data source (.4); email revised draft to Mses. Doxey and O'Neal with explanatory cover email (.1); review of email from Ms. Doxey re review of same (.1); | 1.90 | $997.50 |

554775

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 05/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | conference with Mr. Crassa re cross-checking educational requirements of the job description against educational qualifications of selected candidates and show examples of same (.4). | | |
| 7512079 | 11/04/09 | Springer, R. | Edit applicant file with application dates received from Ms. Gannon for submission to OFCCP. | 0.50 | $227.50 |
| 7445555 | 11/05/09 | Crassa, J. | Complete the review of the North American sales job description chart education requirements. | 4.50 | $652.50 |
| 7470286 | 11/10/09 | Meade, K. | Review of results of analysis of educational requirements compared to educational qualifications of selected candidate (.3); finalize draft cover letter to Mr. Fears re same (.1); email to Mses. Doxey and O'Neal re same and re results of findings of analysis (.1); further email exchange re same (.1); transmit submission to Mr. Fears (.1). | 0.70 | $367.50 |
| | | | **Professional Services Total** | **10.00** | **$2,745.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 3.00 | $1,575.00 |
| 001220 | Counsel | Springer, R. | $455.00 | 0.50 | $227.50 |
| 006502 | Project Assist | Crassa, J. | $145.00 | 6.50 | $942.50 |
| | | | **Fees Value** | **10.00** | **$2,745.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|

554775

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade          Fees and Disbursements Through 11/30/09
Client: 105185 / Nortel Networks Corp             Last Date Billed 09/30/09 (Through 05/31/09)
Matter: 105185.0000173 / North American Sales Audit   Proforma Joint Group # 105185

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5159637 | 11/10/09 | | 0155 | 1032028 | 000998 | Express Delivery From: KRIS MEADE To: KELVIN FEARS OFFICE OF FEDERAL CONTRACT 61 FORSYTH ST 7B75 ATLANTA GA 30303 Tracking Number: 934498912170 Invoice Number: 940311273 934498912170 940311273 | $32.27 |
| 5157047 | 11/18/09 | | 0004 | 1033722 | 001003 | Postage | $11.50 |
| | | | | | | Total Disbursements | $43.77 |

**Disbursements Summary**

| Code | Description | Amount |
|------|-------------|--------|
| 0004 | Postage | $11.50 |
| 0155 | Express Delivery | $32.27 |
| | Total Disbursements | $43.77 |

- 3 -

**554776**



### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 02/19/10 09:32

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $2,474.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$2,474.50** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $9,929.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7470305 | 11/11/09 | Meade, K. | Conference with Ms. Springer re status of review of IT applicant data and submission to the OFCCP. | 0.20 | $105.00 |
| 7470317 | 11/12/09 | Meade, K. | Telephone conference with Mses. Doxey, Lightfoot and Springer et al re status of data for IT audit and next steps in verification process. | 0.40 | $210.00 |
| 7512092 | 11/12/09 | Springer, R. | Confer with Ms. Lightfoot regarding IT applicants file. | 0.50 | $227.50 |
| 7512100 | 11/13/09 | Springer, R. | Confer with Ms. Lightfoot and Ms. Bernard regarding IT applicant data file. | 0.90 | $409.50 |
| 7503217 | 11/18/09 | Springer, R. | Confer with Ms. Lightfoot regarding data scrubbing. | 0.30 | $136.50 |

554776

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 7480344 | 11/19/09 | Meade, K. | Telephone conference with audit team re status of applicant data. | 0.30 | $157.50 |
| 7503221 | 11/19/09 | Springer, R. | Review data and confer with Ms. Lightfoot and Ms. Bernard regarding data questions for IT audit requisitions. | 1.80 | $819.00 |
| 7512111 | 11/30/09 | Springer, R. | Review prior data (.4); confer with Ms. Lightfoot regarding file clean-up (.5). | 0.90 | $409.50 |
| | | | Professional Services Total | 5.30 | $2,474.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001003 | Partner | Meade, K. | $525.00 | 0.90 | $472.50 |
| 001220 | Counsel | Springer, R. | $455.00 | 4.40 | $2,002.00 |
| | | | Fees Value | 5.30 | $2,474.50 |

**549957**



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 02/02/10 13:26

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,848.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 34.24 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,882.74** | | |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $62,588.50 |
| LTD Disb Billed | $36.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7449894 | 11/02/09 | Cheney, M | Email Mr. Howard re fee application and monthly statements. | 0.20 | $110.00 |
| 7440573 | 11/04/09 | Howard, F. | Meet with Mr. Oliveras to discuss proforma billing information. | 1.80 | $261.00 |
| 7440661 | 11/04/09 | Howard, F. | Review and prepare pleading materials for Mr. Oliveras re proforma billing information. | 0.30 | $43.50 |
| 7440670 | 11/04/09 | Howard, F. | Prepare and produce hard copy of electronic pleadings. | 0.30 | $43.50 |
| 7440679 | 11/04/09 | Howard, F. | Review and prepare email correspondence re proforma billing information. | 0.40 | $58.00 |
| 7440711 | 11/04/09 | Howard, F. | Review materials re proforma billing information. | 0.20 | $29.00 |
| 7440571 | 11/04/09 | Howard, F. | Meet with Ms. Novosel to discuss proforma | 0.30 | $43.50 |

