# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2009 Through November 30, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Delivery | Federal Express Corporation | $32.27 |
| Postage | | $13.74 |
| Duplicating | C&M In-House ($.10) | $32.00 |
| **TOTAL** | | **$78.01** |

554775

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit  

Fees and Disbursements Through 11/30/09  
Last Date Billed 09/30/09 (Through 05/31/09)  
Proforma Joint Group # 105185  

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5159637 | 11/10/09 | | 0155 | 1032028 | 000998 | Express Delivery From: KRIS MEADE To: KELVIN FEARS OFFICE OF FEDERAL CONTRACT 61 FORSYTH ST 7B75 ATLANTA GA 30303 Tracking Number: 940311273 934498912170 Invoice Number: 940311273 934498912170 940311273 | $32.27 |
| 5157047 | 11/18/09 | | 0004 | 1033722 | 001003 | Postage | $11.50 |
| | | | | | | Total Disbursements | $43.77 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $11.50 |
| 0155 | Express Delivery | $32.27 |
| | Total Disbursements | $43.77 |

549957

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 11/30/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5145143 | 11/11/09 | | 0022 | 1027104 | 001835 | Inhouse Duplicating | $11.60 |
| 5147177 | 11/11/09 | | 0004 | 1027509 | 001835 | Postage | $2.24 |
| 5149032 | 11/16/09 | | 0022 | 1028861 | 006510 | Inhouse Duplicating | $3.80 |
| 5152644 | 11/19/09 | | 0022 | 1031026 | 006510 | Inhouse Duplicating | $16.60 |

Total Disbursements $34.24

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.24 |
| 0022 | Inhouse Duplicating | $32.00 |

Total Disbursements $34.24