# EXHIBIT A

554777



# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 02/19/10 09:32

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $9,348.50 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| TOTAL THIS PROFORMA | $9,348.50 | | | |
| Address: Jeanine L. Daniluk | | | YTD Fees Billed | $0.00 |
| Dept. 0381 | | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | | |
| 195 The West Mall | | | LTD Fees Billed | $54,901.35 |
| Toronto, Ontario | | | LTD Disb Billed | $66.20 |
| Canada M9C 5K1 | | | | |
| | | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7543832 | 12/02/09 | Springer, R. | Prepare for and participate in call to discuss issues regarding next year's EEO-1 and Vets100 files. | 1.20 | $459.00 |
| 7543837 | 12/10/09 | Springer, R. | Continue to draft 2009 AAPs. | 1.00 | $382.50 |
| 7617943 | 12/15/09 | Springer, R. | Edit data and create AAP databases for Finance, and ES, ESADVS, ESCOM 2009 AAPs (3.0); continue to edit analyses for Carrier AAPs (1.5). | 4.50 | $1,721.25 |
| 7617949 | 12/16/09 | Springer, R. | Edit data and draft charts for CNSERV, CNSALES, CNLTE 2009 AAPs (3.0); edit data and run analyses for CNLOWE 2009 AAP (.5); edit data and create databases for ES 2009 AAPs (.75); confer with Ms. Tucker regarding preparation of ES AAPs (.5). | 4.80 | $1,836.00 |
| 7577580 | 12/16/09 | Tucker, T. | Initial review, format and extraction of data | 5.50 | $1,210.00 |

**554777**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 12/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | for ES and ESADVS AAP plans (5.0); emails to Ms. Springer re same (.5). | | |
| 7617952 | 12/17/09 | Springer, R. | Edit and finalize analyses for remaining Carrier AAPs (2.0); post all files to extranet (.3). | 2.30 | $879.75 |
| 7577589 | 12/17/09 | Tucker, T. | Continue to review and extract data for ES and ESADVS AAPs (2.5); initial review, format and extraction of data for ESCOMS and ESSALES AAP plans (4.0). | 6.50 | $1,430.00 |
| 7578456 | 12/18/09 | Tucker, T. | Continue to review and extract data for ESCOMS and ESSALES AAP plans (2.0); initial review and format of data for ESSVCS AAP plan (3.0); email to Ms. Springer re same (.5). | 5.50 | $1,210.00 |
| 7588801 | 12/21/09 | Tucker, T. | Edit data for ESSALES AAP plan. | 1.00 | $220.00 |
| | | | **Professional Services Total** | **32.30** | **$9,348.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $382.50 | 13.80 | $5,278.50 |
| 004389 | Paralegal | Tucker, T. | $220.00 | 18.50 | $4,070.00 |
| | | **Fees Value** | | **32.30** | **$9,348.50** |

# 554778



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 02/19/10 09:32

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $10,048.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 45.08 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$10,093.58** | | |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $9,929.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7520840 | 12/02/09 | Meade, K. | Conference with Ms. Springer re status of data from Ms. Lightfoot and initial analysis of same. | 0.30 | $157.50 |
| 7543831 | 12/02/09 | Springer, R. | Review and analyze IT applicants file from Ms. Lightfoot and compare to prior data. | 1.80 | $819.00 |
| 7543833 | 12/07/09 | Springer, R. | Review revised Prof Tech 1,2 job group applicant data and identify data questions (.5); conduct additional adverse impact analyses (.5). | 1.00 | $455.00 |
| 7546436 | 12/08/09 | Meade, K. | Analyze results of revisions to applicant data by requisition and consider adverse impact results and next steps. | 0.60 | $315.00 |
| 7546437 | 12/08/09 | Meade, K. | Telephone conference with Mses. Doxey, O'Neal, Lightfoot and Springer re results of analysis | 0.50 | $262.50 |

