# EXHIBIT B

EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2009 Through December 31, 2009

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Call | Long Distance Phone | $45.08 |
| Postage | | $1.90 |
| TOTAL | | $46.98 |

554778

# Crowell & Moring
## Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5181161 | 12/09/09 | | 0051 | 1041690 | 001220 | Long Distance Telephone (613) 763 0170 | $18.17 |
| 5181162 | 12/09/09 | | 0051 | 1041690 | 001220 | Long Distance Telephone (613) 763 0170 | $21.48 |
| 5199229 | 12/18/09 | | 0051 | 1046716 | 001003 | Long Distance Telephone (972) 684 5262 | $5.43 |

Total Disbursements $45.08

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $45.08 |

Total Disbursements $45.08

554699

# Crowell & Moring
## Billable Proforma

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 12/31/09
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 5163992 | 12/02/09 | | 0004 | 1038063 | 001835 | Postage | $1.90 |

Total Disbursements  $1.90

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0004 | Postage | $1.90 |

Total Disbursements  $1.90