# EXHIBIT A

# 554779



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 02/19/10 09:33

Fees and Disbursements Through 01/31/10
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $9,938.65 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$9,938.65** | | | |
| Address: Jeanine L. Daniluk | | | YTD Fees Billed | $0.00 |
| Dept. 0381 | | | YTD Disb Billed | $0.00 |
| Nortel Networks | | | | |
| 195 The West Mall | | | LTD Fees Billed | $54,901.35 |
| Toronto, Ontario | | | LTD Disb Billed | $66.20 |
| Canada M9C 5K1 | | | | |
| | | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7635214 | 01/04/10 | Tucker, T. | Work on extracting data for ESSVCS AAP analysis (4.0); draft weightings template for ES, ESADVS and ESCOMS plans (2.5). | 6.50 | $1,495.00 |
| 7635227 | 01/05/10 | Tucker, T. | Edit data for ESSALES and ESCOMS AAP plans (1.75); draft weightings template for ESSALES and ESSVCS plans (1.75). | 3.50 | $805.00 |
| 7697983 | 01/07/10 | Springer, R. | Continue to work on 2009 AAPs (4.0); draft and edit spreadsheets to determine proposed internal and external weightings (.8). | 4.80 | $1,879.20 |
| 7651730 | 01/11/10 | Tucker, T. | Meet with Ms. Springer re AAP Weightings chart (.5); edit and finalize re same (2.5). | 3.00 | $690.00 |
| 7704687 | 01/13/10 | Springer, R. | Edit and format data for 2009 HR AAP. | 0.50 | $195.75 |
| 7652614 | 01/15/10 | Meade, K. | Telephone conference with AAP team re 2009 and 2010 AAPs, sequencing of same, and status of | 0.30 | $139.05 |

**554779**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 01/31/10  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | 2009 AAPs. | | |
| 7704692 | 01/15/10 | Springer, R. | Prepare for and participate in status conference call to discuss AAPs, functional AAP agreement and status of agenda items. | 0.60 | $234.90 |
| 7704701 | 01/21/10 | Springer, R. | Continue to conduct analyses for Carrier AAPs (3.5); send Carrier internal and external weightings worksheets to Ms. Lightfoot and Ms. Elro (.2). | 3.70 | $1,448.55 |
| 7668440 | 01/21/10 | Tucker, T. | Meet with Ms. Springer to discuss creation of additionals AAP plans (.5); review and format data for Global Ops AAP plan (.3). | 3.50 | $805.00 |
| 7668452 | 01/22/10 | Tucker, T. | Continue to review and edit data for Global Ops AAP plan (1.0); review and input data for HR AAP plan (2.0); draft weightings charts re same (2.0). | 5.00 | $1,150.00 |
| 7704707 | 01/26/10 | Springer, R. | Continue to draft analyses for Enterprise Solutions and Enterprise Solutions Advanced Systems AAPs. | 2.50 | $978.75 |
| 7704719 | 01/29/10 | Springer, R. | Prepare for and participate in conference call to discuss status of AAPs and current agenda items. | 0.30 | $117.45 |
| | | | **Professional Services Total** | **34.20** | **$9,938.65** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $463.50 | 0.30 | $139.05 |
| 001220 | Counsel | Springer, R. | $391.50 | 12.40 | $4,854.60 |
| 004389 | Paralegal | Tucker, T. | $230.00 | 21.50 | $4,945.00 |
| | | **Fees Value** | | **34.20** | **$9,938.65** |

# 554780



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 02/19/10 09:33

Fees and Disbursements Through 01/31/10
Last Date Billed 09/30/09 (Through 05/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,018.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$1,018.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $8,242.50 |
| LTD Disb Billed | $0.61 |
| A/R Balance This Matter | $0.00 |

Address: Jenine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7691089 | 01/05/10 | Springer, R. | Continue to review information regarding recruitment process for audit requisitions and identify questions for Ms. Sumner and Ms. Bododea (1.0); edit letter to OFCCP (1.0). | 2.00 | $910.00 |
| 7691050 | 01/28/10 | Meade, K. | Email to Mr. Fears of the OFCCP in response to his voicemail re review of selection data that has been submitted; review of responsive email from Mr. Fears re same; forward same to Ms. Doxey. | 0.20 | $108.00 |
| | | | Professional Services Total | 2.20 | $1,018.00 |

**554780**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit  

Fees and Disbursements Through 01/31/10  
Last Date Billed 09/30/09 (Through 05/31/09)  
Proforma Joint Group # 105185  

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $540.00 | 0.20 | $108.00 |
| 001220 | Counsel | Springer, R. | $455.00 | 2.00 | $910.00 |
| | | | Fees Value | 2.20 | $1,018.00 |



# 554781



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Proforma Generation Date: 02/19/10 09:33

