# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2010 Through January 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Call | Long Distance Phone | $19.11 |
| **TOTAL** | | **$19.11** |

554781

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Fees and Disbursements Through 1/31/10  
Last Date Billed 09/30/09 (Through 07/31/09)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5221711 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 839 2392 | $0.94 |
| 5221712 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 763 0170 | $5.19 |
| 5221713 | 01/06/10 | | 0051 | 1056036 | 001220 | Long Distance Telephone (613) 763 0170# | $7.55 |
| 5249161 | 01/29/10 | | 0051 | 1067729 | 001003 | Long Distance Telephone (972) 684 5262 | $5.43 |

Total Disbursements  $19.11

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $19.11 |

Total Disbursements  $19.11