IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
       Debtors. : Jointly Administered
:
---------------------------------------------------------- X   Hearing date: March 17, 2010
               at 11:00 a.m. (E.T.)

**FOURTH QUARTERLY FEE APPLICATION REQUEST OF CROWELL & MORING LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell & Moring LLP hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period Nov. 1, 2009 through and including Jan. 31, 2010[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications Docket Item Nos. 2472, 2473, and 2474 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No.[2] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/19/10; D.I. __ | 11/1/09 – 11/30/09 | $14,284.10 | $78.01 | | $11,505.29 | $78.01 | $2,778.81 |
| 2/19/10; D.I. __ | 12/1/09 – 12/31/09 | $20,002.00 | $46.98 | | $16,048.58 | $46.98 | $3,953.42 |
| 2/19/10; D.I. __ | 1/1/10 – 1/31/10 | $15,180.15 | $19.11 | | $12,183.15 | $19.11 | $2,997.00 |
| TOTAL | | $49,466.25 | $144.10 | | $39,737.02 | $144.10 | $9,729.23 |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: February 19, 2010  
Washington, D.C.

CROWELL & MORING LLP

/s/ Matthew W. Cheney
James J. Regan (D.C. Bar No. 967398)
Matthew W. Cheney (MD Fed. Bar No. 25299)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8749
Facsimile: (202) 628-5116

*Special Counsel for the Debtors and Debtors-in-Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kris Meade | Partner | $454.50[3] | 0.3 | $136.35 |
| Kris Meade | Partner | $525.00 | 7.7 | $4,042.50 |
| Kris Meade | Partner | $463.50[4] | 0.3 | $139.05 |
| Kris Meade | Partner | $540.00 | 3.1 | $1,674.00 |
| Matthew Cheney | Counsel | $550.00 | 4.3 | $2,365.00 |
| Matthew Cheney | Counsel | $565.00 | 0.3 | $169.50 |
| Rebecca Springer | Counsel | $382.50[3] | 24.1 | $9,218.25 |
| Rebecca Springer | Counsel | $391.50[4] | 12.4 | $4,854.60 |
| Rebecca Springer | Counsel | $455.00 | 30.0 | $13,650.00 |
| Tony Jackson | Litigation Support | $280.00 | 0.5 | $140.00 |
| Tiffany Tucker | Paralegal | $220.00 | 18.5 | $4,070.00 |
| Tiffany Tucker | Paralegal | $230.00 | 21.5 | $4,945.00 |
| Francesco Howard | Paralegal | $145.00 | 21.3 | $3,088.50 |
| Francesco Howard | Paralegal | $155.00 | 0.2 | $31.00 |
| John Crassa | Project Assistant | $145.00 | 6.5 | $942.50 |
| **GRAND TOTAL** | | | **151.0** | **$49,466.25** |

---

[3] One of Crowell & Moring LLP's labor and employment matters had a special modified fixed fee arrangement for 2009 under which Crowell & Moring LLP bills at its "B" rates. All other matters were billed at the firms "A" rates. For 2010, the Debtors have asked and Crowell & Moring LLP has agreed to bill at its "A" rates less 10% for that one labor and employment matter.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AAP Preparation | 77.6 | $23,503.25 |
| North American Sales Audit | 12.2 | $3,763.00 |
| IT OFCCP Audit | 35.1 | $16,546.00 |
| Fee Employment Application | 26.1 | $5,654.00 |
| **GRAND TOTAL** | **151.00** | **$49,466.25** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Call | Long Distance Phone | $64.19 |
| Postage | | $15.64 |
| Delivery | Federal Express Corporation | $32.27 |
| Duplicating | C&M In-House ($.10) | $32.00 |
| **GRAND TOTAL** | | **$144.10** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]