IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NORTEL NETWORKS INC., ET AL.,<br><br>Debtor. | Chapter 11<br>Case No.:  09-10138 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

Sodexo, Inc. ("Sodexo"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

**Judy T. Thompson, Esq.**
**JD Thompson Law**
**P.O. Box 33127**
**Charlotte, NC  28233**

Sodexo respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Sodexo requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 20th day of February, 2010

By:    /s/ Judy D. Thompson
Judy D. Thompson
NC State Bar No. 15617
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
(828)749-1865
jdt@jdthompsonlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, by mailing a copy of the same to them by regular mail, on this the 22nd day of February, 2010.

Alissa T. Gazze
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801

Mary Caloway
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

Peter James Duhig
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899

Ira M. Levee
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

James L. Bromley
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19899

*U.S. Trustee*
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

    /s/ Judy D. Thompson
    Judy D. Thompson