## EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

November 1, 2009 Through January 31, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | November-January |
|---|---|---|
| 1 | Pension Advisory | 148.00 |
| 2 | Fee Applications | 6.75 |
| **TOTAL** | | **154.75** |

**Summary of Services Rendered by Professional**

| Name | November-January |
|---|---|
| Richard Jones (Principal – London) | 35.5 |
| James Saunders (Principal – London) | 59.75 |
| Ryan McGlothlin (Managing Director – Boston) | 9.0 |
| Jacquie Woodward (Associate Director – London) | 22.75 |
| Matthew Claisse (Associate Director – London) | 3.0 |
| Russell Gill (Associate – London) | 23.0 |
| Dianne Tersoni (Associate – Boston) | 1.75 |
| **TOTAL** | **154.75** |

Punter Southall LLC
Time Detail
November 1, 2009 through January 31, 2010

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/2/2009 | Review & Research potential UK claims | 2.0 | 1 | JS |
| 11/3/2009 | Response to UK Prceedings Process Memo | 1.0 | 1 | JS |
| 11/3/2009 | Response to UK Prceedings Process Memo | 1.0 | 1 | RJ |
| 11/9/2009 | Conference call re: UK proceedings | 3.3 | 1 | RJ |
| 11/9/2009 | Conference call re: UK proceedings | 3.3 | 1 | JS |
| 11/9/2009 | Conference call re: UK proceedings | 3.3 | 1 | JW |
| 11/9/2009 | Conference call re: UK proceedings | 3.3 | 1 | RDM |
| 11/13/2009 | Research & Review | 1.0 | 1 | JW |
| 11/16/2009 | Conference call pre/follow-up | 1.5 | 1 | JS |
| 11/16/2009 | Conference call re: UK Strategy | 0.5 | 1 | JS |
| 11/16/2009 | Conference call re: UK Strategy | 0.5 | 1 | JW |
| 11/16/2009 | Call with Freshfields | 0.5 | 1 | JS |
| 11/16/2009 | Begin UK strategy discussion doc. for bondholders | 0.5 | 1 | JS |
| 11/17/2009 | UK Resarch for discussion document | 1.0 | 1 | JW |
| 11/18/2009 | UK Resarch for discussion document | 0.8 | 1 | JW |
| 11/18/2009 | Call with A&O & Freshfields re: UK strategy | 1.3 | 1 | JS |
| 11/18/2009 | Call with A&O & Freshfields re: UK strategy | 1.3 | 1 | JW |
| 11/18/2009 | Call with A&O & Freshfields re: UK strategy | 1.3 | 1 | RJ |
| 11/19/2009 | UK Resarch for discussion document | 1.0 | 1 | JW |
| 11/20/2009 | UK Resarch for discussion document | 1.3 | 1 | JS |
| 11/20/2009 | Call with A&O & Freshfields re: UK strategy | 1.5 | 1 | JS |
| 11/20/2009 | Call with A&O & Freshfields re: UK strategy | 1.0 | 1 | JW |
| 11/20/2009 | Information request email to Cleary | 0.5 | 1 | JS |
| 11/20/2009 | Prepare strategy document | 1.0 | 1 | JS |
| 11/20/2009 | Prepare strategy document | 0.8 | 1 | JW |
| 11/26/2009 | Prepare strategy document | 0.5 | 1 | JW |
| 11/26/2009 | Prepare strategy document | 1.0 | 1 | JS |
| 12/1/2009 | Response to legal eqnuity | 0.5 | 1 | JS |
| 12/1/2009 | Prepare strategy document | 4.5 | 1 | RJ |
| 12/2/2009 | Call w/ A&O / Freshfields | 0.5 | 1 | JS |
| 12/2/2009 | Call w/ A&O / Freshfields | 0.5 | 1 | JW |
| 12/2/2009 | Prepare strategy document | 5.0 | 1 | RJ |
| 12/3/2009 | Call w/ Cleary re: information request | 0.5 | 1 | JS |
| 12/3/2009 | Emails/discussions re: information request | 0.5 | 1 | JS |
| 12/3/2009 | Emails/discussions re: information request | 0.5 | 1 | RJ |
| 12/17/2009 | Call w/ A&O / Freshfields | 1.0 | 1 | JS |
| 12/17/2009 | Call w/ A&O / Freshfields | 1.0 | 1 | JW |
| 12/17/2009 | Research & Review | 0.5 | 1 | JW |
| 12/18/2009 | Conference call re: UK warning notice | 1.3 | 1 | JS |
| 12/18/2009 | Conference call re: UK warning notice | 1.3 | 1 | JW |
| 12/18/2009 | Conference call re: UK warning notice | 1.3 | 1 | RJ |
| 12/18/2009 | Conference call re: UK warning notice | 1.3 | 1 | RDM |
| 12/22/2009 | Review UK Warning Notice & filings | 3.3 | 1 | JS |
| 12/22/2009 | Review UK Warning Notice & filings | 3.5 | 1 | JW |
