# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Fifth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2009 Through January 31, 2010** was caused to be made on February 22, 2010, in the manner indicated upon the entities identified below:

Date: February 22, 2010        */s/ Alissa T. Gazze*
                               Alissa T. Gazze (No. 5338)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3046171.6