## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                              :
*In re*                                       :    Chapter 11
                                              :
Nortel Networks Inc., *et al.*,[1]            :    Case No. 09-10138 (KG)
                                              :
                          Debtors.            :    Jointly Administered
                                              :
------------------------------------------------------------X

**ORDER GRANTING THIRD QUARTERLY FEE APPLICATION REQUEST OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010**

Upon consideration of the Third Quarterly Fee Application Request (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Palisades Capital Advisors LLC ("Palisades") and Punter Southall LLC ("Punter Southall") are Co-Advisors to the Debtors. Pursuant to the Engagement Letter dated May 8, 2009 (the "Engagement Letter"), the total monthly cash fee ("Monthly Advisory Fee") is $200,000 for the first ten months of the engagement and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee will be payable to Palisades and thirty-five percent to Punter Southall. Palisades and Punter Southall have separate orders authorizing their retention and employment, and each Co-Advisor will submit separate fee application. The terms of the Engagement Letter and the Co-Advisors' retention are being modified and, subject to Court approval, will be as follows. The Monthly Advisory Fee starting December 2009 (month eight) and thereafter will be reduced to $125,000. In addition, sixty-five percent of the Monthly Advisory Fee will be payable to Palisades through February 2010 and thirty-five percent to Punter Southall. In March and April 2010 fifty percent will be paid to Palisades and fifty percent to Punter Southall and in subsequent months thirty-five percent will be paid to Palisades and sixty-five percent to Punter Southall. This Application reflects these revised terms.

"Request") of Punter Southall LLC ("Punter Southall"), Delaware and General Bankruptcy Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from November 1, 2009 through and including January 31, 2010; and upon consideration of the monthly fee application subject to the Request (the "Fee Application"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. Punter Southall is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Punter Southall.

3. The Debtor is authorized and directed to disburse to Punter Southall payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Punter Southall for fees and expenses under the Fee Application, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2010

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3405349.2