IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-10138 (KG) |
| NORTEL NETWORKS INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| _____ ) | |

**UNITED STATES' WITHDRAWAL WITH PREJUDICE OF ITS
MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES
RELATING TO DEBTOR NNI'S OBJECTION TO
PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE**

The United States of America, on behalf of the Internal Revenue Service, hereby withdraws with prejudice its MOTION FOR WITHDRAWAL OF REFERENCE OF ALL ISSUES RELATING TO DEBTOR NNI'S OBJECTION TO PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE (Docket No. 1543).

DATE: February 22, 2010.

Respectfully submitted,

 /s/William Bradley Russell Jr.
WILLIAM BRADLEY RUSSELL JR.
JAN M. GEHT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0854 (Russell)
Telephone: (202) 307-6449 (Geht)
Fax: (202) 514-6866
E-mail: william.b.russell@usdoj.gov
E-mail: jan.m.geht@usdoj.gov
*Counsel for the United States*

4709684.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing WITHDRAWAL, together with supporting documents, was served on February 22, 2010, by ECF to all counsel of record.

    /s/ William Bradley Russell Jr.
WILLIAM BRADLEY RUSSELL JR.

4709684.1