# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $3,026.27 |
| Conference Call /Telephone Charges | $15,970.55 |
| Courier Service/Postage | $0.44 |
| Duplicating (@ $0.10 per page) | $133.80 |
| Meals/Committee Meeting Expenses | $2,803.99 |
| Travel Expenses – Airfare | $7,038.49 |
| Travel Expenses – Ground Transportation | $1,727.26 |
| Travel Expenses – Train Fare | $3,484.00 |
| | |
| **TOTAL** | **$34,184.80** |

8264084 v1