# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬ Attorneys at Law

| | | |
|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number | 1295983 |
| ATTN: JOHN DOLITTLE | Invoice Date | 02/12/10 |
| 2221 LAKESIDE BOULEVARD | Client Number | 687147 |
| RICHARDSON, TX 75082 | Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/20/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: NOV09-53062500000206 DATE: 11/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7712405397 DEPARTURE DATE: 10/26/2009 ROUTE: LGA YYZ LGA | $-1,579.86 |
| 11/20/09 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: DEC090010761500001 DATE: 12/1/2009 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $6.91 |
| 11/21/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650725 DATE: 12/4/2009 Vendor: Executive Royal Voucher #: 187414 Date: 11/21/2009 Name: David D'Urso||Car Service, Vendor: Executive Royal Voucher #: 187414 Date: 11/21/2009 Name: David D'Urso | $117.03 |
| 11/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 650362 DATE: 11/27/2009 Vendor: Executive Royal Voucher #: 185739 Date: 11/22/2009 Name: David D'Urso||Car Service, Vendor: Executive Royal Voucher #: 185739 Date: | $117.29 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1295983

Page 2
February 12, 2010

| 11/22/09 | 11/22/2009 Name: David D'Urso<br>Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 650725<br>DATE: 12/4/2009<br>Vendor: Executive Royal Voucher #:<br>191069 Date: 11/22/2009 Name: David<br>D'Urso||Car Service, Vendor: Executive<br>Royal Voucher #: 191069 Date:<br>11/22/2009 Name: David D'Urso | $117.03 |
| 11/22/09 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#:<br>1092663 DATE: 12/9/2009<br>Vendor: Dial Car Voucher #:<br>DLA3068131 Date: 11/22/2009 Name:<br>David D'Urso||Car Service, Vendor: Dial<br>Car Voucher #: DLA3068131 Date:<br>11/22/2009 Name: David D'Urso | $122.83 |
| 11/24/09 | Travel - Airfare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: BOTTER DAVID H<br>TICKET #: 7720267102 DEPARTURE<br>DATE: 11/24/2009 ROUTE: LGA DCA<br>LGA | $-175.72 |
| 11/24/09 | Travel - Airfare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: HODARA FRED<br>TICKET #: 7720267104 DEPARTURE<br>DATE: 11/24/2009 ROUTE: LGA DCA<br>LGA | $-175.72 |
| 12/01/09 | Travel - Train Fare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: BELL GRAEME<br>TICKET #: 0508724623 DEPARTURE<br>DATE: 12/01/2009 ROUTE: NYP WIL<br>NYP | $37.00 |
| 12/01/09 | Travel - Train Fare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: BELL GRAEME<br>TICKET #: 7681535427 DEPARTURE<br>DATE: 12/02/2009 ROUTE: NYP WIL<br>NYP | $298.00 |
| 12/01/09 | Travel - Train Fare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: BOTTER DAVID H<br>TICKET #: 0508724621 DEPARTURE<br>DATE: 12/01/2009 ROUTE: NYP WIL<br>NYP | $37.00 |
| 12/01/09 | Travel - Train Fare VENDOR: DINERS<br>CLUB INVOICE#: DEC09-<br>53062500000206 DATE: 12/30/2009<br>PASSENGER: BOTTER DAVID H<br>TICKET #: 7681535425 DEPARTURE | $283.00 |

|  |  |  |
|---|---|---|
|  | DATE: 12/02/2009 ROUTE: NYP WIL NYP |  |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: FEUERSTEIN TONY TICKET #: 0509150909 DEPARTURE DATE: 12/01/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: FEUERSTEIN TONY TICKET #: 0813E3 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $298.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0508724620 DEPARTURE DATE: 12/01/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 7681535424 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $283.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0508724619 DEPARTURE DATE: 12/01/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 7681535423 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $134.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 05C801 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $149.00 |
| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0509142882 DEPARTURE DATE: 12/01/2009 ROUTE: NYP WIL NYP | $37.00 |

| 12/01/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: STURM JOSHUA TICKET #: 07AA4A DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $298.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BELL GRAEME TICKET #: 0509183573 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509178505 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: FEUERSTEIN TONY TICKET #: 0509177105 DEPARTURE DATE: 12/02/2009 ROUTE: WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: FEUERSTEIN TONY TICKET #: 0509183574 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509178501 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509183571 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0509170220 DEPARTURE DATE: 12/02/2009 ROUTE: WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN | $37.00 |

