# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 13.10 | $12,445.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 104.15 | $91,131.25 |
| David J. D'Urso | Partner for 4 years; Admitted in 1997; Corporate Department | $725 | 2.40 | $1,740.00 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 78.40 | $76,440.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 39.80 | $25,671.00 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 91.65 | $71,028.75 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 31.10 | $24,569.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 2.60 | $2,015.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 11.00 | $8,580.00 |
| W. Thomas Weir | Partner for 28 years; Admitted in 1973; Tax Department | $755 | 2.20 | $1,661.00 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 51.85 | $34,998.75 |
| Ira L. Rosenblatt | Senior Counsel for 2 years; Admitted in 1997; Corporate Department | $635 | 17.80 | $11,303.00 |

8264084 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 76.90 | $51,907.50 |
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $600 | 13.50 | $8,100.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 98.80 | $59,280.00 |
| Brian D. Geldert | Counsel for 2 years; Admitted in 2004; Financial Restructuring Department | $600 | 22.10 | $13,260.00 |
| Sunny Gukati | Counsel for 1 year; Admitted in 2004; Litigation Department | $575 | 27.50 | $15,812.50 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 38.00 | $20,900.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $600 | 34.50 | $20,700.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 128.50 | $57,825.00 |
| Nyron J. Persaud | Associate for 3 years; Admitted in 2008; Tax Department | $450 | 3.50 | $1,575.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 49.40 | $24,700.00 |
| Rebecca L. Barloon | Legal Assistant for 3 years; Financial Restructuring Department | $200 | 1.20 | $240.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 1.80 | $396.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 10.20 | $2,601.00 |