**APPENDIX F – VALUATION OF POST-EMPLOYMENT BENEFIT LIABILITIES FOR ACCOUNTING PURPOSES AS OF DECEMBER 31, 2008**

# MERCER

MMC | MARSH  MERCER  KROLL
GUY CARPENTER   OLIVER WYMAN

**Darryl Leach**
National Partner

161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
416 868 7275  Fax 416 868 8999
darryl.leach@mercer.com
www.mercer.ca

08 January 2009

**Delivered via e-mail**

Malti Sadarangani
Nortel Networks Corporation
maltisa@nortel.com

**Private & Confidential**

**Subject:** Valuation of Post-Employment Benefit Liabilities for Accounting Purposes as at December 31, 2008

Dear Malti,

This letter provides the results of our post-employment benefits valuation as at December 31, 2008.  The 2009 expense estimate is being sent under separate cover.

All amounts are expressed in Canadian dollars.

## Background

The purpose of our valuation of Nortel Networks Corporation's ("Nortel") post-employment benefits is to determine the unfunded liability related to those benefits. The results of this determination are used for accounting for the costs of the benefits included in our valuation in Nortel's financial statements and may not be appropriate for other purposes.

"Post-employment benefits" are benefits provided to employees who are not actively at work but have not retired. Benefits provided to employees during disability or leave of absence are examples of post-employment benefits. Under both US and Canadian GAAP – Statement of Financial Accounting Standards Number 112 ("SFAS 112") and Section 3461 of the Canadian Institute of Chartered Accountants' Handbook ("CICA 3461") -- the liabilities and expense for post-employment benefits are generally determined on a terminal accounting basis, meaning that liabilities and expense are not determined until the event giving rise to the liability and the expense, such as a disability, actually occurs.

The previous valuation of the post-employment benefits was performed as at September 30, 2007, based on data as at September 30, 2007. The unfunded liability determined at that time was $146,900,000.

Consulting. Outsourcing. Investments.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 2
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

The following benefits have been included in our valuation of post-employment liabilities:

- Future income payments to members on short-term and long-term disability;
- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);
- Continuation of basic life insurance to disabled members;
- Continuation of DC pension plan contributions to eligible disabled members;
- Continuation of medical and dental benefits to disabled members and their dependents; and
- Continuation of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65.

**We understand that Nortel provides post-employment benefits to its employees beyond the scope of what we have included in our valuation.**

We also understand that Nortel determines its obligation for these benefits through another process or does not account for them on the grounds of materiality. Therefore, we have not valued any benefits other than those described above. If you would like us to assess the magnitude of the liabilities for any other post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 might apply, (e.g. employer-provided supplemental unemployment benefits, severance benefits and workers' compensation benefits), we would be pleased to discuss this with you.

Also, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us. There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

A summary of the plan provisions valued is provided in Appendix B.

Our calculation of the unfunded liability for post-employment liabilities does not include any liability for the continuation of employee-paid optional life insurance for disabled employees.

However, we have, as requested, for your information, calculated that the amount of this obligation has increased from $5.1 million as at September 30, 2007 to $5.2 million as at December 31, 2008. The breakdown of this liability between Nortel Networks and Nortel Technology, as at December 31, 2008 is in Appendix A.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 3
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Valuation Results

The table below presents the post-employment liabilities by benefit type as of September 30, 2007 and December 31, 2008.

All amounts in $000s (Cdn.)

|  | At Sep 30/07 | At Dec 31/08 | Change |
|---|---|---|---|
| **Assets** | $0 | $0 | $0 |
| **Liabilities:** | | | |
| ▪ STD including continuation of Life, Medical and Dental | $400 | $200 | ($200) |
| ▪ LTD | 101,800 | 104,600 | 2,800 |
| ▪ Life, Medical and Dental Benefits during LTD | 24,200 | 30,000 | 5,800 |
| ▪ Survivor Benefits | 20,500 | 23,000 | 2,500 |
| ▪ DC contributions | N/A | 1,000 | 1,000 |
| **Total Liabilities** | $146,900 | $158,800 | $11,900 |
| **Net Assets/(Liabilities)** | ($146,900) | ($158,800) | ($11,900) |

Appendix A provides a breakdown of the December 31, 2008 liabilities between Nortel Networks and Nortel Technology.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 4
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Reconciliation of the Unfunded Liability

The unfunded liability increased by $11.9 million between September 30, 2007 and December 31, 2008, from $146.9 million to $158.8 million. In our correspondence to Fabrice Jestin of January 15th, 2008 we indicated that the expected unfunded liability as of September 30th, 2008 was $144.3 million, a decrease of $2.6 million. The expected decrease of $2.6 million was the net effect of an assumed reduction in the number of claimants on LTD for NN and an assumed increase in the number of claimants on LTD for NT at September 30, 2008, with no change in the discount rate. The breakdown of the $11.9 million increase is shown in the table below:

All amounts in $000s (Cdn.)

| | Population / Data[a] | Update Medical Claims[b] | Update Medical Trend[c] | Update Mortality[d] | Update COLA[e] | Update discount rate[f] | Total (gain)/loss |
|---|---|---|---|---|---|---|---|
| Income (LTD +STD) | ($7,200) | - | - | - | ($2,200) | $12,000 | $2,600 |
| Life | (500) | - | - | - | - | 200 | (300) |
| Medical/Dental | (100) | $1,200 | $1,600 | - | - | 3,400 | 6,100 |
| SIB | (1,100) | - | - | ($100) | - | 4,000 | 2,800 |
| STB | (300) | - | - | - | - | - | (300) |
| DC contributions | 900 | - | - | - | - | 100 | 1,000 |
| Total | ($8,300) | $1,200 | $1,600 | ($100) | ($2,200) | $19,700 | $11,900 |

[a] New population and data:
   All benefits showed gains due to decrease in number of claimants
   DC contributions were not included at year end 2007 and the entire obligation is shown as a loss
[b] Medical claims updated based on recent union and non-union claims experience
[c] Medical trend updated and grading period extended to 20 years consistent with FAS106 valuation
[d] Mortality table used for STB/SIB recipients updated in accordance with the FAS106 valuation
[e] COLA assumption changed from 60% of 2.25% to 60% of 1.25% creating a gain on indexed benefits
[f] Discount rate changed from 4% to 2.1% creating a loss on all benefits

As indicated in column "a" in the above table, the net impact of the changes in the number of claimants on LTD was a gain of $9.2 million (excluding the $0.9 million loss for the DC contributions), compared to the estimate of $2.6 million. The $11.9 million overall loss is primarily attributable to the net effect of this gain and the $19.7 million loss resulting from the reduction in the discount rate to 2.1%. The other sources of gain and loss, including the

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 5
08 January 2009
Maiti Sadarangani
Nortel Networks Corporation

$0.9 million loss for the DC contributions, account for only $1.4 million of the $11.9 million loss.

