**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

Appendix A

# Development of Costs

This appendix shows the financial position of the plan and the calculation of the various
components of plan costs.

(All amounts in $000's)

## Financial Position of the Plan

### Medical

|  |  | 01.01.08 | 01.01.07 |
|---|---|---|---|
| 1. | ABO |  |  |
|  | a.  Retirees and survivors | ($319,415) | ($334,730) |
|  | b.  Active fully eligible members | (22,808) | (23,844) |
|  | c.  Active not fully eligible members | (31,718) | (33,099) |
|  | d.  Total (a. + b. + c.) | ($373,941) | ($391,673) |
| 2. | Fair value of plan assets | 0 | 0 |
| 3. | Surplus (Deficit) (1(d) + 2.) | ($373,941) | ($391,673) |
| 4. | Employer contributions during period from measurement date to fiscal year end | 3,990 | 4,312 |
| 5. | Unamortized transitional obligation (asset) | 0 | 0 |
| 6. | Unamortized past service cost (gain) | (25,359) | (27,560) |
| 7. | Unamortized net actuarial loss (gain) | 17,944 | 38,806 |
| 8. | Accrued benefit asset (liability) (3. + 4. + 5. + 6. + 7.) | ($377,366) | ($376,115) |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Reconciliation of Accrued Benefit Asset (Liability) Under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| 1.   Accrued benefit asset (liability) at beginning of year | ($377,366) | ($376,115) |
| 2.   Benefit cost for the year | (19,350) | (18,682) |
| 3.   Benefit cost for gap period | (4,839) | N/A |
| 4.   Benefit payments | 18,859 | 17,431 |
| 5.   Adjustment for STB benefit payments | 13,088 | N/A |
| 6.   Accrued benefit asset (liability) at end of year | ($369,608) | ($377,366) |

| Reconciliation of Cumulative Employer Contributions in Excess of NPPBC Under FAS 106 | 31.12.08 |
|---|---|
| 1.   Cumulative employer contributions in excess of NPPBC at end of prior fiscal year | ($377,366) |
| 2.   Benefits paid | 18,859 |
| 3.   Adjustment for STB benefit payments | 13,088 |
| 4.   NPPBC for the year | (19,350) |
| 5.   NPPBC for gap period | (4,839) |
| 6.   Cumulative employer contributions in excess of NPPBC at end of current fiscal year (1. + 2. + 3. + 4. + 5.) | ($369,608) |

## Life

| | 01.01.08 | 01.01.07 |
|---|---|---|
| 1.   ABO | | |
|     a.   Retirees and survivors | ($110,030) | ($117,968) |
|     b.   Active fully eligible members | (7,249) | (7,698) |
|     c.   Active not fully eligible members | (7,283) | (7,727) |
|     d.   Total (a. + b. + c.) | ($124,562) | ($133,393) |
| 2.   Fair value of plan assets | 0 | 0 |
| 3.   Surplus (Deficit) (1(d) + 2.) | ($124,562) | ($133,393) |
| 4.   Employer contributions during period from measurement date to fiscal year end | 808 | 752 |
| 5.   Unamortized transitional obligation (asset) | 0 | 0 |
| 6.   Unamortized past service cost (gain) | (4,167) | (4,774) |
| 7.   Unamortized net actuarial loss (gain) | (6,290) | 6,468 |
| 8.   Accrued benefit asset (liability) (3. + 4. + 5. + 6. + 7.) | ($134,211) | ($130,947) |

Mercer (Canada) Limited

21

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Reconciliation of Accrued Benefit Asset (Liability) Under CICA 3461 | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| 1.  Accrued benefit asset (liability) at beginning of year | ($134,211) | ($130,947) |
| 2.  Benefit cost for the year | (6,544) | (6,485) |
| 3.  Benefit cost for gap period | (1,636) | N/A |
| 4.  Benefit payments | 5,958 | 3,221 |
| 5.  Adjustment for ADB benefit payments | 1,874 | N/A |
| 6.  Accrued benefit asset (liability) at end of year | ($134,559) | ($134,211) |

| Reconciliation of Cumulative Employer Contributions in Excess of NPPBC under FAS 106 | 31.12.08 |
|---|---|
| 1.  Cumulative employer contributions in excess of NPPBC at end of prior fiscal year | ($134,211) |
| 2.  Benefits paid | 5,958 |
| 3.  Adjustment for ADB benefit payments | 1,874 |
| 4.  NPPBC for the year | (6,544) |
| 5.  NPPBC for gap period | (1,636) |
| 6.  Cumulative employer contributions in excess of NPPBC at end of current fiscal year (1. + 2. + 3. + 4. + 5.) | ($134,559) |

## Benefit Cost

| Medical | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current service cost | $1,157 | $1,239 |
| Interest cost | 20,394 | 19,644 |
| Actual return on plan assets | 0 | 0 |
| Actuarial loss (gain) | (131,447) | (20,862) |
| Plan amendments | 0 | 0 |
| Curtailment loss (gain) | 0 | 0 |
| Settlement loss (gain) | 0 | 0 |
| Costs arising in the period | ($109,896) | $21 |
| Difference between costs arising in the period and costs recognized in the period in respect of: | | |
| Return on plan assets | 0 | 0 |
| Actuarial (loss) gain | 131,447 | 20,862 |
| Plan amendments | (2,201) | (2,201) |
| Transitional obligation (asset) | 0 | 0 |
| Benefit cost recognized | $19,350 | $18,682 |

Mercer (Canada) Limited

22

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Life | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| Current service cost | $362 | $422 |
| Interest cost | 6,789 | 6,670 |
| Actual return on plan assets | 0 | 0 |
| Actuarial loss (gain) | (20,895) | (12,758) |
| Plan amendments | 0 | 0 |
| Curtailment loss (gain) | 0 | 0 |
| Settlement loss (gain) | 0 | 0 |
| Costs arising in the period | ($13,744) | ($5,666) |
| Difference between costs arising in the period and costs recognized in respect of: | | |
| Return on plan assets | 0 | 0 |
| Actuarial (loss) gain | 20,895 | 12,758 |
| Plan amendments | (607) | (607) |
| Transitional obligation (asset) | 0 | 0 |
| Benefit cost recognized | $6,544 | $6,485 |

Components of these calculations are developed below.

## Interest Cost

| Medical | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| 1.  ABO[1] | $373,941 | $391,673 |
| 2.  Current service cost | 1,157 | 1,239 |
| 3.  a.   Plan amendment | 0 | 0 |
|      b.   Weighted for timing | 0 | 0 |
| 4.  a.   Benefit payments | 21,849 | 19,961 |
|      b.   Weighted for timing | 10,925 | 9,981 |
| 5.  Average ABO (1. + 2 + 3(b) − 4(b)) | $364,173 | $382,931 |
| 6.  Discount rate | 5.60% | 5.13% |
| 7.  Interest cost (5. × 6.) | $20,394 | $19,644 |

---

[1]   Fiscal 2008 interest cost is calculated based on September 30, 2007 ABO.

Mercer (Canada) Limited

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

| Life | Fiscal Year Ending 31.12.08 | Fiscal Year Ending 31.12.07 |
|---|---|---|
| 1.   ABO[2] | $124,562 | $133,393 |
| 2.   Current service cost | 362 | 422 |
| 3.   a.   Plan amendment | 0 | 0 |
|     b.   Weighted for timing | 0 | 0 |
| 4.   a.   Benefit payments | 7,379 | 7,584 |
|     b.   Weighted for timing | 3,690 | 3,792 |
| 5.   Average ABO (1. + 2 + 3(b) – 4(b)) | $121,234 | $130,023 |
| 6.   Discount rate | 5.60% | 5.13% |
| 7.   Interest cost *(5. × 6.)* | $6,789 | $6,670 |

---

[2]   Fiscal 2008 interest cost is calculated based on September 30, 2007 ABO.

