Nortel Networks Corporation

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

Appendix F

# Employer Certification

With respect to the actuarial report on the determination of 2008 benefit cost and 2008 year-end disclosure for Nortel's non-pension post retirement benefit plan under CICA 3461 and SFAS 106/132 (as modified by FAS 158), I hereby certify that, to the best of my knowledge and belief:

- The membership data supplied to the actuary for the April 1, 2008 and November 30, 2005 valuations provide a complete and accurate description of all members who were entitled to benefits under the terms of the plans for service up to the date of that valuation;
- A copy of the official plan documents and of all amendments made up to current fiscal year-end were supplied to the actuary; and
- All substantive commitments (as defined under CICA 3461 and SFAS 106) have been communicated to the actuary.

2/27/09
Date

*Elizabeth Smith* (signature)
Signed

Elizabeth Smith
Name

Director Pension + OPEB Accounting
Title

**Nortel Networks Corporation**

Report on Non-Pension Post Retirement Benefit Cost and
Disclosure for Fiscal 2008 Under CICA 3461 and FAS 106/132(R)/158

Appendix G

# Glossary of CICA 3461 and FAS 106 Terms

This section illustrates the main difference in terminology between CICA 3461 and FAS 106.

| CICA 3461 | FAS 106 | Definition |
|---|---|---|
| Accrued benefit asset | Prepaid postretirement benefit cost | Cumulative employer contributions in excess of benefit cost. |
| Accrued benefit liability | Accrued postretirement benefit cost | The accumulation of benefit costs that have not yet been funded. |
| Accrued benefit obligation | Accumulated Postretirement Benefit Obligation (APBO) | The actuarial present value of all benefits expected to be received, attributed to employee service rendered before the valuation date. |
| Current service cost | Service cost | The actuarial present value of benefits attributed to services rendered by employees during a one year period. |
| Benefit cost | Net periodic postretirement benefit cost | The amount recognized in the employer's financial statements as the cost of a post retirement benefit plan for a period. |
| Past service cost | Prior service cost | The cost of benefit improvements attributable to plan participants' prior service pursuant to a plan amendment or a plan initiation that provides benefits in exchange for plan participants' prior service. |
| N/A | Accumulated Other Comprehensive Income (FAS 158) | Balance sheet item reported on company's financial statement. As of the fiscal year-end, it is equal to the sum of the net actuarial gain (loss) plus prior service credit (cost) plus transition asset (obligation) not yet recognized in net income. The amount shown in this report is the before-tax amount and the amount shown on the company's financial statement will be after-tax. |
| N/A | Other Comprehensive Income (FAS 158) | Except for certain amounts that are amortized, a company's net income does not include actuarial gains and losses during a year nor plan amendments during the year. These amounts are included in other comprehensive income. Other comprehensive income equals the change in accumulated other comprehensive income during the fiscal year. Other comprehensive income is shown on a company's books as an after-tax amount but is shown in this report before taxes. |



# MERCER

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Mercer (Canada) Limited
161 Bay Street
P.O. Box 501
Toronto, Ontario M5J 2S5
416 868 2000

Consulting. Outsourcing. Investments.

Mercer (Canada) Limited

**APPENDIX H – UNAUDITED, INTERNAL HWT FINANCIAL STATEMENTS DATED DECEMBER 31, 2008**

*Financial Statements of*

# NORTEL NETWORKS HEALTH AND WELFARE TRUST FUND

*December 31, 2008*

# Management's Report

The financial statements of the Nortel Networks Health and Welfare Trust Fund have been prepared in accordance with Canadian generally accepted accounting principles ("GAAP") and to file with the Company's corporate income tax returns. As such, these financial statements do not include all the necessary note disclosures required by Canadian GAAP. The financial statements are expressed in Canadian dollars, have been prepared by management from internal data and are unaudited.

*[signature]*

Wasim Haque
Controller, Canada

Toronto, Ontario
March 25, 2009

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2008

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 2 |
| Statement of Changes in Net Assets Available for Benefits | 3 |
| Notes to the Financial Statements | 4-7 |

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Statement of Net Assets Available for Benefits
December 31, 2008
(in thousands of dollars)

|  | 2008 | 2007 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 22,384 | $ 22,284 |
| Government Agencies | 10,645 | 12,993 |
| Provincial/Municipal | 51,463 | 55,457 |
| Corporate | 4,518 | 7,977 |
|  | 89,010 | 98,710 |
| Cash (Indebtedness) and short-term investments | 2,163 | 2,719 |
|  | 91,173 | 101,429 |
| ACCRUED INTEREST | 1,119 | 1,232 |
| GROUP LIFE INSURANCE SURPLUS ESTIMATE | 1,702 | -- |
| DUE FROM SPONSORING COMPANY | 37,064 | 40,643 |
|  | 39,884 | 41,875 |
| TOTAL ASSETS | 131,058 | 143,304 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (7,741) | (7,507) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 123,317 | $ 135,797 |

