UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Obj. Deadline: March 15, 2010 at 4:00 p.m. |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE, that Jeffries & Company, Inc. filed the **Eleventh Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period of December 1, 2009 Through December 31, 2009** (the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Objections to the Application, if any, must be filed on or before **March 15, 2010 at 4:00 p.m.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to Jefferies & Company, Inc. so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon Websystems, Inc., Alteon Websystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, Coretek, Inc., Nortel Networks Applications Management Solutions, Inc., Nortel Networks Optical Components, Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions, Inc.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

COURT MAY GRANT THE APPLICATION WITHOUT FURTHER NOTICE OR

HEARING.

A HEARING ON THE APPLICATION WILL BE HELD AT A DATE TO BE

DETERMINED IF A RESPONSE IS FILED.


Dated: February 23, 2010                         CROSS & SIMON, LLC
        Wilmington, Delaware

                                        By: _____
                                            Christopher P. Simon (No. 3697)
                                            Kevin S. Mann (No. 4576)
                                            913 N. Market Street, 11th Floor
                                            P.O. Box 1380
                                            Wilmington, DE  19899-1380
                                            (302) 777-4200
                                            (302) 777-4224 (Facsimile)
                                            kmann@crosslaw.com

                                            *Attorneys for Jefferies &
                                            Company, Inc.*