# Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 7875
Invoice Date: 02/10/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| December 2009 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodations | $1,516.81 |
| Legal Fees | $2,032.60 |
| Meals | $1,066.84 |
| Phone/Fax | $32.02 |
| Presentation Services | $126.00 |
| Transporation - Air | $1,849.30 |
| Transporation - Ground | $2,140.57 |
| **Total Out-of-Pocket Expenses** | $8,764.14 |

**TOTAL DUE    $168,764.14**

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:    NOR250-7875- Nortel

11