# Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
December 1, 2009 – December 31, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---:|
| Accommodations | $1,516.81 |
| Legal Fees | $2,032.60 |
| Meals | $1,066.84 |
| Phone/Fax | $32.02 |
| Presentation Services | $126.00 |
| Transportation – Air | $1,849.30 |
| Transportation – Ground | $2,140.57 |
| Total | $8,764.14 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Phone/Fax | Calling Card (Deal related calls) | 9/22/2009 | $11.73 |
| GENE CHEN | Meals | Overtime Meals | 10/5/2009 | $25.21 |
| GENE CHEN | Meals | Overtime Meals | 10/6/2009 | $25.36 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/12/2009 | $8.80 |
| GENE CHEN | Meals | Overtime Meals | 10/12/2009 | $44.74 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/14/2009 | $8.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/20/2009 | $8.80 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card (Deal related calls) | 10/22/2009 | $4.24 |
| J.HALISEY KENNEDY | Transportation - Air | Flight | 10/25/2009 | $1,480.52 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Home to Airport | 10/25/2009 | $112.11 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 10/26/2009 | $17.90 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 10/26/2009 | $179.00 |
| J.HALISEY KENNEDY | Meals | Meal while traveling (2 attendees) | 10/26/2009 | $32.66 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 10/26/2009 | $2.26 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/26/2009 | $9.60 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 10/27/2009 | $40.23 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 10/27/2009 | $249.00 |
| J.HALISEY KENNEDY | Meals | Meal while traveling (5 attendees) | 10/27/2009 | $88.54 |
| CATHERINE B. MORRISON | Transportation - Air | Flight | 10/27/2009 | $184.39 |
| J.HALISEY KENNEDY | Transportation - Air | Flight | 10/27/2009 | $184.39 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Home | 10/27/2009 | $158.83 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/27/2009 | $8.40 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/28/2009 | $8.40 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 10/28/2009 | $9.60 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/29/2009 | $7.60 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 10/30/2009 | $5.52 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 10/30/2009 | $67.44 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 10/31/2009 | $14.90 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Car Service- Office to Home | 11/2/2009 | $27.03 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/3/2009 | $8.90 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Taxi- Office to Home | 11/3/2009 | $15.90 |
| CATHERINE B. MORRISON | Meals | Overtime Meals | 11/3/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meals | 11/3/2009 | $23.02 |
| PATRICK T. MORROW | Meals | Overtime Meals | 11/3/2009 | $25.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/4/2009 | $7.30 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Car Service- Office to Home | 11/4/2009 | $39.25 |
| GUARAV KITTUR | Meals | Overtime Meals | 11/5/2009 | $24.77 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/6/2009 | $61.27 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/6/2009 | $72.57 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/9/2009 | $23.28 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 11/9/2009 | $6.12 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 11/10/2009 | $7.10 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/10/2009 | $24.26 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 11/11/2009 | $7.90 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/11/2009 | $25.04 |
| GUARAV KITTUR | Meals | Overtime Meals | 11/11/2009 | $22.13 |
| PHILIP BERKOWITZ | Meals | Overtime Meals | 11/11/2009 | $23.61 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 11/12/2009 | $7.10 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/12/2009 | $24.97 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/12/2009 | $25.50 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Car Service- Office to Home | 11/13/2009 | $36.81 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/13/2009 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/13/2009 | $25.46 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/14/2009 | $73.44 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/14/2009 | $73.47 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 11/14/2009 | $9.84 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 11/14/2009 | $7.80 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/14/2009 | $17.93 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/14/2009 | $15.31 |
| CATHERINE B. MORRISON | Meals | Overtime Meals | 11/14/2009 | $25.44 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 11/15/2009 | $9.60 |
| GENE CHEN | Meals | Overtime Meals | 11/15/2009 | $40.34 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/15/2009 | $24.51 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/15/2009 | $24.50 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 11/16/2009 | $6.10 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 11/16/2009 | $8.37 |
