# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
December 1, 2009 - December 31, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 26.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 25.8 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 56.0 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 43.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 28.8 |
| Paul Zangrilli | Associate, Communication Technologies Group | 26.0 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 57.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 77.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 34.3 |
| Blair Morrison | Analyst, Generalist | 42.0 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 33.3 |
| | **Total** | **451.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
December 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 12/1/2009 | 2.75 | Call with other professionals |
| Michael Henkin | 12/2/2009 | 0.75 | M&A related calls with various FAs |
| Michael Henkin | 12/2/2009 | 1.25 | Communicate with Jefco Team and creditors re: hearing and related issues |
| Michael Henkin | 12/3/2009 | 1.25 | UCC call |
| Michael Henkin | 12/4/2009 | 0.75 | Review draft filings and related communication with other professionals |
| Michael Henkin | 12/7/2009 | 1.50 | Review materials |
| Michael Henkin | 12/8/2009 | 1.00 | Review M&A issues with other professionals |
| Michael Henkin | 12/9/2009 | 2.50 | Call with other professionals, Review M&A related documents and UCC presentation |
| Michael Henkin | 12/10/2009 | 3.00 | UCC call, Communication with other professionals |
| Michael Henkin | 12/11/2009 | 2.00 | Communication with Jefco Team, other professionals and related document review re: motions |
| Michael Henkin | 12/14/2009 | 1.25 | Review documents; communicate with UCC Members |
| Michael Henkin | 12/15/2009 | 1.00 | Research and related team communication re: M&A |
| Michael Henkin | 12/16/2009 | 1.25 | Review UCC call materials |
| Michael Henkin | 12/16/2009 | 2.50 | UCC call and related review of M&A documents; communication with jefco team |
| Michael Henkin | 12/17/2009 | 1.75 | UCC call and calls with counsel |
| Michael Henkin | 12/17/2009 | 1.25 | Communicate with Team member re: M&A issues and related document review |
| Michael Henkin | 12/18/2009 | 0.75 | Communication with Jefco Team and counsel re: M&A issues |
| **December 2009 Summary Hours for Michael Henkin** | | **26.50** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 12/1/2009 | 2.50 | Calls with other professionals |
| Phil Berkowitz | 12/2/2009 | 1.50 | M&A Call, Other Calls |
| Phil Berkowitz | 12/3/2009 | 2.00 | Committee Call |
| Phil Berkowitz | 12/7/2009 | 3.00 | M&A Call, Reviewed Materials |
| Phil Berkowitz | 12/8/2009 | 1.00 | Reviewed Materials |
| Phil Berkowitz | 12/9/2009 | 2.50 | M&A Call, Professionals Call, Reviewed Materials |
| Phil Berkowitz | 12/10/2009 | 2.25 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 12/14/2009 | 1.00 | Business unit call |
| Phil Berkowitz | 12/15/2009 | 1.50 | Reviewed Materials |
| Phil Berkowitz | 12/16/2009 | 1.00 | Various calls |
| Phil Berkowitz | 12/17/2009 | 2.00 | Committee call |
| Phil Berkowitz | 12/21/2009 | 2.50 | M&A & Committee calls |
| Phil Berkowitz | 12/22/2009 | 1.50 | Committee call |
| Phil Berkowitz | 12/23/2009 | 1.00 | M&A call, Reviewed Materials |
| Phil Berkowitz | 12/28/2009 | 0.50 | Reviewed Materials |
| **December 2009 Summary Hours for Phil Berkowitz** | | **25.75** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 12/1/2009 | 4.00 | Meeting with counsel, call with other professionals |
| Hal Kennedy | 12/2/2009 | 14.00 | Attend court hearing and related travel |
| Hal Kennedy | 12/3/2009 | 3.00 | UCC call, Canadian funding |
| Hal Kennedy | 12/7/2009 | 1.50 | M&A call and issues |
| Hal Kennedy | 12/8/2009 | 1.00 | Call with other professionals |
| Hal Kennedy | 12/8/2009 | 2.00 | Review M&A issues with other professionals |
