Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 7912
Invoice Date: 02/08/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Tim Burling, Flextronics Corporation
            Committee Chairman

Re:       Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| **Monthly Fee:** | |
| January 2010 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee** | $160,000.00 |
| | |
| **Expenses:** | |
| Accommodations | $1,547.87 |
| Meals | $374.64 |
| Presentation Services | $182.00 |
| Transportation - Air | $3,291.85 |
| Transportation - Ground | $959.16 |
| **Total Out-of-Pocket Expenses:** | $6,355.52 |

| **TOTAL DUE** | **$166,355.52** |
|---|---:|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

Reference:      **NOR250-7912- Nortel**