Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
January 1, 2010 – January 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,547.87 |
| Meals | $374.64 |
| Presentation Services | $182.00 |
| Transportation – Air | $3,291.85 |
| Transportation – Ground | $959.16 |
| Total | $6,355.52 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | 50% of Actual Flight Price | 11/9/2009 | $744.35 |
| PHILIP BERKOWITZ | Transportation - Ground | OT Taxi- Office to Home | 11/11/2009 | $27.03 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/15/2009 | $27.53 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/15/2009 | $168.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 11/15/2009 | $2.50 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/15/2009 | $7.02 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Hotel | 11/15/2009 | $40.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Home to Airport | 11/15/2009 | $30.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/16/2009 | $168.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/16/2009 | $27.53 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 11/16/2009 | $2.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/17/2009 | $168.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/17/2009 | $27.53 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 11/17/2009 | $2.50 |
| MICHAEL J HENKIN | Transportation - Air | 50% of Actual Flight Price | 11/17/2009 | $837.80 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/18/2009 | $168.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/18/2009 | $27.53 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 11/18/2009 | $2.50 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/18/2009 | $15.46 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 11/19/2009 | $26.53 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 11/19/2009 | $168.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/19/2009 | $17.45 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 11/20/2009 | $15.08 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Home | 11/20/2009 | $52.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Airport to Office | 11/20/2009 | $22.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Office to Airport | 11/20/2009 | $30.91 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Home to Meeting | 11/21/2009 | $115.05 |
| J.HALISEY KENNEDY | Transportation - Air | Flight | 12/8/2009 | $1,058.70 |
| LEO CHANG | Meals | Overtime Meal | 12/10/2009 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 12/10/2009 | $25.50 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/10/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/14/2009 | $8.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 12/15/2009 | $5.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tips | 12/15/2009 | $10.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/15/2009 | $18.19 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/15/2009 | $21.00 |
| CHIH-YIN CHEN | Transportation - Air | Flight | 12/15/2009 | $651.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to Airport | 12/15/2009 | $78.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Office to Airport | 12/15/2009 | $40.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Meeting to Airport | 12/15/2009 | $60.98 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Office to Airport | 12/15/2009 | $54.33 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 12/16/2009 | $20.95 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 12/16/2009 | $161.15 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 12/16/2009 | $5.00 |
| J.HALISEY KENNEDY | Accommodations | Hotel Room | 12/16/2009 | $156.66 |
| J.HALISEY KENNEDY | Accommodations | Hotel Tax | 12/16/2009 | $20.37 |
| CHIH-YIN CHEN | Meals | Meal While Traveling (2 attendees) | 12/16/2009 | $75.21 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/16/2009 | $34.26 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/16/2009 | $6.43 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 12/16/2009 | $0.63 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 12/16/2009 | $1.33 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 12/16/2009 | $40.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 12/16/2009 | $67.22 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Nortel Offices | 12/16/2009 | $17.28 |
| J.HALISEY KENNEDY | Transportation - Ground | Car Service- Airport to Home | 12/16/2009 | $156.61 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 12/17/2009 | $161.14 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 12/17/2009 | $20.95 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/17/2009 | $7.53 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/17/2009 | $8.77 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/17/2009 | $15.08 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/17/2009 | $4.65 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 12/17/2009 | $35.55 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Airport | 12/17/2009 | $67.25 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Office | 12/17/2009 | $41.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/17/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/18/2009 | $12.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/21/2009 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 12/22/2009 | $7.00 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 1/6/2010 | $8.00 |
| SCOTT MCNEELY | Presentation Services | Create/Edit Presentation | 1/27/2010 | $182.00 |
| Total: | | | | $6,355.52 |