Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
January 1, 2010 - January 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 46.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 29.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 32.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 40.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 31.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 32.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 13.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 56.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 42.0 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 33.8 |
| | **Total** | **357.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
January 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 1/4/2010 | 1.00 | Communicate with Jefco Team, Counsel re: motions, Thurs meeting prep |
| Michael Henkin | 1/5/2010 | 8.00 | UCC professionals call re: case issues; flight from SF to NYC for meeting with other professionals on 01/07/10 |
| Michael Henkin | 1/6/2010 | 0.75 | M&A issues review; related communications with Jefco Team |
| Michael Henkin | 1/7/2010 | 4.00 | UCC Meeting; Meeting with other professionals |
| Michael Henkin | 1/8/2010 | 9.75 | Travel from NYC to SF |
| Michael Henkin | 1/10/2010 | 1.25 | Communicate with counsel re: M&A issues |
| Michael Henkin | 1/11/2010 | 1.25 | Communicate with Jefco Team, counsel re: motions draft; review related filings |
| Michael Henkin | 1/12/2010 | 1.50 | Review materials, Communication with Jefco Team; communication with counsel re: motion |
| Michael Henkin | 1/13/2010 | 1.00 | Review motions and related communication |
| Michael Henkin | 1/14/2010 | 1.25 | Call with counsel re; motion, document review |
| Michael Henkin | 1/15/2010 | 1.00 | Call with Jefco Team member and related document review |
| Michael Henkin | 1/16/2010 | 1.25 | Document review |
| Michael Henkin | 1/18/2010 | 1.75 | Review documents and court procedures |
| Michael Henkin | 1/20/2010 | 2.00 | Call with other professionals re: UCC call prep, case issues |
| Michael Henkin | 1/21/2010 | 2.00 | UCC call and review communications and documents |
| Michael Henkin | 1/22/2010 | 0.75 | Communicate with Counsel regarding motions; communication re: hearing |
| Michael Henkin | 1/24/2010 | 1.00 | Review documents |
| Michael Henkin | 1/25/2010 | 1.50 | Communication with various parties, Review documents |
| Michael Henkin | 1/27/2010 | 1.50 | Professionals prep calls and communication with Jefco & counsel re: UCC call prep and M&A issues |
| Michael Henkin | 1/28/2010 | 2.00 | UCC call and review of associated presentations |
| Michael Henkin | 1/29/2010 | 1.50 | Review draft court motions and related communications with counsel and Jefco Team |
| **January 2009 Summary Hours for Michael Henkin** | | **46.00** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 1/5/2010 | 1.00 | Professionals call |
| Phil Berkowitz | 1/6/2010 | 2.00 | Calls with other professionals |
| Phil Berkowitz | 1/7/2010 | 1.50 | Committee call |
| Phil Berkowitz | 1/11/2010 | 1.50 | Reviewed Materials |
| Phil Berkowitz | 1/13/2010 | 1.50 | M&A & Professionals calls |
| Phil Berkowitz | 1/14/2010 | 2.50 | Committee call, Reviewed Materials |
| Phil Berkowitz | 1/19/2010 | 3.00 | Various calls, Reviewed Materials |
| Phil Berkowitz | 1/20/2010 | 3.00 | Professionals & M&A calls |
| Phil Berkowitz | 1/21/2010 | 2.25 | Committee call, Reviewed Materials |
| Phil Berkowitz | 1/22/2010 | 1.50 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 1/26/2010 | 1.00 | Call with other professionals |
| Phil Berkowitz | 1/27/2010 | 4.00 | Calls with other professionals |
