IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re                                                            : Chapter 11
                                                                 :
Nortel Networks Inc., et al.,[1]                                 : Case No. 09-10138 (KG)
                                                                 :
                                    Debtors.                     : Jointly Administered
                                                                 :
---------------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2388

PLEASE TAKE NOTICE that on February 5, 2010, the undersigned counsel for the above captioned debtors and debtors-in-possession (the "Debtors") filed and served the **Debtors' Fourth Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal** (D.I. 2388) (the "Motion").

PLEASE TAKE FURTHER NOTICE that shortly after filing and serving the Motion, the undersigned counsel received informal comments (the "Informal Comments") from certain parties with regards to the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3408261.2

PLEASE TAKE FURTHER NOTICE that in order to resolve the Informal Comments, the Debtors filed a **Notice Of Withdrawal Of Debtors Fourth Omnibus Motion With Respect to Certain Additional Contracts** (D.I. 2427).

PLEASE TAKE FURTHER NOTICE that he undersigned further certifies that as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no further answer, objection or other responsive pleading to the Motion. The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than February 19, 2010 at 4:00 p.m. (Eastern Time).

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

3408261.2

Dated: February 23, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3408261.2