Exhibit B

18

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim (S)**

VAT Invoice Date: **17 February 2010**     Our Ref: **GDB/CCN01.00001**     Invoice No: **283110**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 82,476.50 |
| For the period to 31 January 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 122.36 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 108.68 |
| | 0.00 | | 82,707.54 |
| | | VAT | 0.00 |
| | | Total | 82,707.54 |
| | | **Balance Due** | **82,707.54** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 283110 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

## The Official Unsecured Creditors Committee for Nortel Networks Inc

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 31 January 2009

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---:|---:|---|
| Partner: | Giles Boothman | 1.70 | 1,037.00 | (C0007) |
|  |  | 2.80 | 1,708.00 | (C0019) |
|  |  | 4.80 | 2,928.00 | (C0031) |
|  |  | 9.30 | £5,673.00 |  |
| Partner: | Angela Pearson | 45.40 | 27,694.00 | (C0019) |
|  |  | 45.40 | £27,694.00 |  |
| Partner: | Dan Hamilton | 3.00 | £1,830.00 | (C0019) |
|  |  | 3.00 | £1,830.00 |  |
| Partner: | Steven Hull | 9.90 | 6,039.00 | (C0019) |
|  |  | 9.90 | £6,039.00 |  |
| Senior Associate: | Marcus Fink | 21.30 | 10,650.00 | (C0019) |
|  |  | 21.30 | £10,650.00 |  |
| Senior Associate: | Sian Robertson | 7.00 | 3,325.00 | (C0019) |
|  |  | 7.00 | £3,325.00 |  |
| Associate: | Lindsay Connal | 23.90 | 8,843.00 | (C0019) |
|  |  | 23.90 | £8,843.00 |  |
| Junior Associate: | Paul Bagon | 7.10 | 2,236.50 | (C0003) |
|  |  | 5.50 | 1,732.50 | (C0007) |
|  |  | 11.60 | 3,654.00 | (C0019) |
|  |  | 12.10 | 3,811.50 | (C0031) |
|  |  | 36.30 | £11,434.50 |  |
| Junior Associate: | Abi Gillett | 21.80 | 6,322.00 | (C0019) |
|  |  | 21.80 | £6,322.00 |  |
| Trainee: | Daisy Jones | 1.10 | 203.50 | (C0019) |
|  |  | 1.10 | £203.50 |  |
| Trainee: | Morag Taylor | 2.50 | 462.50 | (C0019) |
|  |  | 2.50 | £462.50 |  |
|  | **TOTAL** | **181.50** | **£82,476.50** |  |

# ashurst

The Official Unsecured Creditors Committ

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31/01/2010

## ASHURST FEE APPLICATION/MONTHLY BILLING REPORTS

| TIME SUMMARY | Time | Standard Rate (£/hr) | Amount (£) |
|---|---|---|---|
| **Junior Associate** | | | |
| Paul Bagon | 7.10 | 315.00 | 2,236.50 |
| | | Total £ | 2,236.50 |

A Detailed Time Summary Follows Overleaf

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 05/01/2010 | Paul Bagon | LETT | Emails re Ashurst fees | 0.20 |
| 22/01/2010 | Paul Bagon | LETT | Ashurst fee application | 1.50 |
| 28/01/2010 | Paul Bagon | DRFT | Ashurst fee application. | 1.40 |
| 29/01/2010 | Paul Bagon | DRFT | Finalising and sending out Ashurst fee application. | 4.00 |

# ashurst

The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/CCN01.00001
For the period: to 31/01/2010

**CREDITORS COMMITTEE MEETINGS**

| TIME SUMMARY | Time | Standard Rate (£ /hr) | Amount (£) |
|---|---|---|---|
| **Partner** | | | |
| Giles Boothman | 1.70 | 610.00 | 1,037.00 |
| **Junior Associate** | | | |
| Paul Bagon | 5.50 | 315.00 | 1,732.50 |
| | | Total £ | 2,769.50 |

A Detailed Time Summary Follows Overleaf

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 06/01/2010 | Paul Bagon | PHON | Emergency committee call | 0.50 |
| 07/01/2010 | Paul Bagon | PHON | UCC weekly meeting. | 1.00 |
| 07/01/2010 | Giles Boothman | ATTD | UCC call (in part) | 0.50 |
| 14/01/2010 | Giles Boothman | ATTD | UCC call (in part). | 0.70 |
| 14/01/2010 | Paul Bagon | PHON | Weekly UCC meeting | 1.20 |
| 21/01/2010 | Paul Bagon | PHON | UCC weekly call. | 1.50 |
| 28/01/2010 | Giles Boothman | ATTD | Committee call (in part) | 0.50 |
| 28/01/2010 | Paul Bagon | PHON | Weekly UCC call. | 1.30 |

