## Exhibit C

## DISBURSEMENT SUMMARY
## JANUARY 01, 2010 THROUGH JANUARY 31, 2010

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £96.08 |
| Document Production | £122.36 |
| Meals | £12.60 |
| **TOTAL** | **£231.04** |