**Exhibit D**

**Disbursement Breakdown:**



The Official Unsecured Creditors Committt

Re:

GDB/CCN01.00001

For the period: to 31/01/2010

| **Disbursements Detailed Breakdown** | **Amount ()** |
|---|---|

**Document Production (Printing: A4 / A5 Black and White)**

| | | |
|---|---|---|
| 21/01/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 53596; DATE: 21/01/2010 - Taxis - Radio Taxis -  19015154 - LCC - BWH to NW2 - 20/01/10 | 59.77 |
| 21/01/2010 | VENDOR: BruCar Ltd; INVOICE#: BR/84947; DATE: 21/01/2010  -  Taxi - Brucar - 715539 - AMP - EV2A to SW11 - 21/01/10 | 36.31 |
| 24/01/2010 | VENDOR: Conference Room Catering; INVOICE#: 18-24JAN2010; DATE: 24/01/2010  -  Internal Catering on 20/1/2010 | 6.05 |
| 24/01/2010 | VENDOR: Conference Room Catering; INVOICE#: 18-24JAN2010; DATE: 24/01/2010  -  Internal Catering on 21/1/2010 | 6.55 |
| 29/01/2010 | Document Production | 122.36 |

231.04