Exhibit E

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2010 THROUGH JANUARY 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 9.30 | 5,673.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group | £610 | 45.40 | 27,694.00 |
| Dan Hamilton | Partner for 16 years; Admitted in 1988; Restructuring and Special Situations Group | £610 | 3.00 | 1,830.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 9.90 | 6,039.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 21.30 | 10,650.00 |
| Sian Robertson | Associate for 7 years; Admitted in 2003; Restructuring and Special Situations Group | £475 | 7.00 | 3,325.00 |
| Lindsay Connal | Associate for 4 years; Admitted in 2006; Litigation Department | £370 | 23.90 | 8,843.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group | £315 | 36.30 | 11,434.50 |
| Abi Gillett | Associate for 1 year; Admitted in 2009; Litigation Group | £290 | 21.80 | 6,322.00 |
| Daisy Jones | Trainee for 1 year; Employment, Incentives and Pensions Group | £185 | 1.10 | 203.50 |
| Morag Taylor | Trainee for 2 years; Restructuring and Special Situations Group | £185 | 2.50 | 462.50 |
| TOTAL | | | 181.50 | 82,476.50 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 01, 2010 THROUGH JANUARY 31, 2010.

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 7.10 | 2,236.50 |
| Creditors Committee Meetings | 7.20 | 2,769.50 |
| Labor Issues/Employee Benefits | 150.30 | 70,731.00 |
| European Proceedings/Matters | 16.90 | 6,739.50 |
| **TOTAL** | **181.50** | **82,476.50** |