# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

February 18, 2010  
Invoice 350893  
Page 2  
Client # 732310

Matter # 165839

For services through January 31, 2010  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 01/12/10 | Maintain original pleadings | | | | |
| Paralegal | Brenda D. Tobin | | 0.10 hrs. | 100.00 | $10.00 |
| 01/24/10 | Review docket (.2); Review and revise critical dates (.3); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 195.00 | $117.00 |
| 01/26/10 | Maintain original pleadings | | | | |
| Paralegal | Brenda D. Tobin | | 0.10 hrs. | 100.00 | $10.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $234.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$234.50** |
| BALANCE BROUGHT FORWARD | $355.20 |
| **TOTAL DUE FOR THIS MATTER** | **$589.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2010
Invoice 350893
Page 3

Client #  732310

Matter #  165839

For services through January 31, 2010
relating to  Use, Sale of Assets

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | Finalize, file and coordinate service re: objection to stalking horse agreement Carrier Voice Over IP (.3); Prepare affidavit of service re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 01/05/10 | Review and revise objection to CVAS bidding procedures | | | | |
| Associate | Christopher M. Samis | | 0.50 hrs. | 315.00 | $157.50 |

| | |
|---|---|
| Total Fees for Professional Services | $255.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$255.00** |
| BALANCE BROUGHT FORWARD | $18.80 |
| **TOTAL DUE FOR THIS MATTER** | **$273.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 18, 2010
Invoice 350893
Page 4

Client # 732310

Matter # 165839

For services through January 31, 2010
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 01/14/10 | Email A. Tremblay re: expected distribution date and distribution rate to unsecured creditors | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Total Fees for Professional Services    $31.50

TOTAL DUE FOR THIS INVOICE    **$31.50**
BALANCE BROUGHT FORWARD    $192.50

**TOTAL DUE FOR THIS MATTER**    **$224.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 5  
Client #  732310  

Matter #  165839

For services through January 31, 2010  
relating to Court Hearings

| Date | Description | Role / Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | Prepare 1/6/10 hearing binder | Paralegal — Brenda D. Tobin | 2.40 hrs. | 100.00 | $240.00 |
| 01/05/10 | Email to B. Witters re: obtaining MEN sale hearing transcript for CVAS bidding procedures objection (.1); Emails to J. Sturm re: logistics of 1/6/09 hearing (.2); Prepare for 1/6/09 hearing (.5); Email to B. Kahn re: transcript of MEN sale hearing for CVAS bidding procedures objection (.1) | Associate — Christopher M. Samis | 0.90 hrs. | 315.00 | $283.50 |
| 01/06/10 | Revise 1/6/10 hearing binder | Paralegal — Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 01/06/10 | Prepare for 1/6/10 hearing (.6); Attend 1/6/10 hearing (5.3); Emails to K. Davis re: logistics of 1/6/10 hearing (.3); Emails to B. Tobin re: updating binders for 1/6/10 hearing (.1) | Associate — Christopher M. Samis | 6.30 hrs. | 315.00 | $1,984.50 |
| 01/19/10 | E-mail to distribution re: 1/6/10 hearing transcript | Paralegal — Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 01/20/10 | Prepare 1/21/10 hearing binder | Paralegal — Brenda D. Tobin | 2.30 hrs. | 100.00 | $230.00 |
| 01/21/10 | Review docket for amended agenda (.2); prepare additional documents for hearing per C. Samis (1.0) | Paralegal — Brenda D. Tobin | 1.20 hrs. | 100.00 | $120.00 |
| 01/21/10 | Prepare for 1/21/10 hearing (1.0); Attend 1/21/10 hearing (5.5) | Associate — Christopher M. Samis | 6.50 hrs. | 315.00 | $2,047.50 |

Total Fees for Professional Services   $4,965.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2010
Invoice 350893
Page 6
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $4,965.00 |
| BALANCE BROUGHT FORWARD | $5,401.20 |
| **TOTAL DUE FOR THIS MATTER** | **$10,366.20** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 7  

