# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

February 18, 2010
Invoice 350893

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through January 31, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $14.00 |
| Court Reporter Services | $738.90 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $534.65 |
| Photocopying/Printing | $1,368.70 |
| 13,099 @ $.10 pg. / 588 @ $.10 pg. | |
| Postage | $233.13 |

| | |
|---|---:|
| Other Charges | $2,896.33 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,896.33** |
| BALANCE BROUGHT FORWARD | $3,569.68 |
| **TOTAL DUE FOR THIS MATTER** | **$6,466.01** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 12  
Client #  732310

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
      Case Administration  
      Use, Sale of Assets  
      Claims Administration  
      Court Hearings  
      Retention of Others  
      RLF Fee Applications  
      Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 01/05/10 | Photocopies | | DUP |
| | | Amount = $44.60 | |
| 01/05/10 | Photocopies | | DUP |
| | | Amount = $319.20 | |
| 01/05/10 | Postage | | POST |
| | | Amount = $189.33 | |
| 01/05/10 | Printing | | DUP |
| | | Amount = $2.90 | |
| 01/05/10 | Printing | | DUP |
| | | Amount = $2.50 | |
| 01/05/10 | Printing | | DUP |
| | | Amount = $2.50 | |
| 01/05/10 | Printing | | DUP |
| | | Amount = $2.50 | |
| 01/05/10 | Printing | | DUP |
| | | Amount = $1.80 | |
| 01/06/10 | DIANA DOMAN TRANSCRIBING: Invoice 2010-00046/Federal court expedited on 1/6/2010/165839 | | CTRPT |
| | | Amount = $149.40 | |
| 01/06/10 | Delivery expense 1/5/10 | | MESS |
| | | Amount = $3.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 13  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/06/10 | Messenger and delivery, 1/5/10, Post Office/New Castle, RLF | | MESS |
| | Amount = | $51.30 | |
| 01/06/10 | Printing | | DUP |
| | Amount = | $18.90 | |
| 01/06/10 | Printing | | DUP |
| | Amount = | $1.80 | |
| 01/08/10 | Binding 12/31-1/7/2010 | | BIND |
| | Amount = | $6.00 | |
| 01/13/10 | 8136227699 Long Distance | | LD |
| | Amount = | $6.95 | |
| 01/14/10 | Photocopies | | DUP |
| | Amount = | $756.00 | |
| 01/14/10 | Printing | | DUP |
| | Amount = | $1.30 | |
| 01/15/10 | Messenger and delivery, 1/14/10, 36 After hours deliveries, BJW | | MESS |
| | Amount = | $216.00 | |
| 01/15/10 | Messenger and delivery, 1/14/10, Post Office/New Castle, BJW | | MESS |
| | Amount = | $54.30 | |
| 01/19/10 | Photocopies | | DUP |
| | Amount = | $51.00 | |
| 01/19/10 | Postage | | POST |
| | Amount = | $15.69 | |
| 01/20/10 | Photocopies | | DUP |
| | Amount = | $43.00 | |
| 01/20/10 | Photocopies | | DUP |
| | Amount = | $48.60 | |
| 01/20/10 | Messenger and delivery, 1/19/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 01/20/10 | Messenger and delivery, 1/19/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 01/20/10 | Messenger and delivery, 1/19/10, Post Office/New Castle, bjw | | MESS |
| | Amount = | $25.65 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2010  
Invoice 350893  
Page 14  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/20/10 | Postage | | POST |
| | Amount = | $14.61 | |
| 01/20/10 | Printing | | DUP |
| | Amount = | $3.60 | |
| 01/20/10 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/21/10 | Delivery Expense 1/20/10 | | MESS |
| | Amount = | $6.40 | |
| 01/21/10 | Printing | | DUP |
| | Amount = | $1.60 | |
| 01/21/10 | Printing | | DUP |
| | Amount = | $2.40 | |
| 01/21/10 | Printing | | DUP |
| | Amount = | $1.20 | |
| 01/21/10 | Printing | | DUP |
| | Amount = | $3.00 | |
| 01/22/10 | Messenger and delivery, 1/21/10, Bankruptcy Court, CXS | | MESS |
| | Amount = | $4.50 | |
| 01/24/10 | Binding 1/15-1/22 | | BIND |
| | Amount = | $8.00 | |
| 01/24/10 | Printing | | DUP |
| | Amount = | $2.00 | |
| 01/25/10 | NORTEL - Messenger and delivery | | MESS |
| | Amount = | $23.70 | |
| 01/25/10 | Printing | | DUP |
| | Amount = | $4.20 | |
| 01/27/10 | Photocopies | | DUP |
| | Amount = | $23.50 | |
| 01/27/10 | Postage | | POST |
| | Amount = | $8.31 | |
| 01/28/10 | ANTONIO'S WORD PROCESSING, INC.: Transcript of January 28, 2010/165839 | | CTRPT |
| | Amount = | $589.50 | |
| 01/28/10 | Messenger and delivery, 1/27/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2010  
Invoice 350893  
Page 15  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 01/28/10 | Messenger and delivery, 1/27/10, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 01/28/10 | Messenger and delivery, 1/27/10, Post Office/New Castle, BJW | MESS |
| | Amount = $51.30 | |
| 01/28/10 | Messenger and delivery, 1/19/10, Post Office/new castle, BJW | MESS |
| | Amount = $51.30 | |
| 01/29/10 | Messenger and delivery, 1/25/10, Adj ON, BJW | MESS |
| | Amount = $11.00 | |
| 01/29/10 | Photocopies | DUP |
| | Amount = $24.00 | |
| 01/29/10 | Postage | POST |
| | Amount = $5.19 | |
| 01/29/10 | Printing | DUP |
| | Amount = $4.60 | |
| 01/31/10 | Messenger and delivery, 1/29/10, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 01/31/10 | Messenger and delivery, 1/29/10, US Trustee, BJW | MESS |
| | Amount = $6.00 | |

TOTALS FOR   732310           Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,896.33