**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JANUARY 1 TO JANUARY 31, 2010
### (All Amounts in Canadian Dollars)

Taxable Disbursements

| | |
|---|---|
| Accommodations | $1,283.58 |
| Airfare/Travel | $4,281.63 |
| Cellular Phones | $ 244.46 |
| Library Computer Research | $ 708.77 |
| Long Distance Telephone Calls | $ 389.10 |
| Meals & Beverages | $ 359.18 |
| Parking | $ 9.56 |
| Photocopy Charges | $2,035.50 |
| Ground Transportation (including Courier) | $ 731.81 |
| | |
| Total Taxable Disbursements | $10,043.59 |
| Total GST | 502.18 |
| Total Taxable Disbursements including Taxes | **$10,545.77 CDN.** |