**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 48 of 55

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/11/09 | Telephone;12128728012;New YorkNY;TO68 | 1 | 1.02 |
| 22/12/09 | M Picard/Inv 105544039 | 1 | 3.50 |
| 22/12/09 | M Wunder/Inv 105544039 | 1 | 51.61 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder to Ave & Lawre | 1 | 23.56 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder x 2 Nov 26 and | 1 | 32.99 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder x 2 Dec 2/09 | 1 | 40.06 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder Dec 21/09 | 1 | 21.99 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M Wunder Dec 12/09 | 1 | 21.60 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder Nov 10/09 | 1 | 18.85 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder Nov 30/09 | 1 | 21.60 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder Nov 17/09 | 1 | 25.13 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M J Wunder - FCP to Bloor | 1 | 9.03 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M Wunder Dec 22/09 | 1 | 13.74 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M Wunder Dec 22/09 | 1 | 20.81 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M Wunder Dec 13/09 | 1 | 21.59 |
| 31/12/09 | Beck Taxi/Inv 1721-012/M Wunder x 2 Dec 2 and 3/ | 1 | 36.91 |
| 13/01/10 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 13/01/10 | "eCarswell/BANKS,TIMOTHY" | 1 | 29.75 |
| 13/01/10 | "Lexis Nexis/HETU, JARVIS" | 1 | 246.45 |
| 13/01/10 | Laser Copy;CHUNG G | 84 | 8.40 |
| 13/01/10 | Laser Copy;MacFarlaneA | 75 | 7.50 |
| 13/01/10 | Laser Copy;GOUGEON | 2 | 0.20 |
| 13/01/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 132.72 |
| 13/01/10 | Laser Copy;MattesL | 43 | 4.30 |
| 13/01/10 | Laser Copy;MEDINA L | 2537 | 253.70 |
| 13/01/10 | Laser Copy;NELSON M | 30 | 3.00 |
| 13/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 13/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 8.67 |
| 14/01/10 | Laser Copy;MattesL | 12 | 1.20 |
| 14/01/10 | Laser Copy;Vincent-DunlopT | 1 | 0.10 |
| 14/01/10 | Laser Copy;WALKER R | 10 | 1.00 |
| 14/01/10 | Laser Copy;KAPLAN M | 7 | 0.70 |
| 14/01/10 | Laser Copy;NELSON M | 44 | 4.40 |
| 14/01/10 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 23.52 |
| 14/01/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 2.80 |
| 14/01/10 | Laser Copy;HETU, Jarvis | 12 | 1.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 49 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/01/10 | Taxi from office to hotel in New York for M. Wunder on Jan. 7/10; 2010-1-7 | 1 | 8.24 |
| 15/01/10 | Taxi from home to Toronto Airport for M. Wunder on Jan. 7/10; 2010-1-7 | 1 | 32.43 |
| 15/01/10 | Taxi from FCP to Eglinton for M. Wunder on Jan. 8/10; 2010-1-8 | 1 | 19.44 |
| 15/01/10 | Laser Copy;MacFarlaneA | 270 | 27.00 |
