**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 4.5 | $775.00 | $3,487.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 80.1 | $775.00 | $62,077.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 10.4 | $750.00 | $7,800.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 144.0 | $750.00 | $108,000.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 11.4 | $725.00 | $8,265.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 160.4 | $725.00 | $116,290.00 |
| Steeves, C.J. | Partner | Taxation | Ontario - 1994 | 4.7 | $700.00 | $3,290.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 7.5 | $675.00 | $5,062.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 9.2 | $600.00 | $5,520.00 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 4.6 | $480.00 | $2,208.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 30.1 | $450.00 | $13,545.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 2.6 | $400.00 | $1,040.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 6.8 | $350.00 | $2,380.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 14.5 | $295.00 | $4,277.50 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 21.4 | $295.00 | $6,313.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 17.1 | $295.00 | $5,044.50 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 139.1 | $600.00 | $83,460.00 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | 3.6 | $750.00 | $2,700.00 |
| Misetich, Linda | Partner | Corporate | Ontario - 1999 | 4.1 | $535.00 | $2,193.50 |
| TOTAL | | | | 677.4 | CDN. | $443,799.00 |
| | Less Non-Working Travel Time Discount (50% of $8,572.50) | | | | | ($4,286.25) |
| TOTAL | | | | 677.4 | CDN. | $439,512.75 |