**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
                                          :
In re                                     :        Chapter 11
                                          :
Nortel Networks Inc., et al.,¹            :        Case No. 09-10138 (KG)
                                          :
          Debtors.                        :        Jointly Administered
                                          :
-------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 26, 2010 AT 10:00 A.M. (ET)²**

<u>CONTINUED/RESOLVED/WITHDRAWN MATTERS</u>:

1.    Notice Of (I) Filing Of Proposed Order Granting The Debtors A Final Waiver Of The
      Requirements Of 11 U.S.C. Section 345(b) And (II) Setting A Hearing On The Final
      Waiver (D.I. 2274, Filed 1/14/10).

      <u>Related Pleadings</u>:  None.

      <u>Objection Deadline</u>:  January 27, 2010 at 4:00 p.m. (ET).

      <u>Responses Received</u>:

      a)    Acting United States Trustee's Objection To Debtors' Request For Final Waiver
            Of The Requirements Of 11 USC 345(b) (D.I. 2354, Filed 1/27/2010).

      <u>Status</u>:  This matter has been continued to a date to be determined.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
       Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
       Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
       Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
       Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
       International Inc. (0358), Northern Telecom International Inc. (6286) Nortel Networks Cable Solutions Inc. (0567), and
       Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
       available at http://chapter11.epiqsystems.com/nortel.

[2]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th
       Floor, Courtroom #3, Wilmington, Delaware 19801.

<u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):</u>

2.      Debtors' Fourth Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2388, Filed 2/5/10).

    <u>Related Pleadings</u>:

    a)      Notice Of Withdrawal Of Debtors' Fourth Omnibus Motion With Respect To Certain Additional Contracts (D.I. 2427, Filed 2/17/10); and

    b)      Certificate Of No Objection (D.I. 2494, Filed 2/23/10).

    <u>Objection Deadline</u>:  February 19, 2010 at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None at this time.

    <u>Status</u>:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

3.      Debtors' Motion For An Order Approving A Compromise Of A Controversy Between (I) Nortel Networks Inc., (II) Nortel Networks Limited, III) Peacock Communications, ATSSC, Inc. And (IV) John Peacock (D.I. 2389, Filed 2/5/10).

    <u>Related Pleadings</u>:

    a)      Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Unredacted Settlement Agreement Between (I) Nortel Networks Inc., (II) Nortel Networks Limited, (III) Peacock Communications, ATSSC, Inc. And (IV) John Peacock (D.I. 2390, Filed 2/5/10); and

    b)      Certificate Of No Objection (D.I. 2495, Filed 2/23/10).

    <u>Objection Deadline</u>:  February 19, 2010 at 4:00 p.m. (ET).

    <u>Responses Received</u>:  None at this time.

    <u>Status</u>:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

4.      Debtors' Motion For An Order Authorizing The Debtors To File Under Seal The Unredacted Settlement Agreement Between (I) Nortel Networks Inc., (II) Nortel Networks Limited, (III) Peacock Communications, ATSSC, Inc. And (IV) John Peacock (D.I. 2390, Filed 2/5/10).

    <u>Related Pleadings</u>:  None.

a)    Certificate Of No Objection (D.I. 2496, Filed 2/23/10).

Objection Deadline:  February 19, 2010 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

5.    Motion Of Communications Test Design, Inc. Pursuant To Section 362 And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate A Set Off Of Pre-Petition Amounts Owed By And Between Communication Test Design, Inc. And Debtors (D.I. 727, Filed 5/11/09).

Related Pleadings:  None.

Objection Deadline:  June 4, 2009 at 4:00 p.m. (ET).  Extended to February 24, 2010 at 4:00 p.m. (ET) for the Committee.  Extended to February 24, 2010 at 4:00 p.m. (ET) for the Debtors.

Responses Received:  None at this time.

Status:  Based on comments provided by the Debtors to the form of order, the parties have consensually resolved this matter and will submit a proposed revised form of order at the hearing.

