RECEIVED
FEB 24 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:
:
**In re** :
: **Chapter 11**
**NORTEL NETWORKS, INC., et al.,**[1] :
: **Case No. 09-10138 (KG)**
**Debtors.** :
: **(Jointly Administered)**
:
:
:
:
------------------------------x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF PATRICIA I. CHEN**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Patricia I. Chen, Esq. to represent Microvision, Inc. in the above-captioned cases.

Date: February 22, 2010
Wilmington, Delaware

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

#12159834 v1

2490
2/23/10

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in, among others, the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or court of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Patricia I. Chen, Esquire
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Tel: (617) 951-7000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _February 24, 2010_

Honorable Kevin Gross
United States Bankruptcy Judge

#12159834 v1