**EXHIBIT H**

Fax Server                    05/02/2010 17:28:00   PAGE   1/002   Fax Server

≡ ERNST & YOUNG

Ernst & Young LLP
1 More London Place
London SE1 2AF

Tel: 020 7951 2000
Fax: 020 7951 1345
www.ey.com/uk

By fax and post

Marcus Laughton
Case Lawyer
The Pensions Regulator
Napier House
Trafalgar Place
Brighton
BN1 4DW

5 February 2010

Direct line: 020 7951 9898

Email: abloom@uk.ey.com

Dear Mr Laughton

**Nortel GmbH**
**Nortel Networks NV**
**Nortel Networks SpA**
**Nortel Networks BV**
**Nortel Networks Hispania SA**
**Nortel Networks Polska Sp z.o.o.**
**Nortel Networks International Finance & Holdings BV**
**Nortel Networks France SAS**
**Nortel Networks (Ireland) Ltd**
**Nortel Networks SA**
**Nortel Networks AB**
**Nortel Networks (Austria) GmBH**
**Nortel Networks s.r.o.**
**Nortel Networks Slovensko S.r.o.**
**Nortel Networks Portugal S.A.**
**Nortel Networks Engineering Service Kft (collectively the "EMEA Entities")**
**(All in Administration)**

I refer to your letter dated 13 January 2010 addressed to Mr Christopher Hill. As a Joint Administrator for each of the EMEA Entities I am responding to you on behalf of each of the EMEA Entities.

I acknowledge receipt of your letter together with its enclosures.

Subject to the matters raised below, I confirm that the Joint Administrators (for the EMEA Entities) will be providing representations and participating in any oral hearing (see below) on behalf of each of the EMEA Entities.

The EMEA Entities participation in this process is, however, without prejudice to their rights to challenge the validity, recognition or enforceability of any direction (or any subsequent order based on or arising out of such a direction) made by the Pensions Regulator, the Determinations Panel or any other body (whether judicial, quasi judicial or otherwise) whether based on jurisdiction, the enforceability overseas of any such direction or otherwise. Thus, by so participating the EMEA Entities do not submit or consent



INVESTOR IN PEOPLE

The UK firm Ernst & Young LLP is a limited liability partnership registered in England and Wales with registered number OC300001 and is a member firm of Ernst & Young Global Limited. A list of members' names is available for inspection at 1 More London Place, London SE1 2AF, the firm's principal place of business and registered office.



2

to the Pension Regulator's jurisdiction (or that of any other body) or to the enforcement overseas of any direction (or any subsequent order based on or arising out of such a direction) that may be made. All the EMEA Entities' rights are fully reserved.

Subject to the matters raised above, I note that your letter requires representations to be made by noon on Monday, 1 March 2010. Given the seriousness and complexities of the matters raised in the Warning Notice, the number of entities involved, the volume of documentation required to be reviewed and the fact that it has taken the Pensions Regulator a year to prepare the Warning Notice the deadline you propose is not reasonable. The Joint Administrators therefore will endeavour to provide the EMEA Entities' substantive representations by 14 May 2010. I would be grateful if you could confirm, by return, that you agree to this approach.

Subject to the matters raised above, the Joint Administrators would anticipate requiring an oral hearing before the Determinations Panel.

Finally, we note that in your letter you referred to "Nortel Networks France SA". I have assumed that this was simply a typographical error and that you intended to send your letter to "Nortel Networks France SAS". I am accordingly responding on behalf of Nortel Networks France SAS. I trust that you will correct this entity's name in your records.

For future reference, please copy any further correspondence and documentation to our Solicitors Herbert Smith LLP (marked for the attention of Kevin Lloyd/Roderick Morton).

Yours sincerely
for the EMEA Entities and without personal liability

Alan Bloom
Joint Administrator