IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
                                                  :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                :
                                                  :   Jointly Administered
                    Debtors.                      :
                                                  :
                                                  :
------------------------------------------------- x

## DECLARATION OF BRIAN E. O'CONNOR

I, Brian E. O'Connor, hereby declare as follows:

1. I am an attorney at law admitted in the States of New York and New Jersey, and I am a member of the law firm of Willkie Farr & Gallagher, attorneys for the Trustee of Nortel Networks UK Pension Plan (the "Trustee") and the Board of the Pension Protection Fund (the "PPF") in the above-captioned proceeding.

2. I submit this declaration in support of the Objection of the Trustee of Nortel Networks UK Plan and the Board of the Pension Protection Fund to Debtors' Motion For Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the UK Pension Proceedings. Except where otherwise stated, the facts contained in this declaration

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

are based upon my personal knowledge and, if called to testify, I could and would testify competently to such facts.

3. Attached hereto as Exhibit A is a true and correct copy of a letter from the Pensions Regulator to the Trustee and the PPF, dated January 25, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of Re Railtrack plc (In Administration) (No. 2), [2002] EWCA (Civ) 955, [33].

5. Attached hereto as Exhibit C is a true and correct copy of Art. 20(4)(b) of Schedule 1 of the Cross-Border Insolvency Regulations 2006.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Schedules of Assets and Liabilities filed by Nortel Networks Inc. in Case No. 09-10138.

7. Attached hereto as Exhibit E is a true and correct copy of the February 24, 2010 letter from The Pensions Regulator to Linklaters LLP.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2010.

_____
Brian E. O'Connor