**EXHIBIT A**

25 January 2010

**The Pensions Regulator**

VIA EMAIL AND POST

Nortel Networks UK Pensions Trust Limited
(The Board of the Nortel Networks UK Pension Plan) and
The Board of the Pension Protection Fund
c/o Isabel Nurse-Marsh
Pinsent Masons LLP
City Point
One Ropemaker Street
London   EC2Y 9AH

*Our Ref:* RAFT/TM6409

Dear Sirs

**Nortel Networks UK Pension Plan – Warning Notice**

I refer to our letters of 25 September and 14 October 2009 ("the Letters"). The Letters record that the Regulator intends to issue a Warning Notice particularising the case for the issuance of a Financial Support Direction ("FSD") under s.43 of the Pensions Act 2004 ("PA04") against one or more of the Nortel group of companies. I write to confirm that the Warning Notice was issued on 13 January 2010 and I set out a list of the 29 target companies on Schedule A as annexed to this letter.

As much of the information in the Warning Notice is confidential and restricted (within the meaning of s.82 PA04) I feel it would be helpful if I update you in relation to the matters referred to in those letters and as follows:

- The total value of the claim made against the affected Nortel entities is currently estimated at £2.1bn.

- The target companies are separate respondents to the Warning Notice and are able to participate fully in the proceedings before the Determinations Panel in order to explain their position prior to any conclusions the Panel may make.

- I anticipate that the Determinations Panel hearing will be held during or before the end of June 2010 and that it will last a number of days.

- Should any FSD be issued as a result of those proceedings, it will be issued before the end of that month. For details of the Determinations Panel process and what happens after a Determinations Panel hearing, please

Napier House
Trafalgar Place
Brighton
BN1 4DW

Customer support:  0870 6063636
Textphone:  0870 2433123
Fax:  0870 2411144
Email:  customersupport@thepensionsregulator.gov.uk
General office:  01273 811800
Website:  www.thepensionsregulator.gov.uk
E-learning:  www.trusteetoolkit.com

Page 2

see our website at
www.thepensionsregulator.gov.uk/regulatoryActivity/determinations/.

I trust that this information is of use to you and will be sufficient to support your proof of claim.

Please contact Paul Williams and Marcus Laughton of the case team on TM6409@thepensionsregulator.gov.uk if you require any further information.

Yours faithfully

Stephen Soper
Head of Risk and Funding Team

Page 3

## SCHEDULE A

### List of Target Companies

| | |
|---|---|
| Nortel Networks Corporation | Nortel Networks Limited |
| Nortel Networks Incorporated | Nortel Networks CALA Incorporated |
| Nortel GmbH | Nortel Networks NV |
| Nortel Networks SpA | Nortel Networks BV |
| Nortel Networks Hispania SA | Nortel Networks Polska Sp z.o.o. |
| Nortel Networks International Finance & Holdings BV | Nortel Networks France SAS |
| Nortel Networks (Ireland) Ltd | Nortel Networks SA |
| Nortel Networks AG | Nortel Networks O.O.O. |
| Nortel Networks Ukraine Limited | Nortel Networks South Africa (Proprietary) Limited |
| Nortel Telecom International Limited | Nortel Networks (Scandinavia) AS |
| Nortel Networks Israel (Sales and Marketing) Limited | Nortel Networks AB |
| Nortel Networks (Austria) GmbH | Nortel Networks s.r.o. |
| Nortel Networks Slovensko s.r.o | Nortel Networks Portugal S.A |
| Nortel Networks Engineering Service Kft | Nortel Communication Holdings (1997) Limited |
| Northern Telecom France SA | |