**EXHIBIT D**

GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
           Debtors. :
:
:
:
-------------------------------------------------------X

## NORTEL NETWORKS INC., CASE NO. 09-10138
## SCHEDULES OF ASSETS AND LIABILITIES

### NORTEL NETWORKS INC., ET AL.[1]
### GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES

The notes contained herein (the "General Notes") are global notes to be considered when reviewing the Schedules of Assets and Liabilities (the "Schedules") of one or more of the following Debtors:

| Debtor | Case No. |
|---|---|
| Nortel Networks Inc. | 09-10138 |
| Nortel Networks Capital Corporation | 09-10139 |
| Nortel Altsystems, Inc.[2] | 09-10140 |
| Nortel Networks International Inc. | 09-10150 |

The Debtors named above represent four (4) of the fifteen (15) U.S. entities (collectively the "Debtors") that filed chapter 11 petitions on January 14, 2009 (the "Petition Date"). The Schedules of Assets and Liabilities and accompanying notes for the remaining eleven (11) Debtors were filed on April 20, 2009.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Formerly known as Alteon WebSystems, Inc.

In re  NORTEL NETWORKS INC.      Case No. 09-10138

Debtor     (if known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. ACCOUNTS RECEIVABLE. | | INTERCOMPANY RECEIVABLES - LOANS - NORTEL NETWORKS INDIA INTERNATIONAL INC. | | $51,723,361.24 |
| | | INTERCOMPANY RECEIVABLES - LOANS - XROS, INC. | | $44,485,559.83 |
| | | INTERCOMPANY RECEIVABLES - LOANS - NORTEL VENTURES LLC | | $2,338,950.20 |
| | | INTERCOMPANY RECEIVABLES - LOANS - SONOMA SYSTEMS | | $13,011.74 |
| | | INTERCOMPANY RECEIVABLE RESERVE - LOANS - VARIOUS INTERCOMPANY ENTITIES | | ($466,430,505.19) |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS (CALA) INC. | | $191,184,789.79 |
| | | INTERCOMPANY RECEIVABLES - QTERA CORPORATION | | $179,966,009.90 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS LIMITED | | $99,751,936.74 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS INTERNATIONAL INC. | | $64,217,987.75 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS LIMITED | | $53,482,041.30 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS (ASIA) LIMITED | | $50,889,165.97 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS (INDIA) PRIVATE LIMITED | | $43,936,121.04 |
| | | INTERCOMPANY RECEIVABLES - ALTEON WEBSYSTEMS, INC. | | $38,808,742.66 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS (CHINA) LIMITED | | $22,626,724.49 |
| | | INTERCOMPANY RECEIVABLES - NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIVATE LIMITED | | $20,399,424.56 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS UK LIMITED | | $16,976,561.60 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS DE GUATEMALA, LTDA. | | $11,538,312.44 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS SINGAPORE PTE LTD | | $10,591,578.80 |
| | | INTERCOMPANY RECEIVABLES - NORTEL NETWORKS CHILE S.A. | | $9,214,122.50 |

Sheet no. 8 of 16 sheets attached to
Schedule of Personal Property

In re  NORTEL NETWORKS INC.                                    Case No.  09-10138
                         Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS TECHNOLOGY CORP<br>1 BREWER HUNT WAY<br>KANATA, ON  K2K 2B5<br>CANADA | | | INTERCOMPANY PAYABLES | | | X | $137,063.27 |
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS TECHNOLOGY CORPORATION<br>C/O STEWART MCKELVEY STERLING SCALES, SUITE 800<br>1959 UPPER WATER ST.<br>HALIFAX, NS  B3J 2X2<br>CANADA | | | INTERCOMPANY PAYABLES | | | X | $3,069,128.44 |
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS TECHNOLOGY KABUSHIKI KAISHA<br>GATE CITY OHSAKI, EAST TOWER 9F, 1-11-2, OHSAKI, SHINAGAWA-KU<br>GATE CITY OHSAKI, EAST TOWER 9F<br>TOKYO<br>JAPAN | | | INTERCOMPANY PAYABLES | | | X | $4,099,987.33 |
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS TELECOMMUNICACOES INDUSTRIA E COMERCIO LTDA.<br>AVENIDA DAS NACOES UNIDAS 17.891<br>9 ANDAR PARTE B<br>SÃO PAULO  04795-100<br>BRAZIL | | | INTERCOMPANY PAYABLES | | | X | $46,040,944.65 |
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT (SHANGHAI) CO LIMITED<br>NO.556, FASAI ROAD<br>WAIGAOQIAO FREE TRADE ZONE<br>SHANGHAI  200131<br>CHINA | | | INTERCOMPANY PAYABLES | | | X | $17,664.25 |
| ACCOUNT NO. | | | | | | | |
| NORTEL NETWORKS UK LIMITED<br>MAIDENHEAD OFFICE PARK<br>MAIWESTACOTT WAY<br>MAIDENHEAD, BERKSHIRE  SL6 3QH<br>GREAT BRITAIN | | | INTERCOMPANY PAYABLES | | | X | $12,050,130.44 |

Sheet no. 401 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                     Subtotal     $65,414,918.38