## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                  Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 17, 2010 at 11:00 a.m.**<br>) |

### NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:          November 1, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $34,539.15

This is (a)n: __X__ interim    _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. November 2009, December 2009 and January 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 1/19/10 Docket No. 2286 | 11/1/09 - 11/30/09 | $200,000.00 | $19,419.49 | CNO filed on 2/8/10 $160,000.00 | CNO filed on 2/8/10 $19,419.49 | $40,000.00 |
| Date Filed: 2/23/10 Docket No. 2492 | 12/1/09 - 12/31/09 | $200,000.00 | $8,764.14 | Pending Obj Deadline 3/15/10 $160,000.00 | Pending Obj Deadline 3/15/10 $8,764.14 | $40,000.00 |
| Date Filed: 2/23/10 Docket No. 2493 | 1/1/10 - 1/31/10 | $200,000.00 | $6,355.52 | Pending Obj Deadline 3/15/10 $160,000.00 | Pending Obj Deadline 3/15/10 $6,355.52 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $34,539.15 | $480,000.00[3] | $34,539.15[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: February 24th, 2010
       Wilmington, Delaware

*/s/ Hal Kennedy*
_____
Hal Kennedy
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*