IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: March 17, 2010 at 11:00 a.m. (ET) |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought: November 1, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary: $2,650,894.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $115,413.25

This is (a)n:  X  interim    ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November 2009, December 2009 and January 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/30/09 Docket No. 2222 | 11/1/09 - 11/30/09 | $1,008,811.00 | $40,388.57 | $807,048.80 | $40,388.57 | $201,762.20 |
| Date Filed: 2/1/10 Docket No. 2372 | 12/1/09 - 12/31/09 | $1,003,203.75 | $40,839.88 | $802,563.00 | $40,839.88 | $200,640.75 |
| Date Filed: 2/22/10 Docket No. 2485 | 1/1/10 - 1/31/10 | $638,879.75 | $34,184.80 | Pending Obj deadline 3/15/10 $511,103.80 | Pending Obj deadline 3/15/10 $34,184.80 | $127,775.95 |
| TOTALS: | | $2,650,894.50 | $115,413.25 | $2,120,715.60[3] | $115,413.25[4] | $530,178.90 |

Summary of any Objections to Fee Applications: None.

Dated: February 24, 2010
   New York, New York

*/s/ Fred S. Hodara*

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2