## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: March 17, 2010 at 11:00 a.m. |
| | ) | |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                        Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                        March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                    November 1, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:              CDN. $1,121,658.30 Equivalent to USD $1,075,109.48[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          CDN. $24,078.44 Equivalent to USD $23,079.18[3]

This is (a)n:  _X__ interim        _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's November, 2009, December, 2009 and January, 2010 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on February 22, 2010 was CDN. $0.9585 : U.S. $1.00

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 19/01/10 Docket No. 2296 | 11/1/09 – 11/30/09 | $403,398.45 | $6,810.78 | $322,718.76 | $6,810.78 | $80,679.69 |
| Date Filed: 12/02/10 Docket No. 2416 | 12/1/09 – 12/31/09 | $257,713.84 | $6,721.89 | $206,171.07 Pending Obj. Deadline | $6,721.89 Pending Obj. Deadline | $51,542.77 |
| Date Filed: 23/02/10 Docket No. 2500 | 1/1/10 – 1/31/10 | $461,488.39 | $10,545.77 | $369,190.71 Pending Obj. Deadline | $10,545.77 Pending Obj. Deadline | $92,297.68 |
| TOTALS: | All amounts in CDN.$ | $1,122,600.68 | $24,078.44 | $898,080.54 | $24,078.44 | $224,520.14 |

Summary of any Objections to Fee Applications: None.

Dated: February 24, 2010
     Wilmington, Delaware

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
Suite 3900
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

7939512_2.DOC