**Exhibit A**

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 9/23/2009 | Federal/State Advisory | meeting re: Nortel, read up on nortel bankruptcy, meeting at nortel re: outsource staff arrangement, arrangement with tom, ROCA letter |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | 430 | 860 | 9/24/2009 | Federal/State Advisory | meeting re: Nortel, read up on nortel bankruptcy, meeting at nortel re: outsource staff arrangement, arrangement with tom, ROCA letter |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 9/25/2009 | Federal/State Advisory | meeting re: Nortel, read up on nortel bankruptcy, meeting at nortel re: outsource staff arrangement, arrangement with tom, ROCA letter |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 9/28/2009 | Federal/State Advisory | coordination with nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | 430 | 344 | 9/28/2009 | Federal/State Advisory | review Q2 tax provision workpapers from Tom Graham |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 9/29/2009 | Federal/State Advisory | coordination with nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 9/29/2009 | Federal/State Advisory | discuss EL |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 9/29/2009 | Federal/State Advisory | review Q2 tax provision workpapers from Tom Graham |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 9/30/2009 | Federal/State Advisory | coordination with nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 9/30/2009 | Federal/State Advisory | review Q2 tax provision workpapers from Tom Graham |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 10/1/2009 | Federal/State Advisory | research provision question regarding divestiture recognition for jeff wood, call with chris and jeff re: divestiture Q3 provision quesiton |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | 430 | 172 | 10/2/2009 | Federal/State Advisory | research provision question regarding divestiture recognition for jeff wood, call with chris and jeff re: divestiture Q3 provision quesiton |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | 430 | 645 | 10/5/2009 | Federal/State Advisory | coordinate cpe sheets for jeff wood and elizabeth billis, nortel gtac for provision/compliane work, work out at nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 7.0 | 430 | 3010 | 10/6/2009 | Federal/State Advisory | coordinate cpe sheets for jeff wood and elizabeth billis, nortel gtac for provision/compliane work, work out at nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | 430 | 43 | 10/9/2009 | Federal/State Advisory | coordinate cpe sheets for jeff wood and elizabeth billis, nortel gtac for provision/compliane work, work out at nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 10/12/2009 | Federal/State Advisory | nortel update with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 7.3 | 430 | 3139 | 10/13/2009 | Federal/State Advisory | nortel - assistance with Q3 provision preparation |
| Jacks,Sarah Butler (US011990278) | Manager | 7.5 | 430 | 3225 | 10/14/2009 | Federal/State Advisory | nortel - assistance with Q3 provision preparation |
| Jacks,Sarah Butler (US011990278) | Manager | 7.5 | 430 | 3225 | 10/15/2009 | Federal/State Advisory | nortel - assistance with Q3 provision preparation |
| Jacks,Sarah Butler (US011990278) | Manager | 3.5 | 430 | 1505 | 10/16/2009 | Federal/State Advisory | nortel - assistance with Q3 provision preparation |
| Jacks,Sarah Butler (US011990278) | Manager | 6.0 | 430 | 2580 | 10/19/2009 | Federal/State Advisory | rollforward the provision workpapers for Q4, staffing meeting with jeff wood, help prepare responses to KMPG's provision questions, review steve chiechi's oci deferred tax question, review Iowa state tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 2.7 | 430 | 1161 | 10/20/2009 | Federal/State Advisory | rollforward the provision workpapers for Q4, staffing meeting with jeff wood, help prepare responses to KMPG's provision questions, review steve chiechi's oci deferred tax question, review Iowa state tax return |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 6.0 | 430 | 2580 | 10/21/2009 | Federal/State Advisory | rollforward the provision workpapers for Q4, staffing meeting with jeff wood, help prepare responses to KMPG's provision questions, review steve chiechi's oci deferred tax question, review Iowa state tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | 430 | 860 | 10/22/2009 | Federal/State Advisory | rollforward the provision workpapers for Q4, staffing meeting with jeff wood, help prepare