**Exhibit B**

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/13/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/13/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/14/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/14/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/15/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/15/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/16/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 30.25 | Mileage: ground transportation | 10/16/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 24.75 | Mileage: ground transportation | 10/19/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 15.95 | Mileage: ground transportation | 10/20/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 24.75 | Mileage: ground transportation | 10/21/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 24.75 | Mileage: ground transportation | 10/22/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 24.75 | Mileage: ground transportation | 10/23/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/2/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/3/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/4/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/9/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/10/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/11/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/12/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/13/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/16/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/17/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/18/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/19/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 11/30/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/1/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/2/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/3/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/7/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/8/2009 | Federal/State Advisory |

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/9/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/10/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/11/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/14/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/15/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/16/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/17/2009 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $ 12.10 | Mileage: ground transportation | 12/18/2009 | Federal/State Advisory |