**Exhibit A**

| Engagement | Reference | Rank/Grade | Rate | Incur Date | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/04/2010 | 5.0 | $2,150.00 | prepare for FIN 48 mtg with Jeff, prepare FIN 48 analysis for 1/11 deadline, other misc Q4 prep-prepare m-1 assignment, state memo, fed memo |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/04/2010 | 0.5 | $215.00 | prepare nortel networks inc form w-9 for 2010 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/04/2010 | 1.0 | $430.00 | review provision communications and save on network |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/04/2010 | 0.5 | $215.00 | review reclass journal entry of state refund claims for melissa poormon |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/04/2010 | 0.0 | $0.00 | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/05/2010 | 0.0 | $0.00 | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/05/2010 | 6.0 | $2,580.00 | preparation of FIN 48 analysis, meeting with Jeff wood, provision planning meeting with team, help melissa with ngsi return request, review SOL on state FIN 48, update fin 48 based on jeff wood commen s, pull together tax receivable arms and je, pull together FIN 48 je for jeff wood approval, meet with angela to go over provision assignments |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/06/2010 | 5.6 | $2,408.00 | preparation of FIN 48 analysis, meeting with Jeff wood, provision planning meeting with team, help melissa with ngsi return request, review SOL on state FIN 48, update fin 48 based on jeff wood commen s, pull together tax receivable arms and je, pull together FIN 48 je for jeff wood approval, meet with angela to go over provision assignments |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/06/2010 | 0.3 | $129.00 | set up call to discuss avaya fixed assets with allen stout/jeff/deborah, call with allen stout |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/06/2010 | 0.0 | $0.00 | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/07/2010 | 2.0 | $860.00 | preparation of FIN 48 analysis, meeting with Jeff wood, provision planning meeting with team, help melissa with ngsi return request, review SOL on state FIN 48, update fin 48 based on jeff wood commen s, pull together tax receivable arms and je, pull together FIN 48 je for jeff wood approval, meet with angela to go over provision assignments |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/07/2010 | 0.0 | $0.00 | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |

| Engagement | Reference | Rank/Grade | Rate | Incur Date | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/08/2010 | 0.5 | $215.00 | set up call to discuss avaya fixed assets with allen stout/jeff/deborah, call with allen stout |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/08/2010 | 6.2 | $2,666.00 | preparation of FIN 48 analysis, meeting with Jeff wood, provision planning meeting with team, help melissa with ngsi return request, review SOL on state FIN 48, update fin 48 based on jeff wood commen s, pull together tax receivable arms and je, pull together FIN 48 je for jeff wood approval, meet with angela to go over provision assignments |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/11/2010 | 5.0 | $2,150.00 | review FIN 48 entry status with Angela and Jeff, prepare Tax Receivable analysis together for jeff with entry for angela to post, update on provision with jeff, update with angela on fin 48 entry, tax recev entry, answer questions of kristen for m-1 prep, review w/h tax entry, review ftc rollforward, look at state provision payment schedule with kristen, start looking at state provision prep, pull ogether provision binder, review w/h entry for angela, discuss entry beingbooked for apa 37.5 settlement with jeff/deborah, assist others by answer questions for M-1 provision preparation, review M-1 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/11/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/12/2010 | 4.0 | $1,720.00 | review FIN 48 entry status with Angela and Jeff, prepare Tax Receivable analysis together for jeff with entry for angela to post, update on provision with jeff, update with angela on fin 48 entry, tax recev entry, answer questions of kristen for m-1 prep, review w/h tax entry, review ftc rollforward, look at state provision payment schedule with kristen, start looking at state provision prep, pull ogether provision binder, review w/h entry for angela, discuss entry beingbooked for apa 37.5 settlement with jeff/deborah, assist others by answer questions for M-1 provision preparation, review M-1 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/12/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |

