**Exhibit B**

| Project Category | Name | Rank | Date | Amount | Type | Detail |
|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/16/2010 | $17.34 | Breakfast | nortel year end provision - breakfast for nortel employees - attendees - deborah vaughan, melissa poormon, sarah jacks, kristen wallace, angela styons |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/16/2010 | $7.84 | Dinner | nortel year end provision |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/18/2010 | $60.63 | Dinner | year end provision - dinner on site approved by jeff wood - vp tax director - attendees Angela Styons, Deborah Vaughan, Kristen Wallace, Sarah jacks, Melissa Poormon |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/19/2010 | $67.77 | Dinner | year end provision dinner on site approved by jeff wood - attendees - Darlena Armpriester, Sarah jacks, Kristen Wallace, Angela Styons, Melissa Poormon, |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/04/2010 | $11.00 | Mileage: Ground Trans | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/05/2010 | $11.00 | Mileage: Ground Trans | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provisi | Jacks,Sarah Butler (US | Manager-Grade 3 (323) | 01/06/2010 | 11.00 | Mileage: Ground Tr | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/07/2010 | $11.00 | Mileage: Ground Trans | mileage exceeding normal business commute - approved by TAL Jim Scott\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/11/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/12/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/13/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/14/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |

| Project Category | Name | Rank | Date | Amount | Type | Detail |
|---|---|---|---|---|---|---|
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/15/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\to and from home and nortel |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/16/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/17/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/18/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/19/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/20/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/21/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/22/2010 | $11.00 | Mileage: Ground Tr | mileage to and from home and nortel - approved by TAL Jim Scott\\from home to and from nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/25/2010 | $11.00 | Mileage: Ground Tr | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/26/2010 | $11.00 | Mileage: Ground Tr | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/27/2010 | $11.00 | Mileage: Ground Tr | mileage above normal commute mileage to office from home\\home to nortel and back |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/18/2010 | $6.00 | Dinner | year end provision - dinner onsite - approved by jeff wood vp tax |
| 2009 Tax Return and Provision (14804611) | Jacks,Sarah Butler (US011990278) | Manager-Grade 3 (323) | 01/19/2010 | $7.00 | Dinner | year end provision - dinner on site - approved by jeff wood |

$375.58