**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 1/1/10 through 1/31/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 57.20 | $43,472.00 |
| J. Borow | Executive Director | $760 | 157.50 | $119,700.00 |
| M. Lasinski | Managing Director | $620 | 35.30 | $21,886.00 |
| J. Hyland | Executive Director | $575 | 296.20 | $170,315.00 |
| T. Horton | Director | $525 | 200.30 | $105,157.50 |
| R. Conroy | Director | $500 | 2.00 | $1,000.00 |
| D. Rothberg | Director | $395 | 140.70 | $55,576.50 |
| J. Peterson | Consultant | $335 | 198.10 | $66,363.50 |
| S. Song | Consultant | $325 | 40.50 | $13,162.50 |
| T. Morilla | Consultant | $305 | 123.30 | $37,606.50 |
| J. Schad | Associate | $275 | 9.10 | $2,502.50 |
| O. Freidzon | Managing Director | $275 | 2.00 | $550.00 |
| H. Becker | Paraprofessional | $120 | 12.50 | $1,500.00 |
| L. Hirschman | Paraprofessional | $120 | 1.70 | $204.00 |
| **For the Period 1/1/2010 through 1/31/2010** | | | **1,276.40** | **$638,996.00** |

**Capstone Advisory Group, LLC Page 1 of 1**
**Invoice for the 1/1/2010 - 1/31/2010 Fee Statement**

NY 71725290v1