**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 1/1/10 through 1/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 210.80 | $104,798.50 |
| 05. Professional Retention/Fee Application Preparation | | 24.30 | $7,918.50 |
| 06. Attend Hearings/Related Activities | | 10.80 | $8,208.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 28.40 | $17,560.00 |
| 08. Interaction/Mtgs w Creditors | | 72.20 | $50,503.50 |
| 09. Employee Issues/KEIP | | 147.30 | $84,539.00 |
| 11. Claim Analysis/Accounting | | 72.10 | $31,640.00 |
| 13. Intercompany Transactions/Bal | | 118.70 | $52,600.50 |
| 14. Executory Contracts/Leases | | 61.60 | $28,834.50 |
| 17. Analysis of Historical Results | | 20.40 | $7,548.00 |
| 18. Operating and Other Reports | | 67.00 | $30,446.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 119.50 | $42,636.50 |
| 20. Projections/Business Plan/Other | | 186.00 | $84,709.50 |
| 26. Tax Issues | | 26.50 | $17,173.00 |
| 33. Intellectual Property | | 110.80 | $69,880.50 |
| **For the Period 1/1/2010 through 1/31/2010** | | **1,276.40** | **$638,996.00** |

**Capstone Advisory Group, LLC**
**Invoice for the 1/1/2010 - 1/31/2010 Fee Statement**

Page 1 of 1

NY 71725290v1