**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 1/1/10 through 1/31/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 1/1/2010 | M. Lasinski | Travel agent fee. | $15.00 |
| 1/4/2010 | J. Hyland | Airfare for Toronto/NY trip. | $1,891.45 |
| 1/4/2010 | T. Horton | Airfare to Toronto. | $1,581.03 |
| 1/4/2010 | J. Peterson | Roundtrip airfare from LGA to YYZ. | $1,073.40 |
| 1/6/2010 | J. Hyland | Airfare to change Toronto/NY trip. | $809.67 |
| 1/11/2010 | J. Hyland | Airfare for NY/Toronto trip. | $2,033.03 |
| 1/11/2010 | J. Hyland | Travel agency fee for NY/Toronto trip. | $35.00 |
| 1/12/2010 | T. Morilla | Airfare for Toronto trip. | $1,648.76 |
| 1/14/2010 | J. Hyland | Airfare change fee due to UCC report requirements. | $150.00 |
| 1/14/2010 | J. Hyland | Travel agency fee for changing reservations on NY/Toronto return trip. | $35.00 |
| 1/15/2010 | T. Horton | Airfare to Toronto. | $1,083.03 |
| 1/15/2010 | T. Morilla | Airfare to Toronto. | $647.12 |
| 1/18/2010 | J. Borow | Airfare to Toronto ($1717.86 + $15 service fee). | $1,732.86 |
| 1/18/2010 | J. Hyland | Airfare for Toronto trip. | $1,718.93 |
| 1/18/2010 | J. Peterson | Roundtrip airfare from LGA to Toronto. | $1,290.11 |
| 1/19/2010 | T. Horton | Airfare to Toronto. | $294.12 |
| 1/19/2010 | T. Morilla | Change fee for the Toronto trip airfare. | $75.00 |

Capstone Advisory Group, LLC    Page 1 of 15
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/20/2010 | T. Morilla | Airfare for Toronto trip. | $307.13 |
| 1/21/2010 | C. Kearns | Train to DE for hearing. | $432.00 |
| 1/21/2010 | J. Hyland | Airfare flight change fee due to rescheduled UCC meeting. | $150.00 |
| 1/22/2010 | T. Morilla | Airfare during Toronto trip. | $718.29 |
| 1/22/2010 | J. Hyland | Travel agency fee for airfare -- 12/1/09. | $35.00 |
| 1/22/2010 | J. Hyland | Travel agency fee for airfare -- 12/3/09. | $35.00 |
| 1/22/2010 | J. Hyland | Additional net airfare charge from 12/3/09 and 12/10/09. | $13.40 |
| 1/23/2010 | T. Morilla | Airfare online reservation fee. | $2.00 |
| 1/25/2010 | J. Hyland | Airfare for Toronto trip. | $1,785.68 |
| 1/25/2010 | J. Peterson | Roundtrip airfare from LGA to Toronto. | $718.29 |
| 1/25/2010 | D. Rothberg | Airfare to/from Toronto. | $664.12 |
| 1/26/2010 | M. Lasinski | Airfare to IP meeting in Toronto. | $1,872.15 |
| 1/26/2010 | J. Borow | Airfare to Toronto. | $834.90 |
| 1/26/2010 | D. Rothberg | Airfare to/from Toronto. | $718.29 |
| 1/27/2010 | C. Kearns | Flight to Toronto. | $1,879.18 |
| 1/27/2010 | T. Horton | Airfare to Toronto. | $367.84 |
| 1/28/2010 | J. Hyland | Airfare change fee due to Corporate meeting. | $150.00 |
| **Subtotal - Airfare/Train** | | | **$26,796.78** |

