# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: March 17, 2010 at 11:00 a.m. (EST)** |

### FOURTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

E&Y LLP hereby submits its fourth quarterly fee application request (the "Request") for the period November 1, 2009 through and including January 31, 2010 (the "Compensation Period").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/24/2010 | 11/1/09 – 12/31/09 | $186,040.00 | $670.00 | pending | pending | pending | $37,208.00 |
| 2/24/2010 | 1/1/10 – 1/31/10 | $74,330.00 | $375.58 | pending | pending | pending | $14,866.00 |
| **TOTAL** | | **$260,370.00** | **$1,045.58** | | | | **$52,074.00** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DETR_1382572.1

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: February 24, 2010

Respectfully submitted,

_____
James E. Scott
Partner
Ernst & Young LLP
4130 ParkLake Avenue, Suite 500
Raleigh, NC 26612-2299
Tel. 919.981.2886
james.scott@ey.com