IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                        Debtors.                            :   Jointly Administered
------------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| May 5, 2010 | 10:00 a.m. (Eastern Time) |
| May 19, 2010 | 2:00 p.m. (Eastern Time) |
| June 9, 2010 | 10:00 a.m. (Eastern Time) |
| June 24, 2010 | 10:00 a.m. (Eastern Time)[2] |
| July 7, 2010 | 10:00 a.m. (Eastern Time) |
| July 16, 2010 | 10:00 a.m. (Eastern Time) |
| August 4, 2010 | 10:00 a.m. (Eastern Time) |
| August 18, 2010 | 10:00 a.m. (Eastern Time) |
| September 1, 2010 | 10:00 a.m. (Eastern Time) |
| September 16, 2010 | 10:00 a.m. (Eastern Time) |
| September 30, 2010 | 10:00 a.m. (Eastern Time)[3] |

Dated: Wilmington, Delaware
             _____, 2010

                                              _____
                                              The Honorable Kevin Gross
                                              United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Quarterly fee applications for the period February 1, 2010 through April 30, 2010 will be heard at the June 24, 2010 omnibus hearing at 10:00 a.m.

[3] Quarterly fee applications for the period May 1, 2010 through July 31, 2010 will be heard at the September 30, 2010 omnibus hearing at 10:00 a.m.