IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138 (KG)
                                                               :
                    Debtors.     : Jointly Administered
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE [RE: D.I. 2502 AND 2516]

PLEASE TAKE NOTICE that on February 24, 2010, copies of the following were served in the manner indicated upon the entities identified on the attached service list.

- **Notice Of Agenda Of Matters Scheduled For Hearing On February 26, 2010 At 10:00 A.M. (Eastern Time) (D.I. 2502, Filed 2/24/10).**

- **Notice Of Amended Agenda Of Matters Scheduled For Hearing On February 26, 2010 At 10:00 A.M. (Eastern Time) (D.I. 2516, Filed 2/24/10).**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2672623.25

Dated: February 24, 2010
      Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP

           James L. Bromley (No. 5125)
           Lisa M. Schweitzer (No. 1033)
           One Liberty Plaza
           New York, New York 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

                - and -

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           _____
           Derek C. Abbott (No. 3376)
           Eric D. Schwartz (No. 3134)
           Ann C. Cordo (No. 4817)
           Alissa T. Gazze (No. 5338)
           1201 North Market Street, 18th Floor
           P.O. Box 1347
           Wilmington, DE 19899-1347
           Telephone: (302) 658-9200
           Facsimile: (302) 425-4663

           Counsel for the Debtors and
           Debtors in Possession

2672623.25