**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                      :         Chapter 11
:
Nortel Networks Inc., *et al.*, [1]                            :         Case No. 09-10138 (KG)
:
        Debtors.                                       :         Jointly Administered
:
:         **Re: D.I. 1495**
:
---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF CLAIM
OBJECTION BY NORTEL NETWORKS INC. TO
<u>PROOF OF CLAIM  FILED BY INTERNAL REVENUE SERVICE</u>**

      Nortel Networks Inc. ("<u>NNI</u>"), by and through their undersigned counsel, hereby withdraws, with prejudice, the Claim Objection of NNI, filed on September 15, 2009 [D.I. 1495], based upon an advanced pricing agreement (the "<u>APA</u>") and a stipulation agreement (the "<u>Settlement Stipulation</u>") with the Internal Revenue Service ("<u>IRS</u>") approved by this Court on January 21, 2010 [D.I. 2326], setting forth the agreed upon resolution of claims against NNI and its subsidiaries by the IRS and the payment of a settlement in the amount as set forth in a closing agreement filed with the Court ("the <u>Closing Agreement</u>"), consistent with the terms of the Settlement Stipulation.

---

1.     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.     One Debtor, Nortel Networks (CALA), Inc., filed its voluntary petition on July 14, 2009.

| | |
|---|---|
| Dated: February 25, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |