**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo , Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Claim Objection By Nortel Networks Inc. To Proof Of Claim Filed By Internal Revenue Service** was caused to be made on February 22, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  February 25, 2010          */s/ Ann C. Cordo*
                    Ann C. Cordo (No. 4817)

3406385.1