IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
*In re* : Chapter 11
 : 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 : 
             Debtors. : Jointly Administered
 : 
 : **RE: D.I. 2193, 2259**
 : 
 : 
----------------------------------------------------------X

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on December 23, 2009, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving Payment of an Incentive Fee, (D) Approving the Notice Procedures and the Assumption and Assignment Procedures, (E) Authorizing the Filing of Certain Documents under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion")[2] [D.I. 2193] seeking approval of the sale of certain of Debtors' assets (the "Assets"), including the assumption and assignment of certain executory contracts, to GENBAND Inc. ("GENBAND") or such successful bidder(s) at an auction.

**PLEASE TAKE FURTHER NOTICE** that on January 8, 2010, the United States Bankruptcy Court for the District of Delaware entered an order (the "Bidding Procedures Order") [D.I. 2259] that, among other things, (a) set a date for the hearing to approve the sale as well as related deadlines and (b) approved the procedures according to which the Debtors and certain affiliates (collectively, the "Sellers") shall solicit bids for the sale of the Assets (the "Bidding Procedures"). Under the Bidding Procedures, interested parties were invited to submit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

1

bids to purchase the Assets so as to be received not later than February 23, 2010 at 4:00 p.m. (ET) by the Sellers (the "Bid Deadline"), and an Auction for the Assets was scheduled in the event Qualified Bids were received. No Qualified Bids other than the Stalking Horse Agreement were received prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE that the Auction (as defined in the Sale Procedures Order) scheduled for February 25, 2010 at 9:30 a.m. (ET) has been canceled.** The Debtors intend to seek approval of the Stalking Horse Agreement with GENBAND at the Sale Hearing, scheduled for March 3, 2010 at 2:00 p.m. (ET).

| | |
|---|---|
| Dated: February 25, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |