**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

December 1, 2009 Through December 31, 2009

**Summary of Services Rendered by Project**

| Project | Project Description | December |
|---|---|---|
| 1 | Pension Advisory | 25.0 |
| 2 | Engagement/Retention/Fee Applications | 7.0 |
| **TOTAL** | | **32.0** |

**Summary of Services Rendered by Professional**

| Name | November |
|---|---|
| Bradley D. Belt (Chairman) | 13.0 |
| John L. Spencer (Senior Advisor) | 12.5 |
| Dawn M. Bizzell (Director) | 6.5 |
| **TOTAL** | **32.0** |

Palisades Capital Advisors LLC
Time Detail by Activity
December 1 - 31, 2009

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 12/3/2009 | Telephone call/followup emails re: update on UK pension issue | 1.5 | 1 | BDB |
| 12/3/2009 | Telephone call/followup emails re: update on UK pension issue | 1.5 | 1 | JLS |
| 12/4/2009 | Telephone call/followup emails re: update on UK pension issue | 0.5 | 1 | BDB |
| 12/4/2009 | Telephone call/followup emails re: update on UK pension issue | 0.5 | 1 | JLS |
| 12/9/2009 | Internal discussion re: status of PBGC negoitions | 2.0 | 1 | BDB |
| 12/9/2009 | Internal discussion re: status of PBGC negoitions | 2.0 | 1 | JLS |
| 12/10/2009 | Telephone call/follow up email and discussion re: transation | 1.5 | 1 | BDB |
| 12/10/2009 | Telephone call/follow up email and discussion re: transation | 1.5 | 1 | JLS |
| 12/11/2009 | Telephone call w/PBGC re: proposed settlement (prep and followup) | 2.5 | 1 | BDB |
| 12/11/2009 | Telephone call w/PBGC re: proposed settlement (prep and followup) | 2.5 | 1 | JLS |
| 12/14/2009 | Review draft stipulation with PBGC and revised settlement | 1.5 | 1 | BDB |
| 12/14/2009 | Review draft stipulation with PBGC and revised settlement | 1.5 | 1 | JLS |
| 12/15/2009 | Review revised stipulation | 1.0 | 1 | BDB |
| 12/15/2009 | Review revised stipulation | 1.0 | 1 | JLS |
| 12/18/2009 | Internal discussion re: UK pension claim | 1.0 | 1 | BDB |
| 12/18/2009 | Internal discussion re: UK pension claim | 1.0 | 1 | JLS |
| 12/23/2009 | Internal discussion re: UK pension claim | 1.0 | 1 | BDB |
| 12/23/2009 | Internal discussion re: UK pension claim | 1.0 | 1 | JLS |
| | **December Total - Activity 1** | **25.0** | | |
| 12/8/2009 | November Fee Application | 4.0 | 2 | DMB |
| 12/14/2009 | Internal discussion: invoicing issues | 0.5 | 2 | DMB |
| 12/14/2009 | Internal discussion: invoicing issues | 0.5 | 2 | BDB |
| 12/15/2009 | Invoice issues: telephone calls w/MNAT and Nortel | 1.5 | 2 | DMB |
| 12/23/2009 | Invoicing Issues: follow up with Nortel | 0.5 | 2 | DMB |
| | **December Total - Activity 2** | **7.0** | | |
| | **Total** | **32.0** | | |