**EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

December 1, 2009 Through December 31, 2009

Expense Summary

| Expense Category | Total Expense |
|---|---|
| **TOTAL** | **$38.81** |
| Delivery Expense 12.11.2009 | $38.81 |