**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

January 1, 2010 Through January 31, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | December |
|---|---|---|
| 1 | Pension Advisory | 41.5 |
| 2 | Engagement/Retention/Fee Applications | 7.0 |
| **TOTAL** | | **48.5** |

**Summary of Services Rendered by Professional**

| Name | November |
|---|---|
| Bradley D. Belt (Chairman) | 20.0 |
| John L. Spencer (Senior Advisor) | 16.5 |
| Dawn M. Bizzell (Director) | 12.0 |
| **TOTAL** | **48.5** |

**Palisades Capital Advisors LLC**
Time Detail by Activity
January 1 - 31, 2010

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 1/6/2010 | Review Court docket | 1.5 | 1 | DMB |
| 1/8/2010 | Telephone call w/CGSH re: Status update | 1.0 | 1 | JLS |
| 1/8/2010 | Telephone call w/CGSH re: Status update | 1.0 | 1 | BDB |
| 1/11/2010 | Telephone call w/CGSH re: case status, UK issues, and US discount rate methodology (prep and follow-up) | 3.0 | 1 | JLS |
| 1/11/2010 | Telephone call w/CGSH re: case status, UK issues, and US discount rate methodology (prep and follow-up) | 3.0 | 1 | BDB |
| 1/12/2010 | Discussion w/Punter Southall re: UK case status | 1.0 | 1 | JLS |
| 1/12/2010 | Internal discussion re: termination premium | 2.0 | 1 | JLS |
| 1/12/2010 | Discussion w/Punter Southall re: UK case status | 1.0 | 1 | BDB |
| 1/12/2010 | Research termination premium precedents | 2.0 | 1 | BDB |
| 1/13/2010 | Review Court docket | 2.0 | 1 | DMB |
| 1/20/2010 | Review Court docket | 1.5 | 1 | DMB |
| 1/21/2010 | Review analysts reports and articles regarding NNI bankruptcy process | 2.0 | 1 | BDB |
| 1/22/2010 | Review court stay and inter-company funding agreement | 1.5 | 1 | BDB |
| 1/26/2010 | Telephone call w/CGSH re: case developments, PBGC settlement (follow-up internal discussions) | 2.0 | 1 | JLS |
| 1/26/2010 | Telephone call w/CGSH re: case developments, PBGC settlement (follow-up internal discussions) | 2.0 | 1 | BDB |
| 1/27/2010 | Review Court docket | 2.0 | 1 | DMB |
| 1/27/2010 | Review precedents re: termination liability and discount rate determination | 3.0 | 1 | JLS |
| 1/27/2010 | Review precedents re: termination liability and discount rate determination | 3.0 | 1 | BDB |
| 1/28/2010 | Telephone call w/CGSH re: case status (follow-up internal discussion) | 1.5 | 1 | JLS |
| 1/28/2010 | Discussion w/PBGC re: status | 1.0 | 1 | JLS |
| 1/28/2010 | Telephone call w/CGSH re: case status (follow-up internal discussion) | 1.5 | 1 | BDB |
| 1/28/2010 | Discussion w/PBGC re: status | 1.0 | 1 | BDB |
| 1/29/2010 | Review analysts reports and articles regarding NNI bankruptcy process | 2.0 | 1 | JLS |
| | **January Total - Activity 1** | **41.5** | | |
| 1/4/2010 | Review fee application | 1.0 | 2 | BDB |
| 1/21/2010 | December fee application | 4.0 | 2 | DMB |
| 1/29/2010 | Internal discussion: fee application/invoicing issues | 1.0 | 2 | DMB |
| 1/29/2010 | Internal discussion: fee application/invoicing issues | 1.0 | 2 | BDB |
| | **January Total - Activity 2** | **7.0** | | |
| | **Total** | **48.5** | | |