# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                            :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                 :    Case No. 09-10138 (KG)
:
              Debtors.    :    Jointly Administered
:
:    Hearing Date: March 17, 2010 at 11:00 am
:
---------------------------------------------------------------X

## FOURTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period November 1, 2009 through and including January 31, 2010 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November [D.I. 2356], December [D.I. 2439] and January [D.I. 2515] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 1/27/20010 [D.I. 2356] | 11/1/09– 11/30/09 | $6,749,148.00 | $331,025.87 | 2/19/2010 [D.I. 2460] | $5,399,318.40 | $331,025.87 | $1,349,829.60 |
| 2/17/2010 [D.I. 2439] | 12/1/09 – 12/31/09 | 5,464,702.00 | 181,160.07 | Pending | 4,371,761.60 | 181,160.07 | 1,092,940.40 |
| 2/24/2010 [D.I. 2515] | 1/1/10 – 1/31/10 | 4,140,091.00 | 219,515.26 | Pending | 3,312,072.80 | 219,515.26 | 828,018.20 |
| TOTAL | | $16,353,941.00 | $731,701.20 | | $13,083,152.80 | $731,701.20 | $3,270,788.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 25, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2009 through January 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | $ 940 / 995 | 702.00 | $ 671,232.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 870 / 905 | 615.80 | 541,437.00 |
| ANNA KRUTONOGAYA | Associate | 350 / 375 | 602.00 | 216,192.50 |
| REBECCA D. WEINSTEIN | Associate | 350 / 375 | 599.00 | 214,220.00 |
| SANJEET MALIK | Associate | 605 / 630 | 594.20 | 364,671.00 |
| EMILY LIU | Associate | 430 / 450 | 572.10 | 247,321.00 |
| TEMPORARY PARALEGAL | Paralegal | 235 / 240 | 564.60 | 133,657.50 |
| LOUIS LIPNER | Associate | 430 / 450 | 548.40 | 237,906.00 |
| JOSEPH LANZKRON | Associate | 350 / 375 | 525.70 | 188,282.50 |
| KEVIN C. JONES | Associate | 545 / 570 | 515.30 | 282,023.50 |
| NORA SALVATORE | Associate | 545 / 570 | 494.00 | 273,042.50 |
| JAMES CROFT | Associate | 495 / 515 | 491.40 | 246,039.00 |
| JOHN MCGILL | Senior Attorney - M&A, Corporate | 690 / 770 | 459.60 | 322,268.00 |
| AARON J. MEYERS | Associate | 430 / 450 | 443.40 | 191,756.00 |
| EMILY A. BUSSIGEL | Associate | 350 / 375 | 437.20 | 156,820.00 |
| DANIEL ILAN | Counsel - Intellectual Property | 605 / 675 | 421.70 | 259,706.50 |
| PRIYA H. PATEL | Associate | 545 / 570 | 420.60 | 230,197.00 |
| TAMARA J. BRITT | Associate | 350 / 375 | 420.60 | 151,305.00 |
| EBUNOLUWA TAIWO | Associate | 430 / 450 | 418.30 | 183,317.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 495 / 515 | 395.80 | 198,105.00 |
| CARISSA L. ALDEN | Associate | 430 / 450 | 394.10 | 171,189.00 |
| SANDRINE A. COUSQUER | Associate | 605 / 630 | 378.30 | 229,559.00 |
| ALEXANDRA CAMBOURIS | Associate | 430 / 450 | 373.30 | 161,725.00 |
| CRAIG B. BROD | Partner - Corporate | 980 / 995 | 353.80 | 347,969.00 |
| ANTONIA CAREW-WATTS | Associate | 350 / 375 | 351.60 | 125,200.00 |
| JOSHUA KALISH | Associate | 430 / 450 | 348.70 | 150,791.00 |
| LEAH LAPORTE | Associate | 430 / 450 | 346.70 | 150,919.00 |

---

[3] Arranged in descending order according to Total Billed Hours.
