# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*                                                 :    Chapter 11

Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)

                Debtors.    :    Jointly Administered

---------------------------------------------------------X    Hearing Date: March 17, 2010 at 10:00 a.m. (ET)

## FOURTH QUARTERLY FEE APPLICATION REQUEST OF SHEARMAN & STERLING LLP, AS NON-ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Shearman & Sterling LLP ("Shearman & Sterling") hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period November 1, 2009 through and including January 31, 2010[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to Shearman & Sterling's fourth interim application, Docket Item No. 2465, contain detailed listings of Shearman & Sterling's requested fees and expenses for the Application Period.

Shearman & Sterling seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/19/10 | 11/1/09 – 1/31/10 | $17,377.00 | $1,245.27 | Pending | Pending | Pending | Pending |
| TOTAL | | $17,377.00 | $1,245.27 | | Pending | Pending | Pending |

In accordance with the Monthly Compensation Order, Shearman & Sterling seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Shearman & Sterling respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Shearman & Sterling such other and further relief as is just and proper.

Dated: February 24, 2010
New York, New York

SHEARMAN & STERLING LLP

*(signature)*

Stuart J. Baskin
Terence P. Gilroy
599 Lexington Avenue
New York, New York 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

*Counsel for the Debtors in Pending Litigations*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 5.1 | 3,213.00 |
| Brian Burke (2005) | Associate/Litigation | 580 | 5.1 | 2,958.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 7.3 | 3,832.50 |
| Mary Glennon | Paralegal | 245 | 18.5 | 4532.50 |
| Luis Feliciano | Case Clerk | 185 | 1.5 | 277.50 |
| Ruth Sheopaul | Case Clerk | 185 | 2.1 | 388.50 |
| John Kapp | IT Administrator | 250 | 8.7 | 2,175.00 |
| **Total** | | | 48.3 | 17,377.00 |
| **Grand Total:** $17,377.00 | | | | |
| **Blended Rate:** $359.77 | | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY MATTER

| Matter | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks Limited – (02205-00016) Reserves Release (In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.)); Securities Litigation (In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.)) | 10.50 | $4,137.00 |
| Nortel Networks Limited – (02205-00018) March 2004 ERISA Action (In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.)) | 0 | $0.00 |
| Nortel Networks Limited – (02205-00020) Epicon Litigation (Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.)) | 0 | $0.00 |
| Nortel Networks Limited – (02205-00021) Investigations (Securities & Exchange Commission investigation and related proceedings) | 37.8 | $13,240.00 |
| Total | 48.3 | $17,377.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY[3]

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Duplicating | In House | 36.10 |
| Electronic Docket Information | Court Alert | 345.14 |
| Electronic Docket Information | Pacer | 51.50 |
| Electronic Docket Information | E-Law | 137.16 |
| Computer Research | ALM Media | 644.64 |
| Other Information Services | Reed Elsevier | 30.73 |
| **Total Expenses:** | | $1,245.27 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Includes unbilled expenses for October 2009.