**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Fourth Quarterly Fee Application Request Of Shearman & Sterling, LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period November 1, 2009 Through January 31, 2010** was caused to be made on February 25, 2010, in the manner indicated upon the entities identified below:

Date: February 25, 2010    */s/ Ann C. Cordo*
                           Ann C. Cordo (# 4817)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3252905.2