IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 17, 2010 at 11:00 a.m.**<br>) |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Ashurst LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought: November 01, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary: £207,991.75 (US $317,811.39)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £683.76 (US $1,044.79)[4]

This is (a)n: _X_ interim ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567)

[2] Ashurst LLP's, November 2009, December 2009, and January 2010 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.528 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.528 as published by Bloomberg.com on the date of the application.

15783260 01

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/23/09 Docket No. 2208 | 11/01/09 - 11/30/09 | £85,744.00 | £295.39 | £68,595.20 | £295.39 | £17,148.80 |
| Date Filed: 01/29/10 Docket No. 2366 | 12/01/09 - 12/30/09 | £39,771.25 | £157.33 | £31,817.00 | £157.33 | £7,954.25 |
| Date Filed: 02/23/10 Docket No. 2497 | 01/01/10 - 01/31/10 | £82,476.50 | £231.04 | Pending Obj deadline 03/16/10 £65,981.20 | Pending Obj deadline 03/16/10 £231.04 | £16,495.30 |
| TOTALS: | | £207,991.75 | £683.76 | £166,393.40[5] | £683.76[6] | £41,598.35 |

Summary of any Objections to Fee Applications: None.

Dated: February 25, 2010
London, United Kingdom

*[signature]*

Giles Boothman
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.

15783260.01