IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) )  Hearing Date: March 17, 2010 at 11:00 a.m. |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:         Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:      Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:    November 1, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $1,881,787.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $113,674.79

This is (a)n: _X_ interim  ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November and December 2009 & January 2010 monthly fee applications are incorporated herein by reference.

RLF1-3402371-1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 1/20/10 Docket No 2303 | 11/1/09 to 11/30/09 | $676,130.50 | $39,026.52 | $540,904.40 | $39,026.52 | $135,226.10 |
| Date Filed: 2/9/10 Docket No 2395 | 12/1/09 to 12/31/09 | $566,660.50 | $31,179.16 | Pending Obj. Deadline $453,328.40 | Pending Obj. Deadline $31,179.16 | $113,332.10 |
| Date Filed: 2/24/10 Docket No. 2519 | 1/1/10 to 1/31/10 | $638,996.00 | $43,469.11 | Pending Obj Deadline $511,196.80 | Pending Obj. Deadline $43,469.11 | $127,799.20 |
| **TOTALS:** | | $1,881,787.00 | $113,674.79 | $1,505,429.60 | $113,674.79 | $376,357.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 25, 2010
       New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.

2

RLF1-3462371-1