# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 17, 2010 at 11:00 a.m.**<br>) |

## NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                    Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                          Official Committee of Unsecured Creditors

Date of Retention:                                    March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                 November 1, 2009 through January 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:            $21,669.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $6,867.29

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s ("RLF") November 2009, December 2009 and January 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/31/09 Docket No. 2224 | 11/1/09 - 11/30/09 | $5,920.00 | $1,424.32 | $4,736.00 | $1,424.32 | $1,184.00 |
| Date Filed: 1/27/10 Docket No. 2357 | 12/1/09 - 12/31/09 | $7,969.50 | $2,546.64 | $6,375.60 | $2,546.64 | $1,593.90 |
| Date Filed: 2/23/10 Docket No. 2499 | 1/1/10 - 1/31/10 | $7,779.50 | $2,896.33 | Pending Obj deadline 3/15/10 $6,223.60 | Pending Obj deadline 3/15/10 $2,896.33 | $1,555.90 |
| **TOTALS:** | | $21,669.00 | $6,867.29 | $17,335.20[3] | $6,867.29[4] | $4,333.80 |

Summary of any Objections to Fee Applications: None

Dated: February 25, 2010
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

RLF1-3431731-1