# EXHIBIT A

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Mayer  Julie | 18-Nov-09 | $72.00 | 8.2 | $589.74 | Bankruptcy research |
| King  Rene | 30-Nov-09 | $667.00 | 0.5 | $333.50 | Peer reviewed NBS model by Eric Rentsch |
| Rentsch  Eric | 30-Nov-09 | $226.00 | 2.3 | $520.26 | Gathering analysis for top 30 NBS executives; this information supported answers to questions posed by Elena King and John Shaughnessy |
| | | **Totals:** | **11.0** | **$1,443.50** | |