# EXHIBIT B

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Rentsch Eric | 1-Dec-09 | $226.00 | 0.3 | $67.86 | Call with John Shaughnessy to clarify plan award sizes for select participants |
| Rentsch Eric | 21-Dec-09 | $226.00 | 0.5 | $113.10 | Reviewing plan design terms (final) and call with John Shaughnessy |
| | | **Totals:** | **0.8** | **$180.96** | |