**EXHIBIT C**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 4-Jan-10 | $725.00 | 1.5 | $1,087.50 | Call with Eric and John Shaughnessy  to discuss program for 2010 |
| Dempsey  John | 4-Jan-10 | $725.00 | 0.5 | $362.50 | Meeting with Eric to discuss 2010 compensation program in preparation for call with the client |
| Donnell Julie | 4-Jan-10 | $226.00 | 2 | $452.40 | Meeting to discuss emergence plan (RK, JD, ER) |
| King Rene | 4-Jan-10 | $667.00 | 1.5 | $1,000.50 | Discussion with Nortel and advisors re: retention plan design and implementation |
| King Rene | 4-Jan-10 | $667.00 | 0.5 | $333.50 | Update with John Dempsey and Eric Rentsch on status of plan design |
| Rentsch  Eric | 4-Jan-10 | $226.00 | 1 | $226.20 | Reviewing updated completion bonus plan terms and discussing court motion strategy with John Dempsey and Rene King for deliverable due Feb 5 |
| Rentsch  Eric | 4-Jan-10 | $226.00 | 2.5 | $565.50 | Update call / working session with John Shaughnessy and Elena King on completion bonus compensation plan  for deliverable due Feb 5 |
| Rentsch  Eric | 6-Jan-10 | $226.00 | 1.5 | $339.30 | Working session II with John Shaughnessy |
| Dempsey  John | 7-Jan-10 | $725.00 | 1.5 | $1,087.50 | Team meeting |
| Donnell Julie | 7-Jan-10 | $226.00 | 1 | $226.20 | Internal call with management to discuss emergence plan/provisions/Mercer's involvement (RK, ER, and JD) |
| King  Rene | 7-Jan-10 | $667.00 | 1.5 | $1,000.50 | Discussion with Nortel and advisors re: retention plan design and implementation |
| King  Rene | 12-Jan-10 | $667.00 | 0.5 | $333.50 | Discuss motion requirements |
| Rentsch  Eric | 12-Jan-10 | $226.00 | 0.7 | $158.34 | Meeting to discuss court motion attachment with John Shaughnessy |
| Rentsch  Eric | 12-Jan-10 | $226.00 | 1 | $226.20 | Analyzing compensation of Nortel employee |
| King  Rene | 13-Jan-10 | $667.00 | 1 | $667.00 | Benchmark STI and LTI |
| King  Rene | 13-Jan-10 | $667.00 | 1 | $667.00 | Call to review first draft of  plan |
| King  Rene | 13-Jan-10 | $667.00 | 0.5 | $333.50 | Update call w/ Sal re motion requirements |
| Rentsch  Eric | 13-Jan-10 | $226.00 | 1 | $226.20 | Meeting with Rene King  John Dempsey  and Sal Bianco to discuss Cleary opinion on Mercer court motion |
| Rentsch  Eric | 13-Jan-10 | $226.00 | 0.3 | $67.86 | Discussion with Rene King on analysis of short and long-term incentive pay trends |
| Rentsch  Eric | 13-Jan-10 | $226.00 | 1 | $226.20 | Meeting with Nortel  Cleary  and Ogilvy team to discuss Completion Bonus plan text |
| Rentsch  Eric | 14-Jan-10 | $226.00 | 0.3 | $67.86 | Call with John Shaughnessy  to discuss materials needed for Court motion attachment |
| King  Rene | 15-Jan-10 | $667.00 | 1.5 | $1,000.50 | Employment agreement research |
| Rentsch  Eric | 17-Jan-10 | $226.00 | 5.5 | $1,244.10 | Drafting Mercer motion attachment for Feb 10 filing date |
| Rentsch  Eric | 17-Jan-10 | $226.00 | 0.3 | $67.86 | Reviewing plan for Mercer motion attachment |
