# EXHIBIT D

## Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 18-Oct-09 | $4.00 | Meals (Non-Travel) |
| 18-Oct-09 | $7.00 | Transportation |
| 19-Oct-09 | $7.00 | Transportation |
| 19-Oct-09 | $9.90 | Meals (Non-Travel) |
| 30-Nov-09 | $7.00 | Transportation |
| 30-Nov-09 | $4,795.65 | Legal fees |
| 1-Dec-09 | $6.00 | Transportation |
| 21-Dec-09 | $8.00 | Transportation |
| **Total:** | **$4,844.55** | |