**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
:
                              Debtors.               :    Jointly Administered
:
:    Objections due:  March 17, 2010 at 4:00 p.m. (E.T).
:
---------------------------------------------------------X

**FOURTH QUARTERLY FEE APPLICATION REQUEST OF MERCER (US) INC., AS**
**COMPENSATION SPECIALIST TO THE DEBTORS,**
**FOR THE PERIOD NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (the "*Monthly Compensation Order*"), Mercer (US) Inc. ("*Mercer*") hereby submits its Fourth Quarterly Fee Application Request (the "*Request*") for the period November 1, 2009 through and including January 31, 2010 (the "*Application Period*")[2].

Mercer seeks approval for the following fee applications that were filed in the Application Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Exhibits A through D attached to the *Fourth Interim Application of Mercer As Compensation Specialist to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of November 1, 2009 Through January 31, 2010* contain detailed listing of Mercer's requested fees and expenses for the Application Period.

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/25/2010 | 11/1/09 – 1/31/2010 | $38,113.42 | $4,844.55 | Pending | Pending | Pending | Pending |
| **TOTAL** | | $38,113.42 | $4,844.55 | **Pending** | **Pending** | **Pending** | **Pending** |

In accordance with the Monthly Compensation Order, Mercer seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Mercer respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Mercer such other and further relief as is just and proper.

Dated:  February 25, 2010            **MERCER (US) INC.**

By:     /s/Aaron L. Hammer
One of Its Attorneys

Aaron L. Hammer, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone:  (312) 360-6000
Facsimile:  (312) 360-6995

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

*November 1, 2009 through January 31, 2010*

| Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dempsey, John | Principal (Specialist) | $725.00 | 11.8 | $8,555.00 |
| Donnell, Julie | Analyst | $226.00 | 6.8 | $1,538.16 |
| King, Rene | Principal | $667.00 | 19.5 | $13,006.50 |
| Knieriem, Amy | Principal | $464.00 | 1.3 | $603.20 |
| Mayer, Julie | Researcher | $72.00 | 8.2 | $589.74 |
| Rentsch, Eric | Analyst | $226.00 | 61.1 | $13,820.82 |
| | | **TOTALS** | **108.7** | **$38,113.42** |
| | | | **BLENDED RATE** | **$374.53** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Administrative – Legal | $4,795.65 |
| Meals – Non-Travel (Late Work) | $13.90 |
| Travel - Transportation | $35.00 |
| **TOTAL** | **$4,844.55** |

3