# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
*In re*                                                   :          Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :          Case No. 09-10138 (KG)
:
                Debtors.        :          Jointly Administered
:
:          **Objections due:  March 17, 2010  at 4:00 p.m. (E.T).**
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Thursday, February 25, 2010, I served this *Notice* and *Fourth Quarterly Fee Application Request of Mercer (US) Inc. as Compensation Specialist to the Debtors for the Period of November 1, 2009 through January 31, 2010* by U.S. mail, proper postage prepaid.

/s/ Aaron L. Hammer

Gordon A. Davies
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
*(Debtor)*

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
*(U.S. Trustee)*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
*(Counsel for Official Committee*

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel for Official Committee*
*Of Unsecured Creditors)*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

*Of Unsecured Creditors)*

James L. Bromley, Esq
Cleary Gottlieb Stew & Hamilton LLP,
One Liberty Plaza
New York, New York 10006
*(Counsel to Debtor)*

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899--1347