**EXHIBIT "A"**

```
In re:                                              | Chapter 11
                                                    |
NORTEL NETWORKS INC., et al.,                       | Case No. 09-10138 (KG)
                                                    |
                    Debtors.                        | Jointly Administered
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ACCESSIBLE SYSTEMS
          3011 GROTTO WALK
          ELLICOTT CITY, MD 21042

Please note that your claim # 213 in the above referenced case and in the amount of $20,803.35 has been transferred **(unless previously expunged by court order)** to:

    ASM CAPITAL, L.P.
    TRANSFEROR: ACCESSIBLE SYSTEMS
    ATTN: ADAM MOSKOWITZ
    7600 JERICHO TURNPIKE, SUITE 302
    WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2355 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/23/2010                        David D. Bird, Clerk of Court

                                        /s/ Steven Indelicato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 23, 2010.