**EXHIBIT "B"**

```
TIME: 16:48:47                                                NORTEL NETWORKS INC.
DATE: 02/23/10                                                  CREDITOR LISTING                                                PAGE:     1
```

| Name | Address |
|---|---|
| ACCESSIBLE SYSTEMS | 3011 GROTTO WALK ELLICOTT CITY MD 21042 |
| AMERICAN FURUKAWA, INC. | ATTN: DAVID NOBLE 47677 GALLEON DRIVE PLYMOUTH MI 48170 |
| ASM CAPITAL, L.P. | TRANSFEROR: KEYTECH USA, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ATLANTA SYMPHONY ORCHESTRA | 1280 PEACHTREE ST NE ATLANTA GA 30309-3502 |
| CALIFORNIA SOFTWARE LABORATORIES | 39465 PASEO PADRE PKWY SUITE 2900 FREMONT CA 94538 |
| DIGITAL LIGHTWAVE | 5775 RIO VISTA DRIVE CLEARWATER FL 33760-3137 |
| EURODATA | 2574 SHEFFIELD RD OTTAWA ON K1B 3V7 CA |
| GLADECK & ASSOCIATES LLC | 525 W BUTLER PIKE 10 AMBLER PA 19002-5222 |
| KEYTECH USA, INC. | 200 BUTTERFIELD DR STE B1 ASHLAND MA 01721-2060 |
| MACADAMIAN TECHNOLOGIES INC. | 700 INDUSTRIAL AVENUE, SUITE 220 OTTAWA ON K1G 0Y9 CANADA |
| PGT PHOTONICS NORTH AMERICA INC | 75 FIFTH ST NW ATLANTA GA 30308-1019 |
| SASKEN COMMUNICATION | 139/25 AMARJYOTHI LAYOUT BANGALORE KA 560071 INDIA |
| TELOGY, LLC | 3200 WHIPPLE ROAD UNION CITY CA 94587 |
| TELRAD NETWORKS LTD | 1, BAT SHEVA STREET P.O. BOX 228 LOD  71100 ISRAEL |

Total Number of Records Printed        14

EPIQ BANKRUPTCY SOLUTIONS, LLC