**EXHIBIT "C"**

```
TIME: 14:47:09                                        NORTEL NETWORKS INC.
DATE: 02/24/10                                          CREDITOR LISTING                                                    PAGE:       1
```

| Name | Address |
|---|---|
| ARGO PARTNERS | TRANSFEROR: ATLANTA SYMPHONY ORCHESTRA 12 WEST 37TH ST, 9TH FLOOR NEW YORK NY 10018 |
| ASM CAPITAL III, L.P. | TRANSFEROR: AMERICAN FURUKAWA, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CALIFORNIA SOFTWARE LABORATO 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACCESSIBLE SYSTEMS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: AMERICAN FURUKAWA, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: DIGITAL LIGHTWAVE ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: EURODATA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: GLADECK & ASSOCIATES LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: KEYTECH USA, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: TELOGY, LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: PGT PHOTONICS NORTH AMERICA ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: SASKEN COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| KEYTECH USA, INC. | 200 BUTTERFIELD DR STE B1 ASHLAND MA 01721-2060 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MACADAMIAN TECHNOLOGIES INC. 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: TELRAD NETWORKS LTD 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed          15

EPIQ BANKRUPTCY SOLUTIONS, LLC