IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
-----------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 2527]

PLEASE TAKE NOTICE that on February 25, 2010, copies of the **Notice Of Cancellation Of Auction** (D.I. 2527) were served in the manner indicated upon the entities identified below and on the attached service list.

### VIA HAND DELIVERY

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
Carl D. Neff, Esq.
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Deborah Miller, Esq.
Lesley Kothe, Esq.
Oracle USA, Inc.
500 Oracle Parkway
Redwood City, CA 94065

Jonathan W. Young, Esq.
Mary Olson, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229

Thomas Moers Mayer, Esq.
Neil R. Tucker, Esq.
Gregory G. Plotko, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New Yourk, NY 10036

GENBAND Inc.
3605 E. Plano Pkwy., Suite 100
Plano, TX 75074
Attn: General Counsel

Dated: February 25, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3412365.1