## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, et al[1], | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: March 17, 2010 @ 4:00 p.m. |

**EIGHTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 20, 2009 *nunc pro tunc* January 14, 2009** |
| Period for which compensation and/or reimbursement is sought: | **November 1, 2009 through November 30, 2009** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$5,791,000.00** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$27,490.70** |
| Total Compensation and Expense Reimbursement Requested: | **$5,818,490.70** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$5,818,490.70** |

This is a:  __X__ monthly  ____ interim  ____ final application

The total time expended for fee application preparation was approximately 7.0 hours.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Nortel Allsystems Inc. (9769), Nortel Allsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions which are available at http://chapter11.epiqsystems.com/nortel).

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 06/25/09 | 01/14/09-04/30/09 | $895,161.29 | $75,312.95 | $895,161.29 | $75,312.95 |
| 08/20/09 | 05/01/09-05/31/09 | 250,000.00 | 60,669.79 | 250,000.00 | 60,669.79 |
| 09/10/09 | 06/01/09-06/30/09 | 250,000.00 | 31,046.62 | 250,000.00 | 31,046.62 |
| 09/10/09 | 07/01/09-07/31/09 | 250,000.00 | 36,161.19 | 250,000.00 | 36,161.19 |
| 10/16/09 | 08/01/09-08/31/09 | 250,000.00 | 27,706.80 | 250,000.00 | 27,706.80 |
| 11/24/09 | 09/01/09-09/30/09 | 250,000.00 | 48,753.05 | 250,000.00 | 48,753.05 |
| 11/24/09 | 10/01/09-10/31/09 | 250,000.00 | 29,864.77 | 250,000.00 | 29,864.77 |
| Current | 11/01/09-11/30/09 | 5,791,000.00 | 27,490.70 | 0.00 | 0.00 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, et al1., | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: March 17, 2010 @ 4:00 p.m. |

**EIGHTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL
ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker and Financial Advisor

to Nortel Networks, Inc.("Nortel"), and certain of its subsidiaries and affiliates (collectively, the

'Debtors") hereby submits its Second Monthly Fee Application (the "Application") pursuant to

sections 331 of title 11 of the United States Code (the "Bankruptcy Code) and Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2016-1 of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules") for an allowance of compensation for professional services

rendered and for reimbursement of actual and necessary expenses incurred in connection with

such services from November 1, 2009 through and including November 30, 2009 (the

"Compensation Period") as set forth in their engagement letter (the "Engagement Letter"),

attached hereto as **Exhibit A**.  Pursuant to the Administrative Order of this Court dated February

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Nortel Allsystems Inc. (9769), Nortel Allsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CorTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions which are available at http://chapter11.epiqsystems.com/nortel).

4, 2009 [Docket No. 128] approving procedures for interim compensation and reimbursement of professionals, Lazard seeks interim allowance in aggregate amount of **$5,818,490.70** for financial advisory services provided to the debtors.   In support of this Application, Lazard respectfully represents as follows:

### JURISDICTION

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157 (b) (2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.    On January 14, 2009 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.  Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

3.    This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated February 4, 2009 (the "Administrative Order").

4.    On March 20, 2009, this Court entered certain Order Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the retention and employment of Lazard Freres & Co. LLC as financial advisor and investment banker to the Debtors nunc pro tunc to the petition date.(the "Retention Order"), attached hereto as **Exhibit B.**

5.    On or around July 25, 2009 a formal auction of Nortel's CDMA business and LTE Access assets ("CDMA Assets") was held.  The Debtors, with Lazard's assistance, reached the Final Auction Offer with Telefonaktiebolaget LM Ericsson ("Ericsson") for a purchase price of $1,130,000,000 in cash, plus other non-cash considerations.  On or about July 28, 2009, the Court approved the Final Auction Offer received from Ericsson for the purchase of substantially all of Nortel's CDMA Assets.

## COMPENSATION REQUEST

6.    In accordance with Schedule I of the Engagement Letter attached hereto as **Exhibit A**, Lazard is seeking a Sale Transaction Fee of $5,541,000 for the sale of the CDMA Assets.  This transaction fee is calculated below and based on an aggregate consideration of $1,119,000,000.

| CDMA ASSETS | | | Aggregate Consideration | $1,119 |
|---|---|---|---|---|
| TRANSACTION FEES | | | | |
| AGGREGATE | SCHEDULE | INCREMENT | FEE (%) | FEE ($) |
| $25 | $25 | $25 | 2.50% | $0.625 |
| 50 | 25 | 25 | 2.20% | 0.550 |
| 100 | 50 | 50 | 1.75% | 0.875 |
| 200 | 100 | 100 | 1.30% | 1.300 |
| 300 | 100 | 100 | 1.10% | 1.100 |
| 400 | 100 | 100 | 1.00% | 1.000 |
| 500 | 100 | 100 | 0.90% | 0.900 |
| 600 | 100 | 100 | 0.86% | 0.860 |
| 700 | 100 | 100 | 0.82% | 0.820 |
| 800 | 100 | 100 | 0.78% | 0.780 |
| 900 | 100 | 100 | 0.74% | 0.740 |
| 1,119 | remainder | 219 | 0.70% | 1.533 |
| TOTAL FEE | | $1,119 | | $11.083 |
| | | | 50% Discount | |
| LAZARD TRANSACTION FEE | | | | $5.5415 |

The Sale Transaction Fee is calculated by breaking down the Aggregate Consideration into smaller increments as stipulated in the table and multiplying each increment by the corresponding incremental fee. For example, for a transaction in which the Aggregate Consideration paid is $260 million, the fee would be 2.50% of the first $25 million, 2.20% of the next $25 million, 1.75% of the next $50 million, 1.30% of the next $100 million, and then 1.10% of the final $60 million (for a total fee of $4.01 million). In accordance with section 3(d)(A) of the Engagement Letter, the Lazard Sale Transaction Fee equals 50% of the total fee calculated in Schedule I.

