# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
November 1, 2009 - November 30, 2009
Summary of Services Rendered by Project

| Project # | Project Description | Nov |
|---|---|---|
| 1 | Interface with Company Personnel | 37.8 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 85.5 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 980.5 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 1.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **1,105.2** |

Summary of Services Rendered by Professional

| Name | Nov |
|---|---|
| Terry Savage, Managing Director | 40.9 |
| Michael Murray, Managing Director | 158.8 |
| David Descoteaux, Managing Director | 117.6 |
| Cyrus Kapadia, Managing Director | 11.0 |
| Matthew Hart, Vice President | 35.0 |
| Aldo Polak, Vice President | 42.3 |
| Ian Mombru, Vice President | 179.0 |
| Colin Keenan, Associate | 11.0 |
| Greg Healey, Associate | 191.0 |
| Nicholas Page, Analyst | 92.0 |
| Paz Eshel, Analyst | 121.9 |
| Edouard Gueyffier, Analyst | 2.5 |
| Matthew Carey, Analyst | 95.3 |
| Justin Lux, Analyst | 7.0 |
| **TOTAL** | **1,105.2** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Advisors call | 1.2 | 2 |
| 11/02/09 | Call with Pavi Binning re: M&A | 0.5 | 1 |
| 11/02/09 | M&A review with Company and advisors | 1.0 | 8 |
| 11/03/09 | Call with Jim Bromley re: legal | 0.6 | 2 |
| 11/03/09 | Call Mike Murray re: MEN | 0.5 | 2 |
| 11/04/09 | Call with Pavi Binning re: MEN | 0.4 | 1 |
| 11/04/09 | Internal meeting re: M&A | 0.6 | 8 |
| 11/05/09 | M&A call with Company and advisors | 1.4 | 2 |
| 11/06/09 | Call with Jim Bromley re: legal | 0.4 | 2 |
| 11/07/09 | Call with advisors and management re: M&A (Snow) | 1.3 | 2 |
| 11/08/09 | Call re: MEN | 1.5 | 2 |
| 11/08/09 | Call re: MEN Auction | 1.2 | 2 |
| 11/08/09 | Call re: MEN bids | 0.6 | 2 |
| 11/09/09 | Advisor call | 1.1 | 2 |
| 11/09/09 | M&A review meeting | 0.8 | 8 |
| 11/09/09 | Call re: MEN bids | 1.2 | 2 |
| 11/10/09 | Call with Jim Bromley re: legal | 0.6 | 2 |
| 11/11/09 | Nortel Board meeting | 2.1 | 1 |
| 11/12/09 | M&A call with advisors & management | 1.0 | 8 |
| 11/13/09 | Nortel Board call | 1.2 | 1 |
| 11/16/09 | M&A call with Management | 0.8 | 1 |
| 11/16/09 | Advisors call | 1.1 | 2 |
| 11/17/09 | Call with Pavi Binning re: M&A | 0.4 | 1 |
| 11/17/09 | Call with Murray McDonald re: Canadian Funding issues | 0.6 | 8 |
| 11/18/09 | Internal call re: M&A | 0.8 | 8 |
| 11/18/09 | Call with Jim Bromley re: legal | 0.4 | 2 |
| 11/19/09 | Nortel Board Meeting | 2.0 | 1 |
| 11/19/09 | Internal call re: M&A | 0.6 | 8 |
| 11/20/09 | Various discussions with advisors re: MEN auction | 2.2 | 2 |
| 11/21/09 | Various discussions with advisors re: MEN auction | 2.2 | 2 |
| 11/22/09 | Various discussions with advisors re: MEN auction | 2.0 | 2 |
| 11/23/09 | Nortel Board call | 1.4 | 1 |
| 11/23/09 | Call re: MEN Bidder | 1.0 | 8 |
| 11/23/09 | Advisor call | 0.9 | 8 |
| 11/24/09 | Internal call re: M&A | 0.5 | 8 |
| 11/24/09 | Call with Jim Bromley re various legal issues | 0.7 | 2 |
| 11/25/09 | Call with Pavi Binning re: M&A | 0.4 | 8 |
| 11/25/09 | Internal call re: M&A | 0.6 | 8 |
| 11/29/09 | M&A review with Management & Advisors re: MEN | 1.2 | 8 |
| 11/30/09 | Advisors call | 1.1 | 2 |
| 11/30/09 | Call with Jim Bromley re: MEN | 0.8 | 2 |
| | **NOVEMBER TOTALS** | 40.9 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/01/09 | Mgmt prep, general process, calls, e-mails | 1.5 | 8 |
| 11/02/09 | Mgmt prep, general process, calls | 8.0 | 8 |
| 11/03/09 | Mgmt prep, general process, calls, e-mails | 6.0 | 8 |
| 11/04/09 | Travel, air and ground transport | 3.8 | 8 |
| 11/04/09 | Mgmt prep, general process, meetings, calls | 10.0 | 8 |
| 11/05/09 | Mgmt prep, general process, update calls, meetings | 5.0 | 8 |
| 11/05/09 | Travel, air and ground transport | 3.5 | 8 |
| 11/06/09 | Mgmt prep, general process, calls, meetings | 5.0 | 8 |
| 11/07/09 | Calls | 2.0 | 8 |
| 11/09/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 11/10/09 | Mgmt prep, general process, meeting, calls | 7.0 | 8 |
| 11/11/09 | Calls, General prep, correspondence | 4.0 | 8 |
| 11/12/09 | M&A Call, Calls, General prep | 4.0 | 8 |
| 11/13/09 | Mgmt prep, general process, calls | 5.0 | 8 |
| 11/14/09 | Mgmt prep, general process, calls | 2.0 | 8 |
| 11/15/09 | Mgmt prep, general process, calls | 2.0 | 8 |
| 11/16/09 | Mgmt prep, general process, calls, e-mails | 5.0 | 8 |
| 11/17/09 | Mgmt prep, general process, calls, e-mails | 5.0 | 8 |
| 11/18/09 | Mgmt prep, general process, calls, e-mails | 5.0 | 8 |
| 11/19/09 | Mgmt prep, general process, calls, e-mails | 5.0 | 8 |
| 11/20/09 | Mgmt prep, general process, calls, meetings (NYC) | 15.0 | 8 |
| 11/21/09 | Mgmt prep, general process, calls, meetings (NYC) | 12.0 | 8 |
| 11/22/09 | Mgmt prep, general process, calls, meetings (NYC) | 15.0 | 8 |
| 11/23/09 | Travel, air and ground transport | 3 | 8 |
| 11/23/09 | Mgmt prep, general process, calls | 4.0 | 8 |
| 11/24/09 | Mgmt prep, general process, calls | 6.0 | 8 |
| 11/25/09 | Calls, General prep, correspondence | 3.0 | 8 |
| 11/27/09 | Calls, General prep, correspondence | 2.0 | 8 |
| 11/28/09 | Calls, General prep, correspondence | 1.0 | 8 |
| 11/29/09 | Call | 1.0 | 8 |
| 11/30/09 | Mgmt prep, general process, calls, e-mails | 4.0 | 8 |

**NOVEMBER HOURS**     **158.8**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Advisors Call | 0.5 | 2 |
| 11/02/09 | CRO interviews/mgmt prep calls | 7.0 | 1 |
| 11/02/09 | NNC NNL Board of Directors Meeting | 2.0 | 1 |
| 11/03/09 | Nortel allocation protocol meeting | 6.0 | 2 |
| 11/03/09 | Equinox Checkpoint | 0.8 | 8 |
| 11/03/09 | Weekly Call | 0.5 | 2 |
| 11/04/09 | mgmt prep, general process, update calls | 5.0 | 8 |
| 11/05/09 | mgmt prep, general process, update calls | 2.0 | 8 |
| 11/06/09 | CDN Funding | 5.5 | 8 |
| 11/09/09 | Advisors Call | 1.0 | 2 |
| 11/10/09 | mgmt prep, general process, update calls | 7.0 | 8 |
| 11/10/09 | Equinox Checkpoint | 0.5 | 8 |
| 11/10/09 | Weekly Call | 1.0 | 2 |
| 11/12/09 | M&A Call, calls, general prep | 5.0 | 8 |
| 11/13/09 | mgmt prep, general process, update calls | 3.0 | 2 |
| 11/13/09 | Joint NNC NNL Board Meeting | 1.5 | 1 |
| 11/16/09 | Advisors Call | 0.8 | 2 |
| 11/17/09 | Equinox Checkpoint | 0.5 | 8 |
| 11/17/09 | Joint NNC NNL Board Meeting | 2.0 | 1 |
| 11/17/09 | Weekly Call | 1.0 | 2 |
| 11/19/09 | Joint NNC NNL Board Meeting | 1.5 | 1 |
| 11/20/09 | Auction MEN | 15.0 | 8 |
| 11/21/09 | Auction MEN | 12.0 | 8 |
| 11/22/09 | Auction MEN | 15.0 | 8 |
| 11/24/09 | Auction ISIS | 9.0 | 8 |
| 11/25/09 | calls, general prep, correspondence | 2.5 | 8 |
| 11/26/09 | calls, general prep, correspondence | 2.5 | 8 |
| 11/27/09 | calls, general prep, correspondence | 2.5 | 8 |
| 11/29/09 | Nortel MEN Call | 1.3 | 8 |
| 11/29/09 | Advisors Call | 2.0 | 2 |
| 11/30/09 | Advisors Call | 1.0 | 2 |
| 11/30/09 | Call re: MEN | 0.8 | 2 |
| **NOVEMBER HOURS** | | **117.6** | |

...

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Cyrus Kapadia - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/16/09 | Review of binding bids | 1.0 | 8 |
| 11/17/09 | Review of binding bids. Meetings / calls with qualified bidders | 1.0 | 8 |
| 11/18/09 | Meetings / calls with qualified bidders / review of documentation | 1.0 | 8 |
| 11/19/09 | Meetings / calls with qualified bidders / review of documentation | 1.0 | 8 |
| 11/20/09 | Meetings / calls with qualified bidders / review of documentation | 1.0 | 8 |
| 11/21/09 | Preparation for auction, meetings / calls with qualified bidders | 1.0 | 8 |
| 11/22/09 | Preparation for auction, meetings / calls with qualified bidders | 1.0 | 8 |
| 11/23/09 | Preparation for auction, meetings / calls with qualified bidders | 1.0 | 8 |
| 11/24/09 | Internal Calls / Discussions | 1.0 | 8 |
| 11/27/09 | Debrief | 2.0 | 8 |
| | **NOVEMBER HOURS** | **11.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/2/09 | Meeting to interview NNI officer candidates, inc. travel time | 13.0 | 1 |
| 11/2/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/2/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/3/09 | Call w/all parties re. allocation protocol | 1.0 | 2 |
| 11/3/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/4/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/6/09 | Meeting w/all parties re. intercompany funding | 5.5 | 2 |
| 11/9/09 | Call w/mgmt and Cleary re. Project Snow | 1.0 | 8 |
| 11/9/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/9/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/10/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/11/09 | Board of Directors call | 1.0 | 1 |
| 11/11/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/13/09 | Board of Directors call | 1.0 | 1 |
| 11/16/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/16/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/17/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/18/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/23/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/23/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/24/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 11/25/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| 11/30/09 | Twice-weekly M&A updates for management w/Cleary Gottlieb | 0.5 | 8 |
| | **NOVEMBER HOURS** | 35.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Aldo J. Polak - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/02/09 | Weekly advisors call | 1.0 | 2 |
| 11/02/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.5 | 2 |
| 11/03/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 0.5 | 2 |
| 11/04/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/04/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.0 | 2 |
| 11/05/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.5 | 2 |
| 11/09/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/09/09 | Weekly advisors call | 1.0 | 2 |
| 11/10/09 | Division - update call w/management and advisors | 1.5 | 2 |
| 11/11/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.3 | 2 |
| 11/11/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/16/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/16/09 | Weekly advisors call | 1.0 | 2 |
| 11/16/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.0 | 2 |
| 11/16/09 | Division - review of bid documents and discussion calls w/management and advisors | 4.5 | 8 |
| 11/17/09 | Division - review of bid documents and discussion calls w/management and advisors | 2.5 | 8 |
| 11/17/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 0.5 | 2 |
| 11/18/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/18/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.0 | 2 |
| 11/20/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 6.3 | 2 |
| 11/21/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 1.5 | 2 |
| 11/23/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/23/09 | Weekly advisors call | 1.0 | 2 |
| 11/23/09 | Division - activitites related to due diligence by PBGC advisors (coordination, calls, meetings) | 0.8 | 2 |
| 11/23/09 | Division - status call w/management, advisors and creditor advisors | 1.0 | 8 |
| 11/24/09 | Division - update call w/management and advisors | 1.0 | 2 |
| 11/24/09 | Division - auction | 6.5 | 8 |
| 11/25/09 | M&A update call w/management and counsel | 0.5 | 8 |
| 11/30/09 | M&A update call w/management and counsel | 0.5 | 8 |
| **NOVEMBER HOURS** | | **42.3** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Ian Mombru - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Project planning calls | 1.0 | 8 |
| 11/03/09 | Review EDR materials | 2.0 | 8 |
| 11/04/09 | Call with new bidder. Auction process calls | 3.0 | 8 |
| 11/05/09 | Project planning calls | 1.0 | 8 |
| 11/06/09 | Auction process calls | 2.0 | 8 |
| 11/09/09 | Project planning calls | 2.0 | 8 |
| 11/10/09 | Meeting with consortium bidders / preparation of materials | 12.0 | 8 |
| 11/11/09 | Follow up calls with consortium bidders | 2.0 | 8 |
| 11/12/09 | Pre bid deadline preparation | 3.0 | 8 |
| 11/13/09 | Meeting / dinner with new bidder | 6.0 | 8 |
| 11/16/09 | Review of binding bids | 15.0 | 8 |
| 11/17/09 | Review of binding bids. Meetings / calls with qualified bidders | 16.0 | 8 |
| 11/18/09 | Meetings / calls with qualified bidders / review of documentation | 15.0 | 8 |
| 11/19/09 | Meetings / calls with qualified bidders / review of documentation | 14.0 | 8 |
| 11/20/09 | Meetings / calls with qualified bidders / review of documentation | 15.0 | 8 |
| 11/21/09 | Preparation for auction, meetings / calls with qualified bidders | 12.0 | 8 |
| 11/22/09 | Preparation for auction, meetings / calls with qualified bidders | 13.0 | 8 |
| 11/23/09 | Preparation for auction, meetings / calls with qualified bidders | 16.0 | 8 |
| 11/24/09 | Attend auction, follow up calls with bidders, debrief with project team | 10.0 | 8 |
| 11/25/09 | Follow up meetings with project team | 10.0 | 8 |
| 11/27/09 | Planning calls with project team, development of completion timetable | 9.0 | 8 |
| **NOVEMBER HOURS** | | **179.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/2/09 | M&A updates w/ CGSH | 0.5 | 8 |
| 11/3/09 | Allocation protocol discussion | 1.0 | 2 |
| 11/3/09 | IP Call | 1.0 | 2 |
| 11/4/09 | M&A updates w/ CGSH | 0.5 | 8 |
| 11/9/09 | Call re Snow | 1.0 | 8 |
| 11/9/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/10/09 | IP Call | 1.0 | 2 |
| 11/16/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/17/09 | IP Call | 1.0 | 2 |
| 11/23/09 | M&A updates w/ CGSH | 0.5 | 8 |
| 11/23/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 11/24/09 | IP Call | 1.0 | 2 |
| 11/25/09 | M&A updates w/ CGSH | 0.5 | 8 |
| | **NOVEMBER HOURS** | 11.0 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Project planning calls | 3.0 | 8 |
| 11/03/09 | Project planning calls | 4.0 | 8 |
| 11/04/09 | Project planning calls | 5.0 | 8 |
| 11/05/09 | Project planning calls | 4.0 | 8 |
| 11/06/09 | Auction process calls | 6.0 | 8 |
| 11/09/09 | Auction process calls | 2.0 | 8 |
| 11/10/09 | Meeting with consortium bidders / preparation of materials | 12.0 | 8 |
| 11/11/09 | Call with bidders | 5.0 | 8 |
| 11/12/09 | Pre bid deadline preparation | 3.0 | 8 |
| 11/13/09 | Meeting / dinner with new bidder | 6.0 | 8 |
| 11/16/09 | Review / negotiation of bids in NY | 16.0 | 8 |
| 11/17/09 | Review / negotiation of bids in NY | 14.0 | 8 |
| 11/18/09 | Review / negotiation of bids in NY | 12.0 | 8 |
| 11/19/09 | Review / negotiation of bids in NY | 14.0 | 8 |
| 11/20/09 | Review / negotiation of bids in NY | 15.0 | 8 |
| 11/21/09 | Review / negotiation of bids in NY | 15.0 | 8 |
| 11/22/09 | Review / negotiation of bids in NY | 14.0 | 8 |
| 11/23/09 | Review / negotiation of bids in NY | 16.0 | 8 |
| 11/24/09 | Review / negotiation of bids in NY | 14.0 | 8 |
| 11/25/09 | Review / negotiation of bids in NY | 7.0 | 8 |
| 11/26/09 | na | 0.0 | 8 |
| 11/27/09 | Planning calls with project team, development of completion timetable | 3.0 | 8 |
| 11/28/09 | na | 0.0 | 8 |
| 11/29/09 | na | 0.0 | 8 |
| 11/30/09 | Planning calls with project team, development of completion timetable | 1.0 | 8 |
| **NOVEMBER HOURS** | | **191.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | EDR Administration / Process & Bidder Calls | 5.0 | 8 |
| 11/03/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 7.0 | 8 |
| 11/04/09 | EDR Administration / Bidder Calls / Process Calls | 6.0 | 8 |
| 11/05/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 6.0 | 8 |
| 11/06/09 | EDR Administration / Bidder Calls / Process Calls / Bidder Q&A | 10.0 | 8 |
| 11/08/09 | EDR Administration / Bidder Calls | 3.0 | 8 |
| 11/09/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 5.0 | 8 |
| 11/10/09 | Bidder Meetings / EDR Administration / Process & Logistics Work / Bidder Q&A | 9.0 | 8 |
| 11/11/09 | EDR Administration / Bidder Calls / Process Calls | 6.0 | 8 |
| 11/12/09 | EDR Administration / Bidder Calls / Process Calls | 6.0 | 8 |
| 11/13/09 | EDR Administration / Bidder Calls | 6.0 | 8 |
| 11/16/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 5.0 | 8 |
| 11/17/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 5.0 | 8 |
| 11/18/09 | EDR Administration / Process & Logistics Work / Bidder Q&A | 4.0 | 8 |
| 11/19/09 | Process Work | 1.0 | 8 |
| 11/20/09 | Process Work | 1.0 | 8 |
| 11/21/09 | Process Work / EDR Administration | 2.0 | 8 |
| 11/23/09 | Process Work / EDR Administration | 2.0 | 8 |
| 11/24/09 | Process Work | 1.0 | 8 |
| 11/25/09 | Process Work | 1.0 | 8 |
| 11/27/09 | Process Work | 1.0 | 8 |
| **NOVEMBER HOURS** | | **92.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Paz Eshel - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/2/2009 | Logistics | 1.8 | 8 |
| 11/3/2009 | Logistics | 2.5 | 8 |
| 11/4/2009 | Diligence Calls with Interested Parties | 0.5 | 8 |
| 11/4/2009 | Logistics | 1.6 | 8 |
| 11/5/2009 | Diligence Calls with Interested Parties | 2.0 | 8 |
| 11/5/2009 | Logistics | 0.7 | 8 |
| 11/6/2009 | Diligence Calls with Interested Parties | 0.5 | 8 |
| 11/6/2009 | Logistics | 1.1 | 8 |
| 11/6/2009 | Analysis | 6.5 | 8 |
| 11/7/2009 | Logistics | 1.3 | 8 |
| 11/7/2009 | Analysis | 6.2 | 8 |
| 11/8/2009 | Logistics / Analysis | 2.0 | 8 |
| 11/9/2009 | Logistics | 1.3 | 8 |
| 11/9/2009 | Analysis | 0.7 | 8 |
| 11/9/2009 | Diligence Calls with Interested Parties | 0.5 | 8 |
| 11/10/2009 | Analysis | 1.3 | 8 |
| 11/13/2009 | Logistics | 2.1 | 8 |
| 11/14/2009 | Logistics | 3.1 | 8 |
| 11/16/2009 | Analysis | 6.9 | 8 |
| 11/17/2009 | Analysis | 8.8 | 8 |
| 11/18/2009 | Analysis | 11.4 | 8 |
| 11/19/2009 | Analysis | 12.6 | 8 |
| 11/20/2009 | Snow Auction | 18.5 | 8 |
| 11/21/2009 | Snow Auction | 16.0 | 8 |
| 11/22/2009 | Snow Auction | 12.0 | 8 |
| **NOVEMBER HOURS** | | 121.9 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Update IP Log | 0.5 | 8 |
| 11/09/09 | Update IP Log | 0.5 | 8 |
| 11/16/09 | Update IP Log | 0.5 | 8 |
| 11/23/09 | Update IP Log | 0.5 | 8 |
| 11/30/09 | Update IP Log | 0.5 | 8 |
| | **NOVEMBER HOURS** | **2.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/02/09 | Due Diligence Call | 6.0 | 8 |
| 11/02/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/03/09 | Internal Call | 1.0 | 8 |
| 11/03/09 | Due Diligence Call | 2.0 | 8 |
| 11/03/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/04/09 | Due Diligence Call | 1.0 | 8 |
| 11/04/09 | Due Diligence Call | 1.0 | 8 |
| 11/04/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/05/09 | Due Diligence Call | 1.0 | 8 |
| 11/05/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/06/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/09/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/10/09 | Internal Call | 0.5 | 8 |
| 11/10/09 | Internal Call | 0.5 | 8 |
| 11/10/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/11/09 | Due Diligence Call | 1.0 | 8 |
| 11/11/09 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 11/12/09 | Due Diligence Call | 1.0 | 8 |
| 11/12/09 | Travel | 3.0 | 8 |
| 11/12/09 | Meeting Scheduling, Due Diligence Coordination | 1.3 | 8 |
| 11/13/09 | Travel and Face-to-Face Meeting | 9.0 | 8 |
| 11/13/09 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 11/16/09 | Internal Call | 0.5 | 8 |
| 11/16/09 | Meeting Scheduling, Due Diligence Coordination | 1.5 | 8 |
| 11/17/09 | Travel and Face-to-Face Meeting | 12.0 | 8 |
| 11/17/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/18/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/19/09 | Travel | 2.0 | 8 |
| 11/19/09 | Meeting Scheduling, Due Diligence Coordination | 0.8 | 8 |
| 11/19/09 | Due Diligence Call | 1.0 | 8 |
| 11/20/09 | Face-to-Face Meeting and Travel | 7.0 | 8 |
| 11/20/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/23/09 | Internal Call | 0.5 | 8 |
| 11/23/09 | Due Diligence Call | 1.0 | 8 |
| 11/23/09 | Due Diligence Call | 1.0 | 8 |
| 11/23/09 | Meeting Scheduling, Due Diligence Coordination | 1.5 | 8 |
| 11/24/09 | Due Diligence Call | 1.0 | 8 |
| 11/24/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 11/25/09 | Due Diligence Call | 0.8 | 8 |
| 11/25/09 | Internal Call | 1.5 | 8 |
| 11/25/09 | Due Diligence Call | 1.5 | 8 |
| 11/25/09 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 11/27/09 | Due Diligence Call | 2.0 | 8 |
| 11/27/09 | Meeting Scheduling, Due Diligence Coordination | 1.5 | 8 |
| 11/30/09 | Internal Call | 1.0 | 8 |
| 11/30/09 | Internal Call | 1.0 | 8 |
| 11/30/09 | Internal Call | 1.0 | 8 |
| 11/30/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |

**NOVEMBER HOURS**     95.3

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 11/05/09 | Presentation Materials Prep | 2.0 | 8 |
| 11/06/09 | Debt Pricing Update | 0.5 | 8 |
| 11/07/09 | Presentation Materials Prep | 1.5 | 8 |
| 11/13/09 | Debt Pricing Update | 0.5 | 8 |
| 11/19/09 | Compiling Lazard Team Hours | 1.0 | 11 |
| 11/20/09 | Debt Pricing Update | 0.5 | 8 |
| 11/24/09 | Compiling Lazard Team Hours | 0.5 | 11 |
| 11/27/09 | Debt Pricing Update | 0.5 | 8 |
| | **NOVEMBER HOURS** | **7.0** | |