# EXHIBIT D

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**November 1, 2009 - November 30, 2009**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: November 1, 2009 - November 30, 2009 | $250,000.00 |
| Sale Transaction Fee: | 5,541,000.00 [1] |
| **TOTAL** | **$5,791,000.00** |

## Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $2,698.13 |
| Electronic Information Service | 350.53 |
| Employee Meals | 416.88 |
| Meals-Meetings/Travel | 340.74 |
| Telephone/Telex/Fax-Usage | 1,754.41 |
| Temporary Wages | 297.70 |
| Travel | 21,632.31 |
| **TOTAL** | **$27,490.70** |

(1) *On or about July 28, 2009, the Court approved the Final Auction Offer received from Ericsson for the purchase of substantially all of Nortel's CDMA Assets.*

(2) *Additional expense detail will be furnished upon request.*

| CDMA ASSETS | | | VALUE | $1,119 |
|---|---|---|---|---|

**TRANSACTION FEES**

($ in millions)

| AGGREGATE | SCHEDULE | INCREMENT | FEE (%) | FEE ($) |
|---|---|---|---|---|
| $25 | $25 | $25 | 2.50% | $0.625 |
| 50 | 25 | 25 | 2.20% | 0.550 |
| 100 | 50 | 50 | 1.75% | 0.875 |
| 200 | 100 | 100 | 1.30% | 1.300 |
| 300 | 100 | 100 | 1.10% | 1.100 |
| 400 | 100 | 100 | 1.00% | 1.000 |
| 500 | 100 | 100 | 0.90% | 0.900 |
| 600 | 100 | 100 | 0.86% | 0.860 |
| 700 | 100 | 100 | 0.82% | 0.820 |
| 800 | 100 | 100 | 0.78% | 0.780 |
| 900 | 100 | 100 | 0.74% | 0.740 |
| 1,119 | remainder | 219 | 0.70% | 1.533 |
| **TOTAL** | | **$1,119** | | **$11.083** |
| | | | | 50% |
| **BILLABLE AMOUNT** | | | | **$5.5415** |

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | **1/1/1900** | | **0.00** |
| **Car Services and Taxis** | | | |
| | 11/5/2009 | Carey-Bos-Taxi home from work 09/16/2009 | 10.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/13/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/17/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/20/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/21/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/22/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/26/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-Taxi home from work 10/27/2009 | 11.00 |
| | 11/18/2009 | Carey-Boston-taxi to work (Saturday) 10/17/2009 | 11.00 |
| | 11/9/2009 | Descoteaux-10/26/09 airport to Nortel meeting / CAREY | 100.00 |
| | 11/9/2009 | Descoteaux-10/27/09 hotel to Nortel Meeting / CAREY | 100.00 |
| | 11/2/2009 | Descoteaux-cab after meeting 09/10/2009 | 9.40 |
| | 11/2/2009 | Descoteaux-cab for meeting-lost receipt 10/07/2009 | 9.40 |
| | 11/2/2009 | Descoteaux-cab to meeting 09/10/2009 | 9.70 |
| | 11/2/2009 | Hart-Car from Airport toNortel,9/23 09/24/2009 | 100.00 |
| | 11/2/2009 | Hart-Car from hotel to Nortel 9/20 09/24/2009 | 46.25 |
| | 11/2/2009 | Hart-Car from Nortel toairport,9/24 09/28/2009 | 100.00 |
| | 11/2/2009 | Hart-Taxi from officetoClearyG,9/30 09/30/2009 | 19.60 |
| | 11/2/2009 | Hart-Taxi fromClearyGto office,9/30 10/01/2009 | 18.30 |
| | 11/2/2009 | Lux-cab from airport 10/10/2009 | 32.72 |
| | 11/2/2009 | Lux-cab to airport 10/08/2009 | 34.95 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/12/2009 | 20.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/13/2009 | 20.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/14/2009 | 21.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/19/2009 | 20.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/22/2009 | 22.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/27/2009 | 20.00 |
| | 11/10/2009 | Mehra-Boston-Taxi home 10/28/2009 | 20.00 |
| | 11/10/2009 | Mehra-Boston-Taxi-airport to home 10/21/2009 | 37.00 |
| | 11/10/2009 | Mehra-Boston-Taxi-airport to home 10/23/2009 | 38.00 |
| | 11/10/2009 | Mehra-Montreal-airport to client 10/20/2009 | 26.00 |
| | 11/10/2009 | Mehra-Montreal-client to airport 10/21/2009 | 21.00 |

LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 11/10/2009 | Mehra-Montreal-client to hotel 10/20/2009 | 40.00 |
| | 11/10/2009 | Mehra-Montreal-hotel to client 10/21/2009 | 22.00 |
| | 11/20/2009 | Mehra-Montreal-taxi to airport 10/21/2009 | 49.19 |
| | 11/10/2009 | Mehra-NYC-Taxi airport to client 10/29/2009 | 50.00 |
| | 11/9/2009 | Mehra-Toronto-taxi -airport-client 09/17/2009 | 58.07 |
| | 11/9/2009 | Mehra-Toronto-taxi -client-airport 09/18/2009 | 60.01 |
| | 11/9/2009 | Murray-07/16/09 CAREY - Charlestown, RI to NYC- Home to meeting | 155.00 |
| | 11/10/2009 | Murray-NYC- hotel to airport 09/14/2009 | 38.70 |
| | 11/10/2009 | Murray-NYC- LGA to meeting 10/07/2009 | 36.80 |
| | 11/10/2009 | Murray-NYC-meetings to hotel 09/13/2009 | 16.90 |
| | 11/10/2009 | Murray-Tor-airport to meeting 09/17/2009 | 52.81 |
| | 11/10/2009 | Murray-TOR-Airport to meetings 10/09/2009 | 33.10 |
| | 11/10/2009 | Murray-Toronto - meeting to hotel 10/05/2009 | 40.37 |
| | 11/18/2009 | Murray-Toronto- Airport to meeting 08/17/2009 | 35.00 |
| | 11/18/2009 | Murray-Toronto- Airport to meeting 08/19/2009 | 60.00 |
| | 11/18/2009 | Murray-Toronto- hotel to airport 08/18/2009 | 60.00 |
| | 11/18/2009 | Murray-Toronto- hotel to Airport 08/20/2009 | 60.00 |
| | 11/18/2009 | Murray-Toronto- Hotel to airport 10/06/2009 | 42.00 |
| | 11/18/2009 | Murray-Toronto- Hotel to airport 11/05/2009 | 65.00 |
| | 11/18/2009 | Murray-Toronto- hotel to dinner 09/17/2009 | 20.00 |
| | 11/18/2009 | Murray-Toronto- hotel to meeting 09/04/2009 | 30.00 |
| | 11/18/2009 | Murray-Toronto- hotel to meeting 09/18/2009 | 30.00 |
| | 11/18/2009 | Murray-Toronto- meeting to airport 09/04/2009 | 60.00 |
| | 11/18/2009 | Murray-Toronto- meeting to airport 09/10/2009 | 55.00 |
| | 11/18/2009 | Murray-Toronto- meeting to airport 09/18/2009 | 55.00 |
| | 11/18/2009 | Murray-Toronto- meeting to hotel 09/17/2009 | 30.00 |
| | 11/18/2009 | Murray-Toronto- Meetings to hotel 11/04/2009 | 65.00 |
| | 11/24/2009 | Polak-Taxi to meeting from office 10/14/2009 | 6.80 |
| | 11/2/2009 | Healey-TAXIS X 3 Trans: GBP 23.00 / Healey, Greg | 37.55 |
| | 11/9/2009 | Page-DAC STAFF OCT 09 Trans: GBP 38.67 / DIAL A CAB O R TS LTD | 63.13 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 30.97 / DIAL A CAB O R TS LTD | 50.56 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 25.58 / DIAL A CAB O R TS LTD | 41.76 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 22.66 / DIAL A CAB O R TS LTD | 36.99 |
| | 11/9/2009 | Mombru-DAC STAFF OCT 09 Trans: GBP 20.02 / DIAL A CAB O R TS LTD | 32.68 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 18.81 / DIAL A CAB O R TS LTD | 30.71 |

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

## ALL EXPENSES

## NYC03833 - Nortel Networks Corp.

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **Car Services and Taxis** | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 18.59 / DIAL A CAB O R TS LTD | | 30.35 |
| | 11/9/2009 | Mombru-DAC STAFF OCT 09 Trans: GBP 17.38 / DIAL A CAB O R TS LTD | | 28.37 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 16.39 / DIAL A CAB O R TS LTD | | 26.76 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 15.18 / DIAL A CAB O R TS LTD | | 24.78 |
| | 11/9/2009 | Healey-DAC STAFF OCT 09 Trans: GBP 14.96 / DIAL A CAB O R TS LTD | | 24.42 |
| | | | Subtotal: | 2,698.13 |
| **Electronic Information Service** | | | | |
| | 11/6/2009 | SDC JUNE 09 USAGE / THOMSON FINANCIAL | | 99.45 |
| | 11/9/2009 | CHARGEBACKS FOR AUG 09 USAGE / 10K WIZARD TECHNOLOGY, LLC | | 249.56 |
| | 11/24/2009 | pacer/lf0527 7/1/09-9/30/09 10/19/2009 | | 1.52 |
| | | | Subtotal: | 350.53 |
| **Employee Meals** | | | | |
| | 11/25/2009 | Arpe-M 03-NOV-2009 Q2 Thai / SEAMLESSWEB PROFESSIONAL | | 22.44 |
| | 11/30/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 10.07 / American Express | | 16.44 |
| | 11/30/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 14.71 / American Express | | 24.01 |
| | 11/30/2009 | Healey-MARKS AND SPENCER PLC, LO Trans: GBP 15.00 / American Express | | 24.49 |
| | 11/30/2009 | Healey-URBANBITE, LONODON Trans: GBP 14.43 / American Express | | 23.56 |
| | 11/30/2009 | Healey-URBANBITE, LONODON Trans: GBP 14.72 / American Express | | 24.03 |
| | 11/30/2009 | Healey-URBANBITE, LONODON Trans: GBP 15.75 / American Express | | 25.71 |
| | 11/30/2009 | Healey-URBANBITE, LONODON Trans: GBP 16.25 / American Express | | 26.53 |
| | 11/30/2009 | Healey-URBANBITE, LONODON Trans: GBP 8.86 / American Express | | 14.46 |
| | 11/25/2009 | Master-M 12-OCT-2009 Benvenuto Cafe R / SEAMLESSWEB PROFESSIONAL | | 26.06 |
| | 11/25/2009 | Master-M 26-OCT-2009 Benvenuto Cafe R / SEAMLESSWEB PROFESSIONAL | | 26.06 |
| | 11/9/2009 | Mehra-BERTUCCI'S #012 0025 BOSTON MA 09/21/2009 | | 22.67 |
| | 11/9/2009 | Mehra-Boston-dinner-1 attendee 09/20/2009 | | 25.00 |
| | 11/9/2009 | Mehra-DINING IN BOSTON BRIGHTON MA 09/16/2009 | | 25.00 |
| | 11/20/2009 | Mehra-DINING IN BOSTON BRIGHTON MA 11/08/2009 | | 25.00 |
| | 11/26/2009 | Mombru-Working Late Dinner Trans: GBP 11.54 / American Express | | 18.84 |
| | 11/26/2009 | Mombru-Working Late Dinner Trans: GBP 13.53 / American Express | | 22.09 |
| | 11/25/2009 | Sinatra-M 08-NOV-2009 Sherwoods Fine F / SEAMLESSWEB PROFESSIONAL | | 24.49 |
| | | | Subtotal: | 416.88 |
| **Meals-Meetings/Travel** | | | | |
| | 11/2/2009 | Lux-meal while trvling 10/08/2009 | | 12.52 |
| | 11/2/2009 | Descoteaux-coffee/bfast nortel auction 09/13/2009 | | 10.29 |
| | 11/2/2009 | Hart-Dinner while travelingLGA,1p 09/23/2009 | | 8.99 |

LAZARD



## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Meals-Meetings/Travel | 11/2/2009 | Hart-Dinner while travelingLGA,1p 09/23/2009 | | 7.72 |
| | 11/2/2009 | Descoteaux-coffee/lunch nortel auction 09/13/2009 | | 7.57 |
| | 11/2/2009 | Hart-Lunch while travelingCHI,1p 09/24/2009 | | 7.14 |
| | 11/9/2009 | Mehra-FOUR SEASONS HOTEL TORONTO (dinner 1p) 09/21/2009 | | 50.00 |
| | 11/9/2009 | Mehra-FOUR SEASONS HOTEL TORONTO (bfast 1p)09/21/2009 | | 15.00 |
| | 11/9/2009 | Mehra-Breakfast-Toronto-1 attendee 09/18/2009 | | 6.24 |
| | 11/9/2009 | Mehra-Breakfast-Boston-1 attendee 09/17/2009 | | 2.33 |
| | 11/9/2009 | Mehra-Lunch-Toronto-1 attendee 09/18/2009 | | 2.22 |
| | 11/10/2009 | Murray-Tor-Dinner(1) Four Seasons 10/05/2009 | | 50.00 |
| | 11/10/2009 | Murray-Phl- Dinner (1) Four Seasons 09/16/2009 | | 50.00 |
| | 11/10/2009 | Murray-Wlmngtn-bkfst(1)Htl Dupont 09/17/2009 | | 15.00 |
| | 11/10/2009 | Mehra-Philadelphia-lunch-1 attendee 10/15/2009 | | 10.56 |
| | 11/20/2009 | Mehra-Montreal-$329/night- 1night 10/22/2009 | | 50.00 |
| | 11/20/2009 | Mehra-Montreal-$329/night- 1night 10/22/2009 | | 15.00 |
| | 11/20/2009 | Mehra-Montreal-lunch-1 attendee 10/21/2009 | | 12.37 |
| | 11/20/2009 | Mehra-BOS-breakfast-1 attendee 10/15/2009 | | 5.45 |
| | 11/20/2009 | Mehra-BOS-breakfast-1 attendee 10/20/2009 | | 2.34 |
| | | | Subtotal: | 340.74 |
| Telephone/Telex/Fax-Usage/Re | | | | |
| | 11/5/2009 | SEPT/OCT Genesys Conf Trans: GBP 1,065.43 / Genesys Conferencing Ltd | | 1,739.36 |
| | 11/9/2009 | Mehra-FOUR SEASONS HOTEL-FTORONTO ON 09/21/2009 | | 15.05 |
| | | | Subtotal: | 1,754.41 |
| Temporary Wages | | | | |
| | 11/4/2009 | Lux-Graphics job charges / TIGER INFORMATION SYSTEMS | | 20.76 |
| | 11/9/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | | 145.37 |
| | 11/9/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | | 61.27 |
| | 11/9/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | | 47.69 |
| | 11/9/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | | 22.61 |
| | | | Subtotal: | 297.70 |
| Travel | | | | |
| | 11/2/2009 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 09/15/2009 | | 36.00 |
| | 11/2/2009 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 09/16/2009 | | 36.00 |
| | 11/2/2009 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 09/16/2009 | | 36.00 |
| | 11/2/2009 | Descoteaux-amtrk del-ny coach 09/16/2009 | | 149.00 |
| | 11/2/2009 | Descoteaux-amtrk ny-del coach 09/16/2009 | | 89.00 |

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 11/2/2009 | Hart-AMEX Flight Fee 09/24/2009 | 36.00 |
| | 11/2/2009 | Hart-Hotel 1 nt @ $309 + tax 09/25/2009 | 356.59 |
| | 11/2/2009 | Hart-RT Flt LGACHILGA Coach Class 09/23/2009 | 534.45 |
| | 11/30/2009 | Healey-DELTA - LHR/NEW YORK/LHR Trans: USD 1,942.50 coach / American Express | 1,942.50 |
| | 11/30/2009 | Healey-HEATHROW RAIL LINK PADDIN Trans: GBP 32.00 / American Express | 52.24 |
| | 11/2/2009 | Lux-AA raleigh -ny coach 10/09/2009 | 259.94 |
| | 11/2/2009 | Lux-AMERICAN EXPRESS E TICKET FEE 10/09/2009 | 36.00 |
| | 11/2/2009 | Lux-AMERICAN EXPRESS E TICKET FEE 10/09/2009 | 36.00 |
| | 11/2/2009 | Lux-hotel while traveling - 1nt. 10/10/2009 | 260.49 |
| | 11/2/2009 | Lux-us ny-raleigh coach 10/08/2009 | 379.60 |
| | 11/9/2009 | Mehra-AIR CANADA Bos-Tor coach 09/17/2009 | 2,055.85 |
| | 11/9/2009 | Mehra-AIR CANADA Bos-Tor coach - return portion refunded 09/17/2009 | (1,046.42) |
| | 11/20/2009 | Mehra-Air Canada round-trip BOS/Montreal/Bos-coach 10/20/2009 | 1,845.20 |
| | 11/9/2009 | Mehra-AIR CANADA TOR-BOS coach 09/18/2009 | 1,108.43 |
| | 11/9/2009 | Mehra-AmEx Travel Fee 09/17/2009 | 36.00 |
| | 11/9/2009 | Mehra-AmEx Travel Fee 09/21/2009 | 36.00 |
| | 11/20/2009 | Mehra-AmEx Travel Fee 10/15/2009 | 36.00 |
| | 11/20/2009 | Mehra-AmEx Travel Fee 10/20/2009 | 36.00 |
| | 11/20/2009 | Mehra-AmEx Travel Fee 10/29/2009 | 36.00 |
| | 11/20/2009 | Mehra-AmEx Travel Fee 10/29/2009 | 19.00 |
| | 11/20/2009 | Mehra-Flt to/from BOS/NYC-coach 10/29/2009 | 319.68 |
| | 11/20/2009 | Mehra-Montreal-$329/night- 1night 10/22/2009 | 355.25 |
| | 11/20/2009 | Mehra-R/t flight BOS-PHL-BOS (coach) 10/15/2009 | 1,321.20 |
| | 11/9/2009 | Mehra-TOR-hotel-$310 night/1 night 09/21/2009 | 334.56 |
| | 11/26/2009 | Mombru-Flight: LHR-JFK-LHR Trans: USD 1,942.50 coach / American Express | 1,942.50 |
| | 11/10/2009 | Murray-BOS- 1 night @ Logan Airport 10/08/2009 | 36.00 |
| | 11/10/2009 | Murray-BOS-3nights @ Logan Airport 09/18/2009 | 84.00 |
| | 11/10/2009 | Murray-BOS-LGA (cch) US Air 10/07/2009 | 174.60 |
| | 11/10/2009 | Murray-BOS-LGA (cch) USAir-amexSvcFee 10/07/2009 | 36.00 |
| | 11/10/2009 | Murray-BOS-LGA (cch) USAir-amexSvcFee 10/07/2009 | 36.00 |
| | 11/10/2009 | Murray-BOS-PHL (cch) US Air 09/15/2009 | 655.60 |
| | 11/10/2009 | Murray-Bos-Phl RT Amex service Fee 09/11/2009 | 36.00 |
| | 11/10/2009 | Murray-Boston- 1n @ Logan Airport 10/06/2009 | 48.00 |
| | 11/10/2009 | Murray-Boston- 3nights@Logan Airport 09/14/2009 | 96.00 |
| | 11/10/2009 | Murray-Bos-Tor(chc) American Airlines 10/05/2009 | 1,056.73 |

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Travel** | 11/10/2009 | Murray-Bos-Tor-AA- AmexSvc fee 10/05/2009 | 36.00 |
| | 11/10/2009 | Murray-LGA-BOS -(cch) Delta 10/08/2009 | 204.61 |
| | 11/10/2009 | Murray-NYC 1n@Peninsula ($450/n) 10/09/2009 | 513.63 |
| | 11/10/2009 | Murray-NYC-1n@Peninsula $450/n 09/13/2009 | 513.63 |
| | 11/10/2009 | Murray-NYC-1n@Peninsula $450/n 09/14/2009 | 513.63 |
| | 11/10/2009 | Murray-NYC-BOS Amex after hours fee 09/15/2009 | 19.00 |
| | 11/10/2009 | Murray-NYC-BOS Amex after hours fee 09/15/2009 | 19.00 |
| | 11/10/2009 | Murray-NYC-Wilm Amtrak 10/15/2009 | 134.00 |
| | 11/10/2009 | Murray-NYC-Wilm Amtrak -AmexSvcFee 10/15/2009 | 36.00 |
| | 11/10/2009 | Murray-Phl- 1n Four Seasons($270/n) 09/17/2009 | 311.04 |
| | 11/10/2009 | Murray-PHL-YYZ(cch) Air Canada 09/17/2009 | 1,048.13 |
| | 11/10/2009 | Murray-PHL-YYZ(cch) AirCan AmexSvcFee 09/17/2009 | 36.00 |
| | 11/10/2009 | Murray-Tor 1n@Four Seasons($335/n) 10/06/2009 | 370.82 |
| | 11/10/2009 | Murray-Tor-1n@Four Seasons($310/n) 09/21/2009 | 335.97 |
| | 11/10/2009 | Murray-Tor-Bos (cch) AirCanada 10/06/2009 | 1,103.83 |
| | 11/10/2009 | Murray-Tor-Bos (cch) AirCanada 10/06/2009 | 36.00 |
| | 11/10/2009 | Murray-Tor-Bos(coach)AirCanada 09/20/2009 | 1,113.13 |
| | 11/10/2009 | Murray-Wilmington-1n@HtlDupont(289/n) 09/17/2009 | 317.90 |
| | 11/10/2009 | Murray-YYZ-BOS(cch)AirCan AmexFee 09/15/2009 | 36.00 |
| | | Subtotal: | 21,632.31 |

**CLOSING BALANCE as of 11/30/2009** **27,490.70**