# EXHIBIT C

# Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**
**December 1, 2009 – December 31, 2009**
Summary of Services Rendered by Project

| Project # | Project Description | Dec |
|-----------|---------------------|-----|
| 1 | Interface with Company Personnel | 22.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 89.8 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 26.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 304.3 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 5.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **447.6** |

Summary of Services Rendered by Professional

| Name | Dec |
|------|-----|
| Terry Savage, Managing Director | 27.6 |
| Michael Murray, Managing Director | 146.0 |
| David Descoteaux, Managing Director | 72.5 |
| Matthew Hart, Vice President | 36.0 |
| Colin Keenan, Associate | 24.0 |
| Kshitij Bahtia, Associate | 7.0 |
| Greg Healey, Associate | 2.0 |
| Nicholas Page, Analyst | 11.0 |
| Edouard Gueyffier, Analyst | 2.0 |
| Matthew Carey, Analyst | 99.0 |
| Justin Lux, Analyst | 20.5 |
| **TOTAL** | **447.6** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/01/09 | Call with Jim Bromley re: MEN sale | 0.8 | 2 |
| 12/01/09 | Call with Pavi Binning re: M&A | 0.6 | 1 |
| 12/02/09 | Internal M&A call | 0.5 | 8 |
| 12/02/09 | Weekly M&A call for creditor advisors | 1.0 | 2 |
| 12/03/09 | Call re: Canadian funding issues | 1.5 | 2 |
| 12/03/09 | Update M&A call | 1.0 | 8 |
| 12/04/09 | Board call | 1.5 | 1 |
| 12/04/09 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 12/06/09 | Call re: MEN bids | 1.2 | 8 |
| 12/07/09 | Weekly advisors call | 1.3 | 8 |
| 12/08/09 | Call with Pavi Binning re: M&A | 0.4 | 1 |
| 12/08/09 | Meeting with EMEA lawyers | 1.2 | 2 |
| 12/09/09 | Update M&A call | 1.1 | 8 |
| 12/09/09 | Call with Jim Bromley re: legal | 0.4 | 2 |
| 12/11/09 | Call with Pavi Binning re: IP | 0.5 | 1 |
| 12/14/09 | Weekly advisors call | 1.2 | 2 |
| 12/14/09 | Call with Joe Flanigan re: Transition Co. | 0.7 | 1 |
| 12/14/09 | Call with Pavi Binning re: Management Corp. | 0.5 | 1 |
| 12/14/09 | Call with Jay Borow - Capstone re: Management Corp. | 0.5 | 2 |
| 12/14/09 | Call with Michael Katzenstein - FTI re: Comp. | 0.6 | 2 |
| 12/15/09 | Call with Jim Bromley re: legal | 0.8 | 2 |
| 12/15/09 | Call with Murray McDonald re: various management issues | 0.8 | 1 |
| 12/16/09 | Update M&A call | 1.2 | 8 |
| 12/16/09 | Call with Pavi Binning re: management issues | 0.5 | 1 |
| 12/17/09 | Board meeting | 2.0 | 1 |
| 12/17/09 | Internal meeting re: M&A process | 1.0 | 8 |
| 12/17/09 | Update M&A call | 0.8 | 2 |
| 12/18/09 | Call with Joe Flanigan re: Transition Co. | 1.0 | 1 |
| 12/18/09 | Call with Jim Bromley re: legal | 0.4 | 2 |
| 12/21/09 | Advisors call | 1.2 | 2 |
| 12/21/09 | Call with Pavi Binning re: M&A | 0.5 | 1 |
| 12/22/09 | Call with Jim Bromley re: legal | 0.4 | 2 |

**DECEMBER TOTALS**          27.6

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/01/09 | Mgmt prep, general process, calls, e-mails | 4.0 | 8 |
| 12/01/09 | Travel, air and ground transport | 3.2 | 8 |
| 12/02/09 | Process, prep. Hearings | 10.0 | 8 |
| 12/03/09 | Travel, air and ground transport | 3.0 | 8 |
| 12/03/09 | Mgmt prep, general process, meetings, calls | 4.0 | 8 |
| 12/03/09 | Mgmt prep, general process, update calls | 3.5 | 8 |
| 12/05/09 | Call | 1.0 | 8 |
| 12/06/09 | Call | 1.0 | 8 |
| 12/07/09 | Mgmt prep, general process, calls | 3.5 | 8 |
| 12/08/09 | Mgmt prep, general process, calls | 3.0 | 8 |
| 12/09/09 | Mgmt prep, general process, meeting, calls | 5.0 | 8 |
| 12/10/09 | Calls, General prep, correspondence | 4.0 | 8 |
| 12/11/09 | Calls, General prep, correspondence | 4.0 | 8 |
| 12/13/09 | Call | 0.5 | 8 |
| 12/14/09 | Travel, air and ground transport | 3.4 | 8 |
| 12/14/09 | Mgmt prep, general process, calls, on-site meetings | 5.0 | 8 |
| 12/15/09 | Calls, General prep, correspondence | 3.0 | 8 |
| 12/16/09 | Mgmt prep, general process, calls, e-mails | 2.0 | 8 |
| 12/16/09 | Travel, air and ground transport | 3.2 | 8 |
| 12/17/09 | Mgmt prep, general process, calls, e-mails | 11.5 | 8 |
| 12/17/09 | Travel, air and ground transport | 4.0 | 8 |
| 12/18/09 | Travel, air and ground transport | 5.2 | 8 |
| 12/18/09 | Mgmt prep, general process, calls, meetings (NYC) | 7.0 | 8 |
| 12/19/09 | Calls | 2.5 | 8 |
| 12/20/09 | Calls | 3.5 | 8 |
| 12/21/09 | Travel, air and ground transport | 3.8 | 8 |
| 12/21/09 | Mgmt prep, process, transaction prep, mtgs NYC | 16.0 | 8 |
| 12/22/09 | Mgmt prep, process, transaction prep, mtgs NYC | 12.0 | 8 |
| 12/23/09 | Travel, air and ground transport | 3.2 | 8 |
| 12/23/09 | Call | 1.0 | 8 |
| 12/26/09 | Mgmt prep, general process, calls, e-mails | 1.5 | 8 |
| 12/27/09 | Mgmt prep, general process, calls, e-mails | 2.0 | 8 |
| 12/28/09 | Mgmt prep, general process, calls, e-mails | 2.5 | 8 |
| 12/29/09 | Mgmt prep, general process, calls, e-mails | 2.0 | 8 |
| 12/30/09 | Mgmt prep, general process, calls, e-mails | 2.0 | 8 |

**NOVEMBER HOURS**                                      **146.0**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/01/09 | calls and general prep | 2.5 | 2 |
| 12/01/09 | weekly call | 1.0 | 2 |
| 12/01/09 | travel for hearing | 2.0 | 8 |
| 12/02/09 | calls, general prep, correspondence with creditors | 1.0 | 2 |
| 12/02/09 | sale hearing in Deleware | 10.0 | 8 |
| 12/02/09 | travel back from hearing | 2.0 | 8 |
| 12/03/09 | mgmt prep, general process, meetings, calls | 4.0 | 8 |
| 12/04/09 | calls and general prep | 1.5 | 2 |
| 12/05/09 | call | 1.0 | 1 |
| 12/06/09 | call | 1.0 | 1 |
| 12/07/09 | weekly advisor call | 1.0 | 2 |
| 12/07/09 | calls and general prep | 0.5 | 2 |
| 12/07/09 | call w/ creditor | 2.5 | 2 |
| 12/08/09 | calls and general prep | 1.5 | 2 |
| 12/08/09 | weekly call | 0.5 | 2 |
| 12/09/09 | mgmt prep, general process, meetings, calls | 5.0 | 8 |
| 12/10/09 | calls, general corrospondence | 4.0 | 2 |
| 12/11/09 | calls, general corrospondence | 3.0 | 2 |
| 12/13/09 | call | 0.5 | 2 |
| 12/14/09 | travel to/from meeting in toronto | 4.0 | 1 |
| 12/14/09 | Meeting at Nortel | 5.0 | 1 |
| 12/14/09 | calls and general prep | 2.5 | 2 |
| 12/16/09 | travel to/from meeting inOttawa | 4.0 | 2 |
| 12/16/09 | Meeting in Ottawa | 5.0 | 2 |
| 12/15/09 | weekly call | 1.0 | 2 |
| 12/17/09 | calls and general prep | 2.0 | 1 |
| 12/21/09 | weekly advisor call | 1.0 | 2 |
| 12/22/09 | weekly call | 1.0 | 2 |
| 12/28/09 | weekly advisor call | 0.5 | 2 |
| 12/29/09 | weekly call | 0.5 | 2 |
| 12/30/09 | general prep | 1.5 | 8 |

**DECEMBER HOURS**                72.5

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/1/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 12/7/09 | Weekly M&A update for management w/Cleary Gottlieb | 0.5 | 8 |
| 12/7/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/8/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 12/14/09 | Weekly M&A update for management w/Cleary Gottlieb | 0.5 | 8 |
| 12/14/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/15/09 | APAC restructuring monthly review | 2.0 | 2 |
| 12/15/09 | TransitionCo monthly review | 7.0 | 2 |
| 12/15/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 12/16/09 | Meeting re. IP, including travel time | 13.5 | 2 |
| 12/17/09 | Internal meeting | 0.5 | 11 |
| 12/17/09 | Preparation/review of presentation materials | 0.5 | 11 |
| 12/22/09 | Preparation/review of presentation materials | 1.0 | 11 |
| 12/23/09 | Preparation/review of presentation materials | 0.5 | 11 |
| 12/28/09 | Preparation/review of presentation materials | 1.0 | 11 |
| 12/29/09 | Preparation/review of presentation materials | 1.0 | 11 |
| 12/30/09 | Preparation/review of presentation materials | 0.5 | 11 |
| 12/21/09 | Weekly M&A update for management w/Cleary Gottlieb | 0.5 | 8 |
| 12/21/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/22/09 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |

**DECEMBER HOURS**                                                36.0

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/1/09 | IP Call | 1.0 | 2 |
| 12/7/09 | M&A updates w/ CGSH | 0.5 | 8 |
| 12/7/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/8/09 | IP Call | 1.0 | 2 |
| 12/14/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/15/09 | APAC call | 2.0 | 2 |
| 12/15/09 | IP Call | 1.0 | 2 |
| 12/16/09 | IP discussion | 5.0 | 2 |
| 12/17/09 | Internal meeting | 0.5 | 11 |
| 12/21/09 | Weekly Nortel advisors call | 1.0 | 2 |
| 12/22/09 | IP Call | 1.0 | 2 |
| 12/28/09 | Prep of presentation materials | 5.5 | 4 |
| 12/29/09 | Prep of presentation materials | 3.5 | 4 |
| | **DECEMBER HOURS** | **24.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/14/09 | Call on patents | 3.0 | 8 |
| 12/16/09 | Meeting on patents | 3.0 | 8 |
| 12/15/09 | Review IP presentation | 1.0 | 8 |
| | **DECEMBER HOURS** | **7.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/04/09 | Closing Check List Review | 0.5 | 8 |
| 12/11/09 | Closing Check List Review | 0.5 | 8 |
| 12/16/09 | Closing Check List Review | 0.5 | 8 |
| 12/23/09 | Closing Check List Review | 0.5 | 8 |
| | **DECEMBER HOURS** | **2.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/04/09 | Closing Check List Review | 2.0 | 8 |
| 12/07/09 | Logistics / Administration | 1.0 | 8 |
| 12/09/09 | Meetings with Auction Winner / Client | 2.0 | 8 |
| 12/11/09 | Closing Check List Review | 2.0 | 8 |
| 12/16/09 | Closing Check List Review | 2.0 | 8 |
| 12/23/09 | Closing Check List Review | 2.0 | 8 |
| | **December Hours** | **11.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/07/09 | Update IP Log | 0.5 | 8 |
| 12/14/09 | Update IP Log | 0.5 | 8 |
| 12/21/09 | Update IP Log | 0.5 | 8 |
| 12/28/09 | Update IP Log | 0.5 | 8 |
| | **DECEMBER HOURS** | **2.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/01/09 | Internal Call | 1.0 | 8 |
| 12/01/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/02/09 | Meeting Scheduling, Due Diligence Coordination | 1.5 | 8 |
| 12/03/09 | Due Diligence Call | 0.5 | 8 |
| 12/03/09 | Internal Call | 0.5 | 8 |
| 12/03/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/04/09 | Due Diligence Call | 1.0 | 8 |
| 12/04/09 | Due Diligence Call | 1.0 | 8 |
| 12/04/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/05/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/06/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/07/09 | Due Diligence Call | 1.5 | 8 |
| 12/07/09 | Due Diligence Call | 0.5 | 8 |
| 12/07/09 | Internal Call | 0.5 | 8 |
| 12/07/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/08/09 | Due Diligence Call | 1.5 | 8 |
| 12/08/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/09/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/10/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/11/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/11/09 | Due Diligence Call | 1.0 | 8 |
| 12/11/09 | Due Diligence Call | 1.0 | 8 |
| 12/11/09 | Due Diligence Call | 1.0 | 8 |
| 12/11/09 | Due Diligence Call | 1.5 | 8 |
| 12/12/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/13/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/13/09 | Internal Call | 0.5 | 8 |
| 12/14/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/14/09 | Internal Call | 0.5 | 8 |
| 12/14/09 | Internal Call | 0.5 | 8 |
| 12/14/09 | Due Diligence Call | 0.5 | 8 |
| 12/15/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/15/09 | Internal Call | 1.0 | 8 |
| 12/15/09 | Due Diligence Call | 1.0 | 8 |
| 12/16/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/17/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/17/09 | Due Diligence Call | 1.0 | 8 |
| 12/18/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/18/09 | Internal Call | 0.5 | 8 |
| 12/18/09 | Due Diligence Call | 1.0 | 8 |
| 12/19/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/19/09 | Due Diligence Call | 1.0 | 8 |
| 12/19/09 | Due Diligence Call | 1.0 | 8 |
| 12/19/09 | Due Diligence Call | 2.0 | 8 |
| 12/19/09 | Due Diligence Call | 1.0 | 8 |
| 12/19/09 | Internal Call | 1.5 | 8 |
| 12/20/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/20/09 | Due Diligence Call | 1.0 | 8 |
| 12/20/09 | Due Diligence Call | 1.0 | 8 |
| 12/20/09 | Due Diligence Call | 0.5 | 8 |
| 12/20/09 | Due Diligence Call | 2.0 | 8 |
| 12/21/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/21/09 | Travel and Face-to-Face Management Presentation | 19.0 | 8 |
| 12/21/09 | Due Diligence Call | 0.5 | 8 |
| 12/22/09 | Meeting Scheduling, Due Diligence Coordination | 2.0 | 8 |
| 12/22/09 | Travel | 6.0 | 8 |

**DECEMBER HOURS**                                               99.0

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux – Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/04/09 | Debt Pricing Update | 0.5 | 8 |
| 12/11/09 | Presentation Materials Prep | 2.0 | 8 |
| 12/11/09 | Debt Pricing Update | 0.5 | 8 |
| 12/18/09 | Debt Pricing Update | 0.5 | 8 |
| 12/22/09 | Presentation Materials Prep | 2.5 | 4 |
| 12/23/09 | Presentation Materials Prep | 6.0 | 4 |
| 12/28/09 | Presentation Materials Prep | 4.5 | 4 |
| 12/29/09 | Presentation Materials Prep | 4.0 | 4 |
| | **DECEMBER HOURS** | 20.5 | |