# EXHIBIT D

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

December 1, 2009 - December 31, 2009

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: Decemeber 1, 2009 - December 31, 2009 | $250,000.00 |
| Sale Transaction Fee: | 4,927,000.00 [1] |
| **TOTAL** | **$5,177,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $3,507.46 |
| Courier/Shipping | 74.00 |
| Electronic Information Service | 692.56 |
| Employee Meals | 625.27 |
| Meals-Meetings/Travel | 395.74 |
| Telephone/Telex/Fax-Usage | 2,552.50 |
| Temporary Wages | 162.50 |
| Travel | 20,356.00 |
| **TOTAL** | **$28,366.03** |

---

[1] On or about September 16, 2009, the Court approved the Final Auction Offer received from Avaya the purchase of the Enterprise Assets.

[2] Additional expense detail will be furnished upon request.

| ENTERPRISE | | | VALUE | $943 |
|---|---|---|---|---|

**TRANSACTION FEES**

($ in millions)

| AGGREGATE | SCHEDULE | INCREMENT | FEE (%) | FEE ($) |
|---|---|---|---|---|
| $25 | $25 | $25 | 2.50% | $0.625 |
| 50 | 25 | 25 | 2.20% | 0.550 |
| 100 | 50 | 50 | 1.75% | 0.875 |
| 200 | 100 | 100 | 1.30% | 1.300 |
| 300 | 100 | 100 | 1.10% | 1.100 |
| 400 | 100 | 100 | 1.00% | 1.000 |
| 500 | 100 | 100 | 0.90% | 0.900 |
| 600 | 100 | 100 | 0.86% | 0.860 |
| 700 | 100 | 100 | 0.82% | 0.820 |
| 800 | 100 | 100 | 0.78% | 0.780 |
| 900 | 100 | 100 | 0.74% | 0.740 |
| 943 | remainder | 43 | 0.70% | 0.304 |
| **TOTAL** | | **$943** | | **$9.854** |
| | | | | 50% |
| **BILLABLE AMOUNT** | | | | **$4.9272** |

Nortel_Dec 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 12/8/2009 | Carey-BOS-taxi to airport 11/12/2009 | 20.00 |
| | 12/8/2009 | Carey-Boston-Taxi home (Sunday) 11/29/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/02/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/03/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/04/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/09/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/10/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/11/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/18/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/23/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-Taxi home 11/27/2009 | 11.00 |
| | 12/8/2009 | Carey-Boston-taxi home from airport 11/17/2009 | 30.00 |
| | 12/10/2009 | Carey-Ottawa-taxi-airport to hotel 11/12/2009 | 35.21 |
| | 12/8/2009 | Carey-Taxi to work (Sunday) 11/29/2009 | 11.00 |
| | 12/8/2009 | Descoteaux-cab for mtg- missing receipt 10/30/2009 | 8.90 |
| | 12/28/2009 | Descoteaux-cab for mtg. 10/30/2009 | 8.90 |
| | 12/28/2009 | Descoteaux-cab while traveling 12/03/2009 | 10.00 |
| | 12/8/2009 | Descoteaux-Car from airport to Nortel 10/29/2009 | 108.66 |
| | 12/7/2009 | Descoteaux-D 09/16/2009 10:24 Origin: 50 W 50 ST  M Dest: 33 ST/7 AV  M / DIAL CAR INC | 29.94 |
| | 12/22/2009 | Descoteaux-D 10/21/2009 09:26 Origin: 301 E 62 ST  M Dest: 1 LIBERTY PLAZA / DIAL CAR INC | 38.81 |
| | 12/22/2009 | Descoteaux-D 10/26/2009 06:33 Origin: 301 E 62 ST  M Dest: LGA  LGA / DIAL CAR INC | 61.54 |
| | 12/22/2009 | Descoteaux-D 10/27/2009 18:51 Origin: LGA Dest: 301 E 62ND ST  M / DIAL CAR INC | 72.77 |
| | 12/8/2009 | Descoteaux-Park Hyatt to Nortel 10/30/2009 | 56.25 |
| | 12/9/2009 | Eshel-Taxi-NY-from office on weekend 11/08/2009 | 13.11 |
| | 12/9/2009 | Eshel-Taxi-NY-to office on weekend 10/24/2009 | 13.56 |
| | 12/9/2009 | Eshel-Taxi-NY-to office on weekend 11/07/2009 | 13.57 |
| | 12/9/2009 | Eshel-Taxi-NY-to office on weekend 11/08/2009 | 10.60 |
| | 12/9/2009 | Hart-Car from Hotel to Capstone9/23 09/23/2009 | 8.00 |
| | 12/9/2009 | Hart-Car from Nortel - Airport,11/2 11/02/2009 | 26.00 |
| | 12/14/2009 | Hart-Car from Nortel to Airport 10/29/2009 | 101.24 |
| | 12/14/2009 | Hart-Car from Nortel to Airport 11/05/2009 | 75.00 |
| | 12/7/2009 | Hart-D 09/23/2009 18:20 Origin: 50 W 50 ST  M Dest: LGA  LGA / DIAL CAR INC | 61.54 |

Nortel_Dec 09.XLS                                                                                              Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 12/7/2009 | Hart-D 09/24/2009 21:54 Origin: LGA Dest: 3 LUNDY LANE 10538 WE / DIAL CAR INC | 92.14 |
| | 12/7/2009 | Hart-D 10/26/2009 06:27 Origin: 3 LUNDY LN WE Dest: LGA / DIAL CAR INC | 96.09 |
| | 12/22/2009 | Hart-D 11/02/2009 05:34 Origin: 3 LUNDY LN LARCHMONT Dest: LGA / DIAL CAR INC | 96.09 |
| | 12/30/2009 | Hart-O 12/21/2009 21:15 Origin: 30 ROCK Dest: WE / SELAM TRANSPORTATION LLC | 79.63 |
| | 12/24/2009 | Healey-12 x NY taxis Trans: GBP 88.62 / Healey, Greg | 140.94 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 17.11 / DIAL A CAB O R TS LTD | 27.21 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 18.10 / DIAL A CAB O R TS LTD | 28.78 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 19.31 / DIAL A CAB O R TS LTD | 30.71 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 19.53 / DIAL A CAB O R TS LTD | 31.06 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 20.02 / DIAL A CAB O R TS LTD | 31.84 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 20.02 / DIAL A CAB O R TS LTD | 31.84 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 23.16 / DIAL A CAB O R TS LTD | 36.83 |
| | 12/16/2009 | Healey-DAC STAFF NOV 09 Trans: GBP 35.26 / DIAL A CAB O R TS LTD | 56.08 |
| | 12/24/2009 | Healey-TAXI G7 EMV, CLICHY Trans: GBP 61.16 / American Express | 97.26 |
| | 12/24/2009 | Healey-Taxi to meeting Trans: GBP 10.00 / Healey, Greg | 15.90 |
| | 12/7/2009 | Keenan-CabLateNightOfficeToHome10/14 10/14/2009 | 8.20 |
| | 12/7/2009 | Keenan-CABSunday10/18OfficeToHome 10/18/2009 | 8.10 |
| | 12/7/2009 | Keenan-DallasMtgToTX airport 11/3 11/03/2009 | 80.00 |
| | 12/22/2009 | Keenan-R 11/03/2009 05:31 Origin: 200 W 26TH ST Dest: EWR AIRPORT / ROYAL DISPATCH | 77.67 |
| | 12/22/2009 | Keenan-R 11/03/2009 22:10 Origin:EWR AIRPORT Dest: 200 W 26TH ST / ROYAL DISPATCH | 71.30 |
| | 12/7/2009 | Keenan-TAXI10/19LateNightOfficeToHome 10/20/2009 | 9.00 |
| | 12/7/2009 | Keenan-YELLOW CAB AirprtToMtgDallasTX 11/03/2009 | 58.25 |
| | 12/9/2009 | Lux-car from airport to Sheraton Imperial 10/13/2009 | 128.81 |
| | 12/9/2009 | Lux-car from Nortel to Airport 10/13/2009 | 76.50 |
| | 12/9/2009 | Lux-car from Sheraton to Nortel 10/13/2009 | 76.50 |
| | 12/8/2009 | Mehra-Bos-taxi-airport to office 12/03/2009 | 26.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-airport to office 11/23/2009 | 28.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/03/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/05/2009 | 18.10 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/06/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/09/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/10/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/11/2009 | 21.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/12/2009 | 20.00 |

Nortel_Dec 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/16/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/17/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/18/2009 | 19.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/19/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-Boston-office to home 11/23/2009 | 20.00 |
| | 12/8/2009 | Mehra-Taxi-NYC-client to airport 10/29/2009 | 43.00 |
| | 12/8/2009 | Mehra-Taxi-NYC-hotel to airport 11/23/2009 | 45.00 |
| | 12/16/2009 | Mombru-DAC STAFF NOV 09 Trans: GBP 19.80 / DIAL A CAB O R TS LTD | 31.49 |
| | 12/16/2009 | Mombru-DAC STAFF NOV 09 Trans: GBP 20.02 / DIAL A CAB O R TS LTD | 31.84 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 11.00 / Mombru, Ian | 17.49 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 11.41 / Mombru, Ian | 18.15 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 14.00 / Mombru, Ian | 22.26 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 5.52 / Mombru, Ian | 8.78 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 5.64 / Mombru, Ian | 8.97 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 7.00 / Mombru, Ian | 11.13 |
| | 12/4/2009 | Mombru-Taxi - business Trans: GBP 7.00 / Mombru, Ian | 11.13 |
| | 12/17/2009 | Murray-Montreal- Airport to meeting 10/28/2009 | 44.66 |
| | 12/17/2009 | Murray-NYC- Airport to meeting 10/14/2009 | 40.83 |
| | 12/17/2009 | Murray-NYC- airport to meeting 10/19/2009 | 35.13 |
| | 12/17/2009 | Murray-NYC-Airport to meeting 10/29/2009 | 45.70 |
| | 12/17/2009 | Murray-NYC-Hotel to airport 10/30/2009 | 37.70 |
| | 12/17/2009 | Murray-PHL- hearing(DE)toairport(Pa) 10/16/2009 | 52.25 |
| | 12/17/2009 | Murray-Toronto- Airport to Meetings 11/04/2009 | 58.05 |
| | 12/16/2009 | Page-DAC STAFF NOV 09 Trans: GBP 37.18 / DIAL A CAB O R TS LTD | 59.13 |
| | 12/16/2009 | Page-DAC STAFF NOV 09 Trans: GBP 37.51 / DIAL A CAB O R TS LTD | 59.65 |
| | 12/16/2009 | Page-DAC STAFF NOV 09 Trans: GBP 39.60 / DIAL A CAB O R TS LTD | 62.98 |
| | 12/23/2009 | Polak-NYC TAXI MED 2N86 09 NEW YORK 11/20/2009 | 6.80 |
| | 12/23/2009 | Polak-NYC-TAXI VERIFONE NY LONG ISLA 11/24/2009 | 20.10 |
| | | Subtotal: | 3,507.46 |
| Couriers / Shipping | 12/8/2009 | Courier-Boston 10/25/2009 | 65.25 |
| | 12/22/2009 | GLH NOV 09 Trans: GBP 5.50 / Greater London Hire Ltd | 8.75 |
| | | Subtotal: | 74.00 |

Nortel_Dec 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Electronic Information Service | | | |
| | 12/15/2009 | INVESTEXT OCT 09 USAGE / THOMSON FINANCIAL | 586.39 |
| | 12/22/2009 | SDC JULY 09 USAGE / THOMSON FINANCIAL | 106.17 |
| | | Subtotal: | 692.56 |
| Employee Meals | | | |
| | 12/10/2009 | Carey-Boston-dinner-1 attendee 10/31/2009 | 21.29 |
| | 12/10/2009 | Carey-Boston-dinner-1 attendee 11/04/2009 | 13.84 |
| | 12/10/2009 | Carey-Boston-dinner-3 attendees 10/14/2009 | 21.05 |
| | 12/10/2009 | Carey-Boston-dinner-4 attendees 10/13/2009 | 24.26 |
| | 12/10/2009 | Carey-Boston-dinner-6 attendees 10/27/2009 | 22.65 |
| | 12/10/2009 | Carey-Boston-lunch-1 attendee 10/25/2009 | 11.31 |
| | 12/10/2009 | Carey-DINING IN BOSTON BRIGHTON MA 10/26/2009 | 23.21 |
| | 12/9/2009 | Carey-DINING IN BOSTON BRIGHTON MA 11/06/2009 | 23.47 |
| | 12/9/2009 | Carey-Dinner-Boston-4 attendees 11/03/2009 | 22.18 |
| | 12/9/2009 | Carey-FOODLER.COM 80000018 HAMILTON 11/10/2009 | 25.00 |
| | 12/28/2009 | Descoteaux-M 17-NOV-2009 Bukhara (49th St / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 12/10/2009 | Eshel-Boston-dinner-4 attendees 10/13/2009 | 24.26 |
| | 12/10/2009 | Eshel-Boston-dinner-4 attendees 10/22/2009 | 22.96 |
| | 12/10/2009 | Eshel-Boston-dinner-6 attendees 10/27/2009 | 22.63 |
| | 12/10/2009 | Eshel-DINING IN BOSTON BRIGHTON MA 10/26/2009 | 23.20 |
| | 12/9/2009 | Eshel-Dinner-Boston-4 attendees 11/03/2009 | 22.19 |
| | 12/10/2009 | Eshel-SAKURA BANA JAPANESE BOSTON MA 10/26/2009 | 25.00 |
| | 12/28/2009 | Gueyffier-M 17-NOV-2009 Bukhara (49th St / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 12/10/2009 | Mehra-Boston-dinner-6 attendees 10/27/2009 | 22.63 |
| | 12/9/2009 | Mehra-DINING IN BOSTON BRIGHTON MA 11/06/2009 | 23.47 |
| | 12/9/2009 | Mehra-FOODLER.COM 80000018 HAMILTON 11/10/2009 | 25.00 |
| | 12/22/2009 | OCT-NOV09 EMPLOYEE MEALS / SEAMLESSWEB PROFESSIONAL | 78.04 |
| | 12/28/2009 | Polak-M 17-NOV-2009 Bukhara (49th St / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 12/28/2009 | Ryan-M 13-DEC-2009 Bangkok House Re / SEAMLESSWEB PROFESSIONAL | 26.10 |
| | 12/10/2009 | Zhang-Boston-dinner-4 attendees 10/22/2009 | 22.96 |
| | | Subtotal: | 625.27 |
| Meals-Meetings/Travel | | | |
| | 12/10/2009 | Carey-Ottawa-dinner-1 attendee 11/12/2009 | 49.05 |
| | 12/8/2009 | Descoteaux-breakfast in room 10/27/2009 | 32.31 |
| | 12/14/2009 | Hart-Bfast while traveling LGA, 1p 11/02/2009 | 8.03 |

Nortel_Dec 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | | | |
| | 12/14/2009 | Hart-Bfast while travelingToronto1p 10/26/2009 | 5.63 |
| | 12/14/2009 | Hart-Lunch while travelingToronto1p 10/27/2009 | 10.65 |
| | 12/7/2009 | Keenan-Newark Int'l breakfast 11/3 11/03/2009 | 15.07 |
| | 12/22/2009 | Mombru-Working Late Dinner Trans: GBP 30.16 / American Express | 25.00 |
| | 12/17/2009 | Murray-NYCDinner(1)Peninsula 10/14/2009 | 55.00 |
| | 12/17/2009 | Murray-NYdin(1) Peninsula Hotel 10/29/2009 | 55.00 |
| | 11/24/2009 | Polak-Client meeting at Lazard / Lunch 4p10/30/2009 | 140.00 |
| | | Subtotal: | 395.74 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 12/9/2009 | OCT/NOV GENESYS CONF Trans: GBP 1,605.01 / Genesys Conferencing Ltd | 2,552.50 |
| | | Subtotal: | 2,552.50 |
| **Temporary Wages** | | | |
| | 12/11/2009 | Eshel-Graphics job charges / HR STAFFING, INC. | 51.31 |
| | 12/14/2009 | Eshel-Graphics job charges / CUSTOM STAFFING | 111.19 |
| | | Subtotal: | 162.50 |
| **Travel** | | | |
| | 12/10/2009 | Carey-AMERICAN EXPRESS E TICKET FEE 11/12/2009 | 36.00 |
| | 12/10/2009 | Carey-Flight-to/from Ottawa-Coach 11/12/2009 | 2,635.75 |
| | 12/8/2009 | Descoteaux-AA lga-toromto-lga coach 10/26/2009 | 1,513.18 |
| | 12/8/2009 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 10/22/2009 | 36.00 |
| | 12/8/2009 | Descoteaux-Hotel while traveling - 1 nt.@ hyatt 10/28/2009 | 380.57 |
| | 12/14/2009 | Hart-1 way flt LGA Toronto, Coach 10/26/2009 | 572.50 |
| | 12/14/2009 | Hart-1 way flt TorontoChicagoCoach 11/02/2009 | 1,206.08 |
| | 12/14/2009 | Hart-1way flt LGA to Toronto, Coach 11/02/2009 | 657.27 |
| | 12/14/2009 | Hart-1way flt TorontoDetroit, Coach 10/27/2009 | 954.58 |
| | 12/14/2009 | Hart-Amex Flight Fee 10/21/2009 | 36.00 |
| | 12/14/2009 | Hart-Amex Flight Fee 10/21/2009 | 36.00 |
| | 12/14/2009 | Hart-Amex Flight Fee 11/03/2009 | 36.00 |
| | 12/14/2009 | Hart-Hotel in Toronto 1nt@$305+tax 10/28/2009 | 331.61 |
| | 12/22/2009 | Hart-RT LGA/CAN/LGA Coach Class 12/16/2009 | 2,033.75 |
| | 12/7/2009 | Keenan-AMERICAN EXPRESS E TICKET FEE 11/03/2009 | 36.00 |
| | 12/7/2009 | Keenan-CO808Nwk/Dallas/NwkCoach11/3 11/03/2009 | 1,725.50 |
| | 12/4/2009 | Mombru-Heathrow Express Trans: GBP 18.00 / Mombru, Ian | 28.63 |
| | 12/17/2009 | Murray-BOS-LGA-DeltaAmexSvcFee-Cxld 10/15/2009 | 36.00 |
| | 12/17/2009 | Murray-BOSmontBOS-UA AmexSvcFee.10/26/2009 | 36.00 |

Nortel_Dec 09.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 12/17/2009 | Murray-BOSmontrealBOS(cch) United 10/26/2009 | 938.65 |
| | 12/17/2009 | Murray-BOSNYC US Air-Amex Svc Fee 10/29/2009 | 36.00 |
| | 12/17/2009 | Murray-BOS-NYC(cch) Delta Airlines 10/19/2009 | 174.60 |
| | 12/17/2009 | Murray-BOSNYC(Chc)US Air 10/29/2009 | 174.60 |
| | 12/17/2009 | Murray-BOS-NYC(coach) US Air 10/14/2009 | 354.60 |
| | 12/17/2009 | Murray-BOS-NYCDelta- Amex Svc Fee 10/19/2009 | 36.00 |
| | 12/17/2009 | Murray-Boston- 1 day at Logan Airport 10/20/2009 | 48.00 |
| | 12/17/2009 | Murray-Boston- 1day @ Logan Airport 10/26/2009 | 24.00 |
| | 12/17/2009 | Murray-Boston- One day @ Logan Aprt. 11/05/2009 | 36.00 |
| | 12/17/2009 | Murray-Boston- one day @ LoganAirport 10/30/2009 | 36.00 |
| | 12/17/2009 | Murray-Boston-1 day @ Logan Airport 10/15/2009 | 48.00 |
| | 12/17/2009 | Murray-BOSTOR-RT (cch) Air Canada 11/04/2009 | 2,309.95 |
| | 12/17/2009 | Murray-BOSTOR-RT AC AmexSvcFee 11/04/2009 | 36.00 |
| | 12/17/2009 | Murray-MontrBOS(econ)AirCanada 10/26/2009 | 1,044.60 |
| | 12/17/2009 | Murray-MontrBOS-AirCanada AmexSvcFee 10/26/2009 | 36.00 |
| | 12/17/2009 | Murray-NYC1n@ Peninsula-$450/n 10/15/2009 | 450.00 |
| | 12/17/2009 | Murray-NYC1n@Peninsula ($450/n) 10/30/2009 | 450.00 |
| | 12/17/2009 | Murray-NYC1n@Ritz-CarltonBattPk(445/n 10/20/2009 | 514.13 |
| | 12/17/2009 | Murray-NYCBOS AmexAfterHrs Svc Fee 10/29/2009 | 19.00 |
| | 12/17/2009 | Murray-NYCBOS US Air-Amex Svc Fee 10/29/2009 | 36.00 |
| | 12/17/2009 | Murray-NYC-BOS(cch) US Air 10/30/2009 | 207.60 |
| | 12/17/2009 | Murray-PHL-BOS(Cct) US Air 10/15/2009 | 660.60 |
| | 12/17/2009 | Murray-PHL-BOSUS Air-Amex Svc Fee 10/15/2009 | 36.00 |
| | 12/17/2009 | Murray-Toronto1n@FourSeasons($295/n) 11/05/2009 | 322.25 |
| | | Subtotal: | 20,356.00 |

CLOSING BALANCE as of 12/31/2009    28,366.03