# EXHIBIT C

# Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
January 1, 2010 - January 31, 2010
Summary of Services Rendered by Project

| Project # | Project Description | Jan |
|---|---|---|
| 1 | Interface with Company Personnel | 23.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 25.9 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 6.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 213.6 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 6.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **275.5** |

Summary of Services Rendered by Professional

| Name | Jan |
|---|---|
| Terry Savage, Managing Director | 23.7 |
| Michael Murray, Managing Director | 71.5 |
| David Descoteaux, Managing Director | 61.0 |
| Sumeet Mehra, Vice President | 16.3 |
| Colin Keenan, Associate | 15.5 |
| Kshitij Bahtia, Associate | 48.5 |
| Greg Healey, Associate | 4.0 |
| Nicholas Page, Analyst | 4.0 |
| Edouard Gueyffier, Analyst | 7.5 |
| Matthew Carey, Analyst | 16.0 |
| Justin Lux, Analyst | 7.5 |
| **TOTAL** | **275.5** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/10 | Advisor call | 1.2 | 8 |
| 01/04/10 | Internal meeting re: M&A | 1.0 | 8 |
| 01/04/10 | Call with Mike Murray re: M&A | 0.4 | 8 |
| 01/05/10 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 01/06/10 | Call with Pavi Binning re: IP & business plan | 1.0 | 1 |
| 01/06/10 | M&A update for creditors | 0.9 | 2 |
| 01/07/10 | Call with Jim Bromley re: M&A | 0.5 | 2 |
| 01/08/10 | Call with Pavi Binning re: M&A | 0.4 | 2 |
| 01/11/10 | Advisor call | 1.2 | 8 |
| 01/11/10 | Call with Jim Bromley re: legal | 0.3 | 2 |
| 01/12/10 | M&A update call | 1.0 | 8 |
| 01/12/10 | Call with Jim Bromley re: PBOC | 0.5 | 2 |
| 01/13/10 | Update call for creditors re: M&A | 1.0 | 2 |
| 01/14/10 | Call with Jim Bromley re: legal | 0.7 | 2 |
| 01/16/10 | Call with Pavi Binning re: organization matters | 0.5 | 1 |
| 01/19/10 | M&A update call | 1.0 | 8 |
| 01/19/10 | Advisor call | 1.0 | 2 |
| 01/19/10 | Dinner meeting with J. Bromley, C. Kearns, F. Hodara, and J. Rey re: various matters | 2.5 | 2 |
| 01/25/10 | Advisor call | 1.1 | 2 |
| 01/26/10 | Call re: I.P. with creditors | 1.2 | 2 |
| 01/26/10 | M&A update call | 1.0 | 8 |
| 01/26/10 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 01/28/10 | Call re: I.P. with creditors | 1.0 | 2 |
| 01/29/10 | Board of Directors call | 2.2 | 2 |
| 01/29/10 | Call re: I.P. with creditors | 1.1 | 2 |
| | **JANUARY TOTALS** | **23.7** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/10 | Mgmt prep, general process, calls, e-mails | 4.0 | 8 |
| 01/05/10 | Travel, air and ground transport, calls, planning session | 8.0 | 8 |
| 01/06/10 | Travel (train), calls, hearing | 9.0 | 8 |
| 01/07/10 | Mgmt prep, general process, update calls | 4.0 | 8 |
| 01/08/10 | Mgmt prep, general process, update calls | 3.0 | 8 |
| 01/11/10 | Mgmt prep, general process, update calls | 3.0 | 8 |
| 01/12/10 | Mgmt prep, general process, update calls | 3.0 | 8 |
| 01/13/10 | Calls | 2.0 | 8 |
| 01/14/10 | Calls | 2.0 | 8 |
| 01/15/10 | Calls | 2.0 | 8 |
| 01/18/10 | Calls | 2.0 | 8 |
| 01/19/10 | Calls, General prep, correspondence | 2.0 | 8 |
| 01/20/10 | Prep, calls, meetings | 4.0 | 8 |
| 01/21/10 | Calls, correspondence | 2.5 | 8 |
| 01/22/10 | Mgmt prep, general process, update calls | 3.0 | 8 |
| 01/25/10 | Mgmt prep, general process, calls, on-site meetings | 4.0 | 8 |
| 01/26/10 | Advisory, Calls, General prep, correspondence | 4.0 | 8 |
| 01/27/10 | Mgmt prep, general process, calls, e-mails | 4.0 | 8 |
| 01/28/10 | Calls, correspondence | 4.0 | 8 |
| 01/29/10 | Calls, correspondence | 2.0 | 8 |

**JANUARY HOURS**     71.5

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/10 | calls, general process, emails | 2.5 | 8 |
| 01/06/10 | calls, general process, emails | 4.0 | 2 |
| 01/07/10 | calls, general process, emails | 2.5 | 8 |
| 01/08/10 | calls, general process, emails | 3.5 | 8 |
| 01/12/10 | calls, general process, emails | 1.5 | 2 |
| 01/13/10 | calls, general process, emails | 3.5 | 8 |
| 01/14/10 | calls, general process, emails | 2.5 | 8 |
| 01/15/10 | mgmt prep, general process, meetings, calls | 6.0 | 1 |
| 01/18/10 | calls, general process, emails | 2.0 | 8 |
| 01/19/10 | calls, general process, emails | 1.5 | 8 |
| 01/20/10 | mgmt prep, general process, meetings, calls | 1.0 | 8 |
| 01/21/10 | calls, general process, emails | 3.5 | 8 |
| 01/22/10 | calls, general process, emails | 4.5 | 8 |
| 01/25/10 | calls, general process, emails | 2.5 | 8 |
| 01/26/10 | mgmt prep, general process, meetings, calls | 3.5 | 8 |
| 01/27/10 | travel to/from meeting in toronto | 4.0 | 1 |
| 01/27/10 | meeting at Nortel | 6.0 | 1 |
| 01/28/10 | calls, general process, emails | 1.5 | 8 |
| 01/29/10 | calls, general process, emails | 5.0 | 2 |
| | **JANUARY HOURS** | **61.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/11/10 | Review Call | 1.5 | 8 |
| 01/12/10 | Review Call | 1.0 | 8 |
| 01/12/10 | Team Call | 1.0 | 8 |
| 01/13/10 | Finance Call | 1.0 | 8 |
| 01/15/10 | Update Call | 1.0 | 8 |
| 01/15/10 | Roadshow Review Call | 1.0 | 8 |
| 01/18/10 | Management Review Call | 1.5 | 8 |
| 01/18/10 | Management Presentation | 1.5 | 8 |
| 01/19/10 | Update Call | 0.5 | 8 |
| 01/21/10 | Management Presentation Review | 1.5 | 8 |
| 01/21/10 | Update call | 1.0 | 8 |
| 01/22/10 | Tax call | 0.5 | 8 |
| 01/25/10 | Team Call | 0.5 | 8 |
| 01/25/10 | planning call | 0.3 | 8 |
| 01/26/10 | Review Call | 0.5 | 8 |
| 01/26/10 | Review Call | 0.5 | 8 |
| 01/28/10 | Team Call | 1.0 | 8 |
| 01/29/10 | Team Call | 0.5 | 8 |
| | **JANUARY HOURS** | 16.3 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 1/6/10 | Prep of presentation materials | 2.5 | 4 |
| 1/7/10 | Prep of presentation materials | 1.0 | 4 |
| 1/8/10 | Prep of presentation materials | 2.5 | 4 |
| 1/12/10 | Internal meeting | 0.5 | 11 |
| 1/15/10 | Court filing prep | 1.5 | 11 |
| 1/19/10 | Internal meeting | 0.5 | 11 |
| 1/26/10 | Internal meeting | 1.0 | 11 |
| 1/26/10 | IP Call | 1.0 | 1 |
| 1/28/10 | Court filing prep | 2.5 | 11 |
| 1/28/10 | Internal meeting | 0.5 | 11 |
| 1/30/10 | IP Call | 2.0 | 1 |
| | **JANUARY HOURS** | **15.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/06/10 | MSS - review information | 1.0 | 8 |
| 01/07/10 | MSS - review potential buyers | 0.5 | 8 |
| 01/07/10 | MSS - process call | 1.5 | 8 |
| 01/08/10 | IP - Process discussion | 1.0 | 8 |
| 01/10/10 | IP framework pages | 4.0 | 8 |
| 01/11/10 | MSS presentation discussion | 2.0 | 8 |
| 01/11/10 | IP framework pages | 0.5 | 8 |
| 01/12/10 | MSS financials review | 2.0 | 8 |
| 01/12/10 | MSS EDR review | 1.0 | 8 |
| 01/13/10 | IP Framework call | 0.5 | 8 |
| 01/15/10 | IP strategy/process discussion | 0.5 | 8 |
| 01/15/10 | MSS strategy/process discussion | 1.0 | 8 |
| 01/15/10 | MSS presentation discussion | 1.5 | 8 |
| 01/18/10 | MSS presentation discussion | 2.0 | 8 |
| 01/19/10 | MSS timeline and buyers | 2.0 | 8 |
| 01/20/10 | MSS timeline and buyers | 2.0 | 8 |
| 01/20/10 | IP Discussion at Lazard with Nortel and Global IP | 5.0 | 8 |
| 01/20/10 | IP Framework pages | 2.0 | 8 |
| 01/21/10 | MSS presentation discussion | 2.0 | 8 |
| 01/21/10 | MSS timeline and buyers call | 1.5 | 8 |
| 01/22/10 | IP Steering committee | 1.0 | 8 |
| 01/25/10 | MSS Timeline | 0.5 | 8 |
| 01/26/10 | MSS Timeline Call | 1.0 | 8 |
| 01/26/10 | IP Call | 1.0 | 8 |
| 01/26/10 | IP Framework & buyers log | 2.0 | 8 |
| 01/27/10 | MSS teaser review | 0.5 | 8 |
| 01/28/10 | IP Framework & buyers log update | 0.5 | 8 |
| 01/28/10 | MSS financials review | 1.0 | 8 |
| 01/29/10 | MSS teaser update | 2.0 | 8 |
| 01/30/10 | IP business plan: review global IP plan | 2.0 | 8 |
| 01/31/10 | MSS teaser update | 2.5 | 8 |
| 01/31/10 | MSS Mgmt pres revie | 1.0 | 8 |

**JANUARY HOURS** 48.5

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Greg Healey - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/06/10 | Closing Check List Review | 1.0 | 8 |
| 01/13/10 | Closing Check List Review | 1.0 | 8 |
| 01/20/10 | Closing Check List Review | 1.0 | 8 |
| 01/27/10 | Closing Check List Review | 1.0 | 8 |
| | **JANUARY HOURS** | **4.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Nicholas Page - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/06/10 | Closing Check List Review | 1.0 | 8 |
| 01/13/10 | Closing Check List Review | 1.0 | 8 |
| 01/20/10 | Closing Check List Review | 1.0 | 8 |
| 01/27/10 | Closing Check List Review | 1.0 | 8 |
| | **JANUARY HOURS** | 4.0 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/07/10 | IP Process | 0.5 | 8 |
| 01/10/10 | IP Process | 0.5 | 8 |
| 01/15/10 | IP Process | 0.5 | 8 |
| 01/19/10 | IP Process | 0.5 | 8 |
| 01/20/10 | IP Process | 1.0 | 8 |
| 01/21/10 | IP Process | 0.5 | 8 |
| 01/22/10 | IP Process | 1.0 | 8 |
| 01/25/10 | IP Process | 0.5 | 8 |
| 01/26/10 | IP Process | 0.5 | 8 |
| 01/27/10 | IP Process | 0.5 | 8 |
| 01/28/10 | IP Process | 1.0 | 8 |
| 01/29/10 | IP Process | 0.5 | 8 |
| | **JANUARY HOURS** | 7.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/04/10 | Internal Call | 0.5 | 8 |
| 01/07/10 | Internal Call | 1.0 | 8 |
| 01/08/10 | Internal Call | 1.0 | 8 |
| 01/09/10 | Due Diligence Call | 1.0 | 8 |
| 01/18/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/19/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/20/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/21/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/22/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/25/10 | Internal Call | 0.5 | 8 |
| 01/26/10 | Due Diligence Call | 1.0 | 8 |
| 01/28/10 | Due Diligence Call | 1.0 | 8 |
| 01/25/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/26/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/27/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/28/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| 01/29/10 | Meeting Scheduling, Due Diligence Coordination | 1.0 | 8 |
| | **JANUARY HOURS** | **16.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 01/08/10 | Presentation Materials Prep | 1.5 | 8 |
| 01/08/10 | Debt Pricing Update | 0.5 | 8 |
| 01/15/10 | Debt Pricing Update | 0.5 | 8 |
| 01/22/10 | Debt Pricing Update | 0.5 | 8 |
| 01/22/10 | Presentation Materials Prep | 1.0 | 8 |
| 01/26/10 | IP Call | 1.0 | 1 |
| 01/29/10 | Debt Pricing Update | 0.5 | 8 |
| 1/30/10 | IP Call | 2.0 | 1 |
| | **JANUARY HOURS** | 7.5 | |