# EXHIBIT D

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

January 1, 2009 - January 31, 2010

## Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: January 1, 2010 - January 31, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $3,059.51 |
| Courier/Shipping | 8.57 |
| Electronic Information Service | 295.59 |
| Employee Meals | 462.56 |
| Meals-Meetings/Travel | 1,112.76 |
| Photocopying Costs | 131.40 |
| Telephone/Telex/Fax-Usage | 1,138.56 |
| Temporary Wages | 18.96 |
| Travel | 26,114.09 |
| **TOTAL** | **$32,342.00** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 1/14/2010 | Carey-Boston-taxi home from office 11/30/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/01/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/02/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/05/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/06/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/07/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/08/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/10/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/11/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/13/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/14/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/15/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/16/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/18/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/19/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/20/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/22/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi home from office 12/23/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi to BOS airport 12/21/2009 | 30.00 |
| | 1/14/2010 | Carey-Boston-taxi to office-Sat 12/05/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi to office-Sat 12/19/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi to office-Sun 12/06/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi to office-Sun 12/13/2009 | 11.00 |
| | 1/14/2010 | Carey-Boston-taxi to office-Sun 12/20/2009 | 11.00 |
| | 1/28/2010 | Carey-Boston-taxi-airport to office 12/22/2009 | 27.96 |
| | 1/14/2010 | Carey-Boston-taxi-BOS to home 11/22/2009 | 24.05 |
| | 1/14/2010 | Carey-Boston-taxi-home to BOS 11/17/2009 | 22.95 |
| | 1/14/2010 | Carey-Boston-taxi-home to BOS 11/20/2009 | 34.55 |
| | 1/14/2010 | Carey-Boston-taxi-office to home 11/25/2009 | 9.80 |
| | 1/14/2010 | Carey-NYC-taxi-LGA to meeting 11/17/2009 | 41.36 |
| | 1/14/2010 | Carey-NYC-taxi-LGA to meeting 11/20/2009 | 35.60 |
| | 1/14/2010 | Carey-NYC-taxi-meeting to LGA 11/17/2009 | 23.20 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 1/14/2010 | Carey-NYC-taxi-meeting to LGA 11/22/2009 | 31.24 |
| | 1/14/2010 | Carey-Ottowa-taxi-airport to mtg 12/21/2009 | 35.00 |
| | 1/14/2010 | Carey-Ottowa-taxi-hotel to airport 12/22/2009 | 35.00 |
| | 1/28/2010 | Carey-Taxi-Office to home 01/19/2010 | 11.00 |
| | 1/6/2010 | Descoteaux-12/16 Ottowa airport to Nortel / CAREY INTERNATIONAL | 117.49 |
| | 1/6/2010 | Descoteaux-12/16/09 Nortel to Ottowa airport / CAREY INTERNATIONAL | 126.90 |
| | 1/6/2010 | Descoteaux- NYC taxi - home to One Liberty for auction meeting 11/20/2009 | 9.00 |
| | 1/28/2010 | Descoteaux-D 11/18/2009 10:51 1 LIBERTY P / Origin: 49 W 49 ST  M Dest: 1 LIBERTY PL 10038 M / DIAL CAR II | 29.94 |
| | 1/28/2010 | Descoteaux-D 11/25/2009 12:52 Origin: 1 LIBERTY PLAZA  M Dest: JFK / DIAL CAR INC | 91.75 |
| | 1/28/2010 | Descoteaux-D 12/01/2009 16:07 401 7 AV  M / Origin: NWC 50/6  M Dest: 401 7 AV  M / DIAL CAR INC | 29.94 |
| | 1/28/2010 | Descoteaux-D 12/03/2009 10:57 49 W 49 ST / Origin: 401 7 AV  M PENNSYLVANIA HOTEL Dest: 49 W 49 ST  M / | 29.94 |
| | 1/28/2010 | Descoteaux-D 12/14/2009 06:41 Origin: 301 E 62 ST  M Dest: LGA / DIAL CAR INC | 55.97 |
| | 1/28/2010 | Descoteaux-D 12/14/2009 18:08 50 W 50 ST / Origin: LGA Dest: 50 W 50 ST  M / DIAL CAR INC | 79.28 |
| | 1/28/2010 | Descoteaux-R 12/16/2009 06:52 LAGUARDIA A / Origin: 301 EAST 62ND STREET Dest: LAGUARDIA AIRPORT, | 50.45 |
| | 1/28/2010 | Descoteaux-R 12/16/2009 20:37 Origin: LGA Dest: 301 E 62ND STREET / ROYAL DISPATCH SERVICES, INC. | 77.79 |
| | 1/20/2010 | Eshel-NYC-taxi-airport to client mtg 11/20/2009 | 42.20 |
| | 1/20/2010 | Eshel-NYC-taxi-client mtg to airport 11/23/2009 | 45.46 |
| | 1/20/2010 | Eshel-NYC-taxi-hotel to client mtg 11/23/2009 | 9.80 |
| | 1/29/2010 | Hart-Car from TOR Airport to Nortel 12/18/2009 | 126.94 |
| | 1/29/2010 | Hart-Car from Nortel - Airport12/16 12/18/2009 | 117.49 |
| | 1/28/2010 | Hart-D 12/15/2009 18:07 LGA  LGA / Origin: SEC 7 AVE/W50TH  M Dest: LGA  LGA / DIAL CAR INC | 74.84 |
| | 1/28/2010 | Hart-D 12/16/2009 20:23 LARCHMONT M / Origin: LGA Dest: LARCHMONT M / DIAL CAR INC | 85.52 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/11/2010 | 20.00 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/12/2010 | 20.00 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/13/2010 | 20.50 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/15/2010 | 20.00 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/18/2010 | 20.00 |
| | 1/27/2010 | Mehra-Boston-Taxi home 01/19/2010 | 20.00 |
| | 1/15/2010 | Mehra-Boston-taxi home from office 12/07/2009 | 21.00 |
| | 1/15/2010 | Mehra-Boston-taxi home from office 12/09/2009 | 20.00 |
| | 1/15/2010 | Mehra-Boston-taxi home from office 12/10/2009 | 20.00 |
| | 1/15/2010 | Mehra-Boston-taxi home from office 12/11/2009 | 20.00 |
| | 1/15/2010 | Mehra-Boston-taxi home from office 12/14/2009 | 20.00 |
| | 1/15/2010 | Mehra-Boston-Taxi home-Sunday 12/06/2009 | 20.00 |
| | 1/15/2010 | Mehra-Boston-taxi to airport 11/23/2009 | 40.00 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | 1/15/2010 | Mehra-Boston-Taxi to work-Sunday 12/06/2009 | 21.00 |
| | 1/15/2010 | Mehra-Boston-taxi-BOS to home 12/18/2009 | 40.00 |
| | 1/15/2010 | Mehra-Boston-taxi-BOS to home 12/23/2009 | 40.00 |
| | 1/6/2010 | Mehra-CAREY INTERNATIONAL - home to airport / DEC15,2009 | 85.28 |
| | 1/15/2010 | Mehra-NYC-taxi-hotel to mtg 12/17/2009 | 20.00 |
| | 1/15/2010 | Mehra-NYC-taxi-LGA to meeting 12/15/2009 | 35.00 |
| | 1/25/2010 | Mehra-NYC-taxi-LGA to mtg 12/18/2009 | 42.63 |
| | 1/15/2010 | Mehra-NYC-taxi-mtg to LGA 12/17/2009 | 40.00 |
| | 1/15/2010 | Mehra-NYC-taxi-mtg to LGA 12/18/2009 | 32.00 |
| | 1/15/2010 | Mehra-NYC-taxi-mtg to office 12/17/2009 | 15.00 |
| | 1/15/2010 | Mehra-NYC-taxi-office to mtg 12/17/2009 | 8.00 |
| | 1/14/2010 | Mehra-PHL-taxi from airport to mtg 12/02/2009 | 49.73 |
| | 1/27/2010 | Mehra-Taxi home (Sunday) 01/17/2010 | 20.00 |
| | 1/27/2010 | Mehra-Taxi to the office(Sunday) 01/17/2010 | 19.00 |
| | 1/25/2010 | Mehra-Taxi-NYC-client to LGA 12/23/2009 | 40.00 |
| | 1/25/2010 | Mehra-Taxi-NYC-LGA to meetings 12/21/2009 | 48.53 |
| | 1/27/2010 | Murray-NYC- airport to meeting 12/18/2009 | 55.70 |
| | 1/14/2010 | Murray-NYC- hotel to airport 11/23/2009 | 36.96 |
| | 1/12/2010 | Murray-NYC- Hotel to meeting 11/21/2009 | 7.00 |
| | 1/12/2010 | Murray-NYC- hotel to meeting 11/22/2009 | 17.00 |
| | 1/12/2010 | Murray-NYC- JFK to hotel 11/19/2009 | 60.00 |
| | 1/27/2010 | Murray-NYC- meeting to airport 12/17/2009 | 35.24 |
| | 1/27/2010 | Murray-NYC- meeting to dinner 12/22/2009 | 24.63 |
| | 1/12/2010 | Murray-NYC- meeting to hotel 11/22/2009 | 15.00 |
| | 1/27/2010 | Murray-NYC-Airport to hotel 12/16/2009 | 42.45 |
| | 1/12/2010 | Murray-NYC-Hotel to meeting 11/20/2009 | 15.00 |
| | 1/14/2010 | Murray-PHL- PHL airport to Hotel Wilm 12/02/2009 | 48.73 |
| | 1/27/2010 | Murray-Phl-Wilmington: Airport-hotel 01/05/2010 | 48.73 |
| | | Subtotal: | 3,059.51 |
| **Couriers / Shipping** | 1/26/2010 | GLH DEC09 Trans: GBP 5.50 / Greater London Hire Ltd | 8.57 |
| | | Subtotal: | 8.57 |
| **Electronic Information Service** | 1/12/2010 | SDC OCT 09 USAGE / THOMSON FINANCIAL | 145.26 |
| | 1/21/2010 | FACTIVA NOV 09 CHARGEBACK / LAZARD FRERES | 45.29 |

Nortel_Jan 10.XLS
# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Electronic Information Service | 1/21/2010 | PACER4Q 2009 10/1/09 - 12/31/0 / PACER SERVICE CENTER | 5.04 |
| | 1/27/2010 | FACTSET SHARKREPELLENT NOV 09 / FACTSET RESEARCH SYSTEMS, INC. | 100.00 |
| | | Subtotal: | 295.59 |
| **Employee Meals** | | | |
| | 1/14/2010 | Carey-Boston-dinner-1 attendee 11/28/2009 | 12.93 |
| | 1/14/2010 | Carey-Boston-dinner-1 attendee 12/06/2009 | 15.12 |
| | 1/28/2010 | Carey-Boston-dinner-2 employees 12/14/2009 | 24.84 |
| | 1/14/2010 | Carey-Boston-dinner-1p 11/24/2009 | 23.86 |
| | 1/14/2010 | Carey-Boston-dinner-1p 11/30/2009 | 23.80 |
| | 1/28/2010 | Carey-Boston-dinner-1p 12/08/2009 | 23.54 |
| | 1/14/2010 | Carey-Boston-lunch-1 attendee 01/03/2010 | 11.64 |
| | 1/14/2010 | Carey-Boston-lunch-1 attendee 11/29/2009 | 13.10 |
| | 1/20/2010 | Carey-DINING IN BOSTON BRIGHTON MA 12/08/2009 | 24.66 |
| | 1/20/2010 | Carey-DINING IN BOSTON BRIGHTON MA 12/10/2009 | 25.00 |
| | 1/29/2010 | Carey-DINING IN BOSTON BRIGHTON MA 12/15/2009 | 25.00 |
| | 1/15/2010 | Carey-FOODLER.COM 80000018 HAMILTON 12/11/2009 | 24.58 |
| | 1/28/2010 | Eshel-DINING IN BOSTON BRIGHTON MA 12/21/2009 | 21.39 |
| | 1/20/2010 | Eshel-FOODLER.COM 80000018 HAMILTON 11/18/2009 | 24.84 |
| | 1/14/2010 | Mehra-Boston-dinner-5 employees 11/30/2009 | 23.81 |
| | 1/14/2010 | Mehra-Boston-dinner-6 employees 12/08/2009 | 23.54 |
| | 1/20/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 12/08/2009 | 24.66 |
| | 1/20/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 12/10/2009 | 25.00 |
| | 1/29/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 12/15/2009 | 25.00 |
| | 1/28/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 12/21/2009 | 21.39 |
| | 1/20/2010 | Mehra-FOODLER.COM 80000018 HAMILTON 11/18/2009 | 24.86 |
| | | Subtotal: | 462.56 |
| **Meals-Meetings/Travel** | | | |
| | 1/14/2010 | Carey-Boston-breakfast-1 attendee 11/17/2009 | 3.94 |
| | 1/28/2010 | Carey-LGA-breakfast-1 attendee 12/22/2009 | 4.34 |
| | 1/28/2010 | Carey-LGA-breakfast-1 attendee 12/22/2009 | 4.24 |
| | 1/14/2010 | Carey-NYC-breakfast-1 attendee 11/17/2009 | 15.00 |
| | 1/14/2010 | Carey-NYC-dinner-1 attendee 11/19/2009 | 50.00 |
| | 1/6/2010 | Descoteaux-client dinner 2p 11/24/2009 | 100.00 |
| | 1/29/2010 | Hart-Dinner while traveling OT 1p 12/16/2009 | 22.12 |
| | 1/29/2010 | Hart-Dinner while traveling,1p 12/15/2009 | 25.86 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Meals-Meetings/Travel** | | | |
| | 1/29/2010 | Hart-Lunch while traveling,LGA,1p 12/15/2009 | 17.91 |
| | 1/14/2010 | Mehra-Boston-breakfast-1 attendee 11/20/2009 | 9.04 |
| | 1/25/2010 | Mehra-Boston-Dinner-1 attendee 12/18/2009 | 2.08 |
| | 1/27/2010 | Mehra-Boston-Meal at the airport 12/15/2009 | 2.68 |
| | 1/14/2010 | Mehra-Millenium Hilton breakfast New York 11/23/2009 | 20.00 |
| | 1/14/2010 | Mehra-Millenium Hilton dinner New York 11/24/2009 | 46.57 |
| | 1/14/2010 | Mehra-Millenium Hilton breakfast New York 11/24/2009 | 4.90 |
| | 1/25/2010 | Mehra-Millenium Hilton dinner New York 12/18/2009 | 50.00 |
| | 1/25/2010 | Mehra-Millenium Hilton breakfast New York 12/18/2009 | 5.44 |
| | 1/25/2010 | Mehra-Millenium Hilton breakfast New York 12/18/2009 | 4.08 |
| | 1/25/2010 | Mehra-Millenium Hilton breakfast New York 12/18/2009 | 4.08 |
| | 1/25/2010 | Mehra-Millenium Hilton breakfast New York 12/24/2009 | 20.00 |
| | 1/14/2010 | Mehra-NYC-breakfast in room 11/22/2009 | 5.44 |
| | 1/25/2010 | Mehra-NYC-breakfast-1 attendee 12/16/2009 | 3.59 |
| | 1/14/2010 | Mehra-NYC-dinner-1 attendee 11/23/2009 | 2.45 |
| | 1/25/2010 | Mehra-NYC-Dinner-1 attendee 12/18/2009 | 16.00 |
| | 1/25/2010 | Mehra-NYC-Dinner-1 attendee 12/23/2009 | 5.12 |
| | 1/25/2010 | Mehra-NYC-Lunch-1 attendee 12/17/2009 | 2.71 |
| | 1/14/2010 | Mehra-PHL-breakfast-1 attendee 12/03/2009 | 5.05 |
| | 1/27/2010 | Murray-NYC(dinner1)Peninsula RmSvc 12/21/2009 | 18.51 |
| | 1/14/2010 | Murray-NYCbkfst(1)Peninsula Hotel 11/22/2009 | 20.00 |
| | 1/14/2010 | Murray-NYCbkfst(1)Peninsula Hotel 11/23/2009 | 17.42 |
| | 1/14/2010 | Murray-NYCbkfst(1)StRegis, in room 11/20/2009 | 20.00 |
| | 1/27/2010 | Murray-NYC-din(1) Church&Dey Lounge 12/24/2009 | 52.46 |
| | 1/14/2010 | Murray-NYCdin(1)StRegis, in room 11/19/2009 | 50.00 |
| | 1/27/2010 | Murray-NYCdinner(7) William's 12/22/2009 | 274.73 |
| | 1/14/2010 | Murray-Wilm,DEdinner(5) Deep Blue 12/03/2009 | 182.00 |
| | 1/27/2010 | Murray-WLM(bkfst)GreenRoomHtlDupont 01/07/2010 | 25.00 |
| | | Subtotal: | 1,112.76 |
| **Photocopying Costs** | | | |
| | 1/25/2010 | CPYCNTR JOBS DONE IN 12/09 / NON VENDOR (AP JOURNALS) | 131.40 |
| | | Subtotal: | 131.40 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 1/28/2010 | Carey-Ottawa-1/night -cal from room 12/22/2009 | 12.66 |
| | 1/14/2010 | Carey-WESTIN OTTAWA FRONT OTTAWA - call from room 11/13/2009 | 12.71 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 1/20/2010 | Eshel-Millenium Hilton New York - internet usage 11/24/2009 | 14.95 |
| | 1/14/2010 | Mehra-DE-hotel-internet service-1 night 12/04/2009 | 9.95 |
| | 1/14/2010 | Mehra-Millenium Hilton New York - internet access 11/23/2009 | 14.95 |
| | 1/14/2010 | Mehra-Millenium Hilton New York - internet access 11/24/2009 | 14.95 |
| | 1/25/2010 | Mehra-Millenium Hilton New York - internet access 12/18/2009 | 14.95 |
| | 1/25/2010 | Mehra-Millenium Hilton New York - internet access 12/18/2009 | 14.95 |
| | 1/25/2010 | Mehra-Millenium Hilton New York - internet access 12/24/2009 | 14.95 |
| | 1/21/2010 | NOV/DEC GENESYS CONF Trans: GBP 119.15 / Genesys Conferencing Ltd | 185.72 |
| | 1/21/2010 | NOV/DEC GENESYS CONF Trans: GBP 40.80 / Genesys Conferencing Ltd | 63.60 |
| | 1/21/2010 | NOV/DEC GENESYS CONF Trans: GBP 490.29 / Genesys Conferencing Ltd | 764.22 |
| | | Subtotal: | 1,138.56 |
| **Temporary Wages** | | | |
| | 1/25/2010 | Eshel-Word processing job charges / VANGUARD TEMPORARIES INC. | 18.96 |
| | | Subtotal: | 18.96 |
| **Travel** | | | |
| | 1/14/2010 | Carey-AmEx Travel fee 11/17/2009 | 36.00 |
| | 1/14/2010 | Carey-AmEx Travel fee 11/19/2009 | 36.00 |
| | 1/14/2010 | Carey-AmEx Travel fee 11/22/2009 | 36.00 |
| | 1/28/2010 | Carey-AmEx Travel fee 12/20/2009 | 36.00 |
| | 1/28/2010 | Carey-AmEx Travel fee 12/21/2009 | 19.00 |
| | 1/28/2010 | Carey-Ottawa-$199 night 1/night 12/22/2009 | 220.41 |
| | 1/14/2010 | Carey-Ottawa-hotel-$289/night-1night 11/13/2009 | 321.14 |
| | 1/14/2010 | Carey-Tkt- BOS to LGA - coach 11/19/2009 | 346.99 |
| | 1/28/2010 | Carey-Tkt Bos-Ottawa-coach 12/21/2009 | 1,706.88 |
| | 1/14/2010 | Carey-Tkt- LGA to BOS - coach 11/22/2009 | 187.15 |
| | 1/28/2010 | Carey-Tkt Ottawa-Bos-coach 12/22/2009 | 2,433.50 |
| | 1/14/2010 | Carey-Tkt-to/from BOS-LGA coach 11/17/2009 | 319.68 |
| | 1/6/2010 | Descoteaux-AA ny-tor-ny coach 12/14/2009 | 1,512.38 |
| | 1/6/2010 | Descoteaux-AMERICAN EXPRESS AXCESS EXPRES 12/07/2009 | 19.00 |
| | 1/6/2010 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 12/02/2009 | 36.00 |
| | 1/6/2010 | Descoteaux-amtk - bus - ny-de 12/01/2009 | 149.00 |
| | 1/6/2010 | Descoteaux-amtk - first - de-NY 12/03/2009 | 201.00 |
| | 1/6/2010 | Descoteaux-hotel while traveling 12/03/2009 | 394.90 |
| | 1/6/2010 | Descoteaux-hotel while traveling 12/04/2009 | 291.80 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/20/2009 | 36.00 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | | | |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/22/2009 | 36.00 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/23/2009 | 36.00 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/23/2009 | 19.00 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/23/2009 | 19.00 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/23/2009 | 19.00 |
| | 1/20/2010 | Eshel-AmEx Travel fee 11/23/2009 | 19.00 |
| | 1/20/2010 | Eshel-DELTA AIR LINES NEW YORK NY 11/20/2009 | (159.84) |
| | 1/20/2010 | Eshel-NYC-hotel-$219/night 1 night 11/23/2009 | 254.81 |
| | 1/20/2010 | Eshel-NYC-hotel-$279/night 1 night 11/22/2009 | 325.65 |
| | 1/20/2010 | Eshel-NYC-hotel-$279/night 1 night 11/24/2009 | 323.65 |
| | 1/20/2010 | Eshel-Parking-BOS-$24 day -4 days 11/23/2009 | 96.00 |
| | 1/20/2010 | Eshel-Tkt-LGA to BOS-coach 11/23/2009 | 187.15 |
| | 1/20/2010 | Eshel-Tkt-to/from NYC-coach 11/20/2009 | 319.68 |
| | 1/29/2010 | Hart-AMEX FLIGHT FEE 12/15/2009 | 36.00 |
| | 1/29/2010 | Hart-AMEX flight fee for cancelled 12/14/2009 | 36.00 |
| | 1/29/2010 | Hart-Hotel ON, 1nt@ $209 +tax 12/15/2009 | 229.32 |
| | 1/29/2010 | Hart-Refund from Cancelled Flight 12/16/2009 | (2,033.75) |
| | 1/29/2010 | Hart-RT flt LGAOTWLGA, Coach 12/15/2009 | 2,308.95 |
| | 1/14/2010 | Mehra-AmEx Travel fee 11/23/2009 | 36.00 |
| | 1/14/2010 | Mehra-AmEx Travel fee 12/02/2009 | 36.00 |
| | 1/14/2010 | Mehra-AmEx Travel fee 12/03/2009 | 36.00 |
| | 1/25/2010 | Mehra-AmEx Travel Fee 12/15/2009 | 36.00 |
| | 1/25/2010 | Mehra-AmEx Travel Fee 12/17/2009 | 36.00 |
| | 1/25/2010 | Mehra-AmEx Travel Fee 12/20/2009 | 36.00 |
| | 1/25/2010 | Mehra-AmEx Travel Fee 12/21/2009 | 36.00 |
| | 1/25/2010 | Mehra-AmEx Travel Fee 12/22/2009 | 36.00 |
| | 1/14/2010 | Mehra-DE-hotel-$239/night-1 night 12/04/2009 | 262.90 |
| | 1/14/2010 | Mehra-NYC-hotel-$219/night-1 night 11/24/2009 | 254.81 |
| | 1/25/2010 | Mehra-NYC-hotel-$269/night 2 nights 12/24/2009 | 624.34 |
| | 1/14/2010 | Mehra-NYC-hotel-$279/night-1 night 11/22/2009 | 323.65 |
| | 1/14/2010 | Mehra-NYC-hotel-$279/night-1 night 11/23/2009 | 323.65 |
| | 1/25/2010 | Mehra-NYC-hotel-$329/night 2 nights 12/18/2009 | 938.22 |
| | 1/14/2010 | Mehra-Tkt BOS/PHL/BOS r/t - coach 12/02/2009 | 1,325.20 |
| | 1/14/2010 | Mehra-Boston to LGA - coach 11/20/2009 | 319.68 |
| | 1/25/2010 | Mehra-Boston to LGA -coach 12/15/2009 | 168.94 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 1/25/2010 | Mehra-Boston to LGA-coach 12/21/2009 | 389.20 |
| | 1/25/2010 | Mehra-Tkt to/from LGA-coach 12/18/2009 | 410.67 |
| | 1/14/2010 | Mehra-Tkt-LGA to BOS-coach 11/23/2009 | 187.15 |
| | 1/25/2010 | Mehra-Tkt-LGA to BOS-coach 12/23/2009 | 205.34 |
| | 1/14/2010 | Murray-BOS- 2days @ Logan Airport 12/03/2009 | 48.00 |
| | 1/27/2010 | Murray-BOS 2nights @ Logan Airport 01/07/2010 | 60.00 |
| | 1/14/2010 | Murray-BOS-3d@LoganAirpt for business 11/23/2009 | 64.00 |
| | 1/27/2010 | Murray-BOSLGABOS Amex Service Fee 12/18/2009 | 36.00 |
| | 1/27/2010 | Murray-BOSLGABOS(coach)US Air 12/18/2009 | 559.20 |
| | 1/27/2010 | Murray-BOSNYC(cch) US Air 12/21/2009 | 194.60 |
| | 1/27/2010 | Murray-BOSNYC-US Air Amex Svc Fee 12/18/2009 | 36.00 |
| | 1/27/2010 | Murray-BOS/PHL(coach)US Air 01/05/2010 | 733.70 |
| | 1/14/2010 | Murray-BOS/PHL(coach) USAir 12/01/2009 | 662.60 |
| | 1/14/2010 | Murray-BOSPHLUSAir -AmexSvc Fee 12/01/2009 | 36.00 |
| | 1/27/2010 | Murray-BOSPHL-USAir AmexSvcFee 01/05/2009 | 36.00 |
| | 1/27/2010 | Murray-Boston 1 night @ Logan Airport 12/17/2009 | 32.00 |
| | 1/27/2010 | Murray-Boston- 1day @ Logan Airport 12/18/2009 | 24.00 |
| | 1/27/2010 | Murray-Boston-2nights@Logan Airport 12/23/2009 | 60.00 |
| | 1/14/2010 | Murray-BOS/TOR(coach)American Airlines 12/14/2009 | 963.27 |
| | 1/27/2010 | Murray-BOSTOR-AA Amex Svc Fee 12/11/2009 | 36.00 |
| | 1/27/2010 | Murray-BOSYYZLGA AirCanada-underpay 08/16/2009 | 53.75 |
| | 1/27/2010 | Murray-LGA BOS Amex Service Fee 12/17/2009 | 36.00 |
| | 1/27/2010 | Murray-LGABOS (coach) US Air 12/17/2009 | 364.60 |
| | 1/27/2010 | Murray-LGABOS- Amex SvcFee 12/20/2009 | 36.00 |
| | 1/27/2010 | Murray-LGABOS(cch) US Air 12/23/2009 | 214.60 |
| | 1/27/2010 | Murray-LGABOS(cch) US Air AmexSvcFee 12/23/2009 | 36.00 |
| | 1/27/2010 | Murray-NYC 1nt @Peninsula ($450/n) 12/18/2009 | 513.67 |
| | 1/27/2010 | Murray-NYC1n@ Peninsula($450/n) 12/22/2009 | 515.25 |
| | 1/14/2010 | Murray-NYC1n@PeninsulaHotel($450/n) 11/23/2009 | 514.00 |
| | 1/14/2010 | Murray-NYC1n@PeninsulaHotel($450/n) 11/23/2009 | 514.00 |
| | 1/14/2010 | Murray-NYC1n@RitzCltonBatPrk($365/n) 11/21/2009 | 422.33 |
| | 1/14/2010 | Murray-NYC1n@St.Regis Hotel($450/n) 11/21/2009 | 513.67 |
| | 1/27/2010 | Murray-NYC-1night@Millenium($239/n) 12/24/2009 | 277.75 |
| | 1/14/2010 | Murray-NYCBOS(ch)Delta Airlines 11/23/2009 | 204.60 |
| | 1/14/2010 | Murray-NYCBOSDelta Service Fee 11/23/2009 | 20.00 |

Nortel_Jan 10.XLS

# LAZARD

Expense Details

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

#### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 1/14/2010 | Murray-PHLBOSchUS Air 12/03/2009 | 662.60 |
| | 1/14/2010 | Murray-PHL/BOS coach US Air AmexSvc Fee 12/03/2009 | 36.00 |
| | 1/14/2010 | Murray-PHL/BOS USAir-AmexSvcFee 12/02/2009 | 36.00 |
| | 1/14/2010 | Murray-PHLBOSUSAir-chnge/AmexSvcFee 11/30/2009 | 36.00 |
| | 1/14/2010 | Murray-Wilm1n@Hotel DuPont($399/n) 12/03/2009 | 389.90 |
| | 1/14/2010 | Murray-Wilm-1n@Sheraton($239/n) 12/04/2009 | 262.90 |
| | 1/27/2010 | Murray-WLM(1n)@Hotel Dupontt($279/n) 01/07/2010 | 306.90 |
| | 1/27/2010 | Murray-WLM-NYP Amtrak 01/06/2010 | 134.00 |
| | | Subtotal: | 26,114.09 |

CLOSING BALANCE as of 1/31/2010  **32,342.00**