# NOTICE OF CLAIMS PURCHASE AGREEMENT

WELCH CONSULTING, a(n) __Texas__ (State of Incorporation), __Ltd__ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Blue Heron Micro Opp. Fund LP, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $14,572.00 (proof of claim amount, defined as the "Claim") against NORTEL NETWORKS INC et. al. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **DISTRICT OF DELAWARE**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **09-10138** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __17__ day of __February__, 2010.

_Welch Consulting_
(Company Name)

Witness: _Tracy Hilton_
(Signature)

_Lara Anderson_
(Signature of Corporate Officer)

_Tracy Hilton  Office Manager_
(Print Name and Title of Witness)

_Lara Anderson   CFO_
(Print Name and Title of Corporate Officer)

Blue Heron Micro Opportunities Fund LP

Witness: _David_
(Signature)

_(Blue Heron Micro Opportunities Fund)_

**Exhibit "A"**