IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :   Chapter 11
*In re*                                                  :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                        Debtors.         :   Jointly Administered
                                                         :
                                                         :   **RE: D.I. 727**
                                                         :
---------------------------------------------------------X

**ORDER GRANTING MOTION OF COMMUNICATIONS TEST DESIGN, INC.
PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE
FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF**

Upon consideration of the Motion of Communications Test Design, Inc. ("CTDI") pursuant to sections 362(d) and 553 of Title 11 of the United States Code (the "Bankruptcy Code") for relief from the automatic stay in order to effectuate a setoff of prepetition amounts owing and due between CTDI and a certain above-captioned Debtor, Nortel Networks Inc. ("NNI"), pursuant to certain prepetition agreements between the parties (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and upon consideration of the Motion and arguments contained therein and the opposition thereto, if any; and any opposition to the Motion having been overruled, resolved or withdrawn; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is GRANTED, to the extent set forth herein;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IT IS FURTHER ORDERED that CTDI is granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to effect a setoff of mutual prepetition obligations between NNI and CTDI as set forth in this Order;

IT IS FURTHER ORDERED that CTDI may setoff $7,142,113.75, which reflects certain prepetition amounts owed by CTDI to NNI (as listed on Exhibit A hereto), against $5,978,988.63, which reflects certain prepetition amounts owed to CTDI by NNI (as listed on Exhibit B hereto) (together, the "Authorized Setoff Amounts"), without further Court Order or relief. For the avoidance of doubt, this order does not authorize CTDI to setoff any amounts owing by or to any affiliate of NNI.[2]

IT IS FURTHER ORDERED that CTDI will remit payment for the remaining $1,163,125.12 owed prepetition to NNI within ten (10) calendar days of the entry of this Order.

IT IS FURTHER ORDERED that, upon entry of this Order, proof of claim number 4648 (the "Proof of Claim") shall be deemed expunged, provided that CTDI shall be allowed to file an amended proof of claim against NNI within twenty (20) days following the entry of this Order that amends the Proof of Claim to remove the invoices listed on Exhibit A, which portion of the claim is satisfied in full by this Order. NNI shall retain all rights and defenses with respect to any amended proof of claim that may be filed by CTDI.

IT IS FURTHER ORDERED that, except for the setoff of the Authorized Setoff Amounts as expressly provided for herein, all rights, claims and defenses of NNI and the Debtors against CTDI are reserved, including with respect to any potential avoidance actions against CTDI pursuant to chapter 5 of the Bankruptcy Code, and CTDI's defenses against any such

---

[2] This reconciliation is without prejudice to the rights of NNI and their affiliates on the one hand and CTDI and its affiliates on the other hand to assert any claims, setoffs and/or defenses to which each of the parties may be entitled to assert against each other, other than claims, setoffs and defenses expressly settled and resolved by this Order.

actions brought under chapter 5 of the Bankruptcy Code are also preserved. Nothing in this Order shall otherwise limit or affect the Debtors' rights under the Chapter 11 proceedings.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: FEBRUARY 26, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE