IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                       :   Chapter 11
                                                            :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                                                            :   Jointly Administered
                    Debtors.                                :
                                                            :
                                                            :   **RE: D.I. 2193, 2259**
                                                            :
                                                            :
------------------------------------------------------------X

**NOTICE OF FILING OF MASTER NOTICES OF ASSUMPTION
AND ASSIGNMENT OF CONTRACTS IN CONNECTION WITH
THE PROPOSED SALE OF CERTAIN ASSETS OF DEBTORS'
CARRIER VOICE OVER IP AND APPLICATION SOLUTIONS BUSINESS**

PLEASE TAKE NOTICE that on December 23, 2009, the Debtors filed a motion for orders (I)(A) authorizing Debtors' entry into a stalking horse asset sale agreement (the "Stalking Horse Agreement") with GENBAND Inc. ("GENBAND"), (B) authorizing and approving the Bidding Procedures and Bid Protections, including granting administrative expense status to the Bid Protections payable by the Debtors to the Stalking Horse Purchaser, (C) approving payment of an Incentive Fee to One Equity Partners III, L.P., (D) approving the Notice Procedures and the Assumption and Assignment Procedures, (E) authorizing the Debtors to file certain documents under seal and (F) setting the time, date and place for the Sale Hearing, and (II) authorizing and approving (A) the sale of certain assets of the Debtors' Carrier Voice Over IP and Application Solutions business (the "CVAS Business") free and clear of all liens, claims and encumbrances and (B) the assumption and assignment of certain executory contracts (the "Sale Motion") [D.I. 2193][2] seeking approval of the sale of certain of Debtors' assets (the "Assets") to GENBAND pursuant to the terms of the Stalking Horse Agreement, including the assumption of certain executory contracts (the "Assumed and Assigned Contracts"), and the assignment of such executory contracts to GENBAND.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that on January 8, 2010, the United States Bankruptcy Court for the District of Delaware entered an order that, among other things, approved the Assumption and Assignment Procedures and the Bidding Procedures (the "Bidding Procedures Order") [D.I. 2259].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Assumption and Assignment Procedures, the Debtors are required to file with the Court a master notice (the "Master Assumption Notice") that sets forth: (i) the name and address of each Counterparty, (ii) notice of the proposed effective date of the assignment (subject to the right of the Debtors and Stalking Horse Purchaser or other Successful Bidder to withdraw such request for assumption and assignment of the Assumed and Assigned Contracts prior to the Closing), (iii) a description of each Assumed and Assigned Contract, and (iv) the Cure Amount with respect to such contracts, if any.

PLEASE TAKE FURTHER NOTICE that all of the contracts that the Debtors currently intend to assume and assign to GENBAND are Customer Contracts, that, in accordance with the Bidding Procedures Order, the Debtors are permitted to file a Master Assumption Notice of Customer Contracts under seal with the Court and deliver copies to (i) counsel to the Stalking Horse Purchaser, (ii) the U.S. Trustee, (iii) counsel to the Monitor, (iv) counsel to the Committee, and (v) counsel to the Bondholder Group. The Debtors have filed such Master Assumption Notice listing all of the Customer Contracts to be assumed and assigned with the Court under seal. Exhibit A to this Notice lists the agreements to which the Debtors and you or your predecessors-in-interest are a party that will be assumed and assigned to GENBAND.

PLEASE TAKE FURTHER NOTICE that the assumption and assignment of the Assumed and Assigned Contracts shall be effective upon the Closing Date of the Sale, subject to Court approval of the Sale and such assumption and assignment, as applicable. The terms of and conditions to the assumption and assignment of each contract are further governed by the Stalking Horse Agreement and the Sale Motion (including the Assumption and Assignment Procedures), which, among other things, preserve the Debtors' right to withdraw the request to assume and assign the Assumed and Assigned Contracts prior to the Closing.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 26, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*