# TO BE FILED UNDER SEAL

## EXHIBIT A

| Name and Address of Counterparty | Proposed Effective Date of Assumption and Assignment | Description of Agreement | Cure Amount |
|---|---|---|---|
|  |  |  |  |

NOTE: For the purposes of filing, this notice has been intentionally left blank. Pursuant to the Assumption and Assignment Procedures as set forth in the Sale Motion, those parties in interest to an Assumed and Assigned Contract will receive an individualized notice.

[New York #2181768 v1]