# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) (Jointly Administered) )  ) |
| Debtors. | )  )  ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 31st day of December, 2009, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Tenth Monthly Application of Richards, Layton & Finger, PA for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2009 through November 30, 2009 [D.I. 2224]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 3522117v.1

---

                                                _____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this __4th__ day of January, 2010.

_____*Lesley G. Morris*_____
Notary Public

                LESLEY A. MORRIS
        Notary Public - State of Delaware
        My Comm. Expires April 17, 2011

# NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
### SERVICE LIST

## VIA HAND DELIVERY

*(United States Trustee)*
Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

*(Debtors)*
Gordon A. Davies
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1-3411408-1