IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-10138 (KG)<br>:<br>: (Jointly Administered)<br>:<br>: *Re Dkt #2276* |

## ORDER APPROVING AN EXPANSION OF SCOPE OF SERVICES AND AMENDMENT TO TERMS OF RETENTION OF JEFFERIES & COMPANY, INC. AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (the "Order"), pursuant to Sections 328(a) and 1103 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2014 and 2016, authorizing an expansion of the scope of services and amendment to the terms of retention previously approved for Jefferies & Company, Inc. ("Jefferies") as investment banker to the Committee; this Court having reviewed (i) all prior retention applications filed by the Committee to date with respect to Jefferies and (ii) the Application; and it appearing that proper notice of the Application has been given, and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing, it is hereby:

---

[1] All capitalized terms used but not otherwise defined herein shall have those meaning ascribed to them in the Application.

ORDERED that the Application has been granted in its entirety and in all respects; and it is further

ORDERED that Jefferies' compensation structure will be modified pursuant to the Application as follows:

(a) <u>Monthly Fee Amount</u>: the monthly fee will remain at $250,000 until February 1, 2010, at which time the monthly fee will be reduced to $200,000; provided, however, that the Committee shall have the right to extend the date on which the monthly fee is reduced to $200,000 to a date that occurs after February 1, 2010, pursuant to a unanimous vote of the Committee.

(b) <u>Crediting Mechanism</u>: 50% of the monthly fees paid to Jefferies for services rendered on and after August 1, 2010 will be credited against the transaction fee payable to Jefferies under the Engagement Letter; provided, however, that the Committee shall have the right to extend the period during which monthly fees are not creditable against the transaction fee payable to Jefferies under the Engagement Letter to a date that occurs after August 1, 2010, pursuant to a unanimous vote of the Committee..

(c) <u>Expert Fees</u>. Should Jefferies be asked to produce an expert report or otherwise provide expert testimony in the form of deposition or live testimony in connection with these cases (the "<u>Expert Work</u>"), Jefferies and the Committee will determine a mutually agreeable fee based on the scope of services for the requested Expert Work. In no instance will expert fees exceed (i) $150,000 for any discrete matter in which testimony is not provided, (ii) $500,000 for any discrete matter under any circumstances and (iii) $2,000,000 in aggregate fees for Expert Work performed in these cases.

ORDERED that effective as of the date of this Order, the retention and employment of Jefferies as financial advisor to the Committee shall continue, without interruption, pursuant to the terms of the Engagement Letter as modified by the Application; and it is further

ORDERED that, except as provided below and in the Original Retention Order, Jefferies shall continue to be compensated in accordance with the terms set forth in the Engagement Letter as modified by the Application, and pursuant to Sections 328(a), 331 and 1103 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

ORDERED that nothing herein shall alter or modify the standard of review provided to the Office of the United States Trustee in the Original Retention Order.

ORDERED that Jefferies is granted a continued waiver of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d) on the same terms and conditions as set forth in the Original Retention Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: February 26, 2010

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE