# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>     Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
          : SS.
NEW CASTLE COUNTY :

  Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 5th day of January, 2010, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Objection of the Official Committee of Unsecured Creditors to Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts* [D.I. 2237]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 3522953v.1

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 5TH day of January, 2010.

_____
Notary Public
LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3522953v.1

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

James E. Huggett Esq.
Margolis Edelstein
750 Shipyard Dr
Ste 102
Wilmington, DE 19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE 19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE 19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE  19801

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

David B. Stratton Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St
P.O. Box 1709
Wilmington, DE  19899-1709

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto, Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
Hercules Plaza
Ste 5100
1313 Market St
Wilmington, DE  19801

Brett D. Fallon Esq.
Michael J. Custer, Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Michael J. Wunder Esq.
R. Snayne Kukulowicz Esq.
Alex L. MacFarlane Esq.
Fraser Milner Casgrain LLP
1 First Canadian Place
42nd Fl
100 King Street West
Toronto, Ontario  M5X 1B2
Canada

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario  M5J 2Z4
Canada

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
England

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Ron Andrewon Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY 10281-1022

Steven J. Reisman, Esq.
James V. Drew Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA  02110

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

Derek Austin
Mayer Brown LLP
71 South Wacker Dr
Chicago, IL  60606

Andrew D. Shaffer Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro
Ste 300
San Antonio, TX  78205

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA  19382

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA 94104

Howard S. Steel Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Ramona Neal Esq.
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

Lawrence M. Schwab Esq.
Thomas M. Gaa, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

| | |
|---|---|
| Eric S. Prezant Esq.<br>Bryan Cave LLP<br>161 N Clark St<br>Ste 4300<br>Chicago, IL 60601 | Michelle McMahon Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Joseph J. Wielebinski Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201-6659 | Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Ste 2800<br>Cleveland, OH 44114 |
| Carren B. Shulman Esq.<br>Kimberly K. Smith Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>24th Fl<br>New York, NY 10112 | Randall D. Crocker Esq.<br>VonBriesen & Roper S.C.<br>411 E Wisconsin Ave<br>Ste 700<br>Milwaukee, WI 53202 |
| Beverly H. Shideler, BS8399<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Christopher A. O'Brien Esq.<br>Stempel Bennett Claman & Hochberg P.C.<br>675 Third Ave<br>31st Fl<br>New York, NY 10017 | David N. Crapo Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 |

| | |
|---|---|
| Janet Fitzpatrick<br>Unisys Corporation<br>P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA 19424 | Edward T. Attanasio Esq.<br>Klee Tuchin Bogdanoff & Stern LLP<br>1999 Avenue of the Stars<br>39th Fl<br>Los Angeles, CA 90067-6049 |
| Mark G. Ledwin Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3 Gannett Dr<br>White Plains, NY 10604 | John C. Vigano Esq.<br>Patricia J. Fokuo Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473 |
| David M. Schilli Esq.<br>Ty E. Shaffer Esq.<br>Robinson Bradshaw & Hinson P.A.<br>101 North Tryon St<br>Ste 1900<br>Charlotte, NC 28246 | James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Rod Anderson<br>Noel R. Boeke<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4068 |
| Michael J. Riela<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4068 | Nortel Networks Inc.<br>Attn: Gordon A. Davis<br>195 The West Mall<br>Toronto, ON M9C 5K1 |

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX 75201

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Attn: Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Wilkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY 10005

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL 32801

John M. Hickey Esq.
Barber & Bartz
525 S Main St
Ste 800
Tulsa, OK 74103-4511

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL 60654-5313

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA 94105-2126

Douglas J. Kaye
631 Belmont Crest Drive
Marietta, GA 30067

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA 90067

Hubert H. Kuo Esq.
Buss Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA 92660

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO 63102

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ 08096

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX 75002

Carl N. Kunz, III
Michael J. Custer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Clearwire Corporation
c/o James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave., Ste. 2300
Portland, OR 97201-5630

Rachel S. Burdke
Law Department, Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Robert S. McWhorter
Nossaman LLP
915 S L Street, Suite 1000
Sacramento, CA 95814

Shannon E. Hoff
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

John M. Hickey
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

Stephen K. Dexter
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO 80202-5607

Thomas J. Leanse
Dustin P. Branch
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Tobey M. Daluz
Leslie C. Heiman
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Robert S. McWhorter
Nossman LLP
915 L Street, Suite 1000
Sacramento, CA 95814

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

N. Theodore Zink, Jr., Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 100022

Parag P. Patel, Esq.
Patel Law Offices
Metro Park Offices
33 Wood Avenue South, Second Floor
P.O. Box 81
Iselin, NJ 08830-0081

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299

Ann Groninger
Patterson Harkavy LLP
521 East Boulevard
Charlotte, NC 28203

Deborah B. Waldmeir
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Laura L. McCloud
Assistant Attorney General
Office of the Attorney General Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Jeffrey B. Ellman
Robbin S. Rahman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

R.S. Stahel
IBM Corp. Legal Dept.
1503 LBJ Freeway - 3rd Floor
Dallas, TX 75234

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Dana S. Plon
Sirlin Gallogly & Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Ernie Holling, President
The Intech Group, Inc.
305 Exton Commons
Exton, PA 19341

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Dennis F. Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Soren E. Gisleson
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dan Leckrone
Technology Properties Limited LLC
20400 Stevens Creek Blvd., 5th Floor
San Jose, CA 95014

Aaron L. Hammer
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Evan D. Flaschen
Katherine L. Lindsay
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103

Norman L. Pernick
Sanjay Bhatnagar
Cole Scholtz Meisel Forman & Leonard, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Dana S. Plon
Sirlin Gallogly & Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Gregg M. Galardi
Sarah E. Pierce
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

N. Lynn Hiestand
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert N. Brier
Brier, Irish, Hubbard & Erhart, PLC
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, AZ 85016-2115

Seth B. Shapiro
Trial Attorney
U.S. Department of Justice - Civil Division
Commerical Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Christopher P. Simon
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07502

Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Devin Lawton
Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester, NY 14604

Max Taylor
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept, 1207
Denver, CO 80202-5332

Jennifer Feldsher
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Mark I. Bane
Anne H. Pak
Roper & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

David Capozzi
Acting General Counsel
Universal Service Administrative Company
2000 L Street, NW, Suite 200
Washington, DC 20036

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth PA Dept of Labor & Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602 - 1184

Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Lee W. Stremba
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-1671

Jeffrey B. Rose
Tishler & Wald, Ltd
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Joe M. Fears
Barber & Bartz, PC
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

Jan M. Geht
Trail Attorney, Tax Division
U.S. Dept of Justice
P.O. Box 227
Washington, DC 20044

William Bradley Russell
Trial Attorney, Tax Division
U.S. Dept of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

Mohsin N. Khambati
Dewey & LeBoeuf, LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601-6710

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Samuel H. Rudman
David A. Rosenfeld
Coughlin Storia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Roger G. Schwartz
Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Gregory A. Taylor
Benjamin W. Keenan
Ashby & Geddes, PA
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215