IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
:   Jointly Administered
                                    Debtors.                   :
:   **Re: D.I. 2389, 2390**
:
---------------------------------------------------------------X

| SETTLEMENT AGREEMENT CONFIDENTIAL FILED UNDER SEAL |
|---|

| CONFIDENTIAL – SETTLEMENT AGREEMENT RE: DEBTORS' MOTION FOR AN ORDER APPROVING A COMPROMISE OF A CONTROVERSY BETWEEN (I) NORTEL NETWORKS INC., (II) NORTEL NETWORKS LIMITED, (III) PEACOCK COMMUNICATIONS, ATSSC, INC. AND (IV) JOHN PEACOCK [D.I. 2389] AND DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED SETTLEMENT AGREEMENT BETWEEN (I) NORTEL NETWORKS INC., (II) NORTEL NETWORKS LIMITED, (III) PEACOCK COMMUNICATIONS, ATSSC, INC. AND (IV) JOHN PEACOCK [D.I. 2390] |
|---|

PURSUANT TO THE [PROPOSED] ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE UNREDACTED SETTLEMENT AGREEMENT BETWEEN (I) NORTEL NETWORKS INC., (II) NORTEL NETWORKS LIMITED, (III) PEACOCK COMMUNICATIONS, ATSSC, INC. AND (IV) JOHN PEACOCK [D.I.    ].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.