IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                      : Chapter 11
                                                            :
NORTEL NETWORKS INC., *et al.*,[1]                          : Case No.: 09-10138 (KG)
                                                            :
                                                            : Jointly Administered
                          Debtors.                          :
                                                            :

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

       Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, Justin R. Alberto, Esquire, a member of the bar of this Court, moves the admission *pro hac vice* of Andrew Hanrahan, Esquire of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 as co-counsel to UK Pension Trust Limited in the above-captioned cases.

Dated: February 26, 2010          BAYARD, P.A.

                                          By:/s/ *Justin R. Alberto*
                                              Charlene D. Davis (No. 2336)
                                              Justin R. Alberto (No. 5126)
                                              222 Delaware Avenue, Suite 900
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 655-5000
                                              Facsimile: (302)658-6395

                                              *Attorneys for UK Pension Trust Limited*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

BAY:01496850v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

WILLKIE FARR & GALLAGHER LLP

Andrew Hanrahan, Esquire
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-9545
Email: ahanrahan@willkie.com

*Attorneys to UK Pension Trust Limited*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2010    _____
                                HONORABLE KEVIN GROSS
                                UNITED STATES BANKRUPTCY JUDGE

BAY:01496850v1

-2-