IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X

*In re*                                     :    Chapter 11
                                            :
Nortel Networks Inc., *et al.*,[1]          :    Case No. 09-10138 (KG)
                                            :
                      Debtors.              :    Jointly Administered
                                            :
------------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2399

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit B To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving Certain Agreements And Settlements** (the "Motion") (D.I. 2399), filed on February 10, 2010.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than February 24, 2010 at 4:00 p.m. (Eastern Time).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3415499.1

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.


Dated:  February 26, 2010
        Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    James L. Bromley (admitted *pro hac vice*)
                                    Lisa M. Schweitzer (admitted *pro hac vice*)
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                        - and -

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    _____
                                    Derek C. Abbott (No. 3376)
                                    Eric D. Schwartz (No. 3134)
                                    Ann C. Cordo (No. 4817)
                                    Alissa T. Gazze (No. 5338)
                                    1201 North Market Street, 18th Floor
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    Telephone:  (302) 658-9200
                                    Facsimile:  (302) 425-4663


                                    Counsel for the Debtors and Debtors in Possession

3415499.1