# EXHIBIT A

## Notice Parties

### General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Lisa Schweitzer, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Thomas Patrick Tinker, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002;

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701;

(f) Hewlett-Packard Financial Services Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada;

(g) Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5; and

(h) Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada

A-1

[New York #2182790 v2]

**Additional Notice Parties for Prime Lease – 4004 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC**

(a) U.S. Bank National Association
One Federal Street
Boston, MA 02111
Attn: Corporate Trust Administration (ZSF/Rsearch Network Trust)

(b) Joseph S. Magnano, Esq., General Counsel
Centre Group LLC
105 East 17th St.
New York, NY 10003

(c) Wachovia Bank, National Association
Real Estate Asset Management
301 S. College Street
17th Floor, NC0122
Charlotte, NC 28202-6000
Attn: Tina C. McNeill, Vice President

(d) Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Attn: Eric Anderson

(e) Zurich Structured Finance, Inc.
c/o Zurich Global Investment Advisors Ltd.
105 East 17th Street, 4th Floor
New York, NY 10003
Attn: Mr. Christian Halabi

(g) Alston & Bird LLP
c/o Jason H. Watson
1201 West Peachtree Street
Atlanta, GA 30309-3424

[New York #2182790 v2]