## EXHIBIT B – 1

Address of property subject to the Lease:

    4004 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC 27709

General description of Abandoned Personal Property at the property subject to the Lease:

    Office furniture, minor kitchen appliances and minor telecommunications equipment.[6]

---

[6] The listing of property on this Exhibit is not intended to abrogate or waive the Debtors' rights to remove property from the premises prior to the Proposed Rejection Date.

B-1

[New York #2182790 v2]