## **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty Seventh Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on February 26, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated:  February 26, 2010

*/s/ Andrew R. Remming*
Andrew R. Remming (No. 5120)

3415693.1