# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | | | |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 26, 2010 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### Matter:

Pension; Motion to Enforce Stay: (Court Reporter: Video Witness from England)

Pension; Motion to Enforce Stay: (Court Reporter: Video Witness from England )
**R / M #:**   2,516 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

(continue)...    09-10138-KG           FRIDAY, FEBRUARY 26, 2010 11:00 AM

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Continued to date to be determined
#2 - #4 - CNO Filed and Order Signed
#5 -  Resolved - ORDER SIGNED
#6 -  Resolved - ORDER SIGNED
#7 -   Resolved -  ORDER SIGNED
#8 -  ORDER SIGNED
#9 - ORDER SIGNED
#10 - ORDER SIGNED