**SIGN-IN-SHEET**

CASE NAME: Nortel Networks Inc.  
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3  
DATE: 2/26/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John A. Wetzel | Sullivan Campbell, LLC | Communications Test Design, Inc. |
| Ann Cordo | morris nichols arsht tunnell | Debtors |
| Derek Abbott | " | " |
| Jim Bromley | Cleary Gottlieb Steen Hamilton | Debtors |
| Neil Forrest | " | " |
| Brendan Gibbon | " | " |
| Deborah Buell | " | " |
| Lisa Schweitzer | " | " |
| Brian E. O'Connor | Willkie Farr & Gallagher LLP | Nortel Networks UK Pension the trustee & PPS as of Nortel |
| Sameer Advani | " | " |
| Charlene Davis | Bayard | " |
| Thomas Lojnda | Sonnenschein | Jefferies |
| Ken Coleman | Allen & Overy | Ernst & Young, as Monitor |
| Mary Caloway | Buchanan Ingersoll & Rooney | " |
| Lisa Beckerman | Akin Gump | Creditors Committee |
| Andrew Isgens | RLF | Creditors Committee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

Calendar Date: 02/26/2010
Calendar Time: 11:00 AM

Amended Calendar 02/26/2010 07:48 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10038 | Hearing | 3371369 | ~~Michael D. Adamski~~ Tej Arora | ~~(212) 230-4518~~ | One East Partners | Interested Party, Michael Adamski / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3371512 | Jeffrey Armington | (312) 861-2287 | Kirkland & Ellis, LLP | Interested Party, Kirkland & Ellis, LLP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3376659 | Dax Atkinson | (952) 984-3202 | Carval Investors | Interested Party, Dax Atkinson / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3367066 | Jay Bharadwa | (212) 376-4918 | Senator Investment Group | Interested Party, Senator Investment Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3321997 | Pavi Binning | (302) 351-9158 | Nortel Networks Inc. | Debtor, Nortel Networks, Inc / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3367890 | David Botter | (212) 872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3375363 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3363133 | Phillip E Brown | (212) 949-8596 | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3374533 | Alan Carr | 203-618-3576 | Strategic Value Partners | Creditor, Strategic Value Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3363618 | Andy Chang | (646) 840-3637 | Linden Advisors, LP | Creditor, Linden Advisors, LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3369932 | Susan S. Chen | 212-231-2386 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3374920 | Weston Eguchi | (212) 728-8884 | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3373977 | Michael Etkin | 973-597-2312 | Lowenstein Sandler PC | Representing, Lead Plaintiffs / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3363580 | Matthew Ford | (415) 421-2132 ext. 00 | Farallon Capital Management | Debtor, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3370609 | Andrew G. Friedman | (212) 303-9444 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3371505 | Brian Glassberg | (312) 876-7624 | Latham & Watkins | Interested Party, Ciena Capital / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3368755 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricadia / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3376633 | Andrew Gu | 203-413-7246 | Arrowhawk Capital Partners | Interested Party, Andrew Gu / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3376103 | Jennifer Harris | (212) 530-5475 | Milbank, Tweed | Creditor, Bond Holders / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3355942 | Sarah Johnson | 212-478-0832 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3364594 | James S. Kim | 415-676-4094 | Symphony Assets Management | In Propria Persona, James S Kim / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3371594 Kerrin T. Klein / David Oliverstein | 212-225-2000 | 212-610-7300 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, et al / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3376619 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3372802 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy | Creditor, Bond Holders Group / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3372853 | Parham Kuchikali | (602) 351-9358 | Linklaters LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3374440 | James Macinnis | (212) 250-2578 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3372470 | James C. Martin | 212-761-1947 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3368868 | Olivia Mauro | (212) 412-0778 | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3372613 | Ryan Polisi | (212) 412-1472 | Ryan Polisi - In Pro Per/Pro Se | In Propria Persona, Ryan Polisi / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3376654 | Arina Popova | (212) 373-3000 ext 1426 | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3372450 Erin Ross / Faisal Ahmed | (415) 591-8900 | | Watershed Asset Management, LLC | Unknown - Update. - / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3370870 | Gregory S. Rubin | (212) 326-1575 | Oak Hill Advisors | Creditor, Oak Hill Advisors / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3364226 | Hondo Sen | 203-552-4578 | Hondo Sen - In Pro Per | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3376644 | Rebecca Song | (212) 559-9933 | Citi | Interested Party, Citi / LISTEN ONLY |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3367073 Jennifer Stam / Suzanne Wood | (416) 216-2327 | Ogilvy Renault, LLP. | Debtor, Nortel Networks, Inc. / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | 3322012 | Anna Ventresca | (302) 351-9188 | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al | 09-10138 | Hearing | ~~3/5/10~~ | Thomas Walsh | Herbert Smith | Debtor, Nortel UK / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | ~~3/5/10~~ | John Whiteoak | ~~(302) 571-5710~~ | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | ~~3/1/29~~ | Jacob Zand | ~~(646) 885-3160~~ | Cerberus Capital Management | In Propria Persona, Jacob Zand / LISTEN ONLY |