## EXHIBIT A

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION
APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**MOTION RECORD**
**Approval and Vesting Order**
**CVAS Business**
**(returnable March 3, 2010)**

February 26, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

## INDEX

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| 1. | Notice of Motion returnable March 3, 2010 | 001 |
| 2. | Affidavit of George Riedel, sworn February 26, 2010 | 039 |
| 3. | Affidavit of George Riedel, sworn December 23, 2009 | 049 |
| 4. | Thirty-Fourth Report of Ernst & Young, dated January 3, 2010 | 065 |
| 5. | Blackline of Approval and Vesting Order (CVAS Business) to Model Approval and Vesting Order | 108 |
| 6. | Draft Approval and Vesting Order | 121 |

# TAB 1

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION**
**(returnable March 3, 2010)**

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on **Wednesday, March 3, 2010 at 2:00 p.m. at 393 University Avenue, Toronto, Ontario.**

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐ in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐ in writing as an opposed motion under subrule 37.12.1(4);

☒ orally.

THE MOTION IS FOR AN ORDER:

(a)    Abridging the time for service of the Notice of Motion and Motion Record in respect of this motion and dispensing with further service thereof;

(b)    Approving and authorizing the execution of an asset sale agreement dated as of December 22, 2009 (the "Sale Agreement") among NNC, NNL, Nortel Networks Inc.

- 2 -

("NNI") and certain other entities identified therein as sellers (together, the "Sellers") and GENBAND Inc., as purchaser ("GENBAND" or the "Stalking Horse Purchaser") for the sale (the "Sale") of certain assets of the Sellers' Carrier Voice Over IP and Application Solutions business (the "CVAS Business") as described therein (the "Assets") in the form attached as an appendix to the Thirty-Fourth Report of the Monitor dated January 3, 2010;

(c)     Vesting the Applicants' right, title and interest in the Assets (as defined in the Sale Agreement) in the Purchaser, upon delivery by the Monitor (as defined below) of a Monitor's Certificate; and

(d)     Such further and other relief as counsel may request and this Honourable Court deem just.

THE GROUNDS FOR THE MOTION ARE:

**BACKGROUND**

(a)     On January 14, 2009 (the "Filing Date"), this Honourable Court made an Initial Order granting a stay of proceedings against the Applicants pursuant to the Companies' Creditors Arrangement Act, (Canada) R.S.C. 1985, c. C-36, as amended (the "CCAA") and appointing Ernst & Young Inc. as Monitor in the CCAA proceedings;

(b)     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including Nortel Networks Inc. ("NNI"), made voluntary filings under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases in the U.S. as "foreign proceedings" in Canada and giving effect to the automatic stay under the Code in Canada;

(c)     Additionally, on January 15, 2009, Nortel Networks UK Limited and certain subsidiaries of the Nortel group incorporated in the Europe, Middle East and Africa region ("EMEA") each obtained an administration order for the appointment of joint administrators (the "Joint Administrators") from the High Court of England and Wales under the Insolvency Act 1986;

- 3 -

(d)     References to "Nortel" herein shall be to the global enterprise as a whole;

(e)     Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the affidavit of George Riedel sworn February 26, 2010 (the "Riedel Affidavit");

## THE CVAS BUSINESS

(f)     Nortel's CVAS Business provides telecom service providers with network solutions that help them improve operational efficiency, reduce costs, and generate new revenue through the deployment of multimedia applications and voice over internet protocol ("VoIP") solutions that enhance the communications experience for businesses and consumers;

(g)     Nortel first began to explore a divestiture of the CVAS Business in April of 2009. With a strong customer base and industry-leading technology, the CVAS Business is considered a premium asset with a highly differentiated offering, making it attractive to potential purchasers;

## THE SALE AGREEMENT

(h)     On January 6, 2010, this Court granted an order (the "Bidding Procedures Order") approving the Sale Agreement as a stalking horse agreement as well as certain bidding procedures for a sales process for the CVAS Business;

(i)     Upon obtaining the Bidding Procedures Orders, Nortel, with the assistance of its financial advisor, Lazard Frères & Co. ("Lazard") renewed its marketing efforts with respect to the CVAS Business. In particular,

> (i)     Notices were published in the Globe and Mail (National Edition), the Financial Times (National Edition) and The Wall Street Journal (National Edition);

> (ii)    Nortel or Lazard contacted approximately 28 potentially interested parties in connection with the CVAS Business;

> (iii)   two (2) interested parties executed non-disclosure agreements or acknowledgments in respect of their existing non-disclosure agreement;

- 4 -

    (iv)    two (2) parties submitted expressions of interest and were deemed "Qualified Bidders" – the two Qualified Bidders also notified the Sellers of their intention to work together; and

    (v)    these two (2) Qualified Bidders were provided access to extensive due diligence information including management presentations;

(j)    At the Bid Deadline, neither of the Qualified Bidders submitted a bid and neither of the Qualified Bidders requested an extension of the Bid Deadline;

(k)    The process undertaken the by the Applicants, the Chapter 11 Debtors and their advisors, including with input from the official committee of unsecured creditors of NNI and the ad hoc bondholders committee, was in compliance with the Bidding Procedures and that maximum value for the Assets has been achieved;

**MISCELLANEOUS**

(l)    The provisions of the CCAA; and

(m)    Such further and other grounds as counsel may advise and this Honourable Court permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)    The Riedel Affidavit;

(b)    The Affidavit of George Riedel sworn December 23, 2009;

(c)    The Thirty-Fourth Report;

(d)    The Fortieth Report of the Monitor, to be filed;

(e)    Such further and other relief as counsel may request and this Honourable Court deem just.

- 5 -

February 26, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4  CANADA

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte  LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930
Lawyers for the Applicants

TO:    Attached Service List

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:     **OGILVY RENAULT LLP**
        Royal Bank Plaza, South Tower
        200 Bay Street, Suite 3800
        Toronto, Ontario M5J 2Z4

        Derrick Tay
        Mario Forte
        Jennifer Stam

        Email:    dtay@ogilvyrenault.com
                  mforte@ogilvyrenault.com
                  jstam@ogilvyrenault.com

        Tel:      416.216.4000
        Fax:      416.216.3930

        Lawyers for the Applicants

- 2 -

TO:    **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:   416.943.3300

AND
TO:    **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:    **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON  M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email:   lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel:    416.362.2111
Fax:   416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO:    **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:   dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel:    416.868.3538
Fax:   416.364.7813

Lawyers for Export Development Canada

- 3 -

AND TO:
**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:    613.597.8651
Fax:    613.598.3113

AND TO:
**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON M5K 1K7

Robert I. Thornton
Michael Barrack
Rachelle Moncur
Leanne M. Williams

Email:  rthornton@tgf.ca
        mbarrack@tgf.ca
        rmoncur@tgf.ca
        lwilliams@tgf.ca

Tel:    416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO:
**McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:  john.stringer@mcinnescooper.com
        stephen.kingston@mcinnescooper.com

Tel:    902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited

AND TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:  jcarhart@millerthomson.com
        msims@millerthomson.com

Tel:    416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO:
**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
        lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO:
**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email:  hharrison@boughton.ca

Tel:    604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.

| | |
|---|---|
| AND TO: | **BORDEN LADNER GERVAIS LLP**<br>Scotia Plaza, 40 King Street West<br>Toronto, ON M5H 3Y4 |

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:      416.367.6646
Fax:     416.682.2837

Email:   rjaipargas@blgcanada.com
Tel:      416.367.6266
Fax:     416.361.7067

Email:   srappos@blgcanada.com
Tel:      416.367.6033
Fax:     416.361.7306

Lawyers for Bell Canada

AND TO:   **SISKINDS LLP**
680 Waterloo Street
London, ON N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:   ray.leach@siskinds.com
            dimitri.lascaris@siskinds.com
            monique.radlein@siskinds.com

Tel:      519.672.2121
Fax:     519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND TO:   **LANG MICHNER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON M5J 2T7

Leslie A. Wittlin
John Contini
Aaron Rousseau

Email:   lwittlin@langmichener.ca
Tel:      416.307.4087
Fax:     416.304.3855

Email   jcontini@langmichener.ca
Tel:      416.307.4148
Fax:     416.304.3767

Email   arousseau@langmichener.ca
Tel:      416.307.4081
Fax:     416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO:   **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:   zychk@bennettjones.com
Tel:      416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:      416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:      416.777.5762
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

| | |
|---|---|
| AND TO: | **KOSKIE MINSKY** |
| | 20 Queen Street West |
| | Suite 900 |
| | Toronto, ON  M5H 3R3 |

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon

Email:  mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:    416.204.2882

Email:  dyiokaris@kmlaw.ca
Tel:     416.595.2130
Fax:    416.204.2810

Email:  amckinnon@kmlaw.ca
Tel:     416.595.2150
Fax:    416.204.2874

Lawyers for the Former Employees of Nortel

AND TO:  **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:  jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:    416.595.8695

Email  msims@millerthomson.com
Tel:     416.595.8577
Fax:    416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND TO:  **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:  jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:    416.595.8695

Email:  msims@millerthomson.com
Tel:     416.595.8577
Fax:    416.595.8695

Email:  jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:    416.595.8695

Lawyers for LG Electronics Inc.

AND TO:  **LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:  joseph.kim@lge.com

Tel:     +82.2.3777.3171
Fax:    +82.2.3777.5345

- 6 -

\\

AND
TO:

**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:    harvey@chaitons.com

Tel:      416.218.1129
Fax:      416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:    Shayne.kukulowicz@fmc-law.com
          Alex.macfarlane@fmc-law.com
          Michael.wunder@fmc-law.com
          ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:    ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:      416.646.4301

Email:    max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:      416.646.4301

Email:    lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:      416.646.4301

Email:    tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:      416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:    patrick.shea@gowlings.com

Tel:      416.369.7399
Fax:      416.862.7661

Lawyers for Westcon Group

| | |
|---|---|
| AND TO: | **MINDEN GROSS LLP**<br>145 King Street West, Suite 2200<br>Toronto, ON  M5H 4G2 |

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
           dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

AND TO:    **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Email:  vdare@gardiner-roberts.com
Tel:    416.865.6641
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND TO:    **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:    **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND TO:    **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
           smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND TO:    **ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca
Tel:    604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products Ltd.

- 8 -

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Maurice Fleming

Email:   mfleming@millerthomson.com
Tel:      416.595.8686
Fax:     416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:      416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:      416.941.5397
Fax:     416.365.7886

Lawyers for Brookfield LePage Johnson Controls
Facility Management Services

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:   andrew.kent@mcmillan.ca
Tel:      416.865.7160
Fax:     416.865.7048

Email:   hilary.clarke@mcmillan.ca
Tel:      416.865.7286
Fax:     416.865.7048

Email:   tushara.weerasooriya@mcmillan.ca
Tel:      416.865.7262
Fax:     416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Perot Systems Corporation

H

- 9 -

AND TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:   lawrence.crozier@mcmillan.ca
Tel:      416.865.7178
Fax:     416.865.7048

Email:   adam.maerov@mcmillan.ca
Tel:      416.865.7285
Fax:     416.865.7048

Lawyers for Citibank

AND TO:
**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario M5C 3G5

Domenico Magisano

Email:   dmagisano@blaney.com
Tel:      416.593.2996
Fax:     416.593.5437

Lawyers for Expertech Network Installation Inc.

AND TO:
**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario M5J 2T7

Leslie Wittlin
Aaron Rousseau

Email:   lwittlin@langmichener.ca
Tel:      416.307.4087
Fax:     416.365.1719

Email:   arousseau@langmichener.ca
Tel:      416.307.4081
Fax:     416.365.1719

Lawyers for Right Management Inc.

AND TO:
**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario M5H 3C2

Deborah S. Grieve

Email:   dgrieve@casselsbrock.com
Tel:      416.860.5219
Fax:     416.350.6923

Lawyers for Alvarion Ltd.

AND TO:
**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:     416.865.6636

Email:   vdare@gardiner-roberts.com
Tel:      416.865.6641
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra
Sandra A. Vitorovich

Email:   smitra@airdberlis.com
           svitorovich@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

- 10 -

AND TO:
**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Ainslie Benedict
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
ainslie.benedict@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca

Tel:    613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Recently
Severed Canadian Nortel Employees

AND TO:
**CALEYWRAY**
Labour/Employment Lawyers
1600-65 Queen Street West
Toronto, Ontario  M5H 2M5

Gail E. Misra

Email:   misrag@caleywray.com

Tel:    416.775.4680
Fax:    416.366.3293

Lawyers for the Communication, Energy and
Paperworkers Union of Canada

AND TO:
**COLBY, MONET DEMERS, DELAGE &
CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec  H3A 3M8

David J. Dropsy

Email:   ddropsy@colby-monet.com
Tel:    514.284.3663
Fax:    514.284.1961

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND TO:
**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:   bleonard@casselsbrock.com
hgarman@casselsbrock.com
mcasey@casselsbrock.com

Tel:    416.860.6455
Fax:    416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND TO:
**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:    613.233.2679
Fax:    613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management, Inc.

AND TO:
**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:    514.631.0220

Lawyers for the Teamsters Quebec Local 1999

- 11 -

**AND TO:**  **NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:    janice.payne@nelligan.ca
          steven.levitt@nelligan.ca
          christopher.rootham@nelligan.ca

Tel:    613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA
as at January 14, 2009

**AND TO:**  **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:    ryanbellr@bennettjones.com
          laugesenm@bennettjones.com

Tel:    416.863.1200
Fax:    416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

**AND TO:**  **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:    tdunn@mindengross.com
Tel:    416.369.4335
Fax:    416.864.9223

Lawyers for 2748355 Canada Inc.

**AND TO:**  **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:    chris.besant@bakernet.com

Tel:    416.865.2318
Fax:    416.863.6275

Email:    lydia.salvi@bakernet.com

Tel:    416.865.6944
Fax:    416.863.6275

Lawyers for Jabil Circuit Inc.

**AND TO:**  **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:    theintzm@mccarthy.ca
Tel:    416.601.7627
Fax:    416.868.0673

Email:    jsirivar@mccarthy.ca
Tel:    416.601.7750
Fax:    416.868.0673

Lawyers for Frank Andrew Dunn

**AND TO:**  **EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:    nanci@eurodata.ca
Tel:    613.745.0921
Fax:    613.745.1172

- 12 -

\Y

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:     613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees – Post
CCAA as at January 14, 2009

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Cynthia R. Maher

Email:   cynthia.maher@ntscorp.com
Tel:     714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:     416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :    416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:

**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :     514.871.1522
Fax :     514.871.8977

Lawyers for Texas Landlords to Nortel Networks
Inc.

- 13 -

AND
TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Cynthia Maher

Email:  cynthia.maher@ntscorp.com
Tel:     714.998.4351

AND
TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:  david.cohen@gowlings.com

Tel:     416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:     416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:     416.941.5397
Fax:    416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:
**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:  rschwill@dwpv.com
Tel:     416.863.0900
Fax:    416.863.0871

Email:  mgottlieb@dwpv.com
Tel:     416.863.0900
Fax:    416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:
**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:     416.598.1744
Fax:    416.598.3730

Email:  slaubman@counsel-toronto.com
Tel:     416.598.1744
Fax:    416.598.3730

Lawyers for William A. Owens

AND
TO:
**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:  lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:    416.863.6275

Lawyers for Wipro Limited

- 14 -

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for the Current and Former Employees of
Nortel Networks Inc. who are or were Participants
in the Long-Term Investment Plan Sponsored by
Nortel Networks Inc.

AND
TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:   sbomhof@torys.com
Tel:      416.865.7370
Fax:      416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:      416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:   dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:      416.973.0810

- 15 -

AND
TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email: pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email: milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email: hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email: craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC,
MatlinPatterson Global Opportunities Partners III
L.P. and MatlinPatterson Opportunities Partners
(Cayman) III L.P.

AND
TO:
**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email: sseigel@langmichener.ca
Tel:    416.307.4063
Fax:    416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email: susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email: marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:   kmcelcheran@mccarthy.ca
Tel:     416.601.7730
Fax:     416.868.0673

Email:   rstabile@mccarthy.ca
Tel:     416.601.8335
Fax:     416.868.0673

Lawyers for Avaya Inc.

- 16 -

**AND TO:** **SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario M5G 2G8

James McDonald
Darrell Brown

Email:    jmcdonald@sgmlaw.com
Tel:       416.979.6425
Fax:      416.591.7333

Email:    dbrown@sgmlaw.com
Tel:       416.979.4050
Fax:      416.591.7333

Lawyers for Edmund Fitzgerald

**AND TO:** **STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9

Ashley John Taylor

Email:    ataylor@stikeman.com
Tel:       416.869.5236
Fax:      416.947.0866

Lawyers for Ciena Corporation

**AND TO:** **STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9

Sean F. Dunphy

Email:    sdunphy@stikeman.com
Tel:       416.869.5662
Fax:      416.947.0866

Lawyers for GENBAND Inc.

**AND TO:** **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email:    jspiegelman@foglers.com
Tel:       416.864.9700
Fax:      416.941.8852

Lawyers for Belden (Canada) Inc.

**AND TO:** **STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY 10022

Gordon Cameron
Ron Ferguson

Email:    gncameron@stikeman.com
Tel:       212.845.7464
Fax:      212.371.7087

Email:    rferguson@stikeman.com
Tel:       212.845.7477
Fax:      212.371.7087

Lawyers for GENBAND Inc.

- 17 -

## COURTESY COPIES:

AND TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:     602.262.5321
Fax:     602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND TO:

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:     212.696.6000
Fax:     212-697-1559

Lawyers for Flextronics International

AND TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:     212.872.1000
Fax:     212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:  DDunne@milbank.com
Tel:     212.530.5770
Fax:     212.530.5219

Email:  ALeblanc@milbank.com
Tel:     212.835.7574
Fax:     212.530.5219

Email:  APisa@milbank.com
Tel:     212.530.5319
Fax:     212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 18 -

AND  **VEDDER PRICE P.C.**
TO:   1633 Broadway, 47th Floor
      New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND  **MACLEOD DIXON LLP**
TO:   3700 Canterra Tower
      400, 3rd Avenue N.W.
      Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
         caylee.rieger@macleoddixon.com

Tel :   403.267.8222
Fax :   403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees -- Post CCAA as at
January 14, 2009

AND  **BRYAN CAVE LLP**
TO:   161 North Clark Street, Suite 4300
      Chicago, Illinois  60601

Eric S. Prezant

Email:  eric.prezant@bryancave.com
Tel:    312.602.5033
Fax:    312.602.5050

U.S. Lawyers for Tellabs, Inc.

24

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF
PROVINCIAL TAX AUTHORITIES**

TO:       **OGILVY RENAULT LLP**
          Royal Bank Plaza, South Tower
          200 Bay Street, Suite 3800
          Toronto, Ontario M5J 2Z4

          Derrick Tay
          Mario Forte
          Jennifer Stam

          Email:    dtay@ogilvyrenault.com
                     mforte@ogilvyrenault.com
                     jstam@ogilvyrenault.com

          Tel:      416.216.4000
          Fax:     416.216.3930

          Lawyers for the Applicants

**BY EMAIL:**

**ALBERTA**

**ALBERTA MINISTRY OF FINANCE**
AND    The Tax and Revenue Administration
TO:    9811-109 Street
Edmonton, Alberta  T5K 2L5

Sue Jamieson, Assistant Deputy Minister

Email: sue.jamieson@gov.ab.ca
Tel:    780.427.9403
Fax:    780.427.0348

**MANITOBA**

**HER MAJESTY THE QUEEN IN RIGHT OF**
AND    **THE PROVINCE OF MANITOBA AS**
TO:    **REPRESENTED BY THE MINISTER OF**
**FINANCE**

450 Broadway
Winnipeg, Manitoba  R3C 0V8

Barry Draward

E-mail: barry.draward@gov.mb.ca
Tel:    204.945.3758
Fax:    204.948.2360



**NEW BRUNSWICK**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEW BRUNSWICK AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Centennial Building
Room: 371, Floor: 3
P. O. Box 6000
Fredericton, New Brunswick
E3B 5H1

Lynn Noel

Email:  lynn.noel@gnb.ca
Tel:      506.457.3550
Fax:     506.444.4920

**NEWFOUNDLAND**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEWFOUNDLAND AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Department of Finance
3rd Floor, East Block, Confederation Complex
P.O. Box 8700, St. John's, Newfoundland
A1B 4J6

Keith Rees

Email:  krees@gov.nl.ca
Tel:      709.729.6297
Fax:     709.729.2856



## NOVA SCOTIA

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF NOVA SCOTIA AS REPRESENTED BY THE MINISTER OF FINANCE**

P.O. Box 187
1723 Hollis St.
Halifax, Nova Scotia  B3J 2N3

Doug Moodie

Email:    moodiedj@gov.ns.ca
Tel:        902.424.5720
Fax:       902.424.6635

## ONTARIO

AND
TO:
**ONTARIO MINISTRY OF FINANCE**
Legal Services Branch
6th Floor
33 King Street West
Oshawa, Ontario
L1H 8H5

Kevin O'Hara

Email:    kevin.ohara@ontario.ca
Tel:        905.433.6934
Fax:       905.436.4510



**PRINCE EDWARD ISLAND**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF PRINCE EDWARD
ISLAND AS REPRESENTED BY THE
PROVINCIAL TREASURY**

Shaw Building, 1st Floor
95 Rochford Street
PO Box 2000
Charlottetown, PE  C1A 7N8

Mary Hennessey

Email:  mihennessey@gov.pe.ca
Tel:     902.368.4070
Fax:    902.368.6164


**SASKATCHEWAN**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF SASKATCHEWAN AS
REPRESENTED BY THE MINISTER OF
FINANCE**

2350 Albert Street
Regina, Saskatchewan  S4P 4A6

Margaret Johannsson, Assistant Deputy Minister

Email:  Margaret.johannsson@gov.sk.ca
Tel:     306.787.6685
Fax:    306.787.0241



**FEDERAL**

**AND TO:**

**CANADA REVENUE AGENCY**
c/o Department of Justice
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email: diane.winters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810



<u>**BY FAX:**</u>

**BRITISH COLUMBIA**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF BRITISH COLUMBIA,
AS REPRESENTED BY THE MINISTER OF
FINANCE, REVENUE DIVISION**

3rd Floor, 1802 Douglas Street
Victoria, British Columbia  V8T 4K6

Michael Ford

Fax:    250.356.0065

**QUEBEC**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF QUEBEC AS
REPRESENTED BY THE MINISTER OF
FINANCE**

**Ministère des Finances**
12, rue Saint-Louis
Québec (Québec) G1R 5L3

Tel:    418.528.9323
Fax:    418.646.1631

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS**

TO:     **OGILVY RENAULT LLP**
        Royal Bank Plaza, South Tower
        200 Bay Street, Suite 3800
        Toronto, Ontario M5J 2Z4

        Derrick Tay
        Mario Forte
        Jennifer Stam

        Email:    dtay@ogilvyrenault.com
                  mforte@ogilvyrenault.com
                  jstam@ogilvyrenault.com

        Tel:      416.216.4000
        Fax:      416.216.3930

        Lawyers for the Applicants

**BY EMAIL:**

| | | | | |
|---|---|---|---|---|
| AND TO: | **ARI FINANCIAL SERVICES INC.**<br>600-1270 Central Parkway West<br>Mississauga, ON L5C 4P4 | | AND TO: | **EXPORT DEVELOPMENT CANADA**<br>151 O'Connor Street<br>Ottawa, ON K1A 1K3 |

<table>
<tr><td>AND TO:</td><td><b>ARI FINANCIAL SERVICES INC.</b><br>600-1270 Central Parkway West<br>Mississauga, ON L5C 4P4<br><br>Tel:  905-803-8000<br>Fax: 905-803-8644<br><br>Email: ldearborn@arifleet.ca<br>        jmcmullin@arifleet.ca</td><td>AND TO:</td><td><b>EXPORT DEVELOPMENT CANADA</b><br>151 O'Connor Street<br>Ottawa, ON K1A 1K3<br><br>Jennifer Sullivan<br><br>Email: jsullivan@edc.ca<br><br>Tel:  613.597.8651<br>Fax: 613.598.3113</td></tr>
<tr><td>AND TO:</td><td><b>GENERAL ELECTRIC CAPITAL EQUIPMENT FINANCE INC.</b><br>5420 North Service Road<br>Burlington, ON L7L 6C7<br><br>Alexandre LeBlanc<br><br>Tel:  1.866.317.4323<br>Fax: 514.397.5300<br><br>Email: alexandre.leblanc@ge.com</td><td>AND TO:</td><td><b>GE CAPITAL CANADA LEASING SERVICES INC.</b><br>5420 North Service Road<br>4th Floor<br>Burlington, ON L7L 6C7<br><br>Alexandre LeBlanc<br><br>Tel:  1.866.317.4323<br>Fax: 514.397.5300<br><br>Email: alexandre.leblanc@ge.com</td></tr>
<tr><td>AND TO:</td><td><b>GE CAPITAL CANADA LEASING SERVICES INC.</b><br>1 Place Ville Marie<br>Suite 1401<br>Montreal, QC H3B 2B2<br><br>Alexandre LeBlanc<br><br>Tel:  1.866.317.4323<br>Fax: 514.397.5300<br><br>Email: alexandre.leblanc@ge.com</td><td>AND TO:</td><td><b>GENERAL ELECTRIC CANADA EQUIPMENT FINANCE G.P.</b><br>500 North Service Road<br>8th Floor<br>Burlington, ON L7L 6W6<br><br>Alexandre LeBlanc<br><br>Tel:  1.866.317.4323<br>Fax: 514.397.5300<br><br>Email: alexandre.leblanc@ge.com</td></tr>
</table>

AND   **NEXCAP FINANCE**
TO:   **CORPORATION**
      3027 Harvester Road
      Suite 212
      Burlington, ON L7N 3G7

      Scott Lowes

      Tel:   905.637.4467 ext. 117
      Fax:   905-637-1882

      Email:  slowes@nexcap.com

AND   **THE BANK OF NOVA SCOTIA**
TO:   44 King Street West,
      Toronto, ON M5H 1H1

      Attn:   CSRS Queue

      Tel:   1.888.855.1234

      Email:  bsc@scotiabank.com

AND   **STEELCASE FINANCIAL SERVICES**
TO:   **LTD.**
      1 Steelcase Rd. W.
      Markham, ON L3R 0T3

      Janeen Treur

      Tel:   616.246.4389

      Email:  jtreur@steelcase.com

## BY FAX:

AND TO: **ABN AMRO BANK N.V.**
Canada Branch
79 Wellington Street West
Suite 1500
Toronto, ON M5K 1G8

Tel:     416-367-0850
Fax:    416-367-1485

AND TO: **ABN AMRO BANK N.V.**
600 De Maissonneuve Blvd. W.
Suite 1500
Montreal, QC H3A 3J2

Tel:     514.284.1133
Fax:    514.284.2357

AND TO: **DELL FINANCIAL SERVICES CANADA LIMITED**
155 Gordon Baker Road
Suite 501
North York, ON M2H 3N5

Tel:     1.877.814.4142
Fax:    1.888.438..1117

AND TO: **GENERAL ELECTRIC CAPITAL CANADA INC.**
2300 Meadowvale Boulevard
Suite 200
Mississauga, ON L5N 5P9

Bethany St. Pierre

Tel:     1.866.329.4323
Fax:    1.866.993.1902

AND TO: **ST MICROELECTRONICS (CANADA), INC.**
1310 Electronics Drive
Carrollton, Texas 75006

Tel:     905.273.4300
Fax:    905.273.7578

AND TO: **HEWLETT-PACKARD FINANCIAL SERVICES CANADA COMPANY**
5150 Spectrum Way
Mississauga, ON L4W 5G1

Attn:    Legal Department

Tel:     905.206.4725
Fax:    905.206.4191

AND TO: **PRODAIR CANADA LTEE**
291 Rue Quinlan
Ville Lasalle, QC H8R 3W4

Alain Cote

Tel:     1.800.363.3572
Fax:    418.878.3235

**BY COURIER:**

| | | | |
|---|---|---|---|
| AND<br>TO: | **CIT TECHNOLOGIES INC.**<br>181 Bay Street<br>Suite 3500<br>Toronto, ON M5J 2T3 | AND<br>TO: | **HOLMAN CANADA LIMITED**<br>**PARTNERSHIP**<br><br>9000 Midlantice Drive<br>Mt. Laurel, New Jersey<br>USA 08054 |

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

Applicants

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

NOTICE OF MOTION
(returnable March 3, 2010)

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4
CANADA

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte  LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

**TAB 2**

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AFFIDAVIT OF GEORGE RIEDEL**
**(sworn February 26, 2010)**

I, George Riedel, of the city of Boston in the State of Massachusetts, MAKE OATH AND SAY:

1.    I am the Chief Strategy Officer of Nortel Networks Corporation ("NNC") and Nortel Networks Limited ("NNL") and have held those positions since February, 2006. As such, I have personal knowledge of the matters to which I hereinafter depose in this Affidavit. Where I do not possess personal knowledge, I have stated the source of my information and, in all such cases, believe it to be true.

2.    I swear this Affidavit in support of the motion to approve, among other things, the transaction (the "Transaction") contemplated by an asset sale agreement dated as of December 22, 2009 (the "Sale Agreement") among NNC, NNL, Nortel Networks Inc. ("NNI") and certain other entities identified therein as sellers (together, the "Sellers") and GENBAND Inc., as purchaser ("GENBAND" or the "Purchaser") for the sale (the "Sale") of certain assets of the Sellers' Carrier Voice Over IP and Application Solutions business (the "CVAS Business") as described therein (the "Assets") as a "stalking-horse" sale agreement.

- 2 -

3.    A copy of the Sale Agreement (without exhibits or schedules) was attached as an appendix to the thirty-fourth report (the "Thirty-Fourth Report") of the Monitor (as defined below) dated January 3, 2010.

4.    References to "Nortel" herein are references to the global enterprise of NNC, NNL, NNI and their respective affiliates as a whole.

5.    In connection with entering into the Stalking Horse Agreement, a corresponding asset sale agreement relating to the sale and purchase of the EMEA Assets (as defined in the EMEA Agreement) among certain of the EMEA Debtors (defined below) and their affiliates (the "EMEA Sellers"), the Joint Administrators (defined below), the Joint Israeli Administrators (defined below), and the Stalking Horse Purchaser dated December 23, 2009 (the "EMEA Agreement" and together with the Stalking Horse Agreement, the "Purchase Agreements").

6.    All dollar references are US$ unless otherwise indicated.

**BACKGROUND**

7.    On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor (the "Monitor") in the CCAA proceedings.

8.    Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "Initial U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

9.    Additionally, on January 15, 2009, Nortel Networks UK Limited ("NNUK") and certain subsidiaries of the Nortel group incorporated in Europe, the Middle East or Africa ("EMEA")

- 3 -

each obtained an administration order for the appointment of administrators (the "Joint Administrators") from the High Court of England and Wales under the Insolvency Act 1986.

10.    On January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited, filed an application with the Tel-Aviv-Jaffa District Court, pursuant to the Israeli Companies Law, 1999, and the regulations relating thereto for a stay of proceedings. On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators (the "Joint Israeli Administrators") of the Israeli Company under the Israeli Companies Law.

11.    On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code.

12.    On May 28, 2009, the Commercial Court of Versailles, France (the "French Court") ordered the commencement of secondary insolvency proceedings in respect of Nortel Networks S.A. ("NNSA"), which consist of liquidation proceedings during which NNSA was originally authorized to continue to operate as a going concern for an initial period of three months which period was subsequently extended to November 28, 2009.    In accordance with the European Union's Council Regulation (EC) No. 1346/2000 on Insolvency Proceedings, the English law proceedings (the "English Proceedings") remain the main proceedings in respect of NNSA although a French administrator and a French liquidator have been appointed and are in charge of the day-to-day affairs and continuing business of NNSA in France. On October 1, 2009, the French Court approved an order to (i) suspend the liquidation operation relating to the sale of the assets and/or businesses of NNSA for a renewable period of two months; (ii) authorize the continuation of the business of NNSA so long as the liquidation operations are suspended; and (iii) maintain the powers of the French administrator and liquidator during that period except with respect to the sale of assets and/or businesses of NNSA.  On November 30, 2009, the French Court approved an order to extend the aforementioned suspension for a further period of three months and authorized the continuation of the business of NNSA during that period.

13.    On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for the recognition of the Administration Proceedings as they relate to NNUK (the "English Proceedings") under Chapter 15 of the Code.  On June 26, 2009, the U.S.

- 4 -

Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

14.     On July 14, 2009, Nortel Networks (CALA) Inc. (together with the Initial U.S. Debtors, the "U.S. Debtors") made a voluntary filing with the U.S. Court under Chapter 11 of the Code.

15.     Further details regarding the background to these proceedings are set out in the affidavit of John Doolittle sworn January 14, 2009 (the "Initial Order Affidavit") previously filed in these proceedings and are therefore not repeated herein.

**THE TRANSACTION**

16.     Capitalized terms used in this section of my Affidavit not otherwise defined herein shall have the meanings given to them in the Sale Agreement.

*The CVAS Business*

17.     Nortel's CVAS Business provides telecom service providers with network solutions that help them improve operational efficiency, reduce costs, and generate new revenue through the deployment of multimedia applications and voice over internet protocol ("VoIP") solutions that enhance the communications experience for businesses and consumers.

18.     The CVAS Business specializes in deploying new VoIP networks for operators, in helping carriers transition their older voice infrastructure to state-of-the-art VoIP networks, and in delivering advanced multimedia offerings that unify and simplify communications for users.

19.     The CVAS Business unit sells VoIP platforms (such as softswitches and media gateways), TDM switching systems (for local, toll and long-distance deployments), and associated services (such as installation, technical support, repairs management). These and other products from the CVAS portfolio are combined into solutions that address specific service provider requirements and opportunities, including: business voice and multimedia, consumer voice and multimedia, transit and multimedia interconnect, and class 5.

20.     Nortel's CVAS Business has a global presence -- with nearly 2,100 employees in North America, Europe, the Middle East, Africa, Caribbean, Latin America, Asia-Pacific -- and a worldwide customer base. Nortel's CVAS customers include many of the world's large carriers



(including two-thirds of the top 20 service providers globally), leading regional operators, and major cable operators.

21.    Nortel's principal competitors include Alcatel-Lucent, Huawei Technologies, Nokia Siemens Networks, Ericsson, Sonus Networks, GENBAND, Broadsoft and MetaSwitch. Despite a challenging economic environment and increasing competition in the carrier VoIP market space, CVAS remains the number one carrier VoIP and softswitch market leader, a position Nortel has held for the past seven and half years according to industry analyst firm Dell'Oro Group.

*The Sale Agreement*

22.    On January 6, 2010, this Court granted an order (the "Bidding Procedures Order") approving the Sale Agreement as a stalking horse agreement as well as certain bidding procedures for a sales process for the Business. The motion for the Bidding Procedures Order proceeded as a joint hearing with the U.S. Court and a similar order (together with the Bidding Procedures Order, the "Bidding Procedures Orders") was entered by the U.S. Court on January 8, 2010. A copy of the Bidding Procedures Order will be attached as an appendix to the fortieth report of the Monitor dated February 26, 2010 (the "Fortieth Report").

23.    The Sale Agreement (then, the Stalking Horse Agreement) was described in greater detail in my affidavit sworn December 23, 2010 as well as the Thirty-Fourth Report. Briefly, the Sale Agreement provides for the following:

(a)    *Purchase Price.* A base purchase price of $282 million in cash, subject to balance sheet and other adjustments currently estimated at approximately $100 million.

(b)    *Good Faith Deposit.* The payment of a good faith deposit of $14,100,000 in cash.

(c)    *Assets.* The Assets to be acquired by the Purchaser include, among other things, certain (i) inventory and supplies, (ii) unbilled accounts receivable, (iii) equipment, (iv) contracts and certain bids made by the Sellers for a contract which could result in a contract after the Closing Date, (v) prepaid expenses, (vi) tangible embodiment of business information, (vii) intellectual property, (viii) rights under warranties, representations and guarantees by suppliers,

manufacturers and contractors and third parties related to the Assets, (ix) net insurance proceeds to be received in respect of equipment, and (x) tax records required by law to be transferred. The assets to be acquired by the Purchaser exclude, among other things, certain cash and cash equivalents, accounts receivable (excluding receivables that are unbilled as of the Closing date), bank account balances and petty cash, and certain assets and rights (for example, the right to tax refunds, credits, or similar benefits, and rights under certain contracts (other than Assigned Contracts)) relating to the pre-closing period.

(d)     *Assigned Contracts.*    The Sellers agree to assign certain Seller Contracts, including customer contracts, to the Purchaser, and to cooperate with the Purchaser to assist in the transition of Bundled Contracts to the Purchaser as they relate to the CVAS Business. The Sellers have agreed to pay the Cure Costs associated with the assignment of customer contracts.

(e)     *Assumed Liabilities.*    The liabilities to be assumed by the Purchaser include, among others, (i) liabilities arising after the Closing Date to the extent related to the operation of the CVAS Business by the Purchaser following the Closing, (ii) liabilities arising from the performance of Assigned Contracts after the Closing Date, (iii) certain liabilities relating to transferred intellectual property, (iv) certain tax liabilities, (v) certain warranty liabilities and (vi) certain liabilities related to employees and employee benefit plans and under employment laws.

(f)     *Fees.*  The Sale Agreement also contemplated the payment of certain fees which is discussed in greater detail below.

(g)     *Employees:* As part of the Sale Agreement, the Purchaser has agreed to make offers to at least 1,638 Nortel employees associated with the CVAS Business.

(h)     *Closing Conditions*:  The closing of the transactions contemplated by the Sale Agreement are subject to certain closing conditions including the granting of an order of this Court approving the Transaction and vesting title in the Purchaser.

*Break Up Fee and Expense Reimbursement and Incentive Fee Agreement*

24.    The Stalking Horse Agreement also contemplated the payment of a break up fee and expense reimbursement of a total of $10 million to be payable in certain circumstances. Under the Stalking Horse Agreement and the EMEA Agreement, two-thirds of the aggregate Bid Protections would be payable by the Sellers, including the Applicants that are Sellers, and the remaining one-third will be payable by the EMEA Sellers.

25.    Additionally, as part of the bidding procedures motions before this Court and the U.S. Court, the Applicants and the U.S. Debtors sought approval of the payment of an incentive fee payable to One Equity Partners III, L.P. ("OEP") in the amount of $3,600,000 (the "Incentive Fee"). The Incentive Fee was to be payable within five (5) business days following completion of the Auction regardless of the outcome of the Auction and whether the Stalking Horse ASA and the Sale are ultimately approved as a Successful Bid (as defined in the Bidding Procedures) by this Court or any other court, so long as GENBAND participates in the Auction and the financing commitment letter provided by OEP remains in full force and effect. Alternatively, in the event that (i) the Auction was not conducted because no Qualified Bids (as defined in the Bidding Procedures) other than the Purchase Agreements received from GENBAND are received or (ii) the Auction was terminated prior to the selection of a Successful Bid or (iii) the Purchase Agreements were terminated by the Sellers or the EMEA Sellers prior to the Auction for any reason other than as a result of a breach by GENBAND under the Purchase Agreements, the Incentive Fee was to be payable within five (5) business days following the filing by the Monitor with this Court of a certificate (the "Monitor's Certificate") confirming that no Auction will be conducted or the Auction is terminated prior to the selection of a Successful Bid or the termination of the Purchase Agreements, as applicable. The payment of the Incentive Fee is discussed in greater detail below.

*The Sale and Bid Process*

26.    The Bidding Procedures approved by the Bidding Procedures Orders contemplated, among other things:

    (a)    a process pursuant to which interested parties could become "Qualified Bidders";



(b)     an initial bid deadline of 4pm (ET) on February 23, 2010 (the "Initial Bid Deadline");

(c)     criteria for designating bids as "Qualified Bids"; and

(d)     an auction (the "Auction") scheduled to be held at the offices of Cleary Gottlieb Steen & Hamilton LLP in New York City on February 25, 2010.

27.     Upon obtaining the Bidding Procedures Orders, Nortel, with the assistance of its financial advisor, Lazard Frères & Co. ("Lazard") renewed its marketing efforts with respect to the CVAS Business. In particular,

(a)     Notices were published in the Globe and Mail (National Edition), the Financial Times (National Edition) and The Wall Street Journal (National Edition);

(b)     Nortel or Lazard contacted approximately 28 potentially interested parties in connection with the CVAS Business;

(c)     two (2) interested parties executed non-disclosure agreements or acknowledgments in respect of their existing non-disclosure agreement;

(d)     two (2) parties submitted expressions of interest and were deemed "Qualified Bidders" – the two Qualified Bidders also notified the Sellers of their intention to work together; and

(e)     these two (2) Qualified Bidders were provided access to extensive due diligence information including management presentations.

28.     At the Bid Deadline, neither of the Qualified Bidders submitted a bid and neither of the Qualified Bidders requested an extension of the Bid Deadline. As such, on February 25, 2010, the Monitor filed the Monitor's Certificate with this Court confirming that there would be no Auction and U.S. Debtors filed a certificate of no Auction with the U.S. Court. It is anticipated that in accordance with the Bidding Procedures Order, NNC will pay its portion of the Incentive Fee within the five (5) business days contemplated by the

47

- 9 -

Bidding Procedures Order. I am aware that a copy of the Monitor's Certificate will be attached as an appendix to the Fortieth Report.

## CONCLUSION

29.    As set out in my December 23, 2009 affidavit, even prior to the Bidding Procedures Orders, Nortel had previously marketed the CVAS Business since April 2009. Upon entry of the Bidding Procedures Orders, the Applicants, the U.S. Debtors and their advisors (including, in particular, Lazard) thoroughly re-canvassed the market for higher or better offers than the Stalking Horse Agreement. No bids were received as a result of those offers and I do not believe further marketing efforts would result in greater value. I believe that the process undertaken the by the Applicants, the Chapter 11 Debtors and their advisors, including with input from the official committee of unsecured creditors of NNI and the ad hoc bondholders committee, was in compliance with the Bidding Procedures and that maximum value for the Assets has been achieved.

SWORN BEFORE ME at the City of WESTON        , in the State of MASSACHUSETTS on this 26ᵗʰ day of February, 2010

_____
Commissioner for Taking Affidavits or Notary Public
RITA LOFFA
Notary Public
My Commission Exp 11/09/2012

_____
George Riedel