# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: March 17, 2010 at 11:00 a.m. (ET) <br> ) |

## AMENDED[2] NOTICE OF FOURTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, Nunc Pro Tunc to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2009 through January 31, 2010[3] |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,650,894.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $115,413.25 |

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP hereby amends its Notice of Fourth Interim Fee Application Request, filed on February 24, 2010 (Docket No. 2513), solely to provide information regarding a change in its hourly billing rates effective January 1, 2010.

[3] Akin Gump Strauss Hauer & Feld LLP's November 2009, December 2009 and January 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/30/09 Docket No. 2222 | 11/1/09 - 11/30/09 | $1,008,811.00 | $40,388.57 | $807,048.80 | $40,388.57 | $201,762.20 |
| Date Filed: 2/1/10 Docket No. 2372 | 12/1/09 - 12/31/09 | $1,003,203.75 | $40,839.88 | $802,563.00 | $40,839.88 | $200,640.75 |
| Date Filed: 2/22/10 Docket No. 2485 | 1/1/10 - 1/31/10 | $638,879.75 | $34,184.80 | Pending Obj deadline 3/15/10 $511,103.80 | Pending Obj deadline 3/15/10 $34,184.80 | $127,775.95 |
| **TOTALS:** | | **$2,650,894.50** | **$115,413.25** | **$2,120,715.60**[4] | **$115,413.25**[5] | **$530,178.90** |

Summary of any Objections to Fee Applications: None.

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

## SUMMARY OF ATTORNEY AND LEGAL ASSISTANT HOURLY RATES
## REFLECTING CHANGES EFFECTIVE JANUARY 1, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1/1/10 | Hourly Billing Rate After 1/1/10 |
|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $925 | $950 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $825 | $875 |
| David J. D'Urso | Partner for 4 years; Admitted in 1997; Corporate Department | $700 | $725 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $950 | $975 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $620 | $645 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $745 | $775 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $765 | $790 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | $775 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $755 | $780 |
| W. Thomas Weir | Partner for 28 years; Admitted in 1973; Tax Department | $730 | $755 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department Department | $620 | $675 |
| Ira L. Rosenblatt | Senior Counsel for 2 years; Admitted in 1997; Corporate Department | $610 | $635 |

RLF1-3402371-1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1/1/10 | Hourly Billing Rate After 1/1/10 |
|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $650 | $675 |
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $580 | $600 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $580 | $600 |
| Brian D. Geldert | Counsel for 2 years; Admitted in 2004; Financial Restructuring Department | $530 | $600 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $490 | $550 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $525 | $600 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $375 | $450 |
| Nyron J. Persaud | Associate for 3 years; Admitted in 2008; Tax Department | $375 | $450 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $420 | $500 |
| Rebecca L. Barloon | Legal Assistant for 3 years; Financial Restructuring Department | $190 | $200 |
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $210 | $220 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $245 | $255 |

RLF1-3402371-1

Dated: March 1, 2010
    New York, New York

/s/ Fred S. Hodara

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

5

RLF1-3402371-1