**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**OBJECTION OF TELLABS OPERATIONS, INC. TO DEBTORS' REQUEST AUTHORITY TO ASSUME CONTRACT IN CONNECTION WITH THE SALE OF NORTEL'S GSM/GSM-R BUSINESS**

Tellabs Operations, Inc. (collectively, with its affiliates, "Tellabs"), by and through its undersigned attorneys, respectfully submits its objection (the "Objection") to the Debtors' proposed assumption and assignment of any executory contract between Tellabs and the Debtors in connection with the Debtors' Motion for an Order (A) Approving the Assumption and Assignment Procedures In Connection With The Sale of Nortel's GSM/GSM-R Business, and (B) Authorizing the Filing of Certain Documents Under Seal (the "Assignment Procedures Motion") and related Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Contracts (the "Assignment Notice") received by Tellabs. In support of its Objection, Tellabs states as follows:

1. On or about December 3, 2009, the Court entered an order (the "Assignment Procedures Order") approving the Debtors' Assignment Procedures Motion and setting forth certain procedures for the proposed assumption and assignment of executory contracts in connection with the Debtors' sale of certain assets to Telefonaktiebolaget LM Ericsson (publ) and Kapsch Carriercom AG (collectively, the "Purchaser").

2. The Assignment Procedures Order permits the Debtors to serve an individualized Assignment Notice on each counterparty to an executory contract that the Debtors seek to assume and assign to the Purchaser.

NY02DOCS\1570740.1

3.  Counsel for Tellabs received such an Assignment Notice from the Debtors on or about February 26, 2010, indicating that the Debtors intend to assume and assign a certain "Interface Interoperability Testing Agreement With Annexes A-D" with Tellabs to the Purchaser. The Assignment Notice also listed a proposed cure amount of $0.00 in connection with the assumption and assignment. The Assignment Notice received by Tellabs' counsel does not identify the specific counterparty to the contract sought to be assigned, but instead references only Tellabs' counsel.

4.  The sparse information provided in the Assignment Notice the Debtors sent to Tellabs is not sufficient for Tellabs to determine what contract the Debtors seek to assume and assign or whether there is any cure amount due in respect of such contract. In addition, Tellabs has not had sufficient time to review its executory agreements with the Debtors or the Purchaser's ability to provide adequate assurance of future performance under any contracts sought to be assumed and assigned.

5.  Therefore, Tellabs objects to the assumption and assignment of any contract between Tellabs and the Debtors and requests additional time to investigate the nature of any such contract and the appropriate cure amount to be paid in connection with its assumption and assignment to the Purchaser, and to obtain additional information from the Debtors in that regard. Tellabs reserves the right to assert additional objections to the assumption or assignment of any of its contracts with the Debtors as may be appropriate based on the information obtained in the course of its investigation.

WHEREFORE, Tellabs requests that the Court enter an order denying the assumption and assignment of any contracts of the Debtors with Tellabs pursuant to the Assignment Notice, and granting such other and further relief as is just and proper.

Dated: March 1, 2009

/s/ Michelle McMahon
Michelle McMahon (3900)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: michelle.mcmahon@bryancave.com

Eric S. Prezant, Esq.
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: eric.prezant@bryancave.com

Attorneys for Tellabs Operations, Inc.

**CERTIFICATE OF SERVICE**

I, Michelle McMahon, hereby certify that on March 1, 2010, a true and correct copy of the foregoing Objection Of Tellabs Operations, Inc. To Debtors' Request Authority To Assume Contract In Connection With The Sale Of Nortel's GSM/GSM-R Business was served upon the following counsel by first class U.S. Mail.

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attention:   James L. Bromley<br>                    Lisa M. Schweitzer | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>Attention:   Derek C. Abbott |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attention:   Stephen J. Shimshak<br>                    Marilyn Sobel | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Attention:   Fred S. Hodara<br>                    Stephen Kuhn<br>                    Kenneth Davis |
| Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Attention:   Christopher M. Samis | Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, New York 10006<br>Attention:   Roland Hlawaty |

　　　　　　　　　　　　　　　　　　　　  /s/ Michelle McMahon　　　　　
　　　　　　　　　　　　　　　　　　　Michelle McMahon (3900)