## United States Bankruptcy Court

### District of Delaware

In re Nortel Networks Inc., et al.,   Case Nos. 09-10138

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WORDEN MASTER FUND LP | WISTRON CORPORATION |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 4547 in the aggregate amount of $21,797.16

Amount of Transferred Claim: $1,089.86 which is 5.00% of $21,797.16

Name and Address where notices to Transferee should be sent:

Worden Master Fund LP
c/o Fortress Investment Group LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105
Attn: Roy Castromonte and David Sharpe
Tel: 212-515-4690 and 212-479-7072
Email: rcastromonte@fortress.com and dsharpe@fortress.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WORDEN MASTER FUND LP
By: Fortress Special Opportunities I GP LLC,
its general partner

By: _____
Name: Glenn P. Cummins
Title: Chief Financial Officer

Date: 2/26/2010

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, District of Delaware

Wistron InfoComm (Texas) Corporation ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

(i)  Drawbridge Special Opportunities Fund LP, its successors and assigns, with offices at c/o Fortress Investment Group LLC, 1345 Avenue of the Americas, 46th Floor, New York, NY 10105 ("Drawbridge LP");

(ii)  Drawbridge Special Opportunities Fund Ltd, its successors and assigns, with offices at c/o Fortress Investment Group LLC, 1345 Avenue of the Americas, 46th Floor, New York, NY 10105 ("Drawbridge Ltd."); and

(iii)  Worden Master Fund LP, its successors and assigns, with offices at c/o Fortress Investment Group LLC, 1345 Avenue of the Americas, 46th Floor, New York, NY 10105 ("Worden Fund", and together with Drawbridge LP and Drawbridge Ltd., the "Buyers"),

all of Seller's rights, title and interest in and to the general unsecured claim (**Claim No. 4547**) in the amount of **$21,797.16** (the "Claim") against Nortel Networks Inc. (the "Debtor"), the debtor-in-possession in that case filed under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") as Case No. 09-10138 (the "Case") in the following amounts:

(i)  Drawbridge LP – **75%** of the Claim in the amount of $16,347.87;

(ii)  Drawbridge Ltd. – **20%** of the Claim in the amount of $4,359.43; and

(iii)  Worden Fund – **5%** of the Claim in the amount of $1,089.86.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyers herein as the valid owners of the Claim (to the extent set forth above).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyers herein as the valid owners of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyers.

19

KL2 2632805.10

IN WITNESS WHEREOF, the undersigned Buyer duly executed this Agreement by their duly authorized representatives as of the 31st day of December, 2009.

SELLER

Wistron InfoComm (Texas) Corporation

By: /s/ [signature]
Name: Stone Shih
Title: Controller

BUYERS

Drawbridge Special Opportunities Fund LP

By: Drawbridge Special Opportunities GP LLC,
its general partner

By: _____
Name:
Title:

Drawbridge Special Opportunities Fund Ltd.

By: _____
Name:
Title:

Worden Master Fund LP

By: Fortress Special Opportunities I GP LLC,
its general partner

By: _____
Name:
Title:

20

KL2 2632305.10

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 31st day of December, 2009.

**SELLER**

Wistron InfoComm (Texas) Corporation

By: _____
Name:
Title:

**BUYERS**

Drawbridge Special Opportunities Fund LP

By: Drawbridge Special Opportunities GP LLC,
its general partner

By: _____
Name:   Glenn P. Cummins
Title:   Chief Financial Officer

Drawbridge Special Opportunities Fund Ltd.

By: _____
Name:   Glenn P. Cummins
Title:   Authorized Signatory

Worden Master Fund LP

By: Fortress Special Opportunities I GP LLC,
its general partner

By: _____
Name:   Glenn P. Cummins
Title:   Chief Financial Officer

20

KL2 2632805.10