## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 2nd day of March, 2010, I did serve the foregoing **Notice of Appearance and Request for Service of Papers** by causing a true and correct copy thereof to be served via United States mail, first class, postage pre-paid upon those parties listed on the attached service list.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)

#12210826 v1

## SERVICE LIST

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
PO Box 1347
Wilmington, Delaware 19899-1347

T. Patrick Tinker, Esq.
Office of the United States Trustee
844 Market Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801