IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

     Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 24th day of February, 2010, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Fourth Interim Fee Application Request for Akin Gump Strauss Hauer & Feld LLP for the Period November 1, 2009 through January 31, 2009* [Docket No. 2513]

*Fourth Interim Fee Application Request for Fraser Milner Casgrain LLP for the Period November 1, 2009 through January 31, 2009* [Docket No. 2514]

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1 3541980v.1

_Barbara J. Witters_ (signature)
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 24th day of February, 2010.

_Lesley A. Morris_ (signature)
Notary Public
LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3541980v.1

| | |
|---|---|
| *(United States Trustee)*<br>Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | *(Counsel for Debtors)*<br>Derek C. Abbott, Esq<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. 1347<br>Wilmington, DE 19899-1347 |
| *(Debtors)*<br>Gordon A. Davies<br>Nortel Networks Inc<br>195 The West Mall<br>Toronto, ON M9C 5K1 | *(Counsel for Debtors)*<br>James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| *(Counsel for Official Committee of Unsecured Creditors)*<br>Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | |