IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 2581, 2589 AND 2591]

PLEASE TAKE NOTICE that on March 1, 2010, copies of the **Notice Of Agenda Of Matters Scheduled For Hearing On March 3, 2010 At 2:00 P.M. (Eastern Time)** (D.I. 2581, Filed 3/1/10) were served in the manner indicated upon the entities identified on the service list attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on March 1, 2010, copies of the following were served in the manner indicated upon the entities identified on the service list attached hereto as Exhibit B:

- **Notice Of Amended Agenda Of Matters Scheduled For Hearing On March 3, 2010 At 2:00 P.M. (Eastern Time)** (D.I. 2589, Filed 3/1/10);

- **Notice Of Second Amended Agenda Of Matters Scheduled For Hearing On March 3, 2010 At 2:00 P.M. (Eastern Time)** (D.I. 2591, Filed 3/1/10).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2672623.26

Dated: March 2, 2010
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    _____
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Alissa T. Gazze (No. 5338)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    Counsel for the Debtors and
    Debtors in Possession

2672623.26