# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF
## JENNIFER L. PARISI, PARALEGAL

STATE OF DELAWARE:
                            SS:
NEW CASTLE COUNTY:

    I, Jennifer L. Parisi, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on March 2 2010. I certify further that the service of the following:

**NOTICE OF FILING OF SUPPLEMENT TO THE THIRTY-SEVENTH REPORT OF THE MONITOR OF THE CANADIAN NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS**

was made on the following parties on the attached list via hand delivery and first class mail.

*/s/ Jennifer L. Parisi*
Jennifer L. Parisi

SWORN AND SUBSCRIBED before me this 2nd day of March 2010.

*/s/ Mary Calloway*
NOTARY
MARY F. CALLOWAY
Attorney-At-Law
Notarial Officer, State of Delaware
Pursuant to 29 Del. C § 4323(a)(3)
My Commission Has No Expiration Date

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

# Service List

Tobey M. Daluz Esq.
David T. May, Esq.
Leslie Heilman Esq.
Ballard Spahr
919 Market St, 12th Floor
Wilmington, DE 19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE 19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE 19801

Joanne B. Wills Esq.
Klehr Harrison
919 Market St
Ste 1000
Wilmington, DE 19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE 19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE 19801

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE 19801

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
7th Fl
Wilmington, DE 19801

William P. Bowden Esq.
Amanda M. Winfree Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
  and Browder P.A.
1201 N Orange St
Ste 400
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801

Joseph H. Huston Jr. Esq.
Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE  19899-8705

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg 17th Fl.
1000 West Street
Wilmington, DE  19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate
  Meagher & Flom LLP
One Rodney Square
PO Box 636

| | |
|---|---|
| Wilmington, DE 19899-0636 | Sheryl L. Moreau Esq.<br>Missouri Dept of Revenue<br>P.O. Box 475<br>Bankruptcy Division<br>Jefferson City, MO 65105-0475 |
| Norman L. Pernick<br>Sanjay Bhatnagar<br>Cole Schotz Meisel Forman & Leonard<br>500 Delaware Ave<br>Suite 1410<br>Wilmington, DE 19801 | John P. Dillman Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Jennifer Stam<br>Ogilvy Renault LLP<br>200 Bay Street Suite 3800<br>Royal Bank Plaza South Tower<br>Toronto, Ontario M5J 2Z4<br>CANADA | Rod Andrerson Esq.<br>Noel R. Boeke Esq.<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 |
| Michael J. Wunder<br>R. Snayne Kukulowicz<br>Alex L. MacFarlane<br>Fraser Milner Casgrain LLP<br>1 First Canadian Place -Floor 42<br>100 King St West<br>Toronto, Ontario M5X 1B2<br>CANADA | Amos U. Priester IV Esq.<br>Anna B. Osterhout Esq.<br>Smith Anderson Blount Dorsett<br>  Mitchell & Jernigan LLP<br>P.O. Box 2611<br>Raleigh, NC 27602-2611 |
| Derek Austin<br>Export Development Canada<br>151 O'Connor Street<br>Ottowa, Ontario K1A 1K3<br>CANADA | Centralized Insolvency Operation<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Stephen Gale<br>Herbert Smith<br>Exchange House<br>Primrose Streeet<br>London, UK EC2A 2HS<br>ENGLAND | L.A. County Treasurer & Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Laura L. McCloud Esq.<br>Assistant Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Seth B. Shapiro Esq.<br>U.S. Dept of Justice Civil Div<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |

Jan M. Geht, Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Attn: Credit Dept.
Acushnet Company
Titleist & FootJoy
PO Box 965
Fairhaven, MA  02719

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
1529 Walnut Street
Ste 600
Philadelphia, PA  19102

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Christopher M. Alston Esq.
Foster Pepper PLLC
1111 3rd Ave
Ste 3400
Seattle, WA  98101-3299

Ramona Neal Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY  10112

Alistar Bambach
SEC NY Regional Office
Bankruptcy Div_Ste 400
3 World Financial Center
New York, NY  10281-1022

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY  10019

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Val Mandel Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY 10005

Edmond P. O'Brien Esq.
Stempel Bennett Claman
  & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY 10017

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
  & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

Alan J. Lipkin Esq.
Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

Robert J. Rosenberg Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY 10022-4068

Michael J. Riela Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY 10022-4068

Zachary N. Goldstein Esq.
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY 10022-4068

Howard S. Steel Esq.
Kristin S. Elliott, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 2400
Dallas, TX 75201

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place Ste 3700
Dallas, TX 75202-2799

Joseph J. Wielebinski Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th St
3rd Fl
Philadelphia, PA 19107-3603

David L. Pollack Esq.
Jeffrey Meyers Esq.
Robert McL. Boote, Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH 44114

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400

Littleton, CO 80124

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

Edward T. Attanasio Esq.
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Fl
Los Angeles, CA 90067-6049

Joon M. Khang Esq.
Khang & Khang LLP
1901 Avenue of the Stars
2nd Fl
Los Angeles, CA 90067

Thomas J. Leanse Esq.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA 90067-3012

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL 60601

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark St

Ste 2800
Chicago, IL  60654-5313

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL  32801

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue

Baltimore, MD  21209

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA  94105-2126

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Elizabeth Weller Esq.
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR  97201-5630

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC

One S. Church St
Ste 400
West Chester, PA 19382

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA 02110

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC 28246

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215

J. Scott Douglass Esq.
909 Fannin
Ste 1800
Houston, TX 77010


Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd St
12th Fl

Harrisburg, PA 17101-1601

Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th St
Ste 4650
Denver, CO 80202

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
   & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ 08096

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave.
New York, NY 10022

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
   Edelman & Dicker LLP
3 Gannett Dr
White Plains, NY 10604


Robert S. McWhorter Esq.
Nossaman LLP
915 L St
Ste 1000

- 8 -

y

Sacramento, CA  95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Ann Groninger Esq.
Patterson Harkavy
521 East Boulevard
Charlotte, NC  28203

Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA  92660

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Fl
Dallas, TX  75234

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd. Ste. 10-200
Cadillac Place

Detroit, MI  48202

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Barry Satlow
David G. Walder
1951 Vista Dr
Boulder, CO  80304

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle St
Ste 800

| | |
|---|---|
| Chicago, IL 60601 | New York, NY 10036-8704 |
| | |
| Robert N. Brier | David Capozzi |
| Brier Irish Hubbard & Erhard PLC | Acting General Counsel |
| 2400 E. Arizona Biltmore Circle | Universal Service Administrative Co |
| Suite 1300 | 2000 L Street NW |
| Phoenix, AZ 85016-2115 | Suite 200 |
| | Washington, DC 20036 |
| Stephen C. Tingey, Esq. | |
| Ray Quinney & Nebeker P.C. | Kell C. Mercer |
| 36 South State Street | Afton Sands-Puryear |
| Suite 1400 | Brown McCarroll LLP |
| Salt Lake City, UT 84145-0385 | 111 Congress Avenue |
| | Suite 1400 |
| Devin Lawton Palmer | Austin, TX 78701 |
| Boylan Brown | |
| 2400 Chase Square | Denise A. Mertz |
| Rochester, NY 14604 | UC Tax Agent/Bankruptcy Rep |
| | PA Department of Labor & Industry |
| Robert E. Nies Esq. | Reading Bankrutpcy & Complaince Unit |
| Wolff & Samson PC | 625 Cherry Street Room 203 |
| The Offices at Crystal Lake | Reading, PA 19602-1184 |
| One Boland Drive | |
| West Orange, NJ 07052 | Susan R. Fuertes Esquire |
| | Aldine Independent School District |
| Marc D. Youngelson | 14910 Aldine-Westfield Road |
| Cosner Cosner & Youngelson | Houston, TX 77032 |
| 197 Highway 18 | |
| Suite 308 | Lee W. Stremba |
| East Brunswick, NJ 08816 | Troutman Sanders LLP |
| | The Chrysler Building |
| Max Taylor Asst. City Atty. | 405 Lexington Avenue |
| Municipal Operations | New York, NY 10174 |
| 201 W. Colfax Avenue | |
| Dept. 1207 | James E. Van Horn |
| Denver, CO 80202-5332 | McGuireWoods LLP |
| | 7 Saint Paul Street |
| Jennifer Feldsher | Suite 1000 |
| Bracewell & Guiliani LLP | Baltimore, MD 21202-1671 |
| 1177 Avenue of the Americas | |
| New York, NY 10036-2714 | |
| | |
| | |
| Mark I. Bane | Office of Unemplmt Insurance Contributions Div. |
| Anne H. Pak | MD Department of Labor Licensing & Reg. |
| Ropes & Gray LLP | 1100 N. Eutaw Street, Room 401 |
| 1211 Avenue of the Americas | Litigation Prosecution Unit |

- 10 -

Baltimore, MD  21201

Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Judith W. Ross, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas TX 75201