## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                            :
In re                                       :    Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :    Case No. 09-10138 (KG)
                                            :
              Debtors.                      :    Jointly Administered
                                            :
-------------------------------------------------------X

### NOTICE OF **THIRD AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 3, 2010 AT 2:00 P.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1.      Debtors' Seventh Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No-Basis 503(b)(9) Claims) (D.I. 2371, Filed 2/1/10).

      Related Pleadings:

      a)      Certificate Of No Objection (D.I. 2546, Filed 2/25/10).

      Objection Deadline: February 16, 2010 at 4:00 p.m. (ET).

      Responses Received: None.

      Status: A Certificate of No Objection has been filed. Therefore, no hearing is necessary.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

2.      Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving Certain Agreements And Settlement (D.I. 2398, Filed 2/10/10).

Related Pleadings:

a)      Debtors Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit B To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving Certain Agreements And Settlements (D.I. 2399, Filed 2/10/10);

b)      Certificate Of No Objection (D.I. 2577, Filed 2/26/10).

Objection Deadline:  February 24, 2010 at 4:00 p.m. (ET).

Responses Received:  None.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

3.      Debtors Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit B To The Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving Certain Agreements And Settlements (D.I. 2399, Filed 2/10/10).

Related Pleadings:

a)      Certificate Of No Objection (D.I. 2578, Filed 2/26/10).

Objection Deadline:  February 24, 2010 at 4:00 p.m. (ET).

Responses Received:  None.

Status: A Certificate of No Objection has been filed.  Therefore, no hearing is necessary.

UNCONTESTED MATTERS GOING FORWARD:

4.      Debtors Motion For Entry Of An Order (A) Approving The Nortel Special Incentive Plan; (B) Authorizing Certain Payments Under The Key Employee Retention Plan And Key Executive Incentive Plan; And (C) Approving Certain Employment Agreements (D.I. 2400, Filed 2/11/10).

3421938.1

Related Pleadings:

a)    Motion To Shorten Relating To Debtors Motion For Entry Of An Order (A) Approving The Nortel Special Incentive Plan; (B) Authorizing Certain Payments Under The Key Employee Retention Plan And Key Executive Incentive Plan; And (C) Approving Certain Employment Agreements (D.I. 2401, Filed 2/11/10);

b)    Order Shortening Notice of Debtors Motion For Entry Of An Order (A) Approving The Nortel Special Incentive Plan; (B) Authorizing Certain Payments Under The Key Employee Retention Plan And Key Executive Incentive Plan; And (C) Approving Certain Employment Agreements (D.I. 2408, Filed 2/12/10).

Objection Deadline:  February 24, 2010 at 4:00 p.m. (ET).  Extended to March 1, 2010 at 5:00 p.m. (ET) for the U.S. Trustee.

Responses Received:

a)    Objection Of The United States Trustee To Debtors' Motion For Entry Of An Order (A) Approving The Nortel Special Incentive Plan; (B) Authorizing Certain Payments Under The Key Employee Retention Plan And Key Executive Incentive Plan; And (C) Approving Certain Employment Agreements (D.I. 2590, Filed 3/1/10).

Status:  This matter is going forward.

5.    Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief (D.I. 2574, Filed 2/26/10).

Related Pleadings:

a)    Motion To Shorten Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief (D.I. 2575, Filed 2/26/10);

b)    Order Shortening Notice of Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief (D.I. 2588, Entered 3/1/10).

Objection Deadline:  March 2, 2010 at 12:00 p.m. (ET).

3421938.1

**Responses Received:**

a)      **Reservation Of Rights Of The Official Committee Of Unsecured Creditors To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) And § 363(b) For An Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief (D.I. 2605, Filed 3/2/10)**

Status: This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

6.      Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a)      Order A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing (D.I. 2259, Entered 1/8/10);

b)      Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates (D.I. 2260, Filed 1/8/10);

c)      Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts (D.I. 2264, Filed 1/13/10);

d)      Affidavit/Declaration of Service Re: Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates (D.I. 2304, Filed 1/20/10);

e)      Notice Of Certificate/Affidavit Of Publication Re: Notice Of Public Auction And Sale Hearing (The Wall Street Journal) (D.I. 2335, Filed 1/21/10);

f)      Notice Of Certificate/Affidavit Of Publication Re: Notice Of Public Auction And Sale Hearing (the Financial Times) (D.I. 2336, Filed 1/21/10);

3421938.1

g)    Notice Of Certificate/Affidavit Of Publication Re: Notice Of Public Auction And Sale Hearing (The Globe and Mail) (D.I. 2337, Filed 1/21/10);

h)    Notice Of Withdrawal Of Debtors' Motion With Respect To Certain Contracts (D.I. 2410, Filed 2/12/10); and

i)    Notice Of Cancellation Of Auction (D.I. 2527, Filed 2/25/10); and

j)    Notice Of Filing Of Master Notices Of Assumption And Assignment Of Contracts In Connection With The Proposed Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business (D.I. 2556, Filed 2/26/10).

Objection Deadline: February 17, 2010 at 4:00 p.m. (ET). Extended to February 19, 2010 at 4:00 p.m. (ET) for the Lead Plaintiffs. Extended to March 2, 2010 at 12:00 p.m. (ET) for Verizon.

Responses Received:

a)    Objection Of Qwest Corporation To Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts And Request For Adequate Assurance (D.I. 2343, Filed 1/25/10);

b)    Objection to the Debtor' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (Filed by SNMP Research International, Inc. (D.I. 2433, Filed 2/17/10);

c)    Reservation Of Rights By Oracle America, Inc. Regarding The Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2434, Filed 2/17/10);

d)	AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10);

e)	Objection Of Motorola, Inc. To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal, And (F) Setting A Date For The Sale Hearing And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2437, Filed 2/17/10);

f)	Limited Objection To Sale Motion And Request For Adequate Assurance Of Future Performance In Connection With Leases Between ZSF/Research Network Trust, ZSF/Research Gateway Trust And/Or Their Affiliates And Nortel Networks, Inc. Pertaining To The Premises At 4001, 4004, 4006, 4008 And 4010 East Chapel Hill-Nelson Highway, Research Triangle Park, North Carolina (D.I. 2438, Filed 2/17/10);

g)	Lead Plaintiffs' Limited Objection To Debtors' Motion For Order Authorizing And Approving Sale Of Certain Assets Of Debtors' CVAS Business, Filed By Moreno Minto, Kien Chen (D.I. 2457, Filed 2/19/10); and

**h)	Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And The Assumption And Assignment Of Certain Executory Contracts (D.I. 2595, Filed 3/2/10).**

Status:	This matter is going forward.

7.	Debtors' Fifth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No-Basis 503(b)(9) Claims) (D.I. 2369, Filed 2/1/10).

Related Pleadings:  None.

Objection Deadline:  February 16, 2010 at 4:00 p.m. (ET).

Responses Received:

a)    Response To Omnibus Objection To Claims - Fifth (Substantive) To Certain
      Claims (No-Basis 503(b)(9) Claims), Filed by Lee Derry (D.I. 2430, Filed
      2/16/10);

b)    Objection To Debtors' Omnibus Objection To Claims - Fifth (Substantive) To
      Certain Claims (No-Basis 503(b)(9) Claims), Filed by Dr. Manfred Bischoff (D.I.
      2432, Filed 2/16/10); and

c)    Objection To Omnibus Objection To Claim-Fifth (Substantive) To Certain Claims
      (No-Basis 503 9b)(9) Claims), Filed by Frank Gallardo (D.I. 2458, Filed 2/17/10).

Status: Debtors have resolved the responses filed by Lee Derry and Frank Gallardo.  This
matter will be going forward with respect to the response filed by Dr. Manfred Bischoff.

8.    Debtors' Sixth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11
      U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No-Basis 503(b)(9) Claims)
      (D.I. 2370, Filed 2/1/10).

Related Pleadings:  None.

Objection Deadline:  February 16, 2010 at 4:00 p.m. (ET).

Responses Received:

a)    Response To Debtors' Sixth (Substantive) To Certain Claims (No-Basis 503(b)(9)
      Claims), Filed by Steven Renbarger (D.I. 2429, Filed 2/12/10);

b)    Response To Debtors' Omnibus Objection To Claims - Sixth (Substantive) To
      Certain Claims (No-Basis 503(b)(9) Claims), Filed by Rodolfo Llanes (LD.I.
      2431, Filed 2/16/10); and

c)    Response To Omnibus Objection To Claims - Sixth (Substantive) To Certain
      Claims (No-Basis 503(b)(9) Claims), Filed by Jeffrey Peterson (D.I. 2459, Filed
      2/17/10).

Status: This matter has been resolved.

3421938.1

Dated:  March 2, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3421938.1