```
                  UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF DELAWARE


IN RE:                      .    Case No. 09-10138(KG)
                            .
                            .
NORTEL NETWORKS,            .
                            .    824 North Market Street
                            .    Wilmington, DE 19801
                            .
          Debtor.           .    February 3, 2010
. . . . . . . . . . . . . . .    10:00 a.m.


                      TRANSCRIPT OF HEARING
                 BEFORE HONORABLE KEVIN GROSS
               UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:          Morris, Nichols, Arsht & Tunnell, LLP
                         By:  ERIC D. SCHWARTZ, ESQ.
                              ANN CORDO
                         1201 North Market Street, 18th Floor
                         P.O. Box 1347
                         Wilmington, DE 19899-1347

For the Creditor:        Cleary, Gottlieb, Steen &
                         Hamilton, LLP
                         By:  JAMES L. BROMLEY, ESQ.
                              JEREMY R. LACKS, ESQ.
                         One Liberty Plaza
                         New York, NY 10006




Audio Operator:          Jennifer Pasierb



Proceedings recorded by electronic sound recording, transcript
             produced by transcription service
```
_____

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

```
APPEARANCES (Contd'):

For Committee:           Richards, Layton & Finger, P.A.
                         By:  CHRISTOPHER M. SAMIS, ESQ.
                         900 North King Street
                         Wilmington, DE 19801-3319

                         Akin, Gump, Strauss, Hauer & Feld, LLP
                         By:  DAVID BOTTER, ESQ.
                         One Bryant Park
                         New York, NY 10036

For the UK               Young, Conaway, Stargatt & Taylor, LLP
Administrators:          By:  JAIME LUTON, ESQ.
                         1000 West Street, 17th Floor
                         Wilmington, DE 19801

For the U.S. Trustee:    U.S. Trustee's Office
                         By:  PATRICK TINKU, ESQ.


TELEPHONIC APPEARANCES:

For the Debtor:          Nortel Networks, Inc.
                         By:  PAVI BINNING
                              ANNA VENTRESCA

For Hondo Sen:           HONDO SEN

For the Creditor:        Curtis, Mallet-Prevost, Colt &
                         Mosle, LLP
                         By:  JAMES V. DREW, ESQ.
                         101 Park Avenue
                         New York, NJ 10178-0061

For Monitor, Ernest      Allen & Overy, LLP
& Young:                 By:  LISA KRAIDIN, ESQ.
                         1221 Avenue of the Americas
                         New York, NY 10020
```

1        COURT CLERK:  Please rise.
2        THE COURT:  Good morning, everyone.  Thank you and
3  please be seated.
4        UNIDENTIFIED ATTORNEY:  Good morning, Judge.
5        THE COURT:  Good morning.  Mr. Schwartz, good
6  morning.
7        MR. SCHWARTZ:  Good morning, Your Honor.  For the
8  record, Eric Schwartz of Morris, Nichols, Arsht and Tunnell on
9  behalf of the debtors.  Your Honor, we sent over an amended
10 agenda.
11       THE COURT:  Yes, I did see it.
12       MR. SCHWARTZ:  Great.  Thank you.  Your Honor, there
13 is only one item going forward, Item Number 3.
14       THE COURT:  Yes.
15       MR. SCHWARTZ:  We did request the possibility of
16 having a meeting in chambers after that's taken care of if
17 that's okay with the Court.
18       THE COURT:  That's perfectly fine.
19       MR. SCHWARTZ:  With that, Your Honor, I'm going to
20 turn it over to my co-counsel, Jeremy Lacks, of Cleary
21 Gottlieb.
22       THE COURT:  All right.  Thank you.
23       MR. SCHWARTZ:  Thank you.
24       MR. LACKS:  Good morning, Your Honor.
25       THE COURT:  Good morning.

4

1  MR. LACKS:  Jeremy Lacks for Cleary Gottlieb on
2 behalf of the debtors.  As noted in the agenda, no parties
3 object to this motion.  This is the debtors' motion for an
4 order approving the debtors' assignment of outstanding
5 indebtedness of Russian Telecommunications Development
6 Corporation --
7  THE COURT:  Yes.
8  MR. LACKS:  --  to Velenio Holdings Limited.  No
9 parties objected to the motion, but we wanted the opportunity
10 to present because of a small issue that arose since we filed
11 the motion.
12  Just by way of a quick background, in 2004 the
13 debtors and -- through NNI and certain other Nortel entities
14 which are not debtors in these proceedings, lent money to
15 Russian Telecommunications companies in an effort to increase
16 Nortel's presence in the Russian market for CDMA technology.
17 That venture was not successful and the Russian companies have
18 defaulted on the debt.  And despite their efforts, Nortel has
19 been unsuccessful largely in collecting this debt.
20  At this time, NNI specifically is owed a little less
21 than $3 million in principal and outstanding interest on the
22 debt.  And by the proposed assignment agreement, NNI would
23 assign its interest in the debt to Velenio for approximately
24 $192,000 which is about 6.6 percent of the value of the debt.
25 And one of the conditions of the assignment agreement -- this

1  is Section 3.3 of the agreement that was attached to the motion
2  -- requires Nortel to provide notice to the borrower, RTDC, in
3  an -- under the terms of the loan agreement, Section 11.7.  And
4  that section in the loan agreement gives RTDC the opportunity
5  to buy back the debt at the same price offered by any assignee.
6          THE COURT:  Yes.
7          MR. LACKS:  And prior to the hearing, there was a bit
8  of uncertainty about whether RTDC might exercise its option to
9  buy back the debt.  That issue has actually been resolved this
10 morning.  RTDC has decided to waive its option to buy back the
11 debt, so this is no longer an issue.  And so at this time, the
12 parties are ready to proceed to exchanging signatures on the
13 agreement and pending order of the Court.
14         And I'd just last say that although the proposed
15 recovery is small compared to the overall outstanding amount of
16 the debt as described in the motion in light of the
17 collectability and enforceability issues associated with
18 recovering the debt through litigation, as well as the
19 liquidity issues of both NNI and the borrower, the debtors
20 believe that this agreement represents the best opportunity to
21 maximize the value of the debt while obviating the need for any
22 further cost of litigation.
23         And so if there's no other comments, we'd
24 respectfully request that the Court enter the order in the form
25 attached to the motion.

1             THE COURT:  All right.  Thank you, Mr. Lacks.
2             MR. LACKS:  Thank you.
3             THE COURT:  Does anyone else wish to be heard on
4  this?
5             MR. BOTTER:  No objection, Your Honor.
6             THE COURT:  Mr. Botter, good morning, to you.
7             MR. BOTTER:  Good morning, Judge.  The creditors
8  committee has no objection.
9             THE COURT:  All right.  Well, I am certainly
10 satisfied.  I noted that Mr. Lacks spoke of the value of the
11 paper, but of course that is the face value.  I think the real
12 value is reflected in the settlement and I certainly believe,
13 based upon what's been presented to me, that the transaction
14 certainly represents an appropriate exercise of business
15 judgment and a proper business purpose, and I am prepared to
16 grant the motion.
17            MR. SCHWARTZ:  Your Honor, if I may approach with the
18 form of order?
19            THE COURT:  You may, Mr. Schwartz.  Yes, sir.
20            MR. SCHWARTZ:  Thank you.
21            THE COURT:  Thank you. Good morning.  I was just
22 looking for the docket number.  That's the only delay.  I
23 didn't want anybody to hold their breath.
24                         (Pause)
25            THE COURT:  Okay.  I've signed the order --

1          MR. SCHWARTZ:  Thank you.
2          THE COURT:  -- and I take it that the Jeffreys
3 (phonetic) matter is also being continued, is that correct, Mr.
4 Botter?
5          MR. BOTTER:  That is correct, Your Honor.
6          THE COURT:  All right.  All right, counsel.  Well,
7 this was a nice change.  We'll stand in recess.
8          MR. SCHWARTZ:  Thank you, Your Honor.  And also, Your
9 Honor --
10         THE COURT:  Thank you, all.  I'll see you shortly.
11         MR. SCHWARTZ:  Yes, that's good.  Thank you, Your
12 Honor.
13                          * * * * *
14                    **C E R T I F I C A T I O N**
15         I, AMY L. RENTNER, certify that the foregoing is a
16 correct transcript from the electronic sound recording of the
17 proceedings in the above-entitled matter, and to the best of my
18 ability.
19
20 /s/ Amy L. Rentner
21 AMY L. RENTNER
22 J&J COURT TRANSCRIBERS, INC.    DATE: February 11, 2010
23
24
25 (CR)

**J&J COURT TRANSCRIBERS, INC.**