**EXHIBIT A**

**Debtors' Fourth Ordinary Course Professional Quarterly Statement for October 1, 2009 – December 31, 2009**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $954.00 | $0.00 | $360.00 | $0.00 | $0.00 | $0.00 | $13,639.05[1] | $223.32 | **$15,176.37** |
| DLA Piper US LLP | International trade compliance | $10,825.65 | $801.49 | $19,789.20 | $2.40 | $0.00 | $0.00 | $40,969.50[2] | $13,602.34 | **$85,990.58** |

---

[1]    The Debtors made a number of payments totaling $3,198.80 to Baker Donelson Bearman Caldwell & Berkowitz prior to the filing of its statement pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Rule 2014 Statement") for postpetition legal services provided to the Debtors during May 2009 and September 2009. Baker Donelson Bearman Caldwell & Berkowitz has since filed its Rule 2014 Statement and the objection period has passed for such Rule 2014 Statement. Baker Donelson Bearman Caldwell & Berkowitz incurred the following fees for professional services provided to the Debtors and was paid for such fees by the Debtors after the objection period had passed: $954.00 during March 2009, $828.00 during April 2009, $144.00 during May 2009, $2,988.00 during June 2009, $2,628.00 during July 2009, and $3,024.00 during August 2009. Baker Donelson Bearman Caldwell & Berkowitz incurred the following disbursements and expenses for professional services provided to the Debtors and was paid for such disbursements and expenses by the Debtors after the objection period had passed: $4.00 during March 2009, $2.20 during April 2009, $17.10 during July 2009, and $73.98 during August 2009.

[2]    DLA Piper US LLP incurred the following fees for professional services provided to the Debtors: $1,130.00 during June 2009, $6,105.00 during July 2009, $7,290.00 during August 2009, and $2,6444.50 during September 2009. DLA Piper US LLP incurred the following disbursements and expenses for professional services provided to the Debtors: $1,270.67 during March 2009, $7,165.06 during June 2009, $865.07 during July 2009, $34.35 during August 2009, and $4,267.19 during September 2009.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ernst & Young LLP[3] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $13,607.00[4] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$13,607.00** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $20,775.50 | $281.48 | $15,371.00 | $0.00 | $30,436.50 | $314.75 | $0.00 | $0.00 | **$67,179.23** |

---

[3]        Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2009 on account of a contingent fee payment detailed in the First Interim Application of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Services Provider To The Debtors-In-Possession For The Period of January 14, 2009 Through April 30, 2009 [D.I. 980].  As a result, Ernst & Young LLP has filed and continues to file fee applications for 2009 in accordance with the OCP Order.

[4]        Ernst & Young LLP filed a fee application [D.I. 19329] on November 20, 2009 seeking $13,607.00 in fees for professional services provided to the Debtors from October 1, 2009 through October 31, 2009.  A certificate of no objection was filed on December 14, 2009 [D.I. 2131].

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $7,003.50 | $69.49 | $3,521.00 | $0.00 | $2,550.50 | $4.90 | $3,540.00[5] | $0.00 | **$16,689.39** |
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court. | $56.25 | $38.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$95.15** |
| Jimenez De Arechaga Viana & Brause | Corporate legal services | $1,412.00 | $206.00 | $3,611.00 | $785.00 | $0.00 | $0.00 | $7,225.00[6] | $0.00 | **$13,239.00** |
| KPMG LLP | 401k, VEBA and retirement income plan. | $2,880.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,790.00[7] | $0.00 | **$52,670.00** |

---

[5]    Helein & Marashlian LLC incurred $3,540.00 in fees for professional services provided to the Debtors during September 2009.

[6]    Jimenez De Arechaga Viana & Brause incurred the following fees for professional services provided to the Debtors: $5,193.00 during August 2009 and $2,032.00 during September 2009.

[7]    KPMG LLP incurred $49,790.00 in fees for professional services provided to the Debtors during September 2009.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $15,755.00 | $1.10 | $46,660.00 | $405.95 | $36,929.00 | $514.55 | $26,055.80[8] | $103.20 | **$126,424.60** |
| Mercer | Advice regarding compensation and benefit plan design, governance and implementation; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. | $6,410.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,278.00[9] | $0.00 | **$43,688.40** |
| Miguel Cordoba Angulo | Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,000.00[10] | $0.00 | **$15,000.00** |

---

[8]    McKenna Long & Aldridge LLP incurred $26,055.80 in fees for professional services provided to the Debtors during September 2009.  McKenna Long & Aldridge LLP incurred $103.20 in disbursements and expenses for professional services provided to the Debtors during September 2009.

[9]    Mercer incurred $1,362.00 in fees for professional services provided to the Debtors during February 2009.  Mercer incurred $35,916.00 in fees for professional services provided to the Debtors during September 2009.

[10]    The Debtors made two payments totaling $12,000.00 to Miguel Cordoba Angulo prior to the filing of its Rule 2014 Statement for postpetition legal services provided to the Debtors during the months of August and September.  Miguel Cordoba Angulo has since filed its Rule 2014 Statement and the objection period has passed for such Rule 2014 Statement.  Miguel Cordoba Angulo incurred $3,000.00 in fees for professional services provided to the Debtors during July 2009 and was paid for such fees by the Debtors after the objection period had passed.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Neal & Harwell PLC | Local counsel to the Debtors in two civil litigations pending in the United States District Court for the Middle District of Tennessee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00[11] | $0.00 | **$300.00** |
| Nicastro Meluso Abogados | General legal advice regarding Argentine law. | $0.00 | $0.00 | $5,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$5,600.00** |
| O'Bryon & Schnabel, PLC | Litigation services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148.50[12] | $0.00 | **$148.50** |
| Patton Boggs LLP[13] | Intellectual property services | $6,588.00 | $0.00 | $35,328.50 | $927.24 | $0.00 | $0.00 | $0.00 | $0.00 | **$42,843.74** |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. | Legal services representing the Debtor, Nortel Networks (CALA), Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $248.00[14] | $11.48 | **$259.48** |

---

[11]     Neal & Harwell PLC incurred $300.00 in fees for professional services provided to the Debtors during September 2009.

[12]     O'Bryon & Schnabel, PLC incurred $148.50 in fees for professional services provided to the Debtors during September 2009.

[13]     In the Third Ordinary Course Professional Quarterly Statement filed by the Debtors on November 11, 2009 [D.I. 1876], the Debtors disclosed that Patton Boggs LLP incurred $29,617.50 in fees and $2,154.80 in disbursements and expenses for professional services provided to the Debtors from May 1, 2009 to May 31, 2009.  However, Patten Boggs LLP has since refunded the Debtors $1,577.60 of such payments.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| The Impact Group | HR Consulting Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85,250.00[15] | $0.00 | **$85,250.00** |

---

[14]    Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. incurred $248.00 in fees for professional services provided to the Debtors during February 2009.  Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. incurred $11.48 in disbursements and expenses for professional services provided to the Debtors during February 2009.

[15]    The Debtors made two payments totaling $23,250 to The Impact Group prior to the filing of its Rule 2014 Statement for postpetition legal services provided to the Debtors during January 2009 and February 2009.  The Impact Group has since filed its Rule 2014 Statement and the objection period has passed for such Rule 2014 Statement.  The Impact Group incurred the following fees for professional services provided to the Debtors and was paid for such fees by the Debtors after the objection period had passed: $15,500.00 during March 2009, $15,500.00 during April 2009, $15,500.00 during May 2009, and $15,500.00 during June 2009.