**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

*In re*                                              :     Chapter 11

Nortel Networks Inc., *et al.*,[1]                   :     Case No. 09-10138 (KG)

           Debtors.                              :     Jointly Administered

                                               :     **RE: D.I. 2259, 2260, 2304**

-------------------------------------------------------X

---

**AFFIDAVIT OF SERVICE - CONFIDENTIAL FILED UNDER SEAL [RE: D.I. 2304]**

---

**CONFIDENTIAL – AFFIDAVIT OF SERVICE RE: (A) NOTICE OF (I)
SOLICITATION OF INITIAL BIDS; (II) PUBLIC AUCTION AND SALE HEARING
AND (III) RELATED RELIEF AND DATES [RE: D.I. 2260]**

---

**PURSUANT TO THE ORDER (A) AUTHORIZING DEBTORS' ENTRY INTO THE
STALKING HORSE AGREEMENT, (B) AUTHORIZING AND APPROVING THE
BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING PAYMENT OF
AN INCENTIVE FEE, (D) APPROVING THE NOTICE PROCEDURES AND THE
ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) AUTHORIZING
THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND
(F) SETTING A DATE FOR THE SALE HEARING [D.I. 2259].**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.