## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the **Debtors' Motion For Entry Of An Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) For The Period Ending April 1, 2010** was caused to be made on March 4, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated:  March 4, 2010

                                                      */s/ Alissa T. Gazze*
                                                        Alissa T. Gazze (No. 5338)