# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 03/04/2010
Calendar Time: 04:00 PM

Courtroom
2nd Revision 03/04/2010 09:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387076 | Derek C. Abbott | 302-351-9357 | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Network / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387163 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387073 | James Bromley | 212-225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387081 | Ann C. Cordo | 302-351-9459 ext 00 | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387086 | Alissa T. Gazze | 302-351-9662 | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387167 | Brad Kahn | (214) 969-2804 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387211 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387066 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387169 | Chris Samis | 302-651-7888 | Richards, Layton & Finger, P.A. | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387160 | Sarah Schultz | (214) 969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Creditor Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387079 | Lisa M. Schweitzer | 212-225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3386232 | Hondo Sen | (203) 552-3542 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3387080 | Thomas P. Tinker | (302) 573-6491 ext 00 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office Of Wilmington Delware / LIVE |