Mar 03 2010 1:31PM    HP LASERJET 3200                    8189076012                              p.3

## NOTICE OF CLAIMS PURCHASE AGREEMENT

BASELINE CONSULTING GROUP INC, a(n) California Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $52,969.67 (proof of claim amount, defined as the "Claim") against NORTEL NETWORKS INC et. al. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, DISTRICT OF DELAWARE, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-10138 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 3rd day of March, 2010.

                                            Baseline Consulting Group Inc.
                                            _____
                                            (Company Name)

WITNESS _____     _____
          (Signature)                          (Signature of Corporate Officer)

        Jeannette Fino                      Gordon Levy  Corporate Secretary
_____            _____
(Print Name and Title of Witness)           (Print Name and Title of Corporate Officer)
        Assistant

                          CORRE OPPORTUNITIES FUND, LP

WITNESS _____     _____
          (Signature)                          (Signature of Fund Representative)

                                            _____
                                            (Print Name, Corre Opportunities Fund, LP)


Exhibit "A"