## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: March 17, 2010** |
| | ) | |

## AMENDED[2] NOTICE OF FORTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                    <u>Capstone Advisory Group, LLC</u>

Authorized to Provide
Professional Services to:                          <u>Official Committee of Unsecured Creditors</u>

Date of Retention:                                     <u>March 5, 2009, *Nunc Pro Tunc* to January 26, 2009</u>

Period for which compensation
and reimbursement is sought:               <u>November 1, 2009 through January 31, 2010[3]</u>

Amount of Compensation sought as
actual, reasonable and necessary:        <u>$1,881,787.00</u>

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    <u>$113,674.79</u>

This is (a)n: __X__ interim    _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC hereby amends its Notice of Fourth Interim Fee Application Request, filed on February 25, 2010 (Docket No. 2538), solely to provide information regarding a change in its hourly billing rates effective January 1, 2010.

[3] Capstone Advisory Group, LLC's November and December 2009 & January 2010 monthly fee applications are incorporated herein by reference.

RLF1-3402371-1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 1/20/10 Docket No. 2303 | 11/1/09 to 11/30/09 | $676,130.50 | $39,026.52 | $540,904.40 | $39,026.52 | $135,226.10 |
| Date Filed: 2/9/10 Docket No. 2395 | 12/1/09 to 12/31/09 | $566,660.50 | $31,179.16 | $453,328.40 | $31,179.16 | $113,332.10 |
| Date Filed: 1/24/10 Docket No. 2519 | 1/1/10 to 1/31/10 | $638,996.00 | $43,469.11 | Pending Obj. Deadline $511,196.80 | Pending Obj. Deadline $43,469.11 | $127,799.20 |
| **TOTALS:** | | $1,881,787.00 | $113,674.79 | $1,505,429.60[4] | $113,674.79[5] | $376,357.40 |

Summary of any Objections to Fee Applications:  None.

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

RLF1-3402371-1

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL HOURLY RATES
REFLECTING CHANGES EFFECTIVE JANUARY 1, 2010**

| Name of Professional Person | Position of the Applicant; Number of Years experience; Number of years at Firm; Area of Expertise | Hourly Billing Rate Prior to 1/1/10 | Hourly Billing Rate After 1/1/10 |
|---|---|---|---|
| Chris Kearns | Executive Director; over 30 years experience; 6 years at firm, Corporate Recovery | $710 | $760 |
| Jay Borow | Executive Director; over 30 years experience; 6 years at firm; Corporate Recovery | $710 | $760 |
| John Salomon | Executive Director; over 30 years experience; 4 years at firm; Forensic Litigation | $695 | $760 |
| Michael Lasinski | Managing Director; over 14 years experience; 1 year at firm; Valuation | $600 | $620 |
| Jeff Hyland | Executive Director; 28 years experience; 4 years at firm; Corporate Recovery | $550 | $575 |
| David Rothberg | Director; over 10 years experience; 1 year at firm; Corporate Recovery | $395 | $395 |
| Ted Horton | Director; over 30 years of work experience; 1 year at firm; Corporate Recovery | $525 | $525 |
| Todd Sell | Director; 9 years experience; 6 years at firm; Corporate Recovery | $405 | $445 |
| Lisa Penz | Associate Director; over 5 years experience, 3 years at firm; Forensic Litigation | $340 | $350 |
| Sukbin Song | Consultant; over 10 years experience; 1 year at firm; Corporate Recovery | $325 | $325 |
| Jeremy Peterson | Consultant; 10 years experience; 2 years at firm; Corporate Recovery | $315 | $335 |
| Tim Morilla | Consultant; 3 years experience; 1 year at firm; Corporate Recovery | $285 | $305 |

RLF1-3402371-1

| Name of Professional Person | Position of the Applicant; Number of Years experience; Number of years at Firm; Area of Expertise | Hourly Billing Rate Prior to 1/1/10 | Hourly Billing Rate After 1/1/10 |
|---|---|---|---|
| Olga Freidzon | Managing Director; over 10 years experience; 1 year at firm; Research | $250 | $275 |
| Jason Schad | Consultant; over 5 years experience; 1 year at firm; Valuation | $200 | $275 |
| Moira DeSalvio | Director; over 10 years experience; 6 years at firm; Research | $170 | $175 |
| Lisa Hirschman | Paraprofessional at firm for 3 years; Administration | $110 | $120 |
| Heidi Becker | Paraprofessional at firm for 2 years; Administration | $100 | $120 |

Dated: March 4, 2010
     New York, New York

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP, LLC
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*