IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NORTEL NETWORKS, INC. | § | |
| | § | CASE NO. 09-10138-KG |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 184

NOW COMES Bexar County and files this Notice of Withdrawal of Proof of Claim No. 184. In support thereof, Bexar County respectfully represents the following:

1. Bexar County filed its secured proof of claim herein on January 26, 2009 in the amount of $4,650.34.
2. The tax debt to subject to Bexar County's proof of claim is paid in full.
3. Bexar County desires to withdraw its proof of claim no. 184 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422 - *Voice*
(210) 226-4308 - *Fax*

By: /s/ David G. Aelvoet
David G. Aelvoet
State Bar No. 00786959

Attorney for Bexar County

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Bexar County Proof of Claim No. 184* was served this 5th day of March, 2010 by First Class Mail upon the following:

Debtor:
    Nortel Networks, Inc.
    2221 Lakeside Boulevard
    Richardson, TX  75082

Attorney for Debtor:
    Derek C. Abbott
    1201 N. Market Street
    Wilmington, DE  19899

                                                      /s/ David G. Aelvoet
                                                      David G. Aelvoet