# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                           : Chapter 11
                                                 :
                                                 : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]               :
                                                 : Jointly Administered
                        Debtors.                 :
                                                 : **Re: Docket No. 2576**
                                                 :
------------------------------------------------- x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund, claimants in the above-captioned Chapter 11 case, pursuant to 28 U.S.C. § 158(a)(1), hereby appeal to the United States District Court for the District of Delaware from the United States Bankruptcy Court's *Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceedings*, entered on February 26, 2010 [D.I. 2576].

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

| **Party** | **Counsel** |
|---|---|
| **Nortel Networks Inc., *et al*** ("Debtors") | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Neil P. Forrest, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200 |
| **Official Committee of Unsecured Creditors** | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred S. Hodara, Esq.<br>David H. Botter, Esq.<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>-and-<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Drew G. Sloan, Esq.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |

**Office of the U.S. Trustee**

T. Patrick Tinker, Esq.
United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6491

Dated: Wilmington, Delaware
       March 5, 2010

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Tel: (302) 655-5000
Fax: (302) 658-6395

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Brian E. O'Connor
Sameer Advani
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Trustee of Nortel Networks
UK Pension Plan and the Board of the
Pension Protection Fund*

*5466759*