# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
                                                    : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                  :
                                                    : Jointly Administered
         Debtors.                                   :
                                                    : **Re: Docket No. ___**
                                                    :
---------------------------------------------------- x

## ORDER CERTIFYING THE AUTOMATIC STAY ORDER FOR IMMEDIATE APPEAL TO UNITED STATES COURT OF APPEALS PURSUANT TO 28 U.S.C. § 158(d)(2)

This matter coming before the Court on the Motion of the Trustee (the "Trustee") of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (the "PPF") for an Order Certifying the Order on Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings [D.I. 2576] (the "Automatic Stay Order") for immediate appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d)(2) (the "Motion"); the Court having reviewed the Motion and the prior proceedings herein; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157, (ii) this is a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court finds that certification of the Automatic Stay Order is appropriate because the Automatic Stay Order involves a question of law as to which there is no controlling decision of the Court of Appeals for the Third Circuit or of the United States Supreme Court, this case involves a matter of public importance, and an immediate appeal may materially advance the progress of this case.

3. This Court therefore certifies the Automatic Stay Order for immediate appeal to the Court of Appeals for the Third Circuit, pursuant to 28 U.S.C. § 158(d)(2).

Dated: Wilmington, Delaware
      March ___, 2010

---

UNITED STATES BANKRUPTCY JUDGE