# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | : Case No.: 09-10138 (KG)<br>: (Jointly Administered) |
| Debtors. | : **RE: Docket No. 2644** |
| | : **Proposed Objection Deadline: March 11, 2010 at 12:00 p.m.** |

## MOTION OF THE TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND FOR AN ORDER SHORTENING THE RESPONSE DEADLINE PROVIDED BY FED. R. BANKR. P. 8001(f)(3)(D) ON THE MOTION OF THE TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND FOR AN ORDER CERTIFYING THE AUTOMATIC STAY ORDER FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT PURSUANT TO 28 U.S.C. § 158(d)(2)

The Trustee (the "Trustee") of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (the "PPF"), hereby move this Court (the "Motion") for entry of an Order, substantially in the form submitted herewith, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening the response deadline provided in Bankruptcy Rule 8001(f)(3)(D) on the Motion of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund for an Order

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

BAY:01504835v1

Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) [D.I. 2644] (the "Certification Motion"). In support of this Motion, the Trustee and the PPF, by and through their undersigned counsel, respectfully state as follows:

## BACKGROUND

1. The relevant background facts are set forth in the Certification Motion,[2] filed concurrently herewith.

## JURISDICTION

2. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## RELIEF REQUESTED

4. On March 5, 2010, the Trustee and PPF filed a timely notice of appeal [D.I. 2643] from the Automatic Stay Order (defined below) and filed the Certification Motion.

5. The Trustee and the PPF seek an order shortening the response deadline provided by Bankruptcy Rule 8001(f)(3)(D) so that objections to the Certification Motion, if any, are due on or before March 11, 2010 at 12:00 p.m.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Certification Motion.

## CAUSE EXISTS TO SHORTEN THE RESPONSE
## DEADLINE PROVIDED BY BANKRUPTCY RULE 8001

6.     Bankruptcy Rule 8001(f)(3)(D) provides that "a party may file a response to a request for certification or a cross request within 14 days after the notice of the request is served, or another time fixed by the court." Fed. R. Bankr. P. 8001(f)(3)(D). Bankruptcy Rule 9006(c)(1) further provides that the Court may, in its discretion, shorten a time period provided in the Bankruptcy Rules "for cause." Fed. R. Bankr. P. 9006(c)(1).

7.     The Trustee and the PPF respectfully submit that cause exists to shorten the fourteen-day deadline to respond to the Certification Motion, provided in Bankruptcy Rule 8001(f)(3)(D), to six days. The delay occasioned by this response deadline is not necessary and will significantly prejudice all parties involved, as it will delay consideration of the appeal of the Court's February 26th Order enforcing the automatic stay against the Trustee and the PPF [D.I. 2576] (the "Automatic Stay Order").

8.     Currently, the Automatic Stay Order bars the Trustee and the PPF from participating in the U.K. Regulatory Procedure with respect to the U.S. Debtors. The Debtors did not seek any relief against the Pensions Regulator in the Automatic Stay Motion and, therefore, the U.K. Regulatory Procedure will continue – even without the Trustee or the PPF's participation. As noted in the Certification Motion, under the relevant U.K. pensions statute, a decision by the Determinations Panel as to whether to issue a Financial Support Direction must be made on or before June 30, 2010. In light of this statutory deadline, all of the parties – the Debtors, the Trustee and the PPF – face the prospect of losing substantive rights of participation in the U.K. Regulatory Procedure in the event the Trustee and the PPF's appeal is not heard until after that procedure has

concluded. On the other hand, if the Third Circuit hears the appeal on an expedited basis and concludes that the U.K. Regulatory Procedure falls within the regulatory/police power exception contained in section 362(b)(4) of the Bankruptcy Code, the parties would be permitted to participate in the U.K. Regulatory Procedure, and the results of those proceedings would both aid and streamline the claims allowance process this Court will ultimately undertake with respect to the Trustee and the PPF's claims. Given the statutory deadline for completion of the U.K. Regulatory Procedure, a speedy appeal is necessary to preserve all parties' substantive rights.

9. Shortening the response deadline to six days will not prejudice other parties. Six days (instead of fourteen days) is certainly sufficient time for parties to file responses, if any, to the Certification Motion. Indeed, the Trustee and the PPF were required to file their Objection to the Debtors' substantive Automatic Stay Motion in six days (Automatic Stay Motion filed on February 18th and Objection thereto filed on February 24th). If a six-day period was sufficient to prepare a substantive response to the Automatic Stay Motion, it is at least as sufficient to prepare a response to the Certification Motion, which is procedural in nature. Moreover, electronic and overnight service of this Motion will guarantee that the parties have the full six days to respond.

10. The Trustee and the PPF respectfully request that the Court enter an order shortening the response deadline provided by Bankruptcy Rule 8001(f)(3)(D) to six days.

## **NOTICE**

11. This Motion is being served on the core group via electronic mail. In addition, the Motion will be served upon all parties requesting notice pursuant to Bankruptcy Rule 2002 via hand delivery and overnight mail. The Trustee and the PPF respectfully submit that no other or further notice is necessary under the circumstances.

WHEREFORE, the Trustee and the PPF respectfully request that the Court approve a shortened response deadline for the Certification Motion and grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
March 5, 2010

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (DE No. 2336)
Justin R. Alberto (DE No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Tel: (302) 655-5000
Fax: (302) 658-6395

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Brian E. O'Connor
Sameer Advani
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund*

*5469912*

Case 09-10138-MFW    Doc 2645    Filed 03/05/10    Page 5 of 5

WHEREFORE, the Trustee and the PPF respectfully request that the Court approve a shortened response deadline for the Certification Motion and grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
March 5, 2010

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (DE No. 2336)
Justin R. Alberto (DE No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Tel: (302) 655-5000
Fax: (302) 658-6395

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Brian E. O'Connor
Sameer Advani
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund*

*5469912*

BAY:01504835v1                    5