# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | : Case No.: 09-10138 (KG)<br>: (Jointly Administered) |
| Debtors. | : **RE: Docket No. ___** |

**ORDER GRANTING MOTION OF THE TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND FOR AN ORDER SHORTENING THE RESPONSE DEADLINE PROVIDED BY FED. R. BANKR. P. 8001(f)(3)(D) ON THE MOTION OF THE TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND FOR AN ORDER CERTIFYING THE AUTOMATIC STAY ORDER FOR IMMEDIATE APPEAL TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT PURSUANT TO 28 U.S.C. § 158(d)(2)**

Upon the motion, dated March 5, 2010 (the "Motion"), of the Trustee and the PPF[2] pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to shorten the response period provided by Bankruptcy Rule 8001(f)(3)(D) with respect to the Certification Motion so that it may be considered by this Court on an expedited basis, all as more fully set forth in the Motion; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary;

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

BAY:01504835v1

and the Court having jurisdiction to consider the Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that responses, if any, to the Certification Motion shall be filed and served in accordance with the Local Rules of this Court by no later than March 11, 2010 at 12:00 p.m. (ET); and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Kevin Gross
United States Bankruptcy Judge