IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING [PROPOSED] STANDING ORDER REGARDING HEARING TRANSCRIPTS IN THE ABOVE-CAPTIONED CASES

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] *Standing Order Regarding Hearing Transcripts in the Above-Captioned Cases* (the "Proposed Order"), attached hereto as **Exhibit A**.

1. On March 1, 2010, the *Clerk's Procedures for Obtaining a Transcript* (the "Procedures") were modified to require parties-in-interest to contact court-approved transcribers in order to obtain hearing transcripts. The Procedures contemplate that the Court may enter a standing order in a specific case requiring all interested parties to order a transcript through one specific transcription service.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. Given the size and scope of the Debtors' cases, the number of hearings, and number of parties-in-interest that may be interested in ordering transcripts, the Debtors, in consultation with the Official Committee of Unsecured Creditors (the "Committee"), respectfully request that the Court enter an order, substantially in the form of the Proposed Order, appointing Diaz Data Services as the transcriptionist for the above-captioned cases.

3. The Committee has no objection to the entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  March 5, 2010<br>　　　　Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>　- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |