**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09- 10138 (KG)
:
Nortel Networks Inc., *et al.*, [1] :
: Jointly Administered
:
                 Debtors. :
:
------------------------------------------------------------X

## STANDING ORDER REGARDING HEARING TRANSCRIPTS
## IN THE ABOVE-CAPTIONED CASES

IT IS HEREBY ORDERED THAT:

1.    All parties wishing to order a transcript of any hearing in the above-captioned cases shall contact Diaz Data Services.

2.    Diaz Data Services may be reached via email (usbc-de@diazdata.com), phone (877-233-3430), fax (717-233-5858), or website (http://www.diazdata.com).

3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware
                                                  _____
                                                    THE HONORABLE KEVIN GROSS
                                                      UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.