# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2010 through February 28, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date: 2/1/2010  End Date: 2/28/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 14.0 | $450.00 | $6,300.00 |
| 2 | Reviewing operational management of transition services | 7.9 | $450.00 | $3,555.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 112.4 | $450.00 | $50,580.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 12.1 | $450.00 | $5,445.00 |
| 5 | Fee Applications | 1.2 | $450.00 | $540.00 |
| 6 | Various Corporate Matters | 0.3 | $450.00 | $135.00 |
| 7 | Non-working Travel | 11.0 | $225.00 | $2,475.00 |
| | **Hours/Billing Amount for Period:** | **158.9** | | **$69,030.00** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/1/2010 | Call regarding status and action plan regarding various items related to US cases | 3 | 2.5 |
| 2/1/2010 | Handling of employee matter for US companies | 2 | 1.3 |
| 2/2/2010 | Call re contract issues and separate call re cash management | 2 | 1.5 |
| 2/2/2010 | Conference regarding allocation process and follow up mark up to document related to advisory work | 3 | 2.3 |
| 2/2/2010 | Call with D McKenna re vendor dispute | 2 | 0.2 |
| 2/2/2010 | Review of material related to certain UK matters | 3 | 1.7 |
| 2/2/2010 | Review of claims memo | 3 | 0.5 |
| 2/2/2010 | Non working travel to NY for IP meeting | 7 | 4.0 |
| 2/3/2010 | Meeting in NY re IP | 3 | 4.5 |
| 2/3/2010 | Meeting regarding certain UK matters | 3 | 2.3 |
| 2/3/2010 | Meeting with Cleary re various matters | 3 | 3.0 |
| 2/3/2010 | Work on unliquidated claims | 3 | 2.0 |
| 2/4/2010 | Call with UCC FA re various issues related to case | 4 | 0.8 |
| 2/4/2010 | Review and feedback related to various closing issues | 2 | 0.3 |
| 2/4/2010 | Call regarding MEN issues related to Argentina | 2 | 0.3 |
| 2/4/2010 | Call with UCC professionals related to numerous open issues in case | 4 | 2.2 |
| 2/4/2010 | Review and strategy re UK pension | 3 | 2.5 |
| 2/4/2010 | Non working travel | 7 | 3.0 |
| 2/5/2010 | IP meeting update | 3 | 4.0 |
| 2/5/2010 | Call regarding response to documents requests | 3 | 1.0 |
| 2/8/2010 | Weekly status call | 3 | 1.0 |
| 2/8/2010 | Board call | 1 | 1.5 |
| 2/8/2010 | Conference call re allocation process document generation for data room | 3 | 0.8 |
| 2/8/2010 | Call regarding Pension matters | 3 | 0.5 |
| 2/9/2010 | Call re status of closings | 3 | 0.7 |
| 2/9/2010 | Call regarding IP | 3 | 1.0 |
| 2/9/2010 | Review and comment on lazard retention app | 3 | 0.3 |
| 2/9/2010 | Call re cash management for US | 2 | 1.3 |
| 2/9/2010 | Multiple calls and emails re pension issues | 3 | 2.5 |
| 2/9/2010 | Review revised employment letter | 3 | 0.5 |
| 2/9/2010 | Call regarding document request response and population of data site | 3 | 1.2 |
| 2/9/2010 | Review of claims materials and prep for meeting | 3 | 4.5 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/10/2010 | Call re claims | 3 | 2.3 |
| 2/10/2010 | Call with FA re retention and case management | 4 | 0.3 |
| 2/10/2010 | Review of NGS matter and call with Lazard and PW | 3 | 1.3 |
| 2/10/2010 | Call with P Binning re employee matters | 2 | 0.5 |
| 2/10/2010 | Call with Bromley re case management | 3 | 0.7 |
| 2/11/2010 | MEN sale | 3 | 2.0 |
| 2/11/2010 | Protocol document revisions | 3 | 2.5 |
| 2/11/2010 | Cala telephonica matters | 3 | 0.7 |
| 2/11/2010 | Pension issues conference call with working group | 3 | 1.5 |
| 2/11/2010 | Review of motion re certain pension matters | 3 | 2.5 |
| 2/12/2010 | Call with Bonds re Lazard | 4 | 0.8 |
| 2/12/2010 | Call with UCC re various matters | 4 | 0.8 |
| 2/12/2010 | Emails related to certain vendor litigation | 3 | 0.3 |
| 2/15/2010 | Review and mark up to claims protocol | 1 | 0.5 |
| 2/15/2010 | Review and finalize for execution Linklaters retention | 3 | 1.2 |
| 2/16/2010 | Call re IP | 3 | 0.5 |
| 2/16/2010 | M&A call update | 3 | 0.5 |
| 2/16/2010 | Weekly claims call | 3 | 1.0 |
| 2/16/2010 | Call with J Bromley re status of Canada motions | 1 | 0.8 |
| 2/16/2010 | Call re Telephonica | 3 | 0.8 |
| 2/16/2010 | Conf call re allocation protocol | 3 | 2.2 |
| 2/16/2010 | Review of Canada settlement agreement with respect to certain clauses; discussion with counsel re same | 1 | 2.0 |
| 2/17/2010 | Review of MEN docs re Argentina | 3 | 0.4 |
| 2/17/2010 | Review of US subsidiary liquidations proposed action | 3 | 0.6 |
| 2/17/2010 | Mark up of claims protocol | 1 | 1.5 |
| 2/17/2010 | Call with Cleary re various transactions including MEN, Cala Telephonica, insurance issues and claims protocol | 3 | 2.2 |
| 2/17/2010 | Call with Bond counsel re Canada settlement | 4 | 1.0 |
| 2/17/2010 | Review of documents associated with affidavit requested | 3 | 3.6 |
| 2/17/2010 | Review of affidavit or pension matter | 3 | 0.8 |
| 2/17/2010 | Employee matters | 2 | 0.4 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/17/2010 | Review comments re Lazard amended agreement | 3 | 0.8 |
| 2/18/2010 | Call with Bonds counsel re Canadian settlement with former employees | 4 | 1.3 |
| 2/18/2010 | Work related to various employee issues and discussion with HR re same | 2 | 1.6 |
| 2/18/2010 | Review and comment re declaration/ declaration for filing with court; review of back up documentation cited in declaration | 3 | 3.6 |
| 2/18/2010 | Call with G Reidel; follow up call with J Doolittle | 1 | 0.7 |
| 2/18/2010 | Several calls re changes to Lazard fee structure | 1 | 1.6 |
| 2/18/2010 | Quarterly fee application preparation | 5 | 1.2 |
| 2/19/2010 | Call with Bond advisors | 4 | 1.0 |
| 2/19/2010 | Call with UCC advisors | 4 | 1.0 |
| 2/19/2010 | Call with Huron re liquidation analysis and follow up communication with company re same | 4 | 0.8 |
| 2/19/2010 | Review of vendor matter and approve materials re same | 3 | 0.5 |
| 2/19/2010 | Review of allocation agreement markup and discussions with lawyers and committee re same | 3 | 2.5 |
| 2/20/2010 | Review proposed revisions from Monitor counsel | 1 | 0.3 |
| 2/21/2010 | Review of cascading trust document and issues raised by parties | 1 | 1.2 |
| 2/21/2010 | Review and approval of payables scorecard | 3 | 0.3 |
| 2/21/2010 | Review of HWT suggested language and dialogue with counsel re same | 3 | 0.3 |
| 2/22/2010 | HWT settlement issues; discussions with counsel, emails to monitor counsel and discussions with UCC | 3 | 3.0 |
| 2/22/2010 | Weekly status call | 3 | 1.0 |
| 2/22/2010 | Call with HR re various employee issues. | 2 | 0.5 |
| 2/22/2010 | Review Asia restructuring material | 1 | 1.3 |
| 2/22/2010 | Review materials related to UK pension and communicate with counsel re same | 3 | 3.7 |
| 2/23/2010 | Asia restructuring call | 3 | 1.0 |
| 2/23/2010 | weekly status re M&A matters | 3 | 0.5 |
| 2/23/2010 | FA review | 3 | 2.3 |
| 2/23/2010 | Claims call to discuss progress and action plans | 3 | 1.0 |
| 2/23/2010 | Review advice from Linklaters re UK pension | 3 | 0.5 |
| 2/23/2010 | Call re cascading directors | 1 | 1.3 |
| 2/23/2010 | Review of Ogilvy mark up to claims protocol and communicate to parties re same | 3 | 2.5 |
| 2/24/2010 | Call with J Doolittle re employee matters | 1 | 0.5 |
| 2/24/2010 | Review TPR filings and letter to Linklater re pension matters | 3 | 0.8 |
| 2/24/2010 | Review factum of regulator re pension matter | 3 | 1.3 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/24/2010 | Revisions to Lazard order re fee cap | 6 | 0.3 |
| 2/24/2010 | Review multiple emails and mark up to cascade directors | 1 | 0.8 |
| 2/24/2010 | Review UK trustee objection and UCC joinder re pension | 3 | 1.2 |
| 2/24/2010 | Call with UCC counsel re various matters | 4 | 0.3 |
| 2/24/2010 | Review and comment re draft letter prepared for Linklaters and advice re same | 3 | 0.8 |
| 2/24/2010 | Review and modify flash reports for creditor committee re claims | 3 | 0.3 |
| 2/24/2010 | Call with J Bromley re case management | 3 | 0.5 |
| 2/24/2010 | Prep for Feb 26 hearing | 3 | 3.5 |
| 2/24/2010 | Call with UCC counsel re Canada former employee matter | 4 | 0.8 |
| 2/25/2010 | Follow up call with UCC re Canada employee settlement | 4 | 0.7 |
| 2/25/2010 | Call with US and UK counsel re pension matter | 3 | 0.8 |
| 2/25/2010 | Call with J Doolittle re US tax implications | 3 | 0.3 |
| 2/25/2010 | Prepare for hearing on 2/26/10 | 3 | 4.0 |
| 2/25/2010 | Non working travel to hearing on 2/26 | 7 | 4.0 |
| 2/26/2010 | Prepare for and attend court hearing on 2/26 | 3 | 4.5 |
| 2/26/2010 | Non working travel from Hearing on 2/26 | 3 | 4.0 |
| 2/28/2010 | Review position of UCC re developments in Canada re former employees | 4 | 0.3 |