**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2010 through February 28, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,544.10 |
| Travel – Lodging | | 1,473.24 |
| Travel – Meals | | 25.00 |
| Travel – Car Service | | 257.27 |
| Travel – Transportation | | 66.00 |
| Office supplies, shipping, and other office related expenses | | 82.12 |
| PACER | | 36.00 |
| TOTAL | | $ 3,483.73 |

# Nortel Expense Report

PERIOD: February 1, 2010 through February 28, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2010 | New York trip airfare | $ 772.40 | | | | | | | $ 772.40 |
| 2/4/2010 | New York trip - Hotel for stay 2/2-2/4 | | $ 1,019.34 | | | | | | $ 1,019.34 |
| 2/2/2010 | New York trip - Taxi | | | | $ 42.57 | | | | $ 42.57 |
| 2/4/2010 | New York trip - RSW parking | | | | | $ 34.00 | | | $ 34.00 |
| 2/25/2010 | Delaware hearing airfare | $ 289.00 | | | | | | | $ 289.00 |
| 2/26/2010 | Delaware hearing - meal | | | $ 25.00 | | | | | $ 25.00 |
| 2/26/2010 | Transportation | | | | $ 100.70 | | | | $ 100.70 |
| 2/26/2010 | Transportation | | | | $ 114.00 | | | | $ 114.00 |
| 2/26/2010 | Delaware hearing - Hotel | | $ 453.90 | | | | | | $ 453.90 |
| 2/26/2010 | Telephone | | | | | | $ 7.95 | | $ 7.95 |
| 2/27/2010 | Delaware hearing return airfare | $ 138.00 | | | | | | | $ 138.00 |
| 2/27/2010 | Delaware hearing RSW parking | | | | | $ 32.00 | | | $ 32.00 |
| 2/28/2010 | Telephone wireless roaming charges | | | | | | $ 74.17 | | $ 74.17 |
| 2/28/2010 | PACER | | | | | | | $ 36.00 | $ 36.00 |
| 2/28/2010 | New York trip (3-1 Meeting) airfare | $ 344.70 | | | | | | | $ 344.70 |
| | | $ 1,544.10 | $ 1,473.24 | $ 25.00 | $ 257.27 | $ 66.00 | $ 82.12 | $ 36.00 | $ 3,483.73 |
| | | | | | | | | Total | $ 3,483.73 |