**CERTIFICATE OF SERVICE**

I, Ann C. Cordo certify that I am not less than 18 years of age, and that service of the foregoing **Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And for Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2010 Through February 28, 2010** was caused to be made on March 5, 2010, in the manner indicated upon the entities identified below:

Date: March 5, 2010                  /s/ Ann C. Cordo
                                                    Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3390250.2