IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

**STANDING ORDER REGARDING HEARING TRANSCRIPTS
IN THE ABOVE-CAPTIONED CASES**

IT IS HEREBY ORDERED THAT:

1. All parties wishing to order a transcript of any hearing in the above-captioned cases shall contact Diaz Data Services.

2. Diaz Data Services may be reached via email (usbc-de@diazdata.com), phone (877-233-3430), fax (717-233-5858), or website (http://www.diazdata.com).

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 5, 2010
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　／s／ Kevin Gross
　　　　　　　　　　　　　　　　　　　　THE HONORABLE KEVIN GROSS
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3430572.1