# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>Nortel Networks Inc., et al.<br>Allen & Overy LLP, | **Case No.:** 09–10138–KG<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that the Trustee of Nortel Networks UK Pension Plan and the Board of Protection Fund filed a Notice of Appeal on 3/5/2010 regarding the Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings

The Notice of Appeal may be viewed at docket number 2643. The order on appeal may be viewed at docket number 2576.

David D. Bird
CLERK OF COURT

Date: 3/9/10
(VAN–440)