# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Teresa | Date Created: 3/9/2010 |
| Case: 09−10138−KG | Form ID: van440 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty     Justin R. Alberto     Bayard, P.A.     222 Delaware Avenue     Suite 900     P.O. Box 25130     Wilmington, DE 19899
    T. Patrick Tinker, U.S. Trustee     844 King Street, Suite 2207     Wilmington, DE 19801
    Mark D. Collins     One Rodney Square     920 North King Street     Wilmington, DE 19801
    Derek C. Abbott     1201 North Market Street     P.O. Box 1347     Wilmington, DE 19801

TOTAL: 4