# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Nortel Networks Inc., et al.  
Allen & Overy LLP,

**Case No.:** 09–10138–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund filed a Request for Certification of Direct Appeal on 3/5/2010 regarding the Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings.

The Request may be viewed at docket number 2644. The order on appeal may be viewed at docket number 2576. Responses due by 3/19/2010.

David D. Bird  
CLERK OF COURT

Date: 3/9/10  
(VAN–464)