# Notice Recipients

District/Off: 0311−1                    User: Teresa                         Date Created: 3/9/2010

Case: 09−10138−KG                 Form ID: van464                    Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust         Thomas Patrick Tinker        Office of the U.S. Trustee        844 King Street Suite 2207        Wilmington, DE 19801

            Justin R. Alberto        222 Delaware Avenue, Suite 900        Wilmington, DE 19899

            Derek C. Abbott        1201 North Market Street        P.O. Box 1347        Wilmington, DE 19801

            Mark D. Collins        One Rodney Square        920 North King Street        Wilmington, DE 19801

TOTAL: 4