

Finance and Administrative Services Department
*RECORDS, TAXES, AND TREASURY DIVISION / LITIGATION SECTION*
115 S. Andrews Avenue, Room A100 • Fort Lauderdale, Florida 33301 • 954-468-3422 • FAX 954-468-3410

February 24, 2010

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 N. Market Street – 3rd Floor
Wilmington, DE 19801

IN RE: NORTEL NETWORKS(CALA) INC
CASE NUMBER: 09-10138-KG

Dear Sir/Madam:

By this letter, we do hereby request that our proof of claim filed on January 04, 2010 be removed from the above referenced case, as the Property Taxes for the year 2009 has been satisfied by the Debtor.

If you have any questions regarding this matter, please call me at (954) 468-3422.

Respectfully,

Hollie N. Hawn
Assistant County Attorney – Fl Bar No. 027642

cc: Cleary Gottlieb Steen & Hamilton LLP
    Morris, Nichols, Arsht & Tunnell LLP