### IN THE UNITED STATES BANKRUPTCY COURT
### FOR
### THE NORTHERN DISTRICT OF OKLAHOMA

In re:

    Nortel Networks Inc., *et al.*,     )

Debtors.                 )     **Chapter 11**

                     )

                     )

    Case No. 09-10138 (KG)     )


### NOTICE OF
### WITHDRAWAL OF PROOF OF CLAIM


PLEASE TAKE NOTICE that the undersigned creditor in the above referenced case withdraws the proof of claim filed on January 21, 2010 in the amount of $1,810.00 for ad valorem taxes. 2009 Business Personal Taxes were paid on February 4, 2010 by Nortel Networks.


            Respectfully submitted,

            J DENNIS SEMLER
            TULSA COUNTY TREASURER

BY:     Carol L. Handy
            Deputy Treasurer
            500 South Denver
            Tulsa, Oklahoma 74103
            (918) 596-5071  Fax (918) 596-4934
                  On Behalf of:
                  J. Dennis Semler,
                  Tulsa County Treasurer