**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
                                                         :     Chapter 11
                                                         :
*In re*                                                  :
                                                         :     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :     Jointly Administered
                                  Debtors.                :
                                                         :
                                                         :     **Re: D.I.'s 2348, 2536**
---------------------------------------------------------X

**ORDER VACATING IN PART ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (AMENDED; DUPLICATE; INSUFFICIENT DOCUMENTATION)**

IT IS HEREBY ORDERED THAT:

1.    The *Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* (D.I. 2536) (the "Fourth Omnibus Order") is hereby vacated as it relates to those parties in interest listed on **Exhibit A** attached hereto.

2.    The Fourth Omnibus Order remains in full force and effect as it relates to all parties in interest, except those listed on **Exhibit A**.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.      The Debtors, the Clerk of the Court, the Debtors claims' and noticing agent Epiq

Bankruptcy Solutions, LLC, and all parties in interest are authorized and empowered to take such

actions as may be necessary and appropriate to implement the terms of this Order.

4.      This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.


Dated: March ____, 2010                    _____
        Wilmington, Delaware            THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE

Exhibit A

# Exhibit A

| Claim Number | Name/Address of Claimant |
|---|---|
| 2001 | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX  76040 |
| 1581 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX  76040 |
| 2002 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX  76040 |
| 1868 | BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 |
| 1869 | BARNETT, CAROL J<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 |
| 1866 | BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 |
| 1867 | BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 |
| 5354 | BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX  75202 |
| 2952 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX  75248 |
| 2954 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX  75248 |
| 3121 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 |
| 3122 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT  06704 |
| 5731 | CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 |
| 3763 | CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA  30518 |
| 143 | CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL  60423 |
| 1840 | CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX  786286939 |

| Claim Number | Name/Address of Claimant |
|---|---|
| 2240 | D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX  75201 |
| 2043 | DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON  M9W 7J3<br>CANADA |
| 1057 | DELTA PRODUCTS CORP.<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538 |
| 5511 | DESCA COLOMBIA SA<br>CARRERA 7 NO  71 52<br>TORRE B PISO 11<br>BOGOTA<br>COLUMBIA |
| 5662 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON  K2K 2E3<br>CANADA |
| 5784 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON  K2K 2E3<br>CANADA |
| 1563 | FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC  20001-4413 |
| 1199 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1200 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1201 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1202 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1203 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1204 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1205 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1206 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1207 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |

## Exhibit A

| Claim Number | Name/Address of Claimant |
|---|---|
| 1208 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1209 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1210 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1211 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1212 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1213 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1214 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 1215 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 |
| 5815 | GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC  27616 |
| 5814 | GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC  27616 |
| 927 | GUERIN & RODRIGUEZ, LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA  01752 |
| 2113 | HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR  97045 |
| 2144 | HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR  97045-0211 |
| 2242 | HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX  75201 |
| 2241 | HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX  75201 |
| 2548 | MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX  753702921 |
| 1189 | MIRABAL, ROSANNA<br>9103 NW 81ST COURT<br>TAMARAC, FL  33321 |

| Claim Number | Name/Address of Claimant |
|---|---|
| 2414 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA  95124 |
| 2415 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA  95124 |
| 1924 | PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ  07931 |
| 2095 | PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX  750852764 |
| 2066 | PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX  750852764 |
| 1767 | QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX  77328 |
| 2436 | QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX  77328 |
| 1763 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328 |
| 2490 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX  77328 |
| 2681 | RAHN, BARRY<br>5644 SEACLIFFE ROAD<br>COURTENAY, BC  V9J 1X1<br>CANADA |
| 1933 | RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA |
| 1820 | REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA  95050-4013 |
| 2785 | TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC  H4S 1R7<br>CANADA |
| 2787 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA |
| 2789 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA |

# Exhibit A

| Claim Number | Name/Address of Claimant | Claim Number | Name/Address of Claimant |
|---|---|---|---|
| 1572 | TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | | |
| 2493 | THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN  56003 | | |
| 1412 | TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX  75034 | | |