IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**Ref. Docket Nos. 2561-2563, 2568, 2569, 2571,**

## **<u>AFFIDAVIT OF MAILING</u>**

STATE OF NEW YORK   )
                                           ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 3, 2010, I caused to be served the:

   a. Order Approving an Amendment to the Terms of Compensation of Lazard Fréres & Co. LLC as Financial Advisor and Investment Banker for the Debtors and Debtors In Possession," dated February 26, 2010 [Docket No. 2561], (the "Lazard Order"),

   b. "Order to Add Certain Additional Debtors as Sellers in the Sale of the Debtors' Metro Ethernet Networks Business to Ciena Corporation," dated February 26, 2010 [Docket No. 2562], (the "Metro Ethernet Order"),

   c. "Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)," dated February 26, 2010 [Docket No. 2563], (the "Fourth Omnibus Objection"),

   d. "Order Approving the Compromises of Controversy between (I) Nortel Networks Inc., (II) Nortel Networks Limited, (III) Peacock Communications, ATSSC, Inc. and (IV) John Peacock," dated February 26, 2010 [Docket No. 2568], (the "Peacock Order"),

   e. "Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts in Connection with the Sale of the Debtors' Enterprises

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

      Solutions Business and (B) Authorizing the Debtors to File Information Under Seal," dated February 26, 2010 [Docket No. 2569], (the "Executory Contract Order"),

  f. "Order Authorizing the Debtors to File Under Seal the Unredacted Settlement Agreement between (I) Nortel Networks Inc., (II) Nortel Networks Limited, (III) Peacock Communications, ATSSC, INC. and (IV) John Peacock," dated February 26, 2010 [Docket No. 2571], (the "Peacock Redaction Order"),

  g. "Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings," dated February 26, 2010 [Docket No. 2576], (the "UK Pension Auto Stay Order"),

  h. "Order Shortening Notice Relating to Debtors' Motion Pursuant to 11 U.S.C. § 105(A) and § 363(b) for an order Approving the Metro Ethernet Networks Side Agreement and Granting Related Relief," dated March 1, 2010 [Docket No. 2588], (the "Order Shortening Notice"),

  i. "Order Granting Debtors' Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis 503(B)(9) Claims)," dated March 3, 2010 [Docket No. 2619], (the "Seventh Omnibus Objection"),

  j. "Order Approving Certain Agreements and Settlements," dated March 3, 2010 [Docket No. 2620], (the " Miscellaneous Settlement Order"), and

  k. "Order Authorizing the Debtors to File Under Seal Exhibit B to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Certain Agreement and Settlements," dated March 3, 2010 [Docket No. 2621], (the "Settlement Redaction Order"),

by causing true and correct copies to be delivered as follows:

  i. the Lazard Order, Metro Ethernet Order, Fourth Omnibus Objection, Peacock Order, Executory Contract Order, Peacock Redaction Order, UK Pension Auto Stay Order, Order Shortening Notice, Seventh Omnibus Objection, Miscellaneous Settlement Order and Settlement Redaction Order, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

  ii. the Fourth Omnibus Objection, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

  iii. the Seventh Omnibus Objection, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

  iv. the Order Shortening Notice and Metro Ethernet Order, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to Latham & Watkins LLP, Attention: Douglas Bacon, Joseph Simei and Alice Burke, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606,

  v. the Peacock Order and Peacock Redaction Order, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to Andersen, Tate &

Carr, P.C., Elizabeth L. Clack-Freeman, One Sugarloaf Centre, Suite 4000, 1960 Satellite Blvd, Duluth, GA 30097, and

vi. the Executory Contract Order, enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to Ari Fleet LT, 9000 Midatlantic Drive, P.O. Box 5039, Mt. Laurel, NJ 08054.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                        Panagiota Manatakis

Sworn to before me this
8th day of March, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES _____