**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABIDI, SALMAN | 19167 SOUTH GARDENIA AVENUE    Account No. 6332 WESTON FL 33332 |
| ABIDI, SALMAN | 19167 SOUTH GARDENIA AV    Account No. 6332 WESTON FL 33332 |
| ABIDI, SALMAN | SALMAN ABIDI 19167 SOUTH GARDENIA AV WESTON FL 33332 |
| AIRSPAN NETWORKS INC. | 777 YAMATO RD., SUITE 310 BOCA RATON FL 33431 |
| AIRSPAN NETWORKS, INC. | DORSEY & WHITNEY LLP ATTN: MICHAEL E. FOREMAN, ESQ. 250 PARK AVENUE NEW YORK NY 10177 |
| AKIN, MARJORIE | 4436 EDMONDSON AVE. DALLAS TX 75205 |
| AKIN, MARJORIE | MARJORIE AKIN 4436 EDMONDSON AVE. DALLAS TX 75205 |
| ALTERNATE COMMUNICATIONS INTERNATIONAL | LTD 509B CENTRE ST SW HIGH RIVER AB T1V 2C2 CANADA |
| ALVAREZ, CARLOS | 10122 SAGEROYAL LANE    Account No. 1479 HOUSTON TX 77089 |
| APPELL, MARTIN | 12002 BROWNING LN    Account No. 6316 DALLAS TX 75230 |
| ARNOLD-BERRY, LINDA L. | 18 THE FAIRWAY    Account No. 5361 WOODSTOCK GA 30188 |
| ARNOLD-BERRY, LINDA L. | 18 THE FAIRWAY WOODSTOCK GA 30188-2200 |
| BARNES, DEBBIE | 425 W. WEST STREET SOUTHPORT NC 28461 |
| BOISVERT, DAVID | 18824 PARK GROVE LN.    Account No. 7963 DALLAS TX 75287 |
| BOISVERT, DAVID | 18824 APRK GROVE LN    Account No. 7963 DALLAS TX 75287 |
| BOISVERT, DAVID | DAVID BOISVERT 18824 PARK GROVE LN DALLAS TX 75287 |
| BOLAND, ROBERT D. | 1237 IROQUOIS DR.    Account No. 6332 BATAVIA IL 60510 |
| BOLING, EDWARD | 7312 MIDCREST CT    Account No. 0512744 MCKINNEY TX 75070 |
| BOLING, EDWARD | EDWARD BOLING 7312 MIDCREST CT MCKINNEY TX 75070 |
| BUSCH, JAMES | 3713 MULBERRY LN    Account No. 0315 BEDFORD TX 76021 |
| BUSCH, JAMES | JAMES BUSCH 3713 MULBERRY LN BEDFORD TX 76021 |
| BUSCH, JAMES D. | 3713 MULBERRY LANE    Account No. 0315; 8392 BEDFORD TX 76021 |
| CABRAL, ROBERT J. | 33 HICKORY LANE HUDSON MA 01749 |
| CAGIANNOS, ELIAS | 87 WOODLAND RD MADISON NJ 07940 |
| CARREON, JOHNNY E. | 4769 NW 22ND ST    Account No. 4180 COCONUT CREEK FL 33063 |
| CARROLL, CHARLES | 36 KAILEYS WAY    Account No. 6332 GROTON MA 01450 |
| CARROLL, CHARLES N. | 36 KAILEYS WAY GROTON MA 01450 |
| CHAN, KA WAI | 311 SHADY VALLEY COURT    Account No. 0138 SAN RAMON CA 94582 |
| CHAN, KWEISAN | 41095 BERNIE STREET    Account No. 0138 FREMONT CA 94539 |
| CHILDRESS, ROBERT | 110 CAVE STREET    Account No. 8498/0624 LURAY VA 22835 |
| CHRONOWIC, PETER | 323 HOGANS VALLEY WAY    Account No. 5560 CARY NC 27513 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE PO BOX 9564 BOSTON MA 02114-9564 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA-BIZSPHERE ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORE BROOKFIELD LAKES, LLC | 18000 WEST SARAH LANE, SUITE 250 BROOKFIELD WI 53045 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DAO, TUYEN | 6545 WESTWAY DRIVE THE COLONY TX 75056 |
| DAO, TUYEN | TUYEN DAO 6545 WESTWAY DR THE COLONY TX 75056 |
| DAO, TUYEN T. | 6545 WESTWAY DR THE COLONY TX 75056 |
| DAVIS, JAMES | 1213 BALMIRAL DR    Account No. 9936 CARY NC 27511 |
| DAVIS, JAMES | JAMES DAVIS 1213 BALMORAL DR CARY NC 27511 |
| DAVIS, JAMES F. | 1213 BALMORAL DRIVE CARY NC 27511 |
| DELL MARKETING, L.P. | C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 25223 AUSTIN TX 78701 |
| DELL MARKETING, L.P. | C/O SABRINA L. STREUAND, ESQ. STRESUAND & LANDON, LLP 515 CONGRESS AVENUE, SUITE 2523    Account No. 0993 AUSTIN TX 78701 |

| Claim Name | Address Information |
|---|---|
| EMBARQ FLORIDA, INC. | PO BOX 7971   Account No. 1826 SHAWNEE MISSION KS 66207-0971 |
| FINCH, ALBERT | 2309 PEMBROKE ST   Account No. 0138 GARLAND TX 75040 |
| FINCH, ALBERT | ALBERT FINCH 2309 PEMBROKE ST GARLAND TX 75040 |
| FINCH, ALBERT F. | 2309 PEMBROKE ST GARLAND TX 75040 |
| FRAME, DAVID | 633 RAFORD HILL LN   Account No. 0681 RICHARDSON TX 75081 |
| FRAME, DAVID J | 633 RAFORD HILL LANE   Account No. 0681 RICHARDSON TX 75081 |
| GRIFFIN, KIMBERLY | 8701 DONNINGTON DR. RALEIGH NC 27615 |
| GRIFFIN, KIMBERLY | KIMBERLY GRIFFIN 8701 DONNINGTON DR RALEIGH NC 27615 |
| HANIG, HARMON | PO BOX 1103   Account No. 0078 LAFAYETTE CA 94549-1103 |
| HANIG, HARMON L. | PO BOX 1103   Account No. 0078 LAFAYETTE CA 94549 |
| HANNAH, DAVID C. | 405 SKULLEY DRIVE   Account No. 9389 ALPHARETTA GA 30004 |
| HANSEN, MARK | 1400 OUSLEY DRIVE   Account No. 3066 GILROY CA 95020 |
| HANSEN, MARK J. | 1400 OUSLEY DRIVE   Account No. 6332 GILROY CA 95020-3727 |
| HICKEY, KENNETH | 5 WARD FARM CIRCLE   Account No. 7396 FRAMINGHAM MA 01701 |
| HICKEY,KENNETH | KENNETH HICKEY 5 WARD FARM CIRCLE FRAMINGHAM MA 01701 |
| HUDDLESTON BOLEN, LLP | ATTN: JANET SMITH HOLBROOK P.O. BOX 2185 HUNTINGTON WV 25722 |
| JAMES, LAWRENCE | 140 PRIVATE ROAD 1500A   Account No. 0138 MORGAN TX 76671 |
| JAMES, LAWRENCE | LAWRENCE JAMES 140 PRIVATE ROAD 1500A MORGAN TX 76671 |
| JAMES, LAWRENCE J. | 140 PRIVATE ROAD 1500A MORGAN TX 76671 |
| JENSON, CHARLES E. | 1234 COVINA CT   Account No. 6564 ALLEN TX 75013 |
| KA WAI CHAN | 311 SHADY VALLEY C.T   Account No. 0138 SAN RAMON CA 94582 |
| KAPIL, VIVEK | 2712 MERLIN DR.   Account No. 3884 LEWISVILLE TX 75056 |
| KHAWAR, ABDUL | 11103 EMPIRE LAKES DRIVE RALEIGH NC 27617 |
| KIRN, JOHN | JOHN KIRN 205 AUSTIN PAUL DRIVE NEWMARKET ON L3X 2-K4 CANADA |
| KIRN, JOHN | 205 AUSTINPAUL DR.   Account No. 0118524 NEWMARKET, ON L3X 2K4 CANADA |
| KUBITSCHEK, LEO | 10070 TIMBERSTONE RD.   Account No. 8566 ALPHARETTA GA 30022 |
| KUCZYNSKI, ROBERT | 150 BAYVIEW DR   Account No. 8291 NORTH HERO VT 05474 |
| KUTAC, GARY E. | 1552 SAN SABA DR.   Account No. 5958 DALLAS TX 75218 |
| LAYNE, SAMUEL | 9317 W 139TH STREET   Account No. 2822 OVERLAND PARK KS 66221 |
| LAYNE, SAMUEL | SAMUEL LAYNE 9317 W 139TH STREET OVERLAND PARK KS 66221 |
| LAYNE, SAMUEL J. | 9317 WEST 139TH ST. OVERLAND PARK KS 66221 |
| LOEN, ERIK | 1105 273RD PL SE SAMMAMISH WA 98075 |
| MA, CHEN CHEN | 7921 CONSTITUTION DR.   Account No. 5366 PLANO TX 75025 |
| MARK, RAYMOND | 1336 S. FINLEY ROAD, APT 1C   Account No. SSN 2294 OR EMPLOYEE ID 113809 LOMBARD IL 60148 |
| MARTIN, EDLENE | 8005 CHADBOURNE CT   Account No. 6471/0198735/110318 RALEIGH NC 27613 |
| MARTIN, EDLENE | EDLENE MARTIN 8005 CHADBOURNE CT RALEIGH NC 27613 |
| MARTIN, EDLENE PASS | 8005 CHADBOURNE CT   Account No. 6471 RALEIGH NC 27613 |
| MCCOY, LAWRENCE W. | 321 CHAPARRAL DRIVE   Account No. 0527519 RICHARDSON TX 75080 |
| MERRILLS, ROY | 10401 MANLY   Account No. 49640 CHAPEL HILL NC 27517 |
| MILFORD, JOHN S. | 4516 SPYGLASS DRIVE LITTLE RIVER SC 29566 |
| MILLER, LOIS | 1800 SNOW WIND DRIVE   Account No. 4727 RALEIGH NC 27615-2613 |
| MILLER, LOIS S. | 1800 SNOW WIND DRIVE   Account No. 4727 RALEIGH NC 27615-2613 |
| MOLEX | 2222 WELLINGTON COURT ATTN: MIKE FRITZ   Account No. 3471 LISLE IL 60532 |
| MOLEX | ATTN : MIKE FRITZ 2222 WELLINGTON COURT   Account No. 3471 LISLE IL 60532 |
| MONDOR, DAN | 3650 NEWPORT BAY DRIVE ALPHARETTA GA 30005 |
| MONTGOMERY, GEORGE G | 9808 ST ANNES DRIVE   Account No. GID 0865 SS#2302 PLANO TX 75025 |
| MURPHY III, EDGAR | 204 BARRINGTON OVERLOOK DR.   Account No. 0138 DURHAM NC 27703 |
| MURPHY, EDGAR III | 204 BARRINGTON OVERLOOK DR   Account No. 0138 DURHAM NC 27703 |

| Claim Name | Address Information |
|---|---|
| NARAYANAN, RAVI KUMAR | 2912 MONTELL CT PLANO TX 75025 |
| NGUYEN, KHOA VAN | 2505 APPALACHIA DR   Account No. 5009044 (EMPLOYEE GID) GARLAND TX 75044 |
| NGUYEN, KHOA VAN | KHOA VAN NGUYEN 2505 APPALACHIA DR GARLAND TX 75044 |
| NIELSON, DAVE | 504 S. HORIZON CIRCLE SIOUX FALLS SD 57106 |
| NIELSON, DAVID D. | 504 S. HORIZON CIRCLE SIOUX FALLS SD 57106 |
| PAULUS, PATRICK | 107 AVALON CT   Account No. 6192 KINGSLAND GA 31548 |
| PAULUS, PATRICK J | 107 AVALON CT   Account No. 6192 KINGSLAND GA 31548 |
| PUTNAM, KENNETH | 39 WYMAN TRAIL   Account No. 0138 MOULTONBOROUGH NH 03254 |
| ROBSON, ROBERT | 1013 MANOR GLEN WAY RALEIGH NC 27615 |
| ROBSON, ROBERT L. | 1013 MANOR GLEN WAY   Account No. 9307 RALEIGH NC 27615 |
| RODRIGUEZ, ABELARDO | 113 RETON CT   Account No. 8758 CARY NC 27513 |
| RODRIGUEZ, ABELARDO | ABELARDO RODRIGUEZ 113 RETON CT CARY NC 27513 |
| RODRIGUEZ, ABELARDO B. | 113 RETON CT CARY NC 27513 |
| RUDZINSKI, RANDY | 1924 PARIS AVE   Account No. 7514 PLANO TX 75025 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 700 H STREET, ROOM 1710   Account No. 006-0136-007-0000-5801 SACRAMENTO CA 95814 |
| SALB, RALPH | 4216 249TH CT SE ISSAQUAH WA 98029 |
| SALB, RALPH | 4216 249TH COURT SE ISSAQUAH WA 98029 |
| SALB, RALPH | RALPH SALB 4216 249TH COURT SE ISSAQUAH WA 98029 |
| SHEEHAN PHINNEY BASS + GREEN PA | BRUCE A. HARWOOD 1000 ELM STREET P.O. BOX 3701 MANCHESTER NH 03105-3701 |
| SHEPPARD, JOHN E. | 4808 WOOD VALLEY DRIVE   Account No. 2780 RALEIGH NC 27613-6334 |
| SHIELDS, BRIAN | 1800 PARK RIDGE WAY   Account No. 2063 RALEIGH NC 27614-9040 |
| SINGH, INDERPAL | 5406 WELLINGTON DR   Account No. 1585 RICHARDSON TX 75082 |
| SLATTERY, STEUE | 507 LAREDO CIRCLE   Account No. 9812 ALLEN TX 75013 |
| SLATTERY, STEVE | 507 LAREDO CIRCLE   Account No. 9812 ALLEN TX 75013 |
| STEPP, FLOYD | 1126 COUNTRY CLUB LN ZEBULON NC 27597 |
| STEPP, FLOYD | FLOYD STEPP 1126 COUNTRY CLUB LN ZEBULON NC 27597 |
| STEPP, FLOYD P | 1126 COUNTRY CLUB LANE   Account No. 2246 ZEBULON NC 27597 |
| THOMPSON, VERNON J. | PO BOX 549   Account No. 3160 NEVADA TX 75173 |
| THOMPSON, VERNON J. | 7855 COUNTY ROAD 542 NEVADA TX 751738051 |
| TODARO, THOMAS | 3209 VIRGINIA CREEPER LN   Account No. 4226 WILLOW SPRING NC 27592-9241 |
| TOWNLEY, JEFF | JEFF TOWNLEY 4104 PICARDY DR RALEIGH NC 27612 |
| TOWNLEY, JEFF | 4104 PICARDY DR. RALEIGH NC 27612 |
| TOWNLEY, JEFF | P.O. BOX 13955 RTP NC 27709 |
| TRAVERS, JOHN | 2821 LA NEVASCA LANE   Account No. 15536 CARLSBAD CA 92009 |
| TRAVERS, JOHN | JOHN TRAVERS 2821 LA NEVASCA LN CARLSBAD CA 92009 |
| TUONG MINH PROJECT MGMT. AGENCY (TMA) | 111 NGUYEN DINH CHINH STREET, PHU NHUAN DISTRICT HO CHI MINH CITY VIETNAM |
| VAN NGUYEN, KHOA | 2505 APPALACHIA DRIVE   Account No. 5009044 GARLAND TX 75044 |
| VINAIXA, TANIA | 16345 SW 9TH ST PEMBROKE PINES FL 33027 |
| VINAIXA, TANIA | 16345 SW 9TH ST PEMBROKE PNES FL 33027 |
| VRABEL JR., JOHN P. | 10 ROYALLMANOR CT. O'FALLON MO 63368 |
| WANG, LILY HOH | 4325 WONDERLAND DR.   Account No. 1863 PLANO TX 75093 |
| WEISS, HOWARD ERIC | 828 POTOMAC RD ATLANTA GA 303386974 |
| WEISS, MR. HOWARD ERIC | 828 POTOMAC RD ATLANTA GA 303386974 |
| WESTON SOLUTIONS | WESTON SOLUTIONS INC 1400 WESTON WAY ATTN: STEPHEN N. FREED   Account No. 1565 WEST CHESTER PA 19380-1492 |
| WESTON SOLUTIONS, INC. | ATTN: STEPHEN FREED 1400 WESTON WAY, PO BOX 2653   Account No. 1565 WEST CHESTER PA 19380 |
| WIRELESS INTEGRATED NETWORKS INC. | NINOS HEROES 134 PTE. COL. CENTRO HERMOSILLO   Account No. 6818 SONORA MEXICO CP 83000 MEXICO |

| Claim Name | Address Information |
|---|---|
| WISTRON INFOCOMM TECHNOLOGY AMERICA CORP | P.O. BOX 370307   Account No. 4430 EL PASO TX 79937 |
| YU, GUISHENG | 3725 MASON DR   Account No. 4454 PLANO TX 75025 |
| ZUKAS, JAMES | 10900 QUIMBY POINT LANE   Account No. 5256, 0570 RESTON VA 20191-5006 |
| ZUKAS, JAMES | JAMES ZUKAS 10900 QUIMBY POINT LANE RESTON VA 20191-5006 |
| ZYXEL COMMUNICATIONS INC. | 1130 N. MILLER ST.   Account No. 0018 ANAHEIM CA 92806-2001 |

**Total Creditor Count 143**