# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ABERNATHY, COLLEEN C. | 2946 PARKWOOD RD SNELLVILLE GA 30039-4412 |
| ANDERSON, DEBRA J. | 102 BELTON DRIVE HICKORY CREEK TX 75065 |
| AVERY, BARBARA A | 411 PLAZA DR GARNER NC 27529 |
| BARLOW, CATHERINE | 4 CRAIGLEITH CRT COLLINGWOOD ON CANADA |
| BARNHILL, SHERRIL A. | 108 CAYMUS COURT    Account No. 6332 CARY NC 27519 |
| BOUDREAU, WILLIAM R. | 8149 STOCKHOLM ST.    Account No. 227380 BROOKSVILLE FL 34613 |
| BOWBEER, TERI | 395 CENTURY CIRCLE DANVILLE CA 94526-5332 |
| BRANDON, PAUL M. | 5 HORATIO LANE    Account No. 09-10138 ROCHESTER NY 14624 |
| BROWN, BRIAN R. | 1241 NEW JERSEY AVE NW WASHINGTON DC 20001 |
| BUBEL, GLENN A. | 904 TABITHA LN    Account No. 1396 OLD HICKORY TN 37138-2359 |
| BUDIHARDJO, PETER | 103 LOCHFIELD DR CARY NC 27518 |
| CARLSON, MICHAEL A. | 5540 RIVERWOOD LANE SAVAGE MN 55378-4401 |
| CHAPMAN, JAMES L | PO BOX 1111    Account No. 09-10138 CREEDMOOR NC 27522 |
| CHONG, BAK L. | 19070 BROOKVIEW DR SARATOGA CA 95070 |
| CLEMONS, THOMAS S. | 3808 WALWORTH ROAD MARION NY 14505 |
| CLINE, GLEN | 602 CHAFFEE DRIVE ARLINGTON TX 76006 |
| CLINE, GLENN | 602 CHAFFEE DRIVE ARLINGTON TX 76006 |
| COAKLEY, BILLY W. SR. | 573 VERONICA ROAD GEORGETOWN SC 29440 |
| COLTON, JAY | 90 BROOKDALE OL. NEWTOWN PA 18940 |
| DANIELS, TANYA | 2676 BERMAN ROAD NORTH AURORA IL 60542 |
| DONOGHUE, ADRIAN | 119 MOSSGROVE TRAIL    Account No. 8944 OR 134181 WILLOWDALE ON M2L 2W4 CANADA |
| EDHOLM, PHILIP K. | 9921 LONGVIEW LANE    Account No. 7551 PLEASANTON CA 94538 |
| EGERMAN, KEVIN A. | 2905 DEAN PARKWAY # 102    Account No. 1000040493 MINNEAPOLIS MN 55416 |
| FETTERMAN, ROGER L. | 415 REX AVE. JACKSON CA 95642 |
| FLYNN, HAROLD DIXON | 8430 CANYON XING ARGYLE TX 76226 |
| GAGNON, JEAN PAUL | 934 PARADIS    Account No. 0227378 QUEBEC QC G1V 2T6 CANADA |
| GAMEWAY, JOHN | 1112 COUNTY ROAD 1003 GREENVILLE TX 75401 |
| GOMEZ, MAGDALENA | 22 - 406 AVE DES PINS OUEST    Account No. 1000064651 MONTREAL QC H2W 1S2 CANADA |
| GOODBAR, ROBERT L JR. | 2809 BUTNER ST DURHAM NC 27704 |
| GORDON, DOUGLAS S. | 3904 SADDLEHEAD DRIVE PLANO TX 75075 |
| GOTTLIEB, PAMELA A. | 12079 NW 50TH DRIVE CORAL SPRINGS FL 33076 |
| HALLORAN, ROBERT J. | 2 COLE ST. SALEM NH 03079 |
| HARTMAN, JAMES | 18627 ROBLEDA CT    Account No. 7628 SAN DIEGO CA 92128 |
| HAWKEN, DONALD | 88 MAGNOLIA LANE WELLAND ON L3B 6H9 CANADA |
| HAYDOCK, JOSEPH | 613 ARCHIE PL    Account No. 1994 SYCAMORE IL 60178-1626 |
| IJAMES, EUGENIA PARHAM | 1020 LAKE SHORE DR WENDELL NC 27591 |
| JOHNSON, MONTE E | 64 GATEWAY DR POOLER GA 31322 |
| JULIANO, FRANK | 2829 SOMBRERO CR SAN RAMON CA 94583 |
| KEANE, NOEL | 7 ASHBROOK BALLYMOE COUNTY GALWAY IRELAND |
| KEEGAN, SUSAN M. | 8 QUAIL RIDGE DRIVE FLEMINGTON NJ 08822 |
| KENNEDY, LOUISE | 3512 SCENIC CT. DENVILLE NJ 07834 |
| KING, RAYMOND LOUIS | 795 MARLIN ST.    Account No. 6332 BAYOU VISTA TX 77563-2611 |
| KING, VIRGINIA N | 9517 HIGHLAND VIEW DRIVE    Account No. 0910138 DALLAS TX 75238 |
| KLAMMER, DALE N. | 11044 TERRACE RD. NE MINNEAPOLIS MN 55434 |
| KLING, RAYMOND | 367 CONTENDER DRIVE CLAYTON NC 27520 |
| LE, JOHN Q. | 4417 KELLY DR. RICHARDSON TX 75082 |
| LEAFE, BRIAN | 7 ASHBROOK DRIVE HAMPTON NH 03842-1002 |
| LEE, HENRY C | 623 WYNDHURST DR UNIT 104 LYNCHBURG VA 24502 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| LEGGETT, TERRY J. | 5320 WEST HARBOR VILLAGE DRIVE UNIT 402 VERO BEACH FL 32967 |
| LEWIS, JONATHAN | 35 ALMA AVE    Account No. 0485201 BELMONT MA 02478 |
| LINVILL, ELAINE N | C/O EDGAR B. LINVILL III 1720 BURNT MILL RD    Account No. 6332 CHERRY HILL NJ 08003-3535 |
| LINVILL, ELAINE N | LINVILL, EDGAR B. III 1720 BURNT MILL RD CHERRY HILL NJ 08003-3535 |
| LOPEZ, ROBERTO | 919 CEDARVILLE CT DALLAS TX 75217 |
| MANGUM, DAVID | 3088 WALTERS RD CREEDMOOR NC 27522 |
| MCCLURE, GARY C. | 9213 HUNTERBORO DR BRENTWOOD TN 37027 |
| MERCURE, JIM | 210 CELLARS WAY WALLACE NC 28466 |
| MERRITT, CLARENCE S. | 3551 WYNTERSET DRIVE SNELLVILLE GA 30039 |
| MIRABAL, ROSANNA | 14825 PERDIDO DRIVE ORLANDO FL 32828 |
| MITA, SADAHISA | 2934 CUSTER DR.    Account No. 0250 OR 0322 SAN JOSE CA 95124 |
| MONTGOMERY, KISHA | 12817 DOVE FIELD LN BALCH SPRINGS TX 75180 |
| MORALES, ERNEST | 3104 TIERRA HUMEDA DRIVE EL PASO TX 79938 |
| MUTS, SERGE | 3722 FRASER ST., NE ROCKFORD MI 49341 |
| NGUYEN, LONG | 2961 CRYSTAL SPRINGS LN RICHARDSON TX 75082 |
| PARL, JOYCE | 390 WAVERLY DR. MUNDELEIN IL 60060 |
| PLOPPER, DAVE | 21 FAIRWOOD DRIVE HILTON NY 14468-1003 |
| PROCTOR, VICKI L. | 332 NEW HOPE RD    Account No. 4219 ALEXANDRIA TN 37012-3448 |
| PULLEY, BETTE J | 24 LONGVIEW TERRACE KENNEBUNK ME 04043 |
| RAFAEL, ROSE R | 3390 BROOKFIELD DR. LAS VEGAS NV 89120 |
| REGAN, PHILIP & RITA | 719 SOUTHWINDS DR. BRYN MAWR PA 19010-2069 |
| RENBARGER, STEVEN | 1421 SPENCER ST GRINNELL IA 50112 |
| REYNOLDS, JACK Q | 25064 HATTON ROAD CARMEL CA 93923-8365 |
| RHODES, BONNIE J. | 19 FERNVILLE RD.    Account No. SS# 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 MORRIS PLAINS NJ 07950 |
| SALIBI, CAMILLE | 6811 N WOODRIDGE DR PARKLAND FL 33067 |
| SCOTT, MARLENE L | 2759 GALE AVE LONG BEACH CA 90810 |
| SEMET, ROBERT J. | 209 ASBURY ROAD EGG HARBOR TWP NJ 08234 |
| SHAW, DARRELL K. | 20 BUCKY ST.    Account No. 6332 EUHARLEE GA 30145 |
| SMITH, MELINDA A. | 2390 KITTYHAWK DR.    Account No. 8642 FRISCO TX 75034 |
| SNYDER, ANTHONY | 817 OLD NC HIGHWAY 86 CHAPEL HILL NC 27516 |
| SOWLES, JOHN W | 520 SUMMIT ROAD WATSONVILLE CA 95076 |
| STEPHENS, BARRY G | 2064 WILLSUITT RD    Account No. 3916 CREEDMOOR NC 27522 |
| STERN, DAVID W. | 1510 OREGON ST BERKELEY CA 94703 |
| STROMMENGER, HOLLY | 503 E 6TH LA CROSSE KS 67548 |
| TEASLEY, CLIFF | 6815 WILEY MANGUM RD BAHAMA NC 27503 |
| THURMAN, MARIAN L. | 239 TAFT AVE    Account No. 3230 YPSILANTI MI 48197 |
| TRISKO, KRISTEN W | 8 ELIZABETH LN DANVILLE CA 94526 |
| TURNER, JAMES C. | 726 UNION CHAPEL RD.    Account No. 3246 LOUISVILLE MS 39339 |
| VAN, RICHARD A | 34353 MANDERA DE PLAYA DR TEMECULA CA 92592 |
| WANG, JIN | 23110 TURTLE ROCK TERRACE CLARKSBURG MD 20871 |
| WEBSTER, DONNA | 716 DUTCH HILL RD    Account No. 8027 OAKDALE PA 15071 |
| WILLIAMS, BRENT N | 11805 PEMBRIDGE LN    Account No. 0417 RALEIGH NC 27613 |
| WORTHY, THOMAS R. | 1740 SW MONARCH CLUB DRIVE    Account No. 0007 PALM CITY FL 34990 |
| ZIMMERLI, GARY | 3110 SW 70TH AVE    Account No. 4288 PORTLAND OR 97225 |

**Total Creditor Count 92**