IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>            Debtors.<br><br><br><br><br>------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Hearing date: March 31, 2010, 10:00 a.m. (ET)<br>Objections due: March 24, 2010, 4:00 p.m. (ET)<br><br>RE:  D.I. 859, 860, 986, 988 |

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
APPROVING AN AMENDMENT TO THE TERMS OF COMPENSATION
AND RETENTION OF PALISADES CAPITAL ADVISORS LLC AND
PUNTER SOUTHALL LLC AS PENSION CO-ADVISORS TO THE DEBTORS**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      PLEASE TAKE NOTICE that the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Application For Entry Of An Order Approving An Amendment To The Terms Of Compensation And Retention Of Palisades Capital Advisors LLC And Punter Southall LLC As Pension Co-Advisors To The Debtors** (the "Application").

      PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Application must file a response or objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 24, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

      At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **MARCH 31, 2010 AT 10:00 A.M. (ET),** BEFORE THE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3441753.1

HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 10, 2010
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3441753.1