# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the **Debtors' Application For Entry Of An Order Approving An Amendment To The Terms Of Compensation And Retention Of Palisades Capital Advisors LLC And Punter Southall LLC As Pension Co-Advisors To The Debtors** was caused to be made on March 10, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: March 10, 2010

                                                */s/ Alissa T. Gazze*
                                                  Alissa T. Gazze (No. 5338)

3441777.1