**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
                                  :      Chapter 11
:
*In re*                          :
:
Nortel Networks Inc., *et al.*, [1]    :      Case No. 09-10138 (KG)
:
                Debtors.     :      Jointly Administered
:
:
                                   :      **RE: D.I. _____**
:
---------------------------------------------------------X

## ORDER (I) AUTHORIZING AND APPROVING
## NORTEL NETWORK INC.'S ENTRY INTO THE CASCADING
## DIRECTORS' TRUST INDENTURE, (II) AUTHORIZING AND APPROVING
## THE RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF

Upon the motion dated March 10, 2010 (the "Motion"),[2] of Nortel Networks Inc. ("NNI")

and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order pursuant to sections 105(a) and 363 of title 11 of the United

States Code (the "Bankruptcy Code"), (i) authorizing and approving NNI's entry into the trust

indenture, which is attached to the Motion as Exhibit 2 (the "Indenture"); (ii) authorizing and

approving the related side agreement, which is attached to the Motion as Exhibit 3 (the "Side

Agreement," and together with the Indenture, the "Agreements") by and between NNI and NNL

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

(as defined by the Motion); and (iii) granting them such other and further relief as the Court deems just and proper; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. NNI is authorized to enter into the Indenture and the related Side Agreement.

3. NNI is authorized and empowered to take any and all actions as may be necessary and appropriate to implement the terms of this Order.

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.   The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
        Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE