**EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
:    Chapter 11
*In re* :
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
:    Jointly Administered
                Debtors. :
:
:    **RE: D.I. _____**
:
------------------------------------------------------------X

### ORDER (I) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PORTIONS OF THE CASCADING TRUST INDENTURE, (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL AN EXHIBIT OF THE CASCADING DIRECTORS' TRUST INDENTURE AND (III) GRANTING RELATED RELIEF

Upon the motion dated March 10, 2010 (the "Motion"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

District of Delaware (the "Local Rules") (i) authorizing the Debtors redact certain portions of that certain trust indenture (the "Indenture"), which is attached as Exhibit 2 to the Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) and 363 For Entry Of An Order (I) Authorizing And Approving The Debtors' Entry Into the Cascading Directors' Trust Indenture, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (the "Trust Indenture Motion"); (ii) authorizing the Debtors to file under seal an exhibit attached to the Indenture; and (iii) granting them such other and further relief as the Court deems just and proper; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

    IT IS HEREBY ORDERED THAT:

    1.  The Motion is GRANTED.

    2.  Exhibit C of the Indenture delivered to the Court by the Debtors shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code (as supplemented by Bankruptcy Rule 9018 and Local Rule 9018-1(b)).

3. Portions of the Indenture identifying the individual Beneficiaries shall be redacted and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code (as supplemented by Bankruptcy Rule 9018 and Local Rule 9018-1(b)).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware

                                                                         _____
                                                                         THE HONORABLE KEVIN GROSS
                                                                         UNITED STATES BANKRUPTCY JUDGE