IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
*In re* : Chapter 11
: Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1] : Jointly Administered
:
Debtors :
: RE: D.I. 2644 and 2687
------------------------------------------------------X

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESPONSE OF DEBTORS IN OPPOSITION TO THE MOTION OF THE TRUSTEE OF NORTEL NETWORKS U.K. PENSION PLAN AND THE BOARD OF THE PENSION PROTECTION FUND FOR AN ORDER CERTIFYING THE AUTOMATIC STAY ORDER FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT PURSUANT TO 28 U.S.C. § 158(d)(2)

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (the "Debtors") submits this joinder (the "Joinder") to the Response of Debtors in Opposition to the Motion of the Trustee of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund for an Order Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) [D.I. 2687](the "Response").[2] In support of this Joinder, the Committee respectfully submits as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Response.

## I. BACKGROUND

1. On February 18, 2010, the Debtors filed a motion (the "Stay Motion") pursuant to sections 362(a)(1) and (a)(6) of title 11 of the United States Code to enforce the automatic stay against the trustee of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund (together, the "Movants") with respect to the Movants' participation in certain administrative proceedings in the U.K. brought by U.K. Pensions Regulator against Debtors Nortel Networks Inc. and Nortel Networks (CALA) Inc. [D.I. 2441]. On February 24, 2010, the Committee filed a joinder to the Stay Motion [D.I. 2501], and the Movants filed an objection to the Stay Motion [D.I. 2503]. On February 26, 2010, the Court held a hearing on the Stay Motion and entered an order granting the relief requested therein [D.I. 2576].

2. On March 5, 2010, the Movants filed the Motion of the Trustee of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund for an Order Certifying the Automatic Stay Order for Immediate Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) [D.I. 2644] (the "Certification Motion").

3. That same day, the Movants also filed a motion seeking to shorten the response deadline for the Certification Motion [D.I. 2645], and on March 9, 2010, the Court entered an order granting the relief requested therein [D.I. 2667], requiring that responses, if any, to the Certification Motion be filed and served by no later than March 11, 2010 at 12:00 p.m. (ET).

4. On March 9, the Court issued a Memorandum Opinion containing the substance of the Court's findings related to, and its rationale for granting, the Stay Motion [D.I. 2664].

## II. JOINDER

5. Based on the facts available to the Committee, the Committee agrees with and joins in the arguments set forth in the Response and files this Joinder in support thereof.

RLF1 3547784v.1

### III. CONCLUSION

6. For all of the reasons contained in the Response, the Committee respectfully requests that this Court (i) deny the relief requested in the Certification Motion, and (ii) grant the Committee such other and further relief as this Court deems just and proper.

Dated: March 11, 2010  
Wilmington, Delaware

Respectfully submitted,

By: /s/ Christopher M. Samis  
Mark D. Collins (No. 2981)  
Christopher M. Samis (No. 4909)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
Tel.: (302) 651-7700

and

Fred S. Hodara (*pro hac vice*)  
David H. Botter (*pro hac vice*)  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
Tel.: (212) 872-1000  
Co-counsel to the Committee