Exhibit A

## Exhibit A

| Claim Number | Name/Address of Claimant | Claim Number | Name/Address of Claimant |
|---|---|---|---|
| 2001 | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 | 2240 | D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX 75201 |
| 1581 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | 2043 | DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON M9W 7J3<br>CANADA |
| 2002 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | 1057 | DELTA PRODUCTS CORP.<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 |
| 1868 | BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | 5511 | DESCA COLOMBIA SA<br>CARRERA 7 NO 71 52<br>TORRE B PISO 11<br>BOGOTA<br>COLUMBIA |
| 1869 | BARNETT, CAROL J<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | |
| 1866 | BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | 5662 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA |
| 1867 | BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | 5784 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA |
| 5354 | BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX 75202 | 1563 | FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 |
| 2952 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | 1199 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 2954 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | 1200 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 3121 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | 1201 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 3122 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | 1202 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 5731 | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 1203 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 3763 | CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | 1204 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 143 | CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 | 1205 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1840 | CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 786286939 | 1206 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| | | 1207 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |

## Exhibit A

| Claim Number | Name/Address of Claimant |
|---|---|
| 1208 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1209 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1210 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1211 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1212 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1213 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1214 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1215 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 5815 | GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 |
| 5814 | GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 |
| 927 | GUERIN & RODRIGUEZ, LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA 01752 |
| 2113 | HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR 97045 |
| 2144 | HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 |
| 2242 | HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 |
| 2241 | HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 |
| 2548 | MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX 753702921 |
| 1189 | MIRABAL, ROSANNA<br>9103 NW 81ST COURT<br>TAMARAC, FL 33321 |

| Claim Number | Name/Address of Claimant |
|---|---|
| 2414 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 |
| 2415 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 |
| 1924 | PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ 07931 |
| 2095 | PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 750852764 |
| 2066 | PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 750852764 |
| 1767 | QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX 77328 |
| 2436 | QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 |
| 1763 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 |
| 2490 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 |
| 2681 | RAHN, BARRY<br>5644 SEACLIFFE ROAD<br>COURTENAY, BC V9J 1X1<br>CANADA |
| 1933 | RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA |
| 1820 | REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 |
| 2785 | TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC H4S 1R7<br>CANADA |
| 2787 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC H4S 1R7<br>CANADA |
| 2789 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC H4S 1R7<br>CANADA |

## Exhibit A

| Claim Number | Name/Address of Claimant | Claim Number | Name/Address of Claimant |
|---|---|---|---|
| 1572 | TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | |
| 2493 | THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | | |
| 1412 | TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX 75034 | | |