## **CERTIFICATE OF SERVICE**

        I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Eighth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on March 11, 2010, in the manner indicated upon the entities identified on the attached service lists.

Dated:  March 11, 2010

                                                                                      */s/ Andrew R. Remming*
                                                                                          Andrew R. Remming (No. 5120)

3444329.1