# SERVICE LIST
## Twenty-Eighth Notice of Lease Rejection Add'l Parties

**VIA OVERNIGHT MAIL**

Attn: Business Office
4004 E. Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709

Counsel to the Official Committee of
Unsecured Creditors
AKIN GUMP STRAUSS HAUER & FELD
One Bryant Park
New York, NY 10036
Attn: Fred Hodara

Hewlett-Packard Financial Services
Canada Company
Scott Marentette
5150 Spectrum Way
Mississauga, ON
L4W 5G1 Canada

Glenn Lavery
SVP Direct Sales
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada
M2P2B5

Scott Fitzgerald
VP Strategic Accounts
Ricoh Canada Inc
4100 Yonge Street, Suite 600
Toronto, Ontario, Canada

U.S. Bank National Association
One Federal Street
Boston, MA 02111
Attn: Corporate Trust Administration
(ZSF/Rsearch Network Trust)

Joseph S. Magnano, Esq.
General Counsel
Centre Group LLC
105 East 17th St.
New York, NY 10003

Wachovia Bank, National Association
Real Estate Asset Management
301 S. College Street
17th Floor, NC0122
Charlotte, NC 28202-6000
Attn: Tina C. McNeill, Vice President

Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Attn: Eric Anderson

Zurich Structured Finance, Inc.
c/o Zurich Global Investment
Advisors Ltd.
105 East 17th Street, 4th Floor
New York, NY 10003
Attn: Mr. Christian Halabi

Alston & Bird LLP
c/o Jason H. Watson
1201 West Peachtree Street
Atlanta, GA 30309-3424

Fidelity Real Estate Company, LLC
82 Devonshire Street
Boston, MA 02109
Attn: Vice President – Leasing

Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
Attn: Susan Doren, Esquire

Volt Delta Resources, LLC
560 Lexington Avenue
New York, NY 10022
Attn: Legal Department

Fiber Technologies Networks, L.L.C.
140 Allens Creek Road
Rochester, NY 14618

Time Warner Telecom of North Carolina
3120 Highwoods Boulevard, Suite 214
Raleigh, NC 27604

Time Warner Telecom
10475 Park Meadows Drive
Littleton, CO 80124
Attn: General Counsel

Time Warner Telecom
4055 Valley View Lane, Suite 110
Dallas, TX 75224
Attn: Real Estate Coordinator

3444422.1