# SCHEDULE A
## THIRTEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 1/12/10 | RET | .60 | Prepare for and call with plaintiffs' counsel to discuss outstanding issues for settlement |

**SUB TOTAL       300.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 1/04/10 | RET | .30 | Telephone call from counsel for Frank Dunn regarding settlement status |
| 1/11/10 | RET | .20 | Correspondence with Peter Bisio regarding status of negotiation of term sheet |
| 1/11/10 | RET | .20 | Correspondence with Nick DeRoma regarding status of settlement negotiation |
| 1/11/10 | RET | .20 | Correspondence with plaintiffs' counsel regarding status of terms of memorandum of understanding |
| 1/11/10 | JMS7 | .10 | E-mail from Peter Bisio regarding settlement status |
| 1/18/10 | RET | .20 | Correspondence with Peter Bisio regarding status of negotiations over term sheet |

**SUB TOTAL       592.50**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| | | | |
|---|---|---|---|
| 1/04/10 | RET | .30 | Receive and analyze notice of deadline for filing proofs of claim |

**SUB TOTAL       150.00**

1

2

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L210 Court Mandated Conferences

   1/04/10 RET   .30       Receive and analyze Third Quarterly Fee Order and email from Annie Cordo regarding Fourth Quarterly Fee hearing

                  **SUB TOTAL**     **150.00**

   **ATTORNEY SERVICES**                       **$1,192.50**

**TOTAL HOURS:  2.40**
**FEE GRAND TOTAL:**    **$1,192.50**
**NORTEL'S 50% TOTAL:** **$596.25**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS          DESCRIPTION OF SERVICES RENDERED

L120 Analysis and Strategy

   1/06/10 RET   .20          E-mail from and to Don Powers regarding payment of fees and costs for settlement

   1/12/10 RET   .20          E-mail from and to Don Powers regarding Kroll bills

               **SUB TOTAL       200.00**

DATE ATTY   HRS          DESCRIPTION OF SERVICES RENDERED

L190 Other Case Assessment, Devel. & Adm

   1/06/10 DSH   .20          Receive and review and e-mail from Annie Cordo regarding the approval of the third quarter order from the bankruptcy court and information on the fourth quarterly hearing and other deadlines

   1/06/10 DSH   .40          Update scheduling chart and draft electronic calendar entries with upcoming case deadlines

   1/07/10 DSH   .10          Receive and review e-mail from Alissa Gazze of Morris, Nichols, Arsht & Tunnell regarding third quarter professional fees

   1/07/10 DSH   .10          Draft e-mail to Alissa Gazze and Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding third quarter professional fees

   1/07/10 DSH   .10          No charge - Draft e-mail to Marta Illes in connection with e-mail from Alissa Gazze and Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding third quarter professional fees

   1/07/10 DSH   .10          No charge-Nortel-Telephone conference with Marta Illes in connection with e-mail from Alissa Gazze and Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding third quarter professional fees

   1/29/10 JMS7   .40         Edit bankruptcy fee applications

               **SUB TOTAL       290.00**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

   1/04/10 RET   .40          Multiple emails from Annie Cordo regarding the third quarterly fee application hearing and information needed for the hearing

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 1/04/10 | RET | .50 | Receive and analyze recent filings in Canadian bankruptcy court |
| 1/07/10 | DSH | 1.30 | Begin drafting of eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 1/08/10 | DSH | 2.40 | Continue drafting of eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 1/08/10 | DSH | 1.60 | Begin drafting Exhibit A of the eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 1/08/10 | DSH | 1.40 | Begin drafting Exhibit B of the eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 1/27/10 | DSH | .90 | Continue drafting Exhibit A of the eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |

**SUB TOTAL     1,590.00**

DATE ATTY   HRS     DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions & Submissions

| 1/12/10 | JMS7 | .50 | Correspondence with Don Powers regarding Kroll bills |
|---|---|---|---|

**SUB TOTAL     212.50**

**TOTAL HOURS:  10.80**

**FEE GRAND TOTAL:     $ 2,292.50**