# SCHEDULE B
**THIRTEENTH INTERIM FEE APPLICATION**

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2010 Through January 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Photo copies (21) | In house | 1.47 | .74 |
|  |  |  |  |
| **Total Expenses** |  | **1.47** | **.74** |
| **Grand Total:** |  |  | **$0.74** |
|  |  |  |  |

***Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

_____

**TOTAL EXPENSES DUE:  $0.74**

- 1 -

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

    1/31/2010          Photocopying (21)          1.47

TOTAL DISBURSEMENTS:          1.47

**NORTEL'S 50% TOTAL:**          **.74**