## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Nortel Networks Inc., et al.
Allen & Overy LLP,

**Case No.:** 09−10138−KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that the Trustee of Nortel Networks UK Pension Plan and the Board of Protection Fund filed a Notice of Appeal on 3/5/2010 regarding the Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings

The Notice of Appeal may be viewed at docket number 2643. The order on appeal may be viewed at docket number 2576.

David D. Bird
CLERK OF COURT

Date: 3/9/10
(VAN−440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Teresa              Page 1 of 1              Date Rcvd: Mar 09, 2010
Case: 09-10138                Form ID: van440           Total Noticed: 4
```

The following entities were noticed by first class mail on Mar 11, 2010.
```
aty         +Justin R. Alberto,   Bayard, P.A.,   222 Delaware Avenue,   Suite 900,   P.O. Box 25130,
              Wilmington, DE 19899-5130
            +Derek C. Abbott,   1201 North Market Street,   P.O. Box 1347,   Wilmington, DE 19899-1347
            +Mark D. Collins,   One Rodney Square,   920 North King Street,   Wilmington, DE 19801-3361
            +T. Patrick Tinker, U.S. Trustee,   844 King Street, Suite 2207,   Wilmington, DE 19801-3519
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2010**                        **Signature:** *Joseph Speetjens*