## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:** <br> Nortel Networks Inc., et al. <br> Allen & Overy LLP, | **Case No.:** 09−10138−KG <br><br> **Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund filed a Request for Certification of Direct Appeal on 3/5/2010 regarding the Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings.

The Request may be viewed at docket number 2644. The order on appeal may be viewed at docket number 2576. Responses due by 3/19/2010.

David D. Bird <br>
CLERK OF COURT

Date: 3/9/10 <br>
(VAN−464)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Teresa              Page 1 of 1                Date Rcvd: Mar 09, 2010
Case: 09-10138                Form ID: van464           Total Noticed: 4

The following entities were noticed by first class mail on Mar 11, 2010.
ust          +Thomas Patrick Tinker,   Office of the U.S. Trustee,   844 King Street Suite 2207,
               Wilmington, DE 19801-3519
             +Derek C. Abbott,   1201 North Market Street,   P.O. Box 1347,   Wilmington, DE 19899-1347
             +Justin R. Alberto,   222 Delaware Avenue, Suite 900,   Wilmington, DE 19801-1611
             +Mark D. Collins,   One Rodney Square,   920 North King Street,   Wilmington, DE 19801-3361

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2010**          **Signature:**   *Joseph Speetjens*