IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                          Debtors.                             :   Jointly Administered
                                                               :
                                                               :   RE: D.I. 2022, 2066
---------------------------------------------------------------X

| **AFFIDAVIT OF SERVICE - CONFIDENTIAL FILED UNDER SEAL** |

| **CONFIDENTIAL – AFFIDAVIT OF SERVICE RE: (A) NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CUSTOMER CONTRACTS [RE: D.I. 2022]** |

PURSUANT TO THE ORDER (A) APPROVING THE ASSUMPTION AND
ASSIGNMENT PROCEDURES IN CONNECTION WITH THE SALE OF NORTEL'S
GSM/GSM-R BUSINESS AND (B) AUTHORIZING THE FILING OF CERTAIN
DOCUMENTS UNDER SEAL AND (C) GRANTING ANY OTHER RELIEF [D.I. 2066].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.