**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                            :
                                            :   Chapter 11
                                            :
In re                                       :
                                            :   Case No. 09-10138 (KG)
NORTEL NETWORKS INC., et al.,[1]            :
                                            :   Jointly Administered
                    Debtors.                :
                                            :   Hearing Date: March 31, 2010 at 10:00 a.m. (ET)
                                            :   Objections Due: March 24, 2010 at 4:00 p.m. (ET)
                                            :
-----------------------------------------------------------X
```

**NOTICE OF APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING
CLEARY GOTTLIEB STEEN AND HAMILTON LLP'S EMPLOYMENT AND
RETENTION OF CHILMARK PARTNERS, LLC *NUNC PRO TUNC*
TO MARCH 4, 2010 AS CONSULTING EXPERT FOR
<u>COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION</u>**

   PLEASE TAKE NOTICE that the debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned cases, have today filed the attached **Application Of The Debtors For An Order Authorizing Cleary Gottlieb Steen And Hamilton LLP's Employment And Retention Of Chilmark Partners, LLC *Nunc Pro Tunc* To March 4, 2010 As Consulting Expert For Counsel To The Debtors And Debtors In Possession** (the "<u>Application</u>").

   PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Application must file a response or objection ("<u>Objection</u>") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 24, 2010 at 4:00 p.m. (Eastern Time)** (the "<u>Objection Deadline</u>").

   At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

   PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

APPLICATION WILL BE HELD ON **MARCH 31, 2010 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 12, 2010  
      Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)  
Lisa M. Schweitzer (*admitted pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Andrew R. Remming (No. 5120)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Debtors  
and Debtors in Possession*

3445514.1