**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                                                        :
*In re*                                                 :        Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :        Case No. 09-10138 (KG)
                                                        :
                                    Debtors.            :        Jointly Administered
                                                        :
                                                        :
--------------------------------------------------------X

**DECLARATION OF MATTHEW R. ROSENBERG IN SUPPORT OF**
**APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING**
**CLEARY GOTTLIEB STEEN AND HAMILTON LLP'S EMPLOYMENT**
**AND RETENTION OF CHILMARK PARTNERS, LLC *NUNC PRO***
***TUNC* TO MARCH 4, 2010 AS CONSULTING EXPERT**
**FOR COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**

I, Matthew R. Rosenberg, do hereby declare as follows:

1.      I am a member of Chilmark Partners, LLC ("Chilmark"), which has its principal

office at 875 N. Michigan Avenue, Suite 3460, Chicago, Illinois, 60611.  Unless otherwise stated

in this declaration, I have personal knowledge of the facts set forth herein.

2.      I submit this declaration in support of the Application of the above-captioned

debtors (collectively, the "Debtors") for an order authorizing the Debtors' counsel in the above-

captioned chapter 11 cases, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), to

employ and retain Chilmark Partners, LLP ("Chilmark") as consulting expert to Cleary Gottlieb

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems
Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera
Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel
Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be
found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

in connection with the Debtors' chapter 11 cases including, without limitation, with respect to (a) all processes and proceedings regarding the potential allocation of value of the proceeds from the sale of certain assets of Nortel Networks Corporation ("NNC"), the Debtors' ultimate corporate parent, and its debtor and non-debtor affiliates (collectively, the "Nortel Group") between NNI and other Nortel Group entities (the "Allocation Process"), and (b) any other contested matters, *nunc pro tunc* to March 4, 2010 (the "Application"),[2] in compliance with and to provide disclosure pursuant to sections 105, 327, 328 and 504 of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2014(a), 2106(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  I have relied on personnel of Chilmark to conduct relevant searches and to obtain the information relating to Chilmark and its partners, employees, clients and involvement and interest with the Debtors in order for me to make the statements referred to below.  Subject to that, the facts set forth herein are true so far as I am aware.  To the extent that any information disclosed herein requires amendment or modification upon Chilmark's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to this Court.

3.     Chilmark is well suited to provide the type of professional services required by Cleary Gottlieb.  Chilmark specializes in financial advisory work in corporate restructurings and distressed situations.  The firm is a recognized leader in the restructuring field because of its innovative solutions to complex financial problems.  Chilmark has experience providing a broad array of services to its clients, including investment banking, transaction execution, financial analysis, valuation, plans of reorganization and claims analysis, litigation support and expert

---

[2]     Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Application.

testimony.  Chilmark's senior professionals have professional backgrounds in finance,
investment banking, law, executive and operations management, business consulting,
accounting, information technology and other management disciplines.

4.      Chilmark has extensive experience in both in-court and out-of-court restructurings
as an advisor to debtors and creditors.  Significant restructurings in which Chilmark or its
principals have participated include:  Chrysler Corporation; Idearc, Inc.; Precision Partners
Holding Company; ION Media Networks; Seattle Times Company; Trinity Coal Corporation;
JHT Holdings; CMP Susquehanna; Recycled Paper Greetings, Inc.; USG Corporation; Covanta
Energy; Interstate Bakeries Corporation; Lodgian, Inc.; Sirva, Inc.; Wellman, Inc.; Fruit of the
Loom, Inc.; Genesis Health Ventures/The Multicare Companies, Inc.; ContiGroup Companies,
Inc.; and MobileMedia Communications, Inc.

5.      Chilmark is a "disinterested person" as that term is defined in section 101(14) of
the Bankruptcy Code in that Chilmark, its partners, principals and other employees except as
otherwise set forth herein:

> a.      are not creditors, equity security holders, or insiders of the
> Debtors;
>
> b.      are not and were not, within two years before the Petition Date, a
> director, officer, or employee of the Debtors; and
>
> c.      do not have interests materially adverse to the interest of the
> Debtors' estates or any class of creditors or equity security holders, by
> reason of any direct or indirect relationship to, connection with, or interest
> in, the Debtors or for any other reason.

### Disclosures of Chilmark

6.      In preparing this Declaration, in order to ensure compliance with the requirements
of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by the
Debtors, I directed that Chilmark personnel undertake to determine whether it has any conflicts

5

or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors.  Specifically, the Debtors provided Chilmark with a list (the "Conflicts Check List") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel.  The Conflicts Check List is attached hereto as Exhibit I.  Chilmark personnel checked each of these persons or entities against Chilmark's client database (the "Client Database") to determine its connections with any person or entity on the Conflicts Check List.  To the extent I have been able to ascertain that Chilmark was retained by any person or entity on the Conflicts Check List within the last three years, Chilmark has disclosed such persons or entities that Chilmark currently represents ("Current Clients") or represented in the past three years ("Former Clients," and together with the Current Clients, the "Clients").  A list of Current Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit II.  A list of Former Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit III.

7.      Chilmark's connections to the Clients listed on these exhibits were all on matters unrelated to these chapter 11 cases.  Also, where Chilmark was retained by the agent or a steering committee of lenders, Chilmark considers the agent or members of the steering committee to be Clients and has disclosed those Clients on Exhibit II and Exhibit III.  Chilmark does not consider at-large holders of the debt who were not on the steering committee to be Clients and has not included them on Exhibit II and Exhibit III.  In addition, Chilmark may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Conflicts Check List on matters unrelated to the Nortel Group and these

chapter 11 cases.  In addition Chilmark and the Fund (defined below) have ongoing attorney-client relationships with Cleary Gottlieb on matters unrelated to the Nortel Group and these chapter 11 cases.

8.      Chilmark is a financial advisor providing services and advise specifically in the areas of restructuring and distressed debt.  As a result, Chilmark has and may in the future represent certain parties listed on the Conflicts Check List in matters unrelated to these chapter 11 cases, either individually or as part of Chilmark's representation of a committee of creditors or interest holders.  Accordingly, despite the efforts described above to identify and disclose Chilmark's connections with parties in interest in these cases, because the Debtors are a large enterprise with thousands of creditors and other relationships, Chilmark is unable to state with certainty that every client representation or other connection has been disclosed.  In this regard, if Chilmark discovers additional information that requires disclosure regarding its relationships, Chilmark will file supplemental disclosures with the Court.

9.      In addition, Chilmark is affiliated with Chilmark Fund II, L.P. (the "Fund"), a blind pool private equity partnership.  The purpose of the Fund is to make investments in companies going through a restructuring.  Certain of the companies in which the Fund has investments may have business relationships with the Debtors and/or other interested parties unrelated to these chapter 11 cases.  Moreover, the Fund may have business relationships with one or more of the Debtors and/or other interested parties, including having one or more interested parties as limited partners in the Fund.  These limited partners have no control over the operation or investment decisions of the Fund.  To the extent that the Fund has business relationships with one or more of the Debtors and/or other interested parties, such relationships are unrelated to the chapter 11 cases.

7

10.    Chilmark has conducted a general inquiry of all personnel to determine whether any of these individuals owns any debt or equity securities of the Debtors or their affiliates other than in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets. Based on responses to this inquiry, I understand that as of the date hereof, none of the Chilmark personnel surveyed owns any debt or equity securities of the Debtors or their affiliates.

11.    Certain relationships exist among the Debtors.  Nevertheless, the Debtors have advised Chilmark that these relationships do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Chilmark's consultation of Cleary Gottlieb in connection with the Debtors' chapter 11 cases including, without limitation, with respect to the Allocation Process and any other contested matters.

12.    I do not believe that there is any other connection or interest (as such terms are used in section 101(14)(E) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between Chilmark and the United States Trustee or any person employed in the Office of the United States Trustee.

13.    The proposed engagement of Chilmark is not prohibited by Bankruptcy Rule 5002.

14.    Chilmark believes that pursuant to its engagement by Cleary Gottlieb it can adequately represent the interests of the Debtors and Cleary Gottlieb.  Chilmark has not represented any creditor, interest holder or other party in interest in connection with their respective dealings with the Debtors in the previous three years, except as disclosed above. Chilmark has fully informed the Debtors of its ongoing representation of the entities identified in

Exhibit II, and the Debtors have agreed both to the Chilmark's continued representation of these entities in matters unrelated to these proceedings and to Chilmark's consultation of Cleary Gottlieb in these chapter 11 proceedings, in particular with respect to the Allocation Process.

### Chilmark's Compensation

15.     Chilmark intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court and consistent with the proposed compensation (the "Fee Structure") set forth in that certain letter agreement, dated as of March 4, 2010 (the "Engagement Agreement").  Subject to such provisions and Court orders, the Fee Structure provides that compensation will be payable to Chilmark on the following basis:

   a.     A monthly advisory fee in the amount of $250,000 per month (the "Monthly Fee"), such Monthly Fee to be payable upon signing and on each monthly anniversary of the Effective Date of the Engagement Agreement;

   b.     Upon the earlier to occur of (i) confirmation of a plan of reorganization for NNI or (ii) settlement or resolution of the Allocation Process, an additional fee of $2,000,000 (the "Completion Fee").  Seventy-Five percent of the Monthly Fees paid to Chilmark pursuant to (a) above shall be credited against the Completion Fee, provided that such credits shall not reduce the Completion Fee below zero; and

   c.     Reimbursement of all reasonable expenses incurred during this engagement, including but not limited to photocopying charges, national and international telephone calls, facsimile transmissions, messenger and delivery services, courier mail, online and external research services, word processing, secretarial and temporary employees, overtime meals, overtime and late night transportation, travel, lodging, food charges for business meetings, postage, printing, and legal counsel for the preparation of fee applications and other related matters.

16.     Notwithstanding anything to the contrary in the Engagement Agreement, all payments to Chilmark, whether for the Monthly Fee, Completion Fee, or reimbursement of

expenses, shall be paid by NNI, which shall be exclusively responsible for all financial obligations related to the Engagement Agreement, subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules or applicable orders of the Bankruptcy Court.  Pursuant to the Engagement Agreement, it is specifically agreed that Cleary Gottlieb shall have no responsibility for such financial obligations and is exonerated from any liability therefore.

17.    To the best of Chilmark's information and belief, the Debtors did not make any payments to Chilmark during the 90-day period prior to the Petition Date, and Chilmark is not a prepetition creditor of the Debtors.

18.    No promises have been received by either Chilmark or any partner or other employee thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court.

19.    No agreement exists between Chilmark and any other person or entity for the sharing of compensation to be received by Chilmark in connection with services rendered in this case.

20.    The foregoing constitutes the statement of Chilmark pursuant to sections 328(a), 329(a), and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2010.

Matthew R. Rosenberg

**Exhibit I:  Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl

Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.

Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH

Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH


***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

John Doolittle
Lynn Egan
Clarke Glaspell
Anna Ventresca
Jeffrey Wood

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
William R. Ellis
Thomas A. Gigliotti
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout

Current Directors and Officers of NNCC

Allan Bifield

John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton

Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Allan Bifield
John Doolittle
Lynn C. Egan

Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton

Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

10

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Glenn Brownridge
Francois Burton
Norman Caron
Sudarshan Chitale
Graeme Currie
John M. Doolittle
Lynn C. Egan
Emre Erkol
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Michael Gawargy
William Gentry
Duncan Gillibrand
Paul Granville
Andrew Harrison
Christopher Hogg
Robin Scott Hughes
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura

11

Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Guy Lafontaine
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Wade Lyon
John R. McCready
James McEachern
Steve J. McKinnon
James Ostrom
Alain Papineau
April A. Pennisi
Alan W. Pritchard
Parviz Rashidi
Ron Ryan
Robert Saunders
Ian Scales
Iain Sharp
Eric L. Smith
Pete Streng
Guillaume Strub
Richard C. Taylor
Craig Telke
Denis R. X. Thibault
Greg Thor
Guy Vonderweidt
Cortland Wolfe
Jeffrey T. Wood
Steven Woods

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Tom Buttermore
Matteo Candaten
Dennis Carey
Serge Caron
Russell Coffin
Gordon A. Davies

J. Erik Fako
Sonia Garapaty
Clarke Glaspell
Henry Holland
Gregory Hood
Ken Huntington
Laurie A. Krebs
Keith Landau
Gregor W. Larson
Dennis Lloyd
Anthony G. MacDonald
Swapan Nandi
David Price
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Mehdi Sajasi
Donna Samper
Kevin Sembrat
Elaine Smiles
Dany Sylvain
Tom P. Taylor
Bill Thompson
Lee B. Valerius
Richard Willis
Wei Jen Yeh


Current Directors and Officers of Nortel Networks (CALA) Inc.

Juan Jose Chico
Joseph F. Dearing
John Doolittle
Cristina Gomez
Fabiola Leva
Jorge Humberto Suarez

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
William Roy Ellis
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales

Paul Karr
Peter Look
Norberto Milan
Eduardo Santoyo
Hector Benjamin Viana


***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro

TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald

15

Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

***Debtors' Lenders***

Export Development Canada

***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

***Debtors' Significant Customers***

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom

Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC

17

Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


***Debtors' Insurers***

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company

Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc

19

Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP

Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC

***Unsecured Creditors Committee's Professionals***

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP

Ernst & Young Inc.

Allen & Overy LLP

American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies

Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
Genband, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.

Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC


***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global

Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc


***Chief Restructuring Officer***
John Ray

## **Exhibit II:  Current Clients**

- Credit Suisse Securities and/or affiliates

- Jefferies & Co. and/or affiliates

- Oppenheimer & Co. and/or affiliates

- Morgan Stanley & Co. and/or affiliates

**<u>Exhibit III:  Former Clients</u>**

- Akin Gump Strauss Hauer & Feld LLP

- Bank of America, N.A. and/or affiliates

- Bank of New York Mellon and/or affiliates

- Citigroup and/or affiliates

- Credit Suisse Securities and/or affiliates

- Deutsche Bank Securities and/or affiliates

- Goldman Sachs & Co. and/or affiliates

- JPMorgan Chase Bank, N.A. and/or affiliates

- Monarch Alternative Capital LP

- Morgan Stanley & Co. and/or affiliates

- Oppenheimer & Co. Inc. and/or affiliates

- Sankaty Advisors LLC

- Wachovia Bank N.A. and/or affiliates

- Wells Fargo Bank and/or affiliates