**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Application Of The Debtors For An Order Authorizing Cleary Gottlieb Steen And Hamilton LLP's Employment And Retention Of Chilmark Partners, LLC *Nunc Pro Tunc* To March 4, 2010 As Consulting Expert For Counsel To The Debtors And Debtors In Possession** was caused to be made on March 12, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  March 12, 2010                                      */s/ Ann C. Cordo*
                                                                           Ann C. Cordo (No. 4817)