**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 11** |
| | **:** | |
| **Nortel Networks Inc., *et al.*,** | **:** | **BANKRUPTCY NO. 09-10138 (KG)** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

**TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please withdraw proof of claim number 4648 filed by Communications Test Design, Inc. on

or about September 28, 2009 in the amount of $7,866,519.19 (a copy of which is attached.)

SWARTZ CAMPBELL LLC

Date:    March 12, 2010            By: */s/ Nicholas Skiles*
                                                Nicholas Skiles, Esquire (DE #3777)
                                                John A. Wetzel, Esquire
                                                One S. Church Street, Suite400
                                                West Chester, PA 19382
                                                (610) 692-9500
                                                (610) 692-4936 - Facsimile