FILED

2010 MAR 15  PM 12: 36

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

**Case No.  09-10138 (KG)**

In the matter of:

    **Nortel Networks Inc., et al**

    Debtor(s).

**SACRAMENTO COUNTY TAX COLLECTOR'S WITHDRAWAL OF CLAIM**

       Tax Collector of Sacramento County hereby withdraws Claim No.2267 for real/personal property taxes in the amount of $92.82 filed with this court on August 17, 2009.

       The taxes, for which the claim was filed, have been paid.

Dated: _3-8-2010_

      Mark Norris, Acting Tax Collector
      Sacramento, California

      By: _____
         William Kwong,