# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 03, 2010 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

OMNIBUS & SALE HEARING (w/Canadian Court)
**R / M #:**   2,615 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #3 - CNO Filed and Order Signed
#4 - Judge Gross scheduled a telephonic hearing for 3/4 @ 4 pm to issue his ruling
#5 - ORDER SIGNED
#6 - ORDER SIGNED
#7 - ORDER SIGNED
#8 - ORDER SIGNED