# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Corporation  **COURTROOM LOCATION:** 3
**CASE NO.:** 09-10164 - KG  **DATE:** 3/3/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ira Levee | Lowenstein Sandler | Lead Plaintiffs See Ltr |
| Kathy Miller | Smith Katzenstein Furlow | Verizon |
| Darryl Laddin | Arnall Golden Gregory | Verizon |
| Jim Bromley | Cleary Gottlieb Steen Hamilton | Debtors |
| Lisa Schweitzer | " | " |
| Salvatore Bianca | " | |
| Derek Abbott | Morris Nichols Arsht & Tunnell | |
| Alissa Gazze | " | |
| Michael Murray | | |
| John Dempsey | | |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Amanda M. Winfree | Ashby & Geddes PA | AT&T |
| Kimberly EC Lawson | Reed Smith LLP | Qwest |
| Mary Caloway | Buchanan Ingersoll | Ernst & Young as Monitor |
| Mona Parikh | " | " |
| Lisa Kraidin | Allen & Overy | " |
| Zelle Allison | Sullivan Hazeltine Allison LLC | Motorola |

# SIGN-IN SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3  
**DATE:** 3/3/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols Arsht & Tunnell | Debtors |
| Alissa Gazze | " | Nortel Networks |
| Jim Bromley | Cleary Gottlieb Stein + Hamilton | |
| Lisa Schweitzer | | |
| Salvatore Bianca | | |
| Michael Murray | | |
| John Dempsey | Weil & Sullivan | Nokia |
| J Hein | | |

SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 - KG

COURTROOM LOCATION: 3
DATE: 3/3/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ira Levee | Lowenstein Sandler | Lead Plaintiffs - Sec. Litig |
| Mary Caloway | Buchanan Ingersoll | Ernst & Young as Monitor |
| Mona Parikh | " " | " " |
| Lisa Kraidin | Allen & Overy | " " |
| Michael Lesoslowski | Duane Morris | Genbond |
| Judith Ross | Baker Botts | " " |
| Mark Kenech | Latham & Watkins | One Equity Partners III |
| David Botter | Akin Gump | Creditors Committee |
| Brad Kahn | Akin Gump | " " |
| Drew Sloan | Richards Layton | " " |
| Jaime Luton | YCST | UK Plan Administrators |
| David Rosenzweig | Fulbright & Jaworski | AT&T |
| Zeke Allinson | Sullivan Hazeltine Allinson LLC | Motorola |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 03/03/2010
Calendar Time: 02:00 PM

Courtroom
1st Revision 03/02/2010 11:36 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3322061 | Pavi Binning | (302) 351-9158 | Nortel Networks, Inc | Debtor, Nortel Networks,Inc / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3338601 | Amish Doshi | 212-297-5828 | Day Pitney, LLP | Creditor, Oracle USA Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3141890 | James V. Drew | 212-696-6000 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3380112 | Mark C. Haut | 212-318-3102 | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3381850 | Thomas Kreller | 213-892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3382754 | Darryl Laddin | (404) 873-8120 | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3382781 | Vincent Murrell | 202-326-4020 ext. 3580 | Pension Benefit Guaranty Corporation | Creditor, PBGC / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3380092 | David Rosenzweig | (212) 318-3035 | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3377874 | Hondo Sen | (203) 552-3542 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3322027 | Anna Ventresca | (302) 351-9158 | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |