**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                                          :    Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]                         :

                                                          :    Jointly Administered

                          Debtors.                        :

                                                          :    **Related Docket Nos. 2441, 2576**

                                                          :

----------------------------------------------------------- x

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON
APPEAL OF THE TRUSTEE OF NORTEL NETWORKS UK PENSION PLAN
AND THE BOARD OF THE PENSION PROTECTION FUND FROM THE
ORDER ENFORCING THE AUTOMATIC STAY AGAINST CERTAIN
CLAIMANTS WITH RESPECT TO THE U.K. PENSION PROCEEDING
ENTERED BY THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE ON FEBRUARY 26, 2010**

The Trustee of Nortel Networks UK Pension Plan (the "Trustee") and the Board

of the Pension Protection Fund (the "PPF" and with the Trustee, the "Appellants"),

pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of

the Local Rules for the United States Bankruptcy Court for the District of Delaware,

hereby designate the record and issues presented on appeal to the United States District

Court for the District of Delaware from the *Order Enforcing the Automatic Stay Against*

*Certain Claimants With Respect to the U.K. Pension Proceeding* [Docket No. 2441],

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax
        identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation
        (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc.
        (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel
        Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
        Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
        Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel
        Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

entered by the United States Bankruptcy Court for the District of Delaware on February 26, 2010.

## Statement of Issues Presented on Appeal

1.      Whether the Bankruptcy Court erred as a matter of law in concluding that a proceeding commenced by a foreign governmental agency in which statutory claims arising exclusively under foreign law will be fixed and liquidated, but not enforced against a debtor, by an administrative panel of the agency (the "U.K. Regulatory Procedure") is not an exercise of the agency's regulatory/police power within the meaning of the exception to the automatic stay contained in section 362(b)(4) of the Bankruptcy Code.

2.      Whether the Bankruptcy Court erred as a matter of law in concluding that any alleged prejudice that the Debtors might suffer as a result of the U.K. Regulatory Procedure provides a basis for the Bankruptcy Court's conclusion that the automatic stay applies to the U.K. Regulatory Procedure and bars the Trustee and the PPF from participating therein with respect to the Debtors.

## Designation of Items to Be Included in the Record on Appeal[2]

1.      Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the UK Pension Proceedings, Filed by Nortel Networks Inc., et al. (Entered: 02/18/2010) [Docket No. 2441]

2.      Debtors' Motion to Shorten Notice for Hearing on Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants With Respect

---

[2]      Each designated item shall also include any exhibits to such item.

to the U.K. Pension Proceedings, Filed by Nortel Networks Inc., et al. (Entered: 02/18/2010) [Docket No. 2442]

3.    Declaration of Lisa M. Schweitzer in Support of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings, Filed by Nortel Networks Inc., et al. (Entered: 02/18/2010) [Docket No. 2443]

4.    Declaration of John Ray in Support of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings, Filed by Nortel Networks Inc., et al. (Entered: 02/18/2010) [Docket No. 2444]

5.    Declaration of Richard Hitchcock in Support of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings, Filed by Nortel Networks Inc., et al. (Entered: 02/18/2010) [Docket No. 2445]

6.    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings Filed by Official Committee Of Unsecured Creditors Of Nortel Networks Inc., et al. (Entered : 02/24/2010) [Docket No. 2501]

7.    Objection of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K.

Pension Proceedings Filed by Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Entered: 02/24/2010) [Docket No. 2503]

8.      Declaration of David Wyndham Davies in Support of the Objection of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings Filed by Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Entered: 02/24/2010) [Docket No. 2506]

9.      Declaration of Brian E. O'Connor Filed by Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Entered: 02/24/2010) [Docket No. 2507]

10.     Declaration of Richard Favier in Support of the Objection of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings Filed by Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Entered: 02/24/2010) [Docket No. 2508]

11.     Declaration of Robert Wallace Ham, QC in Support of the Objection of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings Filed by Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Entered: 02/24/2010) [Docket No. 2509]

12.    Order Enforcing the Automatic Stay Against Certain Claimants With

Respect to the U.K. Pension Proceedings Order Signed on 2/26/2010 (Entered:

02/26/2010) [Docket No. 2576]

13.    Notice of Appeal, Filed by Trustee of Nortel Networks UK Pension Plan

and the Board of the Pension Protection Fund (Entered: 03/05/2010) [Docket No. 2643]

14.    Transcript regarding Hearing Held 2/26/2010 (Entered: 03/08/2010)

[Docket No. 2660]

15.    Memorandum Opinion regarding Debtors' Motion for Entry of an Order

Enforcing the Automatic Stay Against Claimants With Respect to the U.K. Pension

Proceedings (Entered: 03/09/2010) [Docket No. 2664]

Dated: Wilmington, Delaware
        March 15, 2010

                                        BAYARD, P.A.

                                        /s/ Justin R. Alberto
                                        Charlene D. Davis (No. 2336)
                                        Justin R. Alberto (No. 5126)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, DE  19899
                                        Tel: (302) 655-5000
                                        Fax: (302) 658-6395

                                        -and-

                                        WILLKIE FARR & GALLAGHER LLP
                                        Marc Abrams
                                        Brian E. O'Connor
                                        Sameer Advani
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Tel: (212) 728-8000
                                        Fax: (212) 728-8111

                                        Counsel for the Appellants Trustee of

*Nortel Networks UK Pension Plan and the*
*Board of the Pension Protection Fund*

*5478576*