IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., <u>et al.</u>,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

**Ref. Docket Nos. 2683 & 2684**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 10, 2010, I caused to be served the:

   a. "Notice of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order (I) Authorizing and Approving Nortel Network Inc.'s Entry Into the Cascading Directors' Trust Indenture, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief," dated March 10, 2010, to which was attached the "Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order (I) Authorizing and Approving Nortel Network Inc.'s Entry Into the Cascading Directors' Trust Indenture, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief," dated March 10, 2010 [Docket No. 2683], and

   b. "Notice of Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Portions of the Cascading Trust Indenture, (II) Authorizing the Debtors to File Under Seal an Exhibit of the Cascading Directors' Trust Indenture and (III) Granting Related Relief," dated March 10, 2010, to which is attached the "Debtors' Motion for an Order (I) Authorizing the Debtors to Redact Certain Portions of the Cascading Trust Indenture, (II) Authorizing the Debtors to File Under Seal an Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

of the Cascading Directors' Trust Indenture and (III) Granting Related Relief," dated March 10, 2010 [Docket No. 2684],

by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
15 day of March, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-16-14