# FILED UNDER SEAL

**EXHIBIT B**

**SCHEDULE OF ADDITIONAL CONTRACTS**

| Name and Address of Counterparty | Proposed Effective Date of Assignment | Description of Additional Contract to be Assumed and Assigned | Cure Amount |
|---|---|---|---|
|  |  |  |  |

NOTE: For purposes of filing, this schedule has been intentionally left blank. Pursuant to the Motion, those parties whom the Debtors believe to be a party in interest to an Additional Contract will receive an individualized schedule.