**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
In re                                          :   Chapter 11
                                               :
Nortel Networks Inc., et al.,[1]               :   Case No. 09-10138 (KG)
                                               :
              Debtors.                         :   Jointly Administered
                                               :
---------------------------------------------------------------X

**NOTICE OF AGENDA AMENDED[2] OF MATTERS SCHEDULED
FOR HEARING ON MARCH 17, 2010 AT 11:00 A.M. (ET)[3]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

    None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1. Application For An Order Authorizing Employment And Retention Of Linklaters LLP *Nunc Pro Tunc* To January 26, 2010 As U.K. Counsel For The Debtors And Debtors In Possession (D.I. 2446, Filed 2/18/10).

   Related Pleadings:

   a) Certificate of No Objection (D.I. 2703, Filed 3/12/10); **and**

   b) **Order Authorizing Employment And Retention Of Linklaters LLP *Nunc Pro Tunc* To January 26, 2010 As U.K. Counsel For The Debtors And Debtors In Possession (D.I. 2710, Entered 3/15/10).**

   Objection Deadline: March 10, 2010 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Responses Received:  None.

**Status: An Order approving the Application has been entered.**

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a) Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of all Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts (D.I. 2632, Entered 3/4/10).

Objection Deadline:  February 17, 2010 at 4:00 p.m. (ET). Extended to March 2, 2010 at 12:00 p.m. (ET) for Verizon.

Responses Received:

a) AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10); and

b) Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And

Clear Of All Liens, Claims And Encumbrances And The Assumption And Assignment Of Certain Executory Contracts (D.I. 2595, Filed 3/2/10).

**Status: The Court has previously entered an order with respect to this Motion and this hearing relates only to the objections filed by AT&T and Verizon Communications, Inc. This matter is continued to the hearing scheduled for March 31, 2010 at 10:00 a.m. with respect to AT&T's objection. Nortel, GENBAND and Verizon have reached an agreement in principle resolving Verizon's objection and will file a notice with the Court indicating the final resolution of such objection when definitive documentation is executed.**

PROFESSIONAL FEE APPLICATIONS:

See Attached - Exhibit A

Fourth Quarterly Fee Application of Lazard Frères & Co. LLC Financial Advisor and Investment Banker to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 (D.I. 2551, Filed 2/25/10).

Related Pleadings

1. Eighth Monthly Fee Application of Lazard for the Period November 1, 2009 through November 30, 2009 (D.I. 2548, Filed 2/25/10);

2. Ninth Monthly Fee Application of Lazard for the Period December 1, 2009 through December 31, 2009 (D.I. 2549, Filed 2/25/10); and

3. Tenth Monthly Fee Application of Lazard for the Period January 1, 2010 through January 31, 2010 (D.I. 2550, Filed 2/25/10).

Responses Received: None at this time.

Objection Deadline: March 17, 2010 at 4:00 p.m. (ET). Extended to March 24, 2010 at 4:00 p.m. (ET) for the Debtors with respect to the Sale Transaction Fee for Lazard Frères & Co. LLC's Eight and Ninth Monthly Fee Applications.

Status: The Eighth and Ninth Monthly Fee Applications (D.I. Nos. 2548, 2549) of Lazard Frères & Co. LLC are continued to the hearing scheduled for March 31, 2010 at 10:00 a.m., solely as they relate to the request for a Sale Transaction Fee for the sale of the CDMA Assets and Enterprise Assets, respectively.[4]

---

[4] Capitalized terms as defined in the respective fee applications.

-4-

Dated: March 16, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*