## EXHIBIT A

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From November 1, 2009 through January 31, 2010, unless otherwise specified**

**Hearing:  March 17, 2010 at 11:00 a.m. (Eastern Time)**

**Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")**

A. Fourth Amended Interim Fee Application Request of Akin Gump As Co-Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2009 through January 31, 2010 (D.I. 2585, Filed 3/1/10).

   1. Tenth Monthly Application of Akin Gump for the Period November 1, 2009 Through November 30, 2009 (D.I. 2222, Filed 12/30/09);

   2. CNO [Re: D.I. 2222] (D.I. 2340, Filed 1/22/10);

   3. Eleventh Monthly Application of Akin Gump for the Period December 1, 2009 through December 31, 2009 (D.I. 2372, Filed 2/1/10);

   4. CNO [Re: D.I. 2372] (D.I. 2512, Filed 2/24/10);

   5. Twelfth Monthly Application of Akin Gump for the Period January 1, 2010 through January 31, 2010 (D.I. 2485, Filed 2/22/10); and

   6. CNO [Re: D.I. 2485] (TBD).

**Ashurst LLP ("Ashurst")**

B. Fourth Interim Fee Application Request of Ashurst as European Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2009 through January 31, 2010 (D.I. 2537, Filed 2/25/10).

   1. Tenth Monthly Application of Ashurst for the Period November 1, 2009 through November 30, 2009 (D.I. 2208, Filed 12/23/09);

   2. CNO [Re: D.I. 2208] (D.I. 2277, Filed 1/14/10);

   3. Eleventh Monthly Application of Ashurst for the Period December 1, 2009 through December 31, 2009 (D.I. 2366, Filed 1/29/10);

   4. CNO [Re: D.I. 2366] (D.I. 2511, Filed 2/24/10);

    5.    Twelfth Monthly Application of Ashurst for the Period January 1, 2010 through January 31, 20 (D.I. 2497, Filed 2/23/10); and

    6.    CNO [Re: D.I. 2497] (TBD).

**Capstone Advisory Group, LLC ("Capstone")**

C.    Amended Notice Of Fourth Interim Fee Application Request of Capstone as Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2009 through January 31, 2010 (D.I. 2640, Filed 3/4/10).

    1.    Tenth Monthly Application of Capstone for the Period November 1, 2009 through November 30, 2009 (D.I. 2303, Filed 1/20/10);

    2.    CNO [Re: D.I. 2303] (D.I. 2414, Filed 2/12/10);

    3.    Eleventh Monthly Application of Capstone for the Period December 1, 2009 through December 31, 2009 (D.I. 2395, Filed 2/9/10);

    4.    CNO [Re: D.I. 2395] (D.I. 2629, Filed 3/3/10).

    5.    Twelfth Monthly Application of Capstone for the Period January 1, 2010 through January 31, 2010 (D.I. 2519, Filed 2/24/10); and

    6.    CNO [Re: D.I. 2519] (TBD).

**Cleary Gottlieb Steen & Hamilton LLP ("Cleary")**

D.    Fourth Quarterly Fee Application Request of Cleary as Attorneys for Debtors and Debtors-In-Possession, for the Period November 1, 2009 through January 31, 2010 (D.I. 2535, Filed 2/25/10).

    1.    Eleventh Interim Fee Application of Cleary for the Period of November 1, 2009 through November 30, 2009 (D.I. 2356, Filed 1/27/10);

    2.    CNO [Re: D.I. 2356] (D.I. 2460, Filed 2/19/10);

    3.    Twelfth Interim Fee Application of Cleary for the Period of December 1, 2009 through December 31, 2009 (D.I. 2439, Filed 2/17/10);

    4.    CNO [Re: D.I. 2439] (D.I. 2694, Filed 3/11/10);

    5.    Thirteenth Interim Fee Application of Cleary for the Period of January 1, 2010 through January 31, 2010 (D.I. 2515, Filed 2/24/10); and

    6.    CNO [Re: D.I. 2515] (TBD).

**Crowell & Moring LLP ("Crowell")**

E.  Fourth Quarterly Fee Application Request of Crowell Special Counsel for Debtors and Debtors-in-Possession, for the Period November 1, 2009 through January 31, 2010 (D.I. 2475, Filed 2/19/10).

   1.  Eleventh Interim Fee Application of Crowell for the Period Of November 1, 2009 through November 30, 2009 (D.I. 2472, Filed 2/19/10);

   2.  **CNO [Re: D.I. 2472] (D.I. 2719, Filed 3/15/10);**

   3.  Twelfth Interim Fee Application of Crowell for the Period of December 1, 2009 through December 31, 2009 (D.I. 2473, Filed 2/19/10);

   4.  **CNO [Re: D.I. 2473] (D.I. 2720, Filed 3/15/10);**

   5.  Thirteenth Interim Fee Application of Crowell for the Period of January 1, 2010 through January 31, 2010 (D.I. 2474, Filed 2/19/10); and

   6.  **CNO [Re: D.I. 2474] (D.I. 2721, Filed 3/15/10).**

**Ernst & Young LLP ("E&Y")**

F.  Fourth Quarterly Fee Application of E&Y as Indirect Tax Services Provider to the Debtors-in-Possession for the Period of November 1, 2009 through January 31, 2010 (D.I. 2520, Filed 2/24/10).

   1.  Fifth Consolidated Fee Application of E&Y for the Period of November 1, 2009 through December 31, 2009 (D.I. 2517, Filed 2/24/10);

   2.  CNO [Re: D.I. 2517] (TBD);

   3.  Sixth Consolidated Fee Application of E&Y for the Period of January 1, 2010 through January 31, 2010 (D.I. 2518, Filed 2/24/10); and

   4.  CNO [Re: D.I. 2518] (TBD).

**Fraser Milner Casgrain LLP ("Fraser")**

G.  Fourth Interim Fee Application Request of Fraser Canadian Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2009 through January 31, 2010 (D.I. 2514, Filed 2/24/10).

   1.  Tenth Interim Application of Fraser for the Period November 1, 2009 through November 30, 2009 (D.I. 2296, Filed 1/19/10);

2.     CNO [Re: D.I. 2296] (D.I. 2413, Filed 2/12/10);

3.     Eleventh Interim Application of Fraser for the Period December 1, 2009 through December 31, 2009 (D.I. 2415, Filed 2/12/10);

4.     CNO [Re: D.I. 2415] (D.I. 2663, Filed 3/8/10);

5.     Twelfth Interim Application of Fraser for the Period January 1, 2010 through January 31, 2010 (D.I. 2500, Filed 2/23/10); and

6.     CNO [Re: D.I. 2500] (TBD).

**Huron Consulting Group ("Huron")**

H.     Fourth Quarterly Application of Huron, as Accounting and Restructuring Consultants for Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 (D.I. 2454, Filed 2/18/10).

1.     Tenth Interim Fee Application of Huron for the Period November 1, 2009 through November 30, 2009 (D.I. 2185, Filed 12/21/09);

2.     CNO [Re: D.I. 2185] (D.I. 2267, Filed 1/13/10);

3.     Eleventh Interim Fee Application of Huron for the Period December 1, 2009 through December 31, 2009 (D.I. 2338, Filed 1/22/10);

4.     CNO [Re: D.I. 2338] (D.I. 2425, Filed 2/16/10);

5.     Twelfth Interim Fee Application of Huron for the Period January 1, 2010 through January 31, 2010 (D.I. 2418, Filed 2/16/10); and

6.     CNO [Re: D.I. 2418] (D.I. 2680, Filed 3/10/10).

**Jackson Lewis LLP ("Jackson")**

I.     Fourth Quarterly Application of Jackson as Counsel for Debtors And Debtors-in-Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2009 through December 31, 2009 (D.I. 2498, Filed 2/23/10).

1.     Eleventh Monthly Fee Application of Jackson for the Period November 1, 2009 through November 30, 2009 (D.I. 2385, Filed 2/4/10);

2.     CNO [Re: D.I. 2385] (D.I. 2630 Filed 3/3/10);

3.     Twelfth Monthly Fee Application of Jackson for the Period December 1, 2009 through December 31, 2009 (D.I. 2452, Filed 2/18/10);

    4.    CNO [Re: D.I. 2452] (D.I. 2704, Filed 3/12/10).

**Jefferies & Company, Inc ("J&C")**

J.    Fourth Interim Application of Jeffries As Investment Banker to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 1, 2009 to January 31, 2010 (D.I. 2510, Filed 2/24/10).

    1.    Tenth Monthly Fee Application of J&C for the Period November 1, 2009 through November 30, 2009 (D.I. 2286, Filed 1/19/10);

    2.    CNO [Re: D.I. 2286] (D.I. 2392, Filed 2/8/10);

    3.    Eleventh Monthly Fee Application of J&C for the Period December 1, 2009 through December 31, 2009 (D.I. 2492, Filed 2/23/10);

    4.    CNO [Re: D.I. 2492] (TBD)

    5.    Twelfth Monthly Fee Application of J&C for the Period January 1, 2010 through January 31, 2010 (D.I. 2493, Filed 2/23/10); and

    6.    CNO [Re: D.I. 2493] (TBD).

**John Ray ("Ray")**

K.    First Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period December 7, 2009 Through January 31, 2010 (D.I. 2453, Filed 2/18/10).

    1.    First Monthly Fee Application of Ray for the Period December 7, 2009 through January 31, 2010 (D.I. 2396, Filed 2/9/10).

    2.    CNO [Re: D.I. 2396] (D.I. 2631, Filed 3/3/10).

**Lazard Freres & Co. LLC ("Lazard")**

L.    Fourth Quarterly Fee Application of Lazard Freres & Co. LLC Financial Advisor and Investment Banker to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 (D.I. 2551, Filed 2/25/10).

    1.    Eighth Monthly Fee Application of Lazard for the Period November 1, 2009 through November 30, 2009 (D.I. 2548, Filed 2/25/10);

    2.    CNO [Re: D.I. 2548] (TBD);

3. Ninth Monthly Fee Application of Lazard for the Period December 1, 2009 through December 31, 2009 (D.I. 2549, Filed 2/25/10);

4. CNO [Re: D.I. 2549] (TBD);

5. Tenth Monthly Fee Application of Lazard for the Period January 1, 2010 through January 31, 2010 (D.I. 2550, Filed 2/25/10); and

6. CNO [Re: D.I. 2550] (TBD).

**Mercer (US) Inc. ("Mercer")**

M. Fourth Quarterly Application Request of Mercer (US) Inc., as Compensation Specialist to the Debtors and Debtors-In-Possession for the Period November 1, 2009 through January 31, 2010 (D.I. 2543, Filed 2/25/10).

1. Fourth Interim Fee Application of Mercer for the Period November 1, 2009 through January 31, 2010 (D.I. 2541, Filed 2/25/10); and

2. CNO [Re: D.I. 2541] (TBD).

**Morris, Nichols, Arsht & Tunnell LLP ("MNAT")**

N. Fourth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, Bankruptcy Counsel for Debtors and Debtors-In-Possession for the Period November 1, 2009 through January 31, 2010 (D.I. 2455, Filed 2/18/10).

1. Eleventh Interim Application of MNAT for the Period November 1, 2009 through November 30, 2009 (D.I. 2240, Filed 1/5/10);

2. CNO [Re: D.I. 2240] (D.I. 2364, Filed 1/28/10);

3. Twelfth Interim Application of MNAT for the Period December 1, 2009 through December 31, 2009 (D.I. 2361, Filed 1/28/10);

4. CNO [Re: D.I. 2361] (D.I. 2486, Filed 2/22/10);

5. Thirteenth Interim Application of MNAT for the Period January 1, 2010 through January 31, 2010 (D.I. 2417, Filed 2/15/10); and

6. CNO [Re: D.I. 2417] (D.I. 2679, Filed 3/10/10).

**Palisades Capital Advisors LLC ("Palisades")**

O.  Third Quarterly Fee Application Request of Palisades Capital Advisors LLC, Pension Co-Advisor to the Debtors and Debtors-In-Possession for the Period November 1, 2009 through January 31, 2010 (D.I. 2534, Filed 2/25/10).

   1.  Sixth Monthly Application of Palisades for the Period November 1, 2009 through November 30, 2009 (D.I. 2101, Filed 12/8/09);

   2.  CNO [Re: D.I. 2101] (D.I. 2233, Filed 1/4/10);

   3.  Seventh Monthly Application of Palisades for the Period December 1, 2009 through December 31, 2009 (D.I. 2532, Filed 2/25/10);

   4.  CNO [Re: D.I. 2532] (TBD);

   5.  Eighth Monthly Application of Palisades for the Period January 1, 2010 through January 31, 2010 (D.I. 2533, Filed 2/25/10); and

   6.  CNO [Re: D.I. 2533] (TBD).

**Punter Southall LLC ("Punter")**

P.  Third Quarterly Fee Application Request of Punter Southall LLC, Pension Co-Advisor to the Debtors for Allowance Of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 (D.I. 2478, Filed 2/22/10).

   1.  Fifth Monthly Application of Punter for the Period November 1, 2009 through January 31, 2010 (D.I. 2477, Filed 2/22/10); and

   2.  CNO [Re: D.I. 2477] (TBD).

**Richards, Layton & Finger, PA ("Richards Layton")**

Q.  Fourth Interim Fee Application Request of Richards, Layton & Finger, PA as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2009 through January 31, 2010 (D.I. 2539, Filed 2/25/10).

   1.  Tenth Interim Application of Richards Layton for the Period November 1, 2009 through November 30, 2009 (D.I. 2224, Filed 12/31/09);

   2.  CNO [Re: D.I. 2224] (D.I. 2341, Filed 1/22/10);

   3.  Eleventh Interim Application of Richards Layton for the Period December 1, 2009 through December 31, 2009 (D.I. 2357, Filed 1/27/10);

    4.        CNO [Re: D.I. 2357] (D.I. 2466, Filed 2/19/10);

    5.        Twelfth Interim Application of Richards Layton for the Period January 1, 2010 through January 31, 2010 (D.I. 2499, Filed 2/23/10); and

    6.        CNO [Re: D.I. 2499] (TBD).

**Shearman & Sterling, LLP**

R.        Fourth Quarterly Fee Application of Shearman & Sterling, LLP, as Non-Ordinary Course Professional Special Litigation Counsel to Debtors and Debtors-in-Possession, for the Period November 1, 2009 through January 31, 2010 (D.I. 2536, Filed 2/25/10).

    1.        Fourth Interim Application of Shearman & Sterling, LLP for the Period November 1, 2009 through January 31, 2010 (D.I. 2465, Filed 2/19/10); and

    2.        **CNO [Re: D.I. 2465] (D.I. 2718, Filed 2/19/10).**