**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
                                                       :        Chapter 11
                                                       :
*In re*                                                :        Case No. 09-10138 (KG)
                                                       :
Nortel Networks Inc., *et al.*, [1]                    :
                                                       :        Jointly Administered
                          Debtors.                     :
                                                       :        **Hearing date: March 31, 2010 at 10:00 a.m. (ET)**
                                                       :        **Objections due: March 24, 2010 at 4:00 p.m.**
                                                       :        **(ET)**
                                                       :
-------------------------------------------------------X

### SECOND SUPPLEMENTAL DECLARATION OF STEVEN G. STEGER IN SUPPORT OF DEBTORS' SUPPLEMENTAL APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GLOBAL IP LAW GROUP, LLC *NUNC PRO TUNC* TO JANUARY 15, 2009 AS INTELLECTUAL PROPERTY CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION

I, Steven G. Steger, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge:

1.      I am a managing partner of the law firm Global IP Law Group, LLC ("Global IP" or the "Firm"), which has its principal office at 233 South Wacker Drive, Suite 8400, Chicago, IL 60606. I am authorized to execute this declaration on behalf of Global IP. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      This declaration is being submitted in connection with the proposed retention of Global IP as intellectual property consultant to the Debtors to perform services as set forth in the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Debtors' supplemental application for an order authorizing the employment and retention of

Global IP (the "Supplemental Application").[2]

## Professional Qualifications

3.       In addition to the qualifications and experience set forth in the Initial Application

and the Steger Declaration, Global IP is ideally positioned to complete the services contemplated

in Phase 2 and Phase 3 because of the knowledge of the Residual Patent Portfolio it gained while

completing Phase 1.  If the Debtors hired any other firm to perform these services, they would

incur additional expense and delay.

## Services to be Provided

4.       On or about October 15, 2009, NNI, NNL, NNUK, and NN Ireland (collectively,

the "Retaining Nortel Entities") on the one hand and Global IP on the other reached an

agreement on the services sought from Global IP, and entered into the Agreement.

5.       Pursuant to the Agreement,[3] Global IP agreed to render consulting and advisory

services to the Debtors and certain of their affiliates with respect to the Residual Patent Portfolio.

From the outset, the Debtors contemplated three potential phases of services.  In Phase 1, Global

IP identified assets, conducted due diligence on patent ownership, created an independent claims

database, and performed a preliminary market analysis based on key segments of the Residual

Patent Portfolio Assets.  This court approved Global IP's retention to perform the services

---

[2]       Capitalized terms used, but not defined, herein shall have the same meanings as in the Supplemental Application.

[3]       The summary of the services rendered or to be rendered by Global IP in this Second Supplemental Declaration is solely for the benefit of the Court and parties in interest.  To the extent that the summary and the terms of the Agreement or the Supplemental Agreement are inconsistent (together, the "Agreements"), the terms of the Agreements shall control.  Furthermore, except as provided in the Supplemental Application, all terms of Global IP's original application, as outlined in the Initial Application and approved in the Retention Order, will govern the supplemental retention.  Specifically, all provisions of the Master Consulting Agreement by and between the Nortel Retaining Entities on the one hand and Global IP on the other, dated as of October 15, 2009 (the "MCA"), including the limited indemnification provisions contained therein, remain in full force and effect.

contemplated in Phase 1 on November 20, 2009, and Global IP completed those services by the end of 2009.

6.        On or about January 15, 2010, Nortel agreed to the terms of the Interim Agreement, which permitted Global IP to render legal and consulting services to Nortel on an hourly basis until the SOW took effect on February 1, 2010.  During that two-week period, among other things, Global IP advised the Nortel Retaining Entities on a variety of intellectual property issues relating to the sale of certain of Nortel's business units, and counseled Nortel as it prepared for Phases 2 and 3.

7.        Phases 2 and 3, the primary retention requested by the Supplemental Application, will include, in consultation with the Nortel Retaining Entities, their advisors and representatives of the Committee and the Bondholders Group (together, the "IP Working Group"), providing the Debtors with the legal and consulting services outlined in the SOW, including but not limited to advice and counsel on monetization strategies, and ongoing assistance as the appropriate strategy is selected and effectuated, as well as any other services as are customary in an engagement of this type and as may be reasonably agreed upon by the Debtors and Global IP.

**Disclosure of Relationship with Parties in Interest**

6.        In connection with its proposed retention by the Debtors in these cases, Global IP undertook to determine whether Global IP had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors.  Specifically, Global IP obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") and such parties are listed on Schedule 1 annexed hereto.  Global IP has researched its electronic client files and records to determine its connections with the

Potential Parties-in-Interest.  To the extent that I have been able to ascertain that Global IP has been retained within the last three years to represent any Potential Party-in-Interest (or its apparent parent company or an apparent subsidiary of such parent company (any of such, a "Related Entity")) in matters unrelated to these cases, such Potential Party-in-Interest (or the Related Entity) is listed on Schedule 2, annexed hereto.  Global IP's representation of each entity listed on Schedule 2, however, was or is only on matters that are unrelated to the Debtors and these cases.  Other than as listed on Schedule 2 or otherwise set forth herein, I am unaware of any engagements of Global IP by the Potential Parties-in-Interest (or their Related Entities) within the last three years.

7.      In addition to the entities listed on Schedule 2, Global IP may also have represented certain Potential Parties-in-Interest (or their Related Entities) in the past and Global IP may have worked with, continue to work with, and/or have mutual clients with, certain financial, accounting and law firms who appear on the Potential Parties-in-Interest list.

8.      Given the size of the Firm and the breadth of Global IP's client base, it is possible that Global IP may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge.  In addition, the Debtors have numerous customers, creditors and other parties with whom they maintain business relationships and some may not be included as Potential Parties-in-Interest.  To the extent that Global IP discovers any, or enters into any new, material relationship with Potential Parties-in-Interest, it will use reasonable efforts to supplement this disclosure to the Court.

## Professional Compensation and Employment Terms

9.      Other than as disclosed herein, Global IP has no relationship with the Debtors of which I am aware after due inquiry.

10.    Global IP's retention by the Debtors is subject to the Court's approval of the Agreement.  It is the intention of Global IP to seek compensation for its services from NNL as described in the Supplemental Application and the Supplemental Agreement.

11.    In summary, the Supplemental Fee Structure provides that NNL will pay the following compensation to Global IP:

> a.    For services rendered prior to February 1, 2010, a rate of four hundred dollars $400 per hour for each Global IP partner, a 20% discount off of Global IP's standard fees, with total fees not to exceed $75,000 without prior approval from NNL.[4]
>
> b.    For services rendered on or after February 1, 2010, a fixed fee of $250,000 per month, with an initial four-month commitment to be extended month-to-month upon the consent of the IP Working Group.
>
> c.    NNL also will reimburse Global IP, at cost, for out-of-pocket expenses.  All out-of-pocket expenses of Global IP in excess of the following estimates must be pre-approved by Nortel in writing before being incurred:
>
> (i)    Expenses in under the Interim Agreement were not to exceed $10,000.[5]
>
> (ii)    The travel and material budget for Phases 2 & 3 is estimated at $15,000 to $25,000 per month.

12.    To the best of my knowledge, (a) no commitments have been made or received by Global IP, nor any member thereof, as to compensation or payment in connection with this chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, and (b) Global IP has no agreement with any other entity that the Debtors seek to retain by separate application filed concurrently herewith, to share with such entity any compensation received by Global IP in connection with these chapter 11 cases.

---

[4]    Global IP's bill for services rendered in January totaled approximately $97,500, which was reduced to $75,000 pursuant to the cap set forth in the Interim Agreement.

[5]    In January 2010, Global IP incurred reimbursable expenses totaling approximately $7,000.

13.     The Debtors did not make any payments to Global IP during the 90-day period prior to the Petition Date.

14.     Based upon the foregoing, I believe Global IP is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

Dated:  March 11, 2010
        New York, New York

_____
Steven G. Steger

6

**SCHEDULE 1**

***Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))***

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.

Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.

Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH

3

Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

4

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

***Debtors' Significant Equity Investors***

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

***Current Directors and Officers of the Debtors and for two years prior to the Petition Date***

<u>Current Directors and Officers of NNI</u>

John Doolittle
Lynn Egan
Clarke Glaspell
Anna Ventresca
Jeffrey Wood

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
William R. Ellis
Thomas A. Gigliotti
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout

<u>Current Directors and Officers of NNCC</u>

Allan Bifield
John Doolittle

Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Xros, Inc..</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis

Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Allan Bifield

John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey

Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Karen E. Sledge

*Current Directors and Officers of Northern Telecom International Inc.*

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Glenn Brownridge
Francois Burton
Norman Caron
Sudarshan Chitale
Graeme Currie
John M. Doolittle
Lynn C. Egan
Emre Erkol
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Michael Gawargy
William Gentry
Duncan Gillibrand
Paul Granville
Andrew Harrison
Christopher Hogg
Robin Scott Hughes

Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Guy Lafontaine
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Wade Lyon
John R. McCready
James McEachern
Steve J. McKinnon
James Ostrom
Alain Papineau
April A. Pennisi
Alan W. Pritchard
Parviz Rashidi
Ron Ryan
Robert Saunders
Ian Scales
Iain Sharp
Eric L. Smith
Pete Streng
Guillaume Strub
Richard C. Taylor
Craig Telke
Denis R. X. Thibault
Greg Thor
Guy Vonderweidt
Cortland Wolfe
Jeffrey T. Wood
Steven Woods

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Tom Buttermore

Matteo Candaten
Dennis Carey
Serge Caron
Russell Coffin
Gordon A. Davies
J. Erik Fako
Sonia Garapaty
Clarke Glaspell
Henry Holland
Gregory Hood
Ken Huntington
Laurie A. Krebs
Keith Landau
Gregor W. Larson
Dennis Lloyd
Anthony G. MacDonald
Swapan Nandi
David Price
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Mehdi Sajasi
Donna Samper
Kevin Sembrat
Elaine Smiles
Dany Sylvain
Tom P. Taylor
Bill Thompson
Lee B. Valerius
Richard Willis
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Juan Jose Chico
Joseph F. Dearing
John Doolittle
Cristina Gomez
Fabiola Leva
Jorge Humberto Suarez

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date

Alvio Silvio Barrios

Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
William Roy Ellis
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Peter Look
Norberto Milan
Eduardo Santoyo
Hector Benjamin Viana

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana

14

Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos

Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

### *Debtors' Lenders*

Export Development Canada

### *Debtors' Banks and Money Market Funds*

*Citibank*
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom

Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group

The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

*Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada

Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


***Counterparties to Debtors' Significant Contracts***

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

***Debtors' Bondholders and Trustees***

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC

Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company

The Fifth Third Bank

### Debtors' Professionals

Cleary Gottlieb Steen & Hamilton LLP
*Morris, Nichols, Arsht & Tunnell LLP*
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC

### Unsecured Creditors Committee's Professionals

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

### Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

IBM Corporation

Nortel Networks Corp. "ERISA" Litigation

Pension Benefit Guaranty Corporation

***Utilities***

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

***Others***

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury

Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
Genband, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.

Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC

***Ad Hoc Bondholder Group***
Mackay Shields LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA

Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Chief Restructuring Officer***
John Ray

**SCHEDULE 2**

Motorola
Sun Microsystems
Party A[1]

---

[1]       Global IP has been confidentially retained by a Potential Party-in-Interest (or its Related Entity) to provide services unrelated to those being performed pursuant to the Supplemental Agreement.  The intellectual property involved in that confidential retention is completely distinct from the patents contained in the Residual Patent Portfolio.