IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                                                :    Chapter 11

Nortel Networks Inc., *et al.*,[1]                           :    Case No. 09-10138 (KG)

                              Debtors.    :    Jointly Administered

                                                          :

------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 2710]

PLEASE TAKE NOTICE that on March 16, 2010, copies of the **Order Authorizing Employment And Linklaters LLP Nunc Pro Tunc To January 26, 2010 As U.K. Counsel For Debtors And Debtors In Possession** (D.I. 2710, Entered 3/15/10) were served in the manner indicated upon the entities identified on the attached service list.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 16, 2010
      Wilmington, Delaware

         CLEARY GOTTLIEB STEEN & HAMILTON LLP

         James L. Bromley (admitted *pro hac vice*)
         Lisa M. Schweitzer (admitted *pro hac vice*)
         One Liberty Plaza
         New York, New York 10006
         Telephone: (212) 225-2000
         Facsimile: (212) 225-3999

         - and –

         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

         /s/ Ann C. Cordo
         Derek C. Abbott (No. 3376)
         Eric D. Schwartz (No. 3134)
         Ann C. Cordo (No. 4817)
         Andrew R. Remming (No. 5120)
         1201 North Market Street, 18th Floor
         P.O. Box 1347
         Wilmington, DE 19899-1347
         Telephone: (302) 658-9200
         Facsimile: (302) 425-4663

         Counsel for the Debtors and Debtors in Possession

3450710.1