# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 17, 2010 11:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | JENNIFER PASIERB |

## Matter:

OMNIBUS & FEE APPLICATIONS HEARING

**R / M #:**   2,724 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - CNO Filed and Order Signed
#2 - AT&T objection - continued to 3/31/10 @ 10:00 am;  Nortel, GENBAND & Verizon - have reached agreement in principle resolving Verizon's objection and will file a notice w/the Court indicating the final resolution of such objection when difinitive documentation is executed;

FEE APPLICATIONS -  Approved - ORDER SIGNED