# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 - KG  

**COURTROOM LOCATION:** 3  
**DATE:** 3/17/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KEVIN MANN | CROSS & SIMON | JEFFERIES & COMPANY, INC. |
| Chris Samis | Richards Layton Finger, PA. | Comm. Hee |
| Annie Cordo | Morris Nichols Arsht & Tunnel | Debtors |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Jaime Luton | YCST | UK Plan Administrators |

# Court Conference

**Calendar Date:** 03/17/2010
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Amended Calendar 03/16/2010 02:56 PM
Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3322067 | Pavi Binning | (302) 351-9153 | Nortel Networks, Inc | Debtor, Nortel Networks,Inc / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3410323 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3414895 | James V. Drew | 212-696-6008 | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3409582 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricidia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3408729 | Mark C. Haut | 212-318-3102 | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3410339 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3410272 | Ryan Jacobs | (416) 863-4715 | Fraser Milner & Casgrain | Creditor, The Creditors Commitee / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3407935 | Lisa Kraidin | 212-610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3407956 | Patrick Morrow | (212) 284-2374 | Jeffreries & Co., Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3408745 | David Rosenzweig | (212) 318-3035 | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3410354 | Sarah Schultz | (214) 969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Creditor Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3405834 | Lisa M. Schweitzer | 212-225-2629 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3408395 | Hondo Sen | (203) 552-3542 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3322036 | Anna Ventresca | (302) 351-9158 | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3410304 | Michael Wunder | (416) 863-4715 | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |