Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | 11/1/09 – 1/31/10 | 16,353,941.00 | 13,083,152.80 | 3,270,788.20 | 731,701.20 | 17,085,642.20 | 0.00 | 17,085,642.20 | 57,981,650.28 | 57,981,650.28 |
| Crowell & Moring LLP | 11/1/09 – 1/31/10 | 49,466.25 | 39,573.00 | 9,893.25 | 144.10 | 49,610.35 | 0.00 | 49,610.35 | 260,431.26 | 260,431.26 |
| Ernst & Young LLP | 11/1/09 – 1/31/10 | 260,370.00 | 208,296.00 | 52,074.00 | 1,045.58 | 261,415.58 | 0.00 | 261,415.58 | 626,062.58 | 626,062.58 |
| Huron Consulting Group | 11/1/09 – 1/31/10 | 538,504.65 | 430,803.72 | 107,700.93 | 43,385.47 | 581,890.12 | 0.00 | 581,890.12 | 3,356,206.86 | 3,356,206.86 |
| Jackson Lewis LLP | 11/1/09 – 12/31/09 | 11,130.00 | 8,904.00 | 2,226.00 | 0.38 | 11,130.38 | 0.00 | 11,130.38 | 232,078.83 | 232,078.83 |
| John Ray | 12/7/09 – 1/31/10 | 112,185.00 | 56,092.50[2] | 56,092.50[3] | 13,844.36 | 126,029.36 | 0.00 | 126,029.36 | 126,029.36 | 126,029.36 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Pursuant to the agreement between Mr. Ray and the Debtors, 50% of Mr. Ray's fees, which is inclusive of the 20% holdback are not currently payable to Mr. Ray. Accordingly, 50% of the total compensation of $112,185, plus 100% of Mr. Ray's allowed expense reimbursement shall be payable upon approval of the Request. The remaining 50% of the total compensation shall be payable by the terms of such retention agreement without further order of the Court.

[3] See Footnote No. 2.

| Firm | Period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lazard Freres & Co. | 11/1/09 – 1/31/10 | 11,218,000.00 | 8,974,400.00 | 2,243,600.00 | 88,198.73 | 11,306,198.73 | 0.00 | 838,198.73[4] | 13,935,562.27 | 3,467,562.27[5] |
| Mercer (US) Inc. | 11/1/09 – 1/31/10 | 38,113.42 | 30,490.74 | 7,622.68 | 4,844.55 | 42,957.97 | 0.00 | 42,957.97 | 611,263.05 | 611,263.05[6] |
| Morris, Nichols, Arsht & Tunnell LLP | 11/1/09 – 1/31/10 | 352,130.25 | 281,704.20 | 70,426.05 | 89,718.95 | 441,849.20 | 0.00 | 441,849.20 | 1,512,930.48 | 1,512,930.48 |
| Palisades Capital Advisors LLC | 11/1/09 – 1/31/10 | 292,500.00 | 234,000.00 | 58,500.00[7] | 66.95 | 292,566.95 | 0.00 | 292,566.95 | 1,049,026.92 | 1,049,026.92 |
| Punter Southall LLC | 11/1/09 – 1/31/10 | 157,500.00 | 126,000.00 | 31,500.00[8] | 0.00 | 157,500.00 | 0.00 | 157,500.00 | 561,693.50 | 561,693.50 |
| Shearman & Sterling LLP | 11/1/09 – 1/31/10 | 17,377.00 | 13,901.60 | 3,475.40 | 1,245.27 | 18,622.27 | 0.00 | 18,622.27 | 350,267.76 | 350,267.76 |
| **TOTALS** | | $29,401,217.57 | $23,487,318.56 | $5,913,899.01 | $974,195.54 | $30,375,413.11 | $ 0.00 | $19,907,413.11 | $80,603,203.15 | $70,135,203.15 |

---

[4] The Eighth and Ninth Monthly Fee Applications (D.I. Nos. 2548, 2549) of Lazard Frères & Co. LLC are adjourned to the hearing scheduled for March 31, 2010 solely as they relate to the requests for Minority Transaction Fees (which was inadvertently called the Sale Transaction Fee in the Eighth and Ninth Monthly Fee Applications) for the sale of the CDMA Assets and Enterprise Assets, respectively. The Minority Transaction Fee requested in the Eighth Monthly Application was $5,541,000 and $4,927,000 in the Ninth Monthly Application. A separate order will be submitted for these amounts and they have been deducted from Columns (9) and (11).

[5] See Footnote No. 4.

[6] At the request of the United States Trustee the ("UST"), $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts requested during the periods from May 1, 2009 through October 31, 2009 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

[7] Palisades Capital Advisors LLC ("Palisades") and Punter Southall LLC are Co-Advisors to the Debtors. The terms of the Amended Engagement Letter dated May 8, 2009 (the "Engagement Letter") and the Co-Advisors' retention have been further amended. On March 10, 2010, the Debtors filed an Application for Entry of an Order Approving an Amendment to the Terms of Compensation and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-Advisors to the Debtors [D.I. 2682], seeking approval of the amendments to the Engagement Letter. Upon entry of an order approving the motion amending the engagement letter, the holdback amount of Palisades' fees for December and January shall be payable without further order of the Court.

[8] Palisades Capital Advisors LLC and Punter Southall LLC ("Punter") are Co-Advisors to the Debtors. The terms of the Amended Engagement Letter dated May 8, 2009 (the "Engagement Letter") and the Co-Advisors' retention have been further amended. On March 10, 2010, the Debtors filed an Application for Entry of an Order Approving an Amendment to the Terms of Compensation and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-Advisors to the Debtors [D.I. 2682], seeking approval of the amendments to the Engagement Letter. Upon entry of an order approving the motion amending the engagement letter, the holdback amount of Punter's fees for December and January shall be payable without further order of the Court.

3017502