IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,<sup>1</sup> :
: Joint ly Administered
Debtors. :
: **RE: D.I.s 2070, 2627**
:
:
---------------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF THE METRO
ETHERNET NETWORKS DISTRIBUTION ESCROW AGREEMENT**

   **PLEASE TAKE NOTICE** that, on January 14, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), except for Nortel Networks (CALA) Inc., which filed for bankruptcy protection on July 14, 2009.

   **PLEASE TAKE FURTHER NOTICE** that, on October 7, 2009, NNI, Nortel Networks Limited, Nortel Networks Corporation (the "Sellers") and certain of their affiliates entered into an Asset Sale Agreement (the "Stalking Horse Agreement") for the sale of certain assets relating to the Metro Ethernet Networks business by and among the Sellers, certain of their affiliates and Ciena Corporation ("Ciena"), subject to higher and better offers.  The Debtors conducted a bidding and auction process in accordance with the procedures approved by this Court.  At the conclusion of the auction that commenced on November 20, 2009, the final bid by Ciena (together with, and including, any Designated Purchaser (as defined in the Sale Agreement), the "Purchaser"), was selected as the highest and best bid.  On November 24, 2009, the Sellers and the Purchaser entered into the Amended and Restated Asset Sale Agreement (as amended, the "Sale Agreement").  On December 3, 2009, this Court entered the Order Authorizing And Approving (A) Sale Of Certain Assets of the Debtors' Metro Ethernet Networks Business Free And Clear Of All Liens, Claims And Encumbrances And (B) Assumption and Assignment Of Certain Executory Contracts [D.I. 2070] (the "Sale Order").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that in connection with the entry into the Sale Agreement, the Debtors and certain other Nortel entities negotiated the Side Agreement to address certain issues among the Sellers and the EMEA Sellers (as defined in the Side Agreement) raised by their entry into the Sale Agreement.  On March 3, 2010, the Court entered the Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief [D.I. 2627] (the "Side Agreement Approval Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order and the Side Agreement Approval Order, the Court authorized the Debtors to negotiate and enter into a distribution escrow agreement, on terms and conditions reasonably satisfactory to the Committee and the Monitor (each as defined in the Side Agreement) acting in good faith, with a distribution escrow agent to establish a distribution escrow account (the "Distribution Escrow Agreement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed with the Court the substantially final form of Distribution Escrow Agreement to which the Sellers, the EMEA Sellers, certain of their affiliates, the Committee, the Monitor and JPMorgan Chase Bank, N.A. are parties, that is attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  March 18, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (*admitted pro hac vice*)<br>Lisa M. Schweitzer (*admitted pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Alissa T. Gazze<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |