**CERTIFICATE OF SERVICE**

        I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Notice Of Filing Of The Metro Ethernet Networks Distribution Escrow Agreement** was caused to be made on March 18, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date:  March 18, 2010                                                     */s/ Alissa T. Gazze*
                                                                                    Alissa T. Gazze (No. 5338)

**VIA FIRST CLASS MAIL**

JPMorgan Chase Bank, N.A.
TS / Escrow Services
   Attn: Andy Jacknick
4 New York Plaza, 21st Floor
New York, New York 10004

Douglas Bacon
Joseph Simei
Alice Burke
Latham & Watkins LLP,
233 South Wacker Drive,
Suite 5800,
Chicago, Illinois 60606

3462181.1