# The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

## CERTIFICATION OF PUBLICATION

MAR 0 8 2010 20_____

I, _____Arlene Moller_____, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

_____

MAR 0 8 2010 20_____

Approved: *[signature]*

*[signature: Maria Pannullo]*

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11
THE PENN TRAFFIC COMPANY, et al. ) Case No. 09-14078 (PJW)
Debtors. ) Jointly Administered

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE APRIL 30, 2010**

**ALL CREDITORS AND PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

On March 3, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order [Docket No. 675] (the "Bar Date Order") establishing (i) 5:00 p.m. (prevailing Eastern Time) on April 30, 2010 (the "General Bar Date"), and (ii) 5:00 p.m. (prevailing Eastern Time) on May 17, 2010 (the "Governmental Unit Bar Date" together with the General Bar Date, the "Bar Dates"), as the late date for filing proofs of claim against the following debtors and debtors in possession (collectively, the "Debtors"): DEBTOR(S) (Other names, if any, used by the Debtor(s) in the last 6 years appear in brackets), CASE NO., EID #: The Penn Traffic Company [P&C Foods; Bi-Lo Foods; Quality Markets], 09-14078, 25-0716800; Sunrise Properties, Inc., 09-14079, 25-1414868; Pennway Express, Inc., 09-14080, 25-1530863; Penny Curtiss Baking Company, Inc. [Penny Curtiss Bakery], 09-14082, 15-0626750; Big M Supermarkets, Inc. [Big M Supermarkets], 09-14083, 04-2858022; Commander Foods Inc., 09-14084, 04-2858023; P and C Food Markets Inc. of Vermont [P&C Foods], 09-14085, 04-2615531; P.T. Development, LLC, 09-14086, 02-0628594; P.T. Fayetteville/Utica, LLC [P&C Fresh Market], 09-14087, 02-0628582. **ADDRESS:** Street address, 1200 State Fair Blvd., Syracuse, NY 13221-4734. Mailing address, P.O. Box 4737, Syracuse, NY 13221-4737.

Pursuant to the Bar Date Order, all persons and entities (including individuals, partnerships, corporations, joint ventures, and trusts) except for those holders of claims listed in paragraph 6 of the Bar Date Order that are specifically excluded from the General Bar Date requirements, who have a claim or potential claim against the Debtors that arose prior to November 18, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM so as to be actually received at the following address **on or before 5:00 p.m. (prevailing Eastern Time) on April 30, 2010, or May 17, 2010 (as applicable): IF DELIVERED BY MAIL:** Donlin, Recano & Company, Inc., Re: The Penn Traffic Company, et al., P.O. Box 2005, Murray Hill Station, New York, NY 10156; **IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:** Donlin, Recano & Company, Inc., Re: The Penn Traffic Company, et al., 419 Park Avenue, Suite 1206, New York, NY 10016.

Proofs of claim will be deemed filed only when received by Donlin, Recano & Company, Inc. (the "Claims Agent") at the addresses listed herein on or before 5:00 p.m. (prevailing Eastern Time) on the General Bar Date or the Governmental Unit Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

Your filed proof of claim form must conform substantially to Official Form No. 10. Proof of claim forms may be obtained at http://donlinrecano.com/penntraffic and at www.uscourts.gov/bkforms. Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim entitled "503(b)(9) Claim Form," available at http://donlinrecano.com/penntraffic.

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.

A copy of the Bar Date Order, a proof of claim form, and the Debtors' Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases may be obtained by written request to the Claims Agent at the following address and telephone number: Donlin, Recano & Company, Inc., Re: The Penn Traffic Company, et al., P.O. Box 2005, Murray Hill Station, New York, NY 10156, (212) 771-1128. These documents also are available at http://donlinrecano.com/penntraffic.

BY ORDER OF THE HONORABLE PETER WALSH
UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware, March 3, 2010

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Eric D. Schwartz (Del. No. 3134), Gregory W. Werkheiser (Del. No. 3553), Ann C. Cordo (Del. No. 4817), 1201 North Market Street, 18th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347 | HAYNE AND BOONE, LLP, Lenard M. Parkins (NY 4579124), Michael E. Foreman (NY 2043248), Abigail Ottmers (TX 24037225), 1221 Avenue of the Americas, 26th Floor, New York, NY 10020 |

*Counsel for the Debtors and Debtors in Possession*