**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.,*[1]                         :    Case No. 09-10138 (KG)
:
Debtors.                                 :    Jointly Administered
:
:
:    **Hearing date: April 14, 2010 at 10:00 a.m. (ET)**
:    **Objections due: April 7, 2010 at 4:00 p.m.  (ET)**
-----------------------------------------------------------X

### DECLARATION OF ERIK C. LIOY IN SUPPORT OF DEBTORS' MOTION FOR AN ORDER APPROVING THE ENGAGEMENT OF GRANT THORNTON LLP *NUNC PRO TUNC* TO FEBRUARY 26, 2010 AS NEUTRAL TSA ARBITRATOR IN CONNECTION WITH THE SALE OF CERTAIN METRO ETHERNET NETWORKS BUSINESS ASSETS

I, Erik C. Lioy, do hereby declare as follows:

1.       I am a partner in the Forensic, Investigative & Litigation Services group of the Advisory Services practice of the firm Grant Thornton LLP ("Grant Thornton" or the "Firm"), which maintains an office at 201 S. College St., Suite 2500, Charlotte, NC 28244.  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.       I submit this declaration in support of the Motion of the above-captioned debtors (collectively, the "Debtors") for the entry of an order approving the engagement of Grant Thornton *nunc pro tunc* to February 26, 2010 as Neutral TSA Arbitrator (as defined below)

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

pursuant to the terms of the Engagement Agreement[2] between NNI, Nortel Networks Limited ("NNL"), Nortel Networks UK Limited ("NNUK"), Nortel Networks (Ireland) Limited ("NN Ireland", and together with NNI, NNL and NNUK, the "Nortel Parties"), the Joint Administrators, Ciena Corporation and affiliates ("Ciena" and with the Nortel Parties and the Joint Administrators, the "Parties") and Grant Thornton dated as of March 3, 2010. I have relied on personnel of Grant Thornton employed in Grant Thornton's national office to conduct relevant searches and to obtain the information relating to Grant Thornton and its partners, employees, clients and involvement and interest with the Debtors in order for me to make the statements referred to below. Subject to that, the facts set forth herein are true so far as I am aware. To the extent that any information disclosed herein requires amendment or modification upon Grant Thornton's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to this Court.

3.      Grant Thornton is an accounting and business advisory firm that provides information technology services, among other services, to corporations and other organizations. Grant Thornton is the United States member firm of Grant Thornton International Ltd., one of the six global audit, tax and advisory organizations. Each member firm is a separate and distinct legal entity and Grant Thornton International Ltd and its member firms are not a worldwide partnership.

4.      Grant Thornton has extensive experience and an excellent reputation in providing accounting consultancy services in complex chapter 11 cases such as this one, as well as experience in the implementation of sophisticated transition services arrangements ancillary to mergers and acquisitions involving sophisticated enterprise resource planning systems.

---

[2]      Capitalized terms used, but not defined, herein shall have the same meanings ascribed to them in the Motion.

Moreover, Grant Thornton is well qualified to perform the services with the neutrality required in this instance.  Further, I personally have experience serving as an arbitrator in disputes arising from merger and acquisition transactions, including claims surrounding breaches of representations, warranties and purchase price adjustments.  I also have experience leading due diligence assignments on acquisition targets with integrated accounting and business processing systems, including the assessment of the ability of the systems to meet the business objectives of the purchaser after the contemplated transactions.  In addition, I have consulted with clients regarding the internal controls and functionality of their accounting and business processing systems.

5.      Pursuant to the Engagement Agreement,[3] Grant Thornton will assist the Parties in resolving any disputes that may arise relating to the performance of the Parties under the Sale Agreement with respect to transition services.  The Parties may submit any such disputes to Grant Thornton for binding resolution.  Grant Thornton's potential responsibilities include, but are not limited to:

    a.    Familiarizing itself with the Critical Systems and Testing Protocols (each as defined in the Sellers Disclosure Schedule), and such other information as it deems relevant to making a determination as to whether First Day Ready has been achieved;

    b.    In case of a dispute concerning First Day Ready:

        (i)    Meeting together with representatives of the Parties to review the Deficiency List (as defined in the Sellers Disclosure Schedule) and any operating data or other information which any Party wishes to present for consideration or which Grant Thornton deems pertinent to its determination of whether the TSA Sellers are First Day Ready;

---

[3]      The summary of the Engagement Agreement in this Declaration is solely for the benefit of the Court and parties in interest.  To the extent that the summary and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement shall control.

(ii)    Discussing with the Parties the Testing Protocols as may be requested to enable understanding of the pertinent features thereof;

(iii)    If Grant Thornton deems it necessary, supervising a Test (as defined in the Sellers Disclosure Schedule), during which Grant Thornton and the Purchaser may be on-site if so requested by either;

(iv)    Reviewing the results together with the Parties, making a written determination concerning First Day Ready, and preparing a written report, including an explanation, with respect to its findings;

c.    In the case of other disputes, meeting jointly with both the applicable TSA Sellers and Purchaser and reviewing all information provided by the Parties as well as other information Grant Thornton believes is relevant to its determination.

d.    Making such other inquiries or requiring that either Party provide any information, data or test results which exist and are in a Party's or its agents' possession as Grant Thornton deems necessary to make its determinations.

6.    Grant Thornton is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in that Grant Thornton, its partners, principals, and other employees except as otherwise set forth herein:

a.    are not creditors, equity security holders, or insiders of the Debtors;

b.    are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

c.    do not have interests materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

### Disclosures of Grant Thornton

7.    In preparing this Declaration, I directed that a list provided to Grant Thornton by the Debtors (the "<u>Conflicts Check List</u>") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel and (iv) certain other parties in interest in these chapter

4

11 cases and their respective counsel be submitted to Grant Thornton's national office.  The Conflicts Check List is attached hereto as <u>Exhibit I</u>.  Grant Thornton's national office ran a computerized check of each of these persons or entities against Grant Thornton's client database (the "<u>Client Database</u>") to determine which persons or entities, if any, Grant Thornton currently represents ("<u>Current Clients</u>") or represented in the past three years ("<u>Former Clients</u>").

8.      Grant Thornton has a large and diversified practice with more than 5,000 qualified employees that serve business and other entities across the country.  Some of these entities are or may consider themselves to be creditors or parties in interest in the Debtors' chapter 11 cases or to otherwise have interests in these cases.  Grant Thornton has represented, currently represents, and/or may represent in the future persons or entities listed in the Conflicts Check List (or their affiliates) in matters totally unrelated to the Debtors.  A list of Current Clients matching those entities on the Conflicts Check List is attached hereto as <u>Exhibit II</u>.  A list of Former Clients matching those entities on the Conflicts Check List is attached hereto as <u>Exhibit III</u>.

9.      To the best of my knowledge and information after a review of the Conflicts Check List and Grant Thornton's records conducted at my direction, Grant Thornton's connections with the parties identified on the Conflicts Check List, currently and in the past three years, are as follows:

a.      <u>Debtors' Affiliates and Related Parties.</u>  In matters unrelated to the chapter 11 proceedings, prior to 2008 Grant Thornton provided Nortel Networks, Inc. and Nortel Networks Limited with litigation support services.  Grant Thornton will not represent these entities in any matters related to these chapter 11 proceedings. In matters unrelated to the chapter 11 proceedings, prior to 2004 Grant Thornton's Global Public Sector business unit entered into a subcontractor relationship with AC Technologies.  AC Technologies was subsequently acquired by PEC Solutions, which was then acquired by NNI, ultimately creating Nortel Government Solutions ("<u>NGS</u>").  Grant Thornton concluded services under the subcontract on

October 15, 2009.  Nortel Government Solutions was acquired by Avaya Inc. in December of 2009.  Payments to Grant Thornton on the AC Technologies subcontract ended January 31, 2010.[4]

b.    <u>Professionals Representing the Debtors.</u>  As part of its practice, Grant Thornton provides services to a variety of business entities and professionals, including other professionals representing the Debtors.  In certain instances, professionals representing the Debtors may be clients of Grant Thornton in matters unrelated to these chapter 11 proceedings.  Grant Thornton does not and will not provide services to such professionals in relation to these chapter 11 proceedings.

c.    <u>Creditors of the Debtors.</u>  In matters unrelated to the chapter 11 proceedings, Grant Thornton has represented, and may continue to represent, various creditors and parties in interest (or their affiliates) identified in Exhibits II and III.  Grant Thornton will not represent any of these entities in any matters related to these chapter 11 proceedings.

d.    <u>Professionals Representing Creditors.</u>  As part of its practice, Grant Thornton provides services to a variety of business entities and professionals, including other professionals representing creditors or other parties in interest.  Grant Thornton does not and will not provide services to such professionals in relation to these chapter 11 proceedings.

e.    <u>Parties in Interest</u>.  Professionals from Grant Thornton's Mid-Atlantic Practice have previously and may in the future provide advisory services to Ciena in matters wholly unrelated to the scope of the Engagement Agreement.  Grant Thornton has informed the Debtors of its ongoing representation of such entities, and the Debtors have consented to Grant Thornton's continued representation of these entities in matters unrelated to these proceedings.  In addition, Grant Thornton's Columbia, South Carolina office provides services to Avidity Partners LLC, the firm of NNI's principal officer John Ray, related to trust tax returns for liquidating trusts administered by Mr. Ray or Avidity.

10.    Further, Grant Thornton, its partners, principals and/or other employees:

e.    may have appeared in the past, and may appear in the future, in other cases unrelated to these cases where the Debtors' creditors or other parties with an interest may be involved;

---

[4]    In addition, in matters unrelated to the Chapter 11 proceedings, the UK member firm of Grant Thornton International (Grant Thornton UK LLP) is the auditor for Nortel Networks UK Limited's pension plan.  The pension plan was suspended when Nortel Networks UK Limited went into administration.

f.      may represent, or may have represented, certain of the Debtors' creditors or other parties with an interest in the Debtors in matters that are unrelated to these chapter 11 cases; and

g.      may have had dealings with creditors or other parties with an interest in the Debtors that are unrelated to these chapter 11 cases.

11.     Pursuant to the Engagement Agreement, Grant Thornton will be providing services not just to NNI but also to NNL, NNUK, NN Ireland, the Joint Administrators and Ciena. Grant Thornton will not be representing the interests of <u>any</u> of the Parties in its role as Neutral TSA Arbitrator and, as set forth below, will be compensated equally by the Nortel Parties and Ciena. Further, as required by the Sellers Disclosure Schedule and as set forth in the Engagement Agreement, Grant Thornton and myself are both impartial and independent of the TSA Sellers and the Purchaser.

12.     Grant Thornton has conducted a general inquiry of all personnel to determine whether any of these individuals owns any debt or equity securities of the Debtors or their affiliates other than in connection with investments in mutual funds, blind trusts or other investments as to which such individual has no discretion as to the selection of the individual underlying assets. Based on responses to this inquiry, I understand that as of the date hereof, none of the Grant Thornton personnel surveyed owns any debt or equity securities of the Debtors or their affiliates.

13.     Certain relationships exist among the Debtors. Nevertheless, the Debtors have advised Grant Thornton that these relationships do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Grant Thornton from being selected by the Parties as Neutral TSA Arbitrator.

14.     I do not believe that there is any other connection or interest (as such terms are used in section 101(14) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")) between Grant Thornton and the United States Trustee or any person employed in the Office of the United States Trustee.

15.     Grant Thornton has not represented any creditor, interest holder or other party in interest in connection with their respective dealings with the Debtors in the previous three years, except as disclosed in Exhibit III.  Grant Thornton has fully informed the Debtors of its ongoing representation of the entities identified in Exhibit II, and the Debtors have agreed both to Grant Thornton's continued representation of these entities in matters unrelated to these proceedings and to Grant Thornton's representation of the different Parties.

**Professional Compensation and Employment Terms**

16.     Pursuant to the Engagement Agreement and as contemplated in the Sellers Disclosure Schedule, Ciena and the Nortel Parties are each responsible for fifty percent (50%) of Grant Thornton's compensation and expense reimbursement, except in the event that a subsequent Arbitral Review (as defined in the Sellers Disclosure Schedule) is needed with respect to a First Day Ready dispute, in which case the non-prevailing party (either the Nortel Parties or Ciena) shall pay Grant Thornton's fees and expenses for such Arbitral Review.  With respect to the Nortel Parties' share, the Nortel Parties have agreed to further divide the fees and expenses, with NNI, NNL, and together NNUK and NN Ireland each responsible for one-third of the Nortel Parties' share.[5]

---

[5]     The Nortel Parties also reserve their right to seek contribution or further allocation of these fees and expenses amongst themselves and their affiliates as set forth in the Metro Ethernet Networks Side Agreement that was filed with the Court as Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §105(a) and §363(b) for an Order Approving the Metro Ethernet Networks Side Agreement and Granting Related Relief [D.I. 2574], or through other separate agreement as may be appropriate.

17.    In summary, the compensation as set forth in the Engagement Agreement (the "Fee Structure") provides that the Parties are obligated to pay the following compensation to Grant Thornton (with NNI to pay one-third of the total compensation owed by the Nortel Parties):

  a.    A $100,000 (one hundred thousand dollars) fee in exchange for the services to be provided by Grant Thornton and in consideration of Grant Thornton's undertaking to remain on stand-by during the critical transition period and to dedicate full time and attention to resolution of the potential disputes; and

  b.    Compensation at Grant Thornton's standard hourly rates for professional services rendered from and after February 26, 2010.  Grant Thornton's applicable hourly rates are as follows:

    (i) Partners (including Erik C. Lioy)  $525

    (ii) Managers/Senior Managers        $350 – 475

    (iii) Associates/Senior Associates    $175 – 325

    (iv) Paraprofessionals                $100

  c.    Reimbursement of reasonable expenses incurred in connection with this engagement, including but not limited to travel, report production, delivery services, photocopying and other costs incurred in providing the services.

18.    As set forth in the Engagement Agreement, if Grant Thornton's assignment has not concluded 90 days after the signing of the Engagement Agreement, Grant Thornton is entitled to submit an interim invoice for $100,000.  Otherwise, Grant Thornton shall present one final invoice at the conclusion of its engagement as Neutral TSA Arbitrator.

19.    Grant Thornton believes the Fee Structure is reasonable and comparable to those generally charged by accounting consultancy firms of similar stature to Grant Thornton and for comparable engagements, both in- and out-of-court.  Grant Thornton believes that the Fee

Structure is in fact reasonable, market-based and designed to compensate fairly Grant Thornton for its work and to cover fixed and routine overhead expenses.

20.     The Parties and Grant Thornton agree that, as per the terms of the Engagement Agreement, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") has jurisdiction over any controversy or claim arising out of or relating to NNI's compensation of Grant Thornton for services provided under the Engagement Agreement and further agree that any such controversies or claims shall be heard and determined by the Bankruptcy Court.  If for any reason the Bankruptcy Court fails to exercise jurisdiction over any controversy or claim arising out of or relating to NNI's compensation of Grant Thornton for services provided under the Engagement Agreement, the Parties and Grant Thornton agree such controversies or claims are subject to the jurisdiction of the state and federal courts of the state of Delaware and further agree that any such controversies or claims shall be heard and determined in the state or federal courts in the state of Delaware.

21.     No promises have been received by either Grant Thornton or any partner, principal or other employee thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court.

22.     No agreement exists between Grant Thornton and any other person or entity for the sharing of compensation to be received by Grant Thornton in connection with services rendered in this case.

23.     To the best of Grant Thornton's knowledge, the Debtors did not make any payments to Grant Thornton during the 90-day period prior to the Petition Date.  Grant Thornton

did receive payments from NGS, NNI's non-debtor subsidiary, during the 90-day period prior to

the Petition Date.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

Dated:  March 18, 2010

_____

Erik C. Lioy

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*
Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD

Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.

Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS

Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

John Doolittle
Lynn Egan
Clarke Glaspell
Anna Ventresca
Jeffrey Wood

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
William R. Ellis
Thomas A. Gigliotti
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout

Current Directors and Officers of NNCC

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Allan Bifield

John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William R. Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks HPOCS Inc.</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks International Inc.</u>

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis

Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

*Current Directors and Officers of Northern Telecom International Inc.*

Allan Bifield
John Doolittle
Lynn C. Egan
Clarke Glaspell
Jeffrey T. Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
William Roy Ellis
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Glenn Brownridge
Francois Burton
Norman Caron
Sudarshan Chitale
Graeme Currie
John M. Doolittle
Lynn C. Egan
Emre Erkol
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Michael Gawargy
William Gentry
Duncan Gillibrand

11

Paul Granville
Andrew Harrison
Christopher Hogg
Robin Scott Hughes
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Guy Lafontaine
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Wade Lyon
John R. McCready
James McEachern
Steve J. McKinnon
James Ostrom
Alain Papineau
April A. Pennisi
Alan W. Pritchard
Parviz Rashidi
Ron Ryan
Robert Saunders
Ian Scales
Iain Sharp
Eric L. Smith
Pete Streng
Guillaume Strub
Richard C. Taylor
Craig Telke
Denis R. X. Thibault
Greg Thor
Guy Vonderweidt
Cortland Wolfe
Jeffrey T. Wood
Steven Woods

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Kevin Boyle II

Shelley Bracken
Roger W. Britt
Mario Brown
Tom Buttermore
Matteo Candaten
Dennis Carey
Serge Caron
Russell Coffin
Gordon A. Davies
J. Erik Fako
Sonia Garapaty
Clarke Glaspell
Henry Holland
Gregory Hood
Ken Huntington
Laurie A. Krebs
Keith Landau
Gregor W. Larson
Dennis Lloyd
Anthony G. MacDonald
Swapan Nandi
David Price
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Mehdi Sajasi
Donna Samper
Kevin Sembrat
Elaine Smiles
Dany Sylvain
Tom P. Taylor
Bill Thompson
Lee B. Valerius
Richard Willis
Wei Jen Yeh


Current Directors and Officers of Nortel Networks (CALA) Inc.

Juan Jose Chico
Joseph F. Dearing
John Doolittle
Cristina Gomez
Fabiola Leva
Jorge Humberto Suarez

<u>Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the</u>
<u>Petition Date</u>

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
William Roy Ellis
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Peter Look
Norberto Milan
Eduardo Santoyo
Hector Benjamin Viana


***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company

Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)

Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***
Export Development Canada


***Debtors' Banks and Money Market Funds***
*Citibank*
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund


***Debtors' Significant Customers***
Verizon
Korea Telecom – Freetel
AT&T
BCE

Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


*__Debtors' Landlords__*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio

Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

### Debtors' Insurers

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

19

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.

Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank


***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP
*Morris, Nichols, Arsht & Tunnell LLP*
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP

Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC


***Unsecured Creditors Committee's Professionals***

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger


***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.

Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard


***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks

Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation


***Utilities***

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise

FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc


***Others***

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.

Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact

26

Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
Genband, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc


***Chief Restructuring Officer***
John Ray

**EXHIBIT II: Current Relationships**

AIG

Alltel Communications Inc.

Ameriprise Financial, Inc.

At&T

Bank of America

Bank of New York

Barclays, PLC and subsidiaries

BNP Paribas

Ciena Corporation

Citigroup

Comerica Bank

Credit Suisse Securities (USA)

Dell Marketing, LP

Deutsche Bank

E*TRADE Securities, Inc.

EMC Corporation

Fifth Third Bank

First Southwest Company

Goldman Sachs

Graybar Electric Company

H&R Block

Huron Consulting Group

J.P. Morgan Chase & Co. and Subsidiaries

Jackson Lewis LLP

Jefferies & Company, Inc.

Lehman Brothers, Inc.

LPL Financial Corporation

Mercer (US) Inc. and Subsidiaries

Merrill Lynch Pierce Fenner & Smith Inc.

Morgan Stanley

Motorola Corporation or Motorola

National City Bank

Nortel

Northern Trust

Oppenheimer & Co., Inc.

Pershing, LLC

PNC Bank, NA

Qwest Communications

RBC Capital Markets Corporation

Shearman & Sterling LLP

Southwest Securities Inc

Sprint Nextel

Starent Networks Corporation

Stifel Nicholaus & Company

Suntrust Bank

Tyco Electronics Corporation

UBS and Subsidiaries

UMB Bank

Union Bank of California

US Bank

US Cellular

Verizon

Wachovia Corporation and Subsidiaries

Wellington & Co.

Wells Fargo Bank

Wilmington Trust Company

**EXHIBIT III: Former Relationships**

AC Technologies, Inc. (former subsidiary of NNI)
D.A. Davidson Co.
Department of the Navy
Harris County Health Facilities, TX
Raymond James & Associates, Inc
Sodexo, Inc.
Sterne, Agee & Leach, Inc.