# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the **Debtors' Motion For An Order Approving The Engagement Of Grant Thornton LLP** *Nunc Pro Tunc* **To February 26, 2010 As Neutral TSA Arbitrator In Connection With The Sale Of Certain Metro Ethernet Networks Business Assets** was caused to be made on March 19, 2010, in the manner indicated upon the entities identified below and on the attached service list.

| | |
|---|---|
| <u>March 19, 2010</u> | <u>/s/ Alissa T. Gazze</u> |
| Date | Alissa T. Gazze (No. 5338) |

**VIA FIRST CLASS U.S. MAIL:**

Christopher R. Donoho III
Lovells LLP
590 Madison Avenue
New York, NY 10022
(Counsel to Grant Thornton)

3463643.1