UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 09-10138 (KG)

**Title of Order Appealed**:

Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings.

**Item Transmitted**: Notice of Appeal
**Date Filed**: March 5, 2010

**Notice of Appeal**. Docket #2643
**Appellant's Designation of Items & Statement of Issues**. Docket #2715
**Appellee's Designation of Items & Statement of Issues**. N/A

| **Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (Appellants)** | **Nortel Networks Inc. et al. ("Debtors")** |
|---|---|
| Charlene D. Davis<br>Justin R. Alberto, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: 302-655-5000 | Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: 302-658-9200 |
| and | and |
| Marc Abrams, Esq.<br>Brian E. O'Connor, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019 | Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| **Office of the U.S. Trustee** | **Official Committee of Unsecured Creditors** |
| T. Patrick Tinker, Esq.<br>United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Telephone: 302-573-6491 | Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700 |

**Filing Fee Paid**:                                  X Yes            __No

IFP Motion Filed by Appellant?        __ Yes  __ No

Have Additional Appeals to the Same Order been Filed?     ___ Yes     X  No
If so, has District Court assigned a Civil Action Number?     ___ Yes     X  No

Additional Notes:
Certification of Direct Appeal to Court of Appeals, dkt #2644.


March 22, 2010              Teresa Southerland
Date                        Deputy Clerk


Bankruptcy Court Appeal (BAP) Number:   BAP-10-9

**FOR USE BY U.S. BANKRUPTCY COURT**