# NOTICE OF CLAIMS PURCHASE AGREEMENT

COMMUNICATIONS SUPPORT SERVICES INC, a(n) __NC__ (State of Incorporation), __S corporation__ (EntityType), it successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Corre Opportunities Fund LP, a Delaware Limited Partnership, its successors and assign ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $5,386.08 (proof of claim amount, defined as the "Claim") against NORTEL NETWORKS INC et. al. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court DISTRICT OF DELAWARE, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-10138 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __22nd__ day of __February__, 2010.

Company Name: Communications Support Services

Witness (Signature): _M Vish_
Print Name and Title of Witness: Matthew Vish, Office Manager

Signature of Corporate Officer
Print Name and Title of Corporate Officer: James Thomas Newton, President

**Corre Opportunities Fund LP**

Witness (Signature): K Batt

(Corre Opportunities Fund LP)
Eric Soderlind

Exhibit "A"