**<u>EXHIBIT A</u>**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**
**APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**MOTION RECORD**
**(returnable March 31, 2010)**

March 18, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

Derrick Tay LSUC#: 21152A
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

Mario Forte  LSUC#: 27293F
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

## INDEX

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| 1. | Notice of Motion returnable March 18, 2010 | 001 |
| 2. | Affidavit of Paviter Binning, sworn March 17, 2010 | 047 |
| 3. | Third Amended and Restated Initial Order, as amended on June 30, 2009 | 061 |
| 4. | Draft Order | 107 |

# TAB 1

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION**
**(Returnable March 31, 2010)**

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on **Wednesday, March 31, 2010 at 10:00 a.m. at 393 University Avenue, Toronto, Ontario.**

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐ in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐ in writing as an opposed motion under subrule 37.12.1(4);

☒ orally.

THE MOTION IS FOR AN ORDER:

(a)    Authorizing and approving a trust indenture agreement (the "Indenture") among Nortel Networks Inc. ("NNI"), NNL and John T. Evans, as trustee;

(b)     Authorizing and approving a trust indenture side agreement (the "Side Agreement") among NNI and NNL;

(c)     Sealing Confidential Appendix "C" to the Monitor's Forty-First Report (the "Forty-First Report");

(d)     Reducing the amount of the Directors' Charge (defined below) from CDN$90 million to CDN$45 million;

(e)     Capping permitted proven claims against the Applicants' directors and officers in respect of certain liabilities as set out below; and

(f)     Such further and other relief as counsel may request and this Honourable Court deem just.

THE GROUNDS FOR THE MOTION ARE:

**BACKGROUND**

(a)     On January 14, 2009 (the "Filing Date"), this Honourable Court made an initial order (as subsequently amended and restated, the "Initial Order") granting a stay of proceedings against the Applicants pursuant to the *Companies' Creditors Arrangement Act*, (Canada) R.S.C. 1985, c. C-36, as amended (the "CCAA") and appointing Ernst & Young Inc. as monitor (the "Monitor") in the CCAA proceedings;

(b)     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including Nortel Networks Inc. ("NNI") (together with the other U.S. filing entities, the "U.S. Debtors"), made voluntary filings under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases in the U.S. as "foreign proceedings" in Canada and giving effect to the automatic stay under the Code in Canada;

(c)     Additionally, on January 15, 2009, Nortel Networks UK Limited ("NNUK") and certain subsidiaries of the Nortel group incorporated in the Europe, Middle East and Africa

region ("EMEA") each obtained an administration order for the appointment of joint administrators (the "Joint Administrators") from the High Court of England and Wales under the Insolvency Act 1986;

(d)     References to "Nortel" herein shall be to the global enterprise as a whole;

(e)     All dollar references are US$ unless otherwise indicated;

(f)     Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Affidavit of Paviter Binning, sworn March 17, 2010 (the "Binning Affidavit"), the Indenture and the Side Agreement;

## THE INDENTURE AND SIDE AGREEMENT

(a)     On June 19, 2009, Nortel announced that it was advancing in discussions with external parties to sell its businesses and it would assess other restructuring alternatives for its businesses in the event it is unable to maximize value through sales.

(b)     To date, Nortel has closed a number of sales of its assets and key businesses.   In addition, Nortel has obtained court approval for the following planned sales:

      (i)     substantially all of the assets of its Optical Networking and Carrier Ethernet businesses associated with its Metro Ethernet Networks business unit; substantially all of its GSM/GSM-R business; and

      (ii)     certain assets of its Carrier Voice Over IP and Application Solutions business.[1]

(c)     In order to sell Nortel's businesses on a going concern basis and to maximize the recoveries of Nortel's creditors, it is important that all relevant Nortel entities, including those entities that have not filed for any creditor protection proceedings, participate in the Global Sales;

---

[1] All closed sales and planned sales, collectively the "Global Sales".

(d)     NNI and NNL (together, the "Settlors") have agreed to provide financial assurances, in the event that certain claims are asserted against the directors, officers or agents of the Cascade Subsidiaries[2] relating to, arising from or based on their service as directors, officers or agents of the Cascade Subsidiaries.  This has been done in order to:

    (i)     facilitate the timely consummation of the Global Sales;

    (ii)     provide transition services to third party buyers as required by the transaction documents of the Global Sales; and

    (iii)     to support an orderly wind-down of the Cascade Subsidiaries upon completion of the relevant Global Sales;

(e)     Under the terms of the Indenture, NNI and NNL will initially contribute US$17.5 million each, to be applied for the exclusive benefit of the individuals set forth in Exhibit "C" of the Indenture in their capacities as directors, officers an/or agents of a Cascade Subsidiary, and any successor to these individuals serving in any such position (collectively, the "Beneficiaries");

(f)     The Trust, subject to the terms and conditions set forth in the Indenture, will indemnify and hold each Beneficiary harmless for any cost reasonably incurred by such Beneficiary as it related to, arises from or is based on such Beneficiary's service as a director, an officer or an agent of a Cascade Subsidiary;

(g)     The Trust reflects a modest compromise to enable these individuals to serve as directors, officers, or agents of non-filed Nortel entities in order to further the restructuring process;

(h)     In order to facilitate the establishment of the Trust in a timely manner, the Settlors have agreed to initially contribute amounts in equal proportions;

---

[2] Cascade Subsidiaries are listed in Exhibit "A" to the Indenture.

- 5 -

(i)     NNI and NNL have also agreed to enter into a side agreement that requires each to use commercially reasonable efforts to recover from other Nortel entities that are benefiting from the Global Sales a reasonable portion of the net amounts contributed by the Settlors to establish the Trust;

(j)     In addition, NNI and NNL have agreed to share the net amounts contributed by each of them in establishing the Trust on a *pro rata* basis based on the weighted average of proceeds allocated to each of them from certain Global Sales as set forth in the Side Agreement;

(k)     NNI will also seek approval of the Indenture and the Side Agreement by the U.S. Bankruptcy Court;

(l)     Without the establishment of the Trust, it is unlikely that the Beneficiaries will agree to serve, or continue to serve, as directors, officers or agents of the Cascade Subsidiaries which would have a detrimental effect on the restructuring as a whole;

(m)     It is necessary to file under seal and redact certain information as the disclosure of that information may unnecessarily incentivize certain creditors of the Cascade Subsidiaries to pursue claims against the Beneficiaries, thereby depleting the assets of the Trust, reducing the recoveries of the creditors of the Settlors, and distracting the Beneficiaries from their responsibilities in their designated positions as directors, officers and agents of the Cascade Subsidiaries;

## INITIAL ORDER AND DIRECTOR'S CHARGE

(n)     Under the terms of the Initial Order, the Applicants' directors and officers received an indemnity for obligations of the Applicants to make certain payments after the Filing Date (the "Indemnified Obligations");

(o)     To secure the Indemnified Obligations, the Directors' Charge was granted in the amount of CDN$90 million;

- 6 -

(p)     As a result of operational reductions as well as multiple divestitures, the Applicants'
        ongoing liability for the Indemnified Obligations is significantly reduced from the
        projection as of January 2009;

(q)     It is the appropriate time to reduce the size of the Directors' Charge to CDN$45 million
        and to amend the Initial Order to reflect that change;

(r)     The boards of NNL and NNC have been reduced from (9) directors at the
        commencement of the proceedings to (3) remaining directors;

(s)     The remaining directors have requested that potential exposure for claims for
        Indemnified Obligations be capped as a condition of the reduction of the Directors'
        Charge;

(t)     Such a request is reasonable in the circumstances;

**MISCELLANEOUS**

(u)     The provisions of the *CCAA*; and

(v)     Such further and other grounds as counsel may advise and this Honourable Court
        permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)     The Binning Affidavit;

(b)     The Forty-First Report, to be filed separately; and

(c)     Such further and other relief as counsel may request and this Honourable Court deem
        just.

March 18, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4  CANADA

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte  LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930
Lawyers for the Applicants

TO:      Attached Service List

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**SERVICE LIST**

TO:        **OGILVY RENAULT LLP**
           Royal Bank Plaza, South Tower
           200 Bay Street, Suite 3800
           Toronto, Ontario M5J 2Z4

           Derrick Tay
           Mario Forte
           Jennifer Stam

           Email:     dtay@ogilvyrenault.com
                      mforte@ogilvyrenault.com
                      jstam@ogilvyrenault.com

           Tel:       416.216.4000
           Fax:       416.216.3930

           Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:      416.943.3016
Fax:      416.943.3300

AND  **GOODMANS LLP**
TO:   Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca

Tel:      416.597.4107
Fax:      416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND  **OSLER HOSKIN AND HARCOURT**
TO:   **LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON  M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email:   lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel:      416.362.2111
Fax:      416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND  **FASKEN MARTINEAU DUMOULIN LLP**
TO:   66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:   dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel:      416.868.3538
Fax:      416.364.7813

Lawyers for Export Development Canada

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:     613.597.8651
Fax:    613.598.3113

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific
Tower
Toronto, ON  M5K 1K7

Robert I. Thornton
Michael Barrack
Rachelle Moncur
Leanne M. Williams

Email:  rthornton@tgf.ca
mbarrack@tgf.ca
rmoncur@tgf.ca
lwilliams@tgf.ca

Tel:     416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:  john.stringer@mcinnescooper.com
stephen.kingston@mcinnescooper.com

Tel:     902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:  jcarhart@millerthomson.com
msims@millerthomson.com

Tel:     416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

Tel.:    416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:  hharrison@boughton.ca

Tel:     604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.

AND TO:   **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:   416. 367.6646
Fax:   416. 682.2837

Email:   rjaipargas@blgcanada.com
Tel:   416.367.6266
Fax:   416.361.7067

Email:   srappos@blgcanada.com
Tel:   416.367.6033
Fax:   416.361.7306

Lawyers for Bell Canada

AND TO:   **SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:   ray.leach@siskinds.com
       dimitri.lascaris@siskinds.com
       monique.radlein@siskinds.com

Tel:   519.672.2121
Fax:   519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND TO:   **LANG MICHNER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

Leslie A. Wittlin
John Contini
Aaron Rousseau

Email:   lwittlin@langmichener.ca
Tel:   416.307.4087
Fax:   416.304.3855

Email   jcontini@langmichener.ca
Tel:   416.307.4148
Fax:   416.304.3767

Email   arousseau@langmichener.ca
Tel:   416.307.4081
Fax:   416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND TO:   **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:   zychk@bennettjones.com
Tel:   416.777.5738
Fax:   416.863.1716

Email:   orzyr@bennettjones.com
Tel:   416.777.5737
Fax:   416.863.1716

Email:   finlaysong@bennettjones.com
Tel:   416.777.5762
Fax:   416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

AND TO: **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon

Email: mzigler@kmlaw.ca
Tel: 416.595.2090
Fax: 416.204.2877

Email: sphilpott@kmlaw.ca
Tel: 416.595.2104
Fax: 416.204.2882

Email: dyiokaris@kmlaw.ca
Tel: 416.595.2130
Fax: 416.204.2810

Email: amckinnon@kmlaw.ca
Tel: 416.595.2150
Fax: 416.204.2874

Lawyers for the Former Employees of Nortel

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims

Email: jcarhart@millerthomson.com
Tel: 416.595.8615
Fax: 416.595.8695

Email msims@millerthomson.com
Tel: 416.595.8577
Fax: 416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email: jcarhart@millerthomson.com
Tel: 416.595.8615
Fax: 416.595.8695

Email: msims@millerthomson.com
Tel: 416.595.8577
Fax: 416.595.8695

Email: jmklotz@millerthomson.com
Tel: 416.595.4373
Fax: 416.595.8695

Lawyers for LG Electronics Inc.

AND TO: **LG ELECTRONICS INC.**
11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email: joseph.kim@lge.com

Tel: +82.2.3777.3171
Fax: +82.2.3777.5345

- 6 -

AND
TO:
**CHAITONS LLP**
185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:   harvey@chaitons.com

Tel:    416.218.1129
Fax:    416.218.1849

Lawyers for IBM Canada Limited

AND
TO:
**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
         Alex.macfarlane@fmc-law.com
         Michael.wunder@fmc-law.com
         ryan.jacobs@fmc-law.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:
**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:    416.646.4304
Fax:    416.646.4301

Email:   max.starnino@paliareroland.com
Tel:    416.646.7431
Fax:    416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:    416.646.4326
Fax:    416.646.4301

Email:   tina.lie@paliareroland.com
Tel:    416.646.4332
Fax:    416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email: rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

AND TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email: jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Email: vdare@gardiner-roberts.com
Tel:    416.865.6641
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email: iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email: hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email: pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email: renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email: surquhart@ahbl.ca
Tel:    604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Maurice Fleming

Email:  mfleming@millerthomson.com
Tel:    416.595.8686
Fax:    416.595.8695

Lawyers for Verint Americas Inc. and Verint Systems, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Brookfield LePage Johnson Controls Facility Management Services

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:  andrew.kent@mcmillan.ca
Tel:    416.865.7160
Fax:    416.865.7048

Email:  hilary.clarke@mcmillan.ca
Tel:    416.865.7286
Fax:    416.865.7048

Email:  tushara.weerasooriya@mcmillan.ca
Tel:    416.865.7262
Fax:    416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:    lawrence.crozier@mcmillan.ca
Tel:       416.865.7178
Fax:      416.865.7048

Email:    adam.maerov@mcmillan.ca
Tel:       416.865.7285
Fax:      416.865.7048

Lawyers for Citibank

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:    dmagisano@blaney.com
Tel:       416.593.2996
Fax:      416.593.5437

Lawyers for Expertech Network Installation Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Leslie Wittlin
Aaron Rousseau

Email:    lwittlin@langmichener.ca
Tel:       416.307.4087
Fax:      416.365.1719

Email:    arousseau@langmichener.ca
Tel:       416.307.4081
Fax:      416.365.1719

Lawyers for Right Management Inc.

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:    dgrieve@casselsbrock.com
Tel:       416.860.5219
Fax:      416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:    jwigley@gardiner-roberts.com
Tel:       416.865.6655
Fax:      416.865.6636

Email:    vdare@gardiner-roberts.com
Tel:       416.865.6641
Fax:      416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra
Sandra A. Vitorovich

Email:    smitra@airdberlis.com
            svitorovich@airdberlis.com

Tel:       416.863.1500
Fax:      416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND TO: **NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Janice B. Payne
Ainslie Benedict
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
         ainslie.benedict@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca

Tel:     613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Recently
Severed Canadian Nortel Employees

AND TO: **CALEYWRAY**
Labour/Employment Lawyers
1600-65 Queen Street West
Toronto, Ontario M5H 2M5

Gail E. Misra

Email:   misrag@caleywray.com

Tel:     416.775.4680
Fax:     416.366.3293

Lawyers for the Communication, Energy and
Paperworkers Union of Canada

AND TO: **COLBY, MONET DEMERS, DELAGE & CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec H3A 3M8

David J. Dropsy

Email:   ddropsy@colby-monet.com
Tel:     514.284.3663
Fax:     514.284.1961

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND TO: **CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:   bleonard@casselsbrock.com
         hgarman@casselsbrock.com
         mcasey@casselsbrock.com

Tel:     416.860.6455
Fax:     416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND TO: **MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:     613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management, Inc.

AND TO: **SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
         mgaggino@schneidergaggino.com

Tel:     514.631.8787
Fax:     514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO: **NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:  janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca

Tel:  613.231.8245
Fax:  613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA
as at January 14, 2009

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:  ryanbellr@bennettjones.com
laugesenm@bennettjones.com

Tel:  416.863.1200
Fax:  416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND TO: **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario M5H 4G2

Timothy R. Dunn

Email:  tdunn@mindengross.com
Tel:  416.369.4335
Fax:  416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO: **BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario M5J 2T3

Chris Besant
Lydia Salvi

Email:  chris.besant@bakernet.com

Tel:  416.865.2318
Fax:  416.863.6275

Email:  lydia.salvi@bakernet.com

Tel:  416.865.6944
Fax:  416.863.6275

Lawyers for Jabil Circuit Inc.

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:  theintzm@mccarthy.ca
Tel:  416.601.7627
Fax:  416.868.0673

Email:  jsirivar@mccarthy.ca
Tel:  416.601.7750
Fax:  416.868.0673

Lawyers for Frank Andrew Dunn

AND TO: **EURODATA**
2574 Sheffield Road
Ottawa, Ontario K1B 3V7

Nanci Shore

Email:  nanci@eurodata.ca
Tel:  613.745.0921
Fax:  613.745.1172

AND TO:
**BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:      613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :   thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :     416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees – Post
CCAA as at January 14, 2009

AND TO:
**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Cynthia R. Maher

Email:   cynthia.maher@ntscorp.com
Tel:      714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :   thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :     416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND TO:
**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :     514.871.1522
Fax :     514.871.8977

Lawyers for Texas Landlords to Nortel Networks
Inc.

AND
TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Cynthia Maher

Email:  cynthia.maher@nt scorp.com
Tel:    714.998.4351

AND
TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:    416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:   jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:
**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:    416.863.0900
Fax:    416.863.0871

Email:   mgottlieb@dwpv.com
Tel:    416.863.0900
Fax:    416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:
**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:    416.598.1744
Fax:    416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:    416.598.1744
Fax:    416.598.3730

Lawyers for William A. Owens

AND
TO:
**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:   lydia.salvi@bakernet.com

Tel:    416.865.6944
Fax:    416.863.6275

Lawyers for Wipro Limited

- 14 -

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former Employees of
Nortel Networks Inc. who are or were Participants
in the Long-Term Investment Plan Sponsored by
Nortel Networks Inc.

AND
TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:   sbomhof@torys.com
Tel:      416.865.7370
Fax:     416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:     416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:   dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:     416.973.0810

AND TO:    **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  milly.chow@blakes.com
Tel:     416.863.2594
Fax:     416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:     416.863.2426
Fax:     416.863.2653

Email:  craig.thorburn@blakes.com
Tel:     416.863.2965
Fax:     416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P.

AND TO:    **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:     416.863.2572
Fax:     416.863.2653

Email:  marc.flynn@blakes.com
Tel:     416.863.2685
Fax:     416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

AND TO:    **LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:  sseigel@langmichener.ca
Tel:     416.307.4063
Fax:     416.365.1719

Lawyers for The Bank of New York Mellon

AND TO:    **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:     416.601.7730
Fax:     416.868.0673

Email:  rstabile@mccarthy.ca
Tel:     416.601.8335
Fax:     416.868.0673

Lawyers for Avaya Inc.

AND TO: **SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:   jmcdonald@sgmlaw.com
Tel:      416.979.6425
Fax:     416.591.7333

Email:   dbrown@sgmlaw.com
Tel:      416.979.4050
Fax:     416.591.7333

Lawyers for Edmund Fitzgerald

AND TO: **STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Ashley John Taylor

Email:   ataylor@stikeman.com
Tel:      416.869.5236
Fax:     416.947.0866

Lawyers for Ciena Corporation

AND TO: **STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:   sdunphy@stikeman.com
Tel:      416.869.5662
Fax:     416.947.0866

Lawyers for GENBAND Inc.

AND TO: **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:      416.864.9700
Fax:     416.941.8852

Lawyers for Belden (Canada) Inc.

AND TO: **STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:      212.845.7464
Fax:     212.371.7087

Email:   rferguson@stikeman.com
Tel:      212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

AND TO: **BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:      416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

24

|           |                                         |           |                                          |
|-----------|-----------------------------------------|-----------|------------------------------------------|
| AND<br>TO: | **VINCENT DAGENAIS GIBSON LLP/s.r.l**<br>Barristers and Solicitors<br>600-325 Dalhousie Street<br>Ottawa, ON K1N 7G2 | AND<br>TO: | **BLAKE, CASSELS & GRAYDON**<br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario M5L 1A9 |

<table>
<tr><td>

Thomas Wallis

E-mail: thomas.wallis@vdg.ca  
Tel:    613.241.2701  
Fax:   613.241.2599

Lawyers for La Regie des Rentes du Quebec

</td><td>

Pamela J. Huff  
J. Jeremy Forgie

Email:   pamela.huff@blakes.com  
Tel:    416.863.2958  
Fax:   416.863.2653

Email:   jeremy.forgie@blakes.com  
Tel:    416.863.3888  
Fax:   416.863.2653

Lawyers for The Northern Trust Company, Canada

</td></tr>
</table>

## COURTESY COPIES:

AND TO: **LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:   sbrown@lrlaw.com

Tel:    602.262.5321
Fax:    602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND TO: **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:   sreisman@curtis.com
        jdrew@curtis.com

Tel:    212.696.6000
Fax:    212-697-1559

Lawyers for Flextronics International

AND TO: **AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:   fhodara@akingump.com

Tel:    212.872.1000
Fax:    212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND TO: **MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:   DDunne@milbank.com
Tel:    212.530.5770
Fax:    212.530.5219

Email:   ALeblanc@milbank.com
Tel:    212.835.7574
Fax:    212.530.5219

Email:   APisa@milbank.com
Tel:    212.530.5319
Fax:    212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

AND **VEDDER PRICE P.C.**
TO: 1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email:    mschein@vedderprice.com

Tel:      212.407.6920
Fax:      212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND **MACLEOD DIXON LLP**
TO: 3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :   andrew.robertson@macleoddixon.com
caylee.rieger@macleoddixon.com

Tel :     403.267.8222
Fax :     403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND **BRYAN CAVE LLP**
TO: 161 North Clark Street, Suite 4300
Chicago, Illinois 60601

Eric S. Prezant

Email:    eric.prezant@bryancave.com
Tel:      312.602.5033
Fax:      312.602.5050

U.S. Lawyers for Tellabs, Inc.



Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF**
**PROVINCIAL TAX AUTHORITIES**

TO:        **OGILVY RENAULT LLP**
            Royal Bank Plaza, South Tower
            200 Bay Street, Suite 3800
            Toronto, Ontario M5J 2Z4

            Derrick Tay
            Mario Forte
            Jennifer Stam

            Email:    dtay@ogilvyrenault.com
                      mforte@ogilvyrenault.com
                      jstam@ogilvyrenault.com

            Tel:      416.216.4000
            Fax:      416.216.3930

            Lawyers for the Applicants

*21*

## BY EMAIL:

## ALBERTA

AND
TO:

**ALBERTA MINISTRY OF FINANCE**
The Tax and Revenue Administration
9811-109 Street
Edmonton, Alberta  T5K 2L5

Sue Jamieson, Assistant Deputy Minister

Email: sue.jamieson@gov.ab.ca
Tel:    780.427.9403
Fax:    780.427.0348

## MANITOBA

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF MANITOBA AS
REPRESENTED BY THE MINISTER OF
FINANCE**

450 Broadway
Winnipeg, Manitoba  R3C 0V8

Barry Draward

E-mail: barry.draward@gov.mb.ca
Tel:    204.945.3758
Fax:    204.948.2360



**NEW BRUNSWICK**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEW BRUNSWICK AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Centennial Building
Room: 371, Floor: 3
P. O. Box 6000
Fredericton, New Brunswick
E3B 5H1

Lynn Noel

Email:  lynn.noel@gnb.ca
Tel:     506.457.3550
Fax:    506.444.4920


**NEWFOUNDLAND**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEWFOUNDLAND AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Department of Finance
3rd Floor, East Block, Confederation Complex
P.O. Box 8700, St. John's, Newfoundland
A1B 4J6

Keith Rees

Email:  krees@gov.nl.ca
Tel:     709.729.6297
Fax:    709.729.2856

## NOVA SCOTIA

**HER MAJESTY THE QUEEN IN RIGHT OF**
AND **THE PROVINCE OF NOVA SCOTIA AS**
TO: **REPRESENTED BY THE MINISTER OF**
**FINANCE**

P.O. Box 187
1723 Hollis St.
Halifax, Nova Scotia  B3J 2N3

Doug Moodie

Email:   moodiedj@gov.ns.ca
Tel:     902.424.5720
Fax:     902.424.6635

## ONTARIO

**ONTARIO MINISTRY OF FINANCE**
AND   Legal Services Branch
TO:   6th Floor
33 King Street West
Oshawa, Ontario
L1H 8H5

Kevin O'Hara

Email:   kevin.ohara@ontario.ca
Tel:     905.433.6934
Fax:     905.436.4510



## PRINCE EDWARD ISLAND

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF PRINCE EDWARD
ISLAND AS REPRESENTED BY THE
PROVINCIAL TREASURY**

Shaw Building, 1st Floor
95 Rochford Street
PO Box 2000
Charlottetown, PE C1A 7N8

Mary Hennessey

Email: mihennessey@gov.pe.ca
Tel: 902.368.4070
Fax: 902.368.6164

## SASKATCHEWAN

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF SASKATCHEWAN AS
REPRESENTED BY THE MINISTER OF
FINANCE**

2350 Albert Street
Regina, Saskatchewan S4P 4A6

Margaret Johannsson, Assistant Deputy Minister

Email: Margaret.johannsson@gov.sk.ca
Tel: 306.787.6685
Fax: 306.787.0241

33

**FEDERAL**

AND
TO:

**CANADA REVENUE AGENCY**
c/o Department of Justice
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email: diane.winters@justice.gc.ca
Tel:     416.973.3172
Fax:    416.973.0810



**BY FAX:**

**BRITISH COLUMBIA**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA, AS REPRESENTED BY THE MINISTER OF FINANCE, REVENUE DIVISION**

3rd Floor, 1802 Douglas Street
Victoria, British Columbia  V8T 4K6

Michael Ford

Fax:    250.356.0065

**QUEBEC**

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF QUEBEC AS REPRESENTED BY THE MINISTER OF FINANCE**

**Ministère des Finances**
12, rue Saint-Louis
Québec (Québec) G1R 5L3

Tel:    418.528.9323
Fax:    418.646.1631





Court File No.  09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS

TO:    **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Mario Forte
Jennifer Stam

Email:    dtay@ogilvyrenault.com
mforte@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:    416.216.4000
Fax:    416.216.3930

Lawyers for the Applicants

**BY EMAIL:**

AND TO: **ARI FINANCIAL SERVICES INC.**
600-1270 Central Parkway West
Mississauga, ON L5C 4P4

Tel:     905-803-8000
Fax:     905-803-8644

Email:   ldearborn@arifleet.ca
         jmcmullin@arifleet.ca

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON  K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:     613.597.8651
Fax:     613.598.3113

AND TO: **GENERAL ELECTRIC CAPITAL EQUIPMENT FINANCE INC.**
5420 North Service Road
Burlington, ON L7L 6C7

Alexandre LeBlanc

Tel:     1.866.317.4323
Fax:     514.397.5300

Email :   alexandre.leblanc@ge.com

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
5420 North Service Road
4th Floor
Burlington, ON L7L 6C7

Alexandre LeBlanc

Tel:     1.866.317.4323
Fax:     514.397.5300

Email :   alexandre.leblanc@ge.com

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
1 Place Ville Marie
Suite 1401
Montreal, QC H3B 2B2

Alexandre LeBlanc

Tel:     1.866.317.4323
Fax:     514.397.5300

Email:   alexandre.leblanc@ge.com

AND TO: **GENERAL ELECTRIC CANADA EQUIPMENT FINANCE G.P.**
500 North Service Road
8th Floor
Burlington, ON L7L 6W6

Alexandre LeBlanc

Tel:     1.866.317.4323
Fax:     514.397.5300

Email:   alexandre.leblanc@ge.com

AND
TO:  **NEXCAP FINANCE**
     **CORPORATION**
     3027 Harvester Road
     Suite 212
     Burlington, ON L7N 3G7


Scott Lowes


Tel:   905.637.4467 ext. 117
Fax:   905-637-1882


Email:  slowes@nexcap.com


AND
TO:  **THE BANK OF NOVA SCOTIA**
     44 King Street West,
     Toronto, ON M5H 1H1


Attn:   CSRS Queue


Tel:    1.888.855.1234


Email:  bsc@scotiabank.com


AND
TO:  **STEELCASE FINANCIAL SERVICES**
     **LTD.**
     1 Steelcase Rd. W.
     Markham, ON L3R 0T3


Janeen Treur


Tel:    616.246.4389


Email:  jtreur@steelcase.com

## BY FAX:

AND TO: **ABN AMRO BANK N.V.**
Canada Branch
79 Wellington Street West
Suite 1500
Toronto, ON M5K 1G8

Tel:    416-367-0850
Fax:   416-367-1485

AND TO: **ABN AMRO BANK N.V.**
600 De Maissonneuve Blvd. W.
Suite 1500
Montreal, QC H3A 3J2

Tel:   514.284.1133
Fax:  514.284.2357

AND TO: **DELL FINANCIAL SERVICES CANADA LIMITED**
155 Gordon Baker Road
Suite 501
North York, ON M2H 3N5

Tel:   1.877.814.4142
Fax:  1.888.438..1117

AND TO: **GENERAL ELECTRIC CAPITAL CANADA INC.**
2300 Meadowvale Boulevard
Suite 200
Mississauga, ON L5N 5P9

Bethany St. Pierre

Tel:   1.866.329.4323
Fax:  1.866.993.1902

AND TO: **ST MICROELECTRONICS (CANADA), INC.**
1310 Electronics Drive
Carrollton, Texas 75006

Tel:   905.273.4300
Fax:  905.273.7578

AND TO: **HEWLETT-PACKARD FINANCIAL SERVICES CANADA COMPANY**
5150 Spectrum Way
Mississauga, ON L4W 5G1

Attn:   Legal Department

Tel:   905.206.4725
Fax:  905.206.4191

AND TO: **PRODAIR CANADA LTEE**
291 Rue Quinlan
Ville Lasalle, QC H8R 3W4

Alain Cote

Tel:   1.800.363.3572
Fax:  418.878.3235



## BY COURIER:

AND   **CIT TECHNOLOGIES INC.**
TO:   181 Bay Street
      Suite 3500
      Toronto, ON M5J 2T3

AND   **HOLMAN CANADA LIMITED**
TO:   **PARTNERSHIP**

      9000 Midlantice Drive
      Mt. Laurel, New Jersey
      USA  08054

42

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF**
**PROVINCIAL PENSIONS REGULATORS**

TO:     **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Mario Forte
Jennifer Stam

Email:    dtay@ogilvyrenault.com
mforte@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:     416.216.4000
Fax:     416.216.3930

Lawyers for the Applicants

- 2 -

**BY EMAIL:**

AND TO:
**Alberta Finance and Enterprise Employment Pensions Financial Sector Regulation and Policy (FSRP)**
Room 402, Terrace Building
9515 – 107 Street

Attn:  Dennis Gartner, Superintendent of Pensions

Tel:      780.427.9722
Fax:     780.427.1636
E-mail: employment.pensions@gov.ab.ca

AND TO:
**The Manitoba Pension Commission**
1004 – 401 York Avenue
Winnipeg, MB  R3C 0P8

Attn:  Debbie Lyon, Superintendent of Pensions

Tel:      204.945.2740
Fax:      204.948.2375
E-mail: pensions@gov.mb.ca

AND TO:
**Financial Services Commission of Ontario (FSCO)**
**Pension Division**
5160 Yonge Street
P.O. Box 85, 4th floor
Toronto, ON  M2N 6L9

Attn: K. David Gordon, Deputy Superintendent, Pensions

Tel:            416.226.7776
Toll free:     1.800.668.0128
Fax:           416.226.7777
E-mail: contactcentre@fsco.gov.on.ca

AND TO:
**Pensions Department Financial Institutions Commission**
Suite 1200 – 13450 102nd Avenue
Surrey, BC  V3T 5X3

Attn: W. Alan Clark Superintendent, Pensions

Tel:      604.953.5200
Fax:     604.953.5301
E-mail:  FICOM@ficombc.ca

AND TO:
**Pension Regulation Division Labour and Workforce Development**
5151 Terminal Road, 5th Floor
Halifax, NS  B3J 1A1

Attn:  Nancy MacNeill Smith, Superintendent of Pensions

Tel:      902.424.8915
Fax:     902.424.0648
E-mail: pensionreg@gov.ns.ca

AND TO :
**Pension Division**
**Saskatchewan Financial Services Commission**
Suite 601, 6th Floor
1919 Saskatchewan Drive
Regina, SK  S4P 4H2

Attn: David Wild, Superintendent of Pensions

Tel:      306.787.7650
Fax:     306.787.9006
E-mail: dave.wild@gov.sk.ca

- 3 -

44

AND   **Office of the Superintendent of Financial**
TO:   **Institutions**
       255 Albert Street
       Ottawa, ON K1A 0H2

       Attn: Julie Dickson
       Tel:     613.990.7788
       Fax:    613.990.5591
       E-mail: information@osfi-bsif.gc.ca

- 4 -

## BY FACSIMILE:

AND TO: **Office of the Superintendent of Pensions**
**Justice and Consumer Affairs**
Frederick Square
P.O. Box 6000
Fredericton, NB  E3B 5H1

Attn:  Angela Mazerolle Stephens,
Superintendent of Pensions

Tel:    506.453.2055
Fax:   506.457.7266

AND TO: **Consumer Corporate and Insurance Division**
4th Floor, Shaw Building
95 Rochford Street
P.O. Box 2000
Charlottetown, PE  C1A 7N8

Attn:  Steven Dowling, Corporate
Counsel

Tel:    902.368.4550
Fax:   902.368.5283

AND TO: **Financial Services Regulation Division**
**Department of Government Services**
Confederation Building
West Block
P.O. Box 8700
Prince Phillip Drive
St. John's, NL  A1B 4J6

Attn: Julian McCarthy, Superintendent of
Pensions

Tel:    709.729.6014
Fax:   709.729.4151

AND TO: **Direction des regimes de retraite**
Régie des rents du Québec
Case postale 5200
Québec (Québec)
G1K 7S9

Attn: André Lorquet, Director of Pension
Plans

Tel:    418.643.8282
Fax:   418.643.7421

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

Applicants

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

NOTICE OF MOTION
(returnable March 31, 2010)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4
CANADA

Derrick Tay LSUC#: 21152A
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

Mario Forte LSUC#: 27293F
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 1897134\2

**TAB 2**

47

Court File No: 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AFFIDAVIT OF PAVITER BINNING
### (sworn March 17, 2010)

I, Paviter Binning, of the city of Toronto, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am the Executive Vice President, Chief Restructuring Officer and Chief Financial Officer of Nortel Networks Corporation ("NNC") and Nortel Networks Limited ("NNL").  As such, I have personal knowledge of the matters to which I hereinafter depose in this Affidavit. Where I do not possess personal knowledge, I have stated the source of my information and, in all such cases, believe it to be true.

2.      I swear this affidavit in support of the Applicants' motion for an Order:

      (a)      reducing the amount of the Directors' Charge (defined below) from CDN$90 million to CDN$45 million;

      (b)      capping permitted proven claims against the Applicants' directors and officers in respect of certain liabilities as set out below;

      (c)      approving a trust indenture agreement (the "Indenture") among Nortel Networks Inc. ("NNI"), NNL and John T. Evans, as trustee; and

(d)     approving a trust indenture side agreement (the "Side Agreement") among NNI and NNL. I am aware that copies of the Indenture and Side Agreement are or will be attached as appendices to the Forty-First Report of the Monitor dated March 18, 2010 (the "Forty-First Report").

3.     All references to "Nortel" herein are references to the enterprise as a whole. Capitalized terms not hereinafter defined shall have the meaning ascribed to them in the Indenture and Side Agreement.

## BACKGROUND

4.     On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor (the "Monitor") in the CCAA proceedings.

5.     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

6.     Additionally, on January 15, 2009, NNUK and certain subsidiaries (the "EMEA Debtors") of the Nortel group incorporated in Europe, the Middle East or Africa ("EMEA") each obtained an administration order for the appointment of administrators (the "Joint Administrators") from the High Court of England and Wales under the Insolvency Act 1986.

7.     On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code.

8.      On May 28, 2009, the Commercial Court of Versailles, France (the "French Court") ordered the commencement of secondary insolvency proceedings in respect of Nortel Networks S.A. ("NNSA"), which consist of liquidation proceedings during which NNSA was originally authorized to continue to operate as a going concern for an initial period of three months which period was subsequently extended to November 28, 2009. In accordance with the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings, the English law proceedings remain the main proceedings in respect of NNSA although a French administrator and a French liquidator have been appointed and are in charge of the day-to-day affairs and continuing business of NNSA in France.

9.      The French Court approved an order to (i) suspend the liquidation operation relating to the sale of the assets and/or business of NNSA for a renewal period of two months, currently extending until the earlier of May 31, 2010 or the filing by Kapsch CarrierCom AG with the French Court of a letter stating that its bid for the GSM/GSM-R assets of NNSA has become unconditional; (ii) authorize the continuation of the business of NNSA so long as the liquidation operations are suspended; and (iii) maintain the powers of the French administrator and liquidator during that period except with respect to the sale of assets and/or businesses of NNSA.

10.     On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court under Chapter 15 of the Code for the recognition of the Administration Proceedings as they relate to NNUK (the "English Proceedings"). On June 26, 2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

11.     On July 14, 2009, Nortel Networks (CALA) Inc. made a voluntary filing with the U.S. Court under Chapter 11 of the Code.

12.     Further details regarding the background to these proceedings are set out in the affidavit of John Doolittle sworn January 14, 2009 (the "Initial Order Affidavit") previously filed in these proceedings and are therefore not repeated herein.

## STATUS OF THE RESTRUCTURING

13.     On June 19, 2009, in connection with the announcement that it had entered into a stalking horse agreement for the sale of substantially all of the assets related to its Code Division Multiple



Access ("CDMA") business and Long Term Evolution ("LTE") assets, Nortel announced that it was advancing in its discussions with external parties to sell its other businesses in addition to the CDMA/LTE business. That decision followed extensive discussions and consultation with outside advisors and stakeholders, which discussions had been taking place since the inception of the proceedings.

14.    Since the commencement of the CCAA proceedings, Nortel has completed a number of divestitures including:

(a)    the sale of certain portions of its Layer 4-7 data portfolio to Radware Ltd. on March 31, 2009;

(b)    the sale of substantially all of its CDMA business and LTE Access assets to Telefonaktiebolaget LM Ericsson on November 13, 2009;

(c)    the sale of the assets of its Wireless Networks business associated with the development of Next Generation Packet Core network components to Hitachi, Ltd. on December 8, 2009; and

(d)    the sale of substantially all of the assets of its Enterprise Solutions business globally, including the shares of Nortel Government Solutions Incorporated and DiamondWare, Ltd., to Avaya Inc. on December 18, 2009.

15.    In addition, the Applicants have sought and obtained various relief related to the sale of certain other of their assets including:

(a)    Bidding procedures and a stalking horse agreement entered into with Ciena Corporation ("Ciena") for the sale of substantially all the assets of Nortel's Optical Networking and Carrier Ethernet businesses associated with its Metro Ethernet Networks business unit, which was subject to higher or better offers and subsequently led to the approval of an amended and restated sale agreement for the sale of that business to Ciena and is anticipated to close on March 19, 2010;

(b)     Bidding procedures and an ultimate purchase agreement entered into with Ericsson for the sale of substantially all of Nortel's GSM/GSM-R business, which sale is anticipated to close in Q1 2010;

(c)     Bidding procedures and a stalking horse agreement entered into with GENBAND Inc. ("GENBAND") for the sale of substantially all the assets of its Carrier Voice Over IP and Application Solutions business (the "CVAS Business") which was subject to higher or better offers and subsequently led to the approval of the sale of that business to GENBAND, which sale is anticipated to close in Q2 2010; and

(d)     Sale procedures for the planned sale of NNL's interest in LG-Nortel Co. Ltd. (LGN) in Korea, Nortel's joint venture with LG Electronics, Inc. (LGE).

16.     References to "Global Sales" herein shall refer to all closed or planned sales.

## THE INITIAL ORDER AND THE DIRECTORS' CHARGE

*Background*

17.     As part of the relief sought on the application for the Initial Order, the Applicants sought certain protection with respect to their officers and directors. This protection included a stay with respect to certain matters and also provided for an indemnity and corresponding charge (the "Directors' Charge") for certain of the Applicants' post-filing obligations for which there may be directors' and/or officers' liability if there is a failure to meet those obligations. I am advised by Jennifer Stam of Ogilvy Renault LLP, counsel to the Applicants, that these types of protections are standard in CCAA proceedings.

18.     Under the Initial Order, the Applicants' directors and officers received an indemnity for obligations of the Applicants to make the below payments after the Filing Date:

(a)     all outstanding and future wages, salaries and employee benefits (including, but not limited to, employee medical and similar benefit plans, relocation and tax equalization programs, the Incentive Plan (as defined in the Initial Order Affidavit) and employee assistance programs), current service, special and similar pension benefit payments, vacation pay, commissions and employee and director



expenses, in each case incurred in the ordinary course of business and consistent with existing compensation policies and arrangements;

(b)     compensation to employees in respect of any payments made to employees prior to the date of the Initial Order by way of the issuance of cheques or electronic transfers, which are subsequently dishonoured due to the commencement of proceedings under the CCAA;

(c)     any statutory deemed trust amounts in favour of the Crown in right of Canada or of any Province thereof or any other taxation authority which are required to be deducted from employees' wages, including, without limitation, amounts in respect of (i) employment insurance, (ii) Canada Pension Plan, (iii) Quebec Pension Plan, and (iv) income taxes;

(d)     all goods and services or other applicable sales taxes (collectively, "Sales Taxes") required to be remitted by an Applicant in connection with the sale of goods and services by such Applicant, but only where such Sales Taxes are accrued or collected after the date of the Initial Order, or where such Sales Taxes were accrued or collected prior to the date of this Order but not required to be remitted until on or after the date of the Initial Order;

(e)     any amount payable to the Crown in right of Canada or of any Province or Territory thereof or any political subdivision thereof or any other taxation authority in respect of municipal realty, municipal business or other taxes, assessments or levies of any nature or kind which are entitled at law to be paid in priority to claims of secured creditors and which are attributable to or in respect of the carrying on of the Business by an Applicant; and

(f)     payments in respect of employer health tax or workers' compensation.

(collectively, the "Indemnified Obligations").



- 7 -

19.    To secure the Indemnified Obligations, the Directors' Charge was granted in the amount of CDN$90 million. The Directors' Charge has fourth priority as set out in paragraph 42 of the Initial Order.

*Proposed Changes*

20.    The original amount of the Directors' Charge was proposed based on certain estimations of the overall liabilities for the Indemnified Obligations made in January 2009. The Applicants' operations have changed significantly over the last year. As a result of operational reductions as well as multiple divestitures, the Applicants' ongoing liability for the Indemnified Obligations is significantly reduced from the projections as of January 2009. I am aware that the Monitor has been or will be preparing the Forty-First Report which will contain more details with respect to current projected levels of the Indemnified Obligations.

21.    Given the above, the Applicants are of the view that it is the appropriate time to reduce the size of the Directors' Charge to CDN$45 million and to amend the Initial Order to reflect that change.

22.    In conjunction with the request for a reduction of the amount of the Directors' Charge, the Applicants are seeking relief capping the potential exposure of their directors and officers for Indemnified Obligations. The request for the cap on claims for Indemnified Obligations was made by the boards of directors of NNC and NNL (the "Boards") in connection with and as a condition to the reduction of the Directors' Charge. NNC and NNL support the combined request.

23.    The boards of NNC and NNL have been reduced from nine (9) directors at the commencement of the proceedings to three (3) remaining directors. I believe that it is important that each of NNC and NNL continue to have such a board of directors in place for the duration of the CCAA proceedings.

24.    In light of the foregoing, I believe that the Applicants' request for the reduction in the amount of the Directors' Charge and the cap on liability is reasonable in the circumstances.



## THE INDENTURE AND SIDE AGREEMENT

25.     As discussed in previous affidavits filed in these proceedings, Nortel operates on a global basis and, for the most part, has locally incorporated entities that perform sales or other functions in the countries in which they operate around the world.   In addition to the many Nortel companies that have commenced proceedings in North America and EMEA, there are a number of Nortel entities who have not commenced proceedings.   Many of these entities, however, have or are anticipated to participate in the Global Sales, which Nortel believes is necessary in order to sell Nortel's businesses on a going concern basis and to maximize the recoveries of Nortel's creditors.

26.     Under the laws of various jurisdictions in which Nortel operates, the directors, officers and agents of the relevant Nortel entity may become exposed to potential claims for personal liability relating to their service as a director, an officer or an agent of such Nortel entity.  This is particularly the case where many of these entities are now participating in one or more of the sales and selling significant portions or all of the assets held in that entity but at the same time, not having the benefit and protections of insolvency proceedings.

27.     The Applicants and the U.S. Debtors, together with their advisors, and the Monitor have discussed the various alternatives to address this ongoing issue particularly given the differences in insolvency laws of the many jurisdictions involved and the expected difficulties in trying to coordinate multiple foreign insolvency proceedings in a manner and timeframe that would facilitate the objective of maximizing the value from the Global Sales.  NNI and NNL (together, the "Settlors") have agreed to provide financial assurances, subject to the limitations set forth in and in accordance with the terms of the Indenture, in the event that certain claims are asserted against the directors, officers or agents of the Cascade Subsidiaries[1] relating to, arising from or based on their service as directors, officers or agents of the Cascade Subsidiaries.

*Terms of the Indenture*

28.     Under the terms of the Indenture, NNI and NNL will initially contribute US$ 17.5 million each to be applied for the exclusive benefit of the individuals set forth in Exhibit "C" of the

---

[1] Cascade Subsidiaries are listed in Exhibit "A" to the Indenture.



Indenture in their capacities as directors, officer and/or agents of a Cascade Subsidiary, and any successor to these individuals serving in any such position (collectively, the "Beneficiaries").

29.     The Trust, subject to the terms and conditions set forth in the Indenture, will indemnify and hold each Beneficiary harmless for any cost reasonably incurred by such Beneficiary as it relates to, arises from or is based on such Beneficiary's service as a director, an officer or an agent of a Cascade Subsidiary.

30.     As such, the Trust reflects a modest compromise to enable these individuals to serve as directors, officers, or agents of non-filed Nortel entities in order to further the restructuring process.

31.     The major terms of the Indenture include:

(a)     **Indemnified Claim**: the Trust shall indemnify each Beneficiary in connection with any Claim that may be made or asserted against or affecting such Beneficiary's service as a director, an officer, or an agent of a Cascade Subsidiary (an "Indemnified Claim");

(b)     **Procedure for Making a Claim**: Each Beneficiary agrees to seek payment for any Costs relating to any Indemnified Claim in the following order:

(i)      The assets of the Cascade Subsidiary to which such Indemnified Claim is related (subject to the limitations set forth in the Indenture);

(ii)     Any D&O Insurance available to such Beneficiary to cover such Costs; and

(iii)    The remaining Trust Property at such time (subject to the limitations set forth in the Indenture).

(c)     **Releases from the Settlors and the Cascade Subsidiaries**: To the maximum extent permitted by applicable Laws, the Settlors shall release each Beneficiary from any liability in connection with actions taken by such Beneficiary in its capacity as a director, officer or agent of a Cascade Subsidiary, other than any liability resulting from such Beneficiary's fraud or wilful misconduct.



(d)   **Indemnification**: To the maximum extent permitted by applicable Laws, the Settlors shall cause, at the time of appointment of any Beneficiary as a director, an officer or an agent of any Cascade Subsidiary, the relevant Cascade Subsidiary to agree to:

(i)   indemnify and hold harmless such Beneficiary for any Indemnified Claims relating to, arising from or based on such Beneficiary's service in an Indemnified Capacity with regards to such Cascade Subsidiary (other than any Claims (x) resulting from such Beneficiary's fraud or wilful misconduct or (y) the indemnification of which is prohibited by applicable Laws);

(ii)   designate such Beneficiary as an insured party under any insurance policy applicable to the directors, officers or agents of such Cascade Subsidiary; and

(iii)   release such Beneficiary in its Indemnified Capacity (other than any liability resulting from such Beneficiary's fraud or wilful misconduct).

(e)   **Subrogation**: Each Beneficiary grants the Trust a right of subrogation against any Cascade Subsidiary for reimbursement of amounts paid by the Trust pursuant to this Indenture. Each Beneficiary agrees to execute any documents as the Trust may reasonably request in order to evidence or exercise any such subrogation rights.

(f)   **No Liability for Insufficient Funds**: The Trustee shall not be liable to any Person (including any Beneficiary or the Settlors) in the event that the Trust Property is insufficient to pay in full or in part any Indemnified Claim. In the event of any insufficiency of funds in the Trust Property, the Trustee has no obligation to seek additional money, property or value to the Trust from the Settlors or any other Person, and the Settlors or any other Person, and the Settlors or the Trustee shall have no obligation pursuant to this Indenture or otherwise to provide additional money, property or value to the Trust.



(g)     **No Further Contribution from the Settlors**: Beyond the initial contribution contemplated in Exhibit "B" of the Indenture, the Settlors have no further obligation to provide or contribute any money, property or value to the Trust, the Trustee, any Beneficiary or any other Person in respect of any Indemnified Claim or otherwise.

(h)     **Indemnification of the Trustee**: Subject to certain exceptions as set forth in the Indenture, the Trustee shall be indemnified out of the Trust Property from and against all Claims and Costs arising in any manner out of or in connection with this Indenture and the Trust except to the extent that the Claims and Costs are attributable to dishonesty, fraud or wilful misconduct by the Trustee.

(i)     **Adjustment of Trust Corpus**: At the earlier of:

    (i)     The Confirmation Date; and

    (ii)     The fifth anniversary of the creation of the Trust,

but in no event before December 31, 2011, the Beneficiaries, the Settlors and the Trustee shall meet to discuss a reduction in the Trust Property and a termination date for the Trust. In the event that the parties agree to reduce the Trust Property, the Trustee shall distribute to each Settlor an equal proportionate amount (50% each) of the amount by which the Trust Property is to be reduced. Upon termination of the Trust, all remaining Trust Property shall be distributed to each Settlor in equal proportionate amounts. In the event that the parties cannot reach agreement on the appropriate amount of Trust Property or the appropriate date for the Trust to terminate, then the Settlors shall submit for resolution of the appropriate reduction in the Trust Property and/or a termination date for the Trust to the Relevant Court.

32.     The Indenture appoints John T. Evans as the Trust's Trustee. Mr. Evans was a former partner of the law firm Osler, Hoskin and Harcourt LLP ("Osler"). I understand that Osler is counsel to the board of directors of NNL and NNC in these proceedings. I also understand that



Mr. Evans serves as trustee to another indemnification trust which has been established in these proceedings for the benefit of certain directors, officers and agents of Nortel.

33.     The creation of the trust under the indenture has been done in order to:

     (a)     facilitate the timely consummation of the Global Sales;

     (b)     provide transition services to third party buyers as required by the transaction documents of the Global Sales; and

     (c)     support an orderly wind-down of the Cascade Subsidiaries upon completion of the relevant Global Sales.

34.     By establishing a trust to indemnify the Beneficiaries (as defined below) against certain claims, the Settlors seek to create conditions that will allow the Beneficiaries to focus without distraction on their responsibilities in their designated positions, each in accordance with the exercise of their relevant fiduciary responsibilities.

35.     I believe that without the establishment of the Trust, it is unlikely that the Beneficiaries will agree to serve, or continue to serve, as directors, officers and/or agents of the Cascade Subsidiaries which would have a detrimental effect on the restructuring as a whole.

*Terms of the Side Agreement*

36.     In order to facilitate the establishment of the Trust in a timely manner, the Settlors have agreed to initially contribute amounts as set forth in Exhibit "B" of the Indenture in equal proportions.

37.     However, because the main purpose of the establishment of the Trust is to allow the Cascade Subsidiaries to participate in the Global Sales, NNI and NNL have agreed to enter into a side agreement that requires each to use commercially reasonable efforts to recover from other Nortel entities that are benefitting from the Global Sales (with certain exceptions as set forth in Section 2.1 of the Side Agreement) a reasonable portion of the net amounts contributed by the Settlors to establish the Trust.

38.     In addition, NNI and NNL have agreed to share the net amounts contributed by each of them in establishing the Trust on a *pro rata* basis based on the weighted average of the sale proceeds allocated to each of them from certain Global Sales as set forth in the Side Agreement.

39.     NNI will also seek approval of the Indenture and the Side Agreement by the U.S. Court.

## SEALING ORDER

40.     I am aware that an unredacted version of the Indenture is or will be attached as a confidential appendix to the Forty-First Report.   The Applicants are requesting that the unredacted version of the Indenture be sealed pending further Order of this Court.

41.     I believe that the disclosure of this confidential information may unnecessarily incentivize certain creditors of the Cascade Subsidiaries to pursue claims against the Beneficiaries, thereby depleting the assets of the Trust, reducing the recoveries of the creditors of the Settlors, and distracting the Beneficiaries from their responsibilities in their designated positions as directors, officers and/or agents of the Cascade Subsidiaries.

SWORN BEFORE ME at the City of Toronto, in the Province of Ontario on this 17th day of March, 2010.

_____
Commissioner for Taking Affidavits or Notary Public

_____
Paviter Binning

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

| |
|---|
| **ONTARIO** |
| **SUPERIOR COURT OF JUSTICE** |
| **(COMMERCIAL LIST)** |
| Proceeding commenced at Toronto |

| |
|---|
| **AFFIDAVIT OF PAVITER BINNING** |
| **(sworn March 17, 2010)** |

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Mario Forte  LSUC#: 27293F**
Tel: (416) 216-4870
Email: mforte@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930
Lawyers for the Applicants

**TAB 3**

Court File No.   09-CL-7950

### ***ONTARIO***
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

THE HONOURABLE MR.      )     WEDNESDAY, THE 14TH

                          )

JUSTICE MORAWETZ       )     DAY OF JANUARY, 2009



IN THE MATTER OF THE ***COMPANIES' CREDITORS ARRANGEMENT ACT***, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION (the "Applicants")

### APPLICATION UNDER THE ***COMPANIES' CREDITORS ARRANGEMENT ACT***, R.S.C. 1985, c. C-36, AS AMENDED

### THIRD AMENDED AND RESTATED INITIAL ORDER

THIS APPLICATION, made by the Applicants, pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") was heard this day at 330 University Avenue, Toronto, Ontario.

ON READING the affidavit of John Doolittle sworn January 14, 2009 (the "Doolittle Affidavit") and the Exhibits thereto, the affidavit of John Doolittle sworn June 22, 2009 (the "June Affidavit") and the Exhibits thereto, the report dated January 14, 2009 of Ernst & Young Inc. ("E&Y"), the proposed monitor, and on hearing the submissions of counsel for the Applicants, counsel for the boards of directors of Nortel Networks Corporation and Nortel Networks Limited, counsel for E&Y, counsel for Export Development Canada ("EDC"), Flextronics

Telecom Systems Ltd., no one else appearing on this Application and on reading the consent of E&Y to act as the Monitor,

**SERVICE**

1.      THIS COURT ORDERS that the time for service of the Notice of Application and the Application Record is hereby abridged so that this Application is properly returnable today and hereby dispenses with further service thereof.

**APPLICATION**

2.      THIS COURT ORDERS AND DECLARES that each of the Applicants is a "debtor company" to which the CCAA applies.

**PLAN OF ARRANGEMENT**

3.      THIS COURT ORDERS that each of the Applicants shall have the authority to file and may, subject to further order of this Court, file with this Court a plan of compromise or arrangement (hereinafter referred to as the "Plan") between, *inter alia*, such Applicant and one or more classes of its secured and/or unsecured creditors as it deems appropriate.

**POSSESSION OF PROPERTY AND OPERATIONS**

4.      THIS COURT ORDERS that each of the Applicants shall remain in possession and control of its current and future assets, undertakings and properties of every nature and kind whatsoever, and wherever situate including all proceeds thereof (the "Property"). Subject to further Order of this Court, each of the Applicants shall continue to carry on business in a manner consistent with the preservation of its business (the "Business") and Property. Each of the Applicants shall be authorized and empowered to continue to retain and employ the employees, consultants, agents, experts, brokers, accountants, legal counsel, financial advisors and such other persons (collectively "Assistants") currently retained or employed by such Applicant, with liberty to retain such further Assistants as such Applicant deems reasonably necessary or desirable for the Business or to carry out the terms of this Order or for the purposes of the Plan.



5.     THIS COURT ORDERS that the Applicants shall be entitled to continue to utilize the central cash management system currently in place as described in the Doolittle Affidavit or replace it with another substantially similar central cash management system (the "Cash Management System") and that any present or future bank or banks providing the Cash Management System shall not be under any obligation whatsoever to inquire into the propriety, validity or legality of any transfer, payment, collection or other action taken under the Cash Management System, or as to the use or application by the Applicants of funds transferred, paid, collected or otherwise dealt with in the Cash Management System; shall be entitled to provide the Cash Management System without any liability in respect thereof to any Person (as hereinafter defined) other than the Applicants, pursuant to the terms of the documentation applicable to the Cash Management System; and shall be, in its capacity as provider of the Cash Management System, an unaffected creditor under the Plan with regard to any claims or expenses it may suffer or incur in connection with the provision of the Cash Management System.

6.     THIS COURT ORDERS that each of the Applicants, either on its own behalf or on behalf of another Applicant, shall be entitled but not required to pay the following expenses whether incurred prior to, on or after the date of this Order:

(a)     all outstanding and future wages, salaries and employee benefits (including, but not limited to, employee medical and similar benefit plans, relocation and tax equalization programs, the Incentive Plan (as defined in the Doolittle Affidavit) and employee assistance programs), current service, special and similar pension benefit payments, vacation pay, commissions and employee and director expenses, in each case incurred in the ordinary course of business and consistent with existing compensation policies and arrangements;

(b)     compensation to employees in respect of any payments made to employees prior to the date of this Order by way of the issuance of cheques or electronic transfers, which are subsequently dishonoured due to the commencement of proceedings under the CCAA;



- 4 -

(c)     all outstanding and future amounts owing to or in respect of individuals working as independent contractors in connection with the Business;

(d)     the fees and disbursements of any Assistants retained or employed in accordance with paragraph 4 hereof;

(e)     subject to the consent of the Monitor, amounts owing by one of more of the Applicants in respect of its Customer Programs (as defined in the Doolittle Affidavit);

(f)     subject to consent of the Monitor, amounts owing by one or more of the Applicants to any other Nortel Company (as defined in the Doolittle Affidavit) in order to settle their inter-company accounts and make inter-company loans in the ordinary course of business, including as a result of the Nortel Companies' Transfer Pricing Model (as defined in the Doolittle Affidavit); and

(g)     subject to the consent of the Monitor, amounts owing to the Applicants' carriers and warehousemen.

7.      THIS COURT ORDERS that, except as otherwise provided to the contrary herein, each of the Applicants shall be entitled but not required to pay all reasonable expenses incurred by it in carrying on the Business in the ordinary course on and after the date of this Order, and in carrying out the provisions of this Order, which expenses shall include, without limitation:

(a)     all expenses and capital expenditures reasonably necessary for the preservation of the Property or the Business including, without limitation, payments on account of insurance (including directors and officers insurance) and maintenance and security services;

(b)     payment for goods or services actually supplied to the Applicants on or after the date of this Order;

(c)     with the written approval of the Monitor, the posting of additional cash collateral into existing cash collateral accounts (collectively, and together with the cash collateral posted as at February 10, 2009, the "LC Cash Collateral") held by either or both of ABN AMRO Bank N.V., Canada Branch ("ABN") and Royal Bank of Canada



- 5 -

("RBC") as additional and continuing security for existing, renewed and new letters of credit, letters of guarantee, surety bonds, and similar instruments (collectively, "LCs") issued (whether before or after January 14, 2009) for the account of or requested by the Applicants or any of them to third parties pursuant to the existing letter of credit agreements between the Applicants and ABN and RBC and any amendments thereto made with the written approval of the Monitor, and for any foreign exchange losses incurred by ABN and its correspondent banks, if any, under LCs issued in currencies other than Canadian dollars, U.S. dollars, British pounds sterling and Euros, on the following basis:

    (i)    the posting of such additional cash collateral is for the purposes of paragraph 10 hereof specifically permitted herein and authorized hereby and shall not and will not constitute a fraudulent preference, fraudulent conveyance, oppressive conduct, settlement or other challengeable, voidable or reviewable transaction under any applicable law;

    (ii)    the aggregate of all cash collateral that may be posted (inclusive of the cash collateral posted as at February 10, 2009) in respect of LCs issued in Canadian dollars, U.S. dollars, British pounds sterling and Euros shall not exceed the amount of U.S.$40 million (converting Canadian dollars at the Bank of Canada's Noon spot exchange rate for any day), provided that the LC Banks shall have no liability in the event that cash collateral is posted in an amount that exceeds such maximum and the validity of their claims with respect to any or all of the LC Cash Collateral shall not be limited, lessened or otherwise impaired in any way as a result of such excess; and

    (iii)    cash collateral may be posted in respect of LCs issued by ABN in any other currencies in such amounts as are required by the provisions of the applicable letter of credit agreement, including any amendments thereto made with the written approval of the Monitor as security for ABN's exposure to foreign exchange losses;



(d)     if the same is not guaranteed by EDC, payment of any indebtedness of the Applicants to the LC Banks (as defined in paragraph 10A hereof) when due under the LC Agreements (as defined in paragraph 10A hereof) by way of set-off and transfer of LC Cash Collateral posted as at January 14, 2009 or posted thereafter pursuant to the LC Agreements and subparagraph (c) above;

(e)     without limiting (d), payment of costs and expenses of the LC Banks in connection with the amendment and enforcement of rights under the LC Agreements and any related guarantee bonds issued by EDC if so provided for under an applicable LC Agreement, whether incurred before or after February 10, 2009, including by way of set-off and transfer of LC Cash Collateral;

(f)     the posting of cash collateral in favour of Export Development Canada ("EDC") (collectively, the "EDC Cash Collateral") pursuant to the second amended and restated short-term support agreement between Nortel Networks Limited ("NNL") and EDC dated April 24, 2009, as amended by the amending agreement between NNL and EDC dated June 18, 2009, and the cash collateral agreement between NNL and EDC dated June 18, 2009 and any further amendments to the foregoing made with the written approval of the Monitor (collectively, the "EDC Support Agreements"), on the basis that the EDC Support Agreements are hereby ratified and approved and the posting of such cash collateral is for the purposes of paragraph 10 hereof specifically permitted herein and authorized hereby and shall not and will not constitute a fraudulent preference, fraudulent conveyance, oppressive conduct, settlement or other challengeable, voidable or reviewable transaction under any applicable law;

(g)     payment of any indebtedness of NNL to EDC under the EDC Support Agreements by way of set-off or transfer of EDC Cash Collateral posted as at June 29, 2009 or posted thereafter pursuant to the EDC Support Agreements and subparagraph (f) above; and

(h)     without limiting (g), payment of costs and expenses of EDC provided for under the EDC Support Agreements by way of set-off or transfer of EDC Cash Collateral, to the extent provided for in the EDC Support Agreements.

- 7 -

7A.     THIS COURT ORDERS that no provision of this Order shall require EDC to provide its approval for any proposed amendments to any of the LC Agreements pursuant to any agreement between EDC and any of the LC Banks.

8.      THIS COURT ORDERS that the each of the Applicants shall remit, in accordance with legal requirements, or pay:

(a)     any statutory deemed trust amounts in favour of the Crown in right of Canada or of any Province thereof or any other taxation authority which are required to be deducted from employees' wages, including, without limitation, amounts in respect of (i) employment insurance, (ii) Canada Pension Plan, (iii) Quebec Pension Plan, and (iv) income taxes;

(b)     all goods and services or other applicable sales taxes (collectively, "Sales Taxes") required to be remitted by such Applicant in connection with the sale of goods and services by such Applicant, but only where such Sales Taxes are accrued or collected after the date of this Order, or where such Sales Taxes were accrued or collected prior to the date of this Order but not required to be remitted until on or after the date of this Order; and

(c)     any amount payable to the Crown in right of Canada or of any Province or Territory thereof or any political subdivision thereof or any other taxation authority in respect of municipal realty, municipal business or other taxes, assessments or levies of any nature or kind which are entitled at law to be paid in priority to claims of secured creditors and which are attributable to or in respect of the carrying on of the Business by such Applicant.

9.      THIS COURT ORDERS that until such time as an Applicant delivers a notice in writing to repudiate a real property lease in accordance with paragraph 11(c) of this Order (a "Notice of Repudiation"), each Applicant shall pay all amounts constituting rent or payable as rent under real property leases (including, for greater certainty, common area maintenance charges, utilities and realty taxes and any other amounts payable to the landlord under the lease) or as otherwise may be negotiated by such Applicant and the landlord from time to time ("Rent"), for the period commencing from and including the date of this Order, monthly on the first day of each month,