# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/14/2010 | Brian Heinimann | Airfare | Travel to client office in North Carolina on 2/15 and return to Chicago on 2/19: United Airlines: O'Hare / Raleigh 02/15/2010 to 2/19/2010. | 494.56 |
| 2/17/2010 | Brian Heinimann | Airfare | Flight to client site and return: Southwest: MDW / RDU 02/22/2010 to 02/25/2010. | 408.40 |
| 2/25/2010 | Brian Heinimann | Airfare | Flight to client site and return: Southwest: MDW / RDU 03/01/2010 to 03/04/2010. | 304.40 |
| 2/12/2010 | Coley P. Brown | Airfare | Airfare from ORD to RDU (one way) for week of 2/15-2/19.: United: ORD / RDU 02/15/2010 to 02/19/2010. | 231.70 |
| 2/17/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 2/22-2/25. Includes one way airfare back from RDU during week of 2/15-2/19.: United: ORD/RDU 02/21/2010 to 02/25/2010. | 1,003.10 |
| 2/24/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 3/1-3/5.: United: ORD / RDU 03/01/2010 to 03/05/2010. | 453.40 |
| 2/1/2010 | Joseph J. McKenna | Airfare | UNITED AIRLINES   CHICAGO   IL: Airfare to and from Chicago office while traveling on Nortel engagement.: UNITED AIRLINES: LGA/ORD 02/01/2010 to 02/04/2010. | 624.40 |
| 2/17/2010 | Joseph J. McKenna | Airfare | CONTINENTAL AIRLINES CHICAGO   IL: Airfare from EWR to RDU while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR/RDU 02/22/2010 to 02/25/2010. | 459.90 |
| 2/25/2010 | Joseph J. McKenna | Airfare | CONTINENTAL AIRLINES CHICAGO   IL: Airfare from EWR to RDU while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR/RDU 03/01/2010 to 03/04/2010. | 459.90 |
| 2/11/2010 | Lee A. Sweigart | Airfare | DELTA AIR LINES   CHICAGO   IL: Flight from IND to RDU: DELTA AIR LINES: IND 02/15/2010 to 02/18/2010. | 544.40 |
| 2/18/2010 | Lee A. Sweigart | Airfare | DELTA AIR LINES   CHICAGO   IL: Flight from IND to RDU for work at Nortel RTP: DELTA AIR LINES: IND/RDU 02/22/2010 to 02/25/2010. | 882.40 |
| 2/25/2010 | Lee A. Sweigart | Airfare | DELTA AIR LINES   CHICAGO   IL: Flight from IND to RDU for work at Nortel RTP: DELTA AIR LINES: IND/RDU 03/01/2010 to 03/04/2010. | 1,030.40 |
| 2/19/2010 | Matthew J. Fisher | Airfare | Travel to Raleigh, NC to visit RTP office (including $15 airport surcharge): United Airlines: ORD/RDU 02/15/2010 to 02/19/2010. | 665.56 |
| 2/26/2010 | Matthew J. Fisher | Airfare | Travel to Raleigh, NC to visit RTP office (including $15 airport surcharge): Southwest: MDW/RDU 02/22/2010 to 02/26/2010. | 423.40 |
| 2/1/2010 | Michael E. Scannella | Airfare | Continental, EWR to ORD, 2/1 - 2/4, travel to be with Nortel team.: Continental: EWR/ORD 02/01/2010 to 02/04/2010. | 375.35 |
| 2/11/2010 | Michael E. Scannella | Airfare | Travel to client site.: Continental: EWR/RDU 02/22/2010 to 02/25/2010. | 459.90 |
| 2/17/2010 | Michael E. Scannella | Airfare | Roundtrip flight to client site.: Continental: EWR/RDU 02/22/2010 to 02/25/2010. | 459.90 |
| 2/24/2010 | Michael E. Scannella | Airfare | Travel to clientsite.: Continental: EWR/RDU 03/01/2010 to 03/04/2010. | 459.90 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/15/2010 | Brian Heinimann | Ground Transportation | Cab to airport to catch flight to client site: Yellow Cab: Home / ORD Airport | 40.00 |
| 2/19/2010 | Brian Heinimann | Ground Transportation | Cab to office after return from visit to client site: Yellow Cab: ORD / Office | 40.00 |
| 2/22/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW to catch flight to client site: Yellow Cab: MDW | 40.00 |
| 2/25/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after client site: Yellow Cab: MDW | 40.00 |
| 2/3/2010 | Coley P. Brown | Ground Transportation | Cab from Chicago Firehouse restaurant to residence after working late on Nortel matters.: Cab: Chicago Firehouse / Residence | 25.00 |
| 2/8/2010 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 2/8/2010 | Coley P. Brown | Ground Transportation | Cab ride from RDU to Nortel HQ in RTP.: Cab: RDU / Nortel HQ | 20.00 |
| 2/12/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 2/15/2010 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 2/21/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 2/22/2010 | Coley P. Brown | Ground Transportation | Cab ride from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 2/22/2010 | Coley P. Brown | Ground Transportation | Cab ride from RDU to Nortel HQ in RTP.: Cab: RDU / Nortel HQ | 20.00 |
| 2/25/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 2/1/2010 | Joseph J. McKenna | Ground Transportation | CTA-O HARE 11047 L99 CHICAGO    IL: CTA Transit card for use while working on Nortel engagement in Chicago office.  Card used for travel to and from airport over multiple weeks.: CHICAGO TRANSIT AUTHORITY: O'Hare | 15.00 |
| 2/1/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car from residence in Lower Manhattan to LaGuardia Airport while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Residence/LGA | 41.00 |
| 2/1/2010 | Joseph J. McKenna | Ground Transportation | Taxi fro Chicago office to W Lakeshore Hotel while traveling on Nortel engagement.: Chicago: Chicago Office/W Hotel Lakeshore | 12.00 |
| 2/2/2010 | Joseph J. McKenna | Ground Transportation | Taxi to Chicago office from W Lakeshore Hotel while traveling on Nortel engagement.: Blue Ribbon Taxi: W Lakeshore Hotel to Chicago office. | 11.00 |
| 2/2/2010 | Joseph J. McKenna | Ground Transportation | Taxi from Chicago office to W Lakeshore Hotel while traveling on Nortel engagement.: Blue Ribbon: Chicago office to W Lakeshore Hotel | 12.00 |
| 2/4/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car to residence in Lower Manhattan from LaGuardia Airport while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: LGA/Residence | 39.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/8/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car from residence in Lower Manhattan to Newark Airport while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Residence/EWR | 64.00 |
| 2/11/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car to residence in Lower Manhattan from Newark Airport while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: EWR/Residence | 66.00 |
| 2/22/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to EWR Airport.: Dial 7: NYC / EWR | 66.00 |
| 2/24/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in Lower Manhattan from EWR Airport.: Dial 7: NYC / EWR | 70.00 |
| 2/1/2010 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron office: Taxi: W Lakeshore | 14.00 |
| 2/1/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from MDW: Taxi: Huron office | 37.00 |
| 2/2/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel: Taxi: Huron office | 14.00 |
| 2/2/2010 | Lee A. Sweigart | Ground Transportation | Ride to hotel from Huron office: Taxi: W Lakeshore | 14.00 |
| 2/3/2010 | Lee A. Sweigart | Ground Transportation | Ride to restaurant from Huron office: Taxi: Dinner in Chicago | 21.00 |
| 2/3/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from hotel: Taxi: Huron office | 14.00 |
| 2/4/2010 | Lee A. Sweigart | Ground Transportation | Ride to MDW from Huron office: Taxi: MDW airport | 37.00 |
| 2/8/2010 | Lee A. Sweigart | Ground Transportation | Ride to Nortel RTP from RDU airport: Taxi: Nortel RTP | 20.00 |
| 2/15/2010 | Lee A. Sweigart | Ground Transportation | Ride to Nortel RTP from RDU airport: Taxi: Nortel RTP | 20.00 |
| 2/18/2010 | Lee A. Sweigart | Ground Transportation | Cab ride to RDU airport from Nortel. | 25.00 |
| 2/22/2010 | Lee A. Sweigart | Ground Transportation | Ride from RDU airport to Nortel Networks RTP: Cab: RDU/Nortel | 20.00 |
| 2/25/2010 | Lee A. Sweigart | Ground Transportation | Ride from Sheraton RTP to RDU: Cab: Hotel/RDU | 20.00 |
| 2/15/2010 | Matthew J. Fisher | Ground Transportation | Transportation from residence to airport: Taxi: 1464 S. Michigan/ORD airport | 48.00 |
| 2/22/2010 | Matthew J. Fisher | Ground Transportation | Transportation from residence to MDW airport: Taxi: 1464 S. Michigan/MDW airport | 30.00 |
| 2/25/2010 | Matthew J. Fisher | Ground Transportation | Transportation from MDW airport to residence: Taxi: MDW airport to 1464 S. Michigan | 30.00 |
| 2/1/2010 | Michael E. Scannella | Ground Transportation | Transportation from Jersey City, NJ to EWR for travel on client matters.: A1 Limo: Jersey City/EWR | 78.00 |
| 2/1/2010 | Michael E. Scannella | Ground Transportation | Cab from ORD to Huron Office, Chicago.: Chicago Taxi: ORD/Huron Office | 44.00 |
| 2/1/2010 | Michael E. Scannella | Ground Transportation | Huron Office to W Lakeshore, Chicago.: Chicago Taxi: Huron Office/W Lakeshore | 13.00 |
| 2/3/2010 | Michael E. Scannella | Ground Transportation | Cab ride from Huron Office to W Lakeshore, Chicago.: Chicago Cab: Huron Office/W Lakeshore | 12.00 |
| 2/4/2010 | Michael E. Scannella | Ground Transportation | Cab from EWR to Jersey City, NJ.: Dial 7: EWR/Jersey City, NJ | 58.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/4/2010 | Michael E. Scannella | Ground Transportation | Cab ride from W Lakeshore to Huron Office, Chicago.: Chicago Cab: W Lakeshore/Huron Office | 10.00 |
| 2/4/2010 | Michael E. Scannella | Ground Transportation | Cab from Huron Office to ORD, Chicago.: Yellow Cab: Huron Office/ORD | 39.75 |
| 2/15/2010 | Michael E. Scannella | Ground Transportation | Cab from RDU to Nortel Office, NC.: RDU Cab: RDU/Nortel Office | 19.00 |
| 2/22/2010 | Michael E. Scannella | Ground Transportation | Car service to airport for travel on Nortel.: Dial 7: Jersey City/EWR | 59.00 |
| 2/24/2010 | Michael E. Scannella | Ground Transportation | Car from airport to home after travel for Nortel.: Dial 7: EWR/Jersey City | 59.00 |
| 2/19/2010 | Brian Heinimann | Hotel/Lodging | Stay at hotel while visiting client: Sheraton: Durham 02/15/2010 to 02/19/2010, 4 nights. | 614.24 |
| 2/25/2010 | Brian Heinimann | Hotel/Lodging | Hotel for 3 nights while visiting client site: Sheraton: Raleigh 02/22/2010 to 02/25/2010. | 460.68 |
| 2/12/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial Hotel: Sheraton Imperial, 4 nights: Raleigh 02/08/2010 to 02/12/2010. | 624.24 |
| 2/19/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial Hotel in Raleigh for 4 nights from 2/15-2/19.: Sheraton Imperial: Raleigh 02/15/2010 to 02/19/2010. | 624.24 |
| 2/23/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 2/22-2/25 (3 nights).: Sheraton Imperial: Raleigh 02/22/2010 to 02/25/2010. | 470.68 |
| 2/5/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: W LAKESHORE: CHICAGO 02/01/2010 to 02/04/2010, 3 nights. | 524.58 |
| 2/12/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM 02/08/2010 to 02/11/2010, 3 nights. | 460.68 |
| 2/26/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Sheraton Imperial: Durham, NC 02/22/2010 to 02/24/2010, 2 nights. | 383.90 |
| 2/5/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in Chicago for work on Nortel: W LAKESHORE 39: CHICAGO 02/01/2010 to 02/04/2010, 3 nights. | 515.85 |
| 2/12/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in RTP for work on Nortel: SHERATON IMPERIAL HOTEL GROUP INC: DURHAM 02/08/2010 to 2/11/2010, 3 nights. | 460.68 |
| 2/19/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel stay for work at Nortel RTP: IMPERIAL HOTEL GROUP INC: DURHAM 02/15/2010 to 02/18/2010, 3 nights. | 460.68 |
| 2/26/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel stay for work at Nortel RTP: IMPERIAL HOTEL GROUP INC: DURHAM 02/22/2010 to 02/25/2010, 3 nights. | 460.68 |
| 2/19/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting RTP offices: Sheraton: Durham, NC 02/15/2010 to 02/19/2010. | 634.24 |
| 2/25/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting RTP offices: Sheraton: Durham, NC 02/22/2010 to 02/25/2010. | 480.68 |
| 2/4/2010 | Michael E. Scannella | Hotel/Lodging | W Lakeshore, Chicago, 2/1 - 2/4, 3 nights, room + tip.: W Lakeshore: Chicago 02/01/2010 to 02/04/2010. | 526.69 |
| 2/11/2010 | Michael E. Scannella | Hotel/Lodging | Sheraton Imperial, RTP, 2/8 - 2/11, 3 nights, room + tip.: Sheraton: RTP 02/08/2010 to 02/11/2010. | 473.68 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/18/2010 | Michael E. Scannella | Hotel/Lodging | 3 nights, Sheraton, room + tip.: Sheraton: Raleigh 02/15/2010 to 02/18/2010, 3 nights. | 470.68 |
| 2/24/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip, 2 nights.: Sheraton: Durham 02/22/2010 to 02/24/2010. | 393.90 |
| 2/3/2010 | Brian Heinimann | Meals | Business dinner while working on Nortel engagement: Chicago Firehouse: Chicago Attendees: Brian Heinimann, Michael E. Scannella, Joseph J. McKenna, Coley P. Brown, Matthew J. Fisher, 5 people. | 250.00 |
| 2/15/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann and M. Fisher upon arriving at Sheraton Imperial in Raleigh: Sheraton: Durham Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 53.00 |
| 2/16/2010 | Brian Heinimann | Meals | Breakfast: Sheraton: Durham, 1 person | 3.74 |
| 2/17/2010 | Brian Heinimann | Meals | Dinner for team while working on Nortel engagement: Sansui: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, Coley P. Brown, Michael E. Scannella, Lee A. Sweigart, 5 people. | 168.78 |
| 2/17/2010 | Brian Heinimann | Meals | Breakfast: Sheraton: Durham (1 person) | 2.72 |
| 2/18/2010 | Brian Heinimann | Meals | Dinner for Nortel team while visiting client site in Durham, NC: Maggiano's: Durham, NC Attendees: Brian Heinimann, Matthew J. Fisher, Coley P. Brown, 3 people. | 133.63 |
| 2/19/2010 | Brian Heinimann | Meals | Lunch in ORD en route from client site to office: Burrito Beach: Chicago (1 person) | 8.57 |
| 2/22/2010 | Brian Heinimann | Meals | Lunch Harry Caray's for B. Heinimann and M. Fisher while en route to client: Harry Caray's: Chicago Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 38.67 |
| 2/22/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann and M. Fisher while visiting client site: Sheraton Hotel: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 75.50 |
| 2/23/2010 | Brian Heinimann | Meals | Breakfast while visiting client: Sheraton: Raleigh (1 person) | 3.74 |
| 2/24/2010 | Brian Heinimann | Meals | Meal for team at Mez while visiting client: Mez: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, Lee A. Sweigart, Coley P. Brown, 4 people. | 200.00 |
| 2/24/2010 | Brian Heinimann | Meals | Breakfast while visiting client: Sheraton: Raleigh (1 person) | 3.74 |
| 2/25/2010 | Brian Heinimann | Meals | Breakfast B. Heinimann and M. Fisher while visiting client: Sheraton: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 9.54 |
| 2/25/2010 | Brian Heinimann | Meals | Meal B. Heinimann Greanleaf's in RDU while en route to residence: Greanleaf's: Raleigh (1 person) | 10.56 |
| 2/8/2010 | Coley P. Brown | Meals | Breakfast at ORD while traveling on Nortel for Coley Brown (1 person).: ORD Airport: Chicago | 9.84 |
| 2/9/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 35.64 |
| 2/11/2010 | Coley P. Brown | Meals | Dinner at RDU while waiting for delayed flight from RDU to ORD for Coley Brown (1 person).: RDU Airport: Raleigh | 21.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/12/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP cafe for week of 2/8-2/12 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 2/15/2010 | Coley P. Brown | Meals | Breakfast at ORD while traveling on Nortel for Coley Brown (1 person).: ORD Airport: Chicago | 8.39 |
| 2/17/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 38.79 |
| 2/19/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP cafe for week of 2/15-2/19 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 2/22/2010 | Coley P. Brown | Meals | Breakfast at Great American Bagel for Coley Brown (1 person).: Great American Bagel: Chicago | 9.51 |
| 2/23/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 29.92 |
| 2/25/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP Cafe for week of 2/22-2/25 for Coley Brown (1 person).: Nortel RTP Cafe: Raleigh | 20.00 |
| 2/25/2010 | Coley P. Brown | Meals | Dinner at RDU while waiting for flight from RDU to ORD for Coley Brown (1 person).: RDU Airport: Raleigh | 19.00 |
| 2/1/2010 | Joseph J. McKenna | Meals | STARBUCKS USA 025650 CHICAGO    IL: Breakfast while traveling on Nortel engagement.: STARBUCKS: CHICAGO (1 person) | 4.35 |
| 2/1/2010 | Joseph J. McKenna | Meals | LAGUARDIA AUBONPAIN NEW YORK    NY: Breakfast while traveling on Nortel engagement.: AU BON PAIN: FLUSHING (1 person) | 7.37 |
| 2/2/2010 | Joseph J. McKenna | Meals | STARBUCKS USA 025650 CHICAGO    IL: Breakfast while traveling on Nortel engagement.: STARBUCKS: CHICAGO (1 person) | 6.80 |
| 2/2/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Dominoes: Chicago, IL (1 person) | 18.00 |
| 2/3/2010 | Joseph J. McKenna | Meals | STARBUCKS USA 025650 CHICAGO    IL: Breakfast while traveling on Nortel engagement.: STARBUCKS: CHICAGO (1 person) | 7.58 |
| 2/4/2010 | Joseph J. McKenna | Meals | STARBUCKS USA 025650 CHICAGO    IL: Breakfast while traveling on Nortel engagement.: STARBUCKS 2565: CHICAGO (1 person) | 8.42 |
| 2/4/2010 | Joseph J. McKenna | Meals | SEAMLESSWEB    800-905-9322    NY: Dinner while delayed traveling on Nortel engagement.: SEAMLESS WEB PROFESSIONAL: NEW YORK (1 person) | 24.50 |
| 2/5/2010 | Joseph J. McKenna | Meals | Room service; dinner while traveling on Nortel engagement.: W LAKESHORE: CHICAGO (1 person) | 44.47 |
| 2/8/2010 | Joseph J. McKenna | Meals | MCDONALD'S F25121 00 NEWARK    NJ: Breakfast at EWR while traveling on Nortel engagement.: McDonald's: NEWARK (1 person) | 7.29 |
| 2/8/2010 | Joseph J. McKenna | Meals | MEZ    DURHAM    NC: Team dinner while traveling on Nortel engagement.: Mez: DURHAM Attendees: Joseph J. McKenna, Lee A. Sweigart, Michael E. Scannella, Coley P. Brown, 4 people. | 103.67 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/9/2010 | Joseph J. McKenna | Meals | NORTEL-RTP-GAT029649 DURHAM NC: Breakfast while traveling on Nortel engagement.: SODEXO SERVICES INC.: Research Triangle Park, NC (1 person) | 4.59 |
| 2/9/2010 | Joseph J. McKenna | Meals | FUJISAN 120000090393 RALEIGH NC: Team dinner while traveling on Nortel engagement.: FUJISAN JAPANESE HOUSE: RALEIGH Attendees: Joseph J. McKenna, Lee A. Sweigart, Michael E. Scannella, 3 people. | 115.26 |
| 2/10/2010 | Joseph J. McKenna | Meals | Breakfast at RTP while traveling on Nortel engagement.: Nortel Cafeteria: Research Triangle Park (1 person) | 5.92 |
| 2/11/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafe: Research Triangle Park (1 person) | 6.25 |
| 2/22/2010 | Joseph J. McKenna | Meals | Newark Int'l AP - DN Newark NJ: Breakfast while traveling on Nortel engagement.: DNC Travel - Newark Airport: NEWARK (1 person) | 11.27 |
| 2/22/2010 | Joseph J. McKenna | Meals | MEZ DURHAM NC: Team dinner while traveling on Nortel engagement.: Mez: DURHAM Attendees: Joseph J. McKenna, Michael E. Scannella, Coley P. Brown, Lee A. Sweigart, 4 people. | 108.84 |
| 2/23/2010 | Joseph J. McKenna | Meals | Newark Int'l AP - DN Newark NJ: Breakfast while traveling on Nortel engagement.: Nortel RTP Cafeteria: Raleigh, NC (1 person) | 6.25 |
| 2/24/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Popeye's RDU: Raleigh, NC (1 person) | 6.94 |
| 2/24/2010 | Joseph J. McKenna | Meals | Newark Int'l AP - DN Newark NJ: Breakfast while traveling on Nortel engagement.: Nortel RTP Cafeteria: Raleigh, NC (1 person) | 5.65 |
| 2/1/2010 | Lee A. Sweigart | Meals | Dinner at Bistro Pacific: Bisto Pacific: Chicago (1 person) | 30.54 |
| 2/1/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: IND airport: Indianapolis (1 person) | 5.70 |
| 2/2/2010 | Lee A. Sweigart | Meals | Dinner at Fireplace Inn: The Fireplace Inn: Chicago Attendees: Lee A. Sweigart, Coley P. Brown, Matthew J. Fisher, 3 people. | 122.30 |
| 2/3/2010 | Lee A. Sweigart | Meals | Dinner: Carms Beef: Chicago (1 person) | 24.12 |
| 2/4/2010 | Lee A. Sweigart | Meals | Breakfast at W Lakeshore - Week of 2/1: W Lakeshore: Chicago (1 person) | 22.62 |
| 2/5/2010 | Lee A. Sweigart | Meals | HARRY CARAYS 2953240 CHICAGO IL: Lunch before flight at MDW: Harey Caray's - MDW: CHICAGO (1 person). | 25.00 |
| 2/8/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Cafe Patachou: Indianapolis (1 person). | 15.00 |
| 2/11/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel - week of 2/8: Sheraton Durham: Durham (1 person) | 17.89 |
| 2/11/2010 | Lee A. Sweigart | Meals | Dinner at RDU: 42ND Street Oyster Bar - RDU: Raleigh (1 person) | 49.27 |
| 2/15/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Starbucks: IND (1 person) | 4.24 |
| 2/18/2010 | Lee A. Sweigart | Meals | 42ND STREET BA678126 RALEIGH NC: Dinner at RDU airport - 42nd St Oyster Bar: HMS HOST CORP: RALEIGH (1 person) | 33.30 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/18/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafeteria week of 2/15: Nortel Cafe: RTP (1 person) | 24.58 |
| 2/22/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Starbucks: IND (1 person) | 7.63 |
| 2/22/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafeteria: Nortel cafe: RTP (1 person) | 8.00 |
| 2/25/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafeteria week of 2/22: Nortel cafe: RTP (1 person) | 22.34 |
| 2/15/2010 | Matthew J. Fisher | Meals | Dinner at ORD airport: Bergoff cafe: Chicago (1 person) | 22.22 |
| 2/22/2010 | Matthew J. Fisher | Meals | Dinner at MDW airport: Harry Carays: Chicago, IL (1 person) | 19.89 |
| 2/1/2010 | Michael E. Scannella | Meals | Giordano's, Chicago, Dinner while traveling, 1 person, Mike Scannella.: Giordano's: Chicago | 40.00 |
| 2/4/2010 | Michael E. Scannella | Meals | W Lakeshore, room service, 1 person, Mike Scannella.: W Lakeshore: Chicago. | 50.00 |
| 2/4/2010 | Michael E. Scannella | Meals | Wolfgang Puck Express, ORD, Dinner while waiting for flight, 1 person, Mike Scannella: Wolfgang Puck: ORD | 12.73 |
| 2/8/2010 | Michael E. Scannella | Meals | Au Bon Pain, Breakfast while waiting for flight, 1 person, Mike Scannella.: Au Bon Pain: EWR | 8.66 |
| 2/9/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, 1 person, Mike Scannella.: Nortel Cafe: RTP | 5.38 |
| 2/10/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, 1 person, Mike Scannella.: Nortel Cafe: RTP | 6.13 |
| 2/10/2010 | Michael E. Scannella | Meals | Serena, Durham, Team dinner, 4 people.: Serena: Durham Attendees: Michael E. Scannella, Coley P. Brown, Lee A. Sweigart, Joseph J. McKenna | 126.20 |
| 2/11/2010 | Michael E. Scannella | Meals | Team dinner while traveling.: Varsity Grill: RDU Attendees: Michael E. Scannella, Joseph J. McKenna, 2 people. | 24.06 |
| 2/11/2010 | Michael E. Scannella | Meals | Nortel Cafe, RTP, Breakfast, 1 person, Mike Scannella.: Nortel Cafe: RTP | 5.81 |
| 2/15/2010 | Michael E. Scannella | Meals | Team dinner while traveling.: Mez: Durham Attendees: Michael E. Scannella, Lee A. Sweigart, Coley P. Brown, 3 people. | 83.15 |
| 2/16/2010 | Michael E. Scannella | Meals | Team dinner while traveling.: Angus Barn: Durham Attendees: Michael E. Scannella, Lee A. Sweigart, Coley P. Brown, Matthew J. Fisher, Brian Heinimann, 5 people. | 250.00 |
| 2/18/2010 | Michael E. Scannella | Meals | Nortel Cafe, Breakfast, 4 days, 2/15 - 2/18.: Nortel Cafe: RTP (1 person) | 23.27 |
| 2/18/2010 | Michael E. Scannella | Meals | Dinner while traveling.: Victory Grill: RDU (1 person) | 20.62 |
| 2/22/2010 | Michael E. Scannella | Meals | Breakfast while waiting for a flight.: Au Bon Pain: EWR (1 person) | 8.66 |
| 2/23/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite, 2 days.: Nortel Cafe: RTP (1 person) | 13.47 |
| 2/23/2010 | Michael E. Scannella | Meals | Team dinner while traveling.: Carino's: Durham Attendees: Michael E. Scannella, Lee A. Sweigart, Coley P. Brown, Joseph J. McKenna, Brian Heinimann, Matthew J. Fisher, 5 people. | 181.17 |
| 2/24/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight.: Great American Bagel: RDU (1 person) | 9.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/4/2010 | Lee A. Sweigart | Mileage | Mileage for commute to IND from home: IND airport 02/01/2010 to 02/04/2010. | 25.00 |
| 2/11/2010 | Lee A. Sweigart | Mileage | Mileage for commute to IND from home: IND airport 02/08/2010 to 02/11/2010. | 25.00 |
| 2/15/2010 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport: Home/IND 02/15/2010 to 02/18/2010. | 25.00 |
| 2/22/2010 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport: Home/IND 02/22/2010 to 02/25/2010. | 25.00 |
| 2/8/2010 | Michael E. Scannella | Mileage | Mileage to EWR from Jersey City, NJ, roundtrip, 22 miles.: Jersey City/EWR 02/08/2010 to 02/11/2010. | 11.00 |
| 2/15/2010 | Michael E. Scannella | Mileage | Mileage to airport for travel on Nortel.: Jersey City / EWR 02/15/2010 to 02/18/2010. | 11.00 |
| 2/4/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS   IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 02/01/20, 4 days. | 72.00 |
| 2/11/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS   IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 02/08/20, 4 days | 72.00 |
| 2/18/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS   IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 02/15/20, 4 days. | 72.00 |
| 2/25/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS   IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 02/22/20, 3 days. | 58.00 |
| 2/11/2010 | Michael E. Scannella | Parking & Tolls | EWR Parking (4 days) and roundtrip tolls from Jersey City.: EWR: EWR 02/08/2010 to 02/11/2010. | 120.00 |
| 2/18/2010 | Michael E. Scannella | Parking & Tolls | 4 days, parking + tolls (round trip from Jersey City).: EWR: EWR 02/15/2010 to 02/18/2010. | 120.00 |
| 2/19/2010 | Brian Heinimann | Rental Car | Rental car while working on Nortel in Raleigh: National: Raleigh Durham 02/15/2010 to 02/19/201 | 256.86 |
| 2/25/2010 | Brian Heinimann | Rental Car | Rental car while working on Nortel in Raleigh: National: Raleigh Durham 02/22/2010 to 02/25/201 | 218.72 |
| 2/21/2010 | Coley P. Brown | Rental Car | Rental car while in Raleigh on Nortel engagement for week of 2/15. | 588.83 |
| 2/11/2010 | Joseph J. McKenna | Rental Car | AVIS RENT A CAR   RALEIGH   NC: Rental car for team while traveling on Nortel engagement.: AVIS RENT A CAR CORP: Raleigh, NC 02/08/2010 to | 259.40 |
| 2/22/2010 | Michael E. Scannella | Rental Car | Rental car, 3 days.: Avis: Raleigh 02/22/2010 to 02/24/2010. | 198.96 |
| 2/4/2010 | Brian Heinimann | Telecom | Internet service to perform Nortel work while in Bonita Springs, FL: Hyatt Regency: Bonita Springs 02/04/2010 to 02/0 | 25.00 |
| 2/25/2010 | Brian Heinimann | Telecom | Internet on flight from RDU to MDW while working on Nortel client matters: Southwest: Chicago 02/25/2010 to 02/25/2010. | 5.00 |
| 2/4/2010 | Coley P. Brown | Telecom | Internet in hotel room in Ft. Myers for purposes of performing work on Nortel related matters.: Hyatt: Ft. Myers 02/04/2010 to 02/04/2010. | 10.00 |

                                                                              **Total**         **$  25,626.14**