## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Ninth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on March 23, 2010, in the manner indicated upon the entity identified below and those on the attached service list.

Dated: March 23, 2010

_____
Alissa T. Gazze (No. 5338)

## VIA OVERNIGHT MAIL

Nossaman LLP
Attn: Robert S. McWhorter, Esq.
915 L Street, Suite 1000
Sacramento, CA 95814
(Counsel to Bell Microproducts Canada)

3467523.1