# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,352.33 |
| Conference Call /Telephone Charges | $8,124.80 |
| Courier Service/Postage | $108.63 |
| Duplicating (@ $0.10 per page) | $1,671.30 |
| Meals/Committee Meeting Expenses | $3,154.76 |
| Travel Expenses – Airfare | $3,670.22 |
| Travel Expenses – Ground Transportation | $1,823.47 |
| Travel Expenses – Train Fare | $2,969.00 |
| **TOTAL** | **$26,874.51** |

8276763 v1