# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

**Attorneys at Law**

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1301081 |
| ATTN: JOHN DOLITTLE | Invoice Date 03/15/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/14/09 | Duplication - In House Photocopy - Donohue, Ryan, NY, 52 page(s) | $5.20 |
| 08/14/09 | Duplication - In House Photocopy - Donohue, Ryan, NY, 2 page(s) | $0.20 |
| 09/04/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 633 page(s) | $63.30 |
| 09/14/09 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: FEUERSTEIN TONY D TICKET #: 0502347586 DEPARTURE DATE: 09/14/2009 ROUTE: NYP WIL NYP | $149.00 |
| 11/06/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Charrito's | $50.00 |
| 11/07/09 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmines | $50.00 |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 1710 page(s) | $171.00 |
| 11/17/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 56 page(s) | $5.60 |
| 11/18/09 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 684 page(s) | $68.40 |
| 01/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 621747 DATE: 1/10/2010 Davis Ken Kenneth) - 9th Ave Pearl on the Sushi - 01/04/2010 | $31.64 |
| 01/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $37.34 |

| | | |
|---|---|---|
| | SOLUTIONS INVOICE#: 621747 DATE: 1/10/2010 Sturm Joshua - Abigaels on Broadway - 01/04/2010 | |
| 01/05/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 621747 DATE: 1/10/2010 Sturm Joshua - Abigaels on Broadway - 01/05/2010 | $36.27 |
| 01/05/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0509767100 DEPARTURE DATE: 01/05/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/05/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 7681535455 DEPARTURE DATE: 01/06/2010 ROUTE: NYP WIL NYP | $372.00 |
| 01/05/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: DAVIS KENNETH A TICKET #: 0509161274 DEPARTURE DATE: 01/05/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/05/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: DAVIS KENNETH A TICKET #: 7681535454 DEPARTURE DATE: 01/06/2010 ROUTE: NYP WIL NYP | $372.00 |
| 01/06/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 621747 DATE: 1/10/2010 Kahn Brad - Alpha Fusion - 01/06/2010 | $24.87 |
| 01/06/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 031A0F DEPARTURE DATE: 01/06/2010 ROUTE: WIL NYP | $0.00 |
| 01/06/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0509802113 DEPARTURE DATE: 01/06/2010 ROUTE: WIL NYP | $37.00 |
| 01/06/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 | $0.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: DAVIS KENNETH A TICKET #: 0319B1 DEPARTURE DATE: 01/06/2010 ROUTE: NYP WIL NYP | |
| 01/06/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: DAVIS KENNETH A TICKET #: 0509805515 DEPARTURE DATE: 01/06/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/12/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652472 DATE: 1/22/2010  Vendor: Executive Royal Voucher #: 190414 Date: 01/12/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 190414 Date: 01/12/2010 Name: Brad Kahn | $26.93 |
| 01/13/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652472 DATE: 1/22/2010  Vendor: Executive Royal Voucher #: 200208 Date: 01/13/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 200208 Date: 01/13/2010 Name: Brad Kahn | $26.93 |
| 01/13/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652472 DATE: 1/22/2010  Vendor: Executive Royal Voucher #: 200384 Date: 01/13/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 200384 Date: 01/13/2010 Name: Peter Sprofera | $31.36 |
| 01/19/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 626965 DATE: 1/24/2010 Kahn Brad - Connollys Irish Pub & Restaurant - 01/19/2010 | $27.68 |
| 01/19/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652696 DATE: 1/29/2010  Vendor: Executive Royal Voucher #: 195768 Date: 01/19/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 195768 Date: 01/19/2010 Name: Brad Kahn | $26.93 |
| 01/19/10 | Travel - Ground Transportation Medallion car | $11.00 |
| 01/19/10 | Duplication - In House  Photocopy - User # 990100, NY, 221 page(s) | $22.10 |
| 01/20/10 | Travel - Ground Transportation | $9.08 |

| Date | Description | Amount |
|---|---|---|
| 01/20/10 | Medallion car Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 345264 DATE: 1/22/2010 SENDER'S NAME: ; JOB NUMBER: 3063046; PICKUP: 1 BRYANT PARK; DESTINATION: 4 KETTLEPOND ROAD; DATE: 01/20/2010 | $90.21 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0520437900 DEPARTURE DATE: 01/20/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 7681535471 DEPARTURE DATE: 01/21/2010 ROUTE: NYP WIL NYP | $432.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: HODARA FRED TICKET #: 0520437901 DEPARTURE DATE: 01/20/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: HODARA FRED TICKET #: 7681535472 DEPARTURE DATE: 01/21/2010 ROUTE: NYP WIL NYP | $432.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: ROWE KEVIN M TICKET #: 0520437902 DEPARTURE DATE: 01/20/2010 ROUTE: NWK WIL NWK | $37.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: ROWE KEVIN M TICKET #: 0520437903 DEPARTURE DATE: 01/20/2010 ROUTE: NWK WIL NYP | $37.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: ROWE KEVIN M TICKET #: 7681535473 DEPARTURE DATE: 01/21/2010 ROUTE: NWK WIL NWK | $298.00 |
| 01/20/10 | Travel - Train Fare VENDOR: DINERS | $298.00 |

| Date | Description | Amount |
|---|---|---|
| 01/21/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652696 DATE: 1/29/2010 Vendor: Executive Royal Voucher #: 206955 Date: 01/21/2010 Name: Kevin Rowe‖Car Service, Vendor: Executive Royal Voucher #: 206955 Date: 01/21/2010 Name: Kevin Rowe | $146.42 |
| 01/21/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652696 DATE: 1/29/2010 Vendor: Executive Royal Voucher #: 206076 Date: 01/21/2010 Name: Kevin Rowe‖Car Service, Vendor: Executive Royal Voucher #: 206076 Date: 01/21/2010 Name: Kevin Rowe | $147.94 |
| 01/21/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1095120 DATE: 2/3/2010 Vendor: Dial Car Voucher #: DLA3094467 Date: 01/21/2010 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3094467 Date: 01/21/2010 Name: David Botter | $119.25 |
| 01/21/10 | Travel - Ground Transportation Medallion car | $8.40 |
| 01/21/10 | Meals - Business  F. Hodara; Primo Cappuccino | $12.40 |
| 01/21/10 | Travel - Ground Transportation  Seacoast Cab Company | $9.00 |
| 01/21/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: HODARA FRED TICKET #: 112E7A DEPARTURE DATE: 01/21/2010 ROUTE: NYP WIL NYP | $0.00 |
| 01/21/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: HODARA FRED TICKET #: 0520498913 DEPARTURE DATE: 01/21/2010 ROUTE: NYP WIL NYP | $37.00 |
| 01/21/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: ROWE KEVIN M TICKET #: 0520503311 DEPARTURE DATE: 01/21/2010 ROUTE: WIL NWK | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 01/21/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: ROWE KEVIN M TICKET #: 1328D8 DEPARTURE DATE: 01/21/2010 ROUTE: WIL NWK | $216.00 |
| 01/25/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 652696 DATE: 1/29/2010 Vendor: Executive Royal Voucher #: RVK883A1C8 Date: 01/25/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVK883A1C8 Date: 01/25/2010 Name: Stephen Kuhn | $37.40 |
| 01/25/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: KUHN STEPHEN TICKET #: 0520594772 DEPARTURE DATE: 01/25/2010 ROUTE: LGA YYZ LGA | $37.00 |
| 01/25/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: KUHN STEPHEN TICKET #: 7732976420 DEPARTURE DATE: 01/27/2010 ROUTE: LGA YYZ LGA | $1,580.36 |
| 01/26/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 630118 DATE: 1/31/2010 Feuerstein Tony - Subway 8th Ave) - 01/26/2010 | $11.50 |
| 01/26/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 653109 DATE: 2/5/2010 Vendor: Executive Royal Voucher #: 202300 Date: 01/26/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 202300 Date: 01/26/2010 Name: Brad Kahn | $26.93 |
| 01/26/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0520629426 DEPARTURE DATE: 01/26/2010 ROUTE: LGA YYZ | $37.00 |
| 01/26/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 7732976874 DEPARTURE DATE: 01/27/2010 ROUTE: LGA YYZ | $770.88 |
| 01/26/10 | Travel - Airfare VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 01/26/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: KUHN STEPHEN TICKET #: 0520623453 DEPARTURE DATE: 01/26/2010 ROUTE: YYZ LGA | $1,170.98 |
| 01/26/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN10-53062500000206 DATE: 1/29/2010 PASSENGER: KUHN STEPHEN TICKET #: 7732976799 DEPARTURE DATE: 01/27/2010 ROUTE: YYZ LGA | $37.00 |
| 01/26/10 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1324620 DATE: 1/26/2010 NAME: VONDLE DAVID TICKET #: 0520618201 DEPARTURE DATE: 01/26/2010 ROUTE: DCA YYZ DCA | |
| 01/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 630118 DATE: 1/31/2010 Kahn Brad - Szechuan Gourmet - 01/27/2010 | $25.34 |
| 01/27/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 653109 DATE: 2/5/2010 Vendor: Executive Royal Voucher #: RVX983A1E8 Date: 01/27/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVX983A1E8 Date: 01/27/2010 Name: Stephen Kuhn | $148.58 |
| 01/27/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 653109 DATE: 2/5/2010 Vendor: Executive Royal Voucher #: RVZ983A1F8 Date: 01/27/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: RVZ983A1F8 Date: 01/27/2010 Name: Stephen Kuhn | $181.76 |
| 01/27/10 | Meals - Business Lunch for David Botter, Stephen Kuhn and Chris Kearns from Capstone ($82.85 Canadian).; D. Botter, S. Kuhn, C. Kearns; Nortel - Molson Pub | $78.33 |
| 01/27/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1095613 DATE: 2/17/2010 Vendor: Dial Car Voucher #: DLA3031799 Date: 01/27/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3031799 Date: 01/27/2010 Name: David Botter | $159.98 |
| 01/27/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $113.16 |

| Date | Description | Amount |
|---|---|---|
| 01/28/10 | 1095613 DATE: 2/17/2010 Vendor: Dial Car Voucher #: DLA3042916 Date: 01/27/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3042916 Date: 01/27/2010 Name: David Botter Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 308; DATE ORDERED: 1/28/10 | $30.80 |
| 02/01/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 634758 DATE: 2/7/2010 Feuerstein Tony - Subway 8th Ave) - 02/01/2010 | $11.50 |
| 02/03/10 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 2/3/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $8.54 |
| 02/03/10 | Computerized Legal Research - Westlaw User: SHELDON,JAIME Date: 2/3/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $219.71 |
| 02/03/10 | Travel - Train Fare Amtrak service fee re: train change.; Nortel - Amtrak | $30.00 |
| 02/04/10 | Duplication - In House Photocopy - Sheldon, Jaime, NY, 1310 page(s) | $131.00 |
| 02/04/10 | Duplication - In House Photocopy - Sheldon, Jaime, NY, 1371 page(s) | $137.10 |
| 02/04/10 | Computerized Legal Research - Westlaw User: HAILU,MICHAEL Date: 2/4/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,102.06 |
| 02/04/10 | Computerized Legal Research - Westlaw User: SHELDON,JAIME Date: 2/4/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $3,003.08 |
| 02/04/10 | Meals (100%) 2/3/10 P Sanchez - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800069; DATE: 2/4/2010 | $166.58 |
| 02/04/10 | Meals (100%) 2/4/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800069; DATE: 2/4/2010 | $353.03 |
| 02/05/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374145 DATE: 2/12/2010 Vendor: Prime Time Voucher #: 270253 Date: 02/05/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 270253 Date: | $71.05 |

| Date | Description | Amount |
|---|---|---|
| 02/05/10 | 02/05/2010 Name: Lisa Beckerman Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 02001-54901-10; DATE: 2/5/2010 | $8,124.80 |
| 02/08/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 635513 DATE: 2/14/2010 Beckerman Lisa - Amadeus Pizza - 02/08/2010 | $16.39 |
| 02/08/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374145 DATE: 2/12/2010 Vendor: Prime Time Voucher #: 265601 Date: 02/08/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 265601 Date: 02/08/2010 Name: Lisa Beckerman | $71.05 |
| 02/08/10 | Meals - Business Ad Hoc Reps - Katzenstein, Pisa, Borow, Kearns, Botter, Hodara; db Bistro Moderne | $391.08 |
| 02/09/10 | Computerized Legal Research - Westlaw User: WOODSON,JENNY Date: 2/9/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $114.87 |
| 02/09/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 635513 DATE: 2/14/2010 Kahn Brad - Szechuan Gourmet - 02/09/2010 | $24.22 |
| 02/09/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 653527 DATE: 2/19/2010 Vendor: Executive Royal Voucher #: 200332 Date: 02/09/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 200332 Date: 02/09/2010 Name: Brad Kahn | $26.93 |
| 02/10/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 494 page(s) | $49.40 |
| 02/11/10 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 276; DATE ORDERED: 2/11/10 | $27.60 |
| 02/11/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 635513 DATE: 2/14/2010 Kahn Brad - Aceluck - 02/11/2010 | $20.55 |
| 02/11/10 | Meals - Business 2/8/10 B Kahn - Akin professionals meeting working meal (10 people) VENDOR: RESTAURANT | $175.29 |

| Date | Description | Amount |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800070; DATE: 2/11/2010 | |
| 02/11/10 | Meals - Business 2/11/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800070; DATE: 2/11/2010 | $330.33 |
| 02/11/10 | Meals - Business 2/11/10 S Thibodeaux - Team Meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800070; DATE: 2/11/2010 | $53.57 |
| 02/12/10 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 2/12/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.46 |
| 02/13/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374362 DATE: 2/19/2010 Vendor: Prime Time Voucher #: 90043 Date: 02/13/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 90043 Date: 02/13/2010 Name: Lisa Beckerman | $71.05 |
| 02/17/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 640491 DATE: 2/21/2010 Sturm Joshua - Abigaels on Broadway - 02/17/2010 | $29.63 |
| 02/17/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374588 DATE: 2/26/2010 Vendor: Prime Time Voucher #: 267414 Date: 02/17/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 267414 Date: 02/17/2010 Name: Lisa Beckerman | $85.33 |
| 02/18/10 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 772 page(s) | $77.20 |
| 02/18/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E080 DATE: 2/20/2010 TRACKING #: 1Z02E52E0151953612; PICKUP DATE: 02/18/2010; SENDER: Millie Andino; RECEIVER: David H. Botter - Snow Cloud Lodge; | $18.42 |
| 02/18/10 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 585; DATE ORDERED: 2/18/10 | $58.50 |
| 02/18/10 | Meals - Business 2/16/2010 - P SANCHEZ VENDOR: RESTAURANT | $182.47 |

| Date | Description | Amount |
|---|---|---|
| 02/18/10 | ASSOCIATES; INVOICE#: 2033800071; DATE: 2/18/2010 - CUSTOMER NUMBER: F203380000 Meals - Business 2/17/2010 - P SANCHEZ | $89.28 |
| 02/18/10 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800071; DATE: 2/18/2010 - CUSTOMER NUMBER: F203380000 Meals - Business 2/18/2010 - B KAHN | $353.03 |
| 02/19/10 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800071; DATE: 2/18/2010 - CUSTOMER NUMBER: F203380000 Duplication - In House Photocopy - Barloon, Rebecca, NY, 2202 page(s) | $220.20 |
| 02/19/10 | Duplication - In House Photocopy - Diaz, Estela, NY, 47 page(s) | $4.70 |
| 02/20/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374588 DATE: 2/26/2010 Vendor: Prime Time Voucher #: 265651 Date: 02/20/2010 Name: Lisa Beckerman‖Car Service, Vendor: Prime Time Voucher #: 265651 Date: 02/20/2010 Name: Lisa Beckerman | $71.05 |
| 02/22/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Sturm Joshua - Abigaels on Broadway - 02/22/2010 | $33.76 |
| 02/22/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 374901 DATE: 3/5/2010 Vendor: Prime Time Voucher #: 265937 Date: 02/22/2010 Name: Lisa Beckerman‖Car Service, Vendor: Prime Time Voucher #: 265937 Date: 02/22/2010 Name: Lisa Beckerman | $71.05 |
| 02/23/10 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 16 page(s) | $1.60 |
| 02/23/10 | Duplication - In House Photocopy - Barloon, Rebecca, NY, 874 page(s) | $87.40 |
| 02/23/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Kahn Brad - Touch of India - 02/23/2010 | $29.25 |
| 02/23/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654155 DATE: 3/5/2010 Vendor: Executive Royal Voucher #: 949679 Date: 02/23/2010 Name: Brad Kahn‖Car Service, Vendor: Executive | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 02/24/10 | Royal Voucher #: 949679 Date: 02/23/2010 Name: Brad Kahn | |
| 02/24/10 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 2/24/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $846.86 |
| 02/24/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Herlihy Jessica - Energy Kitchen W47th) - 02/24/2010 | $21.78 |
| 02/24/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Feuerstein Tony - Subway 8th Ave) - 02/24/2010 | $11.50 |
| 02/24/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654155 DATE: 3/5/2010 Vendor: Executive Royal Voucher #: 169243 Date: 02/24/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 169243 Date: 02/24/2010 Name: Brad Kahn | $26.93 |
| 02/25/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STURM JOSHUA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 02/25/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STURM JOSHUA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 02/25/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Bernath Kinga - Akdeniz - 02/25/2010 | $22.09 |
| 02/25/10 | Meals (100%) 2/24/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800072; DATE: 2/25/2010 | $143.72 |
| 02/25/10 | Meals (100%) 2/25/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800072; DATE: 2/25/2010 | $299.41 |
| 02/25/10 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 510; DATE ORDERED: 2/25/10 | $510.00 |
| 02/25/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: | $71.05 |

| Date | Description | Amount |
|---|---|---|
| 02/27/10 | 374901 DATE: 3/5/2010 Vendor: Prime Time Voucher #: 274465 Date: 02/25/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 274465 Date: 02/25/2010 Name: Lisa Beckerman Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 644094 DATE: 2/28/2010 Beckerman Lisa - Westway Diner - 02/27/2010 | $10.93 |

Current Expenses     $26,874.51