# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 63.50 | $60,325.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 92.20 | $80,675.00 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 73.60 | $71,760.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 31.10 | $20,059.50 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 40.20 | $31,155.00 |
| Jordan J. Metzger | Partner for 9 years; Admitted in 1984; Real Estate Department | $620 | 8.50 | $5,270.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 11.70 | $9,243.00 |
| Sarah A. Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 27.50 | $17,600.00 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 16.20 | $10,935.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 44.40 | $29,970.00 |
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $600 | 8.90 | $5,340.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 117.40 | $70,440.00 |

8276763 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brian D. Geldert | Counsel for 2 years; Admitted in 2004; Financial Restructuring Department | $600 | 9.40 | $5,640.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 55.40 | $30,470.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003 | $600 | 98.10 | $58,860.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 80.80 | $40,400.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 166.80 | $75,060.00 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 15.30 | $5,355.00 |
| Rebecca L. Barloon | Legal Assistant for 3 years; Financial Restructuring Department | $200 | 1.40 | $280.00 |
| Kinga Bernath | Legal Assistant for 4 years; Corporate Department | $200 | 4.50 | $900.00 |
| Michael S. Hailu | Legal Assistant for 5 years; Litigation Department | $225 | 2.80 | $630.00 |
| Jessica A. Herlihy | Legal Assistant for 2 years; Litigation Department | $200 | 2.00 | $400.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 5.60 | $1,232.00 |
| Jaime M. Sheldon | Legal Assistant for 6 years; Litigation Department | $225 | 16.40 | $3,690.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 3.30 | $841.50 |