## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) And 363(b) For An Order (A) Authorizing The Debtors To Accept The Metro Ethernet Networks Argentina Side Offer And (B) Granting Related Relief** was caused to be made on March 24, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  March 24, 2010

*Alissa T Gazze*
Alissa T. Gazze (No. 5338)

3469485.1