# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 Through February 28, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 342.00 |
| Transcripts | | 4,700.74 |
| Photos/Art/ Spec Duplicating | | 5,636.67 |
| Travel | | 308.10 |
| Meals | | 368.92 |
| Messenger | | 180.00 |
| Courier/Delivery Service | | 818.35 |
| Computer Research | Westlaw | 280.34 |
| Duplicating | In Office | 10,648.60 |
| Facsimile | | 2,320.25 |
| Postage | | 131.18 |
| Paralegal Overtime | (A. Conway – 2/1/10, 2/10/10)[6] | 15.82 |
| Conference Calls | | 12.16 |
| **Grand Total Expenses** | | **$25,763.13** |

---

[6]    Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA   245386

AS OF 02/28/10

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 795246 | 02/16/10 | B | 217.00 | Court Costs - U.S. BANKRUPTCY COURT' 2 CERTIFIED COPIES OF DI 2070 FOR JOSEPH LANZKRON AT CLEARY GOTTLIEB | 503 | 904 | 168345 |
| 795693 | 02/17/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE' PRO HAC FOR NEIL P. FORREST | 503 | 904 | 168388 |
| 795732 | 02/18/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTR OF DELAWARE' PRO HAC FOR J. LANZKRON | 503 | 597 | 168406 |
| 797060 | 02/25/10 | B | 75.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC VICE ADMISSION OF NANCY PICKNALLY, BRENDAN GIBBON, AND DAVID OLIWENSTEIN | 503 | 904 | 168607 |
| 798945 | 02/26/10 | B | 369.50 | Transcripts - VERITEXT/NEW YORK REPORTING C HEARING - CERTIFIED TRANSCRIPT, ELECTRONIC SERVICE CHARGES, AND SHIPPING & HANDLING - 02/26/10 | 506 | 904 | 168890 |
| 798779 | 02/26/10 | B | 4,331.24 | Transcripts - WILCOX & FETZER, LTD' BANKRUPTCY COURT HEARING, CHAPTER 15, CHAPTE 11, AND ORIGINAL E-TRANSCRIPT EXPEDITED | 506 | 322 | 168828 |
| 795718 | 02/12/10 | B | 1,098.90 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 168392 |
| 795844 | 02/17/10 | B | 573.40 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 168420 |
| 796145 | 02/18/10 | B | 2,624.85 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 168434 |
| 798797 | 02/25/10 | B | 631.16 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 168848 |
| 798798 | 02/26/10 | B | 708.36 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 168849 |
| 799142 | 02/26/10 | B | 308.10 | Travel - EAGLE TRANSPORTATION SERVICES; PU MNAT/ DROP: MNAT - 02/26/10 | 511 | 904 | 168927 |
| 792839 | 02/03/10 | B | 22.50 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 5 - 02/03/10 | 512 | 626 | 168130 |
| 797388 | 02/24/10 | B | 21.42 | Meals - WORKING MEAL FOR A. GAZZE, A. REMMING - 02/24/10 | 512 | 948 | 168694 |
| 797373 | 02/25/10 | B | 62.50 | Meals - URBAN CAFE, LLC' SNACKS FOR 10 - 02/25/10 | 512 | 904 | 168671 |
| 798424 | 02/25/10 | B | 262.50 | Meals - SUGARFOOT FINE FOOD' DINNER FOR 10 - 02/25/10 | 512 | 904 | 168797 |
| 797886 | 02/03/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 797889 | 02/03/10 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA   245386

AS OF 02/28/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 797880 | 02/03/10 | B | 3.00 | Messenger Service | 513S | 948 | |
| 797916 | 02/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 797927 | 02/04/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 797983 | 02/09/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 797995 | 02/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 797991 | 02/12/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 797994 | 02/12/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 798041 | 02/16/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 798032 | 02/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798033 | 02/16/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 798036 | 02/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798044 | 02/16/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 798051 | 02/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798053 | 02/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798058 | 02/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798061 | 02/17/10 | B | 12.00 | Messenger Service | 513S | 597 | |
| 798070 | 02/18/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798072 | 02/18/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798074 | 02/18/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798076 | 02/18/10 | B | 15.00 | Messenger Service | 513S | 597 | |
| 798067 | 02/18/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 798068 | 02/18/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 798085 | 02/19/10 | B | 6.00 | Messenger Service | 513S | 662 | |
| 798103 | 02/22/10 | B | 6.00 | Messenger Service | 513S | 662 | |
| 798114 | 02/22/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 798135 | 02/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798138 | 02/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798144 | 02/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798149 | 02/25/10 | B | 30.00 | Messenger Service | 513S | 597 | |
| 798177 | 02/26/10 | B | 3.00 | Messenger Service | 513S | 651 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA  245386                    AS OF 02/28/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 798180 | 02/26/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 798174 | 02/26/10 | B | 6.00 | Messenger Service | 513S | 662 | |
| 792495 | 02/01/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168076 |
| 792496 | 02/01/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168076 |
| 792497 | 02/01/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168076 |
| 792493 | 02/01/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168076 |
| 792494 | 02/01/10 | B | 14.45 | Courier/Delivery Service | 514 | 597 | 168076 |
| 792498 | 02/01/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168076 |
| 792499 | 02/01/10 | B | 15.26 | Courier/Delivery Service | 514 | 000 | 168076 |
| 792636 | 02/01/10 | B | 27.29 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 168098 |
| 793052 | 02/02/10 | B | 38.29 | Courier/Delivery Service | 514 | 000 | 168191 |
| 792644 | 02/02/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168099 |
| 792642 | 02/02/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168099 |
| 792643 | 02/02/10 | B | 10.50 | Courier/Delivery Service | 514 | 597 | 168099 |
| 795703 | 02/09/10 | B | 31.50 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 594 | 168390 |
| 795702 | 02/12/10 | B | 105.40 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 168390 |
| 795765 | 02/16/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168417 |
| 796281 | 02/17/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168449 |
| 796282 | 02/17/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168449 |
| 796283 | 02/17/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168449 |
| 796551 | 02/17/10 | B | 43.67 | Courier/Delivery Service | 514 | 000 | 168517 |
| 797030 | 02/18/10 | B | 86.95 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 168573 |
| 797246 | 02/24/10 | B | 27.29 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 168667 |
| 797262 | 02/24/10 | B | 15.26 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797263 | 02/24/10 | B | 14.45 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797264 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797265 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797266 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797267 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797268 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 797269 | 02/24/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168668 |
| 798188 | 02/24/10 | B | 38.29 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 168738 |
| 798196 | 02/26/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798197 | 02/26/10 | B | 14.45 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798198 | 02/26/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798199 | 02/26/10 | B | 15.26 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798200 | 02/26/10 | B | 12.48 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798201 | 02/26/10 | B | 10.50 | Courier/Delivery Service | 514 | 000 | 168739 |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA  245386

AS OF 02/28/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 798202 | 02/26/10 | B | 15.69 | Courier/Delivery Service | 514 | 000 | 168739 |
| 798633 | 02/26/10 | B | 27.29 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 168807 |
| 798634 | 02/26/10 | B | 27.29 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 168807 |
| 798635 | 02/26/10 | B | 27.29 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 168807 |
| 796171 | 02/08/10 | B | 59.40 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 796172 | 02/09/10 | B | 41.85 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 797457 | 02/17/10 | B | 40.22 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 797458 | 02/18/10 | B | 39.42 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 797724 | 02/22/10 | B | 24.86 | Computer Research - Westlaw Search Performed by: BIRD,J,JOHN | 515 | 941 | |
| 797725 | 02/23/10 | B | 50.67 | Computer Research - Westlaw Search Performed by: BIRD,J,JOHN | 515 | 941 | |
| 797727 | 02/24/10 | B | 14.13 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 797726 | 02/24/10 | B | 7.54 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 322 | |
| 797728 | 02/26/10 | B | 2.25 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NAITHAN | 515 | 975 | |
| 791684 | 02/01/10 | B | 12.00 | In-House Duplicating | 519 | 670 | |
| 791681 | 02/01/10 | B | 2.60 | In-House Duplicating | 519 | 597 | |
| 791682 | 02/01/10 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 791683 | 02/01/10 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 792181 | 02/02/10 | B | 2.00 | In-House Duplicating | 519 | 662 | |
| 792537 | 02/03/10 | B | 1.50 | In-House Duplicating | 519 | 597 | |
| 792681 | 02/04/10 | B | 8.80 | In-House Duplicating | 519 | 597 | |
| 793259 | 02/09/10 | B | 8.50 | In-House Duplicating | 519 | 597 | |
| 794899 | 02/12/10 | B | 1.00 | In-House Duplicating | 519 | 605 | |
| 794902 | 02/12/10 | B | 19.20 | In-House Duplicating | 519 | 597 | |
| 794900 | 02/12/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 794901 | 02/12/10 | B | 0.20 | In-House Duplicating | 519 | 662 | |
| 795165 | 02/15/10 | B | 20.40 | In-House Duplicating | 519 | 605 | |
| 795301 | 02/15/10 | B | 20.40 | In-House Duplicating | 519 | 605 | |
| 795632 | 02/16/10 | B | 23.60 | In-House Duplicating | 519 | 670 | |
| 795633 | 02/16/10 | B | 2.80 | In-House Duplicating | 519 | 670 | |
| 795636 | 02/17/10 | B | 0.20 | In-House Duplicating | 519 | 670 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA 245386

AS OF 02/28/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 795634 | 02/17/10 | B | 4.20 | In-House Duplicating | 519 | 597 | |
| 797817 | 02/17/10 | B | 185.20 | In-House Duplicating | 519 | 605 | |
| 795635 | 02/17/10 | B | 1.80 | In-House Duplicating | 519 | 597 | |
| 795814 | 02/18/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 795815 | 02/18/10 | B | 19.50 | In-House Duplicating | 519 | 597 | |
| 795816 | 02/18/10 | B | 2.60 | In-House Duplicating | 519 | 597 | |
| 795817 | 02/18/10 | B | 19.20 | In-House Duplicating | 519 | 605 | |
| 797822 | 02/18/10 | B | 0.50 | In-House Duplicating - CD Burn | 519 | 626 | |
| 796326 | 02/19/10 | B | 46.40 | In-House Duplicating | 519 | 605 | |
| 796325 | 02/19/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 796414 | 02/22/10 | B | 10.00 | In-House Duplicating | 519 | 670 | |
| 797836 | 02/23/10 | B | 63.20 | In-House Duplicating | 519 | 597 | |
| 796647 | 02/23/10 | B | 0.20 | In-House Duplicating | 519 | 662 | |
| 797000 | 02/24/10 | B | 2.40 | In-House Duplicating | 519 | 662 | |
| 796996 | 02/24/10 | B | 2.40 | In-House Duplicating | 519 | 597 | |
| 796999 | 02/24/10 | B | 13.80 | In-House Duplicating | 519 | 605 | |
| 797001 | 02/24/10 | B | 0.10 | In-House Duplicating | 519 | 605 | |
| 797840 | 02/24/10 | B | 40.80 | In-House Duplicating | 519 | 904 | |
| 796997 | 02/24/10 | B | 13.70 | In-House Duplicating | 519 | 597 | |
| 796998 | 02/24/10 | B | 18.50 | In-House Duplicating | 519 | 597 | |
| 797100 | 02/25/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 797102 | 02/25/10 | B | 174.00 | In-House Duplicating | 519 | 579 | |
| 797104 | 02/25/10 | B | 86.40 | In-House Duplicating | 519 | 579 | |
| 797105 | 02/25/10 | B | 405.00 | In-House Duplicating | 519 | 579 | |
| 797107 | 02/25/10 | B | 77.60 | In-House Duplicating | 519 | 623 | |
| 797106 | 02/25/10 | B | 10.90 | In-House Duplicating | 519 | 904 | |
| 797099 | 02/25/10 | B | 26.00 | In-House Duplicating | 519 | 670 | |
| 797103 | 02/25/10 | B | 27.20 | In-House Duplicating | 519 | 605 | |
| 797108 | 02/25/10 | B | 146.40 | In-House Duplicating | 519 | 605 | |
| 797101 | 02/25/10 | B | 0.60 | In-House Duplicating | 519 | 662 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA   245386          AS OF 02/28/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 797332 | 02/26/10 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 795401 | 02/04/10 | B | 3.00 | Postage | 520 | 597 | |
| 795413 | 02/12/10 | B | 3.70 | Postage | 520 | 904 | |
| 795408 | 02/12/10 | B | 11.50 | Postage | 520 | 662 | |
| 795419 | 02/13/10 | B | 1.75 | Postage | 520 | 597 | |
| 795433 | 02/16/10 | B | 6.00 | Postage | 520 | 597 | |
| 799494 | 02/17/10 | B | 2.10 | Postage | 520 | 597 | |
| 799500 | 02/17/10 | B | 3.00 | Postage | 520 | 597 | |
| 799503 | 02/18/10 | B | 6.28 | Postage | 520 | 904 | |
| 799504 | 02/18/10 | B | 5.00 | Postage | 520 | 662 | |
| 799508 | 02/18/10 | B | 34.65 | Postage | 520 | 662 | |
| 799516 | 02/22/10 | B | 3.10 | Postage | 520 | 597 | |
| 799527 | 02/25/10 | B | 34.65 | Postage | 520 | 662 | |
| 799535 | 02/26/10 | B | 16.45 | Postage | 520 | 000 | |
| 792878 | 02/01/10 | B | 556.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 168162 |
| 798877 | 02/02/10 | B | 906.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 594 | 168161 |
| 798785 | 02/24/10 | B | 858.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 168836 |
| 794970 | 02/01/10 | B | 11.92 | Paralegal Overtime | 530S | 594 | |
| 796713 | 02/10/10 | B | 3.90 | Paralegal Overtime | 530S | 594 | |
| 791685 | 02/01/10 | B | 7.00 | In-House Printing - black & white | 541 | 597 | |
| 793033 | 02/08/10 | B | 9.75 | In-House Printing - black & white | 541 | 597 | |
| 794903 | 02/12/10 | B | 3.55 | In-House Printing - black & white | 541 | 597 | |
| 795637 | 02/16/10 | B | 0.05 | In-House Printing - black & white | 541 | 597 | |
| 795638 | 02/17/10 | B | 23.00 | In-House Printing - black & white | 541 | 662 | |
| 795818 | 02/18/10 | B | 0.30 | In-House Printing - black & white | 541 | 597 | |
| 797819 | 02/18/10 | B | 176.85 | In-House Printing - black & white | 541 | 597 | |
| 797821 | 02/18/10 | B | 5.25 | In-House Printing - black & white | 541 | 597 | |
| 799048 | 02/23/10 | B | 2,937.85 | In-House Printing - black & white | 541 | 597 | |
| 799217 | 02/23/10 | B | 2,937.85 | In-House Printing - black & white | 541 | 597 | |
| 799403 | 02/23/10 | B | 2,937.85 | In-House Printing - black & white | 541 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/10 10:04:26

PRO FORMA  245386

AS OF 02/28/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 799049 | 02/24/10 | B | 20.30 | In-House Printing - black & white | 541 | 662 | |
| 799218 | 02/24/10 | B | 20.30 | In-House Printing - black & white | 541 | 662 | |
| 799404 | 02/24/10 | B | 20.30 | In-House Printing - black & white | 541 | 662 | |
| 797848 | 02/25/10 | B | 14.25 | In-House Printing - black & white | 541 | 597 | |
| 797109 | 02/25/10 | B | 7.15 | In-House Printing - black & white | 541 | 579 | |
| 796511 | 02/08/10 | B | 12.16 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 168514 |

25,763.13