```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                          )     Case No. 09-10138 (KG)
                                )
                                )
NORTEL NETWORKS, INC.,          )
                                )     Chapter 11
                                )
                                )     Courtroom 3
                                )     824 Market Street
            Debtors.            )     Wilmington, Delaware
                                )
                                )     March 17, 2010
                                )     11:01 a.m.


                      TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For the Debtors:                Morris, Nichols, Arsht &
                                Tunnell
                                BY: ANNIE CORDO, ESQ.
                                1201 North Market Street
                                18th Floor
                                Wilmington, DE 19899-1347
                                (302) 351-9459
                                     -AND-
                                Cleary, Gottlieb, Steen &
                                Hamilton
                                BY: LISA M. SCHWEITZER, ESQ.
                                One Liberty Plaza
                                New York, NY 10006
                                (212) 225-2629
                                     -AND-
                                Nortel Networks, Inc.
                                BY: PAVI BINNING
                                BY: ANNA VENTRESCA
                                (302) 351-9158

(Appearances continued.)

ECRO:                           Jennifer Pasierb

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the UK Plan
Administrators:                    Young, Conaway, Stargatt &
                                   Taylor, LLP
                                   BY: JAIME LUTON, ESQ.
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, DE 19801
                                   (302) 571-6600

For the Committee:                 Richards, Layton & Finger, PA
                                   BY: CHRISTOPHER SAMIS, ESQ.
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, DE 1901
                                   (302) 651-7845
                                         -AND-
                                   Akin Gump
                                   BY: DAVID BOTTER, ESQ.
                                   BY: FRED S. HODARA, ESQ.
                                   BY: SARAH SCHULTZ, ESQ.
                                   One Bryant Park
                                   New York, NY 10036
                                   (212) 872-1000
                                         -AND-
                                   Jefferies & Co., Inc.
                                   BY: PATRICK MORROW
                                   520 Madison Avenue
                                   10th Floor
                                   New York, NY 10022
                                   (212) 284-2374

For Jefferies & Company:           Cross & Simon, LLC
                                   BY: KEVIN MANN, ESQ.
                                   913 North Market Street
                                   11th Floor
                                   Wilmington, DE 19801
                                   (302) 777-4200

For AT&T:                          Fulbright & Jaworski
                                   BY: MARK C. HAUT, ESQ.
                                   BY: DAVID ROSENZWEIG, ESQ.
                                   666 Firth Avenue
                                   New York, NY 10103-3198
                                   (212) 318-3000

```
APPEARANCES:
(Continued)

For the Creditors Committee:   Fraser, Milner & Casgrain
                               BY: RYAN JACOBS, ESQ.
                               1 First Canadian Place
                               39th Floor
                               100 King Street West
                               Toronto, Ontario
                               M5X 1B2
                               (416) 863-4715


For Fraser, Milner &
Casgrain:                      Fraser, Milner & Casgrain
                               BY: MICHAEL WUNDER, ESQ.
                               1 First Canadian Place
                               39th Floor
                               100 King Street West
                               Toronto, Ontario
                               M5X 1B2
                               (416) 863-4715


For FlexTronics:               Curtis, Mallet-Prevost, Colt
                               Mosle, LLP
                               BY: JAMES V. DREW, ESQ.
                               101 Park Avenue
                               New York, NY 10178-0061
                               (212) 696-6000


For Tricadia Capital:          Tricadia Capital
                               BY: STEPHEN GRISANTI
                               780 3rd Avenue, 29th Floor
                               New York, NY 10017-7050
                               (602) 769-2334


For Ernst & Young:             Allen & Overy, LLP
                               BY: LISA KRAIDIN, ESQ.
                               1221 Avenue of the Americas
                               New York, NY 10020
                               (212) 610-7300


For Hondo Sen:                 Cetus Capital
                               BY: HONDO SEN
                               8 Sound Shore Drive, Suite 303
                               Greenwich, CT 06830
                               (203) 552-3542


For U.S. Trustee:              Office of the U.S. Trustee
                               BY: PATRICK TINKER, ESQ.
                               J. Caleb Boggs Federal Bldg.
                               844 King Street, Suite 2207
                               Wilmington, DE 19801
                               (302) 573-6491
```

1    WILMINGTON, DELAWARE, WEDNESDAY, MARCH 17, 2010, 11:01 A.M

2             THE CLERK:  Please rise.

3             THE COURT:  Good morning, everyone.  Thank you

4    and please be seated.  It's good to see you all.

5             Ms. Cordo, good morning.

6             MS. CORDO:  Good morning, Your Honor.  Annie

7    Cordo, Morris, Nichols, Arsht & Tunnell on behalf of the

8    debtors.  I think we might set a record for the fastest

9    Nortel hearing ever today.  We have a very quick agenda.

10            THE COURT:  But it's the average that counts, Ms.

11   Cordo.

12        (Laughter)

13            MS. CORDO:  Yeah.  I think average, this will

14   probably be the outlier.

15            THE COURT:  Yes.

16            MS. CORDO:  With regards to Item Number 1, you've

17   already entered an order on the Linklaters retention.

18            THE COURT:  Yes.

19            MS. CORDO:  With Item Number 2, which was just

20   the carry-over of those two remaining objections with

21   regards to the CEVA's (sic) sale, AT&T has been adjourned to

22   the next hearing, and we have an agreement in principle with

23   Verizon that we will document and file a notice on the

24   record.

25            And that just leaves our professional fee

1    applications.  I have a form of order if I can hand up and

2    then just run you through some of the footnotes on it.

3                THE COURT:  Yes.  Thank you, Ms. Cordo.

4                MS. CORDO:  Thank you.

5                THE COURT:  Please.  I see you're wearing some

6    green.

7                MS. CORDO:  Of course, Your Honor.

8                THE COURT:  All right.

9                MS. CORDO:  It's St. Patrick's Day.

10               THE COURT:  I'm proud of you.

11               MS. CORDO:  My maiden name was O'Donnell, so I

12   figure I've got to --

13               THE COURT:  Absolutely.

14               MS. CORDO:  -- represent.

15               There are just a couple of changes that -- since

16   the applications.

17               THE COURT:  Yes.

18               MS. CORDO:  On Page 2 of Exhibit A, which is the

19   debtors' exhibit, we just have with regards to Lazard --

20   this was noted in the agenda -- we are just continuing the

21   sale transaction fee portion to the next hearing, so we've

22   just deducted those out of the two column totals.

23               THE COURT:  Exactly.

24               MS. CORDO:  And then with regards to Palisades

25   and Punter, which these are Footnotes 7 and 8, those are two

1  of the debtors' pension professionals.  We've filed a motion

2  to modify their employment.  So, as such, they're -- it

3  effects their November and December fees, so those are being

4  approved subject to the approval of the modification of

5  their retention.

6              THE COURT:  Exactly.

7              MS. CORDO:  So those were the only changes.  I

8  don't believe the committee had any notes on theirs other

9  than the standard conversion rate footnotes.  And I think

10  that is all we had for the fees.

11              THE COURT:  All right.  Anyone else?

12        (No verbal response)

13              THE COURT:  We have reviewed the fees.  I have

14  found them in good order and acceptable, and I am pleased to

15  grant the applications as indicated in the order and I'm

16  going to sign that right now before I forget.

17              MS. CORDO:  Thank you, Your Honor.

18              THE COURT:  I also wanted to indicate that I will

19  be issuing an order this week on the request for

20  certification on the appeal to the Third Circuit.  I've

21  concluded that I will not certify the appeal, but in the --

22  I will, as I said, confirm that in an order that I will

23  issue this week.

24              MS. CORDO:  Thank you very much, Your Honor.

25              THE COURT:  It just takes time and I was on the

1    end -- the ending of another opinion and I wanted to get

2    that one out first, but I did just want to at least alert

3    people that I haven't forgotten you and it will be

4    forthcoming.

5              MS. CORDO:  Well, thank you very much, Your

6    Honor.  We appreciate it.

7              THE COURT:  Anyone else either in the courtroom

8    or on the telephone?

9         (No verbal response)

10              THE COURT:  All right.  I have signed the order

11    and it's a beautiful day.  I give you all permission and

12    encouragement to take a detour on the way back to the

13    office.  And I -- if you would like, I can tell people that

14    we didn't finish until, oh, close noon.

15         (Laughter)

16              THE COURT:  All right.

17              MS. CORDO:  Thank you, Your Honor.

18              THE COURT:  And we'll stand in recess everyone.

19    Have a good day.

20         (Whereupon at 11:04 a.m., the hearing was adjourned)

21

22

23

24

25

1                          <u>CERTIFICATION</u>

2              I   certify   that   the   foregoing   is   a   correct

3    transcript   from   the   electronic   sound   recording   of   the

4    proceedings in the above-entitled matter.

5

6

7

8    Sherri Breach                    March 22, 2010

9    AAERT Cert. No. 397

10   Certified Court Transcriptionist

| Word | Page:Line |
|---|---|
| a.m(3) 1:16 4:1 7:20 | |
| above-entitled(1) 8:4 | |
| absolutely(1) 5:13 | |
| acceptable(1) 6:14 | |
| adjourned(2) 4:21 7:20 | |
| administrators(1) 2:5 | |
| aert(1) 8:9 | |
| agenda(2) 4:9 5:20 | |
| agreement(1) 4:22 | |
| akin(1) 2:20 | |
| alert(1) 7:2 | |
| all(7) 4:4 5:8 6:10 6:11 7:10 7:11 7:16 | |
| allen(1) 3:36 | |
| already(1) 4:17 | |
| also(1) 6:18 | |
| americas(1) 3:38 | |
| and(24) 1:32 1:39 2:19 2:27 4:4 4:23 4:25 5:1 5:24 5:25 5:25 6:3 6:9 6:14 6:14 6:15 6:25 7:1 7:3 7:11 7:11 7:13 7:18 | |
| anna(1) 1:42 | |
| annie(2) 1:27 4:6 | |
| another(1) 7:1 | |
| any(1) 6:8 | |
| anyone(2) 6:11 7:7 | |
| appeal(2) 6:20 6:21 | |
| appearances(1) 1:45 | |
| applications(3) 5:1 5:16 6:15 | |
| appreciate(1) 7:6 | |
| approval(1) 6:4 | |
| approved(1) 6:4 | |
| are(5) 5:15 5:20 5:25 5:25 6:3 | |
| arsht(1) 1:25 4:7 | |
| att (2) 2:42 4:21 | |
| avenue(5) 2:30 2:45 3:26 3:32 3:38 | |
| average(2) 4:10 4:13 | |
| back(1) 7:12 | |
| bankruptcy(2) 1:1 1:20 | |
| beautiful(1) 7:11 | |
| been(1) 4:21 | |
| before(2) 1:19 6:16 | |
| behalf(1) 4:7 | |
| being(1) 6:3 | |
| believe(1) 6:8 | |
| binning(1) 1:41 | |
| bldg(1) 3:50 | |
| boggs(1) 3:50 | |
| botter(1) 2:21 | |
| brandywine(1) 2:8 | |
| breach(1) 8:8 | |
| bryant(1) 2:24 | |
| building(1) 2:8 | |
| but(3) 4:10 6:21 7:2 | |
| caleb(1) 3:50 | |
| can(2) 5:1 7:13 | |
| canadian(2) 3:6 3:16 | |
| capital(3) 3:30 3:30 3:42 | |
| carry-over(1) 4:20 | |
| case(1) 1:5 | |
| casgrain(3) 3:4 3:14 3:14 | |
| cert(1) 8:9 | |
| certification(2) 6:20 8:1 | |
| certify(2) 6:21 8:2 | |
| cetus(1) 3:42 | |
| ceva's(1) 4:21 | |
| changes(2) 5:15 6:7 | |
| chapter(1) 1:9 | |
| christopher(1) 2:14 | |
| circuit(1) 6:20 | |
| cleary(1) 1:33 | |
| clerk(1) 4:2 | |
| close(1) 7:14 | |
| colt(1) 3:23 | |
| column(1) 5:22 | |
| committee(3) 2:13 3:4 6:8 | |
| company(1) 2:35 | |
| conaway(1) 2:5 | |
| concluded(1) 6:21 | |

| Word | Page:Line |
|---|---|
| confirm(1) 6:22 | |
| continued(1) 1:45 2:2 3:2 | |
| continuing(1) 5:20 | |
| conversion(1) 6:9 | |
| cordo(21) 1:27 4:5 4:6 4:7 4:11 4:13 4:16 4:19 5:3 5:4 5:7 5:9 5:11 5:14 5:18 5:24 6:7 6:17 6:24 7:5 7:17 | |
| correct(1) 8:2 | |
| counts(1) 4:10 | |
| couple(1) 5:15 | |
| course(1) 5:7 | |
| court(21) 1:1 4:3 4:10 4:15 4:18 5:3 5:5 5:8 5:10 5:13 5:17 5:23 6:6 6:11 6:13 6:18 6:25 7:7 7:10 7:16 7:18 | |
| courtroom(2) 1:11 7:7 | |
| creditors(1) 3:4 | |
| cross(1) 2:35 | |
| curtis(1) 3:23 | |
| data(1) 1:49 | |
| david(2) 2:21 2:44 | |
| day(3) 5:9 7:11 7:19 | |
| debtors(5) 1:13 1:25 4:8 5:19 6:1 | |
| december(1) 6:3 | |
| deducted(1) 5:22 | |
| delaware(3) 1:2 1:13 4:1 | |
| detour(1) 7:12 | |
| diaz(1) 1:49 | |
| did(1) 7:2 | |
| didn't(1) 7:14 | |
| district(1) 1:2 | |
| document(1) 4:23 | |
| don't(1) 6:8 | |
| drew(1) 3:25 | |
| drive(1) 3:44 | |
| ecro(1) 1:47 | |
| effects(1) 6:3 | |
| either(1) 7:7 | |
| electronic(2) 1:54 8:3 | |
| else(2) 6:11 7:7 | |
| employment(1) 6:2 | |
| encouragement(1) 7:12 | |
| end(1) 7:1 | |
| ending(1) 7:1 | |
| entered(1) 4:17 | |
| ernst(1) 3:36 | |
| esq(15) 1:27 1:35 2:7 2:14 2:21 2:22 2:23 2:36 2:43 2:44 3:5 3:15 3:25 3:37 3:49 | |
| ever(1) 4:9 | |
| everyone(1) 4:3 7:18 | |
| exactly(2) 5:23 6:6 | |
| exhibit(3) 5:18 5:18 5:19 | |
| fastest(1) 4:8 | |
| federal(1) 3:50 | |
| fee(2) 4:25 5:21 | |
| fees(3) 6:3 6:10 6:13 | |
| figure(1) 5:12 | |
| file(1) 4:23 | |
| filed(1) 6:1 | |
| finger(1) 2:13 | |
| finish(1) 7:14 | |
| first(3) 3:6 3:16 7:2 | |
| firth(1) 2:45 | |
| flextronics(1) 3:23 | |
| floor(7) 1:29 2:9 2:31 2:38 3:7 3:17 3:32 | |
| footnotes(1) 5:2 5:25 6:9 | |
| for(16) 1:2 1:25 2:4 2:13 2:35 2:42 3:4 3:13 3:23 3:30 3:36 3:42 3:48 4:8 6:10 6:19 | |
| foregoing(1) 8:2 | |
| forget(1) 6:16 | |
| forgotten(1) 7:3 | |
| form(1) 5:1 | |
| forthcoming(1) 7:4 | |
| found(1) 6:14 | |
| fraser(3) 3:4 3:13 3:14 | |
| fred(1) 2:22 | |

| Word | Page:Line |
|---|---|
| from(1) 8:3 | |
| fulbright(1) 2:42 | |
| get(1) 7:1 | |
| give(1) 7:11 | |
| going(1) 6:16 | |
| good(6) 4:3 4:4 4:5 4:6 6:14 7:19 | |
| got(1) 5:12 | |
| gottlieb(1) 1:33 | |
| grant(1) 6:15 | |
| green(1) 5:6 | |
| greenwich(1) 3:45 | |
| grisanti(1) 3:31 | |
| gross(1) 1:19 | |
| gump(1) 2:20 | |
| had(2) 6:8 6:10 | |
| hamilton(1) 1:34 | |
| hand(1) 5:1 | |
| harrisburg(1) 1:51 | |
| has(1) 4:21 | |
| haut(1) 2:43 | |
| have(8) 4:9 4:22 5:1 5:19 6:13 6:13 7:10 7:19 | |
| haven't(1) 7:3 | |
| hearing(4) 4:9 4:22 5:21 7:20 | |
| hodara(1) 2:22 | |
| hondo(2) 3:42 3:43 | |
| honor(6) 4:6 5:7 6:17 6:24 7:6 7:17 | |
| honorable(1) 1:19 | |
| i'm(2) 5:10 6:15 | |
| i've(2) 5:12 6:20 | |
| inc(3) 1:8 1:40 2:28 | |
| indicate(1) 6:18 | |
| indicated(1) 6:15 | |
| issue(1) 6:23 | |
| issuing(1) 6:19 | |
| it's(4) 4:4 4:10 5:9 7:11 | |
| item(2) 4:16 4:19 | |
| jacobs(1) 3:5 | |
| jaime(1) 2:7 | |
| james(1) 3:25 | |
| jaworski(1) 2:42 | |
| jefferies(2) 2:28 2:35 | |
| jennifer(1) 1:47 | |
| judge(1) 1:20 | |
| just(9) 4:19 4:25 5:2 5:15 5:19 5:20 5:22 6:25 7:2 | |
| kevin(1) 1:19 2:36 | |
| king(4) 2:16 3:8 3:18 3:51 | |
| kraidin(1) 3:37 | |
| laughter(2) 4:12 7:15 | |
| layton(1) 2:13 | |
| lazard(1) 5:19 | |
| least(1) 7:2 | |
| leaves(1) 4:25 | |
| liberty(1) 1:36 | |
| like(1) 7:13 | |
| linklaters(1) 4:17 | |
| lisa(2) 1:35 3:37 | |
| llc(1) 2:35 | |
| llp(3) 2:6 3:24 3:36 | |
| luton(1) 2:7 | |
| m5x(2) 3:10 3:20 | |
| madison(1) 2:30 | |
| maiden(1) 5:11 | |
| mallet-prevost(1) 3:23 | |
| mann(1) 2:36 | |
| march(3) 1:15 4:1 8:8 | |
| mark(1) 2:43 | |
| market(3) 1:12 1:28 2:37 | |
| matter(1) 8:4 | |
| michael(1) 3:15 | |
| might(1) 4:8 | |
| milner(3) 3:4 3:13 3:14 | |
| modification(1) 6:4 | |
| modify(1) 6:2 | |
| morning(4) 4:3 4:5 4:6 | |

| Word | Page:Line |
|---|---|
| morris(2) 1:25 4:7 | |
| morrow(1) 2:29 | |
| mosle(1) 3:24 | |
| motion(1) 6:1 | |
| much(2) 6:24 7:5 | |
| name(1) 5:11 | |
| networks(2) 1:8 1:40 | |
| new(7) 1:37 2:25 2:32 2:46 3:27 3:33 3:39 | |
| next(4) 4:22 5:21 | |
| nichols(2) 1:25 4:7 | |
| noon(1) 7:14 | |
| nortel(3) 1:8 1:40 4:9 | |
| north(3) 1:28 2:16 2:37 | |
| not(1) 6:21 | |
| noted(1) 5:20 | |
| notes(1) 6:8 | |
| notice(1) 4:23 | |
| november(1) 6:3 | |
| now(1) 6:16 | |
| number(2) 4:16 4:19 | |
| o'donnell(1) 1:51 | |
| objections(1) 4:20 | |
| office(2) 3:48 7:13 | |
| one(4) 1:36 2:15 2:24 7:2 | |
| only(1) 6:7 | |
| ontario(2) 3:9 3:19 | |
| opinion(1) 7:1 | |
| order(7) 4:17 5:1 6:14 6:15 6:19 6:22 | |
| other(1) 6:8 | |
| our(1) 4:25 | |
| out(2) 5:22 7:2 | |
| outlier(1) 4:14 | |
| overy(1) 3:36 | |
| page(1) 5:18 | |
| palisades(1) 5:24 | |
| park(2) 2:24 3:26 | |
| pasierb(1) 1:47 | |
| patrick(2) 2:29 3:49 | |
| patrick's(1) 5:9 | |
| pavi(1) 1:41 | |
| pennsylvania(1) 1:51 | |
| pension(1) 6:1 | |
| people(2) 7:3 7:13 | |
| permission(1) 7:11 | |
| place(2) 3:6 3:16 | |
| plan(1) 2:4 | |
| plaza(1) 1:36 | |
| please(3) 4:2 4:4 5:5 | |
| pleased(1) 6:14 | |
| portion(1) 5:21 | |
| ppearances(1) 1:23 2:1 3:1 | |
| principle(1) 4:22 | |
| probably(1) 4:14 | |
| proceedings(1) 1:18 1:54 8:4 | |
| produced(1) 1:55 | |
| professional(1) 4:25 | |
| professionals(1) 6:1 | |
| proud(1) 5:10 | |
| punter(1) 5:25 | |
| quick(1) 4:9 | |
| rate(1) 6:9 | |
| recess(1) 7:18 | |
| record(2) 4:8 4:24 | |
| recorded(1) 1:54 | |
| recording(2) 1:54 8:3 | |
| regards(4) 4:16 4:21 5:19 5:24 | |
| remaining(1) 4:20 | |
| represent(1) 5:14 | |
| request(1) 6:19 | |
| response(2) 6:12 7:9 | |
| retention(2) 4:17 6:5 | |
| reviewed(1) 6:13 | |
| richards(1) 2:13 | |
| right(5) 5:8 6:11 6:16 7:10 7:16 | |
| rise(1) 4:2 | |
| rodney(1) 2:15 | |
| rosenzweig(1) 2:44 | |
| run(1) 5:2 | |

| Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|
| ryan(1) 3:5 | | two(3) 4:20  5:22  5:25 | |
| said(1) 6:22 | | u.s(2) 3:48  3:48 | |
| sale(2) 4:21  5:21 | | united(2) 1:1  1:20 | |
| samis(1) 2:14 | | until(1) 7:14 | |
| sarah(1) 2:23 | | ventresca(1) 1:42 | |
| schultz(1) 2:23 | | verbal(2) 6:12  7:9 | |
| schuylkill(1) 1:50 | | verizon(1) 4:23 | |
| schweitzer(1) 1:35 | | very(3) 4:9  6:24  7:5 | |
| seated(1) 4:4 | | want(1) 7:2 | |
| see(2) 4:4  5:5 | | wanted(2) 6:18  7:1 | |
| sen(2) 3:42  3:43 | | was(5) 4:19  5:11  5:20  6:25  7:20 | |
| service(2) 1:49  1:55 | | way(1) 7:12 | |
| services(1) 1:49 | | we'll(1) 7:18 | |
| set(1) 4:8 | | we've(2) 5:21  6:1 | |
| sherri(1) 8:8 | | wearing(1) 5:5 | |
| shore(1) 3:44 | | wednesday(1) 4:1 | |
| sic(1) 4:21 | | week(2) 6:19  6:23 | |
| sign(1) 6:16 | | well(1) 7:5 | |
| signed(1) 7:10 | | were(1) 6:7 | |
| simon(1) 2:35 | | west(3) 2:9  3:8  3:18 | |
| since(1) 5:15 | | whereupon(1) 7:20 | |
| some(2) 5:2  5:5 | | which(3) 4:19  5:18  5:25 | |
| sound(3) 1:54  3:44  8:3 | | will(7) 4:13  4:23  6:18  6:21  6:22  6:22  7:3 | |
| square(1) 2:15 | | wilmington(7) 1:13  1:30  2:10  2:17  2:39 | |
| stand(1) 7:18 | | 3:52  4:1 | |
| standard(1) 6:9 | | | |
| stargatt(1) 2:5 | | with(6) 4:16  4:19  4:20  4:22  5:19  5:24 | |
| states(2) 1:1  1:20 | | would(1) 7:13 | |
| steen(1) 1:33 | | wunder(1) 3:15 | |
| stephen(1) 3:31 | | yeah(1) 4:13 | |
| street(9) 1:12  1:28  1:50  2:9  2:16  2:37  3:8 | | yes(4) 4:15  4:18  5:3  5:17 | |
| 3:18  3:51 | | york(7) 1:37  2:25  2:32  2:46  3:27  3:33 | |
| | | you(13) 4:3  4:4  5:2  5:3  5:4  5:10  6:17 | |
| subject(1) 6:4 | | 6:24  7:3  7:5  7:11  7:13  7:17 | |
| such(1) 6:2 | | | |
| suite(2) 3:44  3:51 | | you're(1) 5:5 | |
| take(1) 7:12 | | you've(1) 4:16 | |
| takes(1) 6:25 | | young(2) 2:5  3:36 | |
| taylor(1) 2:6 | | your(6) 4:6  5:7  6:17  6:24  7:5  7:17 | |
| telephone(1) 7:8 | | | |
| tell(1) 7:13 | | | |
| than(1) 6:9 | | | |
| thank(7) 4:3  5:3  5:4  6:17  6:24  7:5  7:17 | | | |
| that(14) 4:10  4:23  4:25  5:15  6:10  6:16 | | | |
| 6:18  6:21  6:22  6:22  7:2  7:3  7:13  8:2 | | | |
| | | | |
| the(74) 1:1  1:2  1:19  1:25  2:4  2:8  2:13  3:4 | | | |
| 3:38  3:48  4:2  4:3  4:7  4:8  4:10  4:10  4:14 | | | |
| 4:15  4:17  4:18  4:20  4:21  4:22  4:23  5:2 | | | |
| 5:3  5:5  5:8  5:10  5:13  5:16  5:17  5:18  5:20 | | | |
| 5:20  5:21  5:22  5:23  6:1  6:4  6:4  6:6  6:7 | | | |
| 6:8  6:9  6:10  6:11  6:13  6:13  6:15  6:15 | | | |
| 6:18  6:19  6:20  6:20  6:21  6:21  6:25  6:25 | | | |
| 7:1  7:7  7:7  7:8  7:10  7:10  7:12  7:12  7:16 | | | |
| 7:18  7:20  8:2  8:3  8:3  8:4 | | | |
| | | | |
| their(3) 6:2  6:3  6:5 | | | |
| theirs(1) 6:8 | | | |
| them(1) 6:14 | | | |
| then(2) 5:2  5:24 | | | |
| there(1) 5:15 | | | |
| these(1) 5:25 | | | |
| they're(1) 6:2 | | | |
| think(3) 4:8  4:13  6:9 | | | |
| third(1) 6:20 | | | |
| this(4) 4:13  5:20  6:19  6:23 | | | |
| those(5) 4:20  5:22  5:25  6:3  6:7 | | | |
| through(1) 5:2 | | | |
| time(1) 6:25 | | | |
| tinker(1) 3:49 | | | |
| today(1) 4:9 | | | |
| toronto(2) 3:9  3:19 | | | |
| totals(1) 5:22 | | | |
| transaction(1) 5:21 | | | |
| transcript(3) 1:18  1:55  8:3 | | | |
| transcription(2) 1:49  1:55 | | | |
| tricadia(2) 3:30  3:30 | | | |
| trustee(2) 3:48  3:48 | | | |
| tunnell(2) 1:26  4:7 | | | |