IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                         ) ss.:
COUNTY OF NEW YORK    )

STEVEN INDELICATO, being duly sworn, deposes and says:

1.     I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.     On March 22, 2010, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

      a) the sellers of the claims as listed on the annexed Exhibit B,
      b) the buyers of the claims as listed on the annexed Exhibit C,
      c) counsel to the Debtors as listed on Exhibit D.

3.     All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ Steven Indelicato
                                                                Steven Indelicato

Sworn to before me this
23rd day of March, 2010

_____
Notary Public

[Notary Stamp: ELLI PETRIS, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01PE6175879, QUALIFIED IN NASSAU COUNTY, COMMISSION EXPIRES _____]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT "A"**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BASELINE CONSULTING GROUP INC
         15300 VENTURA BLVD #523
         SHERMAN OAKS, CA 91403-5845
```

Please note that your claim # 1489 in the above referenced case and in the amount of $52,969.67 has been transferred **(unless previously expunged by court order)** to:

```
         CORRE OPPORTUNITIES FUND, L.P.
         TRANSFEROR: BASELINE CONSULTING GROUP IN
         ATTN: CLAIMS PROCESSING (BANKRUPTCY)
         1370 AVENUE OF THE AMERICAS, 29TH FLOOR
         NEW YORK, NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          District of Delaware
                          824 Market Street, Fifth Floor
                          Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2638    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                         David D. Bird, Clerk of Court

```
                                         /s/ Steven Indelicato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

**EXHIBIT "B"**

```
TIME: 11:15:31                                              NORTEL NETWORKS INC.                                                PAGE:    1
DATE: 03/19/10                                                CREDITOR LISTING

Name                                   Address
BASELINE CONSULTING GROUP INC          15300 VENTURA BLVD #523 SHERMAN OAKS CA 91403-5845
EION INC                               320 MARCH ROAD, GATEWAY BLDG 2 SUITE 500 OTTAWA ON K2K 2E3 CANADA
FOLLOWUP NET LLC                       1017 POST ROAD EAST WESTPORT CT 06880-5370
INTEC BILLING INC                      301 PERIMETER CENTER NORTH ATLANTA GA 30346-2432
KIRK CONSULTING GROUP INC              101 NORTH MONROE STREET TALLAHASSEE FL 32301
LAYNE COMMUNICATIONS                   4601 IVYLEAF LN MCKINNEY TX 750705276
TTI                                    C/O TROUTMAN SANDERS LLP ATTN: LEE W. STREMBA THE CHRYSLER BLDG 4005 LEXINGTON AVE NEW YORK NY 10174
TTI                                    TTI TEAM TELECOM INTERNATIONAL INC ATTN: SIMA HELED-HOROWITZ, ADV 12 AMAL STREET AFEK PARK ROSH HA'AYIM 4809207030 ISRAEL
WEBER SHANDWICK WORLDWIDE              101 MAIN STREET CAMBRIDGE MA 02142-1514
WISTRON CORPORATION                    21F, 88, SEC.1, HSIN TAI WU RD., HSICHIH, TAIPEI HSIEN 221 TAIWAN, R.O.C.
WISTRON INFOCOMM (TEXAS) CORPORATION   ATTN: SANDY PENG, CONTROLLER 4051 FREEPORT PARKWAY, SUITE 200 GRAPEVINE TX 76051
WISTRON INFOCOMM TECHNOLOGY (AMERICA)  CORPORATION P.O. BOX 370307 EL PASO TX 79937
WISTRON INFOCOMM TECHNOLOGY (AMERICA)  CORPORATION - LEGAL OFFICE 21F, 88, SEC.1, HSIN TAI WU RD., HSICHIH, TAIPEI HSIEN 221 TAIWAN, R.O.C.

Total Number of Records Printed    13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

```
TIME: 11:16:29                                              NORTEL NETWORKS INC.                                                              PAGE:   1
DATE: 03/19/10                                                CREDITOR LISTING

Name                                              Address
ASM CAPITAL III, L.P.                             TRANSFEROR: EION INC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL III, L.P.                             TRANSFEROR: LAYNE COMMUNICATIONS 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                                 TRANSFEROR: FOLLOWUP NET LLC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                                 TRANSFEROR: INTEC BILLING INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                                 TRANSFEROR: KIRK CONSULTING GROUP INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                                 TRANSFEROR: TTI ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
CORRE OPPORTUNITIES FUND, L.P.                    TRANSFEROR: BASELINE CONSULTING GROUP IN ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.                    TRANSFEROR: WEBER SHANDWICK WORLDWIDE ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP          TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP          TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP          TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
WORDEN MASTER FUND LP                             TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP LLC 1345 AVE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
WORDEN MASTER FUND LP                             TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR C/O FORTRESS INVESTMENT GROUP LLC 1345 AVE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
WORDEN MASTER FUND LP                             TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP LLC 1345 AVE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
WORDEN MASTER FUND LP                             TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105


Total Number of Records Printed      15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "D"**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006