# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 26, 2010 Through February 28, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Counsel's fees (see breakdowns as Exhibits C and D) | | 54,840.00 |
| Expert's fees (see breakdown as Exhibit E) | | 24,075.00 |
| Photocopying | | 2,234.52 |
| Printing | | 558.78 |
| Legal support | | 1,025.25 |
| Binding | | 77.13 |
| Courier/Delivery Services | | 20.70 |
| Taxis | | 8.33 |
| **Grand Total Expenses** | | **£82,839.71** (US$123,294.48) |

2725046.2

**Client: Nortel Networks Inc**
**Matter: L-175748 Pensions**
Schedule of OSIs covering period from 27 January 2010 to 28 February 2010

| Date | OSIS. Type | Rate (£) | Quantity | OSIS.Value (£) | Description |
|---|---|---|---|---|---|
| **Printing** | | | | | |
| 23/02/2010 | PHOTO_COLOUR_A4 | 0.06 | 14 | 0.84 | Photocopying Colour A4 |
| | **PHOTO_COLOUR_A4 Total** | | **14** | **0.84** | |
| 06/02/2010 | PHOTO_WHITE_A4 | 0.06 | 70 | 4.20 | Photocopying White A4 |
| 08/02/2010 | PHOTO_WHITE_A4 | 0.06 | 20,524 | 1,231.44 | Photocopying White A4 |
| 09/02/2010 | PHOTO_WHITE_A4 | 0.06 | 5,745 | 344.70 | Photocopying White A4 |
| 15/02/2010 | PHOTO_WHITE_A4 | 0.06 | 17 | 1.02 | Photocopying White A4 |
| 16/02/2010 | PHOTO_WHITE_A4 | 0.06 | 2 | 0.12 | Photocopying White A4 |
| 17/02/2010 | PHOTO_WHITE_A4 | 0.06 | 22 | 1.32 | Photocopying White A4 |
| 18/02/2010 | PHOTO_WHITE_A4 | 0.06 | 1 | 0.06 | Photocopying White A4 |
| 19/02/2010 | PHOTO_WHITE_A4 | 0.06 | 2,410 | 144.60 | Photocopying White A4 |
| 23/02/2010 | PHOTO_WHITE_A4 | 0.06 | 8,360 | 501.60 | Photocopying White A4 |
| 24/02/2010 | PHOTO_WHITE_A4 | 0.06 | 2 | 0.12 | Photocopying White A4 |
| 25/02/2010 | PHOTO_WHITE_A4 | 0.06 | 89 | 5.34 | Photocopying White A4 |
| | **PHOTO_WHITE_A4 Total** | | **37,242** | **2,234.52** | |
| **Copying** | | | | | |
| 02/02/2010 | PRINTCOPYING | 0.06 | 843 | 50.58 | Printcopying |
| 04/02/2010 | PRINTCOPYING | 0.06 | 28 | 1.68 | Printcopying |
| 05/02/2010 | PRINTCOPYING | 0.06 | 36 | 2.16 | Printcopying |
| 06/02/2010 | PRINTCOPYING | 0.06 | 785 | 47.10 | Printcopying |
| 08/02/2010 | PRINTCOPYING | 0.06 | 132 | 7.92 | Printcopying |
| 09/02/2010 | PRINTCOPYING | 0.06 | 163 | 9.78 | Printcopying |
| 10/02/2010 | PRINTCOPYING | 0.06 | 5 | 0.30 | Printcopying |
| 11/02/2010 | PRINTCOPYING | 0.06 | 84 | 5.04 | Printcopying |
| 12/02/2010 | PRINTCOPYING | 0.06 | 307 | 18.42 | Printcopying |
| 15/02/2010 | PRINTCOPYING | 0.06 | 57 | 3.42 | Printcopying |
| 16/02/2010 | PRINTCOPYING | 0.06 | 160 | 9.60 | Printcopying |
| 17/02/2010 | PRINTCOPYING | 0.06 | 543 | 32.58 | Printcopying |
| 18/02/2010 | PRINTCOPYING | 0.06 | 277 | 16.62 | Printcopying |
| 19/02/2010 | PRINTCOPYING | 0.06 | 1,031 | 61.86 | Printcopying |
| 19/02/2010 | PRINTCOPYING | 0.06 | 189 | 11.34 | Printcopying |
| 22/02/2010 | PRINTCOPYING | 0.06 | 95 | 5.70 | Printcopying |
| 23/02/2010 | PRINTCOPYING | 0.06 | 123 | 7.38 | Printcopying |
| 24/02/2010 | PRINTCOPYING | 0.06 | 2,360 | 141.60 | Printcopying |

A11831672

**Client: Nortel Networks Inc**
**Matter: L-175748 Pensions**

Schedule of OSIs covering period from 27 January 2010 to 28 February 2010

| Date | Code | | | Description | Amount |
|---|---|---|---|---|---|
| 25/02/2010 | PRINTCOPYING | 0.06 | 2,045 | Printcopying | 122.70 |
| 26/02/2010 | PRINTCOPYING | 0.06 | 50 | Printcopying | 3.00 |
| | **PRINTCOPYING Total** | | **9,313** | | **558.78** |

**Binding**

| | | | | | |
|---|---|---|---|---|---|
| 08/02/2010 | BINDING_STANDARD | | | Binding (standard) | 10.50 |
| 23/02/2010 | BINDING_STANDARD | | | Binding (standard) | 31.50 |
| 26/02/2010 | BINDING_STANDARD | | | Binding (standard) | 4.50 |
| | **BINDING_STANDARD Total** | | | | **46.50** |
| 23/02/2010 | BINDING_VALUE | | | Binding (Variable) | 30.63 |
| | **BINDING_VALUE Total** | | | | **30.63** |

**Legal Support**

| | | | | | |
|---|---|---|---|---|---|
| 24/02/2010 | LEGAL_SUPPORT_1 | | | 10.02.2010 RACHAL TAN TOING YEEN | 431.25 |
| 24/02/2010 | LEGAL_SUPPORT_1 | | | 11.02.2010 RACHAL TAN TOING YEEN | 594.00 |
| | **LEGAL_SUPPORT_1 Total** | | | | **1,025.25** |

**Taxis**

| | | | | | |
|---|---|---|---|---|---|
| 03/02/2010 | O001_TAXIS | | | E RASP EXP RE 02/01 WORKED LATE -TAXI HOME | 8.33 |
| 26/02/2010 | O001_TAXIS | | | 260210 PARHAM KOUCHIKALI - WORKED LATE - TAXI HOME | 34.75 |
| | **O001_TAXIS Total** | | | | **43.08** |

**Courier**

| | | | | | |
|---|---|---|---|---|---|
| 15/02/2010 | O002_COURIER | | | 15.02.2010 M.BLYTH UNITED STATES OF AMERICA | 5.45 |
| 15/02/2010 | O002_COURIER | | | 15.02.2010 M.BLYTH UNITED STATES OF AMERICA | 5.45 |
| 19/02/2010 | O002_COURIER | | | 1902 W RASROMANI WC2 | 99.00 |
| 24/02/2010 | O002_COURIER | | | 2402 A ROSE WC2 | 14.69 |
| 25/02/2010 | O002_COURIER | | | 2502 A ROSE WC2 | 9.80 |
| | **O002_COURIER Total** | | | | **134.39** |

A11831672