# EXHIBIT C

# Professional Fees of Mr Paul Newman QC

VAT Registration No: 626310273

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 24 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 06 Feb 2010 | * To 12 February 2010  Completing Retention Declaration [2 hrs] | 1,000.00 | 175.00 |
| 09 Feb 2010 | Received bundles from Instructing Solicitors for Counsel's information<br>* To 12 February 2010  Reading documents, various emails and attachments from Instructing Solicitor; discussing the same with Mr Walmsley and Instructing Solicitor and settling draft document [30 hrs] | 15,000.00 | 2,625.00 |
| 10 Feb 2010 | * Advising in Joint Consultation on the telephone with Mr Walmsley [3 hrs prep; 1 hr telecon] | 2,000.00 | 350.00 |
| 15 Feb 2010 | * Reading various emails and attachments on pensions issues; discussing the same in emails and discussing matters in Consultations on the telephone with Instructing Solicitor and Mr Walmsley | 2,000.00 | 350.00 |

| Please make cheques payable to Mr Paul Newman QC |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of Mr Paul Newman QC

### VAT Registration No: 626310273

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 24 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| | [4 hrs] | | |
| 19 Feb 2010 | Received Memo from Instructing Solciitors dated 19 February 2010 together with copy bundle for Counsel's information | | |
| 22 Feb 2010 | * Considering final draft documents and pensions issues; discussing the same with Mr Walmsley<br>[10 hrs] | 5,000.00 | 875.00 |
| 23 Feb 2010 | * Advising in Joint Consultation on the telephone with Mr Walmsley<br>[3 hrs prep; 1 hr telecon] | 2,000.00 | 350.00 |
| | * Working on draft documents<br>[5 hrs] | 2,500.00 | 437.50 |
| 24 Feb 2010 | * Working on draft documents<br>[11 hrs] | 5,500.00 | 962.50 |

| Please make cheques payable to Mr Paul Newman QC |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 2/4



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of Mr Paul Newman QC

VAT Registration No: 626310273

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 24 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 25 Feb 2010 | Received letter from Instructing Solicitors dated 24 February 2010 together with copy bundles from Instructing Solicitors for Counsel's information<br>Received letter from Instructing Solicitors dated 25 February 2010 together with copy bundles for Counsel's information<br>Perusing relevant documents; discussing the same with Mr Walmsley and settling Note on pensions issues; participating in telephone Consultation | | |
| | * Re-drafting Letter; discussing pensions issues further with Instructing Solicitor and Mr Walmsley and perusing relevant documents<br>[4 hrs] | 2,000.00 | 350.00 |
| 26 Feb 2010 | * Further work on draft pensions issues documents; discussing pensions with Instructing Solicitor and Mr Walmsley<br>[5 hrs] | 2,500.00 | 437.50 |

| Please make cheques payable to Mr Paul Newman QC |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of Mr Paul Newman QC

### VAT Registration No: 626310273

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 24 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 27 Feb 2010 | * To 28 February 2010 Monitoring US hearing and discussing same with Instructing Solicitors and Mr Walmsley by email; considering and discussing with Instructing Solicitors and Mr Walmsley [6 hrs] | 3,000.00 | 525.00 |

Note: Items marked "*" are previously unbilled

| | | |
|---|---|---|
| Total | £42,500.00 | £7,437.50 |
| **Total Due** | **£49,937.50** | |

| Please make cheques payable to Mr Paul Newman QC |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 4/4



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk