# EXHIBIT D

# Professional Fees of James Walmsley

### VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 09 Feb 2010 | Received bundles from Instructing Solicitors for Counsel's information<br>Initial perusal of documents; advising in Conference on the telephone; further reading and consideration of documents; consideration of email from instructing solicitors and drawing issues arising to attention of Mr Newman QC; reading and considering documents and further materials supplied by instructing solicitors<br>[7 hrs] | 1,225.00 | 214.38 |
| 10 Feb 2010 | Consideration of emails received from instructing solicitors and raising issues arising with Mr Newman QC; reading documents and further materials supplied by instructing solicitors; Advising in Joint Conference on the telephone with Mr Newman QC<br>[7 hrs] | 1,225.00 | 214.38 |
| 11 Feb 2010 | Continued consideration of documents; consideration of draft declaration and starting preparation of draft documentation | 1,225.00 | 214.38 |

| Please make cheques payable to James Walmsley |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

### VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| | [7 hrs] | | |
| 12 Feb 2010 | Finalisation of draft documentation for Mr Newman QC's review; consideration of documents received; consideration of draft letter and review; discussing the matter with Instructing Solicitors<br>[6 hrs] | 1,050.00 | 183.75 |
| 13 Feb 2010 | Received draft documents from Instructing Solicitor for comment; Review of draft documents and provision of comments by email to Instructing Solicitors; Further preparation of documents in the light of comments from Mr Newman QC and distribution to Instructing Solicitors<br>[5 hrs] | 875.00 | 153.13 |
| 14 Feb 2010 | Perusing and considering Instructing Solicitors re: pensions issues; advising by email<br>[1 hr] | 175.00 | 30.63 |

| Please make cheques payable to James Walmsley |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 2/6



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

### VAT Registration No: 936238705

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
| --- | --- | --- |

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
| --- | --- | --- | --- |
| 15 Feb 2010 | Further consideration of pensions issues and advising Instructing Solicitors by email on issues arising; Advising in conference on the telephone; further consideration and analysis of pensions issues and raising points by email with Instructing Solicitors; consideration and comment on draft [5 hrs] | 875.00 | 153.13 |
| 16 Feb 2010 | Further consideration of pensions issues and discussing matter with Instructing Solicitor; discussion of draft letter with Instructing Solicitors; consideration of pensions issues after issue raised by email by instructing solicitors [3 hrs 30 mins] | 615.00 | 107.63 |
| 17 Feb 2010 | Working on draft declaration and pensions issues; advising by email [3 hrs] | 525.00 | 91.88 |

| Please make cheques payable to James Walmsley |
| --- |

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
| --- | --- |

(c) Meridian Law Limited



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

### VAT Registration No: 936238705

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 18 Feb 2010 | Consideration of draft letter and pensions issues and emailing Instructing Solicitors on point; further work on pensions issues; further work on draft document [4 hrs] | 700.00 | 122.50 |
| 19 Feb 2010 | Received Memo from Instructing Solciitors dated 19 February 2010 together with copy bundle for Counsel's information Further consideration of pensions issues; preparation of documents; Advising in Conference on the telephone [5 hrs] | 875.00 | 153.13 |
| 22 Feb 2010 | Working on pensions issues with Mr Newman QC; Work on pensions issues note for Instructing Solicitors; consideration of further plan for way forward with Mr Newman QC and liaising with Mr Newman QC on matter [5 hrs] | 875.00 | 153.13 |

| Please make cheques payable to James Walmsley |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 4/6



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

**VAT Registration No: 936238705**

**DX: 10 London/City**

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
C H A M B E R S

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 23 Feb 2010 | Further consideration of way forward with Mr Newman QC; Advising in Conference on the telephone re: draft note; further revision of note [2 hrs] | 350.00 | 61.25 |
| 24 Feb 2010 | Consideration of draft documents [3 hrs] | 525.00 | 91.88 |
| 25 Feb 2010 | Received letter from Instructing Solicitors dated 24 February 2010 together with copy bundles from Instructing Solicitors for Counsel's information Received letter from Instructing Solicitors dated 25 February 2010 together with copy bundles for Counsel's information Advising in Joint Conference on the telephone; further consideration of draft letter and consideration of pension issues arising [5 hrs] | 875.00 | 153.13 |

| Please make cheques payable to James Walmsley |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 5/6



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

### VAT Registration No: 936238705

| | |
|---|---|
| **DX: 10 London/City**<br><br>Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>EC2Y 8HQ | 8 New Square, Lincoln's Inn<br>London WC2A 3QP<br><br>**WILBERFORCE**<br>CHAMBERS<br><br>Tel · 020 7306 0102<br>Fax · 020 7306 0095<br>LDE No · 311 |

| Your Ref: Mark Blyth | 26 Mar 2010 | Case Ref. No: 96925 |
|---|---|---|

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 26 Feb 2010 | Researching pensions issues; liaising with Mr Newman QC; and advising by email<br>[2 hrs] | 350.00 | 61.25 |

| | | Total | £12,340.00 | £2,159.56 |
|---|---|---|---|---|
| | | **Total Due** | **£14,499.56** | |

| Please make cheques payable to James Walmsley |
|---|

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk