# EXHIBIT E

**The Outer Temple, 222 Strand, London, WC2R 1BA – Tel: 020 7353 6381 – Fax: 020 7583 1786**
**DX 351 London Chancery Lane**



## Professional Fees of Mr Richard Hitchcock

VAT Registration No: 524 2827 54

| **Mr M. Blyth**<br>**Linklaters,**<br>1, Silk Street,<br>London,<br>EC2Y 8HQ.<br><br>**DX: 10  Chancery Lane** |
| --- |

To discuss this fee note please call the
Fees Clerks on:
**020 7353 6381**

PLEASE MAKE CHEQUES PAYABLE TO
COUNSEL NAMED ON THIS FEE NOTE AND
ADDRESS BACS REMITTANCE ADVICES TO
THE FEES CLERKS

Sols Ref:  Date:

MARK BLYTH  24 March 2010

Case Type: Private
Case Reference No. 99644

| NORTEL NETWORKS UK PENSION PLAN (EXPERT EVIDENCE) | | Fees | V.A.T. |
| --- | --- | --- | --- |
| *12 Feb 2010* | *Telephone Conference & Preparation - 1 hour 45 minutes* | *775.00* | *135.63* |
| *16 Feb 2010* | *First Draft Declaration (between 13-16/2) & Telephone Conference - 31 hours 15 minutes* | *14000.00* | *2450.00* |
| *18 Feb 2010* | *Final draft delaration - 2 hours 15 minutes* | *1000.00* | *175.00* |
| *23 Feb 2010* | *Telephone Conference, preparation, reviewing relevant documentation - 5 hours 30 minutes* | *2500.00* | *437.50* |
| *25 Feb 2010* | *Advising in Telephone Conference & preparation - 1 hour 50 mins* | *800.00* | *140.00* |
| *26 Feb 2010* | *Brief on Hearing & preparation (5 hours 30 minutes)* | *5000.00* | *875.00* |

| | Outstanding Fees | £24075.00 |
| --- | --- | --- |
| | Outstanding V.A.T. | £4213.13 |
| | **Total Outstanding** | **£28288.13** |

**\*\*VALID ONLY WHEN RECEIPTED – THIS IS NOT A TAX INVOICE\*\***

Meridian Law Limited ©





INVESTOR IN PEOPLE

