# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 23, 2010  
Invoice 352998  
Page 3  
Client # 732310

Matter # 165839

For services through February 28, 2010  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/10 | Search docket and retrieve re: cross-border motion, order and coc orders (.3); E-mail to C. Samis re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 02/03/10 | Emails to M. Collins re: cross-border court-to-court protocol | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 315.00 | $63.00 |
| 02/05/10 | Review docket (.2); Review and revise critical dates (.3); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 195.00 | $117.00 |
| 02/16/10 | Maintain original pleadings | | | | |
| Paralegal | Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 02/25/10 | Maintain original pleadings | | | | |
| Paralegal | Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 02/25/10 | Prepare pro hac vice re: L. Beckerman (.3); Prepare cos re: same (.2); E-mail to L. Beckerman re: same (.1); Finalize, file and coordinate service re: same (.2); Coordinate to Judge Gross re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.90 hrs. | 195.00 | $175.50 |
| 02/26/10 | Review docket (.2); Review and update critical dates (.5); E-mail to distribution re : same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.80 hrs. | 195.00 | $156.00 |
| 02/26/10 | Maintain original pleading | | | | |
| Paralegal | Brenda D. Tobin | | 0.60 hrs. | 100.00 | $60.00 |
| 02/26/10 | Review revised draft critical dates calendar | | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 23, 2010
Invoice 352998
Page 4
Client #  732310

Matter #  165839

|  |  |
|---|---:|
| Total Fees for Professional Services | $701.00 |
| TOTAL DUE FOR THIS INVOICE | **$701.00** |
| BALANCE BROUGHT FORWARD | $386.90 |
| **TOTAL DUE FOR THIS MATTER** | **$1,087.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 5  
Client #  732310

Matter #  165839

For services through February 28, 2010  
relating to Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 02/23/10 | Email to J. Sturm re: filing joinder to motion to enforce automatic stay | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| | | | | |
| 02/24/10 | Review emails (x2) from J. Sturm re: filing joinder to Debtors stay enforcement motion (.1); Review and execute same (.2); Email to J. Sturm re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Discussion with C. Samis re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 315.00 | $189.00 |

Total Fees for Professional Services        $220.50

TOTAL DUE FOR THIS INVOICE                  $220.50

**TOTAL DUE FOR THIS MATTER**               **$220.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 6  

Client #  732310  

Matter #  165839  

For services through February 28, 2010  
relating to  Use, Sale of Assets

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 02/03/10 | Emails to B. Kahn re: known revisions to Velenio 9019 order | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | | $63.00 |
| 02/26/10 | File affidavit of service regarding motion for orders setting a date for the sale hearing | | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | | $19.50 |

Total Fees for Professional Services    $82.50

TOTAL DUE FOR THIS INVOICE    **$82.50**

$273.80

**TOTAL DUE FOR THIS MATTER**    **$356.30**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 23, 2010  
Invoice 352998  
Page 7  

Client #  732310  

Matter #  165839  

---

For services through February 28, 2010  
relating to Claims Administration  

| | | | | |
|---|---|---|---|---|
| 02/26/10 | Attention to revised Jefferies application orders | | | |
| Associate | Robert C. Maddox | 0.30 hrs. | 240.00 | $72.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $72.00 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$72.00** |
|  | $70.00 |
| **TOTAL DUE FOR THIS MATTER** | **$142.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

March 23, 2010  
Invoice 352998  
Page 8  
Client # 732310  

Matter # 165839  

For services through February 28, 2010  
relating to Court Hearings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/10 Paralegal | Retrieve and review 2/3/10 agenda (.1); E-mail to RLF team re: same (.1) | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 02/02/10 Paralegal | Prepare 2/3/10 hearing binder | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 02/02/10 Associate | Email to B. Kahn and F. Hodara re: rescheduling of 2/17/10 hearing | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 02/03/10 Paralegal | Prepare 2/3/10 hearing binder | Brenda D. Tobin | 1.00 hrs. | 100.00 | $100.00 |
| 02/03/10 Associate | Prepare for 2/3/10 hearing (.5); Attend 2/3/10 hearing (1.3) | Christopher M. Samis | 1.80 hrs. | 315.00 | $567.00 |
| 02/08/10 Associate | Participate in conference call with Court re: U.K. pension liability | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 02/22/10 Paralegal | Telephone call to Courtcall re: D. Botter telephonic appearance (.1); E-mail to D. Botter re: same (.1) | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 02/24/10 Paralegal | Prepare 2/26/10 hearing binder per B. Witters | Brenda D. Tobin | 0.80 hrs. | 100.00 | $80.00 |
| 02/25/10 Associate | Prepare for 2/26 hearing | Andrew C. Irgens | 0.50 hrs. | 255.00 | $127.50 |
| 02/25/10 Paralegal | Prepare 2/26/10 hearing binder per B. Witters | Brenda D. Tobin | 2.50 hrs. | 100.00 | $250.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 23, 2010  
Invoice 352998  
Page 9  
Client # 732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/10 | Emails to J. Sturm re: timing and preparation for 2/26/10 hearing (.3); Emails to A. Cordo re: timing of 2/26/10 hearing (.2); Emails to F. Hodara re: timing and preparation for 2/26/10 hearing (.2); Email to L. Beckerman re: timing and preparation for 2/26/10 hearing (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.80 hrs. | 315.00 | $252.00 |
| 02/26/10 | Prepare for 2/26 hearing (1.0); Attend 2/26 hearing (4.5) | | | | |
| | Associate — Andrew C. Irgens | | 5.50 hrs. | 255.00 | $1,402.50 |
| 02/26/10 | Email to A. Irgens re: preparation for 2/26/10 hearing (.1); Email to B. Kahn re: obtaining clean Jefferies retention expansion order (.1); Emails to A. Irgens re: obtaining clean Jefferies retention expansion order (.2); Email to R. Maddox re: obtaining clean Jefferies retention expansion order (.1); Email to R. Maddox re: taking Jefferies retention expansion order to Court (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.60 hrs. | 315.00 | $189.00 |
| 02/26/10 | Exchange emails (x4) with A. Irgens re: 2/26 hearing (.1); Attend 2/26 hearing (3.7) | | | | |
| | Associate — Robert C. Maddox | | 3.80 hrs. | 240.00 | $912.00 |

Total Fees for Professional Services     $4,175.50

TOTAL DUE FOR THIS INVOICE     **$4,175.50**

    $6,237.80

**TOTAL DUE FOR THIS MATTER**     **$10,413.30**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | March 23, 2010<br>Invoice 352998<br>Page 10<br>Client # 732310<br><br>Matter # 165839 |

For services through February 28, 2010

relating to Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 02/02/10 | Call with G. Williams regarding potential candidates for arbitration (.2); Research re: same (.2); Call with F. Hodara re: same (.3) | | | |
| Director | Mark D. Collins | 0.70 hrs. | 675.00 | $472.50 |

| | |
|---|---|
| Total Fees for Professional Services | $472.50 |
| TOTAL DUE FOR THIS INVOICE | **$472.50** |
| **TOTAL DUE FOR THIS MATTER** | **$472.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 23, 2010
Invoice 352998
Page 11

Client # 732310

Matter # 165839

For services through February 28, 2010
relating to Retention of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/16/10 | Finalize, file and coordinate service re: fifth supplemental declaration of F. Hodara of Akin Gump retention application (.2); Prepare affidavit of service re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 02/16/10 | Review email from B. Kahn re: supplemental declaration of Akin Gump (.1); Review same (.1); Email to B. Witters re: filing same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 02/19/10 | Call to B. Kahn re: status of expanded Jefferies and Lazard retention issues | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Total Fees for Professional Services       $204.00

TOTAL DUE FOR THIS INVOICE       **$204.00**

                                                          $396.30

**TOTAL DUE FOR THIS MATTER**       **$600.30**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 23, 2010  
Invoice 352998  
Page 12  
Client # 732310

Matter # 165839

For services through February 28, 2010  
relating to RLF Fee Applications

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/10 | E-mail to B. Kahn re: RLF January estimates of fees and expenses | Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 02/14/10 | Review RLF January bill memos | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 02/16/10 | Review January 2010 bill memos re: RLF monthly fee application | Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 02/16/10 | Review fee statement for January 2010 | Director | Mark D. Collins | 0.10 hrs. | 675.00 | $67.50 |
| 02/19/10 | E-mail to distribution re: RLF December fee application objection deadline (.1); Prepare cno re: same (.2); Finalize and file cno re:same (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 02/19/10 | Review and execute certificate of no objection re: RLF monthly fee application | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 02/23/10 | Review and revise RLF January fee application (.4); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 02/23/10 | Review RLF monthly fee application (.3); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 02/25/10 | Prepare fourth interim fee application (.3); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 13  
Client #  732310  

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/25/10 | Review and execute RLF interim fee application | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 02/26/10 | File affidavit of service regarding 10th monthly fee application of RLF | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

|   |   |
|---|---|
| Total Fees for Professional Services | $877.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$877.50** |
| | $947.40 |
| **TOTAL DUE FOR THIS MATTER** | **$1,824.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 14  
Client #  732310

Matter #  165839

For services through February 28, 2010  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/10 | Attention to e-mail re: Akin Gump December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 02/01/10 | Review email from B. Kahn re: filing Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 02/09/10 | Attention to e-mail re: Capstone December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare affidavit of service re: same (.2) | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 02/09/10 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 02/11/10 | Email to M. Wunder re: deadline for filing fee application | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 02/12/10 | E-mail to distribution re: objection deadlines for Fraser Milner and Capstone November fee applications (.1); Prepare cno re: Fraser Milner November fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone November fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Fraser Milner December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and cooridnate service re: same (.2); E-mail to M. Wunder re: confirmation of same (.1) | Paralegal | Barbara J. Witters | 1.80 hrs. | 195.00 | $351.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 23, 2010  
Invoice 352998  
Page 15  
Client #  732310  

Matter # 165839  

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/10 | Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Fraser monthly fee application (.1); Review Fraser monthly fee application (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 02/22/10 | Attention to e-mail re: Akin Gump January fee application (.1); Retrieve and prepare re: same (.1); Prepare notice of application re: same (.1); Prepare cos re: same (.1); Finalize, file and coordinate service re: same (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 02/22/10 | Review email from B. Kahn re: filing of monthly fee application of Akin Gump (.1); Email to B. Kahn and C. Samis re: same (.1); Review same (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 02/23/10 | Attention to e-mail re: Ashurst January fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner January fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 1.80 hrs. | 195.00 | $351.00 |
| 02/23/10 | Review email from B. Kahn re: filing Ashurst monthly fee application (.1); Review same (.2); Email to B. Kahn re: same (.1); Review and execute notice of filing same (.1); Review Fraser monthly fee application (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.80 hrs. | 315.00 | $252.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 23, 2010  
Invoice 352998  
Page 16  
Client #  732310  

Matter #  165839  

| Date | Role | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/10 | Associate | Review email from B. Kahn re: filing Akin Gump interim fee application (.1); Email to B. Kahn re: same (.1); Review Akin interim fee application (.1); Review Fraser interim fee application (.1); Discussion with B. Witters re: filing and service of same (.1); Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: filing Capstone monthly fee application (.1); Review same (.2); Draft and execute notice of filing same (.1); Discussion with T. Cameron re: drafting affidavit of service re: service of same (.1) | Drew G. Sloan | 1.20 hrs. | 315.00 | $378.00 |
| 02/24/10 | Paralegal | File Twelfth monthly fee application of Capstone (.2); Prepare service labels (.1); Serve same (.1); Prepare affidavit of service re: same (.1) | Tracy A. Cameron | 0.50 hrs. | 195.00 | $97.50 |
| 02/25/10 | Paralegal | Finalize, file and coordinate service re: Ashurst fourth interim fee application (.2); Finalize, file and coordinate service re: Capstone fourth interim fee application (.2); Prepare AOS re: same (.2) | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 02/25/10 | Associate | Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.1); Email to B. Kahn re: same (.1); Discussion with B. Witters re: outstanding interim fee applications (.1); Review Capstone interim fee application (.1) | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 02/26/10 | Paralegal | Update fee status chart | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 02/26/10 | Paralegal | File affidavit of service re: Capstone twelfth monthly fee application | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services  $2,868.00

TOTAL DUE FOR THIS INVOICE  $2,868.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 17  
Client #  732310

Matter #  165839

|  |  |
|---|---:|
|  | $2,245.20 |
| **TOTAL DUE FOR THIS MATTER** | **$5,113.20** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 23, 2010  
Invoice 352998  
Page 18  
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| Amy B. Anderson | 0.20 | 100.00 | 20.00 |
| Andrew C. Irgens | 6.00 | 255.00 | 1,530.00 |
| Barbara J. Witters | 13.00 | 195.00 | 2,535.00 |
| Brenda D. Tobin | 5.50 | 100.00 | 550.00 |
| Christopher M. Samis | 4.40 | 315.00 | 1,386.00 |
| Drew G. Sloan | 6.20 | 315.00 | 1,953.00 |
| Marisa C. DeCarli | 0.20 | 195.00 | 39.00 |
| Mark D. Collins | 0.80 | 675.00 | 540.00 |
| Robert C. Maddox | 4.10 | 240.00 | 984.00 |
| Tracy A. Cameron | 0.70 | 195.00 | 136.50 |
| TOTAL | 41.10 | $235.36 | 9,673.50 |

**TOTAL DUE FOR THIS INVOICE**                                    $11,698.94

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310