# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

March 23, 2010
Invoice 352998

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through February 28, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $2.00 |
| Business Meals | $25.86 |
| Court Reporter Services | $65.25 |
| Document Retrieval | $271.52 |
| Filing Fees | $25.00 |
| Long distance telephone charges | $27.80 |
| Messenger and delivery service | $639.03 |
| Photocopying/ Printing  6,590 @ $.10/pg / 724 @ $.10/pg | $731.40 |
| Postage | $237.58 |
| Other Charges | $2,025.44 |

**TOTAL DUE FOR THIS INVOICE**         **$2,025.44**
BALANCE BROUGHT FORWARD          $3,919.37

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 2  
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER** $5,944.81

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 19  

Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Automatic Stay/Adequate Protection  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 01/05/10 | ALL PACER | | DOCRETRI |
| | | Amount = $10.00 | |
| 01/06/10 | RODNEY GRILLE: | | MEALSCL |
| | | Amount = $25.86 | |
| 01/06/10 | ALL PACER | | DOCRETRI |
| | | Amount = $4.88 | |
| 01/20/10 | ALL PACER | | DOCRETRI |
| | | Amount = $47.12 | |
| 01/21/10 | ALL PACER | | DOCRETRI |
| | | Amount = $16.00 | |
| 01/22/10 | ALL PACER | | DOCRETRI |
| | | Amount = $3.12 | |
| 02/01/10 | Photocopies | | DUP.10CC |
| | | Amount = $51.00 | |
| 02/01/10 | Photocopies | | DUP.10CC |
| | | Amount = $3.20 | |
| 02/01/10 | Postage | | POST |
| | | Amount = $15.79 | |
| 02/02/10 | Photocopies | | DUP.10CC |
| | | Amount = $6.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 23, 2010  
Invoice 352998  
Page 20  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/02/10 | Messenger and delivery2/1/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/02/10 | Messenger and delivery2/1/10, Post Office/New Castle, BJW | | MESS |
| | Amount = | $51.30 | |
| 02/02/10 | ALL PACER | | DOCRETRI |
| | Amount = | $6.00 | |
| 02/03/10 | J&J COURT TRANSCRIBERS, INC.: Invoice 2010-00370/Federal court expedited on 2/3/10 | | CTRPT |
| | Amount = | $65.25 | |
| 02/03/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.24 | |
| 02/05/10 | Binding 2/1-2/4 | | BIND |
| | Amount = | $2.00 | |
| 02/09/10 | Photocopies | | DUP.10CC |
| | Amount = | $40.00 | |
| 02/09/10 | ALL PACER | | DOCRETRI |
| | Amount = | $1.92 | |
| 02/09/10 | Postage | | POST |
| | Amount = | $4.81 | |
| 02/12/10 | Photocopies | | DUP.10CC |
| | Amount = | $41.00 | |
| 02/12/10 | 5125478311 Long Distance | | LD |
| | Amount = | $4.17 | |
| 02/12/10 | Messenger and delivery 02/09/10 - TO MORRIS NICHOLS - BJW | | MESS |
| | Amount = | $6.00 | |
| 02/12/10 | Messenger and delivery 02/09/10 - TO US TRUSTEE - BJW | | MESS |
| | Amount = | $6.00 | |
| 02/12/10 | ALL PACER | | DOCRETRI |
| | Amount = | $14.80 | |
| 02/12/10 | Postage | | POST |
| | Amount = | $14.80 | |
| 02/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 21  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 02/16/10 | Photocopies | DUP.10CC |
| | Amount = $188.10 | |
| 02/16/10 | Delivery Expense 2/12-2/15 | MESS |
| | Amount = $3.20 | |
| 02/16/10 | Messenger and delivery2/12/10, US Trustee, BJW | MESS |
| | Amount = $6.00 | |
| 02/16/10 | Messenger and delivery2/12/10, Morris Nichols, BJW | MESS |
| | Amount = $6.00 | |
| 02/16/10 | Messenger and delivery2/12/10, Post Office/New Castle, BJW | MESS |
| | Amount = $51.33 | |
| 02/16/10 | ALL PACER | DOCRETRI |
| | Amount = $4.40 | |
| 02/16/10 | Postage | POST |
| | Amount = $165.29 | |
| 02/16/10 | Printing | DUP.10CC |
| | Amount = $1.00 | |
| 02/16/10 | Printing | DUP.10CC |
| | Amount = $1.80 | |
| 02/16/10 | Printing | DUP.10CC |
| | Amount = $1.80 | |
| 02/17/10 | Messenger and delivery2/16/10, Post Office/New Castle, BJW | MESS |
| | Amount = $51.30 | |
| 02/17/10 | Messenger and delivery2/16/10, 37 After hours deliveries, BJW | MESS |
| | Amount = $222.00 | |
| 02/17/10 | Messenger and delivery2/16/10, Margolis Edelstein, BJW | MESS |
| | Amount = $17.10 | |
| 02/17/10 | ALL PACER | DOCRETRI |
| | Amount = $21.36 | |
| 02/19/10 | 2128728121 Long Distance | LD |
| | Amount = $1.39 | |
| 02/19/10 | ALL PACER | DOCRETRI |
| | Amount = $13.76 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 23, 2010  
Invoice 352998  
Page 22  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/19/10 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 02/19/10 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 02/22/10 | Photocopies | | DUP.10CC |
| | Amount = $44.90 | | |
| 02/22/10 | ALL PACER | | DOCRETRI |
| | Amount = $12.56 | | |
| 02/22/10 | Postage | | POST |
| | Amount = $14.61 | | |
| 02/23/10 | Photocopies | | DUP.10CC |
| | Amount = $93.00 | | |
| 02/23/10 | Messenger and delivery2/22/10, Morris Nichols, BJW | | MESS |
| | Amount = $6.00 | | |
| 02/23/10 | Messenger and delivery2/22/10, US Trustee, BJW | | MESS |
| | Amount = $6.00 | | |
| 02/23/10 | ALL PACER | | DOCRETRI |
| | Amount = $0.48 | | |
| 02/23/10 | Postage | | POST |
| | Amount = $14.90 | | |
| 02/23/10 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 02/24/10 | WILLKIE FARR & GALLAGHER - Messenger and delivery | | MESS |
| | Amount = $10.50 | | |
| 02/24/10 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | | MESS |
| | Amount = $10.50 | | |
| 02/24/10 | Photocopies | | DUP.10CC |
| | Amount = $3.00 | | |
| 02/24/10 | Photocopies | | DUP.10CC |
| | Amount = $40.50 | | |
| 02/24/10 | Photocopies | | DUP.10CC |
| | Amount = $6.00 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 23  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/24/10 | Messenger and delivery2/23/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/24/10 | Messenger and delivery2/23/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/24/10 | ALL PACER | | DOCRETRI |
| | Amount = | $25.36 | |
| 02/24/10 | Postage | | POST |
| | Amount = | $3.39 | |
| 02/24/10 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/24/10 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 02/24/10 | Printing | | DUP.10CC |
| | Amount = | $7.70 | |
| 02/24/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 02/24/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 02/25/10 | U.S. DISTRICT COURT CLERK: Pro hac vice motion for Lisa Beckerman | | FLFEE |
| | Amount = | $25.00 | |
| 02/25/10 | Photocopies | | DUP.10CC |
| | Amount = | $136.20 | |
| 02/25/10 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 02/25/10 | Photocopies | | DUP.10CC |
| | Amount = | $4.50 | |
| 02/25/10 | 2128721056 Long Distance | | LD |
| | Amount = | $4.17 | |
| 02/25/10 | 2013708483 Long Distance | | LD |
| | Amount = | $18.07 | |
| 02/25/10 | Delivery Expense 2/24/10 | | MESS |
| | Amount = | $12.80 | |
| 02/25/10 | Messenger and delivery2/24/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 23, 2010  
Invoice 352998  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/25/10 | Messenger and delivery2/24/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/25/10 | Messenger and delivery2/24/10, Post Office/New Castle, BJW | | MESS |
| | Amount = | $51.30 | |
| 02/25/10 | Messenger and delivery2/24/10, Morris Nichols, TAC | | MESS |
| | Amount = | $5.50 | |
| 02/25/10 | Messenger and delivery2/24/10, US Trustee, TAC | | MESS |
| | Amount = | $6.00 | |
| 02/25/10 | ALL PACER | | DOCRETRI |
| | Amount = | $85.52 | |
| 02/25/10 | Postage | | POST |
| | Amount = | $3.99 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $5.00 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

March 23, 2010  
Invoice 352998  
Page 25  
Client # 732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $7.60 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 02/25/10 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 02/26/10 | Delivery expense 2/25/10 | | MESS |
| | Amount = | $6.40 | |
| 02/26/10 | Messenger and delivery2/25/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/26/10 | Messenger and delivery2/25/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 02/26/10 | Messenger and delivery2/25/10, Post Office/New Castle, BJW | | MESS |
| | Amount = | $51.30 | |
| 02/26/10 | Messenger and delivery2/25/10, US Bankruptcy Court, BJW/CXS | | MESS |
| | Amount = | $6.00 | |
| 02/26/10 | Messenger and delivery2/25/10, District Court, BJW | | MESS |
| | Amount = | $4.50 | |
| 02/26/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.00 | |
| 02/26/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 02/27/10 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,025.44