**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **25 March 2010**        Our Ref: **GDB/CCN01.00001**                    Invoice No: **285596**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 70,921.00 |
| For the period to 28 February 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 125.46 |
| **Disbursements:** (NT) | | | |
| Fares and Courier Charges | 0.00 | 0.00 | 83.32 |
| | 0.00 | | 71,129.78 |
| | | VAT | 0.00 |
| | | Total | 71,129.78 |
| | | **Balance Due** | **71,129.78** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 285596 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

### Re: BANKRUPTCY

### GDB/CCN01.00001

### For the period: to 28 February 2010

|  |  | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.40 | 244.00 | (C0006) |
|  |  | 0.50 | 305.00 | (C0007) |
|  |  | 0.30 | 183.00 | (C0016) |
|  |  | 0.80 | 488.00 | (C0019) |
|  |  | 0.10 | 61.00 | (C0024) |
|  |  | 2.10 | 1,281.00 | (C0031) |
|  |  | **4.20** | **£2,562.00** | |
| Partner: | Angela Pearson | 4.30 | 2,623.00 | (C0006) |
|  |  | 0.80 | 488.00 | (C0007) |
|  |  | 4.80 | 2,928.00 | (C0016) |
|  |  | 26.70 | 16,287.00 | (C0019) |
|  |  | 0.80 | 488.00 | (C0031) |
|  |  | **37.40** | **£22,814.00** | |
| Partner: | Steven Hull | 0.40 | 244.00 | (C0006) |
|  |  | 2.40 | 1,464.00 | (C0016) |
|  |  | 6.80 | 4,148.00 | (C0019) |
|  |  | 0.40 | 244.00 | (C0031) |
|  |  | **10.00** | **£6,100.00** | |
| Senior Associate: | Marcus Fink | 0.30 | 150.00 | (C0006) |
|  |  | 1.20 | 600.00 | (C0007) |
|  |  | 2.30 | 1,150.00 | (C0016) |
|  |  | 11.30 | 5,650.00 | (C0019) |
|  |  | **15.10** | **£7,550.00** | |
| Senior Associate: | Pierre-Emmanuel Fender | 1.50 | 712.50 | (C0024) |
|  |  | **1.50** | **£712.50** | |
| Senior Associate: | Sian Robertson | 16.80 | 7,980.00 | (C0019) |
|  |  | **16.80** | **£7,980.00** | |
| Associate: | Lindsay Connal | 0.50 | 185.00 | (C0006) |
|  |  | 19.90 | 7,363.00 | (C0019) |
|  |  | **20.40** | **£7,548.00** | |
| Junior Associate: | Paul Bagon | 11.70 | 3,685.50 | (C0003) |
|  |  | 0.80 | 252.00 | (C0006) |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | (C0016) |
|  |  | 4.20 | 1,323.00 | (C0019) |
|  |  | 7.80 | 2,457.00 | (C0024) |
|  |  | 5.00 | 1,575.00 | (C0031) |
|  |  | **36.20** | **£11,403.00** |  |
| Junior Associate: | Abi Gillett | 0.50 | 145.00 | (C0006) |
|  |  | 3.90 | 1,131.00 | (C0019) |
|  |  | **4.40** | **£1,276.00** |  |
| Junior Associate: | David Salcedo | 2.60 | 754.00 | (C0019) |
|  |  | **2.60** | **£754.00** |  |
| Junior Associate: | Delphine Guérin | 3.00 | 945.00 | (C0024) |
|  |  | **3.00** | **£945.00** |  |
| Trainee: | Richard Stacey | 6.00 | 1,110.00 | (C0019) |
|  |  | **6.00** | **£1,110.00** |  |
| Trainee: | Morag Taylor | 0.90 | 166.50 | (C0031) |
|  |  | **0.90** | **£166.50** |  |
| **TOTAL** |  | **158.50** | **£70,921.00** |  |

**Matter: CCN01.00001 – BANKRUPTCY**

 **0003**          **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| DB | Paul Bagon | 11.70 | 315.00 | 3,685.50 |
| | | | Total | 3,685.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2010 | Paul Bagon | LETT | Emails re Ashurst fees. | 0.20 | 315.00 | 63.00 |
| 15/02/2010 | Paul Bagon | DRFT | Monthly fee application. | 1.00 | 315.00 | 315.00 |
| 22/02/2010 | Paul Bagon | LETT | Ashurst monthly fee application. | 3.50 | 315.00 | 1,102.50 |
| 23/02/2010 | Paul Bagon | DRFT | Finalising Ashurst monthly fee application and sending out. | 5.00 | 315.00 | 1,575.00 |
| 25/02/2010 | Paul Bagon | DRFT | Completing and submitting for filing Ashurst interim fee application. | 2.00 | 315.00 | 630.00 |

 **0006**        **Retention of Professionals**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 4.30 | 610.00 | 2,623.00 |
| GDB | Giles Boothman | 0.40 | 610.00 | 244.00 |
| EH | Steven Hull | 0.40 | 610.00 | 244.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 0.30 | 500.00 | 150.00 |
| ssociates | | | | |
| CC | Lindsay Connal | 0.50 | 370.00 | 185.00 |
| **Junior Associate** | | | | |
| SG | Abi Gillett | 0.50 | 290.00 | 145.00 |
| DB | Paul Bagon | 0.80 | 315.00 | 252.00 |
| | | | Total | **3,843.00** |

**0006**   **Retention of Professionals**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2010 | Paul Bagon | LETT | Re instructing a Barrister re pensions issues. | 0.30 | 315.00 | 94.50 |
| 08/02/2010 | Angela Pearson | PHON | Telephone conversation with Counsel's chambers, etc. | 1.50 | 610.00 | 915.00 |
| 08/02/2010 | Giles Boothman | READ | Emails re. pensions Barristers | 0.20 | 610.00 | 122.00 |
| 08/02/2010 | Lindsay Connal | RSCH | Locating and reviewing Counsels' CVs and email to AMP re the same - Nortel | 0.50 | 370.00 | 185.00 |
| 12/02/2010 | Angela Pearson | LETT | Email to Counsel's Chambers | 0.20 | 610.00 | 122.00 |
| 12/02/2010 | Angela Pearson | PHON | Telephone conversation with Counsel's clerk | 0.30 | 610.00 | 183.00 |
| 12/02/2010 | Giles Boothman | SUPE | Re. pensions Counsel/Ashurst engagement terms/email Fred | 0.20 | 610.00 | 122.00 |
| 15/02/2010 | Angela Pearson | PHON | Telephone conversation with Michael Furness | 0.50 | 610.00 | 305.00 |
| 15/02/2010 | Marcus Fink | LETT | Review emails re UCC update and choice of Counsel | 0.30 | 500.00 | 150.00 |
| 16/02/2010 | Angela Pearson | LETT | Email to Michael Furness | 0.20 | 610.00 | 122.00 |
| 17/02/2010 | Angela Pearson | PHON | Telephone conversation to Counsel's clerk | 0.60 | 610.00 | 366.00 |
| 17/02/2010 | Angela Pearson | LETT | Emails to Counsel's clerk | 0.60 | 610.00 | 366.00 |
| 17/02/2010 | Angela Pearson | PHON | Telephone conversation with Michael Furness | 0.20 | 610.00 | 122.00 |
| 17/02/2010 | Abi Gillett | RSCH | Nortel - finding Counsel information | 0.20 | 290.00 | 58.00 |
| 18/02/2010 | Angela Pearson | LETT | Email to Michael Furness | 0.20 | 610.00 | 122.00 |
| 18/02/2010 | Abi Gillett | RSCH | Researching percentage of Barristers who become QCs | 0.30 | 290.00 | 87.00 |
| 22/02/2010 | Steven Hull | READ | Review Angela Pearson and Paul Bagon emails re retention of barrister and related issues in connection with draft Affidavit and relevant court filings in respect of appointment of QC | 0.40 | 610.00 | 244.00 |
| 25/02/2010 | Paul Bagon | LETT | Various emails in connection with the retention of Michael Furness. | 0.50 | 315.00 | 157.50 |

## 0007    Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 0.80 | 610.00 | 488.00 |
| GDB | Giles Boothman | 0.50 | 610.00 | 305.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 1.20 | 500.00 | 600.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 4.40 | 315.00 | 1,386.00 |
| | | | Total | **2,779.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2010 | Giles Boothman | ATTD | UCC call | 0.50 | 610.00 | 305.00 |
| 04/02/2010 | Marcus Fink | PHON | Attend weekly UCC update call | 1.20 | 500.00 | 600.00 |
| 04/02/2010 | Paul Bagon | PHON | Attending UCC weekly meeting. | 1.40 | 315.00 | 441.00 |
| 11/02/2010 | Paul Bagon | PHON | UCC weekly call. | 0.80 | 315.00 | 252.00 |
| 18/02/2010 | Angela Pearson | PHON | Con call to USC | 0.80 | 610.00 | 488.00 |
| 18/02/2010 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 315.00 | 315.00 |
| 25/02/2010 | Paul Bagon | PHON | Attending UCC weekly meeting. | 1.20 | 315.00 | 378.00 |

## 0016   Lift Stay Litigation

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 4.80 | 610.00 | 2,928.00 |
| GDB | Giles Boothman | 0.30 | 610.00 | 183.00 |
| EH | Steven Hull | 2.40 | 610.00 | 1,464.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 2.30 | 500.00 | 1,150.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 2.30 | 315.00 | 724.50 |
| | | | Total | **6,449.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 16/02/2010 | Steven Hull | LETT | Review email exchanges between Lisa Beckerman and Angela Pearson regarding UK pensions counsel, working draft of motion to enforce automatic stay and propose conference call for next steps. | 1.70 | 610.00 | 1,037.00 |
| 24/02/2010 | Angela Pearson | READ | Review of submissions from US Canadian Courts | 4.80 | 610.00 | 2,928.00 |
| 24/02/2010 | Marcus Fink | READ | Reading UK Pension Regulator motion against stay of proceedings | 2.30 | 500.00 | 1,150.00 |
| 24/02/2010 | Paul Bagon | READ | Pension Regulator response to Canadian objection and enforcement of stay. | 1.80 | 315.00 | 567.00 |
| 24/02/2010 | Paul Bagon | READ | Pension regulator response to Linklaters letter re enforcement of US stay. | 0.50 | 315.00 | 157.50 |
| 26/02/2010 | Giles Boothman | READ | Emails re. result of pensions hearing | 0.30 | 610.00 | 183.00 |
| 27/02/2010 | Steven Hull | READ | Review Nortel stay ruling emails from Fred Hodara and review email correspondence with Angela Pearson and Giles Boothman and Lisa Beckerman regarding same. | 0.70 | 610.00 | 427.00 |

## 0019   Labor Issues/Employee Benefits

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 26.70 | 610.00 | 16,287.00 |
| GDB | Giles Boothman | 0.80 | 610.00 | 488.00 |
| EH | Steven Hull | 6.80 | 610.00 | 4,148.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 11.30 | 500.00 | 5,650.00 |
| IR | Sian Robertson | 16.80 | 475.00 | 7,980.00 |
| **ssociates** | | | | |
| CC | Lindsay Connal | 19.90 | 370.00 | 7,363.00 |
| **Junior Associate** | | | | |
| SG | Abi Gillett | 3.90 | 290.00 | 1,131.00 |
| DOS | David Salcedo | 2.60 | 290.00 | 754.00 |
| DB | Paul Bagon | 4.20 | 315.00 | 1,323.00 |
| **Trainee** | | | | |
| RWS | Richard Stacey | 6.00 | 185.00 | 1,110.00 |
| | | | Total | 46,234.00 |

### 0019   Labor Issues/Employee Benefits

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2010 | Angela Pearson | READ | Review Freshfield memo | 0.50 | 610.00 | 305.00 |
| 03/02/2010 | Angela Pearson | LETT | Emails to Freshfields | 0.20 | 610.00 | 122.00 |
| 03/02/2010 | Angela Pearson | READ | Review emails from Akin Gump, etc. | 0.20 | 610.00 | 122.00 |
| 03/02/2010 | Giles Boothman | INTD | PDB re. pensions issues | 0.30 | 610.00 | 183.00 |
| 03/02/2010 | Steven Hull | READ | Review Lisa Beckham email and commence review of Freshfields response strategy to Pensions Regulator Warning Notice document | 1.40 | 610.00 | 854.00 |
| 04/02/2010 | Angela Pearson | INTD | Updating LCC, etc. re: committee call | 0.50 | 610.00 | 305.00 |
| 04/02/2010 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.20 | 610.00 | 122.00 |
| 04/02/2010 | Angela Pearson | INTD | Telephone conversation with Paul Bagon | 0.30 | 610.00 | 183.00 |
| 04/02/2010 | Angela Pearson | INTD | Discussion LCC re: Nortel | 0.50 | 610.00 | 305.00 |
| 04/02/2010 | Angela Pearson | INTD | Discussion P Bagon re: Nortel | 0.50 | 610.00 | 305.00 |
| 04/02/2010 | Angela Pearson | LETT | Email to internal team | 0.70 | 610.00 | 427.00 |
| 04/02/2010 | Angela Pearson | READ | Review emails - Akin Gump etc. | 0.30 | 610.00 | 183.00 |
| 04/02/2010 | Abi Gillett | RSCH | Nortel research for AMP | 0.50 | 290.00 | 145.00 |
| 04/02/2010 | Abi Gillett | INTD | Discussion with LCC re UK pensions | 0.30 | 290.00 | 87.00 |
| 04/02/2010 | Abi Gillett | RSCH | Research for AMP | 1.80 | 290.00 | 522.00 |
| 04/02/2010 | Abi Gillett | INTD | Discussion with LCC re UK pensions | 0.30 | 290.00 | 87.00 |
| 04/02/2010 | Lindsay Connal | PHON | Intd with AMP and MF - Nortel | 0.30 | 370.00 | 111.00 |
| 04/02/2010 | Lindsay Connal | READ | Emails - Nortel re UK pensions | 0.20 | 370.00 | 74.00 |
| 04/02/2010 | Lindsay Connal | READ | Reading and considering Reg 12 issue - Nortel | 1.00 | 370.00 | 370.00 |
| 04/02/2010 | Lindsay Connal | PHON | Nortel call re UK pensions | 0.60 | 370.00 | 222.00 |
| 04/02/2010 | Lindsay Connal | INTD | Intd AMP re Nortel call and Reg 12 issue | 0.30 | 370.00 | 111.00 |
| 04/02/2010 | Lindsay Connal | INTD | Intd ASG re Directly Affected Parties issue | 0.30 | 370.00 | 111.00 |
| 04/02/2010 | Marcus Fink | READ | Review emails and paper prepared by Freshfields on UK pension claim. Review tpr Warning Notice and evaluation of merit of certain regulator arguments | 2.10 | 500.00 | 1,050.00 |
| 04/02/2010 | Paul Bagon | INTD | Discussion with AMP, GDB and MDF re UK pensions. | 1.00 | 315.00 | 315.00 |
| 04/02/2010 | Steven Hull | LETT | Emails re revised conference call | 0.30 | 610.00 | 183.00 |
| 04/02/2010 | Sian Robertson | DRFT | Note re pension/FSD claim under UK law | 2.50 | 475.00 | 1,187.50 |
| 05/02/2010 | Angela Pearson | READ | Review research re: rep of USCC | 1.00 | 610.00 | 610.00 |
| 05/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.50 | 610.00 | 305.00 |
| 05/02/2010 | Abi Gillett | DRFT | Amending note | 0.20 | 290.00 | 58.00 |
| 05/02/2010 | Lindsay Connal | INTD | Intd SR re entities involved | 0.10 | 370.00 | 37.00 |
| 05/02/2010 | Lindsay Connal | RSCH | Research re interpretation of 2005 Regs, and in particular Regulation 12 | 1.30 | 370.00 | 481.00 |
| 05/02/2010 | Lindsay Connal | READ | Email from AMP to LB and attached note re directly affected parties | 0.20 | 370.00 | 74.00 |
| 05/02/2010 | Sian Robertson | DRFT | Note on pensions claim: drafting, researching and reading cases | 4.50 | 475.00 | 2,137.50 |
| 06/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.10 | 610.00 | 61.00 |
| 06/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.10 | 610.00 | 61.00 |

## 0019    Labor Issues/Employee Benefits

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 06/02/2010 | Lindsay Connal | READ | Warning Notice (re review of Freshfields note and analysis) - Nortel | 3.30 | 370.00 | 1,221.00 |
| 07/02/2010 | Lindsay Connal | READ | Considering issue re Reg 12 and reading relevant legislation/documents - Nortel | 3.20 | 370.00 | 1,184.00 |
| 08/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 | 610.00 | 183.00 |
| 08/02/2010 | Angela Pearson | INTD | Discussion LCC re: Freshfields review | 1.00 | 610.00 | 610.00 |
| 08/02/2010 | Angela Pearson | READ | Review Freshfields memo | 0.50 | 610.00 | 305.00 |
| 08/02/2010 | Angela Pearson | PHON | All parties call | 0.70 | 610.00 | 427.00 |
| 08/02/2010 | Angela Pearson | LETT | Email to Akin Gurnp | 0.10 | 610.00 | 61.00 |
| 08/02/2010 | Angela Pearson | READ | Review email - Akin Gump | 0.10 | 610.00 | 61.00 |
| 08/02/2010 | Giles Boothman | INTD | PDB re. pensions position | 0.50 | 610.00 | 305.00 |
| 08/02/2010 | Lindsay Connal | READ | Reg 12 issue - Nortel | 0.30 | 370.00 | 111.00 |
| 08/02/2010 | Lindsay Connal | INTD | AMP re Reg 12 issue - Nortel | 1.00 | 370.00 | 370.00 |
| 08/02/2010 | Lindsay Connal | DRFT | Dictating brief summary of Reg 12 research and conclusion - Nortel | 0.40 | 370.00 | 148.00 |
| 08/02/2010 | Lindsay Connal | PHON | Nortel call and discussion with AMP, MF and SH following call - Nortel | 0.70 | 370.00 | 259.00 |
| 08/02/2010 | Marcus Fink | LETT | Prep for and call with advisors to Nortel parties re pension regulator claim | 2.10 | 500.00 | 1,050.00 |
| 08/02/2010 | Paul Bagon | READ | Reading AMP note re locus for UCC to make representations before the pensions determination panel | 0.20 | 315.00 | 63.00 |
| 08/02/2010 | Paul Bagon | PHON | All parties call re UK pensions issues. | 0.50 | 315.00 | 157.50 |
| 08/02/2010 | Steven Hull | READ | Review email exchanges re representation before Determinations Panel; review Angela Pearson note re same; preparing for and attending all parties conference call to discuss strategy re rejection of pensions and regulator claims and discussions with Marcus Fink following conference call | 1.50 | 610.00 | 915.00 |
| 08/02/2010 | Sian Robertson | RSCH | Reviewing warning notice and pensions legislation provisions | 1.50 | 475.00 | 712.50 |
| 09/02/2010 | Angela Pearson | LETT | Email to Freshfields | 0.20 | 610.00 | 122.00 |
| 09/02/2010 | Lindsay Connal | READ | Emails re UK pensions | 0.10 | 370.00 | 37.00 |
| 09/02/2010 | Lindsay Connal | READ | Emails re UK pensions | 0.10 | 370.00 | 37.00 |
| 09/02/2010 | Marcus Fink | LETT | Review emails and cvs of intended counsel to represent UCC at unsecured creditors hearing. Review warning notice | 1.40 | 500.00 | 700.00 |
| 09/02/2010 | Steven Hull | LETT | Review Lisa Beckerman response to Angela Pearson email regarding obtaining facts to support defence against warning notice; review Angela Pearson email and review attached draft letter to pensions regulator; review Lisa Beckerman response | 0.50 | 610.00 | 305.00 |
| 10/02/2010 | Angela Pearson | READ | Review emails - Akin Gump | 0.20 | 610.00 | 122.00 |
| 10/02/2010 | Angela Pearson | LETT | Emails to Freshfields | 0.20 | 610.00 | 122.00 |
| 10/02/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.20 | 610.00 | 122.00 |
| 10/02/2010 | Lindsay Connal | READ | Emails - Nortel | 0.10 | 370.00 | 37.00 |
| 10/02/2010 | Marcus Fink | LETT | Review tpr extension letter and Freshfields paper re tpr warning notice | 0.50 | 500.00 | 250.00 |
| 10/02/2010 | Steven Hull | LETT | Review Michael Wender email regarding amendments to letter to Pensions Regulator; review email correspondence between Angela Pearson and Lisa Beckerman regarding final version submission of same | 0.30 | 610.00 | 183.00 |
| 10/02/2010 | Sian Robertson | DRFT | Drafting note on pensions claim - pensions section and analysis of cases | 4.30 | 475.00 | 2,042.50 |
| 11/02/2010 | Marcus Fink | LETT | Review emails re Counsel and updates on position and consider | 0.40 | 500.00 | 200.00 |
| 11/02/2010 | Sian Robertson | LETT | Drafting note: analysis and conclusions. | 4.00 | 475.00 | 1,900.00 |

## 0019   Labor Issues/Employee Benefits

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/02/2010 | Angela Pearson | LETT | Emails Akin Gump | 0.30 | 610.00 | 183.00 |
| 12/02/2010 | Angela Pearson | READ | Review emails | 0.30 | 610.00 | 183.00 |
| 12/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.10 | 610.00 | 61.00 |
| 12/02/2010 | Lindsay Connal | READ | Emails | 0.20 | 370.00 | 74.00 |
| 15/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 | 610.00 | 183.00 |
| 15/02/2010 | Angela Pearson | READ | Review attachment to email from Akin Gump | 0.20 | 610.00 | 122.00 |
| 15/02/2010 | Angela Pearson | READ | Review motion | 2.50 | 610.00 | 1,525.00 |
| 15/02/2010 | Lindsay Connal | READ | Emails - Nortel re UK pensions | 0.20 | 370.00 | 74.00 |
| 16/02/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.80 | 610.00 | 488.00 |
| 16/02/2010 | Angela Pearson | READ | Internal emails - Ashurst | 0.50 | 610.00 | 305.00 |
| 16/02/2010 | Angela Pearson | LETT | Emails to Linklaters | 0.20 | 610.00 | 122.00 |
| 16/02/2010 | Paul Bagon | LETT | reviewing various emails re UK pensions. | 0.50 | 315.00 | 157.50 |
| 17/02/2010 | Angela Pearson | PHON | Telephone conversation with Sarah Appleton | 0.20 | 610.00 | 122.00 |
| 17/02/2010 | Angela Pearson | PHON | Telephone conversation with Paul Bagon | 0.20 | 610.00 | 122.00 |
| 17/02/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 610.00 | 122.00 |
| 17/02/2010 | Angela Pearson | LETT | Internal emails | 0.50 | 610.00 | 305.00 |
| 17/02/2010 | Angela Pearson | READ | Review opinion | 2.00 | 610.00 | 1,220.00 |
| 17/02/2010 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 0.90 | 610.00 | 549.00 |
| 17/02/2010 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.60 | 610.00 | 366.00 |
| 17/02/2010 | Angela Pearson | LETT | Emails to Linklaters | 0.80 | 610.00 | 488.00 |
| 17/02/2010 | Angela Pearson | INTD | Discussion with LCC re: privilege | 1.20 | 610.00 | 732.00 |
| 17/02/2010 | Angela Pearson | READ | Review motion | 2.00 | 610.00 | 1,220.00 |
| 17/02/2010 | David Salcedo | INTD | With LCC re privilege issues | 1.50 | 290.00 | 435.00 |
| 17/02/2010 | David Salcedo | INTD | With AMP, LCC and ECS re privilege issues | 1.10 | 290.00 | 319.00 |
| 17/02/2010 | Lindsay Connal | RSCH | Research re applicability of litigation privilege and joint and common interest privilege to proceedings, and intds trainee, DOS, AMP and ECS re the same - Nortel | 5.00 | 370.00 | 1,850.00 |
| 17/02/2010 | Lindsay Connal | LETT | Email to AMP re privilege analysis - Nortel | 0.20 | 370.00 | 74.00 |
| 17/02/2010 | Lindsay Connal | READ | Emails - Nortel re UK pensions | 0.20 | 370.00 | 74.00 |
| 17/02/2010 | Lindsay Connal | READ | Review of research provided by trainee re Regulator's powers to request disclosure of documents and attachments - Nortel | 0.30 | 370.00 | 111.00 |
| 17/02/2010 | Paul Bagon | LETT | Emails re. UK pensions issues | 0.50 | 315.00 | 157.50 |
| 17/02/2010 | Paul Bagon | READ | Linklaters expert witness report. | 1.00 | 315.00 | 315.00 |
| 17/02/2010 | Richard Stacey | RSCH | Researching case and statute law on privilege and pensions regulator, discussions and drafting internal note. | 4.20 | 185.00 | 777.00 |
| 17/02/2010 | Richard Stacey | RSCH | Researching provisions allowing Pensions Regulator or Tribunal to require non-party to disclose documents. | 1.80 | 185.00 | 333.00 |
| 17/02/2010 | Steven Hull | READ | Review email exchanges re declaration of English Law Expert in connection with pensions issues and review email exchanges form Lisa Beckerman and review attached documentation re UK pensions regulator position | 0.60 | 610.00 | 366.00 |
| 17/02/2010 | Marcus Fink | LETT | Review R Hitchcock witness statement and mark-up. Discuss same with A Pearson and participate in call with L Beckermann and A Pearson to discuss choice of counsel and R Hitchcock witness statement | 2.50 | 500.00 | 1,250.00 |
| 22/02/2010 | Marcus Fink | LETT | Review update emails | 0.20 | 500.00 | 100.00 |

 0019    **Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 23/02/2010 | Lindsay Connal | READ | Email re UK pensions | 0.20 | 370.00 | 74.00 |
| 24/02/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.20 | 610.00 | 122.00 |
| 24/02/2010 | Lindsay Connal | READ | Emails re UK pensions | 0.10 | 370.00 | 37.00 |
| 24/02/2010 | Steven Hull | READ | Review Joshua Sturm email and review attached materials served by UK Pensions Regulator for the Canadian hearing; review Lisa Bickham in response re same; review further emails from Joshua Sterm and review attached letter from Pensions Regulator addressed to NNI and NNCALA and Joinder to Debtors Notion to enforce the automatic stay against certain UK pension claimants; review further email and review attached UK Pension Trustee and PPF notions to object to the debtors notion to enforce the automatic stay against them; review further Joshua Sturm email and review attached Declarations referenced in the objection of the UK Pension Trustee and the PPF | 1.40 | 610.00 | 854.00 |
| 25/02/2010 | Angela Pearson | LETT | Email to M Furness | 0.30 | 610.00 | 183.00 |
| 25/02/2010 | Angela Pearson | LETT | Emails to P Bagon | 0.20 | 610.00 | 122.00 |
| 25/02/2010 | Angela Pearson | PHON | Telephone conversation with M Furness | 0.20 | 610.00 | 122.00 |
| 25/02/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.50 | 610.00 | 305.00 |
| 25/02/2010 | Angela Pearson | READ | Review documents re: motion, etc. | 1.00 | 610.00 | 610.00 |
| 25/02/2010 | Angela Pearson | PHON | Listen in to UCC call | 0.70 | 610.00 | 427.00 |
| 25/02/2010 | Abi Gillett | MISC | Nortel query | 0.80 | 290.00 | 232.00 |
| 25/02/2010 | Marcus Fink | LETT | Review Press reports on regulator proceedings, review Counsel appointment documents and participate in UCC update call. | 2.10 | 500.00 | 1,050.00 |
| 25/02/2010 | Steven Hull | LETT | Review Joshua Sturm email and review attached draft of QC affidavit and updated conflicts list for QC and review updates in connection with appointment of the same; review Paul Bagon response; review Paul Bagon email and review agenda for Nortel UCC conference call and related issues; preparing for and attending conference call with UCC representatives; review Lisa Beckerman and a review of attached materials regarding UK regulator CCAA proceedings. | 0.80 | 610.00 | 488.00 |
| 26/02/2010 | Angela Pearson | READ | Review emails | 0.30 | 610.00 | 183.00 |
| 27/02/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.40 | 610.00 | 244.00 |

## 0024    Asset/Stock Transaction/Business Liquidations

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.10 | 610.00 | 61.00 |
| **Senior Associate** | | | | |
| EF | Pierre-Emmanuel Fender | 1.50 | 475.00 | 712.50 |
| **Junior Associate** | | | | |
| DLG | Delphine Guérin | 3.00 | 315.00 | 945.00 |
| DB | Paul Bagon | 7.80 | 315.00 | 2,457.00 |
| | | | Total | **4,175.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 24/02/2010 | Delphine Guérin | LETT | Research re. French liquidator; call P Bagon; reading Men Side Agreement + emails from Herbert Smith | 2.50 | 315.00 | 787.50 |
| 24/02/2010 | Paul Bagon | RSCH | Re capacity of administrator to act on behalf of NNF SA in context of MEN sale. Calls with HS and AG and internal discussions with DLG and PEF and reading related materials. | 5.00 | 315.00 | 1,575.00 |
| 24/02/2010 | Pierre-Emmanuel Fender | PHON | Lecture doc + call avec P.B. re. authorisation des liquidators. | 1.00 | 475.00 | 475.00 |
| 25/02/2010 | Delphine Guérin | LETT | Call P Bagon + research re. French liquidator | 0.50 | 315.00 | 157.50 |
| 25/02/2010 | Giles Boothman | SUPE | PDB re. MEN signatories | 0.10 | 610.00 | 61.00 |
| 25/02/2010 | Paul Bagon | RSCH | Further research into Q re capacity of liquidator to sign for NNSA. Related calls and emails with Herbert Smith and internal discussions with PEF and DLG. | 2.20 | 315.00 | 693.00 |
| 25/02/2010 | Paul Bagon | PHON | Call with Tony Feuerstein re liquidator's capacity to sign on behalf of NNSA in context of MEN transaction. | 0.30 | 315.00 | 94.50 |
| 25/02/2010 | Pierre-Emmanuel Fender | PHON | Appel Paul B | 0.50 | 475.00 | 237.50 |
| 26/02/2010 | Paul Bagon | LETT | Update to Paris re NNSA. | 0.30 | 315.00 | 94.50 |

## 0031    European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** |  |  |  |  |
| MP | Angela Pearson | 0.80 | 610.00 | 488.00 |
| GDB | Giles Boothman | 2.10 | 610.00 | 1,281.00 |
| EH | Steven Hull | 0.40 | 610.00 | 244.00 |
| **Junior Associate** |  |  |  |  |
| DB | Paul Bagon | 5.00 | 315.00 | 1,575.00 |
| **Trainee** |  |  |  |  |
| MZT | Morag Taylor | 0.90 | 185.00 | 166.50 |
|  |  |  | Total | **3,754.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2010 | Paul Bagon | LETT | Emails re UK pensions. | 0.30 | 315.00 | 94.50 |
| 03/02/2010 | Paul Bagon | PHON | Attending professionals' pre-call. | 1.20 | 315.00 | 378.00 |
| 04/02/2010 | Giles Boothman | ATTD | Angela/Paul re. UCC representation at hg re. Pensions | 0.30 | 610.00 | 183.00 |
| 05/02/2010 | Giles Boothman | INTD | Discussion with PDB | 0.30 | 610.00 | 183.00 |
| 05/02/2010 | Morag Taylor | LETT | Finding relevant cases | 0.50 | 185.00 | 92.50 |
| 05/02/2010 | Paul Bagon | LETT | Discussions with GDB and SEH and related email to AG re B/H queries. | 1.00 | 315.00 | 315.00 |
| 05/02/2010 | Steven Hull | READ | Emails with Giles Boothman and Paul Bagon and review emails from Millbank regarding enquiry | 0.40 | 610.00 | 244.00 |
| 09/02/2010 | Giles Boothman | INTD | Angela/Paul re. pensions strategy | 0.50 | 610.00 | 305.00 |
| 10/02/2010 | Morag Taylor | LETT | Finding and printing relevant cases and articles | 0.40 | 185.00 | 74.00 |
| 17/02/2010 | Angela Pearson | PHON | Conference call with Akin Gump - pre USC | 0.80 | 610.00 | 488.00 |
| 17/02/2010 | Paul Bagon | PHON | Professionals pre-call. | 1.20 | 315.00 | 378.00 |
| 18/02/2010 | Paul Bagon | LETT | Various emails. | 0.40 | 315.00 | 126.00 |
| 18/02/2010 | Paul Bagon | READ | Co-ordinating Ashurst attendees for UCC call and reading related materials. | 0.40 | 315.00 | 126.00 |
| 22/02/2010 | Giles Boothman | SUPE | Read docs/emails | 0.50 | 610.00 | 305.00 |
| 22/02/2010 | Giles Boothman | INTD | Catch up on developments with team. | 0.30 | 610.00 | 183.00 |
| 23/02/2010 | Paul Bagon | LETT | Catch up call with FMC re pensions. | 0.30 | 315.00 | 94.50 |
| 25/02/2010 | Giles Boothman | READ | Emails | 0.20 | 610.00 | 122.00 |
| 25/02/2010 | Paul Bagon | LETT | Various emails to team re UCC weekly call. | 0.20 | 315.00 | 63.00 |