## Exhibit C

## DISBURSEMENT SUMMARY
## February 01, 2010 THROUGH February 28, 2010

| | |
|---|---:|
| Travel Expenses – Ground Transportation | £33.00 |
| Document Production | £125.46 |
| Courier Services | £50.32 |
| **TOTAL** | **£208.78** |