**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| **Document Production** | 125.46 |

**Fares, Courier Charges and Incidental Expenses (Courier Charges)**

| | | |
|---|---|---:|
| 01/02/2010 | VENDOR: Destination Courier Services Ltd; INVOICE#: 249375; DATE: 01/02/2010 - COURIER D - 250233 AMP (Angela Pearson, Salcott Road) 27/01/10 | 50.32 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---:|
| 11/02/2010 | PAYEE: Bagon, Paul; REQUEST#: 380069; DATE: 11/02/2010. - Bacs payment to reimburse expenses PDB Taxi - 22/01/10 | 33.00 |
| | | **208.78** |