## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD FEBRUARY 01, 2010 THROUGH FEBRUARY 28, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 4.20 | 2,562.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group | £610 | 37.40 | 22,814.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 10.00 | 6,100.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 15.10 | 7,550.00 |
| Pierre-Emmanuel Fender | Associate for 7 years; Admitted in France in 2003; Litigation Group Paris | £475 | 1.50 | 712.50 |
| Sian Robertson | Associate for 7 years; Admitted in 2003; Restructuring and Special Situations Group | £475 | 16.80 | 7,980.00 |
| Lindsay Connal | Associate for 4 years; Admitted in 2006; Litigation Department | £370 | 20.40 | 7,548.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group | £315 | 36.20 | 11,403.00 |
| Delphine Guérin | Associate for 2 years; Admitted in 2008 in France; Corporate Group Paris. | £315 | 3.00 | 945.00 |
| Abi Gillett | Associate for 1 year; Admitted in 2009; Litigation Group | £290 | 4.40 | 1,276.00 |
| David Salcedo | Associate for 1 year; Admitted in 2009; Litigation Group | £290 | 2.60 | 754.00 |
| Richard Stacey | Trainee for 1 year; Litigation Group | £185 | 6.00 | 1,110.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Morag Taylor | Trainee for 2 years; Restructuring and Special Situations Group | £185 | 0.90 | 166.50 |
| **TOTAL** | | | **158.50** | **70,921.00** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 01, 2010 THROUGH FEBRUARY 28, 2010.

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.70 | 3,685.50 |
| Retention of Professionals | 7.20 | 3,843.00 |
| Creditors Committee Meetings | 6.90 | 2,779.00 |
| Lift Stay Litigation | 12.10 | 6,449.50 |
| Labor Issues/Employee Benefits | 99.00 | 46,234.00 |
| Asset/Stock Transaction/Business Liquidations | 12.40 | 4,175.50 |
| European Proceedings/Matters | 9.20 | 3,754.50 |
| TOTAL | 158.50 | 70,921.00 |