B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Nortel Networks Inc.**   Case No. **09-10138**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Coface North America Insurance Company**
Name of Transferee

**Jaco Electronics, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent: **Coface North America, 50 Millstone Rd., Bldg. 100, Ste 360, East Windsor, NJ 08520**

Phone: **609-469-0442**
Last Four Digits of Acct #: _____

Court Claim # (if known): **392**
Amount of Claim: **$479,290**
Date Claim Filed: **February 13, 2009**

Phone: **631-273-5500**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

X By: *[signature]*   Date: **March 26, 2010**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Jaco Electronics, Inc. (the "Assignor"), a New York corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of **$479,290.00** as stated in the Proof of Claim with a claim number 392 against **Nortel Networks Inc.** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware, Case No. 09-10138** or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 26 day of March 2010.

**ASSIGNOR:**                                          **ASSIGNEE:**

**JACO ELECTRONICS, INC.**                             **COFACE NORTH AMERICA INSURANCE COMPANY**


By: _____                          By: _____
Name: JEFFREY D. GASH                                  Name:
Title: CFO                                             Title:

## EVIDENCE OF TRANSFER OF CLAIM

      Jaco Electronics, Inc. (the "Assignor"), a New York corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Coface North America Insurance Company, with a mailing address of 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against **Nortel Networks Inc.** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware, Case No. 09-10138** or any other court with jurisdiction.

      Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 26 day of March 2010.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| JACO ELECTRONICS, INC. | COFACE NORTH AMERICA INSURANCE COMPANY |
| By:_____ | By: _[signature]_ |
| Name: | Name: MICHAEL S. HARASEK |
| Title: | Title: AVP- CLAIMS |