**EXHIBIT B**

| Form **7004**<br>(Rev. December 2008)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time To File Certain<br>Business Income Tax, Information, and Other Returns**<br>▶ File a separate application for each return.<br>▶ See separate instructions. | | OMB No 1545-0233 |
|---|---|---|---|

| **Type or<br>Print** | Name | | Identifying number |
|---|---|---|---|
| File by the due<br>date for the<br>return for which<br>an extension is<br>requested. See<br>instructions | NORTEL NETWORKS, INC. & SUBSIDIARIES | | |
| | Number, street, and room or suite no. (If P O. box, see instructions.) | | |
| | 4001 EAST CHAPEL HILL NELSON HWY | | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)) | | |
| | RESEARCH TRIANGLE PAR, NC 27709 | | |

Note. See instructions before completing this form.

| **Part I** | **Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804 |

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . .

| Application<br>Is For: | Form<br>Code | Application<br>Is For: | Form<br>Code |
|---|---|---|---|
| Form 1065 | **09** | Form 1041 (estate) | **04** |
| Form 8804 | **31** | Form 1041 (trust) | **05** |

| **Part II** | **Automatic 6-Month Extension** Complete if Filing Other Forms |

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2 |

| Application<br>Is For: | Form<br>Code | Application<br>Is For: | Form<br>Code |
|---|---|---|---|
| Form 706-GS(D) | **01** | Form 1120-PC | **21** |
| Form 706-GS(T) | **02** | Form 1120-POL | **22** |
| Form 1041-N | **06** | Form 1120-REIT | **23** |
| Form 1041-QFT | **07** | Form 1120-RIC | **24** |
| Form 1042 | **08** | Form 1120S | **25** |
| Form 1065-B | **10** | Form 1120-SF | **26** |
| Form 1066 | **11** | Form 3520-A | **27** |
| Form 1120 | **12** | Form 8612 | **28** |
| Form 1120-C | **34** | Form 8613 | **29** |
| Form 1120-F | **15** | Form 8725 | **30** |
| Form 1120-FSC | **16** | Form 8831 | **32** |
| Form 1120-H | **17** | Form 8876 | **33** |
| Form 1120-L | **18** | Form 8924 | **35** |
| Form 1120-ND | **19** | Form 8928 | **36** |
| Form 1120-ND (section 4951 taxes) | **20** | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒
If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member
covered by this application. See Statement 1

| **Part III** | **All Filers Must Complete This Part** |

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here . . . . . ▶ ☐

**5 a** The application is for calendar year 20 09___ , or tax year beginning _____ , 20_____ , and ending _____ , 20 _____

**b** Short tax year. If this tax year is less than 12 months, check the reason
☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
|---|---|---|---|
| **7** | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| **8** | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
JSA
9X0916 1 000

Form **7004** (Rev 12-2008)

NORTEL NETWORKS, INC. & SUBSIDIARIES



Form 7004 - Affiliated Group Members
================================================================================

```
Name and address of each member of the group          Employer ID
-------------------------------------------           -----------
AC TECHNOLOGIES, INC.                                  
4001 E CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
INTEGRATED INFORMATION TECHNOLOGY CORPORATION
4001 E CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL GOVERNMENT SOLUTIONS, INC.
4001 E CHAPEL HILL NELSON HIGHWAY
RTP, NC 27709
```


```
NORTEL NETWORKS ( CALA) INC.
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL NETWORKS CABLE SOLUTIONS, INC.
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL NETWORKS CAPITAL CORP.
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL NETWORKS HPOCS, INC.
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL NETWORKS INDIA INTERNATIONAL, INC
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```


```
NORTEL NETWORKS INTERNATIONAL, INC.
4001 EAST CHAPEL HILL NELSON HWY
RTP, NC 27709
```

Continued on next page                    Statement  1

0000PN  4768  02/08/2010 13:33:38 V09-3.2                        7

NORTEL NETWORKS, INC. & SUBSIDIARIES                    

Form 7004 - Affiliated Group Members
========================================================================

```
    Name and address of each member of the group (Cont'd)      Employer ID
    ----------------------------------------------------       -----------
    NORTEL NETWORKS OPTICAL COMPONENTS, INC.
    4001 EAST CHAPEL HILL NELSON HWY
    RTP, NC 27709


    NORTHERN TELECOM INTERNATIONAL INC.
    4001 EAST CHAPEL HILL NELSON HWY
    RTP, NC 27709


    QTERA CORPORATION
    4001 EAST CHAPEL HILL NELSON HWY
    RTP, NC 27709


    Diamondware, Ltd.
    4001 E. Chapel Hill-Nelson Hwy
    RTP, NC 27709
```

| Form **7004** | **Application for Automatic Extension of Time To File Certain** | |
|---|---|---|
| (Rev. December 2008)<br>Department of the Treasury<br>Internal Revenue Service | **Business Income Tax, Information, and Other Returns**<br>▶ File a separate application for each return.<br>▶ See separate instructions. | OMB No. 1545-0233 |

| Type or<br>Print | Name | Identifying number |
|---|---|---|
| File by the due<br>date for the<br>return for which<br>an extension is<br>requested See<br>Instructions. | Alteon Websystems, Inc. and Subsidiary | ▆▆▆▆▆ |
| | Number, street, and room or suite no. (If P O box, see instructions.) | |
| | 4001 E. Chapel Hill - Nelson Hwy | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | RTP, NC 27709 | |

**Note. See instructions before completing this form.**

**Part I**  **Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . [ ][ ]

| Application<br>Is For: | Form<br>Code | Application<br>Is For: | Form<br>Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II**  **Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . [1][2]

| Application<br>Is For: | Form<br>Code | Application<br>Is For: | Form<br>Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application  See Statement 1

**Part III**  **All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here . . . . . ▶ ☐

**5a** The application is for calendar year 20 09 , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

**b** Short tax year. If this tax year is less than 12 months, check the reason

☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

| | | | |
|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
| **7** | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| **8** | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.          Form **7004** (Rev 12-2008)
JSA
9X0916 1 000

Alteon Websystems, Inc. and Subsidiary                          █████████

Form 7004 - Affiliated Group Members
================================================================================

```
    Name and address of each member of the group          Employer ID
    ------------------------------------------            -----------
    Alteon Websystems International, Inc.                  ██████████
    4001 E Chapel Hill-Nelson Hwy
    RTP, NC 27709
```

| Form **7004** | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** | | |
|---|---|---|---|
| (Rev. December 2008) | ▶ File a separate application for each return. | | |
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. | | OMB No. 1545-0233 |

| Type or Print | Name Architel Systems US Corporation C/O Nortel Networks, Inc. | Identifying number |
|---|---|---|
| File by the due date for the return for which an extension is requested. See instructions. | Number, street, and room or suite no. (If P O box, see instructions.) 4001 E. Chapel Hill-Nelson Hwy | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). RTP, NC 27709 | |

**Note. See instructions before completing this form.**

**Part I   Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II   Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2**   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3**   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application

**Part III   All Filers Must Complete This Part**

**4**   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . . ▶ ☐

**5 a**   The application is for calendar year 20 09 ___, or tax year beginning _____, 20_____, and ending _____, 20 _____

**b** **Short tax year.** If this tax year is less than 12 months, check the reason
☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

| | | | |
|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
| **7** | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| **8** | Balance due. Subtract line 7 from line 6 Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          Form **7004** (Rev 12-2008)

JSA
9X0916 1 000

| Form **7004**<br>(Rev. December 2008)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**<br>▶ File a separate application for each return.<br>▶ See separate instructions. | OMB No. 1545-0233 |
|---|---|---|

| **Type or Print** | Name<br>  Coretek, Inc. | | Identifying number<br> ▮▮▮▮▮▮▮▮ |
|---|---|---|---|
| File by the due date for the return for which an extension is requested. See instructions. | Number, street, and room or suite no. (If P O box, see instructions.)<br>  4001 E CHAPEL HILL NELSON HWY | | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).<br>  RTP, NC 27709 | | |

**Note. See instructions before completing this form.**

**Part I   Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804**

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [  ][  ]

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II   Automatic 6-Month Extension Complete if Filing Other Forms**

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [1][2]

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [  ]

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [  ]

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application

**Part III   All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here . . . . . ▶ [  ] .

**5 a** The application is for calendar year 20 09 ____ , or tax year beginning _____ , 20 _____ , and ending _____ , 20 _____

**b** Short tax year. If this tax year is less than 12 months, check the reason

[  ] Initial return   [  ] Final return   [  ] Change in accounting period   [  ] Consolidated return to be filed

| | | | | |
|---|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | NONE |
| **7** | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **7** | | NONE |
| **8** | Balance due. Subtract line 7 from line 6 Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . | **8** | | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          Form **7004** (Rev 12-2008)
JSA
9X0916 1 000

| Form **7004** (Rev. December 2008) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** ▶ File a separate application for each return. ▶ See separate instructions. | OMB No. 1545-0233 |

| **Type or Print** | Name  Nortel Networks Applications Management Solutions, Inc. | Identifying number |
| File by the due date for the return for which an extension is requested. See instructions | Number, street, and room or suite no. (If P O box, see instructions.)  4001 E CHAPEL HILL NELSON HWY. | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).  RTP, NC 27709 | |

**Note. See instructions before completing this form.**

**Part I    Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II    Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . . . |1|2|

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III    All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here . . . . . ▶ ☐

**5a** The application is for calendar year 20 09 , or tax year beginning _ _ _ _ _ _ _ _ , 20 _ _ _ _ , and ending _ _ _ _ _ _ _ _ , 20 _ _ _ _ _

**b** Short tax year. If this tax year is less than 12 months, check the reason
  ☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
| **7** | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 7 | NONE |
| **8** | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . | 8 | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2008)
JSA
9X0916 1 000

| Form **7004** <br> (Rev. December 2008) <br> Department of the Treasury <br> Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** <br> ▶ File a separate application for each return. <br> ▶ See separate instructions. | OMB No. 1545-0233 |
|---|---|---|

| **Type or Print** | Name <br> XROS, INC. | Identifying number |
|---|---|---|
| File by the due date for the return for which an extension is requested. See instructions. | Number, street, and room or suite no. (If P O box, see instructions.) <br> 4001 E CHAPEL HILL NELSON HIGHWAY <br><br> City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)) <br> RESEARCH TRIANGLE PA, NC 27709 | |

**Note. See instructions before completing this form.**

**Part I    Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804**

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II    Automatic 6-Month Extension Complete if Filing Other Forms**

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . .  |1|2|

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III    All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here. . . . . ▶ ☐

**5 a** The application is for calendar year 2009___, or tax year beginning _ _ _ _ _ _ , 20_ _ _ _ , and ending _ _ _ _ _ _ , 20 _ _ _ _

**b** Short tax year. If this tax year is less than 12 months, check the reason

☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

| | | | |
|---|---|---|---|
| **6** Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | NONE |
| **7** Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . | **7** | | NONE |
| **8** Balance due. Subtract line 7 from line 6 Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . | **8** | | NONE |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** 
JSA 
9X0916 1 000

Form **7004** (Rev 12-2008)

0000PK  4768  02/17/2010 11:09:11 V09-3.3          15

| Form **7004** | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** | |
|---|---|---|
| (Rev. December 2008) Department of the Treasury Internal Revenue Service | ▶ File a separate application for each return. ▶ See separate Instructions. | OMB No. 1545-0233 |

| Type or Print | Name | Identifying number |
|---|---|---|
| | SONOMA SYSTEMS, INC. | |
| File by the due date for the return for which an extension is requested. See instructions. | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 4001 E. CHAPEL HILL NELSON HIGHWAY | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | RTP, NC 27709 | |

**Note. See instructions before completing this form.**

**Part I   Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | · 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II   Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |1|2|

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application

**Part III   All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1 6081-5, check here. . . . . ▶ ☐

**5 a** The application is for calendar year 20 09 ____, or tax year beginning _____ , 20 _____, and ending _____ , 20 _____

**b** Short tax year. If this tax year is less than 12 months, check the reason

☐ Initial return    ☐ Final return    ☐ Change in accounting period    ☐ Consolidated return to be filed

| | | | | |
|---|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | NONE |
| **7** | Total payments and credits (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | NONE |
| **8** | Balance due. Subtract line 7 from line 6 Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . | **8** | | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.         Form **7004** (Rev. 12-2008)

JSA
9X0916 1 000

0000PL   4768   02/17/2010 11:09:06 V09-3.3                              16