# United States Bankruptcy Court
## District of Delaware

In re NORTEL NETWORKS INC., et al.

Case No. 09-10138
(Jointly Administered)

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

| **Contrarian Funds, LLC** | **Symmetricom** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Symmetricom**<br>2300 Orchard Parkway<br>San Jose, CA 95131-1017 |

**Scheduled Amount $469,513.32 against Case No. 09-10138**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____      Date: _____March 29, 2010_____
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

SYMMETRICOM, INC., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 19, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12 day of March 2010.

(Assignor)
SYMMETRICOM, INC.

By: _____
Name: Justin Spencer
Title: CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

Justin Spencer
Chief Financial Officer

**Symmetricom**

2300 Orchard Parkway
San Jose, CA 95131-1017
Tel:     +1 (408) 433-0910
Direct:  +1 (408) 428-7801
Mobile: +1 (408) 221-2192
Fax:     +1 (408) 428-7894
jspencer@symmetricom.com

ISO 9001/TL 9000 REGISTERED    www.symmetricom.com

## Schedule A
## SYMMETRICOM, INC.

| Debtor | Case Number | Scheduled Amount | Schedule No. | Proof of Claim Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| Nortel Networks Inc. | 09-10138 | 469,513.32 | 100887030 | | |
| Nortel Networks Inc. | 09-10138 | | | 549,547.50 | 35 |

Initials:
Seller
Buyer