IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :    Chapter 11
*In re*                                                  :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[2]                       :
                                                         :    Jointly Administered
                    Debtors.                             :
                                                         :    RE: D.I. 2766
                                                         :
---------------------------------------------------------X

## ORDER APPROVING STIPULATION AMONG THE DEBTORS, CERTAIN AFFILIATES AND THE PENSION BENEFIT GUARANTY CORPORATION

Upon consideration of the *Stipulation Among the Debtors, Certain Affiliates and the Pension Benefit Guaranty Corporation* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, as agreed between Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), certain of the Debtors' affiliates, and the Pension Benefit Guaranty Corporation (the "PBGC", together with the Debtors and their affiliates, the "Parties");

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Debtors are authorized, but not directed, to enter into the Stipulation with the PBGC.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The failure to specifically include any particular provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such provisions, it being the intent of this Court to approve the Stipulation in its entirety.

4. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 29, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE