IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>Re: Docket Nos. 1514, 1898, and 2092 |

**WITHDRAWAL OF OBJECTION OF QWEST SERVICES CORPORATION TO INITIAL NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS**

Qwest Services Corporation ("Qwest"), through its undersigned counsel, hereby withdrawals its Objection to the Initial Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Agreements (D.I. 2092, the "Objection") in connection with the sale of the Debtors' Enterprise Solutions Business under the Order Authorizing and Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment of Certain Contracts And Leases, And (C) The Assumption And Sublease Of Certain Leases (the "Sale Order") (D.I. 1514). The Objection was filed on December 8, 2009.[1]

---

[1] The Objection (which is withdrawn hereby) related to the assumption and assignment of the Direct GSA Schedule Partner Agreement dated August 14, 2001.

Dated: March 29, 2010
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falgowski
Kurt F. Gwynne (No. 3951)
J. Cory Falgowski (No. 4546)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
       jfalgowski@reedsmith.com

Counsel to Qwest Services Corporation