**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, Esq., hereby certify that on March 29, 2010, I caused a true and correct copy of the **WITHDRAWAL OF OBJECTION OF QWEST COMMUNICATIONS COMPANY, LLC TO INITIAL NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS** to be served upon the addressees on the attached service list via facsimile.

By: /s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)

ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

**From: Justin C. Falgowski**
Direct Phone: +1 302 778 7522
Email: jfalgowski@reedsmith.com

**Total Number Of Pages Including Cover Page**

March 29, 2010

**Fax to:**

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Mark I. Bane, Esq.<br>Anne H. Park, Esq. | Ropes & Gray LLP | 646-728-1662 | |
| Fred. S. Hodara, Esq.<br>Stephen Kuhn, Esq.<br>Kenneth Davis, Esq. | Akin Gump Hauer & Feld LLP | 212-872-1002 | |
| Christopher M. Samis, Esq. | Richards Layton & Finger, P.A. | 320-498-7845 | |
| Roland Hlawaty, Esq. | Milbank, Tweed, Hadley & McCloy | 212-822-5735 | |
| James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq. | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 | |
| Derek C. Abbott, Esq. | Morris Nichols Arsht & Tunnell LLP | 302-658-3939 | |

**Original will follow via:** ☐ **Regular Mail** ☐ **Overnight Delivery** ☐ **Messenger** ☒ **None**

**Notes:**

Please see attached.

**If you do not receive all of the pages, please call Susan J. Meixell at +1 302 778 7519.**

Please Transmit Before ☐9 ☐10 ☐11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

Elite Number: 004506 Client Number: ____ Matter Number: ____
Transmission Time: ____ : ____ a.m./p.m. Finish Time: ____ : ____ a.m./p.m.
Operator: ____

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C. ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH ◆ OAKLAND
MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ SILICON VALLEY ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

US_ACTIVE-102790432.1 3/29/10 1:08 PM