IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                              :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :     Case No. 09-10138 (KG)
:
        Debtors.                              :     Jointly Administered
:
:     RE: D.I. 2682
:
------------------------------------------------------------X

## ORDER APPROVING AN AMENDMENT TO THE TERMS OF COMPENSATION AND RETENTION OF PALISADES CAPITAL ADVISORS LLC AND PUNTER SOUTHALL LLC, AS PENSION CO-ADVISORS TO THE DEBTORS

Upon the application dated March 10, 2010 (the "Application"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Application, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), approving an amendment to the terms of compensation and retention of Palisades Capital Advisors LLC ("Palisades Advisors," now doing business as Palisades Capital Management LLC ("Palisades

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Management," and together with Palisades Advisors, "<u>Palisades</u>") and Punter Southall LLC ("<u>Punter Southall</u>," and together with Palisades, the "<u>Pension Co-Advisors</u>") as pension co-advisors to the Debtors; and adequate notice of the Application having been given as set forth in the Application; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief requested in the Application, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Amended Fee Structure, as described below, is approved.

   a. <u>Reduction of Monthly Advisory Fee</u>: Beginning with December 2009, the monthly cash fee paid to the Pension Co-Advisors (the "<u>Monthly Advisory Fee</u>") will be reduced from $200,000 to $125,000.

   b. <u>Extension of Minimum Advisory Fee Period</u>: The length of the guaranteed payment period (the "<u>Minimum Advisory Fee Period</u>") will be extended two months, from the first ten months of the Co-Advisors' engagement to the first twelve months of the Co-Advisors' engagement, and will run through April 2010. In the event the Engagement Agreement is terminated prior to the end of the Minimum Advisory Fee Period, the Pension Co-Advisors will be entitled to at least the aggregate Monthly Advisory Fees payable through the Minimum Advisory Fee Period.

c. <u>Sharing of the Monthly Advisory Fee</u>: The sharing percentages of the Monthly Advisory Fee set forth in the Engagement Agreement will continue through February 2010, with sixty-five percent of the Monthly Advisory Fee payable to Palisades and thirty-five percent to Punter Southall. In March and April 2010, fifty percent of the Monthly Advisory Fee will be paid to Palisades and fifty percent to Punter Southall, and in subsequent months, thirty-five percent will be paid to Palisades and sixty-five percent to Punter Southall.

3. Subsequent to the reorganization of Palisades, the appropriate percentage of the Monthly Advisory Fee will be paid to Palisades Management.

4. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 29, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3