FILED UNDER SEAL PURSUANT TO THE ORDER (A) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES IN CONNECTION WITH THE SALE OF NORTEL'S GSM/GSM-R BUSINESS, (B) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (C) GRANTING ANY OTHER RELIEF [D.I. 2066]

SCHEDULE A

Contracts Not To Be Assumed and Assigned In Connection
With The Assignment Procedures Motion

| Name and Address of Counterparty | Description of Scheduled Agreement |
|---|---|
|  |  |

NOTE: For purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assignment Procedures Order, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.