**EXHIBIT "B"**

```
TIME: 18:43:54                                    NORTEL NETWORKS INC.
DATE: 03/26/10                                      CREDITOR LISTING                                         PAGE:    1
```

| Name | Address |
|---|---|
| ACME PACKET INC. | ATTN TIM DEMAKIS 71 THIRD AVENUE BURLINGTON MA 01803 |
| ACME PACKET INC. | PHILIP JANIS, ESQ. BINGHAM MCCUTCHEN LLP ONE STATE STREET HARTFORD CT 06103-3178 |
| COLLEVECCHIO ENTERPRISES, INC. | DBA CREATIVE ASSOCIATES 8540 COLONNADE CENTER DR. S # 106 RALEIGH NC 27615 |
| CPU SALES AND SERVICE INC | 10 TOWER OFFICE PARK WOBURN MA 018012182 |
| CPU SALES AND SERVICE INC | 10 TOWER OFFICE PARK STE 620 WOBURN MA 18012155 |
| CREATIVE ASSOCIATES | 8540 COLONNADE CENTER DR RALEIGH NC 27615 |
| CREATIVE ASSOCIATES | 8540 COLONNADE CENTER DRIVE RALEIGH NC 27615 |
| WELCH CONSULTING | 12100 WILSHIRE BOULEVARD LOS ANGELES CA 90025 |
| WELCH CONSULTING | 1716 BRIARCREST DRIVE #700 BRYAN TX 77802-2760 |

Total Number of Records Printed    9

EPIQ BANKRUPTCY SOLUTIONS, LLC