**EXHIBIT "C"**

```
TIME: 12:09:19                                               NORTEL NETWORKS INC.
DATE: 03/29/10                                                 CREDITOR LISTING                                                                    PAGE:     1

Name                                      Address
ASM CAPITAL, L.P.                         TRANSFEROR: ACME PACKET INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
BLUE HERON MICRO OPPORTUNITIES FUND LLP   TRANSFEROR: WELCH CONSULTING ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587
CORRE OPPORTUNITIES FUND, L.P.            TRANSFEROR: CPU SALES AND SERVICE INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.           TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.           TRANSFEROR: CREATIVE ASSOCIATES ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019


Total Number of Records Printed           5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC