IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

STEVEN INDELICATO, being duly sworn, deposes and says:

1.    I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.    On March 26, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Defective Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a)   the seller and buyer of the claim as listed on the annexed Exhibit B,
   b)   counsel to the Debtors as listed on Exhibit C.

3.    All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Steven Indelicato*
Steven Indelicato

Sworn to before me this
___ day of March, 2010

*/s/* 
Notary Public

[ELLI PETRIS / NOTARY PUBLIC, STATE OF NEW YORK / NO. 01PE6175879 / QUALIFIED IN NASSAU COUNTY / COMMISSION EXPIRES _____]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.