**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor: COLLEVECCHIO ENTERPRISES, INC.
DBA CREATIVE ASSOCIATES
8540 COLONNADE CENTER DR. S # 106
RALEIGH NC 27615

Transferee: LONGACRE OPPORTUNITY FUND, L.P.
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 10019

**Your transfer of claim #    2    is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 2750                    Date 03/24/10

/s/ Steven Indelicato
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 26, 2010.