**EXHIBIT "B"**

COLLEVECCHIO ENTERPRISES, INC.
DBA CREATIVE ASSOCIATES
8540 COLONNADE CENTER DR. S # 106
RALEIGH NC 27615


LONGACRE OPPORTUNITY FUND, L.P.
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK NY 10019