IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

------------------------------------------------------------X

## NOTICE OF RESOLUTION OF VERIZON OBJECTION TO SALE OF THE ASSETS OF THE CVAS BUSINESS

**PLEASE TAKE NOTICE THAT:**

The Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry Into the Stalking Horse Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving Payment of an Incentive Fee, (D) Approving the Notice Procedures and the Assumption and Assignment Procedures, (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business (the "CVAS Business") Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion")[2] [D.I. 2193] was approved by order dated March 4, 2010 (the "Sale Order") [D.I. 2632].

Paragraph 46 of the Sale Order states that: "The Debtors' Motion as it relates to the proposed assumption and assignment of executory contracts with the affiliates of Verizon Communications Inc. (collectively, "Verizon"), and the Objection of the Affiliates of Verizon Communications Inc. to Debtors' Motion For Order Authorizing and Approving the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business Free and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Motion and the Sale Order, as applicable.

Clear of all Liens, Claims and Encumbrances and the Assumption and Assignment of Certain Executory Contracts [D.I. 2595] (the "Verizon Objection") filed by Verizon in opposition to the assumption and assignment of such contracts are adjourned to March 17, 2010 at 11:00 a.m. For the avoidance of doubt and notwithstanding anything to the contrary in this Order or the Sale Agreement, all arguments, objections and defenses put forth by Verizon in the Verizon Objection, and all of the Debtors' defenses thereto are hereby expressly preserved. Furthermore, nothing in this Order shall be deemed to waive, release or extinguish any valid claim with respect to setoff that Verizon may have against the Debtors."

The Debtors, GENBAND Inc. ("GENBAND") and Verizon hereby give notice and confirm that the Verizon Objection is resolved as a result of (a) the agreement reached among Nortel, GENBAND and Verizon as set forth in that certain letter dated March 17, 2010 among Nortel, GENBAND and Verizon, and (b) the inclusion in the Sale Order of the final sentence of paragraph 46 of the Sale Order. No further hearing is required with respect to this matter.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 30, 2010　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, Delaware

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

- and -

ARNALL GOLDEN GREGORY LLP

Darryl S. Laddin
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
dladdin@agg.com

- and -