## **CERTIFICATE OF SERVICE**

       I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Resolution Of Verizon Objection To Sale Of The Assets Of The CVAS Business** was caused to be made on March 30, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  March 30, 2010                                          */s/ Alissa T. Gazze*
                                                                        Alissa T. Gazze (No. 5338)

3478609.1