**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | **Re: Docket No. 2497** |
|  | ) |  |

**CERTIFICATION OF NO OBJECTION REGARDING TWELFTH MONTHLY
APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF
COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR
SERVICES RENDERED DURING THE PERIOD FROM
JANUARY 1, 2010 THROUGH JANUARY 31, 2010
[DOCKET NO. 2497] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the Twelfth Monthly Fee Application for

Compensation and Reimbursement of Expenses (the "Application") of Ashurst LLP (the

"Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has

reviewed the Court's docket in this case and no answer, objection or other responsive pleading to

the Application appears thereon.[2] The Application was filed with the Bankruptcy Court on the

date listed on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon Websystems, Inc. (9769), Alteon Websystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), Coretek, Inc. (5722), Nortel Networks Applications Management Solutions, Inc. (2846), Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: March 30, 2010
      Wilmington, Delaware

                                   Mark D. Collins (No. 2981)
                                   Christopher M. Samis (No. 4909)
                                   Drew G. Sloan (No. 5069)
                                   RICHARDS, LAYTON & FINGER, P.A.
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, Delaware  19801
                                   Telephone:  (302) 651-7700
                                   Facsimile:  (302) 651-7701

                                   -and-

                                   Fred S. Hodara, Esq.
                                   Ryan C. Jacobs, Esq.
                                   Akin Gump Strauss Hauer & Feld LLP
                                   One Bryant Park
                                   New York, New York 10036
                                   Telephone:  (212) 872-1000
                                   Facsimile:  (212) 872-1002

                                   Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

## EXHIBIT A

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 2497] | 1/1/10 - 1/31/10 | £82,476.50 (Fees)<br><br>£231.04 (Expenses) | £65,981.20 (Fees @ 80%)<br><br>£231.04 (Expenses @ 100%) | 2/23/10 | 3/16/10 |