# Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit A: Summary of Fees by Professional**
For the Period 2/1/10 through 2/28/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $760 | 41.60 | $31,616.00 |
| J. Borow | Executive Director | $760 | 105.80 | $80,408.00 |
| M. Lasinski | Managing | $620 | 65.30 | $40,486.00 |
| J. Hyland | Executive Director | $575 | 261.10 | $150,132.50 |
| T. Horton | Director | $525 | 209.00 | $109,725.00 |
| R. Conroy | Director | $500 | 44.50 | $22,250.00 |
| H. Miller | Director | $445 | 107.90 | $48,015.50 |
| D. Rothberg | Director | $395 | 138.70 | $54,786.50 |
| S. Tajuddin | Consultant | $395 | 49.60 | $19,592.00 |
| E. Bienias | Consultant | $350 | 1.20 | $420.00 |
| J. Peterson | Consultant | $335 | 164.90 | $55,241.50 |
| T. Morilla | Consultant | $305 | 167.80 | $51,179.00 |
| J. Schad | Associate | $275 | 36.80 | $10,120.00 |
| H. Becker | Paraprofessional | $120 | 8.00 | $960.00 |
| L. Hirschman | Paraprofessional | $120 | 1.70 | $204.00 |
| **For the Period 2/1/10 through 2/28/10** | | | **1403.90** | **$675,136.00** |