# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/1/10 through 2/28/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 265.60 | $123,064.50 |
| 05. Professional Retention/Fee Application Preparation | | 28.60 | $9,685.50 |
| 07. Interaction/Mtgs w Debtors/Counsel | | 2.30 | $1,655.50 |
| 08. Interaction/Mtgs w Creditors | | 53.90 | $36,805.00 |
| 09. Employee Issues/KEIP | | 220.50 | $107,656.50 |
| 11. Claim Analysis/Accounting | | 92.80 | $47,987.50 |
| 13. Intercompany Transactions/Bal | | 56.30 | $24,265.00 |
| 14. Executory Contracts/Leases | | 37.70 | $17,988.50 |
| 17. Analysis of Historical Results | | 50.10 | $21,201.50 |
| 18. Operating and Other Reports | | 52.60 | $24,196.00 |
| 19. Cash Flow/Cash Mgmt | | 86.30 | $34,673.50 |
| 20. Projections/Business Plan/Other | | 242.70 | $107,431.00 |
| 26. Tax Issues | | 2.10 | $1,167.50 |
| 29. Intellectual Property | | 212.40 | $117,358.50 |
| **For the Period 2/1/10 through 2/28/10** | | **1403.90** | **$675,136.00** |

Capstone Advisory Group, LLC
Invoice for the February 2010 Fee Statement