**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/10 through 2/28/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 2/1/2010 | M. Lasinski | Service fee for airline tickets. | $30.00 |
| 2/1/2010 | M. Lasinski | Expense from travel agency. | $15.00 |
| 2/2/2010 | M. Lasinski | Expense for travel agent. | $35.00 |
| 2/3/2010 | M. Lasinski | Airline ticket to NY. | $579.70 |
| 2/8/2010 | J. Hyland | Airfare during NY trip. | $1,152.40 |
| 2/9/2010 | H. Miller | Shuttle to NYC. | $209.70 |
| 2/9/2010 | M. Lasinski | Cab to office from hotel. | $9.00 |
| 2/11/2010 | M. Lasinski | Airfare due to Nortel matters. | $779.70 |
| 2/12/2010 | H. Miller | Train to DC from NYC. | $133.00 |
| 2/15/2010 | J. Hyland | Airfare for NY trip. | $968.40 |
| 2/17/2010 | T. Morilla | Airfare for trip to Toronto. | $1,033.90 |
| 2/17/2010 | M. Lasinski | Airfare for NYC trip. | $579.70 |
| 2/17/2010 | M. Lasinski | Airfare for NYC trip. | $437.70 |
| 2/19/2010 | D. Rothberg | Airfare for Toronto trip. | $214.70 |
| 2/19/2010 | D. Rothberg | Airfare for Toronto trip. | $164.70 |
| 2/22/2010 | T. Horton | Airfare to Toronto. | $1,033.90 |
| 2/22/2010 | J. Peterson | Roundtrip airfare from EWR to YYZ. | $1,033.90 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/22/2010 | J. Hyland | Airfare for portion of Toronto/NY trip. | $686.63 |
| 2/22/2010 | J. Hyland | Airfare for portion of Toronto/NY trip. | $154.70 |
| 2/22/2010 | T. Morilla | Change fee for flight. | $75.00 |
| 2/22/2010 | J. Hyland | Travel agency fee. | $35.00 |
| 2/24/2010 | J. Hyland | Airfare for trip change due to no CVAS auction. | $531.87 |
| 2/25/2010 | T. Morilla | Airfare for return trip from Raleigh, NC. | $403.70 |
| 2/25/2010 | T. Morilla | Airfare for trip to Raleigh, NC. | $164.70 |
| 2/26/2010 | J. Peterson | Airfare from RDU to EWR. | $403.70 |
| 2/26/2010 | J. Peterson | Airfare from LGA to Raleigh Durham. | $164.70 |
| 2/26/2010 | J. Hyland | Airfare change from 2/18. | $154.70 |
| 2/26/2010 | J. Hyland | Travel agency fee - 2/24. | $35.00 |
| 2/26/2010 | J. Hyland | Travel agency fee - 2/18. | $35.00 |
| **Subtotal - Airfare/Train** | | | **$11,255.10** |
| **Auto Rental/Taxi** | | | |
| 2/1/2010 | J. Peterson | Worked late and took a taxi home. | $9.00 |
| 2/2/2010 | R. Conroy | Taxi due to working late. | $9.00 |
| 2/2/2010 | T. Morilla | Taxi due to working late. | $7.10 |
| 2/3/2010 | M. Lasinski | Cab from home to airport. | $68.00 |
| 2/3/2010 | M. Lasinski | Cab to office. | $48.00 |
| 2/3/2010 | M. Lasinski | Cab from Cleary back to office. | $18.00 |
| 2/3/2010 | M. Lasinski | Cab from office to hotel. | $10.00 |
| 2/6/2010 | Capstone Expense | First Corporate | $469.63 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/6/2010 | Capstone Expense | First Corporate | $363.19 |
| 2/6/2010 | Capstone Expense | First Corporate | $197.49 |
| 2/6/2010 | Capstone Expense | First Corporate | $138.99 |
| 2/6/2010 | Capstone Expense | First Corporate | $97.85 |
| 2/8/2010 | J. Hyland | Taxi during NY trip. | $37.35 |
| 2/9/2010 | H. Miller | Taxi to office from LGA. | $45.37 |
| 2/9/2010 | M. Lasinski | Cab to hotel. | $15.00 |
| 2/9/2010 | R. Conroy | Taxi due to working late. | $9.00 |
| 2/9/2010 | T. Morilla | Taxi due to working late. | $7.50 |
| 2/10/2010 | R. Conroy | Taxi due to an early morning conference call. | $9.00 |
| 2/11/2010 | J. Hyland | Taxi during NY trip. | $70.00 |
| 2/11/2010 | M. Lasinski | Cab to airport. | $37.22 |
| 2/11/2010 | M. Lasinski | Cab back from airport. | $34.00 |
| 2/12/2010 | M. Lasinski | Cab home from airport. | $68.00 |
| 2/12/2010 | M. Lasinski | Cab to airport. | $38.10 |
| 2/12/2010 | H. Miller | Taxi during NY trip. | $20.00 |
| 2/12/2010 | H. Miller | Taxi in NYC. | $6.50 |
| 2/15/2010 | J. Hyland | Taxi during NY trip. | $49.00 |
| 2/15/2010 | J. Hyland | Taxi during NY trip. | $37.83 |
| 2/16/2010 | J. Hyland | Taxi during NY trip. | $22.00 |
| 2/17/2010 | M. Lasinski | Cab to airport. | $68.00 |
| 2/17/2010 | M. Lasinski | Cab to office. | $46.04 |

Capstone Advisory Group, LLC
Invoice for the February 2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/17/2010 | J. Hyland | Taxi to Cleary for IP meeing. | $38.00 |
| 2/22/2010 | T. Horton | Car service to airport. | $117.51 |
| 2/22/2010 | J. Hyland | Taxi during Toronto/NY trip. | $25.00 |
| 2/22/2010 | T. Morilla | Taxi during trip to Toronto. | $25.00 |
| 2/22/2010 | T. Horton | Taxi to Nortel. | $25.00 |
| 2/22/2010 | J. Peterson | Taxi from the Toronto airport to Nortel's office. | $25.00 |
| 2/22/2010 | J. Hyland | Taxi during Toronto/NY trip. | $23.00 |
| 2/22/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 2/22/2010 | T. Morilla | Taxi during trip to Toronto. | $15.00 |
| 2/22/2010 | J. Peterson | Taxi from Nortel to the hotel. | $10.00 |
| 2/23/2010 | J. Hyland | Taxi during Toronto/NY trip. | $25.00 |
| 2/23/2010 | T. Horton | Taxi to Debtors' office. | $25.00 |
| 2/23/2010 | J. Hyland | Taxi during Toronto/NY trip. | $22.00 |
| 2/23/2010 | J. Peterson | Taxi from the hotel to Nortel. | $20.00 |
| 2/23/2010 | T. Morilla | Taxi during trip to Toronto. | $10.00 |
| 2/24/2010 | T. Horton | Cabs to Toronto airport and home from Newark. | $125.00 |
| 2/24/2010 | J. Hyland | Taxi during Toronto/NY trip. | $28.00 |
| 2/24/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 2/25/2010 | S. Tajuddin | Taxi home from office due to working late. | $20.00 |

**Subtotal - Auto Rental/Taxi** — $2,674.67

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/5/2010 | M. Lasinski | Hotel during NY trip. | $359.02 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/10/2010 | H. Miller | Hotel in NYC. | $291.29 |
| 2/11/2010 | J. Hyland | Hotel in New York. | $932.13 |
| 2/11/2010 | M. Lasinski | Hotel during NYC trip. | $341.01 |
| 2/11/2010 | H. Miller | Hotel in NYC. | $340.35 |
| 2/12/2010 | H. Miller | Hotel in NYC. | $340.35 |
| 2/12/2010 | M. Lasinski | Hotel in NYC. | $320.08 |
| 2/18/2010 | J. Hyland | Hotel during NY trip. | $1,079.14 |
| 2/24/2010 | J. Peterson | Hotel while in Toronto for two nights. | $448.48 |
| 2/24/2010 | J. Hyland | Hotel during Toronto trip. | $400.93 |
| 2/24/2010 | T. Horton | Hotel while in Toronto. | $376.58 |
| 2/26/2010 | T. Morilla | Hotel expense during trip to Toronto. | $334.64 |
| **Subtotal - Hotel** | | | **$5,564.00** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/1/2010 | T. Morilla | Meal due to working late. | $9.17 |
| 2/3/2010 | J. Peterson | Working lunch - T. Horton and J. Peterson | $20.05 |
| 2/3/2010 | T. Morilla | Meal due to working late. | $14.93 |
| 2/3/2010 | M. Lasinski | Meal during NY trip. | $10.85 |
| 2/6/2010 | T. Morilla | Meal due to working on weekend. | $11.60 |
| 2/6/2010 | T. Morilla | Coffee due to working on weekend. | $5.63 |
| 2/6/2010 | T. Morilla | Coffee due to working on weekend. | $5.06 |
| 2/8/2010 | T. Morilla | Meal due to working late. | $23.41 |
| 2/8/2010 | J. Hyland | Meal during NY trip. | $12.14 |

| Date | Professional | Description | Amount |
| --- | --- | --- | --- |
| 2/8/2010 | J. Hyland | Meal during NY trip. | $8.49 |
| 2/8/2010 | J. Hyland | Meal during NY trip. | $8.00 |
| 2/9/2010 | D. Rothberg | Meal due to working late. | $55.80 |
| 2/9/2010 | J. Hyland | Meals during NY trip. | $27.76 |
| 2/9/2010 | H. Miller | Meal during NYC trip. | $8.66 |
| 2/10/2010 | H. Miller | Dinner in NYC. | $24.32 |
| 2/10/2010 | J. Hyland | Meal during NY trip. | $19.87 |
| 2/10/2010 | M. Lasinski | Meal during NYC trip. | $15.96 |
| 2/10/2010 | H. Miller | Lunch in NYC. | $14.75 |
| 2/10/2010 | T. Morilla | Meal due to working late. | $8.71 |
| 2/10/2010 | M. Lasinski | Meal during NYC trip. | $3.76 |
| 2/11/2010 | M. Lasinski | Meal during NYC trip. | $124.12 |
| 2/11/2010 | M. Lasinski | Meal during NYC trip. | $28.05 |
| 2/11/2010 | M. Lasinski | Meal during NYC trip. | $20.00 |
| 2/11/2010 | J. Hyland | Meal during NY trip. | $17.81 |
| 2/11/2010 | H. Miller | Lunch in NYC. | $13.26 |
| 2/11/2010 | M. Lasinski | Meal during NYC trip. | $12.79 |
| 2/11/2010 | M. Lasinski | Meal during NYC trip. | $3.76 |
| 2/12/2010 | H. Miller | Breakfast in NYC. | $6.25 |
| 2/14/2010 | T. Morilla | Meal due to working on the weekend. | $25.00 |
| 2/14/2010 | T. Morilla | Meal due to working on the weekend. | $4.30 |
| 2/15/2010 | J. Hyland | Meal during NY trip. | $15.26 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/16/2010 | J. Hyland | Meal during NY trip. | $16.61 |
| 2/17/2010 | M. Lasinski | Breakfast at airport. | $8.96 |
| 2/17/2010 | J. Hyland | Meal during NY trip. | $2.50 |
| 2/18/2010 | J. Hyland | Meal during NY trip. | $20.57 |
| 2/18/2010 | J. Hyland | Meal during NY trip. | $6.40 |
| 2/22/2010 | J. Peterson | Breakfast at the Toronto airport. | $20.63 |
| 2/22/2010 | J. Hyland | Meal during Toronto/NY trip. | $10.04 |
| 2/22/2010 | T. Morilla | Meal during trip to Toronto. | $6.97 |
| 2/22/2010 | J. Hyland | Meal during Toronto/NY trip. | $2.60 |
| 2/23/2010 | J. Hyland | Meal during Toronto/NY trip. | $13.93 |
| 2/23/2010 | J. Peterson | Lunch at Nortel. | $11.81 |
| 2/23/2010 | T. Morilla | Meal during trip to Toronto. | $11.60 |
| 2/23/2010 | J. Peterson | Breakfast at Nortel. | $9.34 |
| 2/23/2010 | T. Horton | Lunch while at Debtors' office. | $8.61 |
| 2/23/2010 | T. Morilla | Meal during trip to Toronto. | $6.73 |
| 2/23/2010 | J. Hyland | Meal during Toronto/NY trip. | $3.66 |
| 2/23/2010 | T. Morilla | Meal during trip to Toronto. | $3.45 |
| 2/24/2010 | T. Horton | Meals while at Debtors' office. | $85.19 |
| 2/24/2010 | J. Peterson | Lunch - T. Morilla and J. Peterson | $31.73 |
| 2/24/2010 | J. Hyland | Meal during Toronto/NY trip. | $13.52 |
| 2/24/2010 | J. Hyland | Meal during Toronto/NY trip. | $12.86 |
| 2/24/2010 | J. Hyland | Meal during Toronto/NY trip. | $5.65 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/24/2010 | T. Morilla | Meal during trip to Toronto. | $4.79 |
| 2/24/2010 | T. Morilla | Meal during trip to Toronto. | $3.45 |
| 2/24/2010 | T. Morilla | Meal during trip to Toronto. | $3.14 |
| 2/25/2010 | T. Morilla | Meal due to working late. | $25.00 |
| **Subtotal - Meals** | | | **$929.26** |//
| **Mileage** | | | |
| 2/8/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 2/18/2010 | J. Hyland | Local mileage during NY trip. | $22.00 |
| 2/22/2010 | J. Hyland | Local mileage for Toronto/NY trip. | $21.00 |
| 2/24/2010 | J. Hyland | Local mileage for Toronto/NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$85.00** |
| **Other** | | | |
| 2/26/2010 | T. Morilla | Foreign transaction fees through 2/26/10. | $12.99 |
| **Subtotal - Other** | | | **$12.99** |
| **Parking/Tolls** | | | |
| 2/1/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/2/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 2/3/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/4/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/5/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/8/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/8/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 2/9/2010 | T. Horton | Parking - working with staff in NY office. | $32.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/11/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/11/2010 | H. Miller | Parking during NYC trip. | $12.00 |
| 2/13/2010 | H. Miller | Parking at DCA for NYC trip. | $100.00 |
| 2/15/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/16/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/17/2010 | T. Horton | Parking - working with staff in NY office. | $23.00 |
| 2/18/2010 | T. Horton | Parking- working with Staff in NY Office. | $23.00 |
| 2/18/2010 | J. Hyland | Local tolls during NY trip. | $1.60 |
| 2/22/2010 | J. Hyland | Local tolls during Toronto/NY trip. | $1.60 |
| 2/24/2010 | J. Hyland | Local tolls during Toronto/NY trip. | $1.60 |
| 2/25/2010 | T. Horton | Parking - working with Staff in NY Office. | $23.00 |
| **Subtotal - Parking/Tolls** | | | **$426.40** |
| **Postage/FedEx** | | | |
| 2/7/2010 | Capstone Expense | | $38.68 |
| **Subtotal - Postage/FedEx** | | | **$38.68** |
| **Research** | | | |
| 2/10/2010 | Capstone Expense | Pacer | $29.60 |
| 2/16/2010 | J. Schad | Monthly access fee for Delphion patent database, used for research in preparing presentations regarding Debotrs' IP. | $292.60 |
| **Subtotal - Research** | | | **$322.20** |
| **Telecom** | | | |
| 2/1/2010 | J. Borow | Cell phone roaming charges for January. | $111.82 |
| 2/8/2010 | M. Lasinski | Fax to office. | $24.91 |
| 2/9/2010 | Capstone Expense | Conference call charges for Nortel. | $418.09 |

Capstone Advisory Group, LLC
Invoice for the February 2010 Fee Statement

Page 9 of 10

| Date | Professional | Description | Amount |
|---|---|---|---|
| 2/11/2010 | Capstone Expense | Long distance telephone for Nortel matters. | $1,730.47 |
| 2/22/2010 | T. Horton | Telephone calls to Canada re: Budget presentations. | $154.96 |
| 2/26/2010 | J. Hyland | Cell phone charges for Canada calls. | $207.41 |
| 2/26/2010 | J. Peterson | Roaming charges incurred while in Toronto. | $43.93 |
| 2/26/2010 | J. Hyland | Long distance telephone charge to Canada. | $1.18 |

**Subtotal - Telecom** $2,692.77

**For the Period 2/1/10 through 2/28/10** $24,001.07