**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (KG)
                                                           :
              Debtors.                                     :    Jointly Administered
                                                           :
-----------------------------------------------------------X
```

**NOTICE OF <u>SECOND</u> AMENDED² AGENDA OF MATTERS SCHEDULED
<u>FOR HEARING ON MARCH 31, 2010 AT 10:00 A.M. (ET)³</u>**

<u>CONTINUED/RESOLVED/WITHDRAWN MATTERS</u>:

    None at this time.

<u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.)</u>:

1. Debtors Motion For Entry Of An Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) For The Period Ending April 1, 2010 (D.I. 2636, Filed 3/4/10).

    <u>Related Pleadings</u>:

    a) Certificate Of No Objection (D.I. 2772, Filed 3/26/10); and

    b) Order Granting Debtors Additional Time To File Reports Of Financial Information Pursuant To Federal Rule Of Bankruptcy Procedure 2015.3(a) (D.I. 2790, Entered 3/29/10).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  An order approving the relief requested in the motion has been entered.

2. Debtors' Application For Entry Of An Order Approving An Amendment To The Terms Of Compensation And Retention Of Palisades Capital Advisors LLC And Punter Southall LLC As Pension Co-Advisors To The Debtors (D.I. 2682, Filed 3/10/10).

    Related Pleadings:

    a) Certificate Of No Objection (D.I. 2773, Filed 3/26/10); and

    b) Order Approving An Amendment To The Terms Of Compensation And Retention Of Palisades Capital Advisors LLC And Punter Southall LLC As Pension Co-Advisors To The Debtors (D.I. 2789, Entered 3/29/10).

    Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  An order approving the relief requested in the application has been entered.

3. Debtors' Fifth Omnibus Motion For An Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal [Exhibit B - Filed Under Seal] (D.I. 2722, Filed 3/16/10).

    Related Pleadings:

    a) Certificate Of No Objection (D.I. 2774, Filed 3/26/10); and

    b) Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal (D.I. 2788, Entered 3/29/10).

    Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  An order approving the relief requested in the motion has been entered.

4. Supplemental Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To January 15, 2010 As Intellectual Property Consultant To The Debtors And Debtors In Possession (Exhibits C and D - Filed Under Seal) (D.I. 2725, Filed 3/16/10).

   Related Pleadings:

   a) Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of (I) The Interim Agreement And (II) The Statement Of Work, Attached As Exhibits To The Debtors' Supplemental Application For An Order Authorizing Employment Of Global IP Law Group, LLC *Nunc Pro Tunc* To January 15, 2010 As Intellectual Property Consultant To The Debtors And Debtors In Possession (D.I. 2726, Filed 3/16/10) [See Agenda Item No. 5]; and

   b) Certificate Of No Objection (D.I. 2775, Filed 3/26/10); and

   c) Supplemental Order Under 11 U.S.C. §§ 327 And 328 Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To January 15, 2010 As Intellectual Property Consultant And Legal Advisors To The Debtors And Debtors In Possession (D.I. 2787, Entered 3/29/10).

   Objection Deadline: March 24, 2010 at 4:00 p.m. (ET). Extended to March 26, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

   Responses Received: None at this time.

   Status: An order approving the relief requested in the application has been entered.

5. Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Certain Portions Of (I) The Interim Agreement And (II) The Statement Of Work, Attached As Exhibits To The Debtors' Supplemental Application For An Order Authorizing Employment Of Global IP Law Group, LLC *Nunc Pro Tunc* To January 15, 2010 As Intellectual Property Consultant To The Debtors And Debtors In Possession (D.I. 2726, Filed 3/16/10).

   Related Pleadings:

   a) Certificate Of No Objection (D.I. 2776, Filed 3/26/10); and

   b) Order Authorizing The Debtors To File Under Seal (I) The Statement Of Work And (II) The Interim Agreement Attached As Exhibits To The Debtors' Supplemental Application For An Order Authorizing Employment And Retention Of Global IP Law Group, LLC *Nunc Pro Tunc* To January 15, 2010 As Intellectual Property Consultant And Legal Advisors To The Debtors And Debtors In Possession (D.I. 2786, Entered 3/29/10).

Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).  Extended to March 26, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status:  An order approving the relief requested in the motion has been entered.

UNCONTESTED MATTERS GOING FORWARD:

6. Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) And 363 For An Order (I) Authorizing And Approving Nortel Network Inc.'s Entry Into The Cascading Directors' Trust Indenture, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief (Portions of Exhibit 2 Filed Under Seal) (D.I. 2683, Filed 3/10/10).

    Related Pleadings:

    a) Debtors Motion For Entry of An Order (I) Authorizing The Debtors To Redact Certain Portions Of The Cascading Trust Indenture, (II) Authorizing The Debtors To File Under Seal An Exhibit Of The Cascading Directors Trust Indenture And (III) Granting Related Relief (D.I. 2684, Filed 3/10/10) [See Agenda Item No. 7].

    Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  This matter is going forward.

7. Debtors Motion For Entry of An Order (I) Authorizing The Debtors To Redact Certain Portions Of The Cascading Trust Indenture, (II) Authorizing The Debtors To File Under Seal An Exhibit Of The Cascading Directors Trust Indenture And (III) Granting Related Relief (D.I. 2684, Filed 3/10/10).

    Related Pleadings:  None.

    Objection Deadline:  March 24, 2010 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Status:  This matter is going forward.

8.  Amended Application For An Order Authorizing Employment And Retention Of Chilmark Partners, LLC *Nunc Pro Tunc* To March 4, 2010 As Consulting Expert For Counsel To The Debtors And Debtors In Possession (D.I. 2764, Filed 3/26/10).

    Related Pleadings:  None.

    Objection Deadline:  March 30, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a)  Informal comments from the U.S. Trustee;

    b)  Informal comments from the Official Committee of Unsecured Creditors; and

    c)  Informal comments from the Bondholders.

    Status:  This matter is going forward.  **The Debtors have resolved all informal comments and will present a revised form of order at the hearing.**

CONTESTED MATTERS GOING FORWARD:

9.  Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

    Related Pleadings:

    a)  Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Communications Solutions Business Free And Clear Of All Liens, Claims And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2632, Entered 3/4/10); and

    b)  Notice Of Resolution Of Verizon Objection To Sale Of The Assets Of The CVAS Business (D.I. 2797, Filed 3/30/10).

    Objection Deadline:  February 17, 2010 at 4:00 p.m. (ET). Extended to March 2, 2010 at 12:00 p.m. (ET) for Verizon.

Responses Received:

a) AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10); and

b) Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Motion For Order Authorizing And Approving The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And The Assumption And Assignment Of Certain Executory Contracts (D.I. 2595, Filed 3/2/10).

Status: The Court has previously entered an order with respect to this Motion and this hearing relates only to the objection filed by AT&T. Nortel, GENBAND and Verizon have reached an agreement resolving Verizon's objection and a notice of resolution has been filed with the respect to Verizon's objection. **The AT&T objection has been adjourned until the hearing scheduled for April 14, 2010 at 10:00 a.m.**

PROFESSIONAL FEE APPLICATIONS:

10. Fourth Quarterly Fee Application Of Lazard Frères & Co. LLC Financial Advisor And Investment Banker To The Debtors And Debtors-In-Possession For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2009 Through January 31, 2010 (D.I. 2551, Filed 2/25/10).

Related Pleadings

a) Eighth Monthly Fee Application Of Lazard For The Period November 1, 2009 Through November 30, 2009 (D.I. 2548, Filed 2/25/10);

b) Ninth Monthly Fee Application Of Lazard For The Period December 1, 2009 Through December 31, 2009 (D.I. 2549, Filed 2/25/10); and

c) Fourth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered And Reimbursement Of Expenses (D.I. 2730, Entered 3/17/10).

Responses Received: None at this time.

Objection Deadline: March 17, 2010 at 4:00 p.m. (ET). Extended to March 24, 2010 at 4:00 p.m. (ET) for the Debtors with respect to the Minority Transaction Fee (which was inadvertently called the Sale Transaction Fee in the Eighth and Ninth Monthly Fee Applications) for Lazard Frères & Co. LLC's Eighth and Ninth Monthly Fee Applications.[4]

Status: The Court has previously entered an order with respect to this Fee Application and this hearing relates only to the Eighth and Ninth Monthly Fee Applications (D.I. Nos. 2548, 2549) of Lazard Frères & Co. LLC, solely as they relate to the request for a Minority Transaction Fee for the sale of the CDMA Assets and Enterprise Assets, respectively.

Dated: March 30, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

---

[4] Capitalized terms used herein but not otherwise defined have the meanings ascribed in the respective fee applications.

3479721.1