**CERTIFICATE OF SERVICE**

       I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Second Amended Agenda Of Matters Scheduled For Hearing On March 31, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on March 30, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  March 30, 2010             */s/ Alissa T. Gazze*
                                                     Alissa T. Gazze (No. 5338)