# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG  DATE: 3/31/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark J. Finnegan | Young Conaway Stargatt & Taylor | UK Joint Administrators |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Chris Samis | Richards, Layton & Finger | Cmn. Hee |
| Derek Abbott | Morris Nichols | Debtor |
| Lisa Schweitzer | Cleary Gottlieb | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross

Courtroom

Calendar Date: 03/31/2010
Calendar Time: 10:00 AM ET

Amended Calendar 03/30/2010 11:26 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Pavi Binning | Nortel Networks, Inc | Debtor, Nortel Networks,Inc / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | Akin, Gump, Strauss, Hauer & Feld. | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | James Chang | Ropes & Gray LLP | Interested Party, Silverlake Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Susan S. Chen | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | James V. Drew | Curtis, Mallet-Prevost, Colt, Mosle LLP | Creditor, FlexTronics / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brad Dunn | Lazard Freres & Co., LLC | Debtor, Nortel Networks Corp. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mark C. Haut | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | James S. Kim | Symphony Assets Management | In Propria Persona, James S Kim / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Tom Koch | Tejas Securities | Interested Party, Tom Koch / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Lisa Kraidin | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Thomas Kreller | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Rosenzweig | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Brian Trust | Mayer Brown LLP | Creditor, Cassade / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Anna Ventresca | Nortel Networks Inc. | Debtor, Nortel Networks / LIVE |