NO. ON LIST: ____

SUPERIOR COURT OF JUSTICE #2 COURT FILE NO: 09-7950-00CL

DATE: March 31/10

SHORT TITLE:

Nortel Networks Corp.

**COUNSEL SHEETS FOR MOTION (CIVIL)**

**MOVING COUNSEL**
NAME:

Derrick Tay       416 216 2327 (ph)
Jennifer Stam    416 216 3930 (f)
for Nortel Networks Corporation et al

J.A Carfagnini
G. Rubenstein
M. Wagner
G. Armstrong
for the Monitor,
Ernst & Young Inc.

TELEPHONE: T: 416-979-2211
FAX: F: 416-979-1234

Susan Philpott
for the Former Employees
and Disabled Employees
416.595.2104
416.204.2882

**RESPONDING COUNSEL**
NAME:

Kevin Zych - tel - 416 777 5738
fx 416 803 1716
for Nortel Noteholder Group

ARTHUR JACOBS t/ 416 216-52??
NCCE                f/ 416 216-4213

Deborah McPhail - Superintendent
of Financial Services (reg PBGF)
Tel 416 226-7764 F-416-590-7556

TELEPHONE: Mr. MacFarlane
FAX:        on the Official Counsellor
T. 416-863-4582
F. 416-863-4592

APPEARING FOR
___ PLAINTIFF/PETITIONER/APPLICANT
___ DEFENDANT/RESPONDENT
___ OTHER--SPECIFY

APPEARING FOR
___ PLAINTIFF/PETITIONER/APPLICANT
___ DEFENDANT/RESPONDENT
___ OTHER--SPECIFY

Ken Rosenberg
Lily Harmer
for the
Superintendent
(PBGF)
P. 416-646-4321
F. 416-646-4301

**TYPE OF MOTION (CHECK ONE ONLY)**
___ INJUNCTION
___ JUDGMENT
___ DECLARATION
___ CONTEMPT
___ DISMISS ACTION
___ STAY PROCEEDINGS
___ ORDER TO GO

___ ATTEND EXAMINATION
___ APPEAL MASTER
___ EXPEDITE TRIAL
___ VEXATIOUS PROCEEDINGS
___ OPINION/ADVISE/DIRECTIONS
___ APPOINT OR REMOVE EXECUTOR
___ OTHER

Rupert Chartrand
Adam Hirsh
for the Board of
Directors

**NATURE OF MOTION (CHECK ONE ONLY)**
___ CONTESTED
___ UNOPPOSED

___ ON CONSENT      P 416-862-6635
___ WITHOUT NOTICE
                    F-416-862-6666

| FILE NO. & CROWN NO. | JUDGE: | CROWN: | REPORTER: | CLERK: | CT. | TIME: |
|---|---|---|---|---|---|---|
| | DATE: Wednesday 31st March 2010 | | | BK. | PAGE: | |
| | Nortel Networks Corp | | File # 09-7950-00CL | | | |

Robin B. Schwill
Counsel to Nortel Networks UK (Joint Gen Administration)
P. 416-863-5502  F: 416.863-0871

Guy Martin for
MK Perreault LTD
tel 514 382 9392

Pamela Huff for Northern Trust
T- 416-863-2958 / F 416-863-2653

BARRY WADSWORTH CAW-CANADA
P- 416 495 3776  F 416 495 3786

JOEL P. ROCHON
SAKIE TAMBAKOS
ROCHON GENOVA
for the objecting Ltd Beneficiaries
t (416) 363-1867
f (416) 363-0263