IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
: *Re: D.I. Nos.: 2548, 2549, and 2551*
:
-----------------------------------------------------------X

## SUPPLEMENTAL FOURTH OMNIBUS ORDER ALLOWING CERTAIN PROFESSIONALS INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

These matters come to be heard, in accordance with the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331, Fed R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009 (D.I. 222) (the "Interim Compensation Procedures Order"),[2] on the *Eighth Monthly Application Of Lazard Frères & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2009 Through November 30, 2009* [D.I. 2548] (the "Eighth Monthly Application"), the *Ninth Monthly Application Of Lazard Frères & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order, unless context requires otherwise.

1

*Of Expenses For The Period December 1, 2009 Through December 31, 2009* [D.I. 2549] (the "Ninth Monthly Application" together with the Eighth Monthly Application, the "Applications"), and the *Fourth Quarterly Fee Application of Lazard Frères & Co. LLC, Financial Advisor And Investment Banker To The Debtors For The Period November 1, 2009 Through January 31, 2010* [D.I. 2551] (the "Quarterly Application"),[3] filed by Lazard, Frères & Co. LLC, ("Lazard") in the above-captioned bankruptcy cases; and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and upon consideration of the record of the hearing convened on March 31, 2010 (the "Hearing") and the entire record of this case; the requested compensation for the Minority Transaction Fee[4] for the sale of Nortel's CDMA business and LTE assets (the "CDMA Minority Transaction Fee") and the Minority Transaction Fee for the sale of certain assets related to Nortel's North American, Caribbean and Latin American and Asian Enterprise Solutions business (the "Enterprise Minority Transaction Fee," collectively with the CDMA Minority Transaction Fee, the "Minority Transaction Fees") detailed in Applications are for reasonable and necessary services rendered by Lazard to the above-captioned debtors and debtors-in-possession (the "Debtors") as well as to certain of their affiliates not subject to these proceedings; the Debtors having agreed with each of Nortel Networks Limited ("NNL") and Nortel Networks UK Limited ("NNUK") that the fees and expenses owed to Lazard by NNI, NNL and NNUK shall be allocated among such entities in accordance with the chart attached hereto as **Exhibit A**, which chart shall be incorporated in

---

[3] The Court has previously approved the *Tenth Monthly Application Of Lazard Frères & Co. LLC Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period December 1, 2009 Through December 31, 2009* [D.I. 2550] and portions of the Applications not relating to the Minority Transaction Fee in the *Fourth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered And Reimbursement Of Expenses* [D.I. 2730] (the "Fourth Omnibus Order") entered on March 17, 2010. As set forth in footnotes 4 and 5 of Exhibit A to the Fourth Quarterly Order approval of the Minority Transaction Fees requested in the Applications was adjourned.

[4] The Minority Transaction Fees were inadvertently called the Sale Transaction Fees in the Applications.

an additional writing to be executed by NNI, NNL and NNUK, and that the Minority Transaction Fees shall be released from the related sale escrows and paid to Lazard as described below; the legal and factual bases set forth in the Applications and at the Hearing established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Minority Transaction Fees are hereby approved, provided that the Debtors are responsible only for satisfaction of their allocable portion of the Minority Transaction Fees, which shall be discharged as set forth in paragraphs 2 and 3 of this Supplemental Order. Such approval of the Minority Transaction Fees is reflected by their addition to column (10) on **Exhibit B** attached hereto (which now reflects the total amount of fees and expenses requested by Lazard, and approved by this Court, through January 31, 2010), subject to final allowance by the Court pursuant to the terms of the Interim Compensation Procedures Order and allocation among other Nortel entities not subject to these proceedings.

2. The Debtors are hereby authorized to provide a direction to J.P Morgan Chase Bank N.A., the escrow agent for the CDMA Escrow[5], to release and pay to Lazard from the CDMA Escrow the amount of the CDMA Minority Transaction Fee.

3. The Debtors are hereby authorized to provide a direction to J.P Morgan Chase Bank N.A., the escrow agent for the Enterprise Escrow[6], to release and pay to Lazard from the Enterprise Escrow the amount of the Enterprise Minority Transaction Fee.

---

[5] The CDMA Escrow was established pursuant to the *Order Pursuant to 11 U.S.C. §105(a) and §363(b) (A) Approving the Debtors' Entry into the CDMA Escrow Agreement and (B) Granting Related Relief* [D.I. 1889].

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: MARCH 31, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[6] The Enterprise Solutions Business Escrow was established pursuant to the *Order Pursuant to 11 U.S.C. §105(a) and §363(b) (A) Approving the Debtors' Entry into the Enterprise Solutions Business Escrow Agreement and (B) Granting Related Relief* [D.I. 2167].

4