**Exhibit A**

**Nortel Networks Corp.**
*Lazard Fee Allocations*
*($000s)*

|  |  | Monthly Fees[a] | Total Monthly Fee Allocations ||||||| 
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | CDMA | Enterpr. | MEN | GSM | CVAS | Passport | IP |
| Process Start Date [b] |  |  | Mar-09 | Mar-09 | Mar-09 | Apr-09 | May-09 | Jan-10 | Jan-10 |
| Process End Date [b] |  |  | Jul-09 | Sep-09 | Nov-09 | Nov-09 | Feb-10 | Jun-10 | Dec-10 |
| 2009 | Jan | $296 [c] | 49 | 49 | 49 | 49 | 49 | 49 | -- |
|  | Feb | 296 [c] | 49 | 49 | 49 | 49 | 49 | 49 | -- |
|  | Mar | 148 | 49 | 49 | 49 | -- | -- | -- | -- |
|  | Apr | 197 | 49 | 49 | 49 | 49 | -- | -- | -- |
|  | May | 247 | 49 | 49 | 49 | 49 | 49 | -- | -- |
|  | Jun | 247 | 49 | 49 | 49 | 49 | 49 | -- | -- |
|  | Jul | 247 | 49 | 49 | 49 | 49 | 49 | -- | -- |
|  | Aug | 197 | -- | 49 | 49 | 49 | 49 | -- | -- |
|  | Sept | 197 | -- | 49 | 49 | 49 | 49 | -- | -- |
|  | Oct | 148 | -- | -- | 49 | 49 | 49 | -- | -- |
|  | Nov | 148 | -- | -- | 49 | 49 | 49 | -- | -- |
|  | Dec | 395 [d] | 49 | 49 | 49 | 49 | 99 | 49 | 49 |
| 2010 | Jan | $148 | -- | -- | -- | -- | 49 | 49 | 49 |
|  | Feb | 148 | -- | -- | -- | -- | 49 | 49 | 49 |
|  | Mar | 99 | -- | -- | -- | -- | -- | 49 | 49 |
|  | Apr | 99 | -- | -- | -- | -- | -- | 49 | 49 |
|  | May | 99 | -- | -- | -- | -- | -- | 49 | 49 |
|  | Jun | 99 | -- | -- | -- | -- | -- | 49 | 49 |
|  | Jul | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | Aug | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | Sept | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | Oct | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | Nov | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | Dec | 49 | -- | -- | -- | -- | -- | -- | 49 |
|  | **Total:** | **$3,750** | **$395** | **$493** | **$592** | **$543** | **$641** | **$444** | **$641** |

**Total Transaction Fee Allocations**

| | | CDMA | Enterpr. | MEN | GSM | CVAS | Passport | IP |
|---|---|---|---|---|---|---|---|---|
| Minority Sale Transaction Fee ("MTF")[e]: | | $5,541 | $4,927 | $4,066 | A | B | C | D |
| MTF (Applying Fee Cap)[f]: | | $5,541*Z | $4,927*Z | $4,066*Z | A*Z | B*Z | C*Z | D*Z |

Transaction Fees: Sum of the amount in the row above and the amount in the row titled "Total" in the Total Monthly Fee Allocations section of this chart. For example, the Transaction Fees for CDMA shall be ($5,541*Z) plus $395.

---

Notes:
(a) Monthly fees assume all Lazard monthly fees, including crediting, are allocated over the Chapter 11 case period on a pro-rata basis as determined by the number of active processes in the respective month, except where noted.
(b) Date at which respective Lazard team fully engaged on minority sale process until court approval of sale. Future dates illustrative forecast.
(c) Assumes all sale processes, except IP, given equal allocation.
(d) Assumes all sale processes, except CVAS, given equal allocation.
(e) Actual MTF will be determined by actual results upon a sale (or potential reorganization around the IP assets, should this occur).
(f) Pro-rata allocation of all MTF including the $15mm fee cap for first 4 transactions.
Total MTF:            X = Sum of MTF for all 7 transactions = $14,534 + A + B + C + D
MTF (applying Fee Cap):  Y = $15mm fee cap for first 4 transactions + B + C + D
Pro Rata share of MTF:   Z = Y / Z

**Exhibit B**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[7] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Lazard Frères & Co. | 11/1/09 – 1/31/10 | 11,218,000.00 | 8,974,400.00 | $2,243,600.00 | $88,198.73 | $11,306,198.73 | $0.00 | $11,306,198.73 | $13,935,562.27 | $13,935,562.27 |
| **TOTALS** | | $11,218,000.00 | $8,974,400.00 | $2,243,600.00 | $88,198.73 | $11,306,198.73 | $0.00 | $11,306,198.73 | $13,935,562.27 | $13,935,562.27 |

---

[7] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.