# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Portion Of Twenty-Sixth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on March 31, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Dated: March 31, 2010

                                                */s/ Ann C. Cordo*
                                                  Ann C. Cordo (No. 4817)

**VIA FIRST CLASS MAIL:**

Cypress Communications Inc.
 Attn: Steven Schilling, CEO
Four Piedmont Center
Atlanta, GA 30305

Cypress Communications, Inc.
15 Piedmont Center, Suite 610
Atlanta, GA 30705

3480640.1