**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Advisors LLC**

February 1, 2010 Through February 28, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | February |
|:---:|:---:|---:|
| 1 | Pension Advisory | 23.0 |
| 2 | Engagement/Retention/Fee Applications | 14.0 |
| **TOTAL** | | **37.0** |

**Summary of Services Rendered by Professional**

| Name | February |
|:---:|---:|
| Bradley D. Belt (Chairman) | 15.5 |
| John L. Spencer (Senior Advisor) | 11.0 |
| Dawn M. Bizzell (Director) | 10.5 |
| **TOTAL** | **37.0** |

Palisades Capital Advisors LLC
Time Detail by Activity
February 1 - 28, 2010

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 2/3/2010 | Telephone call w/PSouthall re: UK Issues | 1.0 | 1 | BDB |
| 2/3/2010 | Telephone call w/PSouthall re: UK Issues | 1.0 | 1 | JLS |
| 2/3/2010 | Review court docket | 1.0 | 1 | DMB |
| 2/5/2010 | Telephone call w/PSouthall re: UK Issues | 1.0 | 1 | BDB |
| 2/5/2010 | Telephone call w/PSouthall re: UK Issues | 1.0 | 1 | JLS |
| 2/8/2010 | Telephone call/email follow up w/CGSH re: | 0.5 | 1 | BDB |
| 2/8/2010 | Telephone call/email follow up w/CGSH re: | 0.5 | 1 | JLS |
| 2/10/2010 | Review court docket | 1.0 | 1 | DMB |
| 2/11/2010 | Update w/PBGC | 1.0 | 1 | BDB |
| 2/11/2010 | Update w/PBGC | 1.0 | 1 | JLS |
| 2/12/2010 | Internal discussion re: Nortel case status | 0.5 | 1 | BDB |
| 2/12/2010 | Internal discussion re: Nortel case status | 0.5 | 1 | JLS |
| 2/17/2010 | Review court docket | 1.5 | 1 | DMB |
| 2/18/2010 | Review UK pension proceedings/motions/declarations | 3.0 | 1 | BDB |
| 2/18/2010 | Review UK pension proceedings/motions/declarations | 1.5 | 1 | JLS |
| 2/22/2010 | Internal meeting/call re: Nortel case status and action steps | 1.5 | 1 | BDB |
| 2/22/2010 | Internal meeting/call re: Nortel case status and action steps | 1.5 | 1 | JLS |
| 2/24/2010 | Review UK trustees objections/declarations | 2.0 | 1 | BDB |
| 2/24/2010 | Review court docket | 1.0 | 1 | DMB |
| 2/26/2010 | Review UK stay order | 0.5 | 1 | BDB |
| 2/26/2010 | Review UK stay order | 0.5 | 1 | JLS |
| | **February Total - Activity 1** | **23.0** | | |
| 2/2/2010 | Email w/CGSH re: revised engagement | 0.5 | 2 | BDB |
| 2/2/2010 | Internal re: revised engagement | 0.5 | 2 | JLS |
| 2/3/2010 | Telephone call w/PSouthall re: fee structure | 0.5 | 2 | BDB |
| 2/3/2010 | Telephone call w/PSouthall re: fee structure | 0.5 | 2 | JLS |
| 2/5/2010 | Telephone call w/PSouthall re: fee structure | 0.5 | 2 | BDB |
| 2/5/2010 | Telephone call w/PSouthall re: fee structure | 0.5 | 2 | JLS |
| 2/11/2010 | Telephone call/email follow up w/CGSH re: amended engagement | 1.0 | 2 | BDB |
| 2/12/2010 | Emails/internal discussion re: amended agreement | 0.5 | 2 | BDB |
| 2/12/2010 | Emails/internal discussion re: amended agreement | 0.5 | 2 | JLS |
| 2/16/2010 | Telephone call and follow up w/CGSH re: revised scope of engagement | 1.0 | 2 | BDB |
| 2/16/2010 | Telephone call and follow up w/CGSH re: revised scope of engagement | 1.0 | 2 | JLS |
| 2/19/2010 | Review revised engagement terms | 0.5 | 2 | BDB |
| 2/19/2010 | Review revised engagement terms | 0.5 | 2 | JLS |
| 2/22/2010 | January fee application | 4.0 | 2 | DMB |
| 2/25/2010 | Quarterly fee application | 2.0 | 2 | DMB |
| | **February Total - Activity 2** | **14.0** | | |
| | **Total** | **37.0** | | |