# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
:
Nortel Networks Inc., *et al.*, [1] : Case No. 09-10138 (KG)
:
Debtors. : (Jointly Administered)
--------------------------------------------------------- :
:
Trustee of Nortel Networks UK Pension :
Plan and Board of the Pension : **CA. No. 10-230 (JF)**
Protection Fund, :
:
Appellants, : (AP 10-9)
:
v. :
:
Nortel Networks Inc., *et al.*, and the :
Committee of Unsecured Creditors, :
:
Appellees. :
---------------------------------------------------------X

**APPELLEES DEBTORS' DESIGNATION OF AN ADDITIONAL ITEM TO BE INCLUDED IN THE RECORD WITH RESPECT TO APPEAL FROM THE ORDER ENFORCING THE AUTOMATIC STAY AGAINST CERTAIN CLAIMANTS WITH RESPECT TO THE U.K. PENSION PROCEEDINGS ENTERED BY THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE ON <u>FEBRUARY 26, 2010</u>**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Debtors hereby submit, by their

undersigned counsel, the following designation of an additional item to be included in the record on

---

[1] The debtors in the Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (the "<u>Debtors</u>"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

appeal in connection with the Notice of Appeal (D.I. 2643) from the Order Enforcing the Automatic Stay Against Certain Claimants With Respect to the U.K. Pension Proceeding (D.I. 2576) filed by the Trustee of the Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund on March 15, 2010.

### DESIGNATION OF ADDITIONAL ITEM FOR RECORD ON APPEAL[2]

1.   Order Shortening Notice of Hearing on Debtors' Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings (Entered:  2/18/2010) (D.I. 2449).

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

---

[2] The following designation includes all documents, exhibits, attachments, and supplements to the item designated, whether filed publicly or under seal.

Dated: April 1, 2010
       Wilmington, Delaware

                        Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

  - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*