**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Appellees Debtors' Designation Of An Additional Item To Be Included In The Record With Respect To Appeal From The Order Enforcing The Automatic Stay Against Certain Claimants With Respect To The U.K. Pension Proceedings Entered By The United States Bankruptcy Court For The District Of Delaware On February 26, 2010** was caused to be made on April 1, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  April 1, 2010                                             */s/ Ann C. Cordo*
                                                                           Ann C. Cordo (No. 4817)