**SERVICE LIST**

**VIA HAND DELIVERY**

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Suite 900
Wilmington, DE  19801

Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Laura Davis Jones Esq.
Kathleen P. Makowski Esq.
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE  19899-8705

James L. Patton Esq.
Edwin J. Harron Esq.
Young Conaway
The Brandywine Bldg 17th Fl.
1000 West Street
Wilmington, DE  19801

Justin R. Alberto Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mary Caloway Esq.
Peter J. Duhig Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Suite 1410
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**

Fred S. Hodara Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Michael Luskin Esq.
Derek J.T. Adler Esq.
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Ken Coleman Esq.
Lisa Kraidin Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

Marc Abrams, Esq.
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099