**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned, hereby withdrawals his appearance in this consolidated case on behalf of Clearwire Corporation , and requests that he be removed from the ECF and any other service list in this case. Please also remove the name, mailing address, telephone numbers, and email address listed below from the mailing list and the Court's ECF system for this case:

Clearwire Corporation
c/o James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave., Ste 2300
Portland, OR 97201-5630
Telephone: (503) 241-2300
Facsimile: (503)778-5299
jimwaggoner@dwt.com

DATED:	April 1, 2010

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ James C. Waggoner
    James C. Waggoner, OSB #743307
    jimwaggoner@dwt.com
    1300 SW 5th Ave, Ste 2300
    Portland, OR 97201
    (503) 241-2300

Of Attorneys for Clearwire Corporation

**SERVICE LIST**

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottleib Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Derek C. Abbott, Esq.
Eric D. Schwartz Esq.
Ann. C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
POB 1347
Wilmington, DE 19899-1347

T. Patrick Tinker, Esq.
Office of the United States Trustee
844 Market Street, STE 2207
Lockbox 35
Wilmington DE, 19801