# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                                     :   Chapter 11
                                                     :
                                                     :   Case No. 09-10138 (KG)
In re                                                :
                                                     :   Jointly Administered
Nortel Networks Inc., et al.,[1]                     :
                                                     :   SEALED PURSUANT TO COURT
                                  Debtors.           :   ORDER DATED DECEMBER 3,
                                                     :   2009 (D.I. 2066)
                                                     :
                                                     :   RE: D.I. 2066, 2791
                                                     :
-----------------------------------------------------X
```

---

**CONFIDENTIAL FILED UNDER SEAL  –  SCHEDULE A RE: NOTICE OF
WITHDRAWAL OF DEBTORS' ASSIGNMENT NOTICES
WITH RESPECT TO CERTAIN CONTRACTS [RE: D.I. 2791]**

---

Dated:    Wilmington, Delaware
          March 31, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)              Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)            Eric D. Schwartz (No. 3134)
One Liberty Plaza                        Ann C. Cordo (No. 4817)
New York, New York 10006                 Alissa T. Gazze (No. 5338)
Telephone: (212) 225-2000                1201 North Market Street
Facsimile: (212) 225-3999                P.O. Box 1347
                                         Wilmington, Delaware 19899-1347
                                         Phone: (302) 658-9200
                                         Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and
Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://chapter11.epiqsystems.com/nortel.