**EXHIBIT C**

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 28, 2010
### (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $1,689.86 |
| Binding Books / Documents | $ 65.40 |
| Cellular Phones | $ 794.05 |
| Library Computer Research | $ 489.96 |
| Long Distance Telephone Calls | $ 201.24 |
| Meals & Beverages | $ 417.81 |
| Parking | $ 5.73 |
| Photocopy Charges | $2,650.05 |
| Stationary & Supplies | $ 30.00 |
| Ground Transportation (including Courier) | $ 352.10 |
| | |
| Total Taxable Disbursements | $6,696.20 |
| Total GST | 334.81 |
| Total Taxable Disbursements including Taxes | $7,031.01 CDN. |