**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010  
Invoice #: 2748595  
Page 58 of 64

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 08/01/10 | Binding Books / Documents / Tabs / Cerlox | 1 | 12.60 |
| 08/01/10 | Binding Books / Documents / Tabs / Cerlox | 1 | 52.80 |
| 13/01/10 | Telephone;17192347615;ColoradoCO; TO34 | 1 | 19.60 |
| 14/01/10 | Stationery & Supplies | 1 | 30.00 |
| 26/01/10 | Telephone;12128728031;New YorkNY;TO34 | 1 | 0.51 |
| 26/01/10 | Telephone;12128728031;New YorkNY;TO34 | 1 | 3.06 |
| 27/01/10 | Telephone;12128728031;New YorkNY;TO34 | 1 | 2.04 |
| 31/01/10 | Beck Taxi/Inv 1721-013/M.Wunder Jan 27/10 | 1 | 56.50 |
| 31/01/10 | Beck Taxi/Inv 1721-013/M.Wunder Jan 6/10 | 1 | 23.00 |
| 31/01/10 | "Beck Taxi/Inv 1721-013/M.Wunder, R.Jacobs Jan 1 | 1 | 51.00 |
| 31/01/10 | "Beck Taxi/Inv 1721-013/M.Wunder Jan 21,25/10" | 1 | 30.00 |
| 31/01/10 | Beck Taxi/Inv 1721-013/R.Jacobs Jan 21/10 | 1 | 28.00 |
| 31/01/10 | Beck Taxi/Inv 1721-013/M.Wunder Jan 7/10 | 1 | 7.25 |
| 31/01/10 | "Beck Taxi/Inv 1721-013/M.Wunder, R.Jacobs Jan 2 | 1 | 76.25 |
| 01/02/10 | Telephone;12128728031;New YorkNY;TO34 | 1 | 0.51 |
| 02/02/10 | Lunch with Ryan while at Court for Nortel; 2010-1-21 | 1 | 16.18 |
| 02/02/10 | "Quick Law/PUSHALIK, ANDY" | 1 | 9.49 |
| 02/02/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 42.75 |
| 02/02/10 | "Quick Law/COLVIN, IAN" | 1 | 4.74 |
| 03/02/10 | Rogers Wireless Charges for M. Wunder for Jan. 7-8/10; 2010-1-7 | 1 | 16.68 |
| 03/02/10 | Laser Copy;PUSHALIK A | 31 | 3.10 |
| 03/02/10 | Laser Copy;KAPLAN M | 48 | 4.80 |
| 03/02/10 | Laser Copy;NELSON M | 369 | 36.90 |
| 03/02/10 | Laser Copy;PICARD M | 59 | 5.90 |
| 03/02/10 | Laser Copy;LEGAULT | 28 | 2.80 |
| 03/02/10 | Laser Copy;MacFarlaneA | 110 | 11.00 |
| 03/02/10 | Laser Copy;HETU, Jarvis | 59 | 5.90 |
| 03/02/10 | Photocopy;MattesL | 6 | 0.60 |
| 03/02/10 | Laser Copy;MattesL | 81 | 8.10 |
| 03/02/10 | "Quick Law/PUSHALIK, ANDY" | 1 | 12.64 |
| 03/02/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 3.06 |
| 03/02/10 | Telephone;12128721096;New YorkNY;TO47 | 1 | 0.51 |
| 03/02/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 1.02 |
| 04/02/10 | Photocopy;Amaral, Rui | 552 | 55.20 |
| 04/02/10 | Laser Copy;MacFarlaneA | 208 | 20.80 |
| 04/02/10 | Laser Copy;MattesL | 277 | 27.70 |
| 04/02/10 | Laser Copy;WALKER R | 97 | 9.70 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010  
Invoice #: 2748595  
Page 59 of 64

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 04/02/10 | Laser Copy;BEAIRSTO | 46 | 4.60 |
| 04/02/10 | Laser Copy;PUSHALIK A | 81 | 8.10 |
| 04/02/10 | Laser Copy;GOUGEON | 65 | 6.50 |
| 04/02/10 | Laser Copy;SANTOS I | 3 | 0.30 |
| 04/02/10 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 04/02/10 | Photocopy;MACLAREN | 197 | 19.70 |
| 04/02/10 | Laser Copy;MacFarlaneA | 4 | 0.40 |
| 04/02/10 | Laser Copy;NELSON M | 84 | 8.40 |
| 04/02/10 | Laser Copy;HETU, Jarvis | 129 | 12.90 |
| 05/02/10 | Laser Copy;HETU, Jarvis | 23 | 2.30 |
| 05/02/10 | Photocopy;VILLENEUVE C | 308 | 30.80 |
| 05/02/10 | Photocopy;VILLENEUVE C | 1 | 0.10 |
| 05/02/10 | Photocopy;MCGOVERN W | 14 | 1.40 |
| 05/02/10 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 05/02/10 | Laser Copy;PICARD M | 61 | 6.10 |
| 05/02/10 | Laser Copy;PUSHALIK A | 3 | 0.30 |
| 05/02/10 | Laser Copy;MacFarlaneA | 81 | 8.10 |
| 06/02/10 | Laser Copy;MacFarlaneA | 51 | 5.10 |
| 07/02/10 | Laser Copy;MATHESON | 33 | 3.30 |
| 08/02/10 | Telephone;12126499596;New YorkNY;TO44 | 1 | 9.18 |
| 08/02/10 | Laser Copy;KAPLAN M | 23 | 2.30 |
| 08/02/10 | Laser Copy;MacFarlaneA | 103 | 10.30 |
| 08/02/10 | Laser Copy;MacFarlaneA | 255 | 25.50 |
| 08/02/10 | Laser Copy;SANTOS I | 110 | 11.00 |
| 08/02/10 | Laser Copy;MattesL | 143 | 14.30 |
| 08/02/10 | Laser Copy;Vincent-DunlopT | 258 | 25.80 |
| 08/02/10 | Laser Copy;HETU, Jarvis | 217 | 21.70 |
| 09/02/10 | Telephone;12122455000;New YorkNY;TO45 | 1 | 3.57 |
| 09/02/10 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 09/02/10 | Laser Copy;NELSON M | 1426 | 142.60 |
| 09/02/10 | Laser Copy;MattesL | 194 | 19.40 |
| 09/02/10 | Laser Copy;MCDONALA | 206 | 20.60 |
| 09/02/10 | Laser Copy;MCDONALA | 15 | 1.50 |
| 09/02/10 | Laser Copy;MCDONALA | 18 | 1.80 |
| 09/02/10 | Laser Copy;KAPLAN M | 71 | 7.10 |
| 09/02/10 | Laser Copy;MacFarlaneA | 100 | 10.00 |
| 09/02/10 | Telephone;12125428442;New YorkNY;TO47 | 1 | 2.04 |
| 09/02/10 | Telephone;12128721055;New YorkNY;TO47 | 1 | 1.53 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010
Invoice #: 2748595
Page 60 of 64

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 10/02/10 | Working lunch at Subway for M. Wunder on Feb. 8/10; 2010-2-8 | 1 | 7.59 |
| 10/02/10 | Laser Copy;WALKER R | 41 | 4.10 |
| 10/02/10 | Laser Copy;KAPLAN M | 141 | 14.10 |
| 10/02/10 | Laser Copy;MacFarlaneA | 120 | 12.00 |
| 10/02/10 | Laser Copy;MATHESON | 7 | 0.70 |
| 10/02/10 | Laser Copy;MattesL | 32 | 3.20 |
| 10/02/10 | Laser Copy;NELSON M | 373 | 37.30 |
| 10/02/10 | Laser Copy;NORTH, Alexandra | 93 | 9.30 |
| 10/02/10 | Laser Copy;DUNSMUIM | 54 | 5.40 |
| 10/02/10 | Laser Copy;GOUGEON | 200 | 20.00 |
| 10/02/10 | "Quick Law/NORTH, ALEXANDRA" | 1 | 15.80 |
| 10/02/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 52.00 |
| 10/02/10 | Laser Copy;beardc | 12 | 1.20 |
| 10/02/10 | Laser Copy;MCDONALA | 22 | 2.20 |
| 10/02/10 | Laser Copy;MCDONALA | 30 | 3.00 |
| 10/02/10 | Laser Copy;HETU, Jarvis | 75 | 7.50 |
| 10/02/10 | Telephone;12122455000;New YorkNY;TO47 | 1 | 2.55 |
| 10/02/10 | Telephone;12127087440;New YorkNY;TO47 | 1 | 7.65 |
| 10/02/10 | Working Lunch for J. Hetu February 3, 2010 GST; 2010-2-3 | 1 | 15.00 |
| 10/02/10 | Lunch at Freshii for R. Jacobs on Feb. 8/10; 2010-2-8 | 1 | 11.07 |
| 10/02/10 | Drinks for working group meeting from Starbucks for M. Wunder, A. MacFarlane, R. Jacobs and M. Picard on Feb. 9/10; 2010-2-9 | 1 | 11.07 |
| 11/02/10 | Taxi Charges - Maple Leaf Taxi /inv #31264/G Chung Jan 13/10 | 1 | 33.23 |
| 11/02/10 | Taxi Charges - Royal Taxi /inv #180945/M Wunder dated Jan 20, 2010 | 1 | 25.92 |
| 11/02/10 | Laser Copy;HETU, Jarvis | 88 | 8.80 |
| 11/02/10 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 11/02/10 | Laser Copy;MacFarlaneA | 59 | 5.90 |
| 11/02/10 | Laser Copy;MattesL | 424 | 42.40 |
| 11/02/10 | Laser Copy;GOUGEON | 1 | 0.10 |
| 11/02/10 | Laser Copy;GRASSI J | 26 | 2.60 |
| 11/02/10 | Laser Copy;NELSON M | 242 | 24.20 |
| 11/02/10 | Photocopy;MattesL | 1 | 0.10 |
| 11/02/10 | Telephone;12125428442;New YorkNY;TO47 | 1 | 0.51 |
| 11/02/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 11/02/10 | Photocopy;MattesL | 38 | 3.80 |
| 12/02/10 | Laser Copy;NELSON M | 154 | 15.40 |
| 12/02/10 | Laser Copy;MattesL | 40 | 4.00 |
| 12/02/10 | Laser Copy;MacFarlaneA | 176 | 17.60 |
| 12/02/10 | Laser Copy;KAPLAN M | 51 | 5.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010  
Invoice #: 2748595  
Page 61 of 64

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 12/02/10 | Laser Copy;WALKER R | 12 | 1.20 |
| 12/02/10 | Laser Copy;BEAIRSTO | 51 | 5.10 |
| 12/02/10 | Laser Copy;CHUNG G | 213 | 21.30 |
| 12/02/10 | Laser Copy;GOUGEON | 126 | 12.60 |
| 13/02/10 | Laser Copy;KAPLAN M | 9 | 2.25 |
| 14/02/10 | Laser Copy;KAPLAN M | 5 | 1.25 |
| 15/02/10 | Laser Copy;MacFarlaneA | 38 | 9.50 |
| 15/02/10 | "eCarswell/NORTH,ALEXANDRA" | 1 | 8.75 |
| 15/02/10 | "Quick Law/NORTH, ALEXANDRA" | 1 | 3.95 |
| 16/02/10 | Laser Copy;WALKER R | 52 | 13.00 |
| 16/02/10 | Laser Copy;NELSON M | 106 | 26.50 |
| 16/02/10 | Laser Copy;KAPLAN M | 40 | 10.00 |
| 16/02/10 | Laser Copy;MacFarlaneA | 104 | 26.00 |
| 16/02/10 | Laser Copy;MATHESON | 7 | 1.75 |
| 16/02/10 | Telephone;17192347615;ColoradoCO; TO47 | 1 | 11.76 |
| 16/02/10 | Photocopy;MCDONALA | 15 | 3.75 |
| 16/02/10 | Laser Copy;MattesL | 187 | 46.75 |
| 16/02/10 | Working Lunch - Saisons Restaurant & Catering /A MacFarlane-Feb3/010/Inv. 2010-028 | 1 | 15.39 |
| 17/02/10 | Laser Copy;MacFarlaneA | 65 | 6.50 |
| 17/02/10 | Photocopy;MattesL | 8 | 0.80 |
| 17/02/10 | Telephone;17192347615;ColoradoCO; TO44 | 1 | 40.32 |
| 17/02/10 | Photocopy;MattesL | 7 | 0.70 |
| 17/02/10 | Laser Copy;MattesL | 53 | 5.30 |
| 17/02/10 | Laser Copy;BanksT | 108 | 10.80 |
| 17/02/10 | Laser Copy;DUNSMUIM | 2 | 0.20 |
| 17/02/10 | Laser Copy;KAPLAN M | 120 | 12.00 |
| 17/02/10 | Laser Copy;MCDONALA | 18 | 1.80 |
| 17/02/10 | Laser Copy;NELSON M | 412 | 41.20 |
| 18/02/10 | Taxi from Eglinton to FCP for M. Wunder on Jan. 31/10; 2010-1-31 | 1 | 20.95 |
| 18/02/10 | Parking for M. Wunder on Feb. 13/10; 2010-2-13 | 1 | 5.73 |
| 18/02/10 | Laser Copy;HAHNJ | 314 | 31.40 |
| 18/02/10 | Laser Copy;KAPLAN M | 17 | 1.70 |
| 18/02/10 | Telephone;12128721063;New YorkNY;TO47 | 1 | 6.63 |
| 18/02/10 | Telephone;12128728064;New YorkNY;TO47 | 1 | 21.93 |
| 18/02/10 | Laser Copy;MattesL | 538 | 53.80 |
| 18/02/10 | Laser Copy;NELSON M | 358 | 35.80 |
| 18/02/10 | Laser Copy;YING C | 2 | 0.20 |
| 18/02/10 | Laser Copy;DUNSMUIM | 20 | 2.00 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010
Invoice #: 2748595
Page 62 of 64

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/02/10 | Working lunch at Pumpernickel's for M. Wunder on Feb. 12/10; 2010-2-12 | 1 | 12.93 |
| 19/02/10 | Laser Copy;NELSON M | 648 | 64.80 |
| 19/02/10 | Laser Copy;CHIN J | 22 | 2.20 |
| 19/02/10 | Laser Copy;HAHN J | 1112 | 111.20 |
| 19/02/10 | Laser Copy;HETU, Jarvis | 141 | 14.10 |
| 19/02/10 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 19/02/10 | Laser Copy;MattesL | 1148 | 114.80 |
| 19/02/10 | Laser Copy;KAPLAN M | 62 | 6.20 |
| 20/02/10 | Telephone;16135984365;Ottawa ON;TO68 | 1 | 7.38 |
| 21/02/10 | "Quick Law/BANKS, TIMOTHY" | 1 | 49.77 |
| 21/02/10 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 21/02/10 | Laser Copy;DUNSMUIM | 32 | 3.20 |
| 22/02/10 | "Quick Law/BANKS, TIMOTHY" | 1 | 15.80 |
| 22/02/10 | Telephone;13122597627;Chicago IL;TO47 | 1 | 18.90 |
| 22/02/10 | Laser Copy;BanksT | 58 | 5.80 |
| 22/02/10 | Laser Copy;DAUPHINE | 436 | 43.60 |
| 22/02/10 | Laser Copy;DUNSMUIM | 10 | 1.00 |
| 22/02/10 | Laser Copy;GOUGEON | 142 | 14.20 |
| 22/02/10 | Laser Copy;HETU, Jarvis | 125 | 12.50 |
| 22/02/10 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 22/02/10 | Laser Copy;MacFarlaneA | 261 | 26.10 |
| 22/02/10 | Laser Copy;MATHESON | 3 | 0.30 |
| 22/02/10 | Laser Copy;NELSON M | 614 | 61.40 |
| 22/02/10 | Laser Copy;PICARD M | 3 | 0.30 |
| 22/02/10 | Laser Copy;Vincent-DunlopT | 1061 | 106.10 |
| 22/02/10 | Laser Copy;WALKER R | 106 | 10.60 |
| 22/02/10 | Telephone;12128728064;New YorkNY;TO47 | 1 | 1.02 |
| 23/02/10 | Laser Copy;NELSON M | 397 | 39.70 |
| 23/02/10 | Laser Copy;WALKER R | 41 | 4.10 |
| 23/02/10 | Laser Copy;HETU, Jarvis | 281 | 28.10 |
| 23/02/10 | Laser Copy;MacFarlaneA | 146 | 14.60 |
| 23/02/10 | Laser Copy;MattesL | 137 | 13.70 |
| 24/02/10 | Photocopy;MattesL | 23 | 2.30 |
| 24/02/10 | Air Canada return flight to New York for R. Jacobs for travel on Feb. 24/10; 2010-2-24 | 1 | 1,550.86 |
| 24/02/10 | Air Canada flight change fee for trip to New York for R. Jacobs on Feb. 24/10; 2010-2-24 | 1 | 139.00 |
| 24/02/10 | "Quick Law/BANKS, TIMOTHY" | 1 | 165.12 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010  
Invoice #: 2748595  
Page 63 of 64

| Date | Description | Qty. | Amount |
| --- | --- | --- | --- |
| 24/02/10 | "eCarswell/BANKS,TIMOTHY" | 1 | 2.50 |
| 24/02/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 25.76 |
| 24/02/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 24/02/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 24/02/10 | Laser Copy;HAHNJ | 201 | 20.10 |
| 24/02/10 | Laser Copy;HETU, Jarvis | 67 | 6.70 |
| 24/02/10 | Laser Copy;MacFarlaneA | 287 | 28.70 |
| 24/02/10 | Laser Copy;MattesL | 2255 | 225.50 |
| 24/02/10 | Laser Copy;NELSON M | 369 | 36.90 |
| 24/02/10 | Laser Copy;WALKER R | 81 | 8.10 |
| 25/02/10 | Laser Copy;WALKER R | 39 | 3.90 |
| 25/02/10 | Laser Copy;NELSON M | 689 | 68.90 |
| 25/02/10 | Laser Copy;GOUGEON | 11 | 1.10 |
| 25/02/10 | Laser Copy;HAHNJ | 219 | 21.90 |
| 25/02/10 | Laser Copy;CHINJ | 152 | 15.20 |
| 25/02/10 | Laser Copy;MattesL | 497 | 49.70 |
| 25/02/10 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 25/02/10 | Cell phone roaming charges while travelling for R. Jacobs on Jan. 23 to 30/10; 2010-1-23 | 1 | 777.37 |
| 25/02/10 | "Quick Law/BANKS, TIMOTHY" | 1 | 106.65 |
| 25/02/10 | Telephone;12127087413;New YorkNY;TO45 | 1 | 0.51 |
| 25/02/10 | Telephone;12128728012;New YorkNY;TO45 | 1 | 0.51 |
| 25/02/10 | Telephone;12128728012;New YorkNY;TO45 | 1 | 5.61 |
| 25/02/10 | Laser Copy;KAPLAN M | 11 | 1.10 |
| 26/02/10 | Laser Copy;BanksT | 239 | 23.90 |
| 26/02/10 | Laser Copy;WALKER R | 48 | 4.80 |
| 26/02/10 | Laser Copy;DUNSMUIM | 18 | 1.80 |
| 26/02/10 | Laser Copy;HAHNJ | 125 | 12.50 |
| 26/02/10 | Laser Copy;HETU, Jarvis | 240 | 24.00 |
| 26/02/10 | Laser Copy;LEGAULT | 3 | 0.30 |
| 26/02/10 | Telephone;16465411759;New YorkNY;TO45 | 1 | 1.02 |
| 26/02/10 | Telephone;12128728064;New YorkNY;TO47 | 1 | 0.51 |
| 26/02/10 | Telephone;12128728042;New YorkNY;TO47 | 1 | 0.51 |
| 26/02/10 | Laser Copy;MacFarlaneA | 124 | 12.40 |
| 26/02/10 | Laser Copy;MattesL | 354 | 35.40 |
| 26/02/10 | Working Lunch for A. MacFarlane, J. Hetu, R. Jacobs, M. Kaplan, M. Picard - Maxim /M Wunder-Feb4/10/Inv. 117568 | 1 | 69.66 |
| 26/02/10 | Working Lunch for A. MacFarlane, J. Hetu, R. Jacobs, M. Kaplan, M. Picard - Maxim /M Wunder-Feb 9/10/Inv. 117607 | 1 | 69.66 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: March 30, 2010  
Invoice #: 2748595  
Page 64 of 64

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 26/02/10 | Working Lunch for A. MacFarlane, J. Hetu, R. Jacobs, M. Picard - Maxim /M Wunder-Feb16/10/Inv. 117679 | 1 | 58.05 |
| 26/02/10 | Working Lunch for A. MacFarlane, J. Hetu, R. Jacobs, M. Picard - Maxim /Nortel Lunch/M Wunder-J Hetu-A MacFarlane-M. Picard-R. Jacobs/Feb 11/10/Inv. 117648 | 1 | 69.66 |
| 26/02/10 | Working Lunch for A. MacFarlane, J. Hetu, R. Jacobs, M. Picard - Maxim /M Wunder-Feb 3/10/Inv. 117547 | 1 | 61.55 |
| 26/02/10 | Laser Copy;NELSON M | 732 | 73.20 |
| 28/02/10 | Laser Copy;KAPLAN M | 92 | 9.20 |
| | Total | CDN | 6,696.20 |