# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 10.3 | $785.00 | $8,085.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 144.5 | $775.00 | $111,987.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 3.7 | $750.00 | $2,775.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 186.5 | $750.00 | $139,875.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 10.4 | $785.00 | $8,164.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 210.0 | $750.00 | $157,500.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 10.5 | $675.00 | $7,087.50 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 53.2 | $520.00 | $27,664.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 2.0 | $400.00 | $800.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 61.9 | $375.00 | $23,212.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 26.0 | $310.00 | $8,060.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 13.3 | $320.00 | $4,256.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 1.0 | $310.00 | $310.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 211.9 | $600.00 | $127,140.00 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | 8.4 | $785.00 | $6,594.00 |
| Hosein, Reesha | Associate | Pensions/Benefits | Ontario - 2001 | 3.8 | $440.00 | $1,672.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 12.2 | $560.00 | $6,832.00 |
| Villeneuve, C. | Paralegal | | | 4.0 | $210.00 | $840.00 |
| TOTAL | | | | 973.6 | CDN. | $642,855.00 |
| | Less Non-Working Travel Time Discount (50% of $17,465.00) | | | | | ($8,732.50) |
| TOTAL | | | | 973.6 | CDN. | $634,122.50 |

Note: Fraser Milner Casgrain LLP provides information regarding a change in its hourly billing rates effective February 1, 2010 as more particularly set out on the immediately following page.

## SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES
## REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2010 | Hourly Billing Rate After February 1, 2010 |
|---|---|---|---|---|---|
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | $450 | $520 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | $350 | $375 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | $295 | $310 |
| Hosein, Reesha | Associate | Pensions/Benefits | Ontario - 2001 | $440 | $440 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | $600 | $600 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | $675 | $675 |
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | $775 | $785 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | $750 | $750 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | $750 | $750 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | $725 | $785 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | $295 | $310 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | $500 | $560 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | $775 | $775 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | $295 | $320 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | $400 | $400 |
| Villeneuve, C. | Paralegal | | | $200 | $210 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | $750 | $785 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | $725 | $750 |