IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | **Hearing Date: April 14, 2010 at 10:00 a.m.** |
| | ) | |

**RESPONSE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. §§ 505 AND 105 DETERMINING CERTAIN TAX LIABILITIES**

The Iowa Department of Revenue (IDR) states as follows for its Response:

1.      On March 26, 2009, the Debtors filed their Motion for Entry of an Order pursuant to 11 U.S.C §§ 505 and 105 Determining Certain Tax Liabilities (the Motion).

2.      The Motion asks the Court to determine that "items of gain or loss" resulting from certain property sales be excluded from taxable income until the proceeds are allocated among various Debtors and related entities.

3.      According to Iowa Code § 422.33(1), Iowa corporation income taxes are calculated by applying the appropriate rate to the company's "net income."  Iowa Code § 422.35 defines "net income" as "taxable income before the net operating loss deduction, as properly computed for federal income tax purposes under the Internal Revenue Code."  Consequently, the timing of any gain or loss on the property sales should be determined under federal law.

4.      The IDR does not take a position with regard the proper tax year for reporting income related to the property sales.  Instead, the IDR simply requests that any ruling apply equally to Iowa and federal taxes.

Therefore, the IDR asks the Court to rule that the correct time period for recognizing

Iowa income is the same as for federal taxes.

IOWA DEPARTMENT OF REVENUE

By:      /s/ John Waters – Friday, April 2, 2010
         JOHN WATERS
         Attorney At Law
         Iowa Department of Revenue
         Collections Section
         P.O. Box 10457
         Des Moines, Iowa 50306
         (515) 281-6427
         Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above document was served on the

persons listed below on the 2nd day of April 2010.

/S/ John Waters - Friday, April 02, 2010
JOHN WATERS

Copy To:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Attn:  Ann C. Cordo