## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Eighth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on April 2, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: April 2, 2010

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

3086540.3