**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS INC.,** *et al.*, | ) | **Case No. 09-10138-KG** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**WITHDRAWAL OF OBJECTION OF TELLABS OPERATIONS, INC. TO DEBTORS' REQUEST FOR AUTHORITY TO ASSUME CONTRACT IN CONNECTION WITH THE SALE OF NORTEL'S GSM/GSM-R BUSINESS**

Tellabs Operations, Inc. (collectively, with its affiliates, "Tellabs"), by and through its undersigned attorneys, hereby withdraws its Objection [Docket No. 2586] (the "Objection") to Debtors' Motion for an Order (A) Approving the Assumption and Assignment Procedures In Connection With The Sale of Nortel's GSM/GSM-R Business, and (B) Authorizing the Filing of Certain Documents Under Seal (the "Assignment Procedures Motion") and related Notice of Debtors' Request for Authority to Assume and Assign Certain Customer Contracts (the "Assignment Notice"). The Objection was filed on March 1, 2010.

Dated: April 5, 2010

/s/ Michelle McMahon
Michelle McMahon (3900)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: michelle.mcmahon@bryancave.com

Eric S. Prezant, Esq.
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: eric.prezant@bryancave.com

Attorneys for Tellabs Operations, Inc.

NY02DOCS\1574991.1

**CERTIFICATE OF SERVICE**

I, Michelle McMahon, hereby certify that on April 5, 2010, a true and correct copy of the foregoing Withdrawal of Objection Of Tellabs Operations, Inc. To Debtors' Request for Authority To Assume Contract In Connection With The Sale Of Nortel's GSM/GSM-R Business was served upon the following counsel by first class U.S. Mail.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Attention:     James L. Bromley
                   Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
Attention:     Derek C. Abbott

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attention:     Stephen J. Shimshak
                   Marilyn Sobel

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attention:     Fred S. Hodara
                   Stephen Kuhn
                   Kenneth Davis

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attention:     Christopher M. Samis

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10006
Attention:     Roland Hlawaty

    /s/ Michelle McMahon
Michelle McMahon (3900)