**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
                                                           :      Chapter 11
                                                           :
In re                                                      :
                                                           :      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                             :
                                                           :
                              Debtors.                     :      Jointly Administered
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
```

**FOURTH SUPPLEMENTAL AFFIDAVIT PURSUANT TO FED. R. BANKR. P. 2014
AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND
COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

James Scott, being duly sworn, deposes and says:

1.      I am a partner of Ernst & Young LLP ("E&Y LLP"), with an office at 4130

ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299.  I provide this fourth supplemental

affidavit (the "Supplemental Affidavit") on behalf of E&Y LLP in further support of the

retention of E&Y LLP by the above-captioned debtors and debtors-in-possession (collectively,

the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals

Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I.

236) (the "OCP Order").  This Supplemental Affidavit supplements my original affidavit filed on

March 12, 2009 (the "Original Affidavit"), as supplemented by my first supplemental affidavit

filed on June 1, 2009 (the "First Supplemental Affidavit"), my second supplemental affidavit

---

¹       The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's
tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon
WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems
(2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc.
(2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems
(U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286);
Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors
can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

filed on July 9, 2009 and my third supplemental affidavit filed on November 9, 2009 (as supplemented and modified, the "Existing Affidavit").

2.      Except as otherwise indicated, all facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of E&Y LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

ADDITIONAL SERVICES

3.      The Debtors previously retained E&Y LLP pursuant to the OCP Order to provide indirect tax services (including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting and refund and credit services), tax advisory assistance and Internal Revenue Service account analysis assistance.

4.      The Debtors and E&Y LLP have agreed to a new indirect tax services statement of work for continued sales and use tax compliance and consulting work (the "Indirect Tax Services"), which statement of work is attached hereto as Exhibit 1 (the "Indirect Tax SOW").[2]

5.      In addition, the Debtors have filed their Notice Of Supplement to List of Ordinary Course Professionals, expanding the scope of their retention of E&Y LLP to include additional ordinary course services consisting of: (a) services to amend state tax returns (the "State Tax Amendment Services"), pursuant to the additional statement of work attached hereto as Exhibit 2 (the "State Tax Amendment SOW"); and (b) federal and state tax compliance services (the "Tax

---

[2]      In the event of any conflict between the description of the terms of a statement of work in this Supplemental Affidavit and the actual terms of the respective statement of work, the latter shall control.

Compliance Services," and together with the Indirect Tax Services and the State Tax Amendment Services, the "Additional Services"), pursuant to the additional statement of work attached hereto as <u>Exhibit 3</u> (the "Tax Compliance SOW," and together with the Indirect Tax SOW and the State Tax Amendment SOW, the "Additional SOWs").

6.     Pursuant to the State Tax Amendment SOW, the State Tax Amendment Services include preparation of amended state and local income and franchise returns and carryback claims and supporting documentation.

7.     Pursuant to the Tax Compliance SOW, the Tax Compliance Services may include the preparation of U.S. federal income tax returns and state and local income and franchise tax returns, along with preparation of various tax forms and tax calculations.

<u>COMPENSATION AND EXPENSES</u>

8.     The fees payable to E&Y LLP for the  Additional Services are as follows:

<u>Indirect Tax Services</u>
    Monthly fixed fee of $13,333 for compliance services
    Hourly rate of $325 for consulting services

<u>State Tax Amendment Services</u>
    Hourly rates as follows by level of professional:
        Manager or higher level-          $430
        Senior                -          $150

<u>Tax Compliance Services</u>
    Hourly rates as follows by level of professional:
        Manager or higher level-          $475
        Senior                -          $150

9.     The Debtors have also agreed to reimburse E&Y LLP for any direct expenses incurred by E&Y LLP in connection with E&Y LLP's performance of the Additional Services.

10.     All compensation and expenses will continue to be sought in accordance with the OCP Order.

UPDATED DISCLOSURE OF CONNECTIONS

11.     E&Y LLP also submits this Supplemental Affidavit to disclose the results of an update of E&Y LLP's checks for certain connections with parties in interest involved in these cases in accordance with the processes described in the Original Affidavit.

12.     E&Y LLP identified, based upon information provided by the Debtors, new parties in interest in these cases falling into the categories described in paragraph 4 of the Original Affidavit (the "New Interested Parties").  E&Y LLP also identified interested parties as to whom E&Y LLP had no known connection as of the filing of the Original Affidavit as set forth in Exhibit 1 to the Original Affidavit based upon E&Y LLP's connections research described therein (the "No-Connection Parties," and together with the New Interested Parties, the "Connections Check Update Parties").  The names of the Connections Check Update Parties are set forth in Exhibit 4 to this Supplemental Affidavit.  E&Y LLP searched certain databases of E&Y LLP to determine whether E&Y LLP has provided in the recent past or is currently providing services to the Connections Check Update Parties listed in Exhibit 4 attached hereto. To the extent that E&Y LLP's research of relationships with the Connections Check Update Parties indicated that E&Y LLP has provided in the recent past, or currently provides, services to any of these entities, E&Y LLP has so indicated in Exhibit 4 to this Supplemental Affidavit.

13.     To the best of my knowledge, information and belief, formed after reasonable inquiry, except as otherwise stated in this Supplemental Affidavit or the prior affidavits, none of the services rendered by E&Y LLP to the entities set forth in Exhibit 4 hereto have been in connection with the Debtors or these chapter 11 cases.

14.     E&Y LLP may perform services for its clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and such clients' assets and liabilities may thus be affected by the Debtors' status.  The disclosures set forth herein do not include specific indication of such services.  If such clients of E&Y LLP are designated parties in interest in this case, Exhibit 4 attached hereto indicates that they are also clients of E&Y LLP.

15.     E&Y LLP appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties in interest in these chapter 11 cases.  The professionals listed on Exhibit 5 hereto that are involved in these chapter 11 cases have in the past and/or are currently providing services to E&Y LLP as described on Exhibit 5.  To the best of my knowledge, no such professionals involved in these chapter 11 cases have in the past and/or are currently providing services to E&Y LLP related to these chapter 11 cases, and E&Y LLP does not have any relationship with any such professional that is materially adverse to the Debtors.

16.     Parties in interest which are parties in litigation wherein E&Y LLP is also a party are set forth in Exhibit 6 appended hereto.  To the best of my knowledge, none of these matters are related to these chapter 11 cases.

17.     Certain entities that are parties in interest are lenders or surety bond companies to E&Y LLP:  Barclays Bank, Citibank NA, JP Morgan Chase Bank, PNC Bank, The Royal Bank of Scotland, Wachovia Bank and Wells Fargo Bank participate in E&Y LLP's revolving credit program; and Fidelity & Deposit Company of Maryland is a surety bond company to E&Y LLP.

18.     E&Y LLP has thousands of professional employees.  It is possible that certain employees of E&Y LLP have business associations with the Connections Check Update Parties.

19.     As described in paragraph 7 of my Original Affidavit, the Ernst & Young global network comprises independent professional services practices conducted by separate legal entities throughout the world.  Such legal entities, including E&Y LLP, are members of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital. The member firms of EYGL have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

20.     Another such member of EYGL is Ernst & Young Private Ltd. ("EYPL"), which, along with another Indian entity and member firm of EYGL, EYGBS (India) Private Ltd. ("EYGBS India"), operates a global shared services center ("E&Y GTC") located in India. Through E&Y GTC, EYPL and EYGBS India provide both professional and administrative support services to EYGL member firms.  EYPL provides professional support in a variety of practice areas and professional engagements, as requested, coordinated and directed by other EYGL member firms.  EYGBS India provides back office administrative and other support for the general operations of other EYGL member firms.

21.     But for human capital engagements, EYGL member firms that elect to utilize the professional services of EYPL through E&Y GTC in a given year contract for allocation of a set number of EYPL professionals in specific practice areas for that year.  EYPL is paid a fixed amount for each allocated professional on a full time equivalent ("FTE") basis, and is also reimbursed for any expenses incurred in connection with the provision of services to a given EYGL member firm opting to utilize E&Y GTC services.

22.     EYPL operates as a cost center.  If EYPL over recovers its cost during the course of a year, such over recovery is returned to its EYGL member firm users based upon a utilization

based formula determined each year by the Operations Supervisory Group of E&Y GTC. Notably, in fixed fee professional engagements, the costs of EYPL are not directly invoiced or paid by particular clients where E&Y GTC is utilized in providing services to such clients. Instead, each EYGL member firm utilizing E&Y GTC services is responsible to pay to EYPL all costs for such EYGL member firm's utilization of E&Y GTC services.

23.     To enable the fixed fee portion of the pricing for indirect tax compliance services (the "Fixed Fee Services") to the Debtors under the Indirect Tax SOW and its predecessor statement of work, E&Y LLP uses E&Y GTC, through EYPL, to assist in providing such Fixed Fee Services to the Debtors.  E&Y LLP will compensate EYPL as set forth above for E&Y LLP's utilization of E&Y GTC in providing the Fixed Fee Services to the Debtors and other services to clients unrelated to the Debtors and these cases.

24.     Notwithstanding any use of E&Y GTC, E&Y LLP shall remain fully and solely responsible for any liabilities and obligations in respect of the Fixed Fee Services.

25.     Despite the efforts described above and in the Original Affidavit to identify and disclose connections with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, E&Y LLP is unable to state with certainty that every client representation or other connection of E&Y LLP has been disclosed.  In this regard, should additional relationships with parties-in-interest become known to E&Y LLP, E&Y LLP will file supplemental affidavits with the Court disclosing such connections.

26.     At the Debtors' request due to the Debtors' need for the Additional Services, E&Y LLP commenced performing the Indirect Tax Services on February 1, 2010 and the other Additional Tax Services on or around February 15, 2010.  Therefore, E&Y LLP requests

approval of the Indirect Tax Services as of February 1, 2010 and the other Additional Services as of February 15, 2010.

27.     Based on the foregoing, to the best of my knowledge, information and belief, formed after reasonable inquiry, except as otherwise stated herein or in the Existing Affidavit, E&Y LLP continues to not hold nor represent any interest materially adverse to the Debtors and the proposed employment of E&Y LLP is not prohibited by or improper under Bankruptcy Rule 5002.  Accordingly, I believe that E&Y LLP continues to be eligible for retention by the Debtors under title 11 of the United States Code.

**James Scott**

Dated: 4\1\10

Sworn to and subscribed before me this 1 day of April, 2010.

Notary Public

My Commission Expires: 2-10-2015

GLORIA FRANKS
NOTARY PUBLIC
WAKE COUNTY, NC