**<u>Exhibit 4</u>**

**(Connections Check Matrix)**

DETR_1386707.4

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Other Professionals | Cleary Gottlieb Steen & Hamilton LLP | x | | |
| Debtors Other Professionals | Crowell & Moring LLP | x | | |
| Debtors Other Professionals | Huron Consulting Group | | x | x |
| Debtors Other Professionals | Jackson Lewis LLP | x | | |
| Debtors Other Professionals | Mercer (US) Inc. | x | | |
| Debtors Other Professionals | Morris, Nichols, Arsht & Tunnell LLP | | x | |
| Debtors Other Professionals | Palisades Capital Advisors LLC | x | | |
| Debtors Other Professionals | Punter Southall | x | | |
| Debtors Other Professionals | Shearman & Sterling LLP | x | | |
| Debtors Other Professionals | Special Counsel Inc | x | | |
| Debtors Other Professionals | Global IP Law Group, LLC | x | | |
| Non Debtor Affiliates | Architel Systems Corporation | x | | |
| Non Debtor Affiliates | Nortel Networks HPOCS Inc. | | | x |
| Non Debtor Affiliates | Nortel Networks O.O.O. | | | x |
| Non Debtor Affiliates | Nortel Networks Optical Components Inc. | | | x |
| Non Debtor Affiliates | Qtera Corporation | x | | |
| Debtors Officer/Debtors Director | A. Aziz Khadbai | x | | |
| Debtors Officer/Debtors Director | Alain Papineau | x | | |
| Debtors Officer/Debtors Director | Alan P. Wendell | x | | |
| Debtors Officer/Debtors Director | Allan K. Stout | x | | |
| Debtors Officer/Debtors Director | Andrew Harrison | x | | |
| Debtors Officer/Debtors Director | Anthony G. MacDonald | x | | |
| Debtors Officer/Debtors Director | Anthony Jones | x | | |
| Debtors Officer/Debtors Director | April A. Pennisi | x | | |
| Debtors Officer/Debtors Director | Bill Thompson | x | | |
| Debtors Officer/Debtors Director | Brian Lindsay | x | | |
| Debtors Officer/Debtors Director | Camille Issa | x | | |
| Debtors Officer/Debtors Director | Charles R. Raphun | x | | |
| Debtors Officer/Debtors Director | Christian Kittlitz | x | | |
| Debtors Officer/Debtors Director | Christopher Hogg | x | | |
| Debtors Officer/Debtors Director | Clare A. Barbieri | x | | |
| Debtors Officer/Debtors Director | Claudio Morfe Jr. | x | | |
| Debtors Officer/Debtors Director | Cortland Wolfe | x | | |
| Debtors Officer/Debtors Director | Craig Telke | x | | |
| Debtors Officer/Debtors Director | Dany Sylvain | x | | |
| Debtors Officer/Debtors Director | David Price | x | | |
| Debtors Officer/Debtors Director | Denis R. X. Thibault | x | | |
| Debtors Officer/Debtors Director | Dennis Carey | x | | |
| Debtors Officer/Debtors Director | Dennis Lloyd | x | | |
| Debtors Officer/Debtors Director | Dharmaraja Rajan | x | | |
| Debtors Officer/Debtors Director | Donna Samper | x | | |
| Debtors Officer/Debtors Director | Duncan Gillibrand | x | | |
| Debtors Officer/Debtors Director | Elaine Smiles | x | | |

| | | | | |
|---|---|---|---|---|
| Debtors Officer/Debtors Director | Emre Erkol | x | | |
| Debtors Officer/Debtors Director | Eric L. Smith | x | | |
| Debtors Officer/Debtors Director | Ernest R. Higginbotham | x | | |
| Debtors Officer/Debtors Director | Eugene R. McClain | x | | |
| Debtors Officer/Debtors Director | Francois Audet | x | | |
| Debtors Officer/Debtors Director | Francois Burton | x | | |
| Debtors Officer/Debtors Director | Glenn Brownridge | x | | |
| Debtors Officer/Debtors Director | Gordon A. Davies | x | | |
| Debtors Officer/Debtors Director | Graeme Currie | x | | |
| Debtors Officer/Debtors Director | Greg Thor | x | | |
| Debtors Officer/Debtors Director | Gregor W. Larson | x | | |
| Debtors Officer/Debtors Director | Gregory Hood | x | | |
| Debtors Officer/Debtors Director | Guillaume Strub | x | | |
| Debtors Officer/Debtors Director | Guy Lafontaine | x | | |
| Debtors Officer/Debtors Director | Guy Vonderneidt | x | | |
| Debtors Officer/Debtors Director | Henry Holland | x | | |
| Debtors Officer/Debtors Director | Iain Sharp | x | | |
| Debtors Officer/Debtors Director | Ian Scales | x | | |
| Debtors Officer/Debtors Director | J. Erik Fako | x | | |
| Debtors Officer/Debtors Director | James McEachern | x | | |
| Debtors Officer/Debtors Director | James Ostrom | x | | |
| Debtors Officer/Debtors Director | Jean-Pierre Fortin | x | | |
| Debtors Officer/Debtors Director | Jeffrey T. Wood | x | | |
| Debtors Officer/Debtors Director | Jeremy Fuller | x | | |
| Debtors Officer/Debtors Director | Joel Joseph, Jr. | x | | |
| Debtors Officer/Debtors Director | John D. Atkinson | x | | |
| Debtors Officer/Debtors Director | John Doolittle | x | | |
| Debtors Officer/Debtors Director | John R. McCready | x | | |
| Debtors Officer/Debtors Director | Joseph F. Dearing | x | | |
| Debtors Officer/Debtors Director | Karen E. Sledge | x | | |
| Debtors Officer/Debtors Director | Katharine B. Stevenson | x | | |
| Debtors Officer/Debtors Director | Keith Landau | x | | |
| Debtors Officer/Debtors Director | Ken Huntington | x | | |
| Debtors Officer/Debtors Director | Kevin Boyle II | x | | |
| Debtors Officer/Debtors Director | Kimberly P. Poe | x | | |
| Debtors Officer/Debtors Director | Laurie A. Krebs | x | | |
| Debtors Officer/Debtors Director | Lee B. Valerius | x | | |
| Debtors Officer/Debtors Director | Louis LeVay | x | | |
| Debtors Officer/Debtors Director | Lynn C. Egan | x | | |
| Debtors Officer/Debtors Director | Mario Brown | x | | |
| Debtors Officer/Debtors Director | Mark J. Hamilton | x | | |
| Debtors Officer/Debtors Director | Mark Kepke | x | | |
| Debtors Officer/Debtors Director | Mary Barnes | x | | |
| Debtors Officer/Debtors Director | Matteo Candaten | x | | |
| Debtors Officer/Debtors Director | Mehdi Sajasi | x | | |
| Debtors Officer/Debtors Director | Michael Gawargy | x | | |

| | | | | |
|---|---|---|---|---|
| Debtors Officer/Debtors Director | Michael Leeder | x | | |
| Debtors Officer/Debtors Director | Michael W. McCorckle | x | | |
| Debtors Officer/Debtors Director | Norman Caron | x | | |
| Debtors Officer/Debtors Director | Oya Istemi | x | | |
| Debtors Officer/Debtors Director | Parviz Rashidi | x | | |
| Debtors Officer/Debtors Director | Paul Granville | x | | |
| Debtors Officer/Debtors Director | Paul T. Knudsen | x | | |
| Debtors Officer/Debtors Director | Paul W. Karr | x | | |
| Debtors Officer/Debtors Director | Pete Streng | x | | |
| Debtors Officer/Debtors Director | Peter Krautle | x | | |
| Debtors Officer/Debtors Director | Raj Krishnan | x | | |
| Debtors Officer/Debtors Director | Richard C. Taylor | x | | |
| Debtors Officer/Debtors Director | Richard Willis | x | | |
| Debtors Officer/Debtors Director | Ricky Kaura | x | | |
| Debtors Officer/Debtors Director | Robert C. Pugh | x | | |
| Debtors Officer/Debtors Director | Robert J. Looney | x | | |
| Debtors Officer/Debtors Director | Robert Litalien | x | | |
| Debtors Officer/Debtors Director | Robert Saunders | x | | |
| Debtors Officer/Debtors Director | Robin Scott Hughes | x | | |
| Debtors Officer/Debtors Director | Roger W. Britt | x | | |
| Debtors Officer/Debtors Director | Ron Ryan | x | | |
| Debtors Officer/Debtors Director | Russell Coffin | x | | |
| Debtors Officer/Debtors Director | Scott A. McFeely | x | | |
| Debtors Officer/Debtors Director | Serge Caron | x | | |
| Debtors Officer/Debtors Director | Shelley Bracken | x | | |
| Debtors Officer/Debtors Director | Sonia Garapaty | x | | |
| Debtors Officer/Debtors Director | Stephan Radatus | x | | |
| Debtors Officer/Debtors Director | Steve J. McKinnon | x | | |
| Debtors Officer/Debtors Director | Steven Woods | x | | |
| Debtors Officer/Debtors Director | Sudarshan Chitale | x | | |
| Debtors Officer/Debtors Director | Swapan Nandi | x | | |
| Debtors Officer/Debtors Director | Thomas A. Gigliotti | x | | |
| Debtors Officer/Debtors Director | Tim Gaiser | x | | |
| Debtors Officer/Debtors Director | Tom Buttermore | x | | |
| Debtors Officer/Debtors Director | Tom P. Taylor | x | | |
| Debtors Officer/Debtors Director | Wade Lyon | x | | |
| Debtors Officer/Debtors Director | Wei Jen Yeh | x | | |
| Debtors Officer/Debtors Director | William Gentry | x | | |
| Debtors Officer/Debtors Director | William R. Ellis | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Debtors Officers/Directors | Anna Ventresca | x | | |
| Debtors Officers/Directors | Allan Bifield | x | | |
| Debtors Officers/Directors | Mary Barnes | x | | |
| Debtors Officers/Directors | Alan W. Pritchard | x | | |
| Debtors Officers/Directors | Guy Vonderweidt | x | | |
| Debtors Officers/Directors | Juan Jose Chico | x | | |

| Category | Name | | | |
|---|---|---|---|---|
| Debtors Officers/Directors | Cristina Gomez | x | | |
| Debtors Officers/Directors | Fabiola Leva | x | | |
| Debtors Officers/Directors | Jorge Humberto Suarez | x | | |
| All Substantial Unsecured Bondholders or Lenders | Dresdner Kleinwort Securities LLC | x | | |
| All Substantial Unsecured Bondholders or Lenders | Jones (Edward D.) & Co. | x | | |
| All Substantial Unsecured Bondholders or Lenders | JP Morgan Chase Bank, National Association | | x | x |
| All Substantial Unsecured Bondholders or Lenders | Oppenheimer & Co., Inc. | x | | |
| All Substantial Unsecured Bondholders or Lenders | Scott & Stringfellow, Inc | x | | |
| Official Statutory Committees members | Fidelity Management & Research Co. | x | | |
| Official Statutory Committees members | Loomis Sayles & Company, L.P. | x | | |
| Official Statutory Committees members | Mackay Sheilds LLC | x | | |
| Official Statutory Committees members | Milbank Tweed LLP (advisors) | | | x |
| Official Statutory Committees members | Pacific Investment Management Company LLC | | | x |
| Official Statutory Committees members | Sankaty Advisors LLC | x | | |
| Official Statutory Committees Attorneys | Akin Gump Strauss Hauer & Feld LLP | x | | |
| Official Statutory Committees Attorneys | Ashurst LLP | x | | |
| Official Statutory Committees Attorneys | Capstone Advisory Group, LLC | x | | |
| Official Statutory Committees Attorneys | Fraser Milner Casgrain LLP | x | | |
| Official Statutory Committees Attorneys | Jefferies & Co., Inc. | | x | x |
| Official Statutory Committees Attorneys | Richards, Layton & Finger | | x | |
| Substantial Unsecured Bondholder or Lender | Cede & Co | x | | |
| Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC or Citidel Trading Group, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Hawthorne Securities Corp | x | | |
| Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| Substantial Unsecured Bondholder or Lender | LPL Financial Corporation | x | | |
| Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | | x | x |
| Substantial Unsecured Bondholder or Lender | McMillion Securities Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |
| Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | | x | x |
| Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |
| Substantial Unsecured Bondholder or Lender | Morgan, Keegan & Company, Inc. | | | x |
| Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | x | | |
| Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Sanford C. Bernstein & Co., LLC | | x | |

| | | | | |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | Scottrade, Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Stifel Nicholaus & Company | x | | |
| Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| Substantial Unsecured Bondholder or Lender | UMB BankNA | x | | |
| Substantial Unsecured Bondholder or Lender | US Bank NA | x | | |
| Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | | x | |
| Substantial Unsecured Bondholder or Lender | Amalgated Bank | x | | |
| Substantial Unsecured Bondholder or Lender | Carolina Capital Markets Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services LLC | x | | |
| Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co | x | | |
| Fifty Largest Unsecured Creditors | Advanced Information Management | x | | |
| Fifty Largest Unsecured Creditors | Airspan Communications Ltd. | x | | |
| Fifty Largest Unsecured Creditors | Alvarion Ltd | x | | |
| Fifty Largest Unsecured Creditors | Beeline | x | | |
| Fifty Largest Unsecured Creditors | Central General Engineering and Maintenance Limited | x | | |
| Fifty Largest Unsecured Creditors | Coams Inc. | x | | |
| Fifty Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| Fifty Largest Unsecured Creditors | Computer Science Corporation | x | | |
| Fifty Largest Unsecured Creditors | Covergence Inc. | x | | |
| Fifty Largest Unsecured Creditors | Flextronics | | | x |
| Fifty Largest Unsecured Creditors | Flextronics America LLC | x | | |
| Fifty Largest Unsecured Creditors | Flextronics International | x | | |
| Fifty Largest Unsecured Creditors | Flextronics International Europe BV | x | | |
| Fifty Largest Unsecured Creditors | Flextronics Logistics USA Inc. | x | | |
| Fifty Largest Unsecured Creditors | Flextronics Sales & Marketing North | x | | |
| Fifty Largest Unsecured Creditors | GFI Inc. | x | | |
| Fifty Largest Unsecured Creditors | Glow Networks | x | | |
| Fifty Largest Unsecured Creditors | I and C SA | x | | |
| Fifty Largest Unsecured Creditors | Isbel SA | x | | |
| Fifty Largest Unsecured Creditors | ITC Networks | x | | |
| Fifty Largest Unsecured Creditors | J Mock & Co SA | x | | |
| Fifty Largest Unsecured Creditors | Konet PR | x | | |
| Fifty Largest Unsecured Creditors | Lederfyl SA | x | | |
| Fifty Largest Unsecured Creditors | Manning Global | x | | |
| Fifty Largest Unsecured Creditors | Mcomm Group Inc | x | | |
| Fifty Largest Unsecured Creditors | Mercury America USA Corp | x | | |
| Fifty Largest Unsecured Creditors | Newcomm 2000 | x | | |
| Fifty Largest Unsecured Creditors | Online 2000 Inc | x | | |
| Fifty Largest Unsecured Creditors | Optime Consulting Inc | x | | |
| Fifty Largest Unsecured Creditors | Pension Benefit Guaranty Corporation | x | | |
| Fifty Largest Unsecured Creditors | Rerate Limited Inc | x | | |
| Fifty Largest Unsecured Creditors | SEAL Consulting | x | | |
| Fifty Largest Unsecured Creditors | Siemens Enterprise Comm Inc | x | | |
| Fifty Largest Unsecured Creditors | Tata Consultancy Services | x | | |

| Category | Party | | | |
|---|---|---|---|---|
| Fifty Largest Unsecured Creditors | Telmar Network Technology | | x | |
| Fifty Largest Unsecured Creditors | Telrad Networks Ltd. | x | | |
| Fifty Largest Unsecured Creditors | United Business Media LLC dba Everything Channel | x | | |
| Fifty Largest Unsecured Creditors | Verint Americas Inc | x | | |
| Fifty Largest Unsecured Creditors | Wipro Systems Ltd. | x | | |
| Fifty Largest Unsecured Creditors | Wipro Technologies | x | | |
| Fifty Largest Unsecured Creditors | Wireless Integrated Networks WIN | x | | |
| Fifty Largest Unsecured Creditors | Wistron InfoComm Technology Corp. | x | | |
| Parties to Debtors' Significant Executory Contracts | 10 Sylvan SPE LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | 101 Constitution Trust | x | | |
| Parties to Debtors' Significant Executory Contracts | 13560 Morris Road Office Investors, LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | 7884 BR LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Accton Technolgies | x | | |
| Parties to Debtors' Significant Executory Contracts | Alanex Corporation | x | | |
| Parties to Debtors' Significant Executory Contracts | Alpha Networks | x | | |
| Parties to Debtors' Significant Executory Contracts | Audiocodes Ltd. | | x | |
| Parties to Debtors' Significant Executory Contracts | Biltmore Financial Center II | x | | |
| Parties to Debtors' Significant Executory Contracts | Bonham Golf & Country Club, Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | Brookfield Lakes Corporate Center | x | | |
| Parties to Debtors' Significant Executory Contracts | Brookfield Lepage Johnson | x | | |
| Parties to Debtors' Significant Executory Contracts | California State Teachers Retirement | x | | |
| Parties to Debtors' Significant Executory Contracts | Campbell Creek Ltd. | x | | |
| Parties to Debtors' Significant Executory Contracts | Canal View Properties III, LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Ciminelli Development Co. Inc. | | x | |
| Parties to Debtors' Significant Executory Contracts | City of Bonham | x | | |
| Parties to Debtors' Significant Executory Contracts | Coliseum Transfer Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | Colliers Dickson Flake Partners Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | Crescent Peakview Tower LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | CTDI | x | | |
| Parties to Debtors' Significant Executory Contracts | Daeduck Electronics Company | x | | |
| Parties to Debtors' Significant Executory Contracts | Deka Immobilien Investment GMBH | x | | |
| Parties to Debtors' Significant Executory Contracts | Delta Networks Systems SA DE CV | x | | |
| Parties to Debtors' Significant Executory Contracts | Duesenberg Investment Company | x | | |
| Parties to Debtors' Significant Executory Contracts | Excelight Communications Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | Gail G. Anderson dba Willard T. Anderson Properties | x | | |
| Parties to Debtors' Significant Executory Contracts | Gateway Associates Ltd. | x | | |
| Parties to Debtors' Significant Executory Contracts | Genesis Building LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Green 485 Owner LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Hines Riverfront Plaza, LP | x | | |
| Parties to Debtors' Significant Executory Contracts | HQ Global Workplaces Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | I & G Direct Real Estate 16, LP | x | | |
| Parties to Debtors' Significant Executory Contracts | IGD Properties Corp. | x | | |
| Parties to Debtors' Significant Executory Contracts | Insignia ESG, Inc. | | x | x |
| Parties to Debtors' Significant Executory Contracts | IPC Metrocenter LLC | x | | |

| | | | | |
|---|---|---|---|---|
| Parties to Debtors' Significant Executory Contracts | IStar Ctl. 1, LP | x | | |
| Parties to Debtors' Significant Executory Contracts | ITC | x | | |
| Parties to Debtors' Significant Executory Contracts | Itel House | x | | |
| Parties to Debtors' Significant Executory Contracts | JDS Uniphase Corporation | | x | |
| Parties to Debtors' Significant Executory Contracts | Johnson Controls Inc. | | x | x |
| Parties to Debtors' Significant Executory Contracts | Kuehne & Nagel International AG | x | | |
| Parties to Debtors' Significant Executory Contracts | Meadow Brook Office LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Mera | x | | |
| Parties to Debtors' Significant Executory Contracts | Metropark South LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Metropolitan Tulsa Investments LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Micron | x | | |
| Parties to Debtors' Significant Executory Contracts | Minerva Systems Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | New Boston 175 Capital Boulevard LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Omaha Plaza Investments c/o CBRE The Mega Group | | x | x |
| Parties to Debtors' Significant Executory Contracts | Omega Corporate Center, LP | x | | |
| Parties to Debtors' Significant Executory Contracts | One Boston Place, LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | One Capital Mall Investors LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Open Terrace Associates LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Polytronix | x | | |
| Parties to Debtors' Significant Executory Contracts | Reckson Operating Partnership | x | | |
| Parties to Debtors' Significant Executory Contracts | Riverdale Office Properties Partnership | x | | |
| Parties to Debtors' Significant Executory Contracts | RP Sam Houston Plaza, L.P. | x | | |
| Parties to Debtors' Significant Executory Contracts | Sasken | x | | |
| Parties to Debtors' Significant Executory Contracts | Scansoft | x | | |
| Parties to Debtors' Significant Executory Contracts | Sobrato Land Holdings | x | | |
| Parties to Debtors' Significant Executory Contracts | Spectra Link | x | | |
| Parties to Debtors' Significant Executory Contracts | Sunset Land Company LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Talcott II Alamo LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Talcott III Ormsby LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Tallahassee Corporate Center LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | TCIT Dallas Industrial, Inc. | x | | |
| Parties to Debtors' Significant Executory Contracts | TCS Consulting | x | | |
| Parties to Debtors' Significant Executory Contracts | Technology Center Associates LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Technology Park V LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Technology Park X LTD Partnership | x | | |
| Parties to Debtors' Significant Executory Contracts | Tejas | x | | |
| Parties to Debtors' Significant Executory Contracts | The Plaza CP, LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Tomorrow 35 Century L.P. | x | | |
| Parties to Debtors' Significant Executory Contracts | Tower 333 LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | Two Towne Square LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | UCM/SREP-Corporate Woods, LLC | x | | |
| Parties to Debtors' Significant Executory Contracts | West Colony Office Associates, LP | x | | |
| Parties to Debtors' Significant Executory Contracts | Wireless (TX) LP QRS 14 | x | | |
| Parties to Debtors' Significant Executory Contracts | Witness Systems Inc. | | x | |
| Parties to Debtors' Significant Executory Contracts | Woodfield Holdings Pt., LLC | x | | |

| | | | | |
|---|---|---|---|---|
| Parties to Debtors' Significant Executory Contracts | Xilinx Inc. | | | x |
| Other Significant Parties-in-Interest | American Home Assurance Company (National Union) | x | | |
| Other Significant Parties-in-Interest | Arch Insurance Company | x | | |
| Other Significant Parties-in-Interest | Arrowhead General Insurance Agency | x | | |
| Other Significant Parties-in-Interest | Avaya | | x | |
| Other Significant Parties-in-Interest | Beazley Syndicate | x | | |
| Other Significant Parties-in-Interest | Beazley Syndicate | x | | |
| Other Significant Parties-in-Interest | BSNL | x | | |
| Other Significant Parties-in-Interest | Catlin Canada Inc. | x | | |
| Other Significant Parties-in-Interest | China Mobility | x | | |
| Other Significant Parties-in-Interest | Ciena Corporation | | x | |
| Other Significant Parties-in-Interest | Cisco Systems, Inc. | | x | x |
| Other Significant Parties-in-Interest | Continental Casualty Company | x | | |
| Other Significant Parties-in-Interest | Datatec Networking and Com. | x | | |
| Other Significant Parties-in-Interest | Deutsche Telecom | x | | |
| Other Significant Parties-in-Interest | Deutsche Telecom | x | | |
| Other Significant Parties-in-Interest | Direct Touch Federal | x | | |
| Other Significant Parties-in-Interest | Empire Indemnity | x | | |
| Other Significant Parties-in-Interest | Falvey Cargo Underwriting | x | | |
| Other Significant Parties-in-Interest | GCAN Insurance Company | x | | |
| Other Significant Parties-in-Interest | Hanoi Telecom | x | | |
| Other Significant Parties-in-Interest | Hewlett Packard | | | x |
| Other Significant Parties-in-Interest | Hiscox Syndicate | x | | |
| Other Significant Parties-in-Interest | Hitachi Cable | | x | x |
| Other Significant Parties-in-Interest | IBM | | x | |
| Other Significant Parties-in-Interest | Juniper Networks, Inc. | | | x |
| Other Significant Parties-in-Interest | Korea Telecom – Freetel | x | | |
| Other Significant Parties-in-Interest | Korea Telecom – Freetel | x | | |
| Other Significant Parties-in-Interest | LGT | x | | |
| Other Significant Parties-in-Interest | Max Bermuda Ltd. | x | | |
| Other Significant Parties-in-Interest | Nokia | x | | |
| Other Significant Parties-in-Interest | Princeton E&S | x | | |
| Other Significant Parties-in-Interest | QBE Specialty | x | | |
| Other Significant Parties-in-Interest | Siemens Enterprise | x | | |
| Other Significant Parties-in-Interest | Siemens Networks | | | x |
| Other Significant Parties-in-Interest | SK Telecom | x | | |
| Other Significant Parties-in-Interest | Sony Ericsson Mobile Communications A.B. | | | x |
| Other Significant Parties-in-Interest | Tellabs, Inc. | | | x |
| Other Significant Parties-in-Interest | Temple Insurance Company | x | | |
| Other Significant Parties-in-Interest | Zurich Insurance Company | x | | |