## **Exhibit 5**

**(Professionals)**

1. Cleary Gottleib:  Has provided services in the past.

2. Morris Nichols Arsht & Tunnell:  Has provided services in the past.

3. Allen & Overy:  Has provided services in the past.

4. Special Counsel Inc.:  Has provided services in the past.