## Exhibit 6

### (Litigation Parties)

1. Banc of America Securities LLC:  is a co-defendant with, among others, E&Y LLP in: (a) an action pending in the United States District Court for the Southern District of New York (Case Nos.  09-2363, 09-3478, 09-6041 and 1:08-cv-9793); and (b) a litigation pending in the United States District Court Northern District of Georgia (Civil Action No. 1-09-CV-01185).

2. BNY Mellon Capital Markets LLC f/k/a Mellon Financial Markets LLC and BNY Capital Markets:  is a co-defendant with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos. Civ. No. 09-2363, Civ. No. 09-6041, Civ. No. 09-3478, Civ. No: 1:08cv9793).

3. Broadcom Corporation:  is a co-defendant with, among others, E&Y LLP in: (a) an action pending in the United States Court of Appeals for the Ninth Circuit (No: CV-06-5036-R); and (b) an arbitration matter before the American Arbitration Association.

4. Charles Schwab & Co.:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No: 1:08cv9793).

5. Citigroup Global Markets, Inc; and Citigroup Inc:  are co-defendants with, among others, E&Y LLP, in: (a) a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895); (b) a litigation pending in the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); (c)  litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, 09-2363, 1:09-cv-6041, 1:09-cv-3478, 09-1946, 1:08cv9793, and 09-7878).

6. Credit Suisse Securities (USA) LLC:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No: 1:08-cv-9793); Credit Suisse Syndicated Loan Fund and Credit Suisse High Yield Fund:  are plaintiffs against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414).

7. D. A. Davidson & Co.:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No: 1:08-cv-9793).

8. Deutsche Bank AG; Deutsche Bank Securities; and d/b/a Deutsche Bank Alex Brown:  are co-defendants with, among others, E&Y LLP in a litigation pending in the District Court of Harris County, Texas 113th Judicial District (No:  2004-14400).

9. Harris Corporation; Harris Stratex Networks, Inc; and Harris Corp: are co-defendants with, among others, E&Y LLP, in an action pending in the United States District Court for the District of Delaware (Civil Action No: 08-755-JJF).

10. Scott & Stringfellow: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No: 1:08-cv-9793).

11. Janney Montgomery Scott LLC: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No: 1:08-cv-9793).

12. Jefferies Capital Management, Inc: is a co-defendant with, among others, E&Y LLP in a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

13. JPMorgan Securities Inc; JP Morgan Chase and Co; J.P. Morgan Chase Bank, N.A; JP Morgan Chase & Company f/k/a Chase Manhattan Bank & Trust Company: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in the Supreme Court of the State of New York County of New York (Index No: 04114728); (b) a litigation pending in the 24th Judicial District Court Parish of Jefferson State of Louisiana (Case No: 654-939); (c) a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895); and (d) a litigation pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363).

14. Juniper Networks, Inc.: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Northern District of California San Jose Division (Case No: 06-04327-JW).

15. Lehman Brothers First Trust Income Opportunity Fund Inc.; Lehman Brothers Alpha Funds PLC for Lehman Brothers U.S. High Yield Fund; Lehman Brothers High Yield Bond Fund LLC; Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers High Income Bond Fund; Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund: are plaintiffs against E&Y LLP in a litigation pending in the United States District Court for the Western District of Pennsylvania (Case number 2:08cv1414).

16. Merrill Lynch, Pierce, Fenner & Smith Incorporated: is a co-defendant with, among others, E&Y LLP in: (a) a litigation pending in the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); and (b) litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, 09-2363, and 1:08-cv-9793).

17. Morgan Stanley & Co. and Morgan Stanley Dean Witter And Company: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in Appeal from

Circuit Court of Cook County (02CH 16854); (b) a litigation pending in the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); and (c) litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, 09-2363, and 1:08-cv-9793).

18. Morgan Keegan & Company, Inc:  is a co-defendant with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, and 1:08-cv-9793).

19. National Financial Services LLC: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No:  1:08-cv-9793).

20. Oppenheimer; Oppenheimer Absolute Return Fund; Oppenheimer Funds Tremont Core Strategies Hedge Fund; Oppenheimer Funds Tremont Market Neutral Hedge Fund; Oppenheimer Tremont Market Neutral Fund, LLC; and Oppenheimer Tremont Opportunity Fund, LLC; Tremont Market Neutral Fund; Oppenheimer Acquisition Corporation; and Oppenheimer & Co. Inc.: are co-defendants with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos.  1:08-cv-9793 and 08 Civ. 11117).

21. RBC Capital Markets Corporation f/k/a RBC Dain Rauscher Inc.; and RBC Dain Rauscher, Inc:  are co-defendants with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos:  1:08-cv-9793 and 09-2363).

22. Ridge Clearing & Outsourcing Solutions Inc.:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Civ. No. 09-2363).

23. Stifel, Nicolaus & Company Incorporated:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No:  1:08-cv-9793).

24. SunTrust Banks, Inc; SunTrust Capital IX; SunTrust Robinson Humphrey Inc.; and Suntrust Capital Markets Inc.: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); and (b) litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-2363, 1:08-cv-9793, 09-1946, and 1:09-cv-6041).

25. TD Ameritrade Inc.:  is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No:  1:08-cv-9793).

26. Fifth Third Securities, Inc.: is a co-defendant with, among others, E&Y LLP in a litigation pending in the United States District Court for the Southern District of New York (Case No: 1:08-cv-9793).

27. UBS Investment Bank; UBS Securities LLC: are co-defendants with, among others, E&Y LLP in: (a) a litigation pending in the United States District Court for the Northern District of Georgia (Case No: 1-09-CV-01185); (b) litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, 09-2363, and 1:08-cv-9793); and (c) a litigation pending in the State of New Mexico County of Santa Fe First Judicial District Court (No: D-101-CV-2008-01895).

28. Wachovia Capital Markets, LLC; Wachovia Securities: are co-defendants with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos. 09-3161, 09-CV-3976, 09-2363, 1:08cv9793 and 2:08cv1414).

29. Wells Fargo Securities LLC: is a co-defendant with, among others, E&Y LLP in litigations pending in the United States District Court for the Southern District of New York (Case Nos. 1:09-cv-2363, 1:09-cv-1946, 1:09-cv-6041, 1:08cv9793 and 09-07878).