IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re : | Chapter 11 |
| Nortel Networks Inc., et al. : | Case No. 09-10138 (KG) |
| Debtors. : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, KATHLEEN NORTHCUTT, certify that I am not less than 18 years of age, and that service of the foregoing **Fourth Supplemental Affidavit Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Retain and Compensate Professionals in the Ordinary Course** was caused to be served on April 6, 2010, in the manner indicated upon the entities identified below.

Dated: April 6, 2010

Kathleen Northcutt

**VIA FIRST CLASS U.S. MAIL:**

Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036

DETR_1398868.1