# EXHIBIT 1: OCP LIST[1]

**Tier Two:**

The Debtors propose to pay each OCP falling under Tier Two (each a "Tier Two OCP"), without formal application to the Court by an OCP individually, 100% of fees for services rendered to the Debtors on or after the Petition Date, and associated costs and disbursements, provided that each Tier One OCP's fees, excluding costs and disbursements, do not exceed $50,000 per month (the "Monthly Cap"), $50,000 per project (the "Project Cap"), in the case of OCPs who customarily bill by project, or $350,000 per calendar year (the "Annual Cap") while these chapter 11 cases are pending.  The Tier Two OCPs are:

| Name | Address | Service |
|---|---|---|
| Ernst & Young LLP[2] | 4130 ParkLake Avenue, Suite 500<br>Raleigh, NC 27612-2299 | Services to amend state tax returns and federal and state tax compliance services |

---

[1] Various professionals have provided services to Nortel entities in the ordinary course, and in some cases a single firm may provide services to multiple Nortel affiliates. Out of an abundance of caution, the Debtors have prepared a comprehensive list of OCPs.  As a result, certain of the OCPs included on this list may have rendered services to the Canadian Debtors in addition to the Debtors in these chapter 11 cases.  However, the OCPs listed herein provide professional services to the Debtors and the Debtors will pay such OCPs only for services rendered to the Debtors.

[2] Ernst & Young LLP was previously retained by the Debtors pursuant to the Notice of Supplement to List of Ordinary Course Professionals, dated March 12, 2009 [D.I. 457] to provide indirect tax services (including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services).  Further, Ernst & Young LLP was previously retained by the Debtors pursuant to the Notice of Eighth Supplement to List of Ordinary Course Professionals, dated October 19, 2009 [D.I. 1694] to provide tax advisory and compliance assistance, and IRS account analysis.  The Debtors file this supplement for the purposes of expanding the scope of the services provided to the Debtors by Ernst & Young LLP.