**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Twelfth Supplement To List Of Ordinary Course Professionals** was caused to be made on April 6, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated:  April 6, 2010

                                                    */s/ Ann C. Cordo*
                                                        Ann C. Cordo (No. 4817)

3488010.1