IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                                    ) ss.:
COUNTY OF NEW YORK     )

STEVEN INDELICATO, being duly sworn, deposes and says:

1.      I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.      On March 31, 2010, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3.      All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Steven Indelicato
Steven Indelicato

Sworn to before me this
31st day of March, 2010

/s/ Time
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6196919
Qualified In Kings County
Commission Expires January 5, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT "A"**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ADEX CORPORATION
          MARC D. FREEDMAN, ESQ.
          FREEDMAN & GERSTEN, LLP
          777 TERRACE AVENUE, 5TH FLOOR
          HASBROUCK HEIGHTS, NJ 07604
```

Please note that your claim # 7149 in the above referenced case and in the amount of $305,181.93 has been transferred **(unless previously expunged by court order)** to:

```
          ASM CAPITAL, L.P.
          TRANSFEROR: ADEX CORPORATION
          ATTN: ADAM MOSKOWITZ
          7600 JERICHO TURNPIKE, SUITE 302
          WOODBURY, NY 11797
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2769 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                                David D. Bird, Clerk of Court

                                                /s/ Steven Indelicato
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 31, 2010.

**EXHIBIT "B"**

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ADEX CORPORATION | MARC D. FREEDMAN, ESQ. FREEDMAN & GERSTEN, LLP 777 TERRACE AVENUE, 5TH FLOOR HASBROUCK HEIGHTS NJ 07604 |
| INROADS INC | 10 SOUTH BROADWAY ST LOUIS MO 63102 |
| JACO ELECTRONICS INC. | C/O COFACE NORTH AMERICA, INC. 50 MILLSTONE RD., BLDG 100, STE 360 EAST WINDSOR NJ 08520 |
| JACO ELECTRONICS, INC | 145 OSER AVE HAUPPAUGE NY 11788 |
| JACO ELECTRONICS, INC | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SYMMETRICOM | 2300 ORCHARD PARKWAY SAN JOSE CA 95131-1017 |
| SYMMETRICOM INC | 2300 ORCHARD PARKWAY SAN JOSE CA 95131 |

Total Number of Records Printed     7

**EXHIBIT "C"**

```
TIME: 13:04:10                                    NORTEL NETWORKS INC.                                                          PAGE:    1
DATE: 03/31/10                                      CREDITOR LISTING

Name                                         Address
ASM CAPITAL, L.P.                            TRANSFEROR: ADEX CORPORATION ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
COFACE NORTH AMERICA INSURANCE COMPANY       TRANSFEROR: JACO ELECTRONICS INC. 50 MILLSTONE RD, BLDG 100, STE 360 EAST WINDSOR NJ 08520
COFACE NORTH AMERICA INSURANCE COMPANY       TRANSFEROR: JACO ELECTRONICS, INC 50 MILLSTONE RD., BLDG. 100, STE 360 EAST WINDSOR NJ 08520
CONTRARIAN FUNDS, LLC                        TRANSFEROR: SYMMETRICOM ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CONTRARIAN FUNDS, LLC                        TRANSFEROR: SYMMETRICOM INC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
UNITED STATES DEBT RECOVERY III LP           TRANSFEROR: INROADS INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451

Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "D"**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006