# SCHEDULE A
## FOURTEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 2/03/10 | RET | .2 | Communication with lawyer from Cleary regarding details of settlement |
| 2/03/10 | RET | .2 | Telephone call from and email from plaintiffs' counsel regarding declarations in connection with the settlement |
| 2/04/10 | JMS7 | .2 | Correspondence with Jane Stranch regarding the individual defendants' affidavits in support of settlement |
| 2/04/10 | JMS7 | .4 | Correspondence with John Doolittle and Kate Stevenson regarding settlement |
| 2/04/10 | JMS7 | .2 | Correspondence with Don Powers regarding settlement |
| 2/05/10 | JMS7 | .2 | Correspondence with Don Powers regarding settlement |
| 2/08/10 | RET | .2 | Communication with lawyer from Cleary regarding details of settlement |
| 2/09/10 | RET | .2 | Communication with plaintiffs' counsel regarding outstanding items to be determined for the memorandum of understanding in connection with the settlement |
| 2/09/10 | RET | .3 | Telephone call from plaintiffs' counsel regarding outstanding items to be determined for the memorandum of understanding in connection with the settlement |
| 2/09/10 | RET | .2 | E-mail to plaintiffs' counsel regarding the withdrawal of plaintiffs' proof of claim in the bankruptcy upon settlement |
| 2/09/10 | RET | .3 | Communication with independent fiduciary regarding status of settlement negotiations |
| 2/09/10 | JMS7 | .2 | Correspondence with John Doolittle regarding the individual defendants' affidavits in support of settlement |
| 2/09/10 | JMS7 | .2 | Correspondence with Jane Stranch regarding the individual defendants' affidavits in support of settlement |
| 2/09/10 | JMS7 | .3 | Correspondence with Kate Stevenson regarding the individual defendants' affidavits in support of settlement |

1

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/22/10 | RET | .3 | Communication with Don Power regarding status of term sheet |
| 2/22/10 | RET | .3 | Communication with Don Power regarding retention of Lexecon in connection with settlement |
| 2/22/10 | RET | .4 | Communications with Don Power regarding settlement funding |
| 2/23/10 | RET | 1.2 | Receive and analyze latest draft of memorandum of understanding regarding settlement and revisions to same |
| 2/24/10 | RET | .5 | Revise draft memorandum of understanding regarding settlement |
| 2/24/10 | RET | .5 | Telephone call from plaintiffs' counsel regarding revisions to draft memorandum of understanding regarding settlement |
| 2/24/10 | RET | .6 | New revisions to draft memorandum of understanding regarding settlement based on my conversation with plaintiffs' counsel |
| 2/24/10 | JMS7 | 1.2 | Review plaintiffs' proposed settlement terms and provide comments to Rene' Thorne for her response to plaintiffs' counsel |

          **SUB TOTAL    3,932.50**

**ATTORNEY SERVICES**                                    **$3,932.50**


**TOTAL HOURS: 8.30**

**FEE GRAND TOTAL:    $3,932.50**

**NORTEL'S 50% TOTAL: $1,966.25**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L120 Analysis and Strategy</u>

| | | | |
|---|---|---|---|
| 2/02/10 | RET | .30 | E-mail from Cleary regarding status of settlement |
| 2/02/10 | RET | .20 | E-mail from Annie Cordo regarding upcoming Fourth Quarterly Fee Hearing |
| 2/09/10 | RET | .30 | Receive and analyze notice of initial bids, public auction, and sale |

**SUB TOTAL     400.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L160 Settlement/Non-Binding ADR</u>

| | | | |
|---|---|---|---|
| 2/01/10 | RET | .20 | Communication with Kate Weaver from Cleary from status of settlement negotiations |
| 2/09/10 | RET | .50 | Prepare for and call with Jennifer Westerfield of Cleary regarding status of settlement and timing thereof |

**SUB TOTAL     350.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L190 Other Case Assessment, Devel. & Adm</u>

| | | | |
|---|---|---|---|
| 2/01/10 | DSH | .30 | Receive and review e-mail from Annie Cordo with instructions and new case deadlines in connection with the Fourth Quarterly Fee Hearing with the Delaware Bankruptcy Court; calendar new deadlines |
| 2/18/10 | JMS7 | .30 | Revise 12th interim fee application to bankruptcy court |
| 2/22/10 | JMS7 | .50 | Analyze prior correspondence regarding settlement terms between Chubb and Nortel for bankruptcy issues |

**SUB TOTAL     385.00**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

<u>L210 Pleadings</u>

| | | | |
|---|---|---|---|
| 2/03/10 | DSH | 1.90 | Finalize eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |

3

| Date | Initials | Hours | Description |
|---|---|---|---|
| 2/03/10 | DSH | .80 | Finalize Exhibit A of the eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 2/03/10 | DSH | .40 | Finalize Exhibit B of the eleventh interim fee application of Jackson Lewis for the time period November 1, 2009 to November 30, 2009 |
| 2/03/10 | DSH | .30 | Review docket for information needed to prepare Eleventh Interim Fee Application |
| 2/03/10 | DSH | .10 | Draft e-mail to Annie Cordo regarding absent entry on the docket of a certificate of no objection for our tenth interim fee application |
| 2/03/10 | DSH | .30 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' eleventh interim fee application |
| 2/03/10 | DSH | .40 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' eleventh interim fee application |
| 2/03/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Eleventh Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 2/17/10 | DSH | 1.40 | Begin drafting of twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/17/10 | DSH | 1.40 | Begin drafting Exhibit A of the twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/18/10 | DSH | .90 | Begin drafting Exhibit B of the twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/18/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Twelfth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 2/18/10 | DSH | 1.20 | Finalize twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/18/10 | DSH | 1.40 | Continue drafting Exhibit A of the twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/18/10 | DSH | .30 | Finalize Exhibit A of the twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/18/10 | DSH | .30 | Finalize Exhibit B of the twelfth interim fee application of Jackson Lewis for the time period December 1, 2009 to December 31, 2009 |
| 2/22/10 | DSH | 1.30 | Finalize Fourth Quarterly Fee Application for request for withheld 20% of fees |
| 2/22/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with Jackson Lewis' Fourth Quarterly Fee Application for request for withheld 20% of fees |
| 2/22/10 | DSH | 2.90 | Begin drafting Fourth Quarterly Fee Application for request for withheld 20% of fees |
| 2/22/10 | DSH | .40 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' twelfth interim fee application |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/22/10 | DSH | .30 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' twelfth interim fee application |
| 2/23/10 | DSH | .20 | Numerous e-mails with Annie Cordo regarding our inability to include January time in our Fourth Quarterly Fee Application |
| 2/26/10 | DSH | 1.00 | Begin drafting Exhibit A of the thirteenth interim fee application of Jackson Lewis for the time period January 1, 2010 to January 31, 2010 |
| 2/26/10 | DSH | 1.20 | Begin drafting of thirteenth interim fee application of Jackson Lewis for the time period January 1, 2010 to January 31, 2010 |

**SUB TOTAL    2,850.00**

**TOTAL HOURS: 21.60**

**FEE GRAND TOTAL:    $ 3,985.00**

5