# SCHEDULE B
## FOURTEENTH INTERIM FEE APPLICATION

### EXPENSE SUMMARY

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 Through February 28, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| Total Expenses |  |  |  |
| **Grand Total:** |  |  | **$0.00** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

### TOTAL EXPENSES DUE: $0.00

-1-

**Expenses Back-Up**

NORTEL/CHUBB

DISBURSEMENTS

TOTAL DISBURSEMENTS:

**NORTEL'S 50% TOTAL:**