IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 1627, 1685**
:
:
----------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF LIST OF ASSUMED AND
ASSIGNED CONTRACTS IN CONNECTION WITH THE SALE OF
CERTAIN ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS**

**PLEASE TAKE NOTICE THAT:**

On October 7, 2009, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors") filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts [D.I. 1627] (the "Sale Motion") seeking approval of the sale of certain assets of the Debtors' Metro Ethernet Networks business (the "Assets") to Ciena Corporation as purchaser (the "Purchaser"), including the assumption and assignment of certain executory contracts (the "Assumed and Assigned Contracts"), pursuant to the procedures as set forth in the Sale Motion (the "Assumption and Assignment Procedures).

On October 16, 2009, the Court entered an order that, among other things, approved the Assumption and Assignment Procedures [D.I. 1685] (the "Bidding Procedures Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

On December 3, 2009, the Court entered an order approving the sale of the Assets to the Purchaser [D.I. 2070] (the "Sale Order").  As part of the Sale Order, the Court authorized the Debtors to assume and assign the Assumed and Assigned Contracts to the Purchaser, subject to and effective as of the date of closing.  The sale of the Assets to the Purchaser was consummated on March 19, 2010 (the "Closing Date").

Pursuant to the Assumption and Assignment Procedures, the Debtors are required to file with the Court a list of Assumed and Assigned Contracts following the Closing Date (the "Assumed and Assigned Contracts List").  Pursuant to the Bidding Procedures Order, the Debtors are permitted to file the portion of the Assumed and Assigned Contracts List that includes Customer Contracts (as defined in the Sale Motion) under seal.

In accordance with the Assumption and Assignment Procedures set forth in the Sale Motion, the Assumed and Assigned Contracts List is attached hereto as Exhibit A.  Since all of the Assumed and Assigned Contracts on the Assumed and Assigned Contracts List are Customer Contracts, Exhibit A will be filed under seal as authorized by the Bidding Procedures Order.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  April 7, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (*admitted pro hac vice*)<br>Lisa M. Schweitzer (*admitted pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |