# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2010 through March 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2725046.2

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 3/1/2010 — End Date 3/31/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 9.6 | $450.00 | $4,320.00 |
| 2 | Reviewing operational management of transition services | 20.3 | $450.00 | $9,135.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 76.9 | $450.00 | $34,605.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 19.4 | $450.00 | $8,730.00 |
| 5 | Fee Applications | 1.5 | $450.00 | $675.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 26.0 | $225.00 | $5,850.00 |
| | **Hours/Billing Amount for Period:** | **153.7** | | **$63,315.00** |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/1/2010 | Weekly call with Nortel parties and counsel re case management | 3 | 1.0 |
| 3/1/2010 | Call with Monitor, P Binning and counsel re employee matters for US | 1 | 0.3 |
| 3/1/2010 | Call re Pension matters related to UK | 3 | 0.8 |
| 3/1/2010 | Review of NBS materials and call with C Ricaurte re same | 2 | 2.5 |
| 3/1/2010 | Meeting with Monitor, Canadian counsel for Nortel Canada, Cleary regarding allocation process and various case management matters | 3 | 4.8 |
| 3/1/2010 | Call with UCC | 4 | 0.5 |
| 3/1/2010 | Review and recommendations re US tax issues | 3 | 0.3 |
| 3/1/2010 | Non working travel | 7 | 3.0 |
| 3/2/2010 | Meeting in Raleigh to conduct NBS business plan review | 2 | 8.0 |
| 3/2/2010 | IP update | 3 | 0.3 |
| 3/3/2010 | Non working travel | 7 | 4.0 |
| 3/3/2010 | Review and comments on claims weekly reports | 3 | 0.8 |
| 3/3/2010 | Review and Comment re Grant Thornton engagement and disclosures | 3 | 1.0 |
| 3/4/2010 | Review of cross border protocol provided by Committee and call with committee re same | 4 | 3.5 |
| 3/4/2010 | Call with Cleary and Chilmark | 3 | 1.0 |
| 3/4/2010 | Call with Morris Nichols re case management matter | 3 | 0.5 |
| 3/4/2010 | Conference with bondholder re case status | 4 | 1.3 |
| 3/4/2010 | Monthly fee application preparation | 5 | 1.5 |
| 3/8/2010 | Review various agreements and side agreements re MEN sale | 3 | 2.3 |
| 3/8/2010 | Weekly call with Nortel parties and counsel re case management | 3 | 0.3 |
| 3/9/2010 | Review and comment upon response to UK pension motion | 3 | 1.0 |
| 3/10/2010 | Review tax and financial side agreement and comments re same | 1 | 1.5 |
| 3/10/2010 | Review various materials related to allocation | 3 | 3.5 |
| 3/10/2010 | Call with Morris Nichols re case management matter | 3 | 0.5 |
| 3/10/2010 | IP call | 3 | 3.0 |
| 3/10/2010 | Call with Akin re Canada settlement and review of various motions re same | 4 | 1.3 |
| 3/10/2010 | Call with Cleary and Chilmark | 3 | 0.5 |
| 3/11/2010 | Further work related to allocation | 3 | 3.0 |
| 3/11/2010 | Non working travel | 7 | 4.0 |
| 3/11/2010 | Review of financial info re allocation | 3 | 1.5 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/12/2010 | Meeting with Huron re status of various matters | 3 | 1.5 |
| 3/12/2010 | Meet with Cleary pension lawyers re US plan | 3 | 0.8 |
| 3/12/2010 | IP meeting with creditors | 3 | 5.0 |
| 3/12/2010 | Meet with Cleary lawyers re Unfunded welfare benefits In US | 2 | 1.0 |
| 3/12/2010 | Non working travel | 7 | 3.0 |
| 3/12/2010 | Call with UCC advisors | 4 | 0.8 |
| 3/12/2010 | Review of executory contract work stream | 3 | 0.5 |
| 3/13/2010 | Review of materials related to US claims | 3 | 2.5 |
| 3/13/2010 | Call with P Binning re employee matters | 1 | 1.0 |
| 3/15/2010 | Review of Richardson material | 3 | 1.0 |
| 3/15/2010 | Weekly call with Nortel parties and counsel re case management | 3 | 0.0 |
| 3/15/2010 | Non working travel | 7 | 4.0 |
| 3/15/2010 | Meeting with Chilmark re case and allocation matters | 3 | 3.0 |
| 3/16/2010 | Meeting with Chilmark and C Ricaurte | 2 | 4.5 |
| 3/16/2010 | Review of GSM side agreements | 3 | 0.3 |
| 3/16/2010 | Non working travel | 7 | 4.0 |
| 3/17/2010 | Call with French counsel re liquidation and sale process | 3 | 1.0 |
| 3/18/2010 | Review and execution of closing documents for sale | 3 | 1.0 |
| 3/18/2010 | Call with Cleary re employee issues | 2 | 0.8 |
| 3/19/2010 | Further review and execution of closing documents | 3 | 1.0 |
| 3/22/2010 | Review and comment upon employee agreement | 3 | 0.5 |
| 3/22/2010 | Weekly call with Nortel parties and counsel re case management | 3 | 1.0 |
| 3/22/2010 | Review of revised claims protocol mark up | 3 | 2.0 |
| 3/23/2010 | Call with Nortel re IP | 3 | 1.0 |
| 3/23/2010 | Weekly call re M&A matters | 3 | 0.5 |
| 3/23/2010 | Review of agreements | 3 | 0.7 |
| 3/23/2010 | Review of emergency motion and declaration related to UK pension and also communication to counter party | 3 | 0.8 |
| 3/23/2010 | Review and mark up of MOR | 3 | 1.5 |
| 3/24/2010 | Full day review and work effort related to unliquidated claims | 3 | 8.5 |
| 3/24/2010 | Call re executory contract assumption/rejection work stream | 3 | 1.3 |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 3/25/2010 | Preparation for and meeting with UCC re allocation | 4 | 6.0 |
| 3/25/2010 | Non working travel | 7 | 4.0 |
| 3/26/2010 | Call with UCC | 4 | 1.0 |
| 3/26/2010 | Call with Huron re rejected/assumed contract analysis; review of data base detail related to amount and counter parties; follow up call with Nortel re same | 3 | 3.5 |
| 3/26/2010 | Richardson sale update | 3 | 0.3 |
| 3/27/2010 | Review of motion related to tax liability and comments re same | 3 | 0.8 |
| 3/27/2010 | Review of Isis side agreement and review of related and historical documents; review of cost projections for transaction and drafts of estimates and documents re same | 1 | 3.5 |
| 3/28/2010 | Call with UCC re Isis and review of further documents and information provided by UCC | 1 | 2.3 |
| 3/29/2010 | Call with Jeff Hyland re Isis side agreement | 1 | 1.0 |
| 3/29/2010 | Weekly call with Nortel parties and counsel re case management | 3 | 1.0 |
| 3/29/2010 | Review of NBS budgets and costs recoverable | 2 | 3.5 |
| 3/29/2010 | Call with Cleary re Isis side agreement and approach | 3 | 1.3 |
| 3/30/2010 | Weekly M&A call | 3 | 0.7 |
| 3/30/2010 | IP meeting | 3 | 2.3 |
| 3/30/2010 | FA review | 4 | 2.5 |
| 3/30/2010 | Call with Cleary re PBGC claim | 3 | 1.0 |
| 3/31/2010 | Isis side agreement | 3 | 2.0 |
| 3/31/2010 | Call with UCC and bond advisors regarding IP and cost issues | 4 | 1.0 |
| 3/31/2010 | Call with Cleary and Morris Nichols re structure and process for employee omnibus | 3 | 1.0 |
| 3/31/2010 | Handling compensation matters for various US employees | 3 | 1.5 |
| 3/31/2010 | Review and preparation and follow up call with UCC and Bond advisors related to PBGC claims | 4 | 1.5 |