**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2010 through March 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 3,128.11 |
| Travel – Lodging | | 2,248.20 |
| Travel – Meals | | 376.39 |
| Travel – Car Service | | 790.34 |
| Travel – Transportation | | 150.00 |
| Office supplies, shipping, and other office related expenses | | 159.04 |
| PACER | | 64.72 |
| TOTAL | | $ 6,916.80 |

# Nortel Expense Report

PERIOD: March 1, 2010 through March 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/2010 | New York / Raleigh trip - NY hotel | | $ 387.91 | | | | | | $ 387.91 |
| 3/1/2010 | New York / Raleigh trip - taxi to Cleary | | | | $ 18.60 | | | | $ 18.60 |
| 3/1/2010 | New York / Raleigh trip - taxi to airport | | | | $ 58.00 | | | | $ 58.00 |
| 3/1/2010 | New York / Raleigh trip - airfare to RDU | $ 164.70 | | | | | | | $ 164.70 |
| 3/1/2010 | New York / Raleigh trip - RDU to hotel | | | | $ 79.50 | | | | $ 79.50 |
| 3/2/2010 | Airline add on | $ 24.91 | | | | | | | $ 24.91 |
| 3/2/2010 | New York / Raleigh trip - hotel | | $ 153.56 | | | | | | $ 153.56 |
| 3/2/2010 | New York / Raleigh trip - meal | | | $ 15.72 | | | | | $ 15.72 |
| 3/2/2010 | New York / Raleigh trip - to Nortel | | | | $ 79.50 | | | | $ 79.50 |
| 3/2/2010 | New York / Raleigh trip - to hotel | | | | $ 79.50 | | | | $ 79.50 |
| 3/2/2010 | New York / Raleigh trip - meal | | | $ 62.73 | | | | | $ 62.73 |
| 3/3/2010 | New York / Raleigh trip - hotel | | $ 153.56 | | | | | | $ 153.56 |
| 3/3/2010 | New York / Raleigh trip - to RDU | | | | $ 79.50 | | | | $ 79.50 |
| 3/3/2010 | New York / Raleigh trip - airfare | $ 234.00 | | | | | | | $ 234.00 |
| 3/3/2010 | New York / Raleigh trip - parking | | | | | $ 45.00 | | | $ 45.00 |
| 3/11/2010 | New York trip - airfare | $ 467.70 | | | | | | | $ 467.70 |
| 3/11/2010 | Telephone/Wireless roaming | | | | | | $ 9.95 | | $ 9.95 |
| 3/11/2010 | New York trip - to hotel | | | | $ 39.37 | | | | $ 39.37 |
| 3/11/2010 | New York trip - meal | | | $ 66.56 | | | | | $ 66.56 |
| 3/12/2010 | New York trip - to hotel | | $ 468.23 | | | | | | $ 468.23 |
| 3/12/2010 | New York trip - to hotel add on | | $ 3.81 | | | | | | $ 3.81 |
| 3/12/2010 | New York trip - to LGA | | | | $ 34.60 | | | | $ 34.60 |
| 3/12/2010 | New York trip - airfare | $ 473.40 | | | | | | | $ 473.40 |
| 3/12/2010 | New York trip - parking | | | | | $ 30.00 | | | $ 30.00 |
| 3/15/2010 | Telephone/Wireless roaming | | | | | | $ 9.95 | | $ 9.95 |
| 3/15/2010 | Raleigh trip - round trip airfare | $ 478.00 | | | | | | | $ 478.00 |
| 3/15/2010 | Airline add on | $ 120.00 | | | | | | | $ 120.00 |
| 3/15/2010 | Raleigh trip - to hotel | | | | $ 79.50 | | | | $ 79.50 |

# Nortel Expense Report

PERIOD: March 1, 2010 through March 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/15/2010 | Raleigh trip - meal with Chilmark (3) | | | $ 157.78 | | | | | $ 157.78 |
| 3/16/2010 | Raleigh trip - hotel | | $ 167.59 | | | | | | $ 167.59 |
| 3/16/2010 | Raleigh trip - to Nortel | | | | $ 79.50 | | | | $ 79.50 |
| 3/16/2010 | Raleigh trip - Nortel to RDU | | | | $ 79.50 | | | | $ 79.50 |
| 3/16/2010 | Raleigh trip - parking | | | | | $ 30.00 | | | $ 30.00 |
| 3/23/2010 | Telephone/Wireless roaming | | | | | | $ 17.94 | | $ 17.94 |
| 3/23/2010 | New York trip - airfare | $ 682.70 | | | | | | | $ 682.70 |
| 3/23/2010 | New York trip - to hotel | | | | $ 26.07 | | | | $ 26.07 |
| 3/24/2010 | New York trip - hotel | | $ 456.77 | | | | | | $ 456.77 |
| 3/24/2010 | New York trip - wireless (hotel) | | | | | | $ 16.00 | | $ 16.00 |
| 3/24/2010 | New York trip - meal | | | $ 16.60 | | | | | $ 16.60 |
| 3/24/2010 | New York trip - taxi | | | | $ 11.40 | | | | $ 11.40 |
| 3/24/2010 | New York trip - meal | | | $ 57.00 | | | | | $ 57.00 |
| 3/25/2010 | New York trip - hotel | | $ 456.77 | | | | | | $ 456.77 |
| 3/25/2010 | New York trip - wireless (hotel) | | | | | | $ 16.00 | | $ 16.00 |
| 3/25/2010 | New York trip - taxi | | | | $ 7.80 | | | | $ 7.80 |
| 3/25/2010 | New York trip - to airport | | | | $ 38.00 | | $ 29.95 | | $ 67.95 |
| 3/25/2010 | New York Trip - airfare | $ 482.70 | | | | | | | $ 482.70 |
| 3/25/2010 | New York trip - RSW parking | | | | | $ 45.00 | | | $ 45.00 |
| 3/25/2010 | Telephone/Wireless roaming | | | | | | $ 29.95 | | $ 29.95 |
| 3/31/2010 | PACER | | | | | | | $ 64.72 | $ 64.72 |
| 3/31/2010 | Roaming/Long Distance charges | | | | | | $ 29.30 | | $ 29.30 |