IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :  Chapter 11
                                                            :
                                                            :  Case No. 09-10138 (KG)
In re                                                       :
                                                            :  Jointly Administered
Nortel Networks Inc., et al.,[1]                            :
                                                            :  SEALED PURSUANT TO COURT
                         Debtors.                           :  ORDER DATED OCTOBER 16, 2009
                                                            :  (D.I. 1685)
                                                            :
                                                            :  RE: D.I. 1685, 2840
------------------------------------------------------------X

**CONFIDENTIAL FILED UNDER SEAL – <u>EXHIBIT A</u> RE: DEBTORS NOTICE OF FILING OF LIST OF ASSUMED AND ASSIGNED CONTRACTS IN CONNECTION WITH THE SALE OF CERTAIN ASSETS OF DEBTORS' METRO ETHERNET NETWORKS BUSINESS [RE: D.I. 2840]**

Dated:   Wilmington, Delaware
         April 8, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                 Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)               Eric D. Schwartz (No. 3134)
One Liberty Plaza                           Ann C. Cordo (No. 4817)
New York, New York 10006                    Alissa T. Gazze (No. 5338)
Telephone: (212) 225-2000                   1201 North Market Street
Facsimile: (212) 225-3999                   P.O. Box 1347
                                            Wilmington, Delaware 19899-1347
                                            Phone: (302) 658-9200
                                            Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.