**EXHIBIT A**

Brian Hamer
Director of the Illinois Department of Revenue
100 W. Randolph Street
Level 7
Chicago, IL 60601