IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :  Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :  Case No. 09-10138 (KG)
                                                               :
          Debtors.                                   :  Jointly Administered
                                                               :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The United States Equal Employment Opportunity Commission, on behalf of Jay Colton, and with authority, hereby withdraws with prejudice the proof of claim it filed on Mr. Colton's behalf in the above-captioned cases (Proof of Claim No. 1139).

Dated: New York, New York
     March 4, 2010

                                              Louis Graziano
                                              On behalf of Jay Colton

                                              _____
                                              Louis Graziano, Esq.
                                              United States Equal Employment Opportunity
                                              Commission
                                              33 Whitehall Street, 5th Fl.
                                              New York, NY 10004
                                              Tel. (212) 336-3698
                                              Fax. (212) 336-3623
                                              Louis.Graziano@EEOC.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.