IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS, INC., et al.[1], | ) Case No. 09-10138 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

Hearing Date: May 19, 2010 at 2:00 p.m.
Objection Deadline: May 5, 2010 at 4:00 p.m.

**NOTICE OF MOTION OF ACS CABLE SYSTEMS, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM**

**PLEASE TAKE NOTICE** that on April 12, 2010, ACS Cable Systems, Inc. ("ACS") filed its **Motion for Allowance and Immediate Payment of Administrative Claim (the "Motion")**, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **May 5, 2010 at 4:00 p.m.** Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION IS SCHEDULED FOR **May 19, 2010 AT 2:00 P.M.** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Chapter 11 Debtors are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions. Inc.

{00394223;v1}

| | |
|---|---|
| Dated: April 12, 2010 | ASHBY & GEDDES, P.A.<br><br>*/s/ Ben Keenan*<br>Gregory A. Taylor (#4008)<br>Benjamin W. Keenan (#4724)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>James H. Lister (admitted pro hac vice)<br>BIRCH, HORTON, BITTNER<br>& CHEROT, P.C.<br>1155 Connecticut Avenue, N.W., Suite 1200<br>Washington, D.C. 20036<br>Telephone: (202)-862-8368<br>Facsimile: (202)-659-1027<br><br>*Counsel to Alaska Communications Systems and ACS Cable Systems, Inc.* |