# EXHIBIT A

**From:** Craig Stein [mailto:cstein@nortel.com]
**Sent:** Wednesday, January 14, 2009 7:39 AM
**To:** Pelletier, Liane
**Cc:** Vadapalli, Anand; Todd, Michael R. "Mike"; Bowman, Mike
**Subject:** Nortel News today

Liane,

Today, we issued a press release indicating that Nortel is filing for creditor protection in the US, Canada and Europe. I am writing to you today to assure you that I am confident that we will emerge from this process as a more focused, financially sound and competitive company.

Furthermore, I want you to know that Nortel's day-to-day operations are expected to continue without interruption. We will continue to conduct business, honor our commitments to you, invest in leading edge innovation and R&D, and do everything we normally do for the benefit of our customers and partners.

Over the next several months, we will work to restructure our business for the future. Like many companies that have gone this route, we expect to emerge a more effective and valuable partner for you for the long term.

Throughout this process, open and transparent communication with you will be our hallmark. I do not expect this process to impact the normal, day-to-day operations of either Nortel or our activities with you. I want to personally assure you that the maintenance contracts in place with you will continue to be supported and we will continue to perform the services and support under these agreements without interruption.

Our network performance for your business is a priority, and we intend to keep our focus with an emphasis on product design and field metric results. Our current Engineering, Installation and PM activities for you will continue. Our current published plan of record remains intact and we will reinforce this to your team.

We will provide you with regular updates as we move through this process. Your Nortel account representatives will be in contact with you shortly. If you have any additional questions or concerns, I am available at your convenience.

Thank you for your business and ongoing support.

Sincerely,

*Craig Stein*

**Craig Stein**
VP, US Regions
Nortel
☎ (925) 867-2008, esn 433
📠 (925) 867-2626, Fax
✉ cstein@nortel.com

**SIMPLICITY OVER COMPLEXITY**     **NORTEL**