# EXHIBIT B

**NØRTEL**
**NETWORKS**

AMENDMENT NO. 1
TO
THE NETWORK MANAGED SERVICES SUPPLEMENT
TO
THE PURCHASE AND LICENSE AGREEMENT
BETWEEN
ACS CABLE SYSTEMS INC.
AND
NORTEL NETWORKS INC.

ACS Contract Audit

601977

This Amendment No. 1 to the Network Managed Services Supplement dated August 7, 2008 to the Purchase and License Agreement dated January 7, 2004, as amended, is entered into by and between Nortel Networks Inc. ("Nortel") and ACS Cable Systems, Inc. ("ACS") effective as of the date last signed by a party hereto (the "Amendment No. 1 Effective Date").

WHEREAS, Alaska Communications Systems Holdings, Inc. and Nortel entered into a Purchase and License Agreement ("PLA") dated January 7, 2004 for the sale, licensing, and purchase of Nortel's Products and Services and amended the PLA through Amendments 1-5 (the "Agreement"); and,

WHEREAS, under Amendment No. 4 to the Agreement, ACS Cable Systems Inc. was added to the list of Affiliated entities authorized to purchase under the Agreement and a Managed Network Services Supplement ("Supplement") entered into between ACS Cable Systems Inc. ("ACS") and Nortel effective as of August 7, 2008 was added to the Agreement; and,

WHEREAS, the parties wish to make certain changes to the Supplement.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, ACS and Nortel hereby agree to amend the Supplement as follows:

1. Section 3.8, Pricing of the Supplement:

   Section 3.8.1: The content of Section 3.81 is hereby deleted in its entirety and is replaced with the following:

3.8.1 ACS shall also purchase certain BCP Products from Nortel to establish the I-NMC. The purchase price of such BCP Products shall be payable over the Term of this Supplement in the amount of ▬▬▬ (▬▬▬) per year, payable on the Effective Date and on the second, third, fourth and fifth anniversary of the Effective Date. ACS shall also purchase from Nortel certain other BCP Products identified in Exhibit 1, attached hereto, in connection with the establishment of the I-NMC. The purchase price of such other BCP Products shall be payable over the Term of this Supplement in the amount of ▬▬▬ ($▬▬▬) per year, payable on the Amendment No. 1 Effective Date and on the second, third, and fourth anniversary of the Amendment No. 1 Effective Date. The above purchase price(s) shall include the cost of the BCP Products, installation, commissioning and related Services from Nortel. In the event of early termination of this Supplement for any reason, all remaining payments for the BCP Products shall be immediately due and payable. The foregoing BCP Products price is based upon an estimate of needed equipment and is

Page 1 of 3
Confidential Information

C.A.A.D.
Reviewed

**NORTEL NETWORKS**

subject to change as the Parties work to implement the I-NMC environment. Such BCP Products shall be provided pursuant to the terms of the PLA except with respect to payment terms.

Section 3.8.2: Add the following sentence after the second sentence:

> "An Order for the BCP Products set out in Exhibit 1 attached hereto in the total amount of ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ($▓▓▓▓▓▓) shall be issued contemporaneously with the execution of this Amendment No. 1."

2. Except as specifically modified by this Amendment No. 1, the Agreement, as amended, and the Supplement in all other respects shall continue in full force and effect.

IN WITNESS WHEREOF, ACS and Nortel have each caused this Amendment No. 1 to be signed and delivered by its duly authorized representatives, all as of the Amendment No. 1 Effective Date.

ACS CABLE SYSTEMS, INC.

By: [signature]
Name: Anand Vadapalli
Title: EVP - Tech & Ops
Date: 2/16/09

NORTEL NETWORKS INC.

By: [signature]
Name: Chris Stern
Title: VP, US Regions
Date: 2/20/09



# EXHIBIT 1
# TO
# AMENDMENT NO. 1
# TO
# THE NETWORK MANAGED SERVICES SUPPLEMENT

## REDUNDANT COLLECTOR EQUIPMENT

**Hardware Configuration**

| Model No. | Description | Qty |
|---|---|---|
| A53-JNZ4C416GYD6 | Sun Fire V890 Server, 4 * 1.35GHz UltraSPARC IV processors with 16MB cache each, 16GB of DRAM (32 * 512MB DIMMS), 6 * 146GB 15Krpm FC-AL hard disks, DVD-RW, 1 * FC-AL disk controller, 1 * Gigabit Ethernet, 1 * 10/100 BaseT Ethernet port, 2 * serial ports via splitter (not provided), 2 * USB ports, 9 * PCI slots, 3 power supplies & Redundant cooling fan trays, Solaris 8 | 1 |
| 7270A-Z | Sun Fire V890 Server, 2 * 1.35 GHz UltraSPARC IV Processor Module with 16MB cache each, 8GB DRAM (16 * 512MB DIMMs) (For Factory Integration Only) RoHS-5 Compliant | 1 |
| 9628A-Z | SFV880/V890: Rackmount Kit Int | 1 |
| CX3-10 | EMC CX3-10 Storage includes DAE and 15 x 146GB 15KRPM FC Drives | 1 |
| SG-XPCI1FC-EM4-Z | Sun StorageTek PCI-X Enterprise 4Gb FC Host Bus Adapter, Emulex, Single Port includes standard and low profile brackets. RoHS 6 compliant | 1 |