# EXHIBIT C


Alaska Communications Systems

September 23, 2009

Executive Offices

SENT VIA FAX: (925) 867-2626
Mr. Craig Stein
Vice President, US Region – West
Nortel Networks, Inc.
2603 Camino Ramon, Suite 500
San Ramon, CA 94583

SENT VIA FAX: (978) 288-5463
Law Department
Nortel Networks, Inc.
600 Technology Park Drive
Billerica, MA 01821

Mr. James L. Bromley
Ms. Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Re:   ACS Cable Systems, Inc.'s Notice of Default to Nortel Networks, Inc. of Network Managed Services Supplement, dated August 8, 2008

Dear Mr. Stein:

On August 8, 2008, ACS Cable Systems, Inc. ("ACS") and Nortel Networks, Inc. ("Nortel") entered into a Network Managed Services Supplement Agreement ("Agreement") to the Purchase and License Agreement, dated January 7, 2004, as amended between the parties. The terms of Annex 1 to the Agreement require Nortel to provide certain Services and identified deliverables to ACS, including Security Management (Section 2.2), Trouble Management & System Integration (Section 2.3), Fault and Performance Management (Section 2.4), Process Management (Section 2.5), and Network Data Collection and Reporting (Section 2.6), and to comply with the included Service Level Agreements and performance metrics.

Since deployment, Nortel has failed to perform its obligations under this Agreement. Nortel never completed the required configuration and testing process to insure that its systems operate and interface with ACS as required, has not addressed functional gaps with Encore and Gen III performance management systems, and failed to timely deliver its WPP program for wireless performance management. Despite written correspondence between the parties notifying Nortel of the fault / performance management and performance issues, the problems have persisted. In addition to project team level escalations on multiple occasions, ACS has notified Nortel in writing of these various performance issues and functional gaps on July 20, 2009, August 7, 2009 and further, on September 4, 2009. These various reported issues, which included two major outages (lasting between 3 and 6 hours), have required ACS to resort to manual operations monitoring, and has placed ACS in jeopardy of breaching its obligations to its own end-users. In summary, Nortel has not delivered the systems and deliverables required by the Agreement, and the systems that have been delivered are not functional. This level of performance has caused ACS damages, is unacceptable, and constitutes a material breach of the Agreement.

Letter to Craig Stein,
James Bromley, Lisa Schweitzer,
and Law Department
September 23, 2009
Page 2 of 2

Pursuant to Section 16.1 of the Agreement, this letter is ACS' written Notice of Default that Nortel is in breach of its obligations under the Agreement, and that ACS intends to terminate the Agreement due to Nortel's breach. ACS also intends to avail itself of any and all remedies at law or equity to which it is entitled under the Agreement.

ACS requests the courtesy of a response from you within the next seven days, and asks that you contact either Anand Vadapalli, Executive Vice President, Technology and Operations, at (907) 564-■■■ or me, at (907) 297-■■■ to discuss this matter.

Sincerely,

ACS CABLE SYSTEMS, INC.

*Martha Beckwith*

Martha Beckwith
Assistant Corporate Counsel

cc:  Derek C. Abbott, Morris, Nichols, Arsht & Tunnell LLP
     Jim Flanagan, President, Nortel Business Services, Inc. [j.flanagan@nortel.com]
     Lynn Rowan, Manager, Nortel Business Services, Inc. [lrowan@nortel.com]