# EXHIBIT D

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-
E-Mail: lschweitzer@cgsh.com

September 30, 2009

VIA FACSIMILE AND U.S. MAIL

Ms. Martha Beckwith
Assistant Corporate Counsel
ACS Cable Systems, Inc.
600 Telephone Avenue, MS65
Anchorage, Alaska  99503
Fax: (907) 297-3100

Re: Nortel Networks Inc. Network Managed Services Supplement

Dear Ms. Beckwith:

      I write as restructuring counsel to Nortel Networks Inc. ("NNI") and the other U.S. Nortel debtor entities. NNI and several of its affiliates filed for bankruptcy protection in the United States on January 14, 2009 (the "Petition Date") in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On the same day, Nortel Networks Limited ("NNL") and several of its affiliates applied for creditor protection in Canada.

      We received ACS Cable Systems, Inc.'s September 23, 2009 letter to NNI and our firm regarding the Network Managed Services Supplement. We are in the process of reviewing the matters you raised in your letter. Nortel does not concede the accuracy of any of

the assertions and reserves all rights with respect to the Supplement and generally as a debtor in possession.

Sincerely yours,

Lisa M. Schweitzer