# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS, INC., et al.[1], | ) Case No. 09-10138 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | Related Dkt. No. _____ |

## ORDER GRANTING ACS CABLE SYSTEMS, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM

Upon the Motion of ASC Cable Systems, Inc. for allowance and payment of administrative expense claim (the "Motion")[2]; and it appearing that adequate notice of the Motion and the relief requested has been given; and it appearing that no other or further notice need be given; and it appearing that good and sufficient cause exists therefore;

IT IS HEREBY ORDERED:

1. The relief requested in the Motion is GRANTED.

2. ACS's Administrative Claim in the amount of $1,105,055.50 is hereby allowed pursuant to Section 503(b)(1)(A) of the Bankruptcy Code (the "Allowed Administrative Claim").

3. The Debtors are hereby directed to pay the Allowed Administrative Claim to ACS within 10 business days of entry of this Order.

---

[1] The Chapter 11 Debtors are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions. Inc.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

{00395723;v1}                                13

4. This Court shall retain jurisdiction to enforce the terms and provisions of this Order.


Dated: _____, 2010

_____
The Honorable Kevin Gross
UNITED STATES BANKRUPTCY JUDGE