## <u>CERTIFICATE OF SERVICE</u>

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On April 14, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on April 12, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  April 12, 2010

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)