B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Nortel Networks, Inc.                    ,          Case No.  09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Riverside Claims, LLC | Coface North America Insurance Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PO BOX 626
Planetarium Station, New York, NY 10024

Court Claim # (if known):  7076
Amount of Claim:  $479,290.00
Date Claim Filed:  02/05/2010

Phone:  212-501-0990
Last Four Digits of Acct #: _____

Phone:  631-273-5500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ _____          Date:  04/12/2010
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**Coface North America Insurance Company** (the ("Assignor"), a Massachusetts corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 7076 against **Nortel Networks Inc.** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware, Case No. 09-10138** or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 26 day of MARCH 2010.

ASSIGNOR:                                                                        ASSIGNEE:

**COFACE NORTH AMERICA**                                             **RIVERSIDE CLAIMS LLC**
**INSURANCE COMPANY**

By: /s/ Michael S. Haraser                                                   By: /s/ Neil Honskowitz
Name: MICHAEL S. HARASER                                            Name: NEIL HONSKOWITZ
Title: ASST. VICE PRESIDENT                                             Title: MANAGING MEMBER

Feb 08 10 02:03p     SPELFOGEL                                         516 766 2032          p.2

OFF... COPY

## Section 503(b)(9) Claim Request Form
Nortel Networks Inc., et al.
Case No. 09-10138
Chapter 11 Jointly Administered

Claimants should submit a signed original Section 503(b)(9) Claim Request asserting such Section 503(b)(9) Claim, together with accompanying documentation, by mail, hand-delivery, or overnight courier, to the following address:

| If by Mail: | If by Hand-Delivery or Overnight Courier: |
|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

With copies to Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: James Bromley and Lisa Schweitzer)

Debtor against which claim is asserted: (Check One)

[X] Nortel Networks Inc.                              Case No. 09-10138
[ ] Nortel Networks Capital Corporation               Case No. 09-10139
[ ] Alteon WebSystems, Inc.                           Case No. 09-10140
[ ] Alteon WebSystems International, Inc.             Case No. 09-10141
[ ] Xros, Inc.                                        Case No. 09-10142
[ ] Sonoma Systems                                    Case No. 09-10143
[ ] Qtera Corporation                                 Case No. 09-10144
[ ] CoreTek, Inc.                                     Case No. 09-10145
[ ] Nortel Networks Application Management Solutions Inc.  Case No. 09-10146
[ ] Nortel Networks Optical Components Inc.           Case No. 09-10147
[ ] Nortel Networks HPOCS Inc.                        Case No. 09-10148
[ ] Architel Systems (U.S.) Corporation               Case No. 09-10149
[ ] Nortel Networks International Inc.                Case No. 09-10150
[ ] Northern Telecom International Inc.               Case No. 09-10151
[ ] Nortel Networks Cable Solutions Inc.              Case No. 09-10152

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket # 590), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Epiq Bankruptcy Solutions, LLC at one of the above-referenced addresses on or prior to the bar date established for section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by courier service, hand delivery or mail. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Epiq Bankruptcy Solutions, LLC.

Name of Creditor:
(The person or other entity to whom the debtor owes money or property)

Jaco Electronics, Inc.

Name and Address Where Notices Should be Sent:
145 Oser Avenue
Hauppauge, N.Y. 11788
Telephone No.: (516) 766-2446

[ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check box if you have asserted a reclamation demand for any of the goods referenced on this claim form. Attach statement identifying any such goods.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____

Check here  [X] replaces claim # 6820 dated 1/21/10
if this claim [X] amends a previously filed claim, dated: 2/13/09
                                                    claim # 392

1. BASIS FOR CLAIM (check all that apply):
[X] Goods sold within 20 days of the commencement of the case. Value of Goods: $ 479,290
[ ] Goods were sold in the ordinary course of the Debtor's business.

2. DATE DEBT WAS INCURRED: 12/30/08

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 479,290
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM AND GOODS (Attach Particular Invoices For Which Any of the Amounts Described in this Form was Applied): Electronic components; Semi transceivers

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as invoices, receipts, bills of lading, promissory notes, purchase orders, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

8. ORDINARY COURSE CERTIFICATION: By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FEB 05 2010

EPIQ ........... LLC

Date 2/4/10    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Wendy Spelfogel, Esq.
Wendy Spelfogel,
In-House Counsel