**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
:
*In re*                                                    :  Chapter 11
:
Nortel Networks Inc., *et al.*, [1]                        :  Case No. 09-10138 (KG)
:
            Debtors.  :  Jointly Administered
:
----------------------------------------------------------X

### SUPPLEMENTAL NOTICE OF SERVICE [RE: D.I. 2858]

PLEASE TAKE NOTICE that on April 12, 2010, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On April 14, 2010 At 10:00 A.M. (Eastern Time)** (D.I. 2858, Filed 4/12/10) was served in the manner indicated upon the entity identified below.

### VIA FACSIMILE

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Facsimile (515) 281-0763


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2672623.27

Dated: April 12, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999


- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Alissa T. Gazze
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2672623.27