## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 12, 2010, I caused a copy of the foregoing *California Franchise Tax Board's Opposition to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§505 and 105 Determining Certain Tax Liabilities* to be served upon the following individuals via first class mail, unless otherwise indicated:

VIA HAND DELIVERY
Patrick Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

VIA HAND DELIVERY
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols,, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

VIA HAND DELIVERY
Christopher M. Samis
Drew G. Sloan
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Dated:  April 12, 2010

                                          */s/ Mark T. Hurford*
                                          Mark T. Hurford (No. 3299)

{D0173624.1 }