**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                            :

In re                           :       Chapter 11
                            :

Nortel Networks Inc., et al.,[1]     :       Case No. 09-10138 (KG)
                            :

        Debtors.         :       Jointly Administered
                            :
---------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 14, 2010 AT 10:00 A.M. (ET)[3]**

---

**NO MATTERS ARE SCHEDULED TO GO FORWARD.  THEREFORE,
AT THE REQUEST OF THE DEBTORS AND THE DIRECTION
OF THE COURT, THE HEARING SCHEDULED FOR
APRIL 14, 2010 AT 10:00 A.M. (ET) HAS BEEN CANCELLED.**

---

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

       None at this time.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

1.      Amended Notice Of Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (D.I. 2716, Filed 3/15/10).

       Related Pleadings:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).    Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

a)      Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (D.I. 2348, Filed 1/26/10);

b)      Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims (Amended; Duplicate; Insufficient Documentation) (D.I. 2563, Entered 2/26/10);

c)      Order Vacating In Part Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims (D.I. 2690, Entered 3/11/10); and

d)      Certificate Of No Objection (D.I. 2835, Filed 4/7/10).

<u>Objection Deadline</u>:  April 1, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Status</u>:  No objections have been received and a Certificate of No Objection has been filed with the Court.

2.      Debtors' Motion For An Order Approving The Engagement Of Grant Thornton LLP *Nunc Pro Tunc* To February 26, 2010 As Neutral TSA Arbitrator In Connection With The Sale Of Certain Metro Ethernet Networks Business Assets (D.I. 2737, Filed 3/19/10).

<u>Related Pleadings</u>:

a)      Certificate Of No Objection (D.I. 2848, Filed 4/9/10).

<u>Objection Deadline</u>:  April 7, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:

<u>Status</u>:  No objections have been received and a Certificate of No Objection has been filed with the Court.

3.      Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) And 363(b) For An Order (A) Authorizing The Debtors To Accept The Metro Ethernet Networks Argentina Side Offer And (B) Granting Related Relief (D.I. 2753, Filed 3/24/10).

<u>Related Pleadings</u>:  None.

a)      Certificate Of No Objection (D.I. 2849, Filed 4/9/10).

<u>Objection Deadline</u>:  April 7, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:

Status:  No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

4.      Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a)      Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Communications Solutions Business Free And Clear Of All Liens, Claims And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2632, Entered 3/4/10).

Objection Deadline:  February 17, 2010 at 4:00 p.m. (ET).

Responses Received:

a)      AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10).

**Status: The Court has previously entered an order with respect to this Motion and this hearing relates only to the objection filed by AT&T.  This matter is adjourned to the hearing scheduled for April 29, 2010 at 10:00 a.m. (ET).**

3497057.1

5.    Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

Related Pleadings:  None.

Objection Deadline:  April 7, 2010 at 4:00 p.m. (ET).  Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. **Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.**

Responses Received:

a)    Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10); and

b)    United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10); **and**

c)    **California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10).**

**Status:  This matter is adjourned to the hearing scheduled for April 29, 2010 at 10:00 a.m. (ET).**

Dated:  April 13, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3497057.1