# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amended Agenda Of Matters Scheduled For Hearing On April 14, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on April 13, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date: April 13, 2010                                       */s/ Alissa T. Gazze*
                                                                          Alissa T. Gazze (No. 5338)

**VIA FACSIMILE**

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Facsimile: (515) 281-0763

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Facsimile: (302) 426-9947

Jonathan P. Guy, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Facsimile: (202) 339-8500