IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached Certification, undersigned counsel moves for the admission *pro hac vice* of Jonathan P. Guy, Esquire, of the law firm Orrick, Herrington & Sutcliffe LLP, to represent the California Franchise Tax Board in the above-captioned bankruptcy cases.

Dated: April 12, 2010            CAMPBELL & LEVINE, LLC

/s/ *Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Phone: (302) 426-1900
Fax:    (302) 426-9947
Email: mhurford@camlev.com

*Counsel for California Franchise Tax Board*

{D0173579.1}

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005.

I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court of Delaware.

Dated: April 12, 2010

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: _____
Jonathan P. Guy
The Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: jguy@orrick.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is hereby granted.

Dated: April 12, 2010

_____
United States Bankruptcy Judge

{D0173579.1}