IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
: Jointly Administered
Debtors. :
: 
---------------------------------------------------------------X

## CERTIFICATION OF COUNSEL REGARDING [PROPOSED] SUPPLEMENTAL ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (AMENDED; DUPLICATE; INSUFFICIENT DOCUMENTATION)

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] *Supplemental Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* (the "Proposed Order"), attached hereto as **Exhibit 1**.

1. On January 26, 2010, the Debtors filed the *Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* (D.I. 2348) (the "Claims Objection").

2.     On January 28, 2010, the Debtors filed the *Affidavit of Service of Eleni Koassivas of Epiq Bankruptcy Solutions, LLC* (D.I. 2358), which attached a list of parties in interest that were served with the Claims Objection.

3.     On February 26, 2010, the Court entered the *Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* (D.I. 2563) (the "Fourth Omnibus Order"), which granted the relief requested in the Claims Objection.

4.     On March 9, 2010, counsel for the Debtors determined that a majority of the claimants listed on Exhibits B and C to the Claims Objection did not receive service of the Claims Objection. These claimants that did not receive notice are listed on **Exhibit A** to the Proposed Order (the "Claimants"). Accordingly, on March 10, 2010, Debtors filed the *Certification of Counsel Regarding the [Proposed] Order Vacating in Part Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* [D.I. 2678].

5.     On March 11, 2010, the Court entered the *Order Vacating in Part Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* [D.I. 2690] (the "Vacatur Order"). The Vacatur Order partially vacated the Fourth Omnibus Order as it related to the disallowance of certain claims listed on **Exhibit A** to

the Proposed Order. The Fourth Omnibus Order remains in full force and effect as it relates to all other parties in interest.

6. On March 15, 2010, the Debtors filed the *Amended Notice Of Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)* [D.I. 2716] (the "Amended Notice") to cure the notice deficiency.

7. The objection deadline for the Amended Notice was established as April 1, 2010. The Debtors received no formal or informal comments, therefore, in accordance with the Rule 9013-1(j) of the Local Rules for the United States Bankruptcy Court for the District of Delaware, on April 7, 2010, Debtors filed a *Certificate of No Objection Re: D.I. 2716* [D.I. 2835].

8. The Debtors now seek to enter the Proposed Order with respect to those Claimants listed on **Exhibit A** to the Proposed Order, granting the relief requested in the Claims Objection.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** and grant such other and further relief as is just and proper.

Dated: April 13, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*