# EXHIBIT 1

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                               :  Chapter 11

Nortel Networks Inc., *et al.*,[1]                    :  Case No. 09-10138 (KG)

                Debtors.       :  Jointly Administered

                                                                                                       :  **Re: D.I. 2348, 2716**

------------------------------------------------------------X

**SUPPLEMENTAL ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502,
FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (AMENDED; DUPLICATE;
INSUFFICIENT DOCUMENTATION)**

      Upon the Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (the "Objection")[2] filed by the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the Amended Notice Of Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (the "Amended Notice") requesting an Order pursuant to section

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing in full each of the Amended Claims identified on **Exhibit A** attached hereto; and upon all other documentation filed in connection with the Objection and the Claims; and adequate notice of the Objection having been given as set forth in the Objection and in the Amended Notice; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED with respect to each of the Claims identified on **Exhibit A** attached hereto.

2. Each of the Duplicate Claims and each of the Insufficient Documentation Claims identified on **Exhibit A** attached hereto are hereby disallowed in full.

3. This Order shall be deemed a separate Order with respect to each of the Claims identified on **Exhibit A**. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

4. Nothing in this Order shall be construed as limiting the relief granted in the Order Granting Debtors' Fourth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation).

5. The Debtors, the Clerk of the Court, the Debtors claims' and noticing agent Epiq Bankruptcy Solutions, LLC, and all parties in interest are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2010      _____
      Wilmington, Delaware                    THE HONORABLE KEVIN GROSS
                                             UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

## Exhibit A

| Claim Number | Name/Address of Claimant |
|---|---|
| 2001 | ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 |
| 1581 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 |
| 2002 | ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 |
| 1868 | BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 |
| 1869 | BARNETT, CAROL J<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 |
| 1866 | BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 |
| 1867 | BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 |
| 5354 | BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX 75202 |
| 2952 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 |
| 2954 | BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 |
| 3121 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 |
| 3122 | BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 |
| 5731 | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 |
| 3763 | CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 |
| 143 | CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 |
| 1840 | CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 786286939 |
| 2240 | D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX 75201 |
| 2043 | DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON M9W 7J3<br>CANADA |
| 1057 | DELTA PRODUCTS CORP.<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 |
| 5511 | DESCA COLOMBIA SA<br>CARRERA 7 NO 71 52<br>TORRE B PISO 11<br>BOGOTA<br>COLUMBIA |
| 5662 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA |
| 5784 | EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA |
| 1563 | FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 |
| 1199 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1200 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1201 | FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1202 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1203 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1204 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1205 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1206 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |
| 1207 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 |

## Exhibit A

| Claim Number | Name/Address of Claimant | Claim Number | Name/Address of Claimant |
|---|---|---|---|
| 1208 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 2414 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 |
| 1209 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 2415 | MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 |
| 1210 | FREEDOM CAD SERVICES, INC.<br>20 COOTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1924 | PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ 07931 |
| 1211 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 2095 | PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 750852764 |
| 1212 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 2066 | PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 750852764 |
| 1213 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1767 | QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX 77328 |
| 1214 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 2436 | QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 |
| 1215 | FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1763 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 |
| 5815 | GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 | 2490 | QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 |
| 5814 | GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | 2681 | RAHN, BARRY<br>5644 SEACLIFFE ROAD<br>COURTENAY, BC V9J 1X1<br>CANADA |
| 927 | GUERIN & RODRIGUEZ, LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA 01752 | 1933 | RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA |
| 2113 | HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR 97045 | 1820 | REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 |
| 2144 | HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | 2785 | TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC H4S 1R7<br>CANADA |
| 2242 | HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 | 2787 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC H4S 1R7<br>CANADA |
| 2241 | HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | 2789 | TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC H4S 1R7<br>CANADA |
| 2548 | MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX 753702921 | | |
| 1189 | MIRABAL, ROSANNA<br>9103 NW 81ST COURT<br>TAMARAC, FL 33321 | | |

## Exhibit A

| Claim Number | Name/Address of Claimant | Claim Number | Name/Address of Claimant |
|---|---|---|---|
| 1572 | TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | |
| 2493 | THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | | |
| 1412 | TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX 75034 | | |