TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
Lee W. Stremba, Esq.

*Attorneys for TTI Team Telecom Netherlands B.V.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------ X
In re

NORTEL NETWORKS, INC. et al.,

                      Debtors
------------------------------------------------------------ X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

      Lee W. Stremba, Esq. of Troutman Sanders LLP previously appeared in these cases on behalf of TTI Team Telecom Netherlands B.V. [Doc. No. 1310] and he hereby requests that his name be removed from any and all service and electronic notice lists in these cases.

Dated: New York, New York
       April 13, 2010

                              TROUTMAN SANDERS LLP

                              By:   /s/ Lee W. Stremba
                                    Lee W. Stremba

                              The Chrysler Building
                            405 Lexington Avenue
                            New York, NY 10174
                            (212) 704-6000

                            *Attorneys for TTI Team Telecom*
                               *Netherlands B.V.*