U.S. Bankruptcy Court
RECEIVED
APR 13 2010

Prince Fred Adom
3651 Smoke Tree trail
Euless, Tx 76040
2149064280

Honorable Kevin Gross
U.S. Bankruptcy Court
The District of Delaware
824 Market Street
6th Floor, Court Rm. # 3
Wilmington, Delaware 19801

April 12, 2010

Dear Honorable Gross

I am writing this letter to you because of a bankruptcy ruling case before you on 04/14/10 where Nortel and its lawyers seek their OMNIBUS OBJECTION TO CERTAIN CLAIMS PURSUANT TO 11 USC & 502 and Del. L.R. 3007-1 (AMENDED;DUPLICATE; INSUFFICIENT DOCUMENTATION) AGAINST claims from former employees for severance pay due to us.
I have no money and so do many of my laid off co-workers to hire an attorney to represent us before you. However, I decided to write you to appeal to your office and court on our behalf, by stating some of the facts as best as I know.
During our layoff period Nortel never provided as a formal document to use in filing for our severance pay except a sheet which I have attached a copy stating our employee numbers, start date of employment, end date of employment, employee number, severance eligibility date, severance stop date, severance period, employee home address and the contact information of the Nortel HR shared Services address.

My employment and I believe others had been certified by Unemployment Benefits Offices by various states

The US Pension Office has obtained our pension funds from Nortel and added us to its database for future benefits upon retirements.

On the case of duplication on claims, I can certain state that I submitted more than once just to be sure that my claim got to the right office and not any bases to obtain double money.

I thank you for taking your time to read this letter and may the Good Lord bless you.

Sincerely yours,

Prince Adom

# Nortel Networks
# Materials Request Page

Statement Date 07-07-2009


V000001
PRINCE F. ADOM
3651 SMOKE TREE TRAIL
EULESS TX  76040

The following materials are enclosed:

- 000006993 - Letter of Determination

## For More Information

If you need additional information, access Your Benefits Resources™ at **http://resources.hewitt.com/nortelnetworks** or call the Long-Term Savings Center toll-free at **1-800-726-0026**. Long-Term Savings Center Representatives are available between 9 a.m. and 6 p.m., Eastern time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Asociates LLC.

delivered by **Hewitt**

490200068 02153-V000001



## I. EMPLOYEE DATA

Notice Date: 7/2/09

Employee: Prince Adom

Employee Number: 5065822

Continuous Service Date: 1998/09/08

Severance Eligibility Date: 1998/09/08

Employment Termination Date: 2009/07/02

Severance Stop Date: 2009/10/15

Employee Home Address:

3651 SMOKE TREE TRAIL
EULESS
TX    76040

Severance Period (for employees with at least 6 months of service): 15
(Number of Weeks) to Commence Following Termination Date

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

V1.2

# HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Prince Adom**

TERMINATION EFFECTIVE DATE: **2009/07/02**

BENEFITS END DATE: **2009/07/31**

CONTINUOUS SERVICE DATE : **1998/09/08**

EMPLOYEE ADDRESS:

**3651 SMOKE TREE TRAIL
EULESS
TX 76040**

GLOBAL ID: **5065822**

ENTITY: **540**    DEPT: **9567**

EMPLOYEE STATUS: Full Time: **F**
                 Part Time:

LOCATION : **991**

LOCATION DESCRIPTION: **RICH1**

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known): Total amount to be deducted $_____ without prejudice to subsequent revision or other collection methods.

V1.2

INTERNAL REVENUE SERVICE  
P. O. BOX 2508  
CINCINNATI, OH 45201

DEPARTMENT OF THE TREASURY

Date: JAN 14 2004

NORTEL NETWORKS INC  
C/O RUTH HILLIS  
NORTEL NETWORKS INC  
200 ATHENS WAY  
NASHVILLE, TN 37228-0000

Employer Identification Number:  
04-2486332  
DLN:  
17007060252032  
Person to Contact:  
B.J. FAWVOR          ID# 75828  
Contact Telephone Number:  
(877) 829-5500  
Plan Name:  
NORTEL NETWORKS LONG-TERM  
INVESTMENT PLAN  
Plan Number: 003

Dear Applicant:

 We have made a favorable determination on the plan identified above based on the information you have supplied. Please keep this letter, the application forms submitted to request this letter and all correspondence with the Internal Revenue Service regarding your application for a determination letter in your permanent records. You must retain this information to preserve your reliance on this letter.

 Continued qualification of the plan under its present form will depend on its effect in operation. See section 1.401-1(b)(3) of the Income Tax Regulations. We will review the status of the plan in operation periodically.

 The enclosed Publication 794 explains the significance and the scope of this favorable determination letter based on the determination requests selected on your application forms. Publication 794 describes the information that must be retained to have reliance on this favorable determination letter. The publication also provide examples of the effect of a plan's operation on its qualified status and discusses the reporting requirements for qualified plans. Please read Publication 794.

 This letter relates only to the status of your plan under the Internal Revenue Code. It is not a determination regarding the effect of other federal or local statutes.

 This determination is subject to your adoption of the proposed amendments submitted in your letter dated December 15, 2003. The proposed amendments should be adopted on or before the date prescribed by the regulations under Code section 401(b).

 This letter considers the changes in qualification requirements made by the Uruguay Round Agreements Act, Pub. L. 103-465, the Small Business Job Protection Act of 1996, Pub. L. 104-188, the Uniformed Services Employment and Reemployment Rights Act of 1994, Pub. L. 103-353, the Taxpayer Relief Act of 1997, Pub. L. 105-34, the Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L. 105-206, and the Community Renewal Tax Relief Act of 2000, Pub. L. 106-554.

Letter 835 (DO/CG)

```
                    7082         6876-1 C10573
STATEMENT OF BENEFITS
TEXAS WORKFORCE COMMISSION
BOX 901010
FORT WORTH TX 76101-2010
```

# Statement of Wages and Potential Benefit Amounts
### Regular Unemployment Benefits:
### Date Mailed:  July 6, 2009
(All dates are in month/day/year order)

```
PRINCE F ADOM
3651 SMOKE TREE TRL
EULESS TX 76040-7173
```

Social Security Number:    XXX-XX-217

Dear    PRINCE F ADOM

Check **your** records! TWC has the wages below on file for you for the four quarters of your base period. We use your base period wages to figure out whether you earned enough money to qualify for unemployment insurance benefits and how much you could receive if you are eligible. After TWC looks at whether you earned enough money to qualify, TWC looks at the reason you are no longer working to decide whether you can receive benefits. **Remember, even if you earned enough wages, TWC pays benefits only if you meet the weekly requirements.**

Please check the wage information carefully. If the employer name or the wage amount is incorrect, or if an employer you worked for is missing, please contact a TWC Tele-Center immediately. More information about correcting your wages is on the back of this form.

**Based on the wages listed in the box below:**

[x] You earned enough in your base period to receive unemployment benefits, if you are otherwise eligible.

[ ] You did not earn enough in your base period to qualify for benefits.

| EMPLOYER NAME | ST | YOUR CLAIM IS BASED ON THESE WAGES | | | | TOTALS |
|---|---|---|---|---|---|---|
| | | Jan-Mar 2008 | Apr-Jun 2008 | Jul-Sep 2008 | Oct-Dec 2008 | |
| NORTEL NETWORKS INC | TX | 20,935.95 | 17,076.90 | 20,062.86 | 17,162.28 | 75,237.99 |
| TOTALS | | $20,935.95 | $17,076.90 | $20,062.86 | $17,162.28 | $75,237.99 |

\* You will receive a separate notice explaining why we did not use these wages.

- The maximum weekly benefit amount in Texas this year is $ __392__. Based on the wages above, your weekly benefit amount is $ __392__.
- The maximum amount you could receive during your benefit year is $ __10192__.
- Your benefit year is the 52 weeks from __06-28-09__ to __06-26-10__.
- Keep in mind your benefits may run out before the benefit year ends.

See the back of this page for more informat

| | |
|---|---|
| Claim ID.: | 06-28-09 |
| TWC Telephone No.: | (817)420-1600 |

| FOR HEARING IMPAIRED CLIENTS | |
|---|---|
| Relay Texas TDD No.: | 1-800-735-2989 |
| Voice No.: | 1-800-735-2988 |

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
BOX 901010
FORT WORTH TX 76101-2010

## DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
### Date Mailed: July 21, 2009

PRINCE F ADOM
3651 SMOKE TREE TRL
EULESS TX 76040-7173

Social Security Number: XXX-XX-2173
Employer: NORTEL NETWORKS INC
As:
Employer Account No.: 00-411118-4
All dates are shown in month-day-year order.

### Decision

**Issue:** Employer's Response to "Notice of Application for Unemployment Benefits"
**Decision:** We can pay you benefits, if you meet all other requirements.
**Reason for Decision:** We sent your last employer a notice that you had filed a claim for benefits, as required by law. They replied to this notice within the time limit for doing so. This entitles them to a ruling on your benefit rights even though they did not object to payment of benefits to you. We are sending this Decision, as the law requires, to acknowledge receipt of their response. This does not affect your benefits in any way.
**Law reference:** Subsection 208.004 of the Texas Unemployment Compensation Act.

### Understanding your Decision

If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.

**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.

Your employer can appeal TWC's decision to pay benefits. TWC will notify you of any appeal hearing. If you do not participate, you may lose your benefits and have to repay benefits you received.

### Determination of Potential Chargeback for the Employer

We will charge your former employer's account if we pay you benefits.

### If You Disagree with this Decision

If you disagree with this decision, you may appeal. Fax or have any appeal you may file postmarked on or before **08-04-09**. TWC will use the date we receive the fax to determine whether your appeal is timely. If you file your appeal by fax, you should retain your fax confirmation as proof of transmission. Please include a copy of this notice with Appeals correspondence. The Appeal must be in writing to this address:

Appeal Tribunal
Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0002
FAX (512) 475-1135

**Please see reverse for how to file an appeal.**
BD300E 02/27/2007

Case No.: 1
Claim ID.: 06-28-09
Claim Date: 06-28-09
FOR HEARING IMPAIRED CLIENTS
Relay Texas TDD No.: 1-800-735-2989
Voice No.: 1-800-735-2988