Prince Fred Adom
3651 Smoke Tree Trial
Euless, Texas 76040
2149064280

Clerk of the United States Bankruptcy
Court for the District of Delaware
824 Market St. 3rd Floor
Wilmington, Delaware 19801



April, 12, 2010

Dear Sir/Madam

### OBJECTION AGAINST THE CLIAMS PURSUANT TO 11 U.S.C.$$502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (AMENDED; DUPLICATE; INSUFFICIENT DOCUMNETATION

I, Prince Fred Adom file this objection against the above named claims by the lawyers of Nortel Networks against duplication, insufficient documentation and others asserted in the Bankruptcy case.
I support my claims in the bankruptcy court on the following conditions and attached documentations since Nortel upon my termination of employment did not give me any documentations except these included in my initial claims filing which 1 have attached copies hereby.

1. Severance Pay claim against Nortel Bankruptcy. (Did not receive any severance pay during layoff due to the bankruptcy and was asked by Nortel Human Resources personnel to file against this case to receive my severance payment.

   1. I was a Nortel Employee with a continuous Service from 08/09/1998 to 02/07/2009.
   2. My Employee number was 5065822
   3. My Location : Rich 1
   4. Nortel never provided me with no document except my termination letter for benefits and Unemployment benefits.

2. Nortel is making these claims of insufficient documentation as a tool not to pay laid off employees' severance pays due for length of services by its employee.

3. Nortel knew they could use lack of insufficient claims against its employee because Nortel never gave them a other documentation upon layoff except letters notifying them of layoff and not proper documentation with which could be used to file for severance pay against the bankruptcy.

5. Fraudulent attempt by Nortel Networks to defraud former employees from monies due to them for severance.

I can be contacted at 2149064280 and also by the address above.

Sincerely yours,

Prince Fred Adom



# Nortel Networks
# Materials Request Page

Statement Date 07-07-2009


V000001
PRINCE F. ADOM
3651 SMOKE TREE TRAIL
EULESS TX   76040

The following materials are enclosed:

- 000006993 - Letter of Determination

## For More Information

If you need additional information, access Your Benefits Resources™ at **http://resources.hewitt.com/nortelnetworks** or call the Long-Term Savings Center toll-free at **1-800-726-0026**. Long-Term Savings Center Representatives are available between 9 a.m. and 6 p.m., Eastern time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Asociates LLC.

delivered by Hewitt

490200068 02153-V000001



I. EMPLOYEE DATA

| Notice Date: 7/2/09 | |
|---|---|
| Employee: Prince Adom | Employee Number: 5065822 |
| Continuous Service Date: 1998/09/08 | Severance Eligibility Date: 1998/09/08 |
| Employment Termination Date: 2009/07/02 | Severance Stop Date: 2009/10/15 |
| Employee Home Address:<br><br>3651 SMOKE TREE TRAIL<br>EULESS<br>TX    76040 | Severance Period (for employees with at least 6 months of service): 15<br>(Number of Weeks) to Commence Following Termination Date |

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/OC2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

### HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
### PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Prince Adom**

GLOBAL ID: **5065822**

TERMINATION EFFECTIVE DATE: **2009/07/02**

ENTITY: **540**    DEPT: **9567**

BENEFITS END DATE: **2009/07/31**

EMPLOYEE STATUS: Full Time: **F**
Part Time:

CONTINUOUS SERVICE DATE : **1998/09/08**

LOCATION : **991**

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: **RICH1**

**3651 SMOKE TREE TRAIL**
**EULESS**
**TX 76040**

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known): Total amount to be deducted $_____ without prejudice to subsequent revision or other collection methods.

```
INTERNAL REVENUE SERVICE                              DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

Date:  JAN 1 4 2004                    Employer Identification Number:
                                         04-2486332
                                       DLN:
NORTEL NETWORKS INC                      17007060252032
C/O RUTH HILLIS                        Person to Contact:
NORTEL NETWORKS INC                      B.J. FAWVOR              ID# 75828
200 ATHENS WAY                         Contact Telephone Number:
NASHVILLE, TN  37228-0000                (877) 829-5500
                                       Plan Name:
                                         NORTEL NETWORKS LONG-TERM
                                         INVESTMENT PLAN
                                       Plan Number: 003
```

Dear Applicant:

   We have made a favorable determination on the plan identified above based on the information you have supplied. Please keep this letter, the application forms submitted to request this letter and all correspondence with the Internal Revenue Service regarding your application for a determination letter in your permanent records. You must retain this information to preserve your reliance on this letter.

   Continued qualification of the plan under its present form will depend on its effect in operation. See section 1.401-1(b)(3) of the Income Tax Regulations. We will review the status of the plan in operation periodically.

   The enclosed Publication 794 explains the significance and the scope of this favorable determination letter based on the determination requests selected on your application forms. Publication 794 describes the information that must be retained to have reliance on this favorable determination letter. The publication also provide examples of the effect of a plan's operation on its qualified status and discusses the reporting requirements for qualified plans. Please read Publication 794.

   This letter relates only to the status of your plan under the Internal Revenue Code. It is not a determination regarding the effect of other federal or local statutes.

   This determination is subject to your adoption of the proposed amendments submitted in your letter dated December 15, 2003. The proposed amendments should be adopted on or before the date prescribed by the regulations under Code section 401(b).

   This letter considers the changes in qualification requirements made by the Uruguay Round Agreements Act, Pub. L. 103-465, the Small Business Job Protection Act of 1996, Pub. L. 104-188, the Uniformed Services Employment and Reemployment Rights Act of 1994, Pub. L. 103-353, the Taxpayer Relief Act of 1997, Pub. L. 105-34, the Internal Revenue Service Restructuring and Reform Act of 1998, Pub. L. 105-206, and the Community Renewal Tax Relief Act of 2000, Pub. L. 106-554.

Letter 835 (DO/CG)

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
BOX 901010
FORT WORTH TX 76101-2010

## DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
Date Mailed:   July 21, 2009

PRINCE F ADOM
3651 SMOKE TREE TRL
EULESS TX 76040-7173

Social Security Number: XXX-XX-2173
Employer: NORTEL NETWORKS INC
As:
Employer Account No.: 00-411118-4
All dates are shown in month-day-year order.

### Decision

**Issue:** Employer's Response to "Notice of Application for Unemployment Benefits"
**Decision:** We can pay you benefits, if you meet all other requirements.
**Reason for Decision:** We sent your last employer a notice that you had filed a claim for benefits, as required by law. They replied to this notice within the time limit for doing so. This entitles them to a ruling on your benefit rights even though they did not object to payment of benefits to you. We are sending this Decision, as the law requires, to acknowledge receipt of their response. This does not affect your benefits in any way.
**Law reference:** Subsection 208.004 of the Texas Unemployment Compensation Act.

#### Understanding your Decision
If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.
**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.
Your employer can appeal TWC's decision to pay benefits. TWC will notify you of any appeal hearing. If you do not participate, you may lose your benefits and have to repay benefits you received.

### Determination of Potential Chargeback for the Employer

We will charge your former employer's account if we pay you benefits.

### If You Disagree with this Decision

**If you disagree with this decision, you may appeal. Fax or have any appeal you may file postmarked on or before** 08-04-09 . TWC will use the date we receive the fax to determine whether your appeal is timely. If you file your appeal by fax, you should retain your fax confirmation as proof of transmission. Please include a copy of this notice with Appeals correspondence. The Appeal must be in writing to this address:

Appeal Tribunal
Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0002
FAX (512) 475-1135

**Please see reverse for how to file an appeal.**
BD300E 02/27/2007

Case No.:  1
Claim ID.:  06-28-09
Claim Date:  06-28-09
FOR HEARING IMPAIRED CLIENTS
Relay Texas TDD No.:  1-800-735-2989
Voice No.:  1-800-735-2988

7082          6876-1 C10573

STATEMENT OF BENEFITS
TEXAS WORKFORCE COMMISSION
BOX 901010
FORT WORTH TX 76101-2010

## Statement of Wages and Potential Benefit Amounts
### Regular Unemployment Benefits:
Date Mailed:  July 6, 2009
(All dates are in month/day/year order)



PRINCE F ADOM
3651 SMOKE TREE TRL
EULESS TX 76040-7173

Social Security Number:   XXX-XX-2173

Dear    PRINCE F ADOM

Check **your** records! TWC has the wages below on file for you for the four quarters of your base period. We use your base period wages to figure out whether you earned enough money to qualify for unemployment insurance benefits and how much you could receive if you are eligible. After TWC looks at whether you earned enough money to qualify, TWC looks at the reason you are no longer working to decide whether you can receive benefits. **Remember, even if you earned enough wages, TWC pays benefits only if you meet the weekly requirements.**

Please check the wage information carefully. If the employer name or the wage amount is incorrect, or if an employer you worked for is missing, please contact a TWC Tele-Center immediately. More information about correcting your wages is on the back of this form.

**Based on the wages listed in the box below:**

[X] You earned enough in your base period to receive unemployment benefits, if you are otherwise eligible.

[ ] You did not earn enough in your base period to qualify for benefits.

| EMPLOYER NAME | ST | YOUR CLAIM IS BASED ON THESE WAGES | | | | TOTALS |
|---|---|---|---|---|---|---|
| | | Jan-Mar 2008 | Apr-Jun 2008 | Jul-Sep 2008 | Oct-Dec 2008 | |
| NORTEL NETWORKS INC | TX | 20,935.95 | 17,076.90 | 20,062.86 | 17,162.28 | 75,237.99 |
| **TOTALS** | | $20,935.95 | $17,076.90 | $20,062.86 | $17,162.28 | $75,237.99 |

\*   You will receive a separate notice explaining why we did not use these wages.

- The maximum weekly benefit amount in Texas this year is $ __392__. Based on the wages above, your weekly benefit amount is $ __392__.
- The maximum amount you could receive during your benefit year is $ 10192 .
- Your benefit year is the 52 weeks from __06-28-09__ to __06-26-10__ .
- Keep in mind your benefits may run out before the benefit year ends.

See the back of this page for more informat

| Claim ID.: | 06-28-09 |
|---|---|
| TWC Telephone No.: | (817)420-1600 |
| **FOR HEARING IMPAIRED CLIENTS** | |
| Relay Texas TDD No.: | 1-800-735-2989 |
| Voice No.: | 1-800-735-2988 |