U.S. Bankruptcy Court
RECEIVED
13

April 9, 2010

Rogelio Beltran
2000 David Ave Apt 26
Monterey, CA 93940

The Honorable Kevin Gross
United States Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801
302-252-2900

The Honorable Kevin Gross,

I am writing to file my Proof of Interest in the case of Nortel Networks Inc, Case No. 09-10138 (KG)
The U.S. Bankruptcy Court for the District of Delaware.

I currently hold 600 shares of Nortel Networks, Inc. (NRTLQ), in my Etrade Account.

Sincerely,

*Rogelio Beltran* (signature)

Rogelio Beltran