**EXHIBIT B**

INNOVATIA INC.
ONE GERMAIN STREET
SAINT JOHN, NB  E2L 4R5
CANADA

BELL ALIANT REGIONAL COMMUNICATIONS, LTD.
ATTN: EVAN J. KIPNES
6 S. MARITIME CENTRE
105 BARRINGTON ST.
HALIFAX, NS  B3J 2W3
CANADA

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006