UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                              :

In re                                                       :         Chapter 11

Nortel Networks, Inc.,                             :         Case No. 09-10138

           Debtor.                                   :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIMS

**PLEASE TAKE NOTICE** that SBC Internet Services, Inc. hereby withdraws the Proof of Claim listed on the annexed Exhibit A.

Dated: Wilmington, Delaware
       April 15, 2010                               Respectfully submitted,

                                                      **ASHBY & GEDDES, P.A.**

                                                      /s/ Amanda M. Winfree
                                                      William P. Bowden (#2553)
                                                      Amanda M. Winfree (#4615)
                                                      500 Delaware Avenue, 8th Floor
                                                      P.O. Box 1150
                                                      Wilmington, Delaware 19899
                                                      Telephone: (302) 654-1888
                                                      Facsimile: (302) 654-2067

                                                      -and-

                                                     **FULBRIGHT & JAWORSKI L.L.P.**

                                                     David A. Rosenzweig
                                                     Mark C. Haut
                                                     666 Fifth Avenue
                                                     New York, New York 10103
                                                     Tel: (212) 318-3000
                                                     Fax: (212) 318-3400

                                                     *Co-Counsel for AT&T*

{00398066;v1}85565323.1