**Exhibit A**

1. Proof of Claim dated January 20, 2009, filed by SBC Internet Services, Inc. against Nortel Networks, Inc. in the amount of $4,370.63 (Claim No. 69).

{00398066;v1}85565323.1