# Exhibit B

## Jefferies & Company, Inc.
### Breakdown of Expenses
### February 1, 2010 – February 28, 2010
### Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal Fees | $740.00 |
| Meals | $107.54 |
| Presentation Services | $106.00 |
| Transportation – Ground | $182.88 |
| Total | $1,136.42 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MCCARTHY TETRAULT LLP | Legal | Legal Services | 9/30/2009 | $740.00 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 10/23/2009 | $5.90 |
| PHILIP BERKOWITZ | Transportation - Ground | Car Service- Cancellation Cost (Had to Stay in NY for a Meeting) | 12/8/2009 | $108.88 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 1/10/2010 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 1/11/2010 | $9.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 1/12/2010 | $8.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 1/13/2010 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 1/20/2010 | $8.00 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 1/30/2010 | $15.30 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 2/3/2010 | $7.80 |
| J.HALISEY KENNEDY | Meals | Client Dinner (3 attendees) | 2/12/2010 | $107.54 |
| SCOTT MCNEELY | Presentation Services | Create/Edit Presentation | 2/16/2010 | $58.00 |
| SCOTT MCNEELY | Presentation Services | Create/Edit Presentation | 3/2/2010 | $28.00 |
| SCOTT MCNEELY | Presentation Services | Create/Edit Presentation | 3/2/2010 | $20.00 |
| Total: | | | | $1,136.42 |