Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
February 1, 2010 - February 28, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 44.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 20.8 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 28.8 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 32.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 21.3 |
| Paul Zangrilli | Associate, Communication Technologies Group | 24.3 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 25.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 21.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 31.3 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 26.5 |
| | **Total** | **276.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

Jefferies & Company, Inc.
February 2010

| Banker | Date | Hours | Description |
|--------|------|-------|-------------|
| *Michael Henkin* | | | |
| Michael Henkin | 2/1/2010 | 1.00 | Communication with counsel and Jefco Team re: Hearing issues; review documents |
| Michael Henkin | 2/3/2010 | 1.00 | UCC prep call; review related presentation and call with Jefco Team re: proceeds allocations |
| Michael Henkin | 2/4/2010 | 1.75 | Call with other professionals |
| Michael Henkin | 2/4/2010 | 1.25 | UCC call |
| Michael Henkin | 2/5/2010 | 1.50 | Review analyses |
| Michael Henkin | 2/9/2010 | 1.75 | Review motions,UCC presentation and analysis and related communications with Jefco Team |
| Michael Henkin | 2/10/2010 | 2.00 | Team meeting and call with creditors |
| Michael Henkin | 2/10/2010 | 1.50 | Review UCC presentations |
| Michael Henkin | 2/11/2010 | 1.50 | Review UCC documents and UCC call |
| Michael Henkin | 2/12/2010 | 1.50 | Call with other professionals.  Review related analysis |
| Michael Henkin | 2/13/2010 | 0.50 | Communicate with JEF team re M&A issues |
| Michael Henkin | 2/19/2010 | 1.00 | Communication with counsel; communication w/JEF team |
| Michael Henkin | 2/22/2010 | 0.50 | Communication w/ counsel |
| Michael Henkin | 2/22/2010 | 7.00 | Review materials; travel to NYC for meetings and hearing |
| Michael Henkin | 2/23/2010 | 0.75 | Communication with other professionals |
| Michael Henkin | 2/24/2010 | 1.00 | Review UCC call protocols |
| Michael Henkin | 2/25/2010 | 0.75 | Review order and related communication |
| Michael Henkin | 2/25/2010 | 0.75 | UCC call |
| Michael Henkin | 2/26/2010 | 6.50 | Travel and prep for hearing in Delaware |
| Michael Henkin | 2/26/2010 | 9.75 | Return from Delaware to SF |
| Michael Henkin | 2/27/2010 | 1.00 | Communication with other professionals |
| **February 2010 Summary Hours for Michael Henkin** | | **44.25** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 2/1/2010 | 2.00 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 2/3/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 2/4/2010 | 3.00 | Committee and Professionals calls, Reviewed Materials |
| Phil Berkowitz | 2/10/2010 | 1.75 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 2/11/2010 | 2.00 | M&A related and Committee calls, Reviewed Materials |
| Phil Berkowitz | 2/13/2010 | 1.00 | M&A related call |
| Phil Berkowitz | 2/16/2010 | 2.00 | M&A related call, Reviewed Materials |
| Phil Berkowitz | 2/17/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 2/18/2010 | 1.50 | Committee call, Reviewed Materials |
| Phil Berkowitz | 2/22/2010 | 2.00 | Calls, Reviewed Materials |
| Phil Berkowitz | 2/24/2010 | 1.00 | Professionals Pre-call |
| Phil Berkowitz | 2/25/2010 | 2.25 | Committee call, Reviewed Materials |
| **February 2010 Summary Hours for Phil Berkowitz** | | **20.75** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 2/1/2010 | 1.00 | Communication with other professionals |
| Hal Kennedy | 2/3/2010 | 2.00 | UCC prep call; review related presentation and call with Jefco Team re: proceeds allocations |
| Hal Kennedy | 2/4/2010 | 2.00 | UCC Call |
| Hal Kennedy | 2/4/2010 | 2.00 | UCC call w/ John Ray |
| Hal Kennedy | 2/8/2010 | 1.00 | Planning call |
| Hal Kennedy | 2/9/2010 | 1.00 | Review materials |
| Hal Kennedy | 2/10/2010 | 2.00 | Professionals Pre-call |
| Hal Kennedy | 2/10/2010 | 0.50 | Review UCC presentations |
| Hal Kennedy | 2/11/2010 | 2.00 | Review UCC documents and UCC call |
| Hal Kennedy | 2/12/2010 | 1.50 | UCC call w/ John Ray |
| Hal Kennedy | 2/16/2010 | 2.00 | Call with other professionals |
| Hal Kennedy | 2/17/2010 | 1.50 | Professionals Pre-call |
| Hal Kennedy | 2/18/2010 | 1.50 | UCC Call |
| Hal Kennedy | 2/19/2010 | 2.00 | UCC call w/ John Ray |
| Hal Kennedy | 2/22/2010 | 1.50 | C-Vas Update |
| Hal Kennedy | 2/23/2010 | 0.75 | Communication with other professionals |
| Hal Kennedy | 2/24/2010 | 1.50 | Professionals Pre-call |
| Hal Kennedy | 2/25/2010 | 2.00 | UCC call |
| Hal Kennedy | 2/26/2010 | 1.00 | Communication with other professionals |
| **February 2010 Summary Hours for Hal Kennedy** | | **28.75** | |

| Banker | Date | Hours | Description |
|--------|------|-------|-------------|
| **Leo Chang** | | | |
| Leo Chang | 2/1/2010 | 1.00 | Communication with other professionals |
| Leo Chang | 2/3/2010 | 1.00 | UCC prep call; review related presentation and call with Jefco Team re: proceeds allocations |
| Leo Chang | 2/3/2010 | 1.00 | Call with other professionals |
| Leo Chang | 2/4/2010 | 1.00 | Call with John Ray |
| Leo Chang | 2/4/2010 | 1.75 | Call with other professionals |
| Leo Chang | 2/4/2010 | 1.25 | UCC call |
| Leo Chang | 2/9/2010 | 1.00 | Call with other professionals |
| Leo Chang | 2/10/2010 | 2.00 | Team meeting and call with creditors |
| Leo Chang | 2/10/2010 | 1.50 | Review UCC presentations |
| Leo Chang | 2/11/2010 | 1.50 | Review UCC documents and UCC call |
| Leo Chang | 2/12/2010 | 1.50 | Call with other professionals. Review related analysis |
| Leo Chang | 2/15/2010 | 1.50 | Review materials |
| Leo Chang | 2/16/2010 | 2.00 | Review analysis for UCC |
| Leo Chang | 2/17/2010 | 2.00 | Call with other professionals |
| Leo Chang | 2/17/2010 | 3.00 | Meeting with other professionals |
| Leo Chang | 2/19/2010 | 1.00 | Call with other professionals |
| Leo Chang | 2/22/2010 | 4.00 | Review materials, attend meetings |
| Leo Chang | 2/23/2010 | 0.75 | Communication with other professionals |
| Leo Chang | 2/25/2010 | 2.00 | Review materials, calls with other professionals |
| Leo Chang | 2/25/2010 | 0.75 | UCC call |
| Leo Chang | 2/27/2010 | 1.00 | Communication with other professionals |
| **February 2010 Summary Hours for Leo Chang** | | **32.50** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 2/1/2010 | 2.25 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 2/2/2010 | 0.50 | Reviewed Materials |
| Gaurav Kittur | 2/3/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 2/4/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 2/9/2010 | 1.50 | Reviewed Materials |
| Gaurav Kittur | 2/10/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 2/11/2010 | 2.00 | M&A related and Committee calls, Reviewed Materials |
| Gaurav Kittur | 2/13/2010 | 1.00 | M&A related call |
| Gaurav Kittur | 2/15/2010 | 0.75 | Reviewed Materials |
| Gaurav Kittur | 2/16/2010 | 1.50 | M&A related call |
| Gaurav Kittur | 2/17/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Gaurav Kittur | 2/18/2010 | 1.75 | Committee call, Reviewed Materials |
| Gaurav Kittur | 2/22/2010 | 2.00 | Calls, Reviewed Materials |
| Gaurav Kittur | 2/24/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 2/25/2010 | 2.00 | Committee call, Reviewed Materials |
| **February 2010 Summary Hours for Gaurav Kittur** | | **21.25** | |
| | | | |
| **Paul Zangrilli** | | | |
| Paul Zangrilli | 2/1/2010 | 2.50 | Call with other professionals, Prepared Materials |
| Paul Zangrilli | 2/2/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 2/3/2010 | 1.50 | Professionals Pre-call |
| Paul Zangrilli | 2/4/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 2/8/2010 | 2.25 | Reviewed Allocation Materials |
| Paul Zangrilli | 2/9/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 2/10/2010 | 1.00 | Professionals Pre-call |
| Paul Zangrilli | 2/11/2010 | 3.00 | M&A related and Committee calls, Reviewed Materials |
| Paul Zangrilli | 2/13/2010 | 1.00 | M&A related call |
| Paul Zangrilli | 2/15/2010 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 2/16/2010 | 1.50 | M&A related call |
| Paul Zangrilli | 2/17/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Paul Zangrilli | 2/18/2010 | 1.50 | Committee call, Reviewed Materials |
| Paul Zangrilli | 2/22/2010 | 0.50 | Reviewed Materials |
| Paul Zangrilli | 2/24/2010 | 1.00 | Professionals Pre-call |
| Paul Zangrilli | 2/25/2010 | 2.00 | Committee call, Reviewed Materials |
| **February 2010 Summary Hours for Paul Zangrilli** | | **24.25** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Cary Verasco* | | | |
| Cary Verasco | 2/1/2010 | 0.50 | Review materials |
| Cary Verasco | 2/2/2010 | 0.50 | Various correspondence |
| Cary Verasco | 2/3/2010 | 1.00 | Call with creditor, internal discussions |
| Cary Verasco | 2/4/2010 | 2.50 | Review materials, various correspondence, prepare materials |
| Cary Verasco | 2/8/2010 | 2.00 | Various correspondence, review materials, update materials |
| Cary Verasco | 2/9/2010 | 2.50 | Various correspondence, review materials, call with Company advisor, call with other professionals |
| Cary Verasco | 2/10/2010 | 2.50 | Various correspondence, update materials, call with other committee advisors |
| Cary Verasco | 2/11/2010 | 1.50 | Call with other professionals |
| Cary Verasco | 2/12/2010 | 1.00 | Call with counsel, various correspondence, review materials |
| Cary Verasco | 2/13/2010 | 0.50 | Call with Company and various other professionals |
| Cary Verasco | 2/15/2010 | 0.50 | Review analysis |
| Cary Verasco | 2/16/2010 | 3.00 | Call with Company and various professionals, prepare / review / update materials, various correspondence |
| Cary Verasco | 2/17/2010 | 1.00 | Various correspondence, call with Company advisor, update materials |
| Cary Verasco | 2/18/2010 | 0.50 | Due diligence coordination, various correspondence |
| Cary Verasco | 2/19/2010 | 2.00 | Various correspondence, call with Company advisor, internal discussion |
| Cary Verasco | 2/20/2010 | 0.50 | Review materials |
| Cary Verasco | 2/23/2010 | 0.50 | Call with Company advisor, various correspondence |
| Cary Verasco | 2/24/2010 | 2.00 | Various correspondence, review materials, update materials, call with other committee advisors |
| Cary Verasco | 2/25/2010 | 1.00 | Committee call, review materials |
| **February 2010 Summary Hours for Cary Verasco** | | **25.50** | |
| | | | |
| *Gene Chen* | | | |
| Gene Chen | 2/3/2010 | 4.00 | Nortel - Professionals call, Internal analysis review,Administrative,Review materials |
| Gene Chen | 2/4/2010 | 2.00 | Nortel - Committee call |
| Gene Chen | 2/4/2010 | 2.00 | Nortel - Review materials, Internal correspondence,Admin work |
| Gene Chen | 2/11/2010 | 2.00 | Nortel - Committee call |
| Gene Chen | 2/12/2010 | 2.00 | Nortel - Review materials, various correspondence,Admin |
| Gene Chen | 2/15/2010 | 2.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 2/16/2010 | 2.00 | Nortel - Prepare analysis for UCC |
| Gene Chen | 2/17/2010 | 2.00 | Nortel - Prepare materials, Call with other professionals |
| Gene Chen | 2/17/2010 | 1.00 | Nortel - Admin |
| Gene Chen | 2/18/2010 | 0.50 | Nortel - Review materials |
| Gene Chen | 2/22/2010 | 1.00 | Nortel - Review materials,Admin work |
| Gene Chen | 2/23/2010 | 1.00 | Nortel - Review materials, prepare analysis |
| **February 2010 Summary Hours for Gene Chen** | | **21.50** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 2/1/2010 | 3.00 | Call with other professionals, Prepared Materials |
| Ryan Stuckert | 2/2/2010 | 1.00 | Reviewed Materials |
| Ryan Stuckert | 2/3/2010 | 1.50 | Professionals Pre-Call, Administrative Work |
| Ryan Stuckert | 2/4/2010 | 3.50 | Committee Call, Preparation & Review of Materials |
| Ryan Stuckert | 2/8/2010 | 3.00 | Allocation Material Preparation & Review |
| Ryan Stuckert | 2/9/2010 | 3.75 | Administrative Work, Reviewed Materials |
| Ryan Stuckert | 2/10/2010 | 1.00 | Professionals Pre-Call |
| Ryan Stuckert | 2/11/2010 | 3.50 | M&A related and Committee calls, Reviewed Materials |
| Ryan Stuckert | 2/13/2010 | 1.00 | M&A related call |
| Ryan Stuckert | 2/15/2010 | 1.50 | Reviewed Materials |
| Ryan Stuckert | 2/16/2010 | 1.50 | M& related call, Administrative Work |
| Ryan Stuckert | 2/17/2010 | 1.00 | Professionals Pre-Call, Reviewed Materials |
| Ryan Stuckert | 2/18/2010 | 2.50 | Committee Call, Reviewed Materials, Administrative Work |
| Ryan Stuckert | 2/24/2010 | 1.00 | Professionals Pre-Call |
| Ryan Stuckert | 2/25/2010 | 2.50 | Committee Call, Reviewed Materials |
| **February 2010 Summary Hours for Ryan Stuckert** | | **31.25** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 2/1/2010 | 3.00 | Call with other professionals, Prepared Materials |
| Natalie Mayslich | 2/2/2010 | 1.00 | Reviewed M&A related Materials |
| Natalie Mayslich | 2/3/2010 | 1.50 | Professionals Pre-call, Administrative |
| Natalie Mayslich | 2/4/2010 | 3.00 | Committee call, Prepared & Reviewed Allocation Materials |
| Natalie Mayslich | 2/8/2010 | 2.50 | Prepared & Reviewed Materials |
| Natalie Mayslich | 2/9/2010 | 1.00 | Administrative, Reviewed Materials |
| Natalie Mayslich | 2/10/2010 | 1.00 | Professionals Pre-call |
| Natalie Mayslich | 2/11/2010 | 3.50 | M&A related call, Reviewed Materials, Committee call |
| Natalie Mayslich | 2/13/2010 | 1.00 | M&A related call |
| Natalie Mayslich | 2/15/2010 | 1.50 | Reviewed Materials |
| Natalie Mayslich | 2/16/2010 | 1.50 | M&A related call, Administrative |
| Natalie Mayslich | 2/17/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Natalie Mayslich | 2/18/2010 | 1.50 | Committee call, Reviewed Materials |
| Natalie Mayslich | 2/22/2010 | 0.50 | Administrative, Reviewed Materials |
| Natalie Mayslich | 2/24/2010 | 1.00 | Professionals Pre-call |
| Natalie Mayslich | 2/25/2010 | 2.00 | Committee Call, Reviewed Materials |
| **February 2010 Summary Hours for Natalie Mayslich** | | **26.50** | |

19