**EXHIBIT A**

**US AGREEMENT**

hp invent — hp financial services

February 17, 2010

Nortel Networks, Inc.
220 Athens Way
Nashville, TN
USA 37228

Re: Avaya Inc.
211 Mt Airy Road
Basking Ridge, NJ
USA 07920

## PARTIAL ASSIGNMENT OF BUYOUT

Lessee Nortel Networks, Inc. ("Lessee") hereby unconditionally and irrevocably assigns its right to purchase certain printers/copiers/scanners and fax machine and associated peripherals (as more specifically described on attached Exhibit B) (The " Buyout Equipment") on lease with Hewlett-Packard Financial Services Company ("HPFS") to ASSIGNEE Avaya ("ASSIGNEE") under Schedule Nos. 100961000002USPR, 100961000003USPR and 100961000005USPR (the "Schedules") [of the Master Lease Agreement # 100961 dated March 18, 2010 by and between Lessee and HPFS (the "Master Lease")] for the amount of $ 161,929.74 US Dollars plus any applicable taxes (The "Partial Buyout Amount") and hereby authorizes ASSIGNEE to pay the same directly to HPFS by no later than April 30, 2010. Assignee hereby unconditionally and irrevocably accepts such assignment and obligation to pay timely the Partial Buyout Amount directly to HPFS. Upon ASSIGNEE's timely payment of the Partial Buyout Amount in full to HPFS, (i) the purchase option assigned to ASSIGNEE by Lessee will be deemed to have been exercised, (ii) the invoice for the Partial Buyout Amount issued by HPFS, if any, will be deemed as paid in full by HPFS, (iii) the Schedules and the Master Lease will terminate as to the Buyout Equipment only, and Lessee shall have no further payment or other obligation to either HPFS or ASSIGNEE relating to or concerning the Buyout Equipment, provided, however, that nothing contained herein shall release Lessee from any obligations to HPFS under the Master Leases or the Schedules (except indemnity obligations, which are expressly released hereby) (a) with respect to the Buyout Equipment that survive the termination of the Leases or the Schedules pursuant to the terms thereof or (b) with respect to any equipment under the Schedules that is not Buyout Equipment and provided further that Lessee is aware of no claims that would be subject to the aforesaid indemnity obligations, and (iv) HPFS will transfer title to the Buyout Equipment to ASSIGNEE "AS-IS WHERE IS" without any warranty or representation whatsoever. Although it is contemplated that the ASSIGNEE will take control of the premises in which the Buyout Equipment is located and that, any transfer of the Buyout Equipment to any other location shall be the sole responsibility of ASSIGNEE. Upon ASSIGNEE's timely payment of the Partial Buyout Amount in full to HPFS, Lessee unconditionally and irrevocably waives and disclaims any right, claim or interest it now or hereafter may have whatsoever in the Schedules to the extent they pertain to the Buyout Equipment, the Partial Buyout Amount, or against HPFS with respect to the Partial Buyout Amount or the Buyout Equipment. Notwithstanding any release of any indemnity obligation under the Master Lease or the Schedules as they relate to the Buyout Equipment, ASSIGNEE shall be responsible for and shall pay any and all sales, excise or similar taxes or governmental imposts due to any taxing authority excluding taxes based on Lessee's net income., as well as any interest accruing thereon or penalties assessed with respect thereto, that are incurred or that arise out of or in connection with the payment of the Partial Buyout Amount or this Partial Assignment of Buyout or the transactions contemplated hereby. It is further agreed that HPFS shall have no liability for any consequential, indirect or incidental damages arising from this Partial Assignment of Buyout or the transactions contemplated hereby. This Partial Assignment of Buyout shall be governed and construed by the laws of the State of New Jersey. Nothing herein shall be deemed or construed to be an assumption or rejection of the Master Lease or any of the Schedules under section 365 of the Bankruptcy Code and the parties rights with respect thereto are expressly preserved.

**IN WITNESS WHEREOF**, subject to the approval of the United States Bankruptcy Court for the District of Delaware presiding over the Chapter 11 cases of Nortel Networks, Inc. in jointly administered case number 09-10138, the parties hereto have executed this Partial Assignment and Buyout as of the date and year first above written.

Agreed and Accepted:

| LESSEE: Nortel Networks Inc | ASSIGNEE: Avaya Inc |
|---|---|
| By: [signature] | By: [signature] |
| Name: Dave Dunn | Name: Gregory L. Malony |
| Title: Leader, Real Estate | Title: GSO – Senior Manager |
| Address: 220 Athens Way Nashville, TN USA 37228 | Address: 3E – 212, 211 Mt Airy |
| | Road Basking Ridge USA 07920 |
| | |
| LESSOR: Hewlett-Packard Financial Services Company | |
| By: [signature] | |
| Name: KAREN JONES | |

KAREN JONES
OPERATIONS MANAGER
HP FINANCIAL SERVICES

#1504899 v1
108164-65321

| Title: | |
|---|---|

#1504899 v1
108164-65321

Exhibit B

**Equipment Listing:**

| Contract Number | Mfg Model Code | Mfg Model Code Desc | Serial Number | Asset Id |
|---|---|---|---|---|
| 100961000002USPR | 216-7123 | Document Feeder | | R0P2231362045 |
| 100961000002USPR | 216-7123 | Document Feeder | | R0P2231362046 |
| 100961000002USPR | 216-7123 | Document Feeder | | R0P2231362047 |
| 100961000002USPR | 216-7123 | Document Feeder | | R0P2231362048 |
| 100961000002USPR | 216-7123 | Document Feeder | | R0P2231362049 |
| 100961000002USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2231362003 |
| 100961000002USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2231362004 |
| 100961000002USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2231362005 |
| 100961000002USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2231362006 |
| 100961000002USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2231362007 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307392 | R0P2231362117 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307394 | R0P2231362118 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307401 | R0P2231362119 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307444 | R0P2231362120 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307445 | R0P2231362121 |
| 100961000002USPR | 479-1333 | SR790 1000 Sheet Finisher | 77307447 | R0P2231362122 |
| 100961000002USPR | 479-1442 | Paper Bank | 61204085 | R0P2231362061 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362029 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362030 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362031 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362032 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362033 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362034 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362035 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362036 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362037 |
| 100961000002USPR | 479-1558 | LP135n Laser Printer, 128MB, 35ppm, 1200x600dpi, NIC | [illegible] | R0P2231362038 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362110 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362111 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362112 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362113 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362114 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362115 |
| 100961000002USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2231362116 |
| 100961000002USPR | 479-1677 | LD316 Printer/Copy/Scan/Fax, 384MB, 16ppm, 600x600dpi | [illegible] | R0P2231362008 |
| 100961000002USPR | 479-1677 | LD316 Printer/Copy/Scan/Fax, 384MB, 16ppm, 600x600dpi | [illegible] | R0P2231362009 |
| 100961000002USPR | 479-1677 | LD316 Printer/Copy/Scan/Fax, 384MB, 16ppm, 600x600dpi | [illegible] | R0P2231362010 |
| 100961000002USPR | 479-1678 | LD320d Printer/Copy/Scan/Fax, 384MB, 21ppm, 600x600dpi | [illegible] | R0P2231362011 |
| 100961000002USPR | 479-1678 | LD320d Printer/Copy/Scan/Fax, 384MB, 21ppm, 600x600dpi | [illegible] | R0P2231362012 |
| 100961000002USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2231362019 |
| 100961000002USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2231362020 |
| 100961000002USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2231362021 |
| 100961000002USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2231362022 |
| 100961000002USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2231362023 |

#1504899 v1
108164-65321

| Contract Number | Mfg Model Code | Mfg Model Code Desc | Serial Number | Asset Id |
|---|---|---|---|---|
| 100961000002USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2231362013 |
| 100961000002USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2231362014 |
| 100961000002USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2231362015 |
| 100961000002USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2231362016 |
| 100961000002USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2231362017 |
| 100961000002USPR | 479-1754 | LD345 Laser Printer/Copy/Scan, 128MB, 35ppm Mono, 600x600dpi | [illegible] | R0P2231362018 |
| 100961000002USPR | 481-0457 | PS490 Paper Bank | | R0P2231362095 |
| 100961000002USPR | 481-0457 | PS490 Paper Bank | | R0P2231362096 |
| 100961000002USPR | 481-0457 | PS490 Paper Bank | | R0P2231362097 |
| 100961000002USPR | 481-0457 | PS490 Paper Bank | | R0P2231362098 |
| 100961000002USPR | 481-0457 | PS490 Paper Bank | | R0P2231362099 |
| 100961000002USPR | 481-0459 | PT280 Bin Tray | | R0P2231362100 |
| 100961000002USPR | 481-0459 | PT280 Bin Tray | | R0P2231362101 |
| 100961000002USPR | 481-0459 | PT280 Bin Tray | | R0P2231362102 |
| 100961000002USPR | 481-0459 | PT280 Bin Tray | | R0P2231362103 |
| 100961000002USPR | 481-0459 | PT280 Bin Tray | | R0P2231362104 |
| 100961000002USPR | 481-0464 | Bridge Unit | | R0P2231362040 |
| 100961000002USPR | 481-0464 | Bridge Unit | | R0P2231362041 |
| 100961000002USPR | 481-0464 | Bridge Unit | | R0P2231362042 |
| 100961000002USPR | 481-0464 | Bridge Unit | | R0P2231362043 |
| 100961000002USPR | 481-0464 | Bridge Unit | | R0P2231362044 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361981 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361982 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361983 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361984 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361985 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361986 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361987 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361988 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361989 |
| 100961000002USPR | 481-0520 | 256MB Memory Module | | R0P2231361990 |
| 100961000002USPR | 481-0662 | Bridge Unit | | R0P2231362039 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361991 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361992 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361993 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361994 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361995 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361996 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361997 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361998 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231361999 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231362000 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231362001 |
| 100961000002USPR | 481-0682 | 256MB Memory Module | | R0P2231362002 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362067 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362068 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362069 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362070 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362071 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362072 |
| 100961000002USPR | 481-0874 | Paper Feed Unit Type 4000 | | R0P2231362073 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362074 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362075 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362076 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362077 |

#1504899 v1
108164-65321



| | | | | |
|---|---|---|---|---|
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362078 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362079 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362080 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362081 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362082 |
| 100961000002USPR | 481-0886 | Paper Feed Unit 610 | | R0P2231362083 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362050 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362051 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362052 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362053 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362054 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362055 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362056 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362057 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362058 |
| 100961000002USPR | 481-0887 | Duplex Unit Type 610 | | R0P2231362059 |
| 100961000002USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2231362105 |
| 100961000002USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2231362106 |
| 100961000002USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2231362107 |
| 100961000002USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2231362108 |
| 100961000002USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2231362109 |
| 100961000002USPR | 481-0931 | Post Script 3 Option | | R0P2231362094 |
| 100961000002USPR | 481-0936 | Fax Option Type 3045 | | R0P2231362060 |
| 100961000002USPR | 481-7125 | PostScript Unit | | R0P2231362089 |
| 100961000002USPR | 481-7125 | PostScript Unit | | R0P2231362090 |
| 100961000002USPR | 481-7125 | PostScript Unit | | R0P2231362091 |
| 100961000002USPR | 481-7125 | PostScript Unit | | R0P2231362092 |
| 100961000002USPR | 481-7125 | PostScript Unit | | R0P2231362093 |
| 100961000002USPR | 481-7138 | PostScript Unit | | R0P2231362084 |
| 100961000002USPR | 481-7138 | PostScript Unit | | R0P2231362085 |
| 100961000002USPR | 481-7138 | PostScript Unit | | R0P2231362086 |
| 100961000002USPR | 481-7138 | PostScript Unit | | R0P2231362087 |
| 100961000002USPR | 481-7138 | PostScript Unit | | R0P2231362088 |
| 100961000002USPR | 481-7195 | Printer Scanner Unit | | R0P2231362024 |
| 100961000002USPR | 481-7195 | Printer Scanner Unit | | R0P2231362025 |
| 100961000002USPR | 481-7195 | Printer Scanner Unit | | R0P2231362026 |
| 100961000002USPR | 481-7195 | Printer Scanner Unit | | R0P2231362027 |
| 100961000002USPR | 481-7195 | Printer Scanner Unit | | R0P2231362028 |
| 100961000002USPR | FEEDER | Sheet Feeder | | R0P2231362062 |
| 100961000002USPR | FEEDER | Sheet Feeder | | R0P2231362063 |
| 100961000002USPR | FEEDER | Sheet Feeder | | R0P2231362064 |
| 100961000002USPR | FEEDER | Sheet Feeder | | R0P2231362065 |
| 100961000002USPR | FEEDER | Sheet Feeder | | R0P2231362066 |

| Contract Number | Mfg Model Code | Mfg Model Code Desc | Serial Number | Asset Id |
|---|---|---|---|---|
| 100961000005USPR | 216-7125 | Document Feeder | | R0P2574529314 |
| 100961000005USPR | 216-7125 | Document Feeder | | R0P2574529315 |
| 100961000005USPR | 216-7125 | Document Feeder | | R0P2574529316 |
| 100961000005USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2574529348 |
| 100961000005USPR | 479-1306 | PS480 Paper Bank, 500 Sheet | 79301980 | R0P2574529346 |
| 100961000005USPR | 479-1306 | PS480 Paper Bank, 500 Sheet | 79301983 | R0P2574529345 |
| 100961000005USPR | 479-1333 | SR790 1000 Sheet Finisher | 78104755 | R0P2574529306 |
| 100961000005USPR | 479-1333 | SR790 1000 Sheet Finisher | 78104758 | R0P2574529308 |
| 100961000005USPR | 479-1333 | SR790 1000 Sheet Finisher | 78104760 | R0P2574529307 |

#1504899 v1
108164-65321

| | | | | |
|---|---|---|---|---|
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529297 |
| 100961000005USPR | 479-1677 | Aficio MP 1600 Printer/Copy/Scan/Fax, 384MB, 16ppm, 600x600dpi | [illegible] | R0P2574529304 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2574529299 |
| 100961000005USPR | 479-1748 | Aficio MP 2510SP Laser Printer/Scan/Copy/Fax, 25ppm, 600x600dpi, NIC | [illegible] | R0P2574529293 |
| 100961000005USPR | 479-1748 | Aficio MP 2510SP Laser Printer/Scan/Copy/Fax, 25ppm, 600x600dpi, NIC | [illegible] | R0P2574529295 |
| 100961000005USPR | 479-1748 | Aficio MP 2510SP Laser Printer/Scan/Copy/Fax, 25ppm, 600x600dpi, NIC | [illegible] | R0P2574529294 |
| 100961000005USPR | 481-0457 | PS490 Paper Bank | | R0P2574529322 |
| 100961000005USPR | 481-0457 | PS490 Paper Bank | | R0P2574529323 |
| 100961000005USPR | 481-0457 | PS490 Paper Bank | | R0P2574529324 |
| 100961000005USPR | 481-0464 | BU-1027 Finisher Bridge Unit | | R0P2574529310 |
| 100961000005USPR | 481-0464 | BU-1027 Finisher Bridge Unit | | R0P2574529311 |
| 100961000005USPR | 481-0464 | BU-1027 Finisher Bridge Unit | | R0P2574529312 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | R0P2574529334 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | R0P2574529340 |
| 100961000005USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2574529330 |
| 100961000005USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2574529331 |
| 100961000005USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2574529332 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | R0P2574529338 |
| 100961000005USPR | 481-7125 | PostScript Kit | | R0P2574529352 |
| 100961000005USPR | 481-7138 | PostScript Unit | | R0P2574529318 |
| 100961000005USPR | 481-7138 | PostScript Unit | | R0P2574529319 |
| 100961000005USPR | 481-7138 | PostScript Unit | | R0P2574529320 |
| 100961000005USPR | 481-7195 | Printer Scanner Unit | | R0P2574529350 |
| 100961000005USPR | 490-1923 | LF312 Fax Machine, 15ppm, Duplex Reception, 50p ADF | [illegible] | R0P2574529302 |
| 100961000005USPR | 490-1923 | LF312 Fax Machine, 15ppm, Duplex Reception, 50p ADF | [illegible] | R0P2574529301 |
| 100961000005USPR | 493-7677 | 40MB Printer Memory | | R0P2574529342 |
| 100961000005USPR | 493-7677 | 40MB Printer Memory | | R0P2574529343 |
| 100961000005USPR | FEEDER | Sheet Feeder | | R0P2574529336 |
| 100961000005USPR | TRAY | Paper Tray | | R0P2574529326 |
| 100961000005USPR | TRAY | Paper Tray | | R0P2574529327 |
| 100961000005USPR | TRAY | Paper Tray | | R0P2574529328 |
| 100961000005USPR | 216-7149 | Automatic Document Feeder DF2000 | | R0P2574529642 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403599 | R0P2574529552 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403601 | R0P2574529546 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403602 | R0P2574529548 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403604 | R0P2574529551 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403605 | R0P2574529545 |
| 100961000005USPR | 479-1442 | Paper Bank | 70403606 | R0P2574529550 |
| 100961000005USPR | 479-1442 | Paper Bank | 70404131 | R0P2574529549 |
| 100961000005USPR | 479-1442 | Paper Bank | 70501212 | R0P2574529544 |
| 100961000005USPR | 479-1442 | Paper Bank | 70900623 | R0P2574529547 |
| 100961000005USPR | 479-1442 | Paper Bank | 70900624 | R0P2574529553 |
| 100961000005USPR | 479-1669 | Aficio MP6500SP Laser Printer/Copy/Scan/Fax, 65ppm, 512MB, 80GB HD, 1200x1200dpi | [illegible] | R0P2574529531 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529506 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529507 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529504 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529509 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529503 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529508 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529510 |
| 100961000005USPR | 479-1672 | LP226cn Laser Printer, 256MB, 26ppm Mono/Color, 1200x1200dpi, NIC | [illegible] | R0P2574529511 |
| 100961000005USPR | 479-1678 | Afico MP 2000 Printer/Copy/Scan/Fax, 384MB, 16ppm, 600x600dpi | [illegible] | R0P2574529529 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2574529525 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2574529513 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | R0P2574529524 |

#1504899 v1
108164-65321

| | | | | |
|---|---|---|---|---|
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529523 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529519 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529516 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529521 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529520 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529515 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529518 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529526 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529522 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529517 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529527 |
| 100961000005USPR | 479-1719 | LP145n Laser Printer, 128MB, 45ppm Mono, 600dpi | [illegible] | ROP2574529514 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529493 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529497 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529499 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529498 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529501 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529495 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529494 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529496 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529492 |
| 100961000005USPR | 479-1754 | Aficio MP 4500SP Laser Printer/Scan/Copy/Fax, 45ppm, 600x600dpi, NIC | [illegible] | ROP2574529500 |
| 100961000005USPR | 481-0520 | 256MB Memory Module | | ROP2574529640 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529555 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529556 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529557 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529558 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529559 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529560 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529561 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529562 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529563 |
| 100961000005USPR | 481-0662 | Bridge Unit | | ROP2574529564 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529585 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529589 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529590 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529591 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529592 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529593 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529594 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529595 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529596 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529624 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529625 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529626 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529627 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529628 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529629 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529630 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529631 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529632 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529633 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529634 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529635 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529636 |

#1504899 v1
108164-65321

| | | | | |
|---|---|---|---|---|
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529637 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529638 |
| 100961000005USPR | 481-0682 | 256MB Memory Module | | ROP2574529650 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529566 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529567 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529568 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529569 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529570 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529571 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529572 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529573 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529574 |
| 100961000005USPR | 481-0936 | Fax Option Type 3045 | | ROP2574529575 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529608 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529609 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529610 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529611 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529612 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529613 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529614 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529615 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529616 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529617 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529618 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529619 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529620 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529621 |
| 100961000005USPR | 481-7085 | PD3020 Paper Feed Unit | | ROP2574529622 |
| 100961000005USPR | 481-7125 | PostScript Kit | | ROP2574529644 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529577 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529578 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529579 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529580 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529581 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529582 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529583 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529584 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529585 |
| 100961000005USPR | 481-7177 | Post Script Unit Type 4500 | | ROP2574529586 |
| 100961000005USPR | 481-7195 | Printer Scanner Unit | | ROP2574529646 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529598 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529599 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529600 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529601 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529602 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529603 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529604 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529605 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529606 |
| 100961000005USPR | FEEDER | Sheet Feeder | | ROP2574529648 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905793 | ROP2574529536 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905796 | ROP2574529535 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905826 | ROP2574529541 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905827 | ROP2574529540 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905829 | ROP2574529534 |

#1504899 v1
108164-65321

| | | | | |
|---|---|---|---|---|
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905831 | R0P2574529539 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905832 | R0P2574529537 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 77905834 | R0P2574529538 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 78104754 | R0P2574529533 |
| 100961000005USPR | FINISHER | Document Finisher Unit | 78302454 | R0P2574529542 |

| Contract Number | Mfg Model Code | Mfg Model Code Desc | Serial Number | Asset Id |
|---|---|---|---|---|
| 100961000003USPR | 216-7123 | Document Feeder | | R0P2234268596 |
| 100961000003USPR | 479-1333 | SR790 1000 Sheet Finisher | 77607814 | R0P2234268601 |
| 100961000003USPR | 479-1748 | LD325 Laser Printer/Copy/Scan/Fax, 128MB, 25ppm Mono, 600x600dpi | [illegible] | R0P2234268594 |
| 100961000003USPR | 481-0457 | PS490 Paper Bank | | R0P2234268598 |
| 100961000003USPR | 481-0464 | Bridge Unit | | R0P2234268595 |
| 100961000003USPR | 481-0682 | 256MB Memory Module | | R0P2234268603 |
| 100961000003USPR | 481-0929 | R-C4 Fax Unit Type 3030 | | R0P2234268600 |
| 100961000003USPR | 481-7138 | PostScript Unit | | R0P2234268597 |

#1504899 v1
108164-65321