## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing (I) The Termination Of Certain Leases With Hewlett Packard Financial Services** *Nunc Pro Tunc* **To February 17, 2010, And (II) The Assignment To Avaya Inc. Of Certain Rights Thereto** was caused to be made on April 19, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Dated:  April 19, 2010

_____

Alissa T. Gazse (No. 5338)

**VIA FIRST CLASS MAIL**

Avaya Inc.
211 Mt Airy Road
Basking Ridge NJ  07920

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310

Karen Jones (HPFS)
Manager Canadian Operations
Hewlett-Packard (Canada) Co.
5150 Spectrum Way
Mississauga, Ontario  L4W 5G1
Canada

3505826.1