IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------------------x
                                                              )
In re:                                                        )   Chapter 11
                                                              )
NORTEL NETWORKS INC.                                          )   Case No. 09-10138 (KG)
                                                              )
                                                              )
                                                              )
        Debtor.                                               )   (Jointly Administered)
---------------------------------------------------------------------------x


NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)


1.   TO:            **RIVERSIDE CLAIMS, LLC** ("Transferor")
                    PO Box 626
                    Planetarium Station
                    New York, NY 10024

2.   Please take notice of the transfer in the amount of $479,290.00 of your claims against NORTEL NETWORKS INC., Case No. 09-10138 (KG) arising from and relating to Claim No. 7076 (attached in Exhibit A hereto), to:

                    **MONARCH MASTER FUNDING LTD** ("Transferee")
                    C/O Monarch Alternative Capital LP
                    535 Madison Avenue
                    26TH FLOOR
                    New York  NY 10022
                    Telephone:  (212) 554-1743
                    Facsimile:  1-(866)-741-3564
                    Attn:  Michael Gillin
                    Email:  michael.gillin@monarchlp.com

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit C.

3.    No action is required if you do not object to the transfer of your claims.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

            United States Bankruptcy Court

        Southern District of New York
        Attn: Clerk of Court
        Alexander Hamilton Custom House
        One Bowling Green
        New York, NY 10004-1408

\-\-      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

\-\-      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                              CLERK

-------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_  Transferee \_\_\_  Debtor's Attorney \_\_\_

                      _____
                      Deputy Clerk

**EXHIBIT A**

**PROOF OF CLAIM**

Feb 08 10 02:03p    SPELFOGEL                                    516 766 2032            p.2

OFF[ICIAL] COPY

## Section 503(b)(9) Claim Request Form
Nortel Networks Inc., et al.
Case No. 09-10138
Chapter 11 Jointly Administered

Claimants should submit a signed original Section 503(b)(9) Claim Request asserting such Section 503(b)(9) Claim, together with accompanying documentation, by mail, hand-delivery, or overnight courier, to the following address:

| If by Mail: | If by Hand-Delivery or Overnight Courier: |
|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

With copies to Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: James Bromley and Lisa Schweitzer)

Debtor against which claim is asserted: (Check One)

| ☒ Nortel Networks Inc. | Case No. 09-10138 | ☐ Nortel Networks Application Management Solutions Inc. | Case No. 09-10146 |
|---|---|---|---|
| ☐ Nortel Networks Capital Corporation | Case No. 09-10139 | ☐ Nortel Networks Optical Components Inc. | Case No. 09-10147 |
| ☐ Alteon WebSystems, Inc. | Case No. 09-10140 | ☐ Nortel Networks HPOCS Inc. | Case No. 09-10148 |
| ☐ Alteon WebSystems International, Inc. | Case No. 09-10141 | ☐ Architel Systems (U.S.) Corporation | Case No. 09-10149 |
| ☐ Xros, Inc. | Case No. 09-10142 | ☐ Nortel Networks International Inc. | Case No. 09-10150 |
| ☐ Sonoma Systems | Case No. 09-10143 | ☐ Northern Telecom International Inc. | Case No. 09-10151 |
| ☐ Qtera Corporation | Case No. 09-10144 | ☐ Nortel Networks Cable Solutions Inc. | Case No. 09-10152 |
| ☐ CoreTek, Inc. | Case No. 09-10145 | | |

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket # 590), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Epiq Bankruptcy Solutions, LLC at one of the above-referenced addresses on or prior to the bar date established for section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by courier service, hand delivery or mail. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Epiq Bankruptcy Solutions, LLC.

Name of Creditor:
*(The person or other entity to whom the debtor owes money or property)*
**Jaco Electronics, Inc.**

Name and Address Where Notices Should be Sent:
**145 Oser Avenue**
**Hauppauge, N.Y. 11788**
Telephone No.: **(516) 766-2496**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have asserted a reclamation demand for any of the goods referenced on this claim form. Attach statement identifying any such goods.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____

Check here ☒ replaces claim # **6820** dated **1/21/10**
if this claim ☒ amends a previously filed claim, dated **2/3/09**
claim # **392**

1. BASIS FOR CLAIM (check all that apply)
   ☒ Goods sold within 20 days of the commencement of the case. Value of Goods: $ **479,290**
   ☐ Goods were sold in the ordinary course of the Debtor's business.

2. DATE DEBT WAS INCURRED: **12/30/08**

3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ **479,290**
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. BRIEF DESCRIPTION OF CLAIM AND GOODS (Attach Particular Invoices For Which Any of the Amounts Described in this Form was Applied): **Electronic components; Semi transceivers**

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as invoices, receipts, bills of lading, promissory notes, purchase orders, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

8. ORDINARY COURSE CERTIFICATION: By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

FEB 05 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date **2/4/10** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Wendy Spelfogel, Esq.*
Wendy Spelfogel,
In-House Counsel

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

## EVIDENCE OF TRANSFER OF CLAIM

Riverside Claims LLC (the ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Monarch Master Funding Ltd, with a mailing address of C/O Monarch Alternative Capital LP, 535 Madison Avenue, 26th Floor, New York, NY 10022, Attn: Michael Giflin, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 7076 against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 29 day of MARCH 2010.

**ASSIGNOR:**

RIVERSIDE CLAIMS LLC

By: _____
Name: NEIL HENDERWITZ
Title: MANAGING MEMBER

**ASSIGNEE:**

MONARCH MASTER FUNDING LTD
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

Riverside Claims LLC (the ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Monarch Master Funding Ltd**, with a mailing address of C/O Monarch Alternative Capital LP, 535 Madison Avenue, 26th Floor, New York, NY 10022, Attn: Michael Gillin, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 7076 against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 29 day of March 2010.

**ASSIGNOR:**

RIVERSIDE CLAIMS LLC

By:_____
Name:
Title:

**ASSIGNEE:**

MONARCH MASTER FUNDING LTD
By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name: Christopher Santana
Title: Managing Principal

**EXHIBIT C**

<u>Address for Notices</u>:

Monarch Master Funding LTD
C/O Monarch Alternative Capital LP
535 Madison Avenue
26TH FLOOR
New York  NY 10022
Attn:  Michael Gillin
Email:  michael.gillin@monarchlp.com
Phone: (212) 554-1743
Fax: 1-(866)-741-3564

CC Copy to:  Documentation on all Trades
Nirmala Matai
Fax:  (212) 339-0945
Email: monarch@imsi.com

<u>Wire Instructions</u>:

<u>USD Wire Instructions:</u>

Chase Manhattan Bank, N.Y.
ABA# 021-000-021
A/C Name: Monarch Master Funding Ltd
A/C# 739-152-610
Ref: NORTEL