UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-10138 |
| Nortel Networks Inc | Chapter 11 |
| Debtor. | |

NOTICE OF **WITHDRAWAL** OF TRANSFER

On or about April 12, 2010, we filed a Notice of Transfer (Agreement 3001 (e)2) with the Court in reference to the creditor Coface North America (docket # 2859). We are hereby **withdrawing** the Notice of Transfer, as a new Notice of Transfer (Agreement 3001 (e)2) will be filed as a replacement. If you have any further questions, you can contact us as indicated below.

_____

Neil Herskowitz, Managing Member
RIVERSIDE CLAIMS, LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540
212-501-0990
212-501-7088 (Fax)