B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Nortel Networks, Inc.                     ,          Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Riverside Claims, LLC | Coface North America Insurance Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PO BOX 626
Planetarium Station, New York, NY 10024

Court Claim # (if known): 392
Amount of Claim: $479,290.00
Date Claim Filed: 02/13/2009

Phone: 212-501-0990
Last Four Digits of Acct #: _____

Phone: 631-273-5500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____             Date: 04/12/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Coface North America Insurance Company(the ("Assignor"), a Massachusetts corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against Nortel Networks Inc. (the "Claim") in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 24 day of MARCH 2010.

ASSIGNOR:

COFACE NORTH AMERICA
INSURANCE COMPANY

By: [signature]
Name: MICHAEL S. HARASEK
Title: ASST. VICE PRESIDENT

ASSIGNEE:

RIVERSIDE CLAIMS LLC

By: [signature]
Name: Neil Horshowitz
Title: Managing Member

B   (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT     District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Nortel Networks Inc. | Case Number<br>09-10138 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jaco Electronics Inc.

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent:

c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520

Court Claim Number: _____
(*If known*)

Telephone number:
(609) 469-0459

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case

1. Amount of Claim as of Date Case Filed:     $     479,290.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:     goods sold
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:     9773

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $ _____    Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____    Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted orders, invoices, itemized statements... promissory notes, purchase and security agreements. [perfection of...facted" on reverse side.]
You may also attach a summary... a security interest. You may al...

DO NOT SEND ORIGINAL I... STROYED AFTER
SCANNING.

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000000392

If the documents are not available, please explain:

Date: 01/27/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Amy Schmidt as agent    *Amy Schmidt*

FOR COURT USE ONLY
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK
2009 FEB 13 AM 9:15

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.