IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re                                                            : Chapter 11
                                                                 :
Nortel Networks Inc., et al.,[1]                                 : Case No. 09-10138 (KG)
                                                                 :
                    Debtors.                                     : Jointly Administered
                                                                 :
---------------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2765

PLEASE TAKE NOTICE that on March 26, 2010, Linklaters LLP (the "Linklaters") filed and Morris, Nichols, Arsht & Tunnell LLP, (the "Morris Nichols") served Linklaters' **First Monthly Application Of Linklaters LLP As U.K. Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 26, 2010 Through February 28, 2010** (the "Application") (D.I. 2765).

PLEASE TAKE FURTHER NOTICE that shortly after filing and serving the Application, the U.S. Trustee (the "UST") informally objected to the Application. Linklaters has adjusted its fees in accordance with an agreement with the UST, thereby reducing its fees by $5,000.00.

PLEASE TAKE FURTHER NOTICE that the undersigned certifies that Morris Nichols has received no further answer, objection or other responsive pleading to the Application and has caused a review of the Court's docket in this case and that no further answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3505920.2

to the Application were to be filed and served no later than April 15, 2010 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $390,446.16[2] | $123,294.48 | $312,356.93 | $435,651.41 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[2]  Pursuant to the agreement with the UST, Linklaters has reduced its fees by $5,000.00.

3505920.2

WHEREFORE, the Debtors respectfully request that the Application be approved pursuant to the agreement between the parties in this certificate of no objection.

Dated: April 21, 2010
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley
          Lisa M. Schweitzer
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          _____
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Alissa T. Gazze (No. 5338)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and Debtors In Possession

3505920.2