# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/10/2010 | Brian Heinimann | Airfare | Airfare to client site and return flight: Southwest: MDW / RDU 03/15/2010 to 03/19/2010. | 401.40 |
| 3/11/2010 | Brian Heinimann | Airfare | Airfare to client site and return flight: Southwest: MDW / RDU 03/22/2010 to 03/25/2010. | 331.40 |
| 3/19/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 03/29/2010 to 04/02/2010. | 354.40 |
| 3/26/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 04/05/2010 to 04/09/2010. | 401.10 |
| 3/3/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 3/8-3/12.: United: ORD/RDU 03/08/2010 to 03/12/2010. | 472.40 |
| 3/11/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 3/15-3/19.: United: ORD/RDU 03/15/2010 to 03/19/2010. | 987.40 |
| 3/11/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 3/22-3/26.: United: ORD/RDU 03/22/2010 to 03/26/2010. | 259.40 |
| 3/19/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 3/29-4/2.: United: ORD/RDU 03/29/2010 to 04/02/2010. | 283.40 |
| 3/25/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 4/5-4/9: United: ORD/RDU 04/05/2010 to 04/09/2010. | 310.39 |
| 3/4/2010 | Joseph J. McKenna | Airfare | CONTINENTAL AIRLINES CHICAGO   IL: Airfare while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR / RDU 03/08/2010 to 03/11/2010. | 459.90 |
| 3/10/2010 | Joseph J. McKenna | Airfare | CONTINENTAL AIRLINES CHICAGO   IL: Airfare while traveling on Nortel engagement.: CONTINENTAL AIRLINES: EWR / RDU 03/15/2010 to 03/18/2010. | 459.90 |
| 3/17/2010 | Joseph J. McKenna | Airfare | Airfare from/to LGA/RDU while traveling on Nortel engagement.: DELTA AIR LINES CHICAGO   IL: DELTA AIR LINES: LGA/RDU 03/22/2010 to 03/25/2010. | 510.60 |
| 3/23/2010 | Joseph J. McKenna | Airfare | Airfare from/to LGA/RDU while traveling on Nortel engagement.: DELTA AIR LINES CHICAGO   IL: DELTA AIR LINES: LGA/RDU 03/29/2010 to 04/01/2010. | 359.87 |
| 3/4/2010 | Lee A. Sweigart | Airfare | DELTA AIR LINES   CHICAGO   IL: IND / RDU for work on Nortel: DELTA AIR LINES: IND/RDU 03/08/2010 to 03/11/2010. | 544.40 |
| 3/19/2010 | Matthew J. Fisher | Airfare | Transportation to Raleigh/Durham, NC to visit Debtors' office: United: ORD/RDU 03/15/2010 to 03/19/2010. | 991.37 |
| 3/25/2010 | Matthew J. Fisher | Airfare | Transportation to Raleigh/Durham, NC to visit Debtors' office: Southwest: MDW/RDU 03/22/2010 to 03/25/2010. | 272.40 |
| 3/29/2010 | Matthew J. Fisher | Airfare | Transportation to Raleigh/Durham, NC to visit Debtors' office: Southwest: MDW/RDU 03/29/2010 to 04/01/2010. | 414.40 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/3/2010 | Michael E. Scannella | Airfare | Flight for travel on Nortel.: Continental: EWR/RDU 03/08/2010 to 03/11/2010. | 459.90 |
| 3/11/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 03/15/2010 to 03/18/2010. | 459.90 |
| 3/17/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/RDU 03/22/2010 to 03/25/2010. | 459.90 |
| 3/25/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 04/05/2010 to 04/08/2010. | 537.27 |
| 3/1/2010 | Brian Heinimann | Ground Transportation | Cab to hotel from airport: RDU Cab: RDU / Sheraton. | 20.00 |
| 3/1/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW to catch flight to visit client: Yellow Cav: Residence / MDW. | 40.00 |
| 3/4/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residence after flight from client: Yellow Cab: MDW / Residence. | 40.00 |
| 3/8/2010 | Brian Heinimann | Ground Transportation | Cab from office to MDW to catch flight to visit client: Yellow Cab: Office / MDW. | 30.00 |
| 3/8/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residences for B. Heinimann and M. Fisher after cancelled flight to client: Yellow Cab: MDW / Residence. | 45.00 |
| 3/15/2010 | Brian Heinimann | Ground Transportation | Cab to hotel from airport: RDU Cab: RDU / Sheraton. | 20.00 |
| 3/15/2010 | Brian Heinimann | Ground Transportation | Cab from residence to airport: Yellow Cab: Residence / MDW. | 40.00 |
| 3/19/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from client: Yellow Cab: MDW / Residence. | 40.00 |
| 3/22/2010 | Brian Heinimann | Ground Transportation | Cab from airport to hotel for B. Heinimann and M. Fisher: RDU Cab: RDU / Sheraton. | 20.00 |
| 3/22/2010 | Brian Heinimann | Ground Transportation | Cab from residence to airport: Yellow Cab: Residence / MDW. | 40.00 |
| 3/25/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to client site: Yellow Cab: MDW / Residence. | 40.00 |
| 3/29/2010 | Brian Heinimann | Ground Transportation | Cab from airport to hotel for B. Heinimann and M. Fisher: RDU Cab: RDU / Sheraton. | 20.00 |
| 3/29/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to client site: Yellow Cab: Residence / MDW. | 40.00 |
| 3/1/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 3/1/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in RTP, NC.: Cab: RDU / Sheraton Imperial. | 20.00 |
| 3/5/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 3/5/2010 | Coley P. Brown | Ground Transportation | Cab ride from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU. | 20.00 |
| 3/8/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in RTP, NC.: Cab: RDU / Sheraton Imperial. | 20.00 |
| 3/8/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 3/12/2010 | Coley P. Brown | Ground Transportation | Cab ride from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU. | 20.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---:|
| 3/12/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 3/15/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 3/15/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in RTP, NC.: Cab: RDU / Sheraton Imperial. | 20.00 |
| 3/19/2010 | Coley P. Brown | Ground Transportation | Cab ride from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU. | 20.00 |
| 3/19/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 3/22/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 3/26/2010 | Coley P. Brown | Ground Transportation | Cab ride from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 3/26/2010 | Coley P. Brown | Ground Transportation | Cab ride from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU. | 20.00 |
| 3/29/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 3/29/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in RTP, NC.: Cab: RDU / Sheraton Imperial. | 20.00 |
| 3/12/2010 | James Lukenda | Ground Transportation | Nortel-subway to/from CGS: MTA: NYC. | 4.50 |
| 3/1/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car from New York Office to Newark Airport (EWR) for two associates traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: New York Office to EWR. | 71.50 |
| 3/4/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car to residence in Lower Manhattan from Newark Airport (EWR) while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: EWR to NYC. | 66.00 |
| 3/8/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car from residence in Lower Manhattan to Newark Airport (EWR) while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: NYC to EWR. | 70.60 |
| 3/11/2010 | Joseph J. McKenna | Ground Transportation | DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Car to residence in Lower Manhattan from Newark Airport (EWR) while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: EWR to NYC. | 68.00 |
| 3/15/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to EWR while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: Lower Manhattan / EWR. | 66.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/18/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in Lower Manhattan from EWR while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: EWR to Lower Manhattan. | 68.00 |
| 3/22/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to LGA while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: NYC / LGA. | 53.50 |
| 3/25/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in Lower Manhattan from LGA while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA / NYC. | 48.00 |
| 3/29/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to LaGuardia Airport while traveling on Nortel engagement.: NY Black Car: Manhattan / LGA. | 65.00 |
| 3/15/2010 | Matthew J. Fisher | Ground Transportation | Transportation to airport: Taxi: 1464 S. Michigan/ORD airport. | 49.00 |
| 3/19/2010 | Matthew J. Fisher | Ground Transportation | Transportation to residence: Taxi: ORD airport/1464 S. Michigan. | 49.00 |
| 3/22/2010 | Matthew J. Fisher | Ground Transportation | Transportation to airport: Taxi: 1464 S. Michigan/MDW airport. | 35.00 |
| 3/25/2010 | Matthew J. Fisher | Ground Transportation | Transportation to residence: Taxi: MDW airport/1464 S. Michigan. | 35.00 |
| 3/29/2010 | Matthew J. Fisher | Ground Transportation | Transportation to airport: Taxi: 1464 S. Michigan/MDW airport. | 35.00 |
| 3/4/2010 | Michael E. Scannella | Ground Transportation | Transportation after travel for Nortel.: Dial 7: EWR/Jersey City. | 60.00 |
| 3/5/2010 | Michael E. Scannella | Ground Transportation | Cab home after working late on Nortel matters.: Taxi: Jersey City. | 15.00 |
| 3/8/2010 | Michael E. Scannella | Ground Transportation | Car service to airport for travel on Nortel matters.: Dial 7: Jersey City/EWR. | 60.00 |
| 3/11/2010 | Michael E. Scannella | Ground Transportation | Car service home after working on Nortel.: Dial 7: EWR/Jersey City. | 60.00 |
| 3/18/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR/Jersey City. | 64.00 |
| 3/22/2010 | Michael E. Scannella | Ground Transportation | Car service from home to airport.: Dial 7: Jersey City/EWR. | 65.00 |
| 3/22/2010 | Michael E. Scannella | Ground Transportation | Taxi from airport to hotel: RDU Taxi: RDU/Sheraton. | 16.00 |
| 3/23/2010 | Michael E. Scannella | Ground Transportation | Taxi from hotel to office.: Taxi: Sheraton/Nortel Office. | 15.00 |
| 3/25/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR/Jersey City. | 64.00 |
| 3/4/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site in Raleigh: Sheraton: Raleigh 03/01/2010 to 03/04/2010, 3 nights. | 460.68 |
| 3/19/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site: Sheraton: Raleigh 03/15/2010 to 03/19/2010, 4 nights. | 614.24 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/25/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay week ending 03/25, room and tip: Sheraton Imperial: Raleigh - Durham 03/22/2010 to 3/25/2010, 3 nights. | 470.68 |
| 3/5/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel from 3/1-3/5 (4 nights).: Sheraton Imperial: Raleigh 03/01/2010 to 03/05/2010. | 634.24 |
| 3/8/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh, NC from 3/8-3/12 (4 nights).: Sheraton Imperial: Raleigh 03/08/2010 to 03/12/2010. | 634.24 |
| 3/19/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 3/15-3/19 (4 nights).: Sheraton Imperial: Raleigh 03/15/2010 to 03/19/2010. | 634.24 |
| 3/26/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial Hotel in Raleigh for week of 3/22-3/2 (4 nights).: Sheraton Imperial Hotel: Raleigh 03/22/2010 to 03/26/2010. | 634.24 |
| 3/5/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while working at Nortel site.: Sheraton Imperial Hotel: DURHAM 03/01/2010 to 03/04/2010, 3 nights. | 460.68 |
| 3/12/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while working at Nortel site.: Sheraton Imperial Hotel: DURHAM 03/08/2010 to 03/11/2010, 3 nights. | 460.68 |
| 3/19/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM 03/15/2010 to 03/18/2010, 3 nights. | 460.68 |
| 3/26/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM 03/22/2010 to 03/25/2010, 3 nights. | 460.68 |
| 3/5/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel stay in RTP for work on Nortel: IMPERIAL HOTEL GROUP INC: DURHAM 03/01/2010 to 03/04/2010, 3 nights. | 460.68 |
| 3/12/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel stay in RTP for work on Nortel: IMPERIAL HOTEL GROUP INC: DURHAM 03/08/2010 to 03/11/2010, 3 nights. | 460.68 |
| 3/19/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in Raleigh/Durham, NC during visit to Debtors' office: Sheraton Imperial Hotel: Durham, NC 03/15/2010 to 3/19/2010, 4 nights. | 634.24 |
| 3/25/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging near Debtor's office: Sheraton Imperial Hotel: Durham, NC 03/22/2010 to 03/25/2010, 3 nights. | 480.68 |
| 3/31/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in Raleigh/Durham, NC during visit to Debtors' office: Sheraton Imperial Hotel: Durham, NC 03/29/2010 to 4/1/2010, 3 nights. | 480.68 |
| 3/4/2010 | Michael E. Scannella | Hotel/Lodging | Hotel whilte traveling for Nortel, room + tip.: Sheraton Imperial: RTP 03/01/2010 to 03/04/2010, 3 nights. | 470.68 |
| 3/11/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while traveling for client, room + tip, 3 nights.: Sheraton Imperial: RTP 03/08/2010 to 03/11/2010. | 470.68 |
| 3/18/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton: RTP 03/15/2010 to 03/18/2010, 3 nights. | 470.68 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/25/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton: Durham 03/22/2010 to 03/25/2010, 3 nights. | 470.68 |
| 3/1/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann at Sheraton while visiting client site: Sheraton: Raleigh, 1 person. | 19.25 |
| 3/2/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 5.15 |
| 3/3/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 5.15 |
| 3/4/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann in Raleigh airport en route to residence from client site: Greenleaf's: Raleigh, 1 person. | 18.56 |
| 3/4/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 5.15 |
| 3/8/2010 | Brian Heinimann | Meals | Travel meal in MDW airport while en route to client site: Pot Belly's: Chicago, 1 person. | 9.55 |
| 3/15/2010 | Brian Heinimann | Meals | Dinner in MDW airport while en route to client site: Potbelly's Restaurant: Chicago, 1 person. | 8.65 |
| 3/16/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 3.73 |
| 3/17/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 2.72 |
| 3/18/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Sheraton: Raleigh, 1 person. | 3.73 |
| 3/18/2010 | Brian Heinimann | Meals | Dinner while visiting client: Champ's: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, Coley P. Brown, 3 people. | 125.27 |
| 3/19/2010 | Brian Heinimann | Meals | Meal in airport en route to residence after visit to client: Greenleaf Cafe: Raleigh, 1 person. | 14.33 |
| 3/22/2010 | Brian Heinimann | Meals | Dinner B. Heinimann and M. Fisher night of 03/22: Sheraton Imperial: Raleigh - Durham, 2 people. | 84.00 |
| 3/23/2010 | Brian Heinimann | Meals | Breakfast while visiting client: Sheraton Imperial: Raleigh - Durham, 1 person. | 5.15 |
| 3/23/2010 | Brian Heinimann | Meals | Meal while visiting client site: MEZ: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, Coley P. Brown, Michael E. Scannella, Joseph J. McKenna, 5 people. | 159.85 |
| 3/24/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann 3/24: Mez: Raleigh, 1 person. | 22.68 |
| 3/24/2010 | Brian Heinimann | Meals | Breakfast while visiting client: Sheraton Imperial: Raleigh - Durham, 1 person. | 4.50 |
| 3/25/2010 | Brian Heinimann | Meals | Breakfast in Nortel cafe for B. Heinimann: Nortel: Raleigh-Durham, 1 person. | 7.55 |
| 3/26/2010 | Brian Heinimann | Meals | Meal at Greenleaf Cafe in RDU Airport en route to residence after visit to client: Greenleaf Cafe: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 21.44 |
| 3/1/2010 | Coley P. Brown | Meals | Dinner at ORD for Coley Brown (1 person) while traveling on Nortel.: ORD Fresh Cafe: Chicago. | 21.67 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/4/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel for Coley Brown (1 person).: Sheraton Imperial: Raleigh, 1 person. | 44.45 |
| 3/5/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP cafe for Coley Brown (1 person) for week of 3/1-3/5.: Nortel Cafe: Raleigh, 4 days. | 24.00 |
| 3/8/2010 | Coley P. Brown | Meals | Dinner at ORD for Coley Brown (1 person) while traveling on Nortel.: ORD Fresh Cafe: Chicago. | 20.39 |
| 3/11/2010 | Coley P. Brown | Meals | Dinner at Randy's Pizza for Coley Brown (1 person).: Randy's Pizza: Raleigh. | 35.12 |
| 3/12/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP cafe for Coley Brown (1 person) for week of 3/8-3/12.: Nortel Cafe: Raleigh, 4 days. | 24.00 |
| 3/15/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago. | 22.88 |
| 3/19/2010 | Coley P. Brown | Meals | Breakfast at Nortel RTP cafe for Coley Brown (1 person) for week of 3/15-3/19.: Nortel Cafe: Raleigh, 4 days. | 24.00 |
| 3/22/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago. | 20.14 |
| 3/24/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh. | 24.11 |
| 3/25/2010 | Coley P. Brown | Meals | Dinner room service for Coley Brown (1 person).: Sheraton Imperial Hotel: Raleigh. | 37.95 |
| 3/29/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago. | 21.54 |
| 3/1/2010 | Joseph J. McKenna | Meals | Dinner while waiting for flight during Nortel engagement.: Newark Brew House: Newark, NJ, 1 person. | 11.49 |
| 3/2/2010 | Joseph J. McKenna | Meals | A2 STARBUCKS A422269 NEWARK NJ: Breakfast while working at Nortel site.: Starbucks: NEWARK, 1 person. | 5.29 |
| 3/3/2010 | Joseph J. McKenna | Meals | Breakfast while working at Nortel site.: Nortel Cafeteria: Durham, NC, 1 person. | 6.39 |
| 3/4/2010 | Joseph J. McKenna | Meals | Breakfast while working at Nortel site.: Nortel Cafeteria: Durham, NC, 1 person. | 6.66 |
| 3/9/2010 | Joseph J. McKenna | Meals | Breakfast while working at Nortel site.: Nortel Cafeteria: Durham, NC, 1 person. | 7.17 |
| 3/10/2010 | Joseph J. McKenna | Meals | Breakfast while working at Nortel site.: Nortel Cafeteria: Durham, NC, 1 person. | 6.11 |
| 3/10/2010 | Joseph J. McKenna | Meals | MEZ DURHAM NC: Team dinner while traveling on Nortel engagement (3 employees).: Mez Restaurant: DURHAM, NC Attendees: Joseph J. McKenna, Coley P. Brown, Michael E. Scannella. | 110.24 |
| 3/11/2010 | Joseph J. McKenna | Meals | Breakfast while working at Nortel site.: Nortel Cafeteria: Durham, NC, 1 person. | 8.51 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/12/2010 | Joseph J. McKenna | Meals | Hotel room service while working at Nortel site.: Sheraton Imperial Hotel: DURHAM, 1 person. | 21.35 |
| 3/16/2010 | Joseph J. McKenna | Meals | Dinner at Mez while traveling on Nortel engagement.: MEZ DURHAM NC: Mez Restaurant: DURHAM Attendees: Joseph J. McKenna, Coley P. Brown, Brian Heinimann, Michael E. Scannella, Matthew J. Fisher, 5 people. | 123.27 |
| 3/17/2010 | Joseph J. McKenna | Meals | Breakfast on site while working on Nortel engagement.: CAROLINA BARBE453108 CHARLOTTE NC: Nortel Cafeteria: Durham, 1 person. | 5.89 |
| 3/22/2010 | Joseph J. McKenna | Meals | Dinner at airport while traveling on Nortel engagement.: FOX SPORTS BAR440253 FLUSHING NY: HMSHOST-LGA-AIRPT: FLUSHING, 1 person. | 36.45 |
| 3/23/2010 | Joseph J. McKenna | Meals | Breakfast on site while working on Nortel engagement.: CAROLINA BARBE453108 CHARLOTTE NC: Nortel Cafeteria: Durham, 1 person. | 6.75 |
| 3/25/2010 | Joseph J. McKenna | Meals | Dinner at airport while traveling on Nortel engagement.: CAROLINA BARBE453108 CHARLOTTE NC: HMSHOST: Raleigh, 1 person. | 16.70 |
| 3/25/2010 | Joseph J. McKenna | Meals | Breakfast on site while working on Nortel engagement.: CAROLINA BARBE453108 CHARLOTTE NC: Nortel Cafeteria: Durham, 1 person. | 6.61 |
| 3/30/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement.: Mez Restaurant: Durham, NC Attendees: Joseph J. McKenna, Brian Heinimann, Coley P. Brown, Matthew J. Fisher, 4 people. | 122.36 |
| 3/31/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafeteria: Durham, NC, 1 person. | 5.78 |
| 3/1/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Champps: IND, 1 person. | 14.11 |
| 3/4/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport: Brookwood BBQ: RDU, 1 person. | 19.22 |
| 3/5/2010 | Lee A. Sweigart | Meals | Room service in RTP for work on Nortel: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 43.25 |
| 3/8/2010 | Lee A. Sweigart | Meals | BONEFISH CARY NC: Dinner in RTP: BONEFISH-CARY 9404: CARY, 1 person. | 50.00 |
| 3/8/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Starbucks: IND, 1 person. | 5.29 |
| 3/10/2010 | Lee A. Sweigart | Meals | Dinner - Room service: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 37.47 |
| 3/11/2010 | Lee A. Sweigart | Meals | 42ND STREET BA678126 RALEIGH NC: Dinner at RDU airport - 42nd St Oyster Bar: HMS HOST CORP: RALEIGH, 1 person. | 42.95 |
| 3/11/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe - 3/8-3/11: Nortel: RTP, 1 person. | 20.16 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/11/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe - week of 3/1-3/4: Nortel: RTP, 1 person. | 11.39 |
| 3/31/2010 | Matthew J. Fisher | Meals | Dinner at hotel: Sheraton Imperial Hotel: Durham, NC Attendees: Matthew J. Fisher, Brian Heinimann, 2 people. | 100.00 |
| 3/31/2010 | Matthew J. Fisher | Meals | Dinner out of town: P.F. Chang's: Durham, NC Attendees: Matthew J. Fisher, Coley P. Brown, Joseph J. McKenna, Brian Heinimann, 4 people. | 104.27 |
| 3/1/2010 | Michael E. Scannella | Meals | Team dinner while traveling for Nortel.: Bud Brewhouse: EWR Attendees: Michael E. Scannella, Joseph J. McKenna, 2 people. | 70.00 |
| 3/2/2010 | Michael E. Scannella | Meals | Team dinner while traveling for Nortel.: Sansui: RTP Attendees: Michael E. Scannella, Brian Heinimann, Coley P. Brown, Lee A. Sweigart, Joseph J. McKenna, 5 people. | 250.00 |
| 3/2/2010 | Michael E. Scannella | Meals | Breakfast while traveling for Nortel.: Nortel Cafe: RTP, 1 person. | 6.43 |
| 3/3/2010 | Michael E. Scannella | Meals | Team dinner while traveling.: Randy's Pizza: RTP Attendees: Michael E. Scannella, Coley P. Brown, Lee A. Sweigart, Brian Heinimann, Joseph J. McKenna, 5 people. | 79.70 |
| 3/3/2010 | Michael E. Scannella | Meals | Breakfast whilte traveling for Nortel.: Nortel Cafe: RTP, 1 person. | 5.31 |
| 3/4/2010 | Michael E. Scannella | Meals | Breakfast whilte traveling for Nortel.: Nortel Cafe: RTP, 1 person. | 6.43 |
| 3/4/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight.: Popeye's: RDU, 1 person. | 7.26 |
| 3/8/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight.: Hudson: EWR, 1 person. | 9.69 |
| 3/9/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 6.03 |
| 3/9/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 4 people.: The Pit: Raleigh Attendees: Michael E. Scannella, Joseph J. McKenna, Lee A. Sweigart, Coley P. Brown. 4 people. | 200.00 |
| 3/10/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 6.39 |
| 3/11/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 6.59 |
| 3/11/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight.: Great American Bagel: RDU, 1 person. | 12.73 |
| 3/15/2010 | Michael E. Scannella | Meals | Dinner while waiting for evening flight.: Hudson: EWR, 1 person. | 12.03 |
| 3/16/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 5.46 |
| 3/17/2010 | Michael E. Scannella | Meals | Team dinner while at clientsite.: Fujisan: Raleigh Attendees: Michael E. Scannella, Coley P. Brown, Brian Heinimann, Matthew J. Fisher, Joseph J. McKenna, 5 people. | 223.90 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/17/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 5.93 |
| 3/18/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 5.93 |
| 3/22/2010 | Michael E. Scannella | Meals | Food while waiting for flight.: Hudson: EWR, 1 person. | 3.99 |
| 3/23/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 5.83 |
| 3/24/2010 | Michael E. Scannella | Meals | Team dinner while traveling for client, 3 people.: Randy's Pizza: RTP Attendees: Michael E. Scannella, Joseph J. McKenna, Matthew J. Fisher. | 105.00 |
| 3/25/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite.: Nortel Cafe: RTP, 1 person. | 6.96 |
| 3/25/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Varsity Grill: RTP. | 22.00 |
| 3/12/2010 | James Lukenda | Mileage | Nortel-early am to NYC less commute cost regarding meeting preparation: Mont-NYC 03/12/2010. | 6.50 |
| 3/4/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport: IND airport 03/01/2010 to 03/04/2010. | 25.00 |
| 3/11/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport: IND airport 03/08/2010 to 03/11/2010. | 25.00 |
| 3/12/2010 | James Lukenda | Parking & Tolls | Nortel-PABT - Parking: PABT: NYC 03/12/2010. | 22.50 |
| 3/12/2010 | James Lukenda | Parking & Tolls | Nortel-LT toll: PANYNJ: Weehawken 03/12/2010. | 6.00 |
| 3/4/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 03/01/20, 4 days. | 72.00 |
| 3/11/2010 | Lee A. Sweigart | Parking & Tolls | INDIANAPOLIS AIRPORT INDIANAPOLIS IN: Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 03/08/20, 4 days. | 72.00 |
| 3/25/2010 | Coley P. Brown | Rental Car | Avis rental car in Raleigh for week of 3/22-3/25.: AVIS RENT A CAR RALEIGH NC: AVIS RENT A CAR CORP: Raleigh 03/22/2010 to 03/25/2010, 4 days. | 209.49 |
| 3/4/2010 | Joseph J. McKenna | Rental Car | AVIS RENT A CAR RALEIGH NC: Rental car for team while working at Nortel site.: AVIS RENT A CAR CORP: GARDEN CITY 03/01/2010 to 3/4/2010, 4 days. | 196.26 |
| 3/19/2010 | Joseph J. McKenna | Rental Car | Rental car for Huron team while traveling on Nortel engagement (4 nights).: AVIS RENT A CAR RALEIGH NC: AVIS RENT A CAR CORP: Raleigh, NC 03/15/2010 to 3/18/2010. | 289.29 |
| 3/25/2010 | Joseph J. McKenna | Rental Car | Rental car for Huron team while traveling on Nortel engagement (4 days).: AVIS RENT A CAR RALEIGH NC: AVIS RENT A CAR CORP: Raleigh, NC 03/22/2010 to 3/24/2010. | 198.96 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 3/4/2010 | Lee A. Sweigart | Rental Car | AVIS RENT A CAR   RALEIGH   NC: Rental car in RTP for work on Nortel: AVIS RENT A CAR CORP: GARDEN CITY 03/01/2010 to 3/4/2010, 4 days. | 198.96 |
| 3/11/2010 | Lee A. Sweigart | Rental Car | AVIS RENT A CAR   RALEIGH   NC: Rental car in RTP for work on Nortel: AVIS RENT A CAR CORP: GARDEN CITY 03/08/2010 to 3/11/2010, 4 days. | 213.73 |
| 3/9/2010 | Michael E. Scannella | Rental Car | Rental car while at clientsite, 2 days.: Avis: RDU 03/08/2010 to 03/09/2010. | 123.45 |

**Total** $ 26,738.68