IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref Docket Nos. 2893-2895 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )  ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2010, I caused to be served the:

    a. "Notice of Debtors' Motion for Entry of an Order Authorizing (A) the Debtors' Entry Into an Employment Agreement and (B) Payment of an Award Under Nortel's Key Executive Incentive Plan," dated April 16, 2010, to which is attached the "Debtors' Motion for Entry of an Order Authorizing (A) the Debtors' Entry Into an Employment Agreement and (B) Payment of an Award Under Nortel's Key Executive Incentive Plan," dated April 16, 2010 [Docket No. 2893],

    b. "Debtors' Motion for an Order Shortening Notice of Debtors' Motion for Entry of an Order Authorizing (A) the Debtors' Entry Into an Employment Agreement and (B) Payment if an Award Under Nortel's Key Executive Incentive Plan," dated April 16, 2010 [Docket No. 2894], and

    c. "Order Shortening Notice of Debtors Motion for Entry of an Order Authorizing (A) the Debtors' Entry Into an Employment Agreement and (B) Payment of an Award Under Nortel's Key Executive Incentive Plan," dated April 16, 2010 [Docket No. 2895],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Employment Agmt Ntc and Mtn, Shortening Ord  DI 2893-2895_Aff_4-16-10.doc

by causing a true and correct copy, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
20th day of April, 2010

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10