## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re

NORTEL NETWORKS, INC., *et al.,*

                                        Debtors.

---------------------------------------------------------------------x

Chapter 11

Case No. 09-10138 (KG)

(Jointly Administered)

**OBJECTION OF ILLINOIS DEPARTMENT OF REVENUE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 505 AND 105 DETERMINING CERTAIN TAX LIABILITIES**

       The Illinois Department of Revenue ("IDR"), by its attorney, Lisa Madigan, Illinois Attorney General, in response to the Debtors' motion to determine tax liability states as follows:

       1.     Nortel Networks, Inc. and its subsidiaries have nexus with Illinois and are therefore required to file unitary income tax returns with the IDR.

       2.     Under the Illinois Income Tax Act, 35 ILCS 5/101 et seq., Illinois income tax is calculated based on properly reported federal taxable income. Therefore, the Debtors' potential future tax liability to IDR for which they seek a declaratory judgment depends on the Debtors' future federal taxable income.

       3.     The United States on behalf of the Internal Revenue Service has already filed a response to the Debtors' motion objecting to the relief sought on jurisdictional and other related grounds. [Docket 2854] The IDR believes that the positions taken by the United States are well founded and joins in their Response.

Wherefore, Illinois requests that the Debtors' motion be denied.

                ILLINOIS DEPARTMENT OF REVENUE

BY:   /s/ James D. Newbold
        JAMES D. NEWBOLD
        Assistant Attorney General
        100 W. Randolph Street
        Chicago, IL 60601
        (312) 814-4557

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this document on the parties listed below by emailing a copy on April 21, 2010:

| | |
|---|---|
| Ann Cordo | acordo@mnat.com |
| Derek Abbott | dabbott@mnat.com |
| Eric Schwartz | eschwartz@mnat.com |
| James Bromley | jbromley@cgsh.com |

/s/ James D. Newbold