**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------------------x
                                                                         )
In re:                                                                   ) Chapter 11
                                                                         )
NORTEL NETWORKS INC.                                                     ) Case No. 09-10138 (KG)
                                                                         )
                                                                         )
                                                                         )
       Debtor.                                                           ) (Jointly Administered)
-------------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:           **RIVERSIDE CLAIMS, LLC** ("Transferor")
                    PO Box 626
                    Planetarium Station
                    New York, NY 10024

2.    Please take notice of the transfer in the amount of $479,290.00 of your claims against NORTEL NETWORKS INC., Case No. 09-10138 (KG) arising from and relating to Claim No. 392 (attached in Exhibit A hereto), to:

                    **MONARCH MASTER FUNDING LTD** ("Transferee")
                    C/O Monarch Alternative Capital LP
                    535 Madison Avenue
                    26TH FLOOR
                    New York  NY 10022
                    Telephone:  (212) 554-1743
                    Facsimile:  1-(866)-741-3564
                    Attn:  Michael Gillin
                    Email:  michael.gillin@monarchlp.com

An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the instructions attached in Exhibit C.

3.    No action is required if you do not object to the transfer of your claims.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

            United States Bankruptcy Court

       Southern District of New York
       Attn: Clerk of Court
       Alexander Hamilton Custom House
       One Bowling Green
       New York, NY 10004-1408

\-\-      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

\-\-      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                  CLERK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent \_\_\_  Transferee \_\_\_  Debtor's Attorney \_\_\_

                        _____
                        Deputy Clerk

**EXHIBIT A**

**PROOF OF CLAIM**

B 9 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Nortel Networks Inc. | Case Number:<br>09-10138 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Jaco Electronics Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520 | Court Claim Number:_____<br>*(If known)* |
| Telephone number:<br>(609) 469-0459 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:** $ _____479,290.00_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _goods sold_
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _9773_
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   
   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:
   
   Value of Property: $_____ Annual Interest Rate ___%
   
   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____    Basis for perfection: _____
   
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000000392

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>01/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Amy Schmidt as agent  /s/ Amy Schmidt | FOR COURT USE ONLY<br>U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE<br>2009 FEB 13 AM 9:15 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
JACO                      PO BOX 18055              Customer Nbr... 1019274
ELECTRONICS INC.          HAUPPAUGE, NY 11788       Invoice Nbr.... 2027466
                          Phone #.. (631) 273-5500  Invoice Date... 12/17/08
INVOICE                   Fax #.... (631) 273-5640  S/O Nbr........ 2817022
```

SHIP TO:                          BILL TO:

NORTEL NETWORKS/PLANT 5300        NORTEL NETWORKS
KUEHNE&NAGEK INTERNATIONAL LTD    ATTN: ACCOUNTS PAYABLE
ATTN: CIEL MARSHALING             P O BOX 280510
6335 EDWARDS BLVD
ONTARIO , ON CANADA L5T 2W7       NASHVILLE , TN 37228

| CUSTOMER PO NUMBER | SHIP VIA | EXWORKS | ORDER DATE | P/S NO. | TERMS |
|---|---|---|---|---|---|
| 4501677207 | INTLPICINT | J | 09/30/08 | 6139502 | 0% N 45 |

| Ln Nbr | Mfg | Part | Shipd Qty | Resale | Ext Resale |
|---|---|---|---|---|---|
| 1 | VIT | VSC834UB | 4,687 | 70.00000 | 328,090.00 |

Cust Ln/Part    A0508159                MIL#
                SEMI TRANSCEIVERS VIT

SPECIAL CHG:

| SPECIAL CHG | SHIPPING CHG | TAX | OTHER | MERCHANDISE |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 328,090.00 |
| | | PAY THIS AMOUNT--> | | $328,090.00 |

Returns must be in Original Packaging. No returns accepted unless previously authorized. All claims must be made within 15 days after receipt of goods. Goods covered by this invoice produced in accordance with the Fair Labor Standards Act of 1938 as amended. All discounts strictly adhered to. Service charge of 1 1/2% per month will be charged on all outstanding balances. Minimum billing$25.00 US$
SHIPMENT WAS MADE SUBJECT TO THE TERMS AND CONDITIONS OF THE ORIGINAL INVOICE.

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO:
                                            JACO ELECTRONICS INC
                                            PO BOX 18055
Customer  : 1019274                         HAUPPAUGE, NY 11788
Invoice#  : 2027466
Date      : 12/17/08

| SPECIAL CHG | SHIPPING CHG | TAX | OTHER | MERCHANDISE |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 328,090.00 |
| | | PAY THIS AMOUNT USD--> | | $328,090.00 |

```
                                                              TOTAL P.03
JACO
ELECTRONICS INC.      PO BOX 18055              Customer Nbr... 1019274
                      HAUPPAUGE, NY 11788       Invoice Nbr.... 2027465
INVOICE               Phone #.. (631) 273-5500  Invoice Date... 12/17/08
                      Fax #.... (631) 273-5640  S/O Nbr........ 2817023
```

SHIP TO:                              BILL TO:

NORTEL NETWORKS/PLANT 5300            NORTEL NETWORKS
KUEHNE&NAGEK INTERNATIONAL LTD        ATTN: ACCOUNTS PAYABLE
ATTN: CIEL MARSHALING                 P O BOX 280510
6335 EDWARDS BLVD
ONTARIO , ON CANADA L5T 2W7           NASHVILLE , TN 37228

| CUSTOMER PO NUMBER | SHIP VIA | EXWORKS | ORDER DATE | P/S NO. | TERMS |
|---|---|---|---|---|---|
| 4501677207 | INTLPICINT | J | 09/30/08 | 6139430 | 0% N 45 |

| Ln Nbr | Mfg | Part | Shipd Qty | Resale | Ext Resale |
|---|---|---|---|---|---|
| 1 | VIT | VSC830QZ | 10,080 | 15.00000 | 151,200.00 |

Cust Ln/Part        A0798255                MIL# 600850B
                    SEMI TRANSCEIVERS VIT

SPECIAL CHG:

| SPECIAL CHG | SHIPPING CHG | TAX | OTHER | MERCHANDISE |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 151,200.00 |
|  |  | PAY THIS AMOUNT--> | | $151,200.00 |

Returns must be in Original Packaging. No returns accepted unless previously
authorized. All claims must be made within 15 days after receipt of goods. Goods
covered by this invoice produced in accordance with the Fair Labor Standards Act
of 1938 as amended. All discounts strictly adhered to. Service charge of 1 1/2%
per month will be charged on all outstanding balances. Minimum billing$25.00 US$
SHIPMENT WAS MADE SUBJECT TO THE TERMS AND CONDITIONS OF THE ORIGINAL INVOICE.

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO:
                                    JACO ELECTRONICS INC
Customer : 1019274                  PO BOX 18055
Invoice# : 2027465                  HAUPPAUGE, NY 11788
Date     : 12/17/08

| SPECIAL CHG | SHIPPING CHG | TAX | OTHER | MERCHANDISE |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 151,200.00 |
|  |  | PAY THIS AMOUNT USD--> | | $151,200.00 |



Amy Schmidt
Tel: (609) 469-0459
Fax: (609) 490-1579
Email: Amy_Schmidt@coface.com

January 27, 2009

U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl.
Wilmington, DE 19801

Re: Jaco Electronics Inc.
Vs: Nortel Networks
Case #09-10138
Our File# 9773

Dear Clerk:

We insure the accounts receivable of the captioned creditor by virtue of a Policy of Credit Insurance. We are enclosing our insured's executed proof of claim in duplicate together with supporting documentation. Please acknowledge receipt of this filing by stamping & returning the duplicate claim form in the enclosed postage paid envelope. Our address should be used in all future correspondence.

Sincerely yours,

Amy Schmidt

Enc.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Nortel Networks Inc. | Case Number:<br>09-10138 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Jaco Electronics Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520<br><br>Telephone number:<br>(609) 469-0459 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:         $        479,290.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:**  goods sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**  9773

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____  Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>01/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Amy Schmidt as agent  *[signature]* | FOR COURT USE ONLY<br><br>09 FEB 13 AM 9: 15<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT B**

**EVIDENCE OF TRANSFER OF CLAIM**

## EVIDENCE OF TRANSFER OF CLAIM

Riverside Claim LLC (the ("Assignor"), , for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Monarch Master Funding Ltd**, with a mailing address of C/O Monarch Alternative Capital LP, 535 Madison Avenue, 26th Floor, New York, NY 10022, Attn: Michael Gillin, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against **Nortel Networks Inc.** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware, Case No. 09-10138** or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 29 day of March 2010.

**ASSIGNOR:**

**RIVERSIDE CLAIMS LLC**

By: _____
Name: NEIL HERSKOWITZ
Title: MANAGING MEMBER

**ASSIGNEE:**

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**Riverside Claim LLC (the ("Assignor"),** , for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Monarch Master Funding Ltd**, with a mailing address of C/O Monarch Alternative Capital LP, 535 Madison Avenue, 26th Floor, New York, NY 10022, Attn: Michael Gillin, its successors and assigns ("Assignee") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of $479,290.00 as stated in the Proof of Claim with a claim number 392 against **Nortel Networks Inc.** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware, Case No. 09-10138** or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 29 day of March 2010.

**ASSIGNOR:**

**RIVERSIDE CLAIMS LLC**

By:_____
Name:
Title:

**ASSIGNEE:**

**MONARCH MASTER FUNDING LTD**

By: Monarch Alternative Capital LP
Its: Advisor

By:_____
Name: Christopher Santana
Title: Managing Principal

**EXHIBIT C**

<u>Address for Notices</u>:

Monarch Master Funding LTD
C/O Monarch Alternative Capital LP
535 Madison Avenue
26TH FLOOR
New York  NY 10022
Attn:  Michael Gillin
Email:  michael.gillin@monarchlp.com
Phone: (212) 554-1743
Fax: 1-(866)-741-3564

CC Copy to:  Documentation on all Trades
Nirmala Matai
Fax:  (212) 339-0945
Email: monarch@imsi.com

<u>Wire Instructions</u>:

<u>USD Wire Instructions:</u>

Chase Manhattan Bank, N.Y.
ABA# 021-000-021
A/C Name: Monarch Master Funding Ltd
A/C# 739-152-610
Ref: NORTEL