

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

April 16, 2010

Clerk of the Court
U.S. Bankruptcy Court
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re: Claim withdrawal for NORTEL NETWORKS INC.
    Docket #: 09-10138 KG

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Pre Petition proof of claim (claim #1662) in the amount of $ 832.88 with a statement date of 08/03/2009.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter