# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2010 Through March 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | 565.50 |
| Photos/Art/ Spec Duplicating | | 15,896.35 |
| Meals | | 487.88 |
| Messenger | | 138.00 |
| Courier/Delivery Service | | 1,763.39 |
| Computer Research | Westlaw | 257.75 |
| Computer Research | Lexis | 12.43 |
| Duplicating | In Office | 734.55 |
| Facsimile | | 6,978.75 |
| Postage | | 17.61 |
| Paralegal Overtime | (A. Conway – 3/17/10, 3/18/10, 3/19/10)[6] | 21.82 |
| Conference Calls | | 612.00 |
| **Grand Total Expenses** | | **$27,486.03** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125          AS OF 03/31/10                                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 801295 | 03/04/10 | B | 30.00 | Transcripts - COURTCALL, LLC` COURTCALL TELEPHONIC APPEARANCE FOR HEARING 03/04/10 | 506 N | 948 | 169224 |
| 803833 | 03/31/10 | B | 535.50 | Transcripts - WILCOX & FETZER, LTD` VIDEOCONFERENCING - BANKRUPTCY COURT HEARING ORIGINAL E-TRANSCRIPT EXPEDITED | 506 - | 322 | 169557 |
| 798799 | 03/03/10 | B | 339.72 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 168850 |
| 798959 | 03/04/10 | B | 862.24 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 168905 |
| 799589 | 03/08/10 | B | 340.95 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 168965 |
| 800171 | 03/10/10 | B | 923.50 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 169079 |
| 800161 | 03/11/10 | B | 1,046.65 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 169053 |
| 800555 | 03/12/10 | B | 2,109.39 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 169149 |
| 800783 | 03/16/10 | B | 397.70 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 322 | 169182 |
| 801573 | 03/17/10 | B | 455.85 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 169251 |
| 801839 | 03/18/10 | B | 2,208.06 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 169301 |
| 801841 | 03/19/10 | B | 2,879.70 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 169303 |
| 801844 | 03/22/10 | B | 9.00 | Photos/Art/Spec Duplicating-Out of Office - DIAZ DATA SERVICES` USBC 09-10138 - COPY OF TRANSCRIPTS | 510 | 904 | 169311 |
| 802535 | 03/23/10 | B | 677.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 169432 |

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125        AS OF 03/31/10

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 802537 | 03/24/10 | B | 1,186.40 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 169434 |
| 803663 | 03/29/10 | B | 606.72 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 169482 |
| 803658 | 03/29/10 | B | 413.51 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 662 | 169481 |
| 803747 | 03/30/10 | B | 39.36 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 662 | 169504 |
| 803745 | 03/30/10 | B | 40.46 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 169502 |
| 803668 | 03/30/10 | B | 677.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 546 | 169483 |
| 803672 | 03/31/10 | B | 682.74 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 169484 |
| 798439 | 03/01/10 | B | 21.00 | Meals PETTY CASH` A. GAZZE WORKING MEAL - 03/01/10 | 512 | 948 | 168800 |
| 798940 | 03/03/10 | B | 120.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 12 - 03/03/10 | 512 | 948 | 168885 |
| 804186 | 03/03/10 | B | 285.63 | Meals AMERICAN EXPRESS` COSI - 03/03/10; LUNCH FOR 13 | 512 | 948 | 169580 |
| 803863 | 03/31/10 | B | 61.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 6 - 03/31/10 | 512 | 904 | 169582 |
| 803145 | 03/01/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803175 | 03/02/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803183 | 03/02/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803188 | 03/03/10 | B | 18.00 | Messenger Service | 513S | 597 | |
| 803215 | 03/03/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 803253 | 03/03/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 803352 | 03/10/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803340 | 03/10/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 803370 | 03/11/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803362 | 03/11/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 803388 | 03/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803469 | 03/15/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803473 | 03/15/10 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125                AS OF 03/31/10                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 803493 | 03/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803498 | 03/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803555 | 03/22/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803566 | 03/23/10 | B | 3.00 | Messenger Service | 513S | 322 | |
| 803572 | 03/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803598 | 03/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803582 | 03/24/10 | B | 6.00 | Messenger Service | 513S | 662 | |
| 803583 | 03/24/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 803605 | 03/26/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803610 | 03/26/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 803612 | 03/26/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 803615 | 03/26/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803622 | 03/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803626 | 03/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 803654 | 03/30/10 | B | 12.00 | Messenger Service | 513S | 594 | |
| 803655 | 03/31/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 803661 | 03/31/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 803665 | 03/31/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 798668 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 168809 |
| 798669 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 168809 |
| 799076 | 03/01/10 | B | 38.35 | Courier/Delivery Service FEDERAL EXPRESS COR | 514 | 000 | 168910 |
| 798674 | 03/01/10 | B | 15.40 | Courier/Delivery Service | 514 | 000 | 168809 |
| 798675 | 03/01/10 | B | 18.09 | Courier/Delivery Service | 514 | 000 | 168809 |
| 798685 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 168809 |
| 798686 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 168809 |
| 798687 | 03/01/10 | B | 19.70 | Courier/Delivery Service | 514 | 000 | 168809 |
| 798840 | 03/01/10 | B | 27.54 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 168857 |
| 804150 | 03/01/10 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS USPS. COM - 03/01/10 | 514 | 597 | 169580 |
| 798670 | 03/01/10 | B | 14.59 | Courier/Delivery Service | 514 | 597 | 168809 |
| 798671 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 168809 |
| 798676 | 03/01/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 168809 |
| 798672 | 03/01/10 | B | 57.72 | Courier/Delivery Service | 514 | 904 | |

```
Nortel Networks, Inc.                              PRO FORMA  247125           AS OF 03/31/10                                    INVOICE# ******
63989-DIP
DATE: 04/22/10 12:21:51

INDEX   DATE     STAT  AMOUNT  DESCRIPTION                                              CODE  TKPER  VOUCHER
798673  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798677  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798678  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798679  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798680  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798681  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798682  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798683  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
798684  03/01/10  B    52.94   Courier/Delivery Service                                 514   904    168809
800527  03/05/10  B    39.50   Courier/Delivery Service BLUE MARBLE LOGISTI LLC         514   000    169135
800874  03/11/10  B    27.54   Courier/Delivery Service - FEDERAL EXPRESS CORP.         514   000    169184
800875  03/11/10  B    27.54   Courier/Delivery Service FEDERAL EXPRESS COR             514   000    169184
800876  03/11/10  B    27.54   Courier/Delivery Service FEDERAL EXPRESS COR             514   000    169184
801875  03/11/10  B     6.70   Courier/Delivery Service BLUE MARBLE LOGISTI LLC         514   000    169313
800927  03/11/10  B    15.40   Courier/Delivery Service                                 514   000    169188
800928  03/11/10  B    12.60   Courier/Delivery Service                                 514   000    169188
800929  03/11/10  B    21.60   Courier/Delivery Service                                 514   000    169188
800932  03/11/10  B    12.60   Courier/Delivery Service                                 514   000    169188
800933  03/11/10  B    10.60   Courier/Delivery Service                                 514   000    169188
800934  03/11/10  B    12.60   Courier/Delivery Service                                 514   000    169188
800935  03/11/10  B    23.60   Courier/Delivery Service                                 514   000    169188
800936  03/11/10  B    12.60   Courier/Delivery Service                                 514   000    169188
800937  03/11/10  B    17.02   Courier/Delivery Service                                 514   000    169188
800938  03/11/10  B    15.83   Courier/Delivery Service                                 514   000    169188
800924  03/11/10  B    10.60   Courier/Delivery Service                                 514   000    169188
800925  03/11/10  B    14.59   Courier/Delivery Service                                 514   000    169188
800926  03/11/10  B    15.83   Courier/Delivery Service                                 514   000    169188
800930  03/11/10  B    12.60   Courier/Delivery Service                                 514   597    169188
800931  03/11/10  B    10.60   Courier/Delivery Service                                 514   597    169188
800898  03/15/10  B    10.60   Courier/Delivery Service                                 514   597    169187
800900  03/15/10  B    10.60   Courier/Delivery Service                                 514   597    169187
800901  03/15/10  B    14.59   Courier/Delivery Service                                 514   597    169187
800902  03/15/10  B    10.60   Courier/Delivery Service                                 514   597    169187
800950  03/15/10  B    27.54   Courier/Delivery Service - FEDERAL EXPRESS CORP.         514   000    169189
800899  03/15/10  B    10.60   Courier/Delivery Service                                 514   000    169187
800903  03/15/10  B    10.60   Courier/Delivery Service                                 514   000    169187
800904  03/15/10  B    15.40   Courier/Delivery Service                                 514   000    169187
800897  03/15/10  B    10.60   Courier/Delivery Service                                 514   000    169187
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/22/10 12:21:51

PRO FORMA   247125         AS OF 03/31/10         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 804168 | 03/15/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 03/15/10 | 514 | 904 | 169580 |
| 801219 | 03/17/10 | B | 6.11 | Courier/Delivery Service | 514 | 000 | 169205 |
| 802282 | 03/23/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169341 |
| 802283 | 03/23/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169341 |
| 802285 | 03/23/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169341 |
| 802286 | 03/23/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169341 |
| 802284 | 03/23/10 | B | 17.61 | Courier/Delivery Service | 514 | 597 | 169341 |
| 803849 | 03/26/10 | B | 116.83 | Courier/Delivery Service BLUE MARBLE LOGISTI LLC | 514 | 000 | 169573 |
| 802826 | 03/29/10 | B | 17.02 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802828 | 03/29/10 | B | 15.40 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802829 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802834 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802835 | 03/29/10 | B | 15.40 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802836 | 03/29/10 | B | 17.02 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802837 | 03/29/10 | B | 15.40 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802838 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802839 | 03/29/10 | B | 15.40 | Courier/Delivery Service | 514 | 000 | 169470 |
| 802844 | 03/29/10 | B | 27.54 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 169471 |
| 802827 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 169470 |
| 802830 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 169470 |
| 802831 | 03/29/10 | B | 14.59 | Courier/Delivery Service | 514 | 597 | 169470 |
| 802832 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 169470 |
| 802833 | 03/29/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 169470 |
| 804183 | 03/29/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 03/29/10 | 514 | 904 | 169580 |
| 802889 | 03/30/10 | B | 16.00 | Courier/Delivery Service | 514 | 597 | 169472 |
| 802890 | 03/30/10 | B | 16.00 | Courier/Delivery Service | 514 | 597 | 169472 |
| 802891 | 03/30/10 | B | 16.00 | Courier/Delivery Service | 514 | 597 | 169472 |
| 802892 | 03/30/10 | B | 16.00 | Courier/Delivery Service | 514 | 597 | 169472 |
| 802718 | 03/24/10 | B | 110.69 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 802719 | 03/25/10 | B | 86.85 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 803424 | 03/31/10 | B | 60.21 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 798236 | 03/01/10 | B | 8.90 | In-House Duplicating | 519 | 662 | |
| 798238 | 03/01/10 | B | 17.30 | In-House Duplicating | 519 | 662 | |
| 798237 | 03/01/10 | B | 9.80 | In-House Duplicating | 519 | 605 | |
| 798234 | 03/01/10 | B | 17.60 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125   AS OF 03/31/10   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 798235 | 03/01/10 | B | 8.60 | In-House Duplicating | 519 | 597 | |
| 798324 | 03/02/10 | B | 2.00 | In-House Duplicating | 519 | 597 | |
| 798325 | 03/02/10 | B | 4.90 | In-House Duplicating | 519 | 597 | |
| 798326 | 03/02/10 | B | 7.60 | In-House Duplicating | 519 | 662 | |
| 798723 | 03/03/10 | B | 154.80 | In-House Duplicating | 519 | 622 | |
| 798724 | 03/03/10 | B | 4.00 | In-House Duplicating | 519 | 670 | |
| 798721 | 03/03/10 | B | 2.20 | In-House Duplicating | 519 | 597 | |
| 798722 | 03/03/10 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 798886 | 03/04/10 | B | 6.80 | In-House Duplicating | 519 | 670 | |
| 798887 | 03/04/10 | B | 2.70 | In-House Duplicating | 519 | 597 | |
| 798988 | 03/05/10 | B | 0.10 | In-House Duplicating | 519 | 605 | |
| 798986 | 03/05/10 | B | 8.80 | In-House Duplicating | 519 | 597 | |
| 798987 | 03/05/10 | B | 12.50 | In-House Duplicating | 519 | 597 | |
| 799739 | 03/08/10 | B | 0.20 | In-House Duplicating | 519 | 594 | |
| 799738 | 03/08/10 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 799740 | 03/10/10 | B | 0.50 | In-House Duplicating | 519 | 560 | |
| 799873 | 03/11/10 | B | 2.70 | In-House Duplicating | 519 | 597 | |
| 799874 | 03/11/10 | B | 5.60 | In-House Duplicating | 519 | 597 | |
| 799875 | 03/11/10 | B | 39.10 | In-House Duplicating | 519 | 670 | |
| 799876 | 03/11/10 | B | 8.40 | In-House Duplicating | 519 | 670 | |
| 800113 | 03/12/10 | B | 0.50 | In-House Duplicating | 519 | 662 | |
| 800273 | 03/15/10 | B | 25.30 | In-House Duplicating | 519 | 670 | |
| 800270 | 03/15/10 | B | 29.50 | In-House Duplicating | 519 | 597 | |
| 800271 | 03/15/10 | B | 17.50 | In-House Duplicating | 519 | 597 | |
| 800272 | 03/15/10 | B | 5.00 | In-House Duplicating | 519 | 597 | |
| 800857 | 03/17/10 | B | 2.40 | In-House Duplicating | 519 | 597 | |
| 801003 | 03/18/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 801176 | 03/19/10 | B | 0.10 | In-House Duplicating | 519 | 622 | |
| 801177 | 03/19/10 | B | 10.30 | In-House Duplicating | 519 | 623 | |
| 801433 | 03/22/10 | B | 37.60 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125           AS OF 03/31/10                           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 801794 | 03/24/10 | B | 4.20 | In-House Duplicating | 519 | 597 | |
| 801795 | 03/24/10 | B | 21.20 | In-House Duplicating | 519 | 605 | |
| 802194 | 03/25/10 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 802195 | 03/25/10 | B | 0.30 | In-House Duplicating | 519 | 662 | |
| 802196 | 03/25/10 | B | 0.40 | In-House Duplicating | 519 | 623 | |
| 802249 | 03/26/10 | B | 86.00 | In-House Duplicating | 519 | 622 | |
| 802248 | 03/26/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 802244 | 03/26/10 | B | 1.70 | In-House Duplicating | 519 | 597 | |
| 802245 | 03/26/10 | B | 4.70 | In-House Duplicating | 519 | 597 | |
| 802246 | 03/26/10 | B | 21.60 | In-House Duplicating | 519 | 597 | |
| 802247 | 03/26/10 | B | 7.20 | In-House Duplicating | 519 | 597 | |
| 802400 | 03/29/10 | B | 6.00 | In-House Duplicating | 519 | 597 | |
| 802401 | 03/29/10 | B | 18.00 | In-House Duplicating | 519 | 670 | |
| 802571 | 03/30/10 | B | 12.00 | In-House Duplicating | 519 | 662 | |
| 802566 | 03/30/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 802567 | 03/30/10 | B | 5.20 | In-House Duplicating | 519 | 546 | |
| 802568 | 03/30/10 | B | 6.00 | In-House Duplicating | 519 | 546 | |
| 802569 | 03/30/10 | B | 0.30 | In-House Duplicating | 519 | 546 | |
| 802570 | 03/30/10 | B | 60.20 | In-House Duplicating | 519 | 594 | |
| 803004 | 03/31/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 803005 | 03/31/10 | B | 4.50 | In-House Duplicating | 519 | 597 | |
| 803006 | 03/31/10 | B | 6.80 | In-House Duplicating | 519 | 605 | |
| 803003 | 03/31/10 | B | 3.50 | In-House Duplicating | 519 | 670 | |
| 799547 | 03/03/10 | B | 2.10 | Postage | 520 | 597 | |
| 801486 | 03/12/10 | B | 3.20 | Postage | 520 | 597 | |
| 801473 | 03/18/10 | B | 0.88 | Postage | 520 | 546 | |
| 803897 | 03/25/10 | B | 6.07 | Postage | 520 | 662 | |
| 803902 | 03/26/10 | B | 0.88 | Postage | 520 | 000 | |
| 803904 | 03/26/10 | B | 4.48 | Postage | 520 | 597 | |
| 798782 | 03/01/10 | B | 698.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 168833 |

Nortel Networks, Inc.
63989-DIP
DATE: 04/22/10 12:21:51

PRO FORMA   247125        AS OF 03/31/10        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 798783 | 03/01/10 | B | 698.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 168834 |
| 798786 | 03/02/10 | B | 750.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 168837 |
| 798784 | 03/02/10 | B | 735.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 904 | 168835 |
| 800482 | 03/15/10 | B | 868.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169103 |
| 800784 | 03/17/10 | B | 1,000.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169183 |
| 802540 | 03/29/10 | B | 665.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169437 |
| 803749 | 03/30/10 | B | 719.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169506 |
| 803748 | 03/30/10 | B | 843.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 662 | 169505 |
| 803288 | 03/17/10 | B | 12.43 | Lexis Research Performed by: Alissa Gazze | 527 | 948 | |
| 801597 | 03/18/10 | B | 10.91 | Paralegal Overtime | 530S | 594 | |
| 801602 | 03/19/10 | B | 7.27 | Paralegal Overtime | 530S | 594 | |
| 801604 | 03/05/10 | B | 3.64 | Paralegal Overtime | 530S | 594 | |
| 798989 | 03/05/10 | B | 6.45 | In-House Printing - black & white | 541 | 605 | |
| 804156 | 03/05/10 | B | 219.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 03/05/10 | 552H | 904 | 169580 |
| 804157 | 03/05/10 | B | 114.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 03/05/10 | 552H | 904 | 169580 |
| 804158 | 03/05/10 | B | 219.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 03/05/10 | 552H | 904 | 169580 |
| 804163 | 03/11/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 03/11/10 | 552H | 904 | 169580 |
| 804162 | 03/11/10 | B | 30.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 03/11/10 | 552H | 322 | 169580 |

27,486.03