**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **19 April 2010**     Our Ref: **GDB/CCN01.00001**     Invoice No: **287271**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 29,316.50 |
| For the period to 31 March 2010, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 68.22 |
| **Disbursements:** (NT) |  |  |  |
| Fares and Incidental Expenses | 0.00 | 0.00 | 42.50 |
|  | 0.00 |  | 29,427.22 |
|  |  | VAT | 0.00 |
|  |  | Total | 29,427.22 |
|  |  | **Balance Due** | **29,427.22** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 287271 when settling this invoice

**Payment Terms: 21 days**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 March 2010**

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---:|---:|---|
| Partner: | Giles Boothman | 0.10 | 61.00 | (C0003) |
|  |  | 0.20 | 122.00 | (C0006) |
|  |  | 0.30 | 183.00 | (C0007) |
|  |  | 1.30 | 793.00 | (C0019) |
|  |  | 0.20 | 122.00 | (C0024) |
|  |  | 0.80 | 488.00 | (C0031) |
|  |  | **2.90** | **£1,769.00** |  |
| Partner: | Angela Pearson | 8.80 | 5,368.00 | (C0019) |
|  |  | **8.80** | **£5,368.00** |  |
| Partner: | Steven Hull | 3.00 | 1,830.00 | (C0016) |
|  |  | 0.40 | 244.00 | (C0019) |
|  |  | **3.40** | **£2,074.00** |  |
| Senior Associate: | Marcus Fink | 4.20 | 2,100.00 | (C0016) |
|  |  | **4.20** | **£2,100.00** |  |
| Senior Associate: | Luke Rollason | 1.50 | 637.50 | (C0007) |
|  |  | 5.10 | 2,167.50 | (C0024) |
|  |  | 2.40 | 1,020.00 | (C0031) |
|  |  | **9.00** | **£3,825.00** |  |
| Associate: | Lindsay Connal | 0.10 | 37.00 | (C0019) |
|  |  | **0.10** | **£37.00** |  |
| Junior Associate: | Paul Bagon | 10.50 | 3,307.50 | (C0003) |
|  |  | 2.90 | 913.50 | (C0004) |
|  |  | 0.50 | 157.50 | (C0006) |
|  |  | 4.10 | 1,291.50 | (C0007) |
|  |  | 8.30 | 2,614.50 | (C0016) |
|  |  | 11.00 | 3,465.00 | (C0024) |
|  |  | 7.60 | 2,394.00 | (C0031) |
|  |  | **44.90** | **£14,143.50** |  |
| **TOTAL** |  | **73.30** | **£29,316.50** |  |

# ashurst

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2010

## Matter: CCN01.00001 - BANKRUPTCY

### 0003 Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.10 | 610.00 | 61.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 10.50 | 315.00 | 3,307.50 |
| | | | Total | 3,368.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 16/03/2010 | Giles Boothman | SUPE | Fee arrangements | 0.10 | 610.00 | 61.00 |
| 23/03/2010 | Paul Bagon | LETT | Preparing monthly fee application. | 1.50 | 315.00 | 472.50 |
| 25/03/2010 | Paul Bagon | DRFT | Ashurst monthly fee application. | 4.00 | 315.00 | 1,260.00 |
| 26/03/2010 | Paul Bagon | LETT | Finalising and sending out Ashurst fee application. | 5.00 | 315.00 | 1,575.00 |
| | | | | | | 3,368.50 |

## 0004 Analysis of Other Professionals Fee Applications/Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Junior Associate** | | | | |
| DB | Paul Bagon | 2.90 | 315.00 | 913.50 |
| | | | Total | **913.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/03/2010 | Paul Bagon | READ | Reviewing Linklaters retention application and comments to AG re the same. | 2.70 | 315.00 | 850.50 |
| 05/03/2010 | Paul Bagon | LETT | AG email re Links retention. | 0.20 | 315.00 | 63.00 |
| | | | | | | **913.50** |

## 0006  Retention of Professionals

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.20 | 610.00 | 122.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 0.50 | 315.00 | 157.50 |
| | | | Total | **279.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/03/2010 | Giles Boothman | SUPE | Re. pensions barrister retention | 0.20 | 610.00 | 122.00 |
| 02/03/2010 | Paul Bagon | LETT | Various emails re retaining MF QC | 0.50 | 315.00 | 157.50 |
| | | | | | | **279.50** |

## 0007    Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 610.00 | 183.00 |
| **Senior Associate** | | | | |
| AR | Luke Rollason | 1.50 | 425.00 | 637.50 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 4.10 | 315.00 | 1,291.50 |
| | | | Total | **2,112.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/03/2010 | Giles Boothman | ATTD | UCC call in part | 0.30 | 610.00 | 183.00 |
| 04/03/2010 | Paul Bagon | PHON | UCC weekly call. | 1.80 | 315.00 | 567.00 |
| 11/03/2010 | Luke Rollason | LETT | Nortel committee call. Reading presentations. | 1.50 | 425.00 | 637.50 |
| 18/03/2010 | Paul Bagon | PHON | UCC weekly call. | 1.60 | 315.00 | 504.00 |
| 25/03/2010 | Paul Bagon | LETT | UCC weekly call. | 0.70 | 315.00 | 220.50 |

2,112.00

## 0016  Lift Stay Litigation

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| EH | Steven Hull | 3.00 | 610.00 | 1,830.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 4.20 | 500.00 | 2,100.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 8.30 | 315.00 | 2,614.50 |
| | | | Total | **6,544.50** |

## 0016   Lift Stay Litigation

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2010 | Paul Bagon | LETT | Various emails re Nortel stay. | 0.30 | 315.00 | 94.50 |
| 05/03/2010 | Steven Hull | LETT | Review Joshua Stern email and review attached UK pension trustee and PPF filings regarding notice of appeal of US bankruptcy court order to enforce the automatic stay and motion for certification of such order for immediate appeal; review Giles Boothman email and review attached email correspondence with Joshua Stern re appeal and related documents. | 0.90 | 610.00 | 549.00 |
| 08/03/2010 | Paul Bagon | READ | UK TPR objection and appeal re stay decision. | 0.50 | 315.00 | 157.50 |
| 09/03/2010 | Marcus Fink | LETT | Review PPF/trustee/TPR appeal re stay ruling and consider grounds. | 1.50 | 500.00 | 750.00 |
| 10/03/2010 | Steven Hull | LETT | Review Joshua Sturn email and review attached judge Gross opinion regarding findings and rationale for the stay enforcement order. | 0.30 | 610.00 | 183.00 |
| 11/03/2010 | Marcus Fink | LETT | Review press reports re enforcement of stay against TPR and review TPR/PPF appeal | 0.50 | 500.00 | 250.00 |
| 11/03/2010 | Steven Hull | LETT | Review Joshua Sturn email and review attached response from debtors in connection with UK pension claimants motion seeking certification of the stay order and review attached exhibit "A" | 0.30 | 610.00 | 183.00 |
| 15/03/2010 | Steven Hull | LETT | Review Joshua Sturn email and review attached designation and statement of issues on appeal of the stay order and related documents | 0.40 | 610.00 | 244.00 |
| 16/03/2010 | Steven Hull | LETT | Review Joshua Sturn email and review attached emails received from Canadian Counsel regarding appeals of Canadian order enforcing stay against UK pension proceedings | 0.30 | 610.00 | 183.00 |
| 17/03/2010 | Steven Hull | LETT | Review Joshua Sturn email regarding certification of US stay order denial | 0.10 | 610.00 | 61.00 |
| 18/03/2010 | Marcus Fink | LETT | Review US ruling in response to tPR appeal and previous TPR filings | 1.10 | 500.00 | 550.00 |
| 18/03/2010 | Paul Bagon | READ | Various US judgments and applications regarding TPR CN/FSD. | 2.00 | 315.00 | 630.00 |
| 18/03/2010 | Steven Hull | LETT | Review Joshua Sturn email and review attached endorsement of Just Morawetz regarding written reasons for enforcement of Canadian stay | 0.40 | 610.00 | 244.00 |
| 19/03/2010 | Marcus Fink | LETT | Review reasons of Morawetz J re PPF violation of stay and review PPF/t'ee leave to appeal motion and consider same | 1.10 | 500.00 | 550.00 |
| 23/03/2010 | Steven Hull | READ | Review Joshua Sturn email and review attached emails from Cleary regarding UK Pension Trustees and PPF emergency motion for stay of order and pending appeal and motion seeking to expedite appeal and review attached motions and declaration in support | 0.30 | 610.00 | 183.00 |
| 24/03/2010 | Paul Bagon | READ | US and Canadian court orders re TPF FSD and US / Canadian stay. | 4.00 | 315.00 | 1,260.00 |
| 25/03/2010 | Paul Bagon | READ | Judgments re TPR appeal re stay. | 1.50 | 315.00 | 472.50 |

6,544.50

### 0019    Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 8.80 | 610.00 | 5,368.00 |
| GDB | Giles Boothman | 1.30 | 610.00 | 793.00 |
| EH | Steven Hull | 0.40 | 610.00 | 244.00 |
| **Associates** | | | | |
| CC | Lindsay Connal | 0.10 | 370.00 | 37.00 |
| | | | Total | **6,442.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2010 | Angela Pearson | INTD | Email to Paul Bagon | 0.20 | 610.00 | 122.00 |
| 02/03/2010 | Angela Pearson | READ | Review emails | 0.20 | 610.00 | 122.00 |
| 02/03/2010 | Giles Boothman | INTD | PDB | 0.20 | 610.00 | 122.00 |
| 02/03/2010 | Giles Boothman | READ | Emails | 0.20 | 610.00 | 122.00 |
| 03/03/2010 | Giles Boothman | INTD | Re. Pensions issues | 0.20 | 610.00 | 122.00 |
| 05/03/2010 | Giles Boothman | INTD | PDB | 0.20 | 610.00 | 122.00 |
| 05/03/2010 | Giles Boothman | SUPE | Various/read re. pensions update | 0.30 | 610.00 | 183.00 |
| 09/03/2010 | Steven Hull | LETT | Review Giles Boothman email and review attached memorandum summarising motions of the trustee in the NNUK Pension Plan and PPF appeal and review email regarding same | 0.40 | 610.00 | 244.00 |
| 11/03/2010 | Angela Pearson | READ | Review new documents that have been file re: appeal, etc. | 3.00 | 610.00 | 1,830.00 |
| 12/03/2010 | Giles Boothman | READ | Emails re. allocation protocol | 0.20 | 610.00 | 122.00 |
| 16/03/2010 | Angela Pearson | READ | Review documents | 1.00 | 610.00 | 610.00 |
| 18/03/2010 | Angela Pearson | READ | Review documents | 0.50 | 610.00 | 305.00 |
| 19/03/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.30 | 610.00 | 183.00 |
| 19/03/2010 | Angela Pearson | READ | Review emails | 1.00 | 610.00 | 610.00 |
| 22/03/2010 | Angela Pearson | READ | Review emails/documents | 1.30 | 610.00 | 793.00 |
| 23/03/2010 | Angela Pearson | READ | Review email/attached document | 1.00 | 610.00 | 610.00 |
| 23/03/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.30 | 610.00 | 183.00 |
| 23/03/2010 | Lindsay Connal | READ | Emails | 0.10 | 370.00 | 37.00 |

6,442.00

## 0024    Asset/Stock Transaction/Business Liquidations

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.20 | 610.00 | 122.00 |
| **Senior Associate** | | | | |
| AR | Luke Rollason | 5.10 | 425.00 | 2,167.50 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 11.00 | 315.00 | 3,465.00 |
| | | | Total | 5,754.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2010 | Paul Bagon | LETT | Various emails re MEN. | 0.50 | 315.00 | 157.50 |
| 15/03/2010 | Giles Boothman | SUPE | Re. MEN closing/LAR | 0.20 | 610.00 | 122.00 |
| 15/03/2010 | Luke Rollason | LETT | Reviewing Ciena EMEA and NA sale agreements. Reviewing foreign law local asset sale agreements. Considering allocation of consideration. | 3.10 | 425.00 | 1,317.50 |
| 17/03/2010 | Luke Rollason | LETT | Reviewing Ciena LATAS. Preparing for conference call. | 2.00 | 425.00 | 850.00 |
| 18/03/2010 | Paul Bagon | LETT | Various emails and internal discussions with LAR re MEN closing. | 1.50 | 315.00 | 472.50 |
| 19/03/2010 | Paul Bagon | LETT | Reviewing MEN local sale agreements and sending email to AG re the same. | 8.00 | 315.00 | 2,520.00 |
| 31/03/2010 | Paul Bagon | RSCH | Re administrator exclusion of liability language re GSM sale process | 1.00 | 315.00 | 315.00 |
| | | | | | | 5,754.50 |

### 0031    European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.80 | 610.00 | 488.00 |
| **Senior Associate** | | | | |
| AR | Luke Rollason | 2.40 | 425.00 | 1,020.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 7.60 | 315.00 | 2,394.00 |
| | | | Total | **3,902.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/03/2010 | Paul Bagon | PHON | Professionals pre-call. | 1.00 | 315.00 | 315.00 |
| 04/03/2010 | Giles Boothman | INTD | PDB | 0.20 | 610.00 | 122.00 |
| 04/03/2010 | Paul Bagon | LETT | Various emails. | 0.50 | 315.00 | 157.50 |
| 04/03/2010 | Paul Bagon | READ | Reviewing MEN Escrow Agreement and Allocation protocol agreement. | 3.00 | 315.00 | 945.00 |
| 05/03/2010 | Paul Bagon | LETT | Emails re Canadian and US proceedings. | 0.20 | 315.00 | 63.00 |
| 05/03/2010 | Paul Bagon | READ | Amended allocation protocol dispute resolution agreement. | 1.50 | 315.00 | 472.50 |
| 10/03/2010 | Luke Rollason | PHON | Nortel professionals precall. Reading attached presentations in prep for call. | 2.40 | 425.00 | 1,020.00 |
| 16/03/2010 | Giles Boothman | READ | Emails | 0.10 | 610.00 | 61.00 |
| 17/03/2010 | Giles Boothman | READ | Emails | 0.20 | 610.00 | 122.00 |
| 17/03/2010 | Giles Boothman | SUPE | LAR | 0.10 | 610.00 | 61.00 |
| 18/03/2010 | Giles Boothman | INTD | PDB re. UCC call | 0.20 | 610.00 | 122.00 |
| 24/03/2010 | Paul Bagon | PHON | UCC professionals pre-call. | 0.50 | 315.00 | 157.50 |
| 31/03/2010 | Paul Bagon | PHON | Professionals pre-call. | 0.90 | 315.00 | 283.50 |
| | | | | | | **3,902.00** |