## Exhibit C

## DISBURSEMENT SUMMARY
## MARCH 01, 2010 THROUGH MARCH 31, 2010

| Travel Expenses – Ground Transportation | £29.50 |
|---|---|
| Document Production | £68.22 |
| Meals | £13.00 |
| **TOTAL** | **£110.72** |