**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**                                                                                                    68.22

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 08/02/2010 | VENDOR: Conference Room Catering; INVOICE#: 08/12/10-14/02/10; DATE: 08/02/2010 - Conference Room Catering INVOICE#: 08 14 02 2010 DATE: 08/02/10 | 6.80 |
| 14/03/2010 | VENDOR: Conference Room Catering; INVOICE#: 8-14MARCH2010; DATE: 14/03/2010 - Internal Catering on 9/3/2010 | 6.20 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 26/03/2010 | PAYEE: Pettycash; REQUEST#: 387630; DATE: 26/03/2010. - P/C PDB Taxi - 09/03/10 | 29.50 |

|  |  |
|---|---|
|  | 110.72 |