## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MARCH 01, 2010 THROUGH MARCH 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group | £610 | 2.90 | 1,769.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group | £610 | 8.80 | 5,368.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group | £610 | 3.40 | 2,074.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group | £500 | 4.20 | 2,100.00 |
| Luke Rollason | Associate for 5 years; Admitted in 2005; Restructuring and Special Situations Group | £425 | 9.00 | 3,825.00 |
| Lindsay Connal | Associate for 4 years; Admitted in 2006; Litigation Department | £370 | 0.10 | 37.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group | £315 | 44.90 | 14,143.50 |
| TOTAL | | | 73.30 | 29,316.50 |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 01, 2010 THROUGH MARCH 31, 2010

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 10.60 | 3,368.50 |
| Analysis of Other Professionals Fee Applications / Reports | 2.90 | 913.50 |
| Retention of Professionals | 0.70 | 279.50 |
| Creditors Committee Meetings | 5.90 | 2,112.00 |
| Lift Stay Litigation | 15.50 | 6,544.50 |
| Labor Issues/Employee Benefits | 10.60 | 6,442.00 |
| Asset/Stock Transaction/Business Liquidations | 16.30 | 5,754.50 |
| European Proceedings/Matters | 10.80 | 3,902.00 |
| TOTAL | 73.30 | 29,316.50 |