## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On April 29, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on April 27, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date:  April 27, 2010

_/s/ Alissa T. Gazze_____
Alissa T. Gazze (No. 5338)

### VIA FACSIMILE

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Facsimile: (515) 281-0763

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
Facsimile: (302) 426-9947

Jonathan P. Guy, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Facsimile: (202) 339-8500

### VIA OVERNIGHT MAIL

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601