## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 3/1/10 through 3/31/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive | $760 | 54.80 | $41,648.00 |
| J. Borow | Executive Director | $760 | 188.20 | $143,032.00 |
| M. Lasinski | Managing Director | $620 | 75.90 | $47,058.00 |
| J. Hyland | Executive Director | $575 | 327.70 | $188,427.50 |
| T. Horton | Director | $525 | 219.10 | $115,027.50 |
| R. Conroy | Director | $500 | 27.60 | $13,800.00 |
| H. Miller | Director | $445 | 123.60 | $55,002.00 |
| D. Rothberg | Director | $395 | 271.70 | $107,321.50 |
| S. Tajuddin | Consultant | $395 | 14.50 | $5,727.50 |
| L. Ahearn | Director | $360 | 140.90 | $50,724.00 |
| E. Bienias | Consultant | $350 | 8.50 | $2,975.00 |
| J. Peterson | Consultant | $335 | 248.50 | $83,247.5 |
| T. Morilla | Consultant | $305 | 289.90 | $88,419.50 |
| J. Schad | Associate | $275 | 66.70 | $18,342.50 |
| H. Becker | Paraprofessional | $120 | 2.50 | $300.00 |
| N. Backer | Paraprofessional | $120 | 6.30 | $756.00 |
| **For the Period 3/1/2010 through 3/31/2010** | | | **2,066.40** | **$961,808.50** |

**Capstone Advisory Group, LLC**
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

Page 1 of 1