## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 3/1/10 through 3/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 543.60 | $262,745.00 |
| 05. Professional Retention/Fee Application Preparation | | 21.20 | $7,780.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 24.30 | $15,639.00 |
| 08. Interaction/Mtgs w Creditors | | 51.80 | $35,467.00 |
| 09. Employee Issues/KEIP | | 164.90 | $76,661.50 |
| 11. Claim Analysis/Accounting | | 98.30 | $41,925.00 |
| 13. Intercompany Transactions/Bal | | 125.80 | $51,197.00 |
| 14. Executory Contracts/Leases | | 70.10 | $28,366.50 |
| 17. Analysis of Historical Results | | 129.10 | $53,181.50 |
| 18. Operating and Other Reports | | 70.40 | $32,032.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 93.50 | $33,602.50 |
| 20. Projections/Business Plan/Other | | 410.00 | $186,481.50 |
| 26. Tax Issues | | 31.40 | $14,503.00 |
| 33. Intellectual Property | | 232.00 | $122,226.00 |
| **For the Period 3/1/2010 through 3/31/2010** | | **2,066.40** | **$961,808.50** |