**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/10 through 2/28/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 3/1/2010 | J. Hyland | Airfare to Raleigh for NBS meeting. | $768.40 |
| 3/1/2010 | J. Borow | Airfare to Raleigh. | $364.40 |
| 3/1/2010 | M. Lasinski | Travel agent fees for airfare. | $95.00 |
| 3/1/2010 | J. Peterson | Fee charged to change flight to RDU. | $50.00 |
| 3/1/2010 | T. Morilla | Airfare change fee to Raleigh, NC. | $50.00 |
| 3/1/2010 | D. Rothberg | Airfare change fee to Raleigh, NC. | $50.00 |
| 3/3/2010 | T. Horton | Airfare to Debtors' office in Raleigh. | $1,043.50 |
| 3/3/2010 | S. Tajuddin | Airfare to Debtors' office in Raleigh. | $451.40 |
| 3/4/2010 | H. Miller | Airfare for trip to Raleigh, NC. | $451.40 |
| 3/4/2010 | D. Rothberg | Airfare change fee to Raleigh, NC. | $50.00 |
| 3/8/2010 | J. Hyland | Airfare for NY trip. | $975.40 |
| 3/11/2010 | M. Lasinski | Flights to NY for meetings on intellectual property. | $1,461.83 |
| 3/11/2010 | J. Hyland | Train costs during NY trip. | $45.00 |
| 3/12/2010 | H. Miller | Airfare for trip to NY. | $180.00 |
| 3/12/2010 | M. Lasinski | Cab home from airport. | $68.00 |
| 3/17/2010 | J. Hyland | Airfare to NY. | $1,091.40 |
| 3/17/2010 | M. Lasinski | Flight to NY for meeting on intellectual property. | $821.05 |

Capstone Advisory Group, LLC                                                                                   Page 1 of 17
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/22/2010 | J. Hyland | Airfare for Toronto/NY trip. | $2,186.28 |
| 3/22/2010 | J. Borow | Airfare to Toronto. | $1,548.30 |
| 3/22/2010 | T. Horton | Airfare to Toronto. | $1,240.13 |
| 3/22/2010 | J. Peterson | Roundtrip airfare to Toronto. | $1,078.64 |
| 3/22/2010 | T. Morilla | Airfare for trip to Toronto. | $1,038.87 |
| 3/22/2010 | L. Ahearn | Flight to Toronto from Newark. | $416.13 |
| 3/23/2010 | D. Rothberg | Airfare for trip to Raleigh. | $407.40 |
| 3/23/2010 | J. Hyland | Airfare change fee for Toronto/NY trip due to UCC professional's call. | $150.00 |
| 3/24/2010 | T. Morilla | Airfare for trip to Toronto. | $766.93 |
| 3/25/2010 | L. Ahearn | Plane from Canada back to Newark. | $494.70 |
| 3/26/2010 | T. Morilla | Airfare change fee during trip to Toronto. | $75.00 |
| 3/29/2010 | D. Rothberg | Airfare for trip to Toronto. | $1,049.66 |
| 3/29/2010 | J. Peterson | Roundtrip airfare from EWR to YYZ. | $881.42 |
| 3/29/2010 | H. Miller | Airfare for trip to Toronto. | $877.30 |
| 3/29/2010 | L. Ahearn | Roundtrip airfare Newark to Toronto. | $620.73 |
| 3/31/2010 | H. Miller | Airfare for trip to Toronto. | $984.53 |
| 3/31/2010 | T. Horton | Airfare to Toronto. | $889.48 |
| 3/31/2010 | J. Peterson | Fare increase and change fee. | $285.95 |
| **Subtotal - Airfare/Train** | | | **$23,008.23** |
| **Auto Rental/Taxi** | | | |
| 3/1/2010 | T. Horton | Taxi from airport to hotel. | $20.00 |
| 3/1/2010 | D. Rothberg | Taxi during trip to Raleigh, NC. | $17.70 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/2/2010 | J. Borow | Taxi to/from airport in Raleigh ($40), LGA to Port Washington ($72). | $112.00 |
| 3/2/2010 | J. Schad | Cab from office to home due to working late. | $20.00 |
| 3/3/2010 | CAG Direct | Taxis to/from airport. | $575.14 |
| 3/3/2010 | CAG Direct | Taxis to/from airport. | $147.34 |
| 3/3/2010 | CAG Direct | Taxi from airport. | $81.71 |
| 3/3/2010 | CAG Direct | Taxi to airport. | $63.85 |
| 3/3/2010 | S. Tajuddin | Working late preparing for trip to Raleigh. | $20.00 |
| 3/4/2010 | J. Hyland | Rental car during Raleigh trip. | $548.21 |
| 3/4/2010 | T. Morilla | Rental car expense during trip to Raleigh, NC. | $508.12 |
| 3/4/2010 | D. Rothberg | Taxi during Raleigh Trip | $30.60 |
| 3/4/2010 | H. Miller | Taxi during Raleigh Trip. | $30.00 |
| 3/4/2010 | H. Miller | Taxi during Raleigh Trip. | $28.00 |
| 3/4/2010 | H. Miller | Taxi during Raleigh Trip. | $25.00 |
| 3/4/2010 | T. Horton | Taxi to airport. | $20.00 |
| 3/4/2010 | S. Tajuddin | Taxi from National to home. | $20.00 |
| 3/4/2010 | S. Tajuddin | Taxi to airport. | $20.00 |
| 3/8/2010 | J. Hyland | Taxi during NY trip. | $32.52 |
| 3/8/2010 | H. Miller | Taxi due to working late. | $10.00 |
| 3/9/2010 | D. Rothberg | Taxi due to working late. | $16.90 |
| 3/9/2010 | T. Morilla | Taxi due to working late. | $7.50 |
| 3/10/2010 | M. Lasinski | Cab to airport for meeting in NY. | $68.00 |
| 3/10/2010 | D. Rothberg | Taxi due to working late. | $18.60 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/10/2010 | T. Morilla | Taxi due to working late. | $7.50 |
| 3/11/2010 | M. Lasinski | Cab to meeting. | $62.00 |
| 3/11/2010 | H. Miller | Taxi from trip to NYC. | $30.68 |
| 3/11/2010 | H. Miller | Taxi from trip to NYC. | $27.00 |
| 3/11/2010 | D. Rothberg | Taxi due to working late. | $22.44 |
| 3/12/2010 | M. Lasinski | Cab to meeting. | $60.08 |
| 3/12/2010 | J. Hyland | Taxi during NY trip. | $36.24 |
| 3/12/2010 | M. Lasinski | Cab to meeting on intellectual property. | $27.60 |
| 3/12/2010 | H. Miller | Taxi during NY trip. | $15.00 |
| 3/12/2010 | M. Lasinski | Cab to meeting. | $10.00 |
| 3/12/2010 | H. Miller | Taxi during NY trip. | $8.87 |
| 3/13/2010 | T. Morilla | Taxi due to working on the weekend. | $7.50 |
| 3/13/2010 | T. Morilla | Taxi due to working on the weekend. | $6.60 |
| 3/15/2010 | J. Borow | Taxi to Nortel meeting. | $21.80 |
| 3/15/2010 | T. Morilla | Taxi due to working late. | $7.50 |
| 3/16/2010 | T. Morilla | Taxi due to working late. | $7.50 |
| 3/17/2010 | M. Lasinski | Cab to airport for NY meeting. | $68.00 |
| 3/17/2010 | M. Lasinski | Cab to meeting in NY on intellectual property issues. | $48.47 |
| 3/17/2010 | J. Hyland | Taxi during NY trip. | $31.23 |
| 3/17/2010 | J. Borow | Taxi to/from Cleary for meetings. | $27.95 |
| 3/22/2010 | D. Rothberg | Taxi during Raleigh trip. | $48.00 |
| 3/22/2010 | L. Ahearn | Cab to airport for trip to Toronto. | $40.00 |

**Capstone Advisory Group, LLC**
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/22/2010 | T. Horton | Taxi to Debtors' office. | $25.00 |
| 3/22/2010 | T. Morilla | Taxi during trip to Toronto. | $25.00 |
| 3/22/2010 | J. Peterson | Taxi from the Toronto airport to Nortel. | $22.00 |
| 3/22/2010 | J. Hyland | Taxi during Toronto/NY trip. | $22.00 |
| 3/22/2010 | L. Ahearn | Cab from hotel to company site. | $20.00 |
| 3/22/2010 | D. Rothberg | Taxi during Raleigh trip. | $18.50 |
| 3/22/2010 | L. Ahearn | Cab from company site to hotel. | $15.00 |
| 3/22/2010 | T. Morilla | Taxi during trip to Toronto. | $15.00 |
| 3/22/2010 | J. Peterson | Taxi from Nortel to the hotel. | $15.00 |
| 3/22/2010 | J. Hyland | Taxi during Toronto/NY trip. | $11.00 |
| 3/23/2010 | D. Rothberg | Taxi during Raleigh trip. | $188.20 |
| 3/23/2010 | T. Horton | Taxi fares to and from Debtors. | $35.00 |
| 3/23/2010 | D. Rothberg | Taxi during Raleigh trip. | $31.94 |
| 3/23/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 3/23/2010 | L. Ahearn | Taxi from Nortel HQ to airport. | $17.00 |
| 3/23/2010 | J. Hyland | Taxi during Toronto/NY trip. | $15.00 |
| 3/23/2010 | J. Hyland | Taxi during Toronto/NY trip. | $14.00 |
| 3/24/2010 | J. Borow | Cabs to/from LaGuardia (144), Cabs to/from airport in Toronto (22+12). | $178.00 |
| 3/24/2010 | T. Morilla | Taxi during trip to Toronto. | $25.00 |
| 3/24/2010 | J. Hyland | Taxi in Toronto. | $22.00 |
| 3/24/2010 | J. Peterson | Taxi from hotel to Nortel. | $20.00 |
| 3/24/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/24/2010 | J. Hyland | Taxi in Toronto. | $18.00 |
| 3/24/2010 | J. Peterson | Taxi from Nortel to hotel. | $10.00 |
| 3/25/2010 | J. Hyland | Taxi in NY. | $80.00 |
| 3/25/2010 | L. Ahearn | Cab from airport to home. | $56.00 |
| 3/25/2010 | J. Peterson | Taxi from hotel to Nortel. | $20.00 |
| 3/25/2010 | T. Morilla | Taxi due to working late. | $11.90 |
| 3/25/2010 | J. Peterson | Taxi from Nortel to Toronto airport. | $10.00 |
| 3/27/2010 | T. Morilla | Taxi due to working on the weekend. | $6.80 |
| 3/28/2010 | T. Morilla | Taxi due to working on the weekend. | $7.00 |
| 3/29/2010 | D. Rothberg | Taxi during trip to Toronto. | $48.00 |
| 3/29/2010 | H. Miller | Taxi during trip to Toronto. | $42.00 |
| 3/29/2010 | L. Ahearn | Taxi during trip to Toronto. | $40.00 |
| 3/29/2010 | T. Morilla | Taxi during trip to Toronto. | $25.00 |
| 3/29/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 3/29/2010 | H. Miller | Taxi during trip to Toronto. | $20.00 |
| 3/29/2010 | J. Peterson | Taxi from dinner to hotel. | $20.00 |
| 3/29/2010 | L. Ahearn | Taxi during trip to Toronto. | $20.00 |
| 3/29/2010 | J. Peterson | Taxi from Nortel to dinner. | $15.00 |
| 3/30/2010 | T. Horton | Taxi fares to office and dinner. | $45.00 |
| 3/30/2010 | T. Morilla | Taxi during trip to Toronto. | $25.00 |
| 3/30/2010 | H. Miller | Taxi during trip to Toronto. | $21.00 |
| 3/30/2010 | H. Miller | Taxi during trip to Toronto. | $20.00 |

**Capstone Advisory Group, LLC**
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/30/2010 | L. Ahearn | Taxi during trip to Toronto. | $20.00 |
| 3/30/2010 | T. Morilla | Taxi during trip to Toronto. | $17.00 |
| 3/30/2010 | L. Ahearn | Taxi during trip to Toronto. | $15.00 |
| 3/30/2010 | J. Peterson | Taxi from Nortel to dinner. | $10.00 |
| 3/31/2010 | L. Ahearn | Taxi from trip to Toronto. | $54.00 |
| 3/31/2010 | T. Horton | Taxi fares to Debtors' office and to airport. | $40.00 |
| 3/31/2010 | H. Miller | Taxi during trip to Toronto. | $35.00 |
| 3/31/2010 | D. Rothberg | Taxi during trip to Toronto. | $32.52 |
| 3/31/2010 | J. Peterson | Taxi from hotel to Nortel. | $22.00 |
| 3/31/2010 | H. Miller | Taxi during trip to Toronto. | $21.00 |
| 3/31/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 3/31/2010 | J. Peterson | Taxi from Nortel to Toronto airport. | $20.00 |
| 3/31/2010 | L. Ahearn | Cab from Nortel to airport. | $15.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$4,740.01** |
| **Hotel** | | | |
| 3/2/2010 | J. Borow | Hotel in Raleigh. | $226.36 |
| 3/4/2010 | T. Horton | Hotel while in Raleigh at Debtors' office. | $608.77 |
| 3/4/2010 | J. Peterson | Hotel while in NC at Nortel. | $508.47 |
| 3/4/2010 | T. Morilla | Hotel expense for trip to Raleigh, NC. | $460.68 |
| 3/12/2010 | J. Hyland | Hotel during NY trip. | $1,554.43 |
| 3/19/2010 | J. Hyland | Hotel during NY trip. | $929.74 |
| 3/23/2010 | T. Horton | Hotel in Toronto. | $145.29 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/24/2010 | D. Rothberg | Hotel for trip to Toronto. | $548.67 |
| 3/24/2010 | J. Hyland | Hotel in Toronto. | $330.92 |
| 3/24/2010 | D. Rothberg | Hotel for trip to Toronto. | $164.94 |
| 3/25/2010 | L. Ahearn | Hotel for three nights in Toronto. | $635.99 |
| 3/25/2010 | J. Hyland | Hotel during NY portion of trip. | $426.59 |
| 3/25/2010 | J. Peterson | Hotel while in Toronto. | $423.78 |
| 3/26/2010 | T. Morilla | Hotel expense during trip to Toronto. | $285.38 |
| 3/26/2010 | J. Hyland | Foreign currency transaction adjustment from 2/22/10 visit. | $6.11 |
| 3/30/2010 | H. Miller | Hotel for trip to Toronto | $288.15 |
| 3/31/2010 | D. Rothberg | Hotel for trip to Toronto. | $459.36 |
| 3/31/2010 | T. Morilla | Hotel expense during trip to Toronto. | $335.70 |
| 3/31/2010 | L. Ahearn | Hotel for trip to Toronto. | $282.52 |
| 3/31/2010 | T. Horton | Hotel in Toronto. | $282.52 |
| 3/31/2010 | J. Peterson | Hotel while in Toronto. | $282.52 |
| 3/31/2010 | H. Miller | Hotel during trip to Toronto. | $141.26 |

**Subtotal - Hotel**   **$9,328.15**

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/1/2010 | J. Hyland | Dinner during Raleigh trip for full FTI and Capstone teams. | $580.80 |
| 3/1/2010 | D. Rothberg | Meal during trip to Raleigh, NC. | $55.80 |
| 3/1/2010 | T. Horton | Lunch at airport in route to Raleigh. | $17.71 |
| 3/1/2010 | J. Peterson | Meal at the airport for D. Rothberg, T. Morilla and J. Peterson. | $7.34 |
| 3/1/2010 | J. Hyland | Meal during Raleigh trip. | $5.37 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/1/2010 | J. Hyland | Meal during Raleigh trip. | $2.12 |
| 3/2/2010 | J. Peterson | Dinner for T. Morilla, D. Rothberg and J. Peterson. | $161.97 |
| 3/2/2010 | J. Hyland | Meal during Raleigh trip. | $30.38 |
| 3/2/2010 | T. Horton | Lunch at Debtors' office in Raleigh. | $14.80 |
| 3/2/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $13.89 |
| 3/2/2010 | J. Peterson | Lunch at Nortel. | $11.62 |
| 3/3/2010 | J. Hyland | Dinner during Raleigh trip for T. Horton, D. Rothberg, J. Peterson, T. Morilla and J. Hyland. | $250.35 |
| 3/3/2010 | D. Rothberg | Meal during Raleigh trip. | $14.91 |
| 3/3/2010 | J. Hyland | Meal during Raleigh trip. | $13.46 |
| 3/3/2010 | J. Peterson | Meal during trip to Raleigh, NC. | $12.92 |
| 3/3/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $11.85 |
| 3/3/2010 | D. Rothberg | Meal during Raleigh trip. | $9.75 |
| 3/3/2010 | T. Horton | Lunch at Debtors' office in Raleigh. | $9.16 |
| 3/3/2010 | J. Peterson | Meal during trip to Raleigh, NC. | $7.46 |
| 3/3/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $7.14 |
| 3/3/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $6.83 |
| 3/3/2010 | J. Hyland | Meal during Raleigh trip. | $6.62 |
| 3/4/2010 | J. Peterson | Meal during trip to Raleigh, NC. | $34.83 |
| 3/4/2010 | T. Horton | Meals while at Debtors' office in Raleigh. | $31.27 |
| 3/4/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $15.59 |
| 3/4/2010 | H. Miller | Meal during trip to Raleigh, NC. | $14.77 |
| 3/4/2010 | J. Peterson | Meal during trip to Raleigh, NC. | $13.77 |

Capstone Advisory Group, LLC  
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

Page 9 of 17

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/4/2010 | D. Rothberg | Meal during Raleigh trip. | $13.66 |
| 3/4/2010 | J. Hyland | Meal during Raleigh trip. | $12.38 |
| 3/4/2010 | J. Hyland | Meal during Raleigh trip. | $10.80 |
| 3/4/2010 | D. Rothberg | Meal during Raleigh trip. | $10.17 |
| 3/4/2010 | S. Tajuddin | Meal during trip to Raleigh, NC. | $9.14 |
| 3/4/2010 | D. Rothberg | Meal during Raleigh trip. | $9.10 |
| 3/4/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $8.60 |
| 3/4/2010 | H. Miller | Meal during trip to Raleigh, NC. | $8.07 |
| 3/4/2010 | S. Tajuddin | Meal at airport. | $7.72 |
| 3/4/2010 | H. Miller | Meal during trip to Raleigh, NC. | $6.92 |
| 3/4/2010 | J. Peterson | Meal during trip to Raleigh, NC. | $5.66 |
| 3/4/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $3.80 |
| 3/4/2010 | J. Hyland | Meal during Raleigh trip. | $3.43 |
| 3/8/2010 | T. Morilla | Meal due to working late. | $23.41 |
| 3/8/2010 | J. Hyland | Meal during NY trip. | $18.96 |
| 3/8/2010 | J. Hyland | Meal during NY trip. | $8.68 |
| 3/9/2010 | J. Peterson | Dinner for J. Hyland, T. Morilla, D. Rothberg and J. Peterson. | $141.09 |
| 3/10/2010 | J. Hyland | Meal during NY trip. | $26.49 |
| 3/10/2010 | D. Rothberg | Meal due to working late. | $23.84 |
| 3/10/2010 | J. Peterson | Dinner due to working late. | $17.18 |
| 3/10/2010 | T. Morilla | Meal due to working late. | $9.57 |
| 3/11/2010 | H. Miller | Meal from trip to NYC. | $13.01 |

Capstone Advisory Group, LLC  
Invoice for the 3/1/2010 - 3/31/2010 Fee Statement

| Date | Professional | Description | Amount |
| --- | --- | --- | --- |
| 3/11/2010 | J. Hyland | Meal during NY trip. | $9.44 |
| 3/11/2010 | H. Miller | Meal from trip to NYC. | $5.55 |
| 3/11/2010 | J. Hyland | Meal during NY trip. | $3.03 |
| 3/12/2010 | J. Hyland | Meal during NY trip. | $4.54 |
| 3/12/2010 | J. Hyland | Meal during NY trip. | $3.79 |
| 3/13/2010 | T. Morilla | Meal due to working on the weekend. | $16.89 |
| 3/13/2010 | T. Morilla | Meal due to working on the weekend. | $11.59 |
| 3/14/2010 | T. Morilla | Meal due to working on the weekend. | $14.31 |
| 3/15/2010 | T. Morilla | Meal for L. Ahearn and T. Morilla due to working late. | $16.44 |
| 3/16/2010 | T. Morilla | Meal due to working late. | $30.69 |
| 3/17/2010 | J. Hyland | Meal during NY trip. | $13.13 |
| 3/17/2010 | M. Lasinski | Breakfast at airport. | $6.66 |
| 3/18/2010 | J. Borow | Bakery for meeting with Akin team. | $19.75 |
| 3/18/2010 | T. Horton | Dinner while meeting with UCC attorneys. | $14.00 |
| 3/19/2010 | J. Hyland | Meal during NY trip. | $6.71 |
| 3/22/2010 | D. Rothberg | Meal during trip to Raleigh. | $39.64 |
| 3/22/2010 | T. Morilla | Meal during Toronto trip for J. Peterson and T. Morilla. | $24.86 |
| 3/22/2010 | J. Hyland | Meal during Toronto/NY trip. | $18.20 |
| 3/22/2010 | J. Peterson | Lunch at Nortel. | $11.57 |
| 3/22/2010 | J. Peterson | Breakfast at EWR airport. | $8.60 |
| 3/22/2010 | T. Morilla | Meal during trip to Toronto. | $8.10 |
| 3/22/2010 | D. Rothberg | Meal during trip to Raleigh. | $7.40 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/22/2010 | T. Morilla | Meal during trip to Toronto. | $4.20 |
| 3/23/2010 | J. Peterson | Dinner for J. Hussain, T. Ayres, T. Morilla, L. Ahearn and J. Peterson. | $278.60 |
| 3/23/2010 | J. Hyland | Meal during Toronto/NY trip. | $13.62 |
| 3/23/2010 | D. Rothberg | Meal during trip to Raleigh. | $13.23 |
| 3/23/2010 | J. Peterson | Lunch at Nortel. | $11.13 |
| 3/23/2010 | D. Rothberg | Meal during trip to Raleigh. | $10.41 |
| 3/23/2010 | L. Ahearn | Breakfast with J. Peterson in Toronto. | $10.30 |
| 3/23/2010 | T. Morilla | Meal during trip to Toronto. | $8.78 |
| 3/23/2010 | D. Rothberg | Meal during trip to Raleigh. | $7.55 |
| 3/23/2010 | D. Rothberg | Meal during trip to Raleigh. | $2.36 |
| 3/23/2010 | D. Rothberg | Meal during trip to Raleigh. | $2.21 |
| 3/23/2010 | T. Morilla | Meal during trip to Toronto. | $1.58 |
| 3/24/2010 | T. Morilla | Meal during trip to Toronto. | $32.23 |
| 3/24/2010 | J. Hyland | Meal during Toronto trip for J. Borow and J. Hyland. | $23.44 |
| 3/24/2010 | T. Morilla | Meal during trip to Toronto. | $13.64 |
| 3/24/2010 | J. Peterson | Lunch at Nortel. | $11.13 |
| 3/24/2010 | J. Peterson | Breakfast at Nortel. | $9.49 |
| 3/24/2010 | L. Ahearn | Meal in Toronto. | $8.78 |
| 3/24/2010 | J. Hyland | Meal during Toronto trip. | $3.45 |
| 3/25/2010 | T. Morilla | Meal due to working late. | $23.40 |
| 3/25/2010 | J. Peterson | Dinner at Toronto airport. | $19.91 |
| 3/25/2010 | J. Peterson | Lunch at Nortel. | $15.70 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/25/2010 | J. Hyland | Meal during Toronto/NY trip. | $11.07 |
| 3/25/2010 | J. Peterson | Breakfast at Nortel. | $8.81 |
| 3/27/2010 | T. Morilla | Meal due to working on the weekend. | $14.83 |
| 3/28/2010 | T. Morilla | Meal due to working on the weekend. | $13.51 |
| 3/29/2010 | T. Horton | Dinner with J. Peterson while in Toronto. | $96.10 |
| 3/29/2010 | H. Miller | Meal during trip to Toronto. | $63.16 |
| 3/29/2010 | H. Miller | Meal during trip - Toronto. | $63.16 |
| 3/29/2010 | T. Horton | Meals in Toronto. | $36.82 |
| 3/29/2010 | D. Rothberg | Meal during trip to Toronto. | $34.51 |
| 3/29/2010 | J. Peterson | Breakfast at the YYZ for L. Ahearn and J. Peterson. | $27.04 |
| 3/29/2010 | J. Peterson | Lunch at Nortel. | $12.71 |
| 3/29/2010 | T. Morilla | Meal during trip to Toronto. | $10.52 |
| 3/29/2010 | T. Morilla | Meal during trip to Toronto. | $10.35 |
| 3/29/2010 | D. Rothberg | Meal during trip to Toronto. | $9.72 |
| 3/29/2010 | H. Miller | Meal during trip to Toronto. | $9.57 |
| 3/29/2010 | D. Rothberg | Meal during trip to Toronto. | $8.96 |
| 3/29/2010 | H. Miller | Meal during trip to Toronto. | $6.07 |
| 3/29/2010 | D. Rothberg | Meal during trip to Toronto. | $5.42 |
| 3/29/2010 | H. Miller | Meal during trip to Toronto. | $4.56 |
| 3/29/2010 | H. Miller | Meal during trip to Toronto. | $3.76 |
| 3/30/2010 | J. Peterson | Dinner for L. Ahearn, D. Rothberg, T. Horton, H. Miller, T. Morilla and J. Peterson. | $371.64 |
| 3/30/2010 | T. Horton | Meals at Debtors' office. | $21.37 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/30/2010 | H. Miller | Meal during trip to Toronto. | $15.32 |
| 3/30/2010 | T. Morilla | Meal during trip to Toronto. | $13.58 |
| 3/30/2010 | J. Peterson | Lunch at Nortel. | $11.69 |
| 3/30/2010 | D. Rothberg | Meal during trip to Toronto. | $10.23 |
| 3/30/2010 | J. Peterson | Breakfast at Nortel. | $5.52 |
| 3/31/2010 | D. Rothberg | Meal during trip to Toronto with L. Ahearn and J. Peterson. | $202.88 |
| 3/31/2010 | T. Horton | Meals at Debtors' office. | $16.27 |
| 3/31/2010 | J. Peterson | Dinner at Toronto airport. | $12.70 |
| 3/31/2010 | H. Miller | Meal during trip to Toronto. | $11.42 |
| 3/31/2010 | J. Peterson | Lunch at Nortel. | $11.13 |
| 3/31/2010 | J. Peterson | Breakfast at Nortel. | $10.88 |
| 3/31/2010 | T. Morilla | Meal during trip to Toronto. | $10.50 |
| 3/31/2010 | D. Rothberg | Meal during trip to Toronto. | $8.21 |
| 3/31/2010 | D. Rothberg | Meal during trip to Toronto. | $3.65 |
| 3/31/2010 | T. Morilla | Meal during trip to Toronto. | $3.15 |
| 3/31/2010 | H. Miller | Meal during trip to Toronto. | $2.93 |
| **Subtotal - Meals** | | | **$3,767.91** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/1/2010 | J. Hyland | Local mileage for Raleigh trip. | $21.00 |
| 3/4/2010 | J. Hyland | Local mileage for Raleigh trip. | $21.00 |
| 3/8/2010 | J. Hyland | Local mileage for NY trip. | $21.00 |
| 3/17/2010 | J. Hyland | Local mileage to airport. | $21.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/19/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 3/22/2010 | J. Hyland | Local mileage for Toronto/NY trip. | $21.00 |
| 3/25/2010 | J. Hyland | Local mileage for Toronto/NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$147.00** |
| **Other** | | | |
| 3/26/2010 | J. Hyland | Foreign currency transaction fees from Canadian travel. | $26.28 |
| **Subtotal - Other** | | | **$26.28** |
| **Parking/Tolls** | | | |
| 3/1/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/1/2010 | J. Hyland | Local tolls for Raleigh trip. | $1.60 |
| 3/4/2010 | T. Horton | Parking at airport while at Debtors' office in Raleigh. | $189.00 |
| 3/4/2010 | J. Hyland | Local tolls for Raleigh trip. | $1.60 |
| 3/8/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/8/2010 | M. Lasinski | Parking for meetings in Chicago with Debtors. | $20.00 |
| 3/8/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 3/9/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/10/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/11/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/12/2010 | J. Hyland | Parking at airport during NY trip. | $128.00 |
| 3/12/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/15/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/16/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/17/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/17/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 3/18/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/19/2010 | T. Horton | Parking - resulting from working with staff in NY office. | $23.00 |
| 3/19/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 3/22/2010 | J. Hyland | Local tolls for Toronto/NY trip. | $1.60 |
| 3/23/2010 | T. Horton | Parking at Newark airport. | $90.00 |
| 3/25/2010 | J. Hyland | Local tolls for Toronto/NY trip. | $1.60 |
| 3/31/2010 | T. Horton | Parking at airport. | $99.00 |
| **Subtotal - Parking/Tolls** | | | **$790.20** |

**Postage/FedEx**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/2/2010 | CAG Direct | Overnight shipping charges for Nortel. | $48.88 |
| 3/2/2010 | CAG Direct | Overnight shipping charges for Nortel. | $24.65 |
| **Subtotal - Postage/FedEx** | | | **$73.53** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/1/2010 | M. Lasinski | Roaming charges from calls and e-mail service in Canada. | $99.64 |
| 3/1/2010 | CAG Direct | Local calls for Nortel | $88.00 |
| 3/8/2010 | CAG Direct | Conference call costs for Nortel. | $245.26 |
| 3/11/2010 | CAG Direct | Telephone charges for Nortel. | $1,949.64 |
| 3/18/2010 | J. Hyland | Telephone roaming charges for Canada. | $62.80 |
| 3/24/2010 | T. Horton | Telecom expenses re: phone and related charges. | $751.25 |
| 3/31/2010 | M. Lasinski | Internet connection while traveling. | $49.75 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 3/31/2010 | J. Peterson | Roaming charges incurred while in Toronto. | $26.20 |

**Subtotal - Telecom** $3,272.54

**For the Period 3/1/2010 through 3/31/2010** $45,153.85