IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>    Debtors. | Case No. 09-10138(KG)<br><br>(Chapter 11 – Jointly Administered) |

## NOTICE OF TRANSFER / ASSIGNMENT OF CLAIM

TO THE COURT AND ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that Glow Networks, Inc. ("Glow Networks") has assigned and transferred to GN Claim Sub, LLC ("GN Claim Sub") all of Glow Networks' rights, claims, liens, and interests in and to Glow Networks' claim in this Bankruptcy Case, including, specifically, Proof of Claim No. 1472 (the "Transferred Claim"). Evidence of the Transferred Claim is attached hereto as Exhibit "A" and incorporated herein.

Glow Networks is hereby advised that this notice has been filed with the Clerk of the United States Bankruptcy Court (the "Bankruptcy Court") under Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Pursuant to said rule, any objection to this notice or to the assignment and transfer of the Transferred Claim must be filed with the Bankruptcy Court by Glow Networks within **twenty-one (21) days** of the service of this notice.

If no objection is timely received by the Bankruptcy Court, GN Claim Sub shall be substituted as the claimant under the Transferred Claim without further order of the Bankruptcy Court, and any distributions on account of the Transferred Claim shall be made thereafter to GN Claim Sub.

Respectfully submitted this 27th day of April, 2010,

                                        **MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Joseph J. Wielebinski
     Joseph J. Wielebinski, Esq.
     Texas Bar No. 21432400
     Jonathan L. Howell, Esq.
     Texas Bar No. 24053668
     3800 Lincoln Plaza
     500 N. Akard Street
     Dallas, Texas 75201
     Telephone: (214) 855-7500
     Facsimile: (214) 855-7584

**ATTORNEYS FOR GN CLAIM SUB, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 27th day of April 2010, he caused true and correct copies of this document, with the exhibit thereto, to be served on all parties receiving notice through the Court's ECF system and by U.S. first class mail, postage prepaid, on the following parties:

| | |
|---|---|
| Counsel for the Debtors<br>Morris Nichols Arsht & Tunnell, LLP<br>Attention: Alissa T. Gazze<br>1201 N. Market Street<br>Wilmington, DE 19801 | Nortel Networks Inc., et al.<br>2221 Lakeside Boulevard<br>Richardson, TX 75082 |
| Counsel for Creditor Committee<br>Richards, Layton & Finger, P.A.<br>Attention: Christopher M. Samis<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | Office of the U.S. Trustee<br>Attention: Thomas Patrick Ticker<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Glow Networks, Inc.<br>2140 Lake Park Boulevard, Suite 113<br>Richardson, TX 75080-2290 | Counsel for Foreign Representative<br>Buchanan Ingersoll & Rooney PC<br>Attention: Peter James Duhig<br>The Brandywine Building<br>1000 West Street<br>Suite 1410, P.O. Box 1397<br>Wilmington, DE 19899 |

By: /s/ Jonathan L. Howell
     Jonathan L. Howell, Esq.