# EXHIBIT A

## ASSIGNMENT OF CLAIM

This Assignment of Claim (the "Assignment") is entered into between Glow Networks, Inc., a Delaware corporation ("Assignor"), and GN Claim Sub, LLC, a Delaware limited liability company ("Assignee").

Assignor, subject to the limitations hereinafter set forth, for good and valuable consideration, received pursuant to that certain Contribution Agreement dated April 26, 2010, between Assignor and Assignee, the receipt and sufficiency of which is hereby acknowledged, hereby grants, sells, conveys and assigns to Assignee all of Assignor's right, title, interest and obligations in and to Proof of Claim # 1472 (the "Claim") filed against Nortel Networks Inc., et al. ("Debtor") in Bankruptcy Case No. 09-10138(KG) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware.

THIS ASSIGNMENT IS AN ABSOLUTE AND UNCONDITIONAL ASSIGNMENT OF ALL RIGHT, TITLE, INTEREST AND OBLIGATIONS IN AND TO THE CLAIM AND IS WITHOUT RECOURSE, REPRESENTATION OR WARRANTY OF ANY KIND OR NATURE. ASSIGNEE ACKNOWLEDGES AND AGREES, BY ITS ACCEPTANCE HEREOF, THAT ASSIGNOR HAS NOT MADE AND DOES NOT HEREBY MAKE ANY REPRESENTATION, WARRANTY, PROMISE, COVENANT, AGREEMENT OR GUARANTY OF ANY KIND OR CHARACTER WHATSOEVER, WHETHER EXPRESS OR IMPLIED, WITH RESPECT TO THE CLAIM, INCLUDING THE VALUE, VALIDITY OR ENFORCEABILITY OF THE CLAIM OR THE EXISTENCE OF ANY COUNTERCLAIM, OFFSET OR DEFENSE TO THE CLAIM.

Assignor shall have no obligation to take any action to defend in the Bankruptcy Case or in any other litigation or proceeding arising out of or relating to the Claim, the validity, amount, or enforceability of the Claim.

This Assignment shall be binding upon and shall inure to the benefit of Assignor and Assignee and their respective successors and assigns.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment by its duly authorized representative dated as of the 26th day of April, 2010.

GLOW NETWORKS, INC.

By: _____
Name: DEV SRIDHARAN
Title: CFO

ASSIGNMENT OF CLAIM - Page 1
MHDocs 2601047_2 5861.8

Acknowledged and consented to by:

**GN CLAIM SUB, LLC**

By: _/s/_
Name: _DEV SRIDHARAN_
Title: _Manager and CFO_

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held<br>**NORTEL NETWORKS INC.** | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**GLOW NETWORKS, INC.**
**2140 LAKE PARK BLVD. #303**
**RICHARDSON, TX 75080**
**972-699-1994 X203**
**dsridharan@glownetworks.com**

Telephone number:            Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:            Email Address:

1. **Amount of Claim as of Date Case Filed:** $ **3,524,461.63**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** **Invoices for services rendered**
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** **4518**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.** List of invoices attached; supporting documents will be provided
If the documents are not available, please explain: on request. They are not included with this package since previous and contain sensitive information.

FOR COURT USE ONLY

**FILED / RECEIVED**

**JUL 0 6 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: **June 29, 2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
**DEV SRIDHARAN, CFO**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Glow Networks, Inc. | | | | | |
|---|---|---|---|---|---|
| Attachment to Proof of Claim for amounts owed by Nortel Networks Inc. | | | | | |
| Date | Services Rendered for Week as per Nortel Networks Inc. Calendar | P.O. Number | Invoice Number | Due Date | Amount |
| 10/27/2008 | 42 | 4320027590 | 8755 | 01/16/2009 | 1,753.75 |
| 11/03/2008 | 43 | 4320034173 | 8796 | 01/16/2009 | 256,979.75 |
| 11/03/2008 | 43 | 4320056974 | 8798 | 01/16/2009 | 6,000.00 |
| 11/03/2008 | 43 | 4320027591 | 8799 | 01/16/2009 | 1,265.00 |
| 11/03/2008 | 43 | 4320057483 | 8800 | 01/16/2009 | 12,500.00 |
| 11/03/2008 | 43 | 4320047139 | 8801 | 01/16/2009 | 9,000.00 |
| 11/03/2008 | 43 | 4320055168 | 8802 | 01/16/2009 | 24,850.00 |
| 11/03/2008 | 43 | 4320027591 | 8803 | 01/16/2009 | 805.00 |
| 11/10/2008 | 44 | 4320034173 | 8834 | 02/06/2009 | 286,770.73 |
| 11/10/2008 | 44 | 4320021457 | 8835 | 02/06/2009 | 6,175.00 |
| 11/10/2008 | 44 | 4320021100 | 8836 | 02/06/2009 | 16,501.50 |
| 11/17/2008 | 45 | 4320034173 | 8853 | 02/06/2009 | 259,138.37 |
| 11/21/2008 | 45 & 46 | 4320023360 | 8882 | 02/02/2009 | 5,900.00 |
| 11/24/2008 | 46 | 4320034173 | 8884 | 02/02/2009 | 255,527.07 |
| 11/24/2008 | 46 | 4320018584 | 8885 | 02/02/2009 | 1,700.00 |
| 11/24/2008 | 46 | 4320050357 | 8886 | 02/02/2009 | 74,214.00 |
| 11/24/2008 | 46 | 4320060946 | 8887 | 02/02/2009 | 6,000.00 |
| 11/24/2008 | 46 | 4320033768 | 8888 | 02/02/2009 | 4,375.00 |
| 11/24/2008 | 46 | 4320050357 | 8889 | 02/02/2009 | 16,758.00 |
| 11/24/2008 | 46 | 4320060974 | 8890 | 02/02/2009 | 14,350.00 |
| 11/24/2008 | 46 | 4320058104 | 8891 | 02/02/2009 | 28,500.00 |
| 11/24/2008 | 46 | 4320060975 | 8892 | 02/02/2009 | 35,700.00 |
| 11/24/2008 | 46 | 4320055502 | 8893 | 02/02/2009 | 9,050.00 |
| 12/01/2008 | 47 | 4320034173 | 8911 | 02/16/2009 | 264,013.40 |
| 12/01/2008 | 47 | 4320057484 | 8912 | 02/16/2009 | 5,460.00 |
| 12/01/2008 | 47 | 4320061434 | 8913 | 02/16/2009 | 3,480.00 |
| 12/01/2008 | 47 | 4320049113 | 8914 | 02/16/2009 | 4,200.00 |
| 12/01/2008 | 47 | 4320049114 | 8915 | 02/16/2009 | 1,800.00 |
| 12/08/2008 | 48 | 4320034173 | 8957 | 02/16/2009 | 143,940.81 |
| 12/08/2008 | 48 | 4320061433 | 8958 | 02/16/2009 | 1,970.00 |
| 12/08/2008 | 48 | 4320061432 | 8959 | 02/16/2009 | 15,936.00 |
| 12/08/2008 | 48 | 4320047139 | 8960 | 02/16/2009 | 4,000.00 |
| 12/08/2008 | 48 | 4320057703 | 8961 | 02/16/2009 | 43,950.00 |
| 12/08/2008 | 48 | 4320057369 | 8962 | 02/16/2009 | 21,660.00 |
| 12/08/2008 | 48 | 4320057074 | 8963 | 02/16/2009 | 35,160.00 |
| 12/08/2008 | 48 | 4320021457 | 8964 | 02/16/2009 | 4,782.50 |
| 12/15/2008 | 49 | 4320034173 | 8970 | 03/16/2009 | 237,710.77 |
| 12/15/2008 | 49 | 4320049276 | 8971 | 03/03/2009 | 9,600.00 |
| 12/15/2008 | 49 | 4320052210 | 8972 | 03/16/2009 | 32,500.00 |
| 12/15/2008 | 49 | 4320062106 | 8973 | 03/16/2009 | 1,943.00 |
| 12/15/2008 | 49 | 4320021100 | 8974 | 03/16/2009 | 16,500.00 |
| 12/15/2008 | 49 | 4320062162 | 8975 | 03/16/2009 | 11,400.00 |
| 12/15/2008 | 49 | 4320060975 | 8976 | 03/16/2009 | 23,800.00 |
| 12/22/2008 | 50 | 4320034173 | 8984 | 03/16/2009 | 268,667.29 |
| 12/22/2008 | 50 | 4320018584 | 8985 | 03/16/2009 | 11,900.00 |
| 12/22/2008 | 50 | 4320018278 | 8986 | 03/16/2009 | 29,452.50 |

| Glow Networks, Inc. | | | | | |
|---|---|---|---|---|---|
| Attachment to Proof of Claim for amounts owed by Nortel Networks Inc. | | | | | |
| Date | Services Rendered for Week as per Nortel Networks Inc. Calendar | P.O. Number | Invoice Number | Due Date | Amount |
| 12/22/2008 | 50 | 4320049529 | 8987 | 03/16/2009 | 5,750.00 |
| 12/22/2008 | 50 | 4320060946 | 8988 | 03/16/2009 | 8,875.00 |
| 12/22/2008 | 50 | 4320050357 | 8989 | 03/16/2009 | 63,042.00 |
| 12/22/2008 | 50 | 4320063688 | 8990 | 03/16/2009 | 39,932.00 |
| 12/22/2008 | 50 | 4320057703 | 8991 | 03/16/2009 | 10,650.00 |
| 12/22/2008 | 50 | 4320057369 | 8992 | 03/16/2009 | 18,490.00 |
| 12/22/2008 | 50 | 4320057074 | 8993 | 03/16/2009 | 15,440.00 |
| 12/22/2008 | 46 | 4320058104 | 8994 | 12/22/2008 | -20,000.00 |
| 12/31/2008 | 51 & 52 | 4320023360 | 9010 | 03/09/2009 | 5,900.00 |
| 01/08/2009 | 52 | 4320066152 | 9037 | 03/17/2009 | 60,204.37 |
| 01/08/2009 | 52 | 4320066334 | 9038 | 03/17/2009 | 2,471.66 |
| 01/12/2009 | 1 | 4320066152 | 9039 | 04/01/2009 | 75,492.22 |
| 01/12/2009 | 1 | 4320066149 | 9040 | 04/01/2009 | 3,400.00 |
| 01/12/2009 | 1 | 4320066150 | 9041 | 04/01/2009 | 14,535.00 |
| 01/12/2009 | 1 | 4320066334 | 9042 | 04/01/2009 | 10,785.85 |
| 01/12/2009 | 1 | 4320021457 | 9043 | 04/01/2009 | 4,782.50 |
| 01/19/2009 | 2 | 4320066152 | 9064 | 04/01/2009 | 228,579.74 |
| 01/19/2009 | 2 | 4320066150 | 9065 | 04/01/2009 | 11,900.00 |
| 01/19/2009 | 2 | 4320058414 | 9066 | 04/01/2009 | 22,250.00 |
| 01/19/2009 | 2 | 4320021100 | 9067 | 04/01/2009 | 9,900.01 |
| 01/20/2009 | 3 | 4320066152 | 9087 | 04/01/2009 | 48,060.49 |
| 01/21/2009 | 3 | 4320066152 | 9092 | 04/01/2009 | 29,724.92 |
| 01/21/2009 | 3 | 4320066334 | 9094 | 04/01/2009 | 1,064.00 |
| 01/22/2009 | 3 | 4320066152 | 9101 | 04/02/2009 | 24,371.69 |
| 01/22/2009 | 3 | 4320066334 | 9104 | 04/01/2009 | 1,166.44 |
| 01/23/2009 | 3 | 4320066152 | 9105 | 04/03/2009 | 4,157.76 |
| 01/26/2009 | 1, 2 & 3 | 4320066149 | 9110 | 04/15/2009 | 3,400.00 |
| 01/26/2009 | 2 & 3 | 4320066334 | 9112 | 04/04/2009 | 3,724.00 |
| 01/28/2009 | 3 | 4320066152 | 9118 | 04/15/2009 | 4,004.55 |
| 01/28/2009 | 2, 3 | 4320023360 | 9122 | 04/15/2009 | 3,687.50 |
| 01/29/2009 | 3 | 4320066152 | 9129 | 04/15/2009 | 1,195.46 |
| 01/02/2009 | 51 | 4320034173 | 9017 A | 03/16/2009 | 238,843.63 |
| 01/02/2009 | 51 | 4320066152 | 9017 B | 03/13/2009 | 41,041.40 |
| | | | | **Total amount of Claim** | 3,524,461.63 |



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* NNI CLMLTR (MERGE2,TXNUM2) 4000103350 \*\*\*\*
GLOW NETWORKS, INC.
2140 LAKE PARK BLVD. #303
RICHARDSON, TX 75080

September 21, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the NORTEL case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NORTEL NETWORKS INC. |
| Case Number: | 09-10138 |
| Creditor: | GLOW NETWORKS, INC. |
| Date Received: | 07/06/2009 |
| Claim Number: | 1472 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/NNI. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC