IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., et al.,[1]                            :    Case No. 09-10138 (KG)
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Technology Properties Limited LLC hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 5519).

Dated: San Jose, California
       20 April        , 2010

                                        Technology Properties Limited LLC

                                        _____
                                        Dan Leckrone
                                        Technology Properties Limited LLC
                                        20400 Stevens Creek Blvd. 5th Floor
                                        San Jose, CA 95014
                                        Tel: (408) 410-4714
                                        Email: sanjose@tplgroup.net

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.