United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount $2,335.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KEY SERVICES INC**
**3921 WEST POINT BLVD**
**WINSTON-SALEM, NC 27103**

The transfer of your claim as shown above in the amount of **$2,335.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeff Caress
    Liquidity Solutions Inc
    (201) 968-0001

3136600

## TRANSFER NOTICE

Key Services Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **NORTEL NETWORKS, INC.** (the "Debtor"), in the aggregate amount of **$2,335.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __31__ day of __March__, 2010

Key Services Inc

__Mark Wiles__
(Signature)

__Mark Wiles- Controller__
(Print Name and Title)

__Jeffrey L. Cheos__
Liquidity Solutions, Inc.

NORTEL NETWORKS, INC.
Claim #
Key Services Inc



3136600