# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000

Page 2

Client # 732310

Matter # 165839

For services through March 31, 2010
relating to Case Administration

| 03/04/10 | Maintain original pleading | | | |
|---|---|---|---|---|
| Paralegal | Brenda D. Tobin | 1.90 hrs. | 100.00 | $190.00 |
| 03/04/10 | Call to A. Cordo re: new transcript procedures (.2); Email to B. Kahn re: new transcript procedures (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/04/10 | Review email from B. Kahn re: drafting pro hac motion for S. Schultz (.1); Email to B. Kahn re: same (.1); Discussion with M. DeCarli re: drafting same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 03/04/10 | Draft pro hac of S. Schultz | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 03/05/10 | Finalize and file re: pro hac motion for S. Schultz (.2); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 03/05/10 | Review proposed form of order appointing transcriber and related certification of counsel (.2); Email to B. Kahn re: clearance of proposed form of order appointing transcriber and related certification of counsel (.1); Email to A. Cordo re: clearance of proposed form of order appointing transcriber and related certification of counsel (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 03/09/10 | Finalize and file affidavits of service for B. Witters x3 | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 195.00 | $39.00 |
| 03/12/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 100.00 | $20.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 3

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 03/24/10 | File affidavit of service regarding joinder to response to the motion of the trustees U.K. pension plan | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| 03/25/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.10 hrs. | 100.00 | $10.00 |
| 03/26/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.10 hrs. | 100.00 | $10.00 |
| 03/29/10 | Review docket (.2); Review and update critical dates (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Total Fees for Professional Services                    $798.50

TOTAL DUE FOR THIS INVOICE                         **$798.50**

BALANCE BROUGHT FORWARD                          $701.00

**TOTAL DUE FOR THIS MATTER**                      **$1,499.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 4

Client #  732310

Matter #  165839

For services through March 31, 2010

relating to  Executory Contracts/Unexpired Leases

| | | | | |
|---|---|---|---|---|
| 03/02/10 | Discussion with C. Samis re: filing reservation of rights re: Metro Ethernet motion (.1); Review same (.2); Discussion with B. Witters re: filing and service of same (.1); Email to B. Kahn re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |

Total Fees for Professional Services          $157.50

TOTAL DUE FOR THIS INVOICE          **$157.50**

**TOTAL DUE FOR THIS MATTER**          **$157.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 5

Client #  732310

Matter #  165839

---

For services through March 31, 2010
relating to  Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 02/24/10 | Finalize, file and cooridnate service re: joinder of committee to motion enforcing automatic stay with respect UK Pension proceedings (.3); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/02/10 | File affidavit of service regarding joinder of the UCC to debtors' motion for entry of an order enforcing the automatic stay against certain claimants | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

Total Fees for Professional Services                     $117.00

TOTAL DUE FOR THIS INVOICE                     **$117.00**

$220.50

**TOTAL DUE FOR THIS MATTER**                     **$337.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000

Page 6

Client # 732310

Matter # 165839

For services through March 31, 2010
relating to Use, Sale of Assets

| 03/02/10 | Finalize, file and coordinate service re: reservation of rights approving Metro Ethernet Networks (.2); Prepare aos re: same (.2) | | | |
|----------|----------|----------|--------|--------|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

Total Fees for Professional Services $78.00

TOTAL DUE FOR THIS INVOICE **$78.00**

$82.50

**TOTAL DUE FOR THIS MATTER** **$160.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 7

Client #  732310

Matter #  165839

For services through March 31, 2010
relating to  Claims Administration

| 03/16/10 | Email to B. Witters re: telephone number for claimant Getko for responding to creditor inquiry | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Total Fees for Professional Services                           $31.50

TOTAL DUE FOR THIS INVOICE                          **$31.50**

$72.00

**TOTAL DUE FOR THIS MATTER**                       **$103.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000
Page 8
Client # 732310

Matter # 165839

For services through March 31, 2010
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 02/24/10 | Retreive and review 2/26/10 agenda (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 03/01/10 | Email with J. Klein re: outcome of 2/26 hearing | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 255.00 | $25.50 |
| 03/02/10 | Prepare 3/3/10 hearing binder per B. Witters | | | |
| Paralegal | Amy B. Anderson | 3.40 hrs. | 100.00 | $340.00 |
| 03/02/10 | Retrieve and review re: 3/3/10 agenda (.2); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 03/02/10 | Prepare 03/03/10 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 2.80 hrs. | 100.00 | $280.00 |
| 03/02/10 | Emails to D. Sloan re: preparation for 3/3/10 hearing | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/02/10 | Review emails (x3) from C. Samis re: attending 3/3/10 hearing (.1); Emails (x3) to C. Samis re: same (.1); Emails (x5) to B. Kahn re: same (.2); Review amended agenda for 3/3/10 hearing (.2); Discussion with B. Tobin re: preparation of hearing binders re: same (.1); Review various documents listed in agenda re: preparation for 3/3/10 hearing (1.0); Review amended agenda re: same (.2) | | | |
| Associate | Drew G. Sloan | 1.90 hrs. | 315.00 | $598.50 |
| 03/03/10 | Prepare 03/03/10 hearing binder per D. Sloan | | | |
| Paralegal | Brenda D. Tobin | 1.70 hrs. | 100.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 9

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 03/03/10 | Discussion with C. Samis re: preparation for 3/3/10 hearing (.1); Emails (x4) to B. Kahn re: preparation for 3/3/10 hearing (.2); Discussion with C. Samis re: same (.1); Preparation for and attendance at 3/3/10 hearing (3.8) | | | |
| Associate | Drew G. Sloan | 4.20 hrs. | 315.00 | $1,323.00 |
| 03/04/10 | Telephone to Courtcall re: telephonic appearances for S. Schultz, D. Botter, B. Kahn and C. Samis (.4); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/04/10 | Participate in 3/4/10 telephonic hearing | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/04/10 | Email to B. Kahn re: scheduling telephonic appearances re: 3/4/10 status conference (.1); Discussion with B. Witters re: same (.1); Review email from B. Kahn re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 03/15/10 | E-mail to B. Kahn re: 2/26/10 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 03/15/10 | Email to B. Witters re: obtaining transcript of 2/16/10 hearing (.1); Email to R. Jacobs re: logistics of 3/17/10 hearing (.1); Email to B. Witters re: logistics of 3/17/10 hearing (.1); Review transcript from 2/16/10 hearing on U.K. Pension issues (1.1) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 315.00 | $441.00 |
| 03/16/10 | Telephone call to Courtcall re: telephonic appearances of R. Jacobs, M. Wunder, D. Botter, F. Hodara and S. Schultz (.4); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/16/10 | Prepare 3/17/10 hearing binder per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 2.50 hrs. | 100.00 | $250.00 |
| 03/16/10 | Prepare for 3/17/10 hearing (1.0); Email to B. Kahn re: logistics of 3/17/10 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 315.00 | $346.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000
Page 10
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 03/16/10 | Assist B. Tobin with 3/17/10 fee application binder | | | |
| Paralegal | Robyn K. Sinclair | 2.50 hrs. | 195.00 | $487.50 |
| 03/17/10 | Amend 3/17/10 hearing binders | | | |
| Paralegal | Brenda D. Tobin | 1.90 hrs. | 100.00 | $190.00 |
| 03/17/10 | Attend 3/17/10 hearing | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 03/29/10 | Retrieve and review re: 3/31/10 agenda (.2); E-mail to RLF distribution re: same (.1); Telephone call to Courtcall re: D. Botter telephonic appearance (.1); E-mail to D. Botter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/29/10 | Prepare 3/31/10 hearing binder per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 3.30 hrs. | 100.00 | $330.00 |
| 03/29/10 | Email to B. Witters re: preparation for 3/31/10 hearing (.1); Email to R. Jacobs re: preparation for 3/31/10 hearing (.1); Email to D. Botter re: preparation for 3/31/10 hearing (.1); Email to B. Tobin re: preparation for 3/31/10 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 03/30/10 | Prepare 3/31/10 hearing binder per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 1.00 hrs. | 100.00 | $100.00 |
| 03/30/10 | Review email from B. Kahn re: telephonic appearance for 3/31/10 hearing (.1); Email to B. Kahn, S. Schultz and C. Samis re: same (.1); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 03/31/10 | Prepare 3/31/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 1.20 hrs. | 100.00 | $120.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 11

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 03/31/10 | Prepare for 3/31/10 hearing (.5); Email to B. Kahn re: preparation for 3/31/10 hearing (.1); Attend 3/31/10 hearing (1.3) | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 315.00 | $598.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $6,671.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$6,671.50** |
| | $4,175.50 |
| **TOTAL DUE FOR THIS MATTER** | **$10,847.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 12

Client #  732310

Matter # 165839

---

For services through March 31, 2010
relating to  Litigation/Adversary Proceedings

| 03/03/10 | Email to B. Witters and C. Samis re: telephonic hearing re: incentive program (.1); Discussion with C. Samis re: same (.1); Call with B. Witters re: same (.1) | | | |
|----------|----|----|----|----|
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 03/08/10 | Call to J. Sturm re: likelihood Judge Gross will shorten notice on motion for direct appeal to Third Circuit by U.K. Pension Plan | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 03/09/10 | Review docket for order shortening notice on U.K. Pension direct appeal (.2); Call to J. Sturm re: responding to U.K. Pension direct appeal (.1); Call to A. Gupta re: creditor inquiry on U.K. Pension direct appeal (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 03/10/10 | Call from A. Gupta re: U.K. Pension appeal | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 03/11/10 | Finalize, file and coordinate service re: joinder to response in opposition to pension plan (.3); Prepare AOS re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/11/10 | Review, revise and finalize joinder to Debtors' objection to motion by U.K. Trustee to certify direct appeal (.4); Email to A. Gupta re: Debtors' motion to enforce stay against U.K. Pension Trustee (.1); Emails to J. Sturm re: revisions to and filing of joinder to Debtors' objection to motion by U.K. Trustee to certify direct appeal (.4); Emails to B. Witters re: service of joinder to Debtors' objection to motion by U.K. Trustee to certify direct appeal (.1) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 315.00 | $315.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000
Page 13
Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 03/15/10 | Email to J. Sturm re: Judge's decision on motion for direct appeal to Third Circuit by U.K. Pension Trustee (.1); Review designation of record for U.K. Pension stay enforcement appeal (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/23/10 | Email to J. Sturm re: monitoring District Court docket for U.K. pension appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 03/26/10 | Emails to D. Sloan re: review of District Court joinder for response to U.K. Pension appeal (.2); Email to J. Sturm re: review of District Court joinder for response to U.K. Pension appeal (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/26/10 | Discussion with C. Samis re: review of draft joinder re: District Court appeal re: pension plan (.1); Review email from C. Samis re: same (.1); Review draft reply (.1); Review form District Court filings re: same (.1); Email to J. Sturm and C. Samis re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 03/29/10 | Emails to J. Sturm re: filing of joinder to Debtor's opposition to expedited District Court appeal with respect to U.K. Pension dispute (x3) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 03/29/10 | Review email from C. Samis re: filing joinder to District Court action (.1); Discussion with C. Samis re: same (.1); Discussion with B. Witters re: same (.1); Review draft joinder re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 03/30/10 | Finalize and file re: joinder to response of U.K. Pension Plan (.2); Coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000

Page 14

Client # 732310

Matter # 165839

---

| 03/30/10 | Email to A. Cordo re: filing of joinder to Debtor's opposition to expedited District Court appeal with respect to U.K. Pension dispute (.1); Meet with D. Sloan re: filing of joinder to Debtor's opposition to expedited District Court appeal with respect to U.K. Pension dispute (.2); Email to B. Witters re: service of joinder to Debtor's opposition to expedited District Court appeal with respect to U.K. Pension dispute (.1); Email to D. Sloan re: filing of joinder to Debtor's opposition to expedited District Court appeal with respect to U.K. Pension dispute (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 03/30/10 | Discussion with C. Samis re: filing joinder in District Court action (.1); Review email from C. Samis re: same (.1); Review emails (x2) from A. Cordo re: same (.1); Review and execute revised draft of joinder re: same (.2); Discussion with C. Samis re: filing same (.1); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 315.00 | $220.50 |
| 03/31/10 | Prepare AOS re: joinder UK pension plan (.2); E-mail to L. Beckerman re: response declaration and joinder pdfs of UK pension plan (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 03/31/10 | Email to B. Witters re: sending U.K. Pension District Court appeal documents to L. Beckerman | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

|  | Total Fees for Professional Services | $1,891.50 |
|---|---|---|
|  | **TOTAL DUE FOR THIS INVOICE** | **$1,891.50** |
|  |  | $472.50 |
|  | **TOTAL DUE FOR THIS MATTER** | **$2,364.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000
Page 15
Client #  732310

Matter #  165839

For services through March 31, 2010
relating to  Retention of Others

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 03/04/10 | Retrieve re: order expanding scope of retention of Jefferies & Co. (.1); Coordinate service re: same (.2); Prepare AOS re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 03/04/10 | File affidavit of service regarding fifth declaration of F. Hodara regarding application to retain Akin Gump | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

Total Fees for Professional Services        $117.00

TOTAL DUE FOR THIS INVOICE              **$117.00**

$204.00

**TOTAL DUE FOR THIS MATTER**           **$321.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000
Page 16
Client #  732310

Matter # 165839

For services through March 31, 2010
relating to  RLF Fee Applications

| 03/08/10 | E-mail to B. Kahn re: RLF February fees and expense estimates | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 03/14/10 | Review RLF February bill memo | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 03/16/10 | Review February 2010 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 03/17/10 | Prepare cno re: RLF January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 03/17/10 | Conduct final review of RL&F fourth interim fee application and related monthly applications to prepare for 3/17/10 fee hearing (.8); Review, revise and finalize certificate of no objection for January 2010 RL&F fee application (.2) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 315.00 | $315.00 |
| 03/26/10 | Review and revise RLF February fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 03/26/10 | Review and execute RLF monthly fee application (.3); Discussion with B Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |

Total Fees for Professional Services          $874.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 17

Client #  732310

Matter #  165839

---

TOTAL DUE FOR THIS INVOICE                                  **$874.50**

$877.50

**TOTAL DUE FOR THIS MATTER**                               **$1,752.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000
Page 18
Client # 732310

Matter # 165839

For services through March 31, 2010
relating to Fee Applications of Others

| 02/24/10 | Prepare cno re Ashurst December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re Akin Gump December fee application (.2); Finalize and file cno re: same (.2); Finalize, file and coordinate service re: fourth interim fee application of Akin Gump (.2); Finalize, file and coordinate service re: fourth interim fee application of Fraser Milner (.2); Attention to e-mail re: Capstone January fee application (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: service of same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.90 hrs. | 195.00 | $370.50 |
| 03/01/10 | Review email from B. Kahn re: amended interim fee application of Akin Gump (.1); Review same (.1); Email to B. Kahn and C. Samis re: same (.1); Discussion with C. Samis re: same (.1); Email to J. Gates re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 03/01/10 | Communicate with D. Sloan regarding Akin interim fee application (.1); Finalize and efile Akin Gump amended fourth interim fee application (.2); Coordinate service of interim fee application (.2); Draft affidavit of service regarding interim fee app (.2) | | | |
| Paralegal | Janel Gates | 0.70 hrs. | 195.00 | $136.50 |
| 03/02/10 | Finalize and efile affidavit of service regarding Akin's amended fourth interim fee application | | | |
| Paralegal | Janel Gates | 0.20 hrs. | 195.00 | $39.00 |
| 03/02/10 | File affidavit of service regarding fourth interim fee application of Ashurt LLP and Capstone Advisory Group (.1); File affidavit of service regarding fourth monthly fee application of AkinGump (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 03/03/10 | E-mail to distribution re: Capstone December objection deadline (.1); Prepare cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000
Page 19
Client # 732310

Matter # 165839

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/03/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 03/03/10 | Finalize and file certification of no objection regarding eleventh monthly fee application of Capstone | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 195.00 | $39.00 |
| 03/04/10 | Attention to e-mail re: Capstone amended fourth interim fee application (.1); Retrieve re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare AOS re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 03/04/10 | Email to B. Witters re: obtaining February fee information for client | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 03/04/10 | Review email from B. Kahn re: filing amended Capstone interim fee application (.1); Review same (.1); Email to B. Kahn re: same (.1); Email to B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 03/04/10 | File affidavit of service regarding 8th monthly fee application of Capstone advisory | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| 03/08/10 | E-mail to distribution re: Fraser Milner December 2009 fee application deadline (.1); Prepare cno re: same (.2); Finalize and file cno re: same (.2); Update fee status chart (.6) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 03/08/10 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 03/09/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 20

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 03/09/10 | Email to B. Witters re: preparing Committee fee order for next interim fee hearing (.1); Email to A. Cordo re: preparing Committee fee order for next interim fee hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 03/11/10 | Retreive committee fourth interim fee applications (.8); Prepare exhibit B to fourth interim fee order (.8) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 195.00 | $312.00 |
| 03/15/10 | Prepare exhibit B re: fourth interim fee order (1.8); E-mail to C. Samis and D. Sloan re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 195.00 | $390.00 |
| 03/15/10 | Email to B. Kahn re: preparation of interim fee order (.1); Email to A. Cordo re: status of interim fee order (.1); Emails to B. Witters re: status of interim fee order (.3); Review interim fee order (.2) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 03/15/10 | Review email from B. Kahn re: drafting interim fees order (.1); Review email from C. Samis re: same (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 03/16/10 | Revise exhibit B to fourth interim fee order (.3); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 03/16/10 | Email to B. Witters re: preparation of interim fee order for 2/17/10 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 03/23/10 | Attention to e-mail re: Akin Gump February fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare AOS re: same (.2); Update fee status chart (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 195.00 | $234.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 27, 2010
Invoice 355000
Page 21

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 03/23/10 | Review email from B. Kahn re: filing Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 03/26/10 | Attention to e-mail re: Ashurst February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Update fee status chart (.5) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 195.00 | $292.50 |
| 03/26/10 | Review email from B. Kahn re: filing Ashurst monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 03/30/10 | Prepare cno re: Akin Gump January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone Advisory January fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Capstone February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 2.60 hrs. | 195.00 | $507.00 |
| 03/30/10 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Review and execute certification of no objection re: Ashurst monthly fee application (.1); Review and execute certification of no objection re: Capstone monthly fee application (.1); Review and execute certification of no objection re: Akin monthly fee application (.1); Review and execute certification of no objection re: Fraser monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 315.00 | $252.00 |

Total Fees for Professional Services          $4,384.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 22

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,384.50** |
| | $2,868.00 |
| **TOTAL DUE FOR THIS MATTER** | **$7,252.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000

Page 23

Client #  732310

### Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 3.40 | 100.00 | 340.00 |
| Andrew C. Irgens | 0.10 | 255.00 | 25.50 |
| Barbara J. Witters | 21.80 | 195.00 | 4,251.00 |
| Brenda D. Tobin | 16.70 | 100.00 | 1,670.00 |
| Christopher M. Samis | 12.20 | 315.00 | 3,843.00 |
| Drew G. Sloan | 13.00 | 315.00 | 4,095.00 |
| Janel Gates | 0.90 | 195.00 | 175.50 |
| Marisa C. DeCarli | 0.80 | 195.00 | 156.00 |
| Rebecca V. Speaker | 0.40 | 195.00 | 78.00 |
| Robyn K. Sinclair | 2.50 | 195.00 | 487.50 |
| TOTAL | 71.80 | $210.61 | 15,121.50 |

**TOTAL DUE FOR THIS INVOICE**                    **$20,066.36**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310