# EXHIBIT B



**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

April 27, 2010
Invoice 355000

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through March 31, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $26.00 |
| Court Reporter Services | $971.60 |
| Document Retrieval | $356.72 |
| Filing Fees | $546.00 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $922.01 |
| Photocopying/ Printing<br>13,817 @ $.10/pg / 1,208 @ $.10/pg | $1,502.50 |
| Postage | $613.08 |

| | |
|---|---:|
| Other Charges | $4,944.86 |
| **TOTAL DUE FOR THIS INVOICE** | **$4,944.86** |
| BALANCE BROUGHT FORWARD | $2,025.44 |
| **TOTAL DUE FOR THIS MATTER** | **$6,970.30** |

■ ▫ ■

One Rodney Square ▫ 920 North King Street ▫ Wilmington, DE 19801 ▫ Phone: 302-651-7700 ▫ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 27, 2010  
Invoice 355000  
Page 24  

Client # 732310  

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Executory Contracts/Unexpired Leases  
Automatic Stay/Adequate Protection  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/01/10 | NORTEL - Messenger and delivery | | MESS |
| | Amount = | $23.81 | |
| 03/01/10 | Photocopies | | DUP.10CC |
| | Amount = | $3.00 | |
| 03/01/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.64 | |
| 03/01/10 | Postage | | POST |
| | Amount = | $3.39 | |
| 03/02/10 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/02/10 | Photocopies | | DUP.10CC |
| | Amount = | $39.00 | |
| 03/02/10 | Photocopies | | DUP.10CC |
| | Amount = | $207.60 | |
| 03/02/10 | Photocopies | | DUP.10CC |
| | Amount = | $137.60 | |
| 03/02/10 | 2128728121 Long Distance | | LD |
| | Amount = | $1.39 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | April 27, 2010 |
| c/o Fred S. Hodara, Esq. | | Invoice 355000 |
| Akin Gump Strauss Hauer Feld LLP | | Page 25 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 03/02/10 | Messenger and delivery3/1/10, Morris Nichols, JH | | MESS |
| | Amount = | $6.00 | |
| 03/02/10 | ALL PACER | | DOCRETRI |
| | Amount = | $73.52 | |
| 03/02/10 | Postage | | POST |
| | Amount = | $142.21 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 03/02/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 03/03/10 | VERITEXT/NY REPORTING CO.,: Invoice NY318058/Transcript of 3/3/10 | | CTRPT |
| | Amount = | $122.25 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 27, 2010  
Invoice 355000  
Page 26  
Client #  732310  

| Date | Description | Code |
|---|---|---|
| 03/03/10 | VERITEXT/NY REPORTING CO.,: INVOICE # NY318098 - TRANSCRIPT - CASE # 09-10138<br>Amount = $800.75 | CTRPT |
| 03/03/10 | Photocopies<br>Amount = $2.40 | DUP.10CC |
| 03/03/10 | Photocopies<br>Amount = $4.80 | DUP.10CC |
| 03/03/10 | Photocopies<br>Amount = $1.60 | DUP.10CC |
| 03/03/10 | Delivery expense 3/2/10<br>Amount = $121.60 | MESS |
| 03/03/10 | ALL PACER<br>Amount = $58.48 | DOCRETRI |
| 03/04/10 | TRANSCRIPTS PLUS: Invoice 2010-99/Transcript of 3/4/10 hearing<br>Amount = $48.60 | CTRPT |
| 03/04/10 | Photocopies<br>Amount = $2.50 | DUP.10CC |
| 03/04/10 | Photocopies<br>Amount = $51.30 | DUP.10CC |
| 03/04/10 | Postage<br>Amount = $143.50 | POST |
| 03/04/10 | Postage<br>Amount = $3.34 | POST |
| 03/04/10 | Printing<br>Amount = $1.80 | DUP.10CC |
| 03/04/10 | Printing<br>Amount = $1.80 | DUP.10CC |
| 03/05/10 | U.S. DISTRICT COURT CLERK: Pro Hac Vice for Sarah Schultz<br>Amount = $25.00 | FLFEE |
| 03/05/10 | COURTCALL LLC: Acct CCDA 05-1619/Services from 3/2-3/8<br>Amount = $431.00 | FLFEE |
| 03/05/10 | Binding 2/25/10 to 3/3/10<br>Amount = $14.00 | BIND |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 27, 2010  
Invoice 355000  
Page 27  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/05/10 | Messenger and delivery3/1/10, Adj ON, BJW | | MESS |
| | Amount = | $11.00 | |
| 03/05/10 | Messenger and delivery3/4/10, 38 after hours deliveries, BJW | | MESS |
| | Amount = | $228.00 | |
| 03/05/10 | Messenger and delivery3/4/10, Post Office/New Castle, BJW | | MESS |
| | Amount = | $51.30 | |
| 03/08/10 | 2128721056 Long Distance | | LD |
| | Amount = | $2.78 | |
| 03/08/10 | Delivery expense 3/5/10 | | MESS |
| | Amount = | $3.20 | |
| 03/08/10 | Messenger and delivery3/5/10, District Court, DZS | | MESS |
| | Amount = | $4.50 | |
| 03/09/10 | 2128721056 Long Distance | | LD |
| | Amount = | $2.78 | |
| 03/09/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.56 | |
| 03/11/10 | COURTCALL LLC: CCDA 05-1619/services 3/9-3/11 | | FLFEE |
| | Amount = | $90.00 | |
| 03/11/10 | Photocopies | | DUP.10CC |
| | Amount = | $69.50 | |
| 03/11/10 | ALL PACER | | DOCRETRI |
| | Amount = | $28.64 | |
| 03/11/10 | Postage | | POST |
| | Amount = | $142.45 | |
| 03/11/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 03/11/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 03/11/10 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 03/12/10 | Delivery expense 3/11/10 | | MESS |
| | Amount = | $108.80 | |
| 03/16/10 | Photocopies | | DUP.10CC |
| | Amount = | $120.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 27, 2010  
Invoice 355000  
Page 28  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/16/10 | Photocopies | Amount = $240.00 | DUP.10CC |
| 03/16/10 | ALL PACER | Amount = $135.44 | DOCRETRI |
| 03/16/10 | Printing | Amount = $5.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $1.70 | DUP.10CC |
| 03/16/10 | Printing | Amount = $2.20 | DUP.10CC |
| 03/16/10 | Printing | Amount = $2.20 | DUP.10CC |
| 03/16/10 | Printing | Amount = $2.80 | DUP.10CC |
| 03/16/10 | Printing | Amount = $8.80 | DUP.10CC |
| 03/16/10 | Printing | Amount = $1.00 | DUP.10CC |
| 03/16/10 | Printing | Amount = $0.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $0.20 | DUP.10CC |
| 03/16/10 | Printing | Amount = $0.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $0.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $0.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $1.20 | DUP.10CC |
| 03/16/10 | Printing | Amount = $3.10 | DUP.10CC |
| 03/16/10 | Printing | Amount = $2.80 | DUP.10CC |
| 03/16/10 | Printing | Amount = $1.20 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 27, 2010  
Invoice 355000  
Page 29  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $5.10 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 03/16/10 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 03/17/10 | Photocopies | | DUP.10CC |
| | Amount = | $1.20 | |
| 03/17/10 | ALL PACER | | DOCRETRI |
| | Amount = | $10.16 | |
| 03/18/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.40 | |
| 03/19/10 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 03/22/10 | Northside deliveries 3/1-3/18 | | MESS |
| | Amount = | $3.20 | |
| 03/23/10 | Binding 3/10-3/22 | | BIND |
| | Amount = | $12.00 | |
| 03/23/10 | Photocopies | | DUP.10CC |
| | Amount = | $43.00 | |
| 03/23/10 | Postage | | POST |
| | Amount = | $14.61 | |
| 03/24/10 | Messenger and delivery3/23/10, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 03/24/10 | Messenger and delivery3/23/10, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 03/26/10 | Photocopies | | DUP.10CC |
| | Amount = | $49.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 27, 2010  
Invoice 355000  
Page 30

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/26/10 | ALL PACER | $2.72 | DOCRETRI |
| 03/26/10 | Postage | $15.79 | POST |
| 03/26/10 | Printing | $1.10 | DUP.10CC |
| 03/26/10 | Printing | $4.40 | DUP.10CC |
| 03/26/10 | Printing | $1.90 | DUP.10CC |
| 03/29/10 | Photocopies | $82.00 | DUP.10CC |
| 03/29/10 | Photocopies | $2.00 | DUP.10CC |
| 03/29/10 | Messenger and delivery 3/26/10, Morris Nichols, BJW | $6.00 | MESS |
| 03/29/10 | Messenger and delivery 3/26/10, US Trustee, BJW | $6.00 | MESS |
| 03/29/10 | Messenger and delivery 3/26/10, Post Office/New Castle, BJW | $51.30 | MESS |
| 03/29/10 | ALL PACER | $0.48 | DOCRETRI |
| 03/29/10 | ALL PACER | $0.96 | DOCRETRI |
| 03/29/10 | Printing | $3.60 | DUP.10CC |
| 03/29/10 | Printing | $4.30 | DUP.10CC |
| 03/30/10 | Photocopies | $153.90 | DUP.10CC |
| 03/30/10 | Photocopies | $152.90 | DUP.10CC |
| 03/30/10 | Photocopies | $17.80 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 27, 2010  
Invoice 355000  
Page 31  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/30/10 | ALL PACER | Amount = $30.64 | DOCRETRI |
| 03/30/10 | ALL PACER | Amount = $6.88 | DOCRETRI |
| 03/30/10 | Postage | Amount = $6.39 | POST |
| 03/30/10 | Postage | Amount = $141.40 | POST |
| 03/30/10 | Printing | Amount = $1.40 | DUP.10CC |
| 03/30/10 | Printing | Amount = $3.90 | DUP.10CC |
| 03/30/10 | Printing | Amount = $3.60 | DUP.10CC |
| 03/30/10 | Printing | Amount = $1.80 | DUP.10CC |
| 03/31/10 | Messenger and delivery3/30/2010, 39 After hours deliveries, BJW | Amount = $234.00 | MESS |
| 03/31/10 | Messenger and delivery3/30/2010, Post Office/New Castle, BJW | Amount = $51.30 | MESS |
| 03/31/10 | ALL PACER | Amount = $1.20 | DOCRETRI |
| 03/31/10 | Printing | Amount = $1.20 | DUP.10CC |
| 03/31/10 | Printing | Amount = $1.80 | DUP.10CC |
| 03/31/10 | Printing | Amount = $1.80 | DUP.10CC |
| 03/31/10 | Printing | Amount = $1.00 | DUP.10CC |
| 03/31/10 | Printing | Amount = $1.80 | DUP.10CC |

TOTALS FOR   732310   Official Committee of the Board of Directors of Nortel Networks Inc

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 27, 2010
Invoice 355000
Page 32
Client #  732310

Expenses     $4,944.86