# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1, 2010 THROUGH MARCH 31, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $170.88 |
| Conference Call /Telephone Charges | $10,671.66 |
| Courier Service/Postage | $37.54 |
| Duplicating (@ $0.10 per page) | $878.80 |
| Meals/Committee Meeting Expenses | $3,505.13 |
| Transcript Charges | $327.17 |
| Travel Expenses – Airfare | $1,864.65 |
| Travel Expenses – Ground Transportation | $1,297.70 |
| Travel Expenses – Lodging | $1,549.68 |
| Travel Expenses – Parking | $23.00 |
| Travel Expenses – Train Fare | $409.00 |
| | |
| **TOTAL** | **$20,735.21** |

8289997 v1