# EXHIBIT D

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1306615 |
| Invoice Date | 04/20/10 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-011410; DATE: 1/21/2010 | $283.98 |
| 01/26/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB10-53062500000206 DATE: 2/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 7732977021 DEPARTURE DATE: 01/27/2010 ROUTE: YYZ LGA | $359.73 |
| 01/26/10 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 01/28/10 | Meals - Business  1/26/10   B Kahn - Team Meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800068; DATE: 1/28/2010 | $93.20 |
| 01/28/10 | Meals - Business  1/27/10   P Sanchez - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800068; DATE: 1/28/2010 | $116.50 |
| 01/28/10 | Meals - Business  1/28/10   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800068; DATE: 1/28/2010 | $238.98 |
| 02/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB10-53062500000206 DATE: 2/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 0520437910 DEPARTURE DATE: 02/02/2010 ROUTE: NYP WIL | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 02/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: FEB10-53062500000206 DATE: 2/26/2010 PASSENGER: BOTTER DAVID H TICKET #: 7681535481 DEPARTURE DATE: 02/03/2010 ROUTE: NYP WIL NYP | $372.00 |
| 02/17/10 | Travel - Ground Transportation  Working late. Taxi from One Bryant Park to home.; Taxi Receipt | $14.70 |
| 02/18/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: FEB10-53062500000206 DATE: 2/26/2010 PASSENGER: KUHN STEPHEN TICKET #: 7732976420 DEPARTURE DATE: 02/18/2010 ROUTE: LGA YYZ LGA | $-809.48 |
| 02/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-021410; DATE: 2/21/2010 | $397.04 |
| 02/22/10 | Travel - Ground Transportation  Working late. Taxi from One Bryant Park to home.; Taxi Receipt | $11.10 |
| 02/25/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1097347 DATE: 3/17/2010  Vendor: Dial Car Voucher #: DLA3004422 Date: 02/25/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3004422 Date: 02/25/2010 Name: David Botter | $113.72 |
| 02/26/10 | Travel - Ground Transportation  Hearing in Delaware.; Familay Taxi - Delaware | $9.00 |
| 03/02/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 647996 DATE: 3/7/2010  Kahn Brad - Szechuan Gourmet - 03/02/2010 | $22.59 |
| 03/02/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654347 DATE: 3/12/2010  Vendor: Executive Royal Voucher #: 201170 Date: 03/02/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 201170 Date: 03/02/2010 Name: Brad Kahn | $26.93 |
| 03/03/10 | Meals - Business  Meal expense re: trip to Delaware to attend court hearing.; D. Botter; Nortel - Meals | $3.20 |
| 03/03/10 | Meals - Business  Meal expense re: trip to Delaware to attend court hearing.; D. Botter; Nortel - Meals | $11.45 |
| 03/03/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $126.16 |

| Date | Description | Amount |
|---|---|---|
| 03/04/10 | 1097874 DATE: 3/24/2010 Vendor: Dial Car Voucher #: DLA3033361 Date: 03/03/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3033361 Date: 03/03/2010 Name: David Botter Document Production - In House REQUESTOR: T FEUERSTEIN; DESCRIPTION: COLOR COPIES; QUANTITY: 61; DATE ORDERED: 3/4/10 | $6.10 |
| 03/04/10 | Meals (100%) 3/4/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800073; DATE: 3/4/2010 | $282.53 |
| 03/04/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1097874 DATE: 3/24/2010 Vendor: Dial Car Voucher #: DLA3073225 Date: 03/04/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3073225 Date: 03/04/2010 Name: David Botter | $88.70 |
| 03/04/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1097874 DATE: 3/24/2010 Vendor: Dial Car Voucher #: DLA3099958 Date: 03/04/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3099958 Date: 03/04/2010 Name: David Botter | $128.10 |
| 03/05/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 647996 DATE: 3/7/2010 Feuerstein Tony - Chopsticks House - 03/05/2010 | $15.23 |
| 03/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 03001-54901-10; DATE: 3/5/2010 | $9,990.64 |
| 03/08/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 1359 page(s) | $135.90 |
| 03/08/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 2974 page(s) | $297.40 |
| 03/09/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 649500 DATE: 3/14/2010 Woodson Jenny Jennifer) - Cascina - 03/09/2010 | $22.14 |
| 03/10/10 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 3/10/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $11.74 |
| 03/10/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $40.42 |

| Date | Description | Amount |
|---|---|---|
| | SOLUTIONS INVOICE#: 649500 DATE: 3/14/2010 Sturm Joshua - Abigaels on Broadway - 03/10/2010 | |
| 03/10/10 | Transcripts Delivery Fee VENDOR: VERITEXT/ NEW YORK REPORTING CO , LLC; INVOICE#: NY318063; DATE: 3/10/2010 | $327.17 |
| 03/11/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 78 page(s) | $7.80 |
| 03/11/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |
| 03/11/10 | Meals - Business 3/5/10 - R. Nochimson VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800074; DATE: 3/11/2010 | $27.76 |
| 03/11/10 | Meals - Business 3/10/10 - A. Ellis VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800074; DATE: 3/11/2010 | $19.05 |
| 03/11/10 | Meals - Business 3/11/10 - P. Sanchez - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800074; DATE: 3/11/2010 | $143.72 |
| 03/11/10 | Meals - Business 3/11/10 - P. Sanchez - Team Meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800074; DATE: 3/11/2010 | $43.01 |
| 03/11/10 | Meals - Business 3/11/10 - P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800074; DATE: 3/11/2010 | $382.37 |
| 03/15/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 376380 DATE: 3/26/2010 Vendor: Prime Time Voucher #: 260052 Date: 03/15/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 260052 Date: 03/15/2010 Name: Lisa Beckerman | $71.05 |
| 03/16/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 794 page(s) | $79.40 |
| 03/16/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 1572 page(s) | $157.20 |
| 03/16/10 | Duplication - In House Photocopy - Feuerstein, Tony, NY, 884 page(s) | $88.40 |
| 03/16/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 654120 DATE: 3/21/2010 Sturm Joshua - Abigaels on Broadway - 03/16/2010 | $33.76 |
| 03/16/10 | Travel - Ground Transportation | $71.05 |

| Date | Description | Amount |
|---|---|---|
| 03/17/10 | VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 376380 DATE: 3/26/2010  Vendor: Prime Time Voucher #: 151090 Date: 03/16/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 151090 Date: 03/16/2010 Name: Lisa Beckerman Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 654120 DATE: 3/21/2010 Kahn Brad - Szechuan Gourmet - 03/17/2010 | $23.96 |
| 03/17/10 | Travel - Ground Transportation Taxi from Cleary Gottlieb to office ($16.60 fare, $2.40 tip).; Nortel - Taxi | $19.00 |
| 03/17/10 | Travel - Ground Transportation Medallion cab | $10.80 |
| 03/17/10 | Travel - Ground Transportation Taxi from Toronto airport to Toronto home.; Taxi Reciept | $34.42 |
| 03/18/10 | Meals - Business S. Schultz; Freshens #21 DFW Airport | $5.19 |
| 03/18/10 | Travel - Ground Transportation Cab | $41.08 |
| 03/18/10 | Travel - Airfare AA; Frosch Travel | $2,122.40 |
| 03/18/10 | Travel - Airfare Flight Change- Service Fee; AA; Frosch Travel | $25.00 |
| 03/18/10 | Meals - Business 3/17/10 A Ellis - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800075; DATE: 3/18/2010 | $63.69 |
| 03/18/10 | Meals - Business 3/17/10 B Kahn - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800075; DATE: 3/18/2010 | $139.80 |
| 03/18/10 | Meals - Business 3/18/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800075; DATE: 3/18/2010 | $299.84 |
| 03/18/10 | Travel - Lodging (Hotel, Apt, Other) Hotel stay.; Room charge; The Hazelton Hotel | $389.28 |
| 03/18/10 | Travel - Ground Transportation Taxi from 35 Chicaoutin Avenune to First Canadian Place.; Royal Taxi | $34.60 |
| 03/19/10 | Meals - Business S. Schultz; Auntie Anne's NY | $4.73 |
| 03/19/10 | Travel - Parking NTTA | $23.00 |
| 03/19/10 | Travel - Lodging (Hotel, Apt, Other) The Muse Hotel; The Muse Hotel | $373.00 |
| 03/19/10 | Travel - Airfare Flight Change; AA; Frosch Travel | $167.00 |
| 03/19/10 | Travel - Ground Transportation Taxi | $14.81 |

| Date | Description | Amount |
|---|---|---|
| | from Hazelton hotel to RBC building.; Royal Taxi | |
| 03/19/10 | Travel - Ground Transportation Taxi from RBC building to 35 Chicoutin Avenue.; Taxi Receipt | $34.57 |
| 03/20/10 | Travel - Lodging (Hotel, Apt, Other) Lodging - T.F. - Nortel; Hazelton Hotel - Toronto; The Hazelton Hotel | $787.40 |
| 03/20/10 | Meals - Business Hotel - Meals - Working; TF - Meals - WOrking; The Hazelton Hotel | $26.70 |
| 03/21/10 | Travel - Ground Transportation Taxi from airport to 86th Street and Broadway.; Taxipass Receipt | $99.00 |
| 03/22/10 | Travel - Ground Transportation Taxi from Reagan National Airport to DC office.; Nortel - Taxi | $19.00 |
| 03/22/10 | Travel - Ground Transportation Taxi from DC office to 1099 New York Avenue for lunch.; Nortel - Taxi | $8.00 |
| 03/22/10 | Meals - Business Meal re: trip to DC.; D. Botter; Nortel - Cibo Express | $2.49 |
| 03/22/10 | Meals - Business Lunch re: trip to DC.; D. Botter; Nortel - Againn DC | $28.10 |
| 03/22/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1098906 DATE: 4/7/2010 Vendor: Dial Car Voucher #: DLA3072560 Date: 03/22/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3072560 Date: 03/22/2010 Name: David Botter | $117.59 |
| 03/23/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 102 page(s) | $10.20 |
| 03/23/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 963 page(s) | $96.30 |
| 03/23/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/23/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $84.90 |
| 03/23/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 376608 DATE: 4/2/2010 Vendor: Prime Time Voucher #: 272620 Date: 03/23/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 272620 Date: 03/23/2010 Name: Lisa Beckerman | $71.05 |
| 03/24/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 655282 DATE: 3/28/2010 Feuerstein Tony - Subway 8th Ave) - 3/24/2010 | $12.49 |
| 03/25/10 | Meals (100%) 03/19/10 - O Perez - Meeting of UCC and bondholders advisors working meal (breakfast) (20 | $204.14 |

| Date | Description | Amount |
|---|---|---|
| | people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | |
| 03/25/10 | Meals (100%) 03/19/10 - O Perez - Meeting of UCC and bondholder advisors working meal (lunch) (20 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $391.13 |
| 03/25/10 | Meals (100%) 03/22/10 - A Ellis - Team meeting working meal (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $46.27 |
| 03/25/10 | Meals (100%) 03/24/10 - A Ellis - Team meeting working meal (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $30.49 |
| 03/25/10 | Meals (100%) 03/24/10 - P Sanchez - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $62.06 |
| 03/25/10 | Meals (100%) 03/24/10 - A Ellis - Team meeting working meal (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $37.02 |
| 03/25/10 | Meals (100%) 03/25/10 - P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $238.98 |
| 03/25/10 | Meals (100%) 03/25/10 - P Sanchez - Meeting with John Ray Chilmark and UCC professional (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800076; DATE: 3/25/2010 | $342.14 |
| 03/26/10 | Travel - Ground Transportation 3/17/10 Voucher # 749928 VENDOR: CORPORATE TRANSPORTATION GROUP, LTD; INVOICE#: 892667; DATE: 3/26/2010 | $62.22 |
| 03/26/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 376608 DATE: 4/2/2010 Vendor: Prime Time Voucher #: 274491 Date: 03/26/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 274491 Date: 03/26/2010 Name: Lisa Beckerman | $71.05 |
| 03/30/10 | Computerized Legal Research - Westlaw User: BECKERMAN,LISA G Date: 3/30/2010 AcctNumber: 1000193694 | $74.24 |

| Date | Description | Amount |
|---|---|---|
| 03/31/10 | ConnectTime: 0.0<br>Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E140 DATE: 4/3/2010<br>TRACKING #: 1Z02E52E0451859835; PICKUP DATE: 03/31/2010; SENDER: ABID QURESHI / SD; RECEIVER: RYAN JACOBS - FRFASER MILNER CAGRAIN LLP; | $33.59 |
| 03/31/10 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E140 DATE: 4/3/2010<br>TRACKING #: 1Z02E52E0451859835; PICKUP DATE: 03/31/2010; SENDER: ABID QURESHI / SD; RECEIVER: RYAN JACOBS - FRFASER MILNER CAGRAIN LLP; | $3.95 |

Current Expenses $20,735.21

## MATTER SUMMARY OF TIME BILLED BY TASK :

| Code | Task | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 7.40 | $5,472.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 15.80 | $8,936.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 37.20 | $22,310.50 |
| 0006 | Retention of Professionals | 46.00 | $20,822.00 |
| 0007 | Creditors Committee Meetings | 163.30 | $107,333.50 |
| 0008 | Court Hearings | 29.50 | $18,711.50 |
| 0009 | Financial Reports and Analysis | 50.40 | $30,698.00 |
| 0011 | Executory Contracts/License Agreements | 1.50 | $675.00 |
| 0012 | General Claims Analysis/Claims Objections | 32.70 | $20,206.00 |
| 0014 | Canadian Proceedings/Matters | 15.40 | $12,947.50 |
| 0017 | General Adversary Proceedings | 1.60 | $1,370.00 |
| 0018 | Tax Issues | 90.20 | $54,008.50 |
| 0019 | Labor Issues/Employee Benefits | 111.50 | $76,293.00 |
| 0020 | Real Estate Issues/Leases | 0.70 | $452.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 672.10 | $422,484.50 |
| 0025 | Travel | 21.45 | $13,045.75 |
| 0028 | Non-Debtor Affiliates | 15.10 | $9,385.00 |
| 0029 | Intercompany Analysis | 60.80 | $44,782.50 |
| 0032 | Intellectual Property | 132.40 | $88,685.00 |
| | TOTAL | 1505.05 | $958,619.25 |

**Total Amount of This Invoice** $979,354.46