# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
### RENDERING SERVICES DURING THE PERIOD
### MARCH 1, 2010 THROUGH MARCH 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 29.10 | $27,645.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 152.75 | $133,656.25 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 55.20 | $53,820.00 |
| John V. Jansonius | Partner for 22 years; Admitted in 1980; Labor Department | $650 | 3.00 | $1,950.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 33.30 | $21,478.50 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 115.00 | $89,125.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 5.10 | $4,029.00 |
| Sarah A. Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 159.85 | $102,304.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 3.50 | $2,730.00 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 27.00 | $18,225.00 |
| Ira L. Rosenblatt | Senior Counsel for 2 years; Admitted in 1997; Corporate Department | $635 | 13.80 | $8,763.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 49.20 | $33,210.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $600 | 23.10 | $13,860.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 246.05 | $147,630.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 69.10 | $38,005.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003 | $600 | 184.70 | $110,820.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 187.70 | $84,465.00 |
| Machir Stull | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 21.60 | $7,020.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 102.60 | $51,300.00 |
| Daniel Z. Vira | Associate for 10 years; Admitted in 1993; Corporate Department | $605 | 4.10 | $2,480.50 |
| Jennifer L. Woodson | Associate for 1 year;  Admitted in 2010; Tax Department | $350 | 15.10 | $5,285.00 |
| Kinga Bernath | Legal Assistant for 4 years; Corporate Department | $200 | 2.00 | $400.00 |
| Scott A. Fener | Librarian for 3 years | $190 | 2.20 | $418.00 |

Total Amount of Fees:    $958,619.25
Total Number of Hours:   1,505.05
Blended Hourly Rate:     $636.94