**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                             :
*In re*                             :        Chapter 11
                             :
Nortel Networks Inc., *et al.*,[1]      :        Case No. 09-10138 (KG)
                             :
                 Debtors.      :        Jointly Administered
                             :
                             :        **Objections due:  May 19, 2010 at 4 p.m.**
                             :
-------------------------------------------------------X

**FOURTEENTH INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON
LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF INTERIM COMPENSATION AND
FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD
FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| | |
|---|---|
| Name of Applicant: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | February 4, 2009 <u>nunc pro tunc</u> to January 14, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2010 through February 28, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 4,905,787.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $ 171,181.35 |

This is an __x__ interim ___ final application

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

The total time expended for fee application preparation is approximately 109.5 hours and the corresponding compensation requested is approximately $38,557.00.[2]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 3/13/2009 | 1/14/2009 through 1/31/2009 | $1,332,922.00 / $40,486.21 | $1,332,922.00 / $40,486.21 |
| 4/24/2009 | 2/1/2009 through 2/28/2009 | $2,401,013.00 / $85,992.41 | $2,401,013.00 / $85,992.41 |
| 6/8/2009 | 3/1/2009 through 3/31/2009 | $2,576,907.00 / $72,828.04 | $2,576,907.00 / $72,828.04 |
| 6/26/2009 | 4/1/2009 through 4/30/2009 | $3,623,969.00 / $120,840.61 | $3,623,969.00 / $120,840.61 |
| 8/12/2009 | 5/1/2009 through 5/31/2009 | $4,189,301.00 / $149,375.78 | $4,189,301.00 / $149,375.78 |
| 8/28/2009 | 6/1/2009 through 6/30/2009 | $6,719,870.00 / $260,256.78 | $6,719,870.00 / $260,256.78 |
| 9/2/2009 | 7/1/2009 through 7/31/2009 | $6,401,447.00 / $105,860.59 | $6,401,447.00 / $105,860.59 |
| 10/12/09 | 8/1/09 through 8/31/09 | $3,500,255.50 / $144,692.17 | $3,500,255.50 / $144,692.17 |
| 11/4/09 | 9/1/09 through 9/30/09 | $6,121,796.50 / $211,814.25 | $6,121,796.50 / $211,814.25 |
| 11/20/09 | 10/1/09 through 10/31/09 | $5,809,684.00 / $113,043.44 | $5,809,684.00 / $113,043.44 |
| 1/27/10 | 11/1/09 through 11/30/09 | $6,749,148.00 / $331,025.87 | $6,749,148.00 / $331,025.87 |
| 2/17/10 | 12/1/09 through 12/31/09 | $5,464,702.00 / $181,160.07 | $5,464,702.00 / $181,160.07 |
| 2/24/10 | 1/1/10 through 1/31/10 | $4,140,091.00 / $219,515.26 | $4,140,091.00 / $219,515.26 |

---

[2]    Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

2

# COMPENSATION BY PROFESSIONAL
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through February 28, 2010[3]

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PARALEGAL, TEMPORARY | Paralegal | $ 240 | 223.10 | $ 53,544.00 |
| GIBBON, BRENDAN H. | Associate | 605 | 203.10 | 122,875.50 |
| KLEIN, KERRIN T. | Associate | 375 | 194.60 | 72,975.00 |
| OLIWENSTEIN, DAVID | Associate | 450 | 187.50 | 84,375.00 |
| FORREST, NEIL | Senior Attorney - Litigation | 770 | 179.00 | 137,830.00 |
| BIANCA, SALVATORE F. | Associate | 630 | 178.20 | 112,266.00 |
| BAIK, ROBIN | Associate | 515 | 174.70 | 89,970.50 |
| BROMLEY, JAMES | Partner - Bankruptcy, Litigation | 995 | 173.80 | 172,931.00 |
| WEINSTEIN, REBECCA D. | Associate | 375 | 168.90 | 63,337.50 |
| BUELL, DEBORAH M. | Partner - Litigation | 995 | 166.80 | 165,966.00 |
| PICKNALLY, NANCY | Associate | 515 | 166.10 | 85,541.50 |
| SALVATORE, NORA | Associate | 570 | 164.00 | 93,480.00 |
| LACKS, JEREMY | Associate | 450 | 160.60 | 72,270.00 |
| MALIK, SANJEET | Associate | 630 | 157.40 | 99,162.00 |
| GALVIS, SANDRA J. | Senior Attorney - Corporate | 770 | 152.50 | 117,425.00 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation | 905 | 149.30 | 135,116.50 |
| LIPNER, LOUIS | Associate | 450 | 147.10 | 66,195.00 |
| ILAN, DANIEL | Counsel - Intellectual Property | 675 | 145.70 | 98,347.50 |
| ALDEN, CARISSA L. | Associate | 450 | 131.80 | 59,310.00 |
| CROFT, JAMES | Associate | 515 | 123.70 | 63,705.50 |
| BROD, CRAIG B. | Partner - Corporate | 995 | 122.40 | 121,788.00 |
| LAPORTE, LEAH | Associate | 450 | 122.10 | 54,945.00 |
| FLEMING-DELACRUZ, MEGAN | Associate | 515 | 121.30 | 62,469.50 |
| WEAVER, KATHERINE | Associate | 450 | 116.30 | 52,335.00 |
| BUSSIGEL, EMILY A. | Associate | 375 | 114.70 | 43,012.50 |
| LANZKRON, JOSEPH | Associate | 375 | 112.40 | 42,150.00 |
| MARRE, VICTORIA | Paralegal | 215 | 106.30 | 22,854.50 |
| HERNANDEZ, IVY | Associate | 570 | 103.60 | 59,052.00 |
| RANDAZZO, ANTHONY | Associate | 450 | 103.30 | 46,485.00 |
| WESTERFIELD, JENNIFER | Associate | 570 | 97.40 | 55,518.00 |
| COUSQUER, SANDRINE A. | Associate | 630 | 96.10 | 60,543.00 |
| BYAM, JOHN | Partner - M&A, Corporate | 995 | 95.80 | 95,321.00 |
| BERNARD, RICARDO | Associate | 515 | 94.80 | 48,822.00 |
| MORRIS, BRIAN J. | Associate | 375 | 94.50 | 35,437.50 |
| GOODMAN, COREY M. | Associate | 515 | 93.70 | 48,255.50 |

---

[3]    Arranged in descending order according to Total Billed Hours.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KRUTONOGAYA, ANNA | Associate | 375 | 93.50 | 35,062.50 |
| SERCOMBE, MEGHAN M. | Associate | 570 | 93.20 | 53,124.00 |
| TAIWO, EBUNOLUWA | Associate | 450 | 89.60 | 40,320.00 |
| DELAHAYE, SHANNON | Associate | 450 | 80.20 | 36,090.00 |
| PANAS, JOSHUA | Associate | 630 | 79.60 | 50,148.00 |
| CERCEO, ANTHONY R. | Associate | 375 | 78.50 | 29,437.50 |
| YUILLE, LUA | Associate | 570 | 77.70 | 44,289.00 |
| SUGERMAN, DAVID L. | Partner - Corporate | 995 | 75.00 | 74,625.00 |
| RYCKAERT, NATHALIE | Associate | 375 | 74.20 | 27,825.00 |
| MANDELL, ELIZABETH | Associate | 630 | 71.00 | 44,730.00 |
| HUR, JOON | Associate | 570 | 69.20 | 39,444.00 |
| SCHWARTZ, EVAN | Associate | 630 | 68.50 | 43,155.00 |
| O'KEEFE, PETER | Paralegal | 240 | 65.30 | 15,672.00 |
| PHILLIP, JAIME | Associate | 630 | 63.50 | 40,005.00 |
| BRITT, TAMARA J. | Associate | 375 | 63.00 | 23,625.00 |
| ROZENBERG, INNA | Senior Attorney - Litigation | 695 | 62.60 | 43,507.00 |
| GEIGER, THEODORE | Associate | 570 | 62.00 | 35,340.00 |
| RENARD, GEOFFROY | Associate | 640 | 61.20 | 39,168.00 |
| CATTIE, JULES | Contract Attorney | 180 | 58.30 | 10,494.00 |
| OLSON, JOHN | Associate | 515 | 57.70 | 29,715.50 |
| JONES, KEVIN C. | Associate | 570 | 57.10 | 32,547.00 |
| CAREW-WATTS, ANTONIA | Associate | 375 | 56.70 | 21,262.50 |
| GRANDINETTI, MEGAN | Associate | 450 | 52.00 | 23,400.00 |
| QUA, IAN | Paralegal | 215 | 52.00 | 11,180.00 |
| SPIERING, KIMBERLY | Associate | 630 | 51.10 | 32,193.00 |
| MARQUARDT, PAUL D. | Partner - Corporate, Regulatory | 950 | 50.60 | 48,070.00 |
| LIU, EMILY | Associate | 450 | 50.40 | 22,680.00 |
| CURRIE, KATHERINE | Associate | 375 | 49.40 | 18,525.00 |
| HAILEY, KARA | Senior Attorney - Corporate | 695 | 49.00 | 34,055.00 |
| MEYERS, AARON J. | Associate | 450 | 49.00 | 22,050.00 |
| ALCOCK, MARY E. | Counsel - Employee Benefits | 835 | 48.50 | 40,497.50 |
| PODOLSKY, ANDREA G. | Partner - Corporate | 995 | 46.80 | 46,566.00 |
| CAREY, ROBERT REED | Associate | 570 | 46.70 | 26,619.00 |
| RONCO, EMMANUEL | Associate | 650 | 46.30 | 30,095.00 |
| ZELBO, HOWARD S. | Partner - Litigation | 995 | 46.30 | 46,068.50 |
| LO, SHIRLEY | Associate | 375 | 46.10 | 17,287.50 |
| MALECH, DANIEL | Associate | 375 | 45.70 | 17,137.50 |
| SHNITSER, NATALYA | Associate | 375 | 45.60 | 17,100.00 |
| KALISH, JOSHUA | Associate | 450 | 45.30 | 20,385.00 |
| CAMBOURIS, ALEXANDRA | Associate | 450 | 45.10 | 20,295.00 |
| GAUCHIER, NESLIHAN | Associate | 450 | 45.10 | 20,295.00 |
| DAVISON, CASEY | Associate | 450 | 44.60 | 20,070.00 |
| RAYMOND, ROBERT J. | Partner - Employee Benefits | 970 | 39.90 | 38,703.00 |
| MENDOLARO, MARIO | Associate | 570 | 39.40 | 22,458.00 |
| PHILLIPS, TIM | Associate | 375 | 38.40 | 14,400.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KOLKIN, ZACHARY | Associate | 450 | 37.20 | 16,740.00 |
| DRAKE, JULIET A. | Associate | 630 | 36.70 | 23,121.00 |
| CHU, CAROLYN | Associate | 450 | 36.50 | 16,425.00 |
| CLARKIN, DANIEL | Contract Attorney | 180 | 36.50 | 6,570.00 |
| COOMBS, ANDREW G. | Associate | 375 | 35.10 | 13,162.50 |
| WANG, LEI | Associate | 555 | 34.90 | 19,369.50 |
| RILEY, DANIEL P. | Associate | 450 | 34.10 | 15,345.00 |
| LAUT, ERIC | Associate | 620 | 32.60 | 20,212.00 |
| FLOW, SANDRA | Partner - Corporate | 950 | 31.30 | 29,735.00 |
| MCGILL, JOHN | Senior Attorney - M&A, Corporate | 770 | 30.90 | 23,793.00 |
| GINGRANDE, AARON | Paralegal | 240 | 30.80 | 7,392.00 |
| LEINWAND, DAVID | Partner - M&A, Corporate | 980 | 30.30 | 29,694.00 |
| WAUTERS, CHARLES-ANTOINE | Associate | 605 | 30.20 | 18,271.00 |
| BAUMGARTNER, FABRICE | Partner - Corporate | 980 | 26.80 | 26,264.00 |
| BAGARELLA, LAURA | Associate | 375 | 25.70 | 9,637.50 |
| DUNN, LINDSAY | Associate | 570 | 25.20 | 14,364.00 |
| KHENTOV, BORIS | Associate | 375 | 24.60 | 9,225.00 |
| MCRAE, WILLIAM | Partner - Tax | 950 | 24.10 | 22,895.00 |
| FRANKEL, JOSHUA | Associate | 525 | 23.80 | 12,495.00 |
| ANDERSON, MARCEL | Associate | 515 | 23.30 | 11,999.50 |
| BIDSTRUP, W. RICHARD | Counsel - Environmental, M&A | 835 | 22.40 | 18,704.00 |
| CHEUNG, SU | Assistant Managing Clerk | 140 | 21.70 | 3,038.00 |
| KANG, LILIANE | Paralegal | 240 | 21.00 | 5,040.00 |
| RODINA, ANASTASIYA S. | Associate | 375 | 20.60 | 7,725.00 |
| LOATMAN, JOHN R. | Associate | 630 | 19.50 | 12,285.00 |
| MARETTE, PATRICK | Associate | 630 | 19.50 | 12,285.00 |
| LEE, JEAN | Associate | 570 | 19.30 | 11,001.00 |
| EMBERGER, KATHLEEN M. | Counsel - Employee Benefits | 760 | 19.10 | 14,516.00 |
| SEERY, JUSTIN | Associate | 450 | 18.30 | 8,235.00 |
| WEISS, EMILY | Associate | 375 | 17.80 | 6,675.00 |
| SEGOVIA, NATALI | Paralegal | 215 | 16.60 | 3,569.00 |
| JANG, MEE-JUNG | Associate | 375 | 15.90 | 5,962.50 |
| SKINNER, HELEN A. | Associate | 450 | 13.80 | 6,210.00 |
| CORNELIUS, JOHN | Associate | 375 | 13.60 | 5,100.00 |
| VANEK, MATTHEW J. | Associate | 515 | 13.60 | 7,004.00 |
| GIFFORD, JONATHAN | Associate | 605 | 13.20 | 7,986.00 |
| THONG, LINDA | Associate | 450 | 13.10 | 5,895.00 |
| TSEYTKIN, OLGA | Associate | 375 | 12.70 | 4,762.50 |
| WAGNER, JADE | Associate | 570 | 12.40 | 7,068.00 |
| WHORISKEY, NEIL | Partner - M&A, Corporate | 980 | 12.40 | 12,152.00 |
| ERICKSON, JODI | Associate | 325 | 11.50 | 3,737.50 |
| LIM, SOO-YEUN | Associate | 450 | 11.50 | 5,175.00 |
| THANOS, IOANNIS | Stagiaire | 300 | 11.10 | 3,330.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| FALTER, MICHAEL | Associate | 530 | 10.30 | 5,459.00 |
| CONDLIN, CHRISTOPHER S. | Associate | 375 | 9.90 | 3,712.50 |
| LEITCH, EVAN J. | Associate | 375 | 9.90 | 3,712.50 |
| SCHWARTZ, NATHALIE | Associate | 470 | 9.70 | 4,559.00 |
| BERNACET, AMARILYS | Paralegal | 240 | 9.20 | 2,208.00 |
| LI, MAN | Associate | 525 | 9.10 | 4,777.50 |
| BOZZELLO, PAUL | Associate | 375 | 9.00 | 3,375.00 |
| STERNBERG, DANIEL S. | Partner - M&A, Corporate | 995 | 8.50 | 8,457.50 |
| FACTOR, JASON | Partner - Tax | 950 | 8.40 | 7,980.00 |
| GROSS, ALETHEA | Paralegal | 215 | 8.40 | 1,806.00 |
| ALPERT, LAURENT | Partner - M&A, Corporate | 995 | 7.90 | 7,860.50 |
| KIM, PAUL K. | Associate | 630 | 7.80 | 4,914.00 |
| KONSTANT, JOHN W. | Associate | 630 | 7.60 | 4,788.00 |
| LACHGUAR, NAWAL | Associate | 470 | 7.60 | 3,572.00 |
| FORMAN, LAURA | Associate | 630 | 6.80 | 4,284.00 |
| REINSTEIN, JONATHAN | Paralegal | 240 | 6.50 | 1,560.00 |
| SHEER, MARGARET E. | Associate | 515 | 6.20 | 3,193.00 |
| CHANDLER, JENNIE | Paralegal | 285 | 6.00 | 1,710.00 |
| JACOBY, LEONARD C. | Partner - Intellectual Property | 970 | 6.00 | 5,820.00 |
| FRANCOIS, DAPHNEY | Associate | 375 | 5.70 | 2,137.50 |
| HAN, SANG JIN | Partner - M&A, Corporate | 970 | 5.20 | 5,044.00 |
| HAYES, PAUL S. | Associate | 630 | 4.70 | 2,961.00 |
| MANLEY, GARRY | Associate | 460 | 4.60 | 2,116.00 |
| ABELEV, ALEKSANDR | Practice Support Specialist | 265 | 4.50 | 1,192.50 |
| GONZALEZ, EDUARDO | Paralegal | 215 | 4.50 | 967.50 |
| STERN, DONALD A. | Partner - M&A, Corporate | 995 | 4.20 | 4,179.00 |
| HOPPE, JESSICA | Associate | 630 | 4.00 | 2,520.00 |
| MONIZ, JENNIFER | Paralegal | 200 | 4.00 | 800.00 |
| FITZGERALD, WILLIAM | Paralegal | 215 | 3.80 | 817.00 |
| PATEL, PRIYA H. | Associate | 570 | 3.60 | 2,052.00 |
| JOHNSON, HEATHER M. | Associate | 605 | 3.50 | 2,117.50 |
| LI, YANGYANG | Paralegal | 280 | 3.50 | 980.00 |
| THOMPSON, CHRISTOPHER | Assistant Managing Clerk | 140 | 3.40 | 476.00 |
| BREMS, MICHAEL | Counsel - Corporate | 920 | 3.30 | 3,036.00 |
| TEELUCK, BENAZIR | Paralegal | 240 | 2.80 | 672.00 |
| WANG, SIMAN | Paralegal | 285 | 2.50 | 712.50 |
| COATES, GREGORY | Assistant Managing Clerk | 140 | 2.30 | 322.00 |
| SCOTT, CYNTHIA | Assistant Managing Clerk | 210 | 2.20 | 462.00 |
| WILLIAMS, ROBERT K. | Counsel - Corporate | 770 | 2.20 | 1,694.00 |
| BROWN, JUSTIN | Assistant Managing Clerk | 140 | 2.10 | 294.00 |
| CANNULI, STEPHANIE | Paralegal | 240 | 2.00 | 480.00 |
| KASSEL, JUDITH | Counsel - Trusts | 835 | 2.00 | 1,670.00 |
| WEINBERGER, MICHAEL | Partner - Real Estate, Corporate | 980 | 2.00 | 1,960.00 |
| ZOUBOK, LYNN | Research Specialist | 265 | 2.00 | 530.00 |
| HINDERKS, STEPHANIE SUN | Associate | 630 | 1.90 | 1,197.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BALDUCCI, TOMMAS | Assistant Managing Clerk | 140 | 1.80 | 252.00 |
| CHRISTOPHOROU, PENELOPE L. | Counsel - Corporate, Secured Transactions | 835 | 1.80 | 1,503.00 |
| MOSS, JOEL | Associate | 630 | 1.80 | 1,134.00 |
| RODRIGUEZ, MARIA B. | Paralegal | 295 | 1.80 | 531.00 |
| VANELLA, NICOLE | Assistant Managing Clerk | 140 | 1.80 | 252.00 |
| ABREU, MICHELLE | Associate | 375 | 1.70 | 637.50 |
| BLACKLOW, KIMBERLY BROWN | Partner - Real Estate | 970 | 1.70 | 1,649.00 |
| SHIM, PAUL J. | Partner - M&A, Corporate | 995 | 1.70 | 1,691.50 |
| DEEGE, ALEXANDRA | Associate | 610 | 1.60 | 976.00 |
| PICONE, EMILY | Associate | 450 | 1.60 | 720.00 |
| STAFFORD, LIZ J. | Assistant Managing Clerk | 140 | 1.60 | 224.00 |
| GRUSZECKI, ROBERT | Associate | 605 | 1.50 | 907.50 |
| KALITA, ALEXANDRA | Paralegal | 215 | 1.50 | 322.50 |
| NELSON, MARK W. | Partner - Antitrust, M&A | 970 | 1.30 | 1,261.00 |
| BAREFOOT, LUKE | Associate | 630 | 1.10 | 693.00 |
| CHIU, VICTOR | Associate | 630 | 1.10 | 693.00 |
| HERRON-SWEET, ELIZABETH | Paralegal | 215 | 1.00 | 215.00 |
| LLOYD, COLIN D. | Associate | 515 | 0.90 | 463.50 |
| LOEB, STEVEN M. | Partner - Trusts | 995 | 0.90 | 895.50 |
| SIEW, CHRISTINE | Paralegal | 225 | 0.80 | 180.00 |
| SILVA, MANUEL | International Laywer | 340 | 0.80 | 272.00 |
| GAZZOLA, CHARLES | Assistant Managing Clerk | 140 | 0.60 | 84.00 |
| SWEENEY, TIM | Assistant Managing Clerk | 140 | 0.60 | 84.00 |
| ADAMS, KELLY | Paralegal | 215 | 0.50 | 107.50 |
| BOURT, VIOLETTA | Associate | 440 | 0.50 | 220.00 |
| INGERMAN, ELLEN | Research Specialist | 265 | 0.50 | 132.50 |
| JENSEN, MEREDITH | Associate | 605 | 0.50 | 302.50 |
| LEWKOW, VICTOR I. | Partner - M&A, Corporate | 995 | 0.50 | 497.50 |
| LIPSTEIN, JACE | Assistant Managing Clerk | 140 | 0.50 | 70.00 |
| O'NEAL, SEAN A. | Partner - Bankruptcy, Litigation | 840 | 0.50 | 420.00 |
| PEASLEE, JAMES | Partner - Tax | 995 | 0.50 | 497.50 |
| SHAHEEN, FADI | Associate | 605 | 0.50 | 302.50 |
| SPOERRI, KIMBERLY | Associate | 450 | 0.50 | 225.00 |
| LARSON, SCOTT | Associate | 605 | 0.40 | 242.00 |
| MODRALL, JAMES R. | Partner - M&A, International Competition | 995 | 0.40 | 398.00 |
| FABY, FLORA | Associate | 640 | 0.30 | 192.00 |
| FLEISHER, ADAM | Partner - M&A, Corporate | 840 | 0.30 | 252.00 |
| HOROWITZ, STEVEN G. | Partner - Real Estate | 995 | 0.30 | 298.50 |
| SUSKO, A. RICHARD | Partner - Employee Benefits | 995 | 0.30 | 298.50 |
| WAN, HENRY | Practice Support Specialist | 225 | 0.30 | 67.50 |
| WEBB, DAVID E. | Counsel - Corporate | 835 | 0.30 | 250.50 |
| WILNER, STEVEN | Partner - Real Estate | 995 | 0.30 | 298.50 |
| COLITTI, KATIA S. | Associate | 605 | 0.20 | 121.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HUGHES, JEFFREY J. | Paralegal | 240 | 0.20 | 48.00 |
| MAYHLE, TIM | Associate | 450 | 0.20 | 90.00 |
| MCDONALD, MAUREEN E. | Research Specialist | 265 | 0.20 | 53.00 |
| MILANO, LISA | Practice Support Specialist | 225 | 0.20 | 45.00 |
| MONACO, TIMOTHY J. | Paralegal | 285 | 0.20 | 57.00 |
| WHATLEY, CAROL | Assistant Managing Clerk | 140 | 0.20 | 28.00 |
| **TOTAL HOURS:** | | | **8,836.30** | |
| **GRAND TOTAL:** | | | | **$4,905,787.00** |
| **BLENDED RATE:** | | **$555** | | |

# COMPENSATION BY PROJECT CATEGORY[4]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through February 28, 2010

| Project Category | Total Hours | | Total Fees |
|---|---|---|---|
| Asset Dispositions | 792.40 | $ | 360,794.00 |
| Case Administration | 1,321.30 | | 734,805.00 |
| Claims Administration and Objections | 1,478.50 | | 869,458.50 |
| Debtor in Possession Financing | 11.30 | | 5,778.00 |
| M&A Advice | 1,094.40 | | 691,935.50 |
| Employee Matters | 1,993.00 | | 1,078,390.00 |
| Customer Issues | 165.40 | | 79,859.00 |
| Supplier Issues | 158.50 | | 83,417.00 |
| Plan of Reorganization & Disclosure Statement | 169.40 | | 95,051.50 |
| Tax | 234.60 | | 135,985.00 |
| Intellectual Property | 476.40 | | 261,758.50 |
| Regulatory | 208.40 | | 132,886.00 |
| Fee and Employment Applications | 161.90 | | 70,515.50 |
| Litigation | 75.50 | | 39,792.00 |
| Real Estate | 495.30 | | 265,361.50 |
| **TOTAL** | **8,836.30** | **$** | **4,905,787.00** |

---

[4]    Note:  This Application includes certain fees incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

# EXPENSE SUMMARY[5]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through February 28, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $        14,820.89 |
| Travel – Transportation | | 15,138.36 |
| Travel – Lodging | | 6,839.63 |
| Travel – Meals | | 399.09 |
| Mailing and Shipping Charges | | 1,401.66 |
| Scanning Charges (at $0.10/page) | | 473.90 |
| Duplicating Charges (at $0.10/page) | | 10,278.60 |
| Color Duplicating Charges (at $0.65/page) | | 1,217.45 |
| Facsimile Charges (at $1.00/page) | | 43.00 |
| Legal Research | Lexis | 39,249.91 |
| | Westlaw | 21,914.08 |
| Filing Fees | | 465.04 |
| Late Work – Meals | | 7,238.78 |
| Late Work – Transportation | | 24,983.20 |
| Conference Meals | | 7,343.72 |
| Other (see Exhibit B for detail) | | 19,374.04 |
| **Grand Total Expenses** | | **$        171,181.35** |

---

[5]        Note:  This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :     Case No. 09-10138 (KG)
:
                   Debtors.          :     Jointly Administered
:
:     **Objections due:  May 19, 2010 at 4 p.m.**
:
---------------------------------------------------------X


## FOURTEENTH INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks

Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), submits this application (the "Application") for interim allowance

of compensation for professional services rendered by Cleary Gottlieb to the Debtors for the

period February 1, 2010 through February 28, 2010 (the "Application Period") and

reimbursement of actual and necessary expenses incurred by Cleary Gottlieb during the

Application Period under sections 330 and 331 of title 11 of the United States Code (the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United

States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States

Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee

Guidelines"), and the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members [D.I. 293] (the "Interim Compensation Procedures Order").    In

support of this Application, Cleary Gottlieb represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330 and 331 of the

Bankruptcy Code.

## BACKGROUND

**A.**      **Procedural History**

3.      On January 14, 2009 (the "Petition Date"), the Debtors other than NN CALA (as

defined below) filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

4.      The Debtors continue to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On January 15, 2009, this Court entered an order of joint administration pursuant to Bankruptcy Rule 1015(b) that provided for the joint administration of these cases and for consolidation for procedural purposes only [D.I. 36].

6.      Also on the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[2] filed an application with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings"). The Canadian Debtors continue to manage their properties and operate their businesses under the supervision of the Canadian Court.

7.      On January 14, 2009, the Canadian Court entered an order recognizing these chapter 11 proceedings as a foreign proceeding under section 18.6 of the CCAA. On February 27, 2009, based on a petition filed by Ernst & Young Inc., as court-appointed Monitor in the Canadian Proceedings and as foreign representative for the Canadian Debtors (the "Monitor"), this Court entered an order recognizing the Canadian Proceedings as foreign main proceedings under chapter 15 of the Bankruptcy Code.

8.      On January 14, 2009, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[3] into administration under the

---

[2]      The Canadian Debtors include the following entities: NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[3]      The EMEA Debtors include the following entities: Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel

control of individuals from Ernst & Young LLC (collectively, the "Joint Administrators").  On

May 28, 2009, at the request of the Joint Administrators, the Commercial Court of Versailles,

France (the "French Court") (Docket No. 2009P00492), ordered the commencement of

secondary proceedings in respect of Nortel Networks S.A. ("NNSA"), which consist of

liquidation proceedings during which NNSA was originally authorized to continue to operate as

a going concern for an initial period of three months, which period was subsequently extended to

November 28, 2009.  In accordance with the European Union's Council Regulation (EC) No.

1346/2000 on Insolvency Proceedings, the English law proceedings (the "English Proceedings")

remain the main proceedings in respect of NNSA although a French administrator and a French

liquidator have been appointed and are in charge of the day-to-day affairs and continuing

business of NNSA in France.  On October 1, 2009, pursuant to a motion filed by the Joint

Administrators, the French Court approved an order to: (i) suspend the liquidation operations

relating to the sale of the assets and/or businesses of NNSA for a renewable period of two

months; (ii) authorize the continuation of the business of NNSA so long as the liquidation

operations are suspended; and (iii) maintain the powers of the French Administrator and

Liquidator during the suspension period, except with respect to the sale of assets and/or

businesses of NNSA.  On March 25, 2010, the French Court ended the suspension of the

liquidation operations.  On June 26, 2009, this Court entered an order recognizing the English

Proceedings of Nortel Networks UK Limited ("NNUK") as foreign main proceedings under

chapter 15 of the Bankruptcy Code.[4]

---

Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks
Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

[4]        Additionally, on January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and
Marketing) Limited, filed an application with the Tel-Aviv-Jaffa District Court, pursuant to the Israeli Companies

9.     On January 26, 2009, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I.s 141, 142].  An ad hoc group of bondholders holding claims against certain of the Debtors and certain of the Canadian Debtors has also been organized (the "Bondholder Group").  No trustee or examiner has been appointed in the Debtors' cases.

10.     On July 14, 2009 (the "CALA Petition Date"), Nortel Networks (CALA) Inc. ("NN CALA" and a Debtor with NNI and its affiliates), an affiliate of NNI, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On July 17, this Court entered orders approving the joint administration and consolidation of NN CALA's chapter 11 case with the other Debtors' chapter 11 cases for procedural proposes [D.I. 1098], and applying to NN CALA certain previously entered orders in the Debtors' chapter 11 cases [D.I. 1099].

**B.     Debtors' Corporate Structure and Business**

11.     Nortel is a technology company that historically designed, developed and deployed communication products, systems and solutions to its customers around the globe.  Its principal assets include its employees, the intellectual property derived and maintained from its research and development activities, its customers and other significant contracts and agreements.

12.     Additional information regarding the Debtors' corporate structure and business and the events leading to the chapter 11 cases is set forth in the Declaration of John Doolittle in Support of First Day Motions and Applications [D.I. 3] (the "First Day Declaration").

---

Law, 1999, and the regulations relating thereto for a stay of proceedings.  On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators of the Israeli Company under the Israeli Companies Law (the "Joint Israeli Administrators").

C.      **Case Milestones**

13.     On June 19, 2009, Nortel announced that it was advancing in discussions with external parties to sell its businesses and it would assess other restructuring alternatives for its businesses in the event it is unable to maximize value through sales.  To date, Nortel has closed (i) the sale of certain portions of its Layer 4-7 data portfolio to Radware Ltd. [D.I. 539]; (ii) the sale of substantially all of its CDMA business and LTE Access assets to Telefonaktiebolaget LM Ericsson (publ) ("Ericsson") [D.I. 1205]; (iii) the sale of the assets of its Wireless Networks business associated with the development of Next Generation Packet Core network components to Hitachi Ltd. [D.I. 1760]; (iv) the sale of substantially all of the assets of the Enterprise Solutions business globally, including the shares of Nortel Government Solutions Incorporated and DiamondWare Ltd., to Avaya Inc. [D.I. 1514]; (v) the sale of substantially all the assets of its Optical Networking and Carrier Ethernet businesses associated with its Metro Ethernet Networks business unit to Ciena Corporation [D.I. 2070]; and (vi) the sale of substantially all of its GSM/GSM-R business to Ericsson and Kapsch CarrierCom AG [D.I. 2065].  In addition, Nortel has obtained court approval for the planned sale of certain assets of its Carrier Voice Over IP and Application Solutions business to GENBAND Inc. [D.I. 2632].  Efforts continue to be made with respect to the monetization of Nortel's remaining assets.

14.     On August 4, 2009, this Court entered an order fixing September 30, 2009 at 4:00 PM (Eastern Time) as the general bar date for filing proofs of claim or interests [D.I. 1280].  On December 3, 2009 this Court entered an order fixing January 25, 2010 at 4:00 PM (Eastern Time) as the bar date for filing proofs of claim or interests against NN CALA [D.I. 2059].

## CLEARY GOTTLIEB'S RETENTION

15.     Prior to the Petition Date, the Debtors engaged Cleary Gottlieb as counsel in

connection with potential bankruptcy filings by the Debtors.  On February 4, 2009, this Court

entered the Order Authorizing the Retention and Employment of Cleary Gottlieb Steen &

Hamilton LLP as Counsel for the Debtors <u>nunc</u> <u>pro</u> <u>tunc</u> to the Petition Date [D.I. 221].

### FEE PROCEDURES ORDER

16.     On February 4, 2009, the Court entered the Interim Compensation Procedures

Order [D.I. 222], which sets forth the procedures for interim compensation and reimbursement of

expenses for all professionals in these cases.[5]

17.     In particular, the Interim Compensation Procedures Order provides that a

Professional may file and serve a Monthly Fee Application with the Court after the first day of

each calendar month.  Provided that there are no objections to such Monthly Fee Application

filed within twenty (20) days after the service of a Monthly Fee Application, the Professional

may file a certificate of no objection with the Court, after which the Debtors are authorized to

pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such

Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the

Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject

to an objection.

18.     On June 26, 2009, Cleary Gottlieb filed its First Interim Fee Application Request

of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-

Possession, For The Period January 14, 2009 Through April 30, 2009 [D.I. 978] (the "<u>First</u>

<u>Quarterly Application</u>").  On July 17, 2009, this Court entered an Omnibus Order Allowing

Certain Professionals Interim Compensation for Services Rendered and Reimbursement of

---

[5]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim
Compensation Procedures Order.

7

Expenses [D.I. 1103], approving the First Quarterly Application.  On September 2, 2009, Cleary

Gottlieb filed its Second Quarterly Fee Application Request of Cleary Gottlieb Steen &

Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1,

2009 Through July 31, 2009 [D.I. 1421] (the "Second Quarterly Application").  On September

30, 2009, this Court entered the Second Omnibus Order Allowing Certain Professionals Interim

Compensation for Services Rendered and Reimbursement of Expenses [D.I. 1582], approving

the Second Quarterly Application.  On November 20, 2009, Cleary Gottlieb filed its Third

Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For

Debtors And Debtors-In-Possession, For The Period August 1, 2009 Through October 31, 2009

[D.I. 1943] (the "Third Quarterly Application").  On December 15, 2009, this Court entered the

Third Omnibus Order Allowing Certain Professionals Interim Compensation For Services

Rendered and Reimbursement of Expenses [D.I. 2143], approving the Third Quarterly

Application.  On February 25, 2010, Cleary Gottlieb filed its Fourth Quarterly Fee Application

Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-

Possession, For the Period November 1, 2009 Through January 31, 2010 [D.I. 2535] (the "Fourth

Quarterly Application").  On March 17, 2010, this Court entered the Fourth Omnibus Order

Allowing Certain Professionals Interim Compensation For Services Rendered and

Reimbursement of Expenses [D.I. 2730], approving the Fourth Quarterly Application.

19.     During the Application Period, Cleary Gottlieb provided extensive services to the

Debtors.  During such period, with the aid of Cleary Gottlieb and Morris, Nichols, Arsht &

Tunnell LLP ("Morris Nichols"), the Debtors were successful in obtaining certain relief

including, without limitation:  (a) authorization of an agreement to assign debt owed to NNI by

the Russian Telecommunications Development Corporation to the assignee, Velenio Holdings

Limited; (b) approval under Bankruptcy Rule 9019 of a compromise of a controversy among NNI, NNL, Peacock Communications, ATSSC, Inc. and John Peacock; (c) approval of an amendment to the terms of the Debtors' retention of Lazard Frères & Co. LLC as financial advisor and investment banker to the Debtors; and (d) an order enforcing the automatic stay against the Nortel Networks UK Pension Trust and the Board of the Pension Protection Fund with respect to certain pension-related proceedings in the United Kingdom against various Nortel entities, including certain of the Debtors.  Cleary Gottlieb and Morris Nichols also began work during the Application Period that led to the Debtors successfully obtaining additional relief in March, including, without limitation:  (a) approval of the Nortel Special Incentive Plan and certain individual employment agreements; (b) approval of the sale of the Debtors' Carrier VoIP and Application Solutions business to GENBAND Inc.; (c) authorization to employ and retain Linklaters LLP as U.K. counsel for the Debtors *nunc pro tunc* to January 26, 2010; (d) authorization and approval for NNI's entry into the Cascading Directors' Trust Indenture and the related side agreement; and (e) authorization to employ and retain Chilmark Partners, LLC as consulting expert to the Debtors *nunc pro tunc* to March 4, 2010.  Additionally, during the Application Period the Debtors continued to work towards the completion of asset sale transactions previously approved by the Bankruptcy Court and continued the process of reviewing and reconciling claims filed by creditors prior to the general claims bar dates established in the chapter 11 proceedings, including filing omnibus objections to certain claims filed by creditors in the proceedings.

20.     Cleary Gottlieb also continued to assist the Debtors in effectively addressing many of the matters which arise during a chapter 11 case involving vendors, suppliers, customers, employees and governmental agencies.  Many of these issues were more complex due

to the international nature of the Debtors' operations.  Cleary Gottlieb also responded to

numerous inquiries by vendors, suppliers, creditors and other interested parties.  In addition,

Cleary Gottlieb engaged in numerous discussions with representatives of the Committee and the

Bondholder Group and assisted the Debtors in preparing for and engaging in discussions with the

same.  Cleary Gottlieb also assisted the Debtors with numerous other matters, including

regulatory and other work relating to the Debtors' reporting obligations, including those

established by the Code.

21.     Cleary Gottlieb and Morris Nichols also assisted the Debtors in seeking authority

to retain the professionals utilized by the Debtors during these cases as well as in the ordinary

course of their businesses, and coordinating the information flow to and among these

professionals and have endeavored to ensure that such professionals comply with the Local

Rules and the U.S. Trustee Guidelines.

22.     Included in this Application are certain fees and expenses incurred during a period

related to an application previously submitted, but which were not entered into the Cleary

Gottlieb accounting system until the period covered by this Application.

## RELIEF REQUESTED

23.     Cleary Gottlieb submits this Application (a) for allowance of reasonable

compensation for the actual, reasonable and necessary professional services that it has rendered

as bankruptcy counsel for the Debtors in these cases for the period from February 1, 2010

through February 28, 2010 (and previous periods, as discussed above), and (b) for

reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors

during that same period (and previous periods, as discussed above).

24.     During the period covered by this Application (and previous periods, as discussed

above), Cleary Gottlieb accrued fees in the amount of $4,905,787.00. For the same period (and previous periods, as discussed above), Cleary Gottlieb incurred actual, reasonable and necessary expenses totaling $171,181.35. With respect to these amounts, as of the date of this Application, Cleary Gottlieb has received no payments.

25.     Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

26.     Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paralegals and other support staff and descriptions of the services provided.

27.     Exhibit B attached hereto contains a breakdown of disbursements incurred by Cleary Gottlieb during the Application Period.

28.     Cleary Gottlieb charges $0.10 per page for photocopying.

29.     Cleary Gottlieb charges $0.65 per page for color photocopying and printing.

30.     Cleary Gottlieb charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

31.     In accordance with Local Rule 2016-2, Cleary Gottlieb has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

32.     Cleary Gottlieb has endeavored to represent the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at Cleary Gottlieb so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, Cleary Gottlieb has endeavored to coordinate with Morris Nichols and the other professionals involved in these

cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  We believe we have been successful in this regard.

33.      No agreement or understanding exists between Cleary Gottlieb and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

34.      The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge and belief that this Application complies with that Rule.

                    **WHEREFORE**, Cleary Gottlieb respectfully requests that this Court:  (a) allow Cleary Gottlieb (i) interim compensation in the amount of $4,905,787.00 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period February 1, 2010 through February 28, 2010 (and previous periods, as discussed above), and (ii) interim reimbursement in the amount of $171,181.35 for actual, reasonable and necessary expenses incurred during the same period (and previous periods, as discussed above); (b) authorize and direct the Debtors to pay to Cleary Gottlieb the amount of $4,095,810.95, which is equal to the sum of 80% of Cleary Gottlieb's allowed interim compensation and 100% of Cleary Gottlieb's allowed expense reimbursement; and (c) grant such other and further relief as the Court deems just and proper.

Dated:  April 29, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

13