IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

In re           :     Chapter 11

Nortel Networks Inc., et al.,[1]     :     Case No. 09-10138 (KG)

         Debtors.     :     Jointly Administered

         :

-------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 2838

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,
Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive
pleading to the **Fourteenth Interim Application Of Jackson Lewis LLP, As Counsel To
Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For
Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period
February 1, 2010 Through February 28, 2010** (the "Application") (D.I. 2838), filed on April
7, 2010.

The undersigned further certifies that Morris Nichols has caused the review of the
Court's docket in this case and that no answer, objection or other responsive pleading to the
Application appears thereon. Pursuant to the Notice, objections to the Application were to be
filed and served no later than April 27, 2010 at 4:00 p.m. (Eastern Time).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $5,951.25 | $0.00 | $4,761.00 | $4,761.00 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: April 29, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors In Possession*

2869320.14