# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Re: D.I. 2893** |
| ------------------------------------------------------------X | : | |

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER AUTHORIZING (A) THE DEBTORS' ENTRY INTO AN EMPLOYMENT AGREEMENT AND (B) PAYMENT OF AN AWARD UNDER NORTEL'S KEY EXECUTIVE INCENTIVE PLAN**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *[Proposed] Order Authorizing (A) The Debtors' Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On April 16, 2010, Debtors filed the *Motion For Entry Of An Order Authorizing (A) The Debtors' Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan* (D.I. 2893) (the "Motion"). Contemporaneously with the Motion, Debtors filed the *Motion For An Order Shortening Notice Of Debtors' Motion For Entry Of An Order Authorizing (A) The Debtors' Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Plan* (D.I. 2894). On April 16, 2010, the Court entered the *Order Shortening Notice Of Debtors' Motion For Entry Of An Order Authorizing (A) The Debtors Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan* (D.I. 2985).

      2.    The Debtors received informal comments from the United States Trustee, and, accordingly, have agreed to modify the order submitted with the Motion. A copy of the Proposed Order is attached hereto as **Exhibit A**. A blackline showing the modifications is attached hereto as **Exhibit B**.

      3.    The Proposed Order was circulated to counsel to the Official Committee of Unsecured Creditors and the Official Committee of Bondholders. As of the time of filing, Debtors have received no comment from either party.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: May 3, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*