**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                                    :
In re                                                              :          Chapter 11
                                                                    :
Nortel Networks Inc., et al.,[1]                      :          Case No. 09-10138 (KG)
                                                                    :
                    Debtors.                               :          Jointly Administered
                                                                    :
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 5, 2010 AT 10:00 A.M. (ET)[2]**

---

**NO MATTERS ARE SCHEDULED TO GO FORWARD.  THEREFORE,**
**AT THE REQUEST OF THE DEBTORS AND THE DIRECTION**
**OF THE COURT, THE HEARING SCHEDULED FOR**
**MAY 5, 2010 AT 10:00 A.M. (ET) HAS BEEN CANCELLED.**

---

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.    Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

      Related Pleadings:  None.

      Objection Deadline:  April 7, 2010 at 4:00 p.m. (ET).  Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

      Responses Received:

      a)    Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

b)      United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

c)      California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

d)      Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status:  This matter is adjourned to the hearing scheduled for May 19, 2010 at 2:00 p.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

2.      Debtors' Motion For Entry Of An Order Authorizing (A) The Debtors' Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortels Key Executive Incentive Plan (D.I. 2893, Filed 4/16/10).

Related Pleadings:

a)      Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For Entry Of An Order Authorizing (A) The Debtors Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan (D.I. 2894, Filed 4/16/10);

b)      Order Shortening Notice Of Debtors' Motion For Entry Of An Order Authorizing (A) The Debtors Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan (D.I. 2985, Entered 4/16/10); and

c)      Certification Of Counsel Regarding [Proposed Order] Authorizing (A) The Debtors Entry Into An Employment Agreement And (B) Payment Of An Award Under Nortel's Key Executive Incentive Plan (D.I. 2935, Filed 5/3/10).

Objection Deadline:  April 28, 2010 at 4:00 p.m. (ET).

Responses Received:

Status:  A certification of counsel with revised proposed order has been filed with the Court.

CONTESTED MATTERS GOING FORWARD:

3.      Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a)      Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Communications Solutions Business Free And Clear Of All Liens, Claims And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2632, Entered 3/4/10).

Objection Deadline:  February 17, 2010 at 4:00 p.m. (ET).

Responses Received:

a)      AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10).

Status:  The Court has previously entered an order with respect to this Motion.  With respect to the objection filed by AT&T, this matter is adjourned to the hearing scheduled for May 19, 2010 at 2:00 p.m. (ET).

Dated:  May 3, 2010
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*