**CERTIFICATE OF SERVICE**

       I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On May 5, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on May 3, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  May 3, 2010                             */s/ Alissa T. Gazze*
                                                               Alissa T. Gazze (No. 5338)

2800793.24