IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

STEVEN INDELICATO, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On April 28, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (3)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,

   b) the buyers of the claims as listed on the annexed Exhibit C,

   c) counsel to the Debtors as listed on Exhibit D.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Steven Indelicato

Sworn to before me this
___ day of April, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-__-__

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: COFACE NORTH AMERICA INSURANCE COMPANY
TRANSFEROR: JACO ELECTRONICS, INC
50 MILLSTONE RD., BLDG. 100, STE 360
EAST WINDSOR, NJ 08520

Please note that your claim # 7076 in the above referenced case and in the amount of $479,290.00 has been transferred (unless previously expunged by court order) to:

RIVERSIDE CLAIMS LLC
TRANSFEROR: COFACE NORTH AMERICA INSURAN
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2860 in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 04/28/2010                                  David D. Bird, Clerk of Court

/s/ Steven Indelicato
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 28, 2010.

**EXHIBIT "B"**

```
TIME: 16:44:49                                    NORTEL NETWORKS INC.                                                        PAGE:  1
DATE: 04/28/10                                     CREDITOR LISTING

Name                                      Address
COFACE NORTH AMERICA INSURANCE COMPANY    TRANSFEROR: JACO ELECTRONICS INC. 50 MILLSTONE RD, BLDG 100, STE 360 EAST WINDSOR NJ 08520
COFACE NORTH AMERICA INSURANCE COMPANY    TRANSFEROR: JACO ELECTRONICS, INC 50 MILLSTONE RD., BLDG. 100, STE 360 EAST WINDSOR NJ 08520
COVERGENCE INC                            71 3RD AVE BURLINGTON MA 018034430
FREEDOM CAD SERVICES                      20 COTTON ROAD, SUITE 201 NASHUA NH 03063
KAISER ASSOCIATES INC                     1747 PENNSYLVANIA AVE., NW SUITE 900 WASHINGTON DC 20006
PARAGON COMMUNICATIONS                    150 HOMER AVENUE ASHLAND MA 01721
RIVERSIDE CLAIMS LLC                      TRANSFEROR: COFACE NORTH AMERICA INSURAN POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK NY 10024-0540
STRENGTH TEK FITNESS & WELLNESS CONSULTANTS  707 HIGHLAND AVENUE OTTAWA ON K2A 2K5 CANADA
TELCORDIA TECHNOLOGIES, INC.              C/O JOYCE PETINO ONE TELCORDIA DRIVE, RM 4A1021 PISCATAWAY NJ 08854
TELCORDIA TECHNOLOGIES, INC.              C/O PETINO JOYCE ONE TELCORDIA DRIVE, RM 4A1021 PISCATAWAY NJ 08854

Total Number of Records Printed    10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

```
TIME: 16:02:13                                         NORTEL NETWORKS INC.                                                        PAGE:   1
DATE: 04/29/10                                           CREDITOR LISTING

Name                                          Address
ASM CAPITAL III, L.P.                         TRANSFEROR: STRENGTH TEK FITNESS & WELLNESS 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL III, L.P.                         TRANSFEROR: TELCORDIA TECHNOLOGIES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                             TRANSFEROR: FREEDOM CAD SERVICES INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                             TRANSFEROR: KAISER ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL, L.P.                             TRANSFEROR: PARAGON COMMUNICATIONS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
COFACE NORTH AMERICA INSURANCE COMPANY        TRANSFEROR: JACO ELECTRONICS INC. 50 MILLSTONE RD, BLDG 100, STE 360 EAST WINDSOR NJ 08520
LONGACRE OPPORTUNITY FUND, L.P.               TRANSFEROR: COVERGENCE INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
MONARCH MASTER FUNDING LTD                    TRANSFEROR: RIVERSIDE CLAIMS LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
RIVERSIDE CLAIMS LLC                          TRANSFEROR: COFACE NORTH AMERICA INSURAN POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK NY 10024-0540
WISTRON CORPORATION                           21F, 88, SEC.1, HSIN TAI WU RD., HSICHIH, TAIPEI HSIEN 221 TAIWAN, R.O.C.
WISTRON INFOCOMM (TEXAS) CORPORATION          ATTN: SANDY PENG, CONTROLLER 4051 FREEPORT PARKWAY, SUITE 200 GRAPEVINE TX 76051
WISTRON INFOCOMM TECHNOLOGY (AMERICA)         CORPORATION P.O. BOX 370307 EL PASO TX 79937
WISTRON INFOCOMM TECHNOLOGY (AMERICA)         CORPORATION - LEGAL OFFICE 21F, 88, SEC.1, HSIN TAI WU RD., HSICHIH, TAIPEI HSIEN 221 TAIWAN, R.O.C.

Total Number of Records Printed     13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT "D"

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006