**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                    :
                    :     Chapter 11
*In re*               :
                    :     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]   :
                    :     Jointly Administered
          Debtors.   :
                    :     **RE: D.I. _____**
                    :
-------------------------------------------------------X

**ORDER TO AMEND THE INTELLECTUAL**
**PROPERTY LICENSE AGREEMENT AND TRANSITION**
**SERVICES AGREEMENT IN THE SALE OF THE DEBTORS'**
**NEXT GENERATION PACKET CORE NETWORK COMPONENTS TO HITACHI**

Upon the motion dated May 4, 2010 (the "Motion"),[2] of Nortel Networks Inc. and its

affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 363

and 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004(h) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to amend the Intellectual

Property License Agreement and Transition Services Agreement with Hitachi (the

"Amendment"); and granting such other and further relief as the Court deems just and proper;

and adequate notice of the Motion having been given as set forth in the Motion; and it appearing

that no other or further notice is necessary; and the Court having jurisdiction to consider the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and the Court having determined that the legal and factual bases set forth in the

Motion establish just cause for the relief requested in the Motion, and that such relief is in the

best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the

record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Sellers are authorized to enter into the Amendment with the Purchaser,

pursuant to 363 and 105(a) of the Bankruptcy Code, and to take all actions that may be

reasonably necessary or appropriate to perform all obligations contemplated thereunder.

3.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, (i) the

terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors

are not subject to any stay in the implementation, enforcement or realization of the relief granted

in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any

action and perform any act authorized under this Order.

4.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2010
         Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3529345.1