# EXHIBIT A

CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2010 through April 30, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date: 4/1/2010  End Date: 4/30/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 4.0 | $450.00 | $1,800.00 |
| 2 | Reviewing operational management of transition services | 10.6 | $450.00 | $4,770.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 125.9 | $450.00 | $56,655.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 4.3 | $450.00 | $1,935.00 |
| 5 | Fee Applications | 2.0 | $450.00 | $900.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 32.0 | $225.00 | $7,200.00 |
| | **Hours/Billing Amount for Period:** | **178.8** | | **$73,260.00** |

# NORTEL TIME SHEET

## John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/1/2010 | Review of GSPM extension and amendment | 1 | 0.8 |
| 4/1/2010 | Protocol on claims review of mark up and issues | 3 | 1.5 |
| 4/1/2010 | NBS cost review relative to pass through and cost sharing | 3 | 2.3 |
| 4/1/2010 | Non working travel to NY for meetings | 7 | 4.0 |
| 4/1/2010 | Call with PBGC re claim settlement | 3 | 0.8 |
| 4/1/2010 | Conference with Canada legal reps regarding ERISA matter and US /Canada claims and resolution thereof | 3 | 1.0 |
| 4/1/2010 | Meeting with Cleary re allocation protocol and arbitrator selection | 3 | 1.5 |
| 4/1/2010 | Meeting with bond reps and bondholder re plan progress | 4 | 2.5 |
| 4/2/2010 | Coordination and prep for internal and external meeting re allocation and NBS costs | 3 | 1.8 |
| 4/2/2010 | Non working travel from NY meetings | 7 | 4.0 |
| 4/2/2010 | Review of Corporate and NBS projected budget and follow up | 3 | 2.5 |
| 4/5/2010 | Discussion with Co re US ltd and other benefots | 3 | 0.5 |
| 4/5/2010 | Weekly call re various cse management matters | 3 | 1.0 |
| 4/5/2010 | Follow up re employee issues | 3 | 1.0 |
| 4/5/2010 | NBS cost and budget review and planning | 2 | 4.3 |
| 4/5/2010 | Update re claims | 3 | 0.8 |
| 4/5/2010 | Non working travel | 7 | 4.0 |
| 4/6/2010 | Update re IP | 3 | 1.5 |
| 4/6/2010 | M&A status call | 3 | 1.0 |
| 4/6/2010 | Meeting with Chilmark re allocation | 3 | 4.5 |
| 4/6/2010 | Call with Canada re cross border claims | 3 | 1.2 |
| 4/7/2010 | Meetings with UCC and Bond reps regarding allocation and NBS cost issues | 3 | 9.5 |
| 4/8/2010 | Call with UCC | 4 | 0.5 |
| 4/8/2010 | Non working travel from NY meetings | 7 | 4.0 |
| 4/8/2010 | Review of mark up to allocation document | 3 | 2.5 |
| 4/8/2010 | Review of NBS wind down costs and information related to sunset | 2 | 3.0 |
| 4/9/2010 | Review of various issues related to claims, plan process | 3 | 1.5 |
| 4/12/2010 | Weekly call re various case management matters | 3 | 1.0 |
| 4/12/2010 | Call with J Wood related to tax issues related to US and follow up analysis for input back to calculate tax exposures | 3 | 2.5 |

# NORTEL TIME SHEET

## John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/12/2010 | Work related to allocation issues | 3 | 3.5 |
| 4/12/2010 | Claims related matters | 3 | 2.5 |
| 4/12/2010 | Emplyee retention issues | 3 | 1.0 |
| 4/13/2010 | IP call | 3 | 0.8 |
| 4/13/2010 | Weekly acquisition call | 3 | 0.8 |
| 4/13/2010 | Call re employee matters | 3 | 1.8 |
| 4/13/2010 | US EMEA dissolution matters and decisions | 3 | 1.5 |
| 4/13/2010 | Review materials as follow up to US EMEA presentation | 3 | 1.5 |
| 4/13/2010 | Review of updated claims data | 3 | 2.0 |
| 4/14/2010 | Outline of governance re claims approvals | 3 | 1.5 |
| 4/14/2010 | Handling of various employee issues; calls and follow up emails | 3 | 1.5 |
| 4/14/2010 | Follow up re employee matters re Ciena close | 2 | 0.5 |
| 4/14/2010 | Communication re allocation protocol | 3 | 0.8 |
| 4/14/2010 | Outline of categories and work stream for emergence costs | 3 | 1.0 |
| 4/14/2010 | Review on large claim matter | 3 | 2.5 |
| 4/15/2010 | Call re emergence cash | 3 | 0.8 |
| 4/15/2010 | Call re claims governance and approvals | 3 | 1.5 |
| 4/15/2010 | Call with Chilmark and Huron re allocation and recoveries | 3 | 0.5 |
| 4/15/2010 | Call re large claim; review of poc's and background materials | 3 | 3.0 |
| 4/19/2010 | Weekly call re various case management matters | 3 | 1.0 |
| 4/19/2010 | Review of budget for professional fees and adjustments | 3 | 1.3 |
| 4/19/2010 | Review of GSPA and proposed amendments | 1 | 1.3 |
| 4/19/2010 | Case srtategy/ case calender attention | 3 | 1.0 |
| 4/19/2010 | Non working travel to NY for meetings | 7 | 4.0 |
| 4/19/2010 | Review of various emails re case management | 1 | 0.3 |
| 4/20/2010 | Meetings with Chilmark and Cleary re allocation | 3 | 7.5 |
| 4/20/2010 | Call with EY re GSPA | 1 | 0.8 |
| 4/20/2010 | IP status call | 3 | 1.3 |
| 4/20/2010 | Call re asset sale process | 3 | 0.5 |
| 4/21/2010 | IT outsourcing issue | 3 | 0.5 |
| 4/21/2010 | Non working travel from NY meetings | 7 | 4.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/21/2010 | Cross border protocol | 3 | 0.5 |
| 4/22/2010 | Liquidation of NA entities in UK; review material and conference call re same | 3 | 1.5 |
| 4/22/2010 | Conference call with Huron re preferences and avoidance actons | 3 | 1.3 |
| 4/22/2010 | Call with Reidel re employee issues | 2 | 0.5 |
| 4/22/2010 | Call with Akin re various updates | 4 | 1.3 |
| 4/22/2010 | Review of GSPA document and emails re same | 3 | 2.0 |
| 4/23/2010 | Review of conf agreement and comments re same; call with Cleary | 3 | 1.3 |
| 4/23/2010 | Call with C Recaurte re IT outsource | 2 | 0.3 |
| 4/23/2010 | Call with various Nortel parties and Cleary re emplyee and management issues | 1 | 0.8 |
| 4/25/2010 | Non working travel to NY for meetings | 7 | 4.0 |
| 4/25/2010 | Review of preference analysis from Huron | 3 | 3.0 |
| 4/26/2010 | Weekly status call | 3 | 1.0 |
| 4/26/2010 | Call re IT outsource | 2 | 1.2 |
| 4/26/2010 | Meetings at Cleary re allocation issues | 3 | 6.0 |
| 4/27/2010 | Meeting re IP assets at Cleary | 3 | 4.0 |
| 4/27/2010 | Meeting at Cleary re claims status | 3 | 4.0 |
| 4/27/2010 | Conference re claim related to US and settlement discussions | 3 | 1.5 |
| 4/27/2010 | Weekly M&A call | 3 | 1.5 |
| 4/27/2010 | Call re transfer pricing and GSPA | 3 | 1.0 |
| 4/28/2010 | Meeting re unliquidated claims reconciliation and resolution | 3 | 8.0 |
| 4/28/2010 | Call with PBGC re claim | 3 | 0.5 |
| 4/29/2010 | Call with Recaute re outsource and issues related thereto | 2 | 0.8 |
| 4/29/2010 | Non working travel from NY meetings | 7 | 4.0 |
| 4/29/2010 | Review motion re: dispute with creditor | 3 | 1.5 |
| 4/30/2010 | Call with E King re employment and retention | 3 | 0.8 |
| 4/30/2010 | Sale doc review seville | 3 | 0.5 |
| 4/30/2010 | Review of Huron material re US Entity review | 3 | 4.5 |
| 4/30/2010 | Prepare fee application | 5 | 2.0 |