**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2010 through April 30, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 2,479.00 |
| Travel – Lodging | | 4,945.49 |
| Travel – Meals | | 427.84 |
| Travel – Car Service | | 346.21 |
| Travel – Transportation | | 179.00 |
| Office supplies, shipping, and other office related expenses | | 565.95 |
| PACER | | 9.60 |
| TOTAL | | $ 8,953.09 |

# Nortel Expense Report

PERIOD: April 1, 2010 through April 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|------|-------------|-----|-------|-------|----------------|---------|---------------|-------|-------|
| 4/1/2010 | New York Trip - air | $ 589.40 | | | | | | | $ 589.40 |
| 4/1/2010 | New York Trip - taxi | | | | $ 38.00 | | | | $ 38.00 |
| 4/1/2010 | New York Trip - meal | | | $ 49.34 | | | | | $ 49.34 |
| 4/2/2010 | New York Trip - hotel | | $ 391.68 | | | | | | $ 391.68 |
| 4/2/2010 | New York Trip - meal | | | $ 18.80 | | | | | $ 18.80 |
| 4/2/2010 | New York Trip - parking | | | | | $ 30.00 | | | $ 30.00 |
| 4/5/2010 | New York Trip - air | $ 369.40 | | | | | | | $ 369.40 |
| 4/5/2010 | New York Trip - meal | | | $ 15.88 | | | | | $ 15.88 |
| 4/5/2010 | New York Trip - taxi | | | | $ 38.17 | | | | $ 38.17 |
| 4/5/2010 | New York Trip - meal | | | $ 88.13 | | | | | $ 88.13 |
| 4/5/2010 | New York Trip - wireless | | | | | | $ 12.95 | | $ 12.95 |
| 4/5/2010 | New York Trip - hotel | | $ 479.71 | | | | | | $ 479.71 |
| 4/6/2010 | New York Trip - long distance charges | | | | | | $ 205.05 | | $ 205.05 |
| 4/6/2010 | New York Trip - wireless | | | | | | $ 12.95 | | $ 12.95 |
| 4/6/2010 | New York Trip - meal | | | $ 8.17 | | | | | $ 8.17 |
| 4/6/2010 | New York Trip - hotel | | $ 479.71 | | | | | | $ 479.71 |
| 4/7/2010 | New York Trip - meal | | | $ 5.36 | | | | | $ 5.36 |
| 4/7/2010 | New York Trip - hotel | | $ 479.71 | | | | | | $ 479.71 |
| 4/8/2010 | New York Trip - wireless | | | | | | $ 12.95 | | $ 12.95 |
| 4/8/2010 | New York Trip - meal | | | $ 42.49 | | | | | $ 42.49 |
| 4/8/2010 | New York Trip - taxi | | | | $ 41.70 | | | | $ 41.70 |
| 4/8/2010 | New York Trip - parking | | | | | $ 55.00 | | | $ 55.00 |
| 4/19/2010 | New York Trip - air | $ 522.80 | | | | | | | $ 522.80 |
| 4/19/2010 | New York Trip - air fare add-on | $ 10.00 | | | | | | | $ 10.00 |
| 4/19/2010 | New York Trip - taxi | | | | $ 58.00 | | | | $ 58.00 |
| 4/19/2010 | New York Trip - tolls | | | | $ 12.00 | | | | $ 12.00 |
| 4/19/2010 | New York Trip - wireless | | | | | | $ 12.95 | | $ 12.95 |
| 4/19/2010 | New York Trip - hotel | | $ 462.50 | | | | | | $ 462.50 |

# Nortel Expense Report

PERIOD: April 1, 2010 through April 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 4/20/2010 | New York Trip - taxi | | | | $ 5.40 | | | | $ 5.40 |
| 4/20/2010 | New York Trip - long distance charges | | | | | | $ 177.26 | | $ 177.26 |
| 4/20/2010 | New York Trip - meal | | | $ 6.36 | | | | | $ 6.36 |
| 4/20/2010 | New York Trip - hotel | | $ 462.50 | | | | | | $ 462.50 |
| 4/20/2010 | New York Trip - meal | | | $ 51.34 | | | | | $ 51.34 |
| 4/21/2010 | New York Trip - wireless | | | | | | $ 12.95 | | $ 12.95 |
| 4/21/2010 | New York Trip - taxi | | | | $ 58.00 | | | | $ 58.00 |
| 4/21/2010 | New York Trip - tolls | | | | $ 12.00 | | | | $ 12.00 |
| 4/21/2010 | New York Trip - parking | | | | | $ 30.00 | | | $ 30.00 |
| 4/21/2010 | New York Trip - wireless | | | | | | $ 7.99 | | $ 7.99 |
| 4/25/2010 | New York Trip - Round trip air fare | $ 687.40 | | | | | | | $ 687.40 |
| 4/25/2010 | New York Trip - Aircell | | | | | | $ 39.95 | | $ 39.95 |
| 4/25/2010 | New York Trip - meal | | | $ 21.49 | | | | | $ 21.49 |
| 4/25/2010 | New York Trip - taxi | | | | $ 30.37 | | | | $ 30.37 |
| 4/25/2010 | New York Trip - meal | | | $ 21.78 | | | | | $ 21.78 |
| 4/25/2010 | New York Trip - internet usage | | | | | | $ 15.99 | | $ 15.99 |
| 4/25/2010 | New York Trip - hotel | | $ 547.42 | | | | | | $ 547.42 |
| 4/26/2010 | New York Trip - meal | | | $ 39.09 | | | | | $ 39.09 |
| 4/26/2010 | New York Trip - internet usage | | | | | | $ 15.99 | | $ 15.99 |
| 4/26/2010 | New York Trip - hotel | | $ 547.42 | | | | | | $ 547.42 |
| 4/26/2010 | New York Trip - internet usage | | | | | | $ 15.99 | | $ 15.99 |
| 4/27/2010 | New York Trip - meal | | | $ 37.83 | | | | | $ 37.83 |
| 4/27/2010 | New York Trip - hotel | | $ 547.42 | | | | | | $ 547.42 |
| 4/28/2010 | New York Trip - taxi | | | | $ 18.60 | | | | $ 18.60 |
| 4/28/2010 | New York Trip - internet usage | | | | | | $ 15.99 | | $ 15.99 |
| 4/28/2010 | New York Trip - meal | | | $ 21.78 | | | | | $ 21.78 |
| 4/28/2010 | New York Trip - hotel | | $ 547.42 | | | | | | $ 547.42 |
| 4/29/2010 | New York Trip - taxi | | | | $ 33.97 | | | | $ 33.97 |

# Nortel Expense Report

PERIOD: April 1, 2010 through April 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 4/29/2010 | New York Trip - parking | | | | | $ 64.00 | | | $ 64.00 |
| 4/29/2010 | New York Trip - add-on | | | | | | $ 6.99 | | $ 6.99 |
| 4/21/2010 | Air Fare flight change fee | $ 150.00 | | | | | | | $ 150.00 |
| 4/21/2010 | Air Fare flight change fee | $ 150.00 | | | | | | | $ 150.00 |
| 4/30/2010 | PACER | | | | | | | $ 9.60 | $ 9.60 |