IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
*In re*                                            :   Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :   Case No. 09-10138 (KG)
                                                   :
                              Debtors.             :   Jointly Administered
                                                   :
---------------------------------------------------X   Objections Due: May 26, 2010 at 4:00 p.m. (ET)

**NOTICE OF TENTH MONTHLY APPLICATION OF PALISADES CAPITAL ADVISORS LLC, PENSION CO-ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

Attached hereto is the **Tenth Monthly Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period March 1, 2010 Through March 31, 2010** (the "Application").

You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **May 26, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on the applicant and counsel for the Debtors so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3026409.10

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 6, 2010
       Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        James L. Bromley (admitted *pro hac vice*)
                        Lisa M. Schweitzer (admitted *pro hac vice*)
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                                    - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        /s/ Ann C. Cordo
                        Derek C. Abbott (No. 3376)
                        Eric D. Schwartz (No. 3134)
                        Ann C. Cordo (No. 4817)
                        Alissa T. Gazze (No. 5338)
                        1201 North Market Street, 18th Floor
                        P.O. Box 1347
                        Wilmington, DE 19899-1347
                        Telephone: (302) 658-9200
                        Facsimile: (302) 425-4663

                        Counsel for the Debtors and Debtors in Possession