**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

March 1, 2010 Through March 31, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | March |
|---|---|---|
| 1 | Pension Advisory | 30.5 |
| 2 | Engagement/Retention/Fee Applications | 8.5 |
| **TOTAL** | | **39.0** |

**Summary of Services Rendered by Professional**

| Name | February |
|---|---|
| Bradley D. Belt (Chairman) | 16.5 |
| John L. Spencer (Senior Advisor) | 13.5 |
| Dawn M. Bizzell (Director) | 9.0 |
| **TOTAL** | **39.0** |