**EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

March 1, 2010 Through March 31, 2010

Expense Summary

| Expense Category | Total Expense |
|---|---|
| **Delivery Services** | $30.23 |