## Exhibit C

**Schedule of Assumed and Assigned Contracts**

# FILED UNDER SEAL

## SCHEDULE OF ASSUMED AND ASSIGNED CONTRACTS

| Name and Address of Counterparty | Proposed Effective Date of Assignment | Description of Assumed and Assigned Contract | Cure Amount |
|---|---|---|---|
|  |  |  |  |

**NOTE:  For purposes of filing, this schedule has been intentionally left blank.  Pursuant to the Motion, those parties whom the Debtors believe to be a party in interest to an Assumed and Assigned Contract will receive an individualized schedule.**