## NOTICE OF CLAIMS PURCHASE AGREEMENT

**ANDREW LLC**, a Delaware limited liability company, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES FUND, LP**, a Delaware limited partnership, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim(s) of Seller numbered 4854 and 6125 (as amended) in the principal amount of $648,684.56 (the "Claim"), against **NORTEL NETWORKS INC.** (the "Debtor") together with interest, if any, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware administered as **Case Number 09-10138** (the "Proceedings"), or in any other court with jurisdiction over the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Notice of Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned, by their duly authorized representatives, have executed this Agreement dated the 16th day of April, 2010.

**ANDREW LLC**

WITNESS: _Judy Hooper_
Judy Hooper
Manager, Customer Financial Services
(Print Name and Title of Witness)

By: _Jean Gay_
Jean Gay, Vice President
Global Customer Financial Services
(Print Name and Title of Corporate Officer)

**CORRE OPPORTUNITIES FUND, LP**

WITNESS: _____
Eric Soderlund  Partner
(Print Name and Title of Witness)

By: _____
John Barrett  Partner
(Print Name and Title of Corporate Officer)