IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

STEVEN CUNIX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On May 10, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (3)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Cunix
　　　　　　　　　　　　　　　　　　　　　　　　Steven Cunix

Sworn to before me this
11th day of May, 2010
/s/ Time Darden
Notary Public
Notary Public, State of New York
No. 01DA6196919
Qualified in Kings County
Commission Expired January 5, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   STREAMLINE CIRCUITS CORPORATION
          1410 MARTIN AVENUE
          SANTA CLARA, CA 95050

Please note that your claim # 1777 in the above referenced case and in the amount of
    $2,737.64 has been transferred **(unless previously expunged by court order)** to:

          UNITED STATES DEBT RECOVERY V, LP
          TRANSFEROR: STREAMLINE CIRCUITS CORP.
          940 SOUTHWOOD BL, SUITE 101
          INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2955      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/10/2010                                David D. Bird, Clerk of Court


                                                /s/ Steven Cunix
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 10, 2010.

**EXHIBIT B**

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| STREAMLINE CIRCUITS CORPORATION | 1410 MARTIN AVENUE SANTA CLARA CA 95050 |

Total Number of Records Printed    1

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

```
TIME: 16:18:16                              NORTEL NETWORKS INC.                                    PAGE:  1
DATE: 05/11/10                                CREDITOR LISTING

Name                         Address
UNITED STATES DEBT RECOVERY V, LP    TRANSFEROR: STREAMLINE CIRCUITS CORP. 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451

Total Number of Records Printed    1
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006