**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MARCH 1 TO MARCH 31, 2010
### (All Amounts in Canadian Dollars)

Taxable Disbursements

| | |
|---|---|
| Accommodations | $4,422.09 |
| Airfare/Travel | $2,411.54 |
| Binding Books / Documents | $   40.40 |
| Cellular Phones | $  134.38 |
| Library Computer Research | $   98.05 |
| Long Distance Telephone Calls | $  366.84 |
| Meals & Beverages | $  978.41 |
| Parking | $    5.73 |
| Photocopy Charges | $2,421.40 |
| Process Server Fees | $   50.00 |
| SOQUIJ Search | $    3.85 |
| Ground Transportation (including Courier) | $1,172.89 |
| | |
| Total Taxable Disbursements | $12,105.58 |
| Total GST | 605.28 |
| Total Taxable Disbursements including Taxes | $12,710.86 CDN. |