**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 50 of 60

### DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/01/10 | Telephone;12128362454;New YorkNY;TO45 | 1 | 0.51 |
| 11/01/10 | Telephone;19175447922;New YorkNY;TO45 | 1 | 0.51 |
| 25/01/10 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 03/02/10 | Laser Copy;MattesL | 3 | 0.30 |
| 08/02/10 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 11/02/10 | Telephone;12129406891;New YorkNY;TO47 | 1 | 0.51 |
| 11/02/10 | Laser Copy;MacFarlaneA | 22 | 2.20 |
| 15/02/10 | Laser Copy;MacFarlaneA | 18 | 1.80 |
| 16/02/10 | Laser Copy;MacFarlaneA | 33 | 3.30 |
| 16/02/10 | Laser Copy;MacFarlaneA | 8 | 0.80 |
| 17/02/10 | Telephone;12129406891;New YorkNY;TO47 | 1 | 18.36 |
| 17/02/10 | Bell Conferencing/M Wunder/Inv. 105700461 | 1 | 57.64 |
| 17/02/10 | Bell Conferencing/M Wunder/Inv. 105700461 | 1 | 45.88 |
| 17/02/10 | Bell Conferencing/A MacFarlane/Inv. 105700461 | 1 | 7.68 |
| 17/02/10 | Taxi Charges - Diamond Taxicab Association /inv dated jan 31/10 - MJW x 2 on Jan 7 and Jan 21/10 | 1 | 29.84 |
| 22/02/10 | Laser Copy;MacFarlaneA | 93 | 9.30 |
| 22/02/10 | Telephone;12129406891;New YorkNY;TO47 | 1 | 0.51 |
| 22/02/10 | Telephone;12129406891;New YorkNY;TO47 | 1 | 4.08 |
| 22/02/10 | Telephone;12128721008;New YorkNY;TO47 | 1 | 0.51 |
| 24/02/10 | Telephone;12128721008;New YorkNY;TO47 | 1 | 0.51 |
| 25/02/10 | Telephone;12127821417;New YorkNY;TO68 | 1 | 2.04 |
| 25/02/10 | Telephone;12127821455;New YorkNY;TO68 | 1 | 1.53 |
| 26/02/10 | Telephone;12125524369;New YorkNY;TO47 | 1 | 0.51 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 22/10 | 1 | 17.91 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 12/10 | 1 | 22.39 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 4/10 | 1 | 22.39 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 3/10 | 1 | 17.16 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 3/10 | 1 | 22.39 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 10/10 | 1 | 22.39 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 23/10 | 1 | 20.52 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 11/10 | 1 | 17.16 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Jan 13/10 | 1 | 17.16 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Jan 19/10 | 1 | 20.15 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 26/10 | 1 | 26.87 |
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 24/10 | 1 | 44.03 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 19/10 | 1 | 22.98 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010
Invoice #: 2757382
Page 51 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 28/02/10 | Beck Taxi/Inv 1721-014/R.Jacobs Feb 16/10 | 1 | 22.39 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 11/10 | 1 | 7.83 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW & R.Jacobs x8 Jan-Feb | 1 | 154.71 |
| 28/02/10 | Beck Taxi/Inv 1721-014/MJW Feb 10/10 | 1 | 19.96 |
| 01/03/10 | Tabs | 1 | 8.40 |
| 01/03/10 | Telephone;12127087440;New YorkNY;TO47 | 1 | 0.51 |
| 01/03/10 | Laser Copy;WALKER R | 34 | 3.40 |
| 01/03/10 | Laser Copy;WARD N | 966 | 96.60 |
| 01/03/10 | Laser Copy;DUNSMUIM | 51 | 5.10 |
| 01/03/10 | Laser Copy;HAHNJ | 122 | 12.20 |
| 01/03/10 | Laser Copy;HETU, Jarvis | 598 | 59.80 |
| 01/03/10 | Laser Copy;KARTASHM | 1 | 0.10 |
| 01/03/10 | Laser Copy;MacFarlaneA | 299 | 29.90 |
| 01/03/10 | Laser Copy;MattesL | 735 | 73.50 |
| 01/03/10 | Photocopy;HETU, Jarvis | 1 | 0.10 |
| 01/03/10 | Photocopy;MEDINA L | 202 | 20.20 |
| 01/03/10 | Telephone;12122252264;New YorkNY;TO47 | 1 | 0.51 |
| 01/03/10 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 01/03/10 | Telephone;12128721055;New YorkNY;TO47 | 1 | 0.51 |
| 01/03/10 | Telephone;12127534500;New YorkNY;TO47 | 1 | 3.57 |
| 01/03/10 | Telephone;12122455000;New YorkNY;TO47 | 1 | 1.53 |
| 02/03/10 | Telephone;12128728121;New YorkNY;TO34 | 1 | 0.51 |
| 02/03/10 | Laser Copy;HETU, Jarvis | 638 | 63.80 |
| 02/03/10 | Laser Copy;KAPLAN M | 58 | 5.80 |
| 02/03/10 | Laser Copy;MacFarlaneA | 278 | 27.80 |
| 02/03/10 | Laser Copy;MATHESON | 6 | 0.60 |
| 02/03/10 | Laser Copy;MattesL | 1217 | 121.70 |
| 02/03/10 | Laser Copy;COSENTIN | 119 | 11.90 |
| 02/03/10 | Photocopy;Amaral, Rui | 456 | 45.60 |
| 02/03/10 | Photocopy;MattesL | 157 | 15.70 |
| 02/03/10 | Photocopy;MattesL | 27 | 2.70 |
| 02/03/10 | Photocopy;YING C | 144 | 14.40 |
| 02/03/10 | Photocopy;YING C | 73 | 7.30 |
| 02/03/10 | Photocopy;YING C | 152 | 15.20 |
| 02/03/10 | ECarswell | 1 | 27.25 |
| 02/03/10 | Telephone;12128721055;New YorkNY;TO47 | 1 | 5.10 |
| 02/03/10 | Laser Copy;WARD N | 607 | 60.70 |
| 02/03/10 | Laser Copy;YING C | 4 | 0.40 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 52 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 02/03/10 | Laser Copy;DUNSMUIM | 41 | 4.10 |
| 02/03/10 | Laser Copy;HAHNJ | 41 | 4.10 |
| 03/03/10 | Telephone;12124464800;New YorkNY;TO47 | 1 | 1.02 |
| 03/03/10 | Laser Copy;GOUGEON | 5 | 0.50 |
| 03/03/10 | Laser Copy;HAHNJ | 334 | 33.40 |
| 03/03/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 03/03/10 | Laser Copy;WARD N | 181 | 18.10 |
| 03/03/10 | Laser Copy;YING C | 35 | 3.50 |
| 03/03/10 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 03/03/10 | Laser Copy;MattesL | 300 | 30.00 |
| 03/03/10 | Laser Copy;HETU, Jarvis | 43 | 4.30 |
| 03/03/10 | Laser Copy;DUNSMUIM | 104 | 10.40 |
| 03/03/10 | Laser Copy;KUKULOWI | 30 | 3.00 |
| 04/03/10 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 04/03/10 | Laser Copy;MattesL | 51 | 5.10 |
| 04/03/10 | Laser Copy;KAPLAN M | 288 | 28.80 |
| 04/03/10 | Laser Copy;WALKER R | 51 | 5.10 |
| 04/03/10 | Laser Copy;WARD N | 322 | 32.20 |
| 04/03/10 | Laser Copy;HETU, Jarvis | 2 | 0.20 |
| 04/03/10 | Laser Copy;YING C | 78 | 7.80 |
| 04/03/10 | Photocopy;HETU, Jarvis | 24 | 2.40 |
| 04/03/10 | Binding Books / Documents | 1 | 32.00 |
| 05/03/10 | Telephone;12128721063;New YorkNY;TO47 | 1 | 0.51 |
| 05/03/10 | Laser Copy;KAPLAN M | 10 | 1.00 |
| 05/03/10 | Laser Copy;WARD N | 385 | 38.50 |
| 05/03/10 | Telephone;12128721063;New YorkNY;TO44 | 1 | 0.51 |
| 05/03/10 | Laser Copy;CHINJ | 4 | 0.40 |
| 08/03/10 | Telephone;12123233391;New YorkNY;TO47 | 1 | 0.51 |
| 08/03/10 | Laser Copy;KAPLAN M | 8 | 0.80 |
| 08/03/10 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 08/03/10 | Laser Copy;MattesL | 130 | 13.00 |
| 08/03/10 | Laser Copy;NELSON M | 219 | 21.90 |
| 09/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 0.51 |
| 09/03/10 | Laser Copy;NELSON M | 213 | 21.30 |
| 09/03/10 | Photocopy;MattesL | 4 | 0.40 |
| 09/03/10 | Laser Copy;MacFarlaneA | 24 | 2.40 |
| 09/03/10 | Laser Copy;MattesL | 200 | 20.00 |
| 09/03/10 | Laser Copy;HETU, Jarvis | 53 | 5.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 53 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 09/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 4.08 |
| 09/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 0.51 |
| 09/03/10 | Telephone;12128892684;New YorkNY;TO47 | 1 | 1.02 |
| 09/03/10 | Telephone;12129651414;New YorkNY;TO47 | 1 | 0.51 |
| 09/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 0.51 |
| 09/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 0.51 |
| 10/03/10 | Working Taxi charges on March 4, 2010 (from 393 University Ave. to 1st Canadian Place).; 2010-3-8 M. Dunsmuir | 1 | 8.53 |
| 10/03/10 | Hotel Accommodations at Le Parker Meridien, New York; 2010-2-25 R. Jacobs | 1 | 436.22 |
| 10/03/10 | Laser Copy;HETU, Jarvis | 122 | 12.20 |
| 10/03/10 | Laser Copy;GOUGEON | 55 | 5.50 |
| 10/03/10 | Laser Copy;MacFarlaneA | 189 | 18.90 |
| 10/03/10 | Hotel Accommodations at Le Parker Meridien, New York; 2010-2-24 R. Jacobs | 1 | 351.89 |
| 10/03/10 | Telephone;12128362454;New YorkNY;TO45 | 1 | 0.51 |
| 10/03/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 34.16 |
| 10/03/10 | Working Lunch on February 25, 2010 (attending motion re UK regulatory action).; 2010-3-8 M. Dunsmuir | 1 | 5.86 |
| 10/03/10 | Working Lunch on March 3, 2010 (attending incentive payment plan motion and employee benefit settlement motion).; 2010-3-8 M. Dunsmuir | 1 | 8.63 |
| 10/03/10 | Working Lunch on March 4, 2010 (attending employee benefit settlement motion).; 2010-3-8 M. Dunsmuir | 1 | 11.27 |
| 10/03/10 | Working meal at Mr. Sub for R. Jacobs on March 9/10; 2010-3-9 | 1 | 11.09 |
| 10/03/10 | Lunch at Starbucks while at court for M. Wunder and R. Jacobs on March 3/10; 2010-3-3 | 1 | 15.28 |
| 10/03/10 | Lunch at Tim Hortons for R. Jacobs on March 5/10; 2010-3-5 | 1 | 17.83 |
| 10/03/10 | Working Dinner at Burrito Bandidos for R. Jacobs on March 8/10; 2010-3-8 | 1 | 14.23 |
| 10/03/10 | Working dinner at Jerusalem Restaurant for M. Wunder on Feb. 27/10; 2010-2-27 | 1 | 22.00 |
| 10/03/10 | Working dinner at House of Chan for M. Wunder on March 7/10; 2010-3-7 | 1 | 25.00 |
| 10/03/10 | Beverages from Starbucks Coffee, New York; 2010-2-26 | 1 | 6.23 |
| 10/03/10 | Working Meal from Swiss Chalet (GST#852593052); 2010-3-1; R. Jacobs | 1 | 9.44 |
| 10/03/10 | Working Meal from Mr. Sub ; 2010-3-3; R. Jacobs | 1 | 7.55 |
| 10/03/10 | Working Meal from Tim Hortons (GST#837018761); 2010-3-4; R. Jacobs | 1 | 12.21 |
| 10/03/10 | Parking for M. Wunder on March 5/10; 2010-3-5 | 1 | 5.73 |
| 11/03/10 | Taxi from Toronto Airport to office for M. Wunder on Feb. 26/10; 2010-2-26 | 1 | 44.32 |
| 11/03/10 | Taxi from FCP to Eglinton for M. Wunder on Feb. 26/10; 2010-2-26 | 1 | 18.47 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 54 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/03/10 | Food for working group meeting - Nortel February 10 2010 (42G) | 1 | 12.40 |
| 11/03/10 | Taxi from home to office for M. Wunder on Feb. 24/10; 2010-2-24 | 1 | 18.47 |
| 11/03/10 | Telephone;12128721063;New YorkNY;TO44 | 1 | 0.51 |
| 11/03/10 | Taxi from hotel to office for M Wunder on Feb 24/10; 2010-2-24 | 1 | 6.20 |
| 11/03/10 | Air Canada ticket change fee for M. Wunder on Feb. 23/10; 2010-2-23 | 1 | 139.00 |
| 11/03/10 | Air Canada return ticket to New York for M. Wunder on Feb. 24-26/10; 2010-2-24 | 1 | 1,305.30 |
| 11/03/10 | Laser Copy;GOUGEON | 10 | 1.00 |
| 11/03/10 | Laser Copy;GRASSI J | 1 | 0.10 |
| 11/03/10 | Laser Copy;KAPLAN M | 16 | 1.60 |
| 11/03/10 | Laser Copy;HETU, Jarvis | 52 | 5.20 |
| 11/03/10 | Laser Copy;NELSON M | 762 | 76.20 |
| 11/03/10 | Laser Copy;DAUPHINE | 206 | 20.60 |
| 11/03/10 | Laser Copy;MATHESON | 5 | 0.50 |
| 11/03/10 | Breakfast at Starbucks while travelling in New York for M. Wunder on Feb. 26/10; 2010-2-26 | 1 | 12.40 |
| 11/03/10 | Working dinner in New York for M. Wunder and R. Jacobs on Feb. 24/10 (see Visa for exchange); 2010-2-24 | 1 | 60.00 |
| 11/03/10 | Breakfast at Starbucks while travelling in New York for M. Wunder on Feb. 25/10; 2010-2-25 | 1 | 10.64 |
| 11/03/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Feb. 24-26/10 (see Visa for exchange); 2010-2-24 | 1 | 742.30 |
| 11/03/10 | Room at W Hotel in New York for R. Jacobs on March 9/10; 2010-3-9 | 1 | 432.12 |
| 11/03/10 | Taxi from hotel to airport for M. Wunder on Feb. 26/10 (see Visa for exchange); 2010-2-26 | 1 | 25.37 |
| 11/03/10 | Taxi from New York Airport to Hotel for M. Wunder on Feb. 24/10 (see Visa for exchange); 2010-2-24 | 1 | 34.82 |
| 11/03/10 | Taxi from hotel to Akin Gump office for M. Wunder on Feb. 25/10; 2010-2-25 | 1 | 7.76 |
| 11/03/10 | Taxi from office to hotel for M. Wunder on Feb. 25/10; 2010-2-25 | 1 | 7.76 |
| 12/03/10 | Telephone;12128362454;New YorkNY;TO45 | 1 | 4.59 |
| 12/03/10 | Laser Copy;NELSON M | 151 | 15.10 |
| 12/03/10 | Laser Copy;MATHESON | 5 | 0.50 |
| 12/03/10 | Laser Copy;HETU, Jarvis | 197 | 19.70 |
| 15/03/10 | Laser Copy;GOUGEON | 7 | 0.70 |
| 15/03/10 | Laser Copy;MattesL | 66 | 6.60 |
| 15/03/10 | Laser Copy;HETU, Jarvis | 64 | 6.40 |
| 15/03/10 | Laser Copy;NELSON M | 235 | 23.50 |
| 15/03/10 | Telephone;12128721056;New YorkNY;TO47 | 1 | 3.06 |
| 15/03/10 | Telephone;12128721063;New YorkNY;TO44 | 1 | 0.51 |
| 15/03/10 | Laser Copy;MacFarlaneA | 133 | 13.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 55 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/03/10 | Working Dinner - Restaurants On The Go 6237 J Hetu Mar 1/10 | 1 | 21.02 |
| 15/03/10 | Laser Copy;jacobsr | 40 | 4.00 |
| 15/03/10 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 16/03/10 | Taxi while travelling in New York for R. Jacobs on March 13/10; 2010-3-13 | 1 | 9.93 |
| 16/03/10 | Taxi from New York airport to hotel for R. Jacobs on Feb. 17/10; 2010-2-17 | 1 | 34.15 |
| 16/03/10 | Telephone;12128721056;New YorkNY;TO47 | 1 | 12.75 |
| 16/03/10 | Telephone;12128721063;New YorkNY;TO44 | 1 | 0.51 |
| 16/03/10 | Taxi while travelling in New York for R. Jacobs on March 12/10; 2010-3-12 | 1 | 8.85 |
| 16/03/10 | Process Server Fees - Kap Litigation Services 179888 A MacFarlane | 1 | 50.00 |
| 16/03/10 | Laser Copy;MacFarlaneA | 128 | 12.80 |
| 16/03/10 | Taxi while travelling in New York for R. Jacobs on March 14/10; 2010-3-14 | 1 | 5.43 |
| 16/03/10 | Laser Copy;MATHESON | 8 | 0.80 |
| 16/03/10 | Laser Copy;MattesL | 249 | 24.90 |
| 16/03/10 | Laser Copy;HETU, Jarvis | 130 | 13.00 |
| 16/03/10 | Laser Copy;KAPLAN M | 85 | 8.50 |
| 16/03/10 | Lunch at Subway while travelling for R. Jacobs on March 10/10; 2010-3-10 | 1 | 5.66 |
| 16/03/10 | Breakfast at Jamba Juice while travelling in New York for R. Jacobs on March 10/10; 2010-3-10 | 1 | 4.53 |
| 16/03/10 | Breakfast at Starbucks while travelling in New York for R. Jacobs on Feb. 25/10; 2010-2-25 | 1 | 4.85 |
| 16/03/10 | Working meal at Red Bamboo while travelling for R. Jacobs on March 12/10; 2010-3-12 | 1 | 25.00 |
| 16/03/10 | Working meal at Schnipper's Quality Kitchen while travelling for R. Jacobs on March 13/10; 2010-3-13 | 1 | 22.60 |
| 16/03/10 | Working meal at Petite Abeille while travelling for R. Jacobs on March 14/10; 2010-3-14 | 1 | 25.00 |
| 16/03/10 | Laser Copy;GOUGEON | 66 | 6.60 |
| 16/03/10 | Laser Copy;NELSON M | 380 | 38.00 |
| 16/03/10 | Photocopy;MattesL | 1 | 0.10 |
| 16/03/10 | Hotel room at Le Parker Meridien for R. Jacobs on Feb. 24/10 (see Visa for exchange); 2010-2-24 | 1 | 364.03 |
| 16/03/10 | Taxi while travelling in New York for R. Jacobs on March 14/10; 2010-3-14 | 1 | 7.26 |
| 16/03/10 | Taxi to airport for R. Jacobs on March 9/10; 2010-3-9 | 1 | 31.45 |
| 16/03/10 | Taxi from New York airport to hotel for R. Jacobs on March 9/10; 2010-3-9 | 1 | 42.69 |
| 17/03/10 | Laser Copy;DUNSMUIM | 6 | 0.60 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 56 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/03/10 | Hotel room at W New York for R. Jacobs for March 10-14/10; 2010-3-10 | 1 | 1,097.73 |
| 17/03/10 | Laser Copy;MattesL | 16 | 1.60 |
| 17/03/10 | Laser Copy;HETU, Jarvis | 5 | 0.50 |
| 17/03/10 | Laser Copy;NELSON M | 536 | 53.60 |
| 17/03/10 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 17/03/10 | Photocopy;MattesL | 1 | 0.10 |
| 17/03/10 | Working lunch for R. Jacobs, A. MacFarlane, M. Wunder, J. Hetu - Mamma's Pizza /MJW/inv dated Feb 26/10 | 1 | 37.08 |
| 17/03/10 | Working dinner for M. Wunder on March 4/10; 2010-3-4 | 1 | 25.00 |
| 17/03/10 | Work lunch at Subway for M. Wunder on March 16/10; 2010-3-16 | 1 | 7.55 |
| 17/03/10 | Working meal at Salad Creations for R. Jacobs on March 15/10; 2010-3-15 | 1 | 10.79 |
| 18/03/10 | Bell Conferencing/A MacFarlane/Inv. 105806955 | 1 | 1.17 |
| 18/03/10 | Working meal at United Bakers Dairy Restaurant for R. Jacobs on March 16/10; 2010-3-16 | 1 | 22.81 |
| 18/03/10 | Laser Copy;jacobsr | 155 | 15.50 |
| 18/03/10 | Laser Copy;KAPLAN M | 40 | 4.00 |
| 18/03/10 | Laser Copy;LEGAULT | 11 | 1.10 |
| 18/03/10 | Laser Copy;NELSON M | 286 | 28.60 |
| 18/03/10 | Laser Copy;MacFarlaneA | 247 | 24.70 |
| 18/03/10 | Bell Conferencing/M Wunder/Inv. 105806955 | 1 | 64.74 |
| 18/03/10 | Bell Conferencing/Ryan Jacobs/Inv. 105806955 | 1 | 27.12 |
| 18/03/10 | Bell Conferencing/Ryan Jacobs/Inv. 105806955 | 1 | 12.44 |
| 18/03/10 | Telephone;12128721008;New YorkNY;TO47 | 1 | 1.02 |
| 18/03/10 | Bell Conferencing/M Picard/Inv. 105806955 | 1 | 23.13 |
| 19/03/10 | Laser Copy;CHUNG G | 15 | 1.50 |
| 19/03/10 | Laser Copy;NELSON M | 280 | 28.00 |
| 19/03/10 | Laser Copy;jacobsr | 203 | 20.30 |
| 19/03/10 | Laser Copy;MacFarlaneA | 262 | 26.20 |
| 21/03/10 | Laser Copy;MacFarlaneA | 71 | 7.10 |
| 21/03/10 | ECarswell | 1 | 25.00 |
| 22/03/10 | Laser Copy;MacFarlaneA | 23 | 2.30 |
| 22/03/10 | Photocopy;MattesL | 17 | 1.70 |
| 22/03/10 | Photocopy;MattesL | 11 | 1.10 |
| 22/03/10 | Photocopy;MattesL | 13 | 1.30 |
| 22/03/10 | Photocopy;MattesL | 4 | 0.40 |
| 22/03/10 | Laser Copy;CHUNG G | 1 | 0.10 |
| 22/03/10 | Laser Copy;MattesL | 92 | 9.20 |
| 22/03/10 | Telephone;14032687307;Calgary AB;TO47 | 1 | 4.23 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 57 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 22/03/10 | Laser Copy;NELSON M | 191 | 19.10 |
| 22/03/10 | Laser Copy;jacobsr | 12 | 1.20 |
| 23/03/10 | Taxi for meeting in New York for M. Wunder on Dec. 11/09; 2009-12-11 | 1 | 6.14 |
| 23/03/10 | Working dinner for M. Wunder on March 18/10; 2010-3-18 | 1 | 25.00 |
| 23/03/10 | Food for working group meeting for M. Wunder, R. Jacobs and J. Hetu on March 17/10; 2010-3-17 | 1 | 12.04 |
| 23/03/10 | Taxi for meeting in New York for M. Wunder on Dec. 10/09; 2009-12-10 | 1 | 5.38 |
| 23/03/10 | Telephone;16308171515;NorthbroIL; T047 | 1 | 0.54 |
| 23/03/10 | Laser Copy;YING C | 15 | 1.50 |
| 23/03/10 | Laser Copy;MattesL | 37 | 3.70 |
| 23/03/10 | Laser Copy;NELSON M | 470 | 47.00 |
| 23/03/10 | Laser Copy;DUNSMUIM | 125 | 12.50 |
| 23/03/10 | Laser Copy;GRASSI J | 1 | 0.10 |
| 23/03/10 | Laser Copy;MacFarlaneA | 123 | 12.30 |
| 23/03/10 | Working meal at Pumpernickel's for R. Jacobs on March 22/10; 2010-3-22 | 1 | 9.98 |
| 23/03/10 | Working meal at Mr. Sub for R. Jacobs on March 16/10; 2010-3-16 | 1 | 8.28 |
| 23/03/10 | Working dinner from Burrito Bandidos for R. Jacobs on March 17/10; 2010-3-17 | 1 | 16.38 |
| 23/03/10 | Working lunch at Starbucks for R. Jacobs on Feb. 17/10; 2010-2-17 | 1 | 19.72 |
| 23/03/10 | Working meal at United Bakers Dairy for R. Jacobs on March 16/10; 2010-3-16 | 1 | 22.81 |
| 23/03/10 | Working meal at Mulligan's while travelling for R. Jacobs on March 10/10; 2010-3-10 | 1 | 25.00 |
| 24/03/10 | Laser Copy;MattesL | 30 | 3.00 |
| 24/03/10 | Laser Copy;MacFarlaneA | 5 | 0.50 |
| 24/03/10 | Laser Copy;NELSON M | 40 | 4.00 |
| 24/03/10 | Food for working group meeting - Nortel / 42G | 1 | 16.60 |
| 24/03/10 | Laser Copy;jacobsr | 74 | 7.40 |
| 24/03/10 | Laser Copy;YING C | 17 | 1.70 |
| 24/03/10 | Laser Copy;DUNSMUIM | 21 | 2.10 |
| 25/03/10 | Verizon cell phone charges for R. Jacobs for Feb. 20 to March 19/10; 2010-3-19 | 1 | 134.38 |
| 25/03/10 | Telephone;15198859200;KitcheneON; T047 | 1 | 2.22 |
| 25/03/10 | Laser Copy;DUNSMUIM | 8 | 0.80 |
| 25/03/10 | Laser Copy;HETU, Jarvis | 73 | 7.30 |
| 25/03/10 | Laser Copy;MacFarlaneA | 42 | 4.20 |
| 25/03/10 | Laser Copy;jacobsr | 21 | 2.10 |
| 25/03/10 | Laser Copy;KAPLAN M | 5 | 0.50 |
| 25/03/10 | Laser Copy;NELSON M | 51 | 5.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 58 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 25/03/10 | Photocopy;YING C | 4 | 0.40 |
| 25/03/10 | Working dinner in New York at Bellavitae for M. Wunder, R. Jacobs and Akin (F. Hodara/T. Feuerstein/B. Kahn) on March 3/10 (see Visa for exchange); 2010-3-11 | 1 | 150.00 |
| 26/03/10 | Taxi from New York airport to hotel for M. Wunder on March 10/10 (see Visa for exchange); 2010-3-10 | 1 | 28.63 |
| 26/03/10 | Quicklaw | 1 | 15.80 |
| 26/03/10 | ECarswell | 1 | 30.00 |
| 26/03/10 | Taxi from hotel to Akin Gump office in New York for M. Wunder on March 11/10; 2010-3-11 | 1 | 6.91 |
| 26/03/10 | Return Air Canada flight to New York for M. Wunder for March 10-12/10; 2010-3-10 | 1 | 461.30 |
| 26/03/10 | Return Air Canada flight to New York for R. Jacobs on April 4-6/10; 2010-4-4 | 1 | 505.94 |
| 26/03/10 | Laser Copy:BanksT | 22 | 2.20 |
| 26/03/10 | Laser Copy;jacobsr | 6 | 0.60 |
| 26/03/10 | Laser Copy:MacFarlaneA | 49 | 4.90 |
| 26/03/10 | Laser Copy;NELSON M | 260 | 26.00 |
| 26/03/10 | Breakfast at Starbucks in New York for M. Wunder on March 11/10; 2010-3-11 | 1 | 14.06 |
| 26/03/10 | Lunch at Famous Original Rays Pizza in New York for M. Wunder on March 11/10; 2010-3-11 | 1 | 3.08 |
| 26/03/10 | Breakfast at Au Bon Pain in New York for M. Wunder on Match 12/10; 2010-3-12 | 1 | 11.73 |
| 26/03/10 | Working dinner at Greek Gourmet for R. Jacobs on March 24/10; 2010-3-24 | 1 | 27.22 |
| 26/03/10 | Breakfast at Starbucks while travelling to New York for M. Wunder on March 10/10; 2010-3-10 | 1 | 20.87 |
| 26/03/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on March 10-12/10; 2010-3-10 | 1 | 997.80 |
| 26/03/10 | Telephone;15198856486;KitcheneON; TO47 | 1 | 0.37 |
| 26/03/10 | Telephone;12122455000;New YorkNY;TO47 | 1 | 0.51 |
| 26/03/10 | Telephone;15198856486;KitcheneON; TO47 | 1 | 0.37 |
| 26/03/10 | Telephone;12128751008;New YorkNY;TO47 | 1 | 0.51 |
| 26/03/10 | Telephone;15198856486;KitcheneON; TO47 | 1 | 1.48 |
| 26/03/10 | Telephone;12128721008;New YorkNY;TO47 | 1 | 4.08 |
| 26/03/10 | Telephone;12128728040;New YorkNY;TO23 | 1 | 0.51 |
| 26/03/10 | Telephone;19084479029;CranfordNJ; TO23 | 1 | 0.54 |
| 26/03/10 | Taxi to Toronto airport for M. Wunder on March 10/10; 2010-3-10 | 1 | 34.44 |
| 26/03/10 | Taxi from hotel to dinner in New York for M. Wunder on March 10/10; 2010-3-10 | 1 | 9.22 |
| 26/03/10 | Taxi in New York for M. Wunder on March 11/10; 2010-3-11 | 1 | 7.68 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 59 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 26/03/10 | Taxi from hotel to New York airport for M. Wunder on March 12/10 (see Visa for exchange); 2010-3-12 | 1 | 30.02 |
| 26/03/10 | Taxi from airport to home for M. Wunder on March 12/10; 2010-3-12 | 1 | 45.78 |
| 26/03/10 | Taxi from dinner to hotel in New York for M. Wunder on March 10/10; 2010-3-10 | 1 | 7.68 |
| 26/03/10 | Taxi from Akin Gump office to hotel in New York for M. Wunder on March 11/10; 2010-3-11 | 1 | 6.14 |
| 29/03/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 29/03/10 | Laser Copy;MattesL | 46 | 4.60 |
| 29/03/10 | Laser Copy;NELSON M | 411 | 41.10 |
| 29/03/10 | Laser Copy;DUNSMUIM | 61 | 6.10 |
| 29/03/10 | Laser Copy;HETU, Jarvis | 81 | 8.10 |
| 29/03/10 | Laser Copy;MacFarlaneA | 320 | 32.00 |
| 29/03/10 | Laser Copy;SHAY R | 9 | 0.90 |
| 29/03/10 | Laser Copy;PICARD M | 3 | 0.30 |
| 29/03/10 | Laser Copy;YING C | 1 | 0.10 |
| 30/03/10 | Laser Copy;DUNSMUIM | 87 | 8.70 |
| 30/03/10 | Laser Copy;MCDONALA | 243 | 24.30 |
| 30/03/10 | Laser Copy;jacobsr | 19 | 1.90 |
| 30/03/10 | Laser Copy;KAPLAN M | 372 | 37.20 |
| 30/03/10 | Laser Copy;HAHNJ | 267 | 26.70 |
| 30/03/10 | Laser Copy;NELSON M | 746 | 74.60 |
| 30/03/10 | Laser Copy;PUSHALIK A | 197 | 19.70 |
| 30/03/10 | Laser Copy;MacFarlaneA | 338 | 33.80 |
| 30/03/10 | Telephone;12127087413;New YorkNY;TO47 | 1 | 0.51 |
| 30/03/10 | Laser Copy;CHINJ | 370 | 37.00 |
| 30/03/10 | Laser Copy;MATHESON | 367 | 36.70 |
| 30/03/10 | Laser Copy;MattesL | 214 | 21.40 |
| 31/03/10 | Laser Copy;MattesL | 133 | 13.30 |
| 31/03/10 | Laser Copy;NELSON M | 258 | 25.80 |
| 31/03/10 | "/Beck Taxi/Inv 1721-015/MJW x2 Mar 18,25/10" | 1 | 30.60 |
| 31/03/10 | /Beck Taxi/Inv 1721-015/M.Wunder & R.Jacobs Mar | 1 | 114.58 |
| 31/03/10 | Laser Copy;Amaral, Rui | 1818 | 181.80 |
| 31/03/10 | SOQUIJ Search Soquij: 03/11/2010-Yan Besner-TJ-Document(1) | 1 | 3.85 |
| 31/03/10 | Laser Copy;MCDONALA | 2 | 0.20 |
| 31/03/10 | Laser Copy;jacobsr | 1 | 0.10 |
| 31/03/10 | Laser Copy;KAPLAN M | 15 | 1.50 |
| 31/03/10 | Working Lunch re Nortel - M.Wunder, R. Jacobs, J. Hetu - GST8331w3 8811; 2010-3-25 | 1 | 65.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: April 30, 2010  
Invoice #: 2757382  
Page 60 of 60

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 31/03/10 | Working Lunch from Mr. Subs for J Hetu and R Jacobs re Nortel GST; 2010-3-24 | 1 | 21.83 |
| 31/03/10 | Working dinner at Greek Gourmet for R. Jacobs on March 25/10; 2010-3-25 | 1 | 23.00 |
| 31/03/10 | Working Lunch at Tim Hortons while at court for R. Jacobs on March 31/10; 2010-3-31 | 1 | 11.86 |
| 31/03/10 | Laser Copy;PUSHALIK A | 49 | 4.90 |
| 31/03/10 | Laser Copy;MacFarlaneA | 15 | 1.50 |
| | Total | CDN | 12,105.58 |