**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 10.0 | $785.00 | $7,850.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 33.4 | $775.00 | $25,885.00 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 2.4 | $750.00 | $1,800.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 160.5 | $750.00 | $120,375.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 6.9 | $785.00 | $5,416.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 188.2 | $750.00 | $141,150.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 15.0 | $675.00 | $10,125.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 3.4 | $600.00 | $2,040.00 |
| Dietrich, J. | Associate | Financial Restructuring | Ontario - 2004 | 0.1 | $510.00 | $51.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 29.7 | $520.00 | $15,444.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 2.5 | $400.00 | $1,000.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 78.1 | $375.00 | $29,287.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 65.8 | $310.00 | $20,398.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 9.1 | $320.00 | $2,912.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 5.1 | $725.00 | $3,697.50 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 225.3 | $600.00 | $135,180.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 8.7 | $560.00 | $4,872.00 |
| Villeneuve, C. | Paralegal | | | 1.0 | $210.00 | $210.00 |
| Besner, Yan | Partner | Real Estate | Quebec - 2003 | 3.0 | $360.00 | $1,080.00 |
| Rehner, Alison | | | Student | 3.8 | $200.00 | $760.00 |
| TOTAL | | | | 852.0 | CDN. | $529,533.50 |
| | Less Non-Working Travel Time Discount (50% of $17,465.00) | | | | | ($5,272.50) |
| TOTAL | | | | 852.0 | CDN. | $524,261.00 |