IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NEW YORK )

STEVEN INDELICATO, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.  On May 6, 2010, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a)  the sellers of the claims as listed on the annexed Exhibit B,
    b)  the buyers of the claims as listed on the annexed Exhibit C,
    c)  counsel to the Debtors as listed on Exhibit D.

3.  All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Steven Indelicato_
Steven Indelicato

Sworn to before me this
___ day of May, 2010

_/s/ Notary_
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: BALDWIN FB
        2420 SUNNYSTONE WAY
        RALEIGH, NC 27613-6082

Please note that your claim # 2464 in the above referenced case and in the amount of $191,850.00 has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: BALDWIN FB
        301 ROUTE 17, 7TH FLOOR
        ATTN: GANNA LIBERCHUK
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2930    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/06/2010                         David D. Bird, Clerk of Court

                                         /s/ Steven Indelicato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 6, 2010.

**EXHIBIT "B"**

```
TIME: 15:55:43                                      NORTEL NETWORKS INC.
DATE: 05/06/10                                        CREDITOR LISTING                                            PAGE:      1

Name                              Address
BALDWIN FB                        2420 SUNNYSTONE WAY RALEIGH NC 27613-6082
GLOW NETWORKS, INC.               2140 LAKE PARK BLVD STE 113 RICHARDSON TX 75080-2290
KEY SERVICES INC                  3921 WEST POINT BLVD WINSTON-SALEM NC 27103
QUASAR, INC.                      108 WILEY HILLS TRAIL WOODSTOCK GA 30188


Total Number of Records Printed          4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

```
TIME: 15:58:16                                       NORTEL NETWORKS INC.
DATE: 05/06/10                                         CREDITOR LISTING                                                      PAGE:      1

Name                              Address
ASM CAPITAL, L.P.                 TRANSFEROR: QUASAR, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
GN CLAIM SUB, LLC                 TRANSFEROR: GLOW NETWORKS, INC. MUNSCH HARDT KOPF & HARR, P.C. 3800 LINCOLN PLAZA, 500 N. AKARD ST. DALLAS TX 75201
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: BALDWIN FB 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: KEY SERVICES INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601


Total Number of Records Printed         4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "D"**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006