**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., et al | ) | |
| | ) | CASE NO. 09-10138-KG |
| | ) | |

**NOTICE OF WITHDRAWAL OF CLAIM # 1606**

PLEASE TAKE NOTICE that the undersigned attorneys, hereby Withdraw their Proof of Claims for the Arapahoe County Treasurer dated July 27, 2009, Claim # 1606.

Respectfully submitted this 13th day of May, 2010.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO  80166
303.795.4639

CERTIFICATE OF SERVICE

This is to certify that on this 13th day of May, 2010 a true and correct copy of Withdrawal of Claim # 1606 was served via ECF Electronic filing.

/s/ Kate Holmgren
_____