## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Thirtieth Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on May 13, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Dated: May 13, 2010

_____
Alissa T. Gazze (No. 5338)

**VIA FIRST CLASS MAIL**

Attn: General Counsel
West
610 Opperman Drive
P.O. Box 64833
St. Paul, MN 55164-1803

Attn: Jennifer Stam
Counsel to Nortel Networks Limited
Ogilvy Renault LLP
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800, P.O. Box 84
Toronto, Ontario, Canada M5J 2Z4

3544900.1