# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X

*In re*                                            :        Chapter 11

                                                   :

Nortel Networks Inc., *et al.*,[1]                  :        Case No. 09-10138 (KG)

                                                   :

            Debtors.                               :        Jointly Administered

                                                   :

----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

ACE American Insurance Company and other members of the ACE Group of Companies hereby withdraws the following proofs of claim with prejudice in the above-captioned cases: Proof of Claim Nos. 3985, 3988, 3989, 3990, 3991, 3992, 3993, 3994, 3995, 3996, 3997, 3998, 3999, 4000, 6514, 6515, 6516, 6517, 6518, 6519, 6520, 6521, 6522, 6523, 6524, 6525, 6526 and 6541.

Dated: Philadelphia, PA on May 5, 2010

ACE American Insurance Company and other members of the ACE Group of Companies

Noah H. Charlson  ncharlson@bazless.com
Christina M. Reger  creger@bazless.com
BAZELON LESS & FELDMAN, PC
1515 Market Street, Suite 700
Philadelphia, Pennsylvania 19102
Tel. 215-568-1155
Fax 215-568-9319
Attorneys for ACE American Insurance
Company and other members of the ACE
Group of Companies

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.