## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 17th day of May 2010, I caused a copy of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I) Authorizing the Sale of Certain Assets of Debtors' GSM/GSM-R Business Free and Clear of All Liens, Claims and Encumbrances; (II) Authorizing and Approving the Asset Sale Agreement; (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Authorizing the Filing of Certain Documents Under Seal* to be served upon the parties listed below in the manner indicated.

**FIRST CLASS MAIL & FACSIMILE**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Facsimile: 212-225-3999

**HAND DELIVERY**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington DE 19801
Facsimile: 302-658-3989

**FIRST CLASS MAIL & FACSIMILE**
Stephen J. Shimshak
Marilyn Sobel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10036
Facsimile: 212-757-3990

**FIRST CLASS MAIL & FACSIMILE**
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
Facsimile: 212-822-5735

**FIRST CLASS MAIL & FACSIMILE**
Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: 212-872-1002

**HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Facsimile: 302-651-7701

**HAND DELIVERY**
Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Facsimile: 302-573-6497

Under penalty of perjury, I declare the foregoing to be true and correct.

May 17, 2010
Date

/s/ Elihu E. Allinson, III
Elihu E. Allinson, III