IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Re: Docket No. 2998** |

## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on the 17th day of May, 2010, I caused a copy of the **Preliminary Objection and Reservation of Rights of SNMP Research International, Inc. to Debtors' Motion for an Order (I) Authorizing the Sale of Certain Assets of Debtors' GSM/GSM-R Business Free and Clear of all Liens, Claims and Encumbrances; (II) Authorizing and Approving the Asset Sale Agreement; (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Authorizing the Filing of Certain Documents Under Seal** to be served on the following *via* facsimile and electronic mail:

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
Fax: (302) 658-3989
dabbott@mnat.com

Stephen J. Shimshak
Marilyn Sobel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Fax: (212) 872-1002
sshimshak@paulweiss.com
msobel@paulweiss.com

Fred Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: (212) 757-3990
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
Fax: 302-651-7701
samis@rlf.com

Dated: May 17, 2010
        Wilmington, Delaware

Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY  10006
Fax: (212) 822-5735
rhlawaty@milbank.com

Mark Kenney
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Fax: (302) 573-6497
Mark.kenney@usdoj.gov


CIARDI CIARDI & ASTIN

*/s/ Carl D. Neff*

Daniel K. Astin (No. 4068)
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
dastin@ciardilaw.com
cneff@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*