IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,[1]                           :    Case No. 09-10138 (KG)
                                                           :
         Debtors.                                          :    Jointly Administered
                                                           :
-----------------------------------------------------------X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2010 AT 2:00 P.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

   Related Pleadings: None.

   Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

   Responses Received:

   a)   Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

   b)   United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]   The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

c)   California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

d)   Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status: The hearing on this matter has been adjourned to the hearing scheduled for July 7, 2010 at 10:00 a.m. (ET).

2. Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

Related Pleadings: None.

Objection Deadline: May 5, 2010 at 4:00 p.m. (ET). Extended to June 3, 2010 at 4:00 p.m. (ET) for Nortel and for the Committee.

Responses Received: None at this time.

Status: The hearing on this matter has been adjourned to the hearing scheduled for June 24, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

3. Debtors' Motion For An Order Authorizing (I) The Termination Of Certain Leases With Hewlett Packard Financial Services *Nunc Pro Tunc* To February 17, 2010, And (II) The Assignment To Avaya Inc. Of Certain Rights Thereto (D.I. 2899, Filed 4/19/10).

Related Pleadings:

a)   Certificate Of No Objection (D.I. 2960, Filed 5/10/10).

Objection Deadline: May 6, 2010 at 4:00 p.m. (ET).

Responses Received: None.

Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

4. Debtors' Motion To Amend The Intellectual Property License Agreement And Transition Services Agreement In The Sale Of The Debtors' Next Generation Packet Core Network Components to Hitachi (D.I. 2945, Filed 5/4/10).

Related Pleadings:

a)  Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Of Debtors' Motion To Amend The Intellectual Property License Agreement And Transition Services Agreement In The Sale Of The Debtors' Next Generation Packet Core Network Components to Hitachi (D.I. 2946, Filed 5/4/10); and

b)  Order Under 11 U.S.C. § 102(1) Shortening Notice For Debtors' Motion Pursuant To 11 U.S.C. § 363 And § 105 (A) To Amend The Intellectual Property License Agreement And Transition Services Agreement In the Sale Of The Debtors' Next Generation Packet Core Network Components To Hitachi And (B) Granting Related Relief (D.I. 2950, Entered 5/5/10).

Objection Deadline: May 14, 2010 at 4:00 p.m. (ET). Extended to May 17, 2010 at 5:00 p.m. (ET) for SAP.

Responses Received: None at this time.

Status: This matter is going forward.

5.  Debtors' Motion For An Order (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2962, Filed 5/11/10).

Related Pleadings:

a)  Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For An Order (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2963, Filed 5/11/10); and

b)  Order Shortening Notice of Debtors' Motion For An Order (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2974, Entered 5/12/10).

Objection Deadline: May 17, 2010 at 12:00 p.m. (ET).

**Responses Received:**

a)  **Objection Of Motorola, Inc. To Debtors' Motion For Orders (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The**

3549241.1

Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I 2997, Filed 5/17/10);

b) Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Motion For An Order (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I. 2998, Filed 5/17/10); and

c) Amended Objection Of Motorola, Inc. To Debtors' Motion For Orders (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal (D.I 3000, Filed 5/17/10).

Status: This matter is going forward.

6. Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The GSM/GSM-R Side Agreement And Granting Related (D.I. 2978, Filed 5/12/10).

Related Pleadings:

a) Debtors' Motion For Entry Of An Order Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The GSM/GSM-R Side Agreement And Granting Related (D.I. 2979, Filed 5/12/10); and

b) Order Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The GSM/GSM-R Side Agreement And Granting Related (D.I. 2988, Filed 5/13/10).

Objection Deadline: May 17, 2010 at 12:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

7. Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The CVAS Side Agreement And Granting Related Relief (D.I. 2980, Filed 5/12/10).

Related Pleadings:

a)  Debtors' Motion For Entry Of An Order Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The CVAS Side Agreement And Granting Related (D.I. 2981, Filed 5/12/10); and

b)  Order Shortening Notice Relating To Debtors' Motion Pursuant To 11 U.S.C. § 105(a) and § 363(b) For Entry Of An Order Approving The CVAS Side Agreement And Granting Related (D.I. 2987, Filed 5/13/10).

Objection Deadline: May 17, 2010 at 12:00 p.m. (ET).

Responses Received: None at this time.

Status: This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

8. Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

Related Pleadings:

a)  Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Communications Solutions Business Free And Clear Of All Liens, Claims And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2632, Entered 3/4/10).

Objection Deadline: February 17, 2010 at 4:00 p.m. (ET).

Responses Received:

a)  AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10).

3549241.1

<u>Status</u>:  The Court has previously entered an order with respect to this Motion.  With respect to the objection filed by AT&T, this matter is going forward.

Dated:  May 18, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3549241.1

6