**CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amended Agenda Of Matters Scheduled For Hearing On May 19, 2010 At 2:00 P.M. (Eastern Time)** was caused to be made on May 18, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date: May 18, 2010              /s/ Alissa T. Gazze
                                                Alissa T. Gazze (No. 5338)

**VIA FACSIMILE**

Jonathan W. Young
Mary Olson
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
Fax: 312-201-2555

Daniel K. Astin
Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801
Fax: 302-658-1300

2800793.26