# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

February 1, 2010 Through April 30, 2010

## Summary of Services Rendered by Project

| Project | Project Description | February - April |
|---|---|---|
| 1 | Pension Advisory | 178.25 |
| 2 | Fee Applications | 6.5 |
| **TOTAL** | | **184.75** |

## Summary of Services Rendered by Professional

| Name | February – April |
|---|---|
| Richard Jones (Principal – London) | 32.75 |
| James Saunders (Principal – London) | 30.75 |
| Ryan McGlothlin (Managing Director – Boston) | 4.0 |
| Lorant Porkolab (Principal – London) | 49.50 |
| Chris Parlour (Associate Director – London) | 49.25 |
| Oliver Hebert (Associate Director – London) | 2.25 |
| Russell Gill (Associate – London) | 11.25 |
| Allison Smith (Associate – London) | 4.0 |
| Dianne Tersoni (Associate – Boston) | 1.0 |
| **TOTAL** | **184.75** |

Punter Southall LLC
Time Detail
February 1, 2010 through April 30, 2010

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/1/2010 | Document Review | 2.5 | 1 | JS |
| 2/1/2010 | Financial modeling | 2.0 | 1 | LP |
| 2/2/2010 | Document Review | 3.0 | 1 | JS |
| 2/2/2010 | Conference Calls & prep/follow-up | 0.8 | 1 | JS |
| 2/2/2010 | Draft Information Memorandum | 1.0 | 1 | JS |
| 2/2/2010 | Document Review | 1.0 | 1 | CP |
| 2/3/2010 | Document Review | 4.0 | 1 | CP |
| 2/3/2010 | Financial modeling | 0.5 | 1 | CP |
| 2/3/2010 | Document Review | 2.5 | 1 | JS |
| 2/3/2010 | Internal Discussions | 1.5 | 1 | JS |
| 2/3/2010 | Internal Discussions | 1.5 | 1 | CP |
| 2/3/2010 | Internal Discussions | 1.5 | 1 | LP |
| 2/3/2010 | Internal Discussions | 1.5 | 1 | RJ |
| 2/3/2010 | Financial modeling | 0.5 | 1 | JS |
| 2/3/2010 | Financial modeling | 2.0 | 1 | LP |
| 2/4/2010 | Document Review | 1.3 | 1 | CP |
| 2/4/2010 | Financial modeling | 6.0 | 1 | CP |
| 2/4/2010 | Internal Discussions | 1.3 | 1 | JS |
| 2/4/2010 | Internal Discussions | 1.3 | 1 | CP |
| 2/4/2010 | Internal Discussions | 1.3 | 1 | LP |
| 2/4/2010 | Data formatting | 1.0 | 1 | AS |
| 2/4/2010 | Conference Calls & prep/follow-up | 8.3 | 1 | RJ |
| 2/4/2010 | Financial modeling | 2.5 | 1 | LP |
| 2/5/2010 | Financial modeling | 2.5 | 1 | CP |
| 2/5/2010 | Conference Calls & prep/follow-up | 7.8 | 1 | RJ |
| 2/5/2010 | Financial modeling | 6.5 | 1 | LP |
| 2/8/2010 | Financial modeling | 0.8 | 1 | JS |
| 2/8/2010 | Financial modeling | 1.5 | 1 | CP |
| 2/8/2010 | Document Review | 1.8 | 1 | JS |
| 2/8/2010 | Financial modeling | 3.5 | 1 | RG |
| 2/8/2010 | Financial modeling | 5.3 | 1 | LP |
| 2/9/2010 | Conference Calls & prep/follow-up | 1.8 | 1 | RG |
| 2/9/2010 | Internal Discussions | 1.5 | 1 | JS |
| 2/9/2010 | Internal Discussions | 1.5 | 1 | CP |
| 2/9/2010 | Internal Discussions | 1.5 | 1 | LP |
| 2/9/2010 | Internal Discussions | 1.5 | 1 | RG |
| 2/9/2010 | Financial modeling | 2.5 | 1 | CP |
| 2/9/2010 | Financial modeling | 2.0 | 1 | RG |
| 2/9/2010 | Financial modeling | 5.5 | 1 | LP |
| 2/10/2010 | Internal Discussions | 1.3 | 1 | JS |
| 2/10/2010 | Internal Discussions | 1.3 | 1 | LP |
| 2/10/2010 | Internal Discussions | 1.3 | 1 | RG |
| 2/10/2010 | Internal Discussions | 1.3 | 1 | CP |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/10/2010 | Draft Information Memorandum | 3.0 | 1 | CP |
| 2/10/2010 | Financial modeling | 0.8 | 1 | CP |
| 2/10/2010 | Document Review | 1.5 | 1 | JS |
| 2/10/2010 | Financial modeling | 1.3 | 1 | RG |
| 2/10/2010 | Financial modeling | 2.0 | 1 | LP |
| 2/10/2010 | Conference Calls & prep/follow-up | 1.8 | 1 | JS |
| 2/11/2010 | Draft Information Memorandum | 1.3 | 1 | CP |
| 2/11/2010 | Financial modeling | 2.3 | 1 | CP |
| 2/11/2010 | Document Review | 1.5 | 1 | AS |
| 2/11/2010 | Draft Information Memorandum | 2.5 | 1 | JS |
| 2/11/2010 | Financial modeling | 1.0 | 1 | OH |
| 2/11/2010 | Draft Information Memorandum | 6.0 | 1 | LP |
| 2/12/2010 | Conference Calls & prep/follow-up | 1.5 | 1 | JS |
| 2/12/2010 | Conference Calls & prep/follow-up | 1.5 | 1 | CP |
| 2/12/2010 | Document Review | 0.5 | 1 | OH |
| 2/12/2010 | Draft Information Memorandum | 6.3 | 1 | LP |
| 2/15/2010 | Internal Discussions | 0.8 | 1 | JS |
| 2/15/2010 | Internal Discussions | 0.8 | 1 | CP |
| 2/15/2010 | Internal Discussions | 0.8 | 1 | LP |
| 2/15/2010 | Internal Discussions | 0.8 | 1 | RJ |
| 2/15/2010 | Document Review | 0.3 | 1 | OH |
| 2/16/2010 | Draft Information Memorandum | 2.3 | 1 | CP |
| 2/16/2010 | Document Review | 0.5 | 1 | OH |
| 2/16/2010 | Draft Information Memorandum | 2.5 | 1 | LP |
| 2/17/2010 | Draft Information Memorandum | 7.3 | 1 | CP |
| 2/22/2010 | Conference Calls & prep/follow-up | 1.0 | 1 | JS |
| 2/22/2010 | Internal Discussions | 0.5 | 1 | JS |
| 2/22/2010 | Internal Discussions | 0.5 | 1 | CP |
| 2/22/2010 | Internal Discussions | 0.5 | 1 | LP |
| 2/22/2010 | Internal Discussions | 0.5 | 1 | RJ |
| 2/22/2010 | Financial modeling | 0.8 | 1 | LP |
| 3/1/2010 | Internal Discussions | 0.5 | 1 | JS |
| 3/1/2010 | Internal Discussions | 0.5 | 1 | CP |
| 3/1/2010 | Internal Discussions | 0.5 | 1 | LP |
| 3/1/2010 | Internal Discussions | 0.5 | 1 | RJ |
| 3/2/2010 | Financial modeling | 1.5 | 1 | LP |
| 3/2/2010 | Financial modeling | 1.0 | 1 | CP |
| 3/2/2010 | Internal Discussions | 0.5 | 1 | JS |
| 3/2/2010 | Internal Discussions | 0.5 | 1 | LP |
| 3/2/2010 | Internal Discussions | 0.5 | 1 | CP |
| 3/2/2010 | Internal Discussions | 0.5 | 1 | RJ |
| 3/3/2010 | Financial modeling | 2.0 | 1 | LP |
| 3/4/2010 | Internal Discussions | 3.0 | 1 | RJ |
| 3/4/2010 | Internal Discussions | 3.0 | 1 | JS |
| 3/4/2010 | Internal Discussions | 3.0 | 1 | LP |
| 3/4/2010 | Internal Discussions | 3.0 | 1 | CP |
| 4/9/2010 | Conference Calls & prep/follow-up | 1.5 | 1 | RJ |
| 4/9/2010 | Conference Calls & prep/follow-up | 1.5 | 1 | JS |
| | Total Activity 1 | 178.3 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/4/2010 | Compile Time, etc. for Dec & Jan | 0.5 | 2 | AS |
| 3/9/2010 | Compile Time, etc. for Feb | 0.5 | 2 | AS |
| 4/1/2010 | Compile Time, etc. for Mar | 0.5 | 2 | AS |
| 2/19/2010 | Revision of fees and split with Palisades | 1.0 | 2 | RDM |
| 2/22/2010 | Preparation of Nov-Jan & Third Quarter filings | 3.0 | 2 | RDM |
| 2/22/2010 | Preparation of Nov-Jan & Third Quarter filings | 1.0 | 2 | DT |
| | Total Activity 2 | 6.5 | | |
| | Total Activity 1 & 2 | 184.75 | | |