IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: Hearing Date: June 24, 2010 at 10:00 a.m.
:
----------------------------------------------------------X

**FOURTH QUARTERLY FEE APPLICATION REQUEST OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Punter Southall LLC ("Punter Southall") hereby submits its Fourth Quarterly Fee Application Request

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Palisades Capital Advisors LLC ("Palisades") and Punter Southall LLC ("Punter Southall") are Co-Advisors to the Debtors. Pursuant to the Engagement Letter dated May 8, 2009 (the "Engagement Letter"), the total monthly cash fee ("Monthly Advisory Fee") is $200,000 for the first ten months of the engagement and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee will be payable to Palisades and thirty-five percent to Punter Southall. Palisades and Punter Southall have separate orders authorizing their retention and employment, and each Co-Advisor will submit separate fee application. The terms of the Engagement Letter and the Co-Advisors' retention are being modified and, subject to Court approval, will be as follows. The Monthly Advisory Fee starting December 2009 (month eight) and thereafter will be reduced to $125,000. In addition, sixty-five percent of the Monthly Advisory Fee will be payable to Palisades through February 2010 and thirty-five percent to Punter Southall. In March and April 2010 fifty percent will be paid to Palisades and fifty percent to Punter Southall and in subsequent months thirty-five percent will be paid to Palisades and sixty-five percent to Punter Southall. This Application reflects these revised terms.


(the "Request") for the period February 1, 2010 through and including April 30, 2010[3] (the "Application Period")

Punter Southall seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/17/10 D.I. 3010 | 2/1/10 – 4/30/10 | $168,750.00 | $0 | N/A | $135,000.00 | $0 | $31,500.00 |
| TOTAL | | $168,750.00 | $0 | | $135,000.00 | $0 | $31,500.00 |

In accordance with the Monthly Compensation Order, Punter Southall seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Punter Southall respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Punter Southall such other and further relief as is just and proper.

Dated: May 17, 2010
Framingham, MA

PUNTER SOUTHALL LLC

/s/ Ryan D. McGlothlin
Ryan D. McGlothlin
Managing Director
Punter Southall LLC
161 Worcester Rd., Suite 503
Framingham MA 01701
(508.424.2576)
Pension Co-Advisor to the Debtor

---

[3] Exhibits A and B attached to the monthly applications Docket Item Nos. 3010 contain detailed listings of Punter Southall's requested fees and expenses for the Application Periods.

3051531.1

2

## CUMULATIVE SUMMARY OF SERVICES BY PROJECT

| Project | Project Description | February - April |
|---|---|---|
| 1 | Pension Advisory | 178.25 |
| 2 | Fee Applications | 6.5 |
| **TOTAL** | | **184.75** |

### Summary of Services Rendered by Professional

| Name | February – April |
|---|---|
| Richard Jones (Principal – London) | 32.75 |
| James Saunders (Principal – London) | 30.75 |
| Ryan McGlothlin (Managing Director – Boston) | 4.0 |
| Lorant Porkolab (Principal – London) | 49.50 |
| Chris Parlour (Associate Director – London) | 49.25 |
| Oliver Hebert (Associate Director – London) | 2.25 |
| Russell Gill (Associate – London) | 11.25 |
| Allison Smith (Associate – London) | 4.0 |
| Dianne Tersoni (Associate – Boston) | 1.0 |
| **TOTAL** | **184.75** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]