## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing From May 19, 2010 At 2:00 p.m. (ET) To May 24, 2010 at 2:30 p.m. (ET)** was caused to be made on May 19, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: May 19, 2010

Ann C. Cordo (No. 4817)

2936050.7