IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF FORTY-SIXTH REPORT OF THE
MONITOR OF THE CANADIAN NORTEL COMPANIES
<u>IN THE CANADIAN PROCEEDINGS</u>**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that on May 20, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Forty-Sixth Report of the Monitor (the "**Forty-Sixth Report**"), dated May 14, 2010.  A copy of the Forty-Sixth Report is annexed hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Forty-Sixth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: May 20, 2010
       Wilmington, Delaware

    ALLEN & OVERY LLP

    Ken Coleman
    Lisa Kraidin
    1221 Avenue of the Americas
    New York, New York  10020
    Telephone (212) 610-6300
    Facsimile (212) 610-6399
    ken.coleman@allenovery.com
    lisa.kraidin@allenovery.com

    -and-

    BUCHANAN INGERSOLL & ROONEY

    By: /s/ Mary F. Caloway
    Mary F. Caloway (No. 3059)
    Mona A. Parikh (No. 4901)
    The Brandywine Building
    1000 West Street, Suite 1410
    Wilmington, Delaware 19801
    Telephone (302) 552-4200
    Facsimile (302) 552-4295
    mary.caloway@bipc.com
    mona.parikh@bipc.com

    *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*