**<u>EXHIBIT A</u>**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS*
*ARRANGEMENT ACT*, **R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF**
**COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**FORTY-SIXTH REPORT OF THE MONITOR**
**DATED MAY 14, 2010**

**INTRODUCTION**

1.  On January 14, 2009 (the "Filing Date"), Nortel Networks Corporation ("NNC" and
    collectively with all its subsidiaries "Nortel" or the "Company"), Nortel Networks
    Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), Nortel
    Networks International Corporation and Nortel Networks Global Corporation
    (collectively the "Applicants") filed for and obtained protection under the
    *Companies' Creditors Arrangement Act* ("CCAA"). Pursuant to the Order of this
    Honourable Court dated January 14, 2009, as amended and restated (the "Initial
    Order"), Ernst & Young Inc. was appointed as the Monitor of the Applicants (the
    "Monitor") in the CCAA proceedings. The stay of proceedings was extended to
    July 22, 2010 by this Honourable Court in its Order dated April 14, 2010.

2.  Nortel Networks Inc. ("NNI") and certain of its U.S. subsidiaries concurrently filed
    voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code (the "Code") in
    the United States Bankruptcy Court for the District of Delaware (the U.S. Court")
    on January 14, 2009 (the "Chapter 11 Proceedings"). As required by U.S. law, an

1

official committee of unsecured creditors (the "Committee") was established in January, 2009.

3.     An ad hoc group of holders of bonds issued by NNL, NNC and Nortel Networks Capital Corporation has been organized and is participating in these proceedings as well as the Chapter 11 Proceedings (the "Bondholder Group"). In addition, pursuant to Orders of this Honourable Court dated May 27, 2009 and July 22, 2009, respectively, representative counsel was appointed on behalf of the former employees of the Applicants and on behalf of the continuing employees of the Applicants, and each of these groups is participating in the CCAA proceedings.

4.     Nortel Networks (CALA) Inc. ("NN CALA" and together with NNI and certain of its subsidiaries that filed on January 14, 2009, the "U.S. Debtors") filed a voluntary petition under Chapter 11 of Title 11 of the Code in the U.S. Court on July 14, 2009.

5.     Nortel Networks UK Limited ("NNUK") and certain of its subsidiaries located in EMEA were granted administration orders (the "UK Administration Orders") by the High Court of England and Wales on January 14, 2009 (collectively the "EMEA Debtors"). The UK Administration Orders appointed Alan Bloom, Stephen Harris, Alan Hudson and Chris Hill of Ernst & Young LLP as administrators of the various EMEA Debtors, except for Ireland, to which David Hughes (Ernst & Young LLP Ireland) and Alan Bloom were appointed (collectively the "Joint Administrators"). On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for recognition of the administration proceedings as they relate to NNUK (the "English Proceedings") under Chapter 15 of the Code. On June 26, 2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

6.     Subsequent to the filing date, Nortel Networks SA commenced secondary insolvency proceedings within the meaning of Article 27 of the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings in the Republic

2

of France pursuant to which a liquidator and an administrator have been appointed by the Versailles Commercial Court.

7.  Subsequent to the filing date, certain other Nortel subsidiaries have filed for creditor protection in the local jurisdiction in which they are located.

**PURPOSE**

8.  The purpose of this Forty-Sixth report of the Monitor (the "Forty-Sixth Report") is to provide information regarding the Applicants' motion seeking approval of an Amendment to the Intellectual Property License Agreement and Transition Services Agreement amongst NNL, NNI and Hitachi, Ltd. ("Hitachi"), on its own behalf and on behalf of Hitachi Communication Technologies America, Inc. dated as of May 3, 2010 (the "Amendment"), and to provide the Monitor's support thereof. The Amendment relates to an Intellectual Property License Agreement ("IPLA") between NNL and Hitachi dated December 8, 2009, and a Transition Services Agreement amongst NNL, NNI and Hitachi dated December 7, 2009, both of which were entered into in connection with the sale of Nortel's Next Generation Packet Core Network assets (the "NG-PC Business") to Hitachi pursuant to a Transaction Agreement amongst NNL, NNI and Hitachi dated October 25, 2009, as amended by an Amendment # 1 to the Transaction Agreement dated November 27, 2009, to, amongst other things, add NNTC (with NNL and NNI, the "Sellers") as a seller thereunder.

**TERMS OF REFERENCE**

9.  In preparing this Forty-Sixth Report, the Monitor has relied upon unaudited financial information, the Company's books and records, financial information prepared by the Company and discussions with management of Nortel.  The Monitor has not audited, reviewed or otherwise attempted to verify the accuracy or completeness of the information and accordingly, the Monitor expresses no opinion or other form of assurance on the information contained in this Forty-Sixth Report.

10. Unless otherwise stated, all monetary amounts contained herein are expressed in U.S. dollars.

11. Capitalized terms not defined in this Forty-Sixth Report are as defined in the Affidavit of John Doolittle sworn on January 14, 2009, the Pre-Filing Report or previous reports of the Monitor.

12. The Monitor has made various materials relating to the CCAA proceedings available on its website at www.ey.com/ca/nortel. The Monitor's website also contains a dynamic link to Epiq Bankruptcy LLC's website where materials relating to the Chapter 11 Proceedings are posted.

## GENERAL BACKGROUND

13. The NG-PC Business is a sub-unit of Nortel's wider Carrier Networks ("CN") wireless business that develops next generation network components designed to provide data network connectivity for GSM, UMTS (the NG-PC Business excludes legacy packet core components for Nortel's GSM and UMTS businesses) and Long Term Evolution wireless technologies and increase network bandwidth for multimedia content and applications over wireless networks.

14. As noted above, the Sellers and Hitachi entered into the Transaction Agreement pursuant to which certain of the assets pertaining to the NG-PC Business were sold to Hitachi (the "Transaction"). The Transaction is described in further detail in the Twenty-Sixth Report of the Monitor dated October 26, 2009, and was approved by this Honourable Court on October 28, 2009 (an Amended Approval and Vesting Order related to the Transaction was issued on December 3, 2009).

**THE AMENDMENT**

15. In connection with the closing of the Transaction, NNL and Hitachi entered into the IPLA and the Sellers and Hitachi entered into the TSA, both of which licensed certain intellectual property pertaining to the NG-PC Business to Hitachi.

16. Hitachi has requested an amendment to the licenses granted to it under the IPLA and TSA to allow it to sublicense certain of NNL's intellectual property to one unaffiliated third party (the "Permitted Sublicensee"). Presently, Hitachi is only entitled to sublicense to its affiliates, customer, end-users, contractors, OEMs, distributors and resellers.

17. Accordingly, the Purchaser and the Sellers have entered into the Amendment, a redacted copy of which is attached as an exhibit to the Affidavit of George Riedel sworn May 14, 2010 which has been filed with this Honourable Court. A non-redacted version of the Amendment is attached as Confidential Appendix "A" to this Forty-Sixth Report. As the redacted portions of the Amendment contain commercially sensitive information and because NNL is contractually obligated to keep this commercially sensitive information confidential, the Applicants and the Monitor are requesting that Confidential Appendix "A" be sealed by this Honourable Court.

18. The Amendment gives Hitachi the right to sublicense certain of the intellectual property licensed to it under the IPLA and the TSA to the Permitted Sublicensee in exchange for a payment of $500,000 (the "Additional Licensing Fee").

19. The Monitor has discussed the impact of this additional sublicensing right with the Company and has been advised that there is minimal impact in granting the right and that it is otherwise consistent with the scope of the Transaction generally. Accordingly, as contemplated by section 3 of the Amended Approval and Vesting Order (Next Generation Packet Core Business) issued by this Honourable Court on December 3, 2009, the Monitor has consented to the Amendment.

20.  The Additional Licensing Fee shall be deposited into the escrow account already established and holding the proceeds from the Transaction.


## MONITOR'S ANALYSIS AND RECOMMENDATIONS

21.  The Monitor is of the view that the Amendment is appropriate and that the Additional Licensing Fee is reasonable. The Monitor therefore recommends that this Honourable Court approve the Amendment.

All of which is respectfully submitted this 14th day of May, 2010.

**ERNST & YOUNG INC.**
**In its capacity as Monitor of the Applicants**


Per:
Murray A. McDonald
President

6

APPENDIX "A"

[CONFIDENTIAL]

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**FORTY-SIXTH REPORT OF THE MONITOR**
**DATED MAY 14, 2010**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay A. Carfagnini  (LSUC#: 222936)
Joseph Pasquariello (LSUC# 37389C)
Christopher G. Armstrong (LSUC# 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.