**CERTIFICATE OF SERVICE**

       I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On May 24, 2010 At 2:30 P.M. (Eastern Time)** was caused to be made on May 20, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  May 20, 2010                             */s/ Alissa T. Gazze*
                                                                          Alissa T. Gazze (No. 5338)