IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------X

### NOTICE OF SERVICE [RE: D.I. 3016]

PLEASE TAKE NOTICE that on May 20, 2010, copies of the **Order Authorizing (I) The Termination Of Certain Leases With Hewlett Packard Financial Services Nunc Pro Tunc To February 17, 2010, And (II) The Assignment To Avaya Inc. Of Certain Rights Thereto** (D.I. 3016, Entered 5/19/10) were served in the manner indicated upon the entities identified below and those on the attached service list.

### VIA FIRST CLASS MAIL

Avaya Inc.
211 Mt Airy Road
Basking Ridge NJ  07920

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Karen Jones (HPFS)
Manager Canadian Operations
Hewlett-Packard (Canada) Co.
5150 Spectrum Way
Mississauga, Ontario  L4W 5G1
Canada

Dated:  May 20, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3554821.1