IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VISTEON CORPORATION, *et al.* | ) | Case No. 09-11786 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Alissa T. Gazze moves the admission *pro hac vice* of Diane Meyers of the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent Mason Capital Management LLC in connection with the above-captioned proceeding.

Dated:  Wilmington, Delaware
        May 20, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (Bar No. 3376)
Daniel B. Butz (Bar No. 4227)
Alissa T. Gazze (Bar No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, am admitted to practice before the United States District Court for the Southern District of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 20, 2010

/s/ Diane Meyers
Diane Meyers
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3868
Fax: 212-492-0868
dmeyers@paulweiss.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE