## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
                                                 :
In re                                            :    Chapter 11
                                                 :
Nortel Networks Inc., et al.,¹                   :    Case No. 09-10138 (KG)
                                                 :
                    Debtors.                     :    Jointly Administered
                                                 :
-------------------------------------------------X
```

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Chartis Insurance Company of Canada f/k/a AIG Commercial Insurance Company of Canada and certain other entities related to Chartis Inc.,[2] hereby withdraw the following proofs of claim with prejudice in the above-captioned cases: Proof of Claim Nos. 3917, 3918, 3919, 3920, 3921, 3922, 3923, 3924, 3925, 3926, 3927, 3928, 3929, 3930, 3931 and 3932. Nothing herein shall affect any other claim(s) filed in this matter by any other person or entity on behalf of affiliates of American International Group, Inc.

Dated: May 14, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Chartis Insurance Company of Canada f/k/a AIG Commercial Insurance Company of Canada, Chartis Select Insurance Company f/k/a AIG Excess Liability Insurance Company Ltd., American Home Assurance Company, American Home Assurance Company-Canada, Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburg, Pa., New Hampshire Insurance Company-Canada, The Insurance Company of the State of Pennsylvania, and certain other entities related to Chartis Inc.

Chartis Insurance Company of Canada f/k/a
AIG Commercial Insurance Company of Canada
and certain other entities related to Chartis Inc.

_____
Michelle A. Levitt, Bankruptcy Counsel
Tel.: (212) 458-6777
Fax: (212)
Email: michelle.levitt@chartisinsurance.com