IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
Nortel Networks Inc., et al.,[1]                            :    Case No. 09-10138 (KG)
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Brenntag Great Lakes, LLC hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 4605).

Dated: Cincinnati, OH
       May 11, 2010

                                        Brenntag Great Lakes, LLC

                                        /s/ Sharon Stanley
                                        Sharon Stanley
                                        Taft Stettinius & Hollister LLP, on behalf of
                                            Brenntag Great Lakes, LLC
                                        425 Walnut St., Suite 1800
                                        Cincinnati, OH 45202
                                        Tel. (513) 357-9664
                                        Shanley@Taftlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.