**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004** was caused to be made on May 21, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated:  May 21, 2010

                                                    */s/ Ann C. Cordo*
                                                      Ann C. Cordo (No. 4817)

3557437.1