## Exhibit B



| | Jennifer M Westerfield/NY/Cgsh | To | dladdin@agg.com |
|---|---|---|---|
| | 18 February 2010 02:40 PM | cc | |
| | | bcc | |
| | | Subject | Verizon proof of claim -- Voxpath |

Darryl,

Just following up on our call from yesterday. Regarding the Voxpath litigation portion of the proof of claim, what would be most helpful to us in our review is the following:

- a document setting forth the infringement contentions provided to the court
- a claim chart mapping the patent claims asserted in the litigation to the allegedly infringing products, including especially any Nortel products involved
- a description of how the indemnification sought from Nortel is being calculated (i.e., is it a fraction based on the number of patents mapped to Nortel products? Some other method?), and what that figure is to date
- a brief summary of what has happened in the litigation, including the involvement of any other vendors, and what the current status is

Assuming you're able to provide us with these items, I see no reason to have a call with Verizon's patent counsel beforehand. Let me know if, after checking with counsel, any of these requests are unclear.

Best,
Jennifer

_____

Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com



**Jennifer M
Westerfield/NY/Cgsh**

29 March 2010  06:21 PM

To    dladdin@agg.com
cc
bcc
Subject    Re: Verizon proof of claim -- Voxpath

Darryl,

I'd like to follow up on the below.  We have still not received anything from you with regard to Verizon's proof of claim, other than the spreadsheet relating to setoff.

When can we expect documents to facilitate review of the Hewitt switch and the Voxpath litigation portions of the claim?

Thanks in advance,
Jennifer
_____
Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com
Jennifer M Westerfield/NY/Cgsh



**Jennifer M
Westerfield/NY/Cgsh**

18 February 2010  02:40 PM

To    dladdin@agg.com
cc
Subject    Verizon proof of claim -- Voxpath

Darryl,

Just following up on our call from yesterday.  Regarding the Voxpath litigation portion of the proof of claim, what would be most helpful to us in our review is the following:

- a document setting forth the infringement contentions provided to the court
- a claim chart mapping the patent claims asserted in the litigation to the allegedly infringing products, including especially any Nortel products involved
- a description of how the indemnification sought from Nortel is being calculated (i.e., is it a fraction based on the number of patents mapped to Nortel products?  Some other method?), and what that figure is to date
- a brief summary of what has happened in the litigation, including the involvement of any other vendors, and what the current status is

Assuming you're able to provide us with these items, I see no reason to have a call with Verizon's patent counsel beforehand.  Let me know if, after checking with counsel, any of these requests are unclear.

Best,

Jennifer

_____

Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com



| Jennifer M Westerfield/NY/Cgsh | To | "Laddin, Darryl S" <Darryl.Laddin@AGG.com> |
|---|---|---|
| 02 April 2010 10:50 AM | cc | rbaik@cgsh.com |
| | bcc | |
| | Subject | Re: Nortel / Verizon -- CS2100 Provided to Hewitt |

Darryl,

Thank you very much for this. We will be in touch once we've had a chance to review it with Nortel.

We look forward to receiving information regarding the Voxpath litigation indemnity claim as well -- please refer to my earlier email setting forth what would permit us to review the claim.

Enjoy the Easter weekend,
Jennifer

---

Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com
"Laddin, Darryl S" <Darryl.Laddin@AGG.com>



| "Laddin, Darryl S" <Darryl.Laddin@AGG.com> | To | "Jennifer M Westerfield" <jwesterfield@cgsh.com>, rbaik@cgsh.com |
|---|---|---|
| 01 April 2010 10:06 AM | cc | |
| | Subject | Nortel / Verizon -- CS2100 Provided to Hewitt |

**FOR SETTLEMENT PURPOSES ONLY – SUBJECT TO FRE 408**

# REDACTED

REDACTED

# REDACTED

Darryl S. Laddin
Arnall Golden Gregory LLP
404.873.8120 (direct dial)
404.873.8121 (fax)
dladdin@agg.com

**Note:**
This message and any attachments from the law firm Arnall Golden Gregory LLP may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others,  also, please notify the sender by replying to this message, and then delete it from your system   Thank you



| | |
|---|---|
| **Jennifer M Westerfield/NY/Cgsh** | To "Laddin, Darryl S" <Darryl.Laddin@AGG.com> |
| 23 April 2010  04:04 PM | cc Robin J Baik/NY/Cgsh@cgsh |
| | bcc |
| | Subject Re: Nortel / Verizon -- Voxpath |

Darryl,

Thanks for your email.  We do not believe a conversation would be productive until we understand which Nortel products allegedly infringe Voxpath's patents, and until we've had a chance to review the infringement contentions provided to the court.  If you could provide us with this information, we'd be happy to discuss further.

Best,
Jennifer

---

Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com

"Laddin, Darryl S" <Darryl.Laddin@AGG.com>



| | |
|---|---|
| **"Laddin, Darryl S" <Darryl.Laddin@AGG.com>** | To "Jennifer M Westerfield" <jwesterfield@cgsh.com>, rbaik@cgsh.com |
| 23 April 2010  09:14 AM | cc |
| | Subject Nortel / Verizon -- Voxpath |

Jennifer and Robin:

I am writiting to follow-up on your questions concerning Voxpath.  I can arrange a call with Verizon's in-house counsel familiar with the matter for Monday, April 26 at 4:00 p.m. ,Thursday, April 29 at 10:00 a.m. or Friday, April 30 at 10:00 a.m.  Please let me know whether any of those times work for you.

Darryl S. Laddin
Arnall Golden Gregory LLP
404.873.8120 (direct dial)
404.873.8121 (fax)
dladdin@agg.com

Note:
This message and any attachments from the law firm Arnall Golden Gregory LLP may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  Thank you.



| Jennifer M<br>Westerfield/NY/Cgsh<br>28 April 2010 07:01 PM | To | "Laddin, Darryl S" <Darryl.Laddin@AGG.com> |
| | cc | rbaik@cgsh.com |
| | bcc | |
| | Subject | RE: Nortel / Verizon -- Voxpath |

Darryl,

As stated in prior correspondence, while we would be pleased to arrange a phone conversation with Verizon's in-house counsel once we have been informed of the basis for Verizon's claim, we do not believe a phone conversation would be productive until Verizon has informed us of which Nortel products are involved in the Voxpath litigation, and provides us with the infringement contentions submitted to the court in Voxpath.  Without this specific information, Nortel is unable to determine whether any indemnity obligation exists at all, let alone the extent of any such obligation.

Please advise when you will identify the Nortel products involved in the Voxpath litigation and provide us with copies of the infringement contentions.  Once we receive this information and these documents and have had an opportunity to review them with Nortel, we will contact you to schedule a phone call with Verizon's in-house counsel.

Best,
Jennifer

_____
Jennifer M. Westerfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2433 | f: +1 212 225 3999
www.clearygottlieb.com | jwesterfield@cgsh.com

"Laddin, Darryl S" <Darryl.Laddin@AGG.com>



| "Laddin, Darryl S"<br><Darryl.Laddin@AGG.com><br>28 April 2010 10:52 AM | To | "Jennifer M Westerfield"<br><jwesterfield@cgsh.com>, rbaik@cgsh.com |
| | cc | |
| | Subject | RE: Nortel / Verizon -- Voxpath |

Jennifer and Robin:

I never received any response to the e-mail below.  Given that it's now Wednesday, I doubt that Thursday morning would work.  But, please let me know if Friday works.

Darryl S. Laddin
Arnall Golden Gregory LLP
404.873.8120 (direct dial)
404.873.8121 (fax)

dladdin@agg.com
**From:** Laddin, Darryl S
**Sent:** Friday, April 23, 2010 9:15 AM
**To:** 'Jennifer M Westerfield'; 'rbaik@cgsh.com'
**Subject:** Nortel / Verizon -- Voxpath

Jennifer and Robin:

I am writiing to follow-up on your questions concerning Voxpath.  I can arrange a call with Verizon's in-house counsel familiar with the matter for Monday, April 26 at 4:00 p.m. ,Thursday, April 29 at 10:00 a.m. or Friday, April 30 at 10:00 a.m.  Please let me know whether any of those times work for you.

Darryl S. Laddin
Arnall Golden Gregory LLP
404.873.8120 (direct dial)
404.873.8121 (fax)
dladdin@agg.com

**Note:**
This message and any attachments from the law firm Arnall Golden Gregory LLP may contain CONFIDENTIAL and legally protected information.  If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others;  also, please notify the sender by replying to this message, and then delete it from your system.  Thank you.