# **Exhibit C**



# NONDISCLOSURE AGREEMENT

THIS NONDISCLOSURE AGREEMENT ("NDA") is entered into by and between the Verizon entity (or entities) described in Section A below, for the benefit of itself and its Affiliates, and the entity (or entities) described in Section B below ("Recipient"), each being a "Party" and collectively the "Parties."

WHEREAS, Verizon, and/or its Affiliates, have developed or otherwise acquired certain business and/or technical information, some or all of which may include or constitute Confidential Information (defined below); and

WHEREAS, to facilitate discussions, meetings, exchanges of information, and the conduct of business between the Parties with respect to the "Purpose" as described in Section C below, it may be necessary for Verizon and/or its Affiliates (the "Discloser") to disclose to Recipient, or for Recipient to otherwise receive or have access to, certain Confidential Information of Discloser, including, but not limited to, the Confidential Information identified in Section D below.

NOW, THEREFORE, in consideration of such disclosure and in further consideration of the promises and obligations set forth below, the Parties agree as follows:

1. Confidential Information Defined. As used in this NDA, the term "Confidential Information" shall mean any and all data, devices, information, or materials in written, graphic, electronic, visual, oral or other tangible or intangible form, including but not limited to technical, customer, personnel, financial and/or business information, provided or made available by Discloser to Recipient and (i) identified as confidential by the Discloser, or (ii) is of such a nature that it would be reasonably understood to constitute confidential information of Discloser. Confidential Information shall also include any tangible work product created by Recipient, which work product incorporates the Confidential Information provided or made available by Discloser to Recipient. Confidential Information shall specifically include the existence and terms of this NDA, the fact that the Parties are in discussions regarding the Purpose, all discussions between the Parties related to the Purpose, and the information identified in Section D below.

2. Excluded Information. Notwithstanding Section 1 above, Confidential Information shall not include, and this NDA shall impose no obligation on Recipient to protect or otherwise hold in confidence, that portion of any information that: (a) prior to its disclosure by Discloser, is lawfully and rightfully known by or available to the Recipient, without restriction on use or disclosure, as evidenced by prior written records or other tangible (including electronic) evidence in the possession of or available to the Recipient; (b) through no breach of this NDA or fault on the part of the Recipient, is or hereafter becomes publicly known; (c) is developed by the Recipient independently from and without access to Confidential Information, as evidenced by prior written records or other tangible (including electronic) evidence in the possession of or available to the Recipient; (d) is lawfully received by the Recipient from a third party without restriction on use or disclosure and without breach of this NDA or any other agreement, or breach of any fiduciary obligation or obligation of confidentiality to Discloser; or (e) is approved in writing and in advance by Discloser for public release or use without restriction.

3. Protection of Confidential Information. Recipient agrees to protect and treat Confidential Information of Discloser as confidential and as set forth in this NDA. Recipient shall limit disclosure of Confidential Information of Discloser to those employees, contractors, attorneys, accountants and other advisors to Recipient (collectively, the "Permitted Personnel"), who have a demonstrable need to know such Confidential Information in connection with their activities directly relating to the Purpose, and have agreed in writing with Recipient (or are obligated by professional or fiduciary relationship thereto) to maintain the confidentiality of any Confidential Information provided to Recipient under terms no less restrictive than the terms set forth herein. Recipient (and its Permitted Personnel) shall not, without the prior written consent of Discloser: (a) disclose any of the Confidential Information, to any person other than Permitted Personnel; (b) use the Confidential Information in any manner other than for the Purpose; (c) remove any copyright notice, trademark notice or any confidentiality or proprietary rights legend set forth on or contained within the Confidential Information; or (d) copy, or otherwise duplicate any Confidential Information of Discloser, in whole or in part, except in pursuit of the Purpose. Any copy, or partial copy, of the Confidential Information authorized to be made by Recipient pursuant to this NDA shall conspicuously display markings or statements of Discloser appearing on the originals of such Confidential Information. Recipient shall exercise the same degree of care in complying with the foregoing protections as it uses to protect its own confidential information of like nature, but no case less than a reasonable degree of care.

4. Nondisclosure by Permitted Personnel. Recipient shall inform Permitted Personnel of the obligations applicable to Confidential Information and shall take reasonable steps to ensure that any Permitted Personnel to whom Confidential Information is or has been disclosed do not disclose the Confidential Information to any third parties or use the Confidential Information except for the Purpose during, and subsequent to the termination of, the employment or other relationship between Recipient and such Permitted Personnel. Recipient agrees that Discloser shall have the right to enforce the obligations of this NDA directly against Permitted Personnel, provided, however, that Recipient shall not be entitled to enforce this NDA directly against Permitted Personnel while such are employees of Recipient (except to the extent that Permitted Personnel may bound by orders issued against Recipient).

5. Term and Termination. This NDA shall be effective starting on the Effective Date specified below and continuing for a period of one year thereafter, unless earlier terminated by either Party upon ten (10) days written notice thereof to the other Party. All terms of this NDA shall survive and continue after any termination, cancellation or expiration of this NDA with respect to any Confidential Information disclosed under this NDA during the term.

6. Rights to Confidential Information. All Confidential Information shall remain the sole and exclusive property of Discloser. Upon the written request of Discloser, Recipient shall return to Discloser, or shall destroy or redact in a manner satisfactory to Discloser, all tangible forms of Confidential Information, including any and all copies thereof, and certify that such destruction or redaction has taken place. Confidential Information disclosed or transmitted to Recipient electronically, or in the form of electronic, magnetic, optical, or other storage medium, shall be completely erased or otherwise permanently deleted from any storage medium onto which such Confidential Information may have been written, and any tangible embodiments of such electronically transmitted Confidential Information shall be returned to Discloser or destroyed by Recipient. Notwithstanding the foregoing return/destruction requirements, Recipient may retain one copy of Confidential Information of Discloser to the extent required for (and solely for the purpose of) compliance with applicable laws, regulations or orders.



**NONDISCLOSURE AGREEMENT**

7. Restrictions; No Commitment; No License. Nothing contained in this NDA, or any disclosure or receipt of Confidential Information hereunder, shall be construed as (a) requiring the disclosure or acceptance of any information; (b) requiring the purchase or use of any products, goods or services; (c) requiring any further agreement or negotiation; or (d) granting any rights, by license or otherwise, either express or implied, under any patent, copyright, trademark, trade secret or other intellectual property right now or hereafter owned, obtained or licensable by any of the Parties or their Affiliates, including the right to use or distribute software or other electronic information.

ANY INFORMATION EXCHANGED UNDER THIS NDA IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. DISCLOSER SHALL HAVE NO LIABILITY ARISING FROM RECIPIENT'S USE OF THE CONFIDENTIAL INFORMATION, INCLUDING ANY CLAIM, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHER THEORY FOR INCIDENTAL, SPECIAL, CONSEQUENTIAL OR INDIRECT DAMAGES OF ANY KIND, EVEN IF DISCLOSER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Some jurisdictions do not allow the exclusion of incidental or consequential damages so this exclusion may not apply.

8. Compliance with Governmental, Judicial Requirements. Recipient shall be authorized to disclose Confidential Information of the Discloser pursuant to the request of a governmental agency or court of competent jurisdiction, but only to the extent that: (a) such disclosure is required by a valid and applicable law, regulation or court order; (b) notice is given by Recipient to Discloser of such request, which notice is adequate to enable Discloser to seek an appropriate protective order or exemption from such request; and (c) Recipient has waited to disclose the Confidential Information until the earlier of (i) the deadline for response to the request, or (ii) a final decision on any protective order or exemption sought by Discloser, and Recipient shall comply with the terms of any such protective order or exemption.

9. Nondisclosure of Purpose and Rule 408 Restriction. Recipient shall not disclose its participation in the Purpose or any discussions relating to this NDA or the Purpose without the prior written consent of Discloser or except as may be required by law, in which case the Recipient shall give Discloser the maximum feasible prior notice of such required disclosure. The parties acknowledge and agree that the Confidential Information, and any acquisition and transaction communications related thereto, are to be treated as inadmissible communications as though falling within Federal Rule of Evidence 408.

10. Remedies for Breach. Discloser shall be entitled to specific performance and injunctive or other equitable relief as a remedy for any breach, or threatened breach, by Recipient of this NDA. Such remedy shall be in addition to all other remedies, including money damages, available to Discloser at law or in equity.

11. Governing Law. This NDA shall be governed by and construed in accordance with the laws of the State of New York, without regard to its conflict of laws provisions. The Parties consent to personal jurisdiction in the federal and state courts within New York County for any disputes arising from this NDA.

12. Affiliates. "Affiliate" as used in this NDA shall mean, with respect to a particular Party, any other corporation, partnership, trust or other legal entity that directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party. By disclosing Confidential Information under this NDA, an Affiliate agrees to be bound by the terms of this NDA with respect to such Confidential Information. In no case shall this NDA be applicable to any Affiliate that has not disclosed Confidential Information. For the purposes of this NDA, all disclosures made by Verizon's contractor, Pluritas, shall be deemed disclosures made by or on behalf of Verizon or its Affiliates, and shall be subject to the provisions of this NDA.

13. Export of Confidential Information. Recipient agrees to comply with all applicable laws, regulations, treaties and orders regarding the export of technical data, as such laws currently exist and as they may from time to time be amended, including, but not limited to, the United States Department of State International Traffic in Arms Regulations and the United States Department of Commerce Export Administration Regulations.

14. Entire Agreement; Amendments; Headings. This NDA constitutes the entire agreement and understanding between the Parties with respect to the disclosure of, and obligations and rights pertaining to, Confidential Information related to the Purpose, and supersedes and replaces any prior or contemporaneous undertakings, commitments or agreements, oral or written, as to the same. This NDA may be modified or amended only by an instrument in writing signed by authorized representatives of the Parties on or after the date hereof. The headings in this NDA are included for convenience only and are in no way intended to define or limit the scope, extent or intent of any of the provisions herein.

15. Assignment; Successors. Recipient may not assign or transfer this NDA or its rights or obligations hereunder without obtaining the prior written consent of Verizon. Any attempted or purported assignment or transfer in violation of this paragraph shall be null and void. This NDA is intended to benefit and shall be binding on the Parties hereto and their respective successors and permitted assigns.

16. Separate Enforcement of Provisions. If any provision of this NDA shall be determined to be invalid, void or unenforceable by a court or regulatory body of competent jurisdiction, the remaining provisions of this NDA shall remain in full force and effect and shall in no way be affected, impaired or invalidated unless removal of the provision in question results in a material change to this NDA.

17. No Waiver. No failure or delay by a Party hereto in exercising any right, power or privilege hereunder shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or future exercise of any right, power or privilege.

18. Notices. All notices required to be made or given hereunder by one Party to another shall be in writing and shall be deemed to have been given when hand delivered, actually received, or regardless of whether or not received, on the third (3rd) business day after being sent via a common carrier with parcel tracking facilities (including USPS certified mail with return receipt) to such other Party at the address set forth in Sections A and B below, or at such other address as may be specified by the Parties hereto by written notice sent or delivered in accordance with the terms hereof:

19. Authority; Counterparts. The individuals executing this NDA for and on behalf of the Parties hereto represent that they are fully authorized and empowered to do so for and on behalf of their respective principals. This NDA may be executed in any number of counterparts, each of which shall be deemed an original, and all of which together shall constitute but one and the same instrument.



**NONDISCLOSURE AGREEMENT**

**ALL BOLDED PORTIONS OF THIS PAGE MUST BE COMPLETED, AND THE SIGNATURE PORTIONS SIGNED BY AUTHORIZED REPRESENTATIVES OF EACH ENTITY**

**SECTION A: IDENTIFICATION OF VERIZON ENTITY**

| | |
|---|---|
| **Legal Name of Verizon entity:** **Verizon Corporate Services Group Inc.**<br><br>**Mailing Address:** **One Verizon Way**<br>**Room VC54S205**<br>**Basking Ridge, NJ 07920**<br><br>**Contact Person:** VP & Assoc. General Counsel, Intellectual Property | If address for Notice to the Verizon entity under this NDA is different than Mailing Address, provide here:<br>______________________________<br>______________________________<br>______________________________<br>______________________________ |

**SECTION B: IDENTIFICATION OF RECIPIENT:**

| | |
|---|---|
| **Legal Name of Recipient:** **Cleary Gottlieb Steen & Hamilton LLP**<br><br>**Mailing Address:** **One Liberty Plaza**<br>**New York, NY 10006**<br><br>**Contact Person:** __________________________ | If address for Notice to this contracting Party under this NDA is different than Mailing Address, provide here:<br>______________________________<br>______________________________<br>______________________________<br>______________________________ |
| **Legal Name of Recipient:** __________________________<br><br>**Mailing Address:** __________________________<br>__________________________<br><br>**Contact Person:** __________________________ | ______________________________<br>______________________________<br>______________________________<br>______________________________ |

**SECTION C: PURPOSE**

**Use of Confidential Information shall be limited to the following "Purpose":** Disclosure of certain Verizon information for the purpose of discussing and resolving an indemnity obligation owed by Nortel Networks to Verizon and/or its Affiliates.

**SECTION D: INFORMATION DISCLOSED**

**The following information/materials are contemplated for disclosure:** Information in support of Verizon's claim for indemnity.




**NONDISCLOSURE AGREEMENT**

**IN WITNESS WHEREOF, the authorized representatives of the Parties hereto have executed this NDA.**

**VERIZON CORPORATE SERVICES GROUP INC. ("VERIZON")**

**By:** ________________________________

**Name:** ______________________________

**Title:** _______________________________

**Date:** _______________________________

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

**By:** ________________________________

**Name:** ______________________________

**Title:** _______________________________

**Date:** _______________________________

**[INSERT RECIPIENT'S NAME]**

**By:** ________________________________

**Name:** ______________________________

**Title:** _______________________________

**Date:** _______________________________

**EFFECTIVE DATE:** ______________________ (if none specified, the earliest date indicated above shall be the Effective Date)