# **Exhibit F**



| | | |
|---|---|---|
| Neil Forrest/NY/Cgsh | To | dladdin@agg.com |
| 20 May 2010  08:18 PM | cc | Jennifer M Westerfield/NY/Cgsh@CGSH |
| | bcc | |
| | Subject | Nortel Networks Inc. |

Dear Mr. Laddin:

Our clients Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors in possession (collectively the "Debtors"), have informed us that certain Verizon entities (collectively "Verizon") have withheld in excess of $8 million in post-petition payments due and owing to NNI on invoices for goods and services provided to Verizon. The Debtors believe that Verizon's withholding of these payments constitutes a clear violation of the automatic stay. Accordingly, on behalf of the Debtors, we write to you as counsel for Verizon in this matter, to demand that Verizon immediately release to NNI the full amount of these withheld post-petition payments, and to put Verizon on notice that if such amount is not released and wired to NNI so it is received by 3:00 p.m. Eastern Time tomorrow, May 21, 2010, the Debtors will file a motion to enforce the automatic stay against Verizon by the end of the day tomorrow, for hearing on the next Nortel omnibus hearing date.

In addition, my colleague Jennifer Westerfield has informed me of her communications with you regarding the documents we have requested concerning the basis for the proof of claim against NNI filed by "The Affiliates of Verizon Communications Inc." Ms. Westerfield has previously informed you that in the absence of Nortel's committment to provide the Debtors with the documents we have requested by June 11 or some other agreeable date, the Debtors reserved the right to file a motion under Bankruptcy Rule 2004 against Verizon this week. Please be informed that unless we receive such a committment by 3:00 p.m. Eastern Time tomorrow, May 21, 2010, the Debtors will also file a Rule 2004 motion by the end of the day tomorrow.

Very truly yours,
Neil P. Forrest

_____

Neil P. Forrest
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2488 | f: 1 212 225 3999
www.clearygottlieb.com | nforrest@cgsh.com