## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Jennifer M. Westerfield In Support Of Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004** was caused to be made on May 21, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated: May 21, 2010

                                            */s/ Ann C. Cordo*
                                              Ann C. Cordo (No. 4817)

3557669.1