# **Exhibit A**

**From:** Doty, Michael (RICH2:6342)
**Sent:** Wednesday, April 21, 2010 1:23 PM
**To:** Paczynski, Chris (APORT:0035)
**Cc:** Schwertner, Kristen (RICH2:6342); DAS, JAYA (GWRTP:6342)
**Subject:** FW: Invoices that are not paying

Chris,

Your assistance is needed here. I'm assuming it would be one of Cleary's legal team, but not sure who specifically. See what you can find out on this.

Thanks,

**Michael Doty**
Nortel Accounts Receivable
mdoty@nortel.com
Telephone 972 685 1113 / ESN 445 1113
Fax 972 684 0133 / ESN 444 0133

**From:** Schwertner, Kristen (RICH2:6342)
**Sent:** Wednesday, April 21, 2010 11:04 AM
**To:** Doty, Michael (RICH2:6342)
**Cc:** DAS, JAYA (GWRTP:6342)
**Subject:** FW: Invoices that are not paying

Hi Michael,

Who is a Nortel legal representative that could assist Jaya in this discussion with Avaya?

**Kristen R. Schwertner (AL3)**
Nortel Accounts Receivable
Telephone (972) 684-3243 / ESN 444-3243
Fax (972) 684-0158 / ESN 444-0158


**From:** DAS, JAYA (GWRTP:6342)
**Sent:** Wednesday, April 21, 2010 10:52 AM
**To:** Schwertner, Kristen (RICH2:6342)
**Subject:** FW: Invoices that are not paying
Hi Kristen,

Last week, I contacted AP to check on Verizon's invoices that were 'Set to pay' but had not cleared. Early

this week, I received confirmation that Nortel's invoices (only) are held for payment by Verizon's attorneys.

I just spoke to Louis Parras to determine which billings are affected and was informed it will be Non-Regulated (VSSI) and Regulated (VZ Business).

I emailed Bill Cummings for information and received below response. How should we process? I assume Nortel legal needs to have this conversation with Bill due to the nature of the issue.

Please inform.

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note: This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information which is privileged and confidential. Please do not copy, distribute, or share this information without permission of the author. If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

**From:** Cummings, William G [mailto:william.g.cummings@verizon.com]
**Sent:** Wednesday, April 21, 2010 11:44 AM
**To:** DAS, JAYA (GWRTP:6342)
**Subject:** Re: Invoices that are not paying

Yes are you available for a brief call late this afternoon ?

I presume you are not an attorney and if I'm correct, we can discuss the issues without counsel as long as that is acceptable. We can refer to these as settlement discussions (with your approval) so that we can discuss openly.

Bill

**From:** JAYA DAS
**To:** Cummings, William G
**Sent:** Wed Apr 21 11:35:51 2010
**Subject:** RE: Invoices that are not paying
Bill,

I am part of Accounts Receivable at Nortel Networks and was informed by Verizon AP that there is a hold on payments to Nortel. Can you please let me know why payments are held and until when will this be in effect.

Regards,

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note. This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information

which is privileged and confidential. Please do not copy, distribute, or share this information without permission of the author. If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

**From:** Parras, Louis H (LOUIS) [mailto:louis.parras@verizon.com]
**Sent:** Wednesday, April 21, 2010 11:25 AM
**To:** DAS, JAYA (GWRTP:6342)
**Cc:** Wilson, Diane (DIANE)
**Subject:** RE: Invoices that are not paying

Don't know. Maybe Bill Cummings can answer that.

Thanks,

Louis H. Parras
Phone: 325-944-6036
Fax: 325-944-5864

**From:** JAYA DAS [mailto:jayadas@nortel.com]
**Sent:** Wednesday, April 21, 2010 10:09 AM
**To:** Parras, Louis H (LOUIS)
**Cc:** Wilson, Diane (DIANE)
**Subject:** RE: Invoices that are not paying

Louis, when is this effective until?

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note: This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information which is privileged and confidential. Please do not copy, distribute, or share this information without permission of the author. If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you

**From:** Parras, Louis H (LOUIS) [mailto:louis.parras@verizon.com]
**Sent:** Wednesday, April 21, 2010 11:04 AM
**To:** DAS, JAYA (GWRTP:6342)
**Cc:** Wilson, Diane (DIANE)
**Subject:** RE: Invoices that are not paying

Jaya:

That is true. Per internal email, " the amounts are being withheld at the direction of our attorneys. If the vendor insists on a business contact, please share my name and number with them. Any questions, please call me. Bill Cummings at 212 982-3160."

Thanks,

Louis H. Parras

Phone: 325-944-6036
Fax: 325-944-5864


**From:** JAYA DAS [mailto:jayadas@nortel.com]
**Sent:** Wednesday, April 21, 2010 9:52 AM
**To:** Parras, Louis H (LOUIS)
**Subject:** FW: Invoices that are not paying

Good Morning Louis,

I was informed that some VSSI invoices are on hold and will not be paid until advised by Verizon's legal department. I tried calling the number below to request a contact for Verizon's legal dept. and was on hold for a while.

Can you please provide a contact and/or email address for your legal department or inform me how long invoices will be held for payment.

Please inform.

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note: This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information which is privileged and confidential. Please do not copy, distribute, or share this information without permission of the author If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately Thank you.

**From:** vicki.marvin@verizon.com [mailto:vicki.marvin@verizon.com]
**Sent:** Wednesday, April 21, 2010 9:43 AM
**To:** DAS, JAYA (GWRTP:6342)
**Subject:** RE: Invoices that are not paying


Jaya,

I'm not sure. You're going to have to call our legal dept to get more information. You may have to call the help desk to get that #. It's 1-877-625-4357 option 2-1-2


Vicki Marvin
Verizon Accounts Payable
Internet: vicki.marvin@verizon.com
Voice:325-944-5580
Fax: 325-944-4343


"JAYA DAS" <jayadas@nortel.com>

"JAYA DAS"
<jayadas@nortel.com>

04/20/2010 04:11 PM

To Vicki A. Marvin/EMPL/TX/Verizon@VZNotes

cc

Subject RE: Invoices that are not paying

Vicki,

Why is there a hold and how long is the hold on these invoices for?

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note: This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information which is privileged and confidential. Please do not copy, distribute, or share this information without permission of the author. If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately Thank you.

**From:** DAS, JAYA (GWRTP:6342)
**Sent:** Monday, April 19, 2010 4:00 PM
**To:** 'vicki.marvin@verizon.com'
**Subject:** RE: Invoices that are not paying

Why is that and how long is the hold on these invoices for?

**Jaya Das**
**Nortel North America Accounts Receivable**
**VOICE: 919 905 2486 (ESN: 355) FAX: 919 905 2115 EMAIL: jayadas@nortel.com**

Consider the environment - please don't print this E-Mail unless you need to.
Note: This email transmission is intended only for the use of the individual(s) to which it is addressed and contains information which is privileged and confidential Please do not copy, distribute, or share this information without permission of the author If the reader of this email is not the intended recipient(s), you are hereby notified that any disclosure, distribution, copying or reproduction of this communication is strictly prohibited If you have received this communication in error, please notify the sender immediately. Thank you.

**From:** vicki.marvin@verizon.com [mailto:vicki.marvin@verizon.com]
**Sent:** Monday, April 19, 2010 3:52 PM
**To:** DAS, JAYA (GWRTP:6342)
**Subject:** Invoices that are not paying

Ok, Jaya, Nortel invoices are not paying due to Verizon's attorneys request. Invoices are on hold.

Vicki Marvin
Verizon Accounts Payable
Internet: vicki.marvin@verizon.com
Voice:325-944-5580
Fax: 325-944-4343