# **Exhibit C**

**From:** Cummings, William G [mailto:william.g.cummings@verizon.com]
**Sent:** Tuesday, May 18, 2010 3:41 PM
**To:** Paczynski, Chris (APORT:0035)
**Subject:** RE: Verizon Receivables and Recovery of Contested Matter

Chris,

We continue to work toward a resolution of the two issues central to our current impasse:
(a) the Verizon POC and
(b) obligations of the two parties under a problem-filled service offering to Hewitt Associates.

In our discussion last evening, you indicated a concern that I was holding on $8M in invoices. I have a report which enumerates those invoices processed thru our A/P system and held pending resolution of our setoff rights as ordered by the court last year and also a resolution of the problems involved in a Hewitt Associates' joint project, between our companies.

(1) I will share our A/P report with you **if you will agree to accept it under settlement discussion privilege,** with an intended single purpose which is to demonstrate clearly to Nortel that Verizon is not arbitrarily holding cash, otherwise due to your firm.
(2) I'd also ask that you share with me the details of the $8M that you asserted Verizon was withholding. (Note that payments due to Avaya are not being withheld).
(3) You referenced having a Verizon testing report on the equipment which was a central part of the Hewitt project. That report (per your representation) indicated that the equipment was satisfactory and met all identified performance standards. Such a report could bring a conclusion to this matter and it would be terrific if you could share with me.
(4) Finally, with respect to our proof of claim for telecom services rendered in the period prior to your filing, we can bring a swift conclusion to this matter, if you conclude your review and allow setoff as was approved by the court in Q1 of last year.

Please advise,

Bill
212 982-3160


**From:** Chris Paczynski [mailto:chrispa@nortel.com]
**Sent:** Monday, April 26, 2010 4:30 PM
**To:** Cummings, William G
**Subject:** RE: Verizon Receivables and Recovery of Contested Matter

Hi Bill,

We are currently reviewing internally and will be in touch some time later this week.


Regards,
Chris Paczynski
Nortel - Global Credit Management
Phone: (905) 863-6414 (ESN: 333)
Fax: (905) 863-2275 (ESN: 333)
Email: Chrispa@Nortel.com



**From:** Cummings, William G [mailto:william.g.cummings@verizon.com]
**Sent:** Thursday, April 22, 2010 11:17 PM
**To:** Paczynski, Chris (APORT:0035)
**Subject:** Verizon Receivables and Recovery of Contested Matter


Settlement Discussion Privilege
All Rights Reserved




# REDACTED

**REDACTED**

Bill Cummings
212 982-3160