**Exhibit J**

**Verizon Business Purchasing LLC Aged Trial Balance**
**As of May 20, 2010**



| Customer Name | Invoice Number | Purchase Order Number | Invoice Amount | Invoice Date | Invoice Due Date | Status |
|---|---|---|---|---|---|---|
| Verizon Business Purchasing LLC | B1620277 | 8500056840 | 3,744.00 | 2/8/2010 | 3/10/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620291 | 8500053255 | 11,086.00 | 2/11/2010 | 3/13/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620311 | 8500053255 | 140,562.00 | 2/12/2010 | 3/14/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620352 | 8500056840 | 5,998.00 | 2/18/2010 | 3/20/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620351 | 8500053255 | 22,159.00 | 2/18/2010 | 3/20/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620390 | 8500053255 | 8,286.00 | 2/22/2010 | 3/24/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620454 | 8500061609 | 6,512.00 | 2/26/2010 | 3/28/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620453 | 8500053255 | 21,196.00 | 2/26/2010 | 3/28/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620452 | 8500053251 | 46,009.00 | 2/26/2010 | 3/28/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620495 | 8500056840 | 94,958.50 | 3/3/2010 | 4/2/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620494 | 8500056840 | 168,911.00 | 3/3/2010 | 4/2/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2685471 | 8500072331 | 25,500.00 | 3/4/2010 | 4/3/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620528 | 8500053251 | 10,314.00 | 3/5/2010 | 4/4/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620529 | 8500053255 | 14,557.00 | 3/5/2010 | 4/4/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2685941 | 8500072961 | 25,000.00 | 3/5/2010 | 4/4/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620527 | 8500053251 | 39,987.00 | 3/5/2010 | 4/4/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2688169 | 8500074157 | 400.00 | 3/10/2010 | 4/9/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2688170 | 8500074157 | 400.00 | 3/10/2010 | 4/9/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2688504 | 8500065286 | 86,706.00 | 3/10/2010 | 4/9/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2688993 | 8500074157 | 400.00 | 3/11/2010 | 4/10/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689520 | 8500074157 | 400.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689521 | 8500074157 | 400.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620578 | 8500053255 | 8,286.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689499 | 8500074105 | 10,080.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620579 | 8500061609 | 10,108.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689505 | 8500074345 | 25,000.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689506 | 8500074364 | 25,000.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2689507 | 8500073782 | 26,000.00 | 3/12/2010 | 4/11/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2690887 | 8500064540 | 44,900.00 | 3/15/2010 | 4/14/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691508 | 8500074960 | 110.09 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691224 | 8500073690 | 500.00 | 3/16/2010 | 4/15/2010 | Delinquent |

| Vendor | Invoice | PO | Amount | Invoice Date | Due Date | Status |
|---|---|---|---|---|---|---|
| Verizon Business Purchasing LLC | 2691513 | 8500075345 | 786.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691228 | 8500075317 | 2,520.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691510 | 8500071885 | 4,424.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691227 | 8500075317 | 5,040.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691509 | 8500071890 | 5,100.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691223 | 8500073724 | 7,236.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691512 | 8500064540 | 8,978.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691226 | 8500075317 | 15,120.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691225 | 8500074043 | 39,000.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2691511 | 8500072331 | 75,000.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620605 | 8500065450 | 195,314.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620606 | 8500065450 | 234,655.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620604 | 8500065450 | 270,913.00 | 3/16/2010 | 4/15/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2692301 | 8500074157 | 400.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2692302 | 8500074157 | 400.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620627 | 8500065453 | 3,535.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2692610 | 8500073724 | 10,854.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2692609 | 8500064540 | 53,868.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620628 | 8500065453 | 185,125.00 | 3/17/2010 | 4/16/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693253 | 8500074288 | 4,716.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693252 | 8500071885 | 10,200.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693255 | 8500074735 | 12,500.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693256 | 8500074735 | 12,500.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693259 | 8500075069 | 25,000.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693257 | 8500074926 | 50,000.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693258 | 8500074930 | 50,000.00 | 3/18/2010 | 4/17/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693617 | 8500074157 | 400.00 | 3/19/2010 | 4/18/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693615 | 8500074732 | 12,500.00 | 3/19/2010 | 4/18/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2693616 | 8500074732 | 12,500.00 | 3/19/2010 | 4/18/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2696308 | 8500074157 | 400.00 | 3/25/2010 | 4/24/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2696306 | 8500075948 | 1,179.84 | 3/25/2010 | 4/24/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2697248 | 8500069501 | 48,000.00 | 3/26/2010 | 4/25/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2697247 | 8500015149 | 97,500.00 | 3/26/2010 | 4/25/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2697562 | 8500074157 | 400.00 | 3/29/2010 | 4/28/2010 | Delinquent |
| Verizon Business Purchasing LLC | 2697563 | 8500074157 | 400.00 | 3/29/2010 | 4/28/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620757 | 8500065458 | 39,611.00 | 3/30/2010 | 4/29/2010 | Delinquent |
| Verizon Business Purchasing LLC | B1620761 | 8500065469 | 68,335.00 | 3/30/2010 | 4/29/2010 | Delinquent |

| Vendor | Invoice | PO | Amount | Invoice Date | Due Date | Status | Total |
|---|---|---|---|---|---|---|---|
| Verizon Business Purchasing LLC | B1620765 | 8500074299 | 80,835.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620758 | 8500065458 | 114,136.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620760 | 8500065459 | 114,775.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620764 | 8500074299 | 133,362.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620763 | 8500074299 | 150,871.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620759 | 8500065458 | 188,660.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620754 | 8500065453 | 188,660.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620756 | 8500065458 | 197,935.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620767 | 8500074299 | 202,309.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620766 | 8500074299 | 202,309.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620762 | 8500065459 | 227,107.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620755 | 8500065453 | 256,281.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620753 | 8500065443 | 654,719.00 | 3/30/2010 | 4/29/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620782 | 8500053255 | 48,459.00 | 3/31/2010 | 4/30/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620839 | 8500040845 | 9,968.00 | 4/2/2010 | 5/2/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2699630 | 8500074157 | 9,400.00 | 4/5/2010 | 5/5/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620866 | 8500053255 | 8,286.00 | 4/7/2010 | 5/7/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620919 | 8500065437 | 177,071.00 | 4/12/2010 | 5/12/2010 | Delinquent | |
| Verizon Business Purchasing LLC | B1620918 | 8500065433 | 620,429.00 | 4/12/2010 | 5/12/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703252 | 8500074157 | 400.00 | 4/14/2010 | 5/14/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703488 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703489 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703490 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703491 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703492 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703493 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703494 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703495 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703496 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703497 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703498 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703719 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703720 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2703721 | 8500074157 | 400.00 | 4/15/2010 | 5/15/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2704115 | 850074157 | 400.00 | 4/16/2010 | 5/16/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2704116 | 8500074157 | 400.00 | 4/16/2010 | 5/16/2010 | Delinquent | |
| Verizon Business Purchasing LLC | 2704486 | 8500074157 | 400.00 | 4/19/2010 | 5/19/2010 | Delinquent | 6,040,651.43 |

| Vendor | Ref | Acct | Amount | Inv Date | Due Date | Status | Subtotal |
|---|---|---|---:|---|---|---|---:|
| Verizon Business Purchasing LLC | 2705639 | 8500040845 | 64,460.00 | 4/21/2010 | 5/21/2010 | Current | |
| Verizon Business Purchasing LLC | 2707353 | 8500074157 | 400.00 | 4/26/2010 | 5/26/2010 | Current | |
| Verizon Business Purchasing LLC | 2708890 | 8500074157 | 400.00 | 4/30/2010 | 5/30/2010 | Current | |
| Verizon Business Purchasing LLC | 2710292 | 8500019634 | 2,423,964.25 | 5/5/2010 | 6/4/2010 | Current | |
| Verizon Business Purchasing LLC | 2711041 | 8500059732 | 152.64 | 5/6/2010 | 6/5/2010 | Current | |
| Verizon Business Purchasing LLC | 2711040 | 8500059732 | 1,958.40 | 5/6/2010 | 6/5/2010 | Current | |
| Verizon Business Purchasing LLC | B1621105 | 8500065458 | 6,352.00 | 5/10/2010 | 6/9/2010 | Current | |
| Verizon Business Purchasing LLC | B1621103 | 8500053251 | 49,103.00 | 5/10/2010 | 6/9/2010 | Current | |
| Verizon Business Purchasing LLC | 2712158 | 8500074157 | 400.00 | 5/11/2010 | 6/10/2010 | Current | |
| Verizon Business Purchasing LLC | 2712159 | 8500074157 | 400.00 | 5/11/2010 | 6/10/2010 | Current | |
| Verizon Business Purchasing LLC | 2712424 | 8500074157 | 400.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | 2712425 | 8500074157 | 400.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | 2712426 | 8500074157 | 400.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | 2712427 | 8500074157 | 400.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621128 | 8500076761 | 51,023.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621129 | 8500076761 | 51,023.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621127 | 8500076761 | 51,023.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621126 | 8500076761 | 51,023.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621130 | 8500076761 | 51,023.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621122 | 8500076761 | 54,244.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621125 | 8500076761 | 60,082.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621124 | 8500076761 | 60,082.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621121 | 8500076761 | 65,920.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621123 | 8500076761 | 65,920.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | B1621146 | 8500076761 | 65,920.00 | 5/12/2010 | 6/11/2010 | Current | |
| Verizon Business Purchasing LLC | 2712785 | 8500074157 | 400.00 | 5/13/2010 | 6/12/2010 | Current | |
| Verizon Business Purchasing LLC | B1621181 | 8500065453 | 12,461.00 | 5/17/2010 | 6/16/2010 | Current | 3,189,334.29 |
| **Total Billed AR balance on payment hold** | | | 9,229,985.72 | | | | |
| Aged items possibly disputed but no formal dispute noticed to Nortel | | | 63,291.53 | | | | |
| Credit balances available to VBP for deduction from invoices | | | (279,460.51) | | | | |
| **Grand Total as of 5/20/2010** | | | **9,013,816.74** | | | | |