**<u>Exhibit K</u>**



# Invoice
NO. *** B1620753 ***

DATE ON ALL CORRESPONDENCE

Page 1

| SOLD TO: | REMIT TO: |
|---|---|
| Verizon Business<br>PO Box 27215<br>Accts Payable<br>San Angelo, TX 76902 | Nortel Networks Inc.<br>3985 Collection Center Drive<br>Chicago    IL  60693 |

| SHIP TO: | TERMS | PURCHASE ORDER NO. |
|---|---|---|
|  | NET 30 DAYS | 8500065443 |
|  | INVOICE DATE | CUSTOMER ID |
|  | 3/30/2010 | 7020103 |

| SHIP DATE | ORDER ID | JOB NO. | SITE LOCATION | ADDRESS CODE - GEO CODE |
|---|---|---|---|---|
|  | H5F994 | H5F994 | WORLDCOM-POT, PA |  |

| LINE NO. | QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL AMT |
|---|---|---|---|---|
| 10 | 4 | NTI NT9X40DA_DAVID BRUCHAN V-772-4522 |  |  |
| 20 | 4 | NTI NTHW26BG04_VOICE SERVICE PROCESSOR |  |  |
| 30 | 6 | NOR NTR651DL10_GATEWAY CONTROLLER CARD |  |  |
| 40 | 4 | NTI NTHW49AG_GigE card |  |  |
| 50 | 1 | NTQS25DG05-NTI NTQS25DG 05_SHELF BASE,DU |  |  |
| 60 | 1 | NTVZ60AA01-NTI NTVZ60AA 01_IWSPM MODULE |  |  |
| 70 | 1 | NTVZ61AA01-NTI NTVZ61AA 01_IWSPM PACKFIL |  |  |
| 80 | 3 | DS1404063E501-NTI DS1404063E5 01_ROUTING |  |  |
| 90 | 1 | NTR651AA12-NTI NTR651AA 12_CALL SERVER F |  |  |
| 100 | 19 | NTI AA1419015E501_SFP,1-PORT 1000BASE-L |  |  |
| 110 | 1 | INSTALLATION RELATED MATERIAL (IRM) CABL |  |  |
| 120 | 4032 | NOR CS2B0008_LICENSE,IP DPT RTU |  |  |
| 130 | 8064 | CA300007REVN/A-NTI CA300007 REVN/A_LICEN |  |  |
| 150 | 1 | STANDARD ENGINEERING |  |  |
| 170 | 4 | NTI NTR651RH06_shelf controller ,MCP820 |  |  |
| 180 | 2 | NTI NTR651RV_GWC Frame |  |  |
| 190 | 12 | NOR NTTP01TF SFP,GE LX[10K]/FC100SM |  |  |

REDACTED

IF THERE ARE ANY QUESTIONS CONCERNING THIS INVOICE PLEASE CONTACT:
Phyllis Lewis          (919) 992-2053

| NOTE-PAST DUE AMOUNTS MAY INCUR INTEREST CHARGES. | SUBTOTAL | 654,718.51 |
|---|---|---|

| | SALES TAX | |
|---|---|---|
| ORDER SUBJECT TO TERMS AND CONDITIONS OF SALES CONTRACT. | PREPAID FREIGHT | |
| MATERIAL MUST NOT BE RETURNED WITHOUT OBTAINING WRITTEN AUTHORIZATION | TOTAL AMOUNT | 654,718.51 |

# NORTEL NETWORKS

**INVOICE**

NO. \*\*\* B1620918 \*\*\*
QUOTE INVOICE NUMBER AND
DATE ON ALL CORRESPONDENCE

PAGE 1

| SOLD TO: | REMIT TO: |
|---|---|
| VERIZON BUSINESS PURCHASING<br>PO BOX 27215<br>SAN ANGELO, TX  76902 | Nortel Networks Inc.<br>3985 Collection Center Drive<br>Chicago       IL  60693 |

| SHIP TO: | TERMS | PURCHASE ORDER NO. |
|---|---|---|
|  | NET 30 DAYS | 8500065433 |
|  | INVOICE DATE | CUSTOMER ID |
|  | 04/12/10 | 7020103 |

| SHIP DATE | ORDER ID | JOB NO. | SITE LOCATION | ADDRESS CODE - GEO CODE | |
|---|---|---|---|---|---|
|  | H5F991 | H5F991 | WORLDCOM-ATL-,GA | 10 | 110670080 |

| LINE NO. | QUANTITY | CPC CODE | DESCRIPTION | UNIT PRICE | TOTAL AMT |
|---|---|---|---|---|---|
|  |  |  | ENGINEER, FURNISH AND INSTALL AN EXTENSION AT WORLDCOM-ATL-C |  |  |
| 0040 | 1.00 |  | APPL. SOFTWARE | REDACTED | |
| 0050 | 1.00 |  | ENGINEERING |  |  |
| 0060 | 1.00 |  | MATERIALS |  |  |

TOTAL MATERIAL: REDACTED

IF THERE ARE ANY QUESTIONS CONCERNING THIS INVOICE PLEASE CONTACT:
PHYLLIS LEWIS            (919) 992-2053

PLEASE CHECK THE REMIT TO ADDRESS ON THIS INVOICE...
WE HAVE MADE SOME CHANGES...... THANK YOU.

| | |
|---|---|
| NOTE- PAST DUE AMOUNTS MAY INCUR INTEREST CHARGES | SUBTOTAL    $620,429.00 |
| ORDER SUBJECT TO TERMS AND CONDITIONS OF SALES CONTRACT | SALES TAX<br>PREPAID FREIGHT |
| MATERIAL MUST NOT BE RETURNED WITHOUT OBTAINING WRITTEN AUTHORIZATION | TOTAL AMOUNT    $620,429.00 |