**Exhibit L**

**Verizon Select Services Inc. Aged Trial Balance**
**As of May 20, 2010**



| Customer Name | Invoice Number | Purchase Order Number | Invoice Amount | Invoice Date | Invoice Due Date | Status | |
|---|---|---|---|---|---|---|---|
| Verizon Select Services Inc | 2427245 | S0163066** | $124,888.88 | 05/15/2009 | 06/14/2009 | Delinquent | |
| Verizon Select Services Inc | 2536895 | S0165751** | $7,787.06 | 09/02/2009 | 10/02/2009 | Delinquent | |
| Verizon Select Services Inc | 2589742 | S0168216** | $32,065.10 | 10/28/2009 | 11/27/2009 | Delinquent | |
| Verizon Select Services Inc | 2603428 | VJ10290036 | $14,376.00 | 11/10/2009 | 12/10/2009 | Delinquent | |
| Verizon Select Services Inc | 2608066 | S0168897** | $118.58 | 11/13/2009 | 12/13/2009 | Delinquent | |
| Verizon Select Services Inc | 2608994 | S0168405** | $140,976.96 | 11/15/2009 | 12/15/2009 | Delinquent | |
| Verizon Select Services Inc | 2614990 | S0168897** | $1,346.05 | 11/20/2009 | 12/20/2009 | Delinquent | |
| Verizon Select Services Inc | 2629604 | VJ12040023 | $19,910.47 | 12/08/2009 | 01/07/2010 | Delinquent | |
| Verizon Select Services Inc | 2630727 | VJ12040027 | $25,356.87 | 12/09/2009 | 01/08/2010 | Delinquent | |
| Verizon Select Services Inc | 2642516 | VJ10120003 | $1,012.22 | 12/18/2009 | 01/17/2010 | Delinquent | |
| Verizon Select Services Inc | B1534384 | VJ12180012 | $128.00 | 01/07/2010 | 02/06/2010 | Delinquent | |
| Verizon Select Services Inc | 2662218 | VJ01120019 | $101,278.90 | 01/22/2010 | 02/21/2010 | Delinquent | |
| Verizon Select Services Inc | 2667263 | S0168023 | $66,704.82 | 02/01/2010 | 03/03/2010 | Delinquent | |
| Verizon Select Services Inc | 2677165 | S0168023 | $645.06 | 02/18/2010 | 03/20/2010 | Delinquent | |
| Verizon Select Services Inc | 2686393 | C MN57807 VIC | $600.00 | 03/05/2010 | 04/04/2010 | Delinquent | |
| Verizon Select Services Inc | 2686392 | C MN57807 VIC | $600.00 | 03/05/2010 | 04/04/2010 | Delinquent | |
| Verizon Select Services Inc | 2690219 | S7565197 | $6,138.72 | 03/12/2010 | 04/11/2010 | Delinquent | |
| Verizon Select Services Inc | 2691439 | CMN87472VIE | $4,268.48 | 03/16/2010 | 04/15/2010 | Delinquent | |
| Verizon Select Services Inc | 2692450 | XNTID90955 | $25,122.57 | 03/17/2010 | 04/16/2010 | Delinquent | |
| Verizon Select Services Inc | 2695194 | CMN87472VIE | $18,097.28 | 03/23/2010 | 04/22/2010 | Delinquent | |
| Verizon Select Services Inc | 2698662 | C MN57807 VIC | $2,850.00 | 03/31/2010 | 04/30/2010 | Delinquent | |
| Verizon Select Services Inc | 2699065 | C MN57807 VIC | $2,550.00 | 03/31/2010 | 04/30/2010 | Delinquent | |
| Verizon Select Services Inc | 2699062 | C MN57807 VIC | $1,650.00 | 03/31/2010 | 04/30/2010 | Delinquent | |
| Verizon Select Services Inc | 2699064 | C MN57807 VIC | $1,125.00 | 03/31/2010 | 04/30/2010 | Delinquent | |
| Verizon Select Services Inc | 2699063 | C MN57807 VIC | $1,050.00 | 03/31/2010 | 04/30/2010 | Delinquent | $600,647.02 |
| Verizon Select Services Inc | 2711000 | C MN57807 VIC | $12,000.00 | 05/06/2010 | 06/05/2010 | Current | |
| Verizon Select Services Inc | 2710587 | S0160744 | $1,586.48 | 05/06/2010 | 06/05/2010 | Current | |
| **Total Billed AR balance on payment hold** | | | 614,233.50 | | | | |
| Aged items possibly disputed but no formal dispute noticed to Nortel | | | 12,759.00 | | | | |
| Credit balances available to VSSI for deduction from invoices | | | (97,640.11) | | | | |
| **Grand Total as of 5/20/2010** | | | 529,352.39 | | | | |

**These invoices fall under the terms of a Special Payment Terms Agreement between Nortel, Verizon, and a particular customer, pursuant to which Verizon agreed to pay 60% of the NNI invoices within 30 days, and the remaining 40% on a deferred payment date. Prior to April 1, 2010, Verizon confirmed to NNI that it would pay the outstanding 40% of these invoices, but it has not yet done so.