**<u>Exhibit M</u>**

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP, NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2692450 |
|---|---|
| Invoice Date | 2010/03/17 |
| Page | 1 of 3 |

| Customer Id | Customer Purchase Order No | NN Sales Order No. | NN Project No. | Original Inv No. | Site Name | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 608787 | XNTID90955 | 1002267301 | AB-47365-001 | | | | USNY13202XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2010/03/31 | | | |

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000010 | N0186609 | MEN Project Management | DATA LABOR | | 1 | EA | | |
| 000020 | N0186581 | MEN Site Installation | DATA LABOR | | 1 | EA | | |
| 000030 | N0186581 | MEN Site Installation | DATA LABOR | | 1 | EA | | |
| 000040 | N0186575 | MEN Engineering Design | DATA LABOR | | 1 | EA | | |



Subtotal for the Page:

**SHIP TO**
National Grid
300 Erie Blvd
Syracuse, NY 13202

**BILL TO**
VERIZON
Attn. Rhonda Raleigh
19845 US 31 N
WESTFIELD, IN 46074
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP, NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2692450 |
|---|---|
| Invoice Date | 2010/03/17 |
| Page | 2 of 3 |

| Customer Id | Customer Purchase Order No | NN Sales Order No. | NN Project No. | Original Inv No | Site Name | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 608787 | XNTID90955 | 1002267301 | AB-47365-001 | | | | USNY13202XXXX0 |

| Terms of Sale | NN Job No. | Site ID | Quote No. | Printed On | Delivery No. | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2010/03/31 | | | |

| Line No. | Item Number | Description | Customer Part No | Customer LineNo. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000050 | N0186581 | MEN Site Installation | DATA LABOR | | 1 | EA | | |
| 000060 | N0197074 | MEN SW Migration | DATA LABOR | | 1 | EA | | |
| 000080 | N0016507 | IRM Billing | DATA MATERIAL | | 1 | EA | | |
| 000090 | N0197074 | MEN SW Migration | DATA LABOR | | 1 | EA | | |

REDACTED

Subtotal for the Page.

**SHIP TO**
National Grid
300 Erie Blvd.
Syracuse, NY 13202

**BILL TO**
VERIZON
Attn: Rhonda Raleigh
19845 US 31 N
WESTFIELD, IN 46074
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2692450 |
|---|---|
| Invoice Date | 2010/03/17 |
| Page | 3 of 3 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | NN Project No. | Original Inv. No. | Site Name | Trans Type | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 608787 | XNTID90955 | 1002267301 | AB-47365-001 | | | | USNY13202XXXX0 |

| Terms of Sale | NN Job No | Site ID | Quote No | Printed On | Delivery No. | | Ship Date |
|---|---|---|---|---|---|---|---|
| Delivered duty paid | | | | 2010/03/31 | | | |

| Line No. | Item Number | Description | Customer Part No. | Customer LineNo. | Quantity Shipped | U/M | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000100 | N0186609 | MEN Project Management | DATA LABOR | | 1 | EA | | |
| 000110 | N0197074 | MEN SW Migration | DATA LABOR | | 1 | EA | | |
| 000120 | N0186609 | MEN Project Management | DATA LABOR | | 1 | EA | | |

Subtotal for the Page:

| Freight Charges | | 0.00 |
|---|---|---|

**SHIP TO**
National Grid
300 Erie Blvd.
Syracuse, NY 13202

**BILL TO**
VERIZON
Attn Rhonda Raleigh
19845 US 31 N
WESTFIELD, IN 46074
USA

| Subtotal | | 25,122.57 |
|---|---|---|
| Sales Tax: | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| Total Tax | | 0.00 |

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

**Total Due**
**$USD**                    **$25,122.57**

(REDACTED)

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP, NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2695194 |
|---|---|
| Invoice Date | 2010/03/23 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | Printed On | Original Inv No | Clarify Contract ID | | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 645437 | CMN87472VIE | C035088100 | 2010/04/28 | | 350881 | | USTX7503924431 |

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|

ACCOUNT SPECIALIST: Debra Duvarney
PHONE: 978-288-5862
FAX: 978-288-5864

Maintenance Services



| SHIP TO  645437 | BILL TO  300010976 | Subtotal | | 18,097.28 |
|---|---|---|---|---|
| Verizon Select Services Inc<br>*MEN only *Resel* dupl 608787<br>6665 N Macarthur Blvd<br>Irving, TX 75039-2443 | Verizon Select Services Inc<br>Accounts Payable Department<br>PO Box 90251<br>SAN ANGELO, TX 76902<br>USA | Sales Tax: | 0.00% State Tax<br>0.00% County Tax<br>0.00% City Tax<br>0.00% District Tax | 0.00<br>0.00<br>0.00<br>0.00 |
| | | Total Tax | | 0.00 |
| Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | REMIT TO ADDRESS:<br>Nortel Networks Inc.<br>3985 Collection Center Drive<br>Chicago, IL 60693<br>USA | **Total Due**<br>$USD | | **$18,097.28** |