**Exhibit N**

**Verizon Network Integration Corp. Aged Trial Balance**
**As of May 20, 2010**



| Customer Name | Invoice Number | Purchase Order Number | Invoice Amount | Invoice Date | Invoice Due Date | Status |
|---|---|---|---|---|---|---|
| Verizon Network Integration Corp | 2682934 | CME61701VNF | $153,405.49 | 03/01/2010 | 03/31/2010 | Delinquent |
| **Total Billed AR balance on payment hold** | | | **$153,405.49** | | | |