**Exhibit O**

# INVOICE



**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP, NC 27709-3010
USA

Tax ID: 042486332

Contact: JAYA DAS
Tel. 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2682934 |
|---|---|
| Invoice Date | 2010/03/01 |
| Page | 1 of 1 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No. | Printed On | Original Inv. No. | Clarify Contract ID | | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 635880 | CME61701VNF | C027609400 | 2010/03/09 | | 276094 | | USPA1935514881 |

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | ACCOUNT SPECIALIST: Jim Strunge PHONE. FAX: | | | | | | | |
| 000010 | GU5300681 | SOFTWARE REL SVC - PLUS-SL681 | | | 2010/03/01 | 2010/05/31 | | REDACTED |
| | Site ID: 1436486 | SUNGARD RECOVERY SERVICES INC / STE 300 / 1285 DRUMMERS LN / WAYNE PA 19087-1572 / USA | | | | | | |
| 000020 | GR5370655 | Silver Technical Support-SL655 | | | 2010/03/01 | 2010/05/31 | | |
| | Site ID. 1436486 | SUNGARD RECOVERY SERVICES INC / STE 300 / 1285 DRUMMERS LN / WAYNE PA 19087-1572 / USA | | | | | | |
| 000030 | GR5376357 | SA Mgd Spares ND wo TAS-SL357 | | | 2010/03/01 | 2010/05/31 | | |
| | Site ID: 2026076 | VERIZON SUNGUARD / 11650 GREAT OAKS WAY / ALPHARETTA GA 30022 / USA | | | | | | |
| 000040 | GW5300357 | SOFTWARE REL SVC - BASIC-SL357 | | | 2010/03/01 | 2010/05/31 | | |
| | Site ID. 1436486 | SUNGARD RECOVERY SERVICES INC / STE 300 / 1285 DRUMMERS LN / WAYNE PA 19087-1572 / USA | | | | | | |

Subtotal for the Page: REDACTED

**SHIP TO    635880**
Verizon Network Integration Corp
*Enterprise Reseller Record*
52 E Swedesford Rd
Frazer, PA 19355-1488

**BILL TO    300012043**
Verizon Network Integration Corp
P.O. Box 90251
SAN ANGELO, TX 76902-0251
USA

| Subtotal | | 153,405.49 |
|---|---|---|
| Sales Tax: | 0.00% State Tax | 0.00 |
| | 0.00% County Tax | 0.00 |
| | 0.00% City Tax | 0.00 |
| | 0.00% District Tax | 0.00 |
| Total Tax | | 0.00 |

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago, IL 60693
USA

**Total Due**
$USD                $153,405.49