**Exhibit P**

**Verizon Service Corp. Aged Trial Balance**
**As of May 20, 2010**



| Customer Name | Invoice Number | Purchase Order Number | Invoice Amount | Invoice Date | Invoice Due Date | Status | |
|---|---|---|---|---|---|---|---|
| Verizon Service Corp | 2699170 | VJ08140018 | $143,652.77 | 04/01/2010 | 05/01/2010 | Delinquent | |
| Verizon Service Corp | 2699171 | VJ08140018 | $117,197.38 | 04/01/2010 | 05/01/2010 | Delinquent | |
| Verizon Service Corp | 2699172 | VJ08140018 | $73,578.75 | 04/01/2010 | 05/01/2010 | Delinquent | $334,428.90 |
| Verizon Service Corp | 2711202 | C ME51872 VNF | $47,031.00 | 05/07/2010 | 06/06/2010 | Current | |
| **Total Billed AR balance on payment hold** | | | **$381,459.90** | | | | |