**Exhibit Q**

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 1 of  34 |

| Customer Id | Customer Purchase Order No. | NN Sales Order No | Printed On | Original Inv. No. | Clarify Contract ID | | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 621100 | VJ08140018 | C028778100 | 2010/04/05 | | 287781 | | USVA2220125080 |

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | ACCOUNT SPECIALIST. Debra Duvamey PHONE. 978-288-5862 FAX. 978-288-5864 | | | | | | | | |
| 000010 | GE6300554 Site ID: 20385 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 1200 EL CAMINO REAL / SOUTH SAN FRANCISCO CA  94080 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000020 | GE6300556 Site ID: 20385 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 1200 EL CAMINO REAL / SOUTH SAN FRANCISCO CA  94080 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000030 | GE6300557 Site ID. 20385 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 1200 EL CAMINO REAL / SOUTH SAN FRANCISCO CA  94080 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000040 | GE6300554 Site ID: 20609 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 3505 BROADWAY / OAKLAND CA  94611 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 2 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000050 | GE6300556 Site ID: 20609 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 3505 BROADWAY / OAKLAND CA  94611 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000060 | GE6300554 Site ID 20747 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 11961 BOURNEFIELD WAY / SILVER SPRING MD  20904 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000070 | GE6300556 Site ID: 20747 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 11961 BOURNEFIELD WAY / SILVER SPRING MD  20904 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000080 | GE6300557 Site ID. 20747 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 11961 BOURNEFIELD WAY / SILVER SPRING MD  20904 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000090 | GE6300554 Site ID: 23209 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 10350 EAST DAKOTA AVENUE / DENVER CO  80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID· 042486332

Contact.  JAYA DAS
Tel.   919-905-2486
Fax·  919-905-2115
E-Mail·  jayada@nortel.com



| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 3 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000100 | GE6300556 Site ID  23209 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 10350 EAST DAKOTA AVENUE / DENVER CO  80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000110 | GE6300557 Site ID· 23209 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 10350 EAST DAKOTA AVENUE / DENVER CO  80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000120 | GE6300554 Site ID. 23669 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 2025 MORSE AVE. / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000130 | GE6300556 Site ID· 23669 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 2025 MORSE AVE. / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000140 | GE6300557 Site ID· 23669 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 2025 MORSE AVE. / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

| SHIP TO    621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID  042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax.  919-905-2115
E-Mail  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 4 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000150 | GE6300554 Site ID: 24019 | Express Base w/o Parts-SL554 KAISER FOUNDATION HEALTH PLAN INC / 393 EAST WALNUT STREET / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000160 | GE6300556 Site ID. 24019 | Express Base w/o Parts-SL556 KAISER FOUNDATION HEALTH PLAN INC / 393 EAST WALNUT STREET / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000170 | GE6300557 Site ID: 24019 | Express Base w/o Parts-SL557 KAISER FOUNDATION HEALTH PLAN INC / 393 EAST WALNUT STREET / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000180 | GE6300554 Site ID: 36873 | Express Base w/o Parts-SL554 KAISER PERMANENTE MEDICAL GROUP / 1150 VETERANS BLVD / REDWOOD CITY CA  94063 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000190 | GE6300556 Site ID: 36873 | Express Base w/o Parts-SL556 KAISER PERMANENTE MEDICAL GROUP / 1150 VETERANS BLVD / REDWOOD CITY CA  94063 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page:

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID·  042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 5 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000200 | GE6300557 Site ID. 36873 | Express Base w/o Parts-SL557 KAISER PERMANENTE MEDICAL GROUP / 1150 VETERANS BLVD / REDWOOD CITY CA 94063 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000210 | GE6300554 Site ID. 37034 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 99 MONTECILLO / SAN RAFAEL CA  94903 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000220 | GE6300556 Site ID. 37034 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 99 MONTECILLO / SAN RAFAEL CA  94903 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000230 | GE6300557 Site ID. 37034 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 99 MONTECILLO / SAN RAFAEL CA  94903 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000240 | GE6300554 Site ID. 41366 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 401 BICENTENNIAL WAY / SANTA ROSA CA  95403 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

**SHIP TO     621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID  042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 6 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000250 | GE6300556 Site ID: 41366 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 401 BICENTENNIAL WAY / SANTA ROSA CA 95403 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000260 | GE6300557 Site ID: 41366 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 401 BICENTENNIAL WAY / SANTA ROSA CA 95403 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000270 | GE6300554 Site ID: 43080 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 2500 SOUTH HAVANA / AURORA CO 80012 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000280 | GE6300556 Site ID: 43080 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 2500 SOUTH HAVANA / AURORA CO 80012 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000290 | GE6300557 Site ID: 43080 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 2500 SOUTH HAVANA / AURORA CO 80012 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact   JAYA DAS
Tel:   919-905-2486
Fax:   919-905-2115
E-Mail:   jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 7 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000300 | GE6300554 Site ID: 47918 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 7300 NORTH FRESNO ST / FRESNO CA  93720 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000310 | GE6300556 Site ID: 47918 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 7300 NORTH FRESNO ST / FRESNO CA  93720 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000320 | GE6300557 Site ID: 47918 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 7300 NORTH FRESNO ST / FRESNO CA  93720 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000330 | GE6300554 Site ID. 48757 | Express Base w/o Parts-SL554 KAISER FOUNDATION HOSPITALS / 300 PULLMAN STREET / LIVERMORE CA  94550 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000340 | GE6300556 Site ID· 48757 | Express Base w/o Parts-SL556 KAISER FOUNDATION HOSPITALS / 300 PULLMAN STREET / LIVERMORE CA  94550 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX 76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID·  042486332

Contact·   JAYA DAS
Tel.   919-905-2486
Fax·   919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 8 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000350 | GE6300557 Site ID 48757 | Express Base w/o Parts-SL557 KAISER FOUNDATION HOSPITALS / 300 PULLMAN STREET / LIVERMORE CA  94550 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000360 | GE6300554 Site ID: 64635 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 901 NEVIN AVENUE / RICHMOND CA  94801 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000370 | GE6300556 Site ID· 64635 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 901 NEVIN AVENUE / RICHMOND CA  94801 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000380 | GE6300557 Site ID· 64635 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 901 NEVIN AVENUE / RICHMOND CA  94801 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000390 | GE6300554 Site ID: 77539 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 3285 CLAREMONT / NAPA CA  94558 / USA | | | 2010/04/01 | 2010/06/30 | | | |



Subtotal for the Page.

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 9 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 000400 | GE6300556 Site ID. 77539 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 3285 CLAREMONT / NAPA CA  94558 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 000410 | GE6300554 Site ID· 218989 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 401 LENNON LANE / WALNUT CREEK CA  94598 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 000420 | GE6300556 Site ID· 218989 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 401 LENNON LANE / WALNUT CREEK CA  94598 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 000430 | GE6300554 Site ID  219013 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 5755 COTTLE ROAD / SAN JOSE CA  95119 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 000440 | GE6300556 Site ID. 219013 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 5755 COTTLE ROAD / SAN JOSE CA  95119 / USA | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

| **SHIP TO    621100** | **BILL TO    300006680** | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 10 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000450 | GE6300557 Site ID 219013 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 5755 COTTLE ROAD / SAN JOSE CA  95119 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000460 | GE6300554 Site ID· 219015 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 1001 RIVERSIDE AVENUE / ROSEVILLE CA  95678 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000470 | GE6300556 Site ID· 219015 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 1001 RIVERSIDE AVENUE / ROSEVILLE CA  95678 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000480 | GE6300557 Site ID 219015 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 1001 RIVERSIDE AVENUE / ROSEVILLE CA  95678 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000490 | GE6300554 Site ID. 240872 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 99 S. OAKLAND, GREEN CENTER / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL  60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 11 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000500 | GE6300556 Site ID: 240872 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 99 S. OAKLAND, GREEN CENTER / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000510 | GE6300557 Site ID: 240872 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 99 S. OAKLAND, GREEN CENTER / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000520 | GE6300554 Site ID: 240873 | Express Base w/o Parts-SL554 KAISER FOUNDATION HEALTH PLAN INC / 1850 CALIFORNIA AVE / CORONA CA  92881 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000530 | GE6300556 Site ID: 240873 | Express Base w/o Parts-SL556 KAISER FOUNDATION HEALTH PLAN INC / 1850 CALIFORNIA AVE / CORONA CA  92881 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000540 | GE6300557 Site ID: 240873 | Express Base w/o Parts-SL557 KAISER FOUNDATION HEALTH PLAN INC / 1850 CALIFORNIA AVE / CORONA CA  92881 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 12 of 34 |

| Customer Id | Customer Purchase Order No | NN Sales Order No. | Printed On | Original Inv No | Clarify Contract ID | | GEO Tax Code |
|---|---|---|---|---|---|---|---|
| 621100 | VJ08140018 | C028778100 | 2010/04/05 | | 287781 | | USVA2220125080 |

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000550 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240874 | KAISER PERMANENTE / KAISER PERMANENTE / 6041 CADILLAC AVE. / LOS ANGELES CA  90034 / USA | | | | | | | |
| 000560 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240874 | KAISER PERMANENTE / KAISER PERMANENTE / 6041 CADILLAC AVE. / LOS ANGELES CA  90034 / USA | | | | | | | |
| 000570 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240874 | KAISER PERMANENTE / KAISER PERMANENTE / 6041 CADILLAC AVE  / LOS ANGELES CA  90034 / USA | | | | | | | |
| 000580 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240875 | KAISER PERMANENTE / KAISER PERMANENTE / 13652 CANTARA ST. N1 BLDG / PANORAMA CITY CA  91402 / USA | | | | | | | |
| 000590 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240875 | KAISER PERMANENTE / KAISER PERMANENTE / 13652 CANTARA ST. N1 BLDG / PANORAMA CITY CA  91402 / USA | | | | | | | |

REDACTED

Subtotal for the Page.

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL  60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID 042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 13 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000600 | GE6300557 Site ID: 240875 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 13652 CANTARA ST. N1 BLDG / PANORAMA CITY CA 91402 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000610 | GE6300554 Site ID: 240876 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 441 LAKEVIEW AVENUE / ANAHEIM CA 92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000620 | GE6300556 Site ID· 240876 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 441 LAKEVIEW AVENUE / ANAHEIM CA 92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000630 | GE6300557 Site ID. 240876 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 441 LAKEVIEW AVENUE / ANAHEIM CA 92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000640 | GE6300554 Site ID 240877 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 3840 MURPHY CANYON ROAD / SAN DIEGO CA 92126 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

**REDACTED**

| **SHIP TO   621100** | **BILL TO   300006680** | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 14 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000650 | GE6300556 Site ID: 240877 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 3840 MURPHY CANYON ROAD / SAN DIEGO CA  92126 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000660 | GE6300554 Site ID: 240878 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4647 ZION AVENUE / SAN DIEGO CA  92120 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000670 | GE6300556 Site ID: 240878 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4647 ZION AVENUE / SAN DIEGO CA  92120 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000680 | GE6300557 Site ID  240878 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 4647 ZION AVENUE / SAN DIEGO CA  92120 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000690 | GE6300554 Site ID: 240879 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 1630 EAST MAIN STREET / EL CAJON CA  92020 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID·  042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel com



| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 15 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000700 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240879 | KAISER PERMANENTE / KAISER PERMANENTE / 1630 EAST MAIN STREET / EL CAJON CA  92020 / USA | | | | | | | |
| 000710 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID 240880 | KAISER / 3288 MOANALUA ROAD / HONOLULU HI  96819 / USA | | | | | | | |
| 000720 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID 240880 | KAISER / 3288 MOANALUA ROAD / HONOLULU HI  96819 / USA | | | | | | | |
| 000730 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240880 | KAISER / 3288 MOANALUA ROAD / HONOLULU HI  96819 / USA | | | | | | | |
| 000740 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240881 | KAISER PERMANENTE / KAISER PERMANENTE / 11668 SHERMAN WAY / NORTH HOLLYWOOD CA  91605 / USA | | | | | | | |

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact   JAYA DAS
Tel.   919-905-2486
Fax·   919-905-2115
E-Mail:   jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 16 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000750 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240881 | KAISER PERMANENTE / KAISER PERMANENTE / 11668 SHERMAN WAY / NORTH HOLLYWOOD CA  91605 / USA | | | | | | | |
| 000760 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240882 | KAISER PERMANENTE / KAISER PERMANENTE / 1550 EDGEMENT STREET / LOS ANGELES CA  90027 / USA | | | | | | | |
| 000770 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240882 | KAISER PERMANENTE / KAISER PERMANENTE / 1550 EDGEMENT STREET / LOS ANGELES CA  90027 / USA | | | | | | | |
| 000780 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240882 | KAISER PERMANENTE / KAISER PERMANENTE / 1550 EDGEMENT STREET / LOS ANGELES CA  90027 / USA | | | | | | | |
| 000790 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240883 | KAISER PERMANENTE / KAISER PERMANENTE / 10800 MAGNOLIA AVE / RIVERSIDE CA  92505 / USA | | | | | | | |

Subtotal for the Page

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID·  042486332

Contact.  JAYA DAS
Tel.  919-905-2486
Fax·  919-905-2115
E-Mail.  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 17 of  34 |

| Customer Id<br>621100 | Customer Purchase Order No.<br>VJ08140018 | NN Sales Order No<br>C028778100 | Printed On<br>2010/04/05 | Original Inv. No. | Clarify Contract ID<br>287781 | | | GEO Tax Code<br>USVA2220125080 |
|---|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing<br>Start Date | Billing<br>End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000800 | GE6300556<br>Site ID: 240883 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 10800 MAGNOLIA AVE / RIVERSIDE CA 92505 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000810 | GE6300557<br>Site ID: 240883 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / KAISER PERMANENTE / 10800 MAGNOLIA AVE / RIVERSIDE CA 92505 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000820 | GE6300554<br>Site ID: 240884 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / 9961 SIERRA AVENUE / FONTANA CA  92335 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000830 | GE6300556<br>Site ID: 240884 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / 9961 SIERRA AVENUE / FONTANA CA  92335 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000840 | GE6300557<br>Site ID· 240884 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / 9961 SIERRA AVENUE / FONTANA CA  92335 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the
invoice date  Past due amounts will incur interest at 1% per
month. Material cannot be returned without first obtaining
authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Contact.    JAYA DAS
Tel·    919-905-2486
Fax·    919-905-2115
E-Mail·    jayada@nortel.com

Tax ID.  042486332

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 18 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000850 | GE6300554 Site ID 240885 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 25 NORTH VIAMANTE STREET / WALNUT CREEK CA  94598 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000860 | GE6300556 Site ID· 240885 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 25 NORTH VIAMANTE STREET / WALNUT CREEK CA  94598 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000870 | GE6300557 Site ID 240885 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 25 NORTH VIAMANTE STREET / WALNUT CREEK CA  94598 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000880 | GE6300554 Site ID: 240886 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 75 FAIR OAKS / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000890 | GE6300556 Site ID. 240886 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 75 FAIR OAKS / PASADENA CA  91188 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page.

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
4001 E. Chapel Hill-Nelson Hwy
RTP,NC  27709-3010
USA

Tax ID. 042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 19 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000900 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240886 | KAISER PERMANENTE / KAISER PERMANENTE / 75 FAIR OAKS / PASADENA CA  91188 / USA | | | | | | | |
| 000910 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240887 | KAISER PERMANENTE / KAISER PERMANENTE / 1011 BALDWIN PARK BLVD. / BALDWIN PARK CA  91706 / USA | | | | | | | |
| 000920 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240887 | KAISER PERMANENTE / KAISER PERMANENTE / 1011 BALDWIN PARK BLVD. / BALDWIN PARK CA  91706 / USA | | | | | | | |
| 000930 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240887 | KAISER PERMANENTE / KAISER PERMANENTE / 1011 BALDWIN PARK BLVD. / BALDWIN PARK CA  91706 / USA | | | | | | | |
| 000940 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240888 | KAISER PERMANENTE / KAISER PERMANENTE / 9400 EAST ROSECRANS AVE / BELLFLOWER CA  90706 / USA | | | | | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Contact.  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail.  jayada@nortel com

Tax ID·  042486332

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 20 of  34 |

| Customer Id<br>621100 | Customer Purchase Order No.<br>VJ08140018 | NN Sales Order No.<br>C028778100 | Printed On<br>2010/04/05 | Original Inv. No. | Clarify Contract ID<br>287781 | | GEO Tax Code<br>USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 000950 | GE6300556<br>Site ID. 240888 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 9400 EAST ROSECRANS AVE / BELLFLOWER CA  90706 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000960 | GE6300557<br>Site ID· 240888 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / KAISER PERMANENTE / 9400 EAST ROSECRANS AVE / BELLFLOWER CA  90706 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000970 | GE6300554<br>Site ID. 240889 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 5601 DE SOTO AVE. / WOODLAND HILLS CA  91365 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000980 | GE6300556<br>Site ID. 240889 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 5601 DE SOTO AVE. / WOODLAND HILLS CA  91365 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 000990 | GE6300557<br>Site ID. 240889 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / KAISER PERMANENTE / 5601 DE SOTO AVE. / WOODLAND HILLS CA  91365 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

**SHIP TO     621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332



Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 21 of 34 |

| Customer Id<br>621100 | Customer Purchase Order No<br>VJ08140018 | | NN Sales Order No<br>C028778100 | Printed On<br>2010/04/05 | Original Inv. No. | Clarify Contract ID<br>287781 | | GEO Tax Code<br>USVA2220125080 |
|---|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing<br>Start Date | Billing<br>End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001000 | GE6300554<br>Site ID. 240891 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 3501 STOCKDALE HWY. / BAKERSFIELD CA  93309 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001010 | GE6300556<br>Site ID. 240891 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 3501 STOCKDALE HWY. / BAKERSFIELD CA  93309 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001020 | GE6300554<br>Site ID: 240894 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 256 INDUSTRIAL / SAN JOSE CA  95119 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001030 | GE6300556<br>Site ID: 240894 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 256 INDUSTRIAL / SAN JOSE CA  95119 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001040 | GE6300557<br>Site ID: 240894 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / KAISER PERMANENTE / 256 INDUSTRIAL / SAN JOSE CA  95119 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail·  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 22 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001050 | GE6300554 Site ID. 240895 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 7373 WEST LANE / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001060 | GE6300556 Site ID· 240895 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 7373 WEST LANE / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001070 | GE6300557 Site ID· 240895 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 7373 WEST LANE / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001080 | GE6300554 Site ID  240896 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 1305 TOMMYDON / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001090 | GE6300556 Site ID  240896 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 1305 TOMMYDON / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact.  JAYA DAS
Tel   919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 23 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001100 | GE6300557 Site ID 240896 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 1305 TOMMYDON / STOCKTON CA  95210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001110 | GE6300554 Site ID. 240897 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 3240 ARDEN WAY / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001120 | GE6300556 Site ID· 240897 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 3240 ARDEN WAY / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001130 | GE6300557 Site ID. 240897 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 3240 ARDEN WAY / SACRAMENTO CA  95825 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001140 | GE6300554 Site ID· 240898 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 200 MUIR ROAD / MARTINEZ CA  94553 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

| SHIP TO      621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID. 042486332

Contact· JAYA DAS
Tel  919-905-2486
Fax·  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 24 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv No. | Clarify Contract ID 287781 | | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|---|
| **Line No** | **Item Number** | **Description** | | | **Billing Start Date** | **Billing End Date** | **Qty** | **Extended Price** |

| Line No | Item Number / Site ID | Description | Billing Start Date | Billing End Date |
|---|---|---|---|---|
| 001150 | GE6300556<br>Site ID: 240898 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 200 MUIR ROAD / MARTINEZ CA  94553 / USA | 2010/04/01 | 2010/06/30 |
| 001160 | GE6300557<br>Site ID: 240898 | Express Base w/o Parts-SL557<br>KAISER PERMANENTE / KAISER PERMANENTE / 200 MUIR ROAD / MARTINEZ CA  94553 / USA | 2010/04/01 | 2010/06/30 |
| 001170 | GE6300554<br>Site ID. 240899 | Express Base w/o Parts-SL554<br>KAISER CORPORATION / KAISER CORPORATION / 975 SERENO DRIVE / VALLEJO CA  94589 / USA | 2010/04/01 | 2010/06/30 |
| 001180 | GE6300556<br>Site ID. 240899 | Express Base w/o Parts-SL556<br>KAISER CORPORATION / KAISER CORPORATION / 975 SERENO DRIVE / VALLEJO CA  94589 / USA | 2010/04/01 | 2010/06/30 |
| 001190 | GE6300557<br>Site ID· 240899 | Express Base w/o Parts-SL557<br>KAISER CORPORATION / KAISER CORPORATION / 975 SERENO DRIVE / VALLEJO CA  94589 / USA | 2010/04/01 | 2010/06/30 |

REDACTED

Subtotal for the Page.

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel   919-905-2486
Fax:  919-905-2115
E-Mail·  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 25 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001200 | GE6300554 Site ID: 240900 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 5055 N GREELEY AVENUE / PORTLAND OR  97217 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001210 | GE6300556 Site ID: 240900 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 5055 N GREELEY AVENUE / PORTLAND OR  97217 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001220 | GE6300557 Site ID 240900 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 5055 N GREELEY AVENUE / PORTLAND OR  97217 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001230 | GE6300554 Site ID. 240901 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 12607 SE MILL PLAIN BOULEVARD / VANCOUVER WA  98684 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001240 | GE6300556 Site ID· 240901 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 12607 SE MILL PLAIN BOULEVARD / VANCOUVER WA  98684 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**REDACTED**

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 26 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001250 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240902 | KAISER PERMANENTE / KAISER PERMANENTE / 3600 N INTERSTATE AVENUE / PORTLAND OR  97227 / USA | | | | | | | |
| 001260 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240902 | KAISER PERMANENTE / KAISER PERMANENTE / 3600 N INTERSTATE AVENUE / PORTLAND OR  97227 / USA | | | | | | | |
| 001270 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240902 | KAISER PERMANENTE / KAISER PERMANENTE / 3600 N INTERSTATE AVENUE / PORTLAND OR  97227 / USA | | | | | | | |
| 001280 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID 240903 | KAISER PERMANENTE / KAISER PERMANENTE / 7705 SE DIVISION STREET / PORTLAND OR  97206 / USA | | | | | | | |
| 001290 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240903 | KAISER PERMANENTE / KAISER PERMANENTE / 7705 SE DIVISION STREET / PORTLAND OR  97206 / USA | | | | | | | |



Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID:  042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail:  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 27 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv No | Clarify Contract ID 287781 | | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|---|---|
| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |

| Line No. | Item Number / Site ID | Description | Billing Start Date | Billing End Date | Qty | Extended Price |
|---|---|---|---|---|---|---|
| 001300 | GE6300554 Site ID· 240904 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 5125 SKYLINE ROAD SOUTH / SALEM OR  97306 / USA | 2010/04/01 | 2010/06/30 | | |
| 001310 | GE6300556 Site ID: 240904 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 5125 SKYLINE ROAD SOUTH / SALEM OR  97306 / USA | 2010/04/01 | 2010/06/30 | | |
| 001320 | GE6300557 Site ID 240904 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 5125 SKYLINE ROAD SOUTH / SALEM OR  97306 / USA | 2010/04/01 | 2010/06/30 | | |
| 001330 | GE6300554 Site ID. 240905 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 10180 SE SUNNYSIDE ROAD / CLACKAMAS OR  97015 / USA | 2010/04/01 | 2010/06/30 | | |
| 001340 | GE6300556 Site ID 240905 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 10180 SE SUNNYSIDE ROAD / CLACKAMAS OR  97015 / USA | 2010/04/01 | 2010/06/30 | | |

REDACTED

Subtotal for the Page.

| SHIP TO  621100 | BILL TO  300006680 | |
|---|---|---|
| Verizon Service Corp BC *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 28 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001350 | GE6300557 Site ID. 240905 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 10180 SE SUNNYSIDE ROAD / CLACKAMAS OR  97015 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001360 | GE6300554 Site ID: 240906 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 2211 EAST MILL PLAIN BOULEVARD / VANCOUVER WA  98661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001370 | GE6300556 Site ID· 240906 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 2211 EAST MILL PLAIN BOULEVARD / VANCOUVER WA  98661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001380 | GE6300557 Site ID· 240906 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 2211 EAST MILL PLAIN BOULEVARD / VANCOUVER WA  98661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001390 | GE6300554 Site ID: 240907 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 14406 NE 20TH / VANCOUVER WA  98684 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page.

| SHIP TO      621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID· 042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax:  919-905-2115
E-Mail·  jayada@nortel.com



| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 29 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001400 | GE6300556 Site ID· 240907 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 14406 NE 20TH / VANCOUVER WA  98684 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001410 | GE6300554 Site ID. 240908 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 7201 N INTERSTATE AVENUE / PORTLAND OR  97217 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001420 | GE6300556 Site ID· 240908 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 7201 N INTERSTATE AVENUE / PORTLAND OR  97217 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001430 | GE6300554 Site ID  240909 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 500 NE MULTNOMAH STREET / PORTLAND OR  97232 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001440 | GE6300556 Site ID· 240909 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 500 NE MULTNOMANH STREET / PORTLAND OR  97232 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail·  jayada@nortel com



| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 30 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|---|
| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | Qty | Extended Price |

| Line No | Item Number | Description | Billing Start Date | Billing End Date | Qty | Extended Price |
|---|---|---|---|---|---|---|
| 001450 | GE6300557 Site ID: 240909 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 500 NE MULTNOMANH STREET / PORTLAND OR  97232 / USA | 2010/04/01 | 2010/06/30 | | |
| 001460 | GE6300554 Site ID. 240910 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 5717 NE 138TH AVENUE / PORTLAND OR  97230 / USA | 2010/04/01 | 2010/06/30 | | |
| 001470 | GE6300556 Site ID: 240910 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 5717 NE 138TH AVENUE / PORTLAND OR  97230 / USA | 2010/04/01 | 2010/06/30 | | |
| 001480 | GE6300557 Site ID· 240910 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 5717 NE 138TH AVENUE / PORTLAND OR  97230 / USA | 2010/04/01 | 2010/06/30 | | |
| 001490 | GE6300554 Site ID: 240911 | Express Base w/o Parts-SL554 NON-NAMED / KAISER PERMANENTE / 2850 NW NICOLAI STREET / PORTLAND OR  97210 / USA | 2010/04/01 | 2010/06/30 | | |

Subtotal for the Page.

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID  042486332

Contact·  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 31 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001500 | GE6300556 Site ID. 240911 | Express Base w/o Parts-SL556 NON-NAMED / KAISER PERMANENTE / 2850 NW NICOLAI STREET / PORTLAND OR  97210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001510 | GE6300557 Site ID: 240911 | Express Base w/o Parts-SL557 NON-NAMED / KAISER PERMANENTE / 2850 NW NICOLAI STREET / PORTLAND OR  97210 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001520 | GE6300554 Site ID· 240915 | Express Base w/o Parts-SL554 KAISER PERMANENTE MEDICAL CARE / 1292 WAIANUENUE AVENUE / HILO HI  96720 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001530 | GE6300556 Site ID. 240915 | Express Base w/o Parts-SL556 KAISER PERMANENTE MEDICAL CARE / 1292 WAIANUENUE AVENUE / HILO HI  96720 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001540 | GE6300554 Site ID. 240918 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 531 OHOHIA ST  1ST FLOOR / HONOLULU HI  96819 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page

**SHIP TO      621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact.  JAYA DAS
Tel  919-905-2486
Fax  919-905-2115
E-Mail  jayada@nortel com

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 32 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 001550 | GE6300556 Site ID: 240918 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 531 OHOHIA ST  1ST FLOOR / HONOLULU HI  96819 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001560 | GE6300554 Site ID 240919 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 1441 KAPIOLANI BLVD. / HONOLULU HI  96814 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001570 | GE6300556 Site ID· 240919 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 1441 KAPIOLANI BLVD. / HONOLULU HI  96814 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001580 | GE6300554 Site ID 240920 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 80 MAHALANI STREET IDF-4 / WAILUKU HI  96793 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001590 | GE6300556 Site ID 240920 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 80 MAHALANI STREET IDF-4 / WAILUKU HI  96793 / USA | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

| **SHIP TO**   621100 | **BILL TO**   300006680 | |
|---|---|---|
| Verizon Service Corp BC *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail·  jayada@nortel com

Tax ID  042486332

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 33 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv  No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001600 | GE6300557 Site ID: 240920 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 80 MAHALANI STREET IDF-4 / WAILUKU HI  96793 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001610 | GE6300554 Site ID· 240921 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 87-2116 FARRINGTON HWY / WAIANAE HI  96792 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001620 | GE6300556 Site ID: 240921 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 87-2116 FARRINGTON HWY. / WAIANAE HI  96792 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001630 | GE6300557 Site ID: 240921 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 87-2116 FARRINGTON HWY. / WAIANAE HI  96792 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001640 | GE6300553 Site ID: 240922 | Express Base w/o Parts-SL553 KAISER PERMANENTE / KAISER PERMANENTE / 75-184 HUALALAI RD. 1ST FLOOR / KAILUA KONA HI  96740 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Contact:  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel com

Tax ID·  042486332

| Invoice No. | 2699170 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 34 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001650 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240922 | KAISER PERMANENTE / KAISER PERMANENTE / 75-184 HUALALAI RD  1ST FLOOR / KAILUA KONA HI  96740 / USA | | | | | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

| Subtotal | | 143,652 77 |
|---|---|---|
| Sales Tax: | 0 00% State Tax | 0 00 |
| | 0 00% County Tax | 0 00 |
| | 0.00% City Tax | 0.00 |
| | 0 00% District Tax | 0.00 |
| Total Tax | | 0 00 |

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

**Total Due**

**$USD**                                    **$143,652.77**

REDACTED

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel   919-905-2486
Fax   919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 1 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | ACCOUNT SPECIALIST· Debra Duvarney PHONE· 978-288-5862 FAX. 978-288-5864 | | | | | | | |
| 001660 | GE6300554 Site ID: 240923 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 1010 PESACOLA ST  2ND FLOOR / HONOLULU HI  96813 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001670 | GE6300556 Site ID: 240923 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 1010 PESACOLA ST  2ND FLOOR / HONOLULU HI  96813 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001680 | GE6300557 Site ID· 240923 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 1010 PESACOLA ST. 2ND FLOOR / HONOLULU HI  96813 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 001690 | GE6300554 Site ID· 240924 | Express Base w/o Parts·SL554 KAISER PERMANENTE / KAISER PERMANENTE / 711 KAPIOLANI BLDV / HONOLULU HI  96813 / USA | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

REJECTED

**SHIP TO      621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact·  JAYA DAS
Tel·  919-905-2486
Fax·  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 2 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001700 | GE6300556 Site ID. 240924 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 711 KAPIOLANI BLDV  / HONOLULU HI  96813 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001710 | GE6300557 Site ID. 240924 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 711 KAPIOLANI BLDV / HONOLULU HI  96813 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001720 | GE6300554 Site ID: 240925 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 890 DILLINGHAM BLVD  2ND FLOOR / HONOLULU HI  96817 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001730 | GE6300556 Site ID· 240925 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 890 DILLINGHAM BLVD. 2ND FLOOR / HONOLULU HI  96817 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001740 | GE6300557 Site ID. 240925 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 890 DILLINGHAM BLVD. 2ND FLOOR / HONOLULU HI  96817 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL  60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax.  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 3 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001750 | GE6300554 Site ID. 240926 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4652 PALM AVE. / SAN DIEGO CA  92173 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001760 | GE6300556 Site ID. 240926 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4652 PALM AVE. / SAN DIEGO CA  92173 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001770 | GE6300554 Site ID. 240928 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 815 COLORADO BLVD  / LOS ANGELES CA  90041 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001780 | GE6300556 Site ID. 240928 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 815 COLORADO BLVD. / LOS ANGELES CA  90041 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001790 | GE6300557 Site ID. 240928 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 815 COLORADO BLVD  / LOS ANGELES CA  90041 / USA | | | 2010/04/01 | 2010/06/30 | | | |



Subtotal for the Page:

| SHIP TO     621100 | BILL TO     300006680 | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact.  JAYA DAS
Tel.  919-905-2486
Fax·  919-905-2115
E-Mail   jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | **4 of  34** |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001800 | GE6300554 Site ID: 240931 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 2045 FRANKLIN ST. / DENVER CO  80205 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001810 | GE6300556 Site ID· 240931 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 2045 FRANKLIN ST  / DENVER CO  80205 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001820 | GE6300557 Site ID. 240931 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 2045 FRANKLIN ST. / DENVER CO  80205 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001830 | GE6300554 Site ID. 240933 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4855 SW WESTERN AVE. / BEAVERTON OR  97005 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001840 | GE6300556 Site ID: 240933 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4855 SW WESTERN AVE  / BEAVERTON OR  97005 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 5 of 34 |

| Customer Id<br>621100 | Customer Purchase Order No<br>VJ08140018 | NN Sales Order No.<br>C028778100 | Printed On<br>2010/04/05 | Original Inv. No | Clarify Contract ID<br>287781 | | GEO Tax Code<br>USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001850 | GE6300554<br>Site ID· 240934 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 8383 WEST ALAMEDA AVE / LAKEWOOD CO  80226 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001860 | GE6300556<br>Site ID: 240934 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 8383 WEST ALAMEDA AVE / LAKEWOOD CO  80226 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001870 | GE6300554<br>Site ID· 240942 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 16601 E  CENTRETECH PARKWAY / AURORA CO  80011 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001880 | GE6300556<br>Site ID. 240942 | Express Base w/o Parts-SL556<br>KAISER PERMANENTE / KAISER PERMANENTE / 16601 E. CENTRETECH PARKWAY / AURORA CO  80011 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001890 | GE6300554<br>Site ID. 240943 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / KAISER PERMANENTE / 14701 E  EXPOSITION AVE. / AURORA CO  80012 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 6 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001900 | GE6300556 Site ID. 240943 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 14701 E. EXPOSITION AVE / AURORA CO 80012 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001910 | GE6300554 Site ID. 240944 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 16290 EAST QUINCY AVE / AURORA CO 80015 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001920 | GE6300556 Site ID. 240944 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 16290 EAST QUINCY AVE. / AURORA CO 80015 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001930 | GE6300554 Site ID. 240946 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 10400 EAST ALAMEDA AVE / DENVER CO 80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001940 | GE6300556 Site ID. 240946 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 10400 EAST ALAMEDA AVE. / DENVER CO 80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 7 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 001950 | GE6300557 Site ID. 240946 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 10400 EAST ALAMEDA AVE. / DENVER CO  80231 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001960 | GE6300554 Site ID. 240947 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4851 INDEPENDENCE / WHEAT RIDGE CO  80033 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001970 | GE6300556 Site ID. 240947 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4851 INDEPENDENCE / WHEAT RIDGE CO  80033 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001980 | GE6300554 Site ID 240948 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 5257 S  WADSWORTH BLVD / LITTLETON CO  80123 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 001990 | GE6300556 Site ID. 240948 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 5257 S  WADSWORTH BLVD. / LITTLETON CO  80123 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax·  919-905-2115
E-Mail.  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 8 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002000 | GE6300554 Site ID: 240949 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 5555 E. ARAPAHOE RD / LITTLETON CO  80122 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002010 | GE6300556 Site ID· 240949 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 5555 E. ARAPAHOE RD. / LITTLETON CO  80122 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002020 | GE6300554 Site ID: 240950 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4803 WARD RD / WHEAT RIDGE CO  80033 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002030 | GE6300556 Site ID: 240950 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4803 WARD RD / WHEAT RIDGE CO  80033 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002040 | GE6300554 Site ID. 240951 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 2955 S. BROADWAY / ENGLEWOOD CO  80110 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID  042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 9 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | | Clarify Contract ID 287781 | | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|---|---|---|
| Line No. | Item Number | Description | | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
| 002050 | GE6300556 Site ID 240951 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 2955 S  BROADWAY / ENGLEWOOD CO  80110 / USA | | | | 2010/04/01 | 2010/06/30 | | | |
| 002060 | GE6300554 Site ID. 240952 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 1375 EAST 20TH AVE / DENVER CO  80205 / USA | | | | 2010/04/01 | 2010/06/30 | | | |
| 002070 | GE6300556 Site ID· 240952 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 1375 EAST 20TH AVE / DENVER CO  80205 / USA | | | | 2010/04/01 | 2010/06/30 | | | |
| 002080 | GE6300557 Site ID· 240952 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 1375 EAST 20TH AVE. / DENVER CO  80205 / USA | | | | 2010/04/01 | 2010/06/30 | | | |
| 002090 | GE6300554 Site ID: 240953 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 1835 FRANKLIN STREET / DENVER CO  80218 / USA | | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page.

| SHIP TO     621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC  *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA  22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX  76902 USA | |
| Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact.  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail   jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 10 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002100 | GE6300556 Site ID: 240953 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 1835 FRANKLIN STREET / DENVER CO  80218 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002110 | GE6300554 Site ID: 240954 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 11245 HURON ST. / WESTMINSTER CO  80234 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002120 | GE6300556 Site ID: 240954 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 11245 HURON ST  / WESTMINSTER CO  80234 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002130 | GE6300554 Site ID  240956 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 7701 SHERIDAN BLVD  / WESTMINSTER CO  80030 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002140 | GE6300556 Site ID: 240956 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 7701 SHERIDAN BLVD. / WESTMINSTER CO  80030 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel.  919-905-2486
Fax.  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 11 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002150 | GE6300554 Site ID: 240957 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 580 MOHAWK DR. / BOULDER CO  80302 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002160 | GE6300556 Site ID· 240957 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 580 MOHAWK DR. / BOULDER CO  80302 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002170 | GE6300554 Site ID: 240959 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 2345 BENT WAY / LONGMONT CO  80501 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002180 | GE6300556 Site ID· 240959 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 2345 BENT WAY / LONGMONT CO  80501 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002190 | GE6300554 Site ID. 240960 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 7150 CAMPUS DR / COLORADO SPRINGS CO  80920 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 12 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 002200 | GE6300556 Site ID: 240960 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 7150 CAMPUS DR. / COLORADO SPRINGS CO  80920 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 002210 | GE6300554 Site ID. 240962 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 370 LENNON LANE / WALNUT CREEK CA  94598 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 002220 | GE6300556 Site ID. 240962 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 370 LENNON LANE / WALNUT CREEK CA  94598 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 002230 | GE6300554 Site ID· 240963 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 39400 PASEO PADRE PARKWAY / FREMONT CA  94538 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 002240 | GE6300556 Site ID. 240963 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 39400 PASEO PADRE PARKWAY / FREMONT CA  94538 / USA | | 2010/04/01 | 2010/06/30 | | | |



Subtotal for the Page.

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc·
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 13 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002250 | GE6300557 Site ID: 240963 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 39400 PASEO PADRE PARKWAY / FREMONT CA 94538 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002260 | GE6300554 Site ID 240964 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 3400 DELTA FAIR BLVD / ANTIOCH CA 94509 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002270 | GE6300556 Site ID 240964 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 3400 DELTA FAIR BLVD / ANTIOCH CA 94509 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002280 | GE6300554 Site ID 240965 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 2425 GEARY BLVD / SAN FRANCISCO CA 94115 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002290 | GE6300556 Site ID· 240965 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 2425 GEARY BLVD / SAN FRANCISCO CA 94115 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact:  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail:  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 14 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002300 | GE6300554 Site ID: 240966 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 1425 SOUTH MAIN / WALNUT CREEK CA 94596 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002310 | GE6300556 Site ID: 240966 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 1425 SOUTH MAIN / WALNUT CREEK CA 94596 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002320 | GE6300557 Site ID: 240966 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 1425 SOUTH MAIN / WALNUT CREEK CA 94596 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002330 | GE6300554 Site ID 240967 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 27303 SLKEEPY HALLOW AVE. S / HAYWARD CA 94545 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002340 | GE6300556 Site ID: 240967 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 27303 SLKEEPY HALLOW AVE. S. / HAYWARD CA 94545 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 15 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002350 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240967 | KAISER CORPORATION / KAISER CORPORATION / 27303 SLKEEPY HALLOW AVE. S / HAYWARD CA  94545 / USA | | | | | | | |
| 002360 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240968 | KAISER PERMANENTE / 333 KEAHOLE STREET / HONOLULU HI  96825 / USA | | | | | | | |
| 002370 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240968 | KAISER PERMANENTE / 333 KEAHOLE STREET / HONOLULU HI  96825 / USA | | | | | | | |
| 002380 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240969 | KAISER PERMANENTE / KAISER PERMANENTE / 201 HAMAKUA DRIVE / KAILUA HI  96734 / USA | | | | | | | |
| 002390 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240969 | KAISER PERMANENTE / KAISER PERMANENTE / 201 HAMAKUA DRIVE / KAILUA HI  96734 / USA | | | | | | | |

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel. 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 16 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002400 | GE6300554 Site ID: 240970 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 3801 HOWE STREET / OAKLAND CA 94611 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002410 | GE6300556 Site ID. 240970 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 3801 HOWE STREET / OAKLAND CA 94611 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002420 | GE6300557 Site ID 240970 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 3801 HOWE STREET / OAKLAND CA 94611 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002430 | GE6300554 Site ID· 240971 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 1800 HARRISON ST / OAKLAND CA 94612 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002440 | GE6300556 Site ID· 240971 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 1800 HARRISON ST / OAKLAND CA 94612 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA 22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX 76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date Past due amounts will incur interest at 1% per month Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel. 919-905-2486
Fax· 919-905-2115
E-Mail  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 17 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002450 | GE6300557 Site ID: 240971 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 1800 HARRISON ST. / OAKLAND CA  94612 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002460 | GE6300554 Site ID. 240972 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 4330 E. MIRA LOMA AVE. / ANAHEIM CA  92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002470 | GE6300556 Site ID. 240972 | Express Base w/o Parts-SL556 KAISER PERMANENTE / KAISER PERMANENTE / 4330 E  MIRA LOMA AVE. / ANAHEIM CA  92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002480 | GE6300557 Site ID· 240972 | Express Base w/o Parts-SL557 KAISER PERMANENTE / KAISER PERMANENTE / 4330 E  MIRA LOMA AVE / ANAHEIM CA  92807 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002490 | GE6300554 Site ID. 240974 | Express Base w/o Parts-SL554 KAISER PERMANENTE / KAISER PERMANENTE / 8800 MING AVE. / BAKERSFIELD CA  93311 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page·

**SHIP TO   621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO   300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

REDACTED

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Contact·  JAYA DAS
Tel.  919-905-2486
Fax.  919-905-2115
E-Mail.  jayada@nortel.com

Tax ID  042486332

| Invoice No. | 2699171 |
| --- | --- |
| Invoice Date | 2010/04/01 |
| Page | 18 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 002500 | GE6300556 | Express Base w/o Parts-SL556 | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240974 | KAISER PERMANENTE / KAISER PERMANENTE / 8800 MING AVE. / BAKERSFIELD CA  93311 / USA | | | | | | |
| 002510 | GE6300554 | Express Base w/o Parts-SL554 | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240976 | KAISER CORPORATION / KAISER CORPORATION / 1750 2ND ST. / BERKELEY CA  94710 / USA | | | | | | |
| 002520 | GE6300556 | Express Base w/o Parts-SL556 | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240976 | KAISER CORPORATION / KAISER CORPORATION / 1750 2ND ST  / BERKELEY CA  94710 / USA | | | | | | |
| 002530 | GE6300554 | Express Base w/o Parts-SL554 | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240977 | KAISER CORPORATION / KAISER CORPORATION / 3555 WHIPPLE RD / UNION CITY CA  94587 / USA | | | | | | |
| 002540 | GE6300556 | Express Base w/o Parts-SL556 | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240977 | KAISER CORPORATION / KAISER CORPORATION / 3555 WHIPPLE RD / UNION CITY CA  94587 / USA | | | | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL  60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact.   JAYA DAS
Tel     919-905-2486
Fax:    919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 19 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002550 | GE6300557 Site ID. 240977 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 3555 WHIPPLE RD / UNION CITY CA 94587 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002560 | GE6300554 Site ID  240978 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 3900 LAKEVILLE HWY / PETALUMA CA 94954 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002570 | GE6300556 Site ID. 240978 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 3900 LAKEVILLE HWY / PETALUMA CA 94954 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002580 | GE6300554 Site ID. 240979 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 97 SAN MARIN DR. / NOVATO CA 94945 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002590 | GE6300556 Site ID: 240979 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 97 SAN MARIN DR  / NOVATO CA 94945 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID· 042486332

Contact.  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 20 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002600 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240980 | KAISER CORPORATION / KAISER CORPORATION / 2238 GEARY BLVD / SAN FRANCISCO CA  94115 / USA | | | | | | | |
| 002610 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240980 | KAISER CORPORATION / KAISER CORPORATION / 2238 GEARY BLVD / SAN FRANCISCO CA  94115 / USA | | | | | | | |
| 002620 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240980 | KAISER CORPORATION / KAISER CORPORATION / 2238 GEARY BLVD / SAN FRANCISCO CA  94115 / USA | | | | | | | |
| 002630 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240981 | KAISER CORPORATION / KAISER CORPORATION / 4141 GEARY BLVD / SAN FRANCISCO CA  94118 / USA | | | | | | | |
| 002640 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240981 | KAISER CORPORATION / KAISER CORPORATION / 4141 GEARY BLVD / SAN FRANCISCO CA  94118 / USA | | | | | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact    JAYA DAS
Tel.   919-905-2486
Fax·   919-905-2115
E-Mail·  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 21 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002650 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240981 | KAISER CORPORATION / KAISER CORPORATION / 4141 GEARY BLVD / SAN FRANCISCO CA  94118 / USA | | | | | | | |
| 002660 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240982 | KAISER CORPORATION / KAISER CORPORATION / 1033 3RD ST. / SAN RAFAEL CA  94901 / USA | | | | | | | |
| 002670 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240982 | KAISER CORPORATION / KAISER CORPORATION / 1033 3RD ST. / SAN RAFAEL CA  94901 / USA | | | | | | | |
| 002680 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240983 | KAISER PERMANENTE / KAISER PERMANENTE / 7601 STONERIDGE DRIVE / PLEASANTON CA  94588 / USA | | | | | | | |
| 002690 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240983 | KAISER PERMANENTE / KAISER PERMANENTE / 7601 STONERIDGE DRIVE / PLEASANTON CA  94588 / USA | | | | | | | |

REDACTED

Subtotal for the Page.

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact.  JAYA DAS
Tel  919-905-2486
Fax  919-905-2115
E-Mail.  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 22 of  34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002700 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240984 | KAISER CORPORATION / KAISER CORPORATION / 1550 GATEWAY BLVD / FAIRFIELD CA  94533 / USA | | | | | | | |
| 002710 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240984 | KAISER CORPORATION / KAISER CORPORATION / 1550 GATEWAY BLVD / FAIRFIELD CA  94533 / USA | | | | | | | |
| 002720 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240985 | KAISER CORPORATION / KAISER CORPORATION / 7520 ARROYO CIR / GILROY CA  95020 / USA | | | | | | | |
| 002730 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID  240985 | KAISER CORPORATION / KAISER CORPORATION / 7520 ARROYO CIR / GILROY CA  95020 / USA | | | | | | | |
| 002740 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240987 | KAISER CORPORATION / KAISER CORPORATION / 611 S. MILPITAS BLVD / MILPITAS CA  95035 / USA | | | | | | | |

REDACTED

Subtotal for the Page

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
| --- | --- |
| Invoice Date | 2010/04/01 |
| Page | 23 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 002750 | GE6300556 Site ID. 240987 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 611 S. MILPITAS BLVD / MILPITAS CA 95035 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002760 | GE6300554 Site ID. 240988 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 555 CASTRO ST / MOUNTAIN VIEW CA 94041 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002770 | GE6300556 Site ID. 240988 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 555 CASTRO ST / MOUNTAIN VIEW CA 94041 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002780 | GE6300557 Site ID: 240988 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 555 CASTRO ST / MOUNTAIN VIEW CA 94041 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002790 | GE6300554 Site ID. 240989 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 220 E. HACIENDA AVE / CAMPBELL CA 95008 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact.  JAYA DAS
Tel.  919-905-2486
Fax:  919-905-2115
E-Mail·  jayada@nortel.com

| | |
|---|---|
| Invoice No. | 2699171 |
| Invoice Date | 2010/04/01 |
| Page | 24 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002800 | GE6300556 Site ID: 240989 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 220 E. HACIENDA AVE. / CAMPBELL CA  95008 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002810 | GE6300557 Site ID 240989 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 220 E. HACIENDA AVE  / CAMPBELL CA  95008 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002820 | GE6300554 Site ID. 240990 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 770 E  CALAVERAS BLVD / MILPITAS CA  95035 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002830 | GE6300556 Site ID. 240990 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 770 E  CALAVERAS BLVD / MILPITAS CA  95035 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002840 | GE6300554 Site ID· 240991 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 6600 BRUCEVILLE RD / SACRAMENTO CA  95823 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact.  JAYA DAS
Tel·  919-905-2486
Fax.  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 25 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002850 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID: 240991 | KAISER CORPORATION / KAISER CORPORATION / 6600 BRUCEVILLE RD / SACRAMENTO CA  95823 / USA | | | | | | | |
| 002860 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID 240991 | KAISER CORPORATION / KAISER CORPORATION / 6600 BRUCEVILLE RD / SACRAMENTO CA  95823 / USA | | | | | | | |
| 002870 | GE6300554 | Express Base w/o Parts-SL554 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240992 | KAISER CORPORATION / KAISER CORPORATION / 1955 COWELL / DAVIS CA  95616 / USA | | | | | | | |
| 002880 | GE6300556 | Express Base w/o Parts-SL556 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID· 240992 | KAISER CORPORATION / KAISER CORPORATION / 1955 COWELL / DAVIS CA  95616 / USA | | | | | | | |
| 002890 | GE6300557 | Express Base w/o Parts-SL557 | | | 2010/04/01 | 2010/06/30 | | | |
| | Site ID. 240992 | KAISER CORPORATION / KAISER CORPORATION / 1955 COWELL / DAVIS CA  95616 / USA | | | | | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms· Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE

**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com



| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 26 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002900 | GE6300554 Site ID: 240993 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 1600 EUREKA / ROSEVILLE CA 95661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002910 | GE6300556 Site ID: 240993 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 1600 EUREKA / ROSEVILLE CA 95661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002920 | GE6300557 Site ID: 240993 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 1600 EUREKA / ROSEVILLE CA 95661 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002930 | GE6300554 Site ID. 240995 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 2400 LANCASTER DR / SALEM OR 97305 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002940 | GE6300556 Site ID 240995 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 2400 LANCASTER DR / SALEM OR 97305 / USA | | | 2010/04/01 | 2010/06/30 | | | |

Subtotal for the Page.

REDACTED

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA 22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX 76902
USA

Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel. 919-905-2486
Fax. 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 27 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 002950 | GE6300557 Site ID: 240995 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 2400 LANCASTER DR / SALEM OR 97305 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002960 | GE6300554 Site ID: 240996 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 1230 7TH AVE / LONGVIEW WA 98632 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002970 | GE6300556 Site ID 240996 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 1230 7TH AVE / LONGVIEW WA 98632 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002980 | GE6300554 Site ID: 240997 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 19400 NW EVERGREEN PKWY / HILLSBORO OR 97124 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 002990 | GE6300556 Site ID 240997 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 19400 NW EVERGREEN PKWY / HILLSBORO OR 97124 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 28 of 34 |

| Customer Id 621100 | Customer Purchase Order No VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 003000 | GE6300557 Site ID 240997 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 19400 NW EVERGREEN PKWY / HILLSBORO OR 97124 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003010 | GE6300554 Site ID: 240998 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 19500 NE STARK ST / PORTLAND OR 97233 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003020 | GE6300556 Site ID: 240998 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 19500 NE STARK ST. / PORTLAND OR 97233 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003030 | GE6300554 Site ID: 244579 | Express Base w/o Parts-SL554 KAISER CORPORATION / KAISER CORPORATION / 1950 FRANKLIN - 9TH FLOOR / OAKLAND CA 94612 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003040 | GE6300556 Site ID: 244579 | Express Base w/o Parts-SL556 KAISER CORPORATION / KAISER CORPORATION / 1950 FRANKLIN - 9TH FLOOR / OAKLAND CA 94612 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

| SHIP TO    621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA 22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX 76902 USA | |
| Payment Terms. Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization. | **REMIT TO ADDRESS:** Nortel Networks Inc. 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID· 042486332

Contact.  JAYA DAS
Tel.  919-905-2486
Fax  919-905-2115
E-Mail·  jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 29 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 003050 | GE6300557 Site ID 244579 | Express Base w/o Parts-SL557 KAISER CORPORATION / KAISER CORPORATION / 1950 FRANKLIN - 9TH FLOOR / OAKLAND CA  94612 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003060 | GE6300554 Site ID. 268897 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 19185 SW 90TH AVENUE / TUALATIN OR  97062 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003070 | GE6300556 Site ID: 268897 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 19185 SW 90TH AVENUE / TUALATIN OR  97062 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003080 | GE6300557 Site ID· 268897 | Express Base w/o Parts-SL557 KAISER PERMANENTE / 19185 SW 90TH AVENUE / TUALATIN OR  97062 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003090 | GE6300554 Site ID. 1168979 | Express Base w/o Parts-SL554 KAISER / 1617 BROADWAY STREET / VALLEJO CA  94598 / USA | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page·

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Contact.  JAYA DAS
Tel:  919-905-2486
Fax:  919-905-2115
E-Mail.  jayada@nortel.com

Tax ID·  042486332

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 30 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 003100 | GE6300556 Site ID· 1168979 | Express Base w/o Parts-SL556 KAISER / 1617 BROADWAY STREET / VALLEJO CA  94598 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003110 | GE6300557 Site ID· 1168979 | Express Base w/o Parts-SL557 KAISER / 1617 BROADWAY STREET / VALLEJO CA  94598 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003120 | GE6300554 Site ID. 1276046 | Express Base w/o Parts-SL554 KAISER CORPORATION / 1451 HARBOR BAY PARKWAY / ALAMEDA CA  94501 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003130 | GE6300556 Site ID. 1276046 | Express Base w/o Parts-SL556 KAISER CORPORATION / 1451 HARBOR BAY PARKWAY / ALAMEDA CA  94501 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003140 | GE6300554 Site ID· 1276047 | Express Base w/o Parts-SL554 KAISER CORPORATION / 9521 EAST DALEN STREET / DOWNEY CA  90242 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL  60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID.  042486332

Contact:  JAYA DAS
Tel·  919-905-2486
Fax  919-905-2115
E-Mail.  jayada@nortel com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 31 of  34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv  No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 003150 | GE6300556 Site ID: 1276047 | Express Base w/o Parts-SL556 KAISER CORPORATION / 9521 EAST DALEN STREET / DOWNEY CA  90242 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003160 | GE6300557 Site ID· 1276047 | Express Base w/o Parts-SL557 KAISER CORPORATION / 9521 EAST DALEN STREET / DOWNEY CA  90242 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003170 | GE6300554 Site ID. 1276048 | Express Base w/o Parts-SL554 KAISER CORPORATION / 4785 NORTH FIRST STREET / FRESNO CA  93720 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003180 | GE6300556 Site ID. 1276048 | Express Base w/o Parts-SL556 KAISER CORPORATION / 4785 NORTH FIRST STREET / FRESNO CA  93720 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003190 | GE6300554 Site ID· 1276049 | Express Base w/o Parts-SL554 KAISER CORPORATION / 9449 IMPERIAL HIGHWAY / DOWNEY CA  90242 / USA | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO     621100**

Verizon Service Corp
BC  *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA  22201-2508

**BILL TO     300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX  76902
USA

Payment Terms: Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization.

**REMIT TO ADDRESS:**
Nortel Networks Inc.
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID. 042486332

Contact: JAYA DAS
Tel: 919-905-2486
Fax: 919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 32 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No. C028778100 | Printed On 2010/04/05 | Original Inv. No | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 003200 | GE6300556 Site ID: 1276049 | Express Base w/o Parts-SL556 KAISER CORPORATION / 9449 IMPERIAL HIGHWAY / DOWNEY CA 90242 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003210 | GE6300554 Site ID: 1276050 | Express Base w/o Parts-SL554 KAISER CORPORATION / 400 CRAVEN ROAD / SAN MARCOS CA 92069 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003220 | GE6300556 Site ID: 1276050 | Express Base w/o Parts-SL556 KAISER CORPORATION / 400 CRAVEN ROAD / SAN MARCOS CA 92069 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003230 | GE6300554 Site ID: 1276051 | Express Base w/o Parts-SL554 KAISER CORPORATION / 1650 RESPONSE ROAD / SACRAMENTO CA 95815 / USA | | | 2010/04/01 | 2010/06/30 | | | |
| 003240 | GE6300556 Site ID 1276051 | Express Base w/o Parts-SL556 KAISER CORPORATION / 1650 RESPONSE ROAD / SACRAMENTO CA 95815 / USA | | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page

| SHIP TO    621100 | BILL TO    300006680 | |
|---|---|---|
| Verizon Service Corp BC *Enterprise Reseller* 1310 N Courthouse Rd Arlington, VA 22201-2508 | Verizon ACCTS PAYABLE PO Box 90251 SAN ANGELO, TX 76902 USA | |
| Payment Terms: Payment due Net 30 Days from the invoice date Past due amounts will incur interest at 1% per month Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:** Nortel Networks Inc 3985 Collection Center Drive Chicago,IL 60693 USA | |

# INVOICE





**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC 27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel· 919-905-2486
Fax: 919-905-2115
E-Mail· jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 33 of 34 |

| Customer Id 621100 | Customer Purchase Order No. VJ08140018 | NN Sales Order No C028778100 | Printed On 2010/04/05 | Original Inv. No. | Clarify Contract ID 287781 | | GEO Tax Code USVA2220125080 |
|---|---|---|---|---|---|---|---|

| Line No. | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 003250 | GE6300557 Site ID. 1276051 | Express Base w/o Parts-SL557 KAISER CORPORATION / 1650 RESPONSE ROAD / SACRAMENTO CA 95815 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003260 | GE6300554 Site ID. 1276456 | Express Base w/o Parts-SL554 KAISER PERMANENTE / 599 FARRINGTON HIGHWAY / KAPOLEI HI 96707 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003270 | GE6300556 Site ID· 1276456 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 599 FARRINGTON HIGHWAY / KAPOLEI HI 96707 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003280 | GE6300553 Site ID· 1276457 | Express Base w/o Parts-SL553 KAISER PERMANENTE / 45-602 KAMEHAMEHA HIGHWAY / KANEOHE HI 96744 / USA | | 2010/04/01 | 2010/06/30 | | | |
| 003290 | GE6300556 Site ID. 1276457 | Express Base w/o Parts-SL556 KAISER PERMANENTE / 45-602 KAMEHAMEHA HIGHWAY / KANEOHE HI 96744 / USA | | 2010/04/01 | 2010/06/30 | | | |

REDACTED

Subtotal for the Page:

**SHIP TO    621100**

Verizon Service Corp
BC *Enterprise Reseller*
1310 N Courthouse Rd
Arlington, VA 22201-2508

**BILL TO    300006680**

Verizon
ACCTS PAYABLE
PO Box 90251
SAN ANGELO, TX 76902
USA

Payment Terms  Payment due Net 30 Days from the invoice date. Past due amounts will incur interest at 1% per month. Material cannot be returned without first obtaining authorization

**REMIT TO ADDRESS:**
Nortel Networks Inc
3985 Collection Center Drive
Chicago,IL 60693
USA

# INVOICE



**Nortel Networks**
**4001 E. Chapel Hill-Nelson Hwy**
**RTP,NC  27709-3010**
**USA**

Tax ID: 042486332

Contact: JAYA DAS
Tel   919-905-2486
Fax.  919-905-2115
E-Mail: jayada@nortel.com

| Invoice No. | 2699171 |
|---|---|
| Invoice Date | 2010/04/01 |
| Page | 34 of 34 |

| Customer Id<br>621100 | Customer Purchase Order No.<br>VJ08140018 | NN Sales Order No.<br>C028778100 | Printed On<br>2010/04/05 | Original Inv. No. | Clarify Contract ID<br>287781 | GEO Tax Code<br>USVA2220125080 |
|---|---|---|---|---|---|---|

| Line No | Item Number | Description | | Billing Start Date | Billing End Date | | Qty | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 003300 | GE6300554<br>Site ID: 1276458 | Express Base w/o Parts-SL554<br>KAISER PERMANENTE / 11900-A BOURNEFIELD WAY / SILVER SPRING MD  20904 / USA | | 2010/04/01 | 2010/06/30 | | | |



Subtotal for the Page:

| **SHIP TO  621100** | **BILL TO   300006680** | Subtotal | 117,197 38 |
|---|---|---|---|
| Verizon Service Corp<br>BC  *Enterprise Reseller*<br>1310 N Courthouse Rd<br>Arlington, VA  22201-2508 | Verizon<br>ACCTS PAYABLE<br>PO Box 90251<br>SAN ANGELO, TX  76902<br>USA | Sales Tax:  0.00% State Tax<br>0.00% County Tax<br>0.00% City Tax<br>0.00% District Tax | 0.00<br>0 00<br>0 00<br>0.00 |
| | | Total Tax | 0.00 |

| Payment Terms. Payment due Net 30 Days from the invoice date  Past due amounts will incur interest at 1% per month  Material cannot be returned without first obtaining authorization | **REMIT TO ADDRESS:**<br>Nortel Networks Inc.<br>3985 Collection Center Drive<br>Chicago,IL 60693<br>USA | **Total Due**<br><br>**$USD** | **$117,197.38** |