**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Chris Paczynski In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc.** was caused to be made on May 21, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated: May 21, 2010

                                                                */s/ Ann C. Cordo*
                                                                   Ann C. Cordo (No. 4817)