# EXHIBIT A

Nortel Networks, Inc.  
63989-DIP  
DATE: 05/20/10 16:16:15

PRO FORMA   249575         AS OF 04/30/10         INVOICE# ******

## TIME ENTRIES

| INDEX | ID | LAST NAME | DATE | STAT | TASK | BILLED HOURS | BILLED AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | Case Administration | | | | | | |
| 2283680 | 221 | Schwartz | 04/13/10 | B | B110 | 0.30 | 169.50 | Rev. 43rd Monitor Report |
| 2283682 | 221 | Schwartz | 04/13/10 | B | B110 | 0.20 | 113.00 | Rev. 41st Monitor report |
| 2283685 | 221 | Schwartz | 04/13/10 | B | B110 | 0.30 | 169.50 | Rev. Protocol Canadian filings |
| 2279080 | 322 | Abbott | 04/12/10 | B | B110 | 0.80 | 452.00 | Weekly status call w/ Bromley, Ray, Tay, McDonald, Reidel, Schweitzer, Bining, Ventresca, Brod, Savage |
| 2283172 | 322 | Abbott | 04/19/10 | B | B110 | 0.50 | 282.50 | Weekly conf call w/ Bromley, Brod, Tay, Savage, Murray, Descoteaux, Ventresca, Lang |
| 2286221 | 322 | Abbott | 04/26/10 | B | B110 | 0.60 | 339.00 | Weekly status call w/ /Brod, Ventresca, Savage, Tay, Bromley |
| 2281406 | 594 | Conway | 04/14/10 | B | B110 | 0.10 | 21.00 | Discuss affidavits w/E. Campbell |
| 2282297 | 594 | Conway | 04/15/10 | B | B110 | 0.10 | 21.00 | Review and respond to email from A. Cordo re filing |
| 2274098 | 597 | Campbell | 04/05/10 | B | B110 | 0.20 | 39.00 | Case admin re previously filed pleadings |
| 2277014 | 597 | Campbell | 04/08/10 | B | B110 | 0.20 | 39.00 | Case admin re previously filed pleadings |
| 2278318 | 597 | Campbell | 04/09/10 | B | B110 | 0.20 | 39.00 | Case admin re previously filed pleadings |
| 2280383 | 597 | Campbell | 04/13/10 | B | B110 | 0.10 | 19.50 | Attn to p/c re receipt of partial fax |
| 2281131 | 597 | Campbell | 04/14/10 | B | B110 | 0.20 | 39.00 | Attn to email from A. Cordo re pleading filed by prof incorrectly in Nortel (.1); email to ct re same (.1) |
| 2281278 | 597 | Campbell | 04/14/10 | B | B110 | 0.90 | 175.50 | Attn to docket research re various affidavits |
| 2282457 | 597 | Campbell | 04/16/10 | B | B110 | 1.60 | 312.00 | Attn to docket research re hearing related pleadings and disposition of same |
| 2283470 | 597 | Campbell | 04/19/10 | B | B110 | 0.30 | 58.50 | Prep affid of serv re d.i. 2814, 2815, 2816 for filing (.1); efile same (.2) |
| 2283664 | 597 | Campbell | 04/19/10 | B | B110 | 0.20 | 39.00 | Case admin re previously filed pleadings |
| 2285808 | 597 | Campbell | 04/23/10 | B | B110 | 0.10 | 19.50 | Case admin re previously filed pleadings |
| 2288266 | 597 | Campbell | 04/28/10 | B | B110 | 0.40 | 78.00 | Prep Bromley's pro hac for dist ct (re dist ct matter ) (.2); efile same (.2) |
| 2292565 | 662 | Kittinger | 04/30/10 | B | B110 | 0.30 | 58.50 | Finalize for filing and e-file motion to appear pro hac vice of R. Biak and J. Westerfield |
| 2273512 | 904 | Cordo | 04/01/10 | B | B110 | 0.10 | 38.00 | Review updated motion template sent by E. Bussigel |
| 2276909 | 904 | Cordo | 04/07/10 | B | B110 | 0.10 | 38.00 | Call with E. Bussigl re: calendar |
| 2286787 | 904 | Cordo | 04/26/10 | B | B110 | 0.20 | 76.00 | Deal with pro hac issues re: payment (.1); two calls with district court re: same (.1) |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575    AS OF 04/30/10    INVOICE# ******

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2286793 | 904 | Cordo | 04/26/10 | B | B110 | 0.30 | 114.00 | Review message from N. Salvatore re: tinker (.1); leave message re: same; call with N. Salvatore re: same (.2) |
| 2286796 | 904 | Cordo | 04/26/10 | B | B110 | 0.30 | 114.00 | Emails with E. Bussingl and D. Abbott re: calendar (.1); review weekly case calendar (.2) |
| 2288641 | 904 | Cordo | 04/28/10 | B | B110 | 0.10 | 38.00 | E-mail I. Alemeida re: MNAT address |
| 2289264 | 904 | Cordo | 04/29/10 | B | B110 | 0.20 | 76.00 | Review message from J. Westerfield re: pro hacs (.1); leave message re: same; e-mail E. campbell re: same (.1) |
| 2289803 | 904 | Cordo | 04/30/10 | B | B110 | 0.10 | 38.00 | Email E. Campbell re: updates to service lists |
| 2289808 | 904 | Cordo | 04/30/10 | B | B110 | 0.10 | 38.00 | Review email from A. Kruntogaya re: service; respond re: same |
| 2281172 | 961 | Remming | 04/14/10 | B | B110 | 0.10 | 34.00 | Email to A. Cordo re: contact information at Milbank |
| | | | | Total Task: | B110 | 9.20 | 3,088.00 | |

Asset Dispositions/363 Sales

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2283626 | 221 | Schwartz | 04/07/10 | B | B130 | 0.10 | 56.50 | Rev. Notice Metro Ethernet Sale |
| 2283660 | 221 | Schwartz | 04/09/10 | B | B130 | 0.10 | 56.50 | Rev. Seal Notices re: asset sale |
| 2289611 | 594 | Conway | 04/30/10 | B | B130 | 0.20 | 42.00 | Review email from A. Cordo re drafting notice re Seville sale motion (.1); discuss same w/R. Fusco (.1) |
| 2277070 | 597 | Campbell | 04/08/10 | B | B130 | 0.30 | 58.50 | Attn to under seal cover sheet and related pleading re exhibit to notice of filing of list of assumed and assigned contracts re Metro sale |
| 2278223 | 597 | Campbell | 04/09/10 | B | B130 | 0.60 | 117.00 | Chk docket re mtn re order re Metro side offer (.2); prep cno re same (.2); efile same (.2) |
| 2279170 | 662 | Kittinger | 04/07/10 | B | B130 | 0.30 | 58.50 | Finalize for filing and e-file notice of filing of list of assumed and assigned contracts in connection with the sale of certain assets |
| 2276308 | 904 | Cordo | 04/06/10 | B | B130 | 0.20 | 76.00 | Review email and returned mail from B. Springart (.1); e-mail N. Ryacert and L. Lipner re: same (.1) |
| 2276309 | 904 | Cordo | 04/06/10 | B | B130 | 0.40 | 152.00 | Review e-mail from R. Weinstein re: MEN Sale (.1); review notice (.1); e-mail comments re: same (.1); review response re: same and respond re: same (.1) |
| 2276906 | 904 | Cordo | 04/07/10 | B | B130 | 0.30 | 114.00 | Review notice of contracts being filed under seal (.1); e-mail R. Weinstein re: same; e-mail J. Kittinger re filing (.1); e-mail E. Campbell re: public version. (.1) |
| 2279085 | 904 | Cordo | 04/12/10 | B | B130 | 0.10 | 38.00 | Call with L. Lipner re: question about HP |
| 2280944 | 904 | Cordo | 04/13/10 | B | B130 | 0.30 | 114.00 | Research re: HP and withdrawal (.1); emails with L. Lipner re (.1); same; call with L. Lipner re; same (.1) |
| 2283676 | 904 | Cordo | 04/19/10 | B | B130 | 0.10 | 38.00 | Review e-mail from J. Croft re: filing of CVAS notice; respond re: same |
| 2285704 | 904 | Cordo | 04/22/10 | B | B130 | 0.10 | 38.00 | Review emails from J. Landzkron and J. Croft re: notice of assumption and assignment |
| 2288030 | 904 | Cordo | 04/27/10 | B | B130 | 0.40 | 152.00 | Call with M. Fleming re: Seville amendment (.2); follow up with D. Abbott re: same (.2) |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575        AS OF 04/30/10        INVOICE# ******

| ID | # | Name | Date | B | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2289274 | 904 | Cordo | 04/29/10 | B | B130 | 0.10 | 38.00 | Review e-mail from J. Landzkron re: paragon assumption and assignment |
| 2289805 | 904 | Cordo | 04/30/10 | B | B130 | 0.30 | 114.00 | Call with M. Fleming re: seville amendment motion (.1); review emails re: same (.1); emails with B. Hunt re: same (.1) |
| 2289801 | 904 | Cordo | 04/30/10 | B | B130 | 0.40 | 152.00 | Review and revise seville motion to amend and motion to shorten |
| 2285654 | 948 | Gazze | 04/22/10 | B | B130 | 0.30 | 81.00 | Rvw and edit paragon assumption and assignment for filing |
| | | | Total Task: | | B130 | 4.60 | 1,496.00 | |

Automatic Stay Matters

| ID | # | Name | Date | B | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2275105 | 221 | Schwartz | 04/02/10 | B | B140 | 0.30 | 169.50 | Rev. J. Alberto email w\ attachment re: reply to Appellee's objection |
| 2283753 | 221 | Schwartz | 04/06/10 | B | B140 | 0.10 | 56.50 | Rev. Committee Joinder re: U.K. Pensions |
| 2283754 | 221 | Schwartz | 04/06/10 | B | B140 | 0.50 | 282.50 | Rev. Debtors' Response re: U.K. Pension |
| 2283595 | 221 | Schwartz | 04/06/10 | B | B140 | 0.10 | 56.50 | Appeal Designation re: U.K. Pension |
| 2282984 | 221 | Schwartz | 04/14/10 | B | B140 | 0.10 | 56.50 | Rev. T. Matthews email w\ attachment re: Farnan letter re: U.K. Pension adversary |
| 2283747 | 221 | Schwartz | 04/19/10 | B | B140 | 0.10 | 56.50 | Rev. Memorandum and Order dening stay pending appeal |
| 2273357 | 322 | Abbott | 04/01/10 | B | B140 | 0.10 | 56.50 | Telephone call w/Cordo re: appeal issue |
| 2281566 | 322 | Abbott | 04/14/10 | B | B140 | 0.20 | 113.00 | Review letter re: pension appeal |
| 2281912 | 322 | Abbott | 04/15/10 | B | B140 | 0.30 | 169.50 | Review response to Trustee letter to Farnan re: appeal(.1); telephone call w/ Buell re: same(.2) |
| 2281973 | 322 | Abbott | 04/15/10 | B | B140 | 0.20 | 113.00 | Review revised Farnan letter;(.1); correspondence w/ Gibbon re: same (.1) |
| 2282017 | 322 | Abbott | 04/15/10 | B | B140 | 0.10 | 56.50 | Send letter to Judge Farnan re: appeal |
| 2302158 | 322 | Abbott | 04/15/10 | B | B140 | 0.20 | 113.00 | Review docs re: potential claim |
| 2273674 | 662 | Kittinger | 04/01/10 | B | B140 | 0.40 | 78.00 | Finalize for filing and e-file Appellees Debtors' of an additional item to be included in the record with respect to appeal |
| 2273678 | 662 | Kittinger | 04/01/10 | B | B140 | 0.20 | 39.00 | Finalize for filing and e-file affidavit of service re: district court response to emergency motion of the Trustee |
| 2283905 | 662 | Kittinger | 04/15/10 | B | B140 | 0.20 | 39.00 | Finalize for filing and e-file notice of service re: letter to the Honorable Joseph J. Farnan, Jr. From Derek C. Abbott, Esq. regarding schedule set by the determinations panel |
| 2273510 | 904 | Cordo | 04/01/10 | B | B140 | 0.50 | 190.00 | Review counter designation (.1); call DC re: question about filing and transmittal (.2); emails with B. Gibbon and N. Picknally re: same (.2) |
| 2275258 | 904 | Cordo | 04/05/10 | B | B140 | 0.20 | 76.00 | Review e-mail from B. Gibbon re: scheduling (.1); call with N. Catchpole re: same; e-mail B. Gibbon re: same (.1) |
| 2275261 | 904 | Cordo | 04/05/10 | B | B140 | 0.10 | 38.00 | Review e-mail from B. Gibbon re: mediation; research and respond re: same |
| 2275262 | 904 | Cordo | 04/05/10 | B | B140 | 0.30 | 114.00 | Review UK pension appeal reply |
| 2277624 | 904 | Cordo | 04/08/10 | B | B140 | 0.40 | 152.00 | Call with K. Weaver re: appeal questions (.2); research re: same (.2) |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575      AS OF 04/30/10      INVOICE# ******

| ID | Atty | Name | Date | B | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2282305 | 904 | Cordo | 04/15/10 | B | B140 | 0.40 | 152.00 | Review opinion issued by J. Farnan; call with B. Gibbon re: same (.2); discussion with D. Abbott re: same; emails with N. Forrest re: same (.2) |
| 2282309 | 904 | Cordo | 04/15/10 | B | B140 | 0.20 | 76.00 | Attn: to issues related to letter in district court |
| 2283678 | 904 | Cordo | 04/19/10 | B | B140 | 0.20 | 76.00 | Review e-mail from B. Gibbon re: appendix (.1), respond re: same; e-mail N. Catchpole re: same (.1) |
| 2288623 | 904 | Cordo | 04/28/10 | B | B140 | 0.40 | 152.00 | Emails and discussions with A. Gazze re: 2004 (.2); emails to and from cleary re: same (.2) |
| 2288624 | 904 | Cordo | 04/28/10 | B | B140 | 0.10 | 38.00 | Review e-mail from J. Westerfield re: 2004; respond re: same; |
| 2288632 | 904 | Cordo | 04/28/10 | B | B140 | 0.90 | 342.00 | Research re: stay enforcement |
| 2288633 | 904 | Cordo | 04/28/10 | B | B140 | 0.10 | 38.00 | Finalize and sign J. Bromley pro hac |
| 2288635 | 904 | Cordo | 04/28/10 | B | B140 | 0.20 | 76.00 | Emails to and from cleary team re: sample pleadings on motions to enforce the stay |
| 2288628 | 904 | Cordo | 04/28/10 | B | B140 | 0.50 | 190.00 | Further discussions with R. Baik and J. Westerfield and D. Abbott re: auto stay (.3) and research re: automatic stay (.2) |
| 2289349 | 904 | Cordo | 04/29/10 | B | B140 | 0.30 | 114.00 | Call with J. Westerfield re: motion to enforce (.2); discussion with D. Abbott re; same (.1) |
| 2288636 | 948 | Gazze | 04/28/10 | B | B140 | 1.40 | 378.00 | Research re: 2004 discovery motion |
| 2288637 | 948 | Gazze | 04/28/10 | B | B140 | 0.70 | 189.00 | Research re: enforcement of automatic stay |
| 2273380 | 961 | Remming | 04/01/10 | B | B140 | 0.10 | 34.00 | Office conf. w/ A. Cordo re: designation of record on appeal |
| 2275525 | 975 | Catchpole | 04/05/10 | B | B140 | 0.10 | 35.50 | Discussion w/ AC re district court procedures |
| 2282409 | 975 | Catchpole | 04/15/10 | B | B140 | 0.10 | 35.50 | Discussion re A. Cordo re memorandum decision and district court next steps |
| 2283767 | 975 | Catchpole | 04/19/10 | B | B140 | 0.90 | 319.50 | Research re district court filing |
| 2284798 | 975 | Catchpole | 04/20/10 | B | B140 | 0.10 | 35.50 | Correspond w/ B. Gibbons re district court filing |
|  |  |  |  |  | Total Task: B140 | 11.20 | 4,250.00 | |

Creditor Communications and Meetings

| 2277625 | 904 | Cordo | 04/08/10 | B | B150 | 0.40 | 152.00 | Review message from E. Pryor re: money (.1); call with N. Salvatore re: same (.1); call with E. Pyror re: same (.1); review e-mail and e-mail N. Salvatore re: same (.1) |
| 2288631 | 904 | Cordo | 04/28/10 | B | B150 | 0.10 | 38.00 | Call with N. Salvatore re: 341 meeting |
| 2288622 | 904 | Cordo | 04/28/10 | B | B150 | 0.20 | 76.00 | Call with lawyer for creditor re: question about plan |
| 2289272 | 904 | Cordo | 04/29/10 | B | B150 | 0.10 | 38.00 | Review message from Robin from riverside claims re: plan question; |
| 2289273 | 904 | Cordo | 04/29/10 | B | B150 | 0.20 | 76.00 | Review message from former employee (.1); call with former employee doug re: question about documents in mail (.1) |
|  |  |  |  |  | Total Task: B150 | 1.00 | 380.00 | |

Fee Applications (MNAT - Filing)

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA  249575                INVOICE# ******

AS OF 04/30/10

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2278938 | 597 | Campbell | 04/12/10 | B | B160 | 1.00 | 195.00 | Attn to editing proforma |
| 2280483 | 597 | Campbell | 04/13/10 | B | B160 | 0.20 | 39.00 | Attn to editing proforma |
| 2281160 | 597 | Campbell | 04/14/10 | B | B160 | 2.00 | 390.00 | Attn to editing proforma |
| 2281858 | 597 | Campbell | 04/15/10 | B | B160 | 0.40 | 78.00 | Chk docket re mnat's fee app (.2); prep cno re same (.2) |
| 2283671 | 597 | Campbell | 04/19/10 | B | B160 | 0.10 | 19.50 | Attn to entering proforma edits |
| 2284010 | 597 | Campbell | 04/20/10 | B | B160 | 3.40 | 663.00 | Attn to entering proforma edits |
| 2284924 | 597 | Campbell | 04/21/10 | B | B160 | 3.20 | 624.00 | Prep mnat's fee app |
| 2285325 | 597 | Campbell | 04/22/10 | B | B160 | 0.10 | 19.50 | Review and respond to email from A. Gazze re mnat's fee app |
| 2285377 | 597 | Campbell | 04/22/10 | B | B160 | 1.50 | 292.50 | Attn to entering addl proforma edits (.6); edit fee app (.9) |
| 2283908 | 662 | Kittinger | 04/15/10 | B | B160 | 0.30 | 58.50 | Finalize for filing and e-file certificate of no objection re: fourteenth fee application of Morris, Nichols, Arsht & Tunnell LLP |
| 2287638 | 662 | Kittinger | 04/22/10 | B | B160 | 0.70 | 136.50 | Finalize for filing and e-file fifteenth monthly fee application of Morris, Nichols, Arsht & Tunnell LLP |
| 2281675 | 904 | Cordo | 04/14/10 | B | B160 | 0.30 | 114.00 | Review and revise march fee app |
| 2282342 | 904 | Cordo | 04/15/10 | B | B160 | 0.40 | 152.00 | Review and revise march fee app |
| 2282817 | 904 | Cordo | 04/16/10 | B | B160 | 0.80 | 304.00 | Review and revise MNAT march fee app |
| 2285195 | 904 | Cordo | 04/21/10 | B | B160 | 1.00 | 380.00 | Review and revise MNAT march fee app |
| 2285691 | 904 | Cordo | 04/22/10 | B | B160 | 0.20 | 76.00 | Review and revise march fee app for filing |
| | | | | Total Task: | B160 | 15.60 | 3,541.50 | |

Fee Applications (Others - Filing)

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2282604 | 322 | Abbott | 04/16/10 | B | B165 | 0.10 | 56.50 | Mtg w/ Cordo re: professional fee app and payment issues |
| 2276176 | 594 | Conway | 04/06/10 | B | B165 | 0.30 | 63.00 | Discuss Huron Consulting Group fee app w/A. Cordo (.2); email to Bankr. Ct. re correction (.1) |
| 2275778 | 597 | Campbell | 04/06/10 | B | B165 | 0.50 | 97.50 | Edit cos re fourth supplemental affidavit re ordinary course professionals retention and compensation (.1); prep same for filing (.2); efile same (.2) |
| 2277409 | 597 | Campbell | 04/08/10 | B | B165 | 0.60 | 117.00 | Attn to Ray's fee app (.2); prep notice re Ray's fee app (.3); prep cos re same (.1) |
| 2277022 | 597 | Campbell | 04/08/10 | B | B165 | 0.40 | 78.00 | Chk docket re Jackson's 13th fee app (.2); prep cno re same (.2) |
| 2281091 | 597 | Campbell | 04/14/10 | B | B165 | 0.40 | 78.00 | Chk docket re Huron's fee app (.2); prep cno re same (.2) |
| 2283364 | 597 | Campbell | 04/19/10 | B | B165 | 0.50 | 97.50 | Chk docket re Linklater's fee app (.2); prep cno re same (.2); disc same w/A. Gazze (.1) |
| 2284998 | 597 | Campbell | 04/21/10 | B | B165 | 0.50 | 97.50 | Attn to modifying cno re Linklaters' fee app (.2); disc same w/A. Gazze (.1); efile same (.2) |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575        AS OF 04/30/10        INVOICE# ******

| ID | | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2285033 | 597 | Campbell | 04/21/10 | B | B165 | 1.00 | 195.00 | Prep notice re Huron's fee app (.3); prep cos re same (.1); prep same for filing (.2); efile same (.2); prep serv same (.2) |
| 2285810 | 597 | Campbell | 04/23/10 | B | B165 | 0.60 | 117.00 | Chk docket re Palisades fee app (.2); prep cno re same (.2); efile same (.2) |
| 2289220 | 597 | Campbell | 04/29/10 | B | B165 | 0.40 | 78.00 | Prep notice re Cleary's fee app (.3); prep cos re same (.1) |
| 2288810 | 597 | Campbell | 04/29/10 | B | B165 | 0.40 | 78.00 | Chk docket re Jackson's fee app (.2); prep cno re same (.2) |
| 2288834 | 597 | Campbell | 04/29/10 | B | B165 | 2.50 | 487.50 | Attn to preparing fee exhibit w/respect to prof fee apps for next fee hearing |
| 2279146 | 662 | Kittinger | 04/05/10 | B | B165 | 0.30 | 58.50 | Finalize for filing and e-file supplemental affidavit and order authorizing debtors to employ, retain and compensate professionals in the ordinary course |
| 2279148 | 662 | Kittinger | 04/05/10 | B | B165 | 0.30 | 58.50 | Finalize for filing and e-file notice of twelfth supplement to list of ordinary course professionals |
| 2279175 | 662 | Kittinger | 04/07/10 | B | B165 | 0.40 | 78.00 | Finalize for filing and e-file fourteenth fee application of Jackson Lewis LLP |
| 2279183 | 662 | Kittinger | 04/08/10 | B | B165 | 0.50 | 97.50 | Finalize for filing and e-file third monthly fee application of John Ray |
| 2279184 | 662 | Kittinger | 04/08/10 | B | B165 | 0.30 | 58.50 | Finalize for filing and e-file certificate of no objection re: thirteenth fee application of Jackson Lewis LLP |
| 2283875 | 662 | Kittinger | 04/14/10 | B | B165 | 0.30 | 58.50 | Finalize for filing and e-file thirteenth fee application of Huron Consulting Group |
| 2290907 | 662 | Kittinger | 04/29/10 | B | B165 | 0.30 | 58.50 | Finalize for filing and e-file fourteenth interim fee application of Jackson Lewis LLP |
| 2261143 | 904 | Cordo | 03/10/10 | B | B165 | 0.30 | 114.00 | Review e-mail from J. Ray re: fees; respond re: same (.1); call with N. Salvatore re: same (.1); review response re: same and respond re: same (.1) |
| 2275259 | 904 | Cordo | 04/05/10 | B | B165 | 0.20 | 76.00 | Review e-mail from N. Salvatore re: E&Y(.1); call with N. Salvatore re: same (.1) |
| 2275256 | 904 | Cordo | 04/05/10 | B | B165 | 0.50 | 190.00 | Review E&Y Statement and OCP Statement re: same (.3); attn: to issues related to the filing of same (.2) |
| 2276304 | 904 | Cordo | 04/06/10 | B | B165 | 0.30 | 114.00 | E-mail N. Salvatore re: OCP statement (.1); review COS; e-mail N. Salvatore re: same (.1); review and sign notice and cos (.1) |
| 2276288 | 904 | Cordo | 04/06/10 | B | B165 | 0.10 | 38.00 | Call with M. Scanalla re: Huron fees |
| 2276290 | 904 | Cordo | 04/06/10 | B | B165 | 0.30 | 114.00 | Review e-mail from D. Wollett re: Huron fees (.1); research re: same (.1); respond re: same (.1) |
| 2276291 | 904 | Cordo | 04/06/10 | B | B165 | 0.20 | 76.00 | Review e-mail from A. Gazze to D. Wollett re: fees (.1); respond re: same (.1) |
| 2276294 | 904 | Cordo | 04/06/10 | B | B165 | 0.20 | 76.00 | Discussion with A. Gazze re: Nortel fees (.1); review e-mail re: same (.1) |
| 2276900 | 904 | Cordo | 04/07/10 | B | B165 | 0.10 | 38.00 | Review e-mail from J. Oysten re: fee estimate; e-mail D. Wollett re: same |
| 2276904 | 904 | Cordo | 04/07/10 | B | B165 | 0.20 | 76.00 | Review e-mail from D. Hebert re: Jackson Lewis fee app; review fee app (.1); review and sign NOA and COS; e-mail D. Hebert re: same (.1) |
| 2277615 | 904 | Cordo | 04/08/10 | B | B165 | 0.30 | 114.00 | Call with J. Lacks re: Chilmark fee applications (.1) review and revise fee application primer and send email to Chilmark team re: same (.2) |
| 2277627 | 904 | Cordo | 04/08/10 | B | B165 | 0.20 | 76.00 | Call with R. Smith re: questions about fee application |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575        AS OF 04/30/10        INVOICE# ******

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2277618 | 904 | Cordo | 04/08/10 | B | B165 | 0.20 | 76.00 | Review e-mail from R. Smith re: J. Ray fee application; review application re same (.1); e-mail R. Smith re: same (.1) |
| 2277622 | 904 | Cordo | 04/08/10 | B | B165 | 0.20 | 76.00 | Review message from D. Wollett re: question about J. Ray (.1); return call re: same (.1) |
| 2279086 | 904 | Cordo | 04/12/10 | B | B165 | 0.20 | 76.00 | Review e-mail from. Oysten re: linklaters fees (.1); e-mail B. Anemone re; same (.1) |
| 2281676 | 904 | Cordo | 04/14/10 | B | B165 | 0.20 | 76.00 | Review e-mail from M. Scannella re: Huron cno (.1); respond re: same (.1) |
| 2282302 | 904 | Cordo | 04/15/10 | B | B165 | 0.10 | 38.00 | Review e-mail from M. Scannella re: Huron payment; e-mail D. Wollett re: same |
| 2282810 | 904 | Cordo | 04/16/10 | B | B165 | 0.80 | 304.00 | Review emails from D. Wollett re: J. Ray (.1); review e-mails from D. Wollett re: Huron (2); research and emails re: same (.5) |
| 2282818 | 904 | Cordo | 04/16/10 | B | B165 | 0.60 | 228.00 | Discussion with D. Abbott re: fee professionals (.1); call with N. Salvatore re: same (.1); follow up call with N. Salvatore (.2); emails with R. Boris and Hinta (.1); call with M. Scannella re: Huron (.1) |
| 2282815 | 904 | Cordo | 04/16/10 | B | B165 | 0.50 | 190.00 | Draft e-mail to D. Abbott summarizing fee issues |
| 2283597 | 904 | Cordo | 04/19/10 | B | B165 | 0.20 | 76.00 | Emails with J. Bromley, D. Abbott, and N. Salvatore re: payments |
| 2284833 | 904 | Cordo | 04/20/10 | B | B165 | 0.10 | 38.00 | E-mail from A. Remming re: OCPs; respond re: same |
| 2285199 | 904 | Cordo | 04/21/10 | B | B165 | 0.20 | 76.00 | Emails with D. Abbott, A. Gazze, and Linklaters re: UST |
| 2285200 | 904 | Cordo | 04/21/10 | B | B165 | 0.20 | 76.00 | Review e-mail from M. Scanella re: fee app (.1); review and sign notice; e-mail M. Scannella re: same (.1) |
| 2285697 | 904 | Cordo | 04/22/10 | B | B165 | 0.30 | 114.00 | Call with N. Salvatore re: fee applications and smart agreements (.2); discussions with A. Gazze re: same (.1) |
| 2286028 | 904 | Cordo | 04/23/10 | B | B165 | 0.40 | 152.00 | Emails with B. Witters re: committee fee apps (.1); e-mail D. Abbott re: same (.1); research re; same (.2) |
| 2286791 | 904 | Cordo | 04/26/10 | B | B165 | 0.10 | 38.00 | Review e-mail from D. Wollett re: estimate and wire instructions (.1); e-mail D. Wollet re: same and e-mail J. Oysten re: same (.1) |
| 2286797 | 904 | Cordo | 04/26/10 | B | B165 | 0.10 | 38.00 | Review e-mail from J. Oysten re: fees |
| 2289263 | 904 | Cordo | 04/29/10 | B | B165 | 0.10 | 38.00 | Leave message for N. Salvatore re: 2014 |
| 2289267 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Review e-mail from A. Kruntogaya re: Ashurst fee payment (.1); respond re: same (.1) |
| 2289270 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Review e-mail from D. Wollett re: wire information (.1); e-mail J. Oysten re: same; review response re: same; e-mail D. Wollett re: same (.1) |
| 2289271 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Attn: to final review of Cleary March fee app (.1); sign NOS and COS for filing; e-mail J. Lacks re: same (.1) |
| 2289265 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Discussion with D. Abbott re: 2014 |
| 2289350 | 904 | Cordo | 04/29/10 | B | B165 | 0.10 | 38.00 | Review e-mail from N. Salvatore re: 2014; leave message re: same |
| 2289351 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Call with N. Salvatore and A. Kruntogay re: 2014 |
| 2289276 | 904 | Cordo | 04/29/10 | B | B165 | 0.20 | 76.00 | Review e-mail from J. Lacks re: Cleary fee fee app (.1); review fee app; e-mail J. Lacks re: same (.1) |

Nortel Networks, Inc.                                                                                               PRO FORMA   249575            INVOICE# ******
63989-DIP
DATE: 05/20/10 16:16:15                                                                                                                            AS OF 04/30/10

| Index | ID | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2289278 | 904 | Cordo | 04/29/10 | B | B165 | 0.30 | 114.00 | Review e-mail from A. Kruntogaya re: 2014 (.1); respond re: same (.1); review e-mail from N. Salvatore re: same; e-mail D. Abbott re: same (.1) |
| 2289804 | 904 | Cordo | 04/30/10 | B | B165 | 0.10 | 38.00 | Review email from J. Oysten re: wire instruction; email D. Wollett re: same |
| 2275173 | 948 | Gazze | 04/05/10 | B | B165 | 0.30 | 81.00 | Correspondence with Nortel re: professionals fees |
| 2276321 | 948 | Gazze | 04/06/10 | B | B165 | 0.10 | 27.00 | E-mail to Donna re: professionals fee |
| 2279044 | 948 | Gazze | 04/12/10 | B | B165 | 0.30 | 81.00 | Weekly fee email to Nortel re: professionals fees |
| 2283819 | 948 | Gazze | 04/19/10 | B | B165 | 0.30 | 81.00 | Draft weekly update re: professionals fees |
| 2285651 | 948 | Gazze | 04/22/10 | B | B165 | 1.70 | 459.00 | Prepare chart of professionals for Nortel SMARTs |
| 2286669 | 948 | Gazze | 04/26/10 | B | B165 | 0.30 | 81.00 | Rvw and draft fee email re: Linklaters fees and CNO weekly fee update |
| 2284616 | 961 | Remming | 04/20/10 | B | B165 | 0.20 | 68.00 | Tele. w/ A. Gazze re: OCP invoice (.1); email to A. Cordo re: same (.1) |
| 2284655 | 961 | Remming | 04/20/10 | B | B165 | 0.20 | 68.00 | Email to A. Krutonogaya re: OCP invoice (.1); email to OCP re: same (.1) |
| | | | | | Total Task: B165 | 23.10 | 6,512.50 | |
| | Fee Applications (Other - Objections) | | | | | | | |
| 2283308 | 322 | Abbott | 04/19/10 | B | B175 | 0.20 | 113.00 | Conf call w/ Oyston, Salvatore re: potential fee issues re: Linklaters |
| 2273508 | 904 | Cordo | 04/01/10 | B | B175 | 0.10 | 38.00 | E-mail B. Anemone re: Linklaters and review response re: same |
| 2276905 | 904 | Cordo | 04/07/10 | B | B175 | 0.20 | 76.00 | Review e-mail from J. Oysten re: UST comments; e-mail J. Oysten re: same (.1); e-mail P. Tinker re: same (.1) |
| 2282808 | 904 | Cordo | 04/16/10 | B | B175 | 0.20 | 76.00 | Emails with B. Anemeone and J. Oysten re: call with UST re: objections (.1); set up call time; call with N. Salvatore re: same (.1) |
| 2283571 | 904 | Cordo | 04/19/10 | B | B175 | 0.20 | 76.00 | Emails with N. Salvatore and D. Abbott re: Linklaters (1); emails with A. Gazze re: same (.1) |
| 2285256 | 948 | Gazze | 04/21/10 | B | B175 | 0.40 | 108.00 | Review e-mails from M. Blythe re: Linklaters fee application; rvw and edit Linklaters CNO for fees |
| | | | | | Total Task: B175 | 1.30 | 487.00 | |
| | Executory Contracts/Unexpired Leases | | | | | | | |
| 2287771 | 221 | Schwartz | 04/19/10 | B | B185 | 0.20 | 113.00 | Rev. Hewlett Packard termination motion |
| 2273169 | 322 | Abbott | 04/01/10 | B | B185 | 0.10 | 56.50 | Telephone call w/ Taylor re: HPFS lease buyout docs; call to Stamm re: same |
| 2273205 | 322 | Abbott | 04/01/10 | B | B185 | 0.20 | 113.00 | Telephone call w/ Stam re: HPFFS lease buyout language |
| 2281134 | 322 | Abbott | 04/14/10 | B | B185 | 0.10 | 56.50 | Coordinate filing of HPFS lease termination motion |
| 2281178 | 322 | Abbott | 04/14/10 | B | B185 | 0.40 | 226.00 | Review final draft of HPFS lease termination motion |
| 2281359 | 322 | Abbott | 04/14/10 | B | B185 | 0.10 | 56.50 | Review HPFS comments to lease termination motion |
| 2276838 | 597 | Campbell | 04/07/10 | B | B185 | 0.20 | 39.00 | Efile affid of serv re d.i. 2786, 2787, 2788 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA  249575        INVOICE# ******        AS OF 04/30/10

| ID | Timekeeper | | Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 2283348 | 597 | Campbell | 04/19/10 | B | B185 | Prep notice re motion to terminate leases re Hewlett Packard (.3); prep cos re same (.1); disc addl serv parties re same w/A. Gazze (.1); attn to research re same (.2);edit cos (.1); prep same for filing (.1); efile same (.2); prep svc same (.2) | 1.30 | 253.50 |
| 2285397 | 597 | Campbell | 04/22/10 | B | B185 | Prep notice of requests to assume and assign for filing (.1);efile same (.2); attn to cover sheet re exh a filed under seal (.2); atty to court copy re same (.2) | 0.70 | 136.50 |
| 2288170 | 597 | Campbell | 04/28/10 | B | B185 | Attn to affidavits re assumption notice (d.i. 2914) (.2); efile same (.2); attn to cover sheet re exh b to affidavit filed under seal (.2) | 0.60 | 117.00 |
| 2288796 | 597 | Campbell | 04/29/10 | B | B185 | Prep exh b filed under seal re d.i. 2923 for court | 0.20 | 39.00 |
| 2281687 | 904 | Cordo | 04/14/10 | B | B185 | Review HPFS motion (.2); discussion with D. Abbott re: same (.1); circulate to committee; circulate revision to circulate (.1) | 0.40 | 152.00 |
| 2281682 | 904 | Cordo | 04/14/10 | B | B185 | Call with L. Lipner re: HP review follow up e-mail re: same (.1); review emails from L. Lipner and Eric re: same (.1); follow up call with L. Lipner re: same (.1) | 0.30 | 114.00 |
| 2283790 | 904 | Cordo | 04/19/10 | B | B185 | Emails with A. Gazze re: HPFS | 0.20 | 76.00 |
| 2288649 | 904 | Cordo | 04/28/10 | B | B185 | Call with E. Bussingl re: rejection question | 0.20 | 76.00 |
| 2286962 | 924 | Harvey | 04/23/10 | B | B185 | Review research re: rejection damages and email to A. Cerceo re: same. | 0.20 | 61.00 |
| 2281671 | 948 | Gazze | 04/14/10 | B | B185 | Edit motion to terminate leases hpfs and assign to avaya | 1.20 | 324.00 |
| 2283820 | 948 | Gazze | 04/19/10 | B | B185 | Filing motion for termination of leases and review of e-mail from A. Dohkia and L. Ahearn re: same | 0.50 | 135.00 |
| 2284783 | 948 | Gazze | 04/20/10 | B | B185 | E-mails w/ A. Dhokia re: HPFS leases | 0.20 | 54.00 |
| 2282170 | 961 | Remming | 04/15/10 | B | B185 | Attention to lease service list issue; office confs. w/ B. Springart | 0.10 | 34.00 |
| | | | | | Total Task: B185 | | 7.40 | 2,232.50 |

Other Contested Matters

| ID | Timekeeper | | Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 2291446 | 203 | Culver | 04/12/10 | B | B190 | Email with Abbott re payment dispute | 0.10 | 56.50 |
| 2291450 | 203 | Culver | 04/13/10 | B | B190 | Email from Abbott re payment dispute & review of summary | 0.30 | 169.50 |
| 2292471 | 203 | Culver | 04/14/10 | B | B190 | Review email from L. Schweitzer & from D Abbott re dispute | 0.10 | 56.50 |
| 2291440 | 203 | Culver | 04/15/10 | B | B190 | Review of docs received from client re potential dispute & email with Abbott re same | 1.20 | 678.00 |
| 2291441 | 203 | Culver | 04/19/10 | B | B190 | Prep for attend call with Abbott and clients re potential dispute | 0.90 | 508.50 |
| 2281412 | 322 | Abbott | 04/14/10 | B | B190 | Coordinate potential litigation action | 0.10 | 56.50 |
| 2282814 | 904 | Cordo | 04/16/10 | B | B190 | Review e-mail from T. Britt re: question about document retention and respond re: same | 0.20 | 76.00 |
| | | | | | Total Task: B190 | | 2.90 | 1,601.50 |

Employee Matters

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575              AS OF 04/30/10                                      INVOICE# ******

| | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 2283730 | 221 | Schwartz | 04/16/10 | B | B220 | 0.10 | 56.50 | Rev. Motion to Shorten re: Key Incentive |
| 2283734 | 221 | Schwartz | 04/16/10 | B | B220 | 0.20 | 113.00 | Rev. Motion to Allow Award under Key Incentive Plan |
| 2281968 | 322 | Abbott | 04/15/10 | B | B220 | 0.50 | 282.50 | Review motion re: Riedel employment agreement(.3); telephone call w/ Cordo, Lacks, Alcock re: same(.2) |
| 2289642 | 546 | Fusco | 04/30/10 | B | B220 | 0.20 | 42.00 | Draft notice re motion to amend IP license agreement |
| 2282439 | 597 | Campbell | 04/16/10 | B | B220 | 1.00 | 195.00 | Prep motion re employment agreement for filing (.1); efile same (.2); prep motion to shorten re same for filing (.1); efile same (.2); prep same for ct (.2); email A. Cordo re same (.1); email epiq re serv same (.1) |
| 2286816 | 662 | Kittinger | 04/21/10 | B | B220 | 0.20 | 39.00 | Finalize for filing and e-file affidavit of service re: motion for entry into an employment agreement |
| 2281677 | 904 | Cordo | 04/14/10 | B | B220 | 0.40 | 152.00 | Review e-mail from S. Biana re: agreement motion (.1); review motion (.3); dicussion with D. Abbott re:same (.1) |
| 2282315 | 904 | Cordo | 04/15/10 | B | B220 | 0.30 | 114.00 | Emails with S. Bianca re: motion to shorten (.1); emails with J. lacks re: same (.1); discussion with D. Abbott re: same; call with J. Lacks re: same (.1) |
| 2282308 | 904 | Cordo | 04/15/10 | B | B220 | 0.10 | 38.00 | Review e-mail from J. Lacks re: motion to shorten Reidel ; leave message re: same |
| 2282313 | 904 | Cordo | 04/15/10 | B | B220 | 0.30 | 114.00 | Discussion with D. Abbott re: Reidel motion (.1); call with D. Abbott and M. Alcott re: same (.1); call with J. Lacks re: same; e-mail comments to J. Lacks (.1) |
| 2282314 | 904 | Cordo | 04/15/10 | B | B220 | 0.50 | 190.00 | Review and revise motion to shorten (.3); discussion with D. Abbott re: same (.1); call with J. Lacks re: same (.1) |
| 2282813 | 904 | Cordo | 04/16/10 | B | B220 | 0.30 | 114.00 | Call with E. Campbell re: filing of Reidel motion (.1); emails with R. Baik re: same; e-mail P. Tinker rE: same (.1); discussion with E. Campbell re: same (.1) |
| 2285202 | 904 | Cordo | 04/21/10 | B | B220 | 0.20 | 76.00 | Call with J. Lacks and K. Sperring re: Ridel agreement |
| 2289800 | 904 | Cordo | 04/30/10 | B | B220 | 0.10 | 38.00 | Review email from J. Lacks re: filing of cert for Reidel motion; respond re: same |
| 2282291 | 948 | Gazze | 04/15/10 | B | B220 | 0.80 | 216.00 | Draft motion to shorten motion for employment agreement |
| 2283821 | 948 | Gazze | 04/19/10 | B | B220 | 1.20 | 324.00 | Research re: deferred compensation plan termination |
| 2289738 | 948 | Gazze | 04/30/10 | B | B220 | 0.40 | 108.00 | Certification of counsel re: Employee Motion |
| 2281529 | 961 | Remming | 04/14/10 | B | B220 | 1.20 | 408.00 | Draft motion to shorten for employment agreement motion |
| 2281859 | 961 | Remming | 04/15/10 | B | B220 | 0.10 | 34.00 | Review and respond to email from S. Bianca re: employment motion |
| 2282047 | 961 | Remming | 04/15/10 | B | B220 | 0.30 | 102.00 | Review\edit motion to shorten for employment motion; email to A. Gazze re: same |
| 2283775 | 961 | Remming | 04/19/10 | B | B220 | 0.10 | 34.00 | Office conf. and tele. w/ A. Gazze re: deferred comp. issue |
| | | | Total Task: | | B220 | 8.50 | 2,790.00 | |

Financing Matters/Cash Collateral

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575    AS OF 04/30/10    INVOICE# ******

| Index | Atty | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2285621 | 322 | Abbott | 04/22/10 | B | B230 | 0.20 | 113.00 | Call to Lipner re: cash mgmt |
| 2285637 | 322 | Abbott | 04/22/10 | B | B230 | 0.30 | 169.50 | Tc w/ Lipner re: cash mgmt |
| 2285700 | 904 | Cordo | 04/22/10 | B | B230 | 0.40 | 152.00 | Review e-mail from L. Lipner re: cash management (.1); call with L. Lipner re: same plus claims issues (.3) |
| 2285694 | 904 | Cordo | 04/22/10 | B | B230 | 0.20 | 76.00 | Discussion with D. Abbott re: cash management (.1); leave message for L. Lipner re: same (.1) |
| | | | | Total Task: | B230 | 1.10 | 510.50 | |

Tax Matters

| Index | Atty | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2283607 | 221 | Schwartz | 04/06/10 | B | B240 | 0.10 | 56.50 | Rev. Iowa Dept. Revenue response |
| 2283695 | 221 | Schwartz | 04/13/10 | B | B240 | 0.20 | 113.00 | Rev. IRS response re: determining certain tax liabties |
| 2283686 | 221 | Schwartz | 04/13/10 | B | B240 | 0.20 | 113.00 | Rev. California Franchise Tax Board objection |
| 2287836 | 221 | Schwartz | 04/26/10 | B | B240 | 0.10 | 56.50 | Rev. Illinois tax objection |
| 2281148 | 322 | Abbott | 04/14/10 | B | B240 | 0.20 | 113.00 | Review US response on tax motion |
| 2273680 | 662 | Kittinger | 04/01/10 | B | B240 | 0.20 | 39.00 | Finalize for filing and e-file affidavit of service re: tax motion |
| 2280574 | 662 | Kittinger | 04/09/10 | B | B240 | 0.20 | 39.00 | Finalize for filing and e-file affidavit of service re: motion to determine certain tax liabilities |
| 2273514 | 904 | Cordo | 04/01/10 | B | B240 | 0.10 | 38.00 | Call with California franchise tax board re: question about tax motion; e-mail M. Fleming re: same |
| 2273509 | 904 | Cordo | 04/01/10 | B | B240 | 0.20 | 76.00 | Call with C. Momijian re: tax motion (.1); call M. Fleming re: same (.1) |
| 2274229 | 904 | Cordo | 04/02/10 | B | B240 | 0.30 | 114.00 | Emails with M. Fleming re: tax motion (.2); review voice message from taxing authority and e-mail M. Fleming re: same (.1) |
| 2276902 | 904 | Cordo | 04/07/10 | B | B240 | 0.20 | 76.00 | Review e-mail from Illinois tax and e-mail M. Fleming re: same (.1); e-mail with D. Abbott re: same (.1) |
| 2277617 | 904 | Cordo | 04/08/10 | B | B240 | 0.20 | 76.00 | Review letter re: state of michigan (.1); e-mail C. Goodman re: same (.1) |
| 2284834 | 904 | Cordo | 04/20/10 | B | B240 | 0.10 | 38.00 | Review letter from Texas and e-mail C. Goodman re: same |
| 2285692 | 904 | Cordo | 04/22/10 | B | B240 | 0.20 | 76.00 | Emails with E. Bussignl re: hearing on tax motion (.1); call with E. Bussingl re: same (.1) |
| 2278375 | 948 | Gazze | 04/09/10 | B | B240 | 0.20 | 54.00 | Discussion w/ E. Busigel re: Illinois Tax/service question |
| | | | | Total Task: | B240 | 2.70 | 1,078.00 | |

Court Hearings

| Index | Atty | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2283691 | 221 | Schwartz | 04/13/10 | B | B300 | 0.10 | 56.50 | Rev. agenda letter for 4/14 hearing |
| 2275764 | 597 | Campbell | 04/06/10 | B | B300 | 1.50 | 292.50 | Prep agenda |
| 2276801 | 597 | Campbell | 04/07/10 | B | B300 | 0.40 | 78.00 | Prep notice of rescheduled hearing (.3); prep cos re same (.1) |
| 2276643 | 597 | Campbell | 04/07/10 | B | B300 | 0.20 | 39.00 | Update agenda |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA  249575          AS OF 04/30/10          INVOICE# ******

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2278327 | 597 | Campbell | 04/09/10 | B | B300 | 0.20 | 39.00 | Attn to updating agenda |
| 2278978 | 597 | Campbell | 04/12/10 | B | B300 | 0.50 | 97.50 | Prep amended agenda (.4); prep cos re same (.1) |
| 2278639 | 597 | Campbell | 04/12/10 | B | B300 | 1.30 | 253.50 | Attn to agenda edits (2); attn to updating courts' agenda binders (.4);prep cos re same (.1); efile same (.2); prep same for court (.2); prep svc same (.2) |
| 2278806 | 597 | Campbell | 04/12/10 | B | B300 | 0.60 | 117.00 | Attn to addl serv re agenda (.2); prep supp nos re same (.2); efile same (.2) |
| 2278903 | 597 | Campbell | 04/12/10 | B | B300 | 0.40 | 78.00 | Attn to prep atty's hearing binder |
| 2280129 | 597 | Campbell | 04/13/10 | B | B300 | 0.90 | 175.50 | Edit amended agenda (.2); edit cos re same (.1); efile same (.2); prep same for ct (.2); prep serv same (.2) |
| 2280417 | 597 | Campbell | 04/13/10 | B | B300 | 1.00 | 195.00 | Prep svc various orders entered by court w/respect to agenda matters (.5); prep nos re same (.3); efile same (.2) |
| 2284119 | 597 | Campbell | 04/20/10 | B | B300 | 0.70 | 136.50 | Prep agenda |
| 2285557 | 597 | Campbell | 04/22/10 | B | B300 | 0.30 | 58.50 | Chk docket re agenda matters (2); update agenda (.1) |
| 2285795 | 597 | Campbell | 04/23/10 | B | B300 | 1.00 | 195.00 | Chk docket re agenda matters (.2); attn to pleadings re same (.8) |
| 2286437 | 597 | Campbell | 04/26/10 | B | B300 | 1.50 | 292.50 | Attn to docket research re hearing related pleadings and disposition of same |
| 2286881 | 597 | Campbell | 04/27/10 | B | B300 | 1.30 | 253.50 | Attn to serv parties re agenda (2); disc same w/A. Gazze (.1); p/c to ct re same (.1); prep cos re same (.1); edit agenda (.2); efile same (.2); prep same for court (.2); prep serv same (.2) |
| 2287492 | 597 | Campbell | 04/27/10 | B | B300 | 0.80 | 156.00 | Prep agenda for 5/5 hearing |
| 2288208 | 597 | Campbell | 04/28/10 | B | B300 | 0.20 | 39.00 | Chk docket re agenda matters |
| 2289218 | 597 | Campbell | 04/29/10 | B | B300 | 0.10 | 19.50 | Disc agenda w/A. Gazze |
| 2279176 | 662 | Kittinger | 04/07/10 | B | B300 | 0.30 | 58.50 | Finalize for filing and e-file notice of rescheduled hearing time from April 29, 2010 at 2:00 p.m. to April 29, 2010 at 10:00 a.m. |
| 2273511 | 904 | Cordo | 04/01/10 | B | B300 | 0.10 | 38.00 | Review transcript; e-mail I. Alemeida re: same |
| 2276285 | 904 | Cordo | 04/06/10 | B | B300 | 0.20 | 76.00 | Review and comment on Nortel April 14th agenda |
| 2276903 | 904 | Cordo | 04/07/10 | B | B300 | 0.10 | 38.00 | Review and sign notice of rescheduled hearing |
| 2276908 | 904 | Cordo | 04/07/10 | B | B300 | 0.10 | 38.00 | Review e-mail from E. Taiwo re: upcoming hearings; respond re: same |
| 2276917 | 904 | Cordo | 04/07/10 | B | B300 | 0.30 | 114.00 | Call with S. Scaruzzi re: hearing time; e-mail E. Campbell re: same (.1); e-mail Cleary team re: same; review e-mail from N. Salvatore re: same (.1); review e-mail from E. Taiwo re: same; respond re: same (.1) |
| 2278771 | 904 | Cordo | 04/09/10 | B | B300 | 0.10 | 38.00 | Review emails from A. Gazze re: agenda |
| 2279082 | 904 | Cordo | 04/12/10 | B | B300 | 0.20 | 76.00 | Review various emails re: amended agenda; emails and calls with N. Salvatore re: same; call with A. Gazze re: same |
| 2279083 | 904 | Cordo | 04/12/10 | B | B300 | 0.50 | 190.00 | Call with M. Hurford re: Cali Franchise Tax Objection and agenda (.1); call with E. Bussigel re: same (.1); review e-mail re: same (.1); follow up call with M.Hurford re: same (.1); emails with E. Campbell re: amending agenda (.1) |

```
Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15                    PRO FORMA  249575         INVOICE# ******    AS OF 04/30/10
```

| ID | # | Name | Date | | Code | Description | Amount | Hours |
|---|---|---|---|---|---|---|---|---|
| 2279084 | 904 | Cordo | 04/12/10 | B | B300 | Review emails re: agenda (.1); e-mail E. Taiwo re: same (.1) call with A. Gazze re: same (.1) | 114.00 | 0.30 |
| 2280950 | 904 | Cordo | 04/13/10 | B | B300 | Review and revise agenda (.1); call with A. Gazze re: same (.1) | 76.00 | 0.20 |
| 2283573 | 904 | Cordo | 04/19/10 | B | B300 | Review e-mail from K. Weaver re: transcript; respond re: same | 38.00 | 0.10 |
| 2288032 | 904 | Cordo | 04/27/10 | B | B300 | Attn: to agenda related issues | 76.00 | 0.20 |
| 2288029 | 904 | Cordo | 04/27/10 | B | B300 | Review may 5th agenda | 38.00 | 0.10 |
| 2289269 | 904 | Cordo | 04/29/10 | B | B300 | Review e-mail from J. Lacks re: agenda comments; respond re: same | 38.00 | 0.10 |
| 2289802 | 904 | Cordo | 04/30/10 | B | B300 | Review email question from monitor re: matters scheduled for hearing; respond re: same | 38.00 | 0.10 |
| 2275174 | 948 | Gazze | 04/05/10 | B | B300 | Edit agenda for April 14 hearing | 27.00 | 0.10 |
| 2276319 | 948 | Gazze | 04/06/10 | B | B300 | Edit agenda for April 14 hearing; review and send e-mails to E. Taiwo re: agenda | 81.00 | 0.30 |
| 2276892 | 948 | Gazze | 04/07/10 | B | B300 | Edit agenda for April 14 hearing; review CNO for filing | 27.00 | 0.10 |
| 2277594 | 948 | Gazze | 04/08/10 | B | B300 | Edit agenda for April 14 hearing | 81.00 | 0.30 |
| 2278374 | 948 | Gazze | 04/09/10 | B | B300 | Edit agenda for April 14 hearing; correspondence w/ K. Speiring and N. Salvatore re: agenda | 81.00 | 0.30 |
| 2279045 | 948 | Gazze | 04/12/10 | B | B300 | Edit agenda for April 14 hearing and review of e-mails re: agenda | 135.00 | 0.50 |
| 2279047 | 948 | Gazze | 04/12/10 | B | B300 | Edit and file amended agenda for April 14 hearing | 81.00 | 0.30 |
| 2280888 | 948 | Gazze | 04/13/10 | B | B300 | Edit amended agenda; correspondence w/ N. Salvatore re: amended agenda cancelling hearing | 108.00 | 0.40 |
| 2284784 | 948 | Gazze | 04/20/10 | B | B300 | Edit agenda for April 29 hearing; correspondence re: agenda | 135.00 | 0.50 |
| 2285655 | 948 | Gazze | 04/22/10 | B | B300 | Rvw agenda for april 29 hearing | 27.00 | 0.10 |
| 2285988 | 948 | Gazze | 04/23/10 | B | B300 | Rvw agenda for april 29 hearing | 27.00 | 0.10 |
| 2286671 | 948 | Gazze | 04/26/10 | B | B300 | Rvw and edit agenda for april 29 hearing | 54.00 | 0.20 |
| 2288019 | 948 | Gazze | 04/27/10 | B | B300 | Rvw and edit agenda for April 29; call w/ E. Taiwo re: agenda (.2) rvw and edit agenda for May 5 (.3) | 135.00 | 0.50 |
| 2289254 | 948 | Gazze | 04/29/10 | B | B300 | Rvw agenda for May 5 and rvw e-mails re: same | 27.00 | 0.10 |
| | | | | Total Task: | B300 | | 4,682.50 | 19.80 |

Claims Objections and Administration

| 2292416 | 203 | Culver | 04/08/10 | B | B310 | Conf w/A. Cordo re claims review | 113.00 | 0.20 |
| 2283693 | 221 | Schwartz | 04/13/10 | B | B310 | Rev. ACS Cable Motion for Administrative Claim | 113.00 | 0.20 |
| 2283701 | 221 | Schwartz | 04/14/10 | B | B310 | Rev. Certification re: 4th claims objection | 56.50 | 0.10 |
| 2283060 | 221 | Schwartz | 04/15/10 | B | B310 | Rev. and respond to A. Cordo email w\ attachment re: estimation motion | 56.50 | 0.10 |
| 2283706 | 221 | Schwartz | 04/15/10 | B | B310 | Rev. R. Beltran letter | 56.50 | 0.10 |

```
Nortel Networks, Inc.                                    PRO FORMA  249575        AS OF 04/30/10        INVOICE# ******
63989-DIP
DATE: 05/20/10 16:16:15
```

| ID | Code | Attorney | Date | B | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2283707 | 221 | Schwartz | 04/15/10 | B | B310 | 0.10 | 56.50 | Rev. Adom objection |
| 2283710 | 221 | Schwartz | 04/15/10 | B | B310 | 0.10 | 56.50 | Rev. Response by Adom re: claim objection |
| 2276457 | 322 | Abbott | 04/06/10 | B | B310 | 0.80 | 452.00 | Tc w/ Bianca re: employee claim issues |
| 2278895 | 322 | Abbott | 04/09/10 | B | B310 | 0.50 | 282.50 | Revise memo re: claims process and transmit to Bianca. |
| 2282155 | 322 | Abbott | 04/15/10 | B | B310 | 0.20 | 113.00 | Mtg w/ Cordo re: 2004 exams re: various claims |
| 2281924 | 322 | Abbott | 04/15/10 | B | B310 | 0.10 | 56.50 | Telephone call w/ Gibbon re: revised draft letter to Judge Farnan re: pensions appeal |
| 2282585 | 322 | Abbott | 04/16/10 | B | B310 | 0.20 | 113.00 | Telephone call w/ Drake re: settlement procedures, issues |
| 2283582 | 322 | Abbott | 04/19/10 | B | B310 | 0.20 | 113.00 | Review claims motion for Drake |
| 2283614 | 322 | Abbott | 04/19/10 | B | B310 | 0.10 | 56.50 | Telephone call w/ Drake re: omnibus claims settlement motion draft |
| 2283749 | 322 | Abbott | 04/19/10 | B | B310 | 0.60 | 339.00 | Conf call w/ McKEnna, Saliby, Rowan, Culver re: NSN invoice issue |
| 2285065 | 322 | Abbott | 04/21/10 | B | B310 | 0.20 | 113.00 | Mtgs w/ Cordo re: claims issues |
| 2285897 | 322 | Abbott | 04/23/10 | B | B310 | 0.10 | 56.50 | Mtg w/ Cordo re: ACS issue |
| 2287621 | 322 | Abbott | 04/27/10 | B | B310 | 0.20 | 113.00 | Call to Higman re: open issues |
| 2288076 | 322 | Abbott | 04/27/10 | B | B310 | 0.10 | 56.50 | Mtg w/ Cordo re: pending motion practice |
| 2289257 | 322 | Abbott | 04/29/10 | B | B310 | 0.20 | 113.00 | Mtg w/ Cordo re: motion practice, claims issues |
| 2276526 | 597 | Campbell | 04/07/10 | B | B310 | 0.60 | 117.00 | Chk docket re amended 4th omni obj claims (.2); prep cno re same (.2); efile same (.2) |
| 2276837 | 597 | Campbell | 04/07/10 | B | B310 | 0.20 | 39.00 | Efile affid of serv re d.i. 2769 |
| 2280656 | 597 | Campbell | 04/13/10 | B | B310 | 0.50 | 97.50 | Prep cert of counsel re supplemental order re fourth omnibus obj claims for filing (.1); efile same (.2); prep same for ct (.2) |
| 2281280 | 597 | Campbell | 04/14/10 | B | B310 | 0.20 | 39.00 | Attn to order entered re supp 4th omni obj to claims (.1); email epiq re serv same (.1) |
| 2282571 | 597 | Campbell | 04/16/10 | B | B310 | 0.30 | 58.50 | Prep affid of serv re D.I. 2882 for filing (.2) |
| 2287286 | 904 | Cordo | 04/06/10 | B | B310 | 0.10 | 38.00 | Review e-mail from S. Levine re: question about claim; e-mail cleary claims team re: same |
| 2276283 | 904 | Cordo | 04/06/10 | B | B310 | 0.30 | 114.00 | Claims reconciliation (.2); discussion with D. Culver re: same (.1) |
| 2276307 | 904 | Cordo | 04/06/10 | B | B310 | 0.10 | 38.00 | Review e-mail from A. Randozzo re: conflict; e-mail D. Abbott re: same |
| 2276301 | 904 | Cordo | 04/06/10 | B | B310 | 0.20 | 76.00 | E-mail J. westerfield re: withdrawal of claim (.1); review response re: same (.1) |
| 2276901 | 904 | Cordo | 04/07/10 | B | B310 | 0.20 | 76.00 | Review from A. Cereco re: upcoming claims issues (.1); research re: same (.1); respond re: same (.1) |
| 2276933 | 904 | Cordo | 04/07/10 | B | B310 | 0.20 | 76.00 | Call with M. Fleming re: question about claims |
| 2276934 | 904 | Cordo | 04/07/10 | B | B310 | 0.60 | 228.00 | Claims reconciliation |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575          INVOICE# ******          AS OF 04/30/10

| ID | | | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2276912 | 904 | Cordo | 04/07/10 | B | B310 | 0.20 | 76.00 | Review e-mail from A. Randozzo re: claim withdrawal question (.1); call A. Randozzo re: same (.1) |
| 2277616 | 904 | Cordo | 04/08/10 | B | B310 | 0.10 | 38.00 | Review e-mail from B. Harding re: claims; leave message for K. Spiering re: same |
| 2277628 | 904 | Cordo | 04/08/10 | B | B310 | 0.20 | 76.00 | Review e-mail from I. Hernandez re: question about no amount claims (.1); respond re; same (.1) |
| 2277629 | 904 | Cordo | 04/08/10 | B | B310 | 0.20 | 76.00 | Call with J. Westerfelt re: questions about estimation |
| 2277630 | 904 | Cordo | 04/08/10 | B | B310 | 2.10 | 798.00 | Claims reconciliation |
| 2280945 | 904 | Cordo | 04/13/10 | B | B310 | 0.40 | 152.00 | Review and revise cert and proposed order for 4th claims objection (.2); various emails with S. Bianca re: same (.1); emails with A. Gazze re: same (.1) |
| 2280947 | 904 | Cordo | 04/13/10 | B | B310 | 0.20 | 76.00 | Call with S. Scaurziz re: fourth omni order (.1); call with S. Bianca re: same; e-mail S. Bianca re: same (.1) |
| 2280948 | 904 | Cordo | 04/13/10 | B | B310 | 0.20 | 76.00 | Review e-mail from Telcordia re: claim objection (.1); forward to cleary claims team re: same (.1) |
| 2281678 | 904 | Cordo | 04/14/10 | B | B310 | 0.10 | 38.00 | Review e-mail from R. Baik re: P. Adom; respond re: same |
| 2281684 | 904 | Cordo | 04/14/10 | B | B310 | 0.10 | 38.00 | Review e-mail from A. Kruntogaya re: filings |
| 2281686 | 904 | Cordo | 04/14/10 | B | B310 | 0.10 | 38.00 | Emails with S. Bianca re: claims objection filed in chapter 15 |
| 2282310 | 904 | Cordo | 04/15/10 | B | B310 | 0.20 | 76.00 | Call with L. Mandell and A. Cereco re: question about subtenant rejection damages |
| 2282306 | 904 | Cordo | 04/15/10 | B | B310 | 1.20 | 456.00 | Call with J. Westerfelt re: 2002 and estimation (.2); research re: same (1) |
| 2282816 | 904 | Cordo | 04/16/10 | B | B310 | 0.20 | 76.00 | Review estimation research and e-mail J. Westerfield re: same |
| 2283681 | 904 | Cordo | 04/19/10 | B | B310 | 0.50 | 190.00 | Review e-mail from A. Cerco re: subtenant liability (.1); respond re: same (.1); dicussion with D. Abbott re: same (.1); emails with workgroup re: same and e-mail responses to A. Cerco (.1); discussion with M. Harvey re: same (.1) |
| 2284836 | 904 | Cordo | 04/20/10 | B | B310 | 0.10 | 38.00 | Emails with N. Salvatore and A. Gazze re: nortel claims protocol |
| 2285201 | 904 | Cordo | 04/21/10 | B | B310 | 1.40 | 532.00 | Call with S. Galvis and N. Shnitser re: claims reconcilliation |
| 2285693 | 904 | Cordo | 04/22/10 | B | B310 | 0.10 | 38.00 | Additional emails with A. Cerco re: rejection damages claims |
| 2285705 | 904 | Cordo | 04/22/10 | B | B310 | 0.10 | 38.00 | Emails with C. Condin re: claims; respond re: same |
| 2286025 | 904 | Cordo | 04/23/10 | B | B310 | 0.30 | 114.00 | Discussion with N. Catchpole re: claims (.1); review emails re: same (.1); e-mail S. Galvis re: same (.1) |
| 2286027 | 904 | Cordo | 04/23/10 | B | B310 | 0.20 | 76.00 | Discussion with G. Werkheiser re: admin claim issues |
| 2286031 | 904 | Cordo | 04/23/10 | B | B310 | 0.70 | 266.00 | Call with K. Weaver re: ACS (.2); research re: same (.4) discussion with D. Abbott re: same (.1) |
| 2286786 | 904 | Cordo | 04/26/10 | B | B310 | 0.40 | 152.00 | Claims reconciliation |
| 2288031 | 904 | Cordo | 04/27/10 | B | B310 | 0.30 | 114.00 | Review claim withdraw (.1); discussion with E. Campbell re: same; e-mail J. Westerfeld re: same (.1); review response re: same (.1) |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575                    INVOICE# ******

AS OF 04/30/10

| ID | | Date | | | Timekeeper | Hours | Task | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2288028 | 904 | 04/27/10 | B | | Cordo | 0.20 | B310 | Review voicemail from K. Weaver re: ACS (.1); leave message re: same (.1) | 76.00 |
| 2288626 | 904 | 04/28/10 | B | | Cordo | 0.30 | B310 | Call with K. Weaver re: ACS claim motion | 114.00 |
| 2288617 | 904 | 04/28/10 | B | | Cordo | 0.10 | B310 | Review e-mail from A. Cerco re: claims objections | 38.00 |
| 2288620 | 904 | 04/28/10 | B | | Cordo | 0.10 | B310 | Emails with A. Randozzo re: notices of withdrawal | 38.00 |
| 2289266 | 904 | 04/29/10 | B | | Cordo | 0.20 | B310 | Review e-mail from S. Galvis re: objections to claims (.1); research and respond re: same (.1) | 76.00 |
| 2289793 | 904 | 04/30/10 | B | | Cordo | 0.10 | B310 | Discussion with D. Culver re: claims | 38.00 |
| 2289799 | 904 | 04/30/10 | B | | Cordo | 2.50 | B310 | Claims reconciliation | 950.00 |
| 2285690 | 924 | 04/22/10 | B | | Harvey | 1.40 | B310 | Research re: measure of damages for rejection of sublease. | 427.00 |
| 2285931 | 941 | 04/23/10 | B | | Bird | 0.50 | B310 | Found claim objection examples | 135.00 |
| 2280886 | 948 | 04/13/10 | B | | Gazze | 1.50 | B310 | Draft supplemental order and certification of counsel for 4th omnibus hearing with respect to certain parties | 405.00 |
| 2281669 | 948 | 04/14/10 | B | | Gazze | 1.30 | B310 | Research re: administrative expense claims | 351.00 |
| 2286667 | 948 | 04/26/10 | B | | Gazze | 0.30 | B310 | Confer with A. Cordeo re: claims review process | 81.00 |
| 2278050 | 961 | 04/09/10 | B | | Remming | 0.10 | B310 | Email to L. Lipner re: claim settlement agreement | 34.00 |
| 2278051 | 961 | 04/09/10 | B | | Remming | 0.50 | B310 | Tele. w/ L. Lipner re: lien claimant issue; and general case strategy\update | 170.00 |
| 2280367 | 961 | 04/13/10 | B | | Remming | 2.20 | B310 | Research re: claims settlement | 748.00 |
| 2281519 | 961 | 04/14/10 | B | | Remming | 0.40 | B310 | Review emails re: admin expense issue; draft email to A. Gazze re: same | 136.00 |
| 2281602 | 961 | 04/14/10 | B | | Remming | 0.20 | B310 | Review and respond to email from M. Harvey re: proof of claim issue; tele. w/ M. Harvey re: same | 68.00 |
| 2285950 | 975 | 04/23/10 | B | | Catchpole | 1.00 | B310 | Research re claims objections | 355.00 |
| | | | | Total Task: | | 30.40 | B310 | | 11,371.00 |

Litigation/Adversary Proceedings

| 2282172 | 597 | 04/15/10 | B | | Campbell | 1.00 | B330 | Prep letter to dist court re schedules set by appellants for filing (.1); disc same w/A. Cordo (.1); efile same (.2); prep same for ct (.2); prep svc same (.2); prep nos re same (.2) | 195.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Task: | | 1.00 | B330 | | 195.00 |

Professional Retention (Others - Filing)

| 2283604 | 221 | 04/06/10 | B | | Schwartz | 0.10 | B360 | Rev. Cleary Supp. Declaration | 56.50 |
|---|---|---|---|---|---|---|---|---|---|
| 2275780 | 597 | 04/06/10 | B | | Campbell | 0.50 | B360 | Prep notice of twelfth supp to list of ordinary course professionals for filing (.1); efile same (.2); prep serv same (.2) | 97.50 |
| 2277081 | 597 | 04/08/10 | B | | Campbell | 0.50 | B360 | Edit under seal cover sheet re d.i. 2788 (.1); efile same (.2); prep same for ct (.2) | 97.50 |
| 2277214 | 597 | 04/09/10 | B | | Campbell | 0.60 | B360 | Chk docket re cno re Grant mtn (.2); prep cno re same (.2); efile same (.2) | 117.00 |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA 249575    AS OF 04/30/10    INVOICE# ******

| ID | # | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2285532 | 597 | Campbell | 04/22/10 | B | B360 | 0.40 | 78.00 | Attn to disc and docket research re special filing for A. Gazze re prof retentions |
| 2273679 | 662 | Kittinger | 04/01/10 | B | B360 | 0.20 | 39.00 | Finalize for filing and e-file affidavit of service re: amended application for the employment and retention of Chilmark Partners, LLC |
| 2273689 | 662 | Kittinger | 04/02/10 | B | B360 | 0.60 | 117.00 | Finalize for filing and e-file eighth supplemental declaration of James L. Bromley in support of the retention of Cleary Gottlieb Steen & Hamilton LLP |
| 2274230 | 904 | Cordo | 04/02/10 | B | B360 | 0.40 | 152.00 | Review e-mail from N. Salvatore re: 8th Bromley declaration (.1); review dec (.1); emails with N. Salvatore re: signature (.1); emails with J. Kittinger re: filing (.1) |
| | | | | Total Task: | B360 | 3.30 | 754.50 | |

Schedules/SOFA/U.S. Trustee Reports

| ID | # | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2283593 | 221 | Schwartz | 04/06/10 | B | B420 | 0.20 | 113.00 | Rev. Monthly Operating Report |
| 2283697 | 221 | Schwartz | 04/13/10 | B | B420 | 0.10 | 56.50 | Rev. Monthly Operating Report |
| 2273672 | 662 | Kittinger | 04/01/10 | B | B420 | 0.40 | 78.00 | Finalize for filing and e-file monthly operating report for the period January 1, 2010 through January 31, 2010 |
| 2280597 | 662 | Kittinger | 04/09/10 | B | B420 | 0.40 | 78.00 | Finalize for filing and e-file monthly operating report for February 2010 |
| 2273513 | 904 | Cordo | 04/01/10 | B | B420 | 0.10 | 38.00 | Review e-mail from J. Landzkron re: MOR; e-mail A. Remming re: same; |
| 2289796 | 904 | Cordo | 04/30/10 | B | B420 | 0.30 | 114.00 | Review e-mail from D. Abbott re: UST fees and disbursements; respond re: same (.1); e-mail J. Landzkron re: same; review responses re: same (.1); respond re: same (.1) |
| 2273347 | 961 | Remming | 04/01/10 | B | B420 | 0.10 | 34.00 | Review email from A. Cordo re: MOR; email to J. Kittinger re: same |
| 2273352 | 961 | Remming | 04/01/10 | B | B420 | 0.10 | 34.00 | Email to J. Lanzkron re: Jan MOR |
| 2278298 | 961 | Remming | 04/09/10 | B | B420 | 0.20 | 68.00 | Review and respond to email from J. Lanzkron re: Feb. MOR; email to J. Kittinger re: same |
| 2278188 | 961 | Remming | 04/09/10 | B | B420 | 0.10 | 34.00 | Review and respond to email from J. Lanzkron re: Feb. MOR |
| | | | | Total Task: | B420 | 2.00 | 647.50 | |

FEE SUBTOTAL    145.10    45,618.00