# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2010 Through April 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 157.50 |
| Transcripts | | 2,845.21 |
| Photos/Art/ Spec Duplicating | | 3,535.44 |
| Meals | | 944.59 |
| Messenger | | 93.00 |
| Courier/Delivery Service | | 998.73 |
| Computer Research | Westlaw | 30.79 |
| Secretarial Overtime Expense | | 18.11 |
| Duplicating | In Office | 335.20 |
| Facsimile | | 1,831.50 |
| Postage | | 12.84 |
| Paralegal Overtime | (A. Conway – 1/20/10, 1/22/10)[6] | 6.42 |
| Pacer | | 794.40 |
| Conference Calls | | 452.95 |
| **Grand Total Expenses** | | **$12,056.68** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575            AS OF 04/30/10                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 795973 | 01/26/10 | B | 132.50 | Court Costs AMERICAN EXPRESS' COURTS/ USBC - DE - 01/26/10 | 503 | 904 | 168432 |
| 806592 | 04/26/10 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC VICE FEE - DEBORAH M. BUELL | 503 | 904 | 170016 |
| 806579 | 03/03/10 | B | 146.00 | Transcripts - VERITEXT/NEW YORK REPORTING C CASE #09-10138 - HEARING - CERTIFIED TRANSCRIPT, ELECTRONIC SERVICE CHARGES, AND SHIPPING & HANDLING - 03/03/10 | 506 | 904 | 169993 |
| 805298 | 03/03/10 | B | 2,529.46 | Transcripts - WILCOX & FETZER, LTD' TRANSCRIPT FROM 03/03/10 | 506 | 904 | 169717 |
| 803870 | 04/05/10 | B | 169.75 | Transcripts - DIAZ DATA SERVICES' USBC 09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 169586 |
| 803743 | 04/02/10 | B | 677.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 169500 |
| 804242 | 04/06/10 | B | 603.85 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 169621 |
| 804986 | 04/08/10 | B | 587.25 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 169674 |
| 805642 | 04/13/10 | B | 590.02 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 169823 |
| 805643 | 04/13/10 | B | 37.16 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES AND BANKRUPTCY MAILOUTS | 510 | 597 | 169824 |
| 806029 | 04/19/10 | B | 1,039.96 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY DELIVERIES | 510 | 597 | 169921 |
| 795881 | 01/06/10 | B | 381.88 | Meals AMERICAN EXPRESS' HARVEYS SEAFOOD GRILL - 01/06/10; LUNCH FOR | 512 5 | 322 | 168432 |
| 795907 | 01/21/10 | B | 232.50 | Meals AMERICAN EXPRESS' COSI - 01/21/10; LUNCH FOR 12 | 512 | 904 | 168432 |
| 799645 | 02/26/10 | B | 35.21 | Meals AMERICAN EXPRESS' DUNKIN DONUTS - 02/26/10; BREAKFAST FOR 15 | 512 | 904 | 168985 |
| 799646 | 02/26/10 | B | 295.00 | Meals AMERICAN EXPRESS' COSI - 02/26/10; LUNCH FOR 15 | 512 | 904 | 168985 |
| 807543 | 04/01/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 807551 | 04/01/10 | B | 12.00 | Messenger Service | 513S | 662 | |
| 807567 | 04/05/10 | B | 9.00 | Messenger Service | 513S | 594 | |
| 807617 | 04/08/10 | B | 6.00 | Messenger Service | 513S | 662 | |

```
Nortel Networks, Inc.                              PRO FORMA   249575          AS OF 04/30/10                      INVOICE# ******
63989-DIP
DATE: 05/20/10 16:16:15

INDEX    DATE     STAT  AMOUNT  DESCRIPTION                                              CODE  TKPER  VOUCHER
807620   04/08/10   B     3.00  Messenger Service                                        513S   597
807631   04/08/10   B     3.00  Messenger Service                                        513S   597
807633   04/09/10   B     6.00  Messenger Service                                        513S   597
807643   04/12/10   B     6.00  Messenger Service                                        513S   662
807679   04/13/10   B     3.00  Messenger Service                                        513S   597
807683   04/13/10   B     3.00  Messenger Service                                        513S   597
807708   04/14/10   B     3.00  Messenger Service                                        513S   594
807726   04/15/10   B     3.00  Messenger Service                                        513S   597
807743   04/16/10   B     3.00  Messenger Service                                        513S   597
807809   04/22/10   B     3.00  Messenger Service                                        513S   597
807813   04/22/10   B     3.00  Messenger Service                                        513S   597
807824   04/23/10   B     6.00  Messenger Service                                        513S   662
807853   04/26/10   B     3.00  Messenger Service                                        513S   651
807868   04/27/10   B     3.00  Messenger Service                                        513S   597
807876   04/28/10   B     3.00  Messenger Service                                        513S   597
807886   04/28/10   B     3.00  Messenger Service                                        513S   651
807919   04/30/10   B     6.00  Messenger Service                                        513S   597
795946   01/04/10   B    17.40  Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 514   597    168432
                                01/04/10
795955   01/19/10   B    17.40  Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 514   904    168432
                                01/19/10
795335   01/28/10   B   111.30  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   000    168365
800050   02/01/10   B    17.40  Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 514   904    169033
                                02/01/10
800082   02/25/10   B    34.80  Courier/Delivery Service AMERICAN EXPRESS' USPS.COM -     514   904    169033
                                02/25/10
799609   02/26/10   B   112.82  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   000    168984
805672   04/01/10   B   139.51  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   000    169835
803945   04/01/10   B     7.70  Courier/Delivery Service                                  514   000    169588
803946   04/01/10   B     7.70  Courier/Delivery Service                                  514   000    169588
805687   04/03/10   B    15.45  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   662    169835
805653   04/08/10   B     6.70  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   000    169834
805654   04/10/10   B    15.75  Courier/Delivery Service BLUE MARBLE LOGISTI LLC          514   662    169834
805567   04/12/10   B    27.41  Courier/Delivery Service -  FEDERAL EXPRESS CORP.         514   597    169794
```

```
Nortel Networks, Inc.                                     PRO FORMA  249575       AS OF 04/30/10                              INVOICE# ******
63989-DIP
DATE: 05/20/10 16:16:15

INDEX    DATE      STAT  AMOUNT  DESCRIPTION                                                    CODE  TKPER  VOUCHER
806228   04/12/10   B    51.91   Courier/Delivery Service BLUE MARBLE LOGISTI LLC              514   000    169952
805426   04/12/10   B    10.55   Courier/Delivery Service                                      514   597    169782
805427   04/12/10   B    10.55   Courier/Delivery Service                                      514   597    169782
805428   04/12/10   B    10.55   Courier/Delivery Service                                      514   000    169782
805429   04/12/10   B    15.33   Courier/Delivery Service                                      514   597    169782
805430   04/12/10   B    10.55   Courier/Delivery Service                                      514   597    169782
805431   04/12/10   B    14.52   Courier/Delivery Service                                      514   597    169782
805432   04/12/10   B    10.55   Courier/Delivery Service                                      514   000    169782
805433   04/12/10   B    10.55   Courier/Delivery Service                                      514   000    169782
809341   04/12/10   B    34.80   Courier/Delivery Service AMERICAN EXPRESS' USPS.COM -         514   597    170309
                                 04/12/10
808376   04/21/10   B     6.70   Courier/Delivery Service BLUE MARBLE LOGISTI LLC              514   000    170208
806976   04/21/10   B    38.41   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514   000    170039
809116   04/27/10   B    51.91   Courier/Delivery Service BLUE MARBLE LOGISTI LLC              514   000    170326
807391   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807392   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807393   04/27/10   B    14.52   Courier/Delivery Service                                      514   000    170101
807394   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807395   04/27/10   B    15.33   Courier/Delivery Service                                      514   000    170101
807396   04/27/10   B    15.33   Courier/Delivery Service                                      514   000    170101
807397   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807398   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807399   04/27/10   B    10.55   Courier/Delivery Service                                      514   000    170101
807932   04/27/10   B    47.23   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514   000    170114
809368   04/27/10   B    34.80   Courier/Delivery Service AMERICAN EXPRESS' USPS.COM -         514   000    170309
                                 04/27/10
807192   04/22/10   B    30.79   Computer Research - Westlaw Search Performed by:              515   338
                                 WERKHEISER, GREGORY W
799820   02/25/10   B    18.11   Secretarial Overtime Expense GROTTO'S PIZZA' S. ELIA OT MEAL - 517   579    169012
                                 02/25/10
803079   04/01/10   B     0.60   In-House Duplicating                                          519   662
803080   04/01/10   B     7.70   In-House Duplicating                                          519   623
803081   04/01/10   B     7.20   In-House Duplicating                                          519   605
803117   04/02/10   B     1.70   In-House Duplicating                                          519   662
803708   04/05/10   B     0.30   In-House Duplicating                                          519   662
804125   04/07/10   B     0.60   In-House Duplicating                                          519   597
804126   04/07/10   B     1.20   In-House Duplicating                                          519   662
```

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575         AS OF 04/30/10                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 805094 | 04/09/10 | B | 0.40 | In-House Duplicating | 519 | 662 | |
| 805180 | 04/12/10 | B | 4.00 | In-House Duplicating | 519 | 597 | |
| 805181 | 04/12/10 | B | 8.00 | In-House Duplicating | 519 | 597 | |
| 805182 | 04/12/10 | B | 1.60 | In-House Duplicating | 519 | 597 | |
| 805183 | 04/12/10 | B | 16.00 | In-House Duplicating | 519 | 670 | |
| 805184 | 04/13/10 | B | 5.10 | In-House Duplicating | 519 | 597 | |
| 805185 | 04/13/10 | B | 1.70 | In-House Duplicating | 519 | 597 | |
| 805494 | 04/14/10 | B | 14.10 | In-House Duplicating | 519 | 637 | |
| 805495 | 04/14/10 | B | 1.70 | In-House Duplicating | 519 | 597 | |
| 805496 | 04/14/10 | B | 1.50 | In-House Duplicating | 519 | 597 | |
| 805591 | 04/15/10 | B | 0.70 | In-House Duplicating | 519 | 560 | |
| 805592 | 04/15/10 | B | 0.40 | In-House Duplicating | 519 | 670 | |
| 805740 | 04/17/10 | B | 10.80 | In-House Duplicating | 519 | 662 | |
| 806171 | 04/21/10 | B | 29.20 | In-House Duplicating | 519 | 670 | |
| 806278 | 04/22/10 | B | 22.40 | In-House Duplicating | 519 | 605 | |
| 807008 | 04/27/10 | B | 6.00 | In-House Duplicating | 519 | 597 | |
| 807009 | 04/27/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 807120 | 04/28/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 807533 | 04/29/10 | B | 192.00 | In-House Duplicating | 519 | 623 | |
| 795383 | 01/29/10 | B | 2.75 | Postage | 520 | 597 | |
| 795385 | 01/29/10 | B | 3.83 | Postage | 520 | 597 | |
| 803926 | 04/01/10 | B | 3.20 | Postage | 520 | 662 | |
| 805794 | 04/09/10 | B | 3.06 | Postage | 520 | 597 | |
| 808046 | 04/08/10 | B | 17.00 | Facsimile | 522 | 597 | |
| 808048 | 04/13/10 | B | 18.00 | Facsimile | 522 | 597 | |
| 808057 | 04/23/10 | B | 16.00 | Facsimile | 522 | 597 | |
| 805636 | 04/12/10 | B | 603.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169817 |
| 805637 | 04/13/10 | B | 621.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 169818 |
| 808094 | 04/27/10 | B | 556.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 170156 |
| 796872 | 01/31/10 | B | 236.88 | Pacer charges for the month of January | 529 | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 05/20/10 16:16:15

PRO FORMA   249575        AS OF 04/30/10        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 801326 | 02/28/10 | B | 216.96 | Pacer charges for the month of February | 529 | 000 | |
| 806493 | 03/31/10 | B | 340.56 | Pacer charges for the month of March | 529 | 000 | |
| 796719 | 01/20/10 | B | 3.21 | Paralegal Overtime | 530S | 594 | 168307 |
| 796724 | 01/22/10 | B | 3.21 | Paralegal Overtime | 530S | 594 | 168432 |
| 795120 | 12/29/09 | B | 9.33 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 961 | 168432 |
| 795951 | 01/12/10 | B | 86.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 01/12/10 | 552H | 904 | |
| 795981 | 01/26/10 | B | 142.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 01/26/10 | 552H | 904 | 168432 |
| 795984 | 01/26/10 | B | 156.00 | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 01/26/10 | 552H | 904 | |
| 801074 | 02/01/10 | B | 6.14 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 169196 |
| 805334 | 03/24/10 | B | 4.29 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 948 | 169760 |
| 808130 | 03/31/10 | B | 20.60 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 170178 |
| 808338 | 04/19/10 | B | 8.96 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 170203 |
| 808345 | 04/19/10 | B | 19.63 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 170203 |

12,056.68