# **EXHIBIT B**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/2/2010 | Brian Heinimann | Airfare | Visit to client: Southwest: MDW / RDU 04/11/2010 to 04/15/2010. | 489.40 |
| 4/9/2010 | Brian Heinimann | Airfare | Flight to RDU and return to MDW 4/19 and 4/23 to visit client site: Southwest: MDW / RDU 04/19/2010 to 04/23/2010. | 399.40 |
| 4/19/2010 | Brian Heinimann | Airfare | Airfare to visit client site: Southwest: MDW / RDU 04/26/2010 to 04/30/2010. | 301.40 |
| 4/23/2010 | Brian Heinimann | Airfare | Airfare to New York for meeting with client and counsel: Southwest: MDW / RDU 05/01/2010 to 05/07/2010. | 236.40 |
| 4/30/2010 | Brian Heinimann | Airfare | Airfare to Raleigh and return to visit client site: Southwest: MDW / RDU 05/10/2010 to 05/14/2010. | 250.40 |
| 4/1/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 4/12-4/16.: United: ORD/RDU 04/12/2010 to 04/16/2010. | 287.39 |
| 4/8/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 4/19-4/23.: United: ORD / RDU 04/19/2010 to 04/23/2010. | 293.40 |
| 4/15/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 4/26-4/30.: United: ORD / RDU 04/26/2010 to 04/30/2010. | 249.40 |
| 4/28/2010 | Coley P. Brown | Airfare | One way airfare from ORD to RDU on 5/3/10.: United: ORD / RDU 05/03/2010 to 05/03/2010. | 235.70 |
| 4/28/2010 | Coley P. Brown | Airfare | One way airfare from RDU to LGA for Nortel meeting in New York on 5/5/10.: US Airways: RDU / LGA 05/05/2010 to 05/05/2010. | 134.70 |
| 4/28/2010 | Coley P. Brown | Airfare | One way airfare from LGA to ORD after Nortel meeting in New York on 5/7/10.: United: LGA / ORD 05/07/2010 to 05/07/2010. | 251.70 |
| 4/20/2010 | Elaine M Lane | Airfare | Delta - Economy, roundtrip airfare to RDU to visit client site 4/20: Delta: YUL/RDU 04/20/2010 to 04/22/2010. | 409.80 |
| 4/21/2010 | Elaine M Lane | Airfare | Delta - Economy, roundtrip airfare IND to RDU to visit client site 4/27: Delta: IND/RDU 04/27/2010 to 04/29/2010. | 559.40 |
| 4/9/2010 | James Lukenda | Airfare | CO AWWNE1 - EWR to ORD for Nortel meeting with Chilmark: Continental: AWWNE1 04/15/2010 to 04/16/2010. | 761.40 |
| 4/15/2010 | James Lukenda | Airfare | Nortel-CO airfare to RDU CS2HDQ: CO CS2HDQ: EWR-RDU 04/21/2010 to 04/22/2010. | 963.40 |
| 4/1/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS    CHICAGO   IL: US AIRWAYS: LGA/RDU 04/05/2010 to 04/08/2010. | 336.40 |
| 4/9/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: UNITED AIRLINES   CHICAGO   IL: UNITED AIRLINES: LGA/RDU 04/11/2010 to 04/16/2010. | 518.90 |
| 4/9/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS    PHOENIX   AZ: US AIRWAYS: LGA/RDU 04/18/2010 to 04/22/2010. | 424.10 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/20/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: CONTINENTAL AIRLINES CHICAGO IL: CONTINENTAL AIRLINES: EWR/RDU 04/26/2010 to 04/29/2010. | 463.70 |
| 4/8/2010 | Matthew J. Fisher | Airfare | Visit Debtors office in Durham, NC: Southwest: MDW/RDU 04/05/2010 to 04/08/2010. | 485.40 |
| 4/14/2010 | Matthew J. Fisher | Airfare | Visit Debtors office in Durham, NC: Southwest: MDW/RDU 04/11/2010 to 04/14/2010. | 489.40 |
| 4/22/2010 | Matthew J. Fisher | Airfare | Visit Debtors office in Durham, NC: Southwest: MDW/RDU 04/19/2010 to 04/22/2010. | 491.40 |
| 4/29/2010 | Matthew J. Fisher | Airfare | Visit Debtors office in Durham, NC: Southwest: MDW/RDU 04/26/2010 to 04/29/2010. | 491.40 |
| 4/7/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 04/12/2010 to 04/15/2010. | 463.70 |
| 4/14/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 04/26/2010 to 04/29/2010. | 217.84 |
| 4/14/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 04/19/2010 to 04/22/2010. | 683.15 |
| 4/2/2010 | Brian Heinimann | Ground Transportation | Cab hotel to airport to catch flight: RDU Taxi: Sheraton / RDU | 23.00 |
| 4/2/2010 | Brian Heinimann | Ground Transportation | Cab to office from MDW after return from visit to client: Yellow Cab: MDW / Office | 32.00 |
| 4/5/2010 | Brian Heinimann | Ground Transportation | Cab airport to hotel to visit client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 4/5/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to visit client site: Yellow Cab: Residence / MDW | 40.00 |
| 4/9/2010 | Brian Heinimann | Ground Transportation | Cab to residence from MDW: Yellow Cab: MDW / Residence | 40.00 |
| 4/11/2010 | Brian Heinimann | Ground Transportation | Cab to hotel while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 4/11/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to client site: Yellow Cab: Residence / MDW | 40.00 |
| 4/14/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to client site: Yellow Cab: MDW / Residence | 40.00 |
| 4/19/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW: Yellow Cab: Residence / MDW | 40.00 |
| 4/19/2010 | Brian Heinimann | Ground Transportation | Cab from airport to hotel for B. Heinimann and M. Fisher: RDU Taxi: RDU / Hotel | 20.00 |
| 4/23/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residence: Yellow Cab: MDW / Residence | 40.00 |
| 4/26/2010 | Brian Heinimann | Ground Transportation | Cab from airport to hotel for B. Heinimann and M. Fisher: RDU Taxi: RDU / Hotel | 20.00 |
| 4/26/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW: Yellow Cab: Residence / MDW | 40.00 |
| 4/30/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residence after return from visit to client site: Yellow Cab: MDW / Residence | 40.00 |
| 4/30/2010 | Brian Heinimann | Ground Transportation | Cab from hotel to RDU to catch flight home: Raleigh Taxi: Durham Sheraton / Airport | 20.00 |
| 4/2/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/2/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU | 20.00 |
| 4/5/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in Raleigh.: Cab: RDU / Sheraton Imperial | 20.00 |
| 4/5/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 4/9/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU | 20.00 |
| 4/9/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 4/12/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in Raleigh.: Cab: RDU / Sheraton Imperial | 20.00 |
| 4/12/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 4/16/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 4/16/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU | 20.00 |
| 4/19/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in Raleigh.: Cab: RDU / Sheraton Imperial | 20.00 |
| 4/19/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 4/23/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU | 20.00 |
| 4/23/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 4/26/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to Sheraton Imperial hotel in Raleigh.: Cab: RDU / Sheraton Imperial | 20.00 |
| 4/26/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 4/30/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel to RDU for travel on Nortel.: Cab: Sheraton / RDU | 20.00 |
| 4/30/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 4/20/2010 | Elaine M Lane | Ground Transportation | Cab fare from airport to hotel: Rite Time Taxi: RDU/Sheraton | 15.00 |
| 4/22/2010 | Elaine M Lane | Ground Transportation | Cab fare from client site to hotel: Rite Time Taxi: Nortel/RDU | 20.00 |
| 4/27/2010 | Elaine M Lane | Ground Transportation | Taxi - from airport to client site: RDU Taxi: RDU/Nortel | 20.00 |
| 4/15/2010 | James Lukenda | Ground Transportation | Nortel-Blue Line fare to DT: CTA: ORD to DT | 5.00 |
| 4/15/2010 | James Lukenda | Ground Transportation | Nortel-car to EWR: My Montclair: 37EPR-EWR | 55.85 |
| 4/16/2010 | James Lukenda | Ground Transportation | Nortel-car home from airport: My Montclair: EWR to home | 56.45 |
| 4/21/2010 | James Lukenda | Ground Transportation | Nortel-cab from RDU: RDU cab: RDU to RTP | 23.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/1/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA/NYC | 41.00 |
| 4/5/2010 | Joseph J. McKenna | Ground Transportation | Car from residence on Long Island to LGA while traveling on Nortel engagement.: Charm Westwood CAR & LIMOUSINE: LI / LGA | 128.63 |
| 4/8/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA/NYC | 41.00 |
| 4/11/2010 | Joseph J. McKenna | Ground Transportation | Car to LGA from residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: NYC/LGA | 55.50 |
| 4/22/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA/NYC | 41.00 |
| 4/26/2010 | Joseph J. McKenna | Ground Transportation | Car to EWR from residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: NYC/EWR | 76.00 |
| 4/29/2010 | Joseph J. McKenna | Ground Transportation | Car from EWR to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: EWR/NYC | 74.00 |
| 4/5/2010 | Matthew J. Fisher | Ground Transportation | Cab from residence to MDW: Taxi: 1464 S. Michigan to MDW airport | 32.00 |
| 4/8/2010 | Matthew J. Fisher | Ground Transportation | Cab from MDW to residence: Taxi: MDW airport to 1464 S. Michigan Ave. | 32.00 |
| 4/11/2010 | Matthew J. Fisher | Ground Transportation | Cab from residence to MDW: Taxi: 1464 S. Michigan to MDW airport | 32.00 |
| 4/14/2010 | Matthew J. Fisher | Ground Transportation | Cab from MDW to residence: Taxi: MDW airport to 1464 S. Michigan Ave. | 32.00 |
| 4/19/2010 | Matthew J. Fisher | Ground Transportation | Cab from residence to MDW: Taxi: 1464 S. Michigan to MDW airport | 32.00 |
| 4/22/2010 | Matthew J. Fisher | Ground Transportation | Cab from MDW to residence: Taxi: MDW airport to 1464 S. Michigan Ave. | 32.00 |
| 4/26/2010 | Matthew J. Fisher | Ground Transportation | Cab from residence to MDW: Taxi: 1464 S. Michigan to MDW airport | 32.00 |
| 4/29/2010 | Matthew J. Fisher | Ground Transportation | Cab from MDW to residence: Taxi: MDW airport to 1464 S. Michigan Ave. | 32.00 |
| 4/5/2010 | Michael E. Scannella | Ground Transportation | Transportation to airport.: Dial 7: Jersey City, NJ/EWR | 66.00 |
| 4/8/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR/Jersey City | 65.00 |
| 4/12/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: Dial 7: Jersey City / EWR | 56.00 |
| 4/15/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: Dial 7: Jersey City/EWR | 57.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/19/2010 | Michael E. Scannella | Ground Transportation | Car service from Jersey City, NJ to airport.: Dial 7: Jersey City / EWR | 60.00 |
| 4/22/2010 | Michael E. Scannella | Ground Transportation | Car service from airport to Jersey City, NJ.: Dial 7: LGA / Jersey City | 87.00 |
| 4/26/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1 Limo: Jersey City / EWR | 78.00 |
| 4/29/2010 | Michael E. Scannella | Ground Transportation | Car service home while traveling for Nortel.: Dial 7: EWR/Jersey City | 63.00 |
| 4/2/2010 | Brian Heinimann | Hotel/Lodging | Hotel while visiting client site, including gratuity: Sheraton: Raleigh-Durham 03/29/2010 to 04/02/2010, 4 nights. | 624.24 |
| 4/9/2010 | Brian Heinimann | Hotel/Lodging | Lodging and gratuity: Sheraton: Raleigh 04/05/2010 to 04/09/2010, 4 nights. | 624.24 |
| 4/14/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site in Raleigh-Durham: Sheraton: Raleigh 04/11/2010 to 04/14/2010, 3 nights. | 460.68 |
| 4/23/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client for B. Heinimann including gratuity: Sheraton: Durham 04/19/2010 to 04/23/2010, 4 nights. | 624.24 |
| 4/30/2010 | Brian Heinimann | Hotel/Lodging | Stay at Sheraton including gratuities, in Durham while visiting client site: Durham Sheraton: Durham 04/26/2010 to 04/30/2010, 4 nights. | 624.24 |
| 4/2/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial Hotel in Raleigh for week of 3/29-4/2 (4 nights).: Sheraton Imperial: Raleigh 03/29/2010 to 04/02/2010. | 634.24 |
| 4/9/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for 4/5-4/9 (4 nights).: Sheraton Imperial: Raleigh 04/05/2010 to 04/09/2010. | 634.24 |
| 4/16/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh, NC for week of 4/12-4/16 (4 nights).: Sheraton Imperial: Raleigh 04/12/2010 to 04/16/2010. | 634.24 |
| 4/23/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for week of 4/19-4/23 (4 nights).: Sheraton Imperial: Raleigh 04/19/2010 to 04/23/2010. | 634.24 |
| 4/30/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for week of 4/26-4/30 (4 nights).: Sheraton Imperial: Raleigh 04/26/2010 to 04/30/2010. | 634.24 |
| 4/22/2010 | Elaine M Lane | Hotel/Lodging | Sheraton - Hotel during trip to client site 4/20 - 4/22, 2 nights: Sheraton: Durham NC 04/20/2010 to 04/22/2010. | 307.12 |
| 4/29/2010 | Elaine M Lane | Hotel/Lodging | Sheraton - Lodging for 2 nights during trip to client site: Sheraton - Lodging 2 nights during trip to client site: Sheraton: Durham NC 04/27/2010 to 04/29/2010. | 307.12 |
| 4/15/2010 | James Lukenda | Hotel/Lodging | Nortel-W Adams, 1 night: W Hotel: CHI 04/15/2010 to 04/15/2010. | 430.83 |
| 4/22/2010 | James Lukenda | Hotel/Lodging | Nortel-Sheraton, Raleigh, 1 night (153.56) and maid tip (5): Sheraton: Raleigh 04/21/2010 to 04/22/2010. | 158.56 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/2/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (3 nights).: Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC 03/29/2010 to 04/01/2010. | 460.68 |
| 4/9/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (3 nights).: Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC 04/05/2010 to 4/8/2010. | 460.68 |
| 4/16/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (4 nights).: Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC 04/11/2010 to 4/15/2010. | 614.24 |
| 4/23/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (3 nights).: Lodging while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC 04/19/2010 to 4/22/2010. | 460.68 |
| 4/30/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (3 nights).: Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC 04/26/2010 to 4/29/2010. | 460.68 |
| 4/8/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging near Debtors office in Durham, NC: Sheraton Imperial: Durham, NC 04/05/2010 to 04/08/2010, 3 nights. | 480.68 |
| 4/14/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging near Debtors office in Durham, NC: Sheraton Imperial: Durham, NC 04/11/2010 to 04/14/2010, 3 nights. | 480.68 |
| 4/22/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging near Debtors office in Durham, NC: Sheraton Imperial: Durham, NC 04/19/2010 to 04/22/2010, 3 nights. | 480.68 |
| 4/29/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging near Debtors office in Durham, NC: Sheraton Imperial: Durham, NC 04/26/2010 to 04/29/2010, 3 nights. | 480.68 |
| 4/8/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while traveling, 3 nights, room + tip.: Sheraton: Durham 04/05/2010 to 04/08/2010. | 470.68 |
| 4/15/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 04/12/2010 to 04/15/2010. | 473.68 |
| 4/22/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 04/19/2010 to 04/22/2010. | 470.68 |
| 4/29/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 04/26/2010 to 04/29/2010. | 470.68 |
| 3/30/2010 | Brian Heinimann | Meals | Breakfast at client: Sheraton: Raleigh-Durham. | 5.15 |
| 3/31/2010 | Brian Heinimann | Meals | Breakfast at client: Sheraton: Raleigh-Durham. | 2.72 |
| 4/1/2010 | Brian Heinimann | Meals | Room service dinner evening of 4/1: Sheraton: Raleigh-Durham, 1 person. | 26.15 |
| 4/2/2010 | Brian Heinimann | Meals | Breakfast at MDW airport en route to office after visit to client: Harry Caray's: Chicago, 1 person. | 14.77 |
| 4/5/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann and M. Fisher while visiting client: Sheraton: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 60.00 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/6/2010 | Brian Heinimann | Meals | Meal at Starbucks for team while visiting client site: Starbucks: Raleigh Durham Attendees: Brian Heinimann, Matthew J. Fisher, Michael E. Scannella, Joseph J. McKenna, 4 people. | 20.30 |
| 4/6/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 6.60 |
| 4/7/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 24.12 |
| 4/7/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 6.93 |
| 4/8/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 23.43 |
| 4/8/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 5.15 |
| 4/9/2010 | Brian Heinimann | Meals | Breakfast at RDU airport en route to residence after visit to client site: Harry Caray's: Chicago, 1 person. | 12.22 |
| 4/11/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Sheraton: Raleigh | 35.04 |
| 4/12/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Sheraton: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, Joseph J. McKenna (3 people). | 149.69 |
| 4/12/2010 | Brian Heinimann | Meals | Breakfast at Nortel while visiting client site: Nortel: Raleigh-Durham, 1 person. | 7.55 |
| 4/13/2010 | Brian Heinimann | Meals | Breakfast at Nortel while visiting client site: Nortel: Raleigh-Durham, 1 person. | 6.58 |
| 4/14/2010 | Brian Heinimann | Meals | Breakfast at Nortel while visiting client site: Nortel: Raleigh-Durham, 1 person. | 8.51 |
| 4/19/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann and M. Fisher while visiting client site: Sheraton: Durham, 2 people. | 48.50 |
| 4/20/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann: Nortel Cafe: Raleigh, 1 person. | 7.22 |
| 4/21/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann: Nortel Cafe: Raleigh, 1 person. | 3.25 |
| 4/22/2010 | Brian Heinimann | Meals | Room service for B. Heinimann: Sheraton: Durham, 1 person. | 24.12 |
| 4/22/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann: Nortel Cafe: Raleigh, 1 person. | 6.22 |
| 4/23/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann: Greenleaf's RDU: Raleigh, 1 person. | 10.44 |
| 4/27/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 6.22 |
| 4/28/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 5.15 |
| 4/29/2010 | Brian Heinimann | Meals | Room Service dinner: Durham Sheraton: Durham, 1 person. | 23.43 |
| 4/29/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 4.88 |
| 4/30/2010 | Brian Heinimann | Meals | Breakfast at Greenleaf's in RDU while en route from client site: Nortel: RTP, 1 person. | 9.84 |
| 4/1/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial Hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 42.61 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/2/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 3/29-4/2 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 4/5/2010 | Coley P. Brown | Meals | Dinner at Berghoff cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 30.36 |
| 4/8/2010 | Coley P. Brown | Meals | Dinner at Sheraton Imperial for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 46.27 |
| 4/9/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 4/5-4/9 for Coley Brown (1 person).: Nortel Cafe: Raleigh, 1 person. | 24.00 |
| 4/12/2010 | Coley P. Brown | Meals | Dinner at Berghoff cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 23.84 |
| 4/15/2010 | Coley P. Brown | Meals | Dinner at Randy's Pizza for Coley Brown (1 person).: Randy's Pizza: Raleigh, 1 person. | 22.35 |
| 4/16/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 4/12-4/16 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 4/19/2010 | Coley P. Brown | Meals | Dinner at Berghoff cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 22.08 |
| 4/22/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 49.53 |
| 4/23/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 4/19-4/23 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 4/26/2010 | Coley P. Brown | Meals | Dinner at Berghoff cafe at ORD for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 24.03 |
| 4/28/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 37.01 |
| 4/29/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel in for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 43.04 |
| 4/30/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 4/26-4/30 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 4/21/2010 | Elaine M Lane | Meals | Working meal - breakfast during trip to client site: Sheraton Cafe: Durham NC, 1 person. | 4.90 |
| 4/22/2010 | Elaine M Lane | Meals | Working meal - breakfast during trip to client site: Sheraton Cafe: Durham NC, 1 person. | 4.90 |
| 4/27/2010 | Elaine M Lane | Meals | HMSHOST - Working meal, breakfast during trip to client site: HMSHOST: IND, 1 person. | 12.71 |
| 4/28/2010 | Elaine M Lane | Meals | Mez - Working meal, dinner with Nortel team (5 people): Mez: Durham NC Attendees: Elaine M Lane, Matthew J. Fisher, Brian Heinimann, Joseph J. McKenna, Coley P. Brown. | 210.00 |
| 4/28/2010 | Elaine M Lane | Meals | Working meal - breakfast during trip to client site: Sheraton: Durham NC, 1 person. | 13.25 |
| 4/15/2010 | James Lukenda | Meals | Nortel-W Adams, evening meal: W Hotel: CHI, 1 person | 42.06 |
| 4/16/2010 | James Lukenda | Meals | Nortel-Breakfast for 1: Lou Mitchell: CHI. | 14.49 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/21/2010 | James Lukenda | Meals | Nortel-evening meal Fujisan Steakhouse, 7 people, Fujisan Steakhouse: Raleigh Attendees: James Lukenda, Matthew J. Fisher, Elaine M Lane, Joseph J. McKenna, Coley P. Brown, Brian Heinimann, Michael E. Scannella. | 243.86 |
| 4/22/2010 | James Lukenda | Meals | Nortel-breakfast: Sheraton: Raleigh, 1 person. | 5.00 |
| 4/1/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: 42ND STREET BA678126 RALEIGH NC: HMS HOST CORP: RALEIGH, 1 person. | 25.33 |
| 4/1/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.11 |
| 4/2/2010 | Joseph J. McKenna | Meals | Dinner (room service) while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC, 1 person. | 16.95 |
| 4/5/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: OTG USAIR FLUSHING NY: OTG MANAGEMENT LLC: FLUSHING, 1 person. | 25.96 |
| 4/6/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.33 |
| 4/7/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.75 |
| 4/8/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: GREENLEAF'S GR674794 RALEIGH NC: ANTON-RDU-AIRPORT: RALEIGH, NC, 1 person. | 12.30 |
| 4/9/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement .: Dinner (room service) while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC, 1 person. | 26.38 |
| 4/12/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 6.12 |
| 4/13/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement (3 guests).: MEZ DURHAM NC: MEZ RESTAURANT GROUP LL: DURHAM Attendees: Joseph J. McKenna, Matthew J. Fisher, Brian Heinimann. | 118.32 |
| 4/13/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 6.83 |
| 4/14/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 7.08 |
| 4/15/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: BAILEY'S RESTAURANT- CHAPEL HILL NC: Bailey's Grille: CHAPEL HILL, 1 person. | 24.74 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/20/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.11 |
| 4/21/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.17 |
| 4/22/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: GREENLEAF'S GR674794 RALEIGH NC: ANTON-RDU-AIRPORT: RALEIGH, 1 person. | 12.30 |
| 4/23/2010 | Joseph J. McKenna | Meals | Dinner (room service) while traveling on Nortel engagement.: IMPERIAL HOTEL GROUP INC: DURHAM, NC, 1 person. | 15.69 |
| 4/26/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: A2 BUD BREWHOU420081 NEWARK NJ: HMSHOST-EWR-AIRPT: NEWARK, 1 person. | 24.84 |
| 4/27/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement (5 guests).: MEZ DURHAM NC: MEZ RESTAURANT GROUP LL: DURHAM Attendees: Joseph J. McKenna, Coley P. Brown, Elaine M Lane, Matthew J. Fisher, Brian Heinimann. | 145.73 |
| 4/29/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: GREENLEAF'S GR674794 RALEIGH NC: ANTON-RDU-AIRPORT: RALEIGH, NC, 1 person. | 12.30 |
| 4/8/2010 | Matthew J. Fisher | Meals | Dinner at airport: RDU airport: Durham, NC, 1 person. | 18.22 |
| 4/14/2010 | Matthew J. Fisher | Meals | Dinner at airport: RDU airport: Durham, NC, 1 person. | 9.25 |
| 4/22/2010 | Matthew J. Fisher | Meals | Dinner at airport: RDU airport: Durham, NC, 1 person. | 9.25 |
| 4/29/2010 | Matthew J. Fisher | Meals | Dinner at airport: RDU airport: Durham, NC, 1 person. | 12.55 |
| 4/5/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight.: Starbucks: EWR, 1 person. | 4.82 |
| 4/6/2010 | Michael E. Scannella | Meals | Working team dinner (5 people).: Mez: Durham Attendees: Michael E. Scannella, Coley P. Brown, Matthew J. Fisher, Brian Heinimann, Joseph J. McKenna. | 151.18 |
| 4/6/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite, 1 person.: Nortel Cafe: RTP 1 person. | 5.39 |
| 4/7/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 3 people.: Ruth's Chris: Cary Attendees: Michael E. Scannella, Coley P. Brown, Matthew J. Fisher | 150.00 |
| 4/7/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite, 1 person.: Nortel Cafe: RTP 1 person. | 2.25 |
| 4/8/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: RTP, 1 person. | 9.00 |
| 4/8/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite, 1 person.: Nortel Cafe: RTP 1 person. | 5.41 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/13/2010 | Michael E. Scannella | Meals | Dinner while traveling, 2 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown. | 51.86 |
| 4/13/2010 | Michael E. Scannella | Meals | Breakfast while at clientsite, 1 person.: Nortel Cafe: RTP 1 person. | 5.39 |
| 4/14/2010 | Michael E. Scannella | Meals | Dinner while traveling, 2 people.: Champps: Durham Attendees: Michael E. Scannella, Coley P. Brown. | 75.45 |
| 4/15/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Varsity Grill: RDU. | 11.36 |
| 4/19/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: EWR. | 2.19 |
| 4/20/2010 | Michael E. Scannella | Meals | Team dinner, 5 people.: Mez: Durham Attendees: Michael E. Scannella, Coley P. Brown, Joseph J. McKenna, Brian Heinimann, Matthew J. Fisher. | 181.17 |
| 4/22/2010 | Michael E. Scannella | Meals | Breakfast for week of 4/19, 4 days, 1 person.: Nortel Cafe: RTP. | 20.00 |
| 4/22/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Greenleaf's: RDU. | 12.35 |
| 4/29/2010 | Michael E. Scannella | Meals | Room service, 1 person.: Sheraton: RTP, 1 person. | 39.00 |
| 4/29/2010 | Michael E. Scannella | Meals | Breakfast for the week (4 days), 1 person.: Nortel Cafe: RTP. | 16.00 |
| 4/22/2010 | Elaine M Lane | Mileage | Mileage from airport to home from trip to client site: Airport/Home 04/22/2010 to 04/22/2010. | 20.00 |
| 4/27/2010 | Elaine M Lane | Mileage | Personal mileage from home to airport: Home/IND 04/27/2010 to 04/27/2010. | 10.00 |
| 4/29/2010 | Elaine M Lane | Mileage | Personal mileage from airport to home: IND/Home 04/29/2010 to 04/29/2010. | 10.00 |
| 4/21/2010 | James Lukenda | Mileage | Nortel-mileage to EWR: Mont-EWR-Mont 04/21/2010 to 04/22/2010. | 15.50 |
| 4/29/2010 | Michael E. Scannella | Office Supplies | Hard drives to secure and back up Nortel-related files.: Wal-Mart: RTP. | 170.25 |
| 4/21/2010 | James Lukenda | Parking & Tolls | Nortel-GSP toll (1) and PANYNJ parking (54): PANYNJ and GSP: various 04/21/2010 to 04/22/2010. | 55.00 |
| 4/30/2010 | Accounts Payable | Postage and Freight | UNITED PARCEL SERVICE - Shipments of documents and work materials related to Nortel workstreams for working team (Cleary, Huron, and Nortel) meetings and discussions. | 101.06 |
| 4/1/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement (3 nights).: AVIS RENT A CAR   RALEIGH   NC: AVIS RENT A CAR CORP: Raleigh 03/29/2010 to 04/01/2010. | 196.26 |
| 4/8/2010 | Joseph J. McKenna | Rental Car | Rental car for team in Durham, NC.: AVIS RENT A CAR   RALEIGH   NC: AVIS RENT A CAR CORP: GARDEN CITY 04/05/2010 to 4/8/2010, 4 days. | 196.26 |
| 4/16/2010 | Joseph J. McKenna | Rental Car | Rental car for team in Durham, NC (5 days).: AVIS RENT A CAR   RALEIGH   NC: AVIS RENT A CAR CORP: GARDEN CITY 04/11/2010 to 4/15/2010. | 268.76 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 4/22/2010 | Joseph J. McKenna | Rental Car | Rental car for team in Durham, NC (5 days).: AVIS RENT A CAR   RALEIGH      NC: AVIS RENT A CAR CORP: GARDEN CITY 04/18/2010 to 4/22/2010. | 273.43 |
| 4/29/2010 | Joseph J. McKenna | Rental Car | Rental car for team in Durham, NC (3 days).: AVIS RENT A CAR   RALEIGH      NC: AVIS RENT A CAR CORP: GARDEN CITY 04/26/2010 to 4/29/2010. | 196.26 |
| 4/8/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: AVIS RENT A CAR   RALEIGH      NC: AVIS RENT A CAR CORP: GARDEN CITY 04/05/2010 to 4/8/2010. | 198.96 |
| 4/15/2010 | Michael E. Scannella | Rental Car | Rental Car, 4 days.: Avis: RDU 04/12/2010 to 04/15/2010. | 198.96 |
| 4/22/2010 | Michael E. Scannella | Rental Car | Car while at clientsite, 4 days.: Avis: RTP 04/19/2010 to 04/22/2010. | 231.04 |
| 4/29/2010 | Michael E. Scannella | Rental Car | Rental car while at clientsite, 4 days.: Avis: RDU 04/26/2010 to 04/29/2010. | 198.96 |
| 4/28/2010 | Accounts Payable | Research | PACER SERVICE CENTER - Research performed related to Nortel workstreams from January 1, 2010 through March 31, 2010. | 83.44 |

$ 32,241.02