IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (KG)
:
            Debtors.              :     Jointly Administered
:
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Airvana, Inc. hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 3719).

Dated: Wilmington, DE
       May 24, 2010

                                                  */s/ Michael R. Lastowski*
                                                  Michael R. Lastowski (DE 3892)
                                                  **DUANE MORRIS LLP**
                                                  1100 North Market Street, Suite 1200
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 657-4900
                                                  Facsimile: (302) 657-4901
                                                  E-Mail: mlastowski@duanemorris.com

                                                  -and-

                                                  Christopher J. Panos, Esq.
                                                  **CRAIG AND MACAULEY**
                                                     **PROFESSIONAL CORPORATION**
                                                  Federal Reserve Building
                                                  600 Atlantic Avenue
                                                  Boston, MA 02210

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Telephone: (617) 367-9500
Facsimile: (617) 742-1788
E-mail:  panos@craigmacauley.com

*Counsel for Airvana, Inc.*