# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MAY 24, 2010 02:30 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

### *Matter:*

OMNIBUS HEARING
**R / M #:**   3,024 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 7/7/10
#2 -  Adjourned to 6/24/10
#3 -  Order has been entered
#4 -  ORDER SIGNED
#5 -  Approved -  ORDER SIGNED
#6 -  CNO Filed and Order Signed
#7 -  ORDER SIGNED
#8 -  Adjourned to 6/9/10 @ 10:00 am