# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG           DATE: 5/24/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maris J. Finnegan | Young Conaway Stargatt & Taylor | UK Administrator |
| Diane McGowan | Akin Gump | Ericsson |
| Carl Neff | Ciardi Ciardi & Astin | SNMP |
| Drew Sloan | Richards Layton | Committee |
| Derek Abbott | Morris Nichols | Debtors |
| James Bromley | Cleary Gottlieb | " |
| James Croft | Cleary Gottlieb | Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 05/24/2010
Calendar Time: 02:30 PM ET

Amended Calendar 05/04/2010 11:24 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534574 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3533058 | Hyacinth DeAlmeida | (972) 685-2374 | Nortel Networks | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3536992 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534559 | Brad Kahn | (212) 872-8121 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3537683 | Thomas Kreller | (213) 892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534489 | Mark Ralston | (214) 855-6416 | Ciardi Ciardi & Astin | Creditor, SNMP Research International Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534583 | Sarah Schultz | (214) 969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Creditor Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534311 | Hondo Sen | (203) 355-3525 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3534305 | Christine Steenman | (212) 610-7304 | Allen & Overy, LLP | Creditor, Ernst & Young / LISTEN ONLY |