# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

CHILMARK PARTNERS, LLC
March 4, 2010 - March 31, 2010

### Summary of Services Rendered by Project

| Project Code | Nature of Services | March 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 52.0 |
| 2 | Business Operations / General Corporate / Real Estate | 10.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 38.0 |
| 4 | Analysis of Historical Results and Diligence Materials | 121.0 |
| 5 | Meetings with Debtor's Counsel | 7.0 |
| 6 | Committee Matters and Creditor Meetings | 21.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | 22.0 |
| 9 | Intellectual Property | 20.0 |
| 10 | Employee Benefits / Pension | - |
| 11 | Preparation of Fee Applications and Retention Materials | 18.0 |
| 12 | Tax Issues | - |
| 13 | Hearings | 1.0 |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 72.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **382.0** |

### Summary of Services Rendered by Professional

| Name | March 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 116.0 |
| Michael Kennedy, Member | 111.0 |
| Aaron Taylor, Vice President | 155.0 |
| **TOTAL** | **382.0** |

**Nortel Networks, Inc**
March 4, 2010 - March 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | March 2010 Hours | Code |
|---|---|---|---|
| 3/4/2010 | Work on retention materials | 2.0 | 11 |
| 3/4/2010 | Review diligence materials | 6.0 | 4 |
| 3/5/2010 | Review diligence materials | 7.0 | 4 |
| 3/6/2010 | Review diligence materials | 2.0 | 4 |
| 3/7/2010 | Review diligence materials | 3.0 | 4 |
| 3/8/2010 | Review diligence materials | 7.0 | 4 |
| 3/10/2010 | Review diligence materials | 6.0 | 4 |
| 3/11/2010 | Review diligence materials | 8.0 | 4 |
| 3/12/2010 | Call re: IP Assets | 6.0 | 9 |
| 3/14/2010 | Review diligence materials | 4.0 | 4 |
| 3/16/2010 | Call w/ Mgmt. re Business diligence | 5.0 | 4 |
| 3/17/2010 | Review diligence materials | 2.0 | 4 |
| 3/18/2010 | Review materials re retention application | 1.0 | 11 |
| 3/18/2010 | Review diligence materials | 1.0 | 4 |
| 3/19/2010 | Review materials re retention application | 2.0 | 11 |
| 3/21/2010 | Review materials re retention application | 1.0 | 11 |
| 3/22/2010 | Review materials re retention application | 1.0 | 11 |
| 3/23/2010 | Review diligence materials | 6.0 | 4 |
| 3/24/2010 | Review materials re retention application | 2.0 | 11 |
| 3/24/2010 | Review diligence materials | 6.0 | 4 |
| 3/25/2010 | Travel to NYC | 4.0 | 15 |
| 3/25/2010 | Meetings w/ counsel and committees | 7.0 | 6 |
| 3/25/2010 | Return travel to Chicago | 4.0 | 15 |
| 3/26/2010 | Review materials re retention application | 3.0 | 11 |
| 3/26/2010 | Review diligence materials | 4.0 | 4 |
| 3/29/2010 | Review diligence materials | 4.0 | 4 |
| 3/30/2010 | Review materials re retention application | 1.0 | 11 |
| 3/30/2010 | Travel to Delaware re court hearing | 5.0 | 15 |
| 3/31/2010 | Meeting w/ counsel re court hearing | 2.0 | 5 |
| 3/31/2010 | Court hearing | 1.0 | 13 |
| 3/31/2010 | Travel to NYC | 3.0 | 15 |
| **March 2010 Total** | | **116.0** | |

**Nortel Networks, Inc**
March 4, 2010 - March 31, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | March 2010 Hours | Code |
|---|---|---|---|
| 3/4/2010 | Review diligence materials | 2.0 | 4 |
| 3/4/2010 | Prepare and discuss retention application | 3.0 | 11 |
| 3/4/2010 | Call with CG (JB) and JR | 2.0 | 5 |
| 3/5/2010 | Prepare and discuss retention application | 2.0 | 11 |
| 3/5/2010 | Review diligence materials | 5.0 | 4 |
| 3/9/2010 | Review diligence materials | 4.0 | 4 |
| 3/10/2010 | Call with CG (JB) and JR | 1.0 | 5 |
| 3/10/2010 | Review diligence materials | 3.0 | 4 |
| 3/11/2010 | Review presentation material | 2.0 | 9 |
| 3/11/2010 | Review and summarize matrix material | 3.0 | 8 |
| 3/11/2010 | Travel to NY | 4.0 | 15 |
| 3/12/2010 | Meeting in NY on IP assets | 6.0 | 9 |
| 3/12/2010 | Travel from NY | 5.0 | 15 |
| 3/15/2010 | Call w/ Monitor re: data requests | 1.0 | 1 |
| 3/15/2010 | Review of inter company balances | 4.0 | 8 |
| 3/15/2010 | Travel to Raleigh | 5.0 | 15 |
| 3/16/2010 | Meeting with TSA Group | 5.0 | 2 |
| 3/16/2010 | Travel from Raleigh | 5.0 | 15 |
| 3/17/2010 | Review of company information | 9.0 | 3 |
| 3/19/2010 | Review & internal discussion of intercompany balances | 3.0 | 8 |
| 3/23/2010 | Review of company information | 2.0 | 3 |
| 3/23/2010 | Review diligence materials | 2.0 | 4 |
| 3/24/2010 | Review of company information | 4.0 | 3 |
| 3/25/2010 | Travel to NY | 4.0 | 15 |
| 3/25/2010 | Meeting with creditor advisors | 7.0 | 6 |
| 3/25/2010 | Travel from NY | 5.0 | 15 |
| 3/29/2010 | Discussion/review analysis of allocation methodologies | 5.0 | 1 |
| 3/31/2010 | Discussion/review analysis of allocation methodologies | 8.0 | 1 |
| **March 2010 Total** | | **111.0** | |

**Nortel Networks, Inc**
March 4, 2010 - March 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | March 2010 Hours | Code |
|---|---|---|---|
| 3/5/2010 | Review diligence materials | 4.0 | 4 |
| 3/6/2010 | Review diligence materials | 5.0 | 4 |
| 3/7/2010 | Review diligence materials | 4.0 | 4 |
| 3/8/2010 | Review diligence materials | 7.0 | 4 |
| 3/9/2010 | Review diligence materials | 5.0 | 4 |
| 3/10/2010 | Review diligence materials | 5.0 | 4 |
| 3/11/2010 | Review diligence materials | 4.0 | 4 |
| 3/11/2010 | Discussions with Debtor's counsel | 2.0 | 5 |
| 3/11/2010 | Travel to NY | 4.0 | 15 |
| 3/12/2010 | Meeting in NY on IP assets | 6.0 | 9 |
| 3/12/2010 | Travel from NY | 5.0 | 15 |
| 3/15/2010 | Review of inter company balances | 4.0 | 8 |
| 3/15/2010 | Travel to Raleigh | 5.0 | 15 |
| 3/16/2010 | Meeting with TSA Group | 5.0 | 2 |
| 3/16/2010 | Travel from Raleigh | 5.0 | 15 |
| 3/17/2010 | Review of company information | 9.0 | 3 |
| 3/18/2010 | Review of company information | 8.0 | 3 |
| 3/19/2010 | Review of inter company balances | 8.0 | 8 |
| 3/22/2010 | Review of company information | 6.0 | 3 |
| 3/23/2010 | Asset analysis | 7.0 | 1 |
| 3/24/2010 | Asset analysis | 6.0 | 1 |
| 3/25/2010 | Travel to NY | 4.0 | 15 |
| 3/25/2010 | Meeting with creditor advisors | 7.0 | 6 |
| 3/25/2010 | Travel from NY | 5.0 | 15 |
| 3/26/2010 | Analysis of allocation methodologies | 8.0 | 1 |
| 3/29/2010 | Analysis of allocation methodologies | 9.0 | 1 |
| 3/31/2010 | Analysis of allocation methodologies | 8.0 | 1 |
| **March 2010 Total** | | **155.0** | |