# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 4, 2010 Through March 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 3/11 -3/12 | Flight to New York, NY | $ 881.40 |
| Mike Kennedy | 3/11 -3/12 | Hotel (one night) | $ 277.75 |
| Mike Kennedy | 3/11 -3/12 | Group meal (dinner: MK & AT) | $ 111.09 |
| Mike Kennedy | 3/11 -3/12 | Ground transportation | $ 45.00 |
| Mike Kennedy | 3/11 -3/12 | Parking | $ 48.00 |
| Mike Kennedy | 3/11 -3/12 | Meals (one lunch & one dinner) | $ 40.00 |
| Aaron Taylor | 3/11 -3/12 | Flight to New York, NY | $ 853.40 |
| Aaron Taylor | 3/11 -3/12 | Hotel (one night) | $ 277.75 |
| Aaron Taylor | 3/11 -3/12 | Ground transportation | $ 77.00 |
| Mike Kennedy | 3/15 -3/16 | Flight to Raleigh, NC | $ 1,146.40 |
| Mike Kennedy | 3/15 -3/16 | Hotel (one night) | $ 189.39 |
| Mike Kennedy | 3/15 -3/16 | Ground transportation | $ 159.00 |
| Mike Kennedy | 3/15 -3/16 | Group meal (dinner: MK & AT) | $ 48.40 |
| Mike Kennedy | 3/15 -3/16 | Parking | $ 50.00 |
| Aaron Taylor | 3/15 -3/16 | Flight to Raleigh, NC | $ 1,146.40 |
| Aaron Taylor | 3/15 -3/16 | Hotel (one night) | $ 176.31 |
| Aaron Taylor | 3/15 -3/16 | Ground transportation | $ 76.00 |
| Matt Rosenberg | 3/25 | Flight to New York, NY (AAirpass) | $ 962.33 |
| Matt Rosenberg | 3/25 | Meals (one breakfast, one dinner) | $ 35.00 |
| Matt Rosenberg | 3/25 | Parking | $ 31.00 |
| Mike Kennedy | 3/25 | Flight to New York, NY | $ 608.40 |
| Mike Kennedy | 3/25 | Ground transportation | $ 75.00 |
| Mike Kennedy | 3/25 | Group meal (lunch: JR, MK, MR, AT) | $ 192.66 |
| Mike Kennedy | 3/25 | Parking | $ 31.00 |
| Aaron Taylor | 3/25 | Flight to New York, NY | $ 937.40 |
| Aaron Taylor | 3/25 | Ground transportation | $ 66.74 |
| Aaron Taylor | 3/25 | Parking | $ 31.00 |
| Matt Rosenberg | 3/30 - 3/31 | Flight to Philadelphia (AAirpass) - one way | $ 466.77 |
| Matt Rosenberg | 3/30 - 3/31 | Train to NY | $ 175.00 |
| Matt Rosenberg | 3/30 - 3/31 | Hotel (one night) | $ 438.90 |
| Matt Rosenberg | 3/30 - 3/31 | Ground transportation | $ 91.47 |
| Matt Rosenberg | 3/30 - 3/31 | Ground transportation | $ 80.00 |
| Matt Rosenberg | 3/30 - 3/31 | Meal (breakfast) | $ 20.00 |
| **Total Expenses** | | | **$ 9,845.96** |