# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

**CHILMARK PARTNERS, LLC**
April 1, 2010 - April 30, 2010

<u>Summary of Services Rendered by Project</u>

| Project Code | Nature of Services | April 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 105.0 |
| 2 | Business Operations / General Corporate / Real Estate | 19.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 33.0 |
| 4 | Analysis of Historical Results | 95.0 |
| 5 | Meetings with Debtor's Counsel | 46.0 |
| 6 | Committee Matters and Creditor Meetings | 45.0 |
| 7 | Claims Administration and Analysis | 13.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | 1.0 |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 69.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 426.0 |

<u>Summary of Services Rendered by Professional</u>

| Name | April 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 135.0 |
| Michael Kennedy, Member | 108.0 |
| Aaron Taylor, Vice President | 183.0 |
| **TOTAL** | 426.0 |

**Nortel Networks, Inc**
April 1, 2010 - April 30, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | April 2010 Hours | Code |
|------|---------------------|------------------|------|
| 4/1/2010 | Meeting re diligence | 2.0 | 4 |
| 4/2/2010 | Return travel to Chicago | 4.0 | 15 |
| 4/4/2010 | Diligence re company, claims & allocation | 4.0 | 4 |
| 4/5/2010 | Diligence re company, claims & allocation | 6.0 | 4 |
| 4/6/2010 | Travel to NYC | 4.0 | 15 |
| 4/6/2010 | Meetings w/debtor & professionals re diligence | 6.0 | 5 |
| 4/7/2010 | Meetings w/debtor & professionals re diligence | 3.0 | 5 |
| 4/7/2010 | Meetings w/ creditor advisors re diligence | 5.0 | 6 |
| 4/7/2010 | Return travel to Chicago | 4.0 | 15 |
| 4/8/2010 | Diligence re company, claims & allocation | 4.0 | 4 |
| 4/9/2010 | Diligence re company, claims & allocation | 5.0 | 4 |
| 4/12/2010 | Diligence re company, claims & allocation | 4.0 | 4 |
| 4/13/2010 | Diligence re company, claims & allocation | 4.0 | 4 |
| 4/14/2010 | Diligence re company, claims & allocation | 5.0 | 4 |
| 4/15/2010 | Call w/debtor & professionals | 2.0 | 5 |
| 4/15/2010 | Meeting w/ professionals re claims | 3.0 | 5 |
| 4/16/2010 | Diligence re company, claims & allocation | 5.0 | 4 |
| 4/18/2010 | Diligence re company, claims & allocation | 3.0 | 4 |
| 4/19/2010 | Travel to NYC | 4.0 | 15 |
| 4/20/2010 | Meeting w/ creditor professionals | 3.0 | 6 |
| 4/20/2010 | Meeting w/ debtor and professionals re diligence, claims & allocation | 6.0 | 5 |
| 4/21/2010 | Return travel to Chicago | 4.0 | 15 |
| 4/22/2010 | Diligence re company, claims & allocation | 5.0 | 4 |
| 4/23/2010 | Diligence re company, claims & allocation | 6.0 | 4 |
| 4/25/2010 | Travel to NYC | 5.0 | 15 |
| 4/26/2010 | Meetings w/ debtor, professionals and monitor | 7.0 | 6 |
| 4/26/2010 | Return travel to Chicago | 4.0 | 15 |
| 4/27/2010 | Diligence re company, claims & allocation | 5.0 | 4 |
| 4/28/2010 | Call re IP | 3.0 | 1 |
| 4/29/2010 | Diligence re company, claims & allocation | 4.0 | 4 |
| 4/30/2010 | Diligence re company, claims & allocation | 6.0 | 4 |
| | **April 2010 Total** | **135.0** | |

**Nortel Networks, Inc**
April 1, 2010 - April 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | April 2010 Hours | Code |
|------|---------------------|------------------|------|
| 4/1/2010 | Travel to NY | 3.0 | 15 |
| 4/1/2010 | Meeting w/ JR & Cleary (JB) | 3.0 | 5 |
| 4/1/2010 | Review Cleary diligence material | 2.0 | 4 |
| 4/1/2010 | Travel from NY | 3.0 | 15 |
| 4/5/2010 | Conference call w/ Huron re: claims and assets | 1.0 | 7 |
| 4/5/2010 | Review of company information | 6.0 | 3 |
| 4/5/2010 | Travel to NY | 3.0 | 15 |
| 4/6/2010 | Meeting w/ JR & Cleary (JB) | 8.0 | 5 |
| 4/7/2010 | Meeting w/ JR & Cleary (JB) | 2.0 | 5 |
| 4/7/2010 | Meeting with creditor advisors | 6.0 | 6 |
| 4/7/2010 | Travel from NY | 3.0 | 15 |
| 4/8/2010 | Review of claims information | 3.0 | 7 |
| 4/9/2010 | Review of claims information | 3.0 | 7 |
| 4/9/2010 | Review analysis and internal discussion | 2.0 | 1 |
| 4/12/2010 | Communication with Cleary/JR re: process | 1.0 | 5 |
| 4/14/2010 | Conference call: cash forecast | 1.0 | 3 |
| 4/14/2010 | Review tax diligence information | 1.0 | 12 |
| 4/15/2010 | Review diligence materials | 5.0 | 4 |
| 4/19/2010 | Prepare and review asset analysis | 5.0 | 1 |
| 4/21/2010 | NBS  operations review | 6.0 | 2 |
| 4/22/2010 | Review of company information | 3.0 | 3 |
| 4/23/2010 | Discussion/review analysis of allocation methodologies | 5.0 | 1 |
| 4/25/2010 | Travel to NY | 3.0 | 15 |
| 4/26/2010 | Meetings w/ debtor, professionals and monitor | 7.0 | 6 |
| 4/26/2010 | Travel from NY | 3.0 | 15 |
| 4/27/2010 | Review diligence materials | 4.0 | 4 |
| 4/27/2010 | FA Conference call: APAC | 1.0 | 3 |
| 4/28/2010 | FA Conference call: Monthly review | 4.0 | 3 |
| 4/29/2010 | Review diligence materials | 2.0 | 4 |
| 4/29/2010 | Review & discussion of analysis of allocation methodologies | 3.0 | 1 |
| 4/30/2010 | Review & discussion of analysis of allocation methodologies | 6.0 | 1 |

**April 2010 Total**                                                                      **108.0**

**Nortel Networks, Inc**
April 1, 2010 - April 30, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | April 2010 Hours | Code |
|------|---------------------|------------------|------|
| 4/1/2010 | Development of Allocation Model | 7.0 | 1 |
| 4/5/2010 | Development of Allocation Model | 8.0 | 1 |
| 4/6/2010 | Travel to NY | 4.0 | 15 |
| 4/6/2010 | Meeting w/ JR & Cleary (JB) | 5.0 | 5 |
| 4/7/2010 | Meeting with creditor advisors | 6.0 | 6 |
| 4/7/2010 | Travel from NY | 3.0 | 15 |
| 4/8/2010 | Review of claims information | 3.0 | 7 |
| 4/8/2010 | Development of Allocation Model | 5.0 | 1 |
| 4/9/2010 | Review of claims information | 3.0 | 7 |
| 4/9/2010 | Development of Allocation Model | 4.0 | 1 |
| 4/9/2010 | Review analysis and internal discussion | 2.0 | 1 |
| 4/12/2010 | Development of Allocation Model | 2.0 | 1 |
| 4/12/2010 | Communication with Cleary/JR re: process | 1.0 | 5 |
| 4/12/2010 | Review of subsidiary structure | 4.0 | 2 |
| 4/13/2010 | Conference call: US subs in EMEA | 1.0 | 3 |
| 4/13/2010 | Development of Allocation Model | 6.0 | 1 |
| 4/14/2010 | Conference call: cash forecast | 1.0 | 3 |
| 4/14/2010 | Review diligence materials | 5.0 | 4 |
| 4/14/2010 | Development of Allocation Model | 2.0 | 1 |
| 4/15/2010 | Review diligence materials | 5.0 | 4 |
| 4/15/2010 | Meeting with Huron to discuss US subs | 3.0 | 2 |
| 4/16/2010 | Development of Allocation Model | 8.0 | 1 |
| 4/19/2010 | Prepare and review asset analysis | 5.0 | 1 |
| 4/19/2010 | Travel to NY | 4.0 | 15 |
| 4/20/2010 | Meeting with creditor advisors | 4.0 | 6 |
| 4/20/2010 | Meeting w/ debtor and professionals re diligence, claims & allocation | 6.0 | 5 |
| 4/20/2010 | Travel from NY | 4.0 | 15 |
| 4/21/2010 | NBS operations review | 6.0 | 2 |
| 4/21/2010 | Development of Allocation Model | 3.0 | 1 |
| 4/22/2010 | Conference call: US subs in EMEA | 1.0 | 3 |
| 4/22/2010 | Review of company information | 5.0 | 3 |
| 4/23/2010 | Development of Allocation Model | 4.0 | 1 |
| 4/23/2010 | Discussion/review analysis of allocation methodologies | 5.0 | 1 |
| 4/25/2010 | Travel to NY | 4.0 | 15 |
| 4/26/2010 | Meetings w/ debtor, professionals and monitor | 7.0 | 6 |
| 4/26/2010 | Travel from NY | 3.0 | 15 |
| 4/27/2010 | Review diligence materials | 4.0 | 4 |
| 4/27/2010 | FA Conference call: APAC restructuring | 1.0 | 3 |
| 4/27/2010 | Development of Allocation Model | 4.0 | 1 |
| 4/28/2010 | FA Conference call: Monthly review | 4.0 | 3 |
| 4/28/2010 | Review of company information | 5.0 | 3 |
| 4/29/2010 | Development of Allocation Model | 4.0 | 1 |
| 4/29/2010 | Review & discussion of analysis of allocation methodologies | 3.0 | 1 |
| 4/30/2010 | Development of Allocation Model | 3.0 | 1 |
| 4/30/2010 | Review & discussion of analysis of allocation methodologies | 6.0 | 1 |
| **April 2010 Total** | | **183.0** | |