# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2010 Through April 30, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 4/6 - 4/7 | Flight to New York, NY (AAirpass) | $ 962.33 |
| Matt Rosenberg | 4/6 - 4/7 | Hotel (one night) | $ 594.47 |
| Matt Rosenberg | 4/6 - 4/7 | Parking | $ 62.00 |
| Matt Rosenberg | 4/6 - 4/7 | Ground transportation | $ 40.00 |
| Matt Rosenberg | 4/6 - 4/7 | Meals (one breakfast, one dinner) | $ 32.00 |
| Mike Kennedy | 4/5 - 4/7 | Flight to New York, NY | $ 886.40 |
| Mike Kennedy | 4/5 - 4/7 | Hotel (two nights) | $ 869.35 |
| Mike Kennedy | 4/5 - 4/7 | Parking | $ 74.00 |
| Mike Kennedy | 4/5 - 4/7 | Ground transportation | $ 70.00 |
| Aaron Taylor | 4/6 - 4/7 | Flight to New York, NY | $ 879.80 |
| Aaron Taylor | 4/6 - 4/7 | Hotel (one night) | $ 422.33 |
| Aaron Taylor | 4/6 - 4/7 | Parking | $ 31.00 |
| Aaron Taylor | 4/6 - 4/7 | Ground transportation | $ 95.27 |
| Aaron Taylor | 4/6 - 4/7 | Meal | $ 15.25 |
| Matt Rosenberg | 4/19 - 4/21 | Flight to New York, NY (AAirpass) | $ 962.33 |
| Matt Rosenberg | 4/19 - 4/21 | Hotel (two nights, excluding meal) | $ 1,403.13 |
| Matt Rosenberg | 4/19 - 4/21 | Hotel meal (1) | $ 64.00 |
| Matt Rosenberg | 4/19 - 4/21 | Parking | $ 85.00 |
| Matt Rosenberg | 4/19 - 4/21 | Ground transportation | $ 130.60 |
| Aaron Taylor | 4/19 - 4/21 | Flight to New York, NY | $ 395.40 |
| Aaron Taylor | 4/19 - 4/21 | Hotel (two nights) | $ 495.77 |
| Aaron Taylor | 4/19 - 4/21 | Ground transportation | $ 113.71 |
| Aaron Taylor | 4/19 - 4/21 | Meal (dinner) | $ 18.51 |
| Aaron Taylor | 4/19 - 4/21 | Meal (dinner) | $ 40.00 |
| Matt Rosenberg | 4/25 - 4/26 | Flight to New York, NY (AAirpass) | $ 962.33 |
| Matt Rosenberg | 4/25 - 4/26 | Hotel (one night) | $ 392.51 |
| Matt Rosenberg | 4/25 - 4/26 | Parking | $ 43.00 |
| Matt Rosenberg | 4/25 - 4/26 | Ground transportation | $ 40.00 |
| Matt Rosenberg | 4/25 - 4/26 | Meals (one breakfast & one dinner) | $ 50.00 |
| Mike Kennedy | 4/25 - 4/26 | Flight to New York, NY (1) | $ 818.00 |
| Mike Kennedy | 4/25 - 4/26 | Hotel (one night) | $ 369.55 |
| Mike Kennedy | 4/25 - 4/26 | Parking | $ 43.00 |
| Mike Kennedy | 4/25 - 4/26 | Ground transportation | $ 40.00 |
| Aaron Taylor | 4/25 - 4/26 | Flight to New York, NY | $ 1,028.40 |
| Aaron Taylor | 4/25 - 4/26 | Hotel (one night) | $ 392.51 |
| Aaron Taylor | 4/25 - 4/26 | Parking | $ 35.00 |
| Aaron Taylor | 4/25 - 4/26 | Ground transportation | $ 28.87 |
| **Total Expenses** | | | **$ 12,985.82** |

*(1) reduced 50% from actual cost.*