

**COMPTROLLER of MARYLAND**
*Serving the People*

Peter Franchot
*Comptroller*

Sharonne R. Bonardi
*Director*
*Compliance Division*

May 17, 2010

Clerk's Office
Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

In The Matter of:
Nortel Networks, Inc.
09-10138 (KG)
Chapter 11
CR# 02518231

Dear Clerk:

    Please withdraw the Claim of the State of Maryland, Comptroller of the Treasury, dated April , 2009, in the amount of $3,891.00, for the above-referenced case.

Very truly yours,

Mary T. Carr
Revenue Specialist
410-767-1653

MTC:nlt

301 West Preston Street • Baltimore, MD 21201-2383
Maryland Relay 711 • TTY (410) 767-1967 • http://compnet.comp.state.md.us./compliance