**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Re: D.I. 1514, 1898, 2037** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION**
**OF RIGHTS OF BT AMERICAS, INC. WITH RESPECT TO INITIAL**
**NOTICES OF DEBTORS' REQUEST FOR AUTHORITY TO**
**ASSUME AND ASSIGN CERTAIN CUSTOMER AGREEMENTS**

**PLEASE TAKE NOTICE** that BT Americas, Inc., by and through its undersigned

counsel, hereby withdraws the *Limited Objection and Reservation of Rights of BT Americas, Inc.*

*With Respect to Initial Notices of Debtors' Request for Authority to Assume and Assign Certain*

*Customer Agreements* [Docket No. 2037].

Dated: May 25, 2010        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
        Wilmington, Delaware

        /s/  Steven K. Kortanek
        Steven K. Kortanek (DE Bar No. 3810)
        222 Delaware Avenue, Suite 1501
        Wilmington, Delaware 19801
        Telephone: (302) 252-4320
        Facsimile: (302) 252-4330
        E-mail: skortanek@wcsr.com

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

-and-

PROSKAUER ROSE LLP
Scott K. Rutsky (SR-0712)
Craig A. Damast (CD-4234)
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
E-mail: srutsky@proskauer.com
       cdamast@proskauer.com


Counsel for BT Americas, Inc.