## **CERTIFICATE OF SERVICE**

I, Kathleen Lytle, certify that I am not less than 18 years of age, and that on May 25, 2010, I caused a copy of the foregoing to be served on the parties below by first class mail.

Debora M. Buell, Esq.
James L. Bromley, Esq.
Neil Forrest, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Eric D. Schwwartz, Esq.
Andrew R. Remming, Esq.
Ann C. Cordo, Esq.
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801


Dated:  May 25, 2010                             /s/  Kathleen Lytle
                                                                     Kathleen Lytle

1

WCSR  4117110v1