**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------X
                                        :

*In re*                          :

Nortel Networks Inc., *et al.*,[1]      :

                        Debtors.    :

                                      :
-----------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**SEALED PURSUANT TO COURT
ORDER DATED MAY 24, 2010 (D.I. 3048)**

**Re: D.I. 3020, 3048**

---

**CONFIDENTIAL FILED UNDER SEAL – <u>EXHIBIT A [PORTION]</u>
<u>AND EXHIBIT C</u> RE: AFFIDAVIT OF SERVICE (D.I. 3020)**

---

Dated:    Wilmington, Delaware
           May 25, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)              Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)           Eric D. Schwartz (No. 3134)
One Liberty Plaza                          Ann C. Cordo (No. 4817)
New York, New York 10006             Andrew R. Remming (No. 5120)
Telephone:  (212) 225-2000            1201 North Market Street
Facsimile:  (212) 225-3999              P.O. Box 1347
                                           Wilmington, Delaware 19899-1347
                                           Phone:  (302) 658-9200
                                           Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.