# Exhibit A

# Jefferies

*INVOICE*

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: 7970
Invoice Date: 5/25/2010
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of**
**Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:    Tim Burling, Flextronics Corporation
              Committee Chairman

Re:           Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| *Fees:* | |
| Retroactive Fees Due | $400,000.00 |
| Monthly Fee: March 2010 | $200,000.00 |
| (Less 20% Holdback) | ($120,000.00) |
| **Total Fees after Holdback** | $480,000.00 |
| | |
| *Expenses:* | |
| Legal Fees | $12,928.00 |
| Meals | $467.72 |
| Presentation Services | $376.00 |
| Transportation - Ground | $139.93 |
| **Total Out-of-Pocket Expenses** | $13,911.65 |

| TOTAL DUE | $493,911.65 |
|---|---|

**Payment Details**

**Wire Instructions**
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

**Check Payment Instructions**
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:     NOR250-7970- Nortel