Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
March 1, 2010 – March 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal Fees | $12,928.00 |
| Meals | $467.72 |
| Presentation Services | $376.00 |
| Transportation – Ground | $139.93 |
| Total | $13,911.65 |

14

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| GENE CHEN | Meals | Overtime Meal | 1/12/2010 | $25.00 |
| GENE CHEN | Meals | Overtime Meal | 1/13/2010 | $25.20 |
| LEO CHANG | Meals | Overtime Meal | 1/19/2010 | $21.48 |
| GENE CHEN | Meals | Overtime Meal | 1/20/2010 | $25.31 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 1/26/2010 | $24.64 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 1/26/2010 | $23.69 |
| GENE CHEN | Meals | Overtime Meal | 1/27/2010 | $25.39 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 1/27/2010 | $25.50 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 2/1/2010 | $25.50 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 2/2/2010 | $25.50 |
| GENE CHEN | Meals | Overtime Meal | 2/3/2010 | $25.38 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 2/3/2010 | $25.50 |
| GAURAV KITTUR | Meals | Overtime Meal | 2/3/2010 | $25.50 |
| LEO CHANG | Meals | Overtime Meal | 2/4/2010 | $23.97 |
| LEO CHANG | Meals | Overtime Meal | 2/7/2010 | $20.40 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 2/9/2010 | $25.37 |
| GAURAV KITTUR | Meals | Overtime Meal | 2/9/2010 | $24.13 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 2/10/2010 | $7.50 |
| PAUL ZANGRILLI | Meals | Overtime Meal | 2/10/2010 | $24.76 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 2/11/2010 | $7.37 |
| GAURAV KITTUR | Meals | Overtime Meal | 2/11/2010 | $25.50 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 2/23/2010 | $23.28 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 2/23/2010 | $5.86 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 2/23/2010 | $7.90 |
| SONNENSCHEIN NATH & ROSENTHAL | Legal Fees | Amended Retention Services | 2/26/2010 | $12,928.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/10/2010 | $8.75 |
| JASON DRUMMOND | Presentation Services | Create/Edit Presentation | 3/11/2010 | $376.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 3/13/2010 | $8.70 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 3/14/2010 | $7.80 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 3/14/2010 | $8.20 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 3/16/2010 | $23.28 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/17/2010 | $5.87 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/18/2010 | $8.30 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/27/2010 | $7.75 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/28/2010 | $9.37 |
| Total: | | | | $13,911.65 |