Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
March 1, 2010 - March 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 27.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 19.5 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 33.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 34.8 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 22.8 |
| Paul Zangrilli | Associate, Communication Technologies Group | 28.8 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 33.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 77.3 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 46.5 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 36.8 |
| | **Total** | **360.0** |

Other Jefferies professionals who participated but do not keep hours:

Justin Despirito   Legal Counsel
Patrick Morrow    Paralegal

Jefferies & Company, Inc.
March 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 3/1/2010 | 1.00 | Review materials and JEF team member communications |
| Michael Henkin | 3/3/2010 | 1.00 | Call with other professionals, prep, case issues |
| Michael Henkin | 3/4/2010 | 1.25 | UCC call |
| Michael Henkin | 3/10/2010 | 1.50 | Review UCC presentations,M&A analysis |
| Michael Henkin | 3/11/2010 | 2.00 | UCC call |
| Michael Henkin | 3/12/2010 | 1.25 | Calls with creditors re: case issues; review related documents |
| Michael Henkin | 3/15/2010 | 0.75 | Review financial analysis and various communication |
| Michael Henkin | 3/17/2010 | 1.50 | Review materials and UCC call prep |
| Michael Henkin | 3/18/2010 | 2.00 | UCC Call |
| Michael Henkin | 3/20/2010 | 1.00 | Communication with other professionals and Jefco Team re: M&A and other issues |
| Michael Henkin | 3/24/2010 | 1.00 | Review UCC materials and M&A analysis |
| Michael Henkin | 3/28/2010 | 8.50 | Travel to NYC for Meeting with UCC |
| Michael Henkin | 3/30/2010 | 2.50 | Review documents and UCC presentations |
| Michael Henkin | 3/31/2010 | 1.75 | Review M&A analysis and UCC presentations |
| **March 2010 Summary Hours for Michael Henkin** | | **27.00** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 3/3/2010 | 1.00 | Professionals call, Reviewed Materials |
| Phil Berkowitz | 3/4/2010 | 2.00 | Committee call, Reviewed Materials |
| Phil Berkowitz | 3/5/2010 | 1.00 | M&A related call |
| Phil Berkowitz | 3/10/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 3/11/2010 | 2.00 | Committee call, Reviewed Materials |
| Phil Berkowitz | 3/15/2010 | 0.75 | Reviewed Materials |
| Phil Berkowitz | 3/17/2010 | 3.00 | Professionals Pre-Call, Jefferies' Internal and other calls, Reviewed Materials |
| Phil Berkowitz | 3/18/2010 | 2.00 | M&A related and Committee calls, Reviewed Materials |
| Phil Berkowitz | 3/22/2010 | 0.50 | Internal calls, Reviewed Materials |
| Phil Berkowitz | 3/24/2010 | 2.00 | Professionals Pre-call, Internal call, Reviewed Materials |
| Phil Berkowitz | 3/25/2010 | 2.00 | Update calls, Committee call, Reviewed Materials |
| Phil Berkowitz | 3/30/2010 | 0.50 | Reviewed Materials, calls |
| Phil Berkowitz | 3/31/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| **March 2010 Summary Hours for Phil Berkowitz** | | **19.50** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 3/3/2010 | 1.50 | Call with other professionals, prep, case issues |
| Hal Kennedy | 3/4/2010 | 1.50 | UCC call |
| Hal Kennedy | 3/5/2010 | 1.00 | M&A related call |
| Hal Kennedy | 3/9/2010 | 1.50 | Financial reporting issues |
| Hal Kennedy | 3/10/2010 | 1.50 | Review UCC presentations,M&A analysis |
| Hal Kennedy | 3/11/2010 | 2.00 | UCC call |
| Hal Kennedy | 3/12/2010 | 1.50 | Call with J. Ray |
| Hal Kennedy | 3/15/2010 | 0.75 | Review financial analysis and various communication |
| Hal Kennedy | 3/16/2010 | 1.00 | Review materials |
| Hal Kennedy | 3/17/2010 | 2.50 | Review materials, M&A update and UCC call prep |
| Hal Kennedy | 3/18/2010 | 2.00 | UCC Call |
| Hal Kennedy | 3/19/2010 | 1.50 | M&A related issues |
| Hal Kennedy | 3/22/2010 | 1.50 | Communication with other professionals and Jefco Team |
| Hal Kennedy | 3/24/2010 | 2.00 | Review UCC materials and M&A analysis, call with other professionals |
| Hal Kennedy | 3/25/2010 | 7.00 | UCC call, meeting with other professionals |
| Hal Kennedy | 3/26/2010 | 1.00 | M&A related call |
| Hal Kennedy | 3/30/2010 | 1.50 | M&A related issues |
| Hal Kennedy | 3/31/2010 | 2.00 | Review M&A analysis and UCC presentations |
| **March 2010 Summary Hours for Hal Kennedy** | | **33.25** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 3/1/2010 | 1.00 | Review materials and JEF team member communications |
| Leo Chang | 3/3/2010 | 1.00 | Call with other professionals, prep, case issues |
| Leo Chang | 3/4/2010 | 1.50 | UCC call |
| Leo Chang | 3/5/2010 | 1.00 | M&A related call |
| Leo Chang | 3/10/2010 | 1.50 | Review UCC presentations,M&A analysis |
| Leo Chang | 3/11/2010 | 2.00 | UCC and other calls |
| Leo Chang | 3/12/2010 | 3.00 | Meeting with other professionals |
| Leo Chang | 3/12/2010 | 1.25 | Calls with creditors re: case issues; review related documents |
| Leo Chang | 3/15/2010 | 0.75 | Review financial analysis and various communication |
| Leo Chang | 3/16/2010 | 1.00 | Review materials |
| Leo Chang | 3/17/2010 | 2.00 | Meeting with other professionals |
| Leo Chang | 3/17/2010 | 1.50 | Review materials and UCC call prep |
| Leo Chang | 3/18/2010 | 2.00 | UCC Call |
| Leo Chang | 3/18/2010 | 2.00 | Calls with other professionals |
| Leo Chang | 3/19/2010 | 1.50 | M&A related issues |
| Leo Chang | 3/20/2010 | 1.00 | Communication with other professionals and Jefco Team re: M&A and other issues |
| Leo Chang | 3/23/2010 | 2.00 | Call with other professionals |
| Leo Chang | 3/24/2010 | 1.00 | Review UCC materials and M&A analysis |
| Leo Chang | 3/25/2010 | 2.00 | UCC call |
| Leo Chang | 3/30/2010 | 4.00 | Meeting with other professionals |
| Leo Chang | 3/31/2010 | 1.75 | Review M&A analysis and UCC presentations |
| **March 2010 Summary Hours for Leo Chang** | | **34.75** | |

Jefferies & Company, Inc.
March 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 3/3/2010 | 1.25 | Professionals call, Reviewed Materials |
| Gaurav Kittur | 3/4/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 3/5/2010 | 1.00 | M&A related call |
| Gaurav Kittur | 3/10/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| Gaurav Kittur | 3/11/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 3/15/2010 | 0.75 | Reviewed Materials |
| Gaurav Kittur | 3/17/2010 | 3.50 | Professionals Pre-call, Jefferies' Internal and other calls, Reviewed Materials |
| Gaurav Kittur | 3/18/2010 | 2.50 | M&A related and Committee calls |
| Gaurav Kittur | 3/22/2010 | 1.00 | Reviewed Materials, Internal calls |
| Gaurav Kittur | 3/24/2010 | 2.25 | Professionals Pre-call, Internal call, Reviewed Materials |
| Gaurav Kittur | 3/25/2010 | 2.00 | Update calls, Committee call, Reviewed Materials |
| Gaurav Kittur | 3/30/2010 | 1.00 | Reviewed Materials |
| Gaurav Kittur | 3/31/2010 | 2.00 | Professionals Pre-call, Reviewed Materials |
| **March 2010 Summary Hours for Gaurav Kittur** | | **22.75** | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 3/2/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 3/3/2010 | 0.75 | Professionals call |
| Paul Zangrilli | 3/4/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 3/5/2010 | 1.00 | M&A related call |
| Paul Zangrilli | 3/9/2010 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 3/10/2010 | 1.00 | Professionals Pre-call |
| Paul Zangrilli | 3/11/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 3/12/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 3/15/2010 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 3/17/2010 | 3.75 | Professionals Pre-call, Internal calls, Reviewed Materials |
| Paul Zangrilli | 3/18/2010 | 2.50 | M&A related call, Committee call |
| Paul Zangrilli | 3/22/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 3/23/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 3/24/2010 | 2.00 | Professionals Pre-call, Internal call, Reviewed Materials |
| Paul Zangrilli | 3/25/2010 | 2.50 | Update calls, Committee call, Reviewed Materials |
| Paul Zangrilli | 3/29/2010 | 2.00 | Reviewed Materials |
| Paul Zangrilli | 3/31/2010 | 2.25 | Professionals Pre-call, Reviewed Materials |
| **March 2010 Summary Hours for Paul Zangrilli** | | **28.75** | |
| *Cary Verasco* | | | |
| Cary Verasco | 3/1/2010 | 1.00 | Various correspondence, call with creditor, review materials |
| Cary Verasco | 3/2/2010 | 0.50 | Various correspondence |
| Cary Verasco | 3/3/2010 | 2.00 | Review materials, call with Company advisor, various correspondence, professionals call |
| Cary Verasco | 3/4/2010 | 1.00 | Committee call, various correspondence, call with creditor |
| Cary Verasco | 3/5/2010 | 2.50 | Call with creditor, review filings, various correspondence |
| Cary Verasco | 3/8/2010 | 0.50 | Various correspondence |
| Cary Verasco | 3/9/2010 | 1.00 | Internal discussions, various correspondence |
| Cary Verasco | 3/10/2010 | 2.00 | Internal discussions, various correspondence, review and update materials, calls with counsel |
| Cary Verasco | 3/11/2010 | 2.50 | Various correspondence, Committee call |
| Cary Verasco | 3/12/2010 | 0.50 | Various correspondence |
| Cary Verasco | 3/15/2010 | 1.00 | Various correspondence |
| Cary Verasco | 3/16/2010 | 3.50 | Call with counsel, various correspondence, call with Company |
| Cary Verasco | 3/17/2010 | 3.00 | Prepare analysis, various correspondence, professionals call, update analysis |
| Cary Verasco | 3/18/2010 | 3.00 | Calls with Company and other professionals, update materials, Committee call, various correspondence |
| Cary Verasco | 3/19/2010 | 2.00 | Meetings with other creditor advisors |
| Cary Verasco | 3/23/2010 | 0.50 | Call with other Committee advisors, various correspondence |
| Cary Verasco | 3/24/2010 | 2.00 | Various correspondence, professionals call, update materials |
| Cary Verasco | 3/25/2010 | 2.00 | Committee call, review materials, various correspondence |
| Cary Verasco | 3/26/2010 | 1.50 | Call with creditor, review materials, call with Company and other advisors |
| Cary Verasco | 3/29/2010 | 0.50 | Various correspondence |
| Cary Verasco | 3/31/2010 | 1.00 | Professionals call, various correspondence |
| **March 2010 Summary Hours for Cary Verasco** | | **33.50** | |

Jefferies & Company, Inc.
March 2010

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gene Chen* | | | |
| Gene Chen | 3/2/2010 | 1.50 | Nortel - Review materials, various correspondence |
| Gene Chen | 3/2/2010 | 1.75 | Nortel - Call with other professionals, various correspondence, Prepare materials for call |
| Gene Chen | 3/2/2010 | 3.00 | Nortel - Prepare analysis for UCC, Review materials |
| Gene Chen | 3/3/2010 | 2.00 | Nortel - Professionals pre-call, various correspondence |
| Gene Chen | 3/4/2010 | 2.50 | Nortel - UCC call, Research |
| Gene Chen | 3/5/2010 | 1.00 | Nortel - Review materials |
| Gene Chen | 3/9/2010 | 1.50 | Nortel - Aggregate documents, various correspondence |
| Gene Chen | 3/10/2010 | 3.00 | Nortel - Prepare materials for Committee, various correspondence |
| Gene Chen | 3/11/2010 | 2.00 | Nortel - UCC call, Review materials |
| Gene Chen | 3/12/2010 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 3/16/2010 | 2.00 | Nortel - Prepare analysis for UCC, Review materials |
| Gene Chen | 3/17/2010 | 1.50 | Nortel - Internal call, Review materials |
| Gene Chen | 3/18/2010 | 3.00 | Nortel - Analysis of information from debtor, Internal call |
| Gene Chen | 3/19/2010 | 1.00 | Nortel - Call with other advisors, Analysis |
| Gene Chen | 3/21/2010 | 2.00 | Nortel - Build analysis |
| Gene Chen | 3/22/2010 | 5.00 | Nortel - Model analysis, various internal correspondence |
| Gene Chen | 3/23/2010 | 1.00 | Nortel - Call with other professionals |
| Gene Chen | 3/23/2010 | 1.00 | Nortel - Admin |
| Gene Chen | 3/23/2010 | 2.00 | Nortel - Call with other professionals, Review materials |
| Gene Chen | 3/24/2010 | 2.00 | Nortel - Professionals call, Prepare analysis |
| Gene Chen | 3/25/2010 | 2.00 | Nortel - UCC call, Review materials, Admin |
| Gene Chen | 3/26/2010 | 2.50 | Nortel - M&A related call, Review materials, Communication with Jefco |
| Gene Chen | 3/27/2010 | 11.00 | Nortel - Travel to NYC for meeting |
| Gene Chen | 3/29/2010 | 2.00 | Nortel - Review materials, Diligence model |
| Gene Chen | 3/30/2010 | 2.00 | Nortel - Prepare analysis for UCC |
| Gene Chen | 3/30/2010 | 2.00 | Nortel - Prepare analysis for UCC, various correspondence |
| Gene Chen | 3/30/2010 | 3.50 | Nortel - Meeting with various parties |
| Gene Chen | 3/31/2010 | 2.00 | Nortel - Prepare analysis for UCC |
| Gene Chen | 3/31/2010 | 11.00 | Nortel - Travel from NYC to SF |
| **March 2010 Summary Hours for Gene Chen** | | **77.25** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 3/1/2010 | 1.00 | Reviewed Materials |
| Ryan Stuckert | 3/2/2010 | 3.00 | Prepared & Reviewed Materials |
| Ryan Stuckert | 3/3/2010 | 2.00 | Professionals Call, Prepared Materials |
| Ryan Stuckert | 3/4/2010 | 2.25 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 3/5/2010 | 1.00 | M&A related Call, Administrative Work |
| Ryan Stuckert | 3/9/2010 | 3.50 | Prepared Allocation Materials, Reviewed Materials |
| Ryan Stuckert | 3/10/2010 | 1.00 | Professionals Pre-Call |
| Ryan Stuckert | 3/11/2010 | 2.00 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 3/12/2010 | 3.00 | Prepared & Reviewed Materials |
| Ryan Stuckert | 3/15/2010 | 3.25 | Prepared & Reviewed Materials |
| Ryan Stuckert | 3/17/2010 | 5.00 | Professionals Pre-Call, Internal Calls, Prepared Materials |
| Ryan Stuckert | 3/18/2010 | 3.00 | M&A related Call, Committee Call |
| Ryan Stuckert | 3/22/2010 | 2.00 | Administrative Work, Reviewed Materials |
| Ryan Stuckert | 3/23/2010 | 3.25 | Prepared Materials, Administrative |
| Ryan Stuckert | 3/24/2010 | 2.00 | Professionals Pre-call, Internal call, Reviewed Materials |
| Ryan Stuckert | 3/25/2010 | 2.50 | Update calls, Committee call, Prepared Materials |
| Ryan Stuckert | 3/27/2010 | 2.50 | Prepared Materials, Administrative |
| Ryan Stuckert | 3/29/2010 | 2.00 | Prepared Materials, Administrative |
| Ryan Stuckert | 3/31/2010 | 2.25 | Professionals Pre-call, Reviewed Materials |
| **March 2010 Summary Hours for Ryan Stuckert** | | **46.50** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 3/1/2010 | 1.00 | Reviewed Materials |
| Natalie Mayslich | 3/2/2010 | 2.00 | Prepared & Reviewed Materials |
| Natalie Mayslich | 3/3/2010 | 1.50 | Professionals call, Prepared Materials |
| Natalie Mayslich | 3/4/2010 | 2.00 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 3/5/2010 | 1.00 | M&A related call, Administrative |
| Natalie Mayslich | 3/9/2010 | 3.00 | Prepared Allocation Materials, Reviewed Materials |
| Natalie Mayslich | 3/10/2010 | 1.00 | Professionals Pre-call |
| Natalie Mayslich | 3/11/2010 | 2.00 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 3/12/2010 | 2.50 | Prepared & Reviewed Materials |
| Natalie Mayslich | 3/15/2010 | 1.50 | Prepared & Reviewed Materials |
| Natalie Mayslich | 3/17/2010 | 4.50 | Professionals Pre-call, Internal calls, Prepared Materials |
| Natalie Mayslich | 3/18/2010 | 2.50 | M&A related call, Committee call |
| Natalie Mayslich | 3/22/2010 | 1.50 | Administrative, Reviewed Materials |
| Natalie Mayslich | 3/23/2010 | 2.00 | Prepared Materials |
| Natalie Mayslich | 3/24/2010 | 2.00 | Professionals Pre-call, Internal call, Reviewed Materials |
| Natalie Mayslich | 3/25/2010 | 2.50 | Update calls, Committee call, Prepared Materials |
| Natalie Mayslich | 3/29/2010 | 2.00 | Prepared Materials, Administrative |
| Natalie Mayslich | 3/31/2010 | 2.25 | Professionals Pre-call, Reviewed Materials |
| **March 2010 Summary Hours for Natalie Mayslich** | | **36.75** | |