# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fifteenth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2010 Through March 31, 2010** was caused to be made on May 25, 2010, in the manner indicated upon the entities identified below.

Date: May 25, 2010         /s/ Ann C. Cordo
                           Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Kevin Callahan, Esq.                     Anna Ventresca
Office of the U.S. Trustee               Nortel Networks, Inc.
844 King Street                          195 The West Mall
Suite 2207, Lockbox 35                   Toronto, ON  M9C 5K1
Wilmington, DE  19801-3519               CANADA
(Trustee)                                (Debtor)

Mark D. Collins, Esq.                    Fred S. Hodara, Esq.
Christopher M. Samis, Esq.               Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                 One Bryant Park
One Rodney Square                        New York, NY  10036
920 N King St                            (Counsel for Official Committee
Wilmington, DE  19801                    Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

2773944.13