# EXHIBIT A

# Amended Claims

Eighth Omnibus Objection to Claims

**Exhibit A**

In re Nortel Networks Inc., et al.
Case No. 09-10138 (KG), Jointly Administered

**Amended or Superseded Claims**

## Amended Claim to be Expunged

## Surviving Claim

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|---|---|---|
| CAPITOL SOLUTIONS GOVERNMENT RELATIONS CONSULTANTS LLC<br>1455 PENNSYLVANIA AVE., N.W. #400<br>WASHINGTON, DC  20004 | 1860<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$33,750.00 (U)<br>$33,750.00 (T) | CAPITOL SOLUTIONS GOV'T RELATIONS CONSULTANTS LLC<br>1455 PENNSYLVANIA AVE. #400<br>WASHINGTON, DC  20004 | 5470<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,750.00 (U)<br>$33,750.00 (T) | Amended or superseded claim. |
| HARRIS STRATEX NETWORKS OPERATING CORP.<br>HARRIS STRATEX NETWORKS, INC.<br>ATTN: LEGAL DEPARTMENT<br>637 DAVIS DRIVE<br>MORRISVILLE, NC  27560 | 991<br>4/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$413,055.21 (U)<br>$413,055.21 (T) | HARRIS STRATEX NETWORKS OPERATING CORP.<br>ATTN: LEGAL DEPARTMENT<br>HARRIS STRATEX NETWORKS, INC.<br>637 DAVIS DRIVE<br>MORRISVILLE, NC  27560 | 2631<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$421,395.21 (U)<br>$421,395.21 (T) | Amended or superseded claim. |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL  32314-6668 | 1511<br>7/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$239.34 (P)<br>- (U)<br>$239.34 (T) | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL  32314-6668 | 7132<br>3/2/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Amended or superseded claim. |
| **Totals:** | **3  Claims** | **- (S)**<br>**- (A)**<br>**$239.34 (P)**<br>**$446,805.21 (U)**<br>**$447,044.55 (T)** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$455,145.21 (U)**<br>**$455,145.21 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.