# **EXHIBIT B**

# **Duplicate Claims**

Eighth Omnibus Objection to Claims

**Exhibit B**

In re Nortel Networks Inc., et al.
Case No. 09-10138 (KG), Jointly Administered

**Single Debtor Duplicate Claims**

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| AUTOMOTIVE RENTALS, INC.<br>C/O JOHN V. FIORELLA, ESQUIRE<br>ARCHER & GREINER, PC<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033 | 552<br>3/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$74,366.82 (A)<br>- (P)<br>- (U)<br>$74,366.82 (T) | AUTOMOTIVE RENTALS, INC.<br>ATTN: RICH MOYER<br>9000 MIDLANTIC DRIVE<br>MT. LAUREL, NJ 08054 | 4669<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$74,366.82 (A)<br>- (P)<br>- (U)<br>$74,366.82 (T) | Duplicate Claim. |
| CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | 6076<br>10/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,693.31 (U)<br>$45,693.31 (T) | CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | 84<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,693.31 (U)<br>$45,693.31 (T) | Duplicate Claim. |
| CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | 6077<br>10/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,693.31 (U)<br>$45,693.31 (T) | CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | 84<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,693.31 (U)<br>$45,693.31 (T) | Duplicate Claim. |
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG | 7091<br>2/9/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$36,400.30 (A)<br>- (P)<br>- (U)<br>$36,400.30 (T) | CHINA PATENT AGENT H K LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG<br>CHINA | 2624<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$36,400.30 (A)<br>- (P)<br>- (U)<br>$36,400.30 (T) | Duplicate Claim. |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG | 6609<br>1/6/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$36,400.30 (A)<br>- (P)<br>- (U)<br>$36,400.30 (T) | CHINA PATENT AGENT H K LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG<br>CHINA | 2624<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$36,400.30 (A)<br>- (P)<br>- (U)<br>$36,400.30 (T) | Duplicate Claim. |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG | 6610<br>1/6/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) | CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE, 23<br>HARBOUR RD<br>WANCHAI<br>HONG KONG<br>CHINA | 2623<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) | Duplicate Claim. |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR RD<br>WANCHAI<br>HONG KONG | 7090<br>2/9/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) | CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE, 23<br>HARBOUR RD<br>WANCHAI<br>HONG KONG<br>CHINA | 2623<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,400.30 (U)<br>$36,400.30 (T) | Duplicate Claim. |

Eighth Omnibus Objection to Claims

**Exhibit B**

**Single Debtor Duplicate Claims**

In re Nortel Networks Inc., et al.
Case No. 09-10138 (KG), Jointly Administered

## Duplicate Claim to be Expunged

## Surviving Claim

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|---|---|---|
| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB  T2E 8A2<br>CANADA | 6662<br>1/11/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,801.55 (U)<br>$2,801.55 (T) | COLTECH OPTRONICS INC<br>#103 7879 8TH STREET N.E.<br>CALGARY, AB  T2E 8A2<br>CANADA | 3225<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,801.55 (U)<br>$2,801.55 (T) | Duplicate Claim. |
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC  28302 | 5950<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,238.27 (U)<br>$75,238.27 (T) | CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC  28302 | 5328<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$75,238.27 (U)<br>$75,238.27 (T) | Duplicate Claim. |
| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC  28302 | 6041<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$75,238.27 (A)<br>- (P)<br>- (U)<br>$75,238.27 (T) | CUMBERLAND COUNTY HOSPITAL SYSTEM,INC<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC  28302 | 5327<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$75,238.27 (A)<br>- (P)<br>- (U)<br>$75,238.27 (T) | Duplicate Claim. |
| DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP.<br>FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538 | 1065<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,227.28 (A)<br>- (P)<br>- (U)<br>$5,227.28 (T) | DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP.<br>FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538 | 1035<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,227.28 (A)<br>- (P)<br>- (U)<br>$5,227.28 (T) | Duplicate Claim. |
| EION INC<br>320 MARCH ROAD SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CA | 5663<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$427,281.25 (A)<br>- (P)<br>- (U)<br>$427,281.25 (T) | EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CA | 5661<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$427,281.25 (A)<br>- (P)<br>- (U)<br>$427,281.25 (T) | Duplicate Claim. |
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CANADA | 5783<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$427,281.25 (A)<br>- (P)<br>- (U)<br>$427,281.25 (T) | EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CA | 5661<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$427,281.25 (A)<br>- (P)<br>- (U)<br>$427,281.25 (T) | Duplicate Claim. |
| ESALES MEDIA INC<br>1440 CORAL RIDGE DR<br>SUITE 278<br>CORAL SPRINGS, FL  33071-5433 | 4097<br>9/28/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$8,529.25 (U)<br>$8,529.25 (T) | ESALES MEDIA INC<br>1440 CORAL RIDGE DR<br>CORAL SPRINGS, FL  33071-5433 | 6388<br>12/23/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$8,529.25 (U)<br>$8,529.25 (T) | Duplicate Claim. |

| Eighth Omnibus Objection to Claims | | Exhibit B | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|---|---|
| | | **Single Debtor Duplicate Claims** | | | Case No. 09-10138 (KG), Jointly Administered |

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| EXCELIGHT COMMUNICATIONS, INC.<br>MICHAEL G. WILSON-HUNTON & WILLIAMS LLP<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA  23219-4074 | 661<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$13,663.30 (A)<br>- (P)<br>- (U)<br>$13,663.30 (T) | EXCELIGHT COMMUNICATIONS, INC.<br>MICHAEL G. WILSON<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA  23219-4074 | 628<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$13,663.30 (A)<br>- (P)<br>- (U)<br>$13,663.30 (T) | Duplicate Claim. |
| KUMARAN SYSTEMS INC.<br>701 EVANS AVENUE, SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 2571<br>9/3/09<br>NO DEBTOR | - (S)<br>$142,044.00 (A)<br>- (P)<br>- (U)<br>$142,044.00 (T) | KUMARAN SYSTEMS, INC.<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 3044<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$142,044.00 (A)<br>- (P)<br>- (U)<br>$142,044.00 (T) | Duplicate Claim. |
| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA  01460 | 7046<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA  01460 | 6891<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Duplicate Claim. |
| **Totals:** | **17  Claims** | **- (S)**<br>**$1,237,902.77 (A)**<br>**- (P)**<br>**$251,756.29 (U)**<br>**$1,489,659.06 (T)** | | | **- (S)**<br>**$1,237,902.77 (A)**<br>**- (P)**<br>**$251,756.29 (U)**<br>**$1,489,659.06 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.