# EXHIBIT C

## Insufficient Documentation Claims

## Exhibit C

### Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CHU, CHUN LING<br>810 S GARFIELD AVE<br>MONTEREY PARK, CA  91754 | 6958<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$9,000.00 (U)<br>$9,000.00 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| HOME INSURANCE COMPANY IN LIQUIDATION, THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH  03101 | 1305<br>6/8/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| MCLARENS CANADA IN TRUST<br>600 ALDEN RD<br>MARKHAM, ON  L3R 0E7<br>CANADA | 6581<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| MINNESOTA POWER & LIGHT COMPANY INC<br>30 WEST SUPERIOR ST<br>DULUTH, MN  55802-2093 | 1929<br>8/20/09<br>NO DEBTOR | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| MN POWER<br>30 W SUPERIOR ST<br>DULUTH, MN  55802 | 1930<br>8/20/09<br>NO DEBTOR | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| NITSCHE, JOACHIM<br>PARKSTRAPE 30<br>NEUKIRCH  01904<br>GERMANY | 2379<br>8/31/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN  D-71154<br>GERMANY | 6780<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$15,052.80 (U)<br>$15,052.80 (T) | Insufficient Documentation and Claim not in Debtors' Books and Records. |
| RECEIVER GENERAL FOR CANADA<br>CANADA BUILDING 5TH FLOOR<br>344 SLATER ST<br>OTTAWA, ON  K1A 0L5<br>CANADA | 3207<br>9/18/09<br>NO DEBTOR | Unspecified* | Insufficient Documentation and Claim not in Debtors' Books and Records. |

## Exhibit C

### Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | 8  Claims | - (S)<br>- (A)<br>- (P)<br>$24,052.80 (U)<br>$24,052.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.