# EXHIBIT A

**Equity Interest Claims**

# Exhibit A

## Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ACHTEMICHUK, ELSIE<br>13046-158 AVE NW<br>EDMONTON, AB  T6V 1C2<br>CANADA | 3364<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$21,237.68 (U)<br>$21,237.68 (T) | Claim is for equity interest. |
| ADDISON, MARK<br>1117 PATRICIA CRES<br>GD<br>JASPER, AB  T0E 1E0<br>CANADA | 4170<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,487.15 (U)<br>$7,487.15 (T) | Claim is for equity interest. |
| ADDISON, MARK & NANCY<br>117 PATRICIA CRED. GD<br>JASPER  TOE 1EO<br>CANADA | 4340<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$717.76 (U)<br>$717.76 (T) | Claim is for equity interest. |
| ADDISON, NANCY<br>1117 PATRICIA CRES. GD<br>JASPER  TOE 1EO<br>CANADA | 4339<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,074.74 (U)<br>$5,074.74 (T) | Claim is for equity interest. |
| ASIRI, ABDUL-JABBAR<br>37 CHIMO DR.<br>KANATA, ON  K2L1A3<br>CANADA | 2853<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$81,174.23 (U)<br>$81,174.23 (T) | Claim is for equity interest |
| BARLOW, CATHERINE<br>4 CRAIGLEITH CRT<br>COLLINGWOOD, ON<br>CANADA | 3010<br>9/15/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest |
| BARON, CHRISTIAN AND BENJAMIN<br>C/O GUENTHER A. BARON, ATTORNEY<br>SCHLUCHSEESTR. 3<br>BERLIN  13469<br>GERMANY | 5997<br>9/16/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BEAUDIN, LAURENT AND DIANE<br>315 HEDLEY WAY NW<br>EDMONTON, AB  T6R 1T9<br>CANADA | 3063<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,608.40 (U)<br>$4,608.40 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BEAUMONT, ROBERT<br>2413 ROYAL TROON DRIVE<br>PLANO, TX  75025 | 3840<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$45,000.00 (P)<br>- (U)<br>$45,000.00 (T) | Claim is for equity interest. |
| BENDEL, NIKO<br>SPATZEN WEG 6<br>HABFURT  97437<br>GERMANY | 3246<br>9/21/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BENDEL, NORBERT U. HANNELORE<br>KOLPINGSTR 33<br>HABFURT  97437<br>GERMANY | 3247<br>9/21/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BENTELE, HEINZ<br>WEITFELDERWEG A 5<br>ELCHINGEN  89275<br>GERMANY | 3846<br>9/25/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG  82319<br>GERMANY | 2139<br>8/24/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BISSLAND, DIANE S<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ  08088 | 5969<br>10/13/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BISSLAND, DIANE S.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ  08088 | 5964<br>10/13/09<br>NO DEBTOR | - (S)<br>$100,000.00 (A)<br>- (P)<br>- (U)<br>$100,000.00 (T) | Claim is for equity interest. |
| BLAIR, LAWERNCE<br>2495 AQUASANTA<br>TUSTIN, CA  92782 | 4334<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,954.12 (U)<br>$16,954.12 (T) | Claim is for equity interest. |
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA  92782 | 6929<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$16,954.12 (U)<br>$16,954.12 (T) | Claim is for equity interest. |

# Exhibit A

## Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA  92782 | 6930<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$16,954.12 (A)<br>- (P)<br>- (U)<br>$16,954.12 (T) | Claim is for equity interest. |
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA  92782 | 6931<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$16,954.12 (U)<br>$16,954.12 (T) | Claim is for equity interest. |
| BLAIR, LAWRENCE D.<br>2495 AQUASANTA<br>TUSTIN, CA  92782 | 6932<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$16,954.12 (A)<br>- (P)<br>- (U)<br>$16,954.12 (T) | Claim is for equity interest. |
| BLIDY, JOSEPH A<br>6158 DAWNS RIDGE<br>CICERO, NY  13039 | 4649<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$152,634.76 (P)<br>- (U)<br>$152,634.76 (T) | Claim is for equity interest. |
| BOEHLKE, MARK<br>607 HAMLET COURT<br>FRUITLAND PARK, FL  34731 | 7108<br>2/17/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Claim is for equity interest. |
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART  70191<br>GERMANY | 6006<br>9/28/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART  70191<br>GERMANY | 7006<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Claim is for equity interest. |
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART  70191<br>GERMANY | 7007<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Claim is for equity interest. |

# Exhibit A

## Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BRIDGWATER, SANDRA & ANDY<br>38 KRIEGH DRIVE<br>HAMILTON, ON  L9B 2L4<br>CANADA | 2632<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,500.00 (U)<br>$5,500.00 (T) | Claim is for equity interest |
| CERVENAN, MARTIN<br>6834 - 112 ST. NW<br>EDMONTON, AB  T6H 3J8<br>CANADA | 3062<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,851.00 (U)<br>$6,851.00 (T) | Claim is for equity interest. |
| CRAWFORD, TOM<br>18722 - 95A AVE. NW<br>EDMONTON, AB  T5T 4A5<br>CANADA | 3061<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,460.00 (U)<br>$3,460.00 (T) | Claim is for equity interest. |
| CYNAMON MANAGEMENT LTD<br>11690-147 ST.<br>EDMONTON, AB  T5M 1W2<br>CANADA | 3366<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,425.00 (U)<br>$5,425.00 (T) | Claim is for equity interest. |
| DE QUEVEDO VALENCIA, CARLOS G<br>AV AMERICAS 1297 - 4 PISO<br>GUADALAJARA<br>JALISCO  CP44630<br>MEXICO | 5914<br>10/2/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| DE QUEVEDO VALENCIA, RICARDO G<br>AV AMERICAS 1297 PISO 4<br>GUADALAJARA JALISCO<br>MEXICO | 5915<br>10/2/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| FEIGL, MEINHARD<br>HINTER DEN GARTEN 4<br>LONSEE-ETTLENSCHIEB  89173<br>GERMANY | 6004<br>9/28/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| GERLACH, KNUT<br>ERSTE OCHSENKOPPEL 4<br>LUEBECK  D-23566<br>GERMANY | 6005<br>9/28/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER  D-48167<br>GERMANY | 6633<br>1/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$104,754.00 (U)<br>$104,754.00 (T) | Claim is for equity interest. |
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER  D-48167<br>GERMANY | 6634<br>1/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Claim is for equity interest. |
| GOLDCRAFT MANAGEMENT AND HOLDING LTD.<br>14104 91ST AVE. NW<br>EDMONTON, AB  T5R 4Y2<br>CANADA | 4082<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,442.50 (U)<br>$5,442.50 (T) | Claim is for equity interest. |
| GOODWIN, KEN<br>747 HIGHLAND VIEW DR<br>CORONA, CA  92882 | 7158<br>3/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$20,000.00 (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) | Claim is for equity interest. |
| GOODWIN, KEN<br>747 HIGHLAND VIEW DR<br>CORONA, CA  92882 | 7159<br>3/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $20,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) | Claim is for equity interest. |
| GRINDEMANN, YVONNE<br>PAYRUSWEG 21<br>HAMBURG  22117<br>GERMANY | 6003<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| GUETING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER  D-48167<br>GERMANY | 2507<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$104,754.00 (P)<br>- (U)<br>$104,754.00 (T) | Claim is for equity interest. |
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD  D-82229<br>GERMANY | 6001<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD  D-82229<br>GERMANY | 6002<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD  D-82229<br>GERMANY | 6925<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $1,493.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,493.00 (T) | Claim is for equity interest. |
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD-HECHENDORF  D-82229<br>GERMANY | 6926<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,493.00 (A)<br>- (P)<br>- (U)<br>$1,493.00 (T) | Claim is for equity interest. |
| HADZIOMEROVIC, FARUK<br>50 THORNBURY CREST<br>NEPEAN, ON  K2G6C4<br>CANADA | 2595<br>9/3/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | Unspecified* | Claim is for equity interest |
| HADZIOMEROVIC, FARUK<br>50 THORNBURRY CRES<br>NEPEAN, ON  K2G 6C4<br>CANADA | 2596<br>9/3/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | Unspecified* | Claim is for equity interest |
| HAGGARD, CARY<br>601 EAST 20TH ST<br>APT 6E<br>NEW YORK, NY  10010 | 6603<br>1/6/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$31,849.99 (A)<br>- (P)<br>- (U)<br>$31,849.99 (T) | Claim is for equity interest. |
| HAGGARD, CARY<br>601 EAST 20TH ST.<br>APT. 6E<br>NEW YORK, NY  10010 | 6604<br>1/6/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$31,849.99 (U)<br>$31,849.99 (T) | Claim is for equity interest. |
| HAGGARD, CARY D.<br>601 EAST 20TH STREET<br>APT. 6E<br>NEW YORK, NY  10010 | 2890<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$31,849.99 (P)<br>$31,849.99 (U)<br>$31,849.99 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HAINSCH, CHRISTIAN<br>CRANACHSTRASSE 38<br>DUSSELDORF  40235<br>GERMANY | 5798<br>10/1/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL  D-72820<br>GERMANY | 5996<br>9/14/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL  D-72820<br>GERMANY | 6999<br>1/26/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Claim is for equity interest. |
| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL  D-72820<br>GERMANY | 7000<br>1/26/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Claim is for equity interest. |
| HOLE DEVELOPMENTS LTD. #2<br>10835 - 120 ST. NW<br>EDMONTON, AB  T5H 3P9<br>CANADA | 3064<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Claim is for equity interest. |
| HOMMES, HERBERT<br>SIEFEN 17<br>BERGISCH<br>GLADBACH  51467<br>GERMANY | 4778<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is for equity interest. |
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE  51145<br>GERMANY | 4038<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,063.00 (U)<br>$3,063.00 (T) | Claim is for equity interest. |
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE  51145<br>GERMANY | 6933<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$3,063.00 (U)<br>$3,063.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE  51145<br>GERMANY | 6934<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$3,063.00 (A)<br>- (P)<br>- (U)<br>$3,063.00 (T) | Claim is for equity interest. |
| JACKSON, DONALD<br>36 DAWSON CRES.<br>SHERWOOD PARK, AB  T8H 1Z6<br>CANADA | 3161<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,070.96 (U)<br>$10,070.96 (T) | Claim is for equity interest. |
| JOHNE-MANTHEY, BIRGITT<br>FORMER MANTHEY, W.<br>PUCKLERSTR. 21A<br>BERLIN  14195<br>GERMANY | 3772<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is for equity interest. |
| JOHNE-MANTHEY, BIRGITT<br>FORMER MANTHEY, W<br>PUCKLERSTR. 21A<br>BERLIN  14195<br>GERMANY | 6582<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$11,469.60 (U)<br>$11,469.60 (T) | Claim is for equity interest. |
| KAPIL, HARI<br>232 HERITAGE ISLE<br>DE WINTON, AB  T0L 0X0<br>CANADA | 3276<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,160.75 (U)<br>$7,160.75 (T) | Claim is for equity interest. |
| KENT, DAVID<br>12412 GRANDVIEW DRIVE<br>EDMONTON, AB  T6H 4K4<br>CANADA | 3367<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$12,439.97 (U)<br>$12,439.97 (T) | Claim is for equity interest. |
| KIEFER, LOIS<br>3858 S HANNIBAL ST<br>AURORA, CO  80013 | 6284<br>12/15/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$27,875.00 (U)<br>$27,875.00 (T) | Claim is for equity interest. |
| KINNEBREW, BILLY<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID  83401 | 6354<br>12/21/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$862.00 (A)<br>- (P)<br>- (U)<br>$862.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID  83401 | 16<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$809.20 (U)<br>$809.20 (T) | Claim is for equity interest. |
| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID  83401 | 6328<br>12/21/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$862.00 (U)<br>$862.00 (T) | Claim is for equity interest. |
| KUTLAR, DOGAN<br>BEIM FASANENGARTEN 39<br>STUTTGART  70499<br>GERMANY | 1889<br>8/20/09<br>09-10139<br>Nortel Networks Capital Corporation | Unspecified* | Claim is for equity interest. |
| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON  K8V 2L1<br>CANADA | 7067<br>2/1/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Claim is for equity interest. |
| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON  K8V 2L1<br>CANADA | 7068<br>2/1/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Claim is for equity interest. |
| LINGESSO, CARL L<br>9-67TH STREET SOUTH UNIT<br>PO BOX 682<br>SEA ISLE CITY, NJ  08243 | 2511<br>9/2/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| LUZNY, DOUGLAS<br>3610-44 ST.<br>LEDUC,  B  T9E 6A1<br>CANADA | 3365<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$12,591.30 (U)<br>$12,591.30 (T) | Claim is for equity interest. |
| MADI, HAMID<br>10130 STROME AVE APT 101<br>RALEIGH, NC  27617-4362 | 3265<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,000.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MARKS, ROBIN<br>900 PYRAMID LAKE RD.<br>PO BOX 243<br>JASPER, AB  T0E 1E0<br>CANADA | 3410<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,610.00 (U)<br>$2,610.00 (T) | Claim is for equity interest. |
| MIKLOS, GEORGE J., JR.<br>430 MAIN STREET<br>EAST GREENVILLE, PA  18041 | 3038<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>$4,000.00 (P)<br>- (U)<br>$4,000.00 (T) | Claim is for equity interest. |
| NAICKER, SELVARAJ<br>3304 117TH ST. NW<br>EDMONTON, AB  T6J 3J4<br>CANADA | 4064<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$13,191.45 (U)<br>$13,191.45 (T) | Claim is for equity interest. |
| NAICKER, SELVARAJ<br>NATIONAL BANK FINANCIAL<br>10180-101 ST. 3500 MANULIFE PLACE<br>EDMONTON, AB  T5J 3S4<br>CANADA | 6561<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$13,191.00 (A)<br>- (P)<br>- (U)<br>$13,191.00 (T) | Claim is for equity interest. |
| NAICKER, SELVARAJ<br>3304 117TH ST. NW<br>EDMONTON, AB  T6J 3J4<br>CANADA | 6562<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$13,191.00 (U)<br>$13,191.00 (T) | Claim is for equity interest. |
| OBENAUS, SABINE<br>AUGUST-BEBEL-STR. 69<br>ELSTERWERDA  04910<br>GERMANY | 5999<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is for equity interest. |
| PERZAN, DARLENE & NIC<br>212 HIGH RIDGE CRES NW<br>HIGH RIVER, AB  T1V 1X8<br>CANADA | 3703<br>9/24/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| PURITANO, VINCENT<br>4211 CORDELL STREET<br>ANNANDALE, VA  22003-3449 | 3127<br>9/17/09<br>NO DEBTOR | $3,828.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,828.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN  D-71154<br>GERMANY | 4412<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,052.80 (U)<br>$15,052.80 (T) | Claim is for equity interest. |
| RHYNES, VINCENT E.<br>1514 W. MANCHESTER AVE # 5<br>LOS ANGELES, CA  90047 | 901<br>4/6/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is for equity interest. |
| RIESE, JOSEPH<br>170 MCKINLEY DR<br>MASTIC BEACH, NY  11951 | 6563<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$778.00 (A)<br>- (P)<br>- (U)<br>$778.00 (T) | Claim is for equity interest. |
| RIESE, JOSEPH T<br>170 MCKINLEY DRIVE<br>MASTIC BEACH, NY  11951 | 5988<br>10/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>$778.00 (P)<br>- (U)<br>$778.00 (T) | Claim is for equity interest. |
| RIESE, JOSEPH T<br>170 MCKINLEY DRIVE<br>MASTIC BEACH, NY  11951 | 6564<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$778.00 (U)<br>$778.00 (T) | Claim is for equity interest. |
| SAMARRAIE, MOHAMED AL<br>PO BOX 45030<br>LAVAL, QC  H7Y 2H2<br>CANADA | 165<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$233.75 (U)<br>$233.75 (T) | Claim is for equity interest. |
| SCHMITT, MATTHIAS<br>AM ROTHENSTEIN 19<br>UNTERERTHAL  97762<br>GERMANY | 3860<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,480.15 (U)<br>$11,480.15 (T) | Claim is for equity interest. |
| SCHMITT, WERNER<br>AM ROTHENSTEIN 19<br>HAMMELBURG  97762<br>GERMANY | 3856<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,481.48 (U)<br>$7,481.48 (T) | Claim is for equity interest. |

Case 09-10138-MFW    Doc 3063-2    Filed 05/25/10    Page 13 of 17

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SCHNEIDER, DAVID<br>614 HUNTERS CLOSE<br>EDMONTON, AB  T6R 2W2<br>CANADA | 4200<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,550.80 (U)<br>$3,550.80 (T) | Claim is for equity interest. |
| SCHURR, KARL<br>FELDHUETER STR. 2<br>ALLING  D-82239<br>GERMANY | 5826<br>10/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$27,305.00 (U)<br>$27,305.00 (T) | Claim is for equity interest. |
| SCHURR, KARL<br>FELDHUETER STR. 2<br>ALLING  D-82239<br>GERMANY | 6954<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$22,305.00 (U)<br>$22,305.00 (T) | Claim is for equity interest. |
| SCHWARTZ, JEAN-LUC<br>ALLMENDWEG 4<br>ZELL  77736<br>GERMANY | 2556<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim is for equity interest. |
| SHEPPARD, EMILY<br>5204 142ND ST.<br>EDMONTON, AB  T6H 4B4<br>CANADA | 4063<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,515.32 (U)<br>$15,515.32 (T) | Claim is for equity interest. |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA  02171 | 4846<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$46,832.57 (P)<br>$46,832.57 (U)<br>$46,832.57 (T) | Claim is for equity interest. |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS / BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA  02171 | 4847<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$46,832.57 (A)<br>- (P)<br>- (U)<br>$46,832.57 (T) | Claim is for equity interest. |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: BRIAN PORT<br>GLOBAL CORPORATE ACTION UNIT JAB 5NW<br>1776 HERITAGE DRIVE<br>BOSTON, MA  02171 | 5876<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$83.69 (U)<br>$83.69 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA  02171 | 5981<br>10/15/09<br>NO DEBTOR | $5,328.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,328.00 (T) | Claim is for equity interest. |
| STEPHENS INC, CUSTODIAN FOR WANDA F WILSON IRA<br>35 MOUNTAIN VIEW RD<br>CONWAY, AR  72032 | 3250<br>9/21/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| STEPHENS, CAROL & THOMSON, DORINE<br>16725 116 ST. NW<br>EDMONTON, AB  T5X 6B8<br>CANADA | 4767<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,143.64 (U)<br>$3,143.64 (T) | Claim is for equity interest. |
| STEPHENS, INC.<br>111 CENTER STREET, SUITE 500<br>LITTLE ROCK, AR  72201 | 3249<br>9/21/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| STEPHENS, INC.<br>111 CENTER STREET, SUITE 500<br>LITTLE ROCK, AR  72201 | 6774<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$142.00 (U)<br>$142.00 (T) | Claim is for equity interest. |
| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA  19462 | 5344<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA  19462 | 5345<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| THOMSON, PAUL AND DORINNE<br>14204 53 AVE NW<br>EDMONTON, AB  T6H 0T1<br>CANADA | 5595<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,239.52 (U)<br>$3,239.52 (T) | Claim is for equity interest. |
| THOMSON, SANDRA AND DORINNE<br>5 HUNCHAK WAY UNIT 16<br>ST ALBERT, AB  T8N 6E9<br>CANADA | 5593<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,240.00 (U)<br>$3,240.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| THORBOURNE, STELLA & RONALD<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB  T5J 3S4<br>CANADA | 6738<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,355.00 (A)<br>- (P)<br>- (U)<br>$1,355.00 (T) | Claim is for equity interest. |
| THORBOURNE, STELLA & RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB  T5A 4R8<br>CANADA | 6739<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,355.00 (U)<br>$1,355.00 (T) | Claim is for equity interest. |
| THORBOURNE, STELLA AND RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB  T5A 4R8<br>CANADA | 3066<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,355.00 (U)<br>$1,355.00 (T) | Claim is for equity interest. |
| TORRES CUNADO, OSCAR<br>VILAMAR 53<br>CALAFELL  43820<br>SPAIN | 5982<br>10/15/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>$5,328.00 (A)<br>- (P)<br>- (U)<br>$5,328.00 (T) | Claim is for equity interest. |
| TRALNBERG, BEN<br>9-52304 RR233<br>SHERWOOD PARK, AB  T8B 1C9<br>CANADA | 4084<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,050.30 (U)<br>$4,050.30 (T) | Claim is for equity interest. |
| VARVIS, PETER<br>C/O SCOTIA TRUST AS AGENTS<br>202, 10060 JASPER AVE<br>EDMONTON, AB  T5J 3R8 | 4492<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11.28 (U)<br>$11.28 (T) | Claim is for equity interest. |
| VOGEL, VAL<br>14703 48 ST NW<br>EDMONTON, AB  T5Y 2X2<br>CANADA | 5594<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,356.00 (U)<br>$9,356.00 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| VOGEL, VAL<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB  T5J 3S4<br>CANADA | 6750<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$9,355.90 (A)<br>- (P)<br>- (U)<br>$9,355.90 (T) | Claim is for equity interest. |
| VOGEL, VAL<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB  T5J 3S4<br>CANADA | 6751<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$9,355.90 (U)<br>$9,355.90 (T) | Claim is for equity interest. |
| VORWALLNER, ROBERT<br>JELLA-LEPMANN-STR.18/L<br>MUNCHEN  81673<br>GERMANY | 5998<br>9/22/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| WENZEL, ELFRIEDE AND HANS-JUERGEN<br>DIETESHEIMER STR. 27<br>OFFENBACH  63073<br>GERMANY | 6000<br>9/28/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| WITSCHEN, WALTER<br>13543 90 ST. NW<br>EDMONTON, AB  TSE 3M9<br>CANADA | 4201<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$12,988.57 (U)<br>$12,988.57 (T) | Claim is for equity interest. |
| WONG, PAUL AND JURAN<br>9309 - 158TH ST. NW<br>EDMONTON, AB  T5R 2C6<br>CANADA | 3060<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,910.00 (U)<br>$2,910.00 (T) | Claim is for equity interest. |
| WOO, DENNIS<br>9763 66 AVE NW<br>EDMONTON, AB  T6E0M4<br>CANADA | 4766<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,859.62 (U)<br>$50,859.62 (T) | Claim is for equity interest. |
| WOODLEY, DARLA AND DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB  T5Z 2C5<br>CANADA | 3067<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,614.63 (U)<br>$6,614.63 (T) | Claim is for equity interest. |

## Exhibit A

### Equity Interest Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WOODLEY, DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB  T5Z 2C5<br>CANADA | 3065<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,111.79 (U)<br>$3,111.79 (T) | Claim is for equity interest. |
| XU, BIN AND LI XI<br>RENETTENWEG 18<br>HAMBURG  22393<br>GERMANY | 5911<br>9/30/09<br>NO DEBTOR | Unspecified* | Claim is for equity interest. |
| **Totals:** | **123  Claims** | $30,649.00 (S)<br>$268,016.70 (A)<br>$396,849.32 (P)<br>$1,008,043.84 (U)<br>$1,613,876.30 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.