**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
:
                 Debtors. :
: **RE: D.I. _____**
:
---------------------------------------------------------X

**ORDER SUSTAINING DEBTORS' OBJECTION TO, DISALLOWING**
**AND EXPUNGING, PROOF OF CLAIM NO. 643 FILED BY ERNEST DEMEL**

Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), having filed an objection, dated May 25, 2010 (the "Objection")[2] to the Proof of Claim filed by Mr. Ernest Demel, dated September 29, 2009, and designated on the Debtors' Claim Register as Claim No. 643 (the "Proof of Claim"), in which they seek an Order pursuant to section 502(b) of title 11 of the United States Code, and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure, disallowing and expunging the Proof of Claim; and adequate notice of the Objection having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. §

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

157(b)(2); and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief requested, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

    IT IS HEREBY ORDERED THAT:

    1.    The Objection is GRANTED with respect to Proof of Claim No. 643.

    2.    All claims asserted in Proof of Claim No. 643 are hereby disallowed in full and such Proof of Claim is hereby expunged.

    3.    The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

    4.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE