IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
: 
---------------------------------------------------------- X

## DECLARATION OF EBUNOLUWA TAIWO
## IN SUPPORT OF DEBTORS' OBJECTION
## TO PROOF OF CLAIM NO. 643 FILED BY ERNEST DEMEL

I, Ebunoluwa Taiwo, hereby declare as follows:

1. I am an attorney duly licensed to practice law and a member in good standing with the New York State Bar. I am an associate at the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to the Debtors in these cases.

2. I submit this Declaration in support of the Debtors' Objection to Ernest Demel's Proof of Claim (the "Demel Objection"). The purpose of this Declaration is to place certain exhibits relevant to the Demel Objection before the Court.

3. Attached hereto as Exhibit A is a true and correct copy of the proof of claim filed on September 29, 2009, by Ernest Demel, which is listed on Debtors' claim register as claim number 643 (the "Proof of Claim"), with the attachments thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc (3545), Nortel Networks HPOCS Inc (3546), Architel Systems (U.S) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel

2

4.   Attached hereto as Exhibit B is a true and correct copy of Mr. Demel's Memorandum of Law in Support of Motion to Remove Action from Suspense Docket, dated April 22, 2009, filed in <u>Demel v. Group Benefits Plan for Employees of Northern Telecom, Inc. et al</u>, 07-CV-00189 (GBD) (S.D.N.Y. 2007) (the "<u>District Court Action</u>").

5.   Attached hereto as Exhibit C is a true and correct copy of the District Court's Memorandum Decision and Order dated January 8, 2010, removing the District Court Action from the suspense docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2010

Ebunoluwa Taiwo

2