**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                     :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :      Case No. 09-10138 (KG)
:
         Debtors.                           :      Jointly Administered
:
:      **Hearing Date: June 24, 2010 at
:      10:00 a.m. (ET)**
:
---------------------------------------------------------X

**FIFTH QUARTERLY FEE APPLICATION REQUEST OF HURON
CONSULTING GROUP AS ACCOUNTING AND RESTRUCTURING
CONSULTANTS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR
THE PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Huron Consulting Group ("Huron") hereby submits its Fifth Quarterly Fee Application Request (the "Request") for the period February 1, 2010 through and including April 30, 2010[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (NNCI) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to Huron's monthly applications, Docket Item Nos. 2741, 2909, and 3039, contain detailed listing of Huron's requested fees and expenses for the Application Period.

2449106.1

Huron seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed-80% | Amount of Expenses Allowed-100% | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/22/2010 D.I. 2741 | 2/1/2010 - 2/28/2010 | $243,099.00 | $25,626.14 | 4/14/2010 D.I. 2886 | $194,479.20 | $25,626.14 | $48,619.80 |
| 4/21/2010 D.I. 2909 | 3/1/2010 - 3/31/2010 | $314,030.93 | $26,738.68 | 5/13/2010 D.I. 2991 | $251,224.74 | $26,738.68 | $62,806.19 |
| 5/21/10 D.I. 3039 | 4/1/2010 - 4/30/2010 | $314,730.00 | $32,241.02 | Pending | Pending | Pending | Pending |
| **TOTAL** | | **$871,859.93** | **$84,605.84** | | **$445,703.94** | **$52,364.82** | **$111,425.99** |

In accordance with the Monthly Compensation Order, Huron seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Huron respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Huron such other and further relief as is just and proper.

Dated: May 26, 2010      HURON CONSULTING GROUP
New York, New York

_____
James M. Lukenda, CIRA
Huron Consulting Group
1120 Avenue of the Americas, 8th Floor
New York, NY 10036-6700
Telephone: 646-277-2207
Facsimile: 508-445-0256

*Accounting and Restructuring Consultant for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| James Lukenda | Managing Director | 104.20 hrs | 725 / hr | $ 75,545.00 |
| Lee Sweigart | Director | 96.50 hrs | 555 / hr | $ 53,557.50 |
| Matthew J. Fisher | Director | 371.20 hrs | 555 / hr | $ 206,016.00 |
| Elaine Lane | Director | 30.80 hrs | 555 / hr | $ 17,094.00 |
| Coley P. Brown | Manager | 464.50 hrs | 410 / hr | $ 190,445.00 |
| Brian Heinimann | Manager | 412.20 hrs | 410 / hr | $ 169,002.00 |
| Joseph McKenna | Associate | 421.10 hrs | 335 / hr | $ 141,068.50 |
| Michael Scannella | Associate | 463.50 hrs | 335 / hr | $ 155,272.50 |
| Dhara Manek | Analyst | 37.00 hrs | 235 / hr | $ 8,695.00 |
| **Total** | | **2,401.00 hrs** | | **$1,016,695.50** |

**Reductions**

| | |
|---|---|
| Travel (50%) | (47,962.25) |
| Agreed Accommodation on Monthly Invoice (10%) | (96,873.33) |
| **Net Fees** | **$ 871,859.93** |
| **Avg. rate** | $363.12 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Meeting/Teleconference with Debtor Management, Board or Counsel | 134.40 | 64,285.00 |
| Court Hearings/Prep | 20.80 | 7,708.00 |
| Case Reporting: UST, SOFA, SOAL | 20.50 | 12,647.50 |
| Retention and Fee Apps | 90.60 | 35,511.50 |
| Disclosure Statement / Plan of Reorganization | 848.90 | 363,784.50 |
| Cash Flow Analysis and Reporting | 3.30 | 1,672.00 |
| Asset Sale & Disposition Support | 344.60 | 136,571.50 |
| Tax Issues / Analysis | 0.70 | 507.50 |
| Avoidance/Reclamation | 37.80 | 18,339.50 |
| Unsecured Claim Analysis | 536.30 | 218,305.00 |
| Intercompany Claims | 105.70 | 48,833.50 |
| Accounting and Disclosure/SOP 90-7 | 1.90 | 1,054.50 |
| Case Admin | 23.60 | 11,551.00 |
| Travel Time | 231.90 | 95,924.50 |
| **Total** | **2,401.00** | **$ 1,016,695.50** |

**Reductions**

   Travel (50%)     (47,962.25)
   Agreed Accommodation on Monthly Invoice (10%)     (96,873.33)

**Total Fees this Application Period**     **$ 871,859.93**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Category | Amount |
|---|---:|
| Airfare | 30,360.75 |
| Ground Transportation | 6,230.28 |
| Hotel/Lodging | 32,963.83 |
| Meals | 8,768.93 |
| Mileage | 234.00 |
| Office Supplies | 170.25 |
| Parking & Tolls | 741.50 |
| Postage & Freight | 101.06 |
| Rental Car | 4,911.80 |
| Research | 83.44 |
| Telecom | 40.00 |
| **Total Expenses** | **$ 84,605.84** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]