# **EXHIBIT A**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | May 19, 2010<br>Invoice 356658<br>Page 2<br>Client # 732310<br><br>Matter # 165839 |

For services through April 30, 2010
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 04/06/10 | Maintain original pleadings | | | | |
| | Paralegal — Brenda D. Tobin | | 0.40 hrs. | 100.00 | $40.00 |
| 04/08/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 04/15/10 | Prepare pro hac vice re: J. Sturm and L. Beckerman for District Court (.4); E-mail to C. Samis re: same (.1); Revise pro hac x 2 (.2); E-mail to C. Samis re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.80 hrs. | 195.00 | $156.00 |
| 04/16/10 | Revise pro hac re: J. Sturm and L. Beckerman (.2); E-mail to same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.30 hrs. | 195.00 | $58.50 |
| 04/22/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |
| 04/22/10 | Finalize and file re: pro hac vice motions for L. Beckerman and J. Sturm (.4); Coordinate to Judge Farnan re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.60 hrs. | 195.00 | $117.00 |
| 04/27/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 04/28/10 | Maintain original pleadings | | | | |
| | Paralegal — Brenda D. Tobin | | 0.20 hrs. | 100.00 | $20.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 19, 2010  
Invoice 356658  
Page 3  
Client #  732310

Matter #  165839

|  |  |
|---|---:|
| Total Fees for Professional Services | $616.50 |
| TOTAL DUE FOR THIS INVOICE | **$616.50** |
| BALANCE BROUGHT FORWARD | $1,499.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,116.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 19, 2010  
Invoice 356658  
Page 4  
Client #  732310

Matter #  165839

For services through April 30, 2010  
relating to Creditor Inquiries

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/10 | Review voicemail from R. McQuarter re: creditor inquiry (.1); Call with R. McQuarter re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 04/30/10 | Call from J. Innis re: status of case and claims trading activity | Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |

Total Fees for Professional Services  $157.50

TOTAL DUE FOR THIS INVOICE  **$157.50**

**TOTAL DUE FOR THIS MATTER**  $157.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 19, 2010  
Invoice 356658  
Page 5  
Client # 732310  

Matter # 165839  

---

For services through April 30, 2010  
relating to Claims Administration  

| | | | | |
|---|---|---|---|---|
| 04/13/10 | Review claims register for information on Squire claims (.2); Email to C. Stenberg re: status of Squire claims (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $94.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$94.50** |
| | $103.50 |
| **TOTAL DUE FOR THIS MATTER** | **$198.00** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | May 19, 2010<br>Invoice 356658<br>Page 6<br>Client #  732310<br><br>Matter # 165839 |

For services through April 30, 2010
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 04/12/10<br>Paralegal | Prepare 04/14/10 hearing binder<br>Brenda D. Tobin | 1.20 hrs. | 100.00 | $120.00 |
| 04/13/10<br>Associate | Email to B. Tobin re: preparation for 4/13/10 hearing<br>Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 04/27/10<br>Paralegal | Retrieve and review 4/29/10 agenda (.1); E-mail to RLF team re: same (.1)<br>Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $190.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$190.50** |
|  | $10,847.00 |
| **TOTAL DUE FOR THIS MATTER** | **$11,037.50** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | May 19, 2010<br>Invoice 356658<br>Page 7<br>Client # 732310<br><br>Matter # 165839 |

For services through April 30, 2010
relating to Employee Issues

| 04/01/10 | Finalize and file AOS re: joinder of UK pension plan | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |

| | |
|---|---|
| Total Fees for Professional Services | $39.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$39.00** |
| **TOTAL DUE FOR THIS MATTER** | $39.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 19, 2010
Invoice 356658
Page 8

Client #  732310

Matter # 165839

For services through April 30, 2010
relating to Litigation/Adversary Proceedings

| Date | Description | Title | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/10 | Email to B. Witters re: setting Akin up to receive notices in U.K. Pension Trustee District Court appeal (.1); Emails to B. Witters re: preparing pro hac motions for U.K. Pension Trustee District Court appeal (.3); Emails to J. Sturm re: setting Akin up to receive notices in U.K. Pension Trustee District Court appeal (.2); Email to J. Sturm re: preparing pro hac motions for U.K. Pension Trustee District Court appeal (.1) | | | | | |
| | | Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 04/15/10 | Review and revise Beckerman District Court pro hac for U.K. Pension litigation (.2); Review and revise Sturm District Court pro hac for U.K. Pension litigation (.2); Email to B. Witters re: circulating filings in U.K. Pension appeal in District Court (.1) | | | | | |
| | | Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 04/22/10 | Review, revise and finalize District Court pro hac for J. Sturm re: U.K. Pension appeal (.2); Review, revise and finalize district court pro hac for L. Beckerman re: U.K. Pension appeal (.2); Email to B. Witters re: status of Akin pro hacs for U.K. Pension appeal | | | | | |
| | | Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $535.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$535.50** |
| | $2,364.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,899.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 19, 2010
Invoice 356658
Page 9
Client # 732310

Matter # 165839

For services through April 30, 2010
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/10 | Review email from B. Kahn re: estimate of March fees | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 04/05/10 | E-mail to B. Kahn re: RLF March fee and expense estimates | | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 04/15/10 | Research outstanding amounts due RL&F (.3); Email to B. Witters re: date of retention for determining outstanding amounts owed RL&F (.1) | | | | |
| | Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 04/16/10 | Meet with M. Collins re: outstanding amounts due RL&F | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 04/20/10 | Finalize and efile CNO re: RLF's fee application | | | | |
| | Paralegal | Ann Jerominski | 0.10 hrs. | 195.00 | $19.50 |
| 04/20/10 | Prepare cno re: RLF February fee application | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 04/20/10 | Review and execute certificate of no objection re: RLF monthly fee application | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 04/21/10 | Review RLF March bill memos and meal expenses | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 04/24/10 | Review March 2010 bill memos re: RLF monthly fee application | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 04/27/10 | Email to B. Witters re: status of March 2010 bill memo | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

| | |
|---|---|
| Nortel Creditors Committee | May 19, 2010 |
| c/o Fred S. Hodara, Esq. | Invoice 356658 |
| Akin Gump Strauss Hauer Feld LLP | Page 10 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | Matter #  165839 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/10 | Review and revise RLF March fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 195.00 | $117.00 |
| 04/28/10 | Review and execute RLF monthly fee application | | | | |
| Associate | Drew G. Sloan | | 0.30 hrs. | 315.00 | $94.50 |
| 04/29/10 | Draft affidavit of service re: 14th monthly RL&F fee application (.2); Finalize and file same (.2) | | | | |
| Paralegal | Marisa C. DeCarli | | 0.40 hrs. | 195.00 | $78.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $753.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$753.00** |
| | $1,752.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,505.00** |

| | |
|---|---|
| Nortel Creditors Committee | May 19, 2010 |
| c/o Fred S. Hodara, Esq. | Invoice 356658 |
| Akin Gump Strauss Hauer Feld LLP | Page 11 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | Matter #  165839 |

For services through April 30, 2010
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/10 | Attention to e-mail re: Fraser Milner February fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Finalize, file and coordinate service re: same (.2); Finalize and file AOS re: Akin Gump February fee application (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.90 hrs. | 195.00 | $175.50 |
| 04/01/10 | File thirteenth monthly fee application of Fraser Milner (.3); Serve same (.1) | | | | |
| | Paralegal — Tracy A. Cameron | | 0.30 hrs. | 195.00 | $58.50 |
| 04/15/10 | Prepare cno re: Akin Gump February fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 04/16/10 | Email to B. Witters re: outstanding Committee professional fees (.1); Email to A. Cordo re: outstanding Committee professional fees (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 315.00 | $63.00 |
| 04/19/10 | Email to B. Witters re: ascertaining outstanding fees due Committee professionals | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 315.00 | $31.50 |
| 04/20/10 | Finalize and efile CNO re: Ashurst's fee application | | | | |
| | Paralegal — Ann Jerominski | | 0.10 hrs. | 195.00 | $19.50 |
| 04/20/10 | Prepare cno re: Ashurst February fee application | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 195.00 | $39.00 |
| 04/20/10 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | | |
| | Associate — Drew G. Sloan | | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 19, 2010  
Invoice 356658  
Page 12

Client # 732310

Matter # 165839

---

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/21/10 | Prepare cno re: Fraser Milner February fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 04/23/10 | Attention to e-mail re: Ashurst March fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 04/23/10 | Review, revise and finalize 14th monthly fee application of Ashurst | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 04/27/10 | Attention to e-mail re: Capstone March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application (.2); Prepare COS re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 04/27/10 | Review email from B. Kahn re: filing Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: filing same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 04/28/10 | Attention to e-mail re: Akin Gump March fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 04/28/10 | Review Akin Gump monthly fee application (.2); Review and execute notice re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 04/28/10 | File 14th monthly RL&F fee application (.2); Serve same (.2); File 14th monthly fee application of Akin Gump (.2); Serve same (.2) | | | | |
| | Paralegal | Marisa C. DeCarli | 0.80 hrs. | 195.00 | $156.00 |

Total Fees for Professional Services            $1,572.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 19, 2010  
Invoice 356658  
Page 13  
Client #  732310

Matter #  165839

---

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$1,572.00** |
| | $7,252.50 |
| **TOTAL DUE FOR THIS MATTER** | **$8,824.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

May 19, 2010  
Invoice 356658  
Page 14  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 0.30 | 100.00 | 30.00 |
| Ann Jerominski | 0.20 | 195.00 | 39.00 |
| Barbara J. Witters | 8.80 | 195.00 | 1,716.00 |
| Brenda D. Tobin | 1.80 | 100.00 | 180.00 |
| Christopher M. Samis | 3.50 | 315.00 | 1,102.50 |
| Drew G. Sloan | 1.90 | 315.00 | 598.50 |
| Marisa C. DeCarli | 1.20 | 195.00 | 234.00 |
| Tracy A. Cameron | 0.30 | 195.00 | 58.50 |
| TOTAL | 18.00 | $219.92 | 3,958.50 |

**TOTAL DUE FOR THIS INVOICE**                                    $4,886.73

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310