# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

May 19, 2010
Invoice 356658

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through April 30, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $2.00 |
| Court Reporter Services | $104.00 |
| Document Retrieval | $51.76 |
| Filing Fees | $154.00 |
| Long distance telephone charges | $8.34 |
| Messenger and delivery service | $254.40 |
| Photocopying/ Printing<br>2,579 @ $.10/pg / 651 @ $.10/pg | $323.00 |
| Postage | $30.73 |

| | |
|---|---:|
| Other Charges | $928.23 |
| **TOTAL DUE FOR THIS INVOICE** | **$928.23** |
| BALANCE BROUGHT FORWARD | $6,970.30 |
| **TOTAL DUE FOR THIS MATTER** | **$7,898.53** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

May 19, 2010  
Invoice 356658  
Page 15  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
      Case Administration  
      Creditor Inquiries  
      Claims Administration  
      Court Hearings  
      Employee Issues  
      Litigation/Adversary Proceedings  
      RLF Fee Applications  
      Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 03/17/10 | DIAZ DATA SERVICES: Invoice 5851/Transcript of 3/17/2010 | CTRPT |
| | Amount = $72.50 | |
| 03/30/10 | ALL PACER | DOCRETRI |
| | Amount = $0.24 | |
| 03/31/10 | DIAZ DATA SERVICES: Invoice 5883/First copy of 3/31/2010 | CTRPT |
| | Amount = $31.50 | |
| 04/01/10 | Photocopies | DUP.10CC |
| | Amount = $55.50 | |
| 04/01/10 | Postage | POST |
| | Amount = $8.65 | |
| 04/05/10 | COURTCALL LLC: CCDA 05-1619/Services 3/30-4/5/2010 | FLFEE |
| | Amount = $44.00 | |
| 04/05/10 | Messenger and delivery4/1/10, Morris Nichols, CXS | MESS |
| | Amount = $6.00 | |
| 04/05/10 | Messenger and delivery4/1/10, US Trustee, CXS | MESS |
| | Amount = $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

May 19, 2010  
Invoice 356658  
Page 16  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 04/05/10 | Messenger and delivery4/1/10, Post Office/New Castle, TAC | | MESS |
| | Amount = | $51.30 | |
| 04/07/10 | 9164428888 Long Distance | | LD |
| | Amount = | $4.17 | |
| 04/09/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.40 | |
| 04/12/10 | Photocopies | | DUP.10CC |
| | Amount = | $54.40 | |
| 04/12/10 | ALL PACER | | DOCRETRI |
| | Amount = | $41.04 | |
| 04/12/10 | ALL PACER | | DOCRETRI |
| | Amount = | $4.32 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 04/12/10 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 04/13/10 | 2128721056 Long Distance | | LD |
| | Amount = | $4.17 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | May 19, 2010 |
| c/o Fred S. Hodara, Esq. | | Invoice 356658 |
| Akin Gump Strauss Hauer Feld LLP | | Page 17 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 04/13/10 | ALL PACER | DOCRETRI |
| | Amount =  $2.80 | |
| 04/14/10 | U.S. DISTRICT COURT CLERK: Pro hac vices for Joshua Sturm and Lisa Beckerman of Akin Gump | FLFEE |
| | Amount =  $50.00 | |
| 04/16/10 | Binding 4/8-4/15 | BIND |
| | Amount =  $2.00 | |
| 04/23/10 | Photocopies | DUP.10CC |
| | Amount =  $20.00 | |
| 04/23/10 | Messenger and delivery4/22/2010, District Court, BJW | MESS |
| | Amount =  $4.50 | |
| 04/23/10 | Postage | POST |
| | Amount =  $6.39 | |
| 04/23/10 | Printing | DUP.10CC |
| | Amount =  $3.60 | |
| 04/26/10 | Delivery expense 4/23-4/25/2010 | MESS |
| | Amount =  $3.20 | |
| 04/26/10 | Messenger and delivery charges4/23/2010, Morris Nichols, BJW | MESS |
| | Amount =  $6.00 | |
| 04/26/10 | Messenger and delivery charges4/23/2010, US Trustee, BJW | MESS |
| | Amount =  $6.00 | |
| 04/26/10 | Messenger and delivery charges4/23/2010, Post Office/New Castle, BJW | MESS |
| | Amount =  $51.30 | |
| 04/27/10 | Photocopies | DUP.10CC |
| | Amount =  $53.50 | |
| 04/27/10 | Postage | POST |
| | Amount =  $15.69 | |
| 04/27/10 | Printing | DUP.10CC |
| | Amount =  $10.10 | |
| 04/28/10 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | MESS |
| | Amount =  $10.55 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 19, 2010  
Invoice 356658  
Page 18  
Client # 732310  

| Date | Description | Code |
|---|---|---|
| 04/28/10 | AKIN GUMP STRAUSS HAUER & FELP - Messenger and delivery<br>Amount = $10.55 | MESS |
| 04/28/10 | NORTEL NETWORKS INC - Messenger and delivery<br>Amount = $23.70 | MESS |
| 04/28/10 | Photocopies<br>Amount = $27.00 | DUP.10CC |
| 04/28/10 | Photocopies<br>Amount = $47.50 | DUP.10CC |
| 04/28/10 | Messenger and delivery4/27/2010, Morris Nichols, BJW<br>Amount = $6.00 | MESS |
| 04/28/10 | Messenger and delivery4/27/2010, US Trustee, BJW<br>Amount = $6.00 | MESS |
| 04/28/10 | Messenger and delivery4/27/2010, Post Office/New Castle, BJW<br>Amount = $51.30 | MESS |
| 04/28/10 | ALL PACER<br>Amount = $0.96 | DOCRETRI |
| 04/28/10 | Printing<br>Amount = $5.40 | DUP.10CC |
| 04/28/10 | Printing<br>Amount = $3.00 | DUP.10CC |
| 04/28/10 | Printing<br>Amount = $9.10 | DUP.10CC |
| 04/28/10 | Printing<br>Amount = $3.00 | DUP.10CC |
| 04/28/10 | Printing<br>Amount = $3.90 | DUP.10CC |
| 04/28/10 | Printing<br>Amount = $1.90 | DUP.10CC |
| 04/29/10 | AMERICAN EXPRESS: Acct 3782-938224-xxxxx/firm filings/purchases and travels<br>Amount = $60.00 | FLFEE |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

May 19, 2010  
Invoice 356658  
Page 19  
Client # 732310  

| Date | Description | | Code |
|---|---|---|---|
| 04/29/10 | Messenger and delivery 4/28/2010, US Trustee, MXD | | MESS |
| | Amount = | $6.00 | |
| 04/29/10 | Messenger and delivery 4/28/2010, Morris Nichols, MXD | | MESS |
| | Amount = | $6.00 | |
| 04/30/10 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |

TOTALS FOR  732310         Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $928.23