# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1, 2010 THROUGH APRIL 30, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,912.49 |
| Conference Call /Telephone Charges | $8,079.89 |
| Courier Service/Postage | $10.40 |
| Duplicating (@ $0.10 per page) | $584.70 |
| Meals/Committee Meeting Expenses | $3,748.06 |
| Travel Expenses – Airfare | $6,158.17 |
| Travel Expenses – Ground Transportation | $865.24 |
| Travel Expenses – Lodging | $422.37 |
| Travel Expenses – Parking | $62.00 |
| Travel Expenses – Telephone & Fax | $7.99 |
| Travel Expenses – Train Fare | $1,970.00 |
| **TOTAL** | **$23,821.31** |

8300474 v1