# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1309859 |
| Invoice Date | 05/14/10 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/03/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.00 |
| 02/12/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Late work; Off the Wall | $46.65 |
| 02/14/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Off the Wall | $50.00 |
| 02/17/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmine's | $50.00 |
| 02/20/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Robongi | $46.95 |
| 02/22/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $9.00 |
| 02/24/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 02/25/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 02/25/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BECKERMAN LISA TICKET #: 0521272798 DEPARTURE DATE: 02/25/2010 ROUTE: NYP WIL NYP | $37.00 |
| 02/25/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BECKERMAN LISA TICKET #: 7739674774 DEPARTURE DATE: 02/26/2010 ROUTE: NYP WIL NYP | $238.00 |
| 02/25/10 | Travel - Train Fare VENDOR: DINERS | $37.00 |

| | | |
|---|---|---|
| | CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: STURM JOSHUA TICKET #: 0521272797 DEPARTURE DATE: 02/25/2010 ROUTE: NYP WIL NYP | |
| 02/25/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: STURM JOSHUA TICKET #: 7739674773 DEPARTURE DATE: 02/26/2010 ROUTE: NYP WIL NYP | $223.00 |
| 02/26/10 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 02/26/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BECKERMAN LISA TICKET #: 0521592435 DEPARTURE DATE: 02/26/2010 ROUTE: NYP WIL NYP | $37.00 |
| 02/26/10 | Travel - Train Fare  Hearing in Wilmington; Amtrak Rebook fee - Amex | $15.00 |
| 03/01/10 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $8.70 |
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0521579304 DEPARTURE DATE: 03/02/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 7739674780 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP | $387.00 |
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN TONY TICKET #: 0521579308 DEPARTURE DATE: 03/02/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN TONY TICKET #: 7739674784 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP | $387.00 |
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: KAHN BRAD M | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 03/02/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0521579307 DEPARTURE DATE: 03/02/2010 ROUTE: NYP WIL NYP | $387.00 |
| 03/03/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: KAHN BRAD M TICKET #: 7739674783 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP. | $37.00 |
| 03/03/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0521731136 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/03/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN TONY TICKET #: 0521731135 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/03/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: KAHN BRAD M TICKET #: 0521731139 DEPARTURE DATE: 03/03/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/03/10 | Meals - Business  Meal re: Nortel Hearing in DE; Brad Kahn; Brew Ha Ha Restaurant receipt | $13.15 |
| 03/04/10 | Travel - Ground Transportation  Taxi from office; Taxi receipt | $8.20 |
| 03/10/10 | Meals (100%)  Late work; Lisa G. Beckerman; Late work; Thai Restaurant | $46.90 |
| 03/16/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 0522100373 DEPARTURE DATE: 03/16/2010 ROUTE: EWR YTZ EWR | $37.00 |
| 03/16/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: UCG4RK DEPARTURE DATE: 03/18/2010 ROUTE: EWR YTZ EWR | $1,226.97 |
| 03/16/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: STURM JOSHUA TICKET #: 0522105870 DEPARTURE DATE: 03/16/2010 ROUTE: EWR YTZ | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 03/16/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: STURM JOSHUA TICKET #: 08DING DEPARTURE DATE: 03/17/2010 ROUTE: EWR YTZ EWR | $1,289.32 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0522227884 DEPARTURE DATE: 03/19/2010 ROUTE: LGA DCA LGA | $30.00 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0522233086 DEPARTURE DATE: 03/19/2010 ROUTE: LGA DCA LGA | $30.00 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 0522227883 DEPARTURE DATE: 03/19/2010 ROUTE: LGA DCA LGA | $60.00 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: BOTTER DAVID H TICKET #: 7748284213 DEPARTURE DATE: 03/22/2010 ROUTE: LGA DCA LGA | $428.44 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 0522220876 DEPARTURE DATE: 03/19/2010 ROUTE: EWR YTZ EWR | $37.00 |
| 03/19/10 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: UCG4RK DEPARTURE DATE: 03/18/2010 ROUTE: EWR YTZ EWR | $249.60 |
| 03/20/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 655028 DATE: 4/2/2010<br> Vendor: Executive Royal Voucher #: NS5558374 Date: 03/20/2010 Name: Tony Feuerstein\|\|Car Service, Vendor: Executive Royal Voucher #: NS5558374 | $212.37 |

| Date | Description | Amount |
|---|---|---|
| 03/20/10 | Date: 03/20/2010 Name: Tony Feuerstein Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAR10-53062500000206 DATE: 3/29/2010 PASSENGER: FEUERSTEIN ANTHONY DAVID TICKET #: 0522250182 DEPARTURE DATE: 03/20/2010 ROUTE: YTZ EWR | $37.00 |
| 03/23/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 655028 DATE: 4/2/2010 Vendor: Executive Royal Voucher #: 192979 Date: 03/23/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 192979 Date: 03/23/2010 Name: Stephen Kuhn | $118.68 |
| 03/23/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmine's | $50.00 |
| 03/25/10 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1355646 DATE: 3/25/2010 NAME: KEPCHAR KAROL TICKET #: 0522399350 DEPARTURE DATE: 04/05/2010 ROUTE: DCA LGA DCA | $60.00 |
| 03/25/10 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1355646 DATE: 3/25/2010 NAME: KEPCHAR KAROL TICKET #: 0522399351 DEPARTURE DATE: 04/05/2010 ROUTE: DCA LGA DCA | $30.00 |
| 03/25/10 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 1355646 DATE: 3/25/2010 NAME: KEPCHAR KAROL TICKET #: 7875197868 DEPARTURE DATE: 04/05/2010 ROUTE: DCA LGA DCA | $428.44 |
| 03/28/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Carmine's | $50.00 |
| 03/30/10 | Travel - Parking Parking re: meeting at Cleary.; Nortel - Parking | $28.00 |
| 04/01/10 | Meals - Business 3/31/10: B. Kahn - Professional metting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800077; DATE: 4/1/2010 | $139.80 |
| 04/01/10 | Meals - Business 4/1/10: B. Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800077; DATE: 4/1/2010 | $309.48 |
| 04/03/10 | Document Production - In House REQUESTOR: B KAHN ; DESCRIPTION: COLOR COPIES; QUANTITY: 1530; DATE ORDERED: 4/3/10 | $153.00 |
| 04/05/10 | Duplication - In House Photocopy - | $0.60 |

| Date | Description | Amount |
|---|---|---|
| | Beckerman, Lisa, NY, 6 page(s) | |
| 04/05/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 655631 DATE: 4/16/2010 Vendor: Executive Royal Voucher #: 972544 Date: 04/05/2010 Name: Karol Kepchar\|\|Car Service, Vendor: Executive Royal Voucher #: 972544 Date: 04/05/2010 Name: Karol Kepchar | $108.15 |
| 04/05/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 655631 DATE: 4/16/2010 Vendor: Executive Royal Voucher #: 972545 Date: 04/05/2010 Name: Karol Kepchar\|\|Car Service, Vendor: Executive Royal Voucher #: 972545 Date: 04/05/2010 Name: Karol Kepchar | $59.63 |
| 04/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 04001-54901-10; DATE: 4/5/2010 | $8,079.89 |
| 04/06/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 10 page(s) | $1.00 |
| 04/06/10 | Travel - Ground Transportation Airport to Hotel; I Love NY Taxi | $36.51 |
| 04/06/10 | Travel - Telephone & Fax T-Mobile HotSpot | $7.99 |
| 04/07/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |
| 04/07/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 655631 DATE: 4/16/2010 Vendor: Executive Royal Voucher #: 211350 Date: 04/07/2010 Name: Sarah Schultz\|\|Car Service, Vendor: Executive Royal Voucher #: 211350 Date: 04/07/2010 Name: Sarah Schultz | $76.21 |
| 04/07/10 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q12010; DATE: 4/7/2010 - LOGIN ID: AG0054 - BILLING CYCLE: 01/01/10 - 03/31/10 | $356.72 |
| 04/07/10 | Travel - Airfare Flight change - service fee; AA - Service fee; Frosch Travel | $25.00 |
| 04/07/10 | Travel - Airfare AA; Frosch Travel | $2,152.40 |
| 04/07/10 | Meals - Business S. Schultz; Fig's Cafe | $3.72 |
| 04/07/10 | Travel - Parking Parking; NTTA | $34.00 |
| 04/07/10 | Travel - Ground Transportation AG Office to Cleary office; Taxi | $20.00 |
| 04/07/10 | Travel - Ground Transportation Cleary Office to AG Office; Taxi | $20.00 |
| 04/07/10 | Travel - Lodging (Hotel, Apt, Other) Sofitel Hotel; Sofitel Hotel | $422.37 |
| 04/07/10 | Meals - Business Sara Schultz; Sofitel Hotel | $42.20 |

| Date | Description | Amount |
|---|---|---|
| 04/07/10 | Travel - Ground Transportation Medallion cab | $24.61 |
| 04/08/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 2280 page(s) | $228.00 |
| 04/08/10 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 54 page(s) | $5.40 |
| 04/08/10 | Document Production - In House REQUESTOR: A ELLIS; DESCRIPTION: COLOR COPIES; QUANTITY: 26; DATE ORDERED: 4/8/10 | $2.60 |
| 04/08/10 | Meals (100%) 4/5/10 P Sanchez - In-person committee meeting working meal - Breakfast (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800078; DATE: 4/8/2010 | $297.94 |
| 04/08/10 | Meals (100%) 4/5/10 P Sanchez - In-person committee meeting working meal - Lunch (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800078; DATE: 4/8/2010 | $952.49 |
| 04/08/10 | Meals (100%) 4/7/10 P Sanchez - Professional metting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800078; DATE: 4/8/2010 | $97.44 |
| 04/08/10 | Meals (100%) 4/8/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800078; DATE: 4/8/2010 | $330.33 |
| 04/09/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1099901 DATE: 4/28/2010 Vendor: Dial Car Voucher #: DLA3185138 Date: 04/09/2010 Name: David Botter\|Car Service, Vendor: Dial Car Voucher #: DLA3185138 Date: 04/09/2010 Name: David Botter | $119.25 |
| 04/12/10 | Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 466 page(s) | $46.60 |
| 04/12/10 | Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 1054 page(s) | $105.40 |
| 04/12/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 667822 DATE: 4/18/2010 Sturm Joshua - Abigaels on Broadway - 04/12/2010 | $33.76 |
| 04/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 3 page(s) | $0.30 |
| 04/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 04/13/10 | Duplication - In House Photocopy - | $0.10 |

| Date | Description | Amount |
|---|---|---|
| 04/13/10 | Beckerman, Lisa, NY, 1 page(s) Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BEANE ASHLEY; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $33.75 |
| 04/13/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BEANE ASHLEY; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 04/13/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $9.00 |
| 04/14/10 | Computerized Legal Research - Westlaw User: WOODSON,JENNY Date: 4/14/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $103.88 |
| 04/14/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 4/14/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $21.83 |
| 04/15/10 | Meals - Business 4/12/10 A Gomez - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800079; DATE: 4/15/2010 | $145.02 |
| 04/15/10 | Meals - Business 4/14/10 P Sanchez - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800079; DATE: 4/15/2010 | $64.51 |
| 04/15/10 | Meals - Business 4/14/10 P Sanchez - Professional metting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800079; DATE: 4/15/2010 | $358.47 |
| 04/15/10 | Meals - Business 4/15/10 P Sanchez - Professional metting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800079; DATE: 4/15/2010 | $186.72 |
| 04/15/10 | Meals - Business 4/15/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800079; DATE: 4/15/2010 | $282.53 |
| 04/18/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 4/18/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $29.87 |
| 04/21/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 4/21/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $106.63 |
| 04/21/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 656160 DATE: 4/30/2010 | $26.93 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Executive Royal Voucher #: 223923 Date: 04/21/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 223923 Date: 04/21/2010 Name: Brad Kahn | |
| 04/22/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 4/22/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $89.00 |
| 04/22/10 | Computerized Legal Research - Other Collier International Business Insolvency Guide Sub 4/10 -3/11 VENDOR: MATTHEW BENDER & CO , INC; INVOICE#: 01030450; DATE: 4/22/2010 - Acct #0082817710 | $744.63 |
| 04/22/10 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E170 DATE: 4/24/2010 TRACKING #: 1Z02E52E0151749923; PICKUP DATE: 04/22/2010; SENDER: Joshua Sturm / KB; RECEIVER: Barbara Witters/Para - Richards Layton & Finger P.; | $10.40 |
| 04/22/10 | Document Production - In House REQUESTOR: C IRVING; DESCRIPTION: COLOR COPIES; QUANTITY: 13; DATE ORDERED: 4/22/10 | $1.30 |
| 04/23/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 4/23/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $62.13 |
| 04/23/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BEANE  ASHLEY; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 1.0 | $88.20 |
| 04/23/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BEANE  ASHLEY; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $33.75 |
| 04/23/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BEANE  ASHLEY; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 04/23/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BEANE  ASHLEY; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 1.0 | $88.20 |
| 04/26/10 | Duplication - In House  Photocopy - Kahn, Brad, NY, 257 page(s) | $25.70 |
| 04/27/10 | Duplication - In House  Photocopy - Woodson, Jenny, NY, 144 page(s) | $14.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1309859

Page 10  
May 14, 2010

Current Expenses $23,821.31

$23,821.31