# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 12.10 | $11,495.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 79.30 | $69,387.50 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 44.40 | $43,290.00 |
| John V. Jansonius | Partner for 22 years; Admitted in 1980; Labor Department | $650 | 2.40 | $1,560.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 45.90 | $29,605.50 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 23.90 | $18,522.50 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 4.30 | $3,397.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 2.10 | $1,627.50 |
| Sarah A. Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 129.60 | $82,944.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 2.30 | $1,794.00 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 25.30 | $17,077.50 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 44.20 | $29,835.00 |

8300474 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $600 | 2.00 | $1,200.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 72.70 | $43,620.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 61.30 | $33,715.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003 | $600 | 73.00 | $43,800.00 |
| Yewande Akinwolemiwa | Associate for 4 years; Admitted in 2006; Financial Restructuring Department | $430 | 10.30 | $4,429.00 |
| Ashley R. Beane | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $350 | 41.00 | $14,350.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 173.50 | $78,075.00 |
| Nyron J. Persaud | Associate for 3 years; Admitted in 2008; Tax Department | $450 | 6.30 | $2,835.00 |
| Eric C. Seitz | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 31.60 | $10,270.00 |
| Machir Stull | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 46.20 | $15,015.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 54.40 | $27,200.00 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 11.10 | $3,885.00 |
| Cleo F. Green | Staff Attorney for 4 years; Admitted in 1996; Financial Restructuring Department | $475 | 35.10 | $16,672.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christy A. Jump | Staff for 6 years; Admitted in 1996; Labor Department | $340 | 1.60 | $544.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 2.90 | $739.50 |
| Wendy E. Lyon | Librarian for 11 years | $175 | 11.40 | $1,995.00 |

Total Amount of Fees:     $608,880.50
Total Number of Hours:   1,050.20
Blended Hourly Rate:      $579.78