RECEIVED
MAY 05 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X     Chapter 11
:
: Case No. 09-10138 (KG)
In re :
: Jointly Administered
Nortel Networks Inc., *et al.*,[1] :
: **SEALED PURSUANT TO COURT**
Debtors. : **ORDER DATED OCTOBER 28, 2009**
: **(D.I. 1761)**
:
: Re: D.I. 1760, 1761 and 2945
:
------------------------------------------------------------X

---

**CONFIDENTIAL FILED UNDER SEAL – PORTIONS OF <u>EXHIBIT B</u> RE:
DEBTORS' MOTION TO AMEND THE INTELLECTUAL PROPERTY LICENSE
AGREEMENT AND TRANSITION SERVICES AGREEMENT IN THE SALE OF THE
DEBTORS' NEXT GENERATION PACKET CORE NETWORK
COMPONENTS TO HITACHI (D.I. 2945)**

---

Dated:   Wilmington, Delaware
         May 5, 2010

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| James L. Bromley (No. 5125) | Derek C. Abbott (No. 3376) |
| Lisa M. Schweitzer (No. 1033) | Eric D. Schwartz (No. 3134) |
| One Liberty Plaza | Ann C. Cordo (No. 4817) |
| New York, New York 10006 | Alissa T. Gazze (No. 5338) |
| Telephone: (212) 225-2000 | 1201 North Market Street |
| Facsimile: (212) 225-3999 | P.O. Box 1347 |
| | Wilmington, Delaware 19899-1347 |
| | Phone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |

*Counsel for the Debtors and Debtors in Possession*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are