**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date: June 24, 2010 at 10:00 a.m. (ET) |

-------------------------------------------------------X

**SECOND QUARTERLY FEE APPLICATION OF JOHN RAY,**
**AS PRINCIPAL OFFICER OF NORTEL NETWORKS, INC. AND ITS AFFILIATES,**
**FOR THE PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For

Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), John Ray

hereby submits his Second Quarterly Fee Application Request (the "Request") for the period

February 1, 2010 through and including April 30, 2010[2] (the "Application Period").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel..

[2]    Exhibits A and B attached to the monthly applications (D.I.s 2650, 2845, 2951) (the "Monthly Applications") contain detailed listing of John Ray's requested fees and expenses for the Application Periods.

John Ray seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | 50% of Total Fees Requested[3] | 80% of Total Fees Requested | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought (50% of Total Fees Requested)[4] |
|---|---|---|---|---|---|---|---|---|
| 3/5/10 D.I. 2650 | 2/1/10 – 2/28/10 | $69,030.00 | $3,483.73 | 3/29/10 D.I. 2792 | $34,515.00 | $55,224.00 | $3,483.73 | $13,806.00 |
| 4/8/10 D.I. 2845 | 3/1/10 – 3/31/10 | $63,315.00 | $6,916.80 | 5/3/10 D.I. 2940 | $31,657.50 | $50,652.00 | $6,916.80 | $12,663.00 |
| 5/5/10 D.I. 2951 | 4/1/10 – 4/30/10 | $73,260.00 | $8,953.09 | 5/27/10 D.I 3079 | $36,630.00 | $58,608.00 | $8,953.09 | $14,652.00 |
| TOTAL | | $205,605.00 | $19,353.62 | | $102,802.50 | $164,484.00 | $$19,353.62 | $41,121.00 |

In accordance with the Monthly Compensation Order, John Ray seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, John Ray respectfully requests that the Court enter the order attached hereto as Exhibit A and grant John Ray such other and further relief as is just and proper.

Dated:   May 27, 2010
         Wilmington, Delaware

JOHN RAY

John Ray

*Principal Officer for Nortel Networks Inc*

---

[3]     Pursuant to the agreement between Mr. Ray and the Debtors, 50% of Mr. Ray's Total Fees Requested, which is inclusive of the 20% holdback contemplated by the Monthly Compensation Order, are not currently payable to Mr. Ray. Accordingly, 80% of the Total Fees Requested, plus 100% of Mr. Ray's allowed expense reimbursement shall be payable pursuant to the terms of the Monthly Compensation Order and such retention agreement. Upon approval of this Request, the remaining 50% of Total Fees Requested shall be payable by the terms of such retention agreement without further order of the Court.

[4]     Although Mr. Ray sought approval of 100% of the Total Fees Requested through the Monthly Applications, Mr. Ray inadvertently sought interim payment of only 50% of the Total Fees Requested, instead of the 80% permitted pursuant to the Monthly Compensation Order. Through this Request John Ray seeks payment of the remaining 50%, to be paid pursuant to the terms of the retention agreement between Mr. Ray and the Debtors without further order of the Court.

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Ray | Principal Officer | $450 | 491.4 | 205,605 |
| **TOTALS** | | | **491.4** | **$205,605** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 27.6 | $12,420 |
| Reviewing operational management of transition services | 38.8 | 17,460 |
| Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 315.2 | 141,480 |
| Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 35.8 | 16,110 |
| Fee Applications | 4.7 | 2,115 |
| Various Corporate Matters | 0.3 | 135 |
| Non-working travel at ½ rate | 69.0 | 15,525 |
| TOTAL | 491.4 | $205,605 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 7,151.21 |
| Travel – Lodging | | 8,666.93 |
| Travel – Meals | | 829.23 |
| Travel – Transportation | | 1,393.82 |
| Travel – Parking | | 395 |
| Office supplies, shipping, and other office related expenses | | 777.81 |
| PACER | | 139.62 |
| **TOTAL** | | **$ 19,353.62** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]