## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X
:
*In re*                                            :          Chapter 11
:
Nortel Networks Inc., *et al.,* [1]                :          Case No. 09-10138 (KG)
:
       Debtors.     :          Jointly Administered
:
:
-----------------------------------------------------X    **Objections Due: June 16, 2010 at 4:00 p.m. (ET)**

### NOTICE OF ELEVENTH MONTHLY APPLICATION OF PALISADES CAPITAL ADVISORS LLC, PENSION CO-ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010</u>

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

  Attached hereto is the **Eleventh Monthly Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period April 1, 2010 Through April 30, 2010** (the "<u>Application</u>").

  You are required to file an objection ("<u>Objection</u>") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **<u>June 16, 2010 at 4:00 p.m. (Eastern Time)</u>** (the "<u>Objection Deadline</u>").

  At the same time, you must serve such Objection on the applicant and counsel for the Debtors so as to be received by the Objection Deadline.

  A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 27, 2010
     Wilmington, Delaware

         CLEARY GOTTLIEB STEEN & HAMILTON LLP

         James L. Bromley (admitted *pro hac vice*)
         Lisa M. Schweitzer (admitted *pro hac vice*)
         One Liberty Plaza
         New York, New York 10006
         Telephone:  (212) 225-2000
         Facsimile: (212) 225-3999

           - and -

         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

         Derek C. Abbott (No. 3376)
         Eric D. Schwartz (No. 3134)
         Ann C. Cordo (No. 4817)
         Alissa T. Gazze (No. 5338)
         1201 North Market Street, 18th Floor
         P.O. Box 1347
         Wilmington, DE  19899-1347
         Telephone:  (302) 658-9200
         Facsimile: (302) 425-4663

         Counsel for the Debtors and Debtors in Possession