**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

April 1, 2010 Through April 30, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | April |
|---|---|---|
| 1 | Pension Advisory | 12.0 |
| 2 | Engagement/Retention/Fee Applications | 3.0 |
| **TOTAL** | | **15.0** |

**Summary of Services Rendered by Professional**

| Name | April |
|---|---|
| Bradley D. Belt (Chairman) | 5.0 |
| John L. Spencer (Senior Advisor) | 4.0 |
| Dawn M. Bizzell (Director) | 6.0 |
| **TOTAL** | **15.0** |

Palisades Capital Management LLC
Time Detail by Activity
April 2010

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 4/1/2010 | Confernce call w/PBGC re: present/discuss/review settlement offer | 2.0 | 1 | BDB |
| 4/1/2010 | Confernce call w/PBGC re: present/discuss/review settlement offer | 2.0 | 1 | JLS |
| 4/7/2010 | Review court docket | 1.0 | 1 | DMB |
| 4/14/2010 | Review court docket | 1.0 | 1 | DMB |
| 4/21/2010 | Review court docket | 1.0 | 1 | DMB |
| 4/27/2010 | Emails w/CGSH re: scheduling | 0.5 | 1 | BDB |
| 4/27/2010 | Emails w/CGSH re: scheduling | 0.5 | 1 | JLS |
| 4/28/2010 | Call w/CGSH re: PBGC proposal (follow up internal discussion) | 1.0 | 1 | BDB |
| 4/28/2010 | Call w/CGSH re: PBGC proposal (follow up internal discussion) | 1.0 | 1 | JLS |
| 4/28/2010 | Review court docket | 1.0 | 1 | DMB |
| 4/29/2010 | Follow up discussion re: PBGC proposal | 0.5 | 1 | BDB |
| 4/29/2010 | Follow up discussion re: PBGC proposal | 0.5 | 1 | JLS |
|  | **April Total - Activity 1** | **12.0** |  |  |
| 4/1/2010 | Review order re: amendements to engagement letter | 0.5 | 2 | BDB |
| 4/23/2010 | Review Certificate of No Objection | 0.5 | 2 | BDB |
| 4/30/2010 | March Fee Application | 2.0 | 2 | DMB |
|  | **April Total - Activity 2** | **3.0** |  |  |
|  | **TOTAL** | **15.0** |  |  |