
# CERTIFICATE OF SERVICE

I, Alissa T. Gazze certify that I am not less than 18 years of age, and that service of the foregoing **Eleventh Monthly Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period April 1, 2010 Through April 30, 2010** was caused to be made on May 27, 2010, in the manner indicated upon the entities identified below.

Date: May 27, 2010

Alissa T. Gazze (No. 5338)

## VIA HAND DELIVERY

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

## VIA FIRST CLASS MAIL

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

3026412.13