Exhibit B

## Jefferies & Company, Inc.
### Breakdown of Expenses
### April 1, 2010 – April 30, 2010
### Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,666.68 |
| Meals | $712.51 |
| Phone/Fax | $27.48 |
| Transportation – Air | $3,386.79 |
| Transportation – Ground | $816.87 |
| Total | $6,610.33 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| PAUL J. ZANGRILLI | Transportation - Ground | OT Car Service- Office to Home | 11/16/2009 | $88.74 |
| PAUL J. ZANGRILLI | Meals | Overtime Meal | 2/17/2010 | $24.20 |
| CARY VERASCO | Meals | Overtime Meal | 2/19/2010 | $25.43 |
| MICHAEL J HENKIN | Phone/Fax | Calling Card | 2/22/2010 | $17.53 |
| GUARAV KITTUR | Meals | Overtime Meal | 2/22/2010 | $23.65 |
| CARY VERASCO | Meals | Overtime Meal | 2/23/2010 | $21.66 |
| GUARAV KITTUR | Meals | Overtime Meal | 2/23/2010 | $24.08 |
| CARY VERASCO | Meals | Overtime Meal | 2/24/2010 | $22.49 |
| GUARAV KITTUR | Meals | Overtime Meal | 2/25/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/26/2010 | $15.40 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/1/2010 | $25.50 |
| CARY VERASCO | Meals | Overtime Meal | 3/3/2010 | $23.33 |
| GUARAV KITTUR | Meals | Overtime Meal | 3/3/2010 | $25.50 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 3/7/2010 | $5.64 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 3/8/2010 | $7.92 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home (AM) | 3/9/2010 | $9.40 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 3/9/2010 | $15.50 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 3/10/2010 | $9.43 |
| GAURAV KITTUR | Transportation - Ground | OT Taxi- Office to Home | 3/11/2010 | $5.64 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Nortel IP Meeting | 3/12/2010 | $30.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Nortel IP Meeting to Office | 3/12/2010 | $20.30 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/15/2010 | $8.52 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Nortel IP Meeting | 3/17/2010 | $16.08 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/18/2010 | $7.24 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/23/2010 | $10.00 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 3/25/2010 | $10.00 |
| CHIH-YIN CHEN | Transportation - Air | Flight | 3/26/2010 | $1,812.06 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 3/27/2010 | $208.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/27/2010 | $34.18 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 3/27/2010 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/27/2010 | $26.04 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/27/2010 | $17.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 3/27/2010 | $96.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Dinner Meeting to Hotel | 3/27/2010 | $9.90 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to Office (before Airport) | 3/27/2010 | $12.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Home to Airport | 3/27/2010 | $40.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 3/28/2010 | $208.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/28/2010 | $34.18 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 3/28/2010 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/28/2010 | $7.59 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/28/2010 | $39.20 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/28/2010 | $37.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/28/2010 | $12.59 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Dinner Meeting | 3/28/2010 | $7.10 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Dinner Meeting to Hotel | 3/28/2010 | $8.16 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 3/29/2010 | $208.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 3/29/2010 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/29/2010 | $34.18 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/29/2010 | $7.89 |
| CHIH-YIN CHEN | Phone/Fax | Hotel Phone Charges | 3/29/2010 | $9.95 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 3/30/2010 | $34.18 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 3/30/2010 | $208.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 3/30/2010 | $5.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/30/2010 | $9.53 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/30/2010 | $6.50 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/30/2010 | $34.28 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/31/2010 | $39.36 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/31/2010 | $13.07 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 3/31/2010 | $3.99 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Home | 3/31/2010 | $43.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Airport | 3/31/2010 | $77.90 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/1/2010 | $10.60 |
| CHIH-YIN CHEN | Transportation - Air | Flight | 4/1/2010 | $1,435.23 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/5/2010 | $34.76 |
| CHIH-YIN CHEN | Transportation - Air | Change Ticket Fee | 4/5/2010 | $139.50 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Office to Airport | 4/5/2010 | $40.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/6/2010 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/6/2010 | $45.98 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/6/2010 | $288.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/6/2010 | $14.05 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/6/2010 | $39.39 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/6/2010 | $19.33 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/6/2010 | $5.02 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Hotel | 4/6/2010 | $90.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tips | 4/7/2010 | $5.00 |
| CHIH-YIN CHEN | Accommodations | Hotel Tax | 4/7/2010 | $45.98 |
| CHIH-YIN CHEN | Accommodations | Hotel Room | 4/7/2010 | $288.00 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/7/2010 | $37.27 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/7/2010 | $9.84 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/7/2010 | $13.28 |
| CHIH-YIN CHEN | Meals | Meal While Traveling | 4/7/2010 | $33.59 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Airport to Home | 4/7/2010 | $43.00 |
| CHIH-YIN CHEN | Transportation - Ground | Taxi- Hotel to Airport | 4/7/2010 | $90.00 |
| Total: | | | | $6,610.33 |

15