Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
April 1, 2010 - April 30, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 14.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 20.3 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 26.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 36.0 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 23.8 |
| Paul Zangrilli | Associate, Communication Technologies Group | 18.8 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 20.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 50.8 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 28.8 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 24.5 |
| | **Total** | **263.8** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
**April 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 4/1/2010 | 1.25 | UCC call |
| Michael Henkin | 4/6/2010 | 0.50 | Review presentations |
| Michael Henkin | 4/8/2010 | 2.50 | UCC call |
| Michael Henkin | 4/14/2010 | 1.00 | UCC prep call |
| Michael Henkin | 4/15/2010 | 2.50 | UCC call and review documents |
| Michael Henkin | 4/21/2010 | 1.00 | Review M&A and other documents |
| Michael Henkin | 4/22/2010 | 2.00 | UCC call |
| Michael Henkin | 4/28/2010 | 0.75 | Review UCC call materials and presentations |
| Michael Henkin | 4/29/2010 | 2.50 | UCC call, Review Company presentations |
| **April 2010 Summary Hours for Michael Henkin** | | **14.00** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 4/1/2010 | 1.50 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 4/5/2010 | 2.00 | Call with other professionals, Reviewed Materials |
| Phil Berkowitz | 4/7/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 4/8/2010 | 1.50 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 4/14/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 4/15/2010 | 2.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 4/16/2010 | 1.00 | Reviewed Materials |
| Phil Berkowitz | 4/19/2010 | 0.75 | M&A Call, Reviewed Materials |
| Phil Berkowitz | 4/21/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 4/22/2010 | 2.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 4/27/2010 | 1.00 | Reviewed Materials |
| Phil Berkowitz | 4/28/2010 | 2.50 | Professionals Pre-call, Business Plan Update, Reviewed Materials |
| Phil Berkowitz | 4/29/2010 | 1.75 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 4/30/2010 | 0.50 | Reviewed Materials |
| **April 2010 Summary Hours for Phil Berkowitz** | | **20.25** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 4/1/2010 | 1.50 | UCC call |
| Hal Kennedy | 4/5/2010 | 5.00 | Meeting with company and other professionals |
| Hal Kennedy | 4/6/2010 | 2.00 | Meeting with third party firm |
| Hal Kennedy | 4/7/2010 | 2.00 | Professionals pre-call, review materials |
| Hal Kennedy | 4/8/2010 | 2.50 | UCC call |
| Hal Kennedy | 4/13/2010 | 1.50 | Review materials |
| Hal Kennedy | 4/14/2010 | 1.00 | Professionals pre-call, review materials |
| Hal Kennedy | 4/15/2010 | 2.00 | UCC call |
| Hal Kennedy | 4/19/2010 | 1.00 | M&A related call |
| Hal Kennedy | 4/20/2010 | 1.50 | Review materials, various communication |
| Hal Kennedy | 4/21/2010 | 1.00 | Professionals pre-call, review materials |
| Hal Kennedy | 4/22/2010 | 2.00 | UCC call |
| Hal Kennedy | 4/28/2010 | 1.50 | Professionals pre-call, review materials |
| Hal Kennedy | 4/29/2010 | 2.00 | UCC call, review company presentation |
| **April 2010 Summary Hours for Hal Kennedy** | | **26.50** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 4/1/2010 | 1.50 | UCC call |
| Leo Chang | 4/5/2010 | 5.00 | Meeting with company and other professionals |
| Leo Chang | 4/6/2010 | 7.00 | Meeting with third party firm, meeting with other parties |
| Leo Chang | 4/7/2010 | 2.00 | Professionals pre-call, review materials |
| Leo Chang | 4/8/2010 | 2.50 | UCC call |
| Leo Chang | 4/13/2010 | 1.50 | Review materials |
| Leo Chang | 4/14/2010 | 1.00 | Professionals pre-call, review materials |
| Leo Chang | 4/15/2010 | 2.00 | UCC call |
| Leo Chang | 4/19/2010 | 1.00 | M&A related call |
| Leo Chang | 4/20/2010 | 1.50 | Review materials, various communication |
| Leo Chang | 4/21/2010 | 1.50 | Professionals pre-call, review materials |
| Leo Chang | 4/22/2010 | 2.00 | UCC call |
| Leo Chang | 4/27/2010 | 1.00 | Call with other professionals |
| Leo Chang | 4/28/2010 | 4.00 | Professionals pre-call, call with other FAs, review materials |
| Leo Chang | 4/29/2010 | 2.50 | UCC call, review company presentation |
| **April 2010 Summary Hours for Leo Chang** | | **36.00** | |

**Jefferies & Company, Inc.**
**April 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 4/1/2010 | 1.50 | Committee call |
| Gaurav Kittur | 4/4/2010 | 1.00 | Reviewed Materials |
| Gaurav Kittur | 4/5/2010 | 2.00 | Call with other professionals, Reviewed Materials |
| Gaurav Kittur | 4/6/2010 | 0.50 | Reviewed Materials |
| Gaurav Kittur | 4/7/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 4/8/2010 | 1.75 | Committee call, Reviewed Materials |
| Gaurav Kittur | 4/13/2010 | 0.75 | Reviewed Materials |
| Gaurav Kittur | 4/14/2010 | 1.50 | Professionals Pre-call |
| Gaurav Kittur | 4/15/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 4/16/2010 | 1.00 | Reviewed Materials |
| Gaurav Kittur | 4/19/2010 | 1.00 | M&A call, Reviewed Materials |
| Gaurav Kittur | 4/20/2010 | 0.50 | Reviewed Materials |
| Gaurav Kittur | 4/21/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 4/22/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 4/27/2010 | 1.00 | Reviewed Materials |
| Gaurav Kittur | 4/28/2010 | 2.50 | Professionals Pre-call, Business Plan Update, Reviewed Materials |
| Gaurav Kittur | 4/29/2010 | 1.75 | Committee call, Reviewed Materials |
| Gaurav Kittur | 4/30/2010 | 1.00 | Reviewed Materials |
| **April 2010 Summary Hours for Gaurav Kittur** | | **23.75** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 4/1/2010 | 1.50 | Committee call |
| Paul Zangrilli | 4/4/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 4/6/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 4/7/2010 | 1.25 | Professionals Pre-call |
| Paul Zangrilli | 4/8/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 4/14/2010 | 1.50 | Professionals Pre-call |
| Paul Zangrilli | 4/15/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 4/16/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 4/19/2010 | 1.00 | M&A call, Reviewed Materials |
| Paul Zangrilli | 4/20/2010 | 0.50 | Reviewed Materials |
| Paul Zangrilli | 4/21/2010 | 1.00 | Professionals Pre-call |
| Paul Zangrilli | 4/22/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 4/27/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 4/29/2010 | 2.00 | Committee call, Reviewed Materials |
| **April 2010 Summary Hours for Paul Zangrilli** | | **18.75** | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 4/1/2010 | 2.00 | Committee call, Various correspondence |
| Cary Verasco | 4/5/2010 | 1.00 | Update materials |
| Cary Verasco | 4/6/2010 | 0.50 | Various correspondence |
| Cary Verasco | 4/7/2010 | 0.50 | Call with Company's advisor, various correspondence |
| Cary Verasco | 4/8/2010 | 1.00 | Committee call |
| Cary Verasco | 4/14/2010 | 3.00 | Various correspondence, call with Company advisor, professionals pre-call, update materials, review materials |
| Cary Verasco | 4/15/2010 | 1.50 | Various correspondence, Committee call |
| Cary Verasco | 4/21/2010 | 2.50 | Various correspondence, call with creditor, calls with other advisors, review and update materials |
| Cary Verasco | 4/22/2010 | 2.50 | Various correspondence, Committee call, call with counsel, review documents |
| Cary Verasco | 4/28/2010 | 4.00 | Meeting with Company and various advisors and related travel, various correspondence, calls with other advisors |
| Cary Verasco | 4/30/2010 | 2.00 | Call with other Committee advisor, various correspondence |
| **April 2010 Summary Hours for Cary Verasco** | | **20.50** | |

**Jefferies & Company, Inc.**
**April 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gene Chen* | | | |
| Gene Chen | 4/5/2010 | 3.50 | Nortel - Call with Committee, Admin work |
| Gene Chen | 4/5/2010 | 8.00 | Nortel - Travel to NYC |
| Gene Chen | 4/6/2010 | 1.00 | Nortel - Prepare marketing materials |
| Gene Chen | 4/6/2010 | 8.50 | Nortel - Meeting with other FAs and 3rd parties, various analysis |
| Gene Chen | 4/7/2010 | 8.00 | Nortel - Travel from NYC to SF |
| Gene Chen | 4/7/2010 | 1.00 | Nortel - Prepare analysis for UCC |
| Gene Chen | 4/8/2010 | 2.00 | Nortel - UCC call |
| Gene Chen | 4/9/2010 | 1.00 | Nortel - Review materials, Internal communication |
| Gene Chen | 4/13/2010 | 0.50 | Nortel - Various correspondence |
| Gene Chen | 4/14/2010 | 3.50 | Nortel - Professionals pre-call, Prepare materials for UCC, Admin |
| Gene Chen | 4/15/2010 | 1.50 | Nortel - UCC call |
| Gene Chen | 4/15/2010 | 1.00 | Nortel - Call with company, Review materials |
| Gene Chen | 4/19/2010 | 1.00 | Nortel - M&A related call, Internal communications |
| Gene Chen | 4/20/2010 | 1.00 | Nortel - Review materials, various correspondence |
| Gene Chen | 4/21/2010 | 2.00 | Nortel - Prepare materials for UCC, Professionals pre-call |
| Gene Chen | 4/22/2010 | 2.00 | Nortel - UCC call |
| Gene Chen | 4/27/2010 | 1.00 | Nortel - Call with other professionals |
| Gene Chen | 4/27/2010 | 0.50 | Nortel - Internal communication |
| Gene Chen | 4/28/2010 | 0.75 | Nortel - Prepare materials |
| Gene Chen | 4/28/2010 | 1.50 | Nortel - Professionals pre-call, Review materials |
| Gene Chen | 4/29/2010 | 1.50 | Nortel - UCC call, Review materials |
| **April 2010 Summary Hours for Gene Chen** | | **50.75** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 4/1/2010 | 1.50 | Committee Call |
| Ryan Stuckert | 4/4/2010 | 2.25 | Reviewed Materials, Administrative |
| Ryan Stuckert | 4/5/2010 | 2.50 | Call with other professionals, Reviewed Materials |
| Ryan Stuckert | 4/6/2010 | 1.75 | Prepared Materials |
| Ryan Stuckert | 4/7/2010 | 1.25 | Professionals Pre-Call |
| Ryan Stuckert | 4/8/2010 | 2.00 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 4/13/2010 | 1.75 | Reviewed & Prepared Materials |
| Ryan Stuckert | 4/14/2010 | 1.50 | Professionals Pre-Call |
| Ryan Stuckert | 4/15/2010 | 2.00 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 4/16/2010 | 1.50 | Reviewed & Prepared Materials |
| Ryan Stuckert | 4/19/2010 | 1.00 | M&A Call, Reviewed Materials |
| Ryan Stuckert | 4/20/2010 | 1.25 | Prepared Materials, Administrative |
| Ryan Stuckert | 4/21/2010 | 0.75 | Professionals Pre-Call |
| Ryan Stuckert | 4/22/2010 | 1.75 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 4/27/2010 | 1.50 | Reviewed Materials, Administrative |
| Ryan Stuckert | 4/28/2010 | 2.50 | Professionals Pre-Call, Business Plan Update, Reviewed Materials |
| Ryan Stuckert | 4/29/2010 | 2.00 | Committee Call, Reviewed Materials |
| **April 2010 Summary Hours for Ryan Stuckert** | | **28.75** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 4/1/2010 | 1.50 | Committee Call |
| Natalie Mayslich | 4/4/2010 | 2.25 | Reviewed Materials, Administrative |
| Natalie Mayslich | 4/5/2010 | 2.50 | Call with other professionals, Reviewed Materials |
| Natalie Mayslich | 4/7/2010 | 1.25 | Professionals Pre-Call |
| Natalie Mayslich | 4/8/2010 | 2.00 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 4/13/2010 | 1.75 | Reviewed & Prepared Materials |
| Natalie Mayslich | 4/14/2010 | 1.50 | Professionals Pre-Call |
| Natalie Mayslich | 4/15/2010 | 2.00 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 4/19/2010 | 1.00 | M&A Call, Reviewed Materials |
| Natalie Mayslich | 4/20/2010 | 0.75 | Prepared Materials, Administrative |
| Natalie Mayslich | 4/21/2010 | 0.75 | Professionals Pre-Call |
| Natalie Mayslich | 4/22/2010 | 1.75 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 4/27/2010 | 1.00 | Reviewed Materials, Administrative |
| Natalie Mayslich | 4/28/2010 | 2.50 | Professionals Pre-Call, Business Plan Update, Reviewed Materials |
| Natalie Mayslich | 4/29/2010 | 2.00 | Committee Call, Reviewed Materials |
| **April 2010 Summary Hours for Natalie Mayslich** | | **24.50** | |