IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------X
                                              :
*In re*                                       :    Chapter 11
                                              :
Nortel Networks Inc., *et al.*,               :    Case No. 09-10138 (KG)
                                              :
                    Debtors.                  :    Jointly Administered
                                              :
-------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The United States Equal Employment Opportunity Commission hereby withdraws with prejudice the proof of claim it filed in the above-captioned cases (Proof of Claim No. 1299) based on EEOC Charge No. 494-2009-01337.

Dated: Memphis, Tennessee
       May 20, 2010

*/s/ Carson L. Owen*
Carson L. Owen, Senior Trial Attorney
United States Equal Employment
Opportunity Commission
1407 Union Avenue, Suite 901
Memphis, TN 38104
Tel. 901-544-0133
carson.owen@eeoc.gov