Case 09-10138-MFW   Doc 3087   Filed 05/28/10   Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: June 24, 2010 at 10:00 a.m. (ET) |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2010 through April 30, 2010[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,204,030.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $71,431.03 |
| This is (a)n: | __X__ interim  ____ final application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/23/10 Docket No. 2745 | 2/1/10 - 2/28/10 | $636,531.00 | $26,874.51 | $509,224.80 | $26,874.51 | $127,306.20 |
| Date Filed: 4/28/10 Docket No. 2928 | 3/1/10 - 3/31/10 | $958,619.25 | $20,735.21 | $766,895.40 | $20,735.21 | $191,723.85 |
| Date Filed: 5/26/10 Docket No. 3075 | 4/1/10 - 4/30/10 | $608,880.50 | $23,821.31 | Pending Obj deadline 6/15/10 $487,104.40 | Pending Obj deadline 6/15/10 $23,821.31 | $121,776.10 |
| TOTALS: | | $2,204,030.75 | $71,431.03 | $1,763,224.60[3] | $71,431.03[4] | $440,806.15 |

Summary of any Objections to Fee Applications: None.

Dated: May 28, 2010
New York, New York

/s/ Fred S. Hodara

Fred S. Hodara (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2