**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim (S)**

VAT Invoice Date: **26 May 2010**   Our Ref: **GDB/CCN01.00001**   Invoice No: **290001**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 75,934.50 |
| For the period to 30 April 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 80.11 |
| **Disbursements:** (NT) | | | |
| Foreign Lawyers: | 0.00 | 0.00 | 4,746.00 |
| Guantao Law Firm - £4,746.00 (Due but not yet paid) | | | |
| Incidental Expenses | 0.00 | 0.00 | 59.00 |
| | 0.00 | | 80,819.61 |
| | | VAT | 0.00 |
| | | Total | 80,819.61 |
| | | **Balance Due** | **80,819.61** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code** GB12NWBK50000000404268

Please quote reference 290001 when settling this invoice

**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# The Official Unsecured Creditors Committee for Nortel Networks Inc

## Re: BANKRUPTCY

## GDB/CCN01.00001

## For the period: to 30 April 2010

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Carl Dunton | 1.30 | 754.00 | (C0028) |
|  |  | **1.30** | **£754.00** |  |
| Partner: | Giles Boothman | 0.70 | 427.00 | (C0028) |
|  |  | 0.60 | 366.00 | (C0031) |
|  |  | **1.30** | **£793.00** |  |
| Partner: | Kensuke Inoue | 1.30 | 754.00 | (C0028) |
|  |  | **1.30** | **£754.00** |  |
| Partner: | Robert Ogilvy Watson | 11.50 | 7,015.00 | (C0028) |
|  |  | **11.50** | **£7,015.00** |  |
| Partner: | Angela Pearson | 11.30 | 6,893.00 | (C0016) |
|  |  | **11.30** | **£6,893.00** |  |
| Partner: | Steven Hull | 5.30 | 3,233.00 | (C0016) |
|  |  | **5.30** | **£3,233.00** |  |
| Counsel: | Hiroto Maejima | 7.00 | 3,780.00 | (C0028) |
|  |  | **7.00** | **£3,780.00** |  |
| Senior Associate: | Marcus Fink | 1.10 | 550.00 | (C0007) |
|  |  | 0.50 | 250.00 | (C0016) |
|  |  | **1.60** | **£800.00** |  |
| Senior Associate: | Anna Grainger | 3.10 | 1,550.00 | (C0028) |
|  |  | **3.10** | **£1,550.00** |  |
| Senior Associate: | Arabella Dove | 0.90 | 450.00 | (C0028) |
|  |  | **0.90** | **£450.00** |  |
| Senior Associate: | Priya Lele | 1.40 | 665.00 | (C0028) |
|  |  | **1.40** | **£665.00** |  |
| Associate: | Caroline Wicker | 11.00 | 3,740.00 | (C0028) |
|  |  | **11.00** | **£3,740.00** |  |
| Associate: | Hemali Mehta Chiddarwar | 7.30 | 2,701.00 | (C0028) |
|  |  | **7.30** | **£2,701.00** |  |
| Associate: | Josie Perrott | 0.20 | 79.00 | (C0028) |
|  |  | **0.20** | **£79.00** |  |
| Associate: | Yoshimasa Takagi | 18.20 | 6,188.00 | (C0028) |
|  |  | **18.20** | **£6,188.00** |  |

| | | | | |
|---|---|---:|---:|---|
| Junior Associate: | Paul Bagon | 8.30 | 2,614.50 | (C0001) |
| | | 6.70 | 2,110.50 | (C0007) |
| | | 1.50 | 472.50 | (C0016) |
| | | 54.30 | 17,104.50 | (C0028) |
| | | 12.50 | 3,937.50 | (C0031) |
| | | **83.30** | **£26,239.50** | |
| | | | | |
| Junior Associate: | Sundip Biswas | 14.40 | 4,176.00 | (C0028) |
| | | **14.40** | **£4,176.00** | |
| | | | | |
| Junior Associate: | Tracy Li | 1.00 | 315.00 | (C0028) |
| | | **1.00** | **£315.00** | |
| | | | | |
| Trainee: | Caroline Grant | 14.10 | 2,608.50 | (C0028) |
| | | **14.10** | **£2,608.50** | |
| | | | | |
| Trainee: | Emi McCooey | 0.60 | 111.00 | (C0028) |
| | | **0.60** | **£111.00** | |
| | | | | |
| Trainee: | Grant Batten | 3.50 | 647.50 | (C0028) |
| | | **3.50** | **£647.50** | |
| | | | | |
| Trainee: | Richard Stacey | 4.30 | 795.50 | (C0028) |
| | | **4.30** | **£795.50** | |
| | | | | |
| Trainee: | Ying Laohachewin | 6.60 | 1,221.00 | (C0028) |
| | | 2.30 | 425.50 | (C0031) |
| | | **8.90** | **£1,646.50** | |
| | | | | |
| **TOTAL** | | **212.80** | **£75,934.50** | |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2010

## Matter: CCN01.00001 - BANKRUPTCY

### 0003    Ashurst Fee Application/Monthly Billing Reports

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Junior Associate** | | | |
| Paul Bagon | 8.30 | 315.00 | 2,614.50 |
| | | Total | **2,614.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2010 | Paul Bagon | DRFT | Ashurst monthly fee application | 1.00 | 315.00 | 315.00 |
| 19/04/2010 | Paul Bagon | LETT | Ashurst fee application. | 1.00 | 315.00 | 315.00 |
| 20/04/2010 | Paul Bagon | DRFT | Preparing Ashurst fee application. | 3.80 | 315.00 | 1,197.00 |
| 23/04/2010 | Paul Bagon | DRFT | Finalising and sending out Ashurst invoice. | 2.00 | 315.00 | 630.00 |
| 28/04/2010 | Paul Bagon | LETT | Emails and calls re duplicate payment. | 0.50 | 315.00 | 157.50 |

2,614.50

**Matter: CCN01.00001 - BANKRUPTCY**

| 0007 | Creditors Committee Meetings | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| | Marcus Fink | 1.10 | 500.00 | 550.00 |
| **Junior Associate** | | | | |
| | Paul Bagon | 6.70 | 315.00 | 2,110.50 |
| | | | Total | 2,660.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2010 | Paul Bagon | PHON | UCC weekly meeting | 1.20 | 315.00 | 378.00 |
| 08/04/2010 | Paul Bagon | PHON | UCC weekly meeting. | 1.50 | 315.00 | 472.50 |
| 15/04/2010 | Paul Bagon | PHON | UCC weekly call. | 1.50 | 315.00 | 472.50 |
| 22/04/2010 | Marcus Fink | PHON | Attend weekly update call | 1.10 | 500.00 | 550.00 |
| 22/04/2010 | Paul Bagon | PHON | UCC weekly call | 1.50 | 315.00 | 472.50 |
| 29/04/2010 | Paul Bagon | PHON | UCC weekly meeting | 1.00 | 315.00 | 315.00 |
| | | | | | | 2,660.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### 0016     Lift Stay Litigation

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---:|---:|---:|
| **Partner** | | | |
| Angela Pearson | 11.30 | 610.00 | 6,893.00 |
| Steven Hull | 5.30 | 610.00 | 3,233.00 |
| **Senior Associate** | | | |
| Marcus Fink | 0.50 | 500.00 | 250.00 |
| **Junior Associate** | | | |
| Paul Bagon | 1.50 | 315.00 | 472.50 |
| | | Total | **10,848.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**0016    Lift Stay Litigation**

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 31/03/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached copy of debtors response to PPF and trustees motion and accompanying declaration and joinder to the motion filed by the Committee | 0.40 | 610.00 | 244.00 |
| 01/04/2010 | Steven Hull | LETT | Review Lisa Beckerman email regarding assignment of judge | 0.10 | 610.00 | 61.00 |
| 05/04/2010 | Angela Pearson | LETT | Emails to Lisa Beckerman | 0.20 | 610.00 | 122.00 |
| 05/04/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached reply filed by Appellents with related declaration | 0.30 | 610.00 | 183.00 |
| 07/04/2010 | Angela Pearson | READ | Review Motion documents/Pensions Act | 2.50 | 610.00 | 1,525.00 |
| 07/04/2010 | Angela Pearson | LETT | Emails to Lisa Beckermann | 0.50 | 610.00 | 305.00 |
| 08/04/2010 | Angela Pearson | READ | Review emails | 0.20 | 610.00 | 122.00 |
| 12/04/2010 | Paul Bagon | LETT | Emails to SEH re status of stay. | 0.50 | 315.00 | 157.50 |
| 13/04/2010 | Angela Pearson | READ | Review documents from Akim Gump | 2.00 | 610.00 | 1,220.00 |
| 13/04/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached objection filed by Vistion of proof of claim filed by PPF and Pension Trustees | 0.20 | 610.00 | 122.00 |
| 15/04/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached appeal letter to Judge Farnham. Review Paul Bagon email and review attached conference call agenda. Preparing for and attending conference call regarding latest position; review Josh Sturn email and review attached correspondence from Nortel's Canadian Counsel regarding materials received from Canadian Counsel for UK pensions regulator and review attachments. Review further email from Josh Sturn and review attached letter filed with Delaware district court by Nortel US debtors. Review further email from Josh Sturn and review attached memorandjum from Judge Fanom of the Delaware District Court denying UK Appellent's request for stay of the bankruptcy court stay order pending appeal. | 2.40 | 610.00 | 1,464.00 |
| 16/04/2010 | Angela Pearson | READ | Review documents | 2.00 | 610.00 | 1,220.00 |
| 16/04/2010 | Angela Pearson | LETT | Email to client | 0.50 | 610.00 | 305.00 |
| 19/04/2010 | Marcus Fink | LETT | Review and analyse recent filings relating to UK pension claim | 0.50 | 500.00 | 250.00 |
| 19/04/2010 | Paul Bagon | LETT | Reviewing US and Canadian stay judgments. | 1.00 | 315.00 | 315.00 |
| 21/04/2010 | Angela Pearson | READ | Review documents on Canada Motion | 1.00 | 610.00 | 610.00 |
| 21/04/2010 | Steven Hull | LETT | Review Josh Sturn email and review attached emails from Canadian Counsel in respect of UK pension proceedings in Canada regarding notice of motion served on Canadian Counsel and Nortel responding motion record factum and brief of authorities and related documentation. Emails with Paul Bagon regarding public nature of judgments in Canada and US | 0.70 | 610.00 | 427.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### 0016     Lift Stay Litigation

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/04/2010 | Steven Hull | LETT | Review Paul Bagon email regarding weekly committee call and consider pensions issues and review attachments regarding pensions matters to be discussed and update on litigation; emails with Paul Bagon and Marcus Fink regarding same; attending conference call and emails with Marcus Fink regarding update in regulator action against third party | 1.00 | 610.00 | 610.00 |
| 23/04/2010 | Angela Pearson | READ | Review emails | 0.40 | 610.00 | 244.00 |
| 26/04/2010 | Angela Pearson | READ | Review documents re: new motions etc. | 1.00 | 610.00 | 610.00 |
| 27/04/2010 | Steven Hull | READ | Review Joshua Sturn email and review email from Canadian Counsel regarding results of Friday's Canadian hearing on motion brought by UK Pensions Regulator | 0.10 | 610.00 | 61.00 |
| 29/04/2010 | Angela Pearson | READ | Review documents - comments | 1.00 | 610.00 | 610.00 |
| 29/04/2010 | Steven Hull | LETT | Review Paul Bagon email regarding Nortel Bondholder group issues; | 0.10 | 610.00 | 61.00 |

                                                            **10,848.50**

**Matter: CCN01.00001 - BANKRUPTCY**

**0028 Non-Debtor Affiliates**

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---:|---:|---:|
| **Partner** | | | |
| Carl Dunton | 1.30 | 580.00 | 754.00 |
| Giles Boothman | 0.70 | 610.00 | 427.00 |
| Kensuke Inoue | 1.30 | 580.00 | 754.00 |
| Robert Ogilvy Watson | 11.50 | 610.00 | 7,015.00 |
| **ounsel** | | | |
| Hiroto Maejima | 7.00 | 540.00 | 3,780.00 |
| **Senior Associate** | | | |
| Anna Grainger | 3.10 | 500.00 | 1,550.00 |
| Arabella Dove | 0.90 | 500.00 | 450.00 |
| Priya Lele | 1.40 | 475.00 | 665.00 |
| **ssociates** | | | |
| Caroline Wicker | 11.00 | 340.00 | 3,740.00 |
| Hemali Mehta Chiddarwar | 7.30 | 370.00 | 2,701.00 |
| Josie Perrott | 0.20 | 395.00 | 79.00 |
| Yoshimasa Takagi | 18.20 | 340.00 | 6,188.00 |
| **Junior Associate** | | | |
| Paul Bagon | 54.30 | 315.00 | 17,104.50 |
| Sundip Biswas | 14.40 | 290.00 | 4,176.00 |
| Tracy Li | 1.00 | 315.00 | 315.00 |
| **Trainee** | | | |
| Caroline Grant | 14.10 | 185.00 | 2,608.50 |
| Emi McCooey | 0.60 | 185.00 | 111.00 |
| Grant Batten | 3.50 | 185.00 | 647.50 |
| Richard Stacey | 4.30 | 185.00 | 795.50 |
| Ying Laohachewin | 6.60 | 185.00 | 1,221.00 |
| | | **Total** | **55,082.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**0028**   **Non-Debtor Affiliates**</u>

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 15/04/2010 | Giles Boothman | INTD | PDB re. review of insolvency laws re. distributions | 0.10 | 610.00 | 61.00 |
| 15/04/2010 | Paul Bagon | PHON | Call with AG re ROW non-filed entities. | 0.30 | 315.00 | 94.50 |
| 15/04/2010 | Paul Bagon | RSCH | Re ROW non-filed entities. | 1.00 | 315.00 | 315.00 |
| 16/04/2010 | Caroline Wicker | LETT | Liquidation analysis re Nortel entities | 1.50 | 340.00 | 510.00 |
| 16/04/2010 | Paul Bagon | RSCH | Re ROW repatriation of cash and related update email to AG. | 6.00 | 315.00 | 1,890.00 |
| 19/04/2010 | Caroline Wicker | LETT | Liquidation analysis - Reading materials | 1.50 | 340.00 | 510.00 |
| 19/04/2010 | Paul Bagon | RSCH | Re ROW liquidation regimes and conversation with AG re the same. | 4.00 | 315.00 | 1,260.00 |
| 20/04/2010 | Paul Bagon | RSCH | Row liquidation analysis. | 1.00 | 315.00 | 315.00 |
| 21/04/2010 | Caroline Wicker | LETT | Liquidation Analysis - Call with Akin Gump and reading | 1.50 | 340.00 | 510.00 |
| 21/04/2010 | Giles Boothman | INTD | PDB re. liquidation analysis | 0.20 | 610.00 | 122.00 |
| 21/04/2010 | Paul Bagon | PHON | Kick off call with AG re non-debtor research. | 0.70 | 315.00 | 220.50 |
| 21/04/2010 | Paul Bagon | DRFT | Instructions re non-debtors affiliates to HK, China & Singapore. | 4.00 | 315.00 | 1,260.00 |
| 21/04/2010 | Paul Bagon | LETT | Liaising with local barred attorneys re liquidation analysis. | 3.00 | 315.00 | 945.00 |
| 22/04/2010 | Caroline Wicker | LETT | Reading materials | 0.50 | 340.00 | 170.00 |
| 22/04/2010 | Josie Perrott | LETT | Reviewing email and instructions for Australian insolvency research | 0.20 | 395.00 | 79.00 |
| 22/04/2010 | Paul Bagon | LETT | Coordinating liquidation analysis. | 5.50 | 315.00 | 1,732.50 |
| 22/04/2010 | Sundip Biswas | MISC | Review of task. Research on Indian Insolvency Laws. Internal discussions and emails. | 1.50 | 290.00 | 435.00 |
| 23/04/2010 | Carl Dunton | READ | Review and circulation of Asia Insolvency Codes. | 0.80 | 580.00 | 464.00 |
| 23/04/2010 | Caroline Grant | LETT | Converting the Nortel group structure into a table specifying the country each company is registered in and the office and fee earner who will be providing the research for that company | 3.50 | 185.00 | 647.50 |
| 23/04/2010 | Caroline Wicker | LETT | Internal discussion with PDB and email | 1.00 | 340.00 | 340.00 |
| 23/04/2010 | Paul Bagon | LETT | Coordinating liquidation analysis. | 2.00 | 315.00 | 630.00 |
| 23/04/2010 | Sundip Biswas | LETT | Nortel India Note | 0.50 | 290.00 | 145.00 |
| 26/04/2010 | Caroline Grant | CASE | Updating control table with remaining shareholders and checking entries, also finding the registered addresses for the three Japanese Nortel companies | 2.00 | 185.00 | 370.00 |
| 26/04/2010 | Caroline Grant | LETT | Responding to query about which state in Australia the four Australian companies are incorporated in | 0.30 | 185.00 | 55.50 |
| 26/04/2010 | Caroline Grant | LETT | Writing email to Japanese counsel regarding the registered addresses of the three Japanese Nortel companies | 0.70 | 185.00 | 129.50 |
| 26/04/2010 | Emi McCooey | LETT | Looking up the registered office for the Japanese entities online | 0.60 | 185.00 | 111.00 |
| 26/04/2010 | Paul Bagon | LETT | Coordinating liquidation analysis and catch up call with AG. | 2.00 | 315.00 | 630.00 |
| 26/04/2010 | Paul Bagon | SUPE | CGRANT re liquidation analysis. | 0.80 | 315.00 | 252.00 |
| 26/04/2010 | Robert Ogilvy Watson | DRFT | Preparation of memo. | 5.20 | 610.00 | 3,172.00 |
| 27/04/2010 | Caroline Grant | LETT | Drafting emails to Hong Kong and Tokyo | 0.80 | 185.00 | 148.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**0028**     **Non-Debtor Affiliates**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/04/2010 | Caroline Grant | LETT | Updating control list | 0.50 | 185.00 | 92.50 |
| 27/04/2010 | Caroline Grant | CASE | Updating control list | 0.60 | 185.00 | 111.00 |
| 27/04/2010 | Giles Boothman | READ | Email re. overseas liquidations | 0.30 | 610.00 | 183.00 |
| 27/04/2010 | Giles Boothman | INTD | PDB re. overseas liquidations | 0.10 | 610.00 | 61.00 |
| 27/04/2010 | Hiroto Maejima | RSCH | Review relevant company information, e-mail update. | 1.50 | 540.00 | 810.00 |
| 27/04/2010 | Hiroto Maejima | LETT | Review relevant data, internal discussion | 1.50 | 540.00 | 810.00 |
| 27/04/2010 | Paul Bagon | DUED | Coordinating liquidation analysis. | 3.50 | 315.00 | 1,102.50 |
| 27/04/2010 | Sundip Biswas | RSCH | Research on Indian Insolvency and Repatriation Laws. | 2.00 | 290.00 | 580.00 |
| 27/04/2010 | Tracy Li | READ | Review and prep prc entities structure chart | 1.00 | 315.00 | 315.00 |
| 27/04/2010 | Ying Laohachewin | MISC | Read and retrieve information for repatriation template for Thailand | 1.00 | 185.00 | 185.00 |
| 27/04/2010 | Yoshimasa Takagi | RSCH | Research Nortel's subsidiaries in Japan; internal dissussion re liquidation procedures. | 2.00 | 340.00 | 680.00 |
| 28/04/2010 | Caroline Wicker | LETT | Liquidation Analysis - reading documents | 0.50 | 340.00 | 170.00 |
| 28/04/2010 | Caroline Wicker | LETT | Drafting Vietnam | 1.00 | 340.00 | 340.00 |
| 28/04/2010 | Paul Bagon | DRFT | Brazil liquidation analysis. | 2.00 | 315.00 | 630.00 |
| 28/04/2010 | Paul Bagon | LETT | Coordinating liquidation analysis. | 1.50 | 315.00 | 472.50 |
| 28/04/2010 | Robert Ogilvy Watson | DRFT | Amending Nortel memo. | 3.00 | 610.00 | 1,830.00 |
| 28/04/2010 | Sundip Biswas | MISC | Preparation of Note on Repatriation/ Insolvency relating to Nortel India- including research on insolvency and foreign exchange laws of India. | 5.00 | 290.00 | 1,450.00 |
| 28/04/2010 | Ying Laohachewin | LETT | Draft repatriation report for Thailand | 2.60 | 185.00 | 481.00 |
| 28/04/2010 | Yoshimasa Takagi | DRFT | Draft analysis memo re liquidation of Nortel's subsidiaries in Japan; review Bankruptcy Act and Companies Act. | 8.20 | 340.00 | 2,788.00 |
| 29/04/2010 | Anna Grainger | LETT | New Zealand and Australian insolvency analysis | 2.50 | 500.00 | 1,250.00 |
| 29/04/2010 | Carl Dunton | READ | Review and comment on Singapore note. | 0.50 | 580.00 | 290.00 |
| 29/04/2010 | Caroline Grant | CASE | Updating control list; reading through the advice sent from Hong Kong and Singapore; amending the advice documents to include the company details within the given jurisdictions. | 2.00 | 185.00 | 370.00 |
| 29/04/2010 | Caroline Wicker | LETT | Liquidation analysis - reading and drafting summaries | 3.50 | 340.00 | 1,190.00 |
| 29/04/2010 | Grant Batten | LETT | Nortel- Australian Repatriation Note | 3.20 | 185.00 | 592.00 |
| 29/04/2010 | Hemali Mehta Chiddarwar | LETT | Preparing the responses to the questions in the Nortel Liquidation Analysis Template. | 4.50 | 370.00 | 1,665.00 |
| 29/04/2010 | Hiroto Maejima | LETT | Review liquidation analysis | 2.50 | 540.00 | 1,350.00 |
| 29/04/2010 | Paul Bagon | LETT | Coordinating global liquidation analysis. | 9.00 | 315.00 | 2,835.00 |
| 29/04/2010 | Priya Lele | LETT | Reviewing and revising on the note/questionnaire on Indian insolvency law prepared by Sundip and supervising Sundip in that regard | 1.00 | 475.00 | 475.00 |
| 29/04/2010 | Priya Lele | LETT | Finalising the note/questionnaire on Indian insolvency law prepared by Sundip | 0.40 | 475.00 | 190.00 |
| 29/04/2010 | Robert Ogilvy Watson | DRFT | Amending Nortel memo. | 1.50 | 610.00 | 915.00 |
| 29/04/2010 | Sundip Biswas | DRFT | Finalising Note on Insolvency/ Repatriation for Nortel India after internal inputs from Priya Lele. | 5.20 | 290.00 | 1,508.00 |
| 29/04/2010 | Ying Laohachewin | MISC | Draft, amend, proofread and finalise repatriation report for Thailand; | 3.00 | 185.00 | 555.00 |
| 30/04/2010 | Anna Grainger | LETT | New Zealand insolvency analysis & review Australian insolvency analysis | 0.60 | 500.00 | 300.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## 0028     Non-Debtor Affiliates

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---:|---:|---:|
| 30/04/2010 | Arabella Dove | READ | Reviewing and revising Japan law summary | 0.90 | 500.00 | 450.00 |
| 30/04/2010 | Caroline Grant | CASE | Creating a hard copy file of the advice from all jurisdictions, updating the contol list, amending the advice for each jurisdiction to include the relevent company details | 3.70 | 185.00 | 684.50 |
| 30/04/2010 | Grant Batten | DRFT | Checking Repatriation Note on NZ. Amendments to Australian repatriation note | 0.30 | 185.00 | 55.50 |
| 30/04/2010 | Hemali Mehta Chiddarwar | LETT | Researching on the queries raised by Paul re: further details on preferential debt priority and caps. Updating the Nortel Liquidation Analysis Template with revised responses. | 2.80 | 370.00 | 1,036.00 |
| 30/04/2010 | Hiroto Maejima | RSCH | Review analysis report re Japanese subsidiary. | 1.50 | 540.00 | 810.00 |
| 30/04/2010 | Kensuke Inoue | LETT | Review and edit memo by YZT | 1.30 | 580.00 | 754.00 |
| 30/04/2010 | Paul Bagon | DUED | Coordinating non-debtor liquidation analysis. | 8.00 | 315.00 | 2,520.00 |
| 30/04/2010 | Robert Ogilvy Watson | DRFT | Reviewing Guantao memorandum and providing comments. | 0.50 | 610.00 | 305.00 |
| 30/04/2010 | Robert Ogilvy Watson | DUED | Investigating stamp duty payable on a liquidation and revising memo. | 1.30 | 610.00 | 793.00 |
| 30/04/2010 | Richard Stacey | READ | Liquidation analysis (Singapore, HK, China, Japan and India), and internal discussions with PDB. | 4.30 | 185.00 | 795.50 |
| 30/04/2010 | Sundip Biswas | INTD | Internal discussions. | 0.20 | 290.00 | 58.00 |
| 30/04/2010 | Yoshimasa Takagi | DRFT | Draft analysis memo re requidation of Japanese subsidiaries. | 8.00 | 340.00 | 2,720.00 |

                                                                                                                                                             **55,082.00**

**Matter: CCN01.00001 - BANKRUPTCY**

### 0031 European Proceedings/Matters

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Partner** | | | |
| Giles Boothman | 0.60 | 610.00 | 366.00 |
| **Junior Associate** | | | |
| Paul Bagon | 12.50 | 315.00 | 3,937.50 |
| **Trainee** | | | |
| Ying Laohachewin | 2.30 | 185.00 | 425.50 |
| | | Total | 4,729.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2010 | Paul Bagon | PHON | IP Co call (in part). | 0.70 | 315.00 | 220.50 |
| 07/04/2010 | Paul Bagon | PHON | Professionals pre-call. | 0.70 | 315.00 | 220.50 |
| 08/04/2010 | Paul Bagon | INTD | Discussion with YLAOHA re status of Nortel cases. | 1.00 | 315.00 | 315.00 |
| 08/04/2010 | Paul Bagon | LETT | Various emails. | 1.00 | 315.00 | 315.00 |
| 08/04/2010 | Ying Laohachewin | MISC | Prepare for conference call - reading up on the transaction to understand recent developments | 2.30 | 185.00 | 425.50 |
| 09/04/2010 | Paul Bagon | READ | Revised draft of proceeds allocation protocol. | 3.00 | 315.00 | 945.00 |
| 13/04/2010 | Paul Bagon | RSCH | Re status of Canadian proceedings. | 1.00 | 315.00 | 315.00 |
| 14/04/2010 | Paul Bagon | PHON | Advisers pre-call. | 0.80 | 315.00 | 252.00 |
| 14/04/2010 | Paul Bagon | LETT | Various emails with AG. | 0.20 | 315.00 | 63.00 |
| 15/04/2010 | Giles Boothman | READ | Emails re. UCC call/pensions issues | 0.10 | 610.00 | 61.00 |
| 16/04/2010 | Paul Bagon | READ | IPCO NDA | 1.00 | 315.00 | 315.00 |
| 19/04/2010 | Paul Bagon | LETT | Discussion with GDB re NDA and email to AG re the same. | 0.50 | 315.00 | 157.50 |
| 19/04/2010 | Paul Bagon | READ | George Riedel retention and discussions with AG re the same. | 0.70 | 315.00 | 220.50 |
| 21/04/2010 | Paul Bagon | PHON | Advisers pre-call. | 1.00 | 315.00 | 315.00 |
| 23/04/2010 | Giles Boothman | INTD | Discussion with PDB | 0.20 | 610.00 | 122.00 |
| 26/04/2010 | Giles Boothman | READ | Emails | 0.20 | 610.00 | 122.00 |
| 26/04/2010 | Giles Boothman | INTD | Discussion with PDB | 0.10 | 610.00 | 61.00 |
| 28/04/2010 | Paul Bagon | PHON | Advisers' pre-call. | 0.90 | 315.00 | 283.50 |

4,729.00