## Exhibit C

## DISBURSEMENT SUMMARY
## APRIL 01, 2010 THROUGH APRIL 30, 2010

| | |
|---|---:|
| Document Production | £80.11 |
| Telecommunications | £59.00 |
| Meals | £13.00 |
| Foreign Lawyer Fees | £4,746.00 |
| **TOTAL** | **£4885.11** |