**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** 80.11

**Fares, Courier Charges and Incidental Expenses (Telephone)**

| | | |
|---|---|---|
| 29/04/2010 | PAYEE: Transfer Supplier Movements; REQUEST#: 391623; DATE: 29/04/2010. - Blackberry Call Charges in Feb 2010 - Paul Bagon | 59.00 |

**Foreign Lawyers**

| | | |
|---|---|---|
| 19/05/10 | Vendor: Guantao Law Firm; Dated 19/05/10 – Professional services rendered | 4,746.00 |

4,885.11