**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
APRIL 01, 2010 THROUGH APRIL 30, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £610 | 1.30 | 793.00 |
| Carl Dunton | Partner for 2 years; Admitted in 1997; Restructuring and Special Situations Group, Singapore | £580 | 1.30 | 754.00 |
| Kensuke Inoue | Partner for 3 years; Admitted in 1987 in Japan; Corporate Group, Japan | £580 | 1.30 | 754.00 |
| Robert Ogilvy Watson | Partner for 9 years; Admitted in 1993; Corporate Group, Hong Kong | £610 | 11.50 | 7,015.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £610 | 11.30 | 6,893.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £610 | 5.30 | 3,233.00 |
| Hiroto Maejima | Counsel; Admitted in 2001 in Japan; Corporate Group, Japan | £540 | 7.00 | 3,780.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £500 | 1.60 | 800.00 |
| Anna Grainger | Associate for 11 years; Admitted in 1999 in New Zealand; International Finance Group, UK | £500 | 3.10 | 1,550.00 |
| Arabella Dove | Associate for 2 years; Admitted in 2008; Corporate Group, Japan | £500 | 0.90 | 450.00 |
| Priya Lele | Associate for 9 years; Admitted in 2001 in India, Corporate Group, UK | £475 | 1.40 | 665.00 |
| Caroline Wicker | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group, UK | £340 | 11.00 | 3,740.00 |

21

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Hemali Mehta Chiddarwar | Associate for 3 years; Admitted in 2006 in India; International Finance Group, Singapore | £370 | 7.30 | 2,701.00 |
| Josie Perrott | Associate for 7 years; Admitted in 2003 in Australia; International Finance Group, UK | £395 | 0.20 | 79.00 |
| Yoshimasa Takagi | Associate for 3 years; Admitted in 2007 in Japan; Corporate Group, Japan | £340 | 18.20 | 6,188.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £315 | 83.30 | 26,239.50 |
| Sundip Biswas | Associate for 4 years; Admitted in 2006 in India; Corporate Group, UK | £290 | 14.40 | 4,176.00 |
| Tracy Li | Associate for 2 years; Admitted in 2008 in Hong Kong; Corporate Group Hong Kong | £315 | 1.00 | 315.00 |
| Caroline Grant | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | 14.10 | 2,608.50 |
| Emi McCooey | Trainee for 2 years; Corporate Group, UK | £185 | 0.60 | 111.00 |
| Grant Batten | Trainee for 1 year; International Finance, UK | £185 | 3.50 | 647.50 |
| Richard Stacey | Trainee for 2 years; Corporate Group, UK | £185 | 4.30 | 795.50 |
| Ying Laohachewin | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | 8.90 | 1,646.50 |
| **TOTAL** | | | 212.80 | 75,934.50 |

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 01, 2010 THROUGH APRIL 30, 2010**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.30 | 2,614.50 |
| Creditors Committee Meetings | 7.80 | 2,660.50 |
| Lift Stay Litigation | 18.60 | 10,848.50 |
| Non-Debtor Affiliates | 162.70 | 55,082.00 |
| European Proceedings/Matters | 15.40 | 4,729.00 |
| **TOTAL** | **212.80** | **75,934.50** |