# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit A: Summary of Fees by Professional
## For the Period 4/1/10 through 4/30/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director, | $760 | 34.50 | $26,220.00 |
| J. Borow | Executive Director | $760 | 131.20 | $99,712.00 |
| M. Lasinski | Managing Director | $620 | 48.80 | $30,256.00 |
| J. Hyland | Executive Director | $575 | 236.40 | $135,930.00 |
| T. Horton | Director | $525 | 91.80 | $48,195.00 |
| R. Conroy | Director | $500 | 10.20 | $5,100.00 |
| H. Miller | Director | $445 | 212.50 | $94,562.50 |
| D. Rothberg | Director | $395 | 210.20 | $83,029.00 |
| L. Ahearn | Director | $360 | 191.00 | $68,760.00 |
| E. Bienias | Consultant | $350 | 6.30 | $2,205.00 |
| J. Peterson | Consultant | $335 | 218.00 | $73,030.00 |
| T. Morilla | Consultant | $305 | 216.60 | $66,063.00 |
| J. Schad | Associate | $275 | 40.10 | $11,027.50 |
| H. Becker | Paraprofessional | $120 | 10.40 | $1,248.00 |
| L. Hirschman | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 4/1/2010 through 4/30/10** | | | **1,658.50** | **$745,398.00** |