## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 4/1/10 through 4/30/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 444.80 | $198,663.50 |
| 05. Professional Retention/Fee Application Preparation | | 21.60 | $5,952.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 14.50 | $6,711.50 |
| 08. Interaction/Mtgs w Creditors | | 81.20 | $56,646.50 |
| 09. Employee Issues/KEIP | | 127.30 | $58,804.50 |
| 11. Claim Analysis/Accounting | | 63.70 | $24,822.00 |
| 13. Intercompany Transactions/Bal | | 191.90 | $78,565.00 |
| 14. Executory Contracts/Leases | | 20.90 | $10,461.50 |
| 17. Analysis of Historical Results | | 15.70 | $5,430.50 |
| 18. Operating and Other Reports | | 46.60 | $22,079.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 114.60 | $43,775.50 |
| 20. Projections/Business Plan/Other | | 354.80 | $152,882.50 |
| 26. Tax Issues | | 3.70 | $1,286.00 |
| 33. Intellectual Property | | 157.20 | $79,317.00 |
| **For the Period 4/1/10 through 4/30/10** | | **1,658.50** | **$745,398.00** |

Capstone Advisory Group, LLC
Invoice for the April 2010 Fee Statement

Page 1 of 1