**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 4/1/10 through 4/30/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 4/1/2010 | M. Lasinski | Travel agency fee for airline ticket | $50.00 |
| 4/1/2010 | M. Lasinski | Travel agency fee | $35.00 |
| 4/5/2010 | J. Schad | Airfare to NYC | $625.40 |
| 4/5/2010 | H. Miller | Flew from DCA to LGA | $284.70 |
| 4/6/2010 | J. Hyland | Airfare for NY trip | $935.40 |
| 4/7/2010 | M. Lasinski | Airline ticket to NYC | $825.40 |
| 4/7/2010 | H. Miller | Train fare from NYP to WAS | $225.00 |
| 4/7/2010 | M. Lasinski | Cab to airport | $39.75 |
| 4/12/2010 | J. Hyland | Airfare for NY trip | $731.40 |
| 4/12/2010 | H. Miller | Flew from DCA to LGA | $209.70 |
| 4/16/2010 | H. Miller | Train fare from NYP to WAS | $180.00 |
| 4/19/2010 | J. Hyland | Airfare for NY and Raleigh trip | $646.10 |
| 4/19/2010 | J. Peterson | Roundtrip airfare from Newark to Raleigh | $475.40 |
| 4/19/2010 | H. Miller | Flew from DCA to LGA | $286.70 |
| 4/19/2010 | L. Ahearn | Round trip airfare to Raleigh, NC | $235.41 |
| 4/20/2010 | D. Rothberg | Flight to Raleigh | $170.70 |
| 4/21/2010 | D. Rothberg | Airfare to NY from Raleigh | $235.70 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/22/2010 | H. Miller | Travelled from NYP to WAS. | $225.00 |
| 4/27/2010 | J. Peterson | Roundtrip airfare from EWR to YYZ. | $906.50 |
| 4/28/2010 | M. Lasinski | Airfare to meetings in NYC | $1,377.10 |
| 4/28/2010 | L. Ahearn | Round trip airfare to Toronto | $945.14 |
| 4/28/2010 | M. Lasinski | Cab from airport to office | $41.00 |
| **Subtotal - Airfare/Train** | | | **$9,686.50** |

**Auto Rental/Taxi**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/4/2010 | M. Lasinski | Cab to hotel in NYC | $7.50 |
| 4/5/2010 | H. Miller | Taxi from WAS to Home | $50.00 |
| 4/5/2010 | H. Miller | Taxi from LGA to NYC. | $43.68 |
| 4/5/2010 | T. Morilla | Taxi due to working late. | $11.70 |
| 4/5/2010 | M. Lasinski | Cab fare for trip to NYC. | $10.00 |
| 4/6/2010 | J. Hyland | Taxi during NY trip | $34.46 |
| 4/6/2010 | M. Lasinski | Cab fare in NYC. | $8.00 |
| 4/7/2010 | CAG Direct | New York cab fares. | $369.59 |
| 4/7/2010 | CAG Direct | New York cab fares. | $298.34 |
| 4/7/2010 | CAG Direct | New York cab fares | $139.08 |
| 4/7/2010 | CAG Direct | New York cab fares. | $100.22 |
| 4/7/2010 | M. Lasinski | Airport parking | $60.00 |
| 4/7/2010 | H. Miller | Taxi from NYC trip. | $16.60 |
| 4/12/2010 | J. Hyland | Taxi during NY trip. | $55.00 |
| 4/12/2010 | H. Miller | Taxi from LGA to NYC | $36.40 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/12/2010 | H. Miller | Taxi from WAS to office. | $20.00 |
| 4/13/2010 | D. Rothberg | Taxi from trip to Toronto | $11.00 |
| 4/13/2010 | T. Morilla | Taxi due to working late. | $9.50 |
| 4/15/2010 | J. Hyland | Taxi during NY trip. | $33.99 |
| 4/16/2010 | H. Miller | Taxi ride home. | $40.00 |
| 4/16/2010 | H. Miller | Taxi from Union Station to office. | $15.00 |
| 4/19/2010 | L. Ahearn | Cab to airport for trip to Raleigh. | $90.00 |
| 4/19/2010 | D. Rothberg | Car to airport heading to Raleigh. | $48.00 |
| 4/19/2010 | J. Peterson | Taxi from RTP to Nortel. | $26.00 |
| 4/19/2010 | M. Lasinski | Cab home. | $16.00 |
| 4/19/2010 | D. Rothberg | Cab from late night at work. | $11.20 |
| 4/20/2010 | H. Miller | Went from LGA to Office. | $42.82 |
| 4/20/2010 | H. Miller | Taxi from home to WAS. | $33.50 |
| 4/20/2010 | H. Miller | Taxi in NYC | $5.87 |
| 4/21/2010 | L. Ahearn | Cab from airport for trip to Raleigh | $40.97 |
| 4/22/2010 | D. Rothberg | Auto rental in Raleigh. | $348.93 |
| 4/22/2010 | D. Rothberg | Taxi home from the airport. | $31.58 |
| 4/22/2010 | H. Miller | Taxi from WAS to home. | $30.00 |
| 4/27/2010 | M. Lasinski | Taxi to airport for NYC trip. | $68.00 |
| 4/27/2010 | J. Peterson | Taxi from Toronto airport to Nortel. | $21.00 |
| 4/27/2010 | L. Ahearn | Taxi from trip to Toronto | $20.00 |
| 4/27/2010 | J. Peterson | Taxi from Nortel to the hotel | $10.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/28/2010 | M. Lasinski | Cab from airport to home. | $56.00 |
| 4/28/2010 | L. Ahearn | Taxi from trip to Toronto. | $52.00 |
| 4/28/2010 | J. Peterson | Taxi from the hotel to Nortel | $25.00 |
| 4/28/2010 | M. Lasinski | Cab to Cleary from Office. | $24.00 |
| 4/28/2010 | L. Ahearn | Taxi from trip to Toronto. | $17.00 |
| 4/28/2010 | L. Ahearn | Cab from trip to Toronto. | $13.50 |
| 4/29/2010 | M. Lasinski | Cab home from airport. | $68.00 |
| 4/29/2010 | M. Lasinski | Cab to airport. | $54.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$2,523.43** |
| **Hotel** | | | |
| 4/5/2010 | J. Hyland | Hotel in Raleigh on 3/4. | $700.75 |
| 4/7/2010 | M. Lasinski | Hotel in NYC. | $1,279.90 |
| 4/7/2010 | H. Miller | Hotel in NYC | $884.99 |
| 4/8/2010 | J. Hyland | Hotel during NY trip. | $876.05 |
| 4/15/2010 | H. Miller | Hotel in NYC. | $1,478.91 |
| 4/15/2010 | J. Hyland | Hotel during NY trip. | $1,477.07 |
| 4/16/2010 | H. Miller | Hotel in NYC. | $324.40 |
| 4/21/2010 | L. Ahearn | Hotel for trip to Raleigh | $311.00 |
| 4/22/2010 | H. Miller | Hotel in NYC. | $1,094.94 |
| 4/22/2010 | D. Rothberg | Hotel in Raleigh. | $594.58 |
| 4/22/2010 | J. Peterson | Hotel while in Raleigh. | $486.46 |
| 4/23/2010 | J. Hyland | New York hotel charge not on original 3/25/10 bill. | $19.37 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/28/2010 | L. Ahearn | Hotel from trip to Toronto | $406.26 |
| 4/28/2010 | J. Peterson | Hotel while in Toronto | $261.40 |
| **Subtotal - Hotel** | | | **$10,196.08** |
| **Meals** | | | |
| 4/5/2010 | H. Miller | Meal from NYC trip | $31.12 |
| 4/5/2010 | H. Miller | Breakfast from NYC trip | $2.28 |
| 4/5/2010 | H. Miller | Meal from NYC trip | $31.12 |
| 4/6/2010 | M. Lasinski | Dinner in NYC | $85.53 |
| 4/6/2010 | H. Miller | Meal from NYC trip | $26.75 |
| 4/6/2010 | M. Lasinski | Meal in NYC | $20.69 |
| 4/6/2010 | J. Hyland | Meal during NY trip | $8.06 |
| 4/6/2010 | T. Morilla | Meal due to working late | $6.92 |
| 4/6/2010 | J. Hyland | Meal during NY trip | $5.58 |
| 4/7/2010 | M. Lasinski | Breakfast for trip to NYC | $31.10 |
| 4/7/2010 | J. Hyland | Meal during NY trip | $16.97 |
| 4/8/2010 | J. Borow | Lunch for Capstone and FTI for Nortel meeting | $60.50 |
| 4/8/2010 | J. Hyland | Meal during NY trip | $12.39 |
| 4/12/2010 | T. Morilla | Meal for H. Miller and T. Morilla due to working late | $53.78 |
| 4/12/2010 | H. Miller | Meal in NYC | $18.45 |
| 4/12/2010 | J. Hyland | Meal during NY trip | $7.14 |
| 4/12/2010 | J. Hyland | Meal during NY trip | $4.63 |
| 4/12/2010 | H. Miller | Breakfast in airport | $2.09 |
| 4/12/2010 | J. Hyland | Meal during NY trip | $1.95 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/13/2010 | H. Miller | Dinner including T. Morilla who was working late | $86.21 |
| 4/13/2010 | J. Hyland | Meal during NY trip | $31.53 |
| 4/13/2010 | J. Hyland | Meal during NY trip | $16.60 |
| 4/13/2010 | J. Hyland | Meal during NY trip | $2.50 |
| 4/14/2010 | H. Miller | Meal in NYC | $33.87 |
| 4/14/2010 | D. Rothberg | Meal from trip to Toronto | $22.94 |
| 4/14/2010 | J. Hyland | Meal during NY trip | $3.21 |
| 4/15/2010 | J. Hyland | Meal during NY trip | $5.69 |
| 4/19/2010 | L. Ahearn | Dinner in Raleigh with D. Rothberg and J. Peterson | $117.71 |
| 4/19/2010 | D. Rothberg | Lunch in Raleigh for Nortel team, L. Ahearn and J. Peterson | $29.17 |
| 4/19/2010 | D. Rothberg | Breakfast in Raleigh for L. Ahearn and D. Rothberg | $22.36 |
| 4/19/2010 | J. Peterson | Breakfast at Nortel in Raleigh | $6.63 |
| 4/19/2010 | D. Rothberg | Meal in Raleigh | $4.52 |
| 4/20/2010 | J. Peterson | Dinner for D. Rothberg, L. Ahearn and J. Peterson | $115.57 |
| 4/20/2010 | J. Peterson | Lunch at Nortel in Raleigh | $28.17 |
| 4/20/2010 | H. Miller | Meal in NYC | $15.46 |
| 4/20/2010 | J. Peterson | Breakfast at Nortel in Raleigh | $5.89 |
| 4/20/2010 | D. Rothberg | Lunch in Raleigh | $5.14 |
| 4/21/2010 | D. Rothberg | Dinner in Raleigh including J. Peterson | $111.62 |
| 4/21/2010 | H. Miller | Meal in NYC | $15.49 |
| 4/21/2010 | H. Miller | Meal in NYC | $13.52 |
| 4/21/2010 | D. Rothberg | Lunch in Raleigh | $9.83 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/22/2010 | J. Peterson | Dinner in Raleigh. | $14.43 |
| 4/22/2010 | H. Miller | Meal in NYC. | $14.26 |
| 4/22/2010 | J. Peterson | Lunch at Nortel in Raleigh | $9.40 |
| 4/22/2010 | D. Rothberg | Lunch in Raleigh | $8.05 |
| 4/22/2010 | J. Peterson | Breakfast in Raleigh | $6.55 |
| 4/22/2010 | D. Rothberg | Meal at airport. | $3.80 |
| 4/27/2010 | J. Peterson | Breakfast at the Toronto airport. | $23.17 |
| 4/27/2010 | J. Peterson | Lunch at Nortel in Toronto. | $11.71 |
| 4/27/2010 | L. Ahearn | Lunch in Toronto. | $8.56 |
| 4/28/2010 | J. Peterson | Dinner at the Toronto airport. | $17.93 |
| 4/28/2010 | M. Lasinski | Lunch at airport | $15.85 |
| 4/28/2010 | J. Peterson | Lunch at Nortel in Toronto. | $12.15 |
| 4/28/2010 | J. Peterson | Breakfast at Nortel in Toronto. | $9.57 |
| 4/28/2010 | M. Lasinski | Breakfast at airport | $6.66 |
| **Subtotal - Meals** | | | **$1,292.77** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/6/2010 | J. Hyland | Local mileage for NY trip | $21.00 |
| 4/8/2010 | J. Hyland | Local mileage for NY trip. | $21.00 |
| 4/12/2010 | J. Hyland | Local mileage during NY trip. | $21.00 |
| 4/15/2010 | J. Hyland | Local mileage during NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$84.00** |

**Parking/Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/1/2010 | T. Horton | Parking - resulting from working with staff in NY office | $32.00 |
| 4/2/2010 | T. Horton | Parking - resulting from working with staff in NY office | $23.00 |
| 4/5/2010 | T. Horton | Parking - resulting from working with staff in NY office | $32.00 |
| 4/6/2010 | T. Horton | Parking - resulting from working with staff in NY office | $23.00 |
| 4/6/2010 | J. Hyland | Local tolls for NY trip | $1.60 |
| 4/8/2010 | T. Horton | Parking - resulting from working with staff in NY office | $23.00 |
| 4/8/2010 | J. Hyland | Local tolls for NY trip | $1.60 |
| 4/9/2010 | T. Horton | Parking - resulting from working with staff in NY office | $32.00 |
| 4/12/2010 | T. Horton | Parking - resulting from working with staff in NY office | $23.00 |
| 4/12/2010 | J. Hyland | Local tolls during NY trip | $1.60 |
| 4/13/2010 | T. Horton | Parking - resulting from working with staff in NY office | $32.00 |
| 4/14/2010 | T. Horton | Parking - resulting from working with staff in NY office | $32.00 |
| 4/15/2010 | J. Hyland | Local tolls during NY trip | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$258.40** |
| **Postage/FedEx** | | | |
| 4/6/2010 | CAG Direct | Postage/Overnight for Nortel | $84.36 |
| 4/6/2010 | CAG Direct | Postage/Overnight for Nortel | $70.01 |
| **Subtotal - Postage/FedEx** | | | **$154.37** |
| **Telecom** | | | |
| 4/2/2010 | CAG Direct | Long distance for Nortel | $159.00 |
| 4/7/2010 | D. Rothberg | Telecom charge in Toronto | $47.88 |
| 4/9/2010 | CAG Direct | Conference calls for Nortel | $456.34 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 4/10/2010 | CAG Direct | Telecom charge for Nortel matters | $3,248.90 |
| 4/23/2010 | J. Hyland | Roaming telephone charges while in Toronto. | $92.01 |
| 4/30/2010 | J. Peterson | Roaming charges incurred while in Toronto | $137.37 |

**Subtotal - Telecom** $4,141.50

**For the Period 4/1/10 through 4/30/10** $28,337.05