**EXHIBIT C**

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2010
## (All Amounts in Canadian Dollars)

Taxable Disbursements
| | |
|---|---|
| Accommodations | $2,248.64 |
| Airfare/Travel | $3,503.33 |
| Binding Books / Documents | $ 16.00 |
| Cellular Phones | $ 356.85 |
| Library Computer Research | $ 673.00 |
| Long Distance Telephone Calls | $ 158.38 |
| Meals & Beverages | $ 493.36 |
| Parking | $ 21.02 |
| Photocopy Charges | $1,721.40 |
| Ground Transportation (including Courier) | $ 667.06 |
| | |
| Total Taxable Disbursements | $9,859.04 |
| Total GST | 492.95 |
| Total Taxable Disbursements including Taxes | $10,351,99 CDN. |