**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 35 of 42

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 31/03/10 | "/Beck Taxi/Inv 1721-015/R.Jacobs x2 Mar 5,8/10" | 1 | 77.50 |
| 31/03/10 | Quicklaw | 1 | 2.37 |
| 01/04/10 | Photocopy;MattesL | 5 | 0.50 |
| 01/04/10 | Quicklaw | 1 | 13.43 |
| 01/04/10 | Laser Copy:HETU, Jarvis | 11 | 1.10 |
| 01/04/10 | Laser Copy;jacobsr | 29 | 2.90 |
| 01/04/10 | Laser Copy:KAPLAN M | 27 | 2.70 |
| 01/04/10 | Laser Copy;MacFarlaneA | 120 | 12.00 |
| 01/04/10 | Laser Copy:MattesL | 196 | 19.60 |
| 01/04/10 | Laser Copy;NELSON M | 307 | 30.70 |
| 05/04/10 | Parking for M. Wunder on April 1/10; 2010-4-1 | 1 | 5.73 |
| 05/04/10 | Lunch for A. MacFarlane; 2010-2-22 | 1 | 19.72 |
| 05/04/10 | Laser Copy;NELSON M | 142 | 14.20 |
| 05/04/10 | Laser Copy;PUSHALIK A | 24 | 2.40 |
| 05/04/10 | Laser Copy;CHINJ | 68 | 6.80 |
| 05/04/10 | Laser Copy;MacFarlaneA | 3 | 0.30 |
| 05/04/10 | Laser Copy;MattesL | 413 | 41.30 |
| 05/04/10 | Laser Copy;KAPLAN M | 51 | 5.10 |
| 05/04/10 | Photocopy;MattesL | 29 | 2.90 |
| 05/04/10 | Working meal from Starbucks for R. Jacobs and Akin Gump on April 1/10; 2010-4-1 | 1 | 7.99 |
| 05/04/10 | Lunch during Court hearing break for A. MacFarlane; 2010-2-25 | 1 | 9.77 |
| 05/04/10 | Lunch during break while at Court for A. MacFarlane; 2010-3-3 | 1 | 8.08 |
| 06/04/10 | Quicklaw | 1 | 15.80 |
| 06/04/10 | Laser Copy;jacobsr | 34 | 3.40 |
| 06/04/10 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 06/04/10 | Laser Copy;NELSON M | 198 | 19.80 |
| 06/04/10 | Laser Copy;HETU, Jarvis | 2 | 0.20 |
| 06/04/10 | Laser Copy;PUSHALIK A | 35 | 3.50 |
| 06/04/10 | Telephone;12128728027;New YorkNY;TO47 | 1 | 0.51 |
| 06/04/10 | Airfare to New York City on March 9, 2010 and return to Toronto March 14, 2010; 2010-3-9 for R. Jacobs | 1 | 889.90 |
| 06/04/10 | Air Canada flight change fee for flight to New York for R. Jacobs on April 16/10; | 1 | 149.00 |
| 06/04/10 | Air Canada flight change fees for flight from New York to Toronto for R. Jacobs on April 6/10; April 4-6, 2010 | 1 | 298.00 |
| 06/04/10 | Photocopy;MattesL | 1 | 0.10 |
| 06/04/10 | Laser Copy;MacFarlaneA | 87 | 8.70 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 36 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 06/04/10 | Laser Copy;MattesL | 1 | 0.10 |
| 07/04/10 | Laser Copy;CHINJ | 3 | 0.30 |
| 07/04/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 6.72 |
| 07/04/10 | Laser Copy;GOUGEON | 675 | 67.50 |
| 07/04/10 | Laser Copy;DUNSMUIM | 25 | 2.50 |
| 07/04/10 | Laser Copy;jacobsr | 90 | 9.00 |
| 07/04/10 | Laser Copy;KAPLAN M | 1 | 0.10 |
| 07/04/10 | Laser Copy;MacFarlaneA | 97 | 9.70 |
| 07/04/10 | Laser Copy;NELSON M | 546 | 54.60 |
| 07/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 08/04/10 | Hotel room at Le Parker Meridien in New York for R. Jacobs for April 4-6/10; 2010-4-4 | 1 | 922.73 |
| 08/04/10 | Working meal from Mr. Sub for R. Jacobs on April 6/10; 2010-4-6 | 1 | 11.43 |
| 08/04/10 | Laser Copy;jacobsr | 1 | 0.10 |
| 08/04/10 | Laser Copy;KAPLAN M | 1 | 0.10 |
| 08/04/10 | Laser Copy;MattesL | 253 | 25.30 |
| 08/04/10 | Laser Copy;NELSON M | 412 | 41.20 |
| 08/04/10 | Laser Copy;WALKER R | 39 | 3.90 |
| 08/04/10 | Laser Copy;MacFarlaneA | 46 | 4.60 |
| 08/04/10 | Meals and Beverages - Working lunch for W. Riel on April 8/10 | 1 | 16.47 |
| 08/04/10 | Breakfast at Starbucks while travelling for R. Jacobs on April 6/10; 2010-4-6 | 1 | 4.75 |
| 09/04/10 | Photocopy;MattesL | 3 | 0.30 |
| 09/04/10 | Laser Copy;MacFarlaneA | 194 | 19.40 |
| 09/04/10 | Laser Copy;jacobsr | 65 | 6.50 |
| 09/04/10 | Laser Copy;NELSON M | 307 | 30.70 |
| 09/04/10 | Laser Copy;MattesL | 8 | 0.80 |
| 09/04/10 | Laser Copy;DUNSMUIM | 15 | 1.50 |
| 10/04/10 | Laser Copy;MacFarlaneA | 127 | 12.70 |
| 10/04/10 | Laser Copy;MATHESON | 53 | 5.30 |
| 12/04/10 | Laser Copy;BanksT | 28 | 2.80 |
| 12/04/10 | Laser Copy;WALKER R | 182 | 18.20 |
| 12/04/10 | Photocopy;MattesL | 11 | 1.10 |
| 12/04/10 | Laser Copy;KAPLAN M | 137 | 13.70 |
| 12/04/10 | Laser Copy;MacFarlaneA | 18 | 1.80 |
| 12/04/10 | Laser Copy;NELSON M | 259 | 25.90 |
| 12/04/10 | Laser Copy;MattesL | 232 | 23.20 |
| 12/04/10 | Laser Copy;PUSHALIK A | 25 | 2.50 |
| 12/04/10 | Laser Copy;MattesL | 2 | 0.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 37 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/04/10 | Laser Copy;GOUGEON | 93 | 9.30 |
| 13/04/10 | Photocopy;MattesL | 1 | 0.10 |
| 13/04/10 | Laser Copy;NELSON M | 68 | 6.80 |
| 13/04/10 | Laser Copy;MacFarlaneA | 5 | 0.50 |
| 13/04/10 | Laser Copy;MattesL | 268 | 26.80 |
| 13/04/10 | Photocopy;MattesL | 10 | 1.00 |
| 13/04/10 | Telephone;12128728027;New YorkNY;TO47 | 1 | 0.51 |
| 13/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 13/04/10 | Laser Copy;MattesL | 2 | 0.20 |
| 14/04/10 | Taxi from hotel to Akin Gump office on April 5/10; 2010-4-5 for M. Wunder | 1 | 8.16 |
| 14/04/10 | Taxi in New York for M. Wunder on April 5/10; 2010-4-5 | 1 | 9.18 |
| 14/04/10 | Laser Copy;NELSON M | 348 | 34.80 |
| 14/04/10 | Laser Copy;DUNSMUIM | 120 | 12.00 |
| 14/04/10 | Laser Copy;MacFarlaneA | 84 | 8.40 |
| 14/04/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 0.51 |
| 14/04/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 5.10 |
| 14/04/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 13.26 |
| 14/04/10 | Taxi from hotel to New York airport for M. Wunder on April 6/10 (see Visa for exchange); 2010-4-6 | 1 | 24.84 |
| 14/04/10 | Air Canada return flight to New York for M. Wunder for April 4-6/10; 2010-4-4 | 1 | 816.61 |
| 14/04/10 | Breakfast at Starbucks in New York for R. Jacobs on April 5/10; 2010-4-5 | 1 | 5.50 |
| 14/04/10 | Breakfast at Starbucks in New York for M. Wunder on April 5/10; 2010-4-5 | 1 | 12.38 |
| 14/04/10 | Breakfast at Starbucks in New York for M. Wunder on April 6/10; 2010-4-6 | 1 | 10.32 |
| 14/04/10 | Dinner at Ocean Grill in New York for M. Wunder and R. Jacobs on April 5/10 (see Visa for exchange); 2010-4-5 | 1 | 70.00 |
| 14/04/10 | Parking for M. Wunder on April 4/10; 2010-4-4 | 1 | 9.56 |
| 14/04/10 | Hotel room at Le Parker Meridien for M. Wunder on April 4-6/10 (see Visa for exchange - 2 charges); 2010-4-4 | 1 | 877.92 |
| 14/04/10 | Taxi from airport to office for M. Wunder on April 6/10; 2010-4-6 | 1 | 60.38 |
| 14/04/10 | Taxi from Eglinton to Toronto Airport for M. Wunder on April 4/10; 2010-4-4 | 1 | 44.76 |
| 15/04/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 0.51 |
| 15/04/10 | Laser Copy;WALKER R | 26 | 2.60 |
| 15/04/10 | Laser Copy;DUNSMUIM | 70 | 7.00 |
| 15/04/10 | Laser Copy;MattesL | 237 | 23.70 |
| 15/04/10 | Laser Copy;YING C | 75 | 7.50 |
| 15/04/10 | Laser Copy;KAPLAN M | 5 | 0.50 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 38 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 15/04/10 | Telephone;12128362454;New YorkNY;TO47 | 1 | 0.51 |
| 15/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 15/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 15/04/10 | Telephone;12122873524;New YorkNY;TO44 | 1 | 0.51 |
| 15/04/10 | Telephone;12122873254;New YorkNY;TO44 | 1 | 0.51 |
| 15/04/10 | Laser Copy;MacFarlaneA | 14 | 1.40 |
| 15/04/10 | Laser Copy;PUSHALIK A | 78 | 7.80 |
| 15/04/10 | Laser Copy;NELSON M | 101 | 10.10 |
| 15/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 16/04/10 | Laser Copy;MattesL | 70 | 7.00 |
| 16/04/10 | Bell Conferencing/Ryan Jacobs/Inv. 105893865 | 1 | 26.92 |
| 16/04/10 | Quick Law | 1 | 57.67 |
| 16/04/10 | Bell Conferencing/M Wunder/Inv. 105893865 | 1 | 49.77 |
| 16/04/10 | Laser Copy;DUNSMUIM | 36 | 3.60 |
| 16/04/10 | Laser Copy;NELSON M | 47 | 4.70 |
| 16/04/10 | Laser Copy;PUSHALIK A | 1 | 0.10 |
| 16/04/10 | Laser Copy;MacFarlaneA | 26 | 2.60 |
| 16/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.04 |
| 16/04/10 | Telephone;12128728027;New YorkNY;TO47 | 1 | 0.51 |
| 16/04/10 | Telephone;12486443774;BirminghMI; TO47 | 1 | 3.06 |
| 16/04/10 | Telephone;12128362454;New YorkNY;TO45 | 1 | 3.06 |
| 17/04/10 | Laser Copy;MacFarlaneA | 131 | 13.10 |
| 18/04/10 | Laser Copy;PUSHALIK A | 20 | 2.00 |
| 19/04/10 | Laser Copy;jacobsr | 2 | 0.20 |
| 19/04/10 | Laser Copy;DUNSMUIM | 28 | 2.80 |
| 19/04/10 | Photocopy;MattesL | 276 | 27.60 |
| 19/04/10 | Laser Copy;CHINJ | 7 | 0.70 |
| 19/04/10 | Quick Law | 1 | 2.37 |
| 19/04/10 | Laser Copy;MacFarlaneA | 75 | 7.50 |
| 19/04/10 | Laser Copy;MattesL | 415 | 41.50 |
| 19/04/10 | Laser Copy;NELSON M | 519 | 51.90 |
| 19/04/10 | Laser Copy;PUSHALIK A | 1 | 0.10 |
| 19/04/10 | Laser Copy;KAPLAN M | 3 | 0.30 |
| 19/04/10 | Laser Copy;SHAY R | 6 | 0.60 |
| 20/04/10 | Taxi from New York airport for R. Jacobs on April 6/10; 2010-4-6 | 1 | 46.41 |
| 20/04/10 | Working meal at Stage Deli in New York for R. Jacobs on April 13/10; 2010-4-13 | 1 | 25.00 |
| 20/04/10 | Working Dinner from Alberto's for M. Wunder on April 18/10; 2010-4-18 | 1 | 13.98 |
| 20/04/10 | Laser Copy;NELSON M | 97 | 9.70 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 39 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 20/04/10 | Laser Copy;PUSHALIK A | 83 | 8.30 |
| 20/04/10 | Laser Copy;DUNSMUIM | 14 | 1.40 |
| 20/04/10 | Laser Copy:SANTOS I | 270 | 27.00 |
| 20/04/10 | Quick Law | 1 | 353.92 |
| 20/04/10 | Meals and Beverages - Working lunch with (MacFarlane/Hetu/Kaplan/Peters/Beairsto); April 4, 2010 for conference call | 1 | 90.00 |
| 20/04/10 | Working meal at Jamba Juice in New York for R. Jacobs on April 14/10; 2010-4-14 | 1 | 4.45 |
| 20/04/10 | Working meal at Subway in New York for R. Jacobs on April 12/10; 2010-4-12 | 1 | 5.55 |
| 20/04/10 | Working meal at Schnipper's Quality Kitchen in New York for R. Jacobs on April 12/10; 2010-4-12 | 1 | 25.00 |
| 20/04/10 | Taxi from Eglinton to FCP for M. Wunder on April 16/10; 2010-4-16 | 1 | 21.90 |
| 20/04/10 | Taxi from New York airport for R. Jacobs on April 11/10; 2010-4-11 | 1 | 46.41 |
| 21/04/10 | Binding Books / Documents | 1 | 16.00 |
| 21/04/10 | Photocopy;MattesL | 12 | 1.20 |
| 21/04/10 | Laser Copy;GOUGEON | 6 | 0.60 |
| 21/04/10 | Laser Copy:HAHNJ | 119 | 11.90 |
| 21/04/10 | Laser Copy;YING C | 180 | 18.00 |
| 21/04/10 | Laser Copy;MattesL | 2599 | 259.90 |
| 21/04/10 | Laser Copy;KAPLAN M | 4 | 0.40 |
| 21/04/10 | Laser Copy;KARTASHM | 2 | 0.20 |
| 21/04/10 | Laser Copy:NELSON M | 1503 | 150.30 |
| 21/04/10 | Laser Copy;DUNSMUIM | 8 | 0.80 |
| 22/04/10 | Air Canada return flight to New York for R. Jacobs for April 11-17/10; 2010-4-11 | 1 | 521.76 |
| 22/04/10 | Laser Copy;DUNSMUIM | 61 | 6.10 |
| 22/04/10 | Laser Copy;MattesL | 19 | 1.90 |
| 22/04/10 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 22/04/10 | Laser Copy;NELSON M | 24 | 2.40 |
| 22/04/10 | Laser Copy;WALKER R | 137 | 13.70 |
| 22/04/10 | Laser Copy;YING C | 33 | 3.30 |
| 22/04/10 | Courier & Delivery - Speedy Messenger Service | 1 | 7.62 |
| 22/04/10 | Photocopy:YING C | 17 | 1.70 |
| 22/04/10 | Air Canada return trip to New York for R. Jacobs for April 25-26/10; 2010-4-25 | 1 | 828.06 |
| 23/04/10 | Meals and Beverages - Working lunch for Nortel for J. Shrum (Akin). | 1 | 24.84 |
| 23/04/10 | Laser Copy;jacobsr | 6 | 0.60 |
| 23/04/10 | Laser Copy;PUSHALIK A | 31 | 3.10 |
| 23/04/10 | Laser Copy;WUNDER M | 23 | 2.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 40 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/04/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 0.51 |
| 23/04/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 0.51 |
| 23/04/10 | Laser Copy;NELSON M | 501 | 50.10 |
| 23/04/10 | Laser Copy;MattesL | 179 | 17.90 |
| 26/04/10 | Meals and Beverages - Working lunch (MacFarlane/Hetu/Jacobs/Wunder) April 8 2010 | 1 | 60.00 |
| 26/04/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.53 |
| 26/04/10 | Telephone;12122455000;New YorkNY;TO45 | 1 | 5.61 |
| 26/04/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 5.10 |
| 26/04/10 | Telephone;12128728040;New YorkNY;TO47 | 1 | 0.51 |
| 26/04/10 | Laser Copy;BanksT | 32 | 3.20 |
| 26/04/10 | Laser Copy;DUNSMUIM | 32 | 3.20 |
| 26/04/10 | Laser Copy;MattesL | 101 | 10.10 |
| 26/04/10 | Laser Copy;MacFarlaneA | 98 | 9.80 |
| 26/04/10 | Laser Copy;NELSON M | 39 | 3.90 |
| 26/04/10 | Laser Copy;WUNDER M | 5 | 0.50 |
| 26/04/10 | Laser Copy;PUSHALIK A | 32 | 3.20 |
| 26/04/10 | Photocopy;Phillips, Jackson | 2 | 0.20 |
| 26/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 2.55 |
| 27/04/10 | Rogers wireless charges for M. Wunder for Feb. 24 to March 14/10; 2010-2-24 | 1 | 356.85 |
| 27/04/10 | Telephone;12125825100;New YorkNY;TO47 | 1 | 1.02 |
| 27/04/10 | Telephone;12123320500;New YorkNY;TO47 | 1 | 3.06 |
| 27/04/10 | Telephone;12123320500;New YorkNY;TO47 | 1 | 2.55 |
| 27/04/10 | Taxi to Toronto airport for R. Jacobs on April 25/10; 2010-4-25 | 1 | 41.21 |
| 27/04/10 | Laser Copy;BanksT | 11 | 1.10 |
| 27/04/10 | Laser Copy;MacFarlaneA | 68 | 6.80 |
| 27/04/10 | Laser Copy;MattesL | 50 | 5.00 |
| 27/04/10 | Laser Copy;PUSHALIK A | 27 | 2.70 |
| 27/04/10 | Laser Copy;DUNSMUIM | 65 | 6.50 |
| 27/04/10 | Laser Copy;NELSON M | 80 | 8.00 |
| 27/04/10 | Laser Copy;jacobsr | 20 | 2.00 |
| 27/04/10 | ECarswell | 1 | 92.75 |
| 27/04/10 | Working meal at Cafe Metro in New York for R. Jacobs on April 26/10; 2010-4-26 | 1 | 15.00 |
| 27/04/10 | Working meal at Au Bon Pain in New York for R. Jacobs on April 26/10; 2010-4-26 | 1 | 5.30 |
| 27/04/10 | Working meal at Starbucks in New York for R. Jacobs on April 26/10; 2010-4-26 | 1 | 12.83 |
| 27/04/10 | Working lunch at The Dynasty for M. Wunder on April 25/10; 2010-4-25 | 1 | 20.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 41 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 27/04/10 | Working meal at Au Bon Pain in New York for R. Jacobs on April 26/10; 2010-4-26 | 1 | 15.00 |
| 27/04/10 | Parking for M. Wunder on April 24/10; 2010-4-24 | 1 | 5.73 |
| 27/04/10 | Hotel room at W Hotel in New York for R. Jacobs on April 25/10; 2010-4-25 | 1 | 447.99 |
| 27/04/10 | Taxi in New York for R. Jacobs on April 25/10; 2010-4-25 | 1 | 46.41 |
| 27/04/10 | Taxi in New York for R. Jacobs on April 17/10; 2010-4-17 | 1 | 35.30 |
| 27/04/10 | Taxi in New York for R. Jacobs on April 26/10; 2010-4-26 | 1 | 56.10 |
| 28/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 28/04/10 | Laser Copy;NELSON M | 121 | 12.10 |
| 28/04/10 | Laser Copy;GOUGEON | 2 | 0.20 |
| 28/04/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 28/04/10 | Laser Copy;MattesL | 121 | 12.10 |
| 28/04/10 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 28/04/10 | Laser Copy;MattesL | 2 | 0.20 |
| 28/04/10 | Laser Copy;BanksT | 19 | 1.90 |
| 28/04/10 | Laser Copy;PUSHALIK A | 1 | 0.10 |
| 28/04/10 | Photocopy;MEDINA L | 70 | 7.00 |
| 28/04/10 | Photocopy;MEDINA L | 47 | 4.70 |
| 28/04/10 | ECarswell | 1 | 22.50 |
| 28/04/10 | Laser Copy;PUSHALIK A | 2 | 0.20 |
| 28/04/10 | Laser Copy;DUNSMUIM | 39 | 3.90 |
| 28/04/10 | Quick Law | 1 | 19.75 |
| 28/04/10 | Taxi Charges - Diamond Taxicab Association /Inv dated Mar 31/10 - M. Wunder on Mar 6/10 | 1 | 14.38 |
| 29/04/10 | Laser Copy;NELSON M | 484 | 48.40 |
| 29/04/10 | Laser Copy;KAPLAN M | 13 | 1.30 |
| 29/04/10 | Photocopy;MEDINA L | 123 | 12.30 |
| 29/04/10 | Photocopy;Phillips, Jackson | 78 | 7.80 |
| 29/04/10 | Laser Copy;MacFarlaneA | 34 | 3.40 |
| 29/04/10 | Telephone;12123233391;New YorkNY;TO47 | 1 | 0.51 |
| 29/04/10 | Telephone;12123320500;New YorkNY;TO47 | 1 | 0.51 |
| 29/04/10 | Laser Copy;WUNDER M | 1 | 0.10 |
| 29/04/10 | Laser Copy;MattesL | 270 | 27.00 |
| 29/04/10 | Laser Copy;WALKER R | 26 | 2.60 |
| 29/04/10 | Laser Copy;PUSHALIK A | 34 | 3.40 |
| 29/04/10 | Quick Law | 1 | 60.84 |
| 29/04/10 | Laser Copy;BanksT | 54 | 5.40 |
| 30/04/10 | Laser Copy;NELSON M | 91 | 9.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: May 26, 2010  
Invoice #: 2762811  
Page 42 of 42

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/04/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 2.55 |
| 30/04/10 | Telephone;16463203223;New YorkNY;TO45 | 1 | 3.06 |
| 30/04/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 30/04/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 0.51 |
| 30/04/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 30/04/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 30/04/10 | Telephone;12123320500;New YorkNY;TO47 | 1 | 2.55 |
| 30/04/10 | Laser Copy;MattesL | 1 | 0.10 |
| 30/04/10 | Laser Copy;MacFarlaneA | 35 | 3.50 |
| 30/04/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 30/04/10 | Beck Taxi/Inv 1721-016/Ryan Jacobs Mar 31/10 to | 1 | 9.00 |
| 30/04/10 | Beck Taxi/Inv 1721-016/Ryan Jacobs Apr 1/10 -Bat | 1 | 30.00 |
| 30/04/10 | Beck Taxi/Inv 1721-016/Ryan Jacobs Apr 19/19 | 1 | 35.00 |
| 30/04/10 | Beck Taxi/Inv 1721-016/Ryan Jacobs Apr 29/10-Ste | 1 | 52.50 |
| 30/04/10 | Laser Copy;PUSHALIK A | 35 | 3.50 |
| 30/04/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 0.51 |
| 30/04/10 | Telephone;19172705245;New YorkNY;TO45 | 1 | 0.51 |
| 30/04/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 2.55 |
| 30/04/10 | Telephone;19175447922;New YorkNY;TO45 | 1 | 0.51 |
| 30/04/10 | Quick Law | 1 | 31.60 |
| 30/04/10 | Telephone;19175447922;New YorkNY;TO45 | 1 | 0.51 |
| | Total | CDN | $9,859.04 |