**EXHIBIT E**


## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2010 THROUGH APRIL 30, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 5.5 | $785.00 | $4,317.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 34.9 | $775.00 | $27,047.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 1.3 | $750.00 | $975.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 71.1 | $750.00 | $53,325.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 3.2 | $785.00 | $2,512.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 115.1 | $750.00 | $86,325.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 8.9 | $675.00 | $6,007.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 4.4 | $600.00 | $2,640.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 17.6 | $520.00 | $9,152.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 4.0 | $400.00 | $1,600.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 37.2 | $375.00 | $13,950.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 23.1 | $310.00 | $7,161.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 23.8 | $320.00 | $7,616.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 7.1 | $310.00 | $2,201.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 4.6 | $725.00 | $3,335.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring |  | 147.3 | $600.00 | $88,380.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 7.3 | $560.00 | $4,088.00 |
| TOTAL |  |  |  | 516.4 | CDN. | $320,632.50 |
|  | Less Non-Working Travel Time Discount (50% of $17,465.00) |  |  |  |  | ($7,170.00) |
| TOTAL |  |  |  | 516.4 | CDN. | $313,462.50 |