UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., ET AL. | : | Case No. 09-10138(KG) |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, Esquire, hereby certify that on this 1st day of June, 2010, I did cause a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Documents** to be served via First Class Mail, postage pre-paid, upon those persons listed on the attached Service List.

/s/ Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire

358366-1