SERVICE LIST

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for the Debtor*

Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801
*United States Trustee*

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

Fred S. Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Counsel for Official Committee of Unsecured Creditors*

358366-1