IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 24, 2010 at 10:00 a.m.**<br>) |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:            Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:      Official Committee of Unsecured Creditors

Date of Retention:            March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:   February 1, 2010 through April 30, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $1,000,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $21,658.40

This is (a)n: _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. February, March and April 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/15/10 Docket No. 2890 | 2/1/10 – 2/28/10 | $200,000.00 | $1,136.42 | CNO filed on 5/5/10 $160,000.00 | CNO filed on 5/5/10 $1,136.42 | $40,000.00 |
| Date Filed: 5/25/10 Docket No. 3059 | 3/1/10 - 3/31/10 | $600,000.00 | $13,911.65 | Pending Obj Deadline 6/14/10 $480,000.00 | Pending Obj Deadline 6/14/10 $13,911.65 | $120,000.00 |
| Date Filed: 5/28/10 Docket No. 3085 | 4/1/10 - 4/30/10 | $200,000.00 | $6,610.33 | Pending Obj Deadline 6/17/10 $160,000.00 | Pending Obj Deadline 6/17/10 $6,610.33 | $40,000.00 |
| **TOTALS:** | | $1,000,000.00 | $21,658.40 | $800,000.00[3] | $21,658.40[4] | $200,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

Summary of any Objections to Fee Applications: None.

Dated: June _1_, 2010
      Wilmington, Delaware

_/s/ Hal Kennedy_
Hal Kennedy
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*