# EXHIBIT A

# 573338



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000121 / Wanland

**Proforma Generation Date:** 05/28/10 11:05

**Fees and Disbursements Through** 02/28/10
**Last Date Billed** 03/02/10 (Through 08/31/09)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #**

| | | |
|---|---|---|
| Total Fees This Proforma | $3,431.50 | |
| Total Disbursements This Proforma | 8.16 | |
| **TOTAL THIS PROFORMA** | **$3,439.66** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

**Address:** Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $7,897.00 |
| LTD Disb Billed | $10.35 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7618085 | 12/11/09 | Hodges, H. | Draft memorandum to client regarding status of case and likelihood of class certification. | 4.00 | $2,100.00 |
| 7619951 | 12/12/09 | Winkelman, S. | Edit matter summary for Mr. Powers, suggest revisions to evaluation of class certification issue. | 0.70 | $507.50 |
| 7725564 | 02/10/10 | Hodges, H. | Conference call with Cleary Gottlieb regarding proof of claim submitted by plaintffs in bankruptcy proceeding. | 0.30 | $166.50 |
| 7745994 | 02/18/10 | Hodges, H. | Conference call with D. Powers and S. Winkelman regarding settlement of case (0.4); and telephone call to A. Patterson regarding settlement strategy (0.1). | 0.50 | $277.50 |
| 7749318 | 02/18/10 | Winkelman, S. | Telephone conference with Mr. Powers and Ms. Hodges re seeking to value plaintiffs' claim | 0.50 | $380.00 |

**573338**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 02/28/10  
Last Date Billed 03/02/10 (Through 08/31/09)  
Proforma Joint Group #

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | (0.4); follow-up with Ms. Hodges to recommend action plan for attempting valuation (0.1). | | |
| | | | Professional Services Total | **6.00** | **$3,431.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002063 | Counsel | Hodges, H. | $525.00 | 4.00 | $2,100.00 |
| 002063 | Counsel | Hodges, H. | $555.00 | 0.80 | $444.00 |
| 000277 | Partner | Winkelman, S. | $725.00 | 0.70 | $507.50 |
| 000277 | Partner | Winkelman, S. | $760.00 | 0.50 | $380.00 |
| | | Fees Value | | **6.00** | **$3,431.50** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5243479 | 01/26/10 | 340162 | 0200 | 1066303 | 007004 | Miscellaneous - - VENDOR: Pacer Service Cent | $8.16 |
| | | | | | | Total Disbursements | **$8.16** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $8.16 |
| | Total Disbursements | **$8.16** |

# 573332



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 05/28/10 09:37

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,317.35 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$1,317.35** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $39,980.00 |
| YTD Disb Billed | $18.52 |
| LTD Fees Billed | $94,881.35 |
| LTD Disb Billed | $84.72 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7728249 | 02/12/10 | Meade, K. | Participate in weekly conference call re 2010 AAPs, current Nortel structure, and contacting OFCCP to discuss FAAP agreement (0.1); review of email from Ms. Doxey enclosing additional information re structure of Nortel's remaining businesses (0.1). | 0.20 | $97.20 |
| 7780467 | 02/12/10 | Springer, R. | Prepare for and participate in weekly status call. | 0.30 | $122.85 |
| 7746053 | 02/18/10 | Meade, K. | Outline issues for telephone conference with Ms. Butts re structure of Nortel and implications of same for FAAP agreement (0.3); voicemail for Ms. Butts re same (0.1). | 0.40 | $194.40 |
| 7765439 | 02/26/10 | Meade, K. | Telephone conference with AAP team re status of 2009 and 2010 AAPs. | 0.40 | $194.40 |

# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7780506 | 02/26/10 | Springer, R. | Review Enterprise Solutions AAP databases and confer with Ms. Tucker regarding same (.50); prepare for and participate in conference call regarding status of projects and confer with Mr. Meade re same (.50) | 1.00 | $409.50 |
| 7765740 | 02/26/10 | Tucker, T. | Meet with Ms. Springer to discuss updating of AAP plan weightings. | 0.20 | $46.00 |
| 7765748 | 02/26/10 | Tucker, T. | Review AAP plan data to update plan weightings. | 1.10 | $253.00 |
| | | | **Professional Services Total** | **3.60** | **$1,317.35** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 1.30 | $532.35 |
| 004389 | Paralegal | Tucker, T. | $230.00 | 1.30 | $299.00 |
| 001003 | Partner | Meade, K. | $486.00 | 1.00 | $486.00 |
| | | **Fees Value** | | **3.60** | **$1,317.35** |

# 573339



## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000173 / North American Sales Audit

**Proforma Generation Date:** 05/28/10 11:05

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,684.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,684.50** | | |
| | | YTD Fees Billed | $7,886.00 |
| **Address:** Jenine L. Daniluk | | YTD Disb Billed | $45.42 |
| Dept. 0381 | | | |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $16,128.50 |
| Toronto, Ontario | | LTD Disb Billed | $46.03 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7277526 | 08/13/09 | Springer, R. | Review applicant data for JCI 4 and send to Ms. Elro. | 0.40 | $182.00 |
| 7341776 | 09/23/09 | Springer, R. | Review and edit data for response to OFCCP and begin to draft letter (0.8); confer with Mr. Meade regarding response (0.2). | 1.00 | $455.00 |
| 7341778 | 09/24/09 | Springer, R. | Discus response to OFCCP follow-up request. | 0.30 | $136.50 |
| 7341784 | 09/30/09 | Springer, R. | Review applicant data and identify requisition numbers where there are duplicate entries. | 0.40 | $182.00 |
| 7431321 | 10/01/09 | Springer, R. | Confer with Mr. Meade, Ms. O'Neal and Ms. Doxey regarding applicant data and job descriptions for response to OFCCP letter. | 0.50 | $227.50 |
| 7431343 | 10/15/09 | Springer, R. | Review information regarding job descriptions (0.3); prepare for and participate in conference call to discuss same (0.5). | 0.80 | $364.00 |

**573339**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7435967 | 10/29/09 | Springer, R. | Review and edit applicant and selection data to be submitted to OFCCP (0.7); compare numbers to prior submissions to confirm consistency (0.6); confer with Mr. Meade regarding submission and data (0.2); confer with Ms. Lightfoot regarding missing candidate IDs and application dates (0.2); prepare for participate in conference call (0.5); review information from Ms. Lightfoot (0.3) | 2.50 | $1,137.50 |
|  |  |  | **Professional Services Total** | **5.90** | **$2,684.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 5.90 | $2,684.50 |
|  |  | **Fees Value** |  | **5.90** | **$2,684.50** |

# 573143



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

Proforma Generation Date: 05/24/10 11:03

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $406.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 9.05 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$415.55** | | |
| | | YTD Fees Billed | $19,167.50 |
| Address: Jeanine L. Daniluk | | YTD Disb Billed | $64.19 |
| Dept. 0381 | | | |
| Nortel Networks | | LTD Fees Billed | $29,097.00 |
| 195 The West Mall | | LTD Disb Billed | $64.19 |
| Toronto, Ontario | | | |
| Canada, M9C 5K1 | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7697956 | 02/01/10 | Meade, K. | Finalize and transmit letter to OFCCP re selections in job group at issue. | 0.20 | $108.00 |
| 7780439 | 02/01/10 | Springer, R. | Finalize OFCCP audit and send to OFCCP. | 0.30 | $136.50 |
| 7728248 | 02/12/10 | Meade, K. | Telephone conference with audit team re status of resumes and status of audit. | 0.30 | $162.00 |
| | | | Professional Services Total | 0.80 | $406.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.30 | $136.50 |
| 001003 | Partner | Meade, K. | $540.00 | 0.50 | $270.00 |

**573143**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | Fees Value | | 0.80 | $406.50 |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5276947 | 02/01/10 | | 0155 | 1082877 | 000998 | Express Delivery From: KRIS MEADE To: JANE M. BUTTS OFFICE OF FEDEAL CONTRACT COMP PROGRAMS WASHINGTON DC 20210 Tracking Number: 934498929198 Invoice Number: 949478192 934498929198 949478192 | $9.05 |
| | | | | | | Total Disbursements | $9.05 |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0155 | Express Delivery | $9.05 |
| | Total Disbursements | $9.05 |

- 2 -

# 573334



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 05/28/10 11:00

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $5,652.50 | |
| Total Disbursements This Proforma | 27.40 | |
| **TOTAL THIS PROFORMA** | **$5,679.90** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $11,286.50 |
| YTD Disb Billed | $107.30 |
| LTD Fees Billed | $73,875.00 |
| LTD Disb Billed | $143.30 |
| A/R Balance This Matter | $0.00 |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7713063 | 02/02/10 | Cheney, M | Conference with Mr. Howard re next fee statements. | 0.10 | $56.50 |
| 7713065 | 02/02/10 | Cheney, M | Review email from Ms. Cordo re next fee hearing. | 0.10 | $56.50 |
| 7714426 | 02/04/10 | Howard, F. | Review materials re proforma billing information. | 0.30 | $46.50 |
| 7714453 | 02/04/10 | Howard, F. | Review and prepare email correspondence re proforma billing information. | 0.20 | $31.00 |
| 7769884 | 02/14/10 | Cheney, M | Review and revise invoices in preparation for fee statements. | 0.60 | $339.00 |
| 7737869 | 02/16/10 | Howard, F. | Meet with Mr. Cheney to discuss fee applications. | 0.20 | $31.00 |
| 7737876 | 02/16/10 | Howard, F. | Review and revise November fee application. | 1.20 | $186.00 |
| 7737878 | 02/16/10 | Howard, F. | Review and revise December fee application. | 0.80 | $124.00 |

**573334**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney  
Client:  105185 / Nortel Networks Corp  
Matter:  105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 02/28/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7737879 | 02/16/10 | Howard, F. | Review and revise January 2010 fee application. | 2.00 | $310.00 |
| 7750685 | 02/17/10 | Cheney, M | Conference with Mr. Howard re preparing fee statements and quarterly fee application. | 0.10 | $56.50 |
| 7750686 | 02/17/10 | Cheney, M | Teleconference with Ms. Cordo re coordinating filing and service of fee statements and quarterly application. | 0.10 | $56.50 |
| 7750687 | 02/17/10 | Cheney, M | Review and revise fee statement for November. | 0.30 | $169.50 |
| 7750688 | 02/17/10 | Cheney, M | Review and revise fee statement for December. | 0.30 | $169.50 |
| 7750689 | 02/17/10 | Cheney, M | Review and revise fee statement for January. | 0.40 | $226.00 |
| 7750690 | 02/17/10 | Cheney, M | Review and revise quarterly fee application. | 0.20 | $113.00 |
| 7737880 | 02/17/10 | Howard, F. | Meet with Mr. Cheney to discuss fee applications. | 0.20 | $31.00 |
| 7737883 | 02/17/10 | Howard, F. | Meet with Mr. Cheney to discuss fee applications. | 0.20 | $31.00 |
| 7737887 | 02/17/10 | Howard, F. | Review and revise November fee application. | 0.60 | $93.00 |
| 7737888 | 02/17/10 | Howard, F. | Review and revise December fee application. | 1.00 | $155.00 |
| 7737890 | 02/17/10 | Howard, F. | Review and revise January 2010 fee application. | 1.20 | $186.00 |
| 7737894 | 02/17/10 | Howard, F. | Review and prepare email correspondence re proforma billing information. | 0.20 | $31.00 |
| 7737898 | 02/17/10 | Howard, F. | Prepare and produce hard copy of electronic fee applications. | 0.30 | $46.50 |
| 7738451 | 02/18/10 | Howard, F. | Review and prepare email correspondence re proforma billing information. | 0.10 | $15.50 |
| 7738452 | 02/18/10 | Howard, F. | Review and revise 4th Quarter fee application. | 1.20 | $186.00 |
| 7738453 | 02/18/10 | Howard, F. | Review and revise November fee application. | 0.80 | $124.00 |
| 7738455 | 02/18/10 | Howard, F. | Review and revise December fee application. | 0.50 | $77.50 |
| 7738456 | 02/18/10 | Howard, F. | Review and revise January 2010 fee application. | 0.50 | $77.50 |
| 7738458 | 02/18/10 | Howard, F. | Review and prepare email correspondence re Elite. | 0.20 | $31.00 |

**573334**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney　　　　　Fees and Disbursements Through 02/28/10
Client: 105185 / Nortel Networks Corp　　　　　　　Last Date Billed 03/19/10 (Through 01/31/10)
Matter: 105185.0000189 / Fee/Employment Application - US　　Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7738462 | 02/18/10 | Howard, F. | Review and revise January 2010 fee application. | 2.50 | $387.50 |
| 7738463 | 02/18/10 | Howard, F. | Review and revise December fee application. | 1.70 | $263.50 |
| 7738466 | 02/18/10 | Howard, F. | Review and revise November fee application. | 1.20 | $186.00 |
| 7738467 | 02/18/10 | Howard, F. | Review and revise 4th Quarter fee application. | 0.60 | $93.00 |
| 7750713 | 02/19/10 | Cheney, M | Final edits to November fee statement. | 0.40 | $226.00 |
| 7750714 | 02/19/10 | Cheney, M | Final edits to December fee statement. | 0.30 | $169.50 |
| 7750715 | 02/19/10 | Cheney, M | Final edits to January fee statement. | 0.60 | $339.00 |
| 7750716 | 02/19/10 | Cheney, M | Final edits to quarterly application. | 0.50 | $282.50 |
| 7750717 | 02/19/10 | Cheney, M | Coordinate filing of fee statements and application with Ms. Cordo. | 0.30 | $169.50 |
| 7743100 | 02/19/10 | Howard, F. | Review materials re proforma billing information. | 0.60 | $93.00 |
| 7743114 | 02/19/10 | Howard, F. | Review and revise December fee application. | 0.40 | $62.00 |
| 7743115 | 02/19/10 | Howard, F. | Review and revise Fourth Quarter Interim fee application. | 0.60 | $93.00 |
| 7743120 | 02/19/10 | Howard, F. | Produce electronic version of fee applications for distribution to Mr. Cheney. | 0.40 | $62.00 |
| 7770207 | 02/22/10 | Cheney, M | Review fee applications as filed in preparation for quarterly fee hearing. | 0.30 | $169.50 |
| | | | **Professional Services Total** | **24.30** | **$5,652.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 4.60 | $2,599.00 |
| 006510 | Paralegal | Howard, F. | $155.00 | 19.70 | $3,053.50 |
| | | | **Fees Value** | **24.30** | **$5,652.50** |

- 3 -

**573334**

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 02/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5263398 | 02/16/10 | | 0022 | 1077591 | 006510 | Inhouse Duplicating | $6.00 |
| 5265088 | 02/17/10 | | 0022 | 1078467 | 006510 | Inhouse Duplicating | $16.00 |
| 5268355 | 02/19/10 | | 0022 | 1079432 | 006510 | Inhouse Duplicating | $5.40 |
| | | | | | | Total Disbursements | **$27.40** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $27.40 |
| | Total Disbursements | **$27.40** |