# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 Through February 28, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Miscellaneous | Pacer Service Cent | $8.16 |
| Delivery | | $9.05 |
| Duplicating | C&M In-House ($.10) | $27.40 |
| TOTAL | | **$44.61** |

573334

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 2/28/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5263398 | 02/16/10 | | 0022 | 1077591 | 006510 | Inhouse Duplicating | $6.00 |
| 5265088 | 02/17/10 | | 0022 | 1078467 | 006510 | Inhouse Duplicating | $16.00 |
| 5268355 | 02/19/10 | | 0022 | 1079432 | 006510 | Inhouse Duplicating | $5.40 |
| | | | | | | Total Disbursements | $27.40 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $27.40 |
| | Total Disbursements | $27.40 |

573143

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 2/28/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5276947 | 02/01/10 | | 0155 | 1082877 | 000998 | Express Delivery From: KRIS MEADE To: JANE M. BUTTS OFFICE OF FEDEAL CONTRACT COMP PROGRAMS WASHINGTON DC 20210 Tracking Number: 934498929198 Invoice Number: 949478192 934498929198 949478192 | $9.05 |
| | | | | | | Total Disbursements | **$9.05** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0155 | Express Delivery | $9.05 |
| | Total Disbursements | **$9.05** |

573338

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 2/28/10  
Last Date Billed 03/02/10 (Through 08/31/09)  
Proforma Joint Group #  

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5243479 | 01/26/10 | 340162 | 0200 | 1066303 | 007004 | Miscellaneous - - VENDOR: Pacer Service Cent | $8.16 |
| | | | | | | Total Disbursements | **$8.16** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $8.16 |
| | **Total Disbursements** | **$8.16** |