# EXHIBIT A

573141



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 05/24/10 11:03

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,693.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 8.50 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$4,702.00** | | |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $39,980.00 |
| YTD Disb Billed | $18.52 |
| LTD Fees Billed | $94,881.35 |
| LTD Disb Billed | $84.72 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7874800 | 03/05/10 | Springer, R. | Prepare for and participate in weekly status conference call. | 0.30 | $122.85 |
| 7796071 | 03/08/10 | Meade, K. | Telephone conference with Ms. Butts of the OFCCP re functional AAP agreement and her move from the functional unit to a new position (.2); email to AAP team re same (.1); voicemail exchange with Ms. Joens of the OFCCP re same (.1). | 0.40 | $194.40 |
| 7806392 | 03/10/10 | Meade, K. | Telephone conference with Ms. Jones of the FAAP unit of the OFCCP re the Company's FAAP agreement, changes in the workforce through bankruptcy and auction process, current Nortel business units, and modifications to the FAAP agreement to reflect same (.3); email exchanges with AAP team re results of telephone | 0.40 | $194.40 |

**573141**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | conference with Ms. Jones (.1). | | |
| 7874817 | 03/22/10 | Springer, R. | Conduct availability and utilization analyses for Enterprise Solutions AAPs and draft results. | 6.00 | $2,457.00 |
| 7874818 | 03/23/10 | Springer, R. | Continue to draft analyses for Enterprise Solutions AAPs and post completed analyses on extranet. | 3.00 | $1,228.50 |
| 7866818 | 03/26/10 | Meade, K. | Telephone conference with AAP team re development of 2010 AAPs, finalizing 2009 AAPs, and process for updating the FAAP agreement. | 0.60 | $291.60 |
| 7874828 | 03/26/10 | Springer, R. | Prepare for and participate in conference call with Ms. Lightfoot, Ms. Doxey and Ms. Elro regarding current status of projects. | 0.50 | $204.75 |
| | | | Professional Services Total | 11.20 | $4,693.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 9.80 | $4,013.10 |
| 001003 | Partner | Meade, K. | $486.00 | 1.40 | $680.40 |
| | | Fees Value | | 11.20 | $4,693.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5320070 | 03/26/10 | | 0051 | 1099956 | 001003 | Long Distance Telephone (972) 684 5262 | $8.50 |
| | | | | | | Total Disbursements | $8.50 |

**573141**

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0051 | Long Distance Telephone | $8.50 |
| | **Total Disbursements** | **$8.50** |

**573329**



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Proforma Generation Date: 05/28/10 09:36

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $875.50 | |
| Total Disbursements This Proforma | 0.47 | |
| **TOTAL THIS PROFORMA** | **$875.97** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address: Jenine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $7,886.00 |
| YTD Disb Billed | $45.42 |
| LTD Fees Billed | $16,128.50 |
| LTD Disb Billed | $46.03 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7806391 | 03/10/10 | Meade, K. | Telephone conference with Mr. Fears of the OFCCP re closing of audit and request for copy of veterans and disabled self-identification form (.2); review of email from Mr. Fears re additional request for VETS-100 filing and conference with Ms. Springer re same (.2); email to audit team re same (.1). | 0.50 | $270.00 |
| 7878179 | 03/10/10 | Springer, R. | Confer with Mr. Meade regarding call with Mr. Fears on closing out audit (0.1); review 2009 headquarters Vets-100A report and send to Mr. Meade (0.4). | 0.50 | $227.50 |
| 7840663 | 03/12/10 | Meade, K. | Review of various self-identification documents. | 0.30 | $162.00 |
| 7842283 | 03/12/10 | Meade, K. | Forward same to Mr. Fears of the OFCCP with explanatory email. | 0.10 | $54.00 |

**573329**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000173 / North American Sales Audit

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7866825 | 03/29/10 | Meade, K. | Telephone conference with Mr. Fears of the OFCCP re closure letter (0.2); review of and transmit same to Mses. Doxey, Elro, and Lightfoot (0.1). | 0.30 | $162.00 |
| | | | **Professional Services Total** | **1.70** | **$875.50** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.50 | $227.50 |
| 001003 | Partner | Meade, K. | $540.00 | 1.20 | $648.00 |
| | | | **Fees Value** | **1.70** | **$875.50** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5321456 | 03/29/10 | | 0051 | 1100730 | 001003 | Long Distance Telephone (404) 893 4560 | $0.47 |
| | | | | | | **Total Disbursements** | **$0.47** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $0.47 |
| | **Total Disbursements** | **$0.47** |

- 2 -

**573330**



### BILLABLE PROFORMA

Billing Attorney:  001835 / Matthew Cheney
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000189 / Fee/Employment Application - US

Proforma Generation Date:  05/28/10 11:03

Fees and Disbursements Through 03/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $632.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$632.50** | | |

Address:  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $11,286.50 |
| YTD Disb Billed | $107.30 |
| LTD Fees Billed | $73,875.00 |
| LTD Disb Billed | $143.30 |
| A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7800746 | 03/05/10 | Cheney, M | Review docket and pleadings re status of fee applications. | 0.10 | $56.50 |
| 7819655 | 03/14/10 | Cheney, M | Email to Ms. Cordo re proposed fee order. | 0.10 | $56.50 |
| 7835212 | 03/17/10 | Cheney, M | Review signed fee order. | 0.20 | $113.00 |
| 7835214 | 03/17/10 | Cheney, M | Email to Mr. Howard re preparing invoices based on approved fees. | 0.10 | $56.50 |
| 7828811 | 03/18/10 | Howard, F. | Correspond with Mr. Oliveras re creation of invoices. | 0.20 | $31.00 |
| 7828816 | 03/18/10 | Howard, F. | Create .pdf of invoices for distribution to Mr. Cheney. | 0.10 | $15.50 |
| 7828813 | 03/18/10 | Howard, F. | Correspond with Mr. Oliveras re creation of invoices. | 0.20 | $31.00 |
| 7835333 | 03/19/10 | Cheney, M | Review invoices for approved fees and forward same to Ms. Woollett. | 0.40 | $226.00 |

- 1 -

**573330**

# CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney        Fees and Disbursements Through 03/31/10
Client: 105185 / Nortel Networks Corp        Last Date Billed 03/19/10 (Through 01/31/10)
Matter: 105185.0000189 / Fee/Employment Application - US    Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7852239 | 03/23/10 | Howard, F. | Correspond with Mr. Cheney re upcoming fee applications. | 0.30 | $46.50 |
| | | | **Professional Services Total** | **1.70** | **$632.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 0.90 | $508.50 |
| 006510 | Paralegal | Howard, F. | $155.00 | 0.80 | $124.00 |
| | | **Fees Value** | | **1.70** | **$632.50** |