# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2010 Through March 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $8.97 |
| **TOTAL** | | $8.97 |

573329

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000173 / North American Sales Audit  

Fees and Disbursements Through 03/31/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5321456 | 03/29/10 | | 0051 | 1100730 | 001003 | Long Distance Telephone (404) 893 4560 | $0.47 |
| | | | | | | **Total Disbursements** | **$0.47** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $0.47 |
| | **Total Disbursements** | **$0.47** |

573141

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 03/31/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5320070 | 03/26/10 | | 0051 | 1099956 | 001003 | Long Distance Telephone (972) 684 5262 | $8.50 |
| | | | | | | Total Disbursements | **$8.50** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $8.50 |
| | **Total Disbursements** | **$8.50** |