# EXHIBIT A

**573139**



### BILLABLE PROFORMA

Billing Attorney:  001003 / Kris D. Meade
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000160 / AAP Preparation

Proforma Generation Date:  05/24/10 11:02

Fees and Disbursements Through 04/30/10
Last Date Billed 03/19/10 (Through 01/31/10)
Bill Cycle:  M
Matter Open Date:  Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $2,702.25 | |
| Total Disbursements This Proforma | 2.44 | |
| **TOTAL THIS PROFORMA** | **$2,704.69** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $39,980.00 |
| YTD Disb Billed | $18.52 |
| LTD Fees Billed | $94,881.35 |
| LTD Disb Billed | $84.72 |
| A/R Balance This Matter | $0.00 |

Address:   Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7898715 | 04/09/10 | Meade, K. | Preparation for and participate in telephone conference with AAP team re status of 2010 AAPs and revised FAAP agreement. | 0.50 | $243.00 |
| 7963284 | 04/09/10 | Springer, R. | Confer with Ms. Lightfoot regarding AAP data (.50); prepare for and participate in conference call to discuss status of AAP and audits (.50). | 1.00 | $409.50 |
| 7915261 | 04/16/10 | Meade, K. | Conference with Ms. Springer re receipt of data and telephone conference with AAP team re outstanding issues, including submission of revised FAAP agreement. | 0.20 | $97.20 |
| 7951765 | 04/16/10 | Springer, R. | Prepare for and participate in weekly status conference call. | 0.30 | $122.85 |
| 7951767 | 04/19/10 | Springer, R. | Analyze data for 2010 AAPs and craft proposed | 1.30 | $532.35 |

**573139**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 04/30/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | job groups. | | |
| 7933814 | 04/23/10 | Meade, K. | Telephone conference with AAP team re status of data and job groups. | 0.20 | $97.20 |
| 7933813 | 04/23/10 | Meade, K. | Revise and finalize submission to the OFCCP re the Company's FAAP, transmit same to Mses. Doxey, Lightfoot and Elro, telephone conference with same re same, and file same with the OFCCP. | 0.70 | $340.20 |
| 7951778 | 04/23/10 | Springer, R. | Prepare for and participate in conference call regarding FAAP agreement and structure of 2010 AAPs and conduct follow-up call with Ms. Lightfoot regarding same. | 0.50 | $204.75 |
| 7951789 | 04/28/10 | Springer, R. | Edit AAP data to add job groups and draft charts for internal/external weightings for AAP. | 1.60 | $655.20 |
| | | | **Professional Services Total** | **6.30** | **$2,702.25** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 4.70 | $1,924.65 |
| 001003 | Partner | Meade, K. | $486.00 | 1.60 | $777.60 |
| | | | **Fees Value** | **6.30** | **$2,702.25** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5355840 | 04/23/10 | | 0004 | 1116000 | 001003 | Postage | $2.44 |
| | | | | | | **Total Disbursements** | **$2.44** |

**573139**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 04/30/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.44 |
| | Total Disbursements | $2.44 |

# 573000



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000182 / IT OFCCP Audit  

Proforma Generation Date: 05/19/10 09:15

Fees and Disbursements Through 04/30/10  
Last Date Billed 03/19/10 (Through 01/31/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $261.50 | Unallocated Cash $0.00 |
| Total Disbursements This Proforma | 2.36 | Trust Balance $0.00 |
| **TOTAL THIS PROFORMA** | **$263.86** | |

Address: Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

YTD Fees Billed $19,167.50  
YTD Disb Billed $64.19  

LTD Fees Billed $29,097.00  
LTD Disb Billed $64.19  

A/R Balance This Matter $0.00

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7895323 | 04/07/10 | Meade, K. | Review of files re compensation analyses and telephone conference with Ms. Doxey re same and re disposition of same. | 0.40 | $216.00 |
| 7951749 | 04/07/10 | Springer, R. | Confer with Mr. Meade regarding prior compensation analyses | 0.10 | $45.50 |
| | | | Professional Services Total | 0.50 | $261.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.10 | $45.50 |
| 001003 | Partner | Meade, K. | $540.00 | 0.40 | $216.00 |

# 573000

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 04/30/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | Fees Value | | 0.50 | $261.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5336933 | 04/07/10 | | 0051 | 1107243 | 001003 | Long Distance Telephone (615) 432 4480 | $2.36 |
| | | | | | | Total Disbursements | $2.36 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $2.36 |
| | Total Disbursements | $2.36 |

- 2 -

# 573001



**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000183 / Carrier OFCCP Audit

Proforma Generation Date: 05/19/10 09:15

Fees and Disbursements Through 04/30/10
Last Date Billed 03/02/10 (Through 09/30/09)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group #

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $45.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$45.50** | | |
| Address: Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | YTD Fees Billed | $25,860.00 |
| | | YTD Disb Billed | $30.75 |
| | | LTD Fees Billed | $29,064.50 |
| | | LTD Disb Billed | $31.35 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7951750 | 04/07/10 | Springer, R. | Confer with Mr. Meade regarding prior compensation analyses | 0.10 | $45.50 |
| | | | Professional Services Total | **0.10** | **$45.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $455.00 | 0.10 | $45.50 |
| | | | Fees Value | **0.10** | **$45.50** |