# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2010 Through April 30, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
| --- | --- | --- |
| Postage | | $2.44 |
| Telephone Calls | Long Distance Phone | $2.36 |
| **TOTAL** | | **$4.80** |

573139

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 04/30/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5355840 | 04/23/10 | | 0004 | 1116000 | 001003 | Postage | $2.44 |
| | | | | | | Total Disbursements | **$2.44** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.44 |
| | Total Disbursements | **$2.44** |

573000

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000182 / IT OFCCP Audit

Fees and Disbursements Through 04/31/10
Last Date Billed 03/19/10 (Through 01/31/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5336933 | 04/07/10 | | 0051 | 1107243 | 001003 | Long Distance Telephone (615) 432 4480 | $2.36 |
| | | | | | | Total Disbursements | **$2.36** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $2.36 |
| | **Total Disbursements** | **$2.36** |