# SCHEDULE A
## SIXTEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L110 Fact Investigation/Development

| | | | |
|---|---|---|---|
| 4/07/10 | DMG2 | 4.0 | Research Class Action Fairness Act to determine whether Nortel must comply with its notice to governmental agency provisions (approved by Sandy Illmer) |

**SUB TOTAL        500.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 4/01/10 | RET | .1 | Call to discuss Cleary's latest changes to memorandum of understanding regarding settlement |
| 4/01/10 | RET | .4 | Prepare for call to discuss Cleary's latest changes to memorandum of understanding regarding settlement |
| 4/02/10 | RET | .2 | Communication with Jennifer Westerfield regarding Cleary's comments to memorandum of understanding regarding settlement |
| 4/02/10 | RET | .3 | Communication with Kate Weaver regarding Cleary's comments to memorandum of understanding regarding settlement |
| 4/06/10 | RET | .2 | Call from Jennifer Westerfield regarding status of discussions with Monitor and Canadian counsel regarding memorandum of understanding regarding settlement |
| 4/06/10 | RET | .8 | Prepare for and call with Jennifer Westerfield regarding status of discussions with Monitor and Canadian counsel regarding memorandum of understanding regarding settlement |
| 4/06/10 | RET | .2 | Communication with plaintiffs' counsel regarding status of discussions with Monitor and Canadian counsel regarding memorandum of understanding regarding settlement |
| 4/06/10 | RET | .4 | Receive and analyze Chubb's proof of claim in bankruptcy |
| 4/07/10 | JMS7 | .2 | Discuss continuing issues holding up settlement with Rene' Thorne (approved by Sandi Illmer) |

| 4/07/10 JMS7 | .3 | Consider whether the Class Action Fairness Act notification provisions to all states and the federal government apply to settlement in this lawsuit |
|---|---|---|
| 4/08/10 RET | .3 | Communication with Jennifer Westerfield regarding director and officer proofs of claim filed in connection with the ERISA litigation |
| 4/08/10 RET | .2 | Communication with Natalie Kossack of IFS regarding status of memorandum of understanding regarding settlement |
| 4/21/10 RET | .2 | Communication with Debbie Buehl regarding memorandum of understanding regarding settlement |
| 4/21/10 RET | .3 | Communication with Debbie Buehl regarding memorandum of understanding regarding settlement |
| 4/21/10 RET | .2 | Communication with plaintiffs' counsel regarding status of comments from bankruptcy counsel regarding memorandum of understanding regarding settlement |
| 4/22/10 RET | .3 | Communication with Nick DeRoma regarding status of memorandum of understanding regarding settlement |
| 4/26/10 RET | .2 | Communication with Debbie Buehl regarding memorandum of understanding regarding settlement |
| 4/26/10 RET | .2 | Additional communication with Debbie Buehl regarding memorandum of understanding regarding settlement |
| 4/28/10 RET | .5 | Communication with Don Powers to discuss impact of Chubb's proof of claim on settlement |
| 4/28/10 RET | .5 | Call with Peter Bisio and Debbie Buehl to discuss impact of Chubb's proof of claim on settlement |
| 4/28/10 RET | .4 | Prepare for call with Peter Bisio and Debbie Buehl to discuss impact of Chubb's proof of claim on settlement |
| 4/29/10 RET | .2 | Communication with plaintiffs' counsel regarding status of memorandum of understanding regarding settlement |
| 4/30/10 RET | .4 | Prepare for call with plaintiffs' counsel to discuss objections by NNI to the settlement based on Chubb's proof of claim |
| 4/30/10 RET | .6 | Call with plaintiffs' counsel to discuss objections by NNI to the settlement based on Chubb's proof of claim |

**SUB TOTAL      3,762.50**

**ATTORNEY SERVICES                    $4,262.50**

**TOTAL HOURS:  11.60**

**FEE GRAND TOTAL:      $4,262.50**

**NORTEL'S 50% TOTAL:  $2,131.25**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS            DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| | | |
|---|---|---|
| 3/11/10 JMS7 | .40 | Edit 13th fee application |
| 4/06/10 RET | .50 | Receive and analyze Fourth Amended and Restated Order |
| 4/06/10 DSH | 1.70 | Finalize fourteenth interim fee application of Jackson Lewis for the time period February 1, 2010 to February 28, 2010 |
| 4/06/10 DSH | 1.10 | Edit entries and finalize Exhibit A of the fourteenth interim fee application of Jackson Lewis for the time period February 1, 2010 to February 28, 2010 |
| 4/07/10 DSH | .40 | Draft Exhibit B of the fourteenth interim fee application of Jackson Lewis for the time period February 1, 2010 to February 28, 2010 |
| 4/07/10 DSH | .20 | Draft e-mail to Annie Cordo in connection with our Fourteenth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 4/07/10 DSH | .40 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' fourteenth interim fee application |
| 4/07/10 DSH | .30 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' fourteenth interim fee application |
| 4/16/10 DSH | .20 | Receive and review e-mail from Annie Cordo regarding any outstanding payments for applications covered by the Fourth Quarter Fee Order |
| 4/21/10 RET | .30 | Communications with Annie Cordo regarding the Fourth Quarter Fee Order |

                        **SUB TOTAL     1,215.00**

**TOTAL HOURS:  5.50**

**FEE GRAND TOTAL:       $ 1,215.00**

4811-5531-1366, v.  1