# SCHEDULE B
**SIXTEENTH INTERIM FEE APPLICATION**

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2010 Through April 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| **Total Expenses** |  |  |  |
| **Grand Total:** |  |  | **$0.00** |
|  |  |  |  |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

_____

**TOTAL EXPENSES DUE:  $0.00**

# Expenses Back-Up

NORTEL/CHUBB

DISBURSEMENTS

TOTAL DISBURSEMENTS:

**NORTEL'S 50% TOTAL:**

4814-1837-2870, v. 1