IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                             Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date; June 24, 2010 at 10:00 a.m.**<br>) |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                         Ashurst LLP

Authorized to Provide
Professional Services to:                   Official Committee of Unsecured Creditors

Date of Retention:                        March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:              February 01, 2010 through April 30, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:         £176,172.00 (US $255,449.40)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      £5,204.61 (US $7,546.69)[4]

This is (a)n: _X_ interim ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc (9769); Nortel Altsystems International Inc (5596); Xros, Inc (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc (5722); Nortel Networks Applications Management Solutions, Inc (2846); Nortel Networks Optical Components, Inc (3545); Nortel Networks HPOCS Inc (3546); Architel Systems (U S ) Corporation (3826); Nortel Networks International Inc (0358); Northern Telecom International Inc (6286); and Nortel Networks Cable Solutions Inc (0567)

[2] Ashurst LLP's, February 2010, March 2010, and April 2010 monthly fee applications are incorporated herein by reference

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1 45 as published by Bloomberg com on the date of the application

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1 45 as published by Bloomberg com on the date of the application

16769617 01

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/26/10 Docket No. 2771 | 02/01/10 – 02/28/10 | £70,921.00 | £208.78 | £56,736.80 | £208.78 | £14,184.20 |
| Date Filed: 04/23/10 Docket No. 2366 | 03/01/10 – 03/30/09 | £29,316.50 | £110.72 | £23,453.20 | £110.72 | £5,863.30 |
| Date Filed: 05/28/10 Docket No. 3088 | 04/01/10 – 04/30/10 | £75,934.50 | £4,885.11 | Pending Obj deadline 06/21/10 £60,747.60 | Pending Obj deadline 06/21/10 £4,885.11 | £15,186.90 |
| **TOTALS:** | | £176,172.00 | £5,204.61 | £140,937.60[5] | £5,204.61[6] | £35,234.40 |

Summary of any Objections to Fee Applications: None.

Dated: May 31, 2010
     London, United Kingdom

*[signature]*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval

[6] The total amount reflected in this column including amounts pending approval