# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: June 24, 2010 at 10:00 a.m. |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:     Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:     Official Committee of Unsecured Creditors

Date of Retention:     March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:     February 1, 2010 through April 30, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:     CDN. $1,545,435.79 Equivalent to USD $1,468,936.72[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     CDN. $30,114.86 Equivalent to USD $28,624.17[3]

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567)

[2] Fraser Milner Casgrain LLP's February, 2010, March, 2010 and April, 2010 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on May 28, 2010 was CDN. $0.9505 : U.S. $1.00

8419135_1.DOC

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 01/04/10 Docket No. 2826 | 2/1/10 - 2/28/10 | $665,828.63 | $7,031.01 | $532,662.90 | $7,031.01 | $133,165.73 |
| Date Filed: 12/05/10 Docket No. 2982 | 3/1/10 - 3/31/10 | $550,471.53 | $12,710.86 | $440,377.22 Pending Obj. Deadline June 1, 2010 | $12,710.86 Pending Obj. Deadline June 1, 2010 | $110,094.31 |
| Date Filed: 01/06/10 Docket No. 3094 | 4/1/10 - 4/30/10 | $329,135.63 | $10,351.99 | $263,308.50 Pending Obj. Deadline June 21, 2010 | $10,351.99 Pending Obj. Deadline June 21, 2010 | $65,827.13 |
| TOTALS: | All amounts in CDN.$ | $1,545,435.79 | $30,093.86 | $1,236,348.62 | $30,093.86 | $309,087.17 |

Summary of any Objections to Fee Applications: None.

Dated: June 1, 2010
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Wunder
　　　　　　　　　　　　　　　　　　　　　　Michael J. Wunder
　　　　　　　　　　　　　　　　　　　　　　FRASER MILNER CASGRAIN, LLP
　　　　　　　　　　　　　　　　　　　　　　Suite 3900
　　　　　　　　　　　　　　　　　　　　　　1 First Canadian Place
　　　　　　　　　　　　　　　　　　　　　　100 King Street West
　　　　　　　　　　　　　　　　　　　　　　Toronto, Ontario  M5X 1B2
　　　　　　　　　　　　　　　　　　　　　　(416) 863-4511
　　　　　　　　　　　　　　　　　　　　　　Canadian Counsel to the Official Committee of
　　　　　　　　　　　　　　　　　　　　　　Unsecured Creditors Of Nortel Networks Inc., et al.