IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) ) (Jointly Administered) |
| Debtors. | ) ) **Hearing Date: June 24, 2010 at 10:00 a.m.** |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2010 through April 30, 2010[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $28,753.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,898.53 |

This is (a)n: _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc (9769); Nortel Altsystems International Inc (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc (0567).

[2] Richards, Layton & Finger, P A 's ("RLF") February, March and April 2010 monthly fee applications are incorporated herein by reference

RLF1 3542282v 1

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 3/26/10 Docket No. 2770 | 2/1/10 - 2/28/10 | $9,673.50 | $2,025.44 | $7,738.80 | $2,025.44 | $1,934.70 |
| Date Filed: 4/28/10 Docket No. 2927 | 3/1/10 - 3/31/10 | $15,121.50 | $4,944.86 | $12,097.20 | $4,944.86 | $3,024.30 |
| Date Filed: 5/26/10 Docket No. 3072 | 4/1/10 - 4/30/10 | $3,958.50 | $928.23 | Pending Obj. deadline 6/15/10 $3,166.80 | Pending Obj. deadline 6/15/10 $928.23 | $791.70 |
| **TOTALS:** | | $28,753.50 | $7,898.53 | $23,002.80[3] | $7,898.53[4] | $5,756.70 |

Summary of any Objections to Fee Applications: None.

Dated: June 1, 2010
       Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval

[4] The total amount reflected in this column includes amounts pending approval

2

RLF1 3542282v.1