IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref Docket Nos. 3049, 3062, 3063, 3068 & 3069 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On May 25, 2010, I caused to be served the:

    a. "Order to Amend the Intellectual Property License Agreement and Transition Services Agreement in the Sale of the Debtors' Next Generation Packet Core Network Components to Hitachi," dated May 24, 2010 [Docket No. 3049], (the "Next Generation Order"),

    b. "Notice of Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)," dated May 25, 2010, to which was attached the "Debtors' Eighth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation)," dated May 25, 2010 [Docket No. 3062], (the "Eighth Omnibus Objection"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
T:\Clients\NORTEL\Affidavits\Next GEN Ord, 8th Omni Obj, 9th Omni Obj, Debtor Obj, Taiwo Obj_DI_3049, 3062, 3063, 3068, 3069_Aff_5-25-10.doc

    c. "Notice of Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Equity Interest Claims)," dated May 25, 2010, to which was attached the "Debtors' Ninth Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Equity Interest Claims)," dated May 25, 2010 [Docket No. 3063], (the "Ninth Omnibus Objection"),

    d. "Debtors' Objection to Proof of Claim No. 643 filed by Ernest Demel," dated May 25, 2010 [Docket No. 3068], (the "Demel Objection"), and

    e. "Declaration of Ebunoluwa Taiwo in Support of Debtors' Objection to Proof of Claim No. 643 filed by Ernest Demel," dated May 25, 2010 [Docket No. 3069], (the "Taiwo Declaration"),

by causing true and correct copies of:

    i. the Next Generation Order, Eighth Omnibus Objection, Ninth Omnibus Objection, Demel Objection, and Taiwo Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. the Next Generation Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. the Eighth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv. the Ninth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

    v. the Demel Objection and Taiwo Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        /s/ Brittany Whalen
                                                                                        Brittany Whalen

Sworn to before me this
1st day of June, 2010

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

- 3 -

T:\Clients\NORTEL\Affidavits\Next GEN Ord, 8th Omni Obj, 9th Omni Obj, Debtor Obj, Taiwo Obj_DI_3049, 3062, 3063, 3068, 3069_Aff_5-25-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |

| Claim Name | Address Information |
|---|---|
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ. 4675 MACARTHUR CT, STE 590 NEWPORT BEACH CA 92660 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF | LAWRENECE E. MILLER 125 WEST 55TH STREET NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. COUNSEL TO GENBAND INC. 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST, STE 2400 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |

| Claim Name | Address Information |
|---|---|
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114-0126 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHAM & WATKINS LLP | J. DOUGLAS BACON; ALICE DECKER BURKE; JOSEPH A. SIMEI 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. 370 17TH ST, STE 4650 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |

| Claim Name | Address Information |
|---|---|
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | MICHAEL G. O'BRYAN; WILLIAM I SCHWARTZ 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JOSEPH J. WIELEBINSKI ESQ. 3800 LINCOLN PLAZA, 500 N AKARD ST DALLAS TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: PATRICK TINKER ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL WEISS RIFKING WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING |

| Claim Name | Address Information |
|---|---|
| RICHARDS LAYTON & FINGER | ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. ONE INTERNATIONAL PLACE BOSTON MA 02110-2624 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ. 1529 WALNUT STREET, STE 600 PHILADELPHIA PA 19102 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H HUSTON JR,MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ. 80 WALL ST, STE 1115 NEW YORK NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |

| Claim Name | Address Information |
|---|---|
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  179**

# EXHIBIT B

NNI NXT GEN ORDER 3049 5-25-10

MORRISON & FOERSTER LLP
ATTN: MICHAEL O'BRYAN
425 MARKET STREET
SAN FRANCISCO, CA  94105-2482

NNI NXT GEN ORDER 3049 5-25-10

MORRISON & FOERSTER LLP
ATTN: WILLIAM SCHWARTZ
425 MARKET STREET
SAN FRANCISCO, CA  94105-2482

NNI NXT GEN ORDER 3049 5-25-10

MORRISON & FOERSTER LLP
ATTN: PAMELA PASTI
425 MARKET STREET
SAN FRANCISCO, CA  94105-2482

NNI NXT GEN ORDER 3049 5-25-10

MCCARTHY TETRAULT
ATTN: JAMES GAGE
SUITE 5300, TD BANK TOWER
TORONTO DOMINION CENTRE
TORONTO, ON M5K 1E6
CANADA

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AUTOMOTIVE RENTALS, INC. | C/O JOHN V. FIORELLA, ESQUIRE ARCHER & GREINER, PC ONE CENTENNIAL SQUARE HADDONFIELD NJ 08033 |
| CAPITOL SOLUTIONS GOVERNMENT | RELATIONS CONSULTANTS LLC 1455 PENNSYLVANIA AVE., N.W. #400 WASHINGTON DC 20004 |
| CDS DATACOMM INC. | 1100 PROFESSIONAL DR. STE 100 PLANO TX 75074 |
| CHINA PATENT AGENT H.K. LTD. | 22/F, GREAT EAGLE CENTRE 23 HARBOUR ROAD WANCHAI HONG KONG |
| CHU, CHUN LING | 810 S GARFIELD AVE MONTEREY PARK CA 91754 |
| COLTECH OPTRONICS INC | # 103 7879 8TH STREET N.E. CALGARY AB T2E 8A2 CANADA |
| CUMBERLAND COUNTY HOSPITAL SYSTEM | PO BOX 788 FAYETTEVILLE NC 28302 |
| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. | ATTN: LEGAL SERVICES PO BOX 2000 FAYETTEVILLE NC 28302 |
| DELTA NETWORKS INC. | DELTA PRODUCTS CORP. FREMONT OFFICE YAO CHOU/SENIOR VICE PRESIDENT 4405 CUSHING PARKWAY FREMONT CA 94538 |
| EION INC | 320 MARCH ROAD SUITE 500 OTTAWA ON K2K 2E3 CANADA |
| EION INC | 320 MARCH ROAD SUITE 500 OTTAWA ON K2K 2E3 CANADA |
| ESALES MEDIA INC | 1440 CORAL RIDGE DR SUITE 278 CORAL SPRINGS FL 33071-5433 |
| EXCELIGHT COMMUNICATIONS, INC. | MICHAEL G. WILSON-HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074 |
| EXCELIGHT COMMUNICATIONS, INC. | LYNNETTE R. WARMAN 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202-2799 |
| HARRIS STRATEX NETWORKS OPERATING CORP. | HARRIS STRATEX NETWORKS, INC. ATTN: LEGAL DEPARTMENT 637 DAVIS DRIVE MORRISVILLE NC 27560 |
| HOME INSURANCE COMPANY IN LIQUIDATION, | THE - KAREN TISDELL 55 SOUTH COMMERCIAL STREET MANCHESTER NH 03101 |
| KUMARAN SYSTEMS INC. | 701 EVANS AVENUE, SUITE 509 TORONTO ON M9C 1A3 CANADA |
| MCLARENS CANADA IN TRUST | 600 ALDEN RD MARKHAM ON L3R 0E7 CANADA |
| MINNESOTA POWER & LIGHT COMPANY INC | 30 WEST SUPERIOR ST DULUTH MN 55802-2093 |
| MN POWER | 30 W SUPERIOR ST DULUTH MN 55802 |
| NITSCHE, JOACHIM | PARKSTRAPE 30 NEUKIRCH 01904 GERMANY |
| REBELSKY, RENATE | KNIEBISWEG 2 NUFRINGEN D-71154 GERMANY |
| RECEIVER GENERAL FOR CANADA | CANADA BUILDING 5TH FLOOR 344 SLATER ST OTTAWA ON K1A 0L5 CANADA |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | FREDERICK F. RUDZIK, CLAIMANTS ATTORNEY PO BOX 6668 TALLAHASSEE FL 32314-6668 |
| STRAUSS, CURTIS | 1 DISTRIBUTION WAY LITTLETON MA 01460 |

**Total Creditor count 26**

**EXHIBIT D**

# NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACHTEMICHUK, ELSIE | 13046-158 AVE NW EDMONTON AB T6V 1C2 CANADA |
| ADDISON, MARK | 1117 PATRICIA CRES GD JASPER AB T0E 1E0 CANADA |
| ADDISON, MARK & NANCY | 117 PATRICIA CRED. GD JASPER TOE 1EO CANADA |
| ADDISON, NANCY | 1117 PATRICIA CRES. GD JASPER TOE 1EO CANADA |
| ASIRI, ABDUL-JABBAR | 37 CHIMO DR. KANATA ON K2L1A3 CANADA |
| BARLOW, CATHERINE | 4 CRAIGLEITH CRT COLLINGWOOD ON CANADA |
| BARON, CHRISTIAN AND BENJAMIN | C/O GUENTHER A. BARON, ATTORNEY SCHLUCHSEESTR. 3 BERLIN 13469 GERMANY |
| BEAUDIN, LAURENT AND DIANE | 315 HEDLEY WAY NW EDMONTON AB T6R 1T9 CANADA |
| BEAUMONT, ROBERT | 2413 ROYAL TROON DRIVE PLANO TX 75025 |
| BENDEL, NIKO | SPATZEN WEG 6 HABFURT 97437 GERMANY |
| BENDEL, NORBERT U. HANNELORE | KOLPINGSTR 33 HABFURT 97437 GERMANY |
| BENTELE, HEINZ | WEITFELDERWEG A 5 ELCHINGEN 89275 GERMANY |
| BISCHOFF, MANFRED, DR. | PRINZENWEG 7 STARNBERG 82319 GERMANY |
| BISSLAND, DIANE S. | 77 CRANBERRY RUN SOUTHAMPTON NJ 08088 |
| BLAIR, LAWERNCE | 2495 AQUASANTA TUSTIN CA 92782 |
| BLAIR, LAWRENCE | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BLAIR, LAWRENCE | 2495 AQUASANTA TUSTIN CA 92782 |
| BLAIR, LAWRENCE D. | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BLAIR, LAWRENCE D. | 2495 AQUASANTA TUSTIN CA 92782 |
| BLIDY, JOSEPH A | 6158 DAWNS RIDGE CICERO NY 13039 |
| BOEHLKE, MARK | 607 HAMLET COURT FRUITLAND PARK FL 34731 |
| BREIT, WILHELM | FRIEDHOFSTR. 69 STUTTGART 70191 GERMANY |
| BRIDGWATER, SANDRA & ANDY | 38 KRIEGH DRIVE HAMILTON ON L9B 2L4 CANADA |
| CERVENAN, MARTIN | 6834 - 112 ST. NW EDMONTON AB T6H 3J8 CANADA |
| CRAWFORD, TOM | 18722 - 95A AVE. NW EDMONTON AB T5T 4A5 CANADA |
| CYNAMON MANAGEMENT LTD | 11690-147 ST. EDMONTON AB T5M 1W2 CANADA |
| DE QUEVEDO VALENCIA, CARLOS G | AV AMERICAS 1297 - 4 PISO GUADALAJARA JALISCO CP44630 MEXICO |
| DE QUEVEDO VALENCIA, RICARDO G | AV AMERICAS 1297 PISO 4 GUADALAJARA JALISCO MEXICO |
| FEIGL, MEINHARD | HINTER DEN GARTEN 4 LONSEE-ETTLENSCHIEB 89173 GERMANY |
| GERLACH, KNUT | ERSTE OCHSENKOPPEL 4 LUEBECK D-23566 GERMANY |
| GEUTING, JAN BERND | VON-HOLTE-STRASSE 75 MUENSTER D-48167 GERMANY |
| GOLDCRAFT MANAGEMENT AND HOLDING LTD. | 14104 91ST AVE. NW EDMONTON AB T5R 4Y2 CANADA |
| GOODWIN, KEN | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOODWIN, KEN | 747 HIGHLAND VIEW DR CORONA CA 92882 |
| GRINDEMANN, YVONNE | PAYRUSWEG 21 HAMBURG 22117 GERMANY |
| GUETING, JAN BERND | VON-HOLTE-STRASSE 75 MUENSTER D-48167 GERMANY |
| GUNDELBACHER, BERNHARD | SEESTRASSE 2 SEEFELD D-82229 GERMANY |
| GUNDELBACHER, BERNHARD | SEESTRASSE 2 SEEFELD-HECHENDORF D-82229 GERMANY |
| GUNDELBACHER, BERNHARD | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HADZIOMEROVIC, FARUK | 50 THORNBURRY CRES NEPEAN ON K2G 6C4 CANADA |
| HADZIOMEROVIC, FARUK | 50 THORNBURY CREST NEPEAN ON K2G6C4 CANADA |
| HAGGARD, CARY | 601 EAST 20TH ST APT 6E NEW YORK NY 10010 |
| HAGGARD, CARY D. | 601 EAST 20TH STREET APT. 6E NEW YORK NY 10010 |
| HAINSCH, CHRISTIAN | CRANACHSTRASSE 38 DUSSELDORF 40235 GERMANY |
| HERRMANN, HANS | MOLTKESTRASSE 24/1 SONNENBUHL D-72820 GERMANY |
| HOLE DEVELOPMENTS LTD. #2 | 10835 - 120 ST. NW EDMONTON AB T5H 3P9 CANADA |

| Claim Name | Address Information |
|---|---|
| HOMMES, HERBERT | SIEFEN 17 BERGISCH GLADBACH 51467 GERMANY |
| IACONA, FRANCESCO | RICHARD WAGNER STR 48 KOLN NRW COLOGNE 51145 GERMANY |
| IACONA, FRANCESCO | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| JACKSON, DONALD | 36 DAWSON CRES. SHERWOOD PARK AB T8H 1Z6 CANADA |
| JOHNE-MANTHEY, BIRGITT | FORMER MANTHEY, W. PUCKLERSTR. 21A BERLIN 14195 GERMANY |
| KAPIL, HARI | 232 HERITAGE ISLE DE WINTON AB T0L 0X0 CANADA |
| KENT, DAVID | 12412 GRANDVIEW DRIVE EDMONTON AB T6H 4K4 CANADA |
| KIEFER, LOIS | 3858 S HANNIBAL ST AURORA CO 80013 |
| KINNEBREW, BILLY | 988 DENNIS CIRCLE IDAHO FALLS ID 83401 |
| KINNEBREW, BILLY E. | 988 DENNIS CIRCLE IDAHO FALLS ID 83401 |
| KUTLAR, DOGAN | BEIM FASANENGARTEN 39 STUTTGART 70499 GERMANY |
| LECOMPTE, ANITA | 72 LOUIS STREET TRENTON ON K8V 2L1 CANADA |
| LINGESSO, CARL L | 9-67TH STREET SOUTH UNIT PO BOX 682 SEA ISLE CITY NJ 08243 |
| LUZNY, DOUGLAS | 3610-44 ST. LEDUC B T9E 6A1 CANADA |
| MADI, HAMID | 10130 STROME AVE APT 101 RALEIGH NC 27617-4362 |
| MARKS, ROBIN | 900 PYRAMID LAKE RD. PO BOX 243 JASPER AB T0E 1E0 CANADA |
| MIKLOS, GEORGE J., JR. | 430 MAIN STREET EAST GREENVILLE PA 18041 |
| NAICKER, SELVARAJ | NATIONAL BANK FINANCIAL 10180-101 ST. 3500 MANULIFE PLACE EDMONTON AB T5J 3S4 CANADA |
| NAICKER, SELVARAJ | 3304 117TH ST. NW EDMONTON AB T6J 3J4 CANADA |
| OBENAUS, SABINE | AUGUST-BEBEL-STR. 69 ELSTERWERDA 04910 GERMANY |
| PERZAN, DARLENE & NIC | 212 HIGH RIDGE CRES NW HIGH RIVER AB T1V 1X8 CANADA |
| PURITANO, VINCENT | 4211 CORDELL STREET ANNANDALE VA 22003-3449 |
| REBELSKY, RENATE | KNIEBISWEG 2 NUFRINGEN D-71154 GERMANY |
| RHYNES, VINCENT E. | 1514 W. MANCHESTER AVE # 5 LOS ANGELES CA 90047 |
| RIESE, JOSEPH | 170 MCKINLEY DR MASTIC BEACH NY 11951 |
| RIESE, JOSEPH T | 170 MCKINLEY DRIVE MASTIC BEACH NY 11951 |
| RIESE, JOSEPH T | JOSEPH T. RIESE 170 MCKINLEY DRIVE MASTIC BEACH NY 11951 |
| SAMARRAIE, MOHAMED AL | PO BOX 45030 LAVAL QC H7Y 2H2 CANADA |
| SCHMITT, MATTHIAS | AM ROTHENSTEIN 19 UNTERERTHAL 97762 GERMANY |
| SCHMITT, WERNER | AM ROTHENSTEIN 19 HAMMELBURG 97762 GERMANY |
| SCHNEIDER, DAVID | 614 HUNTERS CLOSE EDMONTON AB T6R 2W2 CANADA |
| SCHURR, KARL | FELDHUETER STR. 2 ALLING D-82239 GERMANY |
| SCHWARTZ, JEAN-LUC | ALLMENDWEG 4 ZELL 77736 GERMANY |
| SHEPPARD, EMILY | 5204 142ND ST. EDMONTON AB T6H 4B4 CANADA |
| STATE STREET BANK & TRUST COMPANY | ATTN: PAUL DESHARNAIS/BRIAN PORT 1776 HERITAGE DRIVE NO. QUINCY MA 02171 |
| STATE STREET BANK & TRUST COMPANY | ATTN: BRIAN PORT GLOBAL CORPORATE ACTION UNIT JAB 5NW 1776 HERITAGE DRIVE BOSTON MA 02171 |
| STEPHENS INC, CUSTODIAN FOR WANDA F | WILSON IRA 35 MOUNTAIN VIEW RD CONWAY AR 72032 |
| STEPHENS, CAROL & THOMSON, DORINE | 16725 116 ST. NW EDMONTON AB T5X 6B8 CANADA |
| STEPHENS, INC. | 111 CENTER STREET, SUITE 500 LITTLE ROCK AR 72201 |
| STUDEBAKER, LAUREN | 208 WOODS DRIVE PLYMOUTH MEETING PA 19462 |
| THOMSON, PAUL AND DORINNE | 14204 53 AVE NW EDMONTON AB T6H 0T1 CANADA |
| THOMSON, PAUL AND DORINNE | NATIONAL BANK FINANCIAL 10180 - 101 ST 3500 MANULIFE PLACE EDMONTON AB T5J 3S4 |
| THOMSON, SANDRA AND DORINNE | NATIONAL BANK FINANCIAL 10180 - 101 ST 3500 MANULIFE PLACE EDMONTON AB T5J 3S4 CANADA |
| THOMSON, SANDRA AND DORINNE | 5 HUNCHAK WAY UNIT 16 ST ALBERT AB T8N 6E9 CANADA |
| THORBOURNE, STELLA & RONALD | NATIONAL BANK FINANCIAL 10180 - 101 ST 3500 MANULIFE PLACE EDMONTON AB T5J 3S4 CANADA |

| Claim Name | Address Information |
|---|---|
| THORBOURNE, STELLA AND RONALD | 5012 - 143 AVE. NW EDMONTON AB T5A 4R8 CANADA |
| TORRES CUNADO, OSCAR | VILAMAR 53 CALAFELL 43820 SPAIN |
| TRALNBERG, BEN | 9-52304 RR233 SHERWOOD PARK AB T8B 1C9 CANADA |
| VARVIS, PETER | C/O SCOTIA TRUST AS AGENTS 202, 10060 JASPER AVE EDMONTON AB T5J 3R8 |
| VOGEL, VAL | NATIONAL BANK FINANCIAL 10180 - 101 ST 3500 MANULIFE PLACE EDMONTON AB T5J 3S4 CANADA |
| VOGEL, VAL | 14703 48 ST NW EDMONTON AB T5Y 2X2 CANADA |
| VORWALLNER, ROBERT | JELLA-LEPMANN-STR.18/L MUNCHEN 81673 GERMANY |
| WENZEL, ELFRIEDE AND HANS-JUERGEN | DIETESHEIMER STR. 27 OFFENBACH 63073 GERMANY |
| WITSCHEN, WALTER | 13543 90 ST. NW EDMONTON AB TSE 3M9 CANADA |
| WONG, PAUL AND JURAN | 9309 - 158TH ST. NW EDMONTON AB T5R 2C6 CANADA |
| WOO, DENNIS | 9763 66 AVE NW EDMONTON AB T6E0M4 CANADA |
| WOODLEY, DARLA AND DAVID | 9307 - 175 AVE. NW EDMONTON AB T5Z 2C5 CANADA |
| WOODLEY, DAVID | 9307 - 175 AVE. NW EDMONTON AB T5Z 2C5 CANADA |
| XU, BIN AND LI XI | RENETTENWEG 18 HAMBURG 22393 GERMANY |

**Total Creditor count  105**

**EXHIBIT E**

Ernest Demel
South Brooklyn Legal Services
Attn: Gary Stone
105 Court Street, 3rd Floor
Brooklyn, NY  11201