IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| **Nortel Networks, Inc., *et al.*,** | : | Case No.: 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Hearing Date: June 9, 2010 at 10:00 am |
| | : | Objections due: June 2, 2010 at 4:00 pm |
| | : | |
| | : | Related to D.I. 3034 |

## [PROPOSED] ORDER

Third party, Acme Packet, Inc., having objected to Debtors' Motion for Entry of an Order Directing an Examination of and Production of Certain Documents by Verizon Communications, Inc. and its Affiliates Pursuant to Fed. R. Bankr. P. 2004, and good cause being shown therefor,

IT IS HEREBY ORDERED that Debtors' Motion is DENIED to the extent it requires the production of Acme Packet, Inc.'s confidential and highly sensitive technical documents and business information, including but not limited to source code, produced in response to a Third Party Subpoena for documents and pursuant to an Agreed Protective Order in the *Voxpath* Litigation.

SO ORDERED, this ___ day of _____, 2010.

_____
The Honorable Kevin Gross
Judge, United States Bankruptcy Court