IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.*, | : | Case No.: 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, Esquire, hereby certify that on June 2, 2010, I did cause true and correct copies of the **Nonparty Acme Packet, Inc.'s Objections to Debtors' Motion for Entry of an Order Directing an Examination of and Production of Certain Documents by Verizon Communications Inc. and Its Affiliates Pursuant to Fed.R.Bankr.P.2004 [D.I.3034]** to be served by via hand delivery upon the party listed below and via first class mail upon the parties listed on the attached Service List.

**Via Hand Delivery**
Ann C. Cordo, Esquire
Eric D. Schwartz, Esquire
Alissa T. Gazze, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

        WEIR & PARTNERS, LLP

        /s/ Jeffrey S. Cianciulli, Esquire
        Jeffrey Cianciulii, Esquire
        Weir & Partners LLP
        824 Market Street, Suite 1001
        P.O. Box 708
        Wilmington, DE 19899
        (302) 652-8181