# EXHIBIT A

**February Time Records**

| Employee | Date | Rate | Hours | Total Charges | Description |
|---|---|---|---|---|---|
| King Rene | 2/1/2010 | $667.00 | 0.7 | $466.90 | Equilar employment agreement research. |
| Rentsch Eric | 2/1/2010 | $226.00 | 0.7 | $158.34 | Peer review of report with John Dempsey and Rene King. |
| Rentsch Eric | 2/2/2010 | $226.00 | 4.5 | $1,017.90 | Editing Nortel court motion attachment for filing Feb 10. |
| Rentsch Eric | 2/3/2010 | $226.00 | 4.5 | $1,017.90 | Final revisions to report as court motion attachment due Feb 10. |
| Rentsch Eric | 2/3/2010 | $226.00 | 5.3 | $1,198.86 | Editing Nortel court motion attachment for filing Feb 10. |
| Rentsch Eric | 2/3/2010 | $226.00 | 0.8 | $180.96 | Discussion with John Shaugnessy on Elena King's feedback to draft Court motion report. |
| Rentsch Eric | 2/4/2010 | $226.00 | 4.5 | $1,017.90 | Drafting Nortel court motion attachment for filing Feb 10. |
| Dempsey John | 2/5/2010 | $725.00 | 0.5 | $362.50 | Review Declaration with Eric Rentsch. |
| Rentsch Eric | 2/5/2010 | $226.00 | 4.5 | $1,017.90 | Drafting John Dempsey declaration for Motion on Feb 10. |
| Rentsch Eric | 2/7/2010 | $226.00 | 1.5 | $339.30 | Editing report to be filed as attachment in Feb 10 motion. |
| King Rene | 2/8/2010 | $667.00 | 0.5 | $333.50 | Call to review outstanding items for filing. |
| Rentsch Eric | 2/8/2010 | $226.00 | 4.5 | $1,017.90 | Editing court motion report attachment. |
| Rentsch Eric | 2/8/2010 | $226.00 | 1.5 | $339.30 | Calls with Elena King, John Dempsey, and Debtor's Counsel to discuss edits to motion attachments and declaration. |
| Dempsey John | 2/9/2010 | $725.00 | 1.5 | $1,087.50 | Prepare filings for US court including disclosure statement. |
| King Rene | 2/9/2010 | $667.00 | 0.5 | $333.50 | Review Veschi agreement. |
| Rentsch Eric | 2/9/2010 | $226.00 | 2 | $452.40 | Revisions and review of John Dempsey Declaration for Feb 10 filing. |
| Rentsch Eric | 2/9/2010 | $226.00 | 2 | $452.40 | Revisions to Feb 10 Motion Report attachment filing. |
| Rentsch Eric | 2/9/2010 | $226.00 | 1 | $226.20 | Meeting with Elena King and John Shaughnessy to discuss updated data and revisions to Mercer report for Feb 10 filing. |
| Rentsch Eric | 2/9/2010 | $226.00 | 1.5 | $339.30 | Call with Nortel in-house and bankruptcy counsel to discuss communication strategy. |
| Dempsey John | 2/10/2010 | $725.00 | 0.5 | $362.50 | Prepare filings for US court including disclosure statement. |

| Employee | Date | Rate | Hours | Total Charges | Description |
|---|---|---|---|---|---|
| Rentsch  Eric | 2/10/2010 | $226.00 | 0.8 | $180.96 | Final editing to Declaration for Feb 10 filing with Sal Bianca / Cleary. |
| Rentsch  Eric | 2/16/2010 | $226.00 | 0.5 | $113.10 | Drafting commentary letter on Nortel Special Incentive Plan publicity - for Elena King on 2/19. |
| Dempsey  John | 2/18/2010 | $725.00 | 1 | $725.00 | Discussions related to coverage of proposed incentive compensation arrangements. |
| King  Rene | 2/18/2010 | $667.00 | 0.5 | $333.50 | Call regarding disclosures. |
| Rentsch  Eric | 2/18/2010 | $226.00 | 0.7 | $158.34 | Drafting commentary letter on Nortel Special Incentive Plan publicity - for Elena King on 2/19. |
| Dempsey  John | 2/19/2010 | $725.00 | 0.5 | $362.50 | Discussions related to coverage of a leak regarding proposed incentive compensation arrangements. |
| Mayer  Julie | 2/22/2010 | $72.00 | 12 | $863.04 | Assist in bankruptcy research using Hoovers and 10K Wizard. |
| Dempsey  John | 2/25/2010 | $725.00 | 1 | $725.00 | US Trustee questions regarding special incentive plan and call with Eric Rentsch and Sal Bianca. |
| Rentsch  Eric | 2/25/2010 | $226.00 | 1 | $226.20 | Reviewing request from US Trustee and discussing Mercer report with Sal Bianca for Hearing on March 3. |
| Dempsey  John | 2/26/2010 | $725.00 | 0.5 | $362.50 | IP compensation conference call with Linda Gilespie. |
| **Totals:** | | | **61.5** | **$15,773.10** | |