# EXHIBIT B

**March Time Records**

| Employee | Date | Rate | Hours | Total Charges | Description |
|---|---|---|---|---|---|
| Dempsey  John | 3/3/2010 | $725.00 | 2 | $1,450.00 | Meeting with Jim Bromley and Sal Bianca of Cleary Gottlieb in preparation for court hearing. |
| Dempsey  John | 3/3/2010 | $725.00 | 3 | $2,175.00 | Attend court hearing. |
| Dempsey  John | 3/3/2010 | $725.00 | 4 | $2,900.00 | Prepare for court hearing. |
| Rentsch  Eric | 3/8/2010 | $290.00 | 1 | $290.00 | Discussion with Rene King on project plan and debrief from call. |
| Rentsch  Eric | 3/8/2010 | $290.00 | 2 | $580.00 | Developed project plan and proposed project overview for incentive plan design for review with Linda Gillespie. |
| Rentsch  Eric | 3/9/2010 | $290.00 | 1 | $290.00 | Research of incentive plan designs. |
| Rentsch  Eric | 3/11/2010 | $290.00 | 1.5 | $435.00 | Editing project plan and discussion with Linda Gillespie and John Dempsey on status of project. |
| Malandruccolo  Joseph | 3/31/2010 | $226.00 | 11 | $2,488.20 | Billable research and research updates to John Dempsey and Elena King for Nortel IP Co. (related to patent trusts and litigation trusts). |
| **Totals:** | | | **25.5** | **$10,608.20** | |