# EXHIBIT C

**April Time Records**

| Employee | Date | Rate | Hours | Total Charges | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1 | $255.20 | Call with John Dempsey and Elena King (Nortel) to discuss the over-performance pool deck. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1.5 | $382.80 | Updating over-performance deck with details of over-performance plan and updating context per Elena King's feedback. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 0.5 | $127.60 | Phone call with John Dempsey, Eric Rentsch and Elena King (Nortel) to discus illustrative straw model discretionary compensation deck. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 3 | $765.60 | Researching the number of participants in BearingPoint  Enron and Lehman incentive plans, assets and revenues of the 3 companies, and updating the over-performance exhibit. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1 | $255.20 | Updating Nortel deck with straw model and plan mechanics slide. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1 | $255.20 | Created a slide that illustrates the other components of pay packages used at BearingPoint  Lehman Brothers and Enron. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 0.5 | $127.60 | Phone call with John Dempsey, Eric Rentsch  and Elena King and Nortel Working Group. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1 | $255.20 | Updating deck based on  Elena King's (Nortel) feedback to include numerical examples and visually show the straw model. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 0.8 | $204.16 | Researching Enron's discretionary bonus plan disclosures to determine the actual amount granted pursuant to the plan. |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1.5 | $382.80 | Market pricing for George Ridel based on client provided survey data and Mercer's aging |
| Malandruccolo  Joseph | 4/11/2010 | $255.00 | 1.5 | $382.80 | Updated market practices slide to include all market compensation plans and to display the discretionary plan as a percentage of total cost. |
| Rentsch  Eric | 4/11/2010 | $290.00 | 0.8 | $232.00 | Reviewing George Riedel employment agreement. |
| Dempsey  John | 4/12/2010 | $725.00 | 1 | $725.00 | Preparation of 4/12 deck regarding overperformance pool. |

| Employee | Date | Rate | Hours | Total Charges | Description |
|---|---|---|---|---|---|
| Dempsey  John | 4/12/2010 | $725.00 | 2 | $1,450.00 | Conference call with Elena King regarding overperformance pool deck. |
| Rentsch  Eric | 4/12/2010 | $290.00 | 1 | $290.00 | Planning work with John Dempsey and Rene King and Joe Malandruccolo. |
| Rentsch  Eric | 4/12/2010 | $290.00 | 1.7 | $493.00 | Editing analysis and peer reviewing Joe Malandruccolo's work. |
| Dempsey  John | 4/13/2010 | $725.00 | 1 | $725.00 | Call on overperformance pool with Chris Ricaute, Allan Biefeld and John Doolittle. |
| Rentsch  Eric | 4/13/2010 | $290.00 | 0.5 | $145.00 | Peer reviewing Joe Malandruccolo's work on the overperformance pool deck. |
| Rentsch  Eric | 4/13/2010 | $290.00 | 1.3 | $377.00 | Peer review Joe Malandruccolo's data analysis for the overperformance pool deck. |
| Dempsey  John | 4/14/2010 | $725.00 | 1 | $725.00 | Made revisions to Nortel overperformance pool deck. |
| Rentsch  Eric | 4/14/2010 | $290.00 | 0.5 | $145.00 | Call with Elena King to review report on Outperformance pool. |
| Rentsch  Eric | 4/14/2010 | $290.00 | 0.5 | $145.00 | Final editing to Nortel report. |
| Rentsch  Eric | 4/14/2010 | $290.00 | 1.5 | $435.00 | Editing and reviewing deck on outperformance pool with John Dempsey. |
| Dempsey  John | 4/15/2010 | $725.00 | 1 | $725.00 | Reviewed compensation package of Nortel employee George Riedel. |
| Rentsch  Eric | 4/15/2010 | $290.00 | 0.5 | $145.00 | Peer reviewing Joe Malandruccolo's outperformance pool report. |
| Dempsey  John | 4/16/2010 | $725.00 | 1 | $725.00 | Made further revisions to Nortel overperformance pool deck. |
| Dempsey  John | 4/30/2010 | $725.00 | 0.3 | $217.50 | Follow up regarding Nortel overperformance pool with Elena King. |
| **Totals:** | | | **28.9** | **$11,093.66** | |