# EXHIBIT D

**Expenses February through April**

| Date | Cost | Description |
|---|---|---|
| 2/3/2010 | $6.00 | Dinner - working late (Rentsch) |
| 2/3/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 2/3/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 2/3/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 2/3/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 2/3/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 2/3/2010 | $8.16 | Dinner - working late (Rentsch) |
| 2/3/2010 | $10.36 | Dinner - working late (Rentsch) |
| 2/3/2010 | $30.96 | Lunch and dinner - working weekend (Rentsch) |
| 2/3/2010 | $21.00 | Lunch and dinner - working weekend (Rentsch) |
| 2/3/2010 | $7.85 | Dinner - working late (Rentsch) |
| 2/3/2010 | $8.65 | Dinner - working late (Rentsch) |
| 2/11/2010 | $4.88 | Client Communications |
| 2/24/2010 | $4,878.45 | Legal Fees |
| 3/8/2010 | $207.92 | Fee for use of Pacer online research tool specifically for bankruptcy research related to Nortel |
| 3/9/2010 | $30.35 | Taxi home - working late (Dempsey) |
| 3/9/2010 | $10.00 | Airfare - Service Fee |
| 3/9/2010 | $450.63 | United Airlines - Airfare |
| 3/9/2010 | $2.90 | Meal - Traveling for Client Meeting |
| 3/9/2010 | $36.11 | Meal - Traveling for Client Meeting |
| 3/9/2010 | $7.55 | Meal - Traveling for Client Meeting |
| 3/9/2010 | $31.00 | O'Hare Parking |
| 3/9/2010 | $10.00 | Parking for Client Meeting |
| 3/9/2010 | $87.06 | Rental car for Client Meeting |
| 3/15/2010 | $561.60 | Legal fees |
| 4/12/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $18.27 | Meal - working late (Rentsch) |
| 4/12/2010 | $7.82 | Meal - working late (Rentsch) |
| 4/12/2010 | $13.02 | Meal - working late (Rentsch) |
| 4/12/2010 | $8.35 | Client communications |
| 4/12/2010 | $8.65 | Client communications |
| 4/12/2010 | $7.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $8.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $7.67 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $4.54 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.77 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $9.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $9.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |

| Date | Cost | Description |
|---|---|---|
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $7.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $6.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $10.00 | Taxi home - working late (Rentsch) |
| 4/12/2010 | $20.20 | Meal - working late (Rentsch) |
| 4/29/2010 | $1,094.40 | Legal Fees |
| **Total:** | **$7,827.12** | |