UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., ET AL. | : | Case No. 09-10138(KG) |
| | : | |
| Debtor. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves for the Admission Pro Hac Vice of N. Andrew Crain, Esquire to represent Acme Packet, Inc. in the above captioned matter.

                                                        By: /s/ Jeffrey S. Cianciulli, Esquire
                                                             Jeffrey S. Cianciulli, Esquire (#4369)
                                                             Weir & Partners LLP
                                                             824 Market Street, Suite 1001
                                                             P.O. Box 708
                                                             Wilmington, DE  19899
                                                             (302) 652-8181

358247-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and United States District Court for the Northern District of Georgia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: /s/ N. Andrew Crain, Esquire
N. Andrew Crain, Esquire
Thomas, Kayden, Horstemeyer & Risley, L.L.P.
600 Galleria Parkway SE
Atlanta, GA 30339
Andrew.Crain@tkhr.com
Tel: (770) 933-9500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

BY THE COURT:

_____
Honorable Kevin Gross
United States Bankruptcy Judge

358247-1