# EXHIBIT A

2725046.2

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of time covering period from 1 March 2010 to 30 April 2010

**U.K. Pensions Claim**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 01/03/2010 | Graeme Tricker | 1.50 | 580.00 | 870.00 | Read updates from Mark Blyth and Parham Kouchikali re pensions issues; search for relevant documents and send copies to Linklaters team; de-brief from Mark Blyth |
| 01/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Tel Richard Hitchcock re pensions issues |
| 01/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Conference call with counsel re pensions issues |
| 01/03/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Emails with counsel re pensions issues |
| 01/03/2010 | Mark Blyth | 0.80 | 650.00 | 520.00 | Conf call with Cleary re pensions issues |
| 01/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email to Cleary re conf call |
| 01/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email to counsel re conf call |
| 01/03/2010 | Mark Blyth | 1.10 | 650.00 | 715.00 | Conference call with Cleary |
| 01/03/2010 | Mark Blyth | 1.20 | 650.00 | 780.00 | Numerous emails over the weekend with Cleary re pensions issues |
| 01/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email Cleary re pensions issues |
| 01/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal discussion with Parham Kouchikali re pensions issues |
| 01/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Tel call with counsel re pensions issues |
| 01/03/2010 | Mark Blyth | 1.80 | 650.00 | 1,170.00 | Email to Cleary re pensions issues |
| 01/03/2010 | Mark Blyth | 0.60 | 650.00 | 390.00 | Draft email to go to client from counsel |
| 01/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal discussion with Parham Kouchikali re pensions issues |
| 01/03/2010 | Michael White | 0.30 | 495.00 | 148.50 | Discussion with Parham Kouchikali updating me re pensions issues |
| 01/03/2010 | Parham Kouchikali | 0.80 | 495.00 | 396.00 | Draft document re pensions issues |
| 01/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Drafting summary note of call; emails in relation to same |
| 01/03/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Attending call to discuss pensions issues |
| 01/03/2010 | Parham Kouchikali | 0.80 | 495.00 | 396.00 | Reviewing relevant documents; discussions with Mark Blyth; email re same |
| 01/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Attending call re pensions issues |
| 01/03/2010 | Parham Kouchikali | 0.70 | 495.00 | 346.50 | Briefing Michael White and Waleed Rasromani re pensions issues |
| 01/03/2010 | Parham Kouchikali | 1.70 | 495.00 | 841.50 | Review emails re pensions issues |
| 01/03/2010 | Waleed Rasromani | 0.20 | 190.00 | 38.00 | Read email from Mark Blyth re pensions issues |
| 01/03/2010 | Waleed Rasromani | 0.70 | 190.00 | 133.00 | Read emails and documents re pensions issues |
| 01/03/2010 | Waleed Rasromani | 0.40 | 190.00 | 76.00 | Briefed by Parham Kouchikali re pensions issues |
| 01/03/2010 | Waleed Rasromani | 0.20 | 190.00 | 38.00 | Printed and filed relevant documents |
| 02/03/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Reviewing Parham Kouchikali email re call |
| 02/03/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Reviewing relevant documents |
| 02/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Internal discussion with Michael White and Graeme Tricker re pensions issues |
| 02/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email re conference call and discuss with Parham Kouchikali |
| 02/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Review relevant documents |
| 02/03/2010 | Michael White | 0.20 | 495.00 | 99.00 | Discussion with Mark Blyth re pensions issues |
| 02/03/2010 | Waleed Rasromani | 0.20 | 190.00 | 38.00 | Read email from Parham Kouchikali regarding call |
| 02/03/2010 | Waleed Rasromani | 0.50 | 190.00 | 95.00 | Updated files |

**Client: Nortel Networks, Inc.**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 March 2010 to 30 April 2010**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 03/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re pensions issues |
| 03/03/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Email from Cleary re pensions issues and discuss with Parham Kouchikali and prep for conf call |
| 03/03/2010 | Mark Blyth | 0.70 | 650.00 | 455.00 | Conf call with Cleary re pensions issues and discuss with Parham Kouchikali |
| 03/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email Hitchcock's clerk re pensions issues |
| 03/03/2010 | Parham Kouchikali | 1.50 | 495.00 | 742.50 | Considering pensions issues; emails re same; discussions with Mark Blyth re same |
| 03/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Delegate research re pensions issues |
| 03/03/2010 | Parham Kouchikali | 0.70 | 495.00 | 346.50 | Attending call with Cleary to discuss pensions issues |
| 03/03/2010 | Waleed Rasromani | 1.40 | 190.00 | 266.00 | Researched pensions issues |
| 04/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Email Cleary re discussions |
| 04/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Emails re scheduling calls with Cleary |
| 04/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Telecon with Cleary; follow-up |
| 04/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Tel and email re pensions issues |
| 04/03/2010 | Parham Kouchikali | 2.50 | 495.00 | 1,237.50 | Review papers |
| 04/03/2010 | Waleed Rasromani | 3.50 | 190.00 | 665.00 | Researched pensions issues |
| 04/03/2010 | Waleed Rasromani | 4.50 | 190.00 | 855.00 | Wrote memo setting out results of research re pensions issues |
| 05/03/2010 | Mark Blyth | 0.70 | 650.00 | 455.00 | Discuss pensions issues with Richard Hitchcock |
| 05/03/2010 | Mark Blyth | 1.00 | 650.00 | 650.00 | Conf call with Cleary re pensions issues |
| 05/03/2010 | Mark Blyth | 1.00 | 650.00 | 650.00 | Review relevant documents and email Cleary re same |
| 05/03/2010 | Mark Blyth | 1.30 | 650.00 | 845.00 | Draft relevant documents |
| 05/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Emails re pensions issues |
| 05/03/2010 | Waleed Rasromani | 0.50 | 190.00 | 95.00 | Researched pensions issues |
| 05/03/2010 | Waleed Rasromani | 0.40 | 190.00 | 76.00 | Proof-read memo setting out results of research re pensions issues |
| 05/03/2010 | Waleed Rasromani | 0.60 | 190.00 | 114.00 | Prepared files of relevant documents |
| 08/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Review relevant documents and prepare for call |
| 08/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Preparation for conference call |
| 08/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Conference call with Cleary re pensions issues |
| 08/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email counsel re conference call |
| 08/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Tel counsel clerks re holiday dates for counsel and email Cleary re same |
| 08/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email re pensions issues |
| 08/03/2010 | Waleed Rasromani | 0.80 | 190.00 | 152.00 | Reviewed relevant documents |
| 08/03/2010 | Waleed Rasromani | 2.00 | 190.00 | 380.00 | Updated files with relevant documents |
| 08/03/2010 | Waleed Rasromani | 0.50 | 190.00 | 95.00 | Read relevant documents |
| 09/03/2010 | Graeme Tricker | 0.10 | 580.00 | 58.00 | Receive email from Blyth with relevant documents |
| 09/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email counsel re pensions issues |
| 09/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re pensions issues |
| 09/03/2010 | Mark Blyth | 0.60 | 650.00 | 390.00 | Review relevant documents |
| 09/03/2010 | Mark Blyth | 0.90 | 650.00 | 585.00 | Review of papers and email Cleary |
| 09/03/2010 | Parham Kouchikali | 4.00 | 495.00 | 1,980.00 | Reviewing relevant documents |
| 09/03/2010 | Parham Kouchikali | 3.50 | 495.00 | 1,732.50 | Reviewing relevant documents |
| 09/03/2010 | Waleed Rasromani | 0.10 | 190.00 | 19.00 | Updated file with relevant documents |

**Client: Nortel Networks, Inc.**
**Matter: L-175748 - Pensions**
Schedule of time covering period from 1 March 2010 to 30 April 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 10/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Reviewed emails |
| 10/03/2010 | Waleed Rasromani | 0.10 | 190.00 | 19.00 | Printed and filed relevant documents |
| 11/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email to counsel re pensions issues |
| 11/03/2010 | Parham Kouchikali | 2.50 | 495.00 | 1,237.50 | Review relevant documents |
| 11/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review relevant documents |
| 12/03/2010 | Graeme Tricker | 0.30 | 580.00 | 174.00 | Search for relevant documents; forward to Linklaters team |
| 12/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Review relevant documents |
| 12/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re relevant documents |
| 15/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re vacations and conf call |
| 15/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Reviewing emails re pensions issues |
| 16/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re con call with Cleary |
| 16/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Review relevant documents |
| 16/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Review relevant documents |
| 17/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review relevant documents |
| 17/03/2010 | Waleed Rasromani | 0.50 | 190.00 | 95.00 | Arranged for photocopying and delivery of files for counsel; checked photocopied files for errors |
| 17/03/2010 | Waleed Rasromani | 3.00 | 190.00 | 570.00 | Prepared relevant documents for counsel |
| 17/03/2010 | Waleed Rasromani | 0.30 | 190.00 | 57.00 | Photocopied relevant documents and updated files |
| 18/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Discussion with Parham Kouchikali re progress |
| 18/03/2010 | Mark Blyth | 0.90 | 650.00 | 585.00 | Review of relevant documents and email Cleary |
| 18/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email re pensions issues |
| 19/03/2010 | Graeme Tricker | 0.20 | 580.00 | 116.00 | Update from Blyth re pensions issues |
| 19/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email to Cleary re pensions issues |
| 19/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Email with counsel re draft documents and email to client re same |
| 19/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email from Cleary re pensions issues |
| 19/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email Cleary re pensions issues |
| 19/03/2010 | Michael White | 1.90 | 495.00 | 940.50 | Reviewing relevant documents; brief discussion with Mark Blyth |
| 22/03/2010 | Mark Blyth | 0.60 | 650.00 | 390.00 | Conference call with Cleary |
| 22/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal discussion re pensions issues - and review draft document |
| 22/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Email to Cleary re pensions issues |
| 22/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Telephone conversation re pensions issues |
| 22/03/2010 | Michael White | 0.70 | 495.00 | 346.50 | Telecon with Cleary (with Mark Blyth and Parham Kouchikali); notes |
| 22/03/2010 | Michael White | 1.60 | 495.00 | 792.00 | Reviewing recent correspondence |
| 22/03/2010 | Parham Kouchikali | 0.70 | 495.00 | 346.50 | Prep for call with Cleary |
| 22/03/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Attend call with Cleary |
| 23/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Draft document - email same internal |
| 23/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email Cleary re draft document |
| 23/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Review papers |
| 23/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Reviewing relevant document |
| 23/03/2010 | Mark Blyth | 0.60 | 650.00 | 390.00 | Email Cleary re pensions issues |
| 23/03/2010 | Michael White | 1.40 | 495.00 | 693.00 | Email from Cleary re pensions issues |

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of time covering period from 1 March 2010 to 30 April 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 23/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review relevant documents; email Cleary re same |
| 23/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Review relevant documents; comments on same |
| 24/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Telecon Cleary re pensions issues |
| 24/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal email re Cleary call and discuss with Parham Kouchikali |
| 24/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re relevant documents |
| 24/03/2010 | Parham Kouchikali | 3.00 | 495.00 | 1,485.00 | Reviewing relevant documents |
| 25/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Review relevant documents |
| 25/03/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Review relevant documents and research pensions issues |
| 25/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email with Cleary over draft documents |
| 25/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email to Cleary re pensions issues |
| 25/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Emails with Cleary re pensions issues |
| 25/03/2010 | Parham Kouchikali | 2.50 | 495.00 | 1,237.50 | Reviewing relevant documents from pensions perspective and providing feedback, additional points |
| 25/03/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Reviewing emails re pensions issues |
| 26/03/2010 | Mark Blyth | 0.70 | 650.00 | 455.00 | Review draft document and email to Cleary re same |
| 26/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Review draft document |
| 26/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Telecon re draft document |
| 26/03/2010 | Mark Blyth | 1.00 | 650.00 | 650.00 | Review documents prepared by counsel and email Cleary re same |
| 26/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Consider relevant documents and email Cleary |
| 26/03/2010 | Michael White | 0.70 | 495.00 | 346.50 | Email from Cleary re draft document; considering same; discussion with Parham Kouchikali |
| 26/03/2010 | Michael White | 0.40 | 495.00 | 198.00 | Meeting with Mark Blyth and Parham Kouchikali |
| 26/03/2010 | Michael White | 0.70 | 495.00 | 346.50 | Further drafting; email to Mark Blyth and Parham Kouchikali; email to Cleary |
| 26/03/2010 | Michael White | 0.40 | 495.00 | 198.00 | Further reviewing recent correspondence and issues |
| 26/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Considering draft document; discussions with Cleary; follow up re same |
| 26/03/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Reviewing email relating to relevant documents |
| 26/03/2010 | Parham Kouchikali | 1.50 | 495.00 | 742.50 | Drafting emails re draft documents; discussions with Mark Blyth re same |
| 26/03/2010 | Parham Kouchikali | 2.50 | 495.00 | 1,237.50 | Reviewing papers and commenting on same |
| 29/03/2010 | Michael White | 0.10 | 495.00 | 49.50 | Reviewing/filing emails |
| 31/03/2010 | Michael White | 0.20 | 495.00 | 99.00 | Email from Cleary; email to Cleary; email to counsel forwarding same |
| 02/04/2010 | Michael White | 0.20 | 495.00 | 99.00 | Email from and to Cleary re pensions issues |
| 02/04/2010 | Michael White | 0.10 | 495.00 | 49.50 | Email to Cleary re pensions issues |
| 06/04/2010 | Michael White | 1.10 | 495.00 | 544.50 | Reading relevant documents |
| 06/04/2010 | Michael White | 0.90 | 495.00 | 445.50 | Reading relevant documents |
| 06/04/2010 | Michael White | 0.20 | 495.00 | 99.00 | Settling notes of call with Cleary |
| 06/04/2010 | Michael White | 0.10 | 495.00 | 49.50 | Prep for call with Cleary |
| 06/04/2010 | Michael White | 0.10 | 495.00 | 49.50 | Emails with Cleary re pensions issues |
| 06/04/2010 | Michael White | 0.70 | 495.00 | 346.50 | Call with Cleary re pensions issues |
| 06/04/2010 | Michael White | 0.10 | 495.00 | 49.50 | Email to counsel providing latest correspondence |
| 06/04/2010 | Michael White | 0.70 | 495.00 | 346.50 | Reading correspondence; email to Cleary providing latest correspondence and summarising |
| 12/04/2010 | Michael White | 0.50 | 495.00 | 247.50 | Discussion with Parham Kouchikali to update on developments whilst Parham Kouchikali on leave |
| 12/04/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Discussion with Michael White re pensions issues |

**Client: Nortel Networks, Inc.**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 March 2010 to 30 April 2010**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 12/04/2010 | Parham Kouchikali | 0.40 | 495.00 | 198.00 | Emails re pensions issues |
| 12/04/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Discussion with Michael White re pensions issues |
| 13/04/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Reviewing documents and updating team in relation to the same |
| 14/04/2010 | Parham Kouchikali | 1.40 | 495.00 | 693.00 | Reviewing emails re pensions issues |
| 14/04/2010 | Parham Kouchikali | 2.50 | 495.00 | 1,237.50 | Reviewing papers re pensions issues |
| 14/04/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Call with Cleary and follow-up re pensions issues |
| 14/04/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Con with counsel re pensions issues |
| 16/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal discussion re pensions issues |
| 16/04/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Review of relevant documents |
| 16/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Review emails from Cleary re pensions issues (catch-up after holiday) |
| 16/04/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Review emails re pensions issues |
| 16/04/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Review emails re pensions issues |
| 16/04/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Emails with Cleary and Mark Blyth re pensions issues |
| 16/04/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Review papers |
| 20/04/2010 | Mark Blyth | 1.10 | 650.00 | 715.00 | Review papers re pensions issues |
| 20/04/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Email Cleary re pensions issues |
| 20/04/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Review emails re pensions issues |
| 20/04/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Review correspondence re pensions issues |
| 20/04/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Review relevant documents |
| 20/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Internal discussion re pensions issues |
| 20/04/2010 | Mark Blyth | 1.10 | 650.00 | 715.00 | Review papers and email for the client re same |
| 20/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Email Cleary re pensions issues |
| 20/04/2010 | Parham Kouchikali | 3.00 | 495.00 | 1,485.00 | Pensions issues – considering email from Cleary; consider pensions issues; discussions with Mark Blyth; email Cleary |
| 21/04/2010 | Mark Blyth | 1.00 | 650.00 | 650.00 | Review papers re pensions issues |
| 26/04/2010 | Mark Blyth | 0.50 | 650.00 | 325.00 | Review emails re pensions issues and email re timings for conference call |
| 27/04/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Research re pensions issues |
| 27/04/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email to Cleary re pensions issues |
| 27/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Research re pensions issues - prep for call with Cleary |
| 27/04/2010 | Mark Blyth | 1.00 | 650.00 | 650.00 | Internal discussion with Parham Kouchikali and conference call with Cleary |
| 27/04/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Attending call with Cleary re pensions issues |
| 28/04/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Internal discussion with Graeme Tricker - update and discuss approach |
| 30/04/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email re pensions issues |

**Billing**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 26/04/2010 | Jared Oyston | 0.60 | 290.00 | 174.00 | Assisting billing with preparation of Nortel bill |
| 26/04/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Arranging issuance of Nortel bill |
| 29/04/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Finalising bill |

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of time covering period from 1 March 2010 to 30 April 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 29/04/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Finalising bill |
| 29/04/2010 | Jared Oyston | 0.40 | 290.00 | 116.00 | Finalising bill |

**Fee Applications**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 10/03/2010 | Jared Oyston | 2.00 | 290.00 | 580.00 | Reviewing activity descriptions for compliance with US fee applications process |
| 10/03/2010 | Jared Oyston | 1.00 | 290.00 | 290.00 | Reviewing activity descriptions for compliance with US fee applications process |
| 10/03/2010 | Jared Oyston | 1.60 | 290.00 | 464.00 | Drafting fee application documents |
| 10/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Reviewing activity descriptions for compliance with US fee applications process |
| 10/03/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review draft fee application |
| 12/03/2010 | Jared Oyston | 1.00 | 290.00 | 290.00 | Drafting fee application to US Bankruptcy Court |
| 12/03/2010 | Jared Oyston | 0.30 | 290.00 | 87.00 | Drafting fee application to US Bankruptcy Court |
| 15/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Email internal re fee application |
| 15/03/2010 | Jared Oyston | 3.10 | 290.00 | 899.00 | Drafting fee application for US Bankruptcy Court |
| 15/03/2010 | Jared Oyston | 4.40 | 290.00 | 1,276.00 | Drafting fee application for US Bankruptcy Court |
| 16/03/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Review draft fee application and discuss with Jared Oyston |
| 16/03/2010 | Jared Oyston | 1.50 | 290.00 | 435.00 | Reviewing billing narratives for fee application |
| 16/03/2010 | Jared Oyston | 0.60 | 290.00 | 174.00 | Reviewing billing narratives for fee application |
| 16/03/2010 | Jared Oyston | 1.90 | 290.00 | 551.00 | Amending draft fee application |
| 16/03/2010 | Jared Oyston | 4.70 | 290.00 | 1,363.00 | Reviewing billing narratives for fee application |
| 17/03/2010 | Edward Rasp | 0.80 | 382.10 | 305.68 | Review and comment on fee application (.7); telephone conference with Jared Oyston re same (.1). |
| 17/03/2010 | Jared Oyston | 2.20 | 290.00 | 638.00 | Revising draft fee application |
| 17/03/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Speaking to counsel's clerk re fee note for fee application |
| 17/03/2010 | Jared Oyston | 4.20 | 290.00 | 1,218.00 | Reviewing timelines for submission with fee application; amending draft fee application |
| 17/03/2010 | Jared Oyston | 0.60 | 290.00 | 174.00 | Fee application – reviewing timelines for submission |
| 18/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Discuss fee application with Jared Oyston internal and review emails re same |
| 18/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Review draft fee application doc |
| 18/03/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Review of counsel fee notes for accuracy |
| 18/03/2010 | Edward Rasp | 0.40 | 382.10 | 152.84 | Review revised fee application (.3); correspond internally re same (.1). |
| 18/03/2010 | Jared Oyston | 2.60 | 290.00 | 754.00 | Arranging time logs into project categories |
| 18/03/2010 | Jared Oyston | 7.20 | 290.00 | 2,088.00 | Preparing fee application: arranging time logs into project categories (5.5); discussion with Parham Kouchikali re uncertain entries (0.3); revising draft application (0.9); email correspondence re amendments required (0.5) |
| 18/03/2010 | Jared Oyston | 3.40 | 290.00 | 986.00 | Amending fee application: reviewing time logs for clarity and appropriate project categorisation and amending as necessary |
| 19/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Telecon with counsel clerk re fee note |
| 19/03/2010 | Mark Blyth | 0.90 | 650.00 | 585.00 | Review of narrative for fee application and discuss same with Jared Oyston |
| 19/03/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Email to Graeme Tricker re time recording |
| 19/03/2010 | Jared Oyston | 0.80 | 290.00 | 232.00 | Revising draft application to reflect project categories |

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of time covering period from 1 March 2010 to 30 April 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 19/03/2010 | Jared Oyston | 0.40 | 290.00 | 116.00 | Revising fee application; amending time logs for appropriate project categorisation |
| 19/03/2010 | Jared Oyston | 0.90 | 290.00 | 261.00 | Reviewing fee logs in light of Mark Blyth's comments |
| 21/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Reviewing fee timelines in preparation for submission |
| 21/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Reviewing fee timelines in preparation for submission |
| 21/03/2010 | Jared Oyston | 0.40 | 290.00 | 116.00 | Reviewing fee timelines in preparation for submission |
| 21/03/2010 | Jared Oyston | 0.90 | 290.00 | 261.00 | Reviewing fee timelines in preparation for submission |
| 23/03/2010 | Parham Kouchikali | 1.50 | 495.00 | 742.50 | Reviewing fee application |
| 22/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Discuss fee notes of counsel with clerk |
| 22/03/2010 | Edward Rasp | 0.40 | 382.10 | 152.84 | Review fee application (.2); correspondence and discussions with team re same (.2). |
| 22/03/2010 | Jared Oyston | 2.30 | 290.00 | 667.00 | Finalising fee application |
| 22/03/2010 | Jared Oyston | 0.60 | 290.00 | 174.00 | Preparing detailed breakdown of expenses for fee application |
| 23/03/2010 | Mark Blyth | 0.10 | 650.00 | 65.00 | Internal emails and discussion with Jared Oyston re fee application |
| 23/03/2010 | Jared Oyston | 0.50 | 290.00 | 145.00 | Amending fee application |
| 23/03/2010 | Jared Oyston | 3.70 | 290.00 | 1,073.00 | Revising fee application |
| 23/03/2010 | Jared Oyston | 0.50 | 290.00 | 145.00 | Revising fee application |
| 23/03/2010 | Jared Oyston | 0.30 | 290.00 | 87.00 | Discussion re fee application |
| 24/03/2010 | Jared Oyston | 1.80 | 290.00 | 522.00 | Amending application |
| 24/03/2010 | Jared Oyston | 1.50 | 290.00 | 435.00 | Reviewing fee logs for fee application |
| 24/03/2010 | Jared Oyston | 1.90 | 290.00 | 551.00 | Amending fee application following discussions |
| 25/03/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Emails and internal discussion re fee application |
| 25/03/2010 | Jared Oyston | 2.50 | 290.00 | 725.00 | Preparing detailed expenses spreadsheet for costs application |
| 25/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Preparing expenses detail spreadsheet - discussion with billing team re some items on the spreadsheet |
| 26/03/2010 | Jared Oyston | 0.50 | 290.00 | 145.00 | Final check of fee application; handing to Mark Blyth for signature |
| 26/03/2010 | Jared Oyston | 0.30 | 290.00 | 87.00 | Scanning and sending final fee application documents |
| 26/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Preparing Nortel fee applications file for future reference |
| 30/03/2010 | Edward Rasp | 1.00 | 382.10 | 382.10 | Review UST comments on Linklaters fee application (.7); draft, review and revise correspondence re same (.3). |
| 30/03/2010 | Jared Oyston | 0.40 | 290.00 | 116.00 | Reviewing UST's objection to fee application |
| 31/03/2010 | Michael White | 0.10 | 495.00 | 49.50 | Brief discussion with Jared Oyston re proposed call re fee application issues |
| 31/03/2010 | Graeme Tricker | 0.20 | 580.00 | 116.00 | Read emails on fee applications |
| 31/03/2010 | Edward Rasp | 0.60 | 382.10 | 229.26 | Review issues related to UST response to fee application (.2); telephone conferences with Jared Oyston re same (.4). |
| 31/03/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Call re UST's costs objection |
| 12/04/2010 | Edward Rasp | 0.10 | 382.10 | 38.21 | Emails with Jared Oyston re UST comments to fee application |
| 12/04/2010 | Jared Oyston | 0.10 | 290.00 | 29.00 | Email re fee objection process |
| 12/04/2010 | Parham Kouchikali | 0.60 | 495.00 | 297.00 | Discussion with Jared Oyston re fee application; emails in relation to same |
| 16/04/2010 | Edward Rasp | 0.30 | 382.10 | 114.63 | Emails re telephone conference with UST office re fee application (.2); telephone conference with Jared Oyston re same (.1). |
| 16/04/2010 | Jared Oyston | 0.60 | 290.00 | 174.00 | Discussions re call with UST re fee application objection |

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of time covering period from 1 March 2010 to 30 April 2010

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 19/04/2010 | Edward Rasp | 0.70 | 382.10 | 267.47 | Telephone conferences with Mark Blyth and UST's office re fee application (.4); legal research and prepare for telephone conference with UST's office (.3). |
| 19/04/2010 | Mark Blyth | 0.40 | 650.00 | 260.00 | Telecon Ed Rasp - email and conference call with US Trustee over conflict costs |
| 19/04/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Note addressing concerns of Trustee - email internal |
| 19/04/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Drafting email to UST re objection to fee application |
| 19/04/2010 | Jared Oyston | 0.70 | 290.00 | 203.00 | Revising draft email to UST re objection to fee application |
| 19/04/2010 | Jared Oyston | 0.40 | 290.00 | 116.00 | Call with UST re objection to fee application (including prep) |
| 19/04/2010 | Jared Oyston | 1.00 | 290.00 | 290.00 | Revising draft email re fee objection |
| 19/04/2010 | Parham Kouchikali | 0.60 | 495.00 | 297.00 | Reviewing emails on contested fees |
| 20/04/2010 | Mark Blyth | 0.60 | 650.00 | 390.00 | Email to US Trustee re fee application |
| 20/04/2010 | Mark Blyth | 0.30 | 650.00 | 195.00 | Discuss with Jared Oyston re information for Trustee and email re same |
| 20/04/2010 | Edward Rasp | 0.40 | 382.10 | 152.84 | Research and correspond internally re time spent on 2014 disclosure preparation |
| 20/04/2010 | Jared Oyston | 1.30 | 290.00 | 377.00 | Drafting email to Risk department re fee application; discussion with Mark Blyth |
| 20/04/2010 | Jared Oyston | 0.50 | 290.00 | 145.00 | Draft email re fee application |
| 21/04/2010 | Edward Rasp | 0.10 | 382.10 | 38.21 | Emails re resolution re fees |
| 21/04/2010 | Mark Blyth | 0.20 | 650.00 | 130.00 | Emails re agreed fee reduction with Trustee |
| 21/04/2010 | Jared Oyston | 0.20 | 290.00 | 58.00 | Reviewing emails on settlement of UST fee objection |
| **Total** | | **218.70** | | **93,575.08** | |