# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2010 Through April 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Counsel's fees (see breakdowns as Exhibits C and D) | | £20,250.00 |
| Photocopying | | £131.38 |
| Printing | | £92.61 |
| Courier/Delivery Services | | £8.50 |
| Meals | | £20.71 |
| Taxis | | £168.04 |
| **Grand Total Expenses** | | **£20,671.24** (US$30,116.96) |

2725046.2

Client: Nortel Networks, Inc.
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 March 2010 to 30 April 2010

Other Service Item (OSI) Section

| Date | OSIS. Type | Quantity | OSIS.Value (£) | Description |
|---|---|---|---|---|
| 03/03/2010 | O001_TAXIS | | 10.00 | 26/02 - TAXI FARE |
| 03/03/2010 | O001_TAXIS | | 9.00 | 26/02 - TAXI FARE |
| 16/03/2010 | O001_TAXIS | | 23.93 | 160310, MR J OYSTON, N7, 2233 |
| 16/03/2010 | O001_TAXIS | | 21.42 | 160310, MR J OYSTON, N7, 0002 |
| 17/03/2010 | O001_TAXIS | | 27.57 | 170310, MR J OYSTON, N7, 2305 |
| 19/03/2010 | O001_TAXIS | | 24.84 | 190310, MR J OYSTON, N7, 0037 |
| 22/03/2010 | O001_TAXIS | | 21.88 | 220310, MR J OYSTON, N7, 0017 |
| 23/03/2010 | O001_TAXIS | | 29.40 | 230310, MR J OYSTON, N7, 2216 |
| | O001_TAXIS Total | | 168.04 | |
| 18/03/2010 | O002_COURIER | | 3.75 | 1803 W RASROMANI WC2 |
| 18/03/2010 | O002_COURIER | | 3.75 | 1803 W RASROMANI WC1 |
| | O002_COURIER Total | | 7.50 | |
| 26/03/2010 | O055_MEALS_LATE_WK | | 3.36 | 22/03 EVENING MEAL-WORKING LATE-SILKS |
| 26/03/2010 | O055_MEALS_LATE_WK | | 4.31 | 21/03 EVENING MEAL-WORKING LATE-SILKS |
| 26/03/2010 | O055_MEALS_LATE_WK | | 2.83 | 18/03 EVENING MEAL-WORKING LATE-SILKS |
| 26/03/2010 | O055_MEALS_LATE_WK | | 3.36 | 17/03 EVENING MEAL-WORKING LATE-SILKS |
| 26/03/2010 | O055_MEALS_LATE_WK | | 3.49 | 16/03 EVENING MEAL-WORKING LATE-SILKS |
| 26/03/2010 | O055_MEALS_LATE_WK | | 3.36 | 15/03 EVENING MEAL-WORKING LATE-SILKS |
| | O055_MEALS_LATE_WK Total | | 20.71 | |
| 01/03/2010 | PHOTO_WHITE_A4 | 60 | 12.00 | Photocopying White A4 |
| 08/04/2010 | PHOTO_WHITE_A4 | 1848 | 369.60 | Copying B&W A4 |
| | PHOTO_WHITE_A4 Total | | 381.60 | |
| 09/03/2010 | POSTAGE | | 1.00 | 02.03.2010 Waleed Rasromani, NEW SQUARE |
| | POSTAGE Total | | 1.00 | |
| 01/03/2010 | PRINTCOPYING | 313 | 62.60 | Printcopying |
| 04/03/2010 | PRINTCOPYING | 205 | 41.00 | Printing: Black & White |
| 05/03/2010 | PRINTCOPYING | 209 | 41.80 | Printing: Black & White |
| 08/03/2010 | PRINTCOPYING | 127 | 25.40 | Printing: Black & White |
| 11/03/2010 | PRINTCOPYING | 108 | 21.60 | Printing: Black & White |
| 15/03/2010 | PRINTCOPYING | 152 | 30.40 | Printcopying |
| 20/04/2010 | PRINTCOPYING | 231 | 46.20 | Printing: Black & White |
| | PRINTCOPYING Total | | 269.00 | |
| | Grand Total | | 847.85 | |

Printing charges shown are based on Linklaters' standard rates. However, in its fee application Linklaters has reduced its charges to a rate equivalent to no more than US$0.10 per sheet.