# EXHIBIT C

2725046.2

# Professional Fees of Paul Newman QC

VAT Registration No: 626310273

| DX: 10 London/City | 8 New Square, Lincoln's Inn |
|---|---|
| Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>EC2Y 8HQ | London WC2A 3QP<br>**WILBERFORCE**<br>CHAMBERS<br>Tel · 020 7306 0102<br>Fax · 020 7306 0095<br>LDE No · 311 |

| Your Ref: Mark Blyth | 02 Jun 2010 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 01 Mar 2010 | Settling e-mail re: pensions issues and discussing same with Instructing Solicitors and Mr Walmsley; perusing documents; advising in Conference on the Telephone re: pensions issues; further discussion with Instructing Solicitors and Mr Walmsley re: pensions issues<br>[6 hrs] | 3,000.00 | 525.00 |
| 04 Mar 2010 | Received copy documents for Counsel's information from Instructing Solicitors<br>Working on draft document<br>[6 hrs] | 3,000.00 | 525.00 |
| 05 Mar 2010 | Working on draft document<br>[5 hrs] | 2,500.00 | 437.50 |
| 08 Mar 2010 | Considering pensions issues; advising by email<br>[1 hr] | 500.00 | 87.50 |
| 10 Mar 2010 | Perusing documents and considering pensions issues | 1,000.00 | 175.00 |

Please make cheques payable to Paul Newman QC

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited                                                                 Page: 1/3



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of Paul Newman QC

VAT Registration No: 626310273

| DX: 10 London/City | |
|---|---|
| Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>EC2Y 8HQ | 8 New Square, Lincoln's Inn<br>London WC2A 3QP<br><br>**WILBERFORCE**<br>CHAMBERS<br><br>Tel · 020 7306 0102<br>Fax · 020 7306 0095<br>LDE No · 311 |

| Your Ref: Mark Blyth | 02 Jun 2010 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
|  | [2 hrs] |  |  |
| 15 Mar 2010 | Working on draft documents<br>[4 hrs] | 2,000.00 | 350.00 |
| 18 Mar 2010 | Considering additional bundles sent by Instructing Solicitors<br>[1 hr] | 500.00 | 87.50 |
| 19 Mar 2010 | Perusing documents and drafting document<br>[1 hr] | 500.00 | 87.50 |
| 22 Mar 2010 | Finalising draft documents<br>[1 hr] | 500.00 | 87.50 |

| Please make cheques payable to Paul Newman QC |  |
|---|---|
| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 2/3



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of Paul Newman QC
VAT Registration No: 626310273

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 02 Jun 2010 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 29 Mar 2010 | Settling email re: pensions issues and discussing the same with Instructing Solicitors and Mr Walmsley; Preparation for Consultation over the telephone; including reading documents; Advising in Consultation over the telephone with Mr Walmsley on pensions issues and further discussion on pensions issues with Mr Walmsley and Instructing Solicitors [9 hrs in total] | 4,500.00 | 787.50 |
| 14 Apr 2010 | Advising in Consultation on the telephone [1 hr] | 500.00 | 87.50 |

|  | Total | £18,500.00 | £3,237.50 |
|---|---|---|---|
|  | **Total Due** | **£21,737.50** |  |

Please make cheques payable to Paul Newman QC

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 3/3

Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk