# EXHIBIT D

2725046.2

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 02 Jun 2010 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 01 Mar 2010 | Reviewed responses to draft document and advising Instructing Solicitors by email on the matter; reading and considering documents; consideration and discussion of draft email on pensions issues; Advising in Conference on the telephone re: pensions issues [3 hrs 35 mins] | 625.00 | 109.38 |
| 02 Mar 2010 | Review of update from Instructing Solicitors re: pensions issues and raising issues arising with Mr Newman QC [15 mins] | 50.00 | 8.75 |
| 03 Mar 2010 | Preparation of draft documents; liaising with Mr Newman QC for review [6 hrs] | 1,050.00 | 183.75 |
| 04 Mar 2010 | Received copy documents for Counsel's information from Instructing Solicitors | | |

Please make cheques payable to James Walmsley

THIS IS NOT A TAX INVOICE        PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE

(c) Meridian Law Limited                                                                                                 Page: 1/2



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

| DX: 10 London/City<br><br>Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>EC2Y 8HQ | 8 New Square, Lincoln's Inn<br>London WC2A 3QP<br><br>**WILBERFORCE**<br>CHAMBERS<br><br>Tel · 020 7306 0102<br>Fax · 020 7306 0095<br>LDE No · 311 |

| Your Ref: Mark Blyth | 02 Jun 2010 | Case Ref. No: 96925 |

**Re: Nortel Networks Inc**

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 18 Mar 2010 | Received documents from Instructing Solicitors together with copy bundles for Counsel's information | | |

|  | Total | £1,725.00 | £301.88 |
|  | **Total Due** | **£2,026.88** | |

| Please make cheques payable to James Walmsley |
| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited                                                                 Page: 2/2



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk