**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
:
*In re*                                                                      :
:
Nortel Networks Inc., *et al.*, [1]                              :
:
            Debtors.                           :
:
:
:
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**SEALED PURSUANT TO COURT**
**ORDER DATED JANUARY 8, 2010**
**(D.I. 2259)**

**Re: D.I. 2259, 3100**

---

**CONFIDENTIAL FILED UNDER SEAL – EXHIBIT B**
**RE: AFFIDAVIT OF SERVICE (D.I. 3100)**

---

Dated:    Wilmington, Delaware
          June 2, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)              Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)           Eric D. Schwartz (No. 3134)
One Liberty Plaza                      Ann C. Cordo (No. 4817)
New York, New York 10006          Alissa T. Gazze (No. 5338)
Telephone: (212) 225-2000           1201 North Market Street
Facsimile: (212) 225-3999           P.O. Box 1347
                                   Wilmington, Delaware 19899-1347
                                   Phone: (302) 658-9200
                                   Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3549563.9