# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

February 1, 2010 Through April 30, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Brian Burke (2005) | Associate/Litigation | 580 | 4.3 | 2,494.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 5.0 | 2,625.00 |
| Mary Glennon | Paralegal | 245 | 32.1 | 7,864.50 |
| Ruth Sheopaul | Case Clerk | 185 | 4.9 | 906.50 |
| **Total** | | | 46.3 | 13,890.00 |
| **Grand Total:**  $13,890.00 | | | | |
| **Blended Rate:**  $300.00 | | | | |

Page (6) 6

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10
02205-00016

PROFORMA NO.          826685
BATCH NO.             642397
THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency:  US DOLLARS

==================================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 02/16/10 13325 Glennon, Mary M. | | 2.40 | 588.00 | 28903134 |
| Task: | Prepared hearing materials for B. Burke for Court hearing; researched Nortel press releases. | | | |
| 02/16/10 15492 Burke, Brian | | 2.00 | 1,160.00 | 28907654 |
| Task: | Securities class action: Preparations for Nortel I hearing; corresponded with Computershare regarding settlement share distributions; reviewed plaintiffs' omnibus motion; collected US counsel information for D. Powers. | | | |
| 02/17/10 15492 Burke, Brian | | 1.80 | 1,044.00 | 28906975 |
| Task: | Securities class action: Prepared for and attended Nortel I hearing on plaintiffs' omnibus motion; circulated summary of hearing. | | | |
| 02/16/10 20891 Sheopaul, Ruth | | .50 | 92.50 | 28902178 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 02/22/10 20891 Sheopaul, Ruth | | .30 | 55.50 | 28925782 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 02/26/10 20891 Sheopaul, Ruth | | .20 | 37.00 | 28955780 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/05/10 20891 Sheopaul, Ruth | | .20 | 37.00 | 28971105 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/12/10 20891 Sheopaul, Ruth | | .20 | 37.00 | 29000584 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/29/10 20891 Sheopaul, Ruth | | .30 | 55.50 | 29055675 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 04/26/10 20891 Sheopaul, Ruth | | .30 | 55.50 | 29149377 |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10
02205-00016

PROFORMA NO.          826685
BATCH NO.             642397
THROUGH DATE: 04/30/10

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

Currency:  US DOLLARS

=========================================================================

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 04/30/10 20891 Sheopaul, Ruth | | .30 | 55.50 | 29175611 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| | TOTAL HOURS: | 8.50 | | |
| | TOTAL FEES: | | 3,217.50 | |

SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10
02205-00018

PROFORMA NO.          826686
BATCH NO.             642397
THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION

Currency:  US DOLLARS
=====================================================================================

Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|-----------|-------|--------|---------|
| 11/09/09 | 06262 Baskin, Stuart | .00 | .00 | 28527998 |
| Task: | FOR PROFESSIONAL SERVICES RENDERED AND POSTED with representing Nortel Networks Corporation | | | |
| 01/26/10 | 20891 Sheopaul, Ruth | .70 | 129.50 | 28838812 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/19/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 29023698 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

```
                    TOTAL HOURS:              1.00
                    TOTAL FEES:                        185.00
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10          PROFORMA NO.        826687
02205-00021                           BATCH NO.           642397
                                      THROUGH DATE: 04/30/10

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

======================================================================

          Currency:  US DOLLARS

======================================================================

                          Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|------|------------|-------|--------|---------|
| 02/05/10 | 13325 Glennon, Mary M. | .30 | 73.50 | 28878262 |
| Task: | Filed Dunn legal filings (.2); filed correspondence (.1). | | | |
| 03/08/10 | 13325 Glennon, Mary M. | .30 | 73.50 | 28980023 |
| Task: | Filed legal files. | | | |
| 04/09/10 | 13325 Glennon, Mary M. | 4.50 | 1,102.50 | 29095767 |
| Task: | Pulled documents per Ogilvy Renault request for RMCP proceedings. | | | |
| 04/13/10 | 13325 Glennon, Mary M. | 5.50 | 1,347.50 | 29105015 |
| Task: | Retrieved documents per request of T. Gilroy for Olgilvy and Renault; coordinated copying of same; e-mail to T. Gilroy regarding same. | | | |
| 04/14/10 | 13325 Glennon, Mary M. | 3.90 | 955.50 | 29112871 |
| Task: | Located documents for K. Whibley at Ogilvy and Renault per T. Gilroy's request; drafted and reviewed e-mails to T. Gilroy and K. Whibley; proofed copy set and PDFed same. | | | |
| 04/15/10 | 13325 Glennon, Mary M. | .50 | 122.50 | 29112879 |
| Task: | Telephone call with T. Gilroy regarding K. Whibley's requests. | | | |
| 04/19/10 | 13325 Glennon, Mary M. | 1.20 | 294.00 | 29122451 |
| Task: | Reviewed indices for redacted documents; drafted e-mail to K. Whibley. | | | |
| 04/20/10 | 13325 Glennon, Mary M. | 2.80 | 686.00 | 29137584 |
| Task: | Regulatory: reviewed correspondence and memo files for B. Burke request; reviewed documents for redactions for K. Whibley. | | | |
| 04/21/10 | 13325 Glennon, Mary M. | 4.40 | 1,078.00 | 29137591 |
| Task: | Regulatory: reviewed boxes for unredacted documents. | | | |
| 04/22/10 | 13325 Glennon, Mary M. | 3.50 | 857.50 | 29137598 |
| Task: | Regulatory: reviewed indices for SEC matters regarding unredacted documents; reviewed boxes | | | |

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10            PROFORMA NO.        826687
02205-00021                            BATCH NO.           642397
                                       THROUGH DATE: 04/30/10

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

        Currency:  US DOLLARS

================================================================================

| Date | Timekeeper | | Hours | Amount | Index # |
|------|-----------|---|-------|--------|---------|
| | regarding same. | | | | |
| 04/26/10 | 13325 Glennon, Mary M. | | 2.80 | 686.00 | 29149968 |
| Task: | Reviewed boxes for unredacted docs.; sent documents to K. Whibley; drafted e-mail regarding same. | | | | |
| 04/19/10 | 15492 Burke, Brian | | .50 | 290.00 | 29125979 |
| Task: | Reviewed SEC settlement agreement and corresponded with S. Baskin in response to inquiry from D. Powers. | | | | |
| 02/18/10 | 16476 Gilroy, Terence P. | | 2.10 | 1,102.50 | 28920858 |
| Task: | Bankruptcy - Drafted Fourth Interim Fee Application (2.1). | | | | |
| 02/24/10 | 16476 Gilroy, Terence P. | | .80 | 420.00 | 28946493 |
| Task: | Bankruptcy - Drafted quarterly fee application (.8). | | | | |
| 03/18/10 | 16476 Gilroy, Terence P. | | .20 | 105.00 | 29019672 |
| Task: | Bankruptcy - Reviewed correspondence from bankruptcy counsel. | | | | |
| 04/09/10 | 16476 Gilroy, Terence P. | | 1.10 | 577.50 | 29092628 |
| Task: | Canadian Litigation - Reviewed correspondence from Ogilvy concerning request for documents from RCMP; conference with M. Glennon regarding same; reviewed materials related to same. | | | | |
| 04/14/10 | 16476 Gilroy, Terence P. | | .80 | 420.00 | 29107059 |
| Task: | Regulatory - Reviewed correspondence relating to discovery request in Canadian proceeding (.2); reviewed documents relating to same (.6). | | | | |
| 02/02/10 | 20891 Sheopaul, Ruth | | .30 | 55.50 | 28864595 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | | |
| 02/03/10 | 20891 Sheopaul, Ruth | | .30 | 55.50 | 28869681 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | | |
| 03/04/10 | 20891 Sheopaul, Ruth | | .30 | 55.50 | 28968988 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | | |

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10                     PROFORMA NO.        826687
02205-00021                                      BATCH NO.           642397
                                                 THROUGH DATE: 04/30/10

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

            Currency:  US DOLLARS
==================================================================================
Date      Timekeeper                                        Hours      Amount  Index #

04/27/10 20891 Sheopaul, Ruth                                .40       74.00 29156254
    Task:           Reviewed papers and made docket and calendar
                    entries in Law Manager.

04/30/10 20891 Sheopaul, Ruth                                .30       55.50 29175621
    Task:           Reviewed papers and made docket and calendar
                    entries in Law Manager.

            TOTAL HOURS:                                    36.80
            TOTAL FEES:                                           10,487.50