# EXHIBIT B

# EXPENSE SUMMARY

All Matters

February 1, 2010 Through April 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | 36.10 |
| Electronic Docket Information | Court Alert | 345.14 |
| Electronic Docket Information | Pacer | 51.50 |
| Electronic Docket Information | E-Law | 137.16 |
| Computer Research | ALM Media | 644.64 |
| Other Information Services | Reed Elsevier | 30.73 |
| **Total Expenses:** | | $1,245.27 |

NYDOCS04/521289.1

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10
02205-00016

PROFORMA NO.        826685
BATCH NO.           642397
THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED
RESERVES RELEASE

Currency: US DOLLARS
================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 02/24/10 | CPY | 13325 Glennon, Mary M.<br>4 COPIES AT 599 5th Floor<br>Ref:            42126934      74080 | .40 | 26107481 | |
| 01/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 749551 | 202.08 | 26091987 | 31468636 |
| 02/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 749554 | 30.48 | 26092455 | 31468830 |
| 02/02/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 749681 | 68.60 | 26096750 | 31469161 |
| 02/18/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 750208 | 30.48 | 26122188 | 31472860 |
| 02/28/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 749997 | 65.32 | 26120480 | 31472522 |
| 03/12/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 750107 | 202.08 | 26126442 | 31473302 |
| 03/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 750980 | 73.50 | 26170212 | 31479831 |
| 04/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, | 30.48 | 26170061 | 31479806 |

Page (9) 9

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10  
02205-00016  

PROFORMA NO.          826685  
BATCH NO.             642397  
THROUGH DATE: 04/30/10  

**NORTEL NETWORKS LIMITED**  
**RESERVES RELEASE**  
Currency:  US DOLLARS  

===============================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| | | LLC<br>Bank ID: CITBKNY4 Check Number: 750997 | | | |
| 04/15/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 750989 | 232.32 | 26170531 | 31479923 |
| 04/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 751743 | 81.66 | 26213973 | 31486627 |
| 04/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 751901 | 222.24 | 26226538 | 31488389 |
| 01/04/10 | MSG | 07453 Feliciano, Luis<br>Messengers | 4.50 | 26081319 | |
| 04/07/10 | OSD | 06262 Baskin, Stuart<br>Other Outside Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 751048 | 6.50 | 26177622 | 31481128 |

            TOTAL                                    1,250.64

## SHEARMAN & STERLING LLP

Page (7) 18

PROFORMA GENERATED: 06/02/10  
02205-00018

PROFORMA NO.      826686  
BATCH NO.         642397  
THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED  
MARCH 2004 ERISA ACTION

Currency:  US DOLLARS
==========================================================================

### Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|------------|--------|---------|---------|
| 10/31/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 747392 | 35.93 | 25964614 | 31450865 |
| 12/16/09 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 748167 | 34.30 | 26012476 | 31456524 |
| 01/25/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 749091 | 37.56 | 26060777 | 31463694 |
| 02/02/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 749681 | 37.02 | 26096751 | 31469161 |
| 02/28/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 749997 | 32.66 | 26120481 | 31472522 |
| 03/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 750980 | 40.28 | 26170213 | 31479831 |
| 04/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 751743 | 35.93 | 26213974 | 31486627 |
| 01/06/10 | OSD | 06262 Baskin, Stuart<br>Other Outside Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 749183 | 2.50 | 26070822 | 31465254 |
| 04/07/10 | OSD | 06262 Baskin, Stuart | 6.50 | 26177623 | 31481128 |

## SHEARMAN & STERLING LLP

Page (8) 19

```
PROFORMA GENERATED: 06/02/10                    PROFORMA NO.         826686
02205-00018                                     BATCH NO.            642397
                                                THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED
MARCH 2004 ERISA ACTION
         Currency:  US DOLLARS
================================================================================
         Cost
 Date    Code    Charged By                                Amount   Index # Voucher
                 Other Outside Services - - VENDOR: PACER
                 SERVICE CENTER
                 Bank ID: CITBKNY4  Check Number: 751048


                 TOTAL                                     262.68
```

# SHEARMAN & STERLING LLP

Page (9) 30

PROFORMA GENERATED: 06/02/10  
02205-00021

PROFORMA NO.    826687  
BATCH NO.    642397  
THROUGH DATE: 04/30/10

NORTEL NETWORKS LIMITED  
INVESTIGATIONS

Currency:  US DOLLARS

================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 02/02/10 | CPY | 13325 Glennon, Mary M.<br>1 COPIES AT 599 5th Floor<br>Ref:          42085319    73742 | .10 | 26072434 | |
| 02/02/10 | CPY | 06262 Baskin, Stuart<br>12 COPIES AT 599 5th Floor<br>Ref:          42085393    73742 | 1.20 | 26072435 | |
| 02/03/10 | CPY | 13325 Glennon, Mary M.<br>6 COPIES AT 599 5th Floor<br>Ref:          42090295    73786 | .60 | 26077030 | |
| 02/03/10 | CPY | 13325 Glennon, Mary M.<br>1 COPIES AT 599 5th Floor<br>Ref:          42090297    73786 | .10 | 26077031 | |
| 02/09/10 | CPY | 13325 Glennon, Mary M.<br>2 COPIES AT 599 5th Floor<br>Ref:          42098052    73871 | .20 | 26084578 | |
| 02/12/10 | CPY | 13325 Glennon, Mary M.<br>4 COPIES AT 599 5th Floor<br>Ref:          42102982    73913 | .40 | 26089177 | |
| 04/13/10 | CPY | 13325 Glennon, Mary M.<br>171 COPIES AT 599 C1 Level-Copy Center<br>Ref:          42232438    74833 | 17.10 | 26168741 | |
| 04/14/10 | CPY | 13325 Glennon, Mary M.<br>3 COPIES AT 599 5th Floor<br>Ref:          42236777    74873 | .30 | 26171954 | |
| 04/14/10 | CPY | 13325 Glennon, Mary M.<br>9 COPIES AT 599 5th Floor<br>Ref:          42236779    74873 | .90 | 26171955 | |
| 04/14/10 | CPY | 13325 Glennon, Mary M.<br>152 COPIES AT 599 C1 Level-Copy Center<br>Ref:          42236839    74873 | 15.20 | 26171956 | |
| 04/26/10 | CPY | 13325 Glennon, Mary M. | .10 | 26189136 | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 06/02/10                         PROFORMA NO.        826687
02205-00021                                          BATCH NO.           642397
                                                     THROUGH DATE:     04/30/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS
            Currency:   US DOLLARS
=================================================================================
         Cost
 Date    Code     Charged By                              Amount   Index #   Voucher
                  1 COPIES AT 599 5th Floor
                  Ref:              42260207      75082

04/26/10  FED    13325 Glennon, Mary M.                   54.14   26201763
                  Inv#574707523 TR#798605797719RF:02205-00021;
                  Sent: MARY GLENNON, SHEARMA, NY TO: KAREN
                  WHIBLEY at OGILVY RENAULT LLP, SUITE3800 ROYAL
                  BANK PLA, TORONTO ON
                  Ref:              42281028      75230

02/01/10  INF    06262 Baskin, Stuart                     15.24   26092457   31468830
                  Other Information Services - - VENDOR: E- LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 749554

02/02/10  INF    06262 Baskin, Stuart                     34.30   26096753   31469161
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 749681

02/18/10  INF    06262 Baskin, Stuart                     15.24   26122190   31472860
                  Other Information Services - - VENDOR: E- LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 750208

02/28/10  INF    06262 Baskin, Stuart                     38.11   26120483   31472522
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 749997

03/31/10  INF    06262 Baskin, Stuart                     39.47   26170215   31479831
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 750980

04/01/10  INF    06262 Baskin, Stuart                     15.24   26170063   31479806
                  Other Information Services - - VENDOR: E- LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 750997

04/30/10  INF    06262 Baskin, Stuart                     54.98   26213976   31486627
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 751743

04/07/10  OSD    06262 Baskin, Stuart                      9.00   26177624   31481128
```

Page (11) 32

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 06/02/10  
02205-00021

PROFORMA NO. 826687  
BATCH NO. 642397  
THROUGH DATE: 04/30/10

**NORTEL NETWORKS LIMITED**  
**INVESTIGATIONS**  
Currency: US DOLLARS

==================================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|------|-----------|------------|--------|---------|---------|
|      |           | Other Outside Services - - VENDOR: PACER SERVICE CENTER |        |         |         |
|      |           | Bank ID: CITBKNY4 Check Number: 751048 |        |         |         |

TOTAL                                                              311.92