# **CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Fifth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2010 Through April 30, 2010** was caused to be made on June 3, 2010, in the manner indicated upon the entities identified below:

Date: June 3, 2010                                             */s/ Andrew R. Remming*
                                                                       Andrew R. Remming (# 5120)

**VIA HAND DELIVERY**

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

2927478.6