# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 6/4/2010 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 21 |

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
aty   Alissa T. Gazze   agazze@mnat.com

        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Nortel Networks Inc., et al.        2221 Lakeside Boulevard        Richardson, TX 75082
frep  Allen &Overy LLP,        1221 Avenue of the Americas        New York, NY 10020
ust   Thomas Patrick Tinker        Office of the U.S. Trustee        844 King Street Suite 2207        Wilmington, DE 19801
aty   Andrew R. Remming        Morris, Nichols, Arsht &Tunnell        1201 North Market Street        P.O. Box 1347        Wilmington, DE 19899−1347
aty   Ann C. Cordo        Morris Nichols Arsht &Tunnell LLP        1201 N. Market Street        P.O. Box 1347        Wilmington, DE 19899−1347
aty   Derek C. Abbott        Morris Nichols Arsht &Tunnell        1201 N. Market Street        Wilmington, DE 19899
aty   Derek C. Abbott        Morris, Nichols, Arsht &Tunnell        1201 N. Market Street        P. O. Box 1347        Wilmington, DE 19899
aty   Eric D. Schwartz        Morris, Nichols, Arsht &Tunnell        1201 N.Market Street        P. O. Box 1347        Wilmington, DE 19801
aty   James Croft        Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006
aty   James L. Bromley        Cleary Gottlieb Steen &Hamilton        One Liberty Plaza        New York, NY 10006
aty   Jennifer M. Westerfield        Cleary Gottlieb Steen &Hamilton, LLP        One Liberty Plaza        New York, NY 10006
aty   Mary Caloway        Buchanan Ingersoll &Rooney PC        1000 West Street        Ste 1410        Wilmington, DE 19801
aty   Mona A. Parikh        Buchanan Ingersoll &Rooney PC        1000 West Street        Suite 1410        Wilmington, DE 19801
aty   Nancy G. Everett        Winston &Strawn LLP        35 W. Wacker Drive        Chicago, IL 60601
aty   Neil P Forrest        Cleary Gottlieb Steen &Hamiton LLP        One Liberty Plaza        New York, NY 10006
aty   Peter James Duhig        Buchanan Ingersoll &Rooney PC        The Brandywine Building        1000 West Street        Suite 1410, P.O. Box 1397        Wilmington, DE 19899
aty   Robin J. Baik        Cleary Gottlieb Steen &Hamilton LLP        One Liverty Plaza        New York, NY 10006
aty   Thomas F. Driscoll, III        Morris, Nichols, Arsht &Tunnell LLP        1201 North Market Street        Wilmington, DE 19801
aty   Thomas F. Driscoll, III        Morris, Nichols, Arsht &Tunnell LLP        1201 North Market Street        Wilmington, DE 19801

        TOTAL: 19