IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
                                                      :
In re                                                 :   Chapter 11
                                                      :
Nortel Networks Inc., et al.,[1]                      :   Case No. 09-10138 (KG)
                                                      :
              Debtors.                                :   Jointly Administered
                                                      :
------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Northwestern University hereby withdraws its proof of claim with prejudice in the above-captioned cases Proof of Claim No. 4026.

Dated: Evanston, IL
       May 8, 2010

Northwestern University

Susan Wuorinen, Esq.
Office of General Counsel    Assistant
Tel. 847-491-4838            General
Fax 847-467-3092             Counsel
s-wuorinen@northwestern.edu

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.