# EXHIBIT C

# Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**
**February 1, 2010 - February 28, 2010**
**Summary of Services Rendered by Project**

| Project # | Project Description | Feb |
|:---:|:---|---:|
| 1 | Interface with Company Personnel | 13.6 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 64.1 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 428.1 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 12.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **518.2** |

**Summary of Services Rendered by Professional**

| Name | Feb |
|:---|---:|
| Terry Savage, Managing Director | 17.2 |
| Michael Murray, Managing Director | 20.0 |
| David Descoteaux, Managing Director | 62.5 |
| Matthew Hart, Director | 13.0 |
| Sumeet Mehra, Vice President | 31.3 |
| Colin Keenan, Associate | 14.0 |
| Kshitij Bahtia, Associate | 95.5 |
| Edouard Gueyffier, Analyst | 147.5 |
| Matthew Carey, Analyst | 23.8 |
| Justin Lux, Analyst | 93.5 |
| **TOTAL** | **518.2** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | Advisor call | 1.2 | 2 |
| 02/01/10 | Call re: N & S | 1.0 | 8 |
| 02/02/10 | M&A update call | 1.1 | 8 |
| 02/03/10 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 02/03/10 | Call with Pavi Binning re: M&A | 0.4 | 1 |
| 02/08/10 | Advisor call | 1.2 | 2 |
| 02/08/10 | Board meeting | 2.0 | 1 |
| 02/09/10 | I.P. update call | 1.1 | 8 |
| 02/10/10 | M&A update call | 1.0 | 8 |
| 02/11/10 | Call with Jim Bromley re: legal | 1.0 | 2 |
| 02/16/10 | M&A update call | 1.1 | 8 |
| 02/17/10 | Call with Jim Bromley re: I.P. | 0.9 | 2 |
| 02/22/10 | Advisor call | 1.2 | 8 |
| 02/23/10 | M&A update call | 0.8 | 8 |
| 02/24/10 | Call with Jim Bromley re: M&A | 0.5 | 2 |
| 02/26/10 | Board meeting | 2.2 | 1 |
| | **FEBRUARY HOURS** | **17.2** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/02/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/03/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/04/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/05/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/08/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/09/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/10/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/11/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/12/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/15/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/16/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/17/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/18/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/19/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/22/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/23/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/24/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/25/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 02/26/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |

**FEBRUARY HOURS**                                                        **20.0**

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co.  LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | calls, general process, emails | 4.0 | 8 |
| 02/02/10 | calls, general process, emails | 5.0 | 8 |
| 02/03/10 | mgmt prep, general process, meetings, calls, Cleary mtg. | 7.0 | 2 |
| 02/04/10 | calls, general process, emails | 3.5 | 8 |
| 02/05/10 | calls, general process, emails | 2.5 | 8 |
| 02/08/10 | calls, general process, emails | 2.0 | 8 |
| 02/09/10 | calls, general process, emails | 4.5 | 8 |
| 02/10/10 | calls, general process, emails | 2.5 | 8 |
| 02/11/10 | calls, general process, emails | 5.0 | 8 |
| 02/12/10 | mgmt prep, general process, meetings, calls | 5.0 | 1 |
| 02/15/10 | calls, general process, emails | 1.0 | 8 |
| 02/16/10 | mgmt prep, general process, meetings, calls | 6.0 | 8 |
| 02/17/10 | Cleary mtg. | 4.0 | 2 |
| 02/18/10 | calls, general process, emails | 2.5 | 8 |
| 02/22/10 | calls, general process, emails | 3.5 | 2 |
| 02/23/10 | calls, general process, emails | 2.0 | 2 |
| 02/24/10 | calls, general process, emails | 2.5 | 2 |
| | **FEBRUARY HOURS** | **62.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 2/1/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 2/2/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 2/2/10 | Weekly M&A update call | 0.5 | 8 |
| 2/8/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 2/9/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 2/9/10 | Weekly M&A update call | 0.5 | 8 |
| 2/12/10 | Meeting re. IP | 2.5 | 8 |
| 2/15/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 2/16/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 2/16/10 | Weekly M&A update call | 0.5 | 8 |
| 2/17/10 | Internal discussion re. process | 0.5 | 8 |
| 2/22/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 2/23/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 2/23/10 | Weekly M&A update call | 0.5 | 8 |
| | **FEBRUARY HOURS** | **13.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | Team Call | 0.5 | 2 |
| 02/01/10 | Team Call | 1.0 | 2 |
| 02/02/10 | Team Call | 0.8 | 2 |
| 02/09/10 | Finance Call | 0.5 | 2 |
| 02/09/10 | Review Call | 1.0 | 2 |
| 02/09/10 | Review Call | 0.5 | 2 |
| 02/10/10 | Team Call | 1.0 | 2 |
| 02/10/10 | Team Call | 1.0 | 2 |
| 02/10/10 | Diligence Call | 1.0 | 2 |
| 02/11/10 | Call | 2.0 | 2 |
| 02/11/10 | Call | 2.0 | 2 |
| 02/12/10 | Team call | 5.0 | 2 |
| 02/15/10 | Finance Call | 1.0 | 2 |
| 02/16/10 | management call | 0.5 | 1 |
| 02/16/10 | Planning Call | 1.0 | 2 |
| 02/16/10 | Planning Call | 2.0 | 2 |
| 02/17/10 | Planning Call | 0.5 | 2 |
| 02/18/10 | Planning Call | 1.5 | 2 |
| 02/18/10 | call | 1.0 | 2 |
| 02/18/10 | Planning Call | 1.5 | 2 |
| 02/19/10 | Contracts call | 1.0 | 2 |
| 02/19/10 | R&D Call | 1.5 | 1 |
| 02/22/10 | Update Call | 0.5 | 2 |
| 02/22/10 | management call | 1.0 | 1 |
| 02/23/10 | management call | 1.0 | 1 |
| 02/24/10 | Review Call | 1.0 | 2 |

**FEBRUARY HOURS**      **31.3**

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co.  LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/02/10 | Lazard retention discussion | 1.0 | 11 |
| 02/04/10 | Lazard retention discussion | 2.0 | 11 |
| 02/08/10 | Lazard retention discussion | 1.5 | 11 |
| 02/17/10 | Revised Fees analysis | 1.5 | 11 |
| 02/18/10 | PBGC discussion | 1.0 | 2 |
| 02/14/10 | Various fees discussion | 2.5 | 11 |
| 02/23/10 | Review and response to UCC objection | 2.0 | 11 |
| 02/23/10 | Various UK pensions discussions | 2.5 | 2 |
| | **FEBRUARY HOURS** | **14.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Kshitij Bhatia - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/01/10 | MSS teaser call | 0.5 | 8 |
| 02/02/10 | Call on IP workplan | 1.0 | 8 |
| 02/02/10 | Update IP Co. Business Plan | 4.0 | 8 |
| 02/03/10 | IP udpate session with creditors at Cleary | 2.0 | 8 |
| 02/03/10 | IP model session at Cleary | 3.0 | 8 |
| 02/04/10 | MSS teaser update | 0.5 | 8 |
| 02/04/10 | Update IP Co. Business Plan | 3.0 | 8 |
| 02/05/10 | IP Update call with Nortel leadership team | 0.5 | 8 |
| 02/05/10 | Update IP Co. Business Plan | 4.0 | 8 |
| 02/05/10 | IP: marketing calls update | 1.0 | 8 |
| 02/06/10 | Update IP Co. Business Plan | 3.0 | 8 |
| 02/08/10 | Call on IP Co. Business Plan | 1.0 | 8 |
| 02/08/10 | Update IP Co. Business Plan (handset franchises) | 6.0 | 8 |
| 02/09/10 | IP: Creditor advisor weekly call | 0.5 | 8 |
| 02/09/10 | NGS Call | 1.5 | 8 |
| 02/09/10 | Update IP Co. Business Plan (handset franchises) | 3.0 | 8 |
| 02/09/10 | Call on IP Co. Business Plan (handset franchises) | 2.0 | 8 |
| 02/10/10 | NGS Call | 1.0 | 8 |
| 02/10/10 | IP Co: Licesning precedents analysis | 3.0 | 8 |
| 02/10/10 | MSS Mgmt pres revie | 1.0 | 8 |
| 02/11/10 | IP Co: Licesning precedents analysis | 3.0 | 8 |
| 02/12/10 | IP: marketing calls update | 1.0 | 8 |
| 02/12/10 | Working session - IP Co. presentation to creditor FAs (handset franchise) | 5.0 | 8 |
| 02/12/10 | MSS: call on process and buyers | 0.5 | 8 |
| 02/14/10 | MSS Process Letter draft | 1.5 | 8 |
| 02/14/10 | IP Nortel leadership team call | 4.0 | 8 |
| 02/14/10 | Update IP Co. Business Plan (handset franchises) | 6.0 | 8 |
| 02/15/10 | MSS Process Letter draft | 0.5 | 8 |
| 02/15/10 | Update IP Co. Business Plan (handset franchises) | 4.0 | 8 |
| 02/16/10 | IP Nortel leadership team call | 1.0 | 8 |
| 02/16/10 | MSS Call | 0.5 | 8 |
| 02/16/10 | Working session - IP Co. presentation to creditor FAs (handset franchise) | 10.0 | 8 |
| 02/17/10 | IP Co. presentation to creditor FAs (handset franchise) | 4.0 | 8 |
| 02/17/10 | PBGC Call on NGS | 1.5 | 8 |
| 02/18/10 | Ip Co. Business Plan (other 7 franchises) | 2.0 | 8 |
| 02/20/10 | Prepare material (IP Co. Buissness Plan) for Leadership team call on 2/23 | 1.0 | 8 |
| 02/20/10 | Update IP Co. Business Plan (other 7 franchises) | 2.0 | 8 |
| 02/21/10 | Prepare material (IP Co. Buissness Plan) for Leadership team call on 2/23 | 2.0 | 8 |
| 02/22/10 | Prepare material (IP Co. Buissness Plan) for Leadership team call on 2/23 | 2.0 | 8 |
| 02/22/10 | MSS Call on financials | 1.5 | 8 |
| 02/22/10 | Review NGS financials | 1.0 | 8 |

**FEBRUARY HOURS**                                                        95.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/02/10 | Call on IP workplan | 1.0 | 8 |
| 02/02/10 | Update IP Co. Business Plan | 4.0 | 8 |
| 02/03/10 | IP udpate session with creditors at Cleary | 2.0 | 8 |
| 02/03/10 | IP model session at Cleary | 3.0 | 8 |
| 02/04/10 | Update IP Co. Business Plan | 3.0 | 8 |
| 02/05/10 | IP Update call with Nortel leadership team | 0.5 | 8 |
| 02/05/10 | Update IP Co. Business Plan | 4.0 | 8 |
| 02/05/10 | IP: marketing calls update | 1.0 | 8 |
| 02/05/10 | IP: modelling | 5.0 | 8 |
| 02/06/10 | Update IP Co. Business Plan | 3.0 | 8 |
| 02/08/10 | Call on IP Co. Business Plan | 1.0 | 8 |
| 02/08/10 | IP: modelling | 5.0 | 8 |
| 02/08/10 | Update IP Co. Business Plan (handset franchises) | 6.0 | 8 |
| 02/09/10 | IP: Creditor advisor weekly call | 0.5 | 8 |
| 02/09/10 | Update IP Co. Business Plan (handset franchises) | 3.0 | 8 |
| 02/09/10 | IP: modelling | 5.0 | 8 |
| 02/09/10 | Call on IP Co. Business Plan (handset franchises) | 2.0 | 8 |
| 02/10/10 | IP Co: Licensing precedents analysis | 3.0 | 8 |
| 02/11/10 | IP Co: Licensing precedents analysis | 3.0 | 8 |
| 02/11/10 | IP: modelling | 4.0 | 8 |
| 02/12/10 | IP: marketing calls update | 1.0 | 8 |
| 02/12/10 | Working session - IP Co. presentation to creditor FAs (handset franchise) | 5.0 | 8 |
| 02/12/10 | IP: modelling | 8.0 | 8 |
| 02/13/10 | IP: modelling | 10.0 | 8 |
| 02/14/10 | IP Nortel leadership team call | 4.0 | 8 |
| 02/14/10 | Update IP Co. Business Plan (handset franchises) | 6.0 | 8 |
| 02/15/10 | Update IP Co. Business Plan (handset franchises) | 4.0 | 8 |
| 02/15/10 | IP: modelling | 4.0 | 8 |
| 02/16/10 | IP Nortel leadership team call | 1.0 | 8 |
| 02/16/10 | Working session - IP Co. presentation to creditor FAs (handset franchise) | 10.0 | 8 |
| 02/17/10 | IP Co. presentation to creditor FAs (handset franchise) | 4.0 | 8 |
| 02/17/10 | PBGC Call on NGS | 1.5 | 8 |
| 02/17/10 | IP: modelling | 3.0 | 8 |
| 02/18/10 | Ip Co. Business Plan (other 7 franchises) | 2.0 | 8 |
| 02/19/10 | NGS Valuation Analysis - Call | 1.0 | 8 |
| 02/20/10 | NGS Valuation Analysis - Call | 1.0 | 8 |
| 02/20/10 | Prepare material (IP Co. Busissnes Plan) for Leadership team call on 2/23 | 1.0 | 8 |
| 02/20/10 | Update IP Co. Business Plan (other 7 franchises) | 2.0 | 8 |
| 02/20/10 | IP: modelling | 3.0 | 8 |
| 02/21/10 | Prepare material (IP Co. Busissnes Plan) for Leadership team call on 2/23 | 2.0 | 8 |
| 02/22/10 | Prepare material (IP Co. Busissnes Plan) for Leadership team call on 2/23 | 2.0 | 8 |
| 02/23/10 | IP: modelling | 3.0 | 8 |
| 02/24/10 | IP: modelling | 3.0 | 8 |
| 02/25/10 | IP: modelling | 4.0 | 8 |
| 02/26/10 | IP: modelling | 3.0 | 8 |

**FEBRUARY HOURS** | | **147.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Carey – Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 02/02/10 | Due Diligence Call | 0.8 | 8 |
| 02/10/10 | Due Diligence Call | 1.0 | 8 |
| 02/10/10 | Internal Call | 1.0 | 8 |
| 02/11/10 | Due Diligence Calls | 4.0 | 8 |
| 02/12/10 | Due Diligence Call | 5.0 | 8 |
| 02/15/10 | Due Diligence Call | 1.0 | 8 |
| 02/16/10 | Due Diligence Calls | 3.0 | 8 |
| 02/17/10 | Due Diligence Calls | 1.5 | 8 |
| 02/18/10 | Due Diligence Calls | 3.0 | 8 |
| 02/19/10 | Due Diligence Calls | 3.5 | 8 |
| | **FEBRUARY HOURS** | **23.8** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 02/05/10 | IP Process (Precedent Licensing) | 2.5 | 8 |
| 02/06/10 | IP Process (Precedent Licensing) | 5.0 | 8 |
| 02/07/10 | IP Process (Precedent Licensing) | 7.0 | 8 |
| 02/08/10 | IP Process (Precedent Licensing) | 2.5 | 8 |
| 02/09/10 | IP Process (Precedent Licensing) | 1.0 | 8 |
| 02/11/10 | IP Process (Precedent Licensing and Meeting Preparation) | 5.5 | 8 |
| 02/12/10 | IPCo. Meeting with Nortel Leadership Team and Global IP at Lazard | 6.0 | 8 |
| 02/13/10 | IP Process (Precedent Licensing) | 1.5 | 8 |
| 02/14/10 | IP Process (Precedent Licensing) | 2.5 | 8 |
| 02/15/10 | IP Process Diligence | 2.5 | 8 |
| 02/16/10 | IP Process Diligence | 2.5 | 8 |
| 02/18/10 | IP Process Diligence | 3.0 | 8 |
| 02/19/10 | IP Process Diligence | 4.0 | 8 |
| 02/20/10 | IP Process Diligence | 3.0 | 8 |
| 02/21/10 | IP Process (Meeting Preparation) | 5.0 | 8 |
| 02/22/10 | IP Process (Meeting Preparation) | 7.0 | 8 |
| 02/23/10 | IP Model Diligence | 2.0 | 8 |
| 02/23/10 | IP Call with NLT | 0.5 | 2 |
| 02/23/10 | M&A update call | 0.5 | 2 |
| 02/24/10 | IP Process (Financial Model) | 7.0 | 8 |
| 02/25/10 | Compiling Lazard Team Hours/Fee Application Prep | 2.0 | 11 |
| 02/26/10 | IP Process (Financial Model) | 5.5 | 8 |
| 02/27/10 | IP Process (Financial Model) | 6.0 | 8 |
| 02/28/10 | IP Process Diligence | 5.0 | 8 |
| 02/28/10 | IP Process (Financial Model) | 4.5 | 8 |

**FEBRUARY HOURS**                                                    **93.5**