# EXHIBIT D

# Fee Calculation & Details of Expenses

# Nortel Networks, Inc.
## Monthly Fee Statement
### Lazard Frères & Co. LLC

**February 1, 2010 - February 28, 2010**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: February 1, 2010 - February 28, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $167.46 |
| Electronic Information Service | 181.67 |
| Photocopying Costs | 79.00 |
| Temporary Wages | 423.92 |
| Travel | 2,902.71 |
| **TOTAL** | **$3,754.76** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Feb 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 2/18/2010 | Mehra-Boston-taxi-airport to home 02/08/2010 | 40.00 |
| | 2/18/2010 | Mehra-Toronto-taxi-airport to client 02/08/2010 | 20.00 |
| | 2/25/2010 | Polak-taxi to meeting from home. 02/03/2010 | 9.30 |
| | 2/25/2010 | Polak-NYC TAXI taxi from meeting to the office 02/03/2010 | 7.30 |
| | 2/25/2010 | Polak-late-night taxi home from the office. 02/03/2010 | 7.15 |
| | 2/26/2010 | Descoteaux-D 01/27/2010 15:56 301 E 62 ST / Origin: LGA Dest: 301 E 62 ST   M / DIAL CAR INC | 83.71 |
| | | Subtotal: | 167.46 |
| **Electronic Information Service** | | | |
| | 2/3/2010 | ALACRA QTR 11/26/09-02/26/10 / ALACRA, INC. | 106.98 |
| | 2/3/2010 | ALACRA NOV 09 USAGE FEE / ALACRA, INC. | 76.21 |
| | 2/11/2010 | PACER 3Q JUL1-SEP30,2009 / PACER SERVICE CENTER | (1.52) |
| | | Subtotal: | 181.67 |
| **Photocopying Costs** | | | |
| | 2/24/2010 | CPYCNTR JOBS DONE IN 02/10 / NON VENDOR (AP JOURNALS) | 79.00 |
| | | Subtotal: | 79.00 |
| **Temporary Wages** | | | |
| | 2/12/2010 | Lux-Graphics job charges / HR STAFFING, INC. | 51.75 |
| | 2/17/2010 | Eshel-Graphics job charges / CUSTOM STAFFING | 148.53 |
| | 2/17/2010 | Lux-Graphics job charges / CUSTOM STAFFING | 72.25 |
| | 2/17/2010 | Lux-Graphics job charges / CUSTOM STAFFING | 70.49 |
| | 2/17/2010 | Lux-Graphics job charges / TIGER INFORMATION SYSTEMS | 34.35 |
| | 2/17/2010 | Lux-Graphics job charges / TIGER INFORMATION SYSTEMS | 25.20 |
| | 2/17/2010 | Lux-Graphics job charges / TIGER INFORMATION SYSTEMS | 21.35 |
| | | Subtotal: | 423.92 |
| **Travel** | | | |
| | 1/14/2010 | Murray-PHL/BOS coach US Air 12/03/2009 | 662.60 |
| | 1/14/2010 | Carey-DELTA AIR LINES NEW YORK NY 11/19/2009 | (159.84) |
| | 2/3/2010 | Descoteaux-AC NY-Ottawa-NY coach 12/16/2009 | 2,308.95 |
| | 2/3/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 12/15/2009 | 36.00 |
| | 2/3/2010 | Descoteaux-AMERICAN EXPRESS TICKET FEE 12/14/2009 | 36.00 |

Nortel_Feb 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 2/3/2010 | Descoteaux-AMERICAN EXPRESS AXCESS EXPRES 12/15/2009 | 19.00 |
| | | Subtotal: | 2,902.71 |

CLOSING BALANCE as of 2/28/2010     3,754.76