# EXHIBIT C

## Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**

**March 1, 2010 - March 31, 2010**

**Summary of Services Rendered by Project**

| Project # | Project Description | Mar |
|---|---|---|
| 1 | Interface with Company Personnel | 4.4 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 87.7 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 10.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 208.9 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 11.5 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 6.0 |
| **TOTAL** | | **328.5** |

**Summary of Services Rendered by Professional**

| Name | Mar |
|---|---|
| Terry Savage, Managing Director | 19.2 |
| Michael Murray, Managing Director | 23.0 |
| David Descoteaux, Managing Director | 70.5 |
| Matthew Hart, Director | 13.5 |
| Sumeet Mehra, Vice President | 30.5 |
| Colin Keenan, Associate | 28.0 |
| Edouard Gueyffier, Analyst | 10.0 |
| Justin Lux, Analyst | 133.8 |
| **TOTAL** | **328.5** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/10 | Advisor call | 1.1 | 2 |
| 03/02/10 | M&A update call | 1.0 | 8 |
| 03/04/10 | Call with Jim Bromley re: M&A | 0.5 | 2 |
| 03/08/10 | Advisor call | 1.0 | 2 |
| 03/09/10 | M&A update call | 0.8 | 8 |
| 03/09/10 | I.P. update call | 1.0 | 8 |
| 03/10/10 | Board meeting | 2.3 | 1 |
| 03/15/10 | Advisor call | 1.0 | 2 |
| 03/16/10 | M&A update call | 0.9 | 8 |
| 03/16/10 | I.P. update call | 0.9 | 2 |
| 03/22/10 | Advisor call | 1.2 | 2 |
| 03/23/10 | M&A update call | 0.8 | 8 |
| 03/23/10 | I.P. update call | 1.0 | 8 |
| 03/25/10 | Call with Jim Bromley re: I.P. and M&A | 0.7 | 8 |
| 03/26/10 | Board meeting | 2.1 | 1 |
| 03/29/10 | Advisor call | 1.0 | 2 |
| 03/30/10 | M&A update call | 1.0 | 8 |
| 03/31/10 | I.P. update call | 0.9 | 8 |

**MARCH TOTALS**                                           19.2

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/02/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/03/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/04/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/05/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/08/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/09/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/10/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/11/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/12/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/15/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/16/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/17/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/18/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/19/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/22/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/23/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/24/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/25/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/26/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/29/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/30/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 03/31/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |

**MARCH HOURS** **23.0**

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux – Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/02/10 | calls, general process, emails | 1.5 | 8 |
| 03/04/10 | mgmt prep, general process, meetings, calls | 4.0 | 2 |
| 03/05/10 | calls, general process, emails | 3.5 | 8 |
| 03/08/10 | calls, general process, emails | 2.0 | 8 |
| 03/09/10 | calls, general process, emails | 3.5 | 2 |
| 03/10/10 | Travel to and from Toronto | 5.0 | 2 |
| 03/10/10 | Meeting at Nortel | 4.0 | 2 |
| 03/11/10 | mgmt prep, general process, meetings, calls | 5.0 | 8 |
| 03/12/10 | mgmt prep, general process, meetings, calls, Cleary mtg. | 4.5 | 2 |
| 03/15/10 | calls, general process, emails | 2.0 | 8 |
| 03/16/10 | calls, general process, emails | 4.5 | 8 |
| 03/17/10 | Cleary mtg. | 4.0 | 2 |
| 03/18/10 | calls, general process, emails | 3.5 | 8 |
| 03/19/10 | calls, general process, emails | 2.0 | 8 |
| 03/22/10 | calls, general process, emails | 2.0 | 2 |
| 03/23/10 | calls, general process, emails | 3.0 | 8 |
| 03/25/10 | calls, general process, emails | 4.5 | 2 |
| 03/26/10 | calls, general process, emails | 1.5 | 8 |
| 03/29/10 | calls, general process, emails | 3.0 | 8 |
| 03/30/10 | mgmt prep, general process, meetings, calls, Cleary mtg. | 5.0 | 2 |
| 03/31/10 | calls, general process, emails | 2.5 | 8 |
| **MARCH HOURS** | | **70.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 3/1/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 3/2/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 3/2/10 | Weekly M&A update call | 0.5 | 8 |
| 3/8/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 3/9/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 3/9/10 | Weekly M&A update call | 0.5 | 8 |
| 3/10/10 | Meeting re. IP (by phone) | 3.0 | 8 |
| 3/15/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 3/16/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 3/16/10 | Weekly M&A update call | 0.5 | 8 |
| 3/30/10 | Meeting re. IP | 3.0 | 8 |
| | **MARCH HOURS** | **13.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 03/01/10 | Management Presentation | 4.0 | 8 |
| 03/04/10 | Management Presentation | 4.0 | 8 |
| 03/04/10 | Tax Call | 1.5 | 2 |
| 03/05/10 | Management Presentation | 4.0 | 8 |
| 03/05/10 | Scheduling Call | 0.5 | 2 |
| 03/11/10 | Management Presentation | 4.0 | 8 |
| 03/22/10 | Management Presentation pre-call | 0.5 | 8 |
| 03/22/10 | Management Presentation | 4.0 | 8 |
| 03/24/10 | Review Call | 0.5 | 2 |
| 03/25/10 | Review Call | 1.5 | 2 |
| 03/26/10 | Review Call | 1.5 | 2 |
| 03/29/10 | Finance Call | 1.0 | 2 |
| 03/29/10 | Call | 0.5 | 2 |
| 03/30/10 | Review Call | 1.0 | 2 |
| 03/30/10 | Bid Call | 1.0 | 8 |
| 03/31/10 | Call | 1.0 | 2 |

**MARCH HOURS**        **30.5**

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/10 | Cost of Capital review | 1.0 | 10 |
| 03/02/10 | Transition Co (NBS) FA Ops Review | 5.5 | 2 |
| 03/04/10 | IP Process discussions | 3.0 | 8 |
| 03/04/10 | NNI BS review and analysis | 4.0 | 10 |
| 03/11/10 | Amended fees discussion | 1.0 | 12 |
| 03/12/10 | IP Process discussions | 2.0 | 8 |
| 03/15/10 | Amended fees discussion | 1.0 | 12 |
| 03/17/10 | IP discussions | 1.5 | 2 |
| 03/23/10 | Preferred recovery analysis | 2.0 | 10 |
| 03/26/10 | Amended fees analysis | 1.5 | 12 |
| 03/26/10 | Preferred recovery analysis | 1.5 | 10 |
| 03/26/10 | Amended fees discussion | 1.0 | 12 |
| 03/27/10 | Amended fees discussion | 1.5 | 12 |
| 03/29/10 | Preferred recovery analysis | 0.5 | 10 |
| 03/30/10 | Division bids discussion with FAs | 1.0 | 2 |
| | **MARCH HOURS** | **28.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Edouard Gueyffier - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/05/10 | Valuation Materials | 2.0 | 6 |
| 03/06/10 | Valuation Materials | 1.0 | 6 |
| 03/09/10 | Valuation Materials | 3.0 | 6 |
| 03/10/10 | Valuation Materials | 1.0 | 6 |
| 03/12/10 | Valuation Materials | 3.0 | 6 |
| | **MARCH HOURS** | **10.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 03/01/10 | Cost of Capital Analysis | 1.5 | 10 |
| 03/01/10 | IP Process (Financial Model) | 6.0 | 8 |
| 03/02/10 | Transition Co (NBS) FA Ops Review (incl. Travel) | 12.0 | 2 |
| 03/02/10 | IP Process (Financial Model) | 7.0 | 8 |
| 03/02/10 | Call re. IP Process | 0.5 | 2 |
| 03/03/10 | IP Process (Financial Model) | 7.0 | 8 |
| 03/04/10 | Meeting at Cleary re. IP Process | 8.5 | 8 |
| 03/04/10 | IP Process (Financial Model) | 5.5 | 8 |
| 03/05/10 | IP Process (Financial Model) | 3.0 | 8 |
| 03/05/10 | Debt Pricing Update | 0.5 | 8 |
| 03/06/10 | IP Process (Financial Model) | 5.0 | 8 |
| 03/07/10 | IP Process (Financial Model) | 3.5 | 8 |
| 03/08/10 | Update Contact Log re. IP Process | 1.0 | 8 |
| 03/08/10 | IP Process (Financial Model) | 7.0 | 8 |
| 03/09/10 | IP Process (Financial Model)/Materials Prep | 11.0 | 8 |
| 03/10/10 | IP Process Update Call with NLT | 2.5 | 2 |
| 03/10/10 | IP Process (Financial Model) | 5.5 | 8 |
| 03/11/10 | IP Process (Financial Model) | 9.0 | 8 |
| 03/12/10 | Update Contact Log re. IP Process | 0.5 | 8 |
| 03/12/10 | Meeting at Cleary with Creditor FAs re. IP Process | 4.5 | 8 |
| 03/12/10 | Debt Pricing Update | 0.5 | 8 |
| 03/13/10 | IP Process (Financial Model) | 1.5 | 8 |
| 03/15/10 | Update IP Process Timeline | 0.5 | 8 |
| 03/16/10 | Call with FTI re. IP Model | 1.3 | 8 |
| 03/17/10 | Call with SC re. IP Process | 1.5 | 8 |
| 03/19/10 | Call with Jefferies re. IP Model | 1.0 | 8 |
| 03/19/10 | Debt Pricing Update | 0.5 | 8 |
| 03/21/10 | Update IP Process Materials | 2.5 | 8 |
| 03/23/10 | Research, calls, diligence | 1.0 | 10 |
| 03/23/10 | IP Update Call | 1.0 | 2 |
| 03/24/10 | Update Contact Log re. IP Process | 0.5 | 8 |
| 03/24/10 | IP Process Materials | 3.0 | 8 |
| 03/25/10 | Email correspondence/Call re. IP | 2.5 | 2 |
| 03/26/10 | Debt Pricing Update | 0.5 | 8 |
| 03/26/10 | Update Contact Log re. IP Process | 0.5 | 8 |
| 03/26/10 | Calls/Emails re. Dataroom preparation | 1.0 | 8 |
| 03/26/10 | IP Process Materials | 1.5 | 8 |
| 03/27/10 | IP Process | 1.0 | 8 |
| 03/29/10 | IP Process Materials | 2.0 | 8 |
| 03/30/10 | IP Process Materials | 1.0 | 8 |
| 03/30/10 | IP Process Meeting with Creditor FAs | 3.0 | 2 |
| 03/30/10 | IP Process (Financial Model) | 2.5 | 8 |
| 03/31/10 | Calls/Emails re. Dataroom preparation | 2.0 | 8 |
| 03/31/10 | Update Contact Log re. IP Process | 0.5 | 8 |

**MARCH HOURS**                                         133.8