# EXHIBIT D

## Fee Calculation & Details of Expenses

# Nortel Networks, Inc.
## Monthly Fee Statement
### Lazard Frères & Co. LLC

### March 1, 2010 - March 31, 2010

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: March 1, 2010 - March 31, 2010 | $250,000.00 |
| Sale Transaction Fees | 4,532,000.00 [1] |
| Less: Applicable Monthly Ceredits (Jul 09 - Mar 10) | (1,125,000.00) [2] |
| **TOTAL** | **$3,657,000.00** |

## Summary of Out-of-Pocket Expenses [3]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $1,064.04 |
| Courier/Shipping | 33.75 |
| Electronic Information Service | 154.73 |
| Employee Meals | 1,000.84 |
| Meals-Meetings/Travel | 29.46 |
| Photocopying Costs | 287.45 |
| Temporary Wages | 82.31 |
| Travel | 4,223.23 |
| **TOTAL** | **$6,875.81** |

---

[1] On or about December 2, 2009, the Court approved the Final Auction Offer received from Ericsson and Kapsch for the purchase of the Optical and Ethernet Businesses.

[2] Pursuant to section 8 of the Order Approving an Amendment to the Terms of Compensation of Lazard Freres & Co. LLC. as Financial Advisor and Investment Banker for the Debtors and Debtors-In-Possession [Docket No. 2561], one half of each Monthly Fee that becomes payable on or after July 1, 2009, but before January 1, 2011, and is paid thereafter, shall be credited against any Restructuring/Breakup Fee, Sale Transaction Fee, Minority Sale Transaction Fee or IP Transaction Fee that becomes due and payable under the Engagement Letter. Thus, $1,125,000, representing one half of monthly fees for the period covering July 1, 2010 to March 31, 2011, is credited against the maximum amount billable for the Optical and Carrier Ethernet Businesses and the GSM/GSM-R Business of $4,532,000.

[3] Additional expense detail will be furnished upon request.

Nortel_Mar 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 3/30/2010 | Bhatia-R 02/17/2010 17:30 Origin: 2350 BROADWAY Dest: EWR AIRPORT/ ROYAL DISPATCH | 73.44 |
| | 3/30/2010 | Bhatia-R 02/19/2010 16:20 Origin: EWR Dest: 2350 BROADWAY / ROYAL DISPATCH SERVICES | 84.95 |
| | 3/3/2010 | Carey-Boston-taxi home 01/20/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi home 01/21/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi home 02/03/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi home-Saturday 01/23/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi to office-Saturday 01/23/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi to office-Sunday 01/24/2010 | 11.00 |
| | 3/3/2010 | Carey-Boston-taxi-home -office-home 01/25/2010 | 20.00 |
| | 3/3/2010 | Carey-Boston-taxi-office to home 01/13/2010 | 11.40 |
| | 3/29/2010 | Descoteaux-03/10/10 Royal Bank Plaza to Toronto Airport CAREY INTERNATIONAL | 100.00 |
| | 3/29/2010 | Descoteaux-03/10/10 Toronto airport to Royal Bank Plaza, 200 Bay St. CAREY INTERNATIONAL | 100.00 |
| | 3/12/2010 | Descoteaux-cab-tor arpt to nortel 01/27/2010 | 23.50 |
| | 3/31/2010 | Descoteaux-D 01/27/2010 06:47 Origin: 301 E 62 ST  M Dest: LGA / DIAL CAR INC | 65.97 |
| | 3/31/2010 | Descoteaux-D 02/03/2010 10:09 Origin: 301 E 62 ST  M Dest: 1 LIBERTY PLAZA M / DIAL CAR | 47.68 |
| | 3/30/2010 | Descoteaux-Taxi airport to nortel mtg 01/27/2010 | 13.79 |
| | 3/30/2010 | Gueyffier-R 02/04/2010 23:53 Origin: 49 W 49TH ST Dest: 39 W 88TH ST / ROYAL DISPATCH | 31.21 |
| | 3/31/2010 | Holmes-D 01/29/2010 00:57 Origin: 49 W 49 ST  M Dest: W 24 ST 10011 M / DIAL CAR INC | 27.72 |
| | 3/31/2010 | Holmes-D 02/14/2010 00:18 Origin: 49 W 49 ST  M Dest: BK11231 BK / DIAL CAR INC | 43.24 |
| | 3/16/2010 | Murray-NYC - meeting to airport 12/18/2009 | 35.00 |
| | 3/16/2010 | Murray-NYC- Airport to meeting 12/21/2009 | 46.00 |
| | 3/16/2010 | Murray-NYC- Airport to meeting 12/23/2009 | 32.00 |
| | 3/8/2010 | Murray-NYC-Airport to Meeting 01/20/2010 | 44.07 |
| | 3/16/2010 | Murray-Ontario- Airport to meeting 12/14/2009 | 15.00 |
| | 3/16/2010 | Murray-Ontario- meeting to airport 12/14/2009 | 20.00 |
| | 3/4/2010 | Savage-Bobby Van's/NY/Rye,NY (home) 01/19/2010 | 77.62 |
| | 3/3/2010 | Zhang-Boston-taxi-office to home 02/04/2010 | 12.20 |
| | 3/3/2010 | Zhang-Boston-taxi-office to home 02/11/2010 | 7.80 |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 02/13/2010 | 12.00 |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 02/14/2010 | 11.20 |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 02/16/2010 | 10.00 |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 02/23/2010 | 10.00 |

Nortel_Mar 10.XLS                                                                                                                    Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 02/28/2010 | 12.25 |
| | 3/31/2010 | Zhang-Boston-taxi-office to home 03/01/2010 | 10.00 |
| | | Subtotal: | 1,064.04 |
| **Couriers / Shipping** | | | |
| | 3/12/2010 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | 33.75 |
| | | Subtotal: | 33.75 |
| **Electronic Information Service** | | | |
| | 3/4/2010 | HARVARD BUSNSS SCHL 617-783-75 01/27/2010 | 41.70 |
| | 3/16/2010 | CHARGEBACKS FOR NOV 09 USAGE / MORNINGSTAR,INC. | 85.04 |
| | 3/22/2010 | BLOOMBERG CHRGBKS OCT-DEC09 / BLOOMBERG L.P. | 27.99 |
| | | Subtotal: | 154.73 |
| **Employee Meals** | | | |
| | 3/5/2010 | Arpe-M 15-FEB-2010 Mariachi's / SEAMLESSWEB PROFESSIONAL | 25.29 |
| | 3/24/2010 | Bhatia-M 03-MAR-2010 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 24.76 |
| | 3/5/2010 | Bhatia-M 08-FEB-2010 Bay Leaf Indian / SEAMLESSWEB PROFESSIONAL | 25.90 |
| | 3/5/2010 | Bhatia-M 10-FEB-2010 Bombay Masala / SEAMLESSWEB PROFESSIONAL | 25.39 |
| | 3/5/2010 | Bhatia-M 11-FEB-2010 Ali Baba / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 3/5/2010 | Bhatia-M 15-FEB-2010 Burger Heaven (4 / SEAMLESSWEB PROFESSIONAL | 15.67 |
| | 3/24/2010 | Bhatia-M 22-FEB-2010 Ollie's (42nd St / SEAMLESSWEB PROFESSIONAL | 25.78 |
| | 3/24/2010 | Bhatia-M 24-FEB-2010 Nirvana (Lex) / SEAMLESSWEB PROFESSIONAL | 24.88 |
| | 3/5/2010 | Carey-FOODLER.COM 80000018 HAMILTON 01/22/2010 | 24.83 |
| | 3/3/2010 | Carey-SAKURA BANA JAPANESE BOSTON MA 01/19/2010 | 25.00 |
| | 3/8/2010 | Gueyffier-JUST SALAD NEW YORK NY 01/14/2010 | 21.12 |
| | 3/8/2010 | Gueyffier-JUST SALAD NEW YORK NY 01/19/2010 | 19.85 |
| | 3/8/2010 | Gueyffier-JUST SALAD NEW YORK NY 02/07/2010 | 14.49 |
| | 3/5/2010 | Gueyffier-M 04-FEB-2010 Fusia Asian Cuis / SEAMLESSWEB PROFESSIONAL | 26.42 |
| | 3/5/2010 | Gueyffier-M 05-FEB-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 3/5/2010 | Gueyffier-M 10-FEB-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 23.54 |
| | 3/8/2010 | Gueyffier-MORRELL WINE BAR AND NEW YORK 02/08/2010 | 25.00 |
| | 3/8/2010 | Gueyffier-PRET A MANGER #12 00 NEW YORK 02/06/2010 | 15.00 |
| | 3/5/2010 | Levy-M 11-FEB-2010 Just Salad (30 R / SEAMLESSWEB PROFESSIONAL | 17.16 |
| | 3/5/2010 | Levy-M 15-FEB-2010 Blockheads Burri / SEAMLESSWEB PROFESSIONAL | 18.01 |
| | 3/24/2010 | Lux-M 04-MAR-2010 Liberty Cafe & T / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 3/5/2010 | Lux-M 06-FEB-2010 Fusha / SEAMLESSWEB PROFESSIONAL | 26.21 |
| | 3/5/2010 | Lux-M 11-FEB-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 26.24 |

Nortel_Mar 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 3/24/2010 | Lux-M 15-MAR-2010 Bella Vita (43rd / SEAMLESSWEB PROFESSIONAL | 26.19 |
| | 3/24/2010 | Lux-M 17-MAR-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 26.20 |
| | 3/24/2010 | Lux-M 26-FEB-2010 Benjamins Steakh / SEAMLESSWEB PROFESSIONAL | 26.03 |
| | 3/24/2010 | Lux-M 26-FEB-2010 Pizza 33 (Gourme / SEAMLESSWEB PROFESSIONAL | 26.03 |
| | 3/3/2010 | Mehra-SAKURA BANA JAPANESE BOSTON MA 01/19/2010 | 25.00 |
| | 3/5/2010 | Ryan-M 15-FEB-2010 Better Burger / SEAMLESSWEB PROFESSIONAL | 26.18 |
| | 3/24/2010 | Tyskiewicz-M 15-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 26.29 |
| | 3/24/2010 | Tyskiewicz-M 16-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 25.80 |
| | 3/24/2010 | Tyskiewicz-M 17-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 25.87 |
| | 3/24/2010 | Tyskiewicz-M 18-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 26.30 |
| | 3/3/2010 | Zhang-Boston-dinner-1 employee 02/05/2010 | 25.00 |
| | 3/31/2010 | Zhang-Boston-dinner-2 attendees 02/16/2010 | 25.00 |
| | 3/31/2010 | Zhang-Boston-dinner-4 attendees 02/16/2010 | 24.61 |
| | 3/31/2010 | Zhang-Boston-dinner-6 attendees 03/04/2010 | 25.00 |
| | 3/31/2010 | Zhang-Boston-lunch-1 attendee 02/14/2010 | 11.02 |
| | 3/31/2010 | Zhang-Boston-lunch-1 attendee 02/27/2010 | 13.11 |
| | 3/3/2010 | Zhang-Boston-lunch-1 employee 02/06/2010 | 13.27 |
| | 3/31/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 03/03/2010 | 25.00 |
| | 3/5/2010 | Zhang-FOODLER.COM 80000018 HAMILTON 01/22/2010 | 24.83 |
| | 3/3/2010 | Zhang-SAKURA BANA JAPANESE BOSTON MA 01/19/2010 | 25.00 |
| | | Subtotal: | 1,000.84 |
| **Meals-Meetings/Travel** | | | |
| | 3/3/2010 | Mehra-Toronto-dinner-1 attendee 02/08/2010 | 23.83 |
| | 3/3/2010 | Mehra-Toronto-breakfast-1 attendee 02/08/2010 | 5.63 |
| | | Subtotal: | 29.46 |
| **Photocopying Costs** | | | |
| | 3/12/2010 | CPY CNTR JOBS DONE IN 02/10 / NON VENDOR (AP JOURNALS) | 287.45 |
| | | Subtotal: | 287.45 |
| **Temporary Wages** | | | |
| | 3/26/2010 | Zhang-Word processing job charges / NON VENDOR (AP JOURNALS) | 50.17 |
| | 3/26/2010 | Lux-Word processing job charges / CUSTOM STAFFING | 15.70 |
| | 3/31/2010 | Zhang-Word processing job charges / CUSTOM STAFFING | 16.44 |
| | | Subtotal: | 82.31 |

Nortel_Mar 10.XLS — Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Travel** | | | |
| | 3/30/2010 | Descoteaux-AA lga-tor-lga coach 03/10/2010 | 1,580.96 |
| | 3/2/2010 | Descoteaux-AA lga-toronto-lga coach 01/27/2010 | 1,444.90 |
| | 3/2/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 01/27/2010 | 36.00 |
| | 3/30/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 03/10/2010 | 36.00 |
| | 3/3/2010 | Mehra-AmEx Travel Fee 02/08/2010 | 36.00 |
| | 3/3/2010 | Mehra-AmEx Travel Fee 02/08/2010 | 36.00 |
| | 3/3/2010 | Mehra-AmEx Travel Fee 02/08/2010 | 36.00 |
| | 3/8/2010 | Murray-BOS-1day at Logan Airport 01/20/2010 | 24.00 |
| | 3/8/2010 | Murray-BOSNYC(cch)USAIR 01/20/2010 | 399.40 |
| | 3/8/2010 | Murray-BOSNYC-UsAir- Amex Svc Fee 01/20/2010 | 36.00 |
| | 3/31/2010 | Zhang-AMERICAN EXPRESS AXCESS EXPRES 03/06/2010 | 19.00 |
| | 3/31/2010 | Zhang-AMERICAN EXPRESS AXCESS EXPRES 03/06/2010 | 19.00 |
| | 3/31/2010 | Zhang-AMERICAN EXPRESS E TICKET FEE 03/06/2010 | 36.00 |
| | 3/31/2010 | Zhang-Tkt-BOS/NYC-roundtrip-coach 03/06/2010 | 483.97 |
| | | Subtotal: | 4,223.23 |

**CLOSING BALANCE as of 3/31/2010    6,875.81**