# EXHIBIT C

# Details of Hours Expended

## Nortel Networks, Inc.
## Lazard Frères & Co. LLC
### April 1, 2010 – April 30, 2010
### Summary of Services Rendered by Project

| Project # | Project Description | Apr |
|---|---|---|
| 1 | Interface with Company Personnel | 2.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 84.7 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 229.8 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 8.5 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 4.0 |
| **TOTAL** | | **329.0** |

### Summary of Services Rendered by Professional

| Name | Apr |
|---|---|
| Terry Savage, Managing Director | 16.5 |
| Michael Murray, Managing Director | 44.0 |
| David Descoteaux, Managing Director | 61.5 |
| Matthew Hart, Director | 17.0 |
| Sumeet Mehra, Vice President | 26.0 |
| Colin Keenan, Associate | 14.0 |
| Justin Lux, Analyst | 150.0 |
| **TOTAL** | **329.0** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | |
|---|---|---|---|
| 04/01/10 | Weekly meeting call | 1.0 | 2 |
| 04/01/10 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 04/05/10 | Advisors call | 1.1 | 2 |
| 04/06/10 | I.P. update call | 0.9 | 8 |
| 04/06/10 | Internal meeting re: I.P. | 0.8 | 2 |
| 04/08/10 | Weekly review call | 0.8 | 2 |
| 04/09/10 | Internal meeting re: I.P. | 0.7 | 8 |
| 04/12/10 | Advisors call | 1.2 | 2 |
| 04/13/10 | Call with Jim Bromley re: legal | 0.8 | 2 |
| 04/15/10 | Weekly review call | 1.0 | 2 |
| 04/19/10 | Advisors call | 1.0 | 2 |
| 04/20/10 | I.P. update call | 1.0 | 8 |
| 04/20/10 | Board of Directors call | 2.0 | 1 |
| 04/26/10 | Advisors call | 1.0 | 2 |
| 04/27/10 | I.P. update call | 1.0 | 8 |
| 04/28/10 | Internal meeting re: I.P. | 0.5 | 2 |
| 04/29/10 | I.P. update call | 1.2 | 8 |
| | **APRIL TOTALS** | **16.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/02/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/05/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/06/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/07/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/08/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/09/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/12/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/13/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/14/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/15/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/16/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/19/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/20/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/21/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/22/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/23/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/26/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/27/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/28/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/29/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |
| 04/30/10 | Calls, General Strategic Discussions, Correspondence | 2.0 | 8 |

**APRIL HOURS**                                                                    **44.0**

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/10 | calls, general process, emails | 3.0 | 8 |
| 04/05/10 | calls, general process, emails | 2.5 | 8 |
| 04/06/10 | meeting, calls | 3.0 | 2 |
| 04/07/10 | mgmt prep, general process, meetings, calls, Cleary mtg. | 5.5 | 2 |
| 04/08/10 | calls, general process, emails | 4.0 | 8 |
| 04/09/10 | calls, general process, emails | 2.0 | 8 |
| 04/12/10 | calls, general process, emails | 1.5 | 2 |
| 04/13/10 | calls, general process, emails | 2.5 | 2 |
| 04/14/10 | calls, general process, emails | 4.5 | 8 |
| 04/15/10 | calls, general process, emails, IP event | 2.5 | 8 |
| 04/16/10 | calls | 2.0 | 2 |
| 04/17/10 | calls, general process, emails | 3.5 | 8 |
| 04/19/10 | mgmt prep, general process, meetings, calls | 2.0 | 2 |
| 04/20/10 | calls, general process, emails | 1.5 | 2 |
| 04/21/10 | calls, general process, emails | 1.0 | 8 |
| 04/22/10 | calls, general process, emails | 3.0 | 8 |
| 04/23/10 | calls, general process, emails | 1.0 | 8 |
| 04/26/10 | calls, general process, emails | 1.5 | 8 |
| 04/27/10 | mgmt prep, general process, meetings, calls | 4.0 | 8 |
| 04/28/10 | mgmt prep, general process, meetings, calls, Cleary mtg. | 5.5 | 8 |
| 04/29/10 | mgmt prep, general process, meetings, calls | 4.0 | 8 |
| 04/30/10 | calls, general process, emails | 1.5 | 8 |
| | **APRIL HOURS** | **61.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 4/5/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 4/6/10 | Meeting re. IP market data | 1.0 | 2 |
| 4/6/10 | Weekly IP working group call | 1.0 | 2 |
| 4/6/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 4/6/10 | Weekly M&A update call | 0.5 | 8 |
| 4/12/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 4/13/10 | Weekly IP working group call | 1.0 | 2 |
| 4/13/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 4/13/10 | Weekly M&A update call | 0.5 | 8 |
| 4/19/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 4/20/10 | Weekly IP working group call | 1.0 | 2 |
| 4/20/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 4/20/10 | Weekly M&A update call | 0.5 | 8 |
| 4/26/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 4/27/10 | Weekly IP working group call | 1.0 | 2 |
| 4/27/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 4/27/10 | Weekly M&A update call | 0.5 | 8 |
| 4/28/10 | Meeting re. IP | 2.0 | 2 |
| | **APRIL HOURS** | **17.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/06/10 | Team call | 0.5 | 8 |
| 04/06/10 | Team call | 1.0 | 2 |
| 04/08/10 | Review call | 0.5 | 2 |
| 04/08/10 | Review call | 0.5 | 2 |
| 04/09/10 | kick-off call | 0.5 | 2 |
| 04/13/10 | Call | 0.5 | 2 |
| 04/16/10 | Update call | 0.5 | 8 |
| 04/20/10 | pricing call | 1.0 | 8 |
| 04/21/10 | diligence call | 3.0 | 8 |
| 04/22/10 | finance call | 2.0 | 2 |
| 04/23/10 | operations call | 2.0 | 2 |
| 04/23/10 | call | 1.0 | 8 |
| 04/26/10 | Management Presentation | 2.0 | 8 |
| 04/27/10 | diligence call | 5.5 | 2 |
| 04/28/10 | diligence call | 4.0 | 2 |
| 04/29/10 | call | 1.5 | 2 |
| | **APRIL HOURS** | **26.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan – Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/05/10 | 363 overview discussion prep | 3.5 | 10 |
| 04/10/10 | Preferred recovery analysis | 0.5 | 10 |
| 04/12/10 | Preferred recovery analysis | 3.0 | 10 |
| 04/13/10 | Allocation protocol review | 4.0 | 12 |
| 04/15/10 | Preferred recovery analysis | 1.5 | 10 |
| 04/28/10 | IP teaser review | 1.5 | 8 |
| | **APRIL HOURS** | **14.0** | |

Case 09-10138-MFW    Doc 3141-3    Filed 06/04/10    Page 9 of 9

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/01/10 | IP Process Materials | 5.0 | 8 |
| 04/02/10 | Calls/analysis/materials re. IP Process | 2.0 | 8 |
| 04/03/10 | Calls/analysis/materials re. IP Process | 3.0 | 8 |
| 04/05/10 | Calls/analysis/materials re. IP Process | 7.0 | 8 |
| 04/06/10 | Preparation and Meeting with creditor FAs to review model/sources | 9.0 | 2 |
| 04/07/10 | Internal Calls/analysis/materials re. IP Process | 3.0 | 8 |
| 04/08/10 | Analysis/materials re. IP Process | 5.0 | 8 |
| 04/12/10 | Calls/analysis/materials re. IP Process | 2.0 | 8 |
| 04/14/10 | IP Process (Financial Model) | 8.0 | 8 |
| 04/14/10 | Update Contact Log re. IP Process | 0.5 | 8 |
| 04/14/10 | Call re. IPCo. Model | 0.5 | 2 |
| 04/15/10 | IP Process Materials | 3.5 | 8 |
| 04/15/10 | IP Process (Financial Model) | 7.5 | 8 |
| 04/15/10 | Call re. IPCo. Model | 0.5 | 2 |
| 04/16/10 | Debt Pricing Update | 0.5 | 8 |
| 04/16/10 | IP Process (Financial Model) | 3.5 | 8 |
| 04/17/10 | Update Contact Log re. IP Process | 0.5 | 8 |
| 04/17/10 | IP Process (Financial Model) | 5.0 | 8 |
| 04/18/10 | IP Process (Financial Model) | 4.0 | 8 |
| 04/19/10 | IP Process (Financial Model) | 6.0 | 8 |
| 04/20/10 | IP Process (Financial Model) | 8.0 | 8 |
| 04/20/10 | Call re. IP | 0.5 | 2 |
| 04/20/10 | Update Contact Log re. IP Process | 1.0 | 8 |
| 04/21/10 | Calls re. IP | 2.0 | 2 |
| 04/21/10 | IP Process (Financial Model) | 2.0 | 8 |
| 04/22/10 | Calls/analysis/materials re. IP Process | 5.5 | 8 |
| 04/23/10 | Calls/analysis/materials re. IP Process | 6.0 | 8 |
| 04/23/10 | Debt Pricing Update | 0.5 | 8 |
| 04/24/10 | Analysis/materials re. IP Process | 5.0 | 8 |
| 04/25/10 | Analysis/materials re. IP Process | 3.0 | 8 |
| 04/26/10 | Update Contact Log re. IP Process | 1.0 | 8 |
| 04/26/10 | Calls/analysis/materials re. IP Process | 8.0 | 8 |
| 04/27/10 | Update Contact Log re. IP Process | 1.0 | 8 |
| 04/27/10 | Meeting at Cleary with NLT re. IP | 4.0 | 2 |
| 04/27/10 | Calls/analysis/materials re. IP Process | 3.0 | 8 |
| 04/27/10 | IP Process (Financial Model) | 3.5 | 8 |
| 04/28/10 | Meeting at Cleary with FAs re. IP | 5.0 | 2 |
| 04/28/10 | Calls/analysis/materials re. IP Process | 2.5 | 2 |
| 04/29/10 | IP Process Materials | 1.0 | 8 |
| 04/29/10 | Calls/analysis/materials re. IP Process | 5.0 | 8 |
| 04/29/10 | Update Contact Log re. IP Process | 1.5 | 8 |
| 04/30/10 | Calls re. IP Process Materials | 1.0 | 8 |
| 04/30/10 | Calls re. IP Model | 1.0 | 8 |
| 04/30/10 | Update Contact Log re. IP Process | 3.0 | 8 |
| **APRIL HOURS** | | **150.0** | |