# EXHIBIT D

# Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**April 1, 2010 - April 30, 2010**

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: April 1, 2010 - April 30, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $696.84 |
| Courier/Shipping | 10.10 |
| Electronic Information Service | 335.70 |
| Employee Meals | 221.27 |
| Meals-Meetings/Travel | 6,102.64 |
| Photocopying Costs | 11,831.39 |
| Temporary Wages | 134.06 |
| Travel | 5,170.41 |
| **TOTAL** | **$24,502.41** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_Apr 10 XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | **0.00** |
| **Car Services and Taxis** | | | |
| | 4/28/2010 | Bhatia-D 02/17/2010 01:58 Origin: 49 W 49 ST  M Dest: W 85/BWY M / DIAL CAR INC | 27.72 |
| | 4/28/2010 | Bhatia-D 02/25/2010 00:23 85/BWY M / Origin: 49 W 49 ST  M Dest: 85/BWY  M / DIAL CAR INC | 29.94 |
| | 4/28/2010 | Descoteaux-D 02/17/2010 08:29 Origin: 301 E 62 ST  M Dest: 1 LIBERTY PLAZA M / DIAL CAR | 34.37 |
| | 4/28/2010 | Descoteaux-D 03/04/2010 09:53 Origin: 301 E 62 ST  M Dest: 1 LIBERTY PLAZA M / DIAL CAR | 34.37 |
| | 4/28/2010 | Descoteaux-D 03/12/2010 15:26 Origin: 1 LIBERTY PLAZA  M Dest: 30 ROCK PLZ  M / DIAL CAR | 34.37 |
| | 4/28/2010 | Descoteaux-R 03/10/2010 08:31 Origin: 301 E 62ND ST Dest: LGA / ROYAL DISPATCH SERVICES | 50.45 |
| | 4/28/2010 | Descoteaux-R 03/10/2010 20:55 Origin: LGA  Dest: 301 E 62ND STREET / ROYAL DISPATCH | 51.15 |
| | 4/28/2010 | Descoteaux-R 03/12/2010 10:12 Origin: 49 W 49TH ST Dest: 1 LIBERTY PLAZA / ROYAL DISPATCH | 27.72 |
| | 3/8/2010 | Gueyffier-NYC Taxi home from the office  02/03/2010 | 11.40 |
| | 3/8/2010 | Gueyffier-NYC Taxi home from the office. 01/27/2010 | 16.08 |
| | 3/30/2010 | Gueyffier-NYC Taxi to meeting from home  02/19/2010 | 12.65 |
| | 3/30/2010 | Gueyffier-NYC Taxi to meeting from office 02/17/2010 | 23.23 |
| | 3/8/2010 | Gueyffier-NYC Taxi to office from home 02/07/2010 | 7.55 |
| | 3/8/2010 | Gueyffier-QUEENS MEDALLION Taxi home from the office 01/31/2010 | 11.40 |
| | 3/8/2010 | Gueyffier-Taxi home from office 02/08/2010 | 11.10 |
| | 3/8/2010 | Gueyffier-Taxi home from the office 01/23/2010 | 14.80 |
| | 3/8/2010 | Gueyffier-Taxi to meeting from office 01/27/2010 | 12.50 |
| | 4/12/2010 | Lux-cab airport to home 03/02/2010 | 30.75 |
| | 4/12/2010 | Lux-cab home to airport 03/01/2010 | 34.28 |
| | 4/28/2010 | Lux-D 03/12/2010 15:05 Origin: 1 LIBERTY PLAZA  M Dest: 30 ROCK PLZ M / DIAL CAR INC | 29.94 |
| | 4/6/2010 | Murray-NYC-Airport to mtg 03/10/2010 | 78.88 |
| | 3/31/2010 | Zhang-Taxi-JFK to NYC for mtgs 03/06/2010 | 61.75 |
| | 3/31/2010 | Zhang-Taxi-NYC-mtgs to airport 03/08/2010 | 50.45 |
| | | Subtotal: | 696.84 |
| **Couriers / Shipping** | | | |
| | 4/1/2010 | U 03-MAR-2010 1201 N. MARKET S / UNITED PARCEL SERVICE INC. | 10.10 |
| | | Subtotal: | 10.10 |
| **Electronic Information Service** | | | |
| | 4/9/2010 | BARRA CHARGEBACKS FEB 10 / BARRA INC | 134.72 |
| | 4/9/2010 | ALACRA QTR 02/26/10-05/26/10 / ALACRA, INC. | 111.48 |
| | 4/9/2010 | ALACRA FEB 10 USAGE FEE / ALACRA, INC. | 87.10 |

Nortel_Apr 10.XLS  
Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Electronic Information Service** | 4/28/2010 | PACER Q1 2010 1/1/10-3/31/10 / PACER SERVICE CENTER | 2.40 |
| | | | 335.70 |
| | | Subtotal: | |
| **Employee Meals** | 4/8/2010 | Carey-Boston-dinner 02/18/2010 | 25.00 |
| | 4/27/2010 | Holmes-M 26-MAR-2010 Sherwoods Fine F / SEAMLESSWEB PROFESSIONAL | 17.44 |
| | 4/27/2010 | Keenan-M 05-APR-2010 Bread & Company / SEAMLESSWEB PROFESSIONAL | 24.68 |
| | 4/27/2010 | Lux-M 14-APR-2010 Liberty Cafe & T / SEAMLESSWEB PROFESSIONAL | 26.01 |
| | 4/27/2010 | Lux-M 29-MAR-2010 Mangia / SEAMLESSWEB PROFESSIONAL | 26.00 |
| | 4/8/2010 | Mehra-Boston dinner 02/18/2010 | 25.00 |
| | 4/27/2010 | Tyskiewicz-M 22-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 25.87 |
| | 4/27/2010 | Tyskiewicz-M 23-MAR-2010 5th Avenue Epicu / SEAMLESSWEB PROFESSIONAL | 26.27 |
| | 4/8/2010 | Zhang-Boston-dinner 02/18/2010 | 25.00 |
| | | Subtotal: | 221.27 |
| **Meals-Meetings/Travel** | 3/8/2010 | Gueyffier-MANGIA 48 NEW YORK business luncheon 10p 02/12/2010 | 264.21 |
| | 3/8/2010 | Gueyffier-MANGIA 48 NEW YORK bussiness luncheon 8 p NY 01/20/2010 | 268.84 |
| | 12/24/2009 | Healey-CENTRAL PARK BOATHOUSE dinner 2p Trans: GBP 80.27 / American Express | 121.19 |
| | 12/24/2009 | Healey-VENTO TRATTORIA NEW YORK dinner 2p Trans: GBP 62.09 / American Express | 93.74 |
| | 9/21/2009 | LAZ FRERES JUNE 09 Mgmt presentations at Paris office Trans: EUR 3,430.86 / Lazard Freres Banque | 4,366.46 |
| | 4/12/2010 | Lux-meal while traveling 03/01/2010 | 25.00 |
| | 12/22/2009 | Mombru-Client Dinner Trans: GBP 18.68 / American Express | 28.20 |
| | 10/27/2009 | Mombru-IM - (Nortel/NSM Dnr-17 attendees) Trans: GBP 802.39 / American Express | 935.00 |
| | | Subtotal: | 6,102.64 |
| **Photocopying Costs** | 4/30/2010 | CPYCNTR JOBS DONE IN 03/10 / NON VENDOR (AP JOURNALS) | 557.50 |
| | | Subtotal: | 557.50 |
| **Printing Costs - External** | 9/21/2009 | LAZ FRERES JUNE 09 Mgmt presentations at Paris office Trans: EUR 8,858.25 / Lazard Freres Banque | 11,273.89 |
| | | Subtotal: | 11,273.89 |
| **Temporary Wages** | 4/14/2010 | Eshel-Word processing job charges / TIGER INFORMATION SYSTEMS | 53.41 |
| | 4/14/2010 | Eshel-Word processing job charges / TIGER INFORMATION SYSTEMS | 7.95 |
| | 4/16/2010 | Eshel-Word processing job charges / CUSTOM STAFFING INC. | 18.23 |
| | 4/19/2010 | Lux-Word processing job charges / TIGER INFORMATION SYSTEMS | 16.85 |
| | 4/20/2010 | Zhang-Word processing job charges / HEADWAY CORPORATE RESOURCES CORP. | 23.80 |

Nortel_Apr 10.XLS  
Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Temporary Wages | 4/20/2010 | Zhang-Word processing job charges / CUSTOM STAFFING INC. | 13.82 |
| | | Subtotal: | 134.06 |
| Travel | | | |
| | 12/24/2009 | Healey-DELTA AIRLINES JFK-CDG (NY to Paris) BSP Trans: GBP 1,225.60 / American Express | 1,850.43 |
| | 4/12/2010 | Lux-AA Raleigh-LGA coach 03/02/2010 | 247.70 |
| | 4/12/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 02/26/2010 | 36.00 |
| | 4/12/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 02/26/2010 | 36.00 |
| | 4/12/2010 | Lux-hotel while traveling 03/03/2010 | 153.56 |
| | 4/12/2010 | Lux-USAir LGA-Raleigh coach 03/01/2010 | 247.70 |
| | 3/3/2010 | Mehra-AATkt-1 way-BOS to YYZ-coach 02/08/2010 | 2,058.24 |
| | 4/8/2010 | Mehra-AATkt-1 way-BOS to YYZ-coach 02/08/2010 | (1,047.92) |
| | 3/3/2010 | Mehra-Tkt-1 way-YYZ to BOS-coach 02/08/2010 | 1,092.30 |
| | 4/6/2010 | Murray-LGABOS UsAir-Amex Svc Fee 03/10/2010 | 36.00 |
| | 4/6/2010 | Murray-LGABOS(ch) US Airways 03/10/2010 | 199.70 |
| | 4/6/2010 | Murray-NYCBOS(ch) USAir 03/10/2010 | 224.70 |
| | 4/6/2010 | Murray-NYCBOS(ch) USAir Amex SvcFee 03/10/2010 | 36.00 |
| | | Subtotal: | 5,170.41 |

CLOSING BALANCE as of 4/30/2010    24,502.41