**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
| In re: | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Objections Due: June 24, 2010 at 4:00 p.m.** |

**SEVENTH INTERIM APPLICATION OF ERNST & YOUNG LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR PERIOD OF FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | February 5, 2009, *nunc pro tunc* to January 14, 2009 |
| Period for which compensation and reimbursement are sought: | February 1, 2010 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $265,434.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $858.82 |

This is a(n):  X  interim      __ quarterly      ___    final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Prior Applications Filed:

| **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Total Approved** |
|---|---|---|---|---|
| 6/26/09 | 1/14/09 – 4/30/09 | $285,000.00 | $0 | $285,000.00 |
| 9/3/09 | 5/1/09 – 7/31/09 | $39,739.00 | $0 | $39,739.00 |
| 10/16/09 | 8/1/09 – 9/30/09 | $26,301.00 | $0 | $26,301.00 |
| 11/19/09 | 10/1/09 – 10/31/09 | $13,607.00 | $0 | $13,607.00 |
| 2/24/10 | 11/1/09 – 12/31/09 | $186,040.00 | $670.00 | $186,710.00 |
| 2/24/10 | 1/1/10– 1/31/10 | $74,330.00 | $375.58 | $74,705.58 |
| **TOTAL** |  | **$625,017.00** | **$1,045.58** | **$626,062.58** |

| Professional | Position | Hourly Billing Rate (including changes)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George Harrison | Partner | $640.00 | 1.0 | $640.00 |
| James Scott | Partner (State Amended Returns) | $640.00 | 13.3 | $8,512.00 |
| James Scott | Partner (Advisory) | $640.00 | 20.6 | $13,184.00 |
| Janie Marie Golde | Staff/Senior | $150.00 | 163.1 | $24,465.00 |
| Mark Mesler | Executive Director | $545.00 | 1.0 | $545.00 |
| Matthew Gentile | Manager | $430.00 | 37.9 | $16,297.00 |
| Sarah Butler Jacks | Manager (State Amended Returns) | $430.00 | 234.5 | $100,812.00 |
| Sarah Butler Jacks | Manager (Advisory) | $430.00 | 81.1 | $34,873.00 |
| Syreeta Nikko Mills | Staff/Senior | $100.00 | 183.0 | $18,300.00 |
| Syreeta Nikko Mills | Staff/Senior | $150.00 | 50.0 | $7,500.00 |
| Thomas Chappell | Senior Manager | $545.00 | 1.5 | $817.50 |
| **Subtotals** | | | **787.00** | **$225,945.50** |
| **Indirect Tax Work** | | **Fixed Fee** | **~900.0** | **$39,489.00** |
| **TOTAL** | | | **~1,687.0** | **$265,434.50** |

---

[2] Travel time has been billed at 50 percent of the professional's hourly rate.

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Indirect Tax Services | Fixed Fee | $39,489.00 |
| Federal Advisory Work | 257.1 | $115,181.00 |
| State Amended Returns | 529.9 | $110,764.50 |
| **TOTAL** | **Fixed Fee/787.0** | **$265,434.50** |

Dated: June 4, 2010.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11<br>Case No. 09-10138 (KG) |
| Nortel Networks, Inc., et al.,[1] | ) ) ) | Jointly Administered |
| Debtors. | ) | **Objections Due: June 24, 2010 at 4:00 p.m.** |

**SEVENTH INTERIM APPLICATION OF ERNST & YOUNG, LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Authorizing The Debtors to Retain and Employ Professionals Used In the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date dated February 5, 2009 [Docket No. 236] (the "OCP Order"), and the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 2016-2 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members [Docket No. 222] (the "Compensation Order"), Ernst & Young, LLP ("E&Y LLP") hereby files this Seventh Interim Application for Allowance of Compensation for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

DETR_1440201.1

Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for the Period from February 1, 2010 through April 30, 2010 (the "Application"). By this Application, E&Y LLP seeks allowance pursuant to the Compensation Order of payments from the above-captioned debtors and debtors-in-possession (the "Debtors") of $265,434.50 in compensation and $858.82 in reimbursement for expenses incurred during the period February 1, 2010 through April 30, 2010 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

## Background

1. On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. E&Y LLP is employed as an ordinary course professional by the Debtors pursuant to the OCP Order. The OCP Order authorized the Debtors to compensate ordinary course professionals in the ordinary course of business, but stated that fee applications would be required for any "Tier Two" ordinary course professional, like E&Y LLP, charging more than $50,000 in a given month or $350,000 in a calendar year.

3. The Debtors have retained E&Y LLP to perform indirect tax services, consisting of sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services (the "OCP Engagement") pursuant to E&Y LLP's engagement agreement with the Debtors (the "Engagement Agreement").

4. E&Y LLP's fees to date have exceeded the annual cap, and therefore, in accordance with the OCP Order, E&Y LLP hereby seeks approval of its fees in compliance with the Compensation Order.

**Compensation Paid and Its Source**

5. All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

6. E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

7. Because E&Y is an ordinary course professional, and its request for the payment of fees for the Indirect Tax Services is based upon a fixed fee arrangement of approximately $13,333 per month (less applicable credit), E&Y's fees for that project category are not based upon hourly billing. Therefore, no schedule of compensation by each professional person (which otherwise lists an hourly billing rate and number of hours) for the Indirect Tax Services work is included.

8. A fee statement for the Federal Advisory Work and the State Amended Returns project categories is attached hereto as Exhibit A.

9. To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

**Summary of Services Rendered**

10. The directors and associates of E&Y LLP who have rendered professional services in these cases are as follows:

| NAME | TITLE |
|---|---|
| George Harrison | Partner |
| James Scott | Partner |
| Janie Marie Golde | Staff/Senior |
| Mark Mesler | Executive Director |
| Matthew Gentile | Manager |
| Sarah Butler Jacks | Manager |
| Syreeta Nikko Mills | Staff/Senior |
| Thomas Chappell | Senior Manager |

11. E&Y LLP, by and through the above-named persons, has advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described below.

**Summary of Services By Project**

12. The services rendered by E&Y LLP during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below.

Indirect Tax Work

Fees: $39,489.00; Total Hours: Fixed Fee

This category includes the preparation and filing of all state and local sales and use tax returns and the preparation of reports and reconciliations to assist the Debtors with the proper accounting of payments and tax credits. E&Y LLP billed the Debtors a flat monthly fee for this work pursuant to the terms of the Engagement Agreement.

4

Federal Advisory Work

Fees: $115,181.00; Total Hours: 257.10

13. E&Y reviewed and assisted with income tax provision issues as well as tax compliance preparation. The professionals provided consultation regarding state filing requirements. E&Y also completed reviews of account reconciliation schedules and other tax reporting requirements.

Amended State Returns

Fees: $110,764.50; Total Hours: 529.90

14. E&Y prepared and reviewed amended state tax returns. The amended state filings were required as a result of IRS adjustments to previously-filed federal tax returns. The years included in these amended state returns ranged from 1998 through 2005.

15. Valuation of Services

16. The professionals and staff members of E&Y LLP have expended a total of approximately 1438.0 hours in connection with this matter during the Compensation Period, as follows:

| PROFESSIONALS | HOURLY RATE | HOURS |
|---|---|---|
| Indirect Tax Services | Flat monthly fee | Approx. 900.0 |
| George Harrison | $640.00 | 1.0 |
| James Scott | $640.00 | 33.9 |
| Mark Mesler | $545.00 | 1.0 |
| Matthew Gentile | $430.00 | 37.9 |
| Sarah Butler Jacks | $430.00 | 315.6 |
| Thomas Chappell | $545.00 | 1.5 |

| STAFF | HOURLY RATE | HOURS |
|---|---|---|
| Janie Marie Golde | $150.00 | 163.1 |
| Syreeta Nikko Mills | $100.00 | 183.0 |

| STAFF | HOURLY RATE | HOURS |
|---|---|---|
| Syreeta Nikko Mills | $150.00 | 50.0 |

The hourly and flat rates identified above are E&Y LLP's normal rates for work of this character. The reasonable value of the services rendered by E&Y LLP during the Compensation Period is $265,434.50.

        17.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

        WHEREFORE, E&Y LLP respectfully requests that the Court authorize that for the period February 1, 2010 through April 30, 2010, an allowance be made to E&Y LLP pursuant to the terms of the Compensation Order, with respect to the sum of $212,348.00 as compensation for necessary professional services rendered (80% of $265,434.50), as well as $858.82 in reimbursement for expenses incurred, for a total of $213,206.82 and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

6

Dated: June 4, 2010  
Raleigh, North Carolina

Respectfully submitted,

*[signature: James E. Scott]*

James E. Scott  
*Partner, Ernst & Young LLP*