# EXHIBIT A

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | $430.00 | $1,075.00 | 2/1/2010 | Federal/State Advisory | catch up with jeff on q4 provision, coordinate c meredith quesitons, review timing of arms reconciliations, compliance packages review with melissa poormon, update onesource/roll binders/change binder names, get team started on extensions |
| Scott,James E (US011119307) | Partner | 2.0 | $640.00 | $1,280.00 | 2/1/2010 | Federal/State Advisory | DNB - Coord w/Sarah, vince & client on return assistance |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/2/2010 | Federal/State Advisory | NORTEL BILLING |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/2/2010 | Federal/State Advisory | respond to a styons quesiton on ngsi provision for avaya |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $430.00 | $1,720.00 | 2/3/2010 | Federal/State Advisory | pull together list of task for tax department |
| Jacks,Sarah Butler (US011990278) | Manager | 4.3 | $430.00 | $1,849.00 | 2/3/2010 | Federal/State Advisory | review reserve m-1 issue for provision with kristen, review kpmg issues/questions, review w/h entry for angela, answer arms questions for angela |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 2/4/2010 | Federal/State Advisory | catch up with jeff on q4 provision, coordinate c meredith quesitons, review timing of arms reconciliations, compliance packages review with melissa poormon, update onesource/roll binders/change binder names, get team started on extensions |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/4/2010 | Federal/State Advisory | respond to nnc nol and r&d credit carryforward question from canada |
| Jacks,Sarah Butler (US011990278) | Manager | 3.2 | $430.00 | $1,376.00 | 2/5/2010 | Federal/State Advisory | catch up with jeff on q4 provision, coordinate c meredith quesitons, review timing of arms reconciliations, compliance packages review with melissa poormon, update onesource/roll binders/change binder names, get team started on extensions |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/8/2010 | Federal/State Advisory | call with mark mesler re: paid preparer threshold for nortel, call with mark on potential contrary position on return and ey sign, call with jim to discuss marks comments on signing and positin on return |
| Jacks,Sarah Butler (US011990278) | Manager | 5.5 | $430.00 | $2,365.00 | 2/8/2010 | Federal/State Advisory | review forms 7004, update tracking tool, efile nni, xros, sonoma, coretek, nnams, architel, nortel altsystems 7004, clear diagnostics, coordinate state extensions, answer state ext questions, coordination with kristen and melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 2/8/2010 | Federal/State Advisory | monday morning meeting with Nortel - J Wood and group |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 2/8/2010 | Federal/State Advisory | review avaya/ericsson gain loss information from jeff wood, call with steve chiechi and jeff to discuss gain/loss, update m-1 and provision affect |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/9/2010 | Federal/State Advisory | callwith jim scott re: compliance paid preparer issue, call with jeff wood on same issue |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 2/9/2010 | Federal/State Advisory | review avaya/ericsson gain loss information from jeff wood, call with steve chiechi and jeff to discuss gain/loss, update m-1 and provision affect |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/10/2010 | Federal/State Advisory | review forms 7004, update tracking tool, efile nni, xros, sonoma, coretek, nnams, architel, nortel altsystems 7004, clear diagnostics, coordinate state extensions, answer state ext questions, coordination with kristen and melissa |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/10/2010 | Federal/State Advisory | review new trial balance and code for m-1 review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/10/2010 | Federal/State Advisory | assist in pull documentation for kpmg questions |
| Jacks,Sarah Butler (US011990278) | Manager | 4.7 | $430.00 | $2,021.00 | 2/10/2010 | Federal/State Advisory | review avaya/ericsson gain loss information from jeff wood, call with steve chiechi and jeff to discuss gain/loss, update m-1 and provision affect |
| Mesler,Mark S. (US011706071) | Executive Director | 1.0 | $545.00 | $545.00 | 2/10/2010 | Federal/State Advisory | Consutation about return signing and positions |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 2/11/2010 | Federal/State Advisory | review forms 7004, update tracking tool, efile nni, xros, sonoma, coretek, nnams, architel, nortel altsystems 7004, clear diagnostics, coordinate state extensions, answer state ext questions, coordination with kristen and melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 1.1 | $430.00 | $473.00 | 2/11/2010 | Federal/State Advisory | review avaya/ericsson gain loss information from jeff wood, call with steve chiechi and jeff to discuss gain/loss, update m-1 and provision affect |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | $430.00 | $1,075.00 | 2/12/2010 | Federal/State Advisory | review forms 7004, update tracking tool, efile nni, xros, sonoma, coretek, nnams, architel, nortel altsystems 7004, clear diagnostics, coordinate state extensions, answer state ext questions, coordination with kristen and melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/12/2010 | Federal/State Advisory | review avaya/ericsson gain loss information from jeff wood, call with steve chiechi and jeff to discuss gain/loss, update m-1 and provision affect |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/14/2010 | Federal/State Advisory | nortel apa and compliance scheduling |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/15/2010 | Federal/State Advisory | review ntii - guam return, clear review notes on revised return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | $430.00 | $774.00 | 2/15/2010 | Federal/State Advisory | review state extension calcs and forms, answer melissa poormon questions on state returns, go over review comments with Kristen, review extensions/clear comments, ask questions on state filing methodology |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/15/2010 | Federal/State Advisory | mon morn mtg with jeff and group |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 2/15/2010 | Federal/State Advisory | nortel apa and compliance scheduling |
| Jacks,Sarah Butler (US011990278) | Manager | 4.2 | $430.00 | $1,806.00 | 2/15/2010 | Federal/State Advisory | review kpmg's question on provision about NOL other adjustment and tie out of capital loss on ngsi, help kpmg tie out provision, discussion on findings |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 2/16/2010 | Federal/State Advisory | call to onesource re: extensions efiled rejection issue |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/16/2010 | Federal/State Advisory | review NNI - Guam extension |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 2/16/2010 | Federal/State Advisory | review ntii - guam return, clear review notes on revised return |
| Jacks,Sarah Butler (US011990278) | Manager | 2.1 | $430.00 | $903.00 | 2/16/2010 | Federal/State Advisory | review state extension calcs and forms, answer melissa poormon questions on state returns, go over review comments with Kristen, review extensions/clear comments, ask questions on state filing methodology |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 2/16/2010 | Federal/State Advisory | nortel billing |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 2/16/2010 | Federal/State Advisory | nortel apa and compliance scheduling |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 2/16/2010 | Federal/State Advisory | review kpmg's question on provision about NOL other adjustment and tie out of capital loss on ngsi, help kpmg tie out provision, discussion on findings |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | $430.00 | $1,075.00 | 2/17/2010 | Federal/State Advisory | research f reorg for alteon systems, call irs efile desk, pull togethe f reorg tax return statement, efile 7004, draft letter to IRS for name change |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $430.00 | $1,720.00 | 2/17/2010 | Federal/State Advisory | review state extension calcs and forms, answer melissa poormon questions on state returns, go over review comments with Kristen, review extensions/clear comments, ask questions on state filing methodology |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/17/2010 | Federal/State Advisory | nortel apa and compliance scheduling |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/17/2010 | Federal/State Advisory | review kpmg's question on provision about NOL other adjustment and tie out of capital loss on ngsi, help kpmg tie out provision, discussion on findings |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/18/2010 | Federal/State Advisory | 2009 compliance and amended compliance ELs, call with jim on rate, call with pam mable re format of letters, call with jeff h to discuss el format |
| Jacks,Sarah Butler (US011990278) | Manager | 2.1 | $430.00 | $903.00 | 2/18/2010 | Federal/State Advisory | review state extension calcs and forms, answer melissa poormon questions on state returns, go over review comments with Kristen, review extensions/clear comments, ask questions on state filing methodology |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/18/2010 | Federal/State Advisory | nortel apa and compliance scheduling |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 2/18/2010 | Federal/State Advisory | call with steve chiechi on ye provision changes, review year end provision changes |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/18/2010 | Federal/State Advisory | review kpmg's question on provision about NOL other adjustment and tie out of capital loss on ngsi, help kpmg tie out provision, discussion on findings |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/19/2010 | Federal/State Advisory | 2009 compliance and amended compliance ELs, call with jim on rate, call with pam mable re format of letters, call with jeff h to discuss el format |
| Scott,James E (US011119307) | Partner | 1.7 | $640.00 | $1,088.00 | 2/19/2010 | Federal/State Advisory | DNB |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 2/22/2010 | Federal/State Advisory | review extension calculation, review est pmt vouchers |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/22/2010 | Federal/State Advisory | monday mtg with jeff to discuss tax |
| Jacks,Sarah Butler (US011990278) | Manager | 8.0 | $430.00 | $3,440.00 | 2/22/2010 | Federal/State Advisory | review provision for gain/loss on sale, update provision model accordingly, discussions/mtgs with chiechi/wood/wallace, review change in balances for j wood, pull together comparison schedule of draft o tax balances to final provision, emails to chie |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/23/2010 | Federal/State Advisory | philadelphia city extenstion - pull form, review computer issue with kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/23/2010 | Federal/State Advisory | review extension calculation, review est pmt vouchers |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/23/2010 | Federal/State Advisory | review texas margin extension question from melissa |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 4.2 | $430.00 | $1,806.00 | 2/23/2010 | Federal/State Advisory | review provision for gain/loss on sale, update provision model accordingly, discussions/mtgs with chiechi/wood/wallace, review change in balances for j wood, pull together comparison schedule of draft o tax balances to final provision, emails to chie |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 2/24/2010 | Federal/State Advisory | review extension calculation, review est pmt vouchers |
| Jacks,Sarah Butler (US011990278) | Manager | 5.1 | $430.00 | $2,193.00 | 2/24/2010 | Federal/State Advisory | review provision for gain/loss on sale, update provision model accordingly, discussions/mtgs with chiechi/wood/wallace, review change in balances for j wood, pull together comparison schedule of draft o tax balances to final provision, emails to chie |
| Scott,James E (US011119307) | Partner | 1.2 | $640.00 | $768.00 | 2/24/2010 | Federal/State Advisory | GRAC & Compliance ltr. review |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | $430.00 | $774.00 | 2/25/2010 | Federal/State Advisory | nortel engagement letters compliance and amended |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 2/25/2010 | Federal/State Advisory | review extension calculation, review est pmt vouchers |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/25/2010 | Federal/State Advisory | review provision for gain/loss on sale, update provision model accordingly, discussions/mtgs with chiechi/wood/wallace, review change in balances for j wood, pull together comparison schedule of draft o tax balances to final provision, emails to chie |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | $430.00 | $2,150.00 | 2/26/2010 | Federal/State Advisory | review extension calculation, review est pmt vouchers |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/26/2010 | Federal/State Advisory | review provision for gain/loss on sale, update provision model accordingly, discussions/mtgs with chiechi/wood/wallace, review change in balances for j wood, pull together comparison schedule of draft o tax balances to final provision, emails to chie |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/1/2010 | Federal/State Advisory | compliance - walk through batch import for NNC trial balances, and NNI, review error log, advise on what we need to do to update coa and reimport TBs, help with tcc trc coding, answer questions for melissa on NNC separate cos for ocmpliance |
| Jacks,Sarah Butler (US011990278) | Manager | 2.7 | $430.00 | $1,161.00 | 3/1/2010 | Federal/State Advisory | extensions, review efts, review ones requiring checks, mtg with jeff to sign, coordination with kristen and melissa, review question for melissa on ga ext |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/1/2010 | Federal/State Advisory | review arms for melissa poormon, update various arms schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 3/1/2010 | Federal/State Advisory | pull act, iitc, and nortel foundation for karen wong - foreign affiliate reporting, addtl request for secureinfo |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/1/2010 | Federal/State Advisory | nortel mon mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 3/2/2010 | Federal/State Advisory | compliance - walk through batch import for NNC trial balances, and NNI, review error log, advise on what we need to do to update coa and reimport TBs, help with tcc trc coding, answer questions for melissa on NNC separate cos for ocmpliance |

4

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/2/2010 | Federal/State Advisory | el discussion wiht jeff, compliance process discussion, follow up with jeff hendrickson on el process, update to jim scott, scan and send els to luis gonzalez, request 30 day codes, request language change from luis and get donna to fix |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/2/2010 | Federal/State Advisory | extensions, review efts, review ones requiring checks, mtg with jeff to sign, coordination with kristen and melissa, review question for melissa on ga ext |
| Jacks,Sarah Butler (US011990278) | Manager | 1.7 | $430.00 | $731.00 | 3/2/2010 | Federal/State Advisory | review arms for melissa poormon, update various arms schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/2/2010 | Federal/State Advisory | revise provision based on chiechi's comments, finalize provision workpapers |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 3/3/2010 | Federal/State Advisory | compliance - walk through batch import for NNC trial balances, and NNI, review error log, advise on what we need to do to update coa and reimport TBs, help with tcc trc coding, answer questions for melissa on NNC separate cos for ocmpliance |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/3/2010 | Federal/State Advisory | review arms for melissa poormon, update various arms schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/3/2010 | Federal/State Advisory | pull nol schedules for Jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 3/3/2010 | Federal/State Advisory | revise provision based on chiechi's comments, finalize provision workpapers |
| Jacks,Sarah Butler (US011990278) | Manager | 2.2 | $430.00 | $946.00 | 3/4/2010 | Federal/State Advisory | compliance - walk through batch import for NNC trial balances, and NNI, review error log, advise on what we need to do to update coa and reimport TBs, help with tcc trc coding, answer questions for melissa on NNC separate cos for ocmpliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/4/2010 | Federal/State Advisory | discuss with melissa, change to MA filing to unitary from combined for 2009 purposes |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/4/2010 | Federal/State Advisory | review arms for melissa poormon, update various arms schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/5/2010 | Federal/State Advisory | compliance - walk through batch import for NNC trial balances, and NNI, review error log, advise on what we need to do to update coa and reimport TBs, help with tcc trc coding, answer questions for melissa on NNC separate cos for ocmpliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/5/2010 | Federal/State Advisory | pull together list of compliance technical issues for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/5/2010 | Federal/State Advisory | review arms for melissa poormon, update various arms schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 3.6 | $430.00 | $1,548.00 | 3/8/2010 | Federal/State Advisory | discuss trial balance run with kristen for jeff's cleary mtg - break down of trial balance mapping to FS presentation, pull together schedule forpurposes of estimating solvency for liquidation plans, review I/C reserves compare to p&l run comparison |
| Jacks,Sarah Butler (US011990278) | Manager | 1.3 | $430.00 | $559.00 | 3/8/2010 | Federal/State Advisory | help melissa pull intercompany affiliated debt, mtg with jeff to discuss info need for mtg with cleary, for liquidation discussion |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/8/2010 | Federal/State Advisory | monday morning mtg with jeff and tax group |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 2.2 | $430.00 | $946.00 | 3/9/2010 | Federal/State Advisory | discuss trial balance run with kristen for jeff's cleary mtg - break down of trial balance mapping to FS presentation, pull together schedule forpurposes of estimating solvency for liquidation plans, review I/C reserves compare to p&l run comparison |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/10/2010 | Federal/State Advisory | call with melissa re: status of state ext/eft etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/10/2010 | Federal/State Advisory | discuss trial balance run with kristen for jeff's cleary mtg - break down of trial balance mapping to FS presentation, pull together schedule forpurposes of estimating solvency for liquidation plans, review I/C reserves compare to p&l run comparison |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/10/2010 | Federal/State Advisory | edocs issues clearance |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 3/10/2010 | Federal/State Advisory | research write off of I/C trade receivable - whether capital or ordinary gain, call with kristen to discuss research |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/11/2010 | Federal/State Advisory | discuss coretek return with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/11/2010 | Federal/State Advisory | go over compliance prep assignments |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/11/2010 | Federal/State Advisory | gtacs for nortel compliance & apa, update with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/11/2010 | Federal/State Advisory | request/send els to luis gonzalez, review and investiage NNC signature issue, call with jim to randall re: signature authority on letters, follow up with luis on letters, consult with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 1.6 | $430.00 | $688.00 | 3/11/2010 | Federal/State Advisory | review 1042/1042s, discuss comments with deborah |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/11/2010 | Federal/State Advisory | answer steve question on capiltal loss c/f period |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/12/2010 | Federal/State Advisory | answer onesource questions for reg nnc compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 3/12/2010 | Federal/State Advisory | review 1042/1042s, discuss comments with deborah |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/12/2010 | Federal/State Advisory | develop hot list for mon mtg with kristen |
| Harrison IV,George Jackson (US012004331) | Partner | 1.0 | $640.00 | $640.00 | 3/15/2010 | Federal/State Advisory | misc |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/17/2010 | Federal/State Advisory | discuss r&d vs g&a page one coding and M-3 mapping for 040 and 020 tags |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 3/17/2010 | Federal/State Advisory | review alteon return/provision m-1 - P2R issue with kristen, call with jeff to discuss implications |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/19/2010 | Federal/State Advisory | call with jeff hendrickson re: sows for amended / 2009 compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/19/2010 | Federal/State Advisory | respond to cala ein request for HP vendor question for jeff wood |
| Scott,James E (US011119307) | Partner | 1.1 | $640.00 | $704.00 | 3/19/2010 | Federal/State Advisory | Eng matters |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 3/22/2010 | Federal/State Advisory | mon morn mtg with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/23/2010 | Federal/State Advisory | return update with kristen wallace, answer questions |
| Scott,James E (US011119307) | Partner | 1.2 | $640.00 | $768.00 | 3/24/2010 | Federal/State Advisory | Provision Assist |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/25/2010 | Federal/State Advisory | review import question for kristen on 09 compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/25/2010 | Federal/State Advisory | research nol nc c/f for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 3/25/2010 | Federal/State Advisory | billing, pull prior invoices at request of jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/25/2010 | Federal/State Advisory | fin 48 - Q1 2010 |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 3/26/2010 | Federal/State Advisory | return update with kristen wallace, answer questions |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/26/2010 | Federal/State Advisory | review Q1 info from glendy cheung, put stuff on network |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/28/2010 | Federal/State Advisory | review key task listing from vicent, update with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 3/29/2010 | Federal/State Advisory | review key task listing from vicent, update with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 5.5 | $430.00 | $2,365.00 | 3/31/2010 | Federal/State Advisory | FIN 48 - Q1 Provision prep |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/1/2010 | Federal/State Advisory | nortel project update dsicussion and upcoming project pipeline |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 4/1/2010 | Federal/State Advisory | FIN 48 - Q1 Provision prep |
| Scott,James E (US011119307) | Partner | 1.3 | $640.00 | $832.00 | 4/1/2010 | Federal/State Advisory | Mtgs. with Sarah Jacks & Jeff Hendrickson on contract and POA; Ben Romeiser |
| Scott,James E (US011119307) | Partner | 0.7 | $640.00 | $448.00 | 4/2/2010 | Federal/State Advisory | 2009 Return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/5/2010 | Federal/State Advisory | pull together letter to IRS for Alteon name change |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/5/2010 | Federal/State Advisory | schedule update with jim on 2009 review of compliance |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 4/6/2010 | Federal/State Advisory | pull together letter to IRS for Alteon name change |
| Jacks,Sarah Butler (US011990278) | Manager | 4.8 | $430.00 | $2,064.00 | 4/6/2010 | Federal/State Advisory | Q1 - rollforward provisions, mtg with kristen and melissa to go over provision assignments, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/6/2010 | Federal/State Advisory | answer kristen questions re: Diamond ware retained earnings rollforward |
| Scott,James E (US011119307) | Partner | 1.2 | $640.00 | $768.00 | 4/6/2010 | Federal/State Advisory | Conf. call Vince R. Re: activity mattrix and timing; follow-up w/Sarah |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 4/7/2010 | Federal/State Advisory | documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/7/2010 | Federal/State Advisory | review MO overpayment adjustment notice with meliss for incorrect apportionment percentage |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/7/2010 | Federal/State Advisory | review continuity schedules at Q4 09 and update provision binder, review ARMS binder to make sure correct documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/7/2010 | Federal/State Advisory | Q1 - rollforward provisions, mtg with kristen and melissa to go over provision assignments, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/8/2010 | Federal/State Advisory | pull together letter to IRS for Alteon name change |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 4/8/2010 | Federal/State Advisory | Q1 - rollforward provisions, mtg with kristen and melissa to go over provision assignments, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/9/2010 | Federal/State Advisory | follow up with myra regarding billing analyzer and invoice draft |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/9/2010 | Federal/State Advisory | Q1 - rollforward provisions, mtg with kristen and melissa to go over provision assignments, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/9/2010 | Federal/State Advisory | Q1 - rollforward provisions, mtg with kristen and melissa to go over provision assignments, etc |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/12/2010 | Federal/State Advisory | mon morn mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 4.2 | $430.00 | $1,806.00 | 4/12/2010 | Federal/State Advisory | Q1 rollforward of provision, go over KW questions, discussion state model with Melissa, review M-1s, call with chiechi status of trial balance, trial balance review, go over state questions with melissa, call with wendy ward re: pension accrual |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/12/2010 | Federal/State Advisory | answer kristen question re: architel accrual of 100k and cala accrual for branches |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/12/2010 | Federal/State Advisory | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 2.8 | $430.00 | $1,204.00 | 4/13/2010 | Federal/State Advisory | Q1 rollforward of provision, go over KW questions, discussion state model with Melissa, review M-1s, call with chiechi status of trial balance, trial balance review, go over state questions with melissa, call with wendy ward re: pension accrual |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/13/2010 | Federal/State Advisory | research CA water's edge election question for jeff wood, review prior returns if valid election exists |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/13/2010 | Federal/State Advisory | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |
| Jacks,Sarah Butler (US011990278) | Manager | 9.5 | $430.00 | $4,085.00 | 4/14/2010 | Federal/State Advisory | Q1 rollforward of provision, go over KW questions, discussion state model with Melissa, review M-1s, call with chiechi status of trial balance, trial balance review, go over state questions with melissa, call with wendy ward re: pension accrual |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/14/2010 | Federal/State Advisory | research CA water's edge election question for jeff wood, review prior returns if valid election exists |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/14/2010 | Federal/State Advisory | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |
| Jacks,Sarah Butler (US011990278) | Manager | 5.1 | $430.00 | $2,193.00 | 4/15/2010 | Federal/State Advisory | Q1 rollforward of provision, go over KW questions, discussion state model with Melissa, review M-1s, call with chiechi status of trial balance, trial balance review, go over state questions with melissa, call with wendy ward re: pension accrual |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/15/2010 | Federal/State Advisory | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |
| Jacks,Sarah Butler (US011990278) | Manager | 5.7 | $430.00 | $2,451.00 | 4/16/2010 | Federal/State Advisory | Q1 rollforward of provision, go over KW questions, discussion state model with Melissa, review M-1s, call with chiechi status of trial balance, trial balance review, go over state questions with melissa, call with wendy ward re: pension accrual |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 4/18/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/19/2010 | Federal/State Advisory | mon morn meeting with tax group |
| Jacks,Sarah Butler (US011990278) | Manager | 5.6 | $430.00 | $2,408.00 | 4/19/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 6.7 | $430.00 | $2,881.00 | 4/20/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/20/2010 | Federal/State Advisory | documentation |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 3.8 | $430.00 | $1,634.00 | 4/21/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/21/2010 | Federal/State Advisory | follow up on EY puerto rico withholding issue for deborah vaughan |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/22/2010 | Federal/State Advisory | discuss withholding arms with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 5.5 | $430.00 | $2,365.00 | 4/22/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/23/2010 | Federal/State Advisory | Q1 2010 provision ,respond to kpmg questions, respond to chiechi submission schedule questions, update sch 8 per chiechi, journal entry booking issues review, pull together kpmg expense schedule per jeff wood request |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $63.00 | 4/23/2010 | Federal/State Advisory | resource coordination |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/26/2010 | Federal/State Advisory | review Q1 ARMs |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 4/26/2010 | Federal/State Advisory | mon morning meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 3.1 | $430.00 | $1,333.00 | 4/26/2010 | Federal/State Advisory | Q1 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 1.3 | $430.00 | $559.00 | 4/27/2010 | Federal/State Advisory | Q1 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 4/27/2010 | Federal/State Advisory | review kristen's intercompany dividend question for cala, discussion mtg of compliance proces with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 2.3 | $430.00 | $989.00 | 4/28/2010 | Federal/State Advisory | Q1 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/28/2010 | Federal/State Advisory | review kristen's intercompany dividend question for cala, discussion mtg of compliance proces with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/29/2010 | Federal/State Advisory | Q1 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/30/2010 | Federal/State Advisory | Q1 provision |
| Scott,James E (US011119307) | Partner | 1.8 | $640.00 | $1,152.00 | 4/30/2010 | Federal/State Advisory | Mtg. Sarah Jacks |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/1/2010 | Amended State Returns | call with lori haniford - apa amended return questions, call with jim to update on apa returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/3/2010 | Amended State Returns | coordinate ca amended return resource for jeff wood |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 2/3/2010 | Amended State Returns | follow up on amended return status with jim/darlena |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 2/8/2010 | Amended State Returns | callwith jim scott re: compliance paid preparer issue, call with jeff wood on same issue |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/8/2010 | Amended State Returns | call with mark mesler re: paid preparer threshold for nortel, call with mark on potential contrary position on return and ey sign, call with jim to discuss marks comments on signing and positin on return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/9/2010 | Amended State Returns | callwith jim scott re: compliance paid preparer issue, call with jeff wood on same issue |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 2/10/2010 | Amended State Returns | call with mark mesler re: paid preparer threshold for nortel, call with mark on potential contrary position on return and ey sign, call with jim to discuss marks comments on signing and positin on return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 2/11/2010 | Amended State Returns | amended return discussion with darlena and jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 2/11/2010 | Amended State Returns | call with mark mesler re: paid preparer threshold for nortel, call with mark on potential contrary position on return and ey sign, call with jim to discuss marks comments on signing and positin on return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/12/2010 | Amended State Returns | gtac for amended state returns and 2009 compliance, draft ELs for both |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 2/16/2010 | Amended State Returns | 2009 compliance and amended compliance ELs, call with jim on rate, call with pam mable re format of letters, call with jeff h to discuss el format |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 2/18/2010 | Amended State Returns | 2009 compliance and amended compliance ELs, call with jim on rate, call with pam mable re format of letters, call with jeff h to discuss el format |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 3/1/2010 | Amended State Returns | el discussion wiht jeff, compliance process discussion, follow up with jeff hendrickson on el process, update to jim scott, scan and send els to luis gonzalez, request 30 day codes, request language change from luis and get donna to fix |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/1/2010 | Amended State Returns | amended tax returns - schedule mtg with jeff/janie/melissa, coordinate with janie |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/2/2010 | Amended State Returns | el discussion wiht jeff, compliance process discussion, follow up with jeff hendrickson on el process, update to jim scott, scan and send els to luis gonzalez, request 30 day codes, request language change from luis and get donna to fix |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 3/2/2010 | Amended State Returns | amended tax returns - schedule mtg with jeff/janie/melissa, coordinate with janie |
| Golde,Janie Marie (US012351613) | Staff/Senior | 3.3 | $150.00 | $495.00 | 3/3/2010 | Amended State Returns | Nortel - RECLASS TO AMENDED STATE RETURNS |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 3/3/2010 | Amended State Returns | el discussion wiht jeff, compliance process discussion, follow up with jeff hendrickson on el process, update to jim scott, scan and send els to luis gonzalez, request 30 day codes, request language change from luis and get donna to fix |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 3/3/2010 | Amended State Returns | amended tax returns - schedule mtg with jeff/janie/melissa, coordinate with janie |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/4/2010 | Amended State Returns | fix folders in edocs |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.8 | $150.00 | $1,020.00 | 3/8/2010 | Amended State Returns | Nortel - amended state returns TO RECLASS |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/8/2010 | Amended State Returns | discuss amended returns ad process with janie, update with jim |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.6 | $150.00 | $840.00 | 3/9/2010 | Amended State Returns | Nortel - amended state returns TO RECLASS |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/9/2010 | Amended State Returns | request/send els to luis gonzalez, review and investiage NNC signature issue, call with jim to randall re: signature authority on letters, follow up with luis on letters, consult with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 3/10/2010 | Amended State Returns | discuss amended returns ad process with janie, update with jim |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/10/2010 | Amended State Returns | request/send els to luis gonzalez, review and investiage NNC signature issue, call with jim to randall re: signature authority on letters, follow up with luis on letters, consult with jim |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/11/2010 | Amended State Returns | request/send els to luis gonzalez, review and investiage NNC signature issue, call with jim to randall re: signature authority on letters, follow up with luis on letters, consult with jim |
| Golde,Janie Marie (US012351613) | Staff/Senior | 7.3 | $150.00 | $1,095.00 | 3/12/2010 | Amended State Returns | Nortel - amended state returns TO RECLASS |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/12/2010 | Amended State Returns | meeting with jeff to discuss status of amended tax returns |
| Jacks,Sarah Butler (US011990278) | Manager | 4.2 | $430.00 | $1,806.00 | 3/12/2010 | Amended State Returns | ca & ne amended state return prep & research, research 30-60-90-120 day states - double check - research what is required to be attached to amended return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/13/2010 | Amended State Returns | review refund summary for state amended returns from janie |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/13/2010 | Amended State Returns | PREPARE NE AMENDED RETURN BASED ON SCHEDULES PREPARED BY J WOOD |
| Golde,Janie Marie (US012351613) | Staff/Senior | 1.0 | $150.00 | $150.00 | 3/14/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 3/14/2010 | Amended State Returns | PREPARE NE AMENDED RETURN BASED ON SCHEDULES PREPARED BY J WOOD |
| Golde,Janie Marie (US012351613) | Staff/Senior | 0.3 | $150.00 | $45.00 | 3/15/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 3/15/2010 | Amended State Returns | respond to janie re NE and CA amended return schedules/forms, review final NE returns, pull together attachments and NE package, review CA amended schedules, call with matt gentile on CA AMT calculation, prepare for review of AR, CO, IL, ID |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/15/2010 | Amended State Returns | PREPARE NE AMENDED RETURN BASED ON SCHEDULES PREPARED BY J WOOD |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 3/15/2010 | Amended State Returns | inquiry of jeff re: effective date for clock starting on amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.3 | $150.00 | $945.00 | 3/16/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.5 | $150.00 | $825.00 | 3/17/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 3/17/2010 | Amended State Returns | respond to janie re NE and CA amended return schedules/forms, review final NE returns, pull together attachments and NE package, review CA amended schedules, call with matt gentile on CA AMT calculation, prepare for review of AR, CO, IL, ID |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.3 | $150.00 | $795.00 | 3/18/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 3.4 | $430.00 | $1,462.00 | 3/18/2010 | Amended State Returns | respond to janie re NE and CA amended return schedules/forms, review final NE returns, pull together attachments and NE package, review CA amended schedules, call with matt gentile on CA AMT calculation, prepare for review of AR, CO, IL, ID |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.3 | $150.00 | $795.00 | 3/19/2010 | Amended State Returns | Nortel - Reclass to state amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 6.5 | $430.00 | $2,795.00 | 3/19/2010 | Amended State Returns | respond to janie re NE and CA amended return schedules/forms, review final NE returns, pull together attachments and NE package, review CA amended schedules, call with matt gentile on CA AMT calculation, prepare for review of AR, CO, IL, ID |
| Jacks,Sarah Butler (US011990278) | Manager | 4.5 | $430.00 | $1,935.00 | 3/21/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.4 | $150.00 | $360.00 | 3/22/2010 | Amended State Returns | Nortel - state amended tax returns |
| Jacks,Sarah Butler (US011990278) | Manager | 9.7 | $430.00 | $4,171.00 | 3/22/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.5 | $150.00 | $825.00 | 3/23/2010 | Amended State Returns | Nortel - state amended tax returns |
| Jacks,Sarah Butler (US011990278) | Manager | 5.3 | $430.00 | $2,279.00 | 3/23/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |
| Scott,James E (US011119307) | Partner | 1.4 | $640.00 | $896.00 | 3/23/2010 | Amended State Returns | APA State Returns ~ relating to amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | $430.00 | $2,150.00 | 3/24/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 3/24/2010 | Amended State Returns | scheduling call with Darlena and Jim re: Nortel amended returns, get syreeta up to date on amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 3/25/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/25/2010 | Amended State Returns | scheduling call with Darlena and Jim re: Nortel amended returns, get syreeta up to date on amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.1 | $150.00 | $915.00 | 3/26/2010 | Amended State Returns | Nortel - state amended tax returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 3/26/2010 | Amended State Returns | scheduling call with Darlena and Jim re: Nortel amended returns, get syreeta up to date on amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 3/26/2010 | Amended State Returns | review CO, ID, AR, MS, KY, PA and IL, prepare amended forms, edocs documentation |
| Golde,Janie Marie (US012351613) | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 3/27/2010 | Amended State Returns | Nortel Amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.0 | $150.00 | $900.00 | 3/28/2010 | Amended State Returns | Nortel Amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 3/29/2010 | Amended State Returns | Nortel Amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 3/30/2010 | Amended State Returns | Nortel Amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 3/30/2010 | Amended State Returns | amended return discussion with gentile, coordination with syreeta for amended returns, set up syreeta for amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 3/31/2010 | Amended State Returns | amended return discussion with gentile, coordination with syreeta for amended returns, set up syreeta for amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 3/31/2010 | Amended State Returns | Prepare wp for state amended returns. |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/1/2010 | Amended State Returns | amended return discussion with gentile, coordination with syreeta for amended returns, set up syreeta for amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 7.0 | $150.00 | $1,050.00 | 4/1/2010 | Amended State Returns | Prepare wp for state amended returns. |
| Scott,James E (US011119307) | Partner | 0.7 | $640.00 | $448.00 | 4/1/2010 | Amended State Returns | Mtgs. with Sarah Jacks & Jeff Hendrickson on contract and POA; Ben Romeiser |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.1 | $150.00 | $915.00 | 4/5/2010 | Amended State Returns | Nortel - amended state returns - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 4/5/2010 | Amended State Returns | update with Janie on amended tax returns, update with syreeta, update with enagement code indentification |
| Scott,James E (US011119307) | Partner | 1.3 | $640.00 | $832.00 | 4/5/2010 | Amended State Returns | Billing with Myra |
| Golde,Janie Marie (US012351613) | Staff/Senior | 8.3 | $150.00 | $1,245.00 | 4/6/2010 | Amended State Returns | Nortel - amended state returns - 60 day states |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $150.00 | $1,350.00 | 4/6/2010 | Amended State Returns | Prepare amended schedule & state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.8 | $150.00 | $720.00 | 4/7/2010 | Amended State Returns | Nortel - amended state returns - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/7/2010 | Amended State Returns | discuss MS notices regarding amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 4/7/2010 | Amended State Returns | discussion with janie whether TN amended return requires forms |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $150.00 | $1,350.00 | 4/7/2010 | Amended State Returns | Prepare amended schedule & state returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 4/8/2010 | Amended State Returns | follow up with luis on unsiged pages of the engagement letter, coordinate signing with randal, update edocs |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 4/8/2010 | Amended State Returns | Prepare amended schedule & state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.1 | $150.00 | $315.00 | 4/9/2010 | Amended State Returns | Nortel - amended state returns - 60 day states |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.1 | $150.00 | $315.00 | 4/9/2010 | Amended State Returns | Nortel - amended state returns - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/9/2010 | Amended State Returns | update with Janie on amended tax returns, update with syreeta, update with enagement code indentification |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 4/9/2010 | Amended State Returns | time reclass |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/9/2010 | Amended State Returns | follow up with luis on unsiged pages of the engagement letter, coordinate signing with randal, update edocs |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/9/2010 | Amended State Returns | update with Janie on amended tax returns, update with syreeta, update with enagement code indentification |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 4/9/2010 | Amended State Returns | time reclass |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 4/9/2010 | Amended State Returns | follow up with luis on unsiged pages of the engagement letter, coordinate signing with randal, update edocs |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $150.00 | $1,350.00 | 4/9/2010 | Amended State Returns | Prepare amended schedule & state returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $100.00 | $900.00 | 4/9/2010 | Amended State Returns | Prepare amended schedule & state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 0.8 | $150.00 | $120.00 | 4/12/2010 | Amended State Returns | Nortel - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 4/12/2010 | Amended State Returns | amended return review coordination with matt/janie, get matt started reviewing the amended returns, coordination with syreeta, scheduling for syreeta, work with jim on potentially using ashley morris, answer gentile questions - circle up with blake l |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 4/12/2010 | Amended State Returns | pull prior amended state schedules for syreeta for 90 day states |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.0 | $100.00 | $800.00 | 4/12/2010 | Amended State Returns | amend state TR |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/12/2010 | Amended State Returns | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |

3

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Manager | 6.0 | $430.00 | $2,580.00 | 4/13/2010 | Amended State Returns | review amended state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 0.3 | $150.00 | $45.00 | 4/13/2010 | Amended State Returns | Nortel - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 4/13/2010 | Amended State Returns | amended return review coordination with matt/janie, get matt started reviewing the amended returns, coordination with syreeta, scheduling for syreeta, work with jim on potentially using ashley morris, answer gentile questions - circle up with blake l |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 10.0 | $100.00 | $1,000.00 | 4/13/2010 | Amended State Returns | amend state TR |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/13/2010 | Amended State Returns | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |
| Gentile,Matthew Donald (US012548056) | Manager | 7.3 | $430.00 | $3,139.00 | 4/14/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 0.1 | $430.00 | $43.00 | 4/14/2010 | Amended State Returns | review and sign amended state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.5 | $150.00 | $675.00 | 4/14/2010 | Amended State Returns | Nortel - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 1.3 | $430.00 | $559.00 | 4/14/2010 | Amended State Returns | amended return review coordination with matt/janie, get matt started reviewing the amended returns, coordination with syreeta, scheduling for syreeta, work with jim on potentially using ashley morris, answer gentile questions - circle up with blake l |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 10.5 | $100.00 | $1,050.00 | 4/14/2010 | Amended State Returns | amend state TR |
| Chappell,Thomas J (US012027078) | Senior Manager | 0.5 | $545.00 | $272.50 | 4/15/2010 | Amended State Returns | VT NOL |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/15/2010 | Amended State Returns | amended return review coordination with matt/janie, get matt started reviewing the amended returns, coordination with syreeta, scheduling for syreeta, work with jim on potentially using ashley morris, answer gentile questions - circle up with blake l |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 10.0 | $100.00 | $1,000.00 | 4/15/2010 | Amended State Returns | amend state TR |
| Scott,James E (US011119307) | Partner | 2.1 | $640.00 | $1,344.00 | 4/15/2010 | Amended State Returns | Mtg. Jeff Wood Sarah Jacks, vince Rainando, Re: task list |
| Gentile,Matthew Donald (US012548056) | Manager | 2.0 | $430.00 | $860.00 | 4/16/2010 | Amended State Returns | review amended state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.8 | $150.00 | $720.00 | 4/16/2010 | Amended State Returns | Nortel - 60 day states |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 4/16/2010 | Amended State Returns | amended return review coordination with matt/janie, get matt started reviewing the amended returns, coordination with syreeta, scheduling for syreeta, work with jim on potentially using ashley morris, answer gentile questions - circle up with blake l |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.0 | $100.00 | $800.00 | 4/16/2010 | Amended State Returns | amend state TR |
| Golde,Janie Marie (US012351613) | Staff/Senior | 3.8 | $150.00 | $570.00 | 4/19/2010 | Amended State Returns | Nortel - amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 4/19/2010 | Amended State Returns | amended return update with jeff wood, send schedule of returns that will be out by end of april to jeff for attorneys, schedule with syreeta, update network with 60 day state workpapers follow up with gentile on scheduling amended return review |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.5 | $100.00 | $950.00 | 4/19/2010 | Amended State Returns | Amend state returns 1998-2005 |
| Golde,Janie Marie (US012351613) | Staff/Senior | 1.6 | $150.00 | $240.00 | 4/20/2010 | Amended State Returns | Nortel - amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $100.00 | $900.00 | 4/20/2010 | Amended State Returns | Amend state returns 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 4/21/2010 | Amended State Returns | review and sign last 60 day state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 4/21/2010 | Amended State Returns | state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.3 | $150.00 | $645.00 | 4/21/2010 | Amended State Returns | Nortel - amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 4/21/2010 | Amended State Returns | amended return update with jeff wood, send schedule of returns that will be out by end of april to jeff for attorneys, schedule with syreeta, update network with 60 day state workpapers follow up with gentile on scheduling amended return review |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.5 | $100.00 | $950.00 | 4/21/2010 | Amended State Returns | Amend state returns 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 4/22/2010 | Amended State Returns | state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 7.1 | $150.00 | $1,065.00 | 4/22/2010 | Amended State Returns | Nortel - amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/22/2010 | Amended State Returns | amended return update with jeff wood, send schedule of returns that will be out by end of april to jeff for attorneys, schedule with syreeta, update network with 60 day state workpapers follow up with gentile on scheduling amended return review |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.5 | $100.00 | $850.00 | 4/22/2010 | Amended State Returns | Amend state returns 1998-2005 |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 4/23/2010 | Amended State Returns | amended return update with jeff wood, send schedule of returns that will be out by end of april to jeff for attorneys, schedule with syreeta, update network with 60 day state workpapers follow up with gentile on scheduling amended return review |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 5.0 | $100.00 | $500.00 | 4/23/2010 | Amended State Returns | Amend state returns 1998-2005 |
| Scott,James E (US011119307) | Partner | 2.2 | $640.00 | $1,408.00 | 4/23/2010 | Amended State Returns | APA Amendeds |
| Gentile,Matthew Donald (US012548056) | Manager | 6.2 | $430.00 | $2,666.00 | 4/26/2010 | Amended State Returns | review & sign state returns |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 4/26/2010 | Amended State Returns | get ashely morris up to speed on amended returns and review process, coordination with matt gentile, discussion with jeff and melissa re: colorado notice, discussion with matt and janie re: may deadline for amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.5 | $100.00 | $950.00 | 4/26/2010 | Amended State Returns | Amended State return 1998-2005 |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.1 | $150.00 | $615.00 | 4/27/2010 | Amended State Returns | Nortel - amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 4/27/2010 | Amended State Returns | get ashely morris up to speed on amended returns and review process, coordination with matt gentile, discussion with jeff and melissa re: colorado notice, discussion with matt and janie re: may deadline for amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 10.0 | $100.00 | $1,000.00 | 4/27/2010 | Amended State Returns | Amended State return 1998-2005 |
| Scott,James E (US011119307) | Partner | 1.4 | $640.00 | $896.00 | 4/27/2010 | Amended State Returns | Personnel reviews |
| Gentile,Matthew Donald (US012548056) | Manager | 1.1 | $430.00 | $473.00 | 4/28/2010 | Amended State Returns | review & sign state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.0 | $150.00 | $300.00 | 4/28/2010 | Amended State Returns | Nortel - amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 4/28/2010 | Amended State Returns | get ashely morris up to speed on amended returns and review process, coordination with matt gentile, discussion with jeff and melissa re: colorado notice, discussion with matt and janie re: may deadline for amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.5 | $100.00 | $850.00 | 4/28/2010 | Amended State Returns | Amended State return 1998-2005 |
| Chappell,Thomas J (US012027078) | Senior Manager | 1.0 | $545.00 | $545.00 | 4/29/2010 | Amended State Returns | ME NOL |
| Gentile,Matthew Donald (US012548056) | Manager | 3.6 | $430.00 | $1,548.00 | 4/29/2010 | Amended State Returns | review & sign state returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 0.3 | $150.00 | $45.00 | 4/29/2010 | Amended State Returns | Nortel - amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 6.5 | $100.00 | $650.00 | 4/29/2010 | Amended State Returns | Amended State return 1998-2005 |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.4 | $150.00 | $360.00 | 4/30/2010 | Amended State Returns | Nortel - amended returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $100.00 | $900.00 | 4/30/2010 | Amended State Returns | Amended State return 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 0.3 | $430.00 | $129.00 | 5/3/2010 | Amended State Returns | amended state return review |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.5 | $150.00 | $825.00 | 5/3/2010 | Amended State Returns | Nortel - amended state returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $100.00 | $900.00 | 5/3/2010 | Amended State Returns | 1998-2005 |
| Golde,Janie Marie (US012351613) | Staff/Senior | 3.1 | $150.00 | $465.00 | 5/4/2010 | Amended State Returns | Nortel - amended state returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.5 | $100.00 | $850.00 | 5/4/2010 | Amended State Returns | 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 7.6 | $430.00 | $3,268.00 | 5/5/2010 | Amended State Returns | amended state return review |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 7.5 | $100.00 | $750.00 | 5/5/2010 | Amended State Returns | 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 1.1 | $430.00 | $473.00 | 5/6/2010 | Amended State Returns | amended state return review |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.3 | $150.00 | $345.00 | 5/6/2010 | Amended State Returns | Nortel - amended state returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 8.5 | $100.00 | $850.00 | 5/6/2010 | Amended State Returns | 1998-2005 |
| Gentile,Matthew Donald (US012548056) | Manager | 1.1 | $430.00 | $473.00 | 5/7/2010 | Amended State Returns | amended state return review |
| Golde,Janie Marie (US012351613) | Staff/Senior | 2.1 | $150.00 | $315.00 | 5/7/2010 | Amended State Returns | Nortel - amended state returns |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 9.0 | $100.00 | $900.00 | 5/7/2010 | Amended State Returns | 1998-2005 |