# EXHIBIT B

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Golde,Janie Marie (US012351613) | Staff/Senior | $34.50 | Ground - Mileage: Ground Trans | 4/9/2010 | Amended State Returns |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 4/13/2010 | Amended State Returns |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 4/14/2010 | Amended State Returns |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 4/16/2010 | Amended State Returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | $16.50 | Ground - Mileage: Ground Trans | 4/16/2010 | Amended State Returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | $34.50 | Ground - Mileage: Ground Trans | 4/19/2010 | Amended State Returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | $34.50 | Ground - Mileage: Ground Trans | 4/27/2010 | Amended State Returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | $36.00 | Ground - Mileage: Ground Trans | 5/3/2010 | Amended State Returns |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/1/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/3/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/4/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/5/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/8/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/9/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/10/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/11/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/12/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/15/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/16/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Doc - Mileage: Ground Trans | 2/17/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/18/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/22/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/23/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/24/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/25/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 2/26/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/1/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/2/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/3/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $21.60 | Meals - Lunch | 3/4/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $4.40 | Sundry - Miscellaneous: Sundry | 3/4/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/4/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/5/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/8/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/9/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/10/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/11/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/12/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/17/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/18/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/19/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/21/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/22/2010 | Federal/State Advisory |

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/23/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/24/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/25/2010 | Federal/State Advisory |
| Golde,Janie Marie (US012351613) | Staff/Senior | $36.50 | Ground - Mileage: Ground Trans | 3/26/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $20.06 | Meals - Dinner | 3/26/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/26/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/28/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 3/31/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $11.00 | Ground - Mileage: Ground Trans | 4/1/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/9/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/12/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/13/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/14/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/15/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $4.00 | Sundry - Miscellaneous: Sundry | 4/15/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $34.26 | Meals - Dinner | 4/15/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/16/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/18/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/19/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/20/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/21/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/22/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/26/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/27/2010 | Federal/State Advisory |
| Jacks,Sarah Butler (US011990278) | Manager | $8.00 | Ground - Mileage: Ground Trans | 4/28/2010 | Federal/State Advisory |

## VERIFICATION

STATE OF NORTH CAROLINA )
                                           ) SS:
COUNTY OF WAKE              )

       James E. Scott, after being duly sworn according to law, deposes and says:

       a)     I am a Partner with the applicant firm, Ernst & Young LLP.

       b)     I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

       c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                                _/s/ James E. Scott_
                                                                 James E. Scott
                                                                 Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me
this 4 day of June, 2010.

_/s/ Donna L. Wright_
Notary Public
My Commission Expires: 3|17|