IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, et. al.[1], | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: June 24, 2010 @ 10:00 a.m. ET |

# FIFTH QUARTERLY FEE APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010

In accordance with the Administrative Order, under 11 U.S.C. 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.I. #222) (the "Monthly Compensation Order") Lazard Frères & Co. LLC, ("Lazard") hereby submits its fifth quarterly fee application (the "Application") for the period February 1, 2010 through and including April 30, 2010[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibit D attached to the monthly applications (D.I. No's 3139-3141) contains a detailed listing of Lazard's requested fees and expenses.

Lazard seeks approval for the following fee applications that were filed during the Application Period:

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees (Pending) | Approved Expenses (Pending) | Amounts Paid | 20% Holdback Amount |
|---|---|---|---|---|---|---|---|---|
| 06/04/10 D.I. 3139 | 02/01/10 through 02/28/10 | $250,000.00 | $3,754.76 | Pending | $200,000.00 | $3,754.76 | $0.00 | $50,000.00 |
| 06/04/10 D.I. 3140 | 03/01/10 through 03/31/10 | 3,657,000.00 | 6,875.81 | Pending | 2,925,600.00 | 6,875.81 | $0.00 | $731,400.00 |
| 06/04/10 D.I. 3141 | 04/01/10 through 04/30/10 | 250,000.00 | 24,502.41 | Pending | 200,000.00 | 24,502.41 | $0.00 | $50,000.00 |
| Totals | 02/01/10 through 04/30/10 | $4,157,000.00 | $35,132.98 | n/a | $3,325,600.00 | $35,132.98 | $0.00 | $831,400.00 |

In accordance with the Monthly Compensation Order, Lazard seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Lazard respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Lazard such other and further relief as is just and proper.

Dated:   June 4, 2010
         New York, New York

LAZARD FRÈRES & CO. LLC

*/s/ David Descoteaux*
David Descoteaux
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terry Savage | Managing Director | n/a | 52.9 | n/a |
| Michael Murray | Managing Director | n/a | 87.0 | n/a |
| David Descoteaux | Managing Director | n/a | 194.5 | n/a |
| Matthew Hart | Director | n/a | 43.5 | n/a |
| Sumeet Mehra | Vice President | n/a | 87.8 | n/a |
| Colin Keenan | Associate | n/a | 56.0 | n/a |
| Kshitij Bahtia | Associate | n/a | 95.5 | n/a |
| Edouard Gueyffier | Analyst | n/a | 157.5 | n/a |
| Matthew Carey | Analyst | n/a | 23.8 | n/a |
| Justin Lux | Analyst | n/a | 377.3 | n/a |
| | **TOTALS** | | **1,175.7** | **$4,157,000.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Company Personnel | 20.0 | n/a |
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 236.5 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 | n/a |
| Preparation and/or Review of Court Filings | 0.0 | n/a |
| Court Testimony/Deposition and Preparation | 0.0 | n/a |
| Valuation Analysis | 10.0 | n/a |
| Capital Structure Review and Analysis | 0.0 | n/a |
| Merger & Acquisition Processes | 866.7 | n/a |
| Financing Including DIP and Exit Financing | 0.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 20.0 | n/a |
| Fee Application, Engagement | 12.5 | n/a |
| Cross Border Protocol and Foreign Operations | 10.0 | n/a |
| **TOTAL** | **1,175.7** | **$4,157,000.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $1,928.34 |
| Courier/Shipping | | 43.85 |
| Electronic Information Service | | 672.10 |
| Employee Meals | | 1,222.11 |
| Meals-Meetings/Travel | | 6,132.10 |
| Photocopying Costs | | 12,197.84 |
| Temporary Wages | | 640.29 |
| Travel | | 12,296.35 |
| **Grand Total Expenses** | | **$35,132.98** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**