**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
: 
*In re*                                                    : Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         : Case No. 09-10138 (KG)
                                                           :
                        Debtors.                           : Jointly Administered
                                                           :
                                                           : Hearing Date: June 24, 2010 at 10:00 am
                                                           :
------------------------------------------------------------X

**FIFTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Fifth Quarterly Fee Application Request (the "Request") for the period February 1, 2010 through and including April 30, 2010 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February [D.I. 2932], March [D.I. 3061] and April [D.I. 3133] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 4/29/2010 [D.I. 2932] | 2/1/10 – 2/28/10 | $4,905,787.00 | $171,181.35 | 5/21/2010 [D.I. 3040] | $3,924,629.60 | $171,181.35 | $981,157.40 |
| 5/25/2010 [D.I. 3061] | 3/1/10 – 3/31/10 | 5,773,802.50 | 192,424.98 | Pending | 4,619,042.00 | 192,424.98 | 1,154,760.50 |
| 6/3/2010 [D.I. 3133] | 4/1/10 – 4/30/10 | 4,167,775.00 | 99,664.64 | Pending | 3,334,220.00 | 99,664.64 | 833,555.00 |
| TOTAL | | $14,847,364.50 | $463,270.97 | | $11,877,891.60 | $463,270.97 | $2,969,472.90 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: June 4, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
# BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through April 30, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMPORARY PARALEGAL | Paralegal | $ 240 | 575.10 | $ 138,024.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 995 | 544.40 | 541,678.00 |
| SANDRA J. GALVIS | Senior Attorney - Corporate | 770 | 502.50 | 386,925.00 |
| NORA SALVATORE | Associate | 570 | 485.80 | 276,906.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 905 | 448.70 | 406,073.50 |
| EMILY A. BUSSIGEL | Associate | 375 | 447.80 | 167,925.00 |
| JENNIFER WESTERFIELD | Associate | 570 | 444.10 | 253,137.00 |
| LOUIS LIPNER | Associate | 450 | 442.50 | 199,125.00 |
| DEBORAH M. BUELL | Partner - Litigation | 995 | 440.10 | 437,899.50 |
| DANIEL ILAN | Counsel - Intellectual Property | 675 | 437.80 | 295,515.00 |
| CARISSA L. ALDEN | Associate | 450 | 434.10 | 195,345.00 |
| SALVATORE F. BIANCA | Associate | 630 | 432.40 | 272,412.00 |
| BRIAN J. MORRIS | Associate | 375 | 426.20 | 159,825.00 |
| JEREMY LACKS | Associate | 450 | 420.60 | 189,270.00 |
| JAMES CROFT | Associate | 515 | 418.00 | 215,270.00 |
| REBECCA D. WEINSTEIN | Associate | 375 | 415.90 | 155,962.50 |
| JOSEPH LANZKRON | Associate | 375 | 385.90 | 144,712.50 |
| LEAH LAPORTE | Associate | 450 | 383.20 | 172,440.00 |
| KATHERINE WEAVER | Associate | 450 | 375.80 | 169,110.00 |
| KERRIN T. KLEIN | Associate | 375 | 373.80 | 140,175.00 |
| BRENDAN H. GIBBON | Associate | 605 | 371.80 | 224,939.00 |
| ANTHONY RANDAZZO | Associate | 450 | 370.70 | 166,815.00 |
| NEIL FORREST | Senior Attorney - Litigation | 770 | 366.50 | 282,205.00 |
| NATHALIE RYCKAERT | Associate | 375 | 365.70 | 137,137.50 |
| ANNA KRUTONOGAYA | Associate | 375 | 353.90 | 132,712.50 |
| EBUNOLUWA TAIWO | Associate | 450 | 353.10 | 158,895.00 |
| NANCY PICKNALLY | Associate | 515 | 352.90 | 181,743.50 |
| TAMARA J. BRITT | Associate | 375 | 351.00 | 131,625.00 |
| ROBIN BAIK | Associate | 515 | 325.30 | 167,529.50 |
| SANDRINE A. COUSQUER | Associate | 630 | 321.80 | 202,734.00 |

---

[3] Arranged in descending order according to Total Billed Hours.


| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SANJEET MALIK | Associate | 630 | 321.60 | 202,608.00 |
| DAVID OLIWENSTEIN | Associate | 450 | 313.30 | 140,985.00 |
| CASEY DAVISON | Associate | 450 | 307.50 | 138,375.00 |
| MEGHAN M. SERCOMBE | Associate | 570 | 299.20 | 170,544.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 515 | 298.40 | 153,676.00 |
| JOHN BYAM | Partner - M&A, Corporate | 995 | 297.60 | 296,112.00 |
| RICARDO BERNARD | Associate | 515 | 292.90 | 150,843.50 |
| ANTHONY R. CERCEO | Associate | 375 | 276.40 | 103,650.00 |
| IVY HERNANDEZ | Associate | 570 | 267.90 | 152,703.00 |
| CRAIG B. BROD | Partner - Corporate | 995 | 264.50 | 263,177.50 |
| COREY M. GOODMAN | Associate | 515 | 264.40 | 136,166.00 |
| GEOFFROY RENARD | Associate | 640 | 262.30 | 167,872.00 |
| EMMANUEL RONCO | Associate | 650 | 253.00 | 164,450.00 |
| ANTONIA CAREW-WATTS | Associate | 375 | 249.40 | 93,525.00 |
| EVAN SCHWARTZ | Associate | 630 | 246.40 | 155,232.00 |
| JEAN LEE | Associate | 570 | 244.70 | 139,479.00 |
| KARA HAILEY | Senior Attorney - Corporate, Bankruptcy | 695 | 241.70 | 167,981.50 |
| INNA ROZENBERG | Senior Attorney - Litigation | 695 | 226.80 | 157,626.00 |
| VICTORIA MARRE | Paralegal | 215 | 220.20 | 47,343.00 |
| AARON J. MEYERS | Associate | 450 | 218.50 | 98,325.00 |
| MARIO MENDOLARO | Associate | 570 | 216.90 | 123,633.00 |
| KIMBERLY SPIERING | Associate | 630 | 215.70 | 135,891.00 |
| CHRISTOPHER S. CONDLIN | Associate | 375 | 215.30 | 80,737.50 |
| KATHERINE CURRIE | Associate | 375 | 209.90 | 78,712.50 |
| JOSHUA. PANAS | Associate | 630 | 207.70 | 130,851.00 |
| SHIRLEY LO | Associate | 375 | 204.10 | 76,537.50 |
| THEODORE GEIGER | Associate | 570 | 202.20 | 115,254.00 |
| SHANNON DELAHAYE | Associate | 450 | 187.40 | 84,330.00 |
| PAUL D. MARQUARDT | Partner - Corporate, Regulatory | 950 | 184.70 | 175,465.00 |
| MARCEL ANDERSON | Associate | 515 | 184.30 | 94,914.50 |
| ELIZABETH MANDELL | Associate | 630 | 181.00 | 114,030.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 995 | 178.70 | 177,806.50 |
| MIJI KIM | Associate | 375 | 173.70 | 65,137.50 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 835 | 172.80 | 144,288.00 |
| NATALYA SHNITSER | Associate | 375 | 171.30 | 64,237.50 |
| MEGAN GRANDINETTI | Associate | 450 | 163.20 | 73,440.00 |
| PAUL BOZZELLO | Associate | 375 | 154.90 | 58,087.50 |
| JOHN OLSON | Associate | 515 | 154.20 | 79,413.00 |
| SOO-YEUN LIM | Associate | 450 | 152.00 | 68,400.00 |
| PETER O'KEEFE | Paralegal | 240 | 150.20 | 36,048.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JOHN R. LOATMAN | Associate | 630 | 148.90 | 93,807.00 |
| JAIME PHILLIP | Associate | 630 | 142.50 | 89,775.00 |
| ANDREW G. COOMBS | Associate | 375 | 140.40 | 52,650.00 |
| JOHN W. KONSTANT | Associate | 630 | 140.20 | 88,326.00 |
| TIM PHILLIPS | Associate | 375 | 131.00 | 49,125.00 |
| KEVIN C. JONES | Associate | 570 | 130.50 | 74,385.00 |
| DANIEL MALECH | Associate | 375 | 126.70 | 47,512.50 |
| JOHN CORNELIUS | Associate | 375 | 119.60 | 44,850.00 |
| NATHALIE SCHWARTZ | Associate | 470 | 119.50 | 56,165.00 |
| JOON HUR | Associate | 570 | 119.20 | 67,944.00 |
| JOHN MCGILL | Senior Attorney - M&A, Corporate | 770 | 116.30 | 89,551.00 |
| JOSHUA KALISH | Associate | 450 | 113.40 | 51,030.00 |
| ANDREA G. PODOLSKY | Partner - Corporate | 995 | 112.60 | 112,037.00 |
| IAN QUA | Paralegal | 215 | 112.40 | 24,166.00 |
| HOWARD S. ZELBO | Partner - Litigation | 995 | 108.10 | 107,559.50 |
| EMILY WEISS | Associate | 375 | 107.30 | 40,237.50 |
| ALEXANDRA CAMBOURIS | Associate | 450 | 96.20 | 43,290.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 605 | 96.00 | 58,080.00 |
| ZACHARY KOLKIN | Associate | 450 | 94.90 | 42,705.00 |
| NESLIHAN GAUCHIER | Associate | 450 | 93.10 | 41,895.00 |
| LAURA BAGARELLA | Associate | 375 | 92.10 | 34,537.50 |
| EMILY LIU | Associate | 450 | 92.00 | 41,400.00 |
| WILLIAM MCRAE | Partner - Tax | 950 | 89.50 | 85,025.00 |
| ERIC LAUT | Associate | 620 | 83.60 | 51,832.00 |
| DANIEL P. RILEY | Associate | 450 | 81.90 | 36,855.00 |
| DAPHNEY FRANCOIS | Associate | 375 | 80.90 | 30,337.50 |
| LUA YUILLE | Associate | 570 | 78.70 | 44,859.00 |
| ROBERT REED CAREY | Associate | 570 | 75.70 | 43,149.00 |
| REBECCA REEB | Associate | 375 | 74.30 | 27,862.50 |
| JULIET A. DRAKE | Associate | 630 | 74.20 | 46,746.00 |
| PATRICK MARETTE | Associate | 630 | 72.30 | 45,549.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980 | 71.60 | 70,168.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 980 | 68.60 | 67,228.00 |
| LINDSAY DUNN | Associate | 570 | 67.20 | 38,304.00 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 66.50 | 9,310.00 |
| MAN LI | Associate | 525 | 65.60 | 34,440.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 970 | 64.30 | 62,371.00 |
| IOANNIS THANOS | Stagiaire | 300 | 63.90 | 19,170.00 |
| SANDRA FLOW | Partner - Corporate | 950 | 63.00 | 59,850.00 |
| PAUL K. KIM | Associate | 630 | 61.40 | 38,682.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| AARON GINGRANDE | Paralegal | 240 | 60.80 | 14,592.00 |
| MARGARET E. SHEER | Associate | 515 | 59.30 | 30,539.50 |
| JULES CATTIE | Contract Attorney | 180 | 58.30 | 10,494.00 |
| MEE-JUNG JANG | Associate | 375 | 56.30 | 21,112.50 |
| ANASTASIYA S. RODINA | Associate | 375 | 54.30 | 20,362.50 |
| JOSHUA FRANKEL | Associate | 525 | 53.20 | 27,930.00 |
| SARA L. GOTTLIEB | Associate | 450 | 53.00 | 23,850.00 |
| BORIS KHENTOV | Associate | 375 | 50.90 | 19,087.50 |
| JONATHAN GIFFORD | Associate | 605 | 47.70 | 28,858.50 |
| OLGA TSEYTKIN | Associate | 375 | 46.40 | 17,400.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 760 | 46.30 | 35,188.00 |
| ALEXANDER J. TALSMA | Associate | 375 | 46.00 | 17,250.00 |
| MICHAEL FALTER | Associate | 530 | 40.60 | 21,518.00 |
| NAWAL LACHGUAR | Associate | 470 | 40.60 | 19,082.00 |
| PATRICIA PAK | Paralegal | 240 | 39.50 | 9,480.00 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 980 | 39.20 | 38,416.00 |
| EVAN J. LEITCH | Associate | 375 | 38.60 | 14,475.00 |
| JUSTIN SEERY | Associate | 450 | 38.20 | 17,190.00 |
| LILIANE KANG | Paralegal | 240 | 38.00 | 9,120.00 |
| LINDA THONG | Associate | 450 | 37.20 | 16,740.00 |
| CAROLYN CHU | Associate | 450 | 36.50 | 16,425.00 |
| DANIEL CLARKIN | Contract Attorney | 180 | 36.50 | 6,570.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225 | 36.50 | 8,212.50 |
| JEFFREY PENN | Associate | 515 | 36.20 | 18,643.00 |
| LEI WANG | Associate | 555 | 34.90 | 19,369.50 |
| NATALI SEGOVIA | Paralegal | 215 | 34.50 | 7,417.50 |
| MACEY LEVINGTON | Associate | 375 | 33.30 | 12,487.50 |
| WILLIAM FITZGERALD | Paralegal | 215 | 33.30 | 7,159.50 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 835 | 30.10 | 25,133.50 |
| JASON FACTOR | Partner - Tax | 950 | 29.70 | 28,215.00 |
| LAUREN L. PEACOCK | Associate | 605 | 29.30 | 17,726.50 |
| MELISSA MARTIN | Paralegal | 215 | 29.00 | 6,235.00 |
| HELEN A. SKINNER | Associate | 450 | 26.20 | 11,790.00 |
| ALETHEA GROSS | Paralegal | 215 | 24.30 | 5,224.50 |
| DANIEL S. STERNBERG | Partner - M&A, Corporate | 995 | 23.10 | 22,984.50 |
| JADE WAGNER | Associate | 570 | 22.30 | 12,711.00 |
| ELIZABETH HERRON-SWEET | Paralegal | 215 | 21.60 | 4,644.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 21.10 | 2,954.00 |
| LAURENT ALPERT | Partner - M&A, Corporate | 995 | 18.20 | 18,109.00 |
| MICHAEL WEINBERGER | Partner - Real Estate, Corporate | 980 | 17.00 | 16,660.00 |
| JOSEPH ROBERTSON | Associate | 375 | 16.10 | 6,037.50 |
| KUANG TAN | Associate | 375 | 15.50 | 5,812.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JODI ERICKSON | Associate | 325 | 14.80 | 4,810.00 |
| MATTHEW J. VANEK | Associate | 515 | 13.60 | 7,004.00 |
| ARTHUR KOHN | Partner - Employee Benefits | 995 | 13.50 | 13,432.50 |
| TIM MAYHLE | Associate | 450 | 13.20 | 5,940.00 |
| FRANKFURT TRANSLATOR | Paralegal | 280 | 12.20 | 3,416.00 |
| JENNIE CHANDLER | Paralegal | 285 | 11.50 | 3,277.50 |
| TIMOTHY J. MONACO | Paralegal | 285 | 11.40 | 3,249.00 |
| MICHAEL BREMS | Counsel - Corporate | 920 | 10.80 | 9,936.00 |
| PAUL S. HAYES | Associate | 630 | 10.70 | 6,741.00 |
| LIZ J. STAFFORD | Assistant Managing Clerk | 140 | 10.60 | 1,484.00 |
| JENNIFER MONIZ | Paralegal | 200 | 10.00 | 2,000.00 |
| VICTOR CHIU | Associate | 630 | 9.90 | 6,237.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 9.70 | 1,358.00 |
| AMARILYS BERNACET | Paralegal | 240 | 9.20 | 2,208.00 |
| JESSIE GAYNOR | Paralegal | 240 | 9.00 | 2,160.00 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 970 | 8.70 | 8,439.00 |
| JONATHAN REINSTEIN | Paralegal | 240 | 8.50 | 2,040.00 |
| GARRY MANLEY | Associate | 460 | 8.40 | 3,864.00 |
| SCOTT LARSON | Associate | 605 | 7.70 | 4,658.50 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 970 | 7.00 | 6,790.00 |
| JESSICA HOPPE | Associate | 630 | 6.80 | 4,284.00 |
| LAURA FORMAN | Associate | 630 | 6.80 | 4,284.00 |
| FEI XIE | Associate | 555 | 6.50 | 3,607.50 |
| JENNIFER MARQUES | Solicitor Trainee | 325 | 6.20 | 2,015.00 |
| LYNN ZOUBOK | Research Specialist | 265 | 6.20 | 1,643.00 |
| CHRISTINE SIEW | Paralegal | 225 | 6.10 | 1,372.50 |
| LIANG LI | Associate | 580 | 6.10 | 3,538.00 |
| SIMAN WANG | Paralegal | 285 | 5.80 | 1,653.00 |
| SANG JIN HAN | Partner - M&A, Corporate | 970 | 5.70 | 5,529.00 |
| MARIE-HELENE FARRELLY | Associate | 695 | 5.50 | 3,822.50 |
| DANA BEZOZA | Paralegal | 240 | 5.30 | 1,272.00 |
| HEATHER M. JOHNSON | Associate | 605 | 5.30 | 3,206.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 5.10 | 714.00 |
| ALEKSANDR ABELEV | Practice Support Specialist | 265 | 5.00 | 1,325.00 |
| DONALD A. STERN | Partner - M&A, Corporate | 995 | 4.80 | 4,776.00 |
| ELLEN INGERMAN | Research Specialist | 265 | 4.80 | 1,272.00 |
| ALAN FELD | Associate | 515 | 4.50 | 2,317.50 |
| EDUARDO GONZALEZ | Paralegal | 215 | 4.50 | 967.50 |
| ROHAN GULRAJANI | Associate | 515 | 4.50 | 2,317.50 |
| TIM KNIPE | Associate | 760 | 4.30 | 3,268.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 995 | 3.70 | 3,681.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PRIYA H. PATEL | Associate | 570 | 3.60 | 2,052.00 |
| VIOLETTA BOURT | Associate | 440 | 3.50 | 1,540.00 |
| YANGYANG LI | Paralegal | 280 | 3.50 | 980.00 |
| ANA CARLA MARTINEZ | International Lawyer | 340 | 3.30 | 1,122.00 |
| CYNTHIA SCOTT | Managing Clerk | 210 | 3.30 | 693.00 |
| ANDREW SELLNAU | Paralegal | 240 | 3.20 | 768.00 |
| MARIA B. RODRIGUEZ | Paralegal | 295 | 3.10 | 914.50 |
| RICHARD V. CONZA | Managing Attorney | 630 | 3.10 | 1,953.00 |
| HEATHER ROTHMAN | Paralegal | 240 | 3.00 | 720.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 2.90 | 406.00 |
| MARK W. NELSON | Partner - Antitrust, M&A | 970 | 2.90 | 2,813.00 |
| PENELOPE L. CHRISTOPHOROU | Counsel - Corporate, Secured Transactions | 835 | 2.90 | 2,421.50 |
| BENAZIR TEELUCK | Paralegal | 240 | 2.80 | 672.00 |
| TOMMAS BALDUCCI | Assistant Managing Clerk | 140 | 2.80 | 392.00 |
| ALYSON CLABAUGH | Paralegal | 240 | 2.70 | 648.00 |
| ROBERT GRUSZECKI | Associate | 605 | 2.50 | 1,512.50 |
| ANNIE H. LEE | Associate | 375 | 2.40 | 900.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 2.40 | 336.00 |
| MANUEL SILVA | International Lawyer | 340 | 2.30 | 782.00 |
| GABRIELA LOPEZ | Paralegal | 240 | 2.20 | 528.00 |
| LUKE BAREFOOT | Associate | 630 | 2.20 | 1,386.00 |
| ROBERT K. WILLIAMS | Counsel - Corporate | 770 | 2.20 | 1,694.00 |
| STEVEN WILNER | Partner - Real Estate | 995 | 2.20 | 2,189.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 2.10 | 294.00 |
| PIERRE TISSOT | Associate | 560 | 2.10 | 1,176.00 |
| IAN BEARDSLEY | Paralegal | 215 | 2.00 | 430.00 |
| JUDITH KASSEL | Counsel - Trusts | 835 | 2.00 | 1,670.00 |
| STEPHANIE CANNULI | Paralegal | 240 | 2.00 | 480.00 |
| STEPHANIE SUN HINDERKS | Associate | 630 | 2.00 | 1,260.00 |
| ALEXANDRA DEEGE | Associate | 610 | 1.80 | 1,098.00 |
| JOEL MOSS | Associate | 630 | 1.80 | 1,134.00 |
| MICHELLE ABREU | Associate | 375 | 1.70 | 637.50 |
| EMILY PICONE | Associate | 450 | 1.60 | 720.00 |
| ALEXANDRA KALITA | Paralegal | 215 | 1.50 | 322.50 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 995 | 1.20 | 1,194.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 140 | 1.10 | 154.00 |
| LINDSEE GRANFIELD | Partner - Bankruptcy, Litigation | 995 | 1.10 | 1,094.50 |
| ANDREW W. WEAVER | Associate | 630 | 1.00 | 630.00 |
| CHRISTINA C. CASTEDO | Paralegal | 185 | 1.00 | 185.00 |
| CORY ESKENAZI | Practice Support Manager | 275 | 1.00 | 275.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ERBER HERNANDEZ | Paralegal | 215 | 1.00 | 215.00 |
| JAMES PEASLEE | Partner - Tax | 995 | 1.00 | 995.00 |
| COLIN D. LLOYD | Associate | 515 | 0.90 | 463.50 |
| JOHN OLSON | Associate | 560 | 0.90 | 504.00 |
| STEVEN M. LOEB | Partner - Trusts | 995 | 0.90 | 895.50 |
| ADAM FLEISHER | Partner - M&A, Corporate | 840 | 0.80 | 672.00 |
| AREN GOLDSMITH | Associate | 680 | 0.80 | 544.00 |
| FLORIAN BURNAT | Associate | 470 | 0.80 | 376.00 |
| IWONA TAKASAKI | Temporary Attorney | 180 | 0.80 | 144.00 |
| JACE LIPSTEIN | Assistant Managing Clerk | 140 | 0.80 | 112.00 |
| KELLY ADAMS | Paralegal | 215 | 0.70 | 150.50 |
| LAWRENCE B. FRIEDMAN | Partner - Litigation | 995 | 0.70 | 696.50 |
| VANESSA GONZALEZ | Associate | 570 | 0.70 | 399.00 |
| A. RICHARD SUSKO | Partner - Employee Benefits | 995 | 0.60 | 597.00 |
| ALINA BJERKE | Associate | 630 | 0.60 | 378.00 |
| TIM SWEENEY | Assistant Managing Clerk | 140 | 0.60 | 84.00 |
| ANDREW M. SCOTT | Associate | 630 | 0.50 | 315.00 |
| DAVID LOPEZ | Partner - Corporate | 995 | 0.50 | 497.50 |
| ERIKA J. DAVIS | Paralegal | 215 | 0.50 | 107.50 |
| FADI SHAHEEN | Associate | 605 | 0.50 | 302.50 |
| FILIP MOERMAN | Partner - M&A, Corporate | 995 | 0.50 | 497.50 |
| KATHERINE SAWYER | Associate | 630 | 0.50 | 315.00 |
| KIMBERLY SPOERRI | Associate | 450 | 0.50 | 225.00 |
| MEREDITH JENSEN | Associate | 605 | 0.50 | 302.50 |
| SEAN A. O'NEAL | Partner - Bankruptcy, Litigation | 840 | 0.50 | 420.00 |
| SETH GROSSHANDLER | Partner - Corporate | 995 | 0.50 | 497.50 |
| VICTOR I. LEWKOW | Partner - M&A, Corporate | 995 | 0.50 | 497.50 |
| THOMAS BUHL | Partner - Litigation | 995 | 0.40 | 398.00 |
| DAVID E. WEBB | Counsel - Corporate | 835 | 0.30 | 250.50 |
| FLORA FABY | Associate | 640 | 0.30 | 192.00 |
| HENRY WAN | Practice Support Specialist | 225 | 0.30 | 67.50 |
| MICHAEL WEINTRAUB | Paralegal | 285 | 0.30 | 85.50 |
| STEVEN G. HOROWITZ | Partner - Real Estate | 995 | 0.30 | 298.50 |
| ANDREW SHUTTER | Partner - Corporate | 980 | 0.20 | 196.00 |
| JAMES SMALL | Counsel - Corporate | 720 | 0.20 | 144.00 |
| JEFFREY J. HUGHES | Paralegal | 240 | 0.20 | 48.00 |
| KATIA S. COLITTI | Associate | 605 | 0.20 | 121.00 |
| LISA MILANO | Practice Support Specialist | 225 | 0.20 | 45.00 |
| MARTINE KLIMEK | Paralegal | 270 | 0.20 | 54.00 |
| MATTHEW BUNDA | Associate | 570 | 0.20 | 114.00 |
| MAUREEN E. MCDONALD | Research Specialist | 265 | 0.20 | 53.00 |
| VINI LASHAY | Practice Support Specialist | 265 | 0.20 | 53.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| STEPHANIE POTIN | Paralegal | 270 | 0.10 | 27.00 |
| **TOTAL HOURS:** | | | **27,257.80** | |
| **GRAND TOTAL:** | | | | **$14,847,364.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through April 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 2,281.10 | $ 1,057,328.00 |
| Case Administration | 4,323.70 | 2,342,200.00 |
| Claims Administration and Objections | 5,543.50 | 3,152,283.50 |
| Debtor in Possession Financing | 32.10 | 15,811.50 |
| M&A Advice | 4,193.10 | 2,451,830.50 |
| Employee Matters | 3,944.20 | 2,156,360.00 |
| Customer Issues | 561.50 | 259,748.50 |
| Supplier Issues | 255.90 | 128,722.00 |
| Plan of Reorganization & Disclosure Statement | 1,108.70 | 597,913.00 |
| Tax | 838.70 | 475,775.00 |
| Intellectual Property | 1,774.40 | 957,267.50 |
| Regulatory | 432.50 | 269,172.50 |
| Fee and Employment Applications | 330.20 | 132,339.00 |
| Litigation | 327.90 | 154,565.00 |
| Real Estate | 1,310.30 | 696,048.50 |
| **TOTAL** | **27,257.80** | **$ 14,847,364.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2010 through April 30, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 25,544.25 |
| Travel – Transportation | | 44,474.31 |
| Travel – Lodging | | 12,519.61 |
| Travel – Meals | | 1,244.74 |
| Mailing and Shipping Charges | | 2,566.01 |
| Scanning Charges (at $0.10/page) | | 740.70 |
| Duplicating Charges (at $0.10/page) | | 23,157.70 |
| Color Duplicating Charges (at $0.65/page) | | 5,421.00 |
| Facsimile Charges (at $1.00/page) | | 268.00 |
| Legal Research | Lexis | 95,582.63 |
| | Westlaw | 92,050.45 |
| | PACER | 5,062.64 |
| Filing Fees/Charges | | 465.04 |
| Late Work – Meals | | 16,198.53 |
| Late Work – Transportation | | 49,182.14 |
| Conference Meals | | 53,523.21 |
| Other Charges | | 35,270.01 |
| **Grand Total Expenses** | | **$ 463,270.97** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]