**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
: 
In re                                                            :    Chapter 11
                                                                 :
Nortel Networks Inc., et al.,[1]                                 :    Case No. 09-10138 (KG)
                                                                 :
        Debtors.                                                 :    Jointly Administered
----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 9, 2010 AT 10:00 A.M. (ET)[2]**

---

**NO MATTERS ARE SCHEDULED TO GO FORWARD.  THEREFORE,
AT THE REQUEST OF THE DEBTORS AND THE DIRECTION
OF THE COURT, THE HEARING SCHEDULED FOR
JUNE 9, 2010 AT 10:00 A.M. (ET) HAS BEEN CANCELLED.**

---

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2193, Filed 12/23/09).

    Related Pleadings:

    a)  Order Authorizing And Approving (A) The Sale Of Certain Assets Of The Debtors' Carrier Voice Over IP And Communications Solutions Business Free

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

And Clear Of All Liens, Claims And Encumbrances, And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2632, Entered 3/4/10).

Objection Deadline: February 17, 2010 at 4:00 p.m. (ET).

Responses Received:

a) AT&T's Limited Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Carrier Voice Over IP And Application Solutions Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 2436, Filed 2/17/10).

Status: The Court has previously entered an order with respect to this Motion. With respect to the objection filed by AT&T, this matter has been resolved and AT&T has agreed to file a notice of withdrawal of their objection.

2. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

Related Pleadings: None.

Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

Responses Received:

a) Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

b) United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

c) California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

d) Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

3564684.3

Status: The hearing on this matter has been adjourned to the hearing scheduled for July 7, 2010 at 10:00 a.m. (ET).

3. Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

   Related Pleadings: None.

   Objection Deadline: May 5, 2010 at 4:00 p.m. (ET). Extended to July 28, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

   Responses Received: None at this time.

   Status: The hearing on this matter has been adjourned to the hearing scheduled for August 18, 2010 at 10:00 a.m. (ET).

4. Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3034, Filed 5/21/10).

   Related Pleadings:

   a) Declaration Of Jennifer M. Westerfield In Support Of Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3035, Filed 5/21/10).

   Objection Deadline: June 2, 2010 at 4:00 p.m. (ET). Extended to June 16, 2010 at 4:00 p.m. (ET) for Verizon.

   Responses Received:

   a) Nonparty Acme Packet, Inc.'s Objections to Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed.R.Bankr. P. 2004 (D.I. 3114, Filed 6/2/10).

   Status: The hearing on this matter has been adjourned to the hearing scheduled for June 24, 2010 at 10:00 a.m. (ET).

5. Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3036, Filed 5/21/10).

   Related Pleadings:

   a) Declaration Of Chris Paczynski In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3037, Filed 5/21/10).

Objection Deadline:  June 2, 2010 at 4:00 p.m. (ET).  Extended to June 16, 2010 at 4:00 p.m. (ET) for Verizon.

Responses Received:  None at this time.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for June 24, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

None at this time.

Dated:  June 7, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*