IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Related Docket No. 2436** |

**NOTICE OF WITHDRAWAL OF AT&T'S LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING PAYMENT OF AN INCENTIVE FEE, (D) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' CARRIER VOICE OVER IP AND APPLICATION SOLUTIONS BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that AT&T Services, Inc., on its own behalf and as agent on behalf of AT&T Corp. and its subsidiaries and affiliates (collectively, "AT&T"), by and through its undersigned counsel, hereby withdraws the *Limited Objection to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving Payment of an Incentive Fee, (D) Approving the Notice Procedures and the Assumption and Assignment Procedures, (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business Free and Clear of All Liens, Claims and*

- 2 -

*Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* [Docket No. 2436].

Dated: June 7, 2010

                              **ASHBY & GEDDES, P.A.**

                              */s/ Amanda Winfree*

                              William P. Bowden (#2553)
                              Amanda M. Winfree (#4615)
                              500 Delaware Avenue. 8th Floor
                              P.O. Box 150
                              Wilmington, Delaware 19899
                              Telephone: (302) 654-1888
                              Facsimile: (302) 654-2067

                              --and--

                              **FULBRIGHT & JAWORSKI L.L.P.**

                              David A. Rosenzweig
                              Mark C. Haut
                              666 Fifth Avenue
                              New York, New York 10103
                              Tel: (212) 318-3000
                              Fax: (212) 318-3400

                              *Co-Counsel for AT&T*