**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2010 through May 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 5/3/2010    End Date 5/28/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 30.6 | $450.00 | $13,770.00 |
| 2 | Reviewing operational management of transition services | 12.4 | $450.00 | $5,580.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 121.9 | $450.00 | $54,855.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 3.8 | $450.00 | $1,710.00 |
| 5 | Fee Applications | 4.5 | $450.00 | $2,025.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 30.0 | $225.00 | $6,750.00 |
| | **Hours/Billing Amount for Period:** | **203.2** | | **$84,690.00** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/3/2010 | Weekly call re case management | 3 | 1.0 |
| 5/3/2010 | Travel to NY for weekly meetings | 7 | 4.0 |
| 5/3/2010 | Call with IP team re matters involving IP | 3 | 1.0 |
| 5/3/2010 | Review materials related to environmental matters and handling thereof; Follow up for additional information | 3 | 3.5 |
| 5/3/2010 | Review of allocation document mark up to prepare for 5/4 meeting | 3 | 2.5 |
| 5/4/2010 | Meeting with estates related to allocation | 1 | 9.0 |
| 5/5/2010 | Meeting with Cleary re plan issues and structure | 3 | 3.0 |
| 5/5/2010 | Call re former site related to US co | 2 | 0.5 |
| 5/5/2010 | Document retention discussion | 3 | 1.0 |
| 5/5/2010 | Matters related to employee retention | 3 | 1.5 |
| 5/5/2010 | Claims matters related to US/Canada | 3 | 3.5 |
| 5/5/2010 | Claims protocol | 3 | 2.5 |
| 5/6/2010 | Meetings related to preferences, liquidation analysis, plan design, Interco claims and claims protocol | 3 | 8.0 |
| 5/6/2010 | Meetings re allocation matters | 3 | 2.0 |
| 5/7/2010 | Meetings re review re avoidance actions | 3 | 1.0 |
| 5/7/2010 | Call with C Recaute re Richardson and document retention | 3 | 0.5 |
| 5/7/2010 | Claims issues | 3 | 3.0 |
| 5/7/2010 | Handling employee issues | 3 | 1.5 |
| 5/7/2010 | Prepare and call with UCC counsel | 4 | 1.0 |
| 5/7/2010 | Meeting re termination of certain benefits | 3 | 1.5 |
| 5/8/2010 | Nonworking travel | 7 | 6.0 |
| 5/8/2010 | Develop working list of claims for May 26 session and work plan going forward | 3 | 4.0 |
| 5/10/2010 | Meetings related to UK pension and allocation and foreign proceedings | 3 | 9.0 |
| 5/11/2010 | Meetings related to UK pension and allocation and foreign proceedings | 3 | 9.0 |
| 5/12/2010 | Review of allocation materials and financial data | 3 | 2.3 |
| 5/12/2010 | Review of pension plan settlement | 3 | 0.8 |
| 5/12/2010 | Nonworking travel | 7 | 8.0 |
| 5/13/2010 | Meetings at Cleary re allocation and IP | 3 | 9.0 |
| 5/13/2010 | Avaya motions review and conf call | 3 | 1.0 |
| 5/14/2010 | Nonworking travel from NY | 7 | 4.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/17/2010 | Weekly call re case management | 3 | 0.5 |
| 5/17/2010 | Mark up to draft plan | 3 | 4.7 |
| 5/17/2010 | Coordinating plan process issues re tax | 3 | 0.7 |
| 5/17/2010 | Call with UCC re allocation and claims | 4 | 1.3 |
| 5/17/2010 | Records retention issues and process | 3 | 0.8 |
| 5/18/2010 | Review 1Q TPA calculations | 3 | 1.5 |
| 5/18/2010 | Review modeling for US liabilities | 3 | 1.5 |
| 5/18/2010 | Review and comment re cash management order | 3 | 0.8 |
| 5/19/2010 | Call with Ricaurte re US ops and NBS | 2 | 1.0 |
| 5/19/2010 | Call with estates re TPA calculations for 1st Q | 1 | 2.5 |
| 5/19/2010 | Prep for and Call with tax professional and financial advisors | 3 | 2.3 |
| 5/19/2010 | Review and sign off on deferred comp letter | 3 | 0.5 |
| 5/19/2010 | Call with Chilmark re TPA | 3 | 1.0 |
| 5/19/2010 | Review matters related to Trinidad and Tobago and exposures; reply to Cleary re same | 3 | 1.3 |
| 5/19/2010 | Review and sign off re Avaya | 3 | 0.5 |
| 5/19/2010 | Review Omnibus 9 and 10 drafts | 3 | 2.0 |
| 5/20/2010 | NBS financial review and headcount analysis | 2 | 2.0 |
| 5/20/2010 | Nortel Columbia liquidation review | 3 | 1.0 |
| 5/20/2010 | Review docs and call re LRD amendments | 1 | 1.3 |
| 5/20/2010 | Review Omnibus 8 and 9 docs and execute affidavit | 3 | 1.3 |
| 5/20/2010 | Review PBGC communication and follow up call | 3 | 1.8 |
| 5/20/2010 | Call with Cleary and Chilmark re case management issues | 3 | 1.8 |
| 5/20/2010 | Review of monthly Interco netting | 1 | 2.8 |
| 5/20/2010 | Review Verizon issues | 3 | 1.5 |
| 5/20/2010 | Respond to Chubb settlement questions | 3 | 0.8 |
| 5/21/2010 | Further review of final Interco netting | 1 | 2.0 |
| 5/21/2010 | Handling misc case management issues related to employees, asset sales, claims | 3 | 3.0 |
| 5/22/2010 | Call with J Bromley re case matters | 3 | 0.3 |
| 5/23/2010 | Review of open issues for meeting on May 25; development of agenda | 1 | 1.5 |
| 5/24/2010 | Case management matters; agenda's for meetings week of 5/24 | 3 | 0.5 |
| 5/24/2010 | Nonworking travel to NY | 7 | 4.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/24/2010 | Review PRP settlement | 3 | 0.3 |
| 5/24/2010 | Communications related to NBS headcount | 2 | 1.0 |
| 5/24/2010 | Trinidad/Tobago tax issues | 1 | 0.8 |
| 5/24/2010 | Communication and review regarding GDNT payments | 1 | 1.0 |
| 5/24/2010 | Communications re LTD benefits and Board presentations | 3 | 1.3 |
| 5/25/2010 | Meeting to discuss various case issues with Cleary including claims, Richardson sale, allocation and documents | 3 | 3.5 |
| 5/25/2010 | Meetings related to outstanding issues between estates | 1 | 5.0 |
| 5/25/2010 | Meeting related to document retention needs | 2 | 2.5 |
| 5/25/2010 | Meet with C Ricaute and Chilmark re NBS costs | 2 | 2.0 |
| 5/26/2010 | Review of UCC potential unrecorded Interco claims | 1 | 0.8 |
| 5/26/2010 | Meeting re US benefits | 2 | 0.8 |
| 5/26/2010 | Review final netting among entities for May | 1 | 0.8 |
| 5/26/2010 | Review Richardson term sheet and discussions re same | 3 | 0.8 |
| 5/26/2010 | Quarterly fee application review and mark up | 5 | 1.5 |
| 5/26/2010 | Corporate review | 3 | 2.3 |
| 5/26/2010 | Conference re document production related to data room and call with CN re same | 3 | 1.0 |
| 5/26/2010 | Nortel entity review for plan of reorg | 3 | 3.0 |
| 5/26/2010 | Call with UCC representatives | 4 | 1.0 |
| 5/27/2010 | Call with Nortel and Cleary re case management and open issues | 3 | 1.0 |
| 5/27/2010 | Nonworking travel from NY | 7 | 4.0 |
| 5/27/2010 | Review back up to 2009 TPA calculations re US entities; follow up questions | 3 | 2.0 |
| 5/27/2010 | Communications internally re bond renewals | 2 | 0.3 |
| 5/27/2010 | Coordinate meeting with UCC and bonds | 4 | 0.5 |
| 5/27/2010 | Further work related to document collection; discussions with counsel | 3 | 0.5 |
| 5/28/2010 | Further inquiries and review of TPA calculations for certain filed/non filed US entities | 1 | 2.0 |
| 5/28/2010 | Communicate with Canada re document collection | 3 | 1.0 |
| 5/28/2010 | Prepare for and attend NNL Board call re US benefits | 2 | 2.0 |
| 5/28/2010 | Various communications with counsel and company related to open issues and case management | 3 | 2.5 |
| 5/28/2010 | Monthly fee application preparation | 5 | 3.0 |
| 5/28/2010 | Review NNI approval processes for disbursements, comments thereto | 1 | 0.3 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/28/2010 | Communicate internally re contracts rejection committee and processes | 3 | 0.3 |
| 5/28/2010 | June 3 claims working session agenda | 3 | 0.2 |
| 5/28/2010 | Multiple communications related to bonds and LC's | 2 | 0.3 |
| 5/28/2010 | Review various emails related to GSPA amendments and allocations | 1 | 0.8 |