**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2010 through May 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 5,799.80 |
| Travel – Lodging | | 6,985.24 |
| Travel – Meals | | 771.12 |
| Travel – Car Service | | 423.07 |
| Travel – Parking | | 48.00 |
| Office supplies, shipping, and other office related expenses | | 391.60 |
| PACER | | 18.48 |
| TOTAL | | $ 14,437.31 |

# Nortel Expense Report

**PERIOD:** May 1, 2010 through May 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/3/2010 | New York Trip - air | $ 308.70 | | | | | | | $ 308.70 |
| 5/3/2010 | New York Trip - Car Service | | | | $ 75.00 | | | | $ 75.00 |
| 5/3/2010 | New York Trip - Meal | | | $ 15.88 | | | | | $ 15.88 |
| 5/3/2010 | New York Trip - Meal | | | $ 65.29 | | | | | $ 65.29 |
| 5/3/2010 | New York Trip - Hotel | | $ 431.51 | | | | | | $ 431.51 |
| 5/4/2010 | New York Trip - Internet (7days) | | | | | | $ 59.95 | | $ 59.95 |
| 5/4/2010 | New York Trip - Hotel | | $ 431.51 | | | | | | $ 431.51 |
| 5/5/2010 | New York Trip - Meeting B-fast | | | $ 40.66 | | | | | $ 40.66 |
| 5/5/2010 | New York Trip - Meal | | | $ 60.22 | | | | | $ 60.22 |
| 5/5/2010 | New York Trip - Hotel | | $ 431.51 | | | | | | $ 431.51 |
| 5/6/2010 | New York Trip - Hotel | | $ 431.51 | | | | | | $ 431.51 |
| 5/7/2010 | New York Trip - Meeting B-fast (3 people) | | | $ 71.88 | | | | | $ 71.88 |
| 5/7/2010 | New York Trip - Meal | | | $ 15.89 | | | | | $ 15.89 |
| 5/7/2010 | New York Trip - Hotel | | $ 431.51 | | | | | | $ 431.51 |
| 5/8/2010 | New York Trip - Meal | | | $ 36.31 | | | | | $ 36.31 |
| 5/8/2010 | New York Trip - Meal | | | $ 29.40 | | | | | $ 29.40 |
| 5/8/2010 | New York Trip - Car Service | | | | $ 75.00 | | | | $ 75.00 |
| 5/8/2010 | Kennedy to Heathrow (meet with UK counsel) - Air Fare | $ 3,521.30 | | | | | | | $ 3,521.30 |
| 5/8/2010 | Kennedy to Heathrow (meet with UK counsel) - Air flight change fee (from April) | $ 500.70 | | | | | | | $ 500.70 |
| 5/8/2010 | Kennedy to Heathrow (meet with UK counsel) - Air flight change fee (from April) | $ 1,057.00 | | | | | | | $ 1,057.00 |
| 5/8/2010 | Kennedy to Heathrow (meet with UK counsel) - Hotel | | $ 524.33 | | | | | | $ 524.33 |
| 5/9/2010 | Kennedy to Heathrow (meet with UK counsel) - Hotel | | $ 524.33 | | | | | | $ 524.33 |
| 5/10/2010 | Kennedy to Heathrow (meet with UK counsel) - Hotel | | $ 524.33 | | | | | | $ 524.33 |
| 5/11/2010 | Kennedy to Heathrow (meet with UK counsel) - Hotel | | $ 524.33 | | | | | | $ 524.33 |
| 5/11/2010 | New York Trip - Wireless service | | | | | | $ 19.95 | | $ 19.95 |

# Nortel Expense Report

**PERIOD:** May 1, 2010 through May 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/12/2010 | New York Trip - Car Service | | | | $ 75.00 | | | | $ 75.00 |
| 5/12/2010 | New York Trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 5/12/2010 | New York Trip - Taxi | | | | $ 45.50 | | | | $ 45.50 |
| 5/12/2010 | New York Trip - Meal | | | $ 65.32 | | | | | $ 65.32 |
| 5/12/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 5/13/2010 | New York Trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 5/13/2010 | New York Trip - Meal | | | $ 12.95 | | | | | $ 12.95 |
| 5/13/2010 | New York Trip - Meal | | | $ 42.66 | | | | | $ 42.66 |
| 5/13/2010 | New York Trip - Meal | | | $ 39.15 | | | | | $ 39.15 |
| 5/13/2010 | New York Trip - Wireless service | | | | | | $ 19.95 | | $ 19.95 |
| 5/14/2010 | New York Trip - Car Service | | | | $ 75.00 | | | | $ 75.00 |
| 5/14/2010 | New York Trip - Air | $ 111.70 | | | | | | | $ 111.70 |
| 5/24/2010 | New York Trip - Air | $ 261.40 | | | | | | | $ 261.40 |
| 5/24/2010 | New York Trip - Hotel | | $ 632.39 | | | | | | $ 632.39 |
| 5/24/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 5/24/2010 | New York Trip - Taxi | | | | $ 33.20 | | | | $ 33.20 |
| 5/25/2010 | New York Trip - Hotel | | $ 632.39 | | | | | | $ 632.39 |
| 5/25/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 5/25/2010 | New York Trip - Dinner with Chilmark (3 people) | | | $ 215.29 | | | | | $ 215.29 |
| 5/26/2010 | New York Trip - Hotel | | $ 632.39 | | | | | | $ 632.39 |
| 5/26/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 5/26/2010 | New York Trip - Meal | | | $ 60.22 | | | | | $ 60.22 |
| 5/27/2010 | New York Trip - Taxi | | | | $ 44.37 | | | | $ 44.37 |
| 5/27/2010 | New York Trip - Parking | | | | | $ 48.00 | | | $ 48.00 |
| 5/27/2010 | New York Trip - Aircell | | | | | | $ 39.95 | | $ 39.95 |
| 5/21/2010 | Air Fare flight change fee | $ 39.00 | | | | | | | $ 39.00 |
| 5/31/2010 | Cell phone use (Roaming charges for May) | | | | | | $ 200.00 | | $ 200.00 |
| 5/31/2010 | PACER | | | | | | | $ 18.48 | $ 18.48 |