# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period April 1, 2010 Through April 30, 2010)** was caused to be made on June 8, 2010, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: June 8, 2010 | */s/ Alissa T. Gazze*<br>Alissa T. Gazze (No. 5338) |

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Kevin Callahan, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519<br>(Trustee)<br><br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE  19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

2846121.14