## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the **First Supplemental Affidavit Of Erik C. Lioy In Support Of Debtors' Motion For An Order Approving The Engagement Of Grant Thornton LLP As Neutral TSA Arbitrator In Connection With The Sale Of Certain Metro Ethernet Networks Business Assets** was caused to be made on June 8, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated: June 8, 2010                  */s/ Alissa T. Gazze*
                                                      Alissa T. Gazze (No. 5338)