## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Time From June 24, 2010 At 10:00 a.m. (ET) To June 24, 2010 at 9:00 a.m. (ET)** was caused to be made on June 9, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: June 9, 2010            */s/ Ann C. Cordo*
                                             Ann C. Cordo (No. 4817)

2936050.8