

Dr.Manfred Bischoff
Prinzenweg 7
82319 Starnberg
Germany

Starnberg, 2nd June 2010

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
UNITED STATES

In re: Nortel Networks Inc,et al
Chapter 11
Case Nr. 09-10138(KG)

Response to the "NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION( NON-SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U:S:C: § 502, FED.R.BANKR.P.3007 AND DEL.L.R.3007-1 (EQUITY INTEREST CLAIMS)

TO WHOM IT MAY CONCERN

My claim no. is 2139, the claim was filed 8/24/09
I herewith object to the request that my claim would not be substantive.

My objection is based on the fact , that I served as director on the Board of Nortel Networks Corporation and Nortel Networks Limited from 4/29/04 to 3/31/09. For the years 2006,2007 and 2008 I had partially or totally agreed to receive my director's compensation in a deferred share compensation plan..
At 31 December 2008 my closing share balance for NNC was 21.420,2937 units.
At 31 December 2008 my closing share unit balance for NNL was 220.276,1129 units.

I strongly object that my claim is regarded as having no basis. I delivered services to the company in that period as did other parties when they delivered services to the company. I cannot see any legal ground for differentiation between services or goods delivered to the company. For that reason I regard my claim against Nortel as well founded and substantiated.

Sincerely,