# UNITED STATES BANKRUPTCY COURT

FOR THE       *District Of*    DELAWARE

*In re*  NORTEL NETWORKS INC., et al. )
                                      ) Case No. 09-10138(KG)
                                      )
                                      ) Chapter   11

## RESPONSE TO DEBTOR'S NINTH OMNIBUS OBJECTION TO CLAIMS
### (Hearing Date: June 24, 2010 at 10:00 a.m. E.T)

*(A). Vincent E. Rhynes Testify Under Oath That I Am Not Now, Or Ever Has Been & Employee Of The Debtors, There Canadian Affiliates Or There Corporate Parent (NNC) In Any Capacity In Violation Of 502(b) Of The Bankruptcy Code. No Payment With Respect To My Claim/Proof Of Interest Has Been Received(see section 547- b) Of Bankruptcy Code(POI #901).*

*(B). I Purchased My Twenty Five(25,000)Shares Of The Debtors Common Stock Under Section 547(c)(2 A&B) Of The Bankruptcy Code(with secured postpetition status at & on behalf of the debtors register public debt & equity securities).(101 49A.)*

*(C ). Under Section 501(a)Of The Bankruptcy Code , One Who Holds Under 101(17) Of The Bankruptcy Code May File With Respect To 501(a) For The Purpose Of 502(a) Of The Bankruptcy Code. Also For The Risk Of Doubt With Respect To Financial Statements For The Purpose Of Rules 3003(c) BC.*

*(D). Hence, The Debtors Ninth Omnibus Objection Seeks Voluntary Impairment With Respect To The Rights Of An Unimpaired Register Holder & Beneficial Owner Of The Debtors Registered Public Debts & Equity Securities(IE Vincent E. Rhynes) And Should Therefore Be Denied.*

*-RELIEF REQUESTED-*
*That Proof Of Interest # 901 Be Allowed.*
*That Debtors Ninth Omnibus Objection Be Denied.*

*-BASIS FOR RELIEF-*
*Section 105(a) Of The Bankruptcy Code.*
*Sections 501(a) & 502(a & b) Of The Bankruptcy Code.*

*Date: 06-07-2010*
*Los Angeles CALIF.*

*Vincent E. Rhynes(Pro-Se)*
*1514 W. Manchester AVE #5*
*Los Angeles CALIF, 90047*
*(323)971-6063*

## UNITED STATES BANKRUPTCY COURT

FOR THE **DISTRICT OF** DELAWARE

In re NORTEL NETWORKS INC. **Case NO.** 09-10138(KG)
et al.,

### Chapter 11

*********************************************************************

## CERTIFICATE OF SERVICE

I, Mark Rhynes, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of Eighteen years of age and reside in Los Angeles County, CALIF.

On June 7, 2010, I caused to be served a true and correct Copy of the Response of Vincent E. Rhynes to the Debtors Ninth Omnibus Objection to Claims by first class mail upon the parties Listed in Exhibit A attach herto.

Date: 06-07-2010

Mark Rhynes (323)971-6063
1522 W. Manchester AVE, LA. CA. 90047

# EXHIBIT A

Securities & Exchange Commission
(New York Regional Office)
233 Broadway New York, NY 10279
ATTN: Nathan Fuchs


Office Of The United States Trustee
844 King Street Suite # 2207 Lock Box # 35
Wilmington, DE 19801
ATTN: Patrick Tinker, ESQ.


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
ATTN: James L. Bromley