**549957**

# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | billing information. | | |
| 7440676 | 11/04/09 | Howard, F. | Meet with Mr. Oliveras to discuss proforma billing information. | 0.30 | $43.50 |
| 7462993 | 11/09/09 | Howard, F. | Review and revise August fee application. | 1.20 | $174.00 |
| 7463005 | 11/10/09 | Howard, F. | Review and revise August fee application. | 0.70 | $101.50 |
| 7463018 | 11/11/09 | Howard, F. | Review and revise August fee application. | 2.50 | $362.50 |
| 7463025 | 11/11/09 | Howard, F. | Review and revise September fee application. | 1.80 | $261.00 |
| 7471667 | 11/12/09 | Cheney, M | Call with Ms. Cordo re monthly fee statements. | 0.10 | $55.00 |
| 7463032 | 11/12/09 | Howard, F. | Review and revise September fee application. | 0.70 | $101.50 |
| 7463037 | 11/12/09 | Howard, F. | Review and revise October fee application. | 1.80 | $261.00 |
| 7463046 | 11/13/09 | Howard, F. | Review and revise October fee application. | 2.30 | $333.50 |
| 7463048 | 11/13/09 | Howard, F. | Review and revise third quarter fee application. | 1.20 | $174.00 |
| 7481428 | 11/16/09 | Howard, F. | Review and revise September fee application. | 2.00 | $290.00 |
| 7481431 | 11/16/09 | Howard, F. | Review and revise Third Quarterly fee application. | 1.00 | $145.00 |
| 7491314 | 11/19/09 | Cheney, M | Conference with Mr. Howard re fee statements. | 0.20 | $110.00 |
| 7491315 | 11/19/09 | Cheney, M | Review and revise August fee statement. | 0.40 | $220.00 |
| 7491316 | 11/19/09 | Cheney, M | Review and revise September fee statement. | 0.40 | $220.00 |
| 7491317 | 11/19/09 | Cheney, M | Review and revise October fee statement. | 0.40 | $220.00 |
| 7491318 | 11/19/09 | Cheney, M | Review and revise third quarterly fee application and proposed order. | 0.60 | $330.00 |
| 7481694 | 11/19/09 | Howard, F. | Meet with Mr. Cheney to discuss fee applications. | 0.20 | $29.00 |
| 7481695 | 11/19/09 | Howard, F. | Meet with Mr. Cheney to discuss fee applications. | 0.20 | $29.00 |
| 7481700 | 11/19/09 | Howard, F. | Meet with Mr. Cheney to discuss fee appliations. | 0.80 | $116.00 |
| 7495842 | 11/19/09 | Howard, F. | Review and revise September fee application. | 0.20 | $29.00 |
| 7495860 | 11/19/09 | Howard, F. | Review and revise August fee application. | 0.30 | $43.50 |
| 7495863 | 11/19/09 | Howard, F. | Review and revise October fee application. | 0.50 | $72.50 |

- 2 -

**549957**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 11/30/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7495865 | 11/19/09 | Howard, F. | Review and revise Third Quarterly fee application. | 0.30 | $43.50 |
| 7491327 | 11/20/09 | Cheney, M | Email Ms. Cordo enclosing monthly fee statements. | 0.30 | $165.00 |
| 7491325 | 11/20/09 | Cheney, M | Finalize fee statements for August, September and October. | 0.60 | $330.00 |
| | | | Professional Services Total | 24.50 | $4,848.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $550.00 | 3.20 | $1,760.00 |
| 006510 | Paralegal | Howard, F. | $145.00 | 21.30 | $3,088.50 |
| | | | Fees Value | 24.50 | $4,848.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5145143 | 11/11/09 | | 0022 | 1027104 | 001835 | Inhouse Duplicating | $11.60 |
| 5147177 | 11/11/09 | | 0004 | 1027509 | 001835 | Postage | $2.24 |
| 5149032 | 11/16/09 | | 0022 | 1028861 | 006510 | Inhouse Duplicating | $3.80 |
| 5152644 | 11/19/09 | | 0022 | 1031026 | 006510 | Inhouse Duplicating | $16.60 |
| | | | | | | Total Disbursements | $34.24 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.24 |
| 0022 | Inhouse Duplicating | $32.00 |
| | Total Disbursements | $34.24 |

- 3 -