# 554778

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | of revised applicant data, submission of same to the OFCCP, and next steps in analyzing total selection process. | | |
| 7546438 | 12/08/09 | Meade, K. | Voicemail for Ms. Butts re individualized compensation data. | 0.10 | $52.50 |
| 7543834 | 12/08/09 | Springer, R. | Review file from Ms. Lightfoot and create chart the details differences between current data and data sent to OFCCP (1.5); conduct adverse impact analysis of current data (1.25); prepare for and participate in conference call to discuss; confer with Ms. Lightfoot (.75). | 3.50 | $1,592.50 |
| 7543835 | 12/09/09 | Springer, R. | Review revised applicant and selection data (.75); prepare for and participate in call with Ms. Lightfoot and rest of team to discuss hiring process (3.05). | 3.80 | $1,729.00 |
| 7543836 | 12/10/09 | Springer, R. | Prepare for and participate in conference call to discuss remaining issues in IT applicant data for Prof Tech 1,2 job group. | 1.30 | $591.50 |
| 7554590 | 12/14/09 | Meade, K. | Conference with Ms. Springer re issues relating to requisitions at issue in IT audit and potential resolution of each. | 0.40 | $210.00 |
| 7617942 | 12/14/09 | Springer, R. | Confer with Nortel team regarding explanations for recruitment process (1.5); review and comment on spreadsheets from team (.5); further discussions with team regarding same (1.0). | 3.00 | $1,365.00 |
| 7623290 | 12/14/09 | Springer, R. | Confer with Mr. Meade regarding information on applicant process needed for audit (.5); confer with Ms. Lightfoot, Ms. Sumner and Ms. Bododea regarding information on applicant process (1.0). | 1.50 | $682.50 |
| 7617948 | 12/16/09 | Springer, R. | Review revised data from Ms. Sumner and create chart of comparison between revised data and original data submitted to OFCCP (.5); begin to revise letter to OFCCP (.3). | 0.80 | $364.00 |

**554778**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7584776 | 12/18/09 | Meade, K. | Begin reviewing results of efforts to track disposition of applicants for IT positions at issue in audit and preliminary findings (.7). Conference with Ms. Springer re applicant dispositions and step-by-step analysis of hiring decisions for requisitions at issue in IT audit (.4). Telephone conference with Mses. Doxey, O'Neal, Lightfoot and Springer re step-by-step analysis of hiring decisions for requisitions at issue in IT audit, preliminary results of same, and next steps, and follow on conference with Ms. Springer re same (.8). | 1.90 | $997.50 |
| 7617953 | 12/18/09 | Springer, R. | Review explanations of recruitment process (.25); confer with Mr. Meade regarding OFCCP request (.25); prepare for and participate in conference call with Msses. O'Neal, Doxey, Lightfoot and Mr. Meade (.5). | 1.00 | $455.00 |
| | | | Professional Services Total | 21.50 | $10,048.50 |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $525.00 | 3.80 | $1,995.00 |
| 001220 | Counsel | Springer, R. | $455.00 | 17.70 | $8,053.50 |
| | | Fees Value | | 21.50 | $10,048.50 |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5181161 | 12/09/09 | | 0051 | 1041690 | 001220 | Long Distance Telephone (613) 763 0170 | $18.17 |
| 5181162 | 12/09/09 | | 0051 | 1041690 | 001220 | Long Distance Telephone (613) 763 0170 | $21.48 |
| 5199229 | 12/18/09 | | 0051 | 1046716 | 001003 | Long Distance Telephone (972) 684 5262 | $5.43 |
| | | | | | | Total Disbursements | $45.08 |

**554778**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $45.08 |
| | **Total Disbursements** | **$45.08** |

- 4 -

# 554699



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Proforma Generation Date: 02/18/10 16:56

Fees and Disbursements Through 12/31/09  
Last Date Billed 09/30/09 (Through 07/31/09)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $605.00 | |
| Total Disbursements This Proforma | 1.90 | |
| **TOTAL THIS PROFORMA** | **$606.90** | |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $62,588.50 |
| LTD Disb Billed | $36.00 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7548093 | 12/10/09 | Cheney, M | Teleconference with Ms. Cordo re fee hearing and proposed order. | 0.20 | $110.00 |
| 7548097 | 12/10/09 | Cheney, M | Review proposed fee order. | 0.30 | $165.00 |
| 7580775 | 12/14/09 | Cheney, M | Prepare for hearing on third quarter fee application. | 0.60 | $330.00 |
| | | | Professional Services Total | <u>1.10</u> | <u>$605.00</u> |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $550.00 | 1.10 | $605.00 |
| | | | **Fees Value** | <u>**1.10**</u> | <u>**$605.00**</u> |

- 1 -

**554699**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5163992 | 12/02/09 | | 0004 | 1038063 | 001835 | Postage | $1.90 |
| | | | | | | Total Disbursements | **$1.90** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $1.90 |
| | Total Disbursements | **$1.90** |