Fees and Disbursements Through 01/31/10
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $4,023.00 | |
| Total Disbursements This Proforma | 19.11 | |
| **TOTAL THIS PROFORMA** | **$4,042.11** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $9,929.50 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7691091 | 01/06/10 | Springer, R. | Review revised data from Ms. Sumner with information regarding "round" (.3); confer with Ms. Sumner and Ms. Bododea regarding narrative for each requisition (.75); review revised data from Ms. Sumner with individuals requiring sponsorship removed from data (.45). | 1.50 | $682.50 |
| 7641725 | 01/07/10 | Meade, K. | Conference with Ms. Springer re status of applicant data and availability of resumes in response to OFCCP letter re same. | 0.30 | $162.00 |
| 7639175 | 01/11/10 | Meade, K. | Review OFCCP letter re requested information re hires (.1); consideration of same (.1); telephone conference with Ms. Springer re same and re preparations for telephone conference with Ms. Doxey re same (.1). | 0.30 | $162.00 |

# 554781

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 01/31/10  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7647363 | 01/12/10 | Meade, K. | Conference with Ms. Springer re applicant data and options and telephone conference with Mses. Springer and Doxey re same. | 0.80 | $432.00 |
| 7697985 | 01/12/10 | Springer, R. | Prepare for and participate in conference call with Ms. Doxey to discuss data issues for IT applicants and next steps in audit response. | 0.50 | $227.50 |
| 7652607 | 01/14/10 | Meade, K. | Conference with Ms. Springer re content of letter to the OFCCP re selection decisions and applicant pools for same. | 0.30 | $162.00 |
| 7691099 | 01/14/10 | Springer, R. | Draft letter regarding applicants and selections; confer with Mr. Meade regarding same. | 1.00 | $455.00 |
| 7652613 | 01/15/10 | Meade, K. | Telephone conference with audit team re status of response to the OFCCP re request for information on applicants and hires. | 0.20 | $108.00 |
| 7704691 | 01/15/10 | Springer, R. | Prepare for and participate in conference call to discuss next steps in IT audit response. | 0.40 | $182.00 |
| 7669305 | 01/22/10 | Meade, K. | Review and revise draft letter to the OFCCP re IT selection decisions (.2); email to Ms. Springer re same (.1); forward draft of same to Mses. Doxey and Lightfoot (.1). | 0.40 | $216.00 |
| 7704703 | 01/22/10 | Springer, R. | Prepare for and participate in conference call to discuss IT response, additional information regarding resumes and job descriptions that Nortel may be able to provide. | 0.80 | $364.00 |
| 7704708 | 01/27/10 | Springer, R. | Review and respond to information from Ms. Bododea and Ms. Sumner regarding job titles and job descriptions for IT audit requisitions. | 0.90 | $409.50 |
| 7691053 | 01/29/10 | Meade, K. | Conference with Ms. Springer re status of response to request for information re selections for IT positions and telephone conference with audit team re same. | 0.60 | $324.00 |
| 7704718 | 01/29/10 | Springer, R. | Prepare for and participate in conference call resolving issues concerning IT response letter. | 0.30 | $136.50 |

**554781**

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 01/31/10
Last Date Billed 09/30/09 (Through 07/31/09)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Professional Services Total | 8.30 | $4,023.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001003 | Partner | Meade, K. | $540.00 | 2.90 | $1,566.00 |
| 001220 | Counsel | Springer, R. | $455.00 | 5.40 | $2,457.00 |
| | | Fees Value | | 8.30 | $4,023.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5221711 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 839 2392 | $0.94 |
| 5221712 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 763 0170 | $5.19 |
| 5221713 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 763 0170# | $7.55 |
| 5249161 | 01/29/10 | | 0051 | 1067729 | 001003 | Long Distance Telephone (972) 684 5262 | $5.43 |
| | | | | | | Total Disbursements | $19.11 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $19.11 |
| | Total Disbursements | $19.11 |

# 554148



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 02/19/10 12:51

Fees and Disbursements Through 01/31/10
Last Date Billed 09/30/09 (Through 07/31/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---:|---:|
| Total Fees This Proforma | $200.50 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$200.50** | |

| | |
|---|---:|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $62,588.50 |
| LTD Disb Billed | $36.00 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---:|---:|
| 7643083 | 01/04/10 | Cheney, M | Review email from Ms. Cordo re timing for next quarterly fee statements and application. | 0.10 | $56.50 |
| 7643084 | 01/04/10 | Cheney, M | Email to Mr. Howard re timing for next quarterly fee statements and application. | 0.10 | $56.50 |
| 7616593 | 01/05/10 | Howard, F. | Review and prepare email correspondence re proforma billing information. | 0.20 | $31.00 |
| 7653649 | 01/12/10 | Cheney, M | Teleconference with Ms. Woollett re status of payment of approved fees. | 0.10 | $56.50 |
| | | | **Professional Services Total** | **0.50** | **$200.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|

**554148**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 01/31/10  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 0.30 | $169.50 |
| 006510 | Paralegal | Howard, F. | $155.00 | 0.20 | $31.00 |
| | | | Fees Value | 0.50 | $200.50 |



- 2 -