| 12/22/2009 | Review UK Warning Notice & filings | 2.8 | 1 | RJ |
| 12/22/2009 | Review UK Warning Notice & filings | 1.0 | 1 | RDM |
| 12/23/2009 | Conference call to discuss warning notice | 1.3 | 1 | JS |
| 12/23/2009 | Conference call to discuss warning notice | 1.3 | 1 | JW |
| 12/23/2009 | Conference call to discuss warning notice | 1.3 | 1 | RJ |
| 12/23/2009 | Notes on warning notice | 1.8 | 1 | JS |
| 1/4/2010 | Review UK WN - compose note | 0.8 | 1 | JW |
| 1/8/2010 | Review UK WN - compose note | 1.0 | 1 | JW |
| 1/18/2010 | Document review - WN | 1.0 | 1 | JS |
| 1/18/2010 | Document review & notes -WN | 1.5 | 1 | JS |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 1/18/2010 | Document review & notes -WN | 3.0 | 1 | RJ |
| 1/19/2010 | Calls/emails re: UK WN | 1.5 | 1 | JS |
| 1/19/2010 | Calls/emails re: UK WN | 1.5 | 1 | JW |
| 1/19/2010 | UK WN Dcoument review | 1.3 | 1 | JS |
| 1/19/2010 | Calls/emails re: UK WN | 1.5 | 1 | JS |
| 1/19/2010 | Document review & notes -WN | 5.5 | 1 | RJ |
| 1/20/2010 | Document review, notes, emails -WN | 2.3 | 1 | JS |
| 1/20/2010 | Review notes/emails on UK project | 2.3 | 1 | RG |
| 1/20/2010 | Resourcing / scope / questions re: UK project | 1.8 | 1 | MC |
| 1/21/2010 | Conference Call & conversations re: UK WN | 1.5 | 1 | JS |
| 1/21/2010 | Conference Call & conversations re: UK WN | 1.5 | 1 | RG |
| 1/21/2010 | Document review & notes -WN | 1.8 | 1 | RG |
| 1/21/2010 | Drafting initial paper in response to WN | 1.0 | 1 | JS |
| 1/21/2010 | Document review & notes -WN | 2.3 | 1 | JS |
| 1/21/2010 | Document review & notes -WN | 1.0 | 1 | MC |
| 1/22/2010 | Document review/emails | 1.0 | 1 | JS |
| 1/22/2010 | Document review/emails | 1.0 | 1 | RG |
| 1/25/2010 | Resourcing / scope / questions re: UK project | 0.3 | 1 | MC |
| 1/25/2010 | Document review/emails | 2.0 | 1 | RG |
| 1/25/2010 | Drafting initial paper in response to WN | 1.5 | 1 | JS |
| 1/25/2010 | Drafting initial paper in response to WN | 6.3 | 1 | RG |
| 1/26/2010 | Conference Call & conversations re: UK WN | 0.8 | 1 | JS |
| 1/26/2010 | Conference Call & conversations re: UK WN | 0.8 | 1 | RG |
| 1/26/2010 | Conference Call & conversations re: UK WN | 0.8 | 1 | RJ |
| 1/26/2010 | Drafting initial paper in response to WN | 2.0 | 1 | RG |
| 1/26/2010 | Document review/emails | 1.0 | 1 | RG |
| 1/26/2010 | Drafting initial paper in response to WN | 1.3 | 1 | JS |
| 1/27/2010 | Document review/emails | 7.8 | 1 | JS |
| 1/27/2010 | Calculations on WN claims | 1.5 | 1 | RG |
| 1/27/2010 | Calculations on WN claims | 0.5 | 1 | JS |
| 1/27/2010 | Drafting initial paper in response to WN | 0.5 | 1 | RG |
| 1/27/2010 | Drafting initial paper in response to WN | 2.5 | 1 | JS |
| 1/28/2010 | Document review/emails | 2.5 | 1 | RG |
| 1/28/2010 | Conference Call & conversations re: UK WN | 1.5 | 1 | JS |
| 1/28/2010 | Reviewing data room documents | 1.5 | 1 | JS |
| 1/28/2010 | Internal discussions / updates | 1.0 | 1 | JS |
| 1/28/2010 | Internal discussions / updates | 1.0 | 1 | RJ |
| 1/28/2010 | Document review/emails | 4.0 | 1 | RJ |
| | Total Activity 1 | 148.0 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/19/2009 | Compile Time, etc. for Sept/Oct | 0.5 | 1 | RJ |
| 11/19/2009 | Compile Time, etc. for Sept/Oct | 0.5 | 1 | JS |
| 11/19/2009 | Compile Time, etc. for Sept/Oct | 0.5 | 1 | JW |
| 11/19/2009 | Compile Time, etc. for Sept/Oct | 0.5 | 2 | RDM |
| 11/20/2009 | Prepare filings for Sept / Oct and Second Quarter | 3.0 | 2 | RDM |
| 11/20/2009 | Prepare filings for Sept / Oct and Second Quarter | 1.0 | 2 | DT |
| 11/24/2009 | Handle billing enquiry | 0.8 | 2 | DT |
| | Total Activity 2 | 6.8 | | |
| | Total Activity 1 & 2 | 154.75 | | |