| | | |
|---|---|---|
| 12/02/09 | TICKET #: 0509176351 DEPARTURE DATE: 12/02/2009 ROUTE: WIL NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0509183572 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0509172298 DEPARTURE DATE: 12/02/2009 ROUTE: WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0509177123 DEPARTURE DATE: 12/02/2009 ROUTE: WIL NYP | $37.00 |
| 12/02/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: STURM JOSHUA TICKET #: 0509183570 DEPARTURE DATE: 12/02/2009 ROUTE: NYP WIL NYP | $37.00 |
| 12/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0B6667 DEPARTURE DATE: 12/08/2009 ROUTE: NYP WAS NWK | $-263.00 |
| 12/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0509218696 DEPARTURE DATE: 12/03/2009 ROUTE: NYP WAS NWK | $37.00 |
| 12/03/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0B6667 DEPARTURE DATE: 12/08/2009 ROUTE: NYP WAS NWK | $263.00 |
| 12/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 0509161258 DEPARTURE DATE: 12/04/2009 ROUTE: NYP WAS NWK | $37.00 |
| 12/04/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09- | $263.00 |

|  |  |  |
|---|---|---|
|  | 53062500000206 DATE: 12/30/2009 PASSENGER: ROWE KEVIN M TICKET #: 7681535437 DEPARTURE DATE: 12/08/2009 ROUTE: NYP WAS NWK |  |
| 12/06/09 | Travel - Ground Transportation  Cab receipt | $13.00 |
| 12/07/09 | Travel - Ground Transportation  Working late regarding Nortel.  Taxi from office to home.; Taxi Receipt | $13.80 |
| 12/07/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509161259 DEPARTURE DATE: 12/07/2009 ROUTE: NYP WAS NYP | $37.00 |
| 12/07/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7681535438 DEPARTURE DATE: 12/09/2009 ROUTE: NYP WAS NYP | $494.00 |
| 12/07/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509161260 DEPARTURE DATE: 12/07/2009 ROUTE: NYP WAS NYP | $37.00 |
| 12/07/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 7681535439 DEPARTURE DATE: 12/09/2009 ROUTE: NYP WAS NYP | $494.00 |
| 12/08/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID TICKET #: 0509315201 DEPARTURE DATE: 12/08/2009 ROUTE: NY | $45.00 |
| 12/08/09 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509315200 DEPARTURE DATE: 12/08/2009 ROUTE: NY | $45.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509355132 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $15.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09- | $30.00 |

|          |                                                                                                                      |          |
|----------|----------------------------------------------------------------------------------------------------------------------|----------|
|          | 53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509343869 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA |          |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509343870 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509349919 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509349920 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7723962848 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $165.40 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509355133 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $15.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509343873 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509343874 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509349921 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |
| 12/09/09 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509349922 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $30.00 |

| | | |
|---|---|---|
| 12/09/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 7723962850 DEPARTURE DATE: 12/09/2009 ROUTE: DCA LGA | $165.40 |
| 12/10/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 0509377730 DEPARTURE DATE: 12/10/2009 ROUTE: LGA YOW LGA | $37.00 |
| 12/10/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 7723963210 DEPARTURE DATE: 12/16/2009 ROUTE: LGA YOW LGA | $662.00 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 0509412964 DEPARTURE DATE: 12/11/2009 ROUTE: LGA YOW LGA | $37.00 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 7723963819 DEPARTURE DATE: 12/16/2009 ROUTE: LGA YOW LGA | $662.00 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509414101 DEPARTURE DATE: 12/11/2009 ROUTE: YYZ YOW YYZ | $37.00 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7723963829 DEPARTURE DATE: 12/16/2009 ROUTE: YYZ YOW YYZ | $968.33 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: KUHN STEPHEN TICKET #: 0509397586 DEPARTURE DATE: 12/11/2009 ROUTE: LGA YOW LGA | $37.00 |
| 12/11/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 | $662.00 |

|  |  |  |
|---|---|---|
|  | PASSENGER: KUHN STEPHEN TICKET #: 7723963509 DEPARTURE DATE: 12/16/2009 ROUTE: LGA YOW LGA |  |
| 12/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: BOTTER DAVID H TICKET #: 104012 DEPARTURE DATE: 12/12/2009 ROUTE: WAS NYP | $-229.50 |
| 12/12/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: HODARA FRED TICKET #: 104012 DEPARTURE DATE: 12/12/2009 ROUTE: WAS NYP | $-229.50 |
| 12/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509432078 DEPARTURE DATE: 12/14/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 12/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509446432 DEPARTURE DATE: 12/14/2009 ROUTE: YYZ LGA YOW LGA YYZ | $37.00 |
| 12/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7723964033 DEPARTURE DATE: 12/16/2009 ROUTE: YYZ YOW LGA YYZ | $1,737.17 |
| 12/14/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09- 53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7723964252 DEPARTURE DATE: 12/15/2009 ROUTE: YYZ LGA YOW LGA YYZ | $1,831.58 |
| 12/14/09 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1308768 DATE: 12/14/2009 NAME: VONDLE DAVID TICKET #: 0509435905 DEPARTURE DATE: 12/15/2009 ROUTE: DCA YOW YYZ DCA | $37.00 |
| 12/14/09 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1308768 DATE: 12/14/2009 NAME: VONDLE DAVID TICKET #: 7723964091 DEPARTURE DATE: 12/15/2009 ROUTE: DCA YOW YYZ DCA | $1,253.08 |

| | | |
|---|---|---|
| 12/15/09 | Meals (100%) Working Lunch; J. Metzger; Working Lunch; Working Lunch | $6.42 |
| 12/16/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651753 DATE: 1/1/2010 Vendor: Executive Royal Voucher #: RVKE837139 Date: 12/16/2009 Name: Stephen Kuhn||Car Service, Vendor: Executive Royal Voucher #: RVKE837139 Date: 12/16/2009 Name: Stephen Kuhn | $192.57 |
| 12/17/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651753 DATE: 1/1/2010 Vendor: Executive Royal Voucher #: 189576 Date: 12/17/2009 Name: Mark Volow||Car Service, Vendor: Executive Royal Voucher #: 189576 Date: 12/17/2009 Name: Mark Volow | $47.99 |
| 12/17/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093966 DATE: 1/6/2010 Vendor: Dial Car Voucher #: DLA3114839 Date: 12/17/2009 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3114839 Date: 12/17/2009 Name: David Botter | $143.90 |
| 12/17/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7723964252 DEPARTURE DATE: 12/18/2009 ROUTE: LGA YYZ | $-3,406.43 |
| 12/17/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509513198 DEPARTURE DATE: 12/17/2009 ROUTE: LGA YYZ | $37.00 |
| 12/17/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7725241191 DEPARTURE DATE: 12/18/2009 ROUTE: LGA YYZ | $1,048.10 |
| 12/18/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509522643 DEPARTURE DATE: 12/18/2009 ROUTE: LGA YYZ | $37.00 |
| 12/21/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 615015 DATE: 12/27/2009 | $28.96 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1295983

| | | |
|---|---|---|
| | Rosenblatt Ira - Bombay Masala - 12/21/2009 | |
| 12/21/09 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-121409; DATE: 12/21/2009 | $309.32 |
| 12/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 0509551721 DEPARTURE DATE: 12/21/2009 ROUTE: YYZ LGA YYZ | $37.00 |
| 12/21/09 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC09-53062500000206 DATE: 12/30/2009 PASSENGER: JACOBS RYAN C TICKET #: 7725241772 DEPARTURE DATE: 12/23/2009 ROUTE: YYZ LGA YYZ | $2,581.16 |
| 12/22/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 615015 DATE: 12/27/2009 Sturm Joshua - Abigaels on Broadway - 12/22/2009 | $34.88 |
| 12/22/09 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 615015 DATE: 12/27/2009 Rosenblatt Ira - China Moon - 12/22/2009 | $12.88 |
| 12/22/09 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 651753 DATE: 1/1/2010 Vendor: Executive Royal Voucher #: 200194 Date: 12/22/2009 Name: Peter Sprofera||Car Service, Vendor: Executive Royal Voucher #: 200194 Date: 12/22/2009 Name: Peter Sprofera | $31.36 |
| 12/22/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093966 DATE: 1/6/2010 Vendor: Dial Car Voucher #: DLA3077060 Date: 12/22/2009 Name: Ira Rosenblatt||Car Service, Vendor: Dial Car Voucher #: DLA3077060 Date: 12/22/2009 Name: Ira Rosenblatt | $49.10 |
| 12/22/09 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 140; DATE ORDERED: 12/22/09 | $14.00 |
| 12/22/09 | Travel - Ground Transportation Taxi from office; Taxi receipt | $10.30 |
| 12/22/09 | Travel - Ground Transportation Cab receipt | $13.50 |
| 12/23/09 | Postage US Postage - Jacobs, Ryan, NY, | $0.44 |

| | | |
|---|---|---|
| | 1 piece(s) | |
| 12/23/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1093966 DATE: 1/6/2010 Vendor: Dial Car Voucher #: DLRVJ78381C8 Date: 12/23/2009 Name: Ryan Jacobs‖Car Service, Vendor: Dial Car Voucher #: DLRVJ78381C8 Date: 12/23/2009 Name: Ryan Jacobs | $65.18 |
| 12/23/09 | Meals - Business  12/21/09 - P. Sanchez - Committee call working meal 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800062; DATE: 12/23/2009 - F203380000 | $116.93 |
| 12/23/09 | Meals - Business  12/22/09 - B. Kahn - Committee call working meal 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800062; DATE: 12/23/2009 - F203380000 | $111.05 |
| 12/23/09 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1094431 DATE: 1/20/2010 Vendor: Dial Car Voucher #: DLA3061164 Date: 12/23/2009 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3061164 Date: 12/23/2009 Name: David Botter | $87.35 |
| 12/29/09 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 619926 DATE: 1/3/2010 Sturm Joshua - Abigaels on Broadway - 12/29/2009 | $40.42 |
| 12/29/09 | Travel - Ground Transportation  Cab receipt | $9.00 |
| 01/04/10 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 1/4/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $45.54 |
| 01/04/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1094431 DATE: 1/20/2010 Vendor: Dial Car Voucher #: DLA2945798 Date: 01/04/2010 Name: Ken Davis‖Car Service, Vendor: Dial Car Voucher #: DLA2945798 Date: 01/04/2010 Name: Ken Davis | $110.08 |
| 01/04/10 | Travel - Ground Transportation  Cab receipt | $11.84 |
| 01/05/10 | Computerized Legal Research - Westlaw User: BARLOON,REBECCA Date: 1/5/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $31.96 |
| 01/05/10 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 1/5/2010 AcctNumber: 1000193694 | $243.13 |

| Date | Description | Amount |
|---|---|---|
| | ConnectTime: 0.0 | |
| 01/05/10 | Audio and Web Conference Services Court ordered VENDOR: DERAVENTURES, INC; INVOICE#: 01001-54901-10; DATE: 1/5/2010 | $15,654.32 |
| 01/05/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1094431 DATE: 1/20/2010 Vendor: Dial Car Voucher #: DLA2967022 Date: 01/05/2010 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2967022 Date: 01/05/2010 Name: Ken Davis | $145.56 |
| 01/05/10 | Travel - Ground Transportation Cab receipt | $12.70 |
| 01/06/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1094210 DATE: 1/13/2010 Vendor: Dial Car Voucher #: DLA3047042 Date: 01/06/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3047042 Date: 01/06/2010 Name: David Botter | $132.52 |
| 01/06/10 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 195; DATE ORDERED: 1/6/10 | $19.50 |
| 01/06/10 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 91; DATE ORDERED: 1/6/10 | $9.10 |
| 01/06/10 | Computerized Legal Research - Other Case Searches for Period 10/1/09 to 12/31/09 VENDOR: PACER SERVICE CENTER; INVOICE#: JAN10AG0054; DATE: 1/6/2010 - LOGIN ID: AG0054 | $0.24 |
| 01/06/10 | Computerized Legal Research - Other Case Searches for Period 10/1/09 to 12/31/09 VENDOR: PACER SERVICE CENTER; INVOICE#: JAN10AG0054; DATE: 1/6/2010 - LOGIN ID: AG0054 | $392.96 |
| 01/06/10 | Meals - Business  David Botter; Primo Cappuccino receipt | $3.45 |
| 01/06/10 | Travel - Train Fare  Train fare from Wilmington, Delaware to New York.; Amtrack ticket | $45.00 |
| 01/06/10 | Travel - Ground Transportation  Cab rides to and from train station.; Lost receipt | $16.00 |
| 01/06/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652298 DATE: 1/15/2010 | $26.93 |

| | | |
|---|---|---|
| | Vendor: Executive Royal Voucher #: 124451 Date: 01/06/2010 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 124451 Date: 01/06/2010 Name: Brad Kahn | |
| 01/07/10 | Meals (100%) 1/5/10 B Kahn - Akin team meeting working meal - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800064; DATE: 1/7/2010 | $153.51 |
| 01/07/10 | Meals (100%) 1/5/10 B Kahn - Professional's call working meal - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800064; DATE: 1/7/2010 | $182.26 |
| 01/07/10 | Meals (100%) 1/6/10 B Kahn - Akin team meeting working meal - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800064; DATE: 1/7/2010 | $121.50 |
| 01/07/10 | Meals (100%) 1/6/10 S Thibodeaux - Professional's call working meal - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800064; DATE: 1/7/2010 | $89.28 |
| 01/07/10 | Meals (100%) 1/7/10 P Sanchez - Committee call & meeting with Cleary, J. Ray, Capstone and Jefferies - 25 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800064; DATE: 1/7/2010 | $521.51 |
| 01/08/10 | Computerized Legal Research - Westlaw User: GULATI,SUNISH Date: 1/8/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,235.30 |
| 01/11/10 | Computerized Legal Research - Westlaw User: GULATI,SUNISH Date: 1/11/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $427.92 |
| 01/11/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 624669 DATE: 1/17/2010 Kahn Brad - Havana Central Time Square) - 01/11/2010 | $38.07 |
| 01/11/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 624669 DATE: 1/17/2010 Feuerstein Tony - Subway 8th Ave) - 01/11/2010 | $12.49 |
| 01/12/10 | Computerized Legal Research - Westlaw User: GULATI,SUNISH Date: 1/12/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $516.11 |
| 01/12/10 | Meals (100%) VENDOR: | $31.54 |

|  |  |  |
|---|---|---|
|  | SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 624669 DATE: 1/17/2010 Kahn Brad - Blockheads Burritos WW) - 01/12/2010 |  |
| 01/13/10 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 166 page(s) | $16.60 |
| 01/13/10 | Computerized Legal Research - Westlaw User: GULATI,SUNISH Date: 1/13/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $97.59 |
| 01/13/10 | Travel - Ground Transportation Medallion cab | $11.52 |
| 01/14/10 | Meals (100%)  1/12/10   A Ellis - Akin team meeting - 6 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800065; DATE: 1/14/2010 | $48.67 |
| 01/14/10 | Meals (100%)  1/12/10   B Kahn - Akin team meeting working meal - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800065; DATE: 1/14/2010 | $100.17 |
| 01/14/10 | Meals (100%)  1/13/10   A Gomez - Professional's call working meal - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800065; DATE: 1/14/2010 | $150.25 |
| 01/14/10 | Meals (100%)  1/14/10   B Kahn - Committee call working meal 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800065; DATE: 1/14/2010 | $352.21 |
| 01/14/10 | Meals (100%)  1/14/10   B Kahn - Team meeting working meal - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800065; DATE: 1/14/2010 | $116.50 |
| 01/14/10 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $9.80 |
| 01/15/10 | Travel - Ground Transportation  1/7/10 Voucher # 098998 VENDOR: CORPORATE TRANSPORTATION GROUP, LTD; INVOICE#: 886675; DATE: 1/15/2010 | $23.00 |
| 01/15/10 | Travel - Ground Transportation  1/7/10 Voucher # 109952 VENDOR: CORPORATE TRANSPORTATION GROUP, LTD; INVOICE#: 886675; DATE: 1/15/2010 | $42.50 |
| 01/18/10 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 2 page(s) | $0.20 |
| 01/21/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1094657 DATE: 1/27/2010 Vendor: Dial Car Voucher #: DLA2187812 Date: 01/21/2010 Name: | $33.58 |

| Date | Description | Amount |
|---|---|---|
| 01/21/10 | David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA2187812 Date: 01/21/2010 Name: David Botter Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 744; DATE ORDERED: 1/21/10 | $74.40 |
| 01/21/10 | Meals - Business  1/19/10: P. Sanchez - Akin team meeting working meal - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800066; DATE: 1/21/2010 | $110.24 |
| 01/21/10 | Meals - Business  1/19/10: B. Kahn - Professional meeting working meal - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800066; DATE: 1/21/2010 | $206.86 |
| 01/21/10 | Meals - Business  1/20/10: B. Kahn - Professional meeting working meal - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800066; DATE: 1/21/2010 | $97.44 |
| 01/21/10 | Meals - Business  1/21/10: P. Sanchez - Committee call working meal 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800066; DATE: 1/21/2010 | $116.50 |
| 01/25/10 | Computerized Legal Research - Westlaw User: PERSAUD,NYRON Date: 1/25/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $27.52 |
| 01/27/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.00 |

Current Expenses                                                        $34,184.80