## Fiscal 2008 Incremental Expense

For US GAAP purposes, the annual expense for post-employment benefits is determined as the sum of the change in the unfunded liability during the year plus actual cash payments (contributions or benefit payments) for post-employment benefits made in the year.  Gains or losses occurring in the year are recognized immediately under SFAS 112.

For Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. We understand that Nortel has elected to recognize gains and losses immediately for post-employment benefits. As a result, the expense provided in this letter for US financial reporting would also be appropriate for Canadian financial reporting.

We understand that the actual benefit payments are recorded as an expense as they occur and so we are providing the incremental expense (the change in the unfunded liability) that Nortel will need to record. The following table presents the development of the incremental fiscal 2008 expense. This expense, based on the unfunded liability determined in our valuation at September 30, 2007, and the unfunded liability determined in our valuation as at December 31, 2008, is shown in the following table:
All amounts in $000s (Cdn.)

|  | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Unfunded liability as at December 31, 2008 | $48,000 | $110,800 | $158,800 |
| Minus unfunded liability as at September 30, 2007 | $42,600 | $104,300 | $146,900 |
| Incremental fiscal 2008 expense[1] | $5,400 | $6,500 | $11,900 |

[1] Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimants did not include the legal entity indicator. These approximations are consistent year over year.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 6
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Disclosure Information as at December 31, 2008

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[2] or expense. Accordingly, we have provided information required by Nortel to account for the costs of the plans but have not provided disclosure information.

Disclosure requirements under CICA 3461 are more rigorous than those under SFAS 112. Subject to materiality considerations, CICA 3461 requires the same detailed disclosure as is required for post-retirement non-pension benefits. Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461.

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are documented in Appendix B.

Our valuation of the post-employment liabilities at December 31, 2008, was based on data as at September 30, 2008. The discount rate used in our determination as at December 31, 2008 was 2.10% per annum reflecting prevailing yields on high-quality "risk-free" Government of Canada bonds, at December 31, 2008, with durations similar to the liabilities The discount rate used in the valuation as at September 30, 2007 was 4.00% per annum.

Emerging experience different than expected will be reflected in future valuations. In this regard, it should be noted that future health care costs trends are especially difficult to predict, and actual experience is likely to differ from expected.

## Certification

We have prepared an actuarial valuation of Nortel's Post-Employment benefits as at December 31, 2008. The purpose of this valuation is to provide liability and expense information to enable Nortel to account for the costs of Nortel's post-employment benefits for the fiscal year beginning January 1, 2008 and ending December 31, 2008 in accordance with the provisions of SFAS 112 and CICA 3461.

---

[2] However, if there are significant obligations that have not been measured or accrued because they cannot be reasonably determined, SFAS 112 would require disclosure of this fact.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 7
08 January 2009
Malil Sadarangani
Nortel Networks Corporation

## Plan Provisions

The results of our valuation reflect the provisions of the plan as of the date of the valuation and any substantive commitments contemplated under SFAS 112 and CICA 3461 that have been reported to us by Management.

A summary of the plan provisions is provided in Appendix B.

## Data

This valuation is based on membership data as at September 30, 2008. We have used and relied on financial and membership data supplied by Nortel and Sun Life. Membership data would customarily not be verified by a plan's actuary. We have reviewed the membership data for internal consistency and reasonableness and have no reason to doubt its substantial accuracy. We have also used and relied upon the plan documents and assertions provided by Nortel. Nortel is solely responsible for the validity and completeness of this information. The membership data are summarized in Appendix B.

## Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a material impact on the results of this valuation.

Actuarial computations under SFAS 112 and CICA 3461 are for the purposes of providing liability and expense information to enable Nortel to account for the costs of post-employment benefits. Determinations for other purposes may produce results that are significantly different from the results reported herein.

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations. They are Management's best-estimate assumptions, selected for accounting purposes, in accordance with SFAS 112 and CICA 3461.

# MERCER

 MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 8
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with our understanding of the requirements of SFAS 112 and CICA 3461.

This report has been prepared and my opinion given, in accordance with accepted actuarial practice.

Please call me if you have any questions or would like to meet to discuss the content of this letter.

Sincerely,

Darryl Leach, FSA, FCIA
National Partner

Copy:
Elizabeth Smith, Nortel Networks Corporation
Greg Palmer, Nortel Networks Corporation
Paul Kennedy, Mercer
Arnold Yudell, Mercer
Tiffany Maynard, Mercer
Doug Johnson, Mercer
Paul Forestall, Mercer
Vishul Shah, Mercer

I:\nortel\post employment benefits\2008\post employment\report\2009 01 08 2008 post-employment valuation.doc

# MERCER

 MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## Appendix A

### Breakdown of Liability between Nortel Technology and Nortel Networks as at December 31, 2008

All amounts in $000s (Cdn.)

| | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Assets | $0 | $0 | $0 |
| Liabilities: | | | |
| ▪ STD including continuation of Life, Medical and Dental | $100 | $100 | $200 |
| ▪ LTD | 32,600 | 68,200 | 100,800 |
| ▪ LTD – IBNR | 1,800 | 2,000 | 3,800 |
| ▪ Life, Medical and Dental Benefits during LTD | 3,800 | 25,100 | 28,900 |
| ▪ Life, Medical and Dental Benefits during LTD -IBNR | 300 | 800 | 1,100 |
| ▪ Survivor Benefits | 8,400 | 14,600 | 23,000 |
| ▪ Survivor Benefits - IBNR | N/A | N/A | N/A |
| ▪ DC Contributions | 500 | 500 | 1,000 |
| ▪ DC Contributions - IBNR | 0 | 0 | 0 |
| Total Liabilities | $48,000 | $110,800 | $158,800 |
| Net Assets/(Liabilities) | ($48,000) | ($110,800) | ($158,800) |

### Continuation of Optional Life Insurance during LTD (Provided for information purposes only)

| | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Liability as at September 30, 2007 | $2,100 | $3,000 | $5,100 |
| Liability as at December 31, 2008 | $2,000 | $3,200 | $5,200 |

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## Appendix B

## Summary of Data and Assumptions

### STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

#### Plan Provisions

Short Term Disability (STD) benefits are provided for up to one year for most union employees. The benefit level ranges between 90% and 66-2/3%, depending on service and the duration of the claim. For example, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks for a union employee with 2 years of service.

Non-union employees are entitled to STD benefits for up to six months. Effective January 1, 2006, the STD income benefit is 100% of salary for the first 6 weeks and 67% of salary for the remainder of the benefit period (20 weeks). Employee-paid optional STD is available to increase the STD benefit to 90% of salary for weeks 7 – 26.

Effective January 1, 2004, STD benefits for COEU members are the same as for non-union employees.

Medical and dental benefits and life insurance are continued during STD for both union and non-union employees.

#### Data

**Estimated STD Payments October 2007 to September 2008[3]**

| |
|---|
| $2.3 million |

#### Assumptions

Reserve Factor (for known and unreported claims)

| | |
|---|---|
| Income Benefit | 8.3% of October 2007 to September 2008 STD payments |
| Medical and Dental Benefit and Life Insurance | 13% of reserve for income payments |

---

[3] These amounts exclude benefits provided in the first five days of STD payments as this period is not tracked by Nortel.

Mercer (Canada) Limited

B-1

# MERCER

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## LTD – Income Payments and Continuation of Medical and Dental Benefits

### *Plan Provisions*

Long Term Disability (LTD) benefits are provided after the STD benefits end.

For most union employees, the income benefit is a flat amount based on their benefit group. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 67% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. This COLA feature does not apply if the employee is covered under the core LTD option only.

For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65.

# MERCER

 MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## Data

The following table presents a summary of the data provided by Sun Life and supplemented by Nortel as of September 30, 2007 and September 30, 2008.

| | Averages | | | |
|---|---|---|---|---|
| | Number | Age at Disability | Duration of Disability (Years) | Net Monthly Benefit |
| September 30, 2007 | 443 | 41.8 | 11.4 | $2,371 |
| September 30, 2008 | 404 | 41.3 | 12.4 | $2,313 |

## Assumptions

| | |
|---|---|
| Discount Rate | 2.10% per annum |
| COLA Increase | 0.8% per annum for non-union employees (based on 60% of the assumed CPI rate of 1.25%). None for union employees. |
| Medical Trend Rate | 10% per annum in 2008 grading down to 4.5% per annum in 2028. |
| Dental Trend Rate | 4.75% per annum |
| CPP Offset | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| Termination (Mortality and Recovery Assumption) | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications. |
| Percentage Married | 80% of union employees are assumed to be married. Actual flex election used for non-union. |
| Expense and Taxes on LTD Income Benefit | 10.95% on the future contribution amounts. Liability for payment of provincial sales tax reduced to reflect amounts prepaid to the government in previous years on deposits to the Health & Welfare Trust. |

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

### Assumptions (continued)

| Assumed 2008 Claim Cost per Disabled Employee per Year (includes taxes and expenses) | | Union | Non-Union |
|---|---|---|---|
| | Medical | $10,211 | $1,779 (average of flex options) |
| | Dental | $876 | $1,136 |

| Incurred But Not Reported Reserve (IBNR) | The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims. The key assumptions used are as follows: | |
|---|---|---|

| | Nortel Networks | Nortel Technology |
|---|---|---|
| Disability Incidence Rates | 3.5/1,000 employees | 3.5/1,000 employees |
| Reporting Lag on Claims | 7 months | 6 months |
| Number of Employees | 3,088 | 3,173 |
| Average Gross Benefit | $3,700/month | $3,700/month |
| Reserve Factors (years) | | |
| ▪ Income | 7.4 | 7.4 |
| ▪ Medical | 10.2 | 10.2 |
| ▪ Dental | 9.5 | 9.5 |

## Life Insurance for Employees on LTD

### Plan Provisions

There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for the basic life insurance is continued and paid by Nortel. For union employees, the basic coverage is a flat amount for members of the CUCW; a flat amount that varies by benefit group for members of the CAW; and the FLEX non union basic life and optional life coverage for members of the COEU). The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group. All union groups have optional life coverage available to them.

Nortel has no liability for the continuation of employee-paid optional life coverage. Information about optional life coverage is included herein for ease of reference.

Mercer (Canada) Limited

B-4

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as the LTD definition.

### Data

Census data was provided by Sun Life and Nortel as of September 30, 2008. Nortel provided the insurance volumes for disabled employees.

|  | | Averages | | |
|---|---|---|---|---|
|  | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 158 | $45,800 | 137 | $62,800 |
| Non-Union | 236 | $61,500 | 185 | $184,000 |

We have assumed that all employees on worker's compensation benefits have been included in the claim listing provided to us by Sun Life.

### Assumptions

| Discount Rate | 2.10% per annum |
|---|---|
| Mortality Assumption & Recovery | Disability claim mortality assumptions were based on the Kreiger Basic table modified by the 1988-94 CIA study factors. |
| Expense and Taxes on Life Waiver Benefit | 7.95% of reserve |

## Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees. In the case of an occupation-related death of an employee, an additional lump sum benefit is also provided. The monthly benefit is provided to the surviving spouse for 60 months following the death of the employee.

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Coverage for the three union groups is as follows:

- CUCW – as described above.

- CAW – effective April 1, 2003, there is no STB for active or future retirees. Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – effective January 1, 2004, active employees were covered under the non union Flex plan, and STB benefits for current or future retirees were estimated.

Current retirees retain the STB coverage.

## Data

The following table presents the data provided by Sun Life as of September 30, 2008 and September 30, 2007.

| | September 30, 2008 | | September 30, 2007 | |
|---|---|---|---|---|
| | Number | Monthly Benefit Amount | Number | Monthly Benefit Amount |
| Union (STB) – Active[4] | 16 | $566 | 27 | $528 |
| Non-Union (SIB) | 83 | $1,386 | 85 | $1,378 |

---

[4] A split of STB recipients by status (active/retired) was not available. The number of active lives in receipt of STB has been estimated to be 16. The number of retired lives in receipt of STB has been estimated to be 299. STB paid to retired lives is a post-retirement benefit and is not included in the post-employment liability estimates. We have split the STB obligation between that for active employees and that for retired employees by age at death of the employee.

Mercer (Canada) Limited

B-6

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## *Assumptions*

| | |
|---|---|
| *Interest Rate* | 2.10% per annum |
| *Mortality Table* | RP2000 projected to 2017 |
| *Expenses and Taxes on Income Payments* | 9.46% of claims |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small. There are no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees. The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |

**APPENDIX G – REPORT ON NON-PENSION POST-RETIREMENT BENEFIT COST
AND DISCLOSURE FOR THE FISCAL YEAR ENDING DECEMBER 31, 2008**

17 February 2009

# Nortel Networks Corporation

Report on Non-Pension Post Retirement
Benefit Cost and Disclosure for the
Fiscal Year Ending December 31, 2008
Under CICA Section 3461 and
FAS 106/132(R)/158

# MERCER

 MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Consulting. Outsourcing. Investments.

# Contents

**1.**  Report Highlights ......................................................................................................... 1

**2.**  Principal Expense and Disclosure Information ............................................................ 3
  * Medical Plan.......................................................................................................... 3
  * Life Plan ................................................................................................................ 7
  * Total Plan ............................................................................................................ 11

**3.**  Certification .............................................................................................................. 17

**Appendix A:**  Development of Costs ............................................................................... 20
  * Financial Position of the Plan.............................................................................. 20
  * Benefit Cost......................................................................................................... 22
  * Interest Cost........................................................................................................ 23
  * Amortization Amounts for 2008 Benefit Cost ..................................................... 25
  * Analysis of Loss (Gain) in Obligation (ABO) ...................................................... 26

**Appendix B:**  Membership Data ..................................................................................... 27
  * Analysis of Membership Data ............................................................................. 28

**Appendix C:**  Valuation Methods and Assumptions ....................................................... 33
  * Cost Method........................................................................................................ 33
  * Funding Policy..................................................................................................... 34
  * Accounting Policies ............................................................................................. 34
  * Summary of Assumptions ................................................................................... 36
  * Claims Cost Development................................................................................... 43
  * Extrapolation to the Financial Position of the Plan ............................................. 46

**Appendix D:**  Summary of Plan Provisions .................................................................... 47

**Appendix E:**  Additional Information............................................................................... 52

**Appendix F:**  Employer Certification .............................................................................. 55

**Appendix G:**  Glossary of CICA 3461 and FAS 106 Terms........................................... 56

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158



# Report Highlights

This report has been prepared by Mercer (Canada) Limited at the request of Nortel Networks Corporation ("Nortel"). This report provides information relating to Nortel's Canadian Non-Pension Post Retirement Benefit Plan ("the Plan") intended for use in accounting for the costs of the Plan and preparing Nortel's financial statements under Canadian and US GAAP. The information presented in this report has been prepared in accordance with Section 3461 of the CICA Handbook ("CICA 3461") and Statement of Financial Accounting Standards No. 106 (FAS 106) as modified by the Statement of Financial Accounting Standards No. 132(R) (FAS 132) and the Statement of Financial Accounting Standards No. 158 (FAS 158) of the U.S. Financial Accounting Standard Board (FASB) (collectively referred to as "FAS 106").

The Non-Pension Post Retirement Benefit Plan is a defined benefit plan funded on a cash basis by contributions from Nortel.

We have used CICA 3461 terminology in this report where it differs from FAS 106 terminology. A glossary of the differences between FAS and CICA terminology is included at the end of this report.

Results are presented separately for Nortel Technology and Nortel Networks for the purposes of allocating the non-pension post retirement benefit cost between those entities. These results are intended for internal purposes only.

Nortel's fiscal year-end date is December 31 and the measurement date for the plan obligations as described in this report is December 31. Nortel changed its measurement date from September 30 to December 31 on September 30, 2007. This change required a one-time adjustment of $6,475,000 to retained earnings to reflect the cost for the three-month gap period from September 30 to December 31, 2007.

All results presented in this report are in Canadian dollars.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

## Fiscal Year Ending December 31, 2008

The benefit cost (also referred to as expense in this report) for the fiscal year ending December 31, 2008 is a charge of $32,369,000 (including a one-time adjustment of $6,475,000 to retained earnings).

The Accrued Benefit Obligation ("ABO") as at December 31, 2008 is $352,425,000. The corresponding Accrued Benefit Liability is $352,425,000 for the purposes of FAS 106 and $504,167,000 for the purposes of CICA 3461.

The employer contributions and employer-paid benefit payments during the fiscal year ending December 31, 2008 were $24,817,000. Expected employer contributions for the fiscal year ending December 31, 2009 are $26,578,000.

Other comprehensive income (OCI) for the fiscal year ending December 31, 2008 was a charge of $149,534,000.

It should be noted that future health care cost trends are especially difficult to predict, and actual experience is likely to differ from expected. The use of a health care cost trend of 1% per year above the assumptions used in this valuation for the fiscal year ending December 31, 2008 would result in an increase to the total ABO of approximately 6%.

## Fiscal Year Ending December 31, 2009

The projected benefit cost calculated for the fiscal year ending December 31, 2009, using a discount rate of 7.37% per annum is a charge of $9,080,000.

The actual benefit cost may differ from the above mentioned projection in order to reflect any benefit plan changes or significant events taking place during the coming fiscal year.

## Changes in Plan Provisions

There were no changes in plan provisions since the last disclosure as of December 31, 2007.

## Changes in Actuarial Assumptions

There have been changes in actuarial assumptions since the last disclosure as of December 31, 2007. Please refer to the Summary of Actuarial Assumptions in Appendix C of this report for a description of these changes.

## Changes in Actuarial Methods

There were no changes in actuarial methods since the last disclosure as of December 31, 2007.

## Special Events Accounting Treatment

Restructuring and workforce reduction activities in 2008 were not material enough to warrant curtailment treatment.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

```
┌──────────┐
│          │
│          │
│    2     │
│          │
└──────────┘
```

# Principal Expense and Disclosure Information

A summary of principal expense and disclosure information, as required for disclosure purposes pursuant to CICA 3461 and FAS 106, for the current and prior fiscal years in respect of the combined Plans follows.

(All amounts in $000's)

## Medical Plan

| Components of Benefit Cost under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current service cost | $1,157 | $1,239 |
| Interest cost | 20,394 | 19,644 |
| Actual return on plan assets | 0 | 0 |
| Actuarial loss (gain) | (131,447) | (20,862) |
| Plan amendments | 0 | 0 |
| Curtailment loss (gain) | 0 | 0 |
| Costs arising in the period | ($109,896) | $21 |
| Differences between costs arising in the period and costs recognized in the period in respect of: | | |
| ▪  Return on plan assets | $0 | $0 |
| ▪  Actuarial loss (gain) | 131,447 | 20,862 |
| ▪  Plan amendments | (2,201) | (2,201) |
| ▪  Transitional obligation (asset) | 0 | 0 |
| Benefit cost recognized | $19,350 | $18,682 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Components of Net Periodic Postretirement Benefit Cost (NPPBC) under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Service cost | $1,157 | $1,239 |
| Interest cost | 20,394 | 19,644 |
| Expected return on plan assets | 0 | 0 |
| Amortizations | | |
| ▪  Transition (asset) obligation | 0 | 0 |
| ▪  Prior service (credit) cost | (2,201) | (2,201) |
| ▪  Actuarial (gain) loss | 0 | 0 |
| Sub-total NPPBC | $19,350 | $18,682 |
| Curtailment (gain) loss | 0 | 0 |
| Settlement (gain) loss | 0 | 0 |
| Special termination benefits | 0 | 0 |
| Total NPPBC | $19,350 | $18,682 |

| Estimated Amounts That Will Be Amortized From Accumulated Other Comprehensive Income (AOCI) into NPPBC in the Next Fiscal Year under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition obligation (asset) | $0 | $0 |
| Prior service costs (credit) | (2,201) | (2,201) |
| Actuarial loss (gain) | (12,626) | 0 |
| Total | ($14,827) | ($2,201) |

| Change in Accrued Benefit Obligation (ABO) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABO at end of prior year | $373,941 | $391,673 |
| Adjustment for change in measurement date | 1,399 | N/A |
| Current service cost | 1,157 | 1,239 |
| Interest cost | 20,394 | 19,644 |
| Employees' contributions | 0 | 0 |
| Plan amendments | 0 | 0 |
| Benefits paid | (18,859) | (17,753) |
| Actuarial loss (gain) | (131,447) | (20,862) |
| ABO at end of year | $246,585 | $373,941 |

**Mercer (Canada) Limited**

4

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Change in Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Fair value of plan assets at end of prior year | $0 | $0 |
| Actual return on plan assets | 0 | 0 |
| Employer contributions | 18,859 | 17,753 |
| Employees' contributions | 0 | 0 |
| Benefits paid | (18,859) | (17,753) |
| Fair value of plan assets at end of year | $0 | $0 |

| Reconciliation of Funded Status to Accrued Benefit Asset (Liability) under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Funded status at end of year | ($246,585) | ($373,941) |
| Employer contributions during period from measurement date to fiscal year end | 0 | 3,990 |
| Unamortized transitional obligation (asset) | 0 | 0 |
| Unamortized past service costs | (22,608) | (25,359) |
| Unamortized net actuarial loss (gain) | (100,415) | 17,944 |
| Accrued benefit asset (liability) | ($369,608) | ($377,366) |

| Reconciliation of Funded Status under FAS 158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABPO at end of year | $246,585 | $373,941 |
| Fair value of plan assets at end of year | 0 | 0 |
| Employer contributions between measurement date and fiscal year end | N/A | 3,990 |
| Net asset (liability) amount recognized in statement of financial position -- Surplus (Deficit) at end of year | ($246,585) | ($373,941) |

| Amounts Recognized in Statement of Financial Position Pursuant to FAS 106/158 Consist of | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current (liabilities) | ($18,860) | ($21,849) |
| Non-current (liabilities) | (227,725) | (348,102) |
| Net asset (liability) amount recognized in statement of financial position | ($246,585) | ($369,951) |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Amounts Not Yet Reflected in NPPBC and are included in AOCI under FAS 106/158 (Before Tax) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition asset (obligation) | $0 | $0 |
| Prior service credit (cost) | 22,608 | 25,359 |
| Actuarial gain (loss) | 100,415 | (17,944) |
| AOCI | $123,023 | $7,415 |
| Cumulative employer contributions in excess of NPPBC | (369,608) | (377,366) |
| Net amount recognized in statement of financial position | ($246,585) | ($369,951) |

| Reconciliation of AOCI under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| AOCI at the end of the prior year | $7,415 | ($11,246) |
| Adjustment for change in measurement date | (550) | N/A |
| Adjustment for STB benefit payments | (13,088) | N/A |
| Other comprehensive income (loss) | 129,246 | 18,661 |
| AOCI at the end of the year | $123,023 | $7,415 |

| Changes Recognized in Other Comprehensive Income (Loss) during the period under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition (asset) obligation arising during the period | $0 | $0 |
| Prior service (credit) cost arising during the period | 0 | 0 |
| Net actuarial (gain) loss arising during the period | (131,447) | (20,862) |
| Non-routine events (i.e. curtailment, settlements) | 0 | 0 |
| Amortization of transitional asset (obligation) | 0 | 0 |
| Amortization of prior service credit (cost) | 2,201 | 2,201 |
| Amortization of actuarial gain (loss) | 0 | 0 |
| Total changes recognized in other comprehensive (income) loss | ($129,246) | ($18,661) |

| Additional Information for Plans with APBO in Excess of Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| APBO | $246,585 | $373,941 |
| Fair value of plan assets | $0 | $0 |

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

## Life Plan

| Components of Benefit Cost under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current service cost | $362 | $422 |
| Interest cost | 6,789 | 6,670 |
| Actual return on plan assets | 0 | 0 |
| Actuarial loss (gain) | (20,895) | (12,758) |
| Plan amendments | 0 | 0 |
| Curtailment loss (gain) | 0 | 0 |
| Costs arising in the period | ($13,744) | ($5,666) |
| Differences between costs arising in the period and costs recognized in the period in respect of: | | |
| ▪  Return on plan assets | 0 | 0 |
| ▪  Actuarial loss (gain) | 20,895 | 12,758 |
| ▪  Plan amendments | (607) | (607) |
| ▪  Transitional obligation (asset) | 0 | 0 |
| Benefit cost recognized | $6,544 | $6,485 |

| Components of Net Periodic Postretirement Benefit Cost (NPPBC) under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Service cost | $362 | $422 |
| Interest cost | 6,789 | 6,670 |
| Expected return on plan assets | 0 | 0 |
| Amortizations | | |
| ▪  Transition (asset) obligation | 0 | 0 |
| ▪  Prior service (credit) cost | (607) | (607) |
| ▪  Actuarial (gain) loss | 0 | 0 |
| Sub-total NPPBC | $6,544 | $6,485 |
| Curtailment (gain) loss | 0 | 0 |
| Settlement (gain) loss | 0 | 0 |
| Special termination benefits | 0 | 0 |
| Total NPPBC | $6,544 | $6,485 |

Mercer (Canada) Limited

7

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Estimated Amounts That Will Be Amortized From Accumulated Other Comprehensive Income (AOCI) into NPPBC in the Next Fiscal Year under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition obligation (asset) | $0 | $0 |
| Prior service costs (credit) | (607) | (607) |
| Actuarial loss (gain) | (1,133) | 0 |
| Total | ($1,740) | ($607) |

| Change in Accrued Benefit Obligation (ABO) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABO at end of prior year | $124,562 | $133,393 |
| Adjustment for change in measurement date | 980 | N/A |
| Current service cost | 362 | 422 |
| Interest cost | 6,789 | 6,670 |
| Employees' contributions | 0 | 0 |
| Plan amendments | 0 | 0 |
| Benefits paid | (5,958) | (3,165) |
| Actuarial loss (gain) | (20,895) | (12,758) |
| ABO at end of year | $105,840 | $124,562 |

| Change in Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Fair value of plan assets at end of prior year | $0 | $0 |
| Actual return on plan assets | 0 | 0 |
| Employer contributions | 5,958 | 3,165 |
| Employees' contributions | 0 | 0 |
| Benefits paid | (5,958) | (3,165) |
| Fair value of plan assets at end of year | $0 | $0 |

| Reconciliation of Funded Status to Accrued Benefit Asset (Liability) under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Funded status at end of year | ($105,840) | ($124,562) |
| Employer contributions during period from measurement date to fiscal year end | 0 | 808 |
| Unamortized transitional obligation (asset) | 0 | 0 |
| Unamortized past service costs | (3,408) | (4,167) |
| Unamortized net actuarial loss (gain) | (25,311) | (6,290) |
| Accrued benefit asset (liability) | ($134,559) | ($134,211) |

Mercer (Canada) Limited

8

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Reconciliation of Funded Status under FAS 158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABPO at end of year | $105,840 | $124,562 |
| Fair value of plan assets at end of year | 0 | 0 |
| Employer contributions between measurement date and fiscal year end | N/A | 808 |
| Net asset (liability) amount recognized in statement of financial position – Surplus (Deficit) at end of year | ($105,840) | ($123,754) |

| Amounts Recognized in Statement of Financial Position Pursuant to FAS 106/158 Consist of | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current (liabilities) | ($7,718) | ($7,379) |
| Non-current (liabilities) | (98,122) | (116,375) |
| Net asset (liability) amount recognized in statement of financial position | ($105,840) | ($123,754) |

| Amounts Not Yet Reflected in NPPBC and are included in AOCI under FAS 106/158 (Before Tax) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition asset (obligation) | $0 | $0 |
| Prior service credit (cost) | 3,408 | 4,167 |
| Actuarial gain (loss) | 25,311 | 6,290 |
| AOCI | $28,719 | $10,457 |
| Cumulative employer contributions in excess of NPPBC | (134,559) | (134,211) |
| Net amount recognized in statement of financial position | ($105,840) | ($123,754) |

| Reconciliation of AOCI under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| AOCI at the end of the prior year | $10,457 | ($1,694) |
| Adjustment for change in measurement date | (152) | N/A |
| Adjustment for ADB benefit payments | (1,874) | N/A |
| Other comprehensive income (loss) | 20,288 | 12,151 |
| AOCI at the end of the year | $28,719 | $10,457 |

**Nortel Networks Corporation**                    Report on Non-Pension Post Retirement Benefit Cost and
                                                   Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Changes Recognized in Other Comprehensive Income (Loss) during the period under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition (asset) obligation arising during the period | $0 | $0 |
| Prior service (credit) cost arising during the period | 0 | 0 |
| Net actuarial (gain) loss arising during the period | (20,895) | (12,758) |
| Non-routine events (i.e. curtailment, settlements) | 0 | 0 |
| Amortization of transitional asset (obligation) | 0 | 0 |
| Amortization of prior service credit (cost) | 607 | 607 |
| Amortization of actuarial gain (loss) | 0 | 0 |
| Total changes recognized in other comprehensive (income) loss | ($20,288) | ($12,151) |

| Additional Information for Plans with APBO in Excess of Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| APBO | $105,840 | $124,562 |
| Fair value of plan assets | $0 | $0 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

## Total Plan

| Components of Benefit Cost under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current service cost | $1,519 | $1,661 |
| Interest cost | 27,183 | 26,314 |
| Actual return on plan assets | 0 | 0 |
| Actuarial loss (gain) | (152,342) | (33,620) |
| Plan amendments | 0 | 0 |
| Curtailment loss (gain) | 0 | 0 |
| Costs arising in the period | ($123,640) | $5,645 |
| Differences between costs arising in the period and costs recognized in the period in respect of: | | |
| ▪  Return on plan assets | 0 | 0 |
| ▪  Actuarial loss (gain) | 152,3424 | 33,620 |
| ▪  Plan amendments | (2,808) | (2,808) |
| ▪  Transitional obligation (asset) | 0 | 0 |
| Benefit cost recognized | $25,894 | $25,167 |

| Components of Net Periodic Postretirement Benefit Cost (NPPBC) under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Service cost | $1,519 | $1,661 |
| Interest cost | 27,183 | 26,314 |
| Expected return on plan assets | 0 | 0 |
| Amortizations | | |
| ▪  Transition (asset) obligation | 0 | 0 |
| ▪  Prior service (credit) cost | (2,808) | (2,808) |
| ▪  Actuarial (gain) loss | 0 | 0 |
| Sub-total NPPBC | $25,894 | $25,167 |
| Curtailment (gain) loss | 0 | 0 |
| Settlement (gain) loss | 0 | 0 |
| Special termination benefits | 0 | 0 |
| Total NPPBC | $25,894 | $25,167 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| Weighted-Average Assumptions for Expense | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Discount rate | 5.60% | 5.13% |
| Rate of compensation increase (excluding merit and promotion) | 3.25% | 3.50% |
| Initial weighted average health care trend rate | 6.47% | 6.62% |
| Ultimate weighted average health care trend rate | 4.70% | 4.50% |
| Year ultimate rate reached | 2015 | 2015 |

| Weighted-Average Assumptions for Disclosure | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Discount rate | 7.37% | 5.60% |
| Rate of compensation increase (excluding merit and promotion) | 1.25% | 3.25% |
| Initial weighted average health care trend rate | 6.14% | 6.47% |
| Ultimate weighted average health care trend rate | 4.82% | 4.70% |
| Year ultimate rate reached | 2028 | 2015 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132/(R)/158

(All amounts in $000's)

| Estimated Amounts That Will Be Amortized From AOCI into NPPBC in the Next Fiscal Year under FAS 106 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition obligation (asset) | $0 | $0 |
| Prior service costs (credit) | (2,808) | (2,808) |
| Actuarial loss (gain) | (13,759) | 0 |
| Total | ($16,567) | ($2,808) |

| Change in Accrued Benefit Obligation (ABO) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABO at end of prior year | $498,503 | $525,066 |
| Adjustment for change in measurement date | 2,379 | N/A |
| Current service cost | 1,519 | 1,661 |
| Interest cost | 27,183 | 26,314 |
| Employees' contributions | 0 | 0 |
| Plan amendments | 0 | 0 |
| Benefits paid | (24,817) | (20,918) |
| Actuarial loss (gain) | (152,342) | (33,620) |
| ABO at end of year | $352,425 | $498,503 |

| Change in Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Fair value of plan assets at end of prior year | $0 | $0 |
| Actual return on plan assets | 0 | 0 |
| Employer contributions | 24,817 | 20,918 |
| Employees' contributions | 0 | 0 |
| Benefits paid | (24,817) | (20,918) |
| Fair value of plan assets at end of year | $0 | $0 |

| Reconciliation of Funded Status to Accrued Benefit Asset (Liability) under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Funded status at end of year | ($352,425) | ($498,503) |
| Employer contributions during period from measurement date to fiscal year end | 0 | 4,798 |
| Unamortized transitional obligation (asset) | 0 | 0 |
| Unamortized past service costs | (26,016) | (29,526) |
| Unamortized net actuarial loss (gain) | (125,726) | 11,654 |
| Accrued benefit asset (liability) | ($504,167) | ($511,577) |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Reconciliation of Funded Status under FAS 158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| ABPO at end of year | $352,425 | $498,503 |
| Fair value of plan assets at end of year | 0 | 0 |
| Employer contributions during period from measurement date to fiscal year end | N/A | 4,798 |
| Net asset (liability) amount recognized in statement of financial position -- Surplus (Deficit) at end of year | ($352,425) | ($493,705) |

| Amounts Recognized in Statement of Financial Position Pursuant to FAS 106/158 Consist of | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current (liabilities) | ($26,578) | ($29,228) |
| Non-current (liabilities) | (325,847) | (464,477) |
| Net asset (liability) amount recognized in statement of financial position | ($352,425) | ($493,705) |

| Amounts Not Yet Reflected in NPPBC and are included in AOCI under FAS 106/158 (Before Tax) | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition asset (obligation) | $0 | $0 |
| Prior service credit (cost) | 26,016 | 29,526 |
| Actuarial gain (loss) | 125,726 | (11,654) |
| AOCI | $151,742 | $17,872 |
| Cumulative employer contributions in excess of NPPBC | (504,167) | (511,577) |
| Net amount recognized in statement of financial position | ($352,425) | ($493,705) |

| Reconciliation of AOCI under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| AOCI at the end of the prior year | $17,872 | ($12,940) |
| Adjustment for change in measurement date | (702) | N/A |
| Adjustment for STB benefit payments | (13,088) | N/A |
| Adjustment for ADB benefit payments | (1,874) | N/A |
| Other comprehensive income (loss) | 149,534 | 30,812 |
| AOCI at the end of the year | $151,742 | $17,872 |

**Mercer (Canada) Limited**

14

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Changes Recognized in Other Comprehensive Income (Loss) during the period under FAS 106/158 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Transition (asset) obligation arising during the period | $0 | $0 |
| Prior service (credit) cost arising during the period | 0 | 0 |
| Net actuarial (gain) loss arising during the period | (152,342) | (33,620) |
| Non-routine events (i.e. curtailment, settlements) | 0 | 0 |
| Amortization of transitional asset (obligation) | 0 | 0 |
| Amortization of prior service credit (cost) | 2,808 | 2,808 |
| Amortization of actuarial gain (loss) | 0 | 0 |
| Total changes recognized in other comprehensive (income) loss | ($149,534) | ($30,812) |

| Additional Information for Plans with APBO in Excess of Plan Assets | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| APBO | $352,425 | $498,503 |
| Fair value of plan assets | $0 | $0 |

| Effect of Change in Assumed Health Care Cost Trend Rates | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Effect on aggregate of current service cost and interest cost | | |
| ▪ One-percentage point increase | $2,871 | $3,037 |
| ▪ One-percentage point decrease | ($2,363) | ($2,484) |
| Effect on ABO at fiscal year end | | |
| ▪ One-percentage point increase | $22,119 | $43,951 |
| ▪ One-percentage point decrease | ($19,026) | ($36,655) |

| Effect of Change in Assumed Discount Rate | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Effect on ABO at fiscal year end | | |
| ▪ Twenty five basis points increase | ($8,065) | ($20,068) |
| ▪ Twenty five basis points decrease | $8,356 | $14,037 |

| Effect of Change in Assumed Salary Scale | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Effect on ABO at fiscal year end | | |
| ▪ Twenty five basis points increase | $11 | $45 |
| ▪ Twenty five basis points decrease | ($10) | ($44) |

Mercer (Canada) Limited

15

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Expected Cash Flows for the Plans | Life | Medical | Total |
|---|---|---|---|
| Expected employer contributions for the next fiscal year | $7,718 | $18,860 | $26,578 |
| Expected benefit payments for fiscal year ending | | | |
| 2009 | $7,718 | $18,860 | $26,578 |
| 2010 | $7,995 | $19,344 | $27,339 |
| 2011 | $8,243 | $19,764 | $28,007 |
| 2012 | $8,478 | $20,087 | $28,565 |
| 2013 | $8,678 | $20,351 | $29,029 |
| 2014-2018 | $45,008 | $104,984 | $149,992 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158



# Certification

We have prepared an actuarial valuation of Nortel's benefit obligations for accounting purposes
as at November 30, 2005 and extrapolated those results to September 30, 2007. The purpose of
this extrapolation is to determine the cost of Plan, in accordance with the accounting standards,
to enable the Company to account for the costs of the plan for the fiscal year beginning
January 1, 2008 and ending December 31, 2008.

In addition, we have prepared a second actuarial valuation of Nortel's benefit obligations for
accounting purposes as at April 1, 2008 and extrapolated those results to December 31, 2008.
In accordance with our mandate, the purpose of this valuation and extrapolation is to determine
the obligations of the Plan in accordance with CICA 3461 and FAS 106 to enable the Company
to satisfy the disclosure requirements under CICA 3461 and FAS 106.

## Plan Provisions

The results of the valuations set forth in this report reflect the provisions of the plan as of
December 31, 2008. A summary of the plan provisions and the plan amendments are provided
in Appendix D of this report.

There was no substantive commitment as defined under CICA 3461 and FAS 106 reported to us
by Management.

## Data

The 2008 benefit cost contained in this report is based on data as at November 30, 2005
updated to reflect the third wave of Project Allegro and restructuring activity through June 30,
2006. The 2008 disclosure is based on April 1, 2008 membership data. The membership data is
summarized later in this report.

We used and relied upon participant and financial data supplied by Nortel and Sun Life and plan
documents provided by Nortel. We have tested the data for internal consistency and
reasonableness and have no reason to doubt its substantial accuracy. Audits of the source

**Nortel Networks Corporation**                    Report on Non-Pension Post Retirement Benefit Cost and
                                              Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

records would not normally be performed in connection with this work and we have not done so
in this case.

## Subsequent Events

After checking with representatives of Nortel, to the best of our knowledge, there are no events
subsequent to the valuation date which, in our opinion, would have a material impact on the
results of the valuations and extrapolations.

## Methods and Assumptions

Our valuation has been prepared on the basis of actuarial methods and assumptions selected
by Nortel's management ("Management") for accounting purposes in accordance with CICA
3461 and FAS 106. The actuarial methods and assumptions used for the purposes of this
valuation are summarized reporting Appendix C.

We have provided advice on the selection of assumptions used in the development of the
benefit cost and the ABO, notably the health care trend rate and variations in claims costs by
age. The demographic assumptions are consistent with those used in the valuation of the
company's pension plans.

The changes to the actuarial methods and assumptions used to develop disclosure information
for the current fiscal period compared to those used to determine the disclosure information as
of December 31, 2007, are as follows:

- The discount rate used to measure the obligations at September 30, 2007 was 5.60%. The
  discount rate used to measure the obligation at December 31, 2008 was 7.37%.
- The mortality assumption has been updated from the RP2000 projected to 2015 to RP2000
  projected to 2017.
- The drug trend assumption has been updated to 9% in 2008 grading down to 5% in and after
  2028 for the grandfathered plan and 8% in 2008 grading down to 5% in and after 2028 for
  the non-grandfathered catastrophic plan.
- The claims cost assumptions have been updated to reflect claims experience and Mercer's
  new aging factors.

Emerging experience differing from the assumptions will result in gains or losses that will be
revealed in future valuations. Future health care cost trends are especially difficult to predict,
and actual experience is likely to differ from expected.

Actuarial computations under CICA 3461 and FAS 106 are intended for use in enabling the
Company to account for the costs of post-retirement benefits under generally accepted
accounting principles. Computations intended for other purposes may produce significantly
different results. Accordingly, additional computations are needed for other purposes such as
purchase price calculations or plan design costings.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2009 Under CICA 3461 and FAS 106/132(R)/158

## Statement of Opinion

The methods used in the valuations of benefit obligations and determination of plan costs were
selected by Management in accordance with the requirements of CICA 3461 and FAS 106.

Nortel's Management has selected the assumptions used in the valuations of the plan
obligations and determination of plan costs. They are Management's best-estimate
assumptions, selected for accounting purposes, in accordance with CICA 3461 and FAS 106.
These assumptions are in accordance with accepted actuarial practice.

In my opinion,

* The data on which the valuations are based are sufficient and reliable for the purposes of the
  valuations, and
* The calculations have been made in accordance with the requirements of CICA 3461 and
  FAS 106.

## Professional Qualifications

I am available to answer any questions on the material contained in this report or to provide
explanations or further details, as may be appropriate. I meet the Qualification Standards of the
American Academy of Actuaries to render the actuarial opinion contained in this report. I am not
aware of any relationship, including investments or other services that could create a conflict-of-
interest that would impair our objectivity.

Respectfully submitted,

Darryl Leach
Fellow of the Canadian Institute of Actuaries
Fellow of the Society of Actuaries

10 / 03 / 09
Date

Mercer
161 Bay Street, P.O. Box 501
Toronto, Ontario  M5J 2S5

Telephone:    416 868 7275