**Mercer (Canada) Limited**

24

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

# Amortization Amounts for 2008 Benefit Cost

| Past Service Cost (Medical) | Unamortized Amount at Beginning of Period | Years Remaining | Amortization Amount |
|---|---|---|---|
| 1. a.   Jan 1, 2008 – Dec 31, 2008 | ($104) | 2.81 | ($37) |
| b.   Jan 1, 2008 – Dec 31, 2008 | (25,255) | 11.67 | (2,164) |
| 2.   Fiscal year ending Dec 31, 2008 | ($25,359) | N/A | ($2,201) |

| Amortizations (Medical) | Amortization Amount |
|---|---|
| 3.   Unamortized loss (gain) subject to amortization as of September 30, 2007 | |
| a.   Unamortized net actuarial loss (gain) | $17,944 |
| b.   ABO | 373,941 |
| c.   10% of ABO b. | 37,394 |
| d.   Unamortized net actuarial loss (gain) subject to amortization (excess of a. over c) | 0 |
| e.   Expected average remaining service lifetime | 14.00 |
| f.   Amortization amount (d. ÷ e.) | $0 |

| Past Service Cost (Life) | Unamortized Amount at Beginning of Period | Years Remaining | Amortization Amount |
|---|---|---|---|
| 1. a.   Jan 1, 2008 – Dec 31, 2008 | ($812) | 2.55 | ($319) |
| b.   Jan 1, 2008 – Dec 31, 2008 | (3,355) | 11.67 | (288) |
| 2.   Fiscal year ending Dec 31, 2008 | ($4,167) | N/A | ($607) |

| Amortizations (Life) | Amortization Amount |
|---|---|
| 3.   Unamortized loss (gain) subject to amortization as of September 30, 2007 | |
| a.   Unamortized net actuarial loss (gain) | ($6,290) |
| b.   ABO | 124,562 |
| c.   10% of ABO b. | 12,456 |
| d.   Unamortized net actuarial loss (gain) subject to amortization (excess of a. over c) | 0 |
| e.   Expected average remaining service lifetime | 9.00 |
| f.   Amortization amount (d. ÷ e.) | $0 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

(All amounts in $000's)

## Analysis of Loss (Gain) in Obligation (ABO)

**Medical**

| (Gains) and Losses Due to: | Total |
|---|---|
| 1.  Change in demographics | ($14,036) |
| 2.  Claims cost differing from expected | (32,731) |
| 3.  Change in aging factors | (51,580) |
| 4.  Change in trend assumption | 15,714 |
| 5.  Change in mortality table | 2,013 |
| 6.  Change in discount rate | (46,365) |
| 7.  Difference between actual benefit payments and expected benefit payments | (4,462) |
| 8.  Total | ($131,447) |

**Life**

| (Gains) and Losses Due to: | Total |
|---|---|
| 1.  Change in demographics | $3,912 |
| 2.  Change in mortality table | (671) |
| 3.  Change in salary scale assumption | (119) |
| 4.  Change in discount rate | (21,559) |
| 5.  Difference between actual benefit payments and expected benefit payments | (2,458) |
| 6.  Total | ($20,895) |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

---

Appendix B

---

# Membership Data

The actuarial valuation is based on membership data as at April 1, 2008, provided by Nortel.

We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation. These tests were applied to membership reconciliation, basic information (date of birth, date of hire, date of membership, gender, etc), earnings and service. The results of these tests were satisfactory.

Plan membership data as at April 1, 2008 and November 30, 2005 (the last valuation) are summarized in the following pages.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

## Analysis of Membership Data

As at 01.04.08

| Active and LTD Members | Nortel Networks | | | Nortel Technology |
|---|---|---|---|---|
| | Non-Union | Union | Total | Non-Union |
| Number | 2,726 | 323 | 3,049 | 2,131 |
| Average earnings | $108,350 | N/A | 96,872 | 112,620 |
| Average age (years) | 45.6 | 51.8 | 46.2 | 44.2 |
| Average service (years) | 16.8 | 25.2 | 17.7 | 15.4 |
| | | | | |
| **Inactive Members** | | | | |
| *Retirees* | | | | |
| Number | 4,185 | 5,534 | 9,719 | 850 |
| Average age (years) | 70.8 | 72.0 | 71.5 | 68.0 |
| | | | | |
| *Spouses of Retirees* | | | | |
| Number | 2,801 | 3,419 | 6,220 | 555 |
| Average age (years) | 67.3 | 69.7 | 68.6 | 64.6 |
| | | | | |
| *Surviving Spouses* | | | | |
| Number | 749 | 637 | 1,386 | 73 |
| Average age (years) | 76.6 | 75.8 | 76.3 | 72.6 |

Mercer (Canada) Limited

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

**As at 30.11.05**

| Active and LTD Members | Nortel Networks | | | Nortel Technology |
| | Non-Union | Union | Total | Non-Union |
|---|---|---|---|---|
| Number | 3,454 | 1,218 | 4,672 | 3,992 |
| Average earnings | $91,615 | $57,258 | $82,658 | $97,365 |
| Average age (years) | 42.1 | 46.0 | 43.1 | 40.1 |
| Average service (years) | 12.1 | 19.8 | 14.1 | 10.6 |
| **Inactive Members** | | | | |
| *Retirees* | | | | |
| Number | 3,295 | 5,464 | 8,759 | 660 |
| Average age (years) | 70.0 | 70.3 | 70.2 | 66.9 |
| *Spouses of Retirees* | | | | |
| Number | 2,413 | 3,763 | 6,176 | 419 |
| Average age (years) | 66.1 | 67.7 | 67.1 | 63.7 |
| *Surviving Spouses* | | | | |
| Number | 280 | 219 | 499 | 38 |
| Average age (years) | 74.3 | 71.8 | 73.2 | 71.8 |

Mercer (Canada) Limited

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

The distribution of the active members by age and completed years of service as at April 1, 2008 is summarized as follows:

### Nortel Technology Distribution of Active and Disabled Members By Age Group and Completed Years of Service as at 01.04.08

| Age | 0-4 | 5-9 | 10-14 | 15-19 | 20-24 | 25-29 | 30-34 | 35-39 | 40+ | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Under20 | | | | | | | | | | 0 |
| 20-24 | 3 | | | | | | | | | 3 |
| 25-29 | 14 | 14 | | | | | | | | 28 |
| 30-34 | 11 | 103 | 66 | | | | | | | 180 |
| 35-39 | 4 | 122 | 212 | 61 | | | | | | 399 |
| 40-44 | 5 | 93 | 200 | 178 | 90 | 1 | | | | 567 |
| 45-49 | 2 | 58 | 132 | 91 | 190 | 49 | 1 | | | 523 |
| 50-54 | 1 | 23 | 64 | 35 | 75 | 72 | 14 | | | 284 |
| 55-59 | | 7 | 22 | 15 | 20 | 26 | 13 | 1 | | 104 |
| 60-64 | | 2 | 4 | 6 | 9 | 7 | 5 | 5 | 2 | 40 |
| 65-69 | | 1 | | | | 2 | | | | 3 |
| 70-74 | | | | | | | | | | 0 |
| 75+ | | | | | | | | | | 0 |
| Total | 40 | 423 | 700 | 386 | 384 | 157 | 33 | 6 | 2 | 2,131 |

### Nortel Networks Distribution of Active and Disabled Members By Age Group and Completed Years of Service as at 01.04.08

| Age | 0-4 | 5-9 | 10-14 | 15-19 | 20-24 | 25-29 | 30-34 | 35-39 | 40+ | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Under 20 | | | | | | | | | | 0 |
| 20-24 | 12 | | | | | | | | | 12 |
| 25-29 | 32 | 13 | 1 | | | | | | | 46 |
| 30-34 | 22 | 117 | 67 | | | | | | | 206 |
| 35-39 | 18 | 125 | 199 | 72 | 1 | | | | | 415 |
| 40-44 | 14 | 116 | 166 | 230 | 128 | 1 | | | | 655 |
| 45-49 | 4 | 74 | 126 | 128 | 275 | 136 | | | | 743 |
| 50-54 | 3 | 38 | 68 | 68 | 112 | 179 | 62 | | | 530 |
| 55-59 | 3 | 10 | 35 | 22 | 49 | 91 | 53 | 16 | 3 | 282 |
| 60-64 | 1 | 7 | 8 | 8 | 19 | 34 | 31 | 19 | 26 | 153 |
| 65-69 | | | | | 1 | 2 | 2 | 1 | 1 | 7 |
| 70-74 | | | | | | | | | | 0 |
| 75+ | | | | | | | | | | 0 |
| Total | 109 | 500 | 670 | 528 | 585 | 443 | 148 | 36 | 30 | 3,049 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

### Total Distribution of Active and Disabled Members
### By Age Group and Completed Years of Service as at 01.04.08

| Age | 0-4 | 5-9 | 10-14 | 15-19 | 20-24 | 25-29 | 30-34 | 35-39 | 40+ | Total |
|-----|-----|-----|-------|-------|-------|-------|-------|-------|-----|-------|
| Under 20 | | | | | | | | | | 0 |
| 20-24 | 15 | | | | | | | | | 15 |
| 25-29 | 46 | 27 | 1 | | | | | | | 74 |
| 30-34 | 33 | 220 | 133 | | | | | | | 386 |
| 35-39 | 22 | 247 | 411 | 133 | 1 | | | | | 814 |
| 40-44 | 19 | 209 | 366 | 408 | 218 | 2 | | | | 1,222 |
| 45-49 | 6 | 132 | 258 | 219 | 465 | 185 | 1 | | | 1,266 |
| 50-54 | 4 | 61 | 132 | 103 | 187 | 251 | 76 | | | 814 |
| 55-59 | 3 | 17 | 57 | 37 | 69 | 117 | 66 | 17 | 3 | 386 |
| 60-64 | 1 | 9 | 12 | 14 | 28 | 41 | 36 | 24 | 28 | 193 |
| 65-69 | | 1 | | | 1 | 4 | 2 | 1 | 1 | 10 |
| 70-74 | | | | | | | | | | 0 |
| 75+ | | | | | | | | | | 0 |
| **Total** | 149 | 923 | 1,370 | 914 | 969 | 600 | 181 | 42 | 32 | 5,180 |

**Nortel Networks Corporation**    Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

The distribution of the retirees and surviving spouses by age as at April 1, 2008 is summarized
as follows:

**Nortel Networks Distribution of Retirees and
Surviving Spouses By Age Group as at 01.04.08**

| Age | Retirees | Surviving Spouses | Total |
|---|---|---|---|
| Under 50 | 7 | 11 | 18 |
| 50 – 54 | 122 | 11 | 133 |
| 55 – 59 | 693 | 27 | 720 |
| 60 – 64 | 1,855 | 97 | 1,952 |
| 65 – 69 | 1,738 | 159 | 1,897 |
| 70 – 74 | 1,874 | 249 | 2,123 |
| 75 + | 3,430 | 832 | 4,262 |
| Total | 9,719 | 1,386 | 11,105 |

**Nortel Technology Distribution of Retirees and
Surviving Spouses By Age Group as at 01.04.08**

| Age | Retirees | Surviving Spouses | Total |
|---|---|---|---|
| Under 50 | 3 | 4 | 7 |
| 50 – 54 | 14 | 3 | 17 |
| 55 – 59 | 101 | 3 | 104 |
| 60 – 64 | 223 | 8 | 231 |
| 65 – 69 | 201 | 11 | 212 |
| 70 – 74 | 145 | 10 | 155 |
| 75 + | 163 | 34 | 197 |
| Total | 850 | 73 | 923 |

**Nortel Total Distribution of Retirees and Surviving
Spouses By Age Group as at 01.04.08**

| Age | Retirees | Surviving Spouses | Total |
|---|---|---|---|
| Under 50 | 10 | 15 | 25 |
| 50 – 54 | 136 | 14 | 150 |
| 55 – 59 | 794 | 30 | 824 |
| 60 – 64 | 2,078 | 105 | 2,183 |
| 65 – 69 | 1,939 | 170 | 2,109 |
| 70 – 74 | 2,019 | 259 | 2,278 |
| 75 + | 3,593 | 866 | 4,459 |
| Total | 10,569 | 1,459 | 12,028 |

**Mercer (Canada) Limited**

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158



Appendix C

# Valuation Methods and Assumptions

This appendix describes the methods and assumptions used to value the plan as well as accounting policies used to calculate the benefit cost.

## Cost Method

### Non-Pension Post Retirement Benefits

Obligations shown in this report are determined using the *projected benefit method pro-rated on service* (as defined in CICA 3461 and FAS 106). The objective under this method is to expense each member's benefits under the plan taking into consideration projections of benefit costs to and during retirement, and allocating an equal portion of the costs to each year of service.

For retirees, spouses of retirees and surviving spouses, the ABO at a point in time is the actuarial present value of all future projected benefit as at that point in time.

For each active member, a "full eligibility" date is determined as the first date the member has or will have met the age and service requirements to qualify for all benefits after retirement.

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

*Full eligibility* varies by plan and is defined as follows:

| Program | Group | Attribution Period Start Date | End Date (Full Eligibility Date) |
|---------|-------|------------------------------|----------------------------------|
| Grandfathered Traditional (non-union) | Part I | Entry date in pension plan | Earlier of age 55 and 2 years of pensionable service and the date when the member completes 30 years of pensionable service |
| | Part II | Hire date | Age 55 and 5 years of continuous service |
| Non-Grandfathered Traditional (non-union) | Part I | Entry date in pension plan | Earlier of age 55 and 2 years of pensionable service and the date when the member completes 30 years of pensionable service |
| | Part II | Hire date | Age 55 and 10 years of continuous service |
| Balanced (non-union) | All | Later of hire age and age 40 | Assumed Retirement Age |
| SARP (union) | All | Later of hire age and age 40 | Assumed Retirement Age |

For active members who have reached "full eligibility", the ABO at a point in time is the actuarial present value of all future projected benefits as at that point in time. For these members, the current service cost is zero.

For active members who have not yet reached "full eligibility", the ABO at a point in time is the actuarial present value of all future projected benefits, as at that point in time multiplied by the ratio of service at that time to projected service at "full eligibility". For these members, the Current Service Cost (for the year beginning at that time) is the actuarial present value of benefits deemed to accrue in the year beginning at that time, and is determined as the actuarial present value of all future projected benefits divided by the projected service at "full eligibility".

The plan's Current Service Cost is the sum of the individual members' Current Service Cost, and the plan's ABO is the sum of the ABOs for all members under the plan.

## Changes Since Prior Valuation

There have been no changes in the cost method since the last valuation.

## Funding Policy

The post-retirement benefits are funded on a pay-as-you-go basis. (Nortel funds on a cash basis as benefits are paid.)

## Accounting Policies

Management applied the Recommendations of CICA 3461 retroactively as at January 1, 2000.

The Medical and Life plans are treated as two separate plans for the purpose of determining cumulative gains and losses. For each plan, cumulative gains and losses in excess of 10% of the beginning of year ABO are amortized over the expected average remaining service to

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

retirement of active members expected to receive benefits under the plan. Nortel Networks and
Nortel Technology are treated as a single entity for the purposes of determining cumulative
gains and losses and the amortization in future periods.

The Company has elected to amortize past service costs resulting from plan amendments on a
linear basis over the expected average remaining service (to full eligibility) of active members
expected to receive benefits under the plan.

Nortel's fiscal year-end is December 31 and the measurement date is December 31.

The attribution period is the period of an employee's service to which the expected non-pension
post-retirement benefit obligation for that employee is assigned. The beginning of the attribution
period is the date of hire (or pension plan membership date, depending on the plan), which is
the beginning of the credited service period. The end of the attribution period is the full eligibility
date for the various Nortel plans, as described in the summary of plan provisions section of this
report.

To date, Nortel has adopted a practice of triennial valuations, with extrapolation of results in the
interim. Changes to the discount rate and other assumptions will be reflected in this valuation as
they occur.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and<br>Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

## Summary of Assumptions

The following assumptions were used in valuing the benefit obligations under the plan.

| Measurement date | December 31 (September 30 for 2007 disclosure) | | |
|---|---|---|---|
| Discount rate | 7.37% per annum for 2008 disclosure and 2009 benefit cost | | |
| | 5.60% per annum for 2007 disclosure and 2008 benefit cost | | |
| CPI | 1.25% per annum for 2008 disclosure and 2009 benefit cost | | |
| | 2.25% per annum for 2007 disclosure and 2008 benefit cost | | |
| Salary increases | Salary increases used to determine future life insurance benefits for non-union employees are assumed to be the sum of two factors: | | |
| | ▪ An inflationary and productivity component; and | | |
| | ▪ Merit and promotional increases. | | |
| | For 2008 year end disclosure and 2009 benefit cost, the inflation and productivity component was 1.25% per annum. For 2007 year end disclosure and 2008 benefit cost, the inflation and productivity component was 3.25% per annum | | |
| Merit and promotion | Merit and promotion increases were based on age, Job Code Incentive (JCI) level and Professional / Non-professional code as follows: | | |
| | Age | Prof & JCI above 1 or Non-Prof & JCI above 4 | Prof & JCI Level 1 or Non-Prof & JCI below 5 |
| | 20 | 0.00% | 0.00% |
| | 25 | 4.00% | 1.00% |
| | 30 | 4.00% | 0.50% |
| | 35 | 3.00% | 0.50% |
| | 40 | 2.25% | 0.50% |
| | 45 | 1.75% | 0.00% |
| | 50 | 1.25% | 0.00% |
| | 55 | 1.25% | 0.00% |

**Nortel Networks Corporation**                                     Report on Non-Pension Post Retirement Benefit Cost and
                                                                    Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| Health care cost trend rates (2008 disclosure and 2009 benefit cost) | **Grandfathered Traditional Program** | |
|---|---|---|
| | Semi-Private Hospital | 4.75% per annum |
| | Prescription Drugs | 9.00% per annum in 2008 grading down to 5.00% per annum in and after 2028 |
| | Other Health Care | 4.75% per annum |
| | Vision Care | 0.00% per annum |
| | Dental Care | 4.75% per annum |
| | Provincial Premium | 3.25% per annum |
| | | |
| | **Non-Grandfathered Traditional Program** | |
| | Catastrophic Plan | 8.00% per annum in 2008 grading down to 5.00% per annum in and after 2028 |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium | 3.25% per annum |
| | | |
| | **Balanced Program and SARP** | |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium | 3.25% per annum |
| Health care cost trend rates (2007 disclosure and 2008 benefit cost) | **Grandfathered Traditional Program** | |
| | Semi-Private Hospital | 4.75% per annum |
| | Prescription Drugs | 9.00% per annum in 2008 grading down to 5.00% per annum in and after 2015 |
| | Other Health Care | 4.75% per annum |
| | Vision Care | 0.00% per annum |
| | Dental Care | 4.75% per annum |
| | Provincial Premium | 3.25% per annum |
| | | |
| | **Non-Grandfathered Traditional Program** | |
| | Catastrophic Plan | 8.00% per annum in 2008 grading down to 4.75% per annum in and after 2015 |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium | 3.25% per annum |
| | | |
| | **Balanced Program and SARP** | |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium | 3.25% per annum |

**Mercer (Canada) Limited**                                                                                           37

**Nortel Networks Corporation**

| Mortality (2008 disclosure and 2009 benefit cost) | RP2000 mortality table projected to 2017. Rates at sample ages are shown below (per 1,000 members): | | |
|---|---|---|---|
| | **Age** | **Male** | **Female** |
| | 20 | 0.25 | 0.15 |
| | 30 | 0.41 | 0.22 |
| | 40 | 0.94 | 0.55 |
| | 50 | 1.57 | 1.25 |
| | 60 | 5.13 | 4.64 |
| | 70 | 17.18 | 15.37 |
| | 80 | 54.26 | 40.72 |
| | 90 | 171.33 | 125.13 |
| Mortality (2007 disclosure and 2008 benefit cost) | RP2000 mortality table projected to 2015. Rates at sample ages are shown below (per 1,000 members): | | |
| | **Age** | **Male** | **Female** |
| | 20 | 0.26 | 0.15 |
| | 30 | 0.41 | 0.23 |
| | 40 | 0.96 | 0.56 |
| | 50 | 1.63 | 1.30 |
| | 60 | 5.30 | 4.69 |
| | 70 | 17.70 | 15.53 |
| | 80 | 55.36 | 41.29 |
| | 90 | 172.71 | 125.88 |
| Withdrawal | We have made an allowance for future terminations of employment before retirement for reasons other than death or retirement. Sample termination rates, by employee group, are as follows: | | |
| | **Age** | **Non-Union** | **Union** |
| | 20 | 12.92% | 9.18% |
| | 25 | 10.86% | 9.18% |
| | 30 | 9.03% | 7.49% |
| | 35 | 7.34% | 5.16% |
| | 40 | 5.66% | 3.70% |
| | 45 | 3.97% | 2.55% |
| | 50 | 3.03% | 1.47% |
| | 55 | 1.14% | 0.43% |
| | The termination scale ends at the full eligibility date. | | |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | |
|---|---|
| *Retirement rates* | Retirement Scale |
| | **Traditional (Grandfathered and Non-Grandfathered) Programs** |
| | *Non-Union (Part 1)* |
| | ▪ 5% per year from Company-Initiated Retirement Age[3] to Employee-Initiated Retirement Age[4] |
| | ▪ 40% at Employee-Initiated Retirement Age |
| | ▪ 15% per year from Employee-Initiated Retirement Age to Age 65 |
| | ▪ 100% at Age 65 |
| | *Non-Union (Part II)* |
| | ▪ 5% per year from Age 55 to Age 59 |
| | ▪ 20% per year from Age 60 to Age 64 |
| | ▪ 100% at Age 65 |
| | *Union* |
| | ▪ 15% per year from Company-Initiated Retirement Age[5] to Employee-Initiated Retirement Age[6] |
| | ▪ 40% at Employee-Initiated Retirement Age |
| | ▪ 15% per year from Employee-Initiated Retirement Age to Age 65 |
| | ▪ 100% at Age 65 |
| *Balanced Program Non-Union Plan Only* | Same as Non-Union Plan for Part II members |
| *SARP Program Union Plan Only* | Same as Union Plan for Traditional Programs |
| *Disability rates* | We have made no explicit allowance for the possibility that plan members become disabled before retirement. |
| | Members currently in receipt of LTD benefits are assumed to retire at age 65. |
| *Marital status* | ▪ For active employees, 80% are assumed to be married at retirement with males assumed to be 2 years older than their female spouses. |
| | ▪ For current retirees, actual spousal information was used |

---

[3] Company – Initiated Retirement Age refers to the earlier of:  Age 55 with 25 years of pensionable service, and 30 years of pensionable service.

[4] Employee-Initiated Retirement Age refers to the earlier of:  Age 65, age 60 with age plus pensionable service equal to 80 or more, and age 55 with age plus pensionable service equal to 85 or more, or age 55 with 20 years of pensionable service for female members, in service with Nortel Networks on May 31, 1973.

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| Age 65 2008 per covered person claim costs (before administration and taxes) (2007 disclosure and 2008 benefit cost) | | |
|---|---|---|
| *Grandfathered Traditional Program* | | |
| Semi-private Hospital | $52 | |
| Prescription Drugs[5] | 830 | |
| Other Medical | 53 | |
| Vision Care | 21 | |
| Dental Care | 212 | |
| Total | $1,168 | |
| *Non-Grandfathered Traditional Program* | | |
| Catastrophic Medical Program[6] | $1,109 | |
| Healthcare Spending Account | $50 per year of service from age 40 to retirement age | |
| *Balanced Program* | | |
| Healthcare Spending Account | $50 per year of service from age 40 to retirement age | |
| *SARP* | | |
| Healthcare Spending Account | $50 per year of service from age 40 to retirement age | |

---

[5]  Drug costs are reduced from age 65 due to coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset amount.

[6]  All drug costs can be claimed under this plan. The costs for drug benefits are reduced from age 65 due to the coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset amount.

**Mercer (Canada) Limited**

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| *Age 65 2008 per covered person claim costs (before administration and taxes) (2008 disclosure and 2009 benefit cost)* | | |
|---|---|---|
| | *Grandfathered Traditional Program* | |
| | Semi-private Hospital | $41 |
| | Prescription Drugs[7] | 640 |
| | Other Medical | 144 |
| | Vision Care | 24 |
| | Dental Care | 235 |
| | Total | $1,084 |
| | *Non-Grandfathered Traditional Program* | |
| | Catastrophic Medical Program[8] | $987 |
| | Healthcare Spending Account | $50 per year of service from age 40 to retirement age |
| | *Balanced Program* | |
| | Healthcare Spending Account | $50 per year of service from age 40 to retirement age |
| | *SARP* | |
| | Healthcare Spending Account | $50 per year of service from age 40 to retirement age |

| *Post retirement increases in utilization by age (2007 disclosure and 2008 benefit cost)* | Cost at Age | | | | | | |
|---|---|---|---|---|---|---|---|
| | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| Supplementary Hospital | 52% | 69% | 100% | 146% | 213% | 283% | 352% |
| Prescription Drugs [7] | 69% | 84% | 100% | 115% | 126% | 134% | 134% |
| Other Medical | 49% | 66% | 100% | 154% | 233% | 347% | 501% |
| Vision Care | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Dental Care | 105% | 103% | 100% | 98% | 95% | 93% | 90% |
| Catastrophic Medical Plan8 | 69% | 84% | 100% | 115% | 126% | 134% | 134% |
| Healthcare Spending Account | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

---

[7]  Drug costs are reduced from age 65 due to coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset amount.

[8]  All drug costs can be claimed under this plan. The costs for drug benefits are reduced from age 65 due to the coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset amount.

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| Post retirement increases in utilization by age (2008 disclosure and 2009 benefit cost) | | Cost at Age | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| | Supplementary Hospital | 45% | 64% | 100% | 161% | 253% | 388% | 562% |
| | Prescription Drugs[7] | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Other Medical | 106% | 103% | 100% | 102% | 110% | 121% | 135% |
| | Vision Care | 106% | 103% | 100% | 97% | 95% | 92% | 89% |
| | Dental Care | 107% | 104% | 100% | 95% | 90% | 83% | 74% |
| | Catastrophic Medical Plan[8] | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Healthcare Spending Account | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

| Prescription drug offset assumption at age 65 and after (2007 disclosure and 2008 benefit cost) | Alberta: 55% of claims |
|---|---|
| | British Columbia: 60% of claims |
| | Ontario: 55% of claims |
| | Quebec: 50% of claims (assume 95% of Quebec retirees elected RAMQ at age 65) |
| | Others: 0% |

| Prescription drug offset assumption at age 65 and after (2008 disclosure and 2009 benefit cost) | Alberta: 55% of claims |
|---|---|
| | Ontario: 65% of claims |
| | Quebec: 100% of claims (assume 100% of Quebec retirees elected RAMQ at age 65) |
| | Others: 0% |

**Lifetime maximum factors for the Catastrophic Medical Plan**

The liabilities and service cost amounts for the catastrophic medical coverage under the Non-Grandfathered Traditional Program were calculated based on the above assumptions, multiplied by the factors in the table below to reflect the expected impact of the plan's lifetime deductible ($500,000 per family) and lifetime maximum ($7,500 per family) provisions. It has been assumed that the current flat lifetime deductible and maximum amounts do not increase in the future.

| Age Group | Factors for Lifetime Deductible of $7,500 and Lifetime Maximum of $500,000 per Family |
|---|---|
| Less than 30 | 0.04 |
| 30 to 34 | 0.05 |
| 35 to 39 | 0.07 |
| 40 to 44 | 0.08 |
| 45 to 49 | 0.11 |
| 50 to 54 | 0.13 |
| 55 to 59 | 0.18 |
| 60+ | 0.11 |

**Nortel Networks Corporation**                          Report on Non-Pension Post Retirement Benefit Cost and
                                                         Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | | | |
|---|---|---|---|
| *Provincial government plan* | As of April 1, 2008 the retiree premium for the government plans are as follows: | | |
| | **Province** | **Single** | **Family** |
| | British Columbia | $54 | $96 |
| *Administrative expenses* | Medical | 4.30% of claims | |
| | Dental | 4.30% of claims | |
| | Life Insurance | 1.50% of claims | |
| | STB | 2.30% of claims | |
| *Taxes* | Provisions for the following provincial premium and sales taxes have been made: | | |
| | *Provincial Sales Taxes:* | | |
| | Quebec | 9.00% of claims and expenses | |
| | Ontario | 8.00% of claims and expenses | |
| | Other Provinces | Nil | |
| | *Premium Taxes:* | | |
| | Quebec | 2.35% of claims and expenses | |
| | Ontario | 2.00% of claims and expenses | |
| | Other Provinces | 2.00% to 4.00% of claims and expenses for Life Insurance and STB, and for Medical/Dental depending on the province as follows:<br>▪ 2.00%: Alberta, British Columbia, Manitoba, New Brunswick, Saskatchewan<br>▪ 3.00%: Nova Scotia<br>▪ 3.50% Prince Edward Island<br>▪ 4.00%: Newfoundland and Labrador | |
| | *Goods and Services Tax:* | | |
| | All Provinces | 7.00% of expenses | |
| *Attribution period* | As described in the Summary of Non-Pension Post Retirement Benefit Plan Provisions. | | |

## Claims Cost Development

### Non-Pension Post Retirement Benefits

The 2008 per covered person claim costs at age 65 are based on actual claims experience for Nortel's retired members or surviving spouses for the calendar years, 2005 to 2007. The claims cost assumptions include administration and taxes. Claim costs were trended to the mid-point (October 1, 2008) of the current valuation period. Refer to the schedule for the development of the 2008 claim costs on the following pages.

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

## 2008 Claims Cost Development

| | 2007 Total | 2006 Total | 2005 Total |
|---|---|---|---|
| Actual Nortel retirees' paid claims (before administration costs and taxes) | | | |
| Hospital | $1,101,260 | $1,253,443 | $1,224,898 |
| Drug | 6,646,711 | 6,458,991 | 6,539,435 |
| Vision care | 290,148 | 301,508 | 292,774 |
| Other medical | 1,862,758 | 1,832,332 | 1,732,219 |
| Dental | 3,505,179 | 3,398,882 | 3,323,956 |
| Total | $13,406,054 | $13,245,156 | $13,113,283 |
| | | | |
| Number of Nortel retirees, spouses and surviving spouses | | | |
| • Eligible for medical benefits | 18,803 | 17,943 | 17,083 |
| • Eligible for dental benefits | 18,803 | 17,943 | 17,083 |
| | | | |
| Per covered member costs | | | |
| Hospital | $58.57 | $69.86 | $71.70 |
| Drug | 484.71 | 478.07 | 514.19 |
| Vision care | 15.43 | 16.80 | 17.14 |
| Other medical | 99.07 | 102.12 | 101.40 |
| Dental | 186.42 | 189.43 | 194.58 |
| Total | $824.19 | $856.28 | $899.01 |
| | | | |
| Trend to July 01, 2007 | | | |
| Hospital | 1.00 | 1.05 | 1.10 |
| Drug | 1.00 | 1.08 | 1.17 |
| Vision care | 1.00 | 1.00 | 1.00 |
| Other medical | 1.00 | 1.05 | 1.10 |
| Dental | 1.00 | 1.05 | 1.10 |
| | | | |
| 2007 per covered member costs | | | |
| Hospital | $58.57 | $73.18 | $78.68 |
| Drug | 484.71 | 516.32 | 599.76 |
| Vision care | 15.43 | 16.80 | 17.14 |
| Other medical | 99.07 | 106.97 | 111.26 |
| Dental | 186.42 | 198.42 | 213.50 |
| Total | $824.19 | $911.69 | $1,020.33 |
| | | | |
| Weighting | 50% | 33% | 17% |
| | | | |
| Trend to October 01, 2008 | | | |
| Hospital | 1.060 | | |
| Drug | 1.101 | | |
| Vision care | 1.000 | | |
| Other medical | 1.060 | | |
| Dental | 1.060 | | |
| | | | |
| 2008 per covered member costs | | | |
| Hospital | $70.78 | | |
| Drug | 555.44 | | |
| Vision care | 16.17 | | |
| Other medical | 109.94 | | |
| Dental | 206.60 | | |
| Total | $958.94 | | |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| Adjustment factors to convert 2008 per covered member costs into age 65 per covered member costs | | |
|---|---|---|
| Hospital | 0.6792 | |
| Drug | 1.1522 | |
| Vision care | 1.4840 | |
| Other medical | 1.3098 | |
| Dental | 1.1375 | |

| Drug offset assumption at age 65 | 0% | |
|---|---|---|

| Per covered member age 65 claims costs (2008 per covered member costs x adjustment factors) | | |
|---|---|---|
| Hospital | $41.00 | |
| Drug - incorporating 0% drug offset | 640.00 | |
| Vision care | 24.00 | |
| Other medical | 144.00 | |
| Dental | 235.00 | |
| Total | $1,084.00 | |

| Administration costs and taxes | | |
|---|---|---|
| • Administration costs for medical | 4.30% | of claims |
| • Premium and sales taxes | 10.05% | of claims |
| Total administration costs and taxes | 14.78% | of claims |

| Administration costs and taxes | | |
|---|---|---|
| • Administration costs for dental | 4.30% | of claims |
| • Premium and sales taxes | 10.05% | of claims |
| Total administration costs and taxes | 14.78% | of claims |

| Per covered member age 65 claims costs with administration costs and taxes | | |
|---|---|---|
| Hospital | $47.06 | |
| Drug - incorporating 0% drug offset | 734.61 | |
| Vision care | 27.55 | |
| Other medical | 165.29 | |
| Dental | 269.74 | |
| Total | $1,244.24 | |

| Benefit adjustment factors due to differences in plan provisions | | |
|---|---|---|
| Hospital | 1.00 | |
| Drug | 1.00 | |
| Vision care | 1.00 | |
| Other medical | 1.00 | |
| Dental | 1.00 | |

| Nortel 2008 per covered member age 65 costs with administration costs and taxes | Total |
|---|---|
| Hospital | $47.06 |
| Drug - incorporating 0% drug offset | 734.61 |
| Vision care | 27.55 |
| Other medical | 165.29 |
| Dental | 269.74 |
| Total | $1,244.24 |

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

## Extrapolation to the Financial Position of the Plan

The extrapolation of the financial position of the plan to September 30, 2007 (for the purposes of determining benefit cost for fiscal 2008) is based on the membership data provided by Nortel as of November 30, 2005 updated to reflect the third wave of project Allegro and the June 30, 2006 restructuring.

The extrapolation of the financial position of the plan to December 31, 2008 is based on the membership data provided by Nortel as of April 1, 2008.

For purposes of these extrapolations, we have used the actuarial assumptions and methods set out in this report.

**Nortel Networks Corporation**                      Report on Non-Pension Post Retirement Benefit Cost and
                                                     Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

Appendix D

# Summary of Plan Provisions

On June 2, 2006 Nortel announced changes to the post retirement benefits provided to non-union employees. Effective January 1, 2008, non-union employees who were not at least 50 years of age with 5 years of service on July 1, 2006:

- would be provided with medical and dental benefits on an "access-only" basis (100% retiree paid); and
- a flat $10,000 life benefit.

Please see detailed chart on the following pages.

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program — Catastrophic Program | Non-Grandfathered Traditional, Balanced Program and SARP — Healthcare Spending Account |
|---|---|---|---|
| Eligibility | ■ Age 50 or have at least 28 years of service as at April 30, 2000<br>■ Part I: Employee must retire directly from active status or Long Term Disability<br>■ Part II: Employee must be at least age 55 with 5 years of service at retirement | ■ If employee does not qualify for the Grandfathered Traditional program<br>■ Part I: Employee must retire directly from active status or Long Term Disability<br>■ Part II: Employee must be at least age 55 with 10 years of service at retirement | ■ Part I: Employee must retire directly from active status or Long Term Disability<br>■ Part II: Balanced Program & SARP; employee must be at least age 55 with 10 years of service at retirement<br>■ Investor program for Quebec retirees under age 65 who retire from active status |
| **Medical and Dental Coverage** | | | |
| Deductible | ■ $25/50 (single/family) per calendar year<br>■ Applies to expenses incurred under either or both health and dental plans | ■ $7,500 lifetime out-of-pocket deductible per family<br>■ Applies to certain medical benefits only | ■ N/A |
| Overall Plan Maximum | ■ Unlimited | ■ $500,000 lifetime maximum per family | ■ N/A |
| Benefit Amount | ■ Out-of-pocket maximum of $1,000 per calendar year per family | ■ Reimburses 100% (from catastrophic plan) of eligible medical expenses after the lifetime deductible is satisfied | ■ Annual company paid allocation is $50 per year of service from age 40 |
| Spousal & Dependent Coverage | ■ Yes | ■ Yes | ■ Annual company paid allocation reduced by half after the death of the retiree |
| Cost Sharing | ■ 100% Nortel-paid if employee at least age 50 with 5 years service at July 1, 2006, otherwise, 100% retiree-paid | ■ 100% Nortel-paid if employee at least age 50 with 5 years service at July 1, 2006, otherwise, 100% retiree-paid | ■ 100% Nortel-paid if employee at least age 50 with 5 years service at July 1, 2006, otherwise, 100% retiree-paid |
| **Medical** | | | |
| Drug (Non-Quebec) | ■ Prescription drugs covered at 80% | ■ Prescription drugs, generic substitution where possible<br>■ $7 dispensing fee maximum | ■ Subject to Income Tax Act Section 118.2 |

48

Mercer (Canada) Limited

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| **Drug (Quebec) — Retirees 65 and over: 2 Choices** | • Provincial RQ Drug Plan | • Provincial RQ Drug Plan | • Provincial RQ Drug Plan |
| | • Covers 72.6% up to $822 out of pocket/yr | • Covers 71.5% up to $857 out of pocket/yr | • Covers 72.6% up to $822 out of pocket/yr |
| | • 100% of expenses in excess of $822 | • 100% of expenses in excess of $857 | • 100% of expenses in excess of $822 |
| | • Monthly deductible $9.13/month | • Monthly deductible $11.90/month | • Monthly deductible $9.13/month |
| | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr |
| | • NN RAMQ Equivalent Drug Plan | • NN RAMQ Equivalent Drug Plan | • NN RAMQ Equivalent Drug Plan |
| | • 80% eligible on RAMQ formulary up to $822/yr | • 80% eligible on RAMQ formulary up to $857/yr | • 80% eligible on RAMQ formulary up to $822/yr |
| | • 100% of expenses in excess of $822 | • 100% of expenses in excess of $857 | • 100% of expenses in excess of $822 |
| | • Retiree pays premiums | • Retiree pays premiums | • Retiree pays premiums |
| **Hospital** | • 100% of the first $50 per day and 50% of the remaining cost | • Not covered | • Subject to Income Tax Act Section 118.2 |
| | • Difference between ward and private room coverage | | |
| **Private Duty Nursing** | • 80% to a maximum of $12,500 in period of illness/injury | • 100% subject to deductible and overall plan maximum | • Subject to Income Tax Act Section 118.2 |
| **Vision Care** | • 50% up to a maximum of $100/ 2yrs /per person, and $200/2yrs for severe eye conditions | • Not covered | • Subject to Income Tax Act Section 118.2 |
| | • CAW and COEU | | |
| | • Maximum of $100 /2yrs /per person, and $200/2yrs for severe eye conditions | | |
| **Hearing Aid** | • 50% to a maximum of $200 /2yrs/ per person | • Not covered | • Subject to Income Tax Act Section 118.2 |
| **Provincial Health Insurance Premium** | • Nortel Networks pays provincial health insurance premiums for retirees in British Columbia. These premiums are a tax benefit to retirees. | • Nortel Networks pays provincial health insurance premiums for retirees in British Columbia. These premiums are a tax benefit to retirees. | • Nortel Networks pays provincial health insurance premiums for retirees in British Columbia. These premiums are a tax benefit to retirees. |

Mercer (Canada) Limited

49

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| Other Medical | ▪ Includes:<br>80% co-insurance:<br>– Out of province medical coverage<br>– Medical equipment and supplies<br>– Ambulance services<br>– X-rays<br>– Accidental dental<br>– Paramedical services ($250 maximum per person per calendar year)<br>– Orthopaedic shoes<br>– Physiotherapist (no maximum)<br>– Other parameds ($250 maximum)<br>50% co-insurance:<br>– Hearing aids<br>– Nursing Homes | ▪ Includes:<br>– Medical equipment and supplies<br>– Ambulance services<br>– X-rays<br>– Selected list of paramedical services (physiotherapist, chiropractor, speech therapist, osteopath) $250 maximum per practitioner per calendar year<br>– 100% subject to deductible and overall plan maximum | ▪ Subject to Income Tax Act Section 118.2 |
| Dental | ▪ Coinsurance of: | ▪ Not Covered | ▪ Subject to Income Tax Act Section 118.2 |
| Basic | 80% | | |
| Periodontic / Endodontic | 50% | | |
| Major Restorative | 50% | | |
| Orthodontic | None | | |
| Maximum Benefit | ▪ Periodontic / Endodontic: $1,000 per person in any 3 years<br>▪ Major: $1,000 per person per calendar year | | |

Mercer (Canada) Limited

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| *Life Insurance* | ▪ Equal to pre-retirement basic life coverage | Non-Grandfathered Traditional | Balanced |
| | ▪ Non-union employees receive $10,000 if not at least age 50 with 5 years service on July 1, 2006 | ▪ $35,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000 | ▪ $35,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000 |
| | ▪ Reducing by 5% on each retirement anniversary | | SARP |
| | **Non-Union** | | ▪ $30,000 in company paid coverage or $10,000 death benefit for CAW retirees |
| | Non-Union Pre '91 retiree | | ▪ $35,000 in company paid coverage or $10,000 death benefit for COEU retirees |
| | – Reduction stops when coverage is 75% of pre-retirement basic life coverage | | |
| | Non-Union Post '91 retiree | | |
| | – Reduction stops when coverage is 25% of pre-retirement basic life coverage | | |
| | – Minimum coverage of $20,000 | | |
| | Exceptions to the Above: | | |
| | ▪ For retirees on private payroll whose band was 12 and above, and for NEDCO retirees: the initial amount of insurance remains level after retirement | | |
| | **Union** | | |
| | Union Pre '91 retiree | | |
| | – Reduction stops when coverage is 75% of pre-retirement basic life coverage | | |
| | Union Post '91 retiree | | |
| | – Reduction stops when coverage is 50% of pre-retirement basic life coverage | | |
| | ▪ Minimum coverage of $10,000 except for CAW who have a minimum coverage of $25,000 | | |

Mercer (Canada) Limited

Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

Appendix E

# Additional Information

*Disclosure Information by Entity*

Mercer (Canada) Limited

52

# Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Nortel Networks Life | Nortel Networks Medical | Nortel Networks Total | Nortel Technology Life | Nortel Technology Medical | Nortel Technology Total |
|---|---|---|---|---|---|---|
| **Change in accumulated post retirement benefit obligation** | | | | | | |
| Accumulated post retirement benefit obligation – end of prior period | 109,841 | 337,813 | 447,654 | 14,721 | 36,128 | 50,849 |
| Adjustment for change in measurement date | 790 | 818 | 1,608 | 190 | 581 | 771 |
| Service cost | 213 | 814 | 1,027 | 149 | 343 | 492 |
| Interest cost | 5,974 | 18,396 | 24,370 | 815 | 1,998 | 2,813 |
| Plan amendments | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee contributions | 0 | 0 | 0 | 0 | 0 | 0 |
| Benefits paid | (5,887) | (18,641) | (24,528) | (271) | (18) | (289) |
| Net transfer in (out) | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions (divestitures) | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase (decrease) in obligation due to curtailment | 0 | 0 | 0 | 0 | 0 | 0 |
| Obligation being settled | 0 | 0 | 0 | 0 | 0 | 0 |
| Special termination benefits | 0 | 0 | 0 | 0 | 0 | 0 |
| Actuarial loss (gain) | (17,522) | (116,075) | (133,597) | (3,123) | (15,572) | (18,745) |
| Accumulated post retirement benefit obligation – end | 93,409 | 223,125 | 316,534 | 12,431 | 23,460 | 35,891 |
| **Change in plan assets** | | | | | | |
| Fair value of plan assets – end of prior period | 0 | 0 | 0 | 0 | 0 | 0 |
| Actual return on plan assets | 0 | 0 | 0 | 0 | 0 | 0 |
| Employer contributions | 5,887 | 18,641 | 24,528 | 271 | 18 | 289 |
| Employee contributions | 0 | 0 | 0 | 0 | 0 | 0 |
| Benefits paid | (5,887) | (18,641) | (24,528) | (271) | (18) | (289) |
| Surplus paid out to employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Settlement payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Net transfer in (out) | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions (divestitures) | 0 | 0 | 0 | 0 | 0 | 0 |
| Actual plan expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Fair value of plan assets – end | 0 | 0 | 0 | 0 | 0 | 0 |
| **Reconciliation of funded status** | | | | | | |
| Benefit obligation – end | 93,409 | 223,125 | 316,534 | 12,431 | 23,460 | 35,891 |
| Fair value of plan assets – end | 0 | 0 | 0 | 0 | 0 | 0 |
| Funded status – surplus (deficit) | (93,409) | (223,125) | (316,534) | (12,431) | (23,460) | (35,891) |
| Employer contributions after measurement date | 0 | 0 | 0 | 0 | 0 | 0 |
| Net amt. recognized in statement of financial position (after FAS 158) | (93,409) | (223,125) | (316,534) | (12,431) | (23,460) | (35,891) |
| **Amounts recognized in the statement of financial position consist of:** | | | | | | |
| Noncurrent assets | 0 | 0 | 0 | 0 | 0 | 0 |
| Current (liabilities) | (6,997) | (17,597) | (24,594) | (721) | (1,273) | (1,994) |
| Noncurrent (liabilities) | (86,412) | (205,528) | (291,940) | (11,710) | (22,187) | (33,897) |
| Net amount recognized in statement of financial position (after FAS 158) | (93,409) | (223,125) | (316,534) | (12,431) | (23,460) | (35,891) |
| **Reconciliation of amounts not yet recognized in net periodic benefit cost and included in accumulated other comprehensive income (before tax):** | | | | | | |
| Transition obligation (asset) | 0 | 0 | 0 | 0 | 0 | 0 |
| Prior service cost (credit) | (1,772) | (12,042) | (13,814) | (1,636) | (10,566) | (12,202) |
| Net actuarial loss (gain) | (20,899) | (89,482) | (110,381) | (4,412) | (10,933) | (15,345) |
| Total recognized in AOCI at year-end (e) | (22,671) | (101,524) | (124,195) | (6,048) | (21,499) | (27,547) |
| Cumulative employer contributions in excess of net periodic benefit cost (b) | (116,080) | (324,649) | (440,729) | (18,479) | (44,959) | (63,438) |
| Net amount recognized in statement of financial position (after FAS 158) (b) – (e) | (93,409) | (223,125) | (316,534) | (12,431) | (23,460) | (35,891) |

1 Note that the split of actual benefit payments is based on the Seattle allocation between the entities. This split will be reviewed in 2009.

Mercer (Canada) Limited

53

# Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

| | Nortel Networks Life | Nortel Networks Medical | Nortel Networks Total | Nortel Technology Life | Nortel Technology Medical | Nortel Technology Total |
|---|---|---|---|---|---|---|
| **Components of net periodic post retirement benefit cost** | | | | | | |
| Service cost | 213 | 814 | 1,027 | 149 | 343 | 492 |
| Interest cost | 5,974 | 18,396 | 24,370 | 815 | 1,998 | 2,813 |
| Expected return on plan assets | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of transition obligation (asset) | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of prior service cost (credit) | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of net actuarial loss (gain) | (283) | (1,185) | (1,468) | (324) | (1,016) | (1,340) |
| Curtailment loss (gain) | 0 | 0 | 0 | 0 | 0 | 0 |
| Settlement loss (gain) | 0 | 0 | 0 | 0 | 0 | 0 |
| Special termination benefits | 0 | 0 | 0 | 0 | 0 | 0 |
| Net periodic post retirement benefit cost (income) | 5,904 | 18,025 | 23,929 | 640 | 1,325 | 1,965 |
| **Changes in plan assets and benefit obligations recognized in other comprehensive income** | | | | | | |
| Prior service cost (credit) arising in period | 0 | 0 | 0 | 0 | 0 | 0 |
| Net actuarial loss (gain) arising in period | (17,722) | (115,875) | (133,597) | (3,173) | (15,572) | (18,745) |
| Total cost (credit) arising in period (a) | (17,722) | (115,875) | (133,597) | (3,173) | (15,572) | (18,745) |
| Minus: | | | | | | |
| Amortization of transition obligation (asset) | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of prior service cost (credit) | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of net actuarial loss (gain) | (283) | (1,185) | (1,468) | (324) | (1,016) | (1,340) |
| Total amortization reclassified through net periodic benefit cost (b) | (283) | (1,185) | (1,468) | (324) | (1,016) | (1,340) |
| Equals: | | | | | | |
| Total cost (credit) recognized in other comprehensive income (a) – (b) | (17,439) | (114,690) | (132,129) | (2,849) | (14,556) | (17,405) |
| **Total recognized in net periodic benefit cost and other comprehensive income** | (11,535) | (96,665) | (108,200) | (2,209) | (13,231) | (15,440) |
| **Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year** | | | | | | |
| Transitional obligation (asset) | 0 | 0 | 0 | 0 | 0 | 0 |
| Prior service cost (credit) | 0 | 0 | 0 | 0 | 0 | 0 |
| Net actuarial loss (gain) | (283) | (1,185) | (1,468) | (324) | (1,016) | (1,340) |
| Total | (936) | (11,251) | (12,187) | (197) | (1,375) | (1,572) |
| | (1,219) | (12,436) | (13,655) | (521) | (2,391) | (2,912) |
| **Assumptions** | | | | | | |
| **At beginning of period** | | | | | | |
| Discount rate | 5.60% | 5.60% | 5.60% | 5.60% | 5.60% | 5.60% |
| Rate of compensation increase (excluding merit + promotion scale) | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% |
| Health care inflation – Select | 6.47% | 6.47% | 6.47% | 6.47% | 6.47% | 6.47% |
| Health care inflation – Ultimate | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% | 4.70% |
| At end of Year ultimate rate reached | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 |
| **At end of period** | | | | | | |
| Discount rate | 7.37% | 7.37% | 7.37% | 7.37% | 7.37% | 7.37% |
| Rate of compensation increase (excluding merit + promotion scale) | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% |
| Health care inflation – Select | 6.14% | 6.14% | 6.14% | 6.14% | 6.14% | 6.14% |
| Health care inflation – Ultimate | 4.82% | 4.82% | 4.82% | 4.82% | 4.82% | 4.82% |
| Year ultimate rate reached | 2028 | 2028 | 2028 | 2028 | 2028 | 2028 |
| **Reconciliation of funded status (as per prior accounting rules)** | | | | | | |
| Funded status – surplus (deficit) | (93,409) | (223,125) | (316,534) | (12,431) | (23,460) | (35,891) |
| Employer contributions after measurement date | 0 | 0 | 0 | 0 | 0 | 0 |
| Unamortized transitional obligation (asset) | 0 | 0 | 0 | 0 | 0 | 0 |
| Unamortized past service costs | (1,772) | (12,042) | (13,814) | (1,638) | (10,566) | (12,202) |
| Unamortized net actuarial loss (gain) | (20,859) | (69,482) | (90,341) | (4,412) | (10,933) | (15,345) |
| Accrued benefit asset (liability) | (116,080) | (304,649) | (420,729) | (18,481) | (44,959) | (63,435) |