- 2 -

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2008
(in thousands of dollars)

|  | 2008 | 2007 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 135,796 | $ 149,797 |
| **INCREASE IN NET ASSETS** | | |
| Contributions | | |
| Sponsoring company | 173 | 223 |
| Employees | 2,066 | 1,750 |
| Investment income | | |
| Interest | 7,548 | 6,071 |
|  | 9,787 | 8,044 |
| **DECREASE IN NET ASSETS** | | |
| Claims paid and accrued (Note 4) | 20,641 | 19,956 |
| Administration expenses | 324 | 326 |
| Unrealized Gain and Losses | 1,302 | 1,762 |
|  | 22,267 | 22,044 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 123,317 | $ 135,797 |

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

1. **DESCRIPTION OF THE FUND**

    The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

    *Reserved plans (plans for which the Fund holds assets)*

    (a) Long-term Disability Plan

    (b) Survivor Income Benefit Plan

    (c) Pensioners' Insurance Plan

    (d) Employee – financed Group Life Plan (Group Life - Part II)

    *Paid as Incurred Plans (to be reimbursed by Nortel Networks on an ongoing basis)*

    (e) Dental Plan

    (f) Extended Health Plan

    (g) Group Life Plan (Group Life - Part I)

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a) Basis of presentation

   Except as noted below, these financial statements have been prepared by management in accordance with Canadian generally accepted accounting principles. These financial statements are prepared using the same accounting policies and methods of application as those disclosed in note 2 (a) to the Company's financial statements for the period from inception to December 31, 2008. The disclosures contained herein are incremental to, and should be read in conjunction with, those annual financial statements.

   (b) Investments

   Investments are recorded at market value, established by the closing sale price for a security on the recognized exchange on which it is principally traded. This value, together with accrued interest, approximates their market value.

   (c) Departure from Canadian GAAP

   As of January 1, 2007 the new pronouncements from the Canadian Institute of Chartered Accountants (CICA) in respect of comprehensive income and financial instruments became effective. The application of these new standards resulted in the following insignificant difference between the Fund's statements and Canadian GAAP:

   While Canadian GAAP requires use of the effective interest method in calculating the amount of the unamortized bond premium/discount balance, standard practice concerning the Health and Welfare Trust has been to utilize the mark to market method.

   (d) Accrued claims payable

   Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments [Note 4(a)].

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

3. **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. Management intent and historical practice has been to hold bonds to maturity.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The Fair Values of the Investments are presented on the face of the financial statements. The related cost of investments, as at December 31, 2008 and 2007 are as follow (please see Note 2 (c) for departure from Canadian GAAP).

|  |  | 2008 |  | 2007 |
|---|---|---|---|---|
| Bonds and debentures |  |  |  |  |
| Federal | $ | 14,382 | $ | 15,375 |
| Government Agencies |  | 10,500 |  | 12,425 |
| Provincial/Municipal |  | 42,505 |  | 45,217 |
| Corporate |  | 4,018 |  | 6,786 |
|  | $ | 71,405 | $ | 79,803 |
| Cash (Indebtedness) and short-term investments | $ | 2,163 | $ | 2,719 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.25% and 11.25%.

## NORTEL NETWORKS
## HEALTH AND WELFARE TRUST FUND
### Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

4. **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

   As at December 31, 2008, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans at year end is as follows:

   (a) Plans requiring a series of benefit payments

   Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2008 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

   |  | 2008 | | 2007 | |
   |---|---|---|---|---|
   |  | Present Value of Future Payments | Market Value of Reserved Assets | Present Value of Future Payments | Market Value of Reserved Assets |
   | Long-term Disability Plan | $ 100,800 | $ 30,653 | $ 100,893 | $ 42,980 |
   | Survivor Income Benefit Plan | 22,800 | 17,056 | 23,905 | 17,458 |
   |  | $ 123,600 | $ 47,709 | $ 124,798 | $ 60,438 |

   The actual benefit payments are charged against the Fund in the period in which they are paid.

   (b) Plan requiring lump sum payments - Pensioners' Insurance Plan

   The most recent actuarial valuation of this Plan, dated as at December 31, 2008, indicates that, at that date, the actuarial liabilities amounted to $134,559 and the market value of the assets amount to $49,620. Therefore, there exists a funding deficiency of $84,940. The interest rate actuarial assumption is 7.37% per annum (2007 - 5.6%).

   (c) Plan requiring lump sum payments - Group Life - Part II

   Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the market value of the assets reserved at December 31, 2008 totaled $25,988 (2007 - $23,421).

| IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED<br><br>AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.* | Court File No: 09-CL-7950 |
|---|---|
| | *ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceeding commenced at Toronto<br><br>**THIRTY-NINTH REPORT**<br>**OF THE MONITOR**<br>**DATED FEBRUARY 18, 2010**<br><br>**GOODMANS LLP**<br>Barristers & Solicitors<br>Bay Adelaide Centre, 333 Bay Street<br>Toronto, Canada M5H 2S7<br><br>Jay A. Carfagnini (LSUC#: 222936)<br>Joseph Pasquariello (LSUC# 37389C)<br>Christopher G. Armstrong (LSUC# 55148B)<br><br>Tel: 416.979.2211<br>Fax: 416.979.1234<br><br>Lawyers for the Monitor, Ernst & Young Inc. |