| GENE CHEN | Meals | Overtime Meals | 11/16/2009 | $25.49 |
| GENE CHEN | Meals | Overtime Meals | 11/17/2009 | $25.49 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 11/18/2009 | $6.10 |
| NATALIE MAYSLICH | Transportation - Ground | OT Taxi- Office to Home | 11/18/2009 | $5.64 |
| GENE CHEN | Meals | Overtime Meals | 11/18/2009 | $25.32 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/19/2009 | $8.10 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel Auction | 11/20/2009 | $22.32 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 11/20/2009 | $6.50 |
| LEO J. CHANG | Transportation - Ground | Car Service- Office to Meeting | 11/20/2009 | $35.99 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel Auction | 11/21/2009 | $21.36 |
| CARY S. VERASCO | Transportation - Ground | Taxi from Auction to Home | 11/21/2009 | $26.76 |
| CARY S. VERASCO | Transportation - Ground | Taxi from Auction to Home | 11/21/2009 | $20.30 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 11/21/2009 | $19.20 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/21/2009 | $70.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 11/21/2009 | $6.48 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 11/21/2009 | $9.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 11/22/2009 | $28.32 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 11/22/2009 | $212.79 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 11/22/2009 | $36.41 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 11/22/2009 | $9.76 |
| J.HALISEY KENNEDY | Phone/Fax | Hotel Phone Charge | 11/22/2009 | $1.90 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card (Deal related calls) | 11/22/2009 | $14.15 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel Auction | 11/22/2009 | $21.00 |
| CARY S. VERASCO | Transportation - Ground | Taxi from Auction to Home | 11/22/2009 | $21.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 11/23/2009 | $217.86 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 11/23/2009 | $27.67 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 11/23/2009 | $9.15 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/23/2009 | $8.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Auction to Hotel | 11/23/2009 | $17.40 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Car Service- Office to Home | 11/23/2009 | $31.10 |
| PATRICK T. MORROW | Meals | Overtime Meals | 11/23/2009 | $24.57 |
| CARY S. VERASCO | Meals | Overtime Meals | 11/23/2009 | $20.50 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 11/24/2009 | $35.81 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 11/24/2009 | $219.00 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 11/24/2009 | $53.99 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/24/2009 | $8.00 |
| CARY S. VERASCO | Transportation - Ground | Taxi to Nortel Auction | 11/24/2009 | $24.72 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Hotel to Auction | 11/24/2009 | $17.80 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/24/2009 | $24.69 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/24/2009 | $23.63 |
| CARY S. VERASCO | Meals | Overtime Meals | 11/24/2009 | $23.55 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 11/25/2009 | $11.30 |
| NATALIE MAYSLICH | Transportation - Ground | Taxi | 11/27/2009 | $70.00 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/28/2009 | $24.23 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meals | 11/29/2009 | $14.51 |
| PAUL ZANGRILLI | Meals | Overtime Meals | 11/29/2009 | $25.50 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 11/30/2009 | $8.60 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| J.HALISEY KENNEDY | Meals | Meal while traveling | 12/1/2009 | $4.74 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 12/1/2009 | $8.00 |
| CARY S. VERASCO | Transportation - Ground | Train Ticket | 12/1/2009 | $162.90 |
| J.HALISEY KENNEDY | Transportation - Ground | Train- NY to DE | 12/1/2009 | $149.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Office to Penn Station | 12/1/2009 | $12.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- DE Train Station to Hotel | 12/1/2009 | $15.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 12/2/2009 | $40.23 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 12/2/2009 | $249.00 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 12/2/2009 | $14.50 |
| J.HALISEY KENNEDY | Meals | Meal while traveling | 12/2/2009 | $18.75 |
| CARY S. VERASCO | Transportation - Ground | Car Service- Court to Philadelphia | 12/2/2009 | $135.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Train- DE to NY | 12/2/2009 | $104.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Penn Station to Home | 12/2/2009 | $120.85 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel Services | 12/15/2009 | $17.38 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 12/21/2009 | $126.00 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel Services | 11/4/09 - 11/25/09 | $675.85 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel Services | 7/15/09 - 7/20/09 | $359.62 |
| CROSS & SIMON, LLC | Legal Fees | Local Counsel Services | 9/8/09 - 10/30/09 | $979.75 |
| Total: | | | | $8,764.14 |