| Hal Kennedy | 12/9/2009 | 2.50 | Call with other professionals, Review M&A related documents and UCC presentation |
| Hal Kennedy | 12/10/2009 | 3.00 | UCC call, Communication with counsel |
| Hal Kennedy | 12/11/2009 | 1.00 | Escrow issues |
| Hal Kennedy | 12/14/2009 | 1.50 | Review materials, M&A documents; communicate with UCC Members re: escrow issues |
| Hal Kennedy | 12/15/2009 | 4.00 | Ottawa meeting travel |
| Hal Kennedy | 12/16/2009 | 12.00 | Ottawa meeting (including travel) |
| Hal Kennedy | 12/17/2009 | 2.00 | UCC call |
| Hal Kennedy | 12/18/2009 | 1.00 | Communication with Jefco Team and counsel re: M&A issues |
| Hal Kennedy | 12/21/2009 | 2.00 | Various M&A related calls, Review materials |
| Hal Kennedy | 12/22/2009 | 1.50 | UCC & M&A related call, Review materials |
| **December 2009 Summary Hours for Hal Kennedy** | | **56.00** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leo Chang* | | | |
| Leo Chang | 12/1/2009 | 2.00 | Call with other professionals |
| Leo Chang | 12/2/2009 | 1.00 | Call with other professionals re: asset sale hearing and related issues. |
| Leo Chang | 12/3/2009 | 1.50 | UCC call |
| Leo Chang | 12/4/2009 | 1.00 | Review draft filings and related communication with other professionals |
| Leo Chang | 12/7/2009 | 1.50 | M&A related call, various correspondence |
| Leo Chang | 12/8/2009 | 1.00 | Call with other professionals |
| Leo Chang | 12/8/2009 | 2.50 | Review M&A issues with other professionals |
| Leo Chang | 12/9/2009 | 2.50 | Call with other professionals, Review M&A related documents and UCC presentation |
| Leo Chang | 12/10/2009 | 3.00 | UCC call, Communication with counsel |
| Leo Chang | 12/11/2009 | 1.50 | Review materials |
| Leo Chang | 12/14/2009 | 2.00 | Review materials |
| Leo Chang | 12/14/2009 | 1.50 | All hands M&A related call, Prepare materials, Administrative tasks |
| Leo Chang | 12/16/2009 | 12.00 | Ottawa meeting (including travel) |
| Leo Chang | 12/18/2009 | 2.00 | M&A related call |
| Leo Chang | 12/18/2009 | 1.00 | Communication with Jefco Team and counsel re: M&A issues |
| Leo Chang | 12/20/2009 | 2.00 | M&A related call, Review materials |
| Leo Chang | 12/21/2009 | 4.00 | Various M&A related calls, Review materials |
| Leo Chang | 12/22/2009 | 1.50 | UCC & M&A related call, Review materials |
| December 2009 Summary Hours for Leo Chang | | 43.50 | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 12/1/2009 | 3.50 | Calls with other professionals |
| Gaurav Kittur | 12/2/2009 | 2.00 | M&A Call, Other Calls |
| Gaurav Kittur | 12/3/2009 | 2.00 | Committee Call |
| Gaurav Kittur | 12/7/2009 | 4.00 | M&A Call, Reviewed Materials |
| Gaurav Kittur | 12/9/2009 | 3.00 | M&A Call, Professionals Call, Reviewed Materials |
| Gaurav Kittur | 12/10/2009 | 2.25 | Committee Call, Reviewed Materials |
| Gaurav Kittur | 12/14/2009 | 1.00 | Business unit call |
| Gaurav Kittur | 12/15/2009 | 1.50 | Reviewed Materials |
| Gaurav Kittur | 12/16/2009 | 2.00 | Various calls |
| Gaurav Kittur | 12/17/2009 | 2.00 | Committee call |
| Gaurav Kittur | 12/21/2009 | 2.50 | M&A & Committee calls |
| Gaurav Kittur | 12/22/2009 | 1.50 | Committee call |
| Gaurav Kittur | 12/23/2009 | 1.00 | M&A call, Reviewed Materials |
| Gaurav Kittur | 12/28/2009 | 0.50 | Reviewed Materials |
| December 2009 Summary Hours for Gaurav Kittur | | 28.75 | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 12/1/2009 | 3.50 | Calls with other professionals |
| Paul Zangrilli | 12/2/2009 | 1.00 | M&A Call, Other Calls |
| Paul Zangrilli | 12/3/2009 | 2.00 | Committee Call |
| Paul Zangrilli | 12/7/2009 | 1.00 | M&A Call, Reviewed Materials |
| Paul Zangrilli | 12/8/2009 | 2.50 | Reviewed Materials |
| Paul Zangrilli | 12/9/2009 | 2.00 | M&A Call, Professionals Call, Reviewed Materials |
| Paul Zangrilli | 12/10/2009 | 2.00 | Committee Call, Reviewed Materials |
| Paul Zangrilli | 12/14/2009 | 1.00 | Business unit call |
| Paul Zangrilli | 12/15/2009 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 12/16/2009 | 2.00 | Various calls |
| Paul Zangrilli | 12/17/2009 | 2.00 | Committee call |
| Paul Zangrilli | 12/21/2009 | 2.50 | M&A & Committee calls |
| Paul Zangrilli | 12/22/2009 | 1.50 | Committee call |
| Paul Zangrilli | 12/23/2009 | 1.00 | M&A call, Reviewed Materials |
| Paul Zangrilli | 12/28/2009 | 0.50 | Reviewed Materials |
| December 2009 Summary Hours for Paul Zangrilli | | 26.00 | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 12/1/2009 | 7.50 | Meeting with counsel, update analyses, various correspondence, review materials, call with counsel |
| Cary Verasco | 12/2/2009 | 13.00 | Attend court hearing and related travel |
| Cary Verasco | 12/4/2009 | 0.50 | Update analysis |
| Cary Verasco | 12/7/2009 | 0.50 | Call with Company advisors |
| Cary Verasco | 12/9/2009 | 2.50 | Various correspondence, call with other professionals, review materials |
| Cary Verasco | 12/10/2009 | 2.00 | Review materials, call with counsel, Committee call |
| Cary Verasco | 12/11/2009 | 0.50 | Various correspondence |
| Cary Verasco | 12/14/2009 | 2.50 | Calls with counsel, review materials, various correspondence, call with other professional |
| Cary Verasco | 12/15/2009 | 2.00 | Review materials, various correspondence, internal correspondence |
| Cary Verasco | 12/16/2009 | 12.00 | Meeting with Company and various other professionals and related travel |
| Cary Verasco | 12/17/2009 | 2.00 | Review materials, various correspondence, call with counsel |
| Cary Verasco | 12/18/2009 | 0.50 | Call with Company and other professionals, various correspondence |
| Cary Verasco | 12/20/2009 | 1.50 | Various correspondence, call with other professionals |
| Cary Verasco | 12/21/2009 | 3.50 | Call with counsel, call with Company advisor, various correspondence, review materials |
| Cary Verasco | 12/22/2009 | 2.50 | Review materials, update materials, Committee call, various correspondence |
| Cary Verasco | 12/23/2009 | 2.50 | Prepare materials, calls with counsel, calls with creditor, review materials, internal discussion |
| Cary Verasco | 12/29/2009 | 1.00 | Various correspondence, review materials, call with creditor |
| Cary Verasco | 12/30/2009 | 0.50 | Various correspondence |
| Cary Verasco | 12/31/2009 | 0.50 | Review materials, various correspondence |
| December 2009 Summary Hours for Cary Verasco | | 57.50 | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Gene Chen** | | | |
| Gene Chen | 12/2/2009 | 7.00 | Nortel - Prepare financial analysis, M&A related calls with various FAs |
| Gene Chen | 12/3/2009 | 1.00 | Nortel - Weekly UCC call |
| Gene Chen | 12/4/2009 | 1.00 | Nortel - Administrative work, various correspondence |
| Gene Chen | 12/6/2009 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 12/7/2009 | 1.50 | Nortel - M&A related call, various correspondence |
| Gene Chen | 12/8/2009 | 1.00 | Nortel - IP call, Review materials |
| Gene Chen | 12/9/2009 | 3.00 | Nortel - Professionals pre-call, Review materials, various correspondence |
| Gene Chen | 12/10/2009 | 3.00 | Nortel - Weekly UCC call, Administrative tasks |
| Gene Chen | 12/11/2009 | 1.00 | Nortel - Review materials |
| Gene Chen | 12/13/2009 | 2.00 | Nortel - Review materials, Administrative work |
| Gene Chen | 12/14/2009 | 3.00 | Nortel - Review materials |
| Gene Chen | 12/14/2009 | 1.50 | Nortel - All hands M&A related call, Prepare materials, Administrative tasks |
| Gene Chen | 12/15/2009 | 13.00 | Nortel - Travel to Ottawa |
| Gene Chen | 12/16/2009 | 12.00 | Nortel - Ottawa meeting, various correspondence |
| Gene Chen | 12/17/2009 | 2.00 | Nortel - M&A related call, Review materials |
| Gene Chen | 12/17/2009 | 13.00 | Nortel - Travel for Ottawa IP meeting |
| Gene Chen | 12/18/2009 | 2.00 | Nortel - M&A related call |
| Gene Chen | 12/18/2009 | 1.50 | Nortel - M&A related calls |
| Gene Chen | 12/20/2009 | 1.00 | Nortel - M&A related call, Review materials |
| Gene Chen | 12/21/2009 | 4.00 | Nortel - Various M&A related calls, Review materials |
| Gene Chen | 12/22/2009 | 3.00 | Nortel - UCC & M&A related call, Review materials |
| Gene Chen | 12/22/2009 | 0.50 | Nortel - Call with other professionals |
| December 2009 Summary Hours for Gene Chen | | 77.50 | |
| | | | |
| **Ryan Stuckert** | | | |
| Ryan Stuckert | 12/1/2009 | 3.25 | Calls with other professionals |
| Ryan Stuckert | 12/2/2009 | 2.00 | M&A Call, Other Calls |
| Ryan Stuckert | 12/3/2009 | 2.25 | Committee Call |
| Ryan Stuckert | 12/7/2009 | 1.00 | M&A Call, Reviewed Materials |
| Ryan Stuckert | 12/8/2009 | 3.00 | Reviewed Materials |
| Ryan Stuckert | 12/9/2009 | 3.50 | M&A Call, Professionals Call, Reviewed Materials |
| Ryan Stuckert | 12/10/2009 | 3.25 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 12/11/2009 | 1.50 | Administrative Work |
| Ryan Stuckert | 12/14/2009 | 1.50 | Business unit call |
| Ryan Stuckert | 12/15/2009 | 1.50 | Reviewed Materials |
| Ryan Stuckert | 12/16/2009 | 2.00 | Calls |
| Ryan Stuckert | 12/17/2009 | 2.00 | Committee call |
| Ryan Stuckert | 12/21/2009 | 2.50 | M&A & Committee calls |
| Ryan Stuckert | 12/22/2009 | 2.50 | Committee call |
| Ryan Stuckert | 12/23/2009 | 1.00 | M&A call, Reviewed Materials |
| Ryan Stuckert | 12/28/2009 | 0.50 | Reviewed Materials |
| Ryan Stuckert | 12/30/2009 | 1.00 | Calls, Reviewed Materials |
| December 2009 Summary Hours for Ryan Stuckert | | 34.25 | |
| | | | |
| **Blair Morrison** | | | |
| Blair Morrison | 12/1/2009 | 3.00 | Analysis of materials, Call with other professionals |
| Blair Morrison | 12/2/2009 | 5.00 | Material gathering and analysis, various correspondence, pre-professionals call, call about business unit |
| Blair Morrison | 12/3/2009 | 3.00 | Review of materials, Committee Call |
| Blair Morrison | 12/4/2009 | 0.50 | Review of materials |
| Blair Morrison | 12/5/2009 | 5.00 | Review materials, preparation of materials |
| Blair Morrison | 12/6/2009 | 2.00 | Call regarding business unit, related discussions |
| Blair Morrison | 12/7/2009 | 1.00 | Call with other professionals |
| Blair Morrison | 12/8/2009 | 4.00 | Various calls, prepare materials for the UCC call |
| Blair Morrison | 12/9/2009 | 3.00 | UCC call, call regarding business unit |
| Blair Morrison | 12/10/2009 | 2.00 | Administrative analysis |
| Blair Morrison | 12/11/2009 | 0.50 | Business Unit Call |
| Blair Morrison | 12/15/2009 | 2.00 | Review call |
| Blair Morrison | 12/17/2009 | 1.50 | Weekly committee call |
| Blair Morrison | 12/18/2009 | 4.00 | Business Unit Calls |
| Blair Morrison | 12/21/2009 | 2.50 | Calls regarding business units |
| Blair Morrison | 12/22/2009 | 3.00 | Calls regarding business units |
| December 2009 Summary Hours for Blair Morrison | | 42.00 | |
| | | | |
| **Natalie Mayslich** | | | |
| Natalie Mayslich | 12/1/2009 | 3.00 | Calls with other professionals |
| Natalie Mayslich | 12/2/2009 | 3.00 | M&A Call, Prepared Materials, Administrative |
| Natalie Mayslich | 12/3/2009 | 2.00 | Committee Call |
| Natalie Mayslich | 12/7/2009 | 2.00 | M&A Call, Reviewed Materials |
| Natalie Mayslich | 12/8/2009 | 0.25 | Administrative |
| Natalie Mayslich | 12/9/2009 | 3.00 | M&A Call, Professionals Call, Reviewed Materials |
| Natalie Mayslich | 12/10/2009 | 2.50 | Committee Call, Administrative |
| Natalie Mayslich | 12/11/2009 | 1.50 | Administrative Work |
| Natalie Mayslich | 12/14/2009 | 1.50 | Business unit call |
| Natalie Mayslich | 12/15/2009 | 3.00 | Reviewed Materials, Administrative |
| Natalie Mayslich | 12/16/2009 | 2.00 | Calls |
| Natalie Mayslich | 12/17/2009 | 2.00 | Committee Call |
| Natalie Mayslich | 12/21/2009 | 2.50 | M&A & Committee Calls |
| Natalie Mayslich | 12/22/2009 | 2.50 | Committee Call, Administrative |
| Natalie Mayslich | 12/23/2009 | 1.00 | M&A Call, Reviewed Materials |
| Natalie Mayslich | 12/28/2009 | 0.50 | Reviewed Materials |
| Natalie Mayslich | 12/30/2009 | 1.00 | Calls, Reviewed Materials |
| December 2009 Summary Hours for Natalie Mayslich | | 33.25 | |