| Phil Berkowitz | 1/28/2010 | 3.50 | Committee and other Calls, Reviewed Materials |
| Phil Berkowitz | 1/29/2010 | 1.25 | Reviewed Materials |
| **January 2009 Summary Hours for Phil Berkowitz** | | **29.50** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 1/4/2010 | 1.00 | Communicate with Jefco Team, Counsel re: motions, Thurs meeting prep |
| Hal Kennedy | 1/5/2010 | 2.00 | UCC professionals call |
| Hal Kennedy | 1/6/2010 | 3.00 | UCC Meeting regarding CVAS issues; Allocation call |
| Hal Kennedy | 1/7/2010 | 6.00 | UCC Meeting; Meeting with John Ray and other professionals |
| Hal Kennedy | 1/11/2010 | 1.25 | Communicate with counsel re: M&A issues |
| Hal Kennedy | 1/12/2010 | 2.00 | Calls with other professionals, various correspondence |
| Hal Kennedy | 1/13/2010 | 2.00 | Professionals pre-call |
| Hal Kennedy | 1/14/2010 | 2.00 | Weekly committee call |
| Hal Kennedy | 1/15/2010 | 1.00 | Call with Jefco Team member |
| Hal Kennedy | 1/20/2010 | 2.00 | Call with other professionals re: UCC call prep, case issues |
| Hal Kennedy | 1/21/2010 | 2.00 | UCC call |
| Hal Kennedy | 1/22/2010 | 1.50 | Call with other professionals |
| Hal Kennedy | 1/25/2010 | 2.00 | Call with other professionals |
| Hal Kennedy | 1/27/2010 | 1.50 | Professionals prep calls and communication with Jefco & counsel re: UCC call prep and M&A issues |
| Hal Kennedy | 1/28/2010 | 2.00 | UCC call and review of associated presentations |
| Hal Kennedy | 1/29/2010 | 1.50 | MLA Update |
| **January 2009 Summary Hours for Hal Kennedy** | | **32.75** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leo Chang* | | | |
| Leo Chang | 1/4/2010 | 1.00 | Communicate with Jefco Team, Counsel re: motions, Thurs meeting prep |
| Leo Chang | 1/5/2010 | 2.00 | UCC professionals call |
| Leo Chang | 1/6/2010 | 3.50 | Call with other professionals, review documents |
| Leo Chang | 1/7/2010 | 4.00 | UCC Meeting; Meeting with other professionals |
| Leo Chang | 1/10/2010 | 1.50 | Review documents |
| Leo Chang | 1/12/2010 | 2.00 | Calls with other professionals, various correspondence |
| Leo Chang | 1/13/2010 | 3.00 | Professionals pre-call, document review |
| Leo Chang | 1/14/2010 | 2.50 | Weekly committee call, document review |
| Leo Chang | 1/15/2010 | 1.00 | Call with Jefco Team member and related document review |
| Leo Chang | 1/16/2010 | 2.00 | Document review |
| Leo Chang | 1/18/2010 | 2.00 | Communication with Jefco Team |
| Leo Chang | 1/19/2010 | 1.50 | Call with other professionals |
| Leo Chang | 1/20/2010 | 3.00 | Call with other professionals re: UCC call prep, case issues |
| Leo Chang | 1/21/2010 | 2.00 | UCC call and review communications and documents |
| Leo Chang | 1/22/2010 | 1.50 | Call with other professionals |
| Leo Chang | 1/24/2010 | 1.00 | Review documents |
| Leo Chang | 1/25/2010 | 2.00 | Call with other professionals, document review |
| Leo Chang | 1/27/2010 | 1.50 | Professionals prep calls and communication with Jefco & counsel re: UCC call prep and M&A issues |
| Leo Chang | 1/28/2010 | 3.00 | UCC call and review of associated presentations |
| **January 2009 Summary Hours for Leo Chang** | | **40.00** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 1/5/2010 | 1.00 | Professionals call |
| Gaurav Kittur | 1/6/2010 | 2.00 | Calls with other professionals |
| Gaurav Kittur | 1/7/2010 | 1.50 | Committee call |
| Gaurav Kittur | 1/11/2010 | 1.50 | Reviewed Materials |
| Gaurav Kittur | 1/13/2010 | 1.50 | M&A & Professionals calls |
| Gaurav Kittur | 1/14/2010 | 2.50 | Committee call, Reviewed Materials |
| Gaurav Kittur | 1/19/2010 | 3.00 | Various calls, Reviewed Materials |
| Gaurav Kittur | 1/20/2010 | 3.00 | Professionals & M&A calls |
| Gaurav Kittur | 1/21/2010 | 2.50 | Committee call, Reviewed Materials |
| Gaurav Kittur | 1/22/2010 | 2.00 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 1/26/2010 | 1.00 | Call with other professionals |
| Gaurav Kittur | 1/27/2010 | 4.00 | Calls with other professionals |
| Gaurav Kittur | 1/28/2010 | 3.50 | Committee and other Calls, Reviewed Materials |
| Gaurav Kittur | 1/29/2010 | 2.00 | Reviewed Materials |
| **January 2009 Summary Hours for Gaurav Kittur** | | **31.00** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 1/5/2010 | 1.00 | Professionals call |
| Paul Zangrilli | 1/6/2010 | 2.00 | Calls with other professionals |
| Paul Zangrilli | 1/7/2010 | 1.50 | Committee call |
| Paul Zangrilli | 1/11/2010 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 1/13/2010 | 1.50 | M&A & Professionals calls |
| Paul Zangrilli | 1/14/2010 | 2.50 | Committee call, Reviewed Materials |
| Paul Zangrilli | 1/19/2010 | 3.00 | Various calls, Reviewed Materials |
| Paul Zangrilli | 1/20/2010 | 3.00 | Professionals & M&A calls |
| Paul Zangrilli | 1/21/2010 | 3.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 1/22/2010 | 3.00 | Call with other professionals, Reviewed Materials |
| Paul Zangrilli | 1/26/2010 | 1.00 | Call with other professionals |
| Paul Zangrilli | 1/27/2010 | 4.00 | Calls with other professionals |
| Paul Zangrilli | 1/28/2010 | 3.50 | Committee and other Calls, Reviewed Materials |
| Paul Zangrilli | 1/29/2010 | 2.00 | Reviewed Materials |
| **January 2009 Summary Hours for Paul Zangrilli** | | **32.50** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 1/5/2010 | 0.50 | Various correspondence |
| Cary Verasco | 1/6/2010 | 0.50 | Various correspondence, review correspondence |
| Cary Verasco | 1/8/2010 | 0.50 | Various correspondence |
| Cary Verasco | 1/11/2010 | 1.00 | Various correspondence, call with creditor |
| Cary Verasco | 1/12/2010 | 0.50 | Calls with other professionals, various correspondence |
| Cary Verasco | 1/13/2010 | 1.50 | Review materials, various correspondence |
| Cary Verasco | 1/14/2010 | 2.00 | Committee call, review materials, various correspondence |
| Cary Verasco | 1/15/2010 | 2.00 | Call with other Committee advisor, various correspondence |
| Cary Verasco | 1/17/2010 | 0.50 | Review materials |
| Cary Verasco | 1/18/2010 | 0.50 | Call with other Committee advisor |
| Cary Verasco | 1/19/2010 | 1.50 | Review materials, call with other Committee advisor, various correspondence |
| Cary Verasco | 1/20/2010 | 0.50 | Various correspondence |
| Cary Verasco | 1/22/2010 | 0.50 | Call with other Committee advisors |
| Cary Verasco | 1/26/2010 | 0.50 | Various correspondence |
| Cary Verasco | 1/27/2010 | 1.00 | Call with Company and other professionals, various correspondence |
| **January 2009 Summary Hours for Cary Verasco** | | **13.50** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gene Chen* | | | |
| Gene Chen | 1/4/2010 | 1.00 | Nortel - Review materials |
| Gene Chen | 1/5/2010 | 1.50 | Nortel - Call with other professionals, Review materials |
| Gene Chen | 1/6/2010 | 4.50 | Nortel - Review materials, Prepare docs for other FA, various correspondence, calls |
| Gene Chen | 1/6/2010 | 2.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 1/7/2010 | 2.00 | Nortel - UCC call, Review materials |
| Gene Chen | 1/8/2010 | 1.00 | Nortel - Call with bondholder |
| Gene Chen | 1/8/2010 | 1.50 | Nortel - Review materials, various correspondence |
| Gene Chen | 1/10/2010 | 1.00 | Nortel - Review materials |
| Gene Chen | 1/11/2010 | 6.00 | Nortel - Call with bondholder, Review materials, valuation analysis, various correspondence, Admin tasks |
| Gene Chen | 1/12/2010 | 5.00 | Nortel - Call with other professionals, Administrative tasks, update analysis, various correspondence |
| Gene Chen | 1/13/2010 | 2.50 | Nortel - Professionals pre-call, Review materials |
| Gene Chen | 1/13/2010 | 1.50 | Nortel - Update analysis, administrative tasks |
| Gene Chen | 1/14/2010 | 2.00 | Nortel - UCC call, Admin tasks |
| Gene Chen | 1/14/2010 | 2.00 | Nortel - Call with other professionals |
| Gene Chen | 1/15/2010 | 1.00 | Nortel - Prepare materials, various correspondence |
| Gene Chen | 1/16/2010 | 0.50 | Nortel - Prepare materials |
| Gene Chen | 1/17/2010 | 1.50 | Nortel - Prepare materials |
| Gene Chen | 1/18/2010 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 1/19/2010 | 2.00 | Nortel - Call with other professionals, Review materials |
| Gene Chen | 1/20/2010 | 2.00 | Nortel - Professionals pre-call |
| Gene Chen | 1/20/2010 | 2.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 1/21/2010 | 3.00 | Nortel - UCC call, Prepare materials, various correspondence |
| Gene Chen | 1/25/2010 | 0.75 | Nortel - Call with other professionals, Review materials |
| Gene Chen | 1/26/2010 | 1.00 | Nortel - Internal call |
| Gene Chen | 1/27/2010 | 4.75 | Nortel - Professionals pre-call, Prepare materials |
| Gene Chen | 1/28/2010 | 3.00 | Nortel - Weekly UCC call, Review materials |
| Gene Chen | 1/28/2010 | 1.00 | Nortel - Call with other professionals |
| **January 2009 Summary Hours for Gene Chen** | | **56.50** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 1/5/2010 | 1.00 | Professionals Call |
| Ryan Stuckert | 1/6/2010 | 2.00 | Calls with other professionals |
| Ryan Stuckert | 1/7/2010 | 1.50 | Committee Call |
| Ryan Stuckert | 1/11/2010 | 1.50 | Reviewed Materials |
| Ryan Stuckert | 1/13/2010 | 1.50 | M&A & Professionals Calls |
| Ryan Stuckert | 1/14/2010 | 2.50 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 1/19/2010 | 3.00 | Various calls, Reviewed Materials |
| Ryan Stuckert | 1/20/2010 | 2.50 | Professionals & M&A Calls, Administrative Work |
| Ryan Stuckert | 1/21/2010 | 7.50 | Prepared analysis, Committee Call |
| Ryan Stuckert | 1/22/2010 | 5.50 | Call with other professionals, Reviewed Materials |
| Ryan Stuckert | 1/26/2010 | 2.50 | Call with other professionals |
| Ryan Stuckert | 1/27/2010 | 4.50 | Calls with other professionals |
| Ryan Stuckert | 1/28/2010 | 3.50 | Committee and other Calls, Reviewed Materials |
| Ryan Stuckert | 1/29/2010 | 3.00 | Allocation Materials, Administrative Work |
| **January 2009 Summary Hours for Ryan Stuckert** | | **42.00** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 1/5/2010 | 1.00 | Professionals Call |
| Natalie Mayslich | 1/6/2010 | 2.00 | Calls with other professionals |
| Natalie Mayslich | 1/7/2010 | 1.50 | Committee Call |
| Natalie Mayslich | 1/11/2010 | 1.50 | Reviewed Materials |
| Natalie Mayslich | 1/13/2010 | 1.50 | M&A & Professionals Calls |
| Natalie Mayslich | 1/14/2010 | 2.50 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 1/19/2010 | 3.00 | Various calls, Reviewed Materials |
| Natalie Mayslich | 1/20/2010 | 3.00 | Professionals & M&A Calls, Administrative |
| Natalie Mayslich | 1/21/2010 | 3.50 | Committee Call, Prepared Materials |
| Natalie Mayslich | 1/22/2010 | 3.00 | Call with other professionals, Reviewed Materials |
| Natalie Mayslich | 1/26/2010 | 1.50 | Call with other professionals |
| Natalie Mayslich | 1/27/2010 | 4.50 | Calls with other professionals |
| Natalie Mayslich | 1/28/2010 | 3.25 | Committee and other Calls, Reviewed Materials |
| Natalie Mayslich | 1/29/2010 | 2.00 | Prepared Materials, Administrative |
| **January 2009 Summary Hours for Natalie Mayslich** | | **33.75** | |