# ashurst

The Official Unsecured Creditors Committt

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31/01/2010

## LABOR ISSUES/EMPLOYEE BENEFITS

| TIME SUMMARY | Time | Standard Rate (£ /hr) | Amount (£) |
|---|---|---|---|
| **Partner** | | | |
| Angela Pearson | 45.40 | 610.00 | 27,694.00 |
| Dan Hamilton | 3.00 | 610.00 | 1,830.00 |
| Giles Boothman | 2.80 | 610.00 | 1,708.00 |
| Steven Hull | 9.90 | 610.00 | 6,039.00 |
| **Senior Associate** | | | |
| Marcus Fink | 21.30 | 500.00 | 10,650.00 |
| Sian Robertson | 7.00 | 475.00 | 3,325.00 |
| **Associates** | | | |
| Lindsay Connal | 23.90 | 370.00 | 8,843.00 |
| **Junior Associate** | | | |
| Paul Bagon | 11.60 | 315.00 | 3,654.00 |
| Abi Gillett | 21.80 | 290.00 | 6,322.00 |
| **Trainee** | | | |
| Daisy Jones | 1.10 | 185.00 | 203.50 |
| Morag Taylor | 2.50 | 185.00 | 462.50 |
| | | Total £ | 70,731.00 |

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

Prebill Number: 579410

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 03/11/2009 | Marcus Fink | LETT | Prepare for and participate in conference call re ▓ proceeding/ancillary insolvency proceedings including review of various memos, briefing D Petkovitch, circulating information and co-ordinating attendees for the call. | 3.50 |
| 08/01/2010 | Steven Hull | LETT | Review Giles Boothman email regarding UK ancillary proceedings draft affidavit; review further email correspondence with Giles Boothman and US Counsel regarding same | 0.30 |
| 08/01/2010 | Angela Pearson | READ | Review emails | 0.20 |
| 08/01/2010 | Angela Pearson | LETT | Emails to Giles Boothman | 0.20 |
| 11/01/2010 | Angela Pearson | READ | Review A alongside legislation | 3.00 |
| 11/01/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 |
| 11/01/2010 | Giles Boothman | READ | Emails re. pensions review | 0.30 |
| 11/01/2010 | Steven Hull | READ | Review email correspondence between Angela Pearson and Fred Hodara regarding UK ancillary proceedings draft Affidavit | 0.20 |
| 14/01/2010 | Steven Hull | READ | Review email correspondence between Lisa Beckham and Marcus Fink and Angela Pearson regarding discussions in connection with jurisdiction | 0.20 |
| 14/01/2010 | Marcus Fink | LETT | Review latest emails and current position re ▓ claims. Organise Ashurst availability for call to discuss UK pensions | 0.90 |
| 19/01/2010 | Marcus Fink | LETT | Prepare for and attend advisors conference call and discuss ▓ Notice issued by ▓ ▓. Provide update email to internal colleagues and consider issues. | 2.20 |
| 19/01/2010 | Steven Hull | LETT | Emails with Marcus Fink and review emails with Marcus Fink and review emails with Lisa Beckerman regarding arrangements for attending conference calls; preparing for and attending ▓ claims update call with Angela Pearson and Marcus Fink; review Fred Hodara ▓ notice for SFD and discussion with Angela Pearson regarding same; detailed review of ▓ notice and review Angela Pearson's email regarding follow-up to claims call; review Marcus Fink email and review attached initial comments on ▓ notice and related issues; review Fred Hodara response to Angela Pearson regarding ▓ notice and related issues | 2.50 |
| 19/01/2010 | Paul Bagon | PHON | All parties pensions call. | 1.00 |
| 19/01/2010 | Angela Pearson | PREP | Prepare for all parties call | 1.00 |
| 19/01/2010 | Angela Pearson | PHON | All parties conference call | 1.30 |
| 19/01/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 |
| 19/01/2010 | Angela Pearson | READ | Quick scan through ▓ notice | 0.50 |
| 19/01/2010 | Angela Pearson | LETT | Emails (internal) re: Notice | 0.30 |
| 19/01/2010 | Giles Boothman | READ | Materials/emails re. ▓ pensions issues | 0.70 |
| 20/01/2010 | Giles Boothman | INTD | Re. pensions issues | 0.50 |
| 20/01/2010 | Angela Pearson | INTD | Internal discussion re: research to be undertaken by LCC/M Fisk and ASG | 1.50 |
| 20/01/2010 | Angela Pearson | READ | Review of ▓ Notices and authorities | 3.50 |

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 20/01/2010 | Angela Pearson | PHON | Main all parties conference call | 1.50 |
| 20/01/2010 | Angela Pearson | LETT | Emails re: ▓▓ Notice/Conference call | 2.00 |
| 20/01/2010 | Lindsay Connal | READ | Email from/to AMP re ▓▓ Notice | 0.10 |
| 20/01/2010 | Lindsay Connal | INTD | Discussions with AMP, MF and AG | 1.50 |
| 20/01/2010 | Paul Bagon | LETT | Various calls and emails re ▓▓ Pensions. | 0.80 |
| 20/01/2010 | Paul Bagon | READ | Reading ▓▓▓▓▓ Notice (in part). | 2.00 |
| 20/01/2010 | Lindsay Connal | RSCH | Preparing key documents for review | 1.00 |
| 20/01/2010 | Steven Hull | LETT | Review Lisa Beckham e-mail regarding reaction to ▓▓ notice; detailed review of ▓▓ notice; review Marcus Fink e-mails regarding ▓▓ procedure and review attached documents outlining same; preparing for conference call to discuss impact of ▓▓ notice and related issues; review Lisa Beckham e-mail and review attached questions for conference call regarding pensions issues; preparing for and attending conference call regarding same | 3.50 |
| 20/01/2010 | Abi Gillett | MISC | Assisting AMP | 1.50 |
| 20/01/2010 | Marcus Fink | PHON | Prepare for and attend advisors pre-call | 1.50 |
| 20/01/2010 | Marcus Fink | READ | Review ▓▓ claim documentation, provide pertinent legislation to AYP in litigation and review ▓▓ notice | 4.30 |
| 21/01/2010 | Daisy Jones | RSCH | Research on "reasonableness" in context of ▓▓ | 0.80 |
| 21/01/2010 | Daisy Jones | RSCH | Research on foreign jurisdiction | 0.30 |
| 21/01/2010 | Marcus Fink | READ | Detailed review of ▓▓ notice dated 11.01.10. Consider and discuss ▓▓ | 5.20 |
| 21/01/2010 | Marcus Fink | LETT | Attend conference call with AG and others to discuss ▓▓ notice | 1.50 |
| 21/01/2010 | Paul Bagon | READ | ▓▓ notice. | 4.00 |
| 21/01/2010 | Paul Bagon | PHON | Call with Lisa Beckerman re ▓▓ issues and ▓▓ notice. | 0.80 |
| 21/01/2010 | Abi Gillett | RSCH | Research for AMP re: ▓▓ Claims email | 4.20 |
| 21/01/2010 | Abi Gillett | RSCH | Further research re: ▓▓ Claims and discussion with AMP | 1.50 |
| 21/01/2010 | Abi Gillett | RSCH | Research for AMP re: ▓▓ claims - jurisdiction queries | 1.10 |
| 21/01/2010 | Lindsay Connal | READ | Review of ▓▓ Note on procedure | 0.60 |
| 21/01/2010 | Lindsay Connal | READ | Review and consideration of Sea Containers case and email re the same to AMP and AG | 2.50 |
| 21/01/2010 | Lindsay Connal | READ | ▓▓ Notice | 0.90 |
| 21/01/2010 | Lindsay Connal | READ | ▓▓ Notice | 0.70 |
| 21/01/2010 | Lindsay Connal | PHON | Call with Akin Gump and FMC | 1.50 |
| 21/01/2010 | Giles Boothman | INTD | Re. Pensions issues | 0.30 |
| 21/01/2010 | Angela Pearson | PHON | Conference call with Akin Gump, etc. | 1.50 |
| 21/01/2010 | Angela Pearson | READ | Review ▓▓ Notice/Obtain information for question on call | 7.00 |

# Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 21/01/2010 | Angela Pearson | ATTD | Pre-meeting for conference call with Marcus Fink and SEH | 1.50 |
| 25/01/2010 | Angela Pearson | RSCH | Further research re: jurisdiction | 2.50 |
| 25/01/2010 | Angela Pearson | LETT | Email to Freshfields | 0.30 |
| 25/01/2010 | Angela Pearson | LETT | Internal emails re: calls | 0.50 |
| 25/01/2010 | Angela Pearson | PHON | Conference call with A&O and Freshfields | 1.30 |
| 25/01/2010 | Angela Pearson | LETT | Emails to Lisa Beckermann | 0.30 |
| 25/01/2010 | Lindsay Connal | READ | Emails | 0.10 |
| 25/01/2010 | Lindsay Connal | READ | Emails | 0.10 |
| 25/01/2010 | Lindsay Connal | PHON | Conference call with A&O and Freshfields | 1.30 |
| 25/01/2010 | Lindsay Connal | INTD | Discussion with AG | 0.60 |
| 25/01/2010 | Abi Gillett | CONC | Call with AMP | 1.00 |
| 25/01/2010 | Abi Gillett | INTD | Discussion with LCC | 1.00 |
| 25/01/2010 | Abi Gillett | READ | Reading extracts from ▓▓▓ Notice | 0.50 |
| 25/01/2010 | Abi Gillett | READ | Reading ▓▓▓ Notice | 1.80 |
| 25/01/2010 | Marcus Fink | LETT | Review emails re ▓▓▓ question in relation to ▓▓▓ claims and file emails | 0.90 |
| 25/01/2010 | Steven Hull | LETT | Review Angela Pearson email regarding attendance on conference call to discuss ▓▓▓ issues; emails regarding same; preparing for and attending meetings with Freshfields and Allen & Overy together with Angela Pearson to discuss ▓▓▓ claims and basis and related issues. Review email correspondence with Lisa Beckerman regarding discussions with Cleary and related issues. | 1.40 |
| 26/01/2010 | Steven Hull | LETT | Review Angela Pearson e-mail exchange re. Linklaters' ▓▓▓ re. claim ▓▓▓ and ▓▓▓ notice re. insolvency proceedings | 0.20 |
| 26/01/2010 | Marcus Fink | LETT | Join call re pension ▓▓▓ issues and review email | 1.30 |
| 26/01/2010 | Abi Gillett | INTD | Further discussion with LCC | 1.30 |
| 26/01/2010 | Abi Gillett | READ | Reading LCC emails on ▓▓▓ | 0.50 |
| 26/01/2010 | Abi Gillett | RSCH | Reading/printing regulation for Nortel call | 0.60 |
| 26/01/2010 | Abi Gillett | INTD | Internal discussion with LCC | 0.30 |
| 26/01/2010 | Abi Gillett | CONC | Internal discussions | 1.00 |
| 26/01/2010 | Abi Gillett | RSCH | Researching status of statute | 1.30 |
| 26/01/2010 | Abi Gillett | INTD | Discussion with LCC/AMP | 1.80 |
| 26/01/2010 | Lindsay Connal | INTD | Discussion with AG re statutory interpretation | 0.30 |
| 26/01/2010 | Lindsay Connal | PHON | Call with AMP, SH, AG and LB and discussion with AG and AMP following call | 1.00 |
| 26/01/2010 | Lindsay Connal | READ | Checking Freshfields' ▓▓▓ note and reviewing statutory provisions, and discussion with AG re the same | 1.10 |
| 26/01/2010 | Lindsay Connal | INTD | Discussion with AG and AMP | 1.60 |

Prebill Number: 579410

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 26/01/2010 | Lindsay Connal | PHON | Call with AG and Freshfields (LD) to discuss initial comments re ▓▓▓ note | 0.20 |
| 26/01/2010 | Lindsay Connal | INTD | Discussion with AG following call with Freshfields, checking initial mark-up of Freshfields ▓▓▓ note, and email to Freshfields re the same | 0.50 |
| 26/01/2010 | Lindsay Connal | LETT | Email to AMP following call with Freshfields | 0.30 |
| 26/01/2010 | Lindsay Connal | READ | Emails from AMP further to call with Cleary Gottlieb and considering the same | 0.30 |
| 26/01/2010 | Angela Pearson | READ | Reviewing documents from Freshfields/discussion with LCC | 1.50 |
| 26/01/2010 | Angela Pearson | LETT | Emails - Akin Gump | 0.20 |
| 26/01/2010 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 0.50 |
| 26/01/2010 | Angela Pearson | LETT | Emails to Giles Boothman | 0.30 |
| 26/01/2010 | Angela Pearson | READ | Review of Insolvency Legislation | 0.50 |
| 26/01/2010 | Angela Pearson | LETT | Email to LCC | 0.20 |
| 26/01/2010 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 1.00 |
| 26/01/2010 | Angela Pearson | READ | Review emails | 0.30 |
| 27/01/2010 | Angela Pearson | LETT | Emails to Clearly Gottlieb | 0.70 |
| 27/01/2010 | Angela Pearson | LETT | Email to Akin Group | 0.20 |
| 27/01/2010 | Angela Pearson | LETT | Emails internally | 3.30 |
| 27/01/2010 | Angela Pearson | PHON | Telephone conversation with Sian Robertson | 0.30 |
| 27/01/2010 | Angela Pearson | PHON | Telephone conversation with Dan Hamilton | 0.30 |
| 27/01/2010 | Angela Pearson | PHON | Telephone conversation with Linda | 0.50 |
| 27/01/2010 | Angela Pearson | READ | Reviewing research/Pension Act | 1.50 |
| 27/01/2010 | Angela Pearson | PHON | Telephone conversations with Linklaters | 0.70 |
| 27/01/2010 | Angela Pearson | PHON | Conference call with Akin Gump/Cleary Gottlieb | 0.80 |
| 27/01/2010 | Giles Boothman | SUPE | Re. pensions issues | 0.50 |
| 27/01/2010 | Giles Boothman | INTD | Dan/Sian re. pensions | 0.50 |
| 27/01/2010 | Sian Robertson | CASE | Reviewing emails re ▓▓▓ discussing with Angela Pearson, drafting email | 2.00 |
| 27/01/2010 | Sian Robertson | LETT | Reviewing notice ▓▓▓ and considering issues. Discussing with Dan Hamilton. | 2.00 |
| 27/01/2010 | Sian Robertson | LETT | Reviewing cases, summary email and call with client | 2.00 |
| 27/01/2010 | Lindsay Connal | INTD | Discussion with AMP following review of legislation and discussion re insolvency issues; discussion with AG re amended ▓▓▓ note and Appendix 6 of the ▓▓▓ Notice and review of the same; Email to Freshfields; Email to/from SR | 2.00 |
| 27/01/2010 | Morag Taylor | LETT | Gathering know-how info for international bankruptcy issues, reading and summarising cases and attending call where info was discussed | 2.50 |
| 27/01/2010 | Abi Gillett | READ | Analysis of Appendix 6 | 0.20 |
| 27/01/2010 | Abi Gillett | INTD | Discussion with LCC | 0.20 |

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 27/01/2010 | Abi Gillett | INTD | Discussion with LCC re: Nortel | 0.90 |
| 27/01/2010 | Abi Gillett | RSCH | Sending relevant sections to AMP | 0.30 |
| 27/01/2010 | Abi Gillett | INTD | Discussion with LCC | 0.20 |
| 27/01/2010 | Abi Gillett | INTD | Instructions from LCC | 0.40 |
| 27/01/2010 | Abi Gillett | RSCH | Emailed Regs to AMP/LCC | 0.20 |
| 27/01/2010 | Lindsay Connal | LETT | Research re legislation and guidance regarding issue of ▓ and ▓ Notice and emails to AMP and MF re the same | 1.30 |
| 27/01/2010 | Lindsay Connal | LETT | Call with AMP re work to be done re review of legislation and guidance re ▓ Notices and issues being considered; discussion with AG; reading emails | 1.00 |
| 27/01/2010 | Lindsay Connal | READ | Review of legislation and guidance re ▓ Notices and insolvency issues being considered and discussion with AG | 1.50 |
| 27/01/2010 | Steven Hull | LETT | Review Angela Pearson e-mail re. ▓ claim prior to ▓ notice; review emails re. Linklaters legal ▓ and review Giles Boothman comments re. same; review Marcus Fink response regarding ▓ claims; review further comments from Sian Robertson and Angela Pearson regarding insolvency position and review Angela Pearson response to Linklaters re. same and emails regarding proposed conference call | 1.00 |
| 27/01/2010 | Paul Bagon | LETT | Emails re ▓ pensions. | 0.50 |
| 27/01/2010 | Dan Hamilton | LETT | Call to US attorneys. Calls with Angela and Sian. Review legislation and internal discussions | 3.00 |
| 28/01/2010 | Paul Bagon | LETT | Emails and discussions with GDB and Dan Hamilton re ▓ claim. | 1.50 |
| 28/01/2010 | Steven Hull | LETT | Review email correspondence regarding ▓ claim and enquiry from Nortel Bondholders and review emails with Giles Boothman regarding same | 0.50 |
| 28/01/2010 | Sian Robertson | CASE | Definition of Associates and pension parts. Discussing with LC and DM | 1.00 |
| 28/01/2010 | Lindsay Connal | PREP | Prepare for discussion with SR re Insolvency Act provisions | 0.30 |
| 28/01/2010 | Lindsay Connal | INTD | Discussion with SR and DH re Insolvency Act 1986 provisions | 0.80 |
| 28/01/2010 | Lindsay Connal | LETT | Comparison of Freshfield's ▓ note and email to AMP re the same | 0.30 |
| 28/01/2010 | Lindsay Connal | DRFT | Review of ▓ note and amending the same and email to Freshfields | 0.50 |
| 28/01/2010 | Angela Pearson | PHON | Telephone conversation with Sian Robertson | 0.30 |
| 28/01/2010 | Angela Pearson | INTD | Discussion with LCC | 0.30 |
| 28/01/2010 | Angela Pearson | LETT | Emails to Giles Boothman | 0.30 |
| 28/01/2010 | Angela Pearson | READ | Review documents from Freshfields/GMS | 0.50 |
| 28/01/2010 | Angela Pearson | LETT | Email to Linklaters | 0.20 |
| 28/01/2010 | Angela Pearson | LETT | Email to FMC | 0.20 |
| 28/01/2010 | Angela Pearson | INTD | Discussion LCC re: Jurisdiction document | 0.30 |
| 29/01/2010 | Steven Hull | LETT | Brief discussion with Marcus Fink | 0.10 |
| 29/01/2010 | Paul Bagon | READ | SIR note re ▓ liabilities in context of ▓ Notice. | 1.00 |

rebill Number: 579410

# ashurst

The Official Unsecured Creditors Committ

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 31/01/2010

## EUROPEAN PROCEEDINGS/MATTERS

| TIME SUMMARY | Time | Standard Rate (£ /hr) | Amount (£) |
|---|---|---|---|
| **Partner** | | | |
| Giles Boothman | 4.80 | 610.00 | 2,928.00 |
| **Junior Associate** | | | |
| Paul Bagon | 12.10 | 315.00 | 3,811.50 |
| | | Total £ | 6,739.50 |

A Detailed Time Summary Follows Overleaf

For confidentiality purposes, Ashurst cannot disclose all of the specific matters worked on by Ashurst attorneys related to this task code, but will provide such detail to the court and the U.S. Trustee upon request.

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time |
|---|---|---|---|---|
| 04/01/2010 | Paul Bagon | LETT | Various emails. | 0.50 |
| 05/01/2010 | Giles Boothman | READ | Catch up on emails/developments | 0.50 |
| 08/01/2010 | Giles Boothman | SUPE | Re. review of Affidavit | 0.30 |
| 13/01/2010 | Paul Bagon | PHON | Pre-UCC call. | 0.80 |
| 14/01/2010 | Paul Bagon | LETT | Reviewing affidavit re ▓▓▓ application | 1.00 |
| 14/01/2010 | Paul Bagon | LETT | Various emails. | 0.30 |
| 14/01/2010 | Giles Boothman | SUPE | Re. letter from administrators | 0.20 |
| 14/01/2010 | Giles Boothman | READ | Administrators various emails | 0.50 |
| 15/01/2010 | Paul Bagon | LETT | Various emails. | 0.30 |
| 15/01/2010 | Paul Bagon | LETT | Reviewing administrators' letter re canadian ▓▓▓ agreement and letter to AG re the same. | 3.00 |
| 15/01/2010 | Giles Boothman | READ | Herbert Smith letter re. CFA/CFA | 1.00 |
| 15/01/2010 | Giles Boothman | INTD | Discussion with PDB | 0.30 |
| 20/01/2010 | Paul Bagon | READ | Administrator objection to Canadian ▓▓▓ agreement. | 1.30 |
| 20/01/2010 | Paul Bagon | LETT | Professionals pre-call. | 1.80 |
| 20/01/2010 | Giles Boothman | ATTD | Professionals pre call (in part) | 1.00 |
| 22/01/2010 | Paul Bagon | READ | CFA | 1.00 |
| 22/01/2010 | Paul Bagon | READ | Foreign proceeding docs | 1.30 |
| 26/01/2010 | Giles Boothman | READ | Emails | 0.50 |
| 27/01/2010 | Paul Bagon | LETT | Attending professionals pre-call (in part) | 0.80 |
| 28/01/2010 | Giles Boothman | INTD | Various | 0.50 |