Client #  732310  

Matter #  165839  

---

For services through January 31, 2010  
relating to  Retention of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/10 | Attention to e-mail re: application to expand retention of Jefferies and Co. (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 01/14/10 | Review email from B. Kahn re: filing Jefferies application (.1); Review same (.2); Review and execute notice of filing same (.1); Emails (x2) to B. Kahn and C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |

Total Fees for Professional Services  $352.50

**TOTAL DUE FOR THIS INVOICE**  **$352.50**  
BALANCE BROUGHT FORWARD  $43.80  

**TOTAL DUE FOR THIS MATTER**  **$396.30**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | February 18, 2010<br>Invoice 350893<br>Page 8<br>Client #  732310<br><br>Matter #  165839 |

For services through January 31, 2010
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 01/21/10 | Review December 2009 billing memo for B. Witters | | | |
| Paralegal | Rebecca V. Speaker | 0.40 hrs. | 195.00 | $78.00 |
| 01/22/10 | Prepare cno re: RLF November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 01/22/10 | Review December 2009 bill memos re: RLF monthly fee application (.2); Review and execute certificate of no objection re: RLF monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 01/25/10 | Prepare letter to G. Davies re: RLF November fee application and cno (.3); Coordinate to G. Davies re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 01/27/10 | Review and revise RLF December fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 01/27/10 | Review and execute RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |

| | |
|---|---|
| Total Fees for Professional Services | $618.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$618.00** |
| BALANCE BROUGHT FORWARD | $907.80 |
| **TOTAL DUE FOR THIS MATTER** | **$1,525.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 9  

Client #  732310  

Matter #  165839  

For services through January 31, 2010  
relating to  Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/10 | E-mail to distribution re: Ashurst November fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 01/14/10 | Review and execute certificate of no objection re: Ashurt monthly fee application | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 01/19/10 | Attention to e-mail re: Fraser Milner November fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 01/19/10 | Email to B. Witters re: Fraser Milner fee application for November 2009 | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 01/19/10 | Review Fraser monthly fee application (.2); Email to B. Witters re: drafting notice of filing same (.1); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 01/20/10 | Attention to e-mail re: Capstone November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 01/20/10 | Review email from B. Kahn re: filing Capstone monthly fee application (.1); Review same (.2); Email to B. Witters re: drafting notice of filing same (.1); Review and execute same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 10

Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/10 | Prepare cno re: Akin Gump November fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Barbara J. Witters | Paralegal | 0.40 hrs. | 195.00 | $78.00 |
| 01/22/10 | Review and execute certificate of no objection re: Akin Gump monthly fee application | | | | |
| | Drew G. Sloan | Associate | 0.10 hrs. | 315.00 | $31.50 |
| 01/27/10 | Update fee status chart | | | | |
| | Barbara J. Witters | Paralegal | 1.00 hrs. | 195.00 | $195.00 |
| 01/29/10 | Attention to Ashurst December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | | | | |
| | Barbara J. Witters | Paralegal | 0.90 hrs. | 195.00 | $175.50 |
| 01/29/10 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1) | | | | |
| | Drew G. Sloan | Associate | 0.40 hrs. | 315.00 | $126.00 |

Total Fees for Professional Services     $1,323.00

TOTAL DUE FOR THIS INVOICE              **$1,323.00**  
BALANCE BROUGHT FORWARD                  $2,234.20

**TOTAL DUE FOR THIS MATTER**            $3,557.20

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 11  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 8.70 | 195.00 | 1,696.50 |
| Brenda D. Tobin | 6.50 | 100.00 | 650.00 |
| Christopher M. Samis | 14.40 | 315.00 | 4,536.00 |
| Drew G. Sloan | 2.60 | 315.00 | 819.00 |
| Rebecca V. Speaker | 0.40 | 195.00 | 78.00 |
| TOTAL | 32.60 | $238.63 | 7,779.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                $10,675.83

    Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310