| 15/01/10 | Laser Copy;MATHESON | 157 | 15.70 |
| 15/01/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 5.25 |
| 15/01/10 | Laser Copy;MattesL | 33 | 3.30 |
| 15/01/10 | Laser Copy;NORTH, Alexandra | 71 | 7.10 |
| 15/01/10 | Laser Copy;WALKER R | 75 | 7.50 |
| 15/01/10 | Photocopy;HETU, Jarvis | 48 | 4.80 |
| 15/01/10 | Taxi from Toronto airport to office for M. Wunder on Jan. 8/10; 2010-1-8 | 1 | 46.65 |
| 15/01/10 | American Airlines telephone ticketing service fee for M. Wunder on Jan. 7/10 (see Visa for exchange); 2010-1-7 | 1 | 21.22 |
| 15/01/10 | Air Canada flight from New York to Toronto for M. Wunder on Jan. 8/10; 2010-1-8 | 1 | 1,266.18 |
| 15/01/10 | American Airlines flight from Toronto to New York for M. Wunder on Jan. 7/10; 2010-1-7 | 1 | 880.10 |
| 15/01/10 | Breakfast at Starbucks in New York for M. Wunder on Jan. 8/10; 2010-1-8 | 1 | 7.89 |
| 15/01/10 | Working dinner at Burger Joint in New York for M. Wunder and F. Hodara (Akin Gump) on Jan. 7/10; 2010-1-7 | 1 | 31.50 |
| 15/01/10 | Breakfast at Starbucks in New York for M. Wunder on Jan. 7/10; 2010-1-7 | 1 | 7.47 |
| 15/01/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Jan. 7/10 (see Visa for exchange); 2010-1-7 | 1 | 354.50 |
| 15/01/10 | Taxi from New York airport to Akin Gump for M. Wunder on Jan. 7/10 (see Visa for exchange); 2010-1-7 | 1 | 26.02 |
| 15/01/10 | Taxi from hotel to New York airport for M. Wunder on Jan. 8/10 (see Visa for exchange); 2010-1-8 | 1 | 28.34 |
| 16/01/10 | Laser Copy;MacFarlaneA | 29 | 2.90 |
| 16/01/10 | /Bell Conferencing/M. Wunder/Inv. 105604533 | 1 | 86.51 |
| 16/01/10 | /Bell Conferencing/R Jacobs/Inv. 105604533 | 1 | 11.18 |
| 16/01/10 | Laser Copy;PUSHALIK A | 30 | 3.00 |
| 16/01/10 | /Bell Conferencing/Alex MacFalane/Inv. 105604533 | 1 | 16.33 |
| 17/01/10 | Laser Copy;HETU, Jarvis | 4 | 0.40 |
| 17/01/10 | Laser Copy;PUSHALIK A | 3 | 0.30 |
| 18/01/10 | Laser Copy;GOUGEON | 78 | 7.80 |
| 18/01/10 | Photocopy;MACLAREN | 456 | 45.60 |
| 18/01/10 | Laser Copy;HETU, Jarvis | 141 | 14.10 |
| 18/01/10 | Laser Copy;WALKER R | 24 | 2.40 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 50 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/01/10 | Laser Copy;jacobsr | 2 | 0.20 |
| 18/01/10 | "Quick Law/PUSHALIK, ANDY" | 1 | 35.55 |
| 18/01/10 | Laser Copy;NELSON M | 140 | 14.00 |
| 18/01/10 | Laser Copy;PUSHALIK A | 104 | 10.40 |
| 18/01/10 | Laser Copy;MacFarlaneA | 48 | 4.80 |
| 18/01/10 | Laser Copy;MattesL | 60 | 6.00 |
| 19/01/10 | Laser Copy;Amaral, Rui | 145 | 14.50 |
| 19/01/10 | Telephone;19084479020;CranfordNJ; TO47 | 1 | 0.54 |
| 19/01/10 | Laser Copy;jacobsr | 5 | 0.50 |
| 19/01/10 | Laser Copy;LEGAULT | 21 | 2.10 |
| 19/01/10 | Laser Copy;MacFarlaneA | 119 | 11.90 |
| 19/01/10 | Laser Copy;MattesL | 116 | 11.60 |
| 19/01/10 | Laser Copy;NELSON M | 678 | 67.80 |
| 19/01/10 | Laser Copy;Waugh,Stephanie | 14 | 1.40 |
| 19/01/10 | Laser Copy;HETU, Jarvis | 10 | 1.00 |
| 20/01/10 | Rogers Wireless charges for M. Wunder for Oct. 21 to Dec. 11/09; 2009-10-21 | 1 | 244.46 |
| 20/01/10 | Water taxi A. MacFarlane; 2009-12-14 | 1 | 58.93 |
| 20/01/10 | Laser Copy;ORAHILL T | 168 | 16.80 |
| 20/01/10 | Return airfare Toronto to New York City - December 15 - 16, 2009; A. MacFarlane | 1 | 2,114.13 |
| 20/01/10 | Laser Copy;PUSHALIK A | 14 | 1.40 |
| 20/01/10 | Laser Copy;MacFarlaneA | 315 | 31.50 |
| 20/01/10 | Laser Copy;MattesL | 846 | 84.60 |
| 20/01/10 | Laser Copy;MCDONALA | 513 | 51.30 |
| 20/01/10 | Dinner while travelling at Papa John's for R. Jacobs on Jan. 13/10; 2010-1-13 | 1 | 16.72 |
| 20/01/10 | Breakfast at Pearson Airport; 2009-12-15 | 1 | 11.07 |
| 20/01/10 | Dinner while travelling at Pongsri Thai Restaurant for R. Jacobs on Jan. 5/10; 2010-1-5 | 1 | 30.00 |
| 20/01/10 | Dinner while travelling at Chinatown Restaurant for R. Jacobs on Jan. 6/10; 2010-1-6 | 1 | 30.00 |
| 20/01/10 | Lunch while travelling at Big Daddy's for R. Jacobs on Jan. 10/10; 2010-1-10 | 1 | 25.00 |
| 20/01/10 | Lunch at Court A. MacFarlane ; 2009-11-18 | 1 | 16.91 |
| 20/01/10 | Laser Copy;jacobsr | 57 | 5.70 |
| 20/01/10 | Overnight stay at Sheraton Gateway Hotel A. MacFarlane - Dec. 14, 2009; 2009-12-14 | 1 | 290.66 |
| 20/01/10 | Westin New York at Times Square A. MacFarlane - US$580.83 @ 1.099151215 converted on VISA; 2009-12-15 | 1 | 638.42 |
| 20/01/10 | Laser Copy;KAPLAN M | 74 | 7.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010
Invoice #: 2744507
Page 51 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/01/10 | Laser Copy;BanksT | 14 | 1.40 |
| 20/01/10 | Laser Copy;MIECZANI | 24 | 2.40 |
| 20/01/10 | Laser Copy;NELSON M | 584 | 58.40 |
| 20/01/10 | Taxi from office to hotel for R. Jacobs on Jan. 5/10; 2010-1-5 | 1 | 10.80 |
| 20/01/10 | Taxi from hotel to meeting at Akin Gump office for R. Jacobs on Jan. 8/10; 2010-1-8 | 1 | 20.50 |
| 20/01/10 | Taxi from Akin office to Jefco for R. Jacobs on Jan. 7/10; 2010-1-7 | 1 | 7.25 |
| 20/01/10 | Taxi from office to hotel for R. Jacobs on Jan. 6/10; 2010-1-6 | 1 | 11.96 |
| 20/01/10 | Taxi from Akin Gump office to hotel for R. Jacobs on Jan. 11/10; 2010-1-11 | 1 | 10.55 |
| 20/01/10 | Taxi from Akin office to hotel for R. Jacobs on Jan. 4/10; 2010-1-4 | 1 | 11.71 |
| 20/01/10 | Taxi from Akin office to hotel for R. Jacobs on Jan. 8/10; 2010-1-8 | 1 | 16.69 |
| 20/01/10 | Water taxi A. MacFarlane; 2009-12-2 | 1 | 22.44 |
| 20/01/10 | Taxi to Sheraton Gateway ; 2009-12-14 | 1 | 41.14 |
| 20/01/10 | Taxi from Terminal 1 to home A. MacFarlane; 2009-12-16 | 1 | 44.88 |
| 21/01/10 | Laser Copy;MattesL | 30 | 3.00 |
| 21/01/10 | Laser Copy;BanksT | 2 | 0.20 |
| 21/01/10 | Laser Copy;NELSON M | 146 | 14.60 |
| 21/01/10 | Laser Copy;ORAHILL T | 14 | 1.40 |
| 21/01/10 | Laser Copy;MacFarlaneA | 76 | 7.60 |
| 21/01/10 | Laser Copy;jacobsr | 74 | 7.40 |
| 21/01/10 | Laser Copy;WALKER R | 63 | 6.30 |
| 21/01/10 | Laser Copy;Waugh,Stephanie | 1 | 0.10 |
| 22/01/10 | Laser Copy;MacFarlaneA | 186 | 18.60 |
| 22/01/10 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 22/01/10 | Laser Copy;MattesL | 42 | 4.20 |
| 22/01/10 | Laser Copy;NELSON M | 87 | 8.70 |
| 23/01/10 | Laser Copy;NigroR | 12 | 1.20 |
| 23/01/10 | Laser Copy;NORTH, Alexandra | 1 | 0.10 |
| 23/01/10 | Laser Copy;LEGAULT | 108 | 10.80 |
| 24/01/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 80.25 |
| 24/01/10 | Laser Copy;NORTH, Alexandra | 40 | 4.00 |
| 24/01/10 | Laser Copy;MacFarlaneA | 98 | 9.80 |
| 25/01/10 | Working dinner from Subway for M. Wunder on Jan. 4/10; 2010-1-4 | 1 | 12.95 |
| 25/01/10 | Laser Copy;NELSON M | 215 | 21.50 |
| 25/01/10 | Laser Copy;KAPLAN M | 14 | 1.40 |
| 25/01/10 | Laser Copy;LEGAULT | 14 | 1.40 |
| 25/01/10 | Laser Copy;MacFarlaneA | 113 | 11.30 |
| 25/01/10 | Laser Copy;MATHESON | 4 | 0.40 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 52 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/01/10 | Laser Copy;MattesL | 24 | 2.40 |
| 25/01/10 | Photocopy;MattesL | 3 | 0.30 |
| 25/01/10 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 25/01/10 | Laser Copy;KAPLAN M | 13 | 1.30 |
| 25/01/10 | Laser Copy;PUSHALIK A | 39 | 3.90 |
| 25/01/10 | Laser Copy;NELSON M | 4 | 0.40 |
| 25/01/10 | Laser Copy;NELSON M | 19 | 1.90 |
| 25/01/10 | Laser Copy;GOUGEON | 1 | 0.10 |
| 25/01/10 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 25/01/10 | Telephone;13124615111;Chicago IL;TO47 | 1 | 3.78 |
| 25/01/10 | Telephone;16463212499;New YorkNY;TO47 | 1 | 8.16 |
| 26/01/10 | Parking for M. Wunder on Jan. 24/10; 2010-1-24 | 1 | 9.56 |
| 26/01/10 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 26/01/10 | Laser Copy;PUSHALIK A | 72 | 7.20 |
| 26/01/10 | Laser Copy;NELSON M | 44 | 4.40 |
| 26/01/10 | Laser Copy;NELSON M | 18 | 1.80 |
| 26/01/10 | Laser Copy;NELSON M | 109 | 10.90 |
| 26/01/10 | Laser Copy;GRASSI J | 1 | 0.10 |
| 26/01/10 | Meals and Beverages - Maxim Working Lunch/MJW/J.Hetu/A.MacFarlane/4 people Jan 19/10/inv 117376 | 1 | 45.14 |
| 26/01/10 | Laser Copy;MATHESON | 90 | 9.00 |
| 26/01/10 | Telephone;12128728070;New YorkNY;TO47 | 1 | 0.51 |
| 26/01/10 | Laser Copy;MacFarlaneA | 53 | 5.30 |
| 26/01/10 | Laser Copy;SANTOS I | 37 | 3.70 |
| 26/01/10 | Photocopy;MattesL | 1 | 0.10 |
| 26/01/10 | Laser Copy;MattesL | 110 | 11.00 |
| 26/01/10 | Meals and Beverages - Working Lunch Saisons Restaurant & Catering /M Wunder-A MacFarlane-M Picard-R Jacobs-Jan 19/Inv. 2010-013 | 1 | 41.04 |
| 26/01/10 | Working lunch at New Sky Restaurant for M. Wunder on Jan. 24/10; 2010-1-24 | 1 | 26.90 |
| 26/01/10 | Working Dinner at The Rushton for M. Wunder on Dec. 23/09; 2009-12-23 | 1 | 35.00 |
| 27/01/10 | "Quick Law/PUSHALIK, ANDY" | 1 | 153.26 |
| 27/01/10 | Laser Copy;NELSON M | 191 | 19.10 |
| 27/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 27/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 27/01/10 | Laser Copy;KAPLAN M | 53 | 5.30 |
| 27/01/10 | Laser Copy;MacFarlaneA | 57 | 5.70 |
| 27/01/10 | Laser Copy;MattesL | 55 | 5.50 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 53 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 28/01/10 | Laser Copy;HETU, Jarvis | 31 | 3.10 |
| 28/01/10 | Laser Copy;NELSON M | 84 | 8.40 |
| 28/01/10 | Laser Copy;PUSHALIK A | 16 | 1.60 |
| 28/01/10 | Laser Copy;NORTH, Alexandra | 19 | 1.90 |
| 28/01/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.02 |
| 28/01/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 10.50 |
| 28/01/10 | Laser Copy;BEAIRSTO | 8 | 0.80 |
| 28/01/10 | Laser Copy;KAPLAN M | 12 | 1.20 |
| 28/01/10 | Laser Copy;MacFarlaneA | 79 | 7.90 |
| 28/01/10 | Laser Copy;MattesL | 124 | 12.40 |
| 29/01/10 | Photocopy;MattesL | 1 | 0.10 |
| 29/01/10 | Working lunch from Koya Japan for M. Wunder and R. Jacobs on Feb. 2/10; 2010-2-2 | 1 | 18.44 |
| 29/01/10 | "Quick Law/NORTH, ALEXANDRA" | 1 | 31.60 |
| 29/01/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 25.50 |
| 29/01/10 | Laser Copy;GonsalvesM | 104 | 10.40 |
| 29/01/10 | Laser Copy;BEAIRSTO | 2 | 0.20 |
| 29/01/10 | Laser Copy;MacFarlaneA | 66 | 6.60 |
| 29/01/10 | Laser Copy;MattesL | 146 | 14.60 |
| 29/01/10 | Laser Copy;PUSHALIK A | 16 | 1.60 |
| 29/01/10 | Laser Copy;NELSON M | 147 | 14.70 |
| 30/01/10 | Photocopy;BEAIRSTO | 32 | 3.20 |
| 30/01/10 | Laser Copy;BEAIRSTO | 26 | 2.60 |
| 30/01/10 | Laser Copy;KAPLAN M | 64 | 6.40 |
| 30/01/10 | Laser Copy;NigroR | 60 | 6.00 |
| 31/01/10 | Laser Copy;BEAIRSTO | 2 | 0.20 |
| 31/01/10 | "Quick Law/PUSHALIK, ANDY" | 1 | 42.66 |
| 04/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 12.75 |
| 04/01/10 | Laser Copy;GOUGEON | 10 | 1.00 |
| 04/01/10 | Laser Copy;MacFarlaneA | 385 | 38.50 |
| 04/01/10 | Laser Copy;MattesL | 14 | 1.40 |
| 04/01/10 | Laser Copy;NELSON M | 306 | 30.60 |
| 04/01/10 | Laser Copy;NORTH, Alexandra | 23 | 2.30 |
| 04/01/10 | Laser Copy;CHINJ | 45 | 4.50 |
| 04/01/10 | Photocopy;MattesL | 7 | 0.70 |
| 04/01/10 | Photocopy;MattesL | 5 | 0.50 |
| 04/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 04/01/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 0.51 |
| 04/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 54 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 04/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.04 |
| 04/01/10 | Telephone;12126499596;New YorkNY;TO47 | 1 | 1.02 |
| 05/01/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 48.00 |
| 05/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 05/01/10 | Photocopy;MattesL | 42 | 4.20 |
| 05/01/10 | Laser Copy;MacFarlaneA | 47 | 4.70 |
| 05/01/10 | Laser Copy;MattesL | 71 | 7.10 |
| 05/01/10 | Laser Copy;CHIN J | 309 | 30.90 |
| 05/01/10 | Laser Copy;NELSON M | 129 | 12.90 |
| 05/01/10 | Laser Copy;NORTH, Alexandra | 17 | 1.70 |
| 05/01/10 | Laser Copy;SANTOS I | 50 | 5.00 |
| 06/01/10 | Telephone;12122252552;New YorkNY;TO45 | 1 | 1.02 |
| 06/01/10 | Laser Copy;CHUNG G | 2 | 0.20 |
| 06/01/10 | Laser Copy;KAPLAN M | 76 | 7.60 |
| 06/01/10 | Laser Copy;MacFarlaneA | 1 | 0.10 |
| 06/01/10 | Laser Copy;MattesL | 59 | 5.90 |
| 06/01/10 | Photocopy;MattesL | 60 | 6.00 |
| 06/01/10 | Photocopy;MattesL | 48 | 4.80 |
| 06/01/10 | Photocopy;MattesL | 4 | 0.40 |
| 06/01/10 | Photocopy;MCDONAL A | 68 | 6.80 |
| 06/01/10 | Telephone;12122455000;New YorkNY;TO47 | 1 | 6.12 |
| 06/01/10 | Laser Copy;NELSON M | 206 | 20.60 |
| 07/01/10 | Laser Copy;MacFarlaneA | 128 | 12.80 |
| 07/01/10 | Laser Copy;KAPLAN M | 23 | 2.30 |
| 07/01/10 | Laser Copy;NELSON M | 77 | 7.70 |
| 07/01/10 | Laser Copy;MattesL | 181 | 18.10 |
| 07/01/10 | Laser Copy;WALKER R | 45 | 4.50 |
| 08/01/10 | Telephone;12128721063;New YorkNY;TO44 | 1 | 1.02 |
| 08/01/10 | Laser Copy;DUNSMUIM | 9 | 0.90 |
| 08/01/10 | Photocopy;MattesL | 20 | 2.00 |
| 08/01/10 | Photocopy;Phillips, Jackson | 1799 | 179.90 |
| 08/01/10 | Photocopy;MILLER K | 885 | 221.25 |
| 08/01/10 | Laser Copy;NELSON M | 273 | 27.30 |
| 08/01/10 | Laser Copy;MacFarlaneA | 28 | 2.80 |
| 08/01/10 | Laser Copy;MattesL | 149 | 14.90 |
| 08/01/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 0.51 |
| 11/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 3.06 |
| 11/01/10 | Laser Copy;NELSON M | 99 | 24.75 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: February 22, 2010  
Invoice #: 2744507  
Page 55 of 55

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/01/10 | Photocopy;MattesL | 2 | 0.50 |
| 11/01/10 | Photocopy;MattesL | 11 | 2.75 |
| 11/01/10 | Laser Copy;Vincent-DunlopT | 172 | 43.00 |
| 11/01/10 | Laser Copy;MacFarlaneA | 34 | 8.50 |
| 11/01/10 | Laser Copy;MattesL | 109 | 27.25 |
| 11/01/10 | Telephone;12128721055;New YorkNY;TO47 | 1 | 2.04 |
| 11/01/10 | Telephone;16462836162;New YorkNY;TO47 | 1 | 2.04 |
| 11/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 11/01/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 1.02 |
| 11/01/10 | Telephone;12128721055;New YorkNY;TO47 | 1 | 0.51 |
| 12/01/10 | Taxi from court to FCP for M. Wunder on Jan. 6/10 ; 2010-1-6 | 1 | 5.98 |
| 12/01/10 | Coffee at Starbucks for M. Wunder on Jan. 11/10; 2010-1-11 | 1 | 3.15 |
| 12/01/10 | Laser Copy;WALKER R | 65 | 6.50 |
| 12/01/10 | Laser Copy;GRASSI J | 1 | 0.10 |
| 12/01/10 | Laser Copy;HETU, Jarvis | 19 | 1.90 |
| 12/01/10 | Laser Copy;MacFarlaneA | 17 | 1.70 |
| 12/01/10 | Laser Copy;MATHESON | 2 | 0.20 |
| 12/01/10 | Laser Copy;MattesL | 388 | 38.80 |
| 12/01/10 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 12/01/10 | Laser Copy;NELSON M | 121 | 12.10 |
| | Total | CDN | $10,043.59 |