6.    Debtors' Application For Entry Of An Order Approving An Amendment To The Terms Of Compensation Of Lazard Freres & Co. LLC As Financial Advisor And Investment Banker To The Debtors (D.I. 2397, Filed 2/10/10).

Related Pleadings:  None.

Objection Deadline:  February 19, 2010 at 4:00 p.m. (ET). Extended to February 24, 2010 at 4:00 p.m. (ET) for the Committee and the Bondholders.

Responses Received:  None at this time.

Status:  This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

7.    Application Of The Official Committee Of Unsecured Creditors For An Order Approving An Expansion Of Scope Of Services And Amendment To Terms Of Retention Of Jefferies & Company, Inc. As Investment Banker To The Official Committee Of Unsecured Creditors (D.I. 2276, Filed 1/14/10).

Related Pleadings:  None.

Objection Deadline:  January 27, 2010 at 4:00 p.m. (ET).  Extended to February 2, 2010 at 4:00 p.m. (ET) for the Debtors.

Responses Received:

a)      Informal response from the U.S. Trustee; and

b)      Limited Objection Of The Debtors' To The Application Of The Official Committee Of Unsecured Creditors For An Order Approving An Expansion Of Scope Of Services And Amendment To Terms Of Retention Of Jefferies & Company, Inc. As Investment Banker To The Official Committee Of Unsecured Creditors (D.I. 2376, Filed 2/2/10).

Status:  This matter is going forward.

8.      Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (D.I. 2348, Filed 1/26/10).

Related Pleadings:  None.

Objection Deadline:  February 12, 2010 at 4:00 p.m. (ET).

Responses Received:

a)      Answer Of Claimant Martin Appell To Debtors' Fourth (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § Fed. R. Bankr. 3007 And Del. L.R. 3007-1 (Amended, Duplicate, Insufficient Documentation) (D.I. 2428, Filed 2/12/10).

Status:  This matter is going forward.

9.      Debtors' Motion To Add Certain Additional Debtors As Sellers In The Sale Of The Debtors' Metro Ethernet Networks Business To Ciena Corporation (D.I. 2387, Filed 2/5/10).

Related Pleadings:  None.

Objection Deadline:  February 19, 2010 at 4:00 p.m. (ET).

Responses Received:

3396151.16

a)      Limited Objection Of Microvision, Inc. To Debtors' Motion To Add Certain Additional Debtors As Sellers In The Sale Of The Debtors' Metro Ethernet Networks Business To Ciena Corporation (D.I. 2448, Filed 2/18/10).

Status:  This matter is going forward.

10.    Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2441, Filed 2/18/10).

Related Pleadings:

a)      Debtors' Motion For An Order Shortening Notice For Hearing On Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2442, Filed 2/18/10);

b)      Declaration Of Lisa M. Schweitzer In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2443, Filed 2/18/10);

c)      Declaration Of John Ray In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2444, Filed 2/18/10);

d)      Declaration Of Richard Hitchcock In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2445, Filed 2/18/10);

e)      Order Shortening Notice Of Hearing On Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings (D.I. 2449, Entered 2/18/10); and

f)      Joinder Of The Official Committee Of Unsecured Creditors To The Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The UK Pension Proceedings (D.I. 2501, Filed 2/24/10).

Objection Deadline:  February 24, 2010 at 12:00 p.m. (ET).

Responses Received:  None at this time.

Status:  This matter is going forward.

Dated:  February 24, 2010
       Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    James L. Bromley (admitted *pro hac vice*)
                    Lisa M. Schweitzer (admitted *pro hac vice*)
                    One Liberty Plaza
                    New York, New York 10006
                    Telephone:  (212) 225-2000
                    Facsimile:  (212) 225-3999

                         - and -

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Alissa T. Gazze*
                    Derek C. Abbott (No. 3376)
                    Eric D. Schwartz (No. 3134)
                    Ann C. Cordo (No. 4817)
                    Alissa T. Gazze (No. 5338)
                    1201 North Market Street, 18th Floor
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    Telephone:  (302) 658-9200
                    Facsimile:  (302) 425-4663

                    Counsel for the Debtors and Debtors in Possession

3396151.16