responses to KMPG's provision questions, review steve chiechi's oci deferred tax question, review Iowa state tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.7 | 430 | 731 | 10/23/2009 | Federal/State Advisory | rollforward the provision workpapers for Q4, staffing meeting with jeff wood, help prepare responses to KMPG's provision questions, review steve chiechi's oci deferred tax question, review Iowa state tax return |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | 430 | 215 | 10/30/2009 | Federal/State Advisory | assistance w/ state questions re: due dates for rar amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 10/27/2009 | Federal/State Advisory | schedule senior resource for nortel ye provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 10/27/2009 | Federal/State Advisory | prepare for Q4 tax provision - review state tax returns, call with angela re: entry needing to be booked for change in EBT, prepare, process, and post pension exp entry for after LE close, meeting with Jeff to discuss APA and necessary compliance fil |
| Jacks,Sarah Butler (US011990278) | Manager | 4.5 | 430 | 1935 | 10/28/2009 | Federal/State Advisory | prepare for Q4 tax provision - review state tax returns, call with angela re: entry needing to be booked for change in EBT, prepare, process, and post pension exp entry for after LE close, meeting with Jeff to discuss APA and necessary compliance fil |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | 430 | 1720 | 10/29/2009 | Federal/State Advisory | prepare for Q4 tax provision - review state tax returns, call with angela re: entry needing to be booked for change in EBT, prepare, process, and post pension exp entry for after LE close, meeting with Jeff to discuss APA and necessary compliance fil |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | 430 | 129 | 10/30/2009 | Federal/State Advisory | prepare for Q4 tax provision - review state tax returns, call with angela re: entry needing to be booked for change in EBT, prepare, process, and post pension exp entry for after LE close, meeting with Jeff to discuss APA and necessary compliance fil |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | 430 | 1075 | 11/2/2009 | Federal/State Advisory | provision rollforward workpapers, research state amended return due dates following federal change, review journal entry for foreign w/h for angela, review MT tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | 430 | 1720 | 11/3/2009 | Federal/State Advisory | provision rollforward workpapers, research state amended return due dates following federal change, review journal entry for foreign w/h for angela, review MT tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | 430 | 1720 | 11/4/2009 | Federal/State Advisory | provision rollforward workpapers, research state amended return due dates following federal change, review journal entry for foreign w/h for angela, review MT tax return |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | 430 | 129 | 11/9/2009 | Federal/State Advisory | email to minde king re nortel apa process and resources, schedule conference call, conference call with minde king and jim scott |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | 430 | 129 | 11/9/2009 | Federal/State Advisory | email to p mable for nortel guidance, schedule conference call, conference call with pamela to discuss quality issues (documentation, advice) |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/9/2009 | Federal/State Advisory | review ARTs for Melissa and Angela |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/9/2009 | Federal/State Advisory | nortel catch up meeting with jim scott |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | 430 | 645 | 11/9/2009 | Federal/State Advisory | review LA return with melissa Poormon, review final LA return, review texas margin return for deborah |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | 430 | 860 | 11/9/2009 | Federal/State Advisory | documentation of work |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | 430 | 774 | 11/10/2009 | Federal/State Advisory | review ARTs for Melissa and Angela |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | 430 | 43 | 11/10/2009 | Federal/State Advisory | nortel billing |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 11/10/2009 | Federal/State Advisory | email to p mable for nortel guidance, schedule conference call, conference call with pamela to discuss quality issues (documentation, advice) |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 11/10/2009 | Federal/State Advisory | email to minde king re nortel apa process and resources, schedule conference call, conference call with minde king and jim scott |
| Jacks,Sarah Butler (US011990278) | Manager | 2.3 | 430 | 989 | 11/10/2009 | Federal/State Advisory | research whether 90% limitation applies under the new legislation for NOL Carryback provisions, review APA NOL schedule for Jeff, call with Linda Gurene to discuss services FAQs, get melissa and angela started with amended 1120Xs, research how to rep |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/11/2009 | Federal/State Advisory | review ARTs for Melissa and Angela |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/11/2009 | Federal/State Advisory | email to p mable for nortel guidance, schedule conference call, conference call with pamela to discuss quality issues (documentation, advice) |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | 430 | 774 | 11/11/2009 | Federal/State Advisory | research whether 90% limitation applies under the new legislation for NOL Carryback provisions, review APA NOL schedule for Jeff, call with Linda Gurene to discuss services FAQs, get melissa and angela started with amended 1120Xs, research how to rep |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | 430 | 516 | 11/11/2009 | Federal/State Advisory | review LA return with melissa Poormon, review final LA return, review texas margin return for deborah |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/12/2009 | Federal/State Advisory | email to minde king re nortel apa process and resources, schedule conference call, conference call with minde king and jim scott |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | 430 | 1290 | 11/12/2009 | Federal/State Advisory | research whether 90% limitation applies under the new legislation for NOL Carryback provisions, review APA NOL schedule for Jeff, call with Linda Gurene to discuss services FAQs, get melissa and angela started with amended 1120Xs, research how to rep |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/12/2009 | Federal/State Advisory | review LA return with melissa Poormon, review final LA return, review texas margin return for deborah |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/13/2009 | Federal/State Advisory | brief write up of new 08 NOL carryback law requested by jeff wood - for apa closing documents |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/13/2009 | Federal/State Advisory | process memo for documentation of EYs responsibilities - for Jeff Wood to sign, per request of Jim Scott |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | 430 | 1290 | 11/13/2009 | Federal/State Advisory | research whether 90% limitation applies under the new legislation for NOL Carryback provisions, review APA NOL schedule for Jeff, call with Linda Gurene to discuss services FAQs, get melissa and angela started with amended 1120Xs, research how to rep |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | 430 | 301 | 11/16/2009 | Federal/State Advisory | follow up on amended returns with angela, review amended returns, walk through schedule with melissa, review amt rules and amti nol, documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/16/2009 | Federal/State Advisory | research state implications of extended NOL carryback provisions |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/16/2009 | Federal/State Advisory | process memo for jim scott for jeff wood to sign |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | 430 | 645 | 11/16/2009 | Federal/State Advisory | summary of new 2009 nol carryback law for jeff wood |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/17/2009 | Federal/State Advisory | email to Mark Mesler re: NOL ordering rules for APA closing agreement |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | 430 | 1075 | 11/17/2009 | Federal/State Advisory | follow up on amended returns with angela, review amended returns, walk through schedule with melissa, review amt rules and amti nol, documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 11/17/2009 | Federal/State Advisory | answer kirshe romo's quesitons about interest calculations, pull prior year returns for kirsche romo, call with her regarding interest calculation |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | 430 | 645 | 11/17/2009 | Federal/State Advisory | tax basis balance sheet - update through Q3 2009 request of Jeff - for NGSI, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 11/17/2009 | Federal/State Advisory | status update meeting with jeff wood and jim scott |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 3.5 | 430 | 1505 | 11/18/2009 | Federal/State Advisory | answer kirshe romo's quesitons about interest calculations, pull prior year returns for kirsche romo, call with her regarding interest calculation |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | 430 | 2150 | 11/18/2009 | Federal/State Advisory | follow up on amended returns with angela, review amended returns, walk through schedule with melissa, review amt rules and amti nol, documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 9.7 | 430 | 4171 | 11/19/2009 | Federal/State Advisory | follow up on amended returns with angela, review amended returns, walk through schedule with melissa, review amt rules and amti nol, documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 8.0 | 430 | 3440 | 11/20/2009 | Federal/State Advisory | follow up on amended returns with angela, review amended returns, walk through schedule with melissa, review amt rules and amti nol, documentation |
| Phillips,Jason D. (US011602645) | Senior Manager | 2.5 | 540 | 1350 | 10/12/2009 | Federal/State Advisory | Assistance with Nebraska corporate income tax liability issues |
| Gurene,Linda S (US011299270) | Executive Director | 1.0 | 545 | 545 | 11/10/2009 | Federal/State Advisory | questions Sarah Jacks re: new 5 yr NOL cback rules & implications for nortel |
| Gurene,Linda S (US011299270) | Executive Director | 1.0 | 545 | 545 | 11/13/2009 | Federal/State Advisory | questions Sarah Jacks re: new 5 yr NOL cback rules & implications for nortel |
| Gurene,Linda S (US011299270) | Executive Director | 3.0 | 545 | 1635 | 11/19/2009 | Federal/State Advisory | disc Mark, Swails, Sarah, review comps, comments, rereview, summary for Jeff on ATNOL limit; disc Kirsche re: interest comps |
| Danowitz,Steven M (US011409138) | Partner | 1.0 | 640 | 640 | 10/7/2009 | Federal/State Advisory | conf call Mike Orlando, Jim Scott, Jason Phillips, follow up review of calc |
| Danowitz,Steven M (US011409138) | Partner | 0.5 | 640 | 320 | 10/8/2009 | Federal/State Advisory | conf call Mike Orlando, Jim Scott, Jason Phillips, cleary Gott atty's |
| Danowitz,Steven M (US011409138) | Partner | 0.5 | 640 | 320 | 10/9/2009 | Federal/State Advisory | write up memo or oral advice |
| Scott,James E (US011119307) | Partner | 0.9 | 640 | 576 | 12/15/2009 | Federal/State Advisory | Bad debt |
| Scott,James E (US011119307) | Partner | 0.7 | 640 | 448 | 12/17/2009 | Federal/State Advisory | Bad debt |
| Scott,James E (US011119307) | Partner | 1.2 | 640 | 768 | 12/23/2009 | Federal/State Advisory | Bad debt question |
| McCully,Becky M (US012471861) | Manager | 1.0 | 430 | 430 | 12/4/2009 | Federal/State Advisory | Section 166 research |
| Harrison IV,George Jackson (US012004331) | Partner | 0.5 | 640 | 320 | 11/30/2009 | Federal/State Advisory | bad debt deduction |
| Harrison IV,George Jackson (US012004331) | Partner | 0.5 | 640 | 320 | 12/4/2009 | Federal/State Advisory | bad debt deduction |
| Harrison IV,George Jackson (US012004331) | Partner | 0.5 | 640 | 320 | 11/24/2009 | Federal/State Advisory | *nortel bad debt position |
| Scott,James E (US011119307) | Partner | 0.3 | 640 | 192 | 12/4/2009 | Federal/State Advisory | Billing review |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | 430 | 86 | 11/30/2009 | Federal/State Advisory | billing |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 12/2/2009 | Federal/State Advisory | billing |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 12/4/2009 | Federal/State Advisory | billing |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | 430 | 301 | 12/8/2009 | Federal/State Advisory | billing - revise invoice with hours/level detail |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | 430 | 860 | 12/9/2009 | Federal/State Advisory | rollforward tax packages for compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 6.6 | 430 | 2838 | 11/30/2009 | Federal/State Advisory | pull EINs, research/pull Blade Investment Financials for Jeff, tax basis balance sheet, pull together binders for Q4, pull together wht entry support, scan 2001-2005 form 5472s, pull together rollforward of deferreds for NGSI for steve cheichi, redo part2003-05 amended return per request of jeff wood, answer question on mi return |
| Jacks,Sarah Butler (US011990278) | Manager | 6.6 | 430 | 2838 | 12/1/2009 | Federal/State Advisory | pull EINs, research/pull Blade Investment Financials for Jeff, tax basis balance sheet, pull together binders for Q4, pull together wht entry support, scan 2001-2005 form 5472s, pull together rollforward of deferreds for NGSI for steve cheichi, redo part2003-05 amended return per request of jeff wood, answer question on mi return |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | 430 | 2150 | 12/2/2009 | Federal/State Advisory | pull EINs, research/pull Blade Investment Financials for Jeff, tax basis balance sheet, pull together binders for Q4, pull together wht entry support, scan 2001-2005 form 5472s, pull together rollforward of deferreds for NGSI for steve cheichi, redo part2003-05 amended return per request of jeff wood, answer question on mi return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | 430 | 430 | 12/3/2009 | Federal/State Advisory | pull EINs, research/pull Blade Investment Financials for Jeff, tax basis balance sheet, pull together binders for Q4, pull together wht entry support, scan 2001-2005 form 5472s, pull together rollforward of deferreds for NGSI for steve cheichi, redo part2003-05 amended return per request of jeff wood, answer question on mi return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 12/4/2009 | Federal/State Advisory | pull EINs, research/pull Blade Investment Financials for Jeff, tax basis balance sheet, pull together binders for Q4, pull together wht entry support, scan 2001-2005 form 5472s, pull together rollforward of deferreds for NGSI for steve cheichi, redo part2003-05 amended return per request of jeff wood, answer question on mi return |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 5.3 | 430 | 2279 | 12/14/2009 | Federal/State Advisory | review nys & nyc, investigate contacts for ericcson state info request, help with michigan return, review mi estimate methodology, scheduling/staffing mtg with group, pull together entity and EIN list for avaya close (second) request diff list, review MI return |
| Jacks,Sarah Butler (US011990278) | Manager | 6.0 | 430 | 2580 | 12/16/2009 | Federal/State Advisory | review nys & nyc, investigate contacts for ericcson state info request, help with michigan return, review mi estimate methodology, scheduling/staffing mtg with group, pull together entity and EIN list for avaya close (second) request diff list, review MI return |
| Jacks,Sarah Butler (US011990278) | Manager | 7.0 | 430 | 3010 | 12/17/2009 | Federal/State Advisory | review nys & nyc, investigate contacts for ericcson state info request, help with michigan return, review mi estimate methodology, scheduling/staffing mtg with group, pull together entity and EIN list for avaya close (second) request diff list, review MI return |
| Jacks,Sarah Butler (US011990278) | Manager | 5.7 | 430 | 2451 | 12/18/2009 | Federal/State Advisory | review nys & nyc, investigate contacts for ericcson state info request, help with michigan return, review mi estimate methodology, scheduling/staffing mtg with group, pull together entity and EIN list for avaya close (second) request diff list, review MI return |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | 430 | 1075 | 12/21/2009 | Federal/State Advisory | pull together tax package requests for 2009 compliance, schedule m-1 assignments for provision, provision process memos for group, help pull together the 851s for the cleary attorneys, question whether tax attributes c/o in stock acq question from deborah, review ye calendar close, check EIN for german entity for Louis Farr |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | 430 | 43 | 12/22/2009 | Federal/State Advisory | pull together tax package requests for 2009 compliance, schedule m-1 assignments for provision, provision process memos for group, help pull together the 851s for the cleary attorneys, question whether tax attributes c/o in stock acq question from deborah, review ye calendar close, check EIN for german entity for Louis Farr |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | 430 | 172 | 12/23/2009 | Federal/State Advisory | pull together tax package requests for 2009 compliance, schedule m-1 assignments for provision, provision process memos for group, help pull together the 851s for the cleary attorneys, question whether tax attributes c/o in stock acq question from deborah, review ye calendar close, check EIN for german entity for Louis Farr |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 8.0 | 430 | 3440 | 12/7/2009 | Federal/State Advisory | write up discussion of new expanded nol provisions - written tax advice for purposes of jeff's meeting with DOJ - coordinate review with mark mesler and linda gurene, review architel, guam, puerto rico estimated tax payments by deborah - answer questions for melissa regarding state es payment calculation - ie locate information from past returns, review calc,, answer questions for Mshel regarding NNI foreign affiliate return, pull together i/c balance information for IRS per jwo request, review NYS return, review OK 06-08 returns, research US EIN numbers for jeff for avaya close, review NYC |
| Jacks,Sarah Butler (US011990278) | Manager | 6.3 | 430 | 2709 | 12/8/2009 | Federal/State Advisory | write up discussion of new expanded nol provisions - written tax advice for purposes of jeff's meeting with DOJ - coordinate review with mark mesler and linda gurene, review architel, guam, puerto rico estimated tax payments by deborah - answer questions for melissa regarding state es payment calculation - ie locate information from past returns, review calc,, answer questions for Mshel regarding NNI foreign affiliate return, pull together i/c balance information for IRS per jwo request, review NYS return, review OK 06-08 returns, research US EIN numbers for jeff for avaya close, review NYC |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | 430 | 1290 | 12/9/2009 | Federal/State Advisory | write up discussion of new expanded nol provisions - written tax advice for purposes of jeff's meeting with DOJ - coordinate review with mark mesler and linda gurene, review architel, guam, puerto rico estimated tax payments by deborah - answer questions for melissa regarding state es payment calculation - ie locate information from past returns, review calc,, answer questions for Mshel regarding NNI foreign affiliate return, pull together i/c balance information for IRS per jwo request, review NYS return, review OK 06-08 returns, research US EIN numbers for jeff for avaya close, review NYC |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | 430 | 2150 | 12/10/2009 | Federal/State Advisory | write up discussion of new expanded nol provisions - written tax advice for purposes of jeff's meeting with DOJ - coordinate review with mark mesler and linda gurene, review architel, guam, puerto rico estimated tax payments by deborah - answer questions for melissa regarding state es payment calculation - ie locate information from past returns, review calc,, answer questions for Mshel regarding NNI foreign affiliate return, pull together i/c balance information for IRS per jwo request, review NYS return, review OK 06-08 returns, research US EIN numbers for jeff for avaya close, review NYC |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 4.2 | 430 | 1806 | 12/11/2009 | Federal/State Advisory | write up discussion of new expanded nol provisions - written tax advice for purposes of jeff's meeting with DOJ - coordinate review with mark mesler and linda gurene, review architel, guam, puerto rico estimated tax payments by deborah - answer questions for melissa regarding state es payment calculation - ie locate information from past returns, review calc,, answer questions for Mshel regarding NNI foreign affiliate return, pull together i/c balance information for IRS per jwo request, review NYS return, review OK 06-08 returns, research US EIN numbers for jeff for avaya close, review NYC |
| Gurene,Linda S (US011299270) | Executive Director | 1.0 | 545 | 545 | 12/7/2009 | Federal/State Advisory | review memo, comment, disc Mark |
| Scott,James E (US011119307) | Partner | 0.7 | 640 | 448 | 12/8/2009 | Federal/State Advisory | Provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | 430 | 215 | 12/9/2009 | Federal/State Advisory | meeting with deborah and melissa for year end planning |
| Anderson,Suzanne W. (US012811255) | Manager | 1.0 | 627 | 627 | 11/17/2009 | IRS Analysis | Nortel 2285's |
| Anderson,Suzanne W. (US012811255) | Manager | 5.0 | 627 | 3135 | 11/18/2009 | IRS Analysis | Nortel 2285's |
| Anderson,Suzanne W. (US012811255) | Manager | 4.0 | 627 | 2508 | 11/20/2009 | IRS Analysis | Nortel 2285's |
| Boldt,Catina A (US011323877) | Executive Director | 1.5 | 710 | 1065 | 11/20/2009 | IRS Analysis | discussions this week with kirsche re. interest computations |
| Harper,Linda (US011153638) | Manager | 4.2 | 627 | 2633.4 | 11/20/2009 | IRS Analysis | Reviewed claim for KRomo |
| Harper,Linda (US011153638) | Manager | 1.2 | 627 | 752.4 | 11/23/2009 | IRS Analysis | Reviewed claim for KRomo |
| Owen,Karen (US011295818) | Staff | 0.5 | 151 | 75.5 | 11/16/2009 | IRS Analysis | Nortel - ordered IRS transcripts for Kirsche Romo, updated log and prepared control sheet |
| Owen,Karen (US011295818) | Staff | 0.5 | 151 | 75.5 | 11/17/2009 | IRS Analysis | Nortel - ordered IRS transcripts for Kirsche Romo, updated log and prepared control sheet |
| Owen,Karen (US011295818) | Staff | 0.5 | 151 | 75.5 | 11/20/2009 | IRS Analysis | Nortel - ordered IRS transcripts for Kirsche Romo, updated log and prepared control sheet |
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.0 | 688 | 688 | 9/9/2009 | IRS Analysis | NORTEL - INTEREST COMUTATION PROJECTS AND NET RATE CLAIM APPEAL |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.5 | 688 | 344 | 9/10/2009 | IRS Analysis | NORTEL - INTEREST COMUTATION PROJECTS AND NET RATE CLAIM APPEAL |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.5 | 688 | 344 | 9/14/2009 | IRS Analysis | NORTEL - DISCUSSION WITH IRS APPEALS RE: INTEREST PROTEST |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.5 | 688 | 344 | 9/15/2009 | IRS Analysis | NORTEL - DISCUSSION WITH IRS APPEALS RE: INTEREST PROTEST |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.0 | 688 | 688 | 9/28/2009 | IRS Analysis | NORTEL INC - INTEREST NETTING/INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.5 | 688 | 344 | 9/29/2009 | IRS Analysis | NORTEL INC - INTEREST NETTING/INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.0 | 688 | 688 | 9/30/2009 | IRS Analysis | NORTEL INC - INTEREST NETTING/INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.5 | 688 | 344 | 10/2/2009 | IRS Analysis | NORTEL INC - INTEREST NETTING/INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.0 | 688 | 688 | 11/12/2009 | IRS Analysis | INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 6.0 | 688 | 4128 | 11/13/2009 | IRS Analysis | INTEREST COMPUTATION PROJECTS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 6.5 | 688 | 4472 | 11/17/2009 | IRS Analysis | INTEREST COMPUTATION PROJECT FOR JEFF WOOD |
| Romo,Kirsche L. (US011103661) | Senior Manager | 9.0 | 688 | 6192 | 11/18/2009 | IRS Analysis | INTEREST COMPUTATION PROJECT FOR JEFF WOOD |
| Romo,Kirsche L. (US011103661) | Senior Manager | 5.0 | 688 | 3440 | 11/19/2009 | IRS Analysis | INTEREST COMPUTATION PROJECT FOR JEFF WOOD |
| Romo,Kirsche L. (US011103661) | Senior Manager | 10.0 | 688 | 6880 | 11/20/2009 | IRS Analysis | INTEREST COMPUTATION PROJECT FOR JEFF WOOD |
| Romo,Kirsche L. (US011103661) | Senior Manager | 3.5 | 688 | 2408 | 11/23/2009 | IRS Analysis | COMPILATION AND PREPARATION OF DOCUMENTS FOR CLIENT JEFF WOOD (RE INTEREST COMPUTATION). CONF CALL WITH JEFF WOOD AND NORTEL'S LAW FIRM TO DISCUSS INTEREST ISSUES IN PREP FOR MEETING WITH DOJ FOR SETTLEMENT |
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.0 | 688 | 688 | 11/24/2009 | IRS Analysis | INTEREST ENGAGEMENT PROJECT |
| Slack,Iris C (US011135618) | Manager | 0.8 | 627 | 501.6 | 11/20/2009 | IRS Analysis | REview AMT carryback for 2003-2005 |
| Owen,Karen (US011295818) | Staff | 0.50 | 151 | 75.5 | 12/10/2009 | IRS Analysis | Nortel - AAR log update for new project |
| Owen,Karen (US011295818) | Staff | 2.00 | 151 | 302 | 12/23/2009 | IRS Analysis | Nortel - AAR update |
| Owen,Karen (US011295818) | Staff | 2.00 | 151 | 302 | 1/6/2010 | IRS Analysis | Nortel - AAR update |
| Romo,Kirsche L. (US011103661) | Senior Manager | 2.50 | 688 | 1720 | 12/1/2009 | IRS Analysis | REVIEW IRS APPEALS RESPONSE TO INTEREST NETTING CLAIM PROTEST. |
| Romo,Kirsche L. (US011103661) | Senior Manager | 2.50 | 688 | 1720 | 12/2/2009 | IRS Analysis | REVIEW IRS APPEALS RESPONSE TO INTEREST NETTING CLAIM PROTEST. |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.50 | 688 | 344 | 12/4/2009 | IRS Analysis | REVIEW IRS APPEALS RESPONSE TO INTEREST NETTING CLAIM PROTEST. |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.50 | 688 | 344 | 12/7/2009 | IRS Analysis | NET RATE CLAIM PROTEST |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.00 | 688 | 688 | 12/8/2009 | IRS Analysis | NET RATE CLAIM PROTEST |
| Romo,Kirsche L. (US011103661) | Senior Manager | 2.00 | 688 | 1376 | 12/10/2009 | IRS Analysis | NET RATE CLAIM PROTEST |
| Romo,Kirsche L. (US011103661) | Senior Manager | 0.50 | 688 | 344 | 12/11/2009 | IRS Analysis | NET RATE CLAIM PROTEST |
| Romo,Kirsche L. (US011103661) | Senior Manager | 2.00 | 688 | 1376 | 12/14/2009 | IRS Analysis | APPEALS PROTEST ISSUE - WORKING WITH IRS. |
| Romo,Kirsche L. (US011103661) | Senior Manager | 2.00 | 688 | 1376 | 12/30/2009 | IRS Analysis | REVIEW IRS APPEALS INTEREST COMPUTATIONS |
| Romo,Kirsche L. (US011103661) | Senior Manager | 1.50 | 688 | 1032 | 1/4/2010 | IRS Analysis | WORKED ON PROTEST WITH IRS APPEALS AND DOCUMENTING CASEFILE |
| Scott,James E (US011119307) | Partner | 0.80 | 710 | 568 | 12/4/2009 | IRS Analysis | NOL C/B written tax advice w/Jacks & Mesler |