| Engagement | Reference | Rank/Grade | Rate | Incur Date | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/13/2010 | 4.5 | $1,935.00 | review FIN 48 entry status with Angela and Jeff, prepare Tax Receivable analysis together for jeff with entry for angela to post, update on provision with jeff, update with angela on fin 48 entry, tax recev entry, answer questions of kristen for m-1 prep, review w/h tax entry, review ftc rollforward, look at state provision payment schedule with kristen, start looking at state provision prep, pull ogether provision binder, review w/h entry for angela, discuss entry beingbooked for apa 37.5 settlement with jeff/deborah, assist others by answer questions for M-1 provision preparation, review M-1 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/13/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/13/2010 | 3.0 | $1,290.00 | help prepare amended 1120s for 01-05 for closing agreement per jeff wood request |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/14/2010 | 1.0 | $430.00 | research NGSI fed pay liab of 89k for sara and deborah |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/14/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/14/2010 | 6.8 | $2,924.00 | review FIN 48 entry status with Angela and Jeff, prepare Tax Receivable analysis together for jeff with entry for angela to post, update on provision with jeff, update with angela on fin 48 entry, tax recev entry, answer questions of kristen for m-1 prep, review w/h tax entry, review ftc rollforward, look at state provision payment schedule with kristen, start looking at state provision prep, pull ogether provision binder, review w/h entry for angela, discuss entry beingbooked for apa 37.5 settlement with jeff/deborah, assist others by answer questions for M-1 provision preparation, review M-1 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/15/2010 | 1.0 | $430.00 | conference call with mindie king re: amended t/r |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/15/2010 | 0.5 | $215.00 | nortel billing |

| Engagement | Reference | Rank/Grade | Rate | Incur Date | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/15/2010 | 8.5 | $3,655.00 | review FIN 48 entry status with Angela and Jeff, prepare Tax Receivable analysis together for jeff with entry for angela to post, update on provision with jeff, update with angela on fin 48 entry, tax recev entry, answer questions of kristen for m-1 prep, review w/h tax entry, review ftc rollforward, look at state provision payment schedule with kristen, start looking at state provision prep, pull ogether provision binder, review w/h entry for angela, discuss entry beingbooked for apa 37.5 settlement with jeff/deborah, assist others by answer questions for M-1 provision preparation, review M-1 |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/15/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/16/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/16/2010 | 0.0 | $0.00 | nortel year end provision |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/16/2010 | 9.5 | $4,085.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/16/2010 | 0.0 | $0.00 | nortel year end provision - breakfast for nortel employees - attendees - deborah vaughan, melissa poormon, sarah jacks, kristen wallace, angela styons |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/17/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/17/2010 | 2.0 | $860.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/18/2010 | 9.5 | $4,085.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/18/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/18/2010 | 0.0 | $0.00 | year end provision - dinner on site approved by jeff wood - vp tax director - attendees Angela Styons, Deborah Vaughan, Kristen Wallace, Sarah jacks, Melissa Poormon |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/18/2010 | 0.0 | $0.00 | year end provision - dinner onsite - approved by jeff wood vp tax |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/19/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/19/2010 | 0.0 | $0.00 | year end provision - dinner on site - approved by jeff wood |

| Engagement | Reference | Rank/Grade | Rate | Incur Date | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/19/2010 | 0.0 | $0.00 | year end provision dinner on site approved by jeff wood - attendees - Darlena Armpriester, Sarah jacks, Kristen Wallace, Angela Styons, Melissa Poormon, |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/19/2010 | 12.0 | $5,160.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/20/2010 | 10.5 | $4,515.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/20/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/21/2010 | 7.2 | $3,096.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/21/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/22/2010 | 0.0 | $0.00 | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/22/2010 | 9.0 | $3,870.00 | Q4 provision - review m-1 calcs, trial balance review, continuity schedules, submission schedule |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/25/2010 | 8.5 | $3,655.00 | Q4 provision, answer kpmg quesitons, answer chiechi questions |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/25/2010 | 0.0 | $0.00 | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/26/2010 | 4.0 | $1,720.00 | Q4 provision, answer kpmg quesitons, answer chiechi questions |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/26/2010 | 0.0 | $0.00 | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/27/2010 | 6.5 | $2,795.00 | Q4 provision, answer kpmg quesitons, answer chiechi questions |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/27/2010 | 0.0 | $0.00 | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/27/2010 | 1.5 | $645.00 | outside basis calculation for diamondware |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | $430.00 | 01/28/2010 | 0.3 | $129.00 | Q4 provision, answer kpmg quesitons, answer chiechi questions |
| | | | | | 142.4 | $61,232.00 | |