**Auto Rental/Taxi**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/4/2010 | Capstone Expense | Taxi for Nortel. | $474.39 |
| 1/4/2010 | J. Hyland | Taxi during Toronto trip. | $34.00 |
| 1/4/2010 | J. Peterson | Taxi from Toronto airport to Nortel. | $20.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/4/2010 | T. Horton | Taxi from Debtors to hotel. | $20.00 |
| 1/4/2010 | J. Peterson | Taxi from dinner to the Hotel. | $10.00 |
| 1/5/2010 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 1/5/2010 | T. Horton | Taxi to hotel from Debtors' office. | $15.00 |
| 1/5/2010 | J. Peterson | Taxi from Nortel to dinner. | $12.00 |
| 1/5/2010 | J. Peterson | Taxi from the hotel to Nortel. | $10.00 |
| 1/6/2010 | J. Hyland | Taxi during Toronto trip. | $29.00 |
| 1/6/2010 | J. Peterson | Taxi from Nortel to the Toronto airport. | $12.00 |
| 1/6/2010 | J. Peterson | Taxi from the hotel to Nortel. | $10.00 |
| 1/7/2010 | J. Peterson | Taxi to the NYC with bags from trip to Toronto. | $8.00 |
| 1/11/2010 | J. Hyland | Taxi during NY trip. | $83.00 |
| 1/11/2010 | J. Hyland | Taxi during NY trip. | $33.80 |
| 1/11/2010 | J. Hyland | Taxi during Toronto trip. | $32.00 |
| 1/12/2010 | T. Horton | Taxi from Debtors' offices to hotel. | $58.50 |
| 1/12/2010 | T. Morilla | Taxi during Toronto trip. | $25.00 |
| 1/12/2010 | J. Hyland | Taxi during Toronto trip. | $22.00 |
| 1/12/2010 | T. Morilla | Taxi during Toronto trip. | $12.00 |
| 1/13/2010 | T. Horton | Taxi from Debtors' office to Hotel. | $15.00 |
| 1/13/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |
| 1/13/2010 | T. Morilla | Taxi during Toronto trip | $10.00 |
| 1/14/2010 | T. Morilla | Taxi during Toronto trip | $25.00 |
| 1/14/2010 | T. Morilla | Taxi during Toronto trip. | $25.00 |

Capstone Advisory Group, LLC  
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

Page 3 of 15

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/14/2010 | T. Morilla | Taxi during Toronto trip. | $17.00 |
| 1/14/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |
| 1/15/2010 | T. Horton | Taxis to and from Debtors' offices. | $30.00 |
| 1/15/2010 | J. Hyland | Taxi during Toronto trip. | $26.00 |
| 1/15/2010 | J. Hyland | Taxi during Toronto trip. | $16.75 |
| 1/17/2010 | T. Morilla | Taxi due to working on a Sunday. | $32.00 |
| 1/17/2010 | T. Morilla | Taxi due to working on Sunday. | $6.60 |
| 1/18/2010 | D. Rothberg | Taxi during Toronto trip. | $48.00 |
| 1/18/2010 | J. Peterson | Taxi from Toronto airport to Nortel. | $30.00 |
| 1/18/2010 | J. Hyland | Taxi during Toronto trip. | $24.00 |
| 1/18/2010 | J. Hyland | Taxi during Toronto trip. | $21.00 |
| 1/18/2010 | M. Lasinski | Cab to Akin offices. | $12.00 |
| 1/18/2010 | T. Morilla | Taxi during Toronto trip. | $11.00 |
| 1/18/2010 | T. Morilla | Taxi during the Toronto trip. | $10.00 |
| 1/19/2010 | J. Borow | Cab fare to/from LaGuardia, to/from office to airport in Toronto and from hotel to office in Toronto. | $184.00 |
| 1/19/2010 | T. Morilla | Taxi during Toronto trip. | $60.00 |
| 1/19/2010 | J. Hyland | Taxi during Toronto trip. | $24.00 |
| 1/19/2010 | T. Horton | Taxi to airport. | $20.00 |
| 1/19/2010 | J. Hyland | Taxi during Toronto trip. | $19.00 |
| 1/19/2010 | J. Peterson | Taxi from Nortel to dinner. | $12.00 |
| 1/19/2010 | J. Peterson | Taxi from the hotel to Nortel. | $10.00 |
| 1/19/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/20/2010 | T. Morilla | Taxi during Toronto trip. | $60.00 |
| 1/20/2010 | J. Hyland | Taxi during Toronto trip. | $16.00 |
| 1/20/2010 | T. Morilla | Taxi during Toronto trip | $10.00 |
| 1/20/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |
| 1/20/2010 | J. Peterson | Taxi from hotel to Nortel. | $10.00 |
| 1/21/2010 | D. Rothberg | Taxi during Toronto trip. | $30.02 |
| 1/21/2010 | J. Hyland | Taxi during Toronto trip. | $20.00 |
| 1/21/2010 | J. Hyland | Taxi during Toronto trip. | $14.00 |
| 1/22/2010 | J. Peterson | Taxi home from NYC office for trip to Toronto. | $13.00 |
| 1/22/2010 | J. Peterson | Taxi home after trip to Canada. | $8.00 |
| 1/25/2010 | D. Rothberg | Taxi in Toronto. | $48.00 |
| 1/25/2010 | T. Morilla | Taxi during Toronto trip. | $25.00 |
| 1/25/2010 | J. Hyland | Taxi during Toronto trip. | $23.00 |
| 1/25/2010 | J. Peterson | Taxi from Nortel to Nortel. | $20.00 |
| 1/25/2010 | J. Hyland | Taxi during Toronto trip. | $14.00 |
| 1/25/2010 | D. Rothberg | Taxi in Toronto. | $10.00 |
| 1/26/2010 | J. Borow | Cab fare to LaGuardia, from airport to/from office. | $188.00 |
| 1/26/2010 | T. Horton | Taxi to airport and to Debtors' office. | $169.00 |
| 1/26/2010 | D. Rothberg | Taxi during Toronto trip. | $30.60 |
| 1/26/2010 | M. Lasinski | Taxi from airport to hotel. | $21.00 |
| 1/26/2010 | J. Hyland | Taxi during Toronto trip. | $15.00 |
| 1/26/2010 | J. Hyland | Taxi during Toronto trip. | $12.00 |

**Capstone Advisory Group, LLC**
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

Page 5 of 15

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/26/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |
| 1/27/2010 | T. Morilla | Taxi during Toronto trip | $60.00 |
| 1/27/2010 | T. Morilla | Taxi during Toronto trip. | $60.00 |
| 1/27/2010 | J. Hyland | Taxi during Toronto trip. | $20.00 |
| 1/27/2010 | M. Lasinski | Cab to airport. | $18.89 |
| 1/27/2010 | J. Hyland | Taxi during Toronto trip. | $12.00 |
| 1/27/2010 | C. Kearns | Taxi form Nortel office to Toronto airport. | $12.00 |
| 1/27/2010 | T. Morilla | Taxi during Toronto trip. | $10.00 |
| 1/27/2010 | M. Lasinski | Cab to office from hotel. | $10.00 |
| 1/28/2010 | T. Horton | Taxi to airport. | $20.00 |
| 1/28/2010 | J. Hyland | Taxi during Toronto trip. | $16.00 |
| 1/28/2010 | T. Morilla | Taxi during Toronto trip. | $15.00 |
| 1/28/2010 | J. Hyland | Taxi during Toronto trip. | $12.00 |
| 1/28/2010 | J. Peterson | Taxi from hotel to Nortel. | $10.00 |
| 1/29/2010 | J. Peterson | Taxi to the NYC office with materials from trip to Toronto. | $9.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$2,728.55** |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/6/2010 | J. Hyland | Hotel for Toronto trip. | $328.92 |
| 1/6/2010 | T. Horton | Hotel expense in Toronto. | $314.27 |
| 1/6/2010 | J. Peterson | Hotel while in Toronto. | $290.58 |
| 1/8/2010 | J. Hyland | Hotel for NY trip. | $643.73 |
| 1/15/2010 | J. Hyland | Hotel during Toronto trip. | $608.85 |

Capstone Advisory Group, LLC
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

Page 6 of 15

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/15/2010 | T. Horton | Hotel in Toronto. | $454.02 |
| 1/16/2010 | T. Morilla | Hotel expense during Toronto visit. | $327.60 |
| 1/16/2010 | T. Morilla | Hotel expense for extra day in Toronto. | $167.90 |
| 1/19/2010 | J. Borow | Hotel in Toronto | $145.29 |
| 1/19/2010 | T. Horton | Hotel in Toronto. | $145.29 |
| 1/21/2010 | J. Hyland | Hotel during Toronto trip. | $483.65 |
| 1/21/2010 | D. Rothberg | Hotel during Toronto trip. | $470.39 |
| 1/21/2010 | J. Peterson | Hotel while in Toronto. | $439.87 |
| 1/21/2010 | T. Morilla | Hotel expense during Toronto trip. | $289.99 |
| 1/26/2010 | D. Rothberg | Hotel in Toronto. | $149.29 |
| 1/27/2010 | M. Lasinski | Hotel in Toronto. | $134.25 |
| 1/28/2010 | J. Hyland | Hotel during Toronto trip. | $746.84 |
| 1/28/2010 | J. Peterson | Hotel while in Toronto for three nights. | $539.40 |
| 1/28/2010 | T. Horton | Hotel in Toronto. | $303.60 |
| 1/31/2010 | T. Morilla | Hotel for trip to Toronto. | $425.80 |
| **Subtotal - Hotel** | | | **$7,409.53** |// 
| **Meals** | | | |
| 1/4/2010 | J. Peterson | Dinner for T. Horton and J. Peterson. | $99.03 |
| 1/4/2010 | T. Horton | Meal during Toronto trip. | $21.46 |
| 1/4/2010 | J. Peterson | Breakfast in Toronto. | $18.00 |
| 1/4/2010 | J. Hyland | Meals during Toronto trip. | $1.83 |
| 1/5/2010 | J. Peterson | Dinner for J. Hyland, T. Horton and J. Peterson. | $122.69 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/5/2010 | J. Peterson | Lunch for T. Horton and J. Peterson. | $23.27 |
| 1/5/2010 | J. Hyland | Meal during Toronto trip. | $11.57 |
| 1/5/2010 | J. Peterson | Breakfast at the hotel. | $8.33 |
| 1/6/2010 | T. Horton | Dinner at airport with J. Hyland and J. Peterson. | $82.84 |
| 1/6/2010 | T. Horton | Lunch at Debtors' office. | $17.95 |
| 1/6/2010 | J. Peterson | Meal for J. Hyland, T. Horton and J. Peterson. | $15.66 |
| 1/6/2010 | J. Peterson | Breakfast during Toronto trip. | $7.16 |
| 1/11/2010 | J. Hyland | Meal during NY travel. | $16.51 |
| 1/11/2010 | J. Hyland | Meal during NY travel. | $10.68 |
| 1/11/2010 | J. Hyland | Meal during NY travel. | $4.98 |
| 1/12/2010 | T. Horton | Meals at Debtors' offices. | $53.70 |
| 1/12/2010 | J. Hyland | Meal during Toronto trip. | $12.93 |
| 1/12/2010 | T. Morilla | Meal during Toronto trip. | $12.90 |
| 1/12/2010 | T. Morilla | Meal during Toronto trip. | $7.38 |
| 1/12/2010 | J. Hyland | Meal during Toronto trip. | $7.13 |
| 1/12/2010 | J. Hyland | Meal during Toronto trip. | $1.49 |
| 1/13/2010 | J. Hyland | Meal with T. Horton and T. Morilla during Toronto trip. | $163.12 |
| 1/13/2010 | T. Morilla | Meal during Toronto trip. | $9.12 |
| 1/13/2010 | J. Hyland | Meal during Toronto trip. | $5.13 |
| 1/13/2010 | T. Horton | Lunch at Debtors' office. | $5.11 |
| 1/14/2010 | T. Horton | Dinner with T. Morilla. | $79.97 |
| 1/14/2010 | T. Horton | Lunch at Debtors' offices. | $18.49 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/14/2010 | J. Hyland | Meal during Toronto trip. | $8.73 |
| 1/14/2010 | T. Morilla | Meal during Toronto trip. | $6.20 |
| 1/14/2010 | J. Hyland | Meal during Toronto trip. | $5.77 |
| 1/15/2010 | T. Morilla | Meal during Toronto trip. | $14.27 |
| 1/15/2010 | T. Horton | Meal during Toronto trip. | $9.59 |
| 1/15/2010 | J. Hyland | Meal during Toronto trip. | $4.39 |
| 1/15/2010 | J. Hyland | Meal during Toronto trip. | $1.63 |
| 1/18/2010 | J. Hyland | Meal during Toronto trip with T. Horton, T. Morilla, J. Peterson and D. Rothberg. | $206.47 |
| 1/18/2010 | M. Lasinski | Lunch with IP counsel. | $36.69 |
| 1/18/2010 | T. Horton | Meals at Debtors' office. | $31.20 |
| 1/18/2010 | D. Rothberg | Breakfast during Toronto trip. | $21.00 |
| 1/18/2010 | J. Peterson | Breakfast during Toronto trip. | $20.63 |
| 1/18/2010 | T. Morilla | Meal during Toronto trip. | $16.18 |
| 1/18/2010 | J. Peterson | Lunch at Nortel. | $10.79 |
| 1/18/2010 | D. Rothberg | Lunch during Toronto trip. | $9.90 |
| 1/18/2010 | T. Morilla | Meal during Toronto trip. | $9.12 |
| 1/18/2010 | T. Morilla | Meal during Toronto trip. | $7.71 |
| 1/18/2010 | J. Hyland | Meal during Toronto trip. | $5.58 |
| 1/18/2010 | J. Hyland | Meal during Toronto trip. | $2.68 |
| 1/19/2010 | C. Kearns | Dinner with J. Bromley, F. Hodara, T. Savage, and J. Ray to discuss status re: Bobby Vans. | $690.16 |
| 1/19/2010 | J. Borow | Dinner with P. Binning and J. Hyland in Toronto. | $98.72 |
| 1/19/2010 | J. Peterson | Dinner for D. Rothberg and J. Peterson. | $77.35 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/19/2010 | T. Morilla | Meal during Toronto trip. | $70.00 |
| 1/19/2010 | T. Horton | Meals at Debtors' office. | $42.20 |
| 1/19/2010 | J. Borow | Lunch with J. Hyland at Nortel. | $18.43 |
| 1/19/2010 | T. Morilla | Meal during Toronto trip. | $13.61 |
| 1/19/2010 | J. Peterson | Lunch at Nortel. | $13.59 |
| 1/19/2010 | D. Rothberg | Lunch while in Toronto. | $11.59 |
| 1/19/2010 | J. Hyland | Meal during Toronto trip. | $5.43 |
| 1/20/2010 | J. Peterson | Dinner for J. Hyland, D. Rothberg and J. Peterson. | $56.46 |
| 1/20/2010 | J. Peterson | Lunch at Nortel. | $17.34 |
| 1/20/2010 | T. Morilla | Meal during Toronto trip. | $16.44 |
| 1/20/2010 | T. Morilla | Meal during Toronto trip. | $13.92 |
| 1/20/2010 | J. Peterson | Breakfast at the hotel. | $10.81 |
| 1/20/2010 | J. Hyland | Meal during Toronto trip. | $10.43 |
| 1/20/2010 | D. Rothberg | Lunch in Toronto. | $9.79 |
| 1/20/2010 | T. Morilla | Meal during Toronto trip. | $3.28 |
| 1/21/2010 | J. Peterson | Dinner at the Toronto airport. | $19.91 |
| 1/21/2010 | D. Rothberg | Meal in Toronto. | $16.93 |
| 1/21/2010 | J. Peterson | Lunch at Nortel. | $12.15 |
| 1/21/2010 | J. Hyland | Meal during Toronto trip. | $10.64 |
| 1/21/2010 | J. Peterson | Breakfast at Nortel. | $9.95 |
| 1/21/2010 | D. Rothberg | Lunch in Toronto. | $9.90 |
| 1/21/2010 | J. Hyland | Meal during Toronto trip. | $8.30 |

Capstone Advisory Group, LLC  
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

Page 10 of 15

NY 71725290v1

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/21/2010 | J. Hyland | Meal during Toronto trip. | $5.77 |
| 1/25/2010 | J. Peterson | Breakfast at the Toronto airport. | $20.62 |
| 1/25/2010 | T. Morilla | Meal during Toronto trip. | $19.29 |
| 1/25/2010 | D. Rothberg | Meal in Toronto. | $14.99 |
| 1/25/2010 | J. Peterson | Lunch at Nortel. | $12.15 |
| 1/25/2010 | J. Hyland | Meal during Toronto trip. | $11.64 |
| 1/25/2010 | T. Morilla | Meal during Toronto trip. | $11.03 |
| 1/25/2010 | D. Rothberg | Meal in Toronto. | $10.13 |
| 1/25/2010 | D. Rothberg | Meal in Toronto. | $6.51 |
| 1/25/2010 | T. Morilla | Meal during Toronto trip. | $6.51 |
| 1/25/2010 | J. Hyland | Meal during Toronto trip. | $1.61 |
| 1/25/2010 | J. Hyland | Meal during Toronto trip | $1.61 |
| 1/26/2010 | T. Horton | Dinner with J. Peterson, T. Morilla & L. Close. | $207.29 |
| 1/26/2010 | M. Lasinski | Dinner in Toronto. | $50.26 |
| 1/26/2010 | T. Morilla | Meal for T. Horton, J. Peterson and T. Morilla during Toronto trip. | $35.62 |
| 1/26/2010 | T. Horton | Meals in Toronto. | $19.44 |
| 1/26/2010 | D. Rothberg | Meal in Toronto. | $17.93 |
| 1/26/2010 | J. Peterson | Breakfast in Toronto. | $10.88 |
| 1/26/2010 | D. Rothberg | Meal in Toronto. | $9.30 |
| 1/26/2010 | T. Morilla | Meal during Toronto trip. | $6.76 |
| 1/27/2010 | T. Horton | Dinner with T Morilla. | $114.73 |
| 1/27/2010 | J. Peterson | Lunch in Toronto. | $16.66 |

Capstone Advisory Group, LLC
Invoice for the 1/1/2010 - 1/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/27/2010 | T. Morilla | Meal during Toronto trip. | $16.44 |
| 1/27/2010 | J. Hyland | Meal during Toronto trip. | $11.68 |
| 1/27/2010 | T. Horton | Meal in Toronto. | $7.80 |
| 1/27/2010 | J. Peterson | Breakfast in Toronto. | $5.54 |
| 1/27/2010 | T. Morilla | Meal during Toronto trip. | $3.97 |
| 1/28/2010 | T. Horton | Meals in Toronto. | $64.04 |
| 1/28/2010 | J. Peterson | Dinner in Toronto. | $22.17 |
| 1/28/2010 | J. Peterson | Lunch in Toronto. | $16.00 |
| 1/28/2010 | T. Morilla | Meal during Toronto trip. | $13.92 |
| 1/28/2010 | J. Peterson | Breakfast in Toronto. | $9.31 |
| 1/28/2010 | J. Hyland | Meal during Toronto trip. | $8.21 |
| **Subtotal - Meals** | | | **$3,324.10** |
| **Mileage** | | | |
| 1/4/2010 | J. Hyland | Local mileage during Toronto trip. | $21.00 |
| 1/8/2010 | J. Hyland | Local mileage during Toronto/NY trip. | $21.00 |
| 1/11/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| 1/15/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| 1/18/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| 1/21/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| 1/25/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| 1/28/2010 | J. Hyland | Local mileage for NY/Toronto trip. | $21.00 |
| **Subtotal - Mileage** | | | **$168.00** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Other** | | | |
| 1/31/2010 | T. Morilla | Finance charge for using credit card in Canada. | $12.77 |
| 1/31/2010 | T. Morilla | Finance charge for using credit card in Canada. | $0.47 |
| **Subtotal - Other** | | | **$13.24** |
| **Parking/Tolls** | | | |
| 1/4/2010 | J. Hyland | Local tolls during Toronto trip. | $1.60 |
| 1/6/2010 | T. Horton | Parking at Airport for trip to Toronto. | $99.00 |
| 1/7/2010 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 1/8/2010 | J. Hyland | Taxi during NY trip. | $37.88 |
| 1/8/2010 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 1/8/2010 | J. Hyland | Local tolls during Toronto/NY trip. | $1.60 |
| 1/11/2010 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 1/11/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 1/15/2010 | T. Horton | Parking at airport. | $132.00 |
| 1/15/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 1/18/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 1/19/2010 | T. Horton | Parking at airport for visit to Toronto. | $66.00 |
| 1/21/2010 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 1/21/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 1/22/2010 | T. Horton | Parking - Resulting from working with staff in NY office. | $23.00 |
| 1/25/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 1/28/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/29/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $32.00 |
| 1/29/2010 | J. Hyland | Parking at office due to carrying workpapers to office. | $18.00 |
| **Subtotal - Parking/Tolls** | | | **$512.68** |
| **Postage/FedEx** | | | |
| 1/1/2010 | M. Lasinski | Fed-ex from Ottawa. | $57.90 |
| 1/3/2010 | Capstone Expense | Postage for Nortel. | $88.86 |
| **Subtotal - Postage/FedEx** | | | **$146.76** |
| **Research** | | | |
| 1/6/2010 | J. Schad | Database research cost on the Royalty Source royalty rate database on "Network/Switching/Routing Related Technology". | $100.00 |
| 1/8/2010 | J. Schad | Database research cost on the Royalty Source royalty rate database for "Consumer Electronics Related Technology". | $100.00 |
| 1/8/2010 | J. Schad | Database research cost on the Royalty Source royalty rate database on "Internet Enabling (VOIP related)". | $100.00 |
| 1/8/2010 | J. Schad | Database research cost on the Royalty Source royalty rate database on "Cellular Phone/PDA/Portable Device Related | $100.00 |
| 1/8/2010 | J. Schad | Database research cost of the Royalty Source royalty rate database on "Wireless Related Technology". | $100.00 |
| **Subtotal - Research** | | | **$500.00** |
| **Telecom** | | | |
| 1/1/2010 | M. Lasinski | Roaming phone expenses in Ottawa. | $267.96 |
| 1/7/2010 | Capstone Expense | Conference call expense for Nortel. | $424.42 |
| 1/9/2010 | Capstone Expense | Telephone charges for Nortel. | $802.89 |
| 1/10/2010 | T. Morilla | Charges for calls to Canada. | $6.09 |
| 1/22/2010 | J. Hyland | Roaming long distance charges in Canada. | $125.98 |
| 1/22/2010 | J. Hyland | Telephone long distance charges to Canada. | $113.50 |
| 1/25/2010 | D. Rothberg | Telephone roaming charges in Canada. | $12.95 |
| 1/29/2010 | J. Peterson | Roaming charges incurred while in Toronto. | $115.68 |

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| Subtotal - Telecom | | | $1,869.47 |
| For the Period 1/1/2010 through 1/31/2010 | | | $43,469.11 |