[4] Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GEOFFROY RENARD | Associate | 590 / 640 | 345.60 | 206,919.00 |
| ALEXANDER BENARD | Associate | 430 / 450 | 342.50 | 147,701.00 |
| CASEY DAVISON | Associate | 430 / 450 | 336.00 | 144,934.00 |
| SANDRA J. GALVIS | Senior Attorney - Corporate | 740 / 770 | 332.90 | 251,503.00 |
| JOSHUA PANAS | Associate | 605 / 630 | 327.20 | 200,448.50 |
| JEREMY LACKS | Associate | 430 / 450 | 318.50 | 139,115.00 |
| SALVATORE F. BIANCA | Associate | 605 / 630 | 317.80 | 197,131.50 |
| COREY M. GOODMAN | Associate | 495 / 515 | 317.20 | 158,542.00 |
| MARIO MENDOLARO | Associate | 545 / 570 | 313.00 | 171,437.50 |
| NATHALIE RYCKAERT | Associate | 350 / 375 | 311.20 | 110,795.00 |
| ROBIN BAIK | Associate | 495 / 515 | 310.50 | 156,207.50 |
| ELISABETH M. POLIZZI | Associate | 430 | 307.30 | 132,139.00 |
| MEGAN GRANDINETTI | Associate | 430 / 450 | 305.10 | 131,957.00 |
| SHIRLEY LO | Associate | 350 / 375 | 300.50 | 108,752.50 |
| ANTHONY RANDAZZO | Associate | 430 / 450 | 297.10 | 129,797.00 |
| EMMANUEL RONCO | Associate | 600 / 650 | 290.40 | 177,440.00 |
| JOHN OLSON | Associate | 495 / 515 | 290.10 | 144,133.50 |
| IAN QUA | Paralegal | 210 / 215 | 282.00 | 59,624.00 |
| SOO-YEUN LIM | Associate | 430 / 450 | 278.00 | 120,224.00 |
| EVAN SCHWARTZ | Associate | 605 / 630 | 257.90 | 156,569.50 |
| PATRICK MARETTE | Associate | 605 / 630 | 254.60 | 154,340.50 |
| RICARDO BERNARD | Associate | 495 / 515 | 246.20 | 123,583.00 |
| DANIEL MALECH | Associate | 350 / 375 | 243.60 | 86,892.50 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980 | 241.80 | 236,964.00 |
| JOHN W. KONSTANT | Associate | 605 / 630 | 228.50 | 138,567.50 |
| AARON GINGRANDE | Paralegal | 235 / 240 | 226.00 | 53,477.50 |
| MARGARET E. SHEER | Associate | 495 / 515 | 221.90 | 111,072.50 |
| IVY HERNANDEZ | Associate | 545 / 570 | 199.00 | 110,857.50 |
| KATHERINE WEAVER | Associate | 430 / 450 | 192.40 | 84,830.00 |
| ALEXANDRA KALITA | Paralegal | 210 / 215 | 183.00 | 38,603.00 |
| FLORA FABY | Associate | 580 | 182.90 | 106,082.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 940 / 980 | 181.70 | 171,210.00 |
| LAURENT ALPERT | Partner - M&A, Corporate | 980 / 995 | 177.70 | 174,545.00 |
| PATRICK RENFERT | Associate | 600 / 650 | 169.40 | 102,085.00 |
| SCOTT LARSON | Associate | 580 / 605 | 168.20 | 97,666.00 |
| JOSHUA FRANKEL | Associate | 495 / 525 | 164.60 | 82,068.00 |
| ALAN FELD | Associate | 495 / 515 | 163.90 | 81,576.50 |
| JOON HUR | Associate | 545 / 570 | 157.50 | 87,637.50 |
| DANIEL S. STERNBERG | Partner - M&A, Corporate | 980 / 995 | 156.90 | 153,948.00 |
| NATHALIE SCHWARTZ | Associate | 430 | 153.00 | 65,790.00 |
| CHRISTOPHER S. CONDLIN | Associate | 350 / 375 | 152.60 | 55,310.00 |
| JENNIE CHANDLER | Paralegal | 275 / 285 | 149.50 | 41,737.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MARCEL ANDERSON | Associate | 495 / 515 | 145.40 | 72,291.00 |
| JONATHAN GIFFORD | Associate | 580 / 605 | 140.10 | 82,473.00 |
| NATALYA SHNITSER | Associate | 350 / 375 | 137.60 | 49,127.50 |
| NESLIHAN GAUCHIER | Associate | 430 / 450 | 135.20 | 58,358.00 |
| WILLIAM MCRAE | Partner - Tax | 870 / 950 | 134.10 | 117,803.00 |
| LINDA THONG | Associate | 430 / 450 | 131.50 | 57,247.00 |
| SHANNON DELAHAYE | Associate | 430 / 450 | 130.90 | 57,385.00 |
| VIOLETTA BOURT | Associate | 400 / 440 | 130.20 | 53,240.00 |
| NAWAL LACHGUAR | Associate | 430 / 470 | 129.90 | 56,045.00 |
| EVAN J. LEITCH | Associate | 350 / 375 | 123.90 | 44,060.00 |
| ALEXANDRA DEEGE | Associate | 560 / 610 | 121.20 | 69,297.00 |
| LAURA FORMAN | Associate | 605 / 630 | 119.30 | 72,409.00 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 800 / 835 | 116.60 | 93,882.00 |
| STEVE PELISSIER | Associate | 600 | 114.90 | 68,940.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 980 / 995 | 114.50 | 112,232.50 |
| ROBERT REED CAREY | Associate | 545 / 570 | 113.30 | 63,531.00 |
| JEAN-MARIE AMBROSI | Partner - M&A, Corporate | 980 / 995 | 111.30 | 109,099.50 |
| FRANK BALLARD | Paralegal | 210 / 215 | 109.60 | 23,033.50 |
| PAUL K. KIM | Associate | 605 / 630 | 107.40 | 65,122.00 |
| JAIME PHILLIP | Associate | 605 / 630 | 106.80 | 65,401.50 |
| NANCY PICKNALLY | Associate | 515 | 105.00 | 54,075.00 |
| KERRIN T. KLEIN | Associate | 375 | 104.80 | 39,300.00 |
| HEATHER M. JOHNSON | Associate | 580 / 605 | 103.60 | 60,818.00 |
| LINDSAY DUNN | Associate | 545 / 570 | 99.70 | 54,404.00 |
| LEI WANG | Associate | 495 / 555 | 96.60 | 49,191.00 |
| NEIL FORREST | Senior Attorney - Litigation | 740 / 770 | 94.40 | 72,175.00 |
| SANDRA FLOW | Partner - Corporate | 910 / 950 | 93.70 | 86,611.00 |
| DEBORAH M. BUELL | Partner - Litigation | 980 / 995 | 93.10 | 92,576.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 690 / 760 | 92.10 | 64,081.00 |
| BORIS KHENTOV | Associate | 350 / 375 | 91.60 | 32,660.00 |
| DAPHNEY FRANCOIS | Associate | 350 / 375 | 89.30 | 31,382.50 |
| JEAN LEE | Associate | 545 / 570 | 89.20 | 49,584.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 800 / 835 | 87.80 | 71,738.00 |
| ZACHARY KOLKIN | Associate | 430 / 450 | 87.50 | 38,545.00 |
| DONALD A. STERN | Partner - M&A, Corporate | 980 / 995 | 86.80 | 85,112.00 |
| ANTHONY R. CERCEO | Associate | 350 / 375 | 85.50 | 30,985.00 |
| ERBER HERNANDEZ | Paralegal | 210 | 85.00 | 17,850.00 |
| ERIN R. OLSHEVER | Associate | 350 / 375 | 82.50 | 28,932.50 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 940 / 980 | 81.30 | 76,514.00 |
| PETER O'KEEFE | Paralegal | 235 / 240 | 80.70 | 19,236.50 |
| JENNIFER WESTERFIELD | Associate | 570 | 80.60 | 45,942.00 |
| TIM MAYHLE | Associate | 430 | 78.70 | 33,841.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BARBARA HOU | Associate | 545 | 74.50 | 40,602.50 |
| KIMBERLY SPIERING | Associate | 605 / 630 | 73.70 | 45,483.50 |
| MARK W. NELSON | Partner - Antitrust, M&A | 930 / 970 | 73.60 | 68,900.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 980 / 995 | 73.00 | 72,309.50 |
| WILLIAM FITZGERALD | Paralegal | 210 / 215 | 72.20 | 15,205.50 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 910 / 970 | 70.00 | 66,676.00 |
| PAUL D. MARQUARDT | Partner - Corporate, Regulatory | 910 / 950 | 67.90 | 62,417.00 |
| JULIET A. DRAKE | Associate | 605 / 630 | 64.50 | 39,125.00 |
| STEVEN J. ARCHIBALD | Associate | 310 | 64.20 | 19,902.00 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 980 / 995 | 63.40 | 62,193.50 |
| ALETHEA GROSS | Paralegal | 210 / 215 | 62.40 | 13,156.50 |
| STEPHANIE SUN HINDERKS | Associate | 605 | 61.80 | 37,389.00 |
| MEGHAN M. SERCOMBE | Associate | 545 / 570 | 59.80 | 33,768.50 |
| ELIZABETH MANDELL | Associate | 605 / 630 | 58.80 | 36,026.50 |
| DANIEL P. RILEY | Associate | 430 / 450 | 57.60 | 25,234.00 |
| COURTNI BURLESON | Contract Attorney | 180 | 56.70 | 10,206.00 |
| ANASTASIYA S. RODINA | Associate | 350 / 375 | 55.30 | 19,972.50 |
| BRENDAN H. GIBBON | Associate | 605 | 52.60 | 31,823.00 |
| VICTOR CHIU | Associate | 605 | 51.00 | 30,855.00 |
| STEVEN WILNER | Partner - Real Estate | 960 / 995 | 48.90 | 47,003.50 |
| STEPHANIE CANNULI | Paralegal | 235 | 47.80 | 11,233.00 |
| ANGELA HUANG | Associate | 430 | 47.00 | 20,210.00 |
| KATIA S. COLITTI | Associate | 580 / 605 | 46.00 | 26,695.00 |
| VANESSA GONZALEZ | Associate | 545 / 570 | 45.00 | 24,662.50 |
| JARED LEVY | Paralegal | 210 | 45.00 | 9,450.00 |
| ELIZABETH HERRON-SWEET | Paralegal | 210 | 44.50 | 9,345.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 630 / 695 | 43.10 | 28,557.00 |
| DAVID OLIWENSTEIN | Associate | 450 | 42.40 | 19,080.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 42.20 | 5,908.00 |
| DAVID PARISH | Senior Attorney - Corporate | 740 | 41.20 | 30,488.00 |
| DINA ZLOCZOWER | Associate | 495 | 41.00 | 20,295.00 |
| TIMOTHY J. MONACO | Paralegal | 275 / 285 | 40.90 | 11,463.50 |
| SOPHIE VAN BESIEN | Associate | 350 | 40.30 | 14,105.00 |
| KARA HAILEY | Senior Attorney - Corporate | 695 | 39.40 | 27,383.00 |
| MICHELLE ABREU | Associate | 350 / 375 | 39.10 | 13,765.00 |
| THOMAS G. BEST | Associate | 310 | 39.10 | 12,121.00 |
| COLIN D. LLOYD | Associate | 495 / 515 | 38.40 | 19,046.00 |
| LUA YUILLE | Associate | 545 / 570 | 38.10 | 21,287.00 |
| GEORGINA FLEMING | Paralegal | 210 / 215 | 37.50 | 7,902.50 |
| MEE-JUNG JANG | Associate | 350 / 375 | 36.20 | 12,697.50 |
| WILLIAM RACHMIEL | Practice Support Specialist | 150 | 36.00 | 5,400.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JOHN BYAM | Partner - M&A, Corporate | 980 / 995 | 35.50 | 34,794.50 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 910 / 970 | 34.50 | 31,713.00 |
| ANDREA G. PODOLSKY | Partner - Corporate | 980 / 995 | 34.00 | 33,441.50 |
| CHARLES-ANTOINE WAUTERS | Associate | 580 / 605 | 33.70 | 20,368.50 |
| SARO N. NKESI | Practice Support Specialist | 180 | 32.30 | 5,814.00 |
| JOSE M. BAZAN | International Lawyer | 325 | 31.70 | 10,302.50 |
| ROBERT MANZANARES | Associate | 430 | 29.50 | 12,685.00 |
| ADAM FLEISHER | Partner - M&A, Corporate | 725 | 28.70 | 20,807.50 |
| ERIC LAUT | Associate | 570 / 620 | 28.00 | 16,475.00 |
| VICTOR I. LEWKOW | Partner - M&A, Corporate | 980 | 27.90 | 27,342.00 |
| MAN LI | Associate | 495 | 27.60 | 13,662.00 |
| KINGA GUZDEK | Associate | 330 | 27.00 | 8,910.00 |
| ALINA BJERKE | Associate | 605 | 25.80 | 15,609.00 |
| JOHN CORNELIUS | Associate | 375 | 25.70 | 9,637.50 |
| MATTHEW J. VANEK | Associate | 515 | 25.50 | 13,132.50 |
| ANDREW G. COOMBS | Associate | 375 | 24.50 | 9,187.50 |
| STEVEN G. HOROWITZ | Partner - Real Estate | 980 / 995 | 23.40 | 22,954.50 |
| NATALI SEGOVIA | Paralegal | 215 | 22.50 | 4,837.50 |
| JAY LEIBOWITZ | Practice Support Specialist | 150 | 22.50 | 3,375.00 |
| JASON FACTOR | Partner - Tax | 870 / 950 | 22.10 | 19,443.00 |
| COLIN PEARSON | Consultant | 960 / 995 | 21.80 | 20,987.50 |
| ANDREW W. WEAVER | Associate | 605 / 630 | 21.80 | 13,709.00 |
| COLLETTE SHIN | Associate | 350 | 21.80 | 7,630.00 |
| ANDREW SINNENBERG | Paralegal | 210 | 18.60 | 3,906.00 |
| BRIAN J. MORRIS | Associate | 375 | 17.30 | 6,487.50 |
| THEODORE GEIGER | Associate | 570 | 17.20 | 9,804.00 |
| JONATHAN KRAVETZ | Practice Support Specialist | 150 | 17.00 | 2,550.00 |
| TIM PHILLIPS | Associate | 375 | 16.90 | 6,337.50 |
| LINDSAY BARENZ | Associate | 605 | 16.50 | 9,982.50 |
| THOMAS L. HALL | Associate | 495 | 16.10 | 7,969.50 |
| CAMERON GAYLORD | Paralegal | 210 | 16.00 | 3,360.00 |
| VICTORIA MARRE | Paralegal | 210 / 215 | 15.90 | 3,347.50 |
| LIAN FANG | Associate | 545 | 15.80 | 8,611.00 |
| AUDE DUPUIS | Associate | 590 / 640 | 15.10 | 9,274.00 |
| STEVEN HAIDAR | Associate | 350 | 14.10 | 4,935.00 |
| MARINE BOUHY | Associate | 350 / 375 | 14.00 | 4,925.00 |
| HOWARD S. ZELBO | Partner - Litigation | 980 / 995 | 13.90 | 13,682.00 |
| MANUEL SILVA | International Lawyer | 325 / 240 | 13.50 | 4,395.00 |
| ANDREW SELLNAU | Paralegal | 235 / 240 | 12.90 | 3,034.00 |
| ALEXANDER J. TALSMA | Associate | 350 | 12.60 | 4,410.00 |

7

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JONATHAN REINSTEIN | Paralegal | 240 | 12.50 | 3,000.00 |
| CATHERINE WU | Paralegal | 210 | 12.50 | 2,625.00 |
| SANG JIN HAN | Partner - M&A, Corporate | 870 / 970 | 12.00 | 10,460.00 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 910 / 970 | 11.50 | 10,759.00 |
| KATHERINE B. COOPER | Associate | 570 | 11.30 | 6,441.00 |
| PAUL S. HAYES | Associate | 630 | 10.90 | 6,867.00 |
| AMARILYS BERNACET | Paralegal | 240 | 10.90 | 2,616.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 10.70 | 1,498.00 |
| SUZANNE DEVRIES DECKER | Associate | 570 | 10.20 | 5,814.00 |
| KELLY ADAMS | Paralegal | 210 / 215 | 10.10 | 2,125.00 |
| ELANA FEUER | Associate | 430 | 9.70 | 4,171.00 |
| GABRIELA LOPEZ | Paralegal | 235 | 9.50 | 2,232.50 |
| MICHAEL WEINBERGER | Partner - Real Estate, Corporate | 940 / 980 | 9.00 | 8,600.00 |
| BRUNO MASTRETTA | International Lawyer | 325 / 340 | 8.80 | 2,867.50 |
| RAFAEL BOISSET | International Lawyer | 325 | 8.70 | 2,827.50 |
| ALEX SPEYER | Associate | 350 | 8.50 | 2,975.00 |
| JESSICA HOPPE | Associate | 605 / 630 | 7.80 | 4,804.00 |
| JULIANE JACQUES | Stagiaire | 260 | 7.50 | 1,950.00 |
| LILIANE KANG | Paralegal | 235 / 240 | 7.50 | 1,767.50 |
| KELLY JAUREGUI | Paralegal | 210 / 215 | 7.10 | 1,520.00 |
| KUANG TAN | Associate | 350 | 7.00 | 2,450.00 |
| LYNN ZOUBOK | Research Specialist | 265 | 7.00 | 1,855.00 |
| BRITTANY TAYLOR | Paralegal | 235 / 240 | 6.80 | 1,614.50 |
| ESTHER FARKAS | Associate | 580 | 6.50 | 3,770.00 |
| CRISTOBAL VILLARINO | International Lawyer | 325 | 6.50 | 2,112.50 |
| GERALD MCCARTHY | Paralegal | 275 | 6.50 | 1,787.50 |
| SHARA CHANG | Associate | 350 | 5.90 | 2,065.00 |
| DEANNA DENNIS | Associate | 580 / 605 | 5.20 | 3,023.50 |
| YANGYANG LI | Paralegal | 280 | 5.00 | 1,400.00 |
| PATRICIA PAK | Paralegal | 235 | 5.00 | 1,175.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 4.80 | 672.00 |
| ARTHUR KOHN | Partner - Employee Benefits | 980 / 995 | 4.60 | 4,511.00 |
| CHRISTINE SIEW | Paralegal | 215 / 225 | 4.50 | 1,007.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 4.30 | 602.00 |
| WASH LIBRARIAN | Research Specialist | 150 | 4.20 | 630.00 |
| DAVID GOTTLIEB | Partner - M&A, Corporate | 960 / 995 | 4.00 | 3,857.50 |
| SARAH E. LEWIS | Associate | 580 | 3.50 | 2,030.00 |
| LAURA BAGARELLA | Associate | 350 | 3.50 | 1,225.00 |
| JACKIE GIRARD | Paralegal | 275 | 3.50 | 962.50 |
| TOMMAS BALDUCCI | Assistant Managing Clerk | 140 | 3.40 | 476.00 |
| MATHIEU RELANGE | Stagiaire | 250 | 3.20 | 800.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 3.20 | 448.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MARIA B. RODRIGUEZ | Paralegal | 285 / 295 | 3.10 | 901.50 |
| CYNTHIA SCOTT | Managing Clerk | 210 | 3.10 | 651.00 |
| WANDA OLSON | Partner - Corporate | 980 | 3.00 | 2,940.00 |
| ELLEN INGERMAN | Research Specialist | 265 | 3.00 | 795.00 |
| BENAZIR TEELUCK | Paralegal | 240 | 3.00 | 720.00 |
| ROBERT K. WILLIAMS | Counsel - Corporate | 770 | 2.90 | 2,233.00 |
| LINCOLN (TEAL) EMERY | Paralegal | 235 | 2.80 | 658.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 2.50 | 350.00 |
| MELISSA DURKEE | Associate | 605 | 2.40 | 1,452.00 |
| LISA MILANO | Practice Support Specialist | 225 | 2.40 | 540.00 |
| LESLIE B. SAMUELS | Partner - Tax | 980 | 2.30 | 2,254.00 |
| MARIA CRISTINA ALVAREZ | Paralegal | 235 | 2.30 | 540.50 |
| JUSSI TARJAMO | Paralegal | 275 / 285 | 2.20 | 608.00 |
| PENELOPE L. CHRISTOPHOROU | Counsel - Corporate, Secured Transactions | 800 | 2.10 | 1,680.00 |
| SANDRA M. ROCKS | Counsel - Corporate, Secured Transactions | 865 / 900 | 2.00 | 1,744.00 |
| DIRK MATTHES | Associate | 590 | 2.00 | 1,180.00 |
| CATHERINE SKULAN | Associate | 545 | 2.00 | 1,090.00 |
| MIJI KIM | Associate | 350 | 2.00 | 700.00 |
| HIRAM PAGANO | International Lawyer | 325 | 2.00 | 650.00 |
| MELISSA RUHRY | Paralegal | 235 | 2.00 | 470.00 |
| JACE LIPSTEIN | Assistant Managing Clerk | 140 | 1.90 | 266.00 |
| LUKE BAREFOOT | Associate | 630 | 1.50 | 945.00 |
| JUDITH KASSEL | Counsel - Tax | 835 | 1.30 | 1,085.50 |
| AURELE DELORS | Associate | 620 | 1.30 | 806.00 |
| JASON CANAVAN | Associate | 495 | 1.30 | 643.50 |
| LIZ J. STAFFORD | Assistant Managing Clerk | 140 | 1.30 | 182.00 |
| LINDSEE GRANFIELD | Partner - Bankruptcy, Litigation | 995 | 1.20 | 1,194.00 |
| TIM SWEENEY | Assistant Managing Clerk | 140 | 1.20 | 168.00 |
| AMY MIKOLAJCZYK | Associate | 495 | 1.10 | 544.50 |
| DENISE NICHOLSON | Paralegal | 275 | 1.10 | 302.50 |
| IRA K. LINDSAY | Associate | 350 | 1.00 | 350.00 |
| PAULA NASCIMENTO | Paralegal | 275 | 1.00 | 275.00 |
| MICHAEL WEINTRAUB | Paralegal | 275 | 1.00 | 275.00 |
| INES CAPO | Paralegal | 235 | 1.00 | 235.00 |
| ALYSON CLABAUGH | Paralegal | 235 / 240 | 0.90 | 213.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 0.90 | 126.00 |
| MATTHEW D. SLATER | Partner - Litigation | 980 | 0.80 | 784.00 |
| KRISTOFER HESS | Partner - Tax | 870 | 0.80 | 696.00 |
| CAROLINE F. HAYDAY | Associate | 605 | 0.80 | 484.00 |
| MARLA DECKER | Associate | 495 | 0.80 | 396.00 |

9

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MAUREEN E. MCDONALD | Research Specialist | 265 | 0.80 | 212.00 |
| JOEL MOSS | Associate | 630 | 0.70 | 441.00 |
| ERIKA NIJENHUIS | Partner - Tax | 960 | 0.60 | 576.00 |
| MARTINE KLIMEK | Paralegal | 250 / 270 | 0.60 | 154.00 |
| LESLIE N. SILVERMAN | Partner - Corporate | 980 | 0.50 | 490.00 |
| MEME PEPONIS | Partner - M&A, Corporate | 870 | 0.50 | 435.00 |
| MATTHEW I. BACHRACK | Senior Attorney - Antitrust | 665 | 0.50 | 332.50 |
| JORDAN SOLOMON | Associate | 545 | 0.50 | 272.50 |
| KNOX MCILWAIN | Associate | 495 | 0.50 | 247.50 |
| BRYNN LYERLY | Associate | 360 | 0.50 | 180.00 |
| ASHTON H. LEBOURGEOIS | Paralegal | 285 | 0.50 | 142.50 |
| LAURENT CENATIEMPO | Paralegal | 250 | 0.50 | 125.00 |
| AMY M. SHEPARD | Paralegal | 235 | 0.50 | 117.50 |
| JAIME EL KOURY | Partner - Corporate | 995 | 0.40 | 398.00 |
| WALLACE L. LARSON | Counsel - Professional Responsibility | 690 | 0.40 | 276.00 |
| JONATHAN BLACKMAN | Partner - Litigation | 995 | 0.30 | 298.50 |
| BOAZ S. MORAG | Counsel - Litigation | 800 | 0.30 | 240.00 |
| RUTH PLAVE | Associate | 630 | 0.30 | 189.00 |
| HUMAYUN KHALID | Associate | 515 | 0.30 | 154.50 |
| ADAM SHAJNFELD | Associate | 495 | 0.30 | 148.50 |
| NAURA KEISER | Associate | 375 | 0.30 | 112.50 |
| YISU LI | Associate | 350 | 0.30 | 105.00 |
| SUSAN CUMISKEY | Paralegal | 275 | 0.30 | 82.50 |
| LAWRENCE B. FRIEDMAN | Partner - Litigation | 995 | 0.20 | 199.00 |
| JAMES A. DUNCAN | Partner - Tax | 980 | 0.20 | 196.00 |
| S. DOUGLAS BORISKY | Counsel - Tax | 800 | 0.20 | 160.00 |
| PETER PSIACHOS | Associate | 580 | 0.20 | 116.00 |
| JEFFREY PENN | Associate | 495 | 0.20 | 99.00 |
| JAMES CORSIGLIA | Senior Attorney - Corporate, Secured Transactions | 770 | 0.10 | 77.00 |
| KIMBERLY SPOERRI | Associate | 450 | 0.10 | 45.00 |
| MELISSA O'CONNORS | Paralegal | 285 | 0.10 | 28.50 |
| **TOTAL HOURS:** | | | 31,058.20 | |
| **GRAND TOTAL:** | | | | $16,353,941.00 |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2009 through January 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 5,251.70 | $ 2,124,201.50 |
| Case Administration | 3,736.30 | 1,897,895.00 |
| Claims Administration and Objections | 2,490.70 | 1,330,720.50 |
| Debtor in Possession Financing | 6.10 | 3,513.00 |
| M&A Advice | 9,963.00 | 5,964,218.00 |
| Employee Matters | 1,676.50 | 918,367.50 |
| Customer Issues | 616.10 | 292,608.50 |
| Supplier Issues | 992.00 | 486,331.50 |
| Plan of Reorganization & Disclosure Statement | 97.40 | 57,059.50 |
| Tax | 1,176.20 | 683,075.00 |
| Intellectual Property | 1,613.60 | 811,902.00 |
| Regulatory | 432.60 | 271,270.00 |
| Fee and Employment Applications | 316.10 | 121,319.00 |
| Litigation | 128.80 | 63,153.50 |
| Real Estate | 2,561.10 | 1,328,306.50 |
| **TOTAL** | **31,058.20** | **$ 16,353,941.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2009 through January 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 31,437.42 |
| Travel – Transportation | | 118,416.80 |
| Travel – Lodging | | 52,905.26 |
| Travel – Meals | | 5,127.62 |
| Mailing and Shipping Charges | | 4,350.39 |
| Scanning Charges (at $0.10/page) | | 1,132.00 |
| Duplicating Charges (at $0.10/page) | | 34,892.50 |
| Color Duplicating Charges (at $0.65/page) | | 8,230.95 |
| Facsimile Charges (at $1.00/page) | | 618.00 |
| Legal Research | Lexis | 79,139.41 |
| | Westlaw | 65,480.03 |
| | PACER | 5,087.60 |
| Filing Fees/Charges | | 1,175.42 |
| Late Work – Meals | | 21,689.86 |
| Late Work – Transportation | | 71,087.23 |
| Conference Meals | | 184,473.61 |
| Other Charges | | 46,457.10 |
| **Grand Total Expenses** | | **$ 731,701.20** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]