| Donnell Julie | 18-Jan-10 | $226.00 | 1.5 | $339.30 | Research of bankruptcy companies to determine whether or not they had a wind-down plan/sale of assets, to be integrated into draft report sent to management on 1-19-2010, reviewed by Eric R |

| Employee | Date | Rate | Hours | Actual | Description |
|----------|------|------|-------|--------|-------------|
| Rentsch  Eric | 18-Jan-10 | $226.00 | 1.5 | $339.30 | Researching incentive plans of BearingPoint and Capmark for Nortel benchmarking study due Feb 10 |
| Rentsch  Eric | 18-Jan-10 | $226.00 | 4.5 | $1,017.90 | Drafting Mercer motion attachment for Feb 10 filing date |
| Rentsch  Eric | 18-Jan-10 | $226.00 | 3.7 | $836.94 | Further editing & drafting of Mercer motion attachment for Feb 10 filing date |
| Rentsch  Eric | 18-Jan-10 | $226.00 | 0.8 | $180.96 | Finalizing edits to draft court motion  for Feb 8 Board  Feb 10 filing |
| Dempsey John | 19-Jan-10 | $725.00 | 1 | $725.00 | Call with Elena & John Shaughnessy |
| Dempsey John | 19-Jan-10 | $725.00 | 0.5 | $362.50 | Rene & Eric Prep report |
| Dempsey  John | 19-Jan-10 | $725.00 | 0.5 | $362.50 | Rene & Eric Prep report 2 |
| Donnell Julie | 19-Jan-10 | $226.00 | 1.3 | $294.06 | Conference call with Mercer team (JD, RK, ER, and JD) to discuss draft report outlining the plan and competitiveness of compensation |
| King  Rene | 19-Jan-10 | $667.00 | 1 | $667.00 | Call with Nortel mgmt to review draft 1 of motion attachment |
| King  Rene | 19-Jan-10 | $667.00 | 1.2 | $800.40 | Review draft motion deck |
| King  Rene | 19-Jan-10 | $667.00 | 0.3 | $200.10 | Call with Nortel to review 10k disclosure requirements |
| Rentsch  Eric | 19-Jan-10 | $226.00 | 1.2 | $271.44 | Editing/review meeting with Rene King & John Dempsey of court motion  for Feb 8 Board  Feb 10 filing |
| Rentsch  Eric | 19-Jan-10 | $226.00 | 1.3 | $294.06 | Meeting with Rene King, John Dempsey Elena King , John Shaughnessy regarding court motion for Feb 8 Board  Feb 10 filing |
| Rentsch  Eric | 19-Jan-10 | $226.00 | 0.5 | $113.10 | Final edits to report |
| Donnell Julie | 21-Jan-10 | $226.00 | 1 | $226.20 | BearingPoint Case Study |
| Rentsch  Eric | 21-Jan-10 | $226.00 | 0.5 | $113.10 | Reviewing Julie's analysis for Nortel |
| Rentsch  Eric | 21-Jan-10 | $226.00 | 3 | $678.60 | Further analysis/benchmarking for Nortel court motion |
| Rentsch  Eric | 21-Jan-10 | $226.00 | 0.5 | $113.10 | Call with John Shaugnessy to discuss Nortel court motion analysis |
| Dempsey  John | 22-Jan-10 | $725.00 | 1 | $725.00 | Call with Elena |
| King  Rene | 22-Jan-10 | $667.00 | 1 | $667.00 | Call to review court material |
| Rentsch  Eric | 22-Jan-10 | $226.00 | 1.3 | $294.06 | Call with Elena King & John Shaughnessy to review updated court motion for Feb 10 filing |
| King  Rene | 24-Jan-10 | $667.00 | 1 | $667.00 | Internal call to review updated motion material |
| Rentsch  Eric | 24-Jan-10 | $226.00 | 8.6 | $1,945.32 | Research  analysis  and drafting of court motion for Feb 10 filing date |
| Rentsch  Eric | 24-Jan-10 | $226.00 | 2 | $452.40 | Call with John Dempsey to review draft report |
| Dempsey  John | 25-Jan-10 | $725.00 | 1 | $725.00 | Review draft report either with Eric and Rene |
| Dempsey  John | 25-Jan-10 | $725.00 | 1 | $725.00 | Call with Elena regarding draft report |
| King  Rene | 25-Jan-10 | $667.00 | 0.5 | $333.50 | Discussion w/ John D re proxy disclosure |
| King  Rene | 25-Jan-10 | $667.00 | 1 | $667.00 | Review completion bonus deck with Nortel mgmt |
| King  Rene | 25-Jan-10 | $667.00 | 0.5 | $333.50 | Review completion bonus deck |
| King  Rene | 25-Jan-10 | $667.00 | 1 | $667.00 | Review employment agreements |
| Rentsch  Eric | 25-Jan-10 | $226.00 | 3 | $678.60 | Final edits to working draft court motion report |

| Employee | Date | Rate | Hours | Actual | Description |
|----------|------|------|-------|--------|-------------|
| Rentsch  Eric | 25-Jan-10 | $226.00 | 1.5 | $339.30 | Call with Elena King and John Shaughnessy to review Mercer court motion draft attachment |
| Rentsch  Eric | 25-Jan-10 | $226.00 | 0.8 | $180.96 | Tracking edits / changes needed for court motion |
| King  Rene | 26-Jan-10 | $667.00 | 0.5 | $333.50 | Compile and send sample proxy disclosure |
| Knieriem  Amy | 26-Jan-10 | $464.00 | 0.5 | $232.00 | Peer Review disclosure on compensation fees for Rene King |
| Rentsch  Eric | 26-Jan-10 | $226.00 | 0.5 | $113.10 | Reviewing content provided by John Shaughnessy on Nortel compensation |
| King  Rene | 27-Jan-10 | $667.00 | 0.7 | $466.90 | Call to review completion bonus deck |
| King  Rene | 27-Jan-10 | $667.00 | 0.3 | $200.10 | Call to review draft proxy disclosure |
| Dempsey  John | 28-Jan-10 | $725.00 | 1 | $725.00 | Review draft report |
| King  Rene | 28-Jan-10 | $667.00 | 0.7 | $466.90 | Research market CIC agreements |
| Knieriem  Amy | 28-Jan-10 | $464.00 | 0.8 | $371.20 | Peer Review disclosure on compensation fees for Rene King |
| Rentsch  Eric | 28-Jan-10 | $226.00 | 4.7 | $1,063.14 | Drafting Mercer motion attachment for Feb 10 |
| Rentsch  Eric | 28-Jan-10 | $226.00 | 0.8 | $180.96 | Call with John D and Rene K to review Mercer motion attachment |
| Dempsey  John | 29-Jan-10 | $725.00 | 1 | $725.00 | Review and edit draft report |
| Dempsey  John | 29-Jan-10 | $725.00 | 1 | $725.00 | Call with Cleary and Nortel to review draft report |
| Dempsey  John | 29-Jan-10 | $725.00 | 0.3 | $217.50 | Call with Elena regarding executive staffing and retention challenges |
| King  Rene | 29-Jan-10 | $667.00 | 1 | $667.00 | Call to review completion bonus deck |
| King  Rene | 29-Jan-10 | $667.00 | 0.3 | $200.10 | Send revised proxy disclosure language |
| Rentsch  Eric | 29-Jan-10 | $226.00 | 1 | $226.20 | Peer review and final edits to report for review with Cleary, Ogilvy and Nortel HR |
| Rentsch  Eric | 29-Jan-10 | $226.00 | 1.2 | $271.44 | Meeting with Ogilvy, Cleary  and Nortel HR teams to review Mercer motion attachment for Feb 10 motion |
| | | **Totals:** | **96.9** | **$36,488.96** | |