7.   Therefore, Lazard seeks allowance of compensation for professional services rendered to the Debtor during the Compensation Period in the aggregate amount $250,000.00 plus $5,541,000 for the Sale Transaction Fee indicated in section 5 of this Monthly Statement, pursuant to section 2(d)(B) of its Engagement Letter and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $27,490.70, for a total award $5,818,490.70 (the "Total Compensation Amount").

8.   For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

9.   The Managing Directors, Vice Presidents, Associates and Analysts of Lazard who have rendered professional services during the Compensation Period in these cases are as follows: Terry Savage (Managing Director); Michael Murray (Managing Director); David

Descoteaux (Managing Director); Cyrus Kapadia (Managing Director); Matthew Hart (Vice President); Aldo Polak (Vice President); Ian Mombru (Vice President); Colin Keenan (Associate); Greg Healey (Associate); Justin Lux (Analyst); Nicholas Page (Analyst); Paz Eshel (Analyst); Edouard Gueyffier (Analyst); Matthew Carey (Analyst) and Justin Lux (Analyst).

10.    During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 8. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

11.    A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

a) Assistance with General Bankruptcy:  Lazard professionals have participated in weekly planning sessions and other periodic meetings with the Debtor and its legal counsel concerning process and strategy issues related to the bankruptcy.

b) Meetings/Calls with Company Management - Lazard professionals have participated in calls and meetings with Company management to discuss the Chapter 11 process and strategy.  Lazard also participated in calls and meetings with the management team to assist in the preparation and review the Company's presentations prior to distribution to the various Creditor financial and legal advisors.

c) Various M&A Processes:  Lazard professionals conducted full-scale M&A processes for various Debtor assets and entities that included the preparation of informational memoranda, multiple rounds of bidding, detailed due diligence and site visits as well as negotiations with potential buyers. This process required Lazard professionals to respond to a host of calls and inquiries from various potential buyers and creditors.

d) Sale of CDMA Assets:  The sale of the Debtor's assets produced significantly greater value than initially expected for the Debtor and its creditors, due in part to Lazard's efforts to spur buyer interest throughout the sale process.  In particular, Lazard created a bidding dynamic that resulted in a final sale price for the CDMA business that was significantly higher than expected and thereby contributed substantial value to the Debtor's estate.

i) *Preparation of the Buyer's Contact List* - Lazard compiled a comprehensive contact list of potential buyers consisting of both strategic and financial parties. Lazard contacted potential financial and strategic buyers and signed confidentiality agreements.

ii) *Management of Sales Process* - Lazard assisted the Debtors in conducting a comprehensive M&A sale process for the CDMA process including the following: (1) contacted and solicited interest from potential buyers, (2) distributed confidentiality agreements and Offering Memorandums to interested parties, (3) provided answers to due diligence related questions and participated in conference calls with management as required, (4) requested indications of interest to be submitted by a certain date, (5) received and analyzed indications of interest submitted by interested buyers, (6) contacted interested parties which were selected to proceed to the next phase of the sale process, (7) assisted management with the preparation and presentation of the formal management presentation to interested parties, (8) assisted buyers in completing their due diligence, (9) notified interested parties of the requirement for submission of final offers and (10) received and analyzed offers received from interested parties, and (11) assisted in the negotiation of terms.

iii) *Valuation of Offers* - Lazard prepared certain valuation analyses related to offers for the CDMA business and presented these findings to various parties including the Debtors' management, the Board of Directors, the Unsecured Creditors' Committee, the Secured Lenders, and the Court.

iv) *Court Testimony* - Lazard provided testimony before this Court on several occasions with respect to (i) the bidding procedures, (ii) the value of the transaction, and (iii) the auction process with respect to the CDMA business.

e) <u>Preparation and Participation in Meetings with Creditors</u>: Lazard prepared, reviewed, advised and assisted in the preparation of various presentation materials for each of the Debtor's creditor constituents. In addition, Lazard has engaged in nearly daily conversations with the various creditor advisors.

## CONCLUSION

12. It is respectfully submitted that the amount requested by Lazard is fair and

reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c)

the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

13.    No agreement or understanding exists between Lazard and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases

14.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $5,818,490.70.

|  |  |
|---|---|
| Total Amount of Compensation Requested: | **$5,818,490.70** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$5,818,490.70** |

Dated:      February __, 2010
              New York, New York

LAZARD FRÈRES & CO. LLC

_____
Frank A. (Terry) Savage
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors