# United States Bankruptcy Court
### District of Delaware

In re NORTEL NETWORKS INC., et al.          Case No. 09-10138
                                            (Jointly Administered)

                                            Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **DANET GMBH** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **DANET GMBH**<br>DR. JOCHEN DIESELHORST-RECHTSANWALT<br>FRESHFIELDS BRUCKHAUS DERINGER LLP,<br>ALSTERARKADEN 27<br>HAMBURG, 20354<br>GERMANY |

**Claim No. 424 for $56,813.06**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____June 15, 2010_____
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

DANET GMBH, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May__, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 28 day of May 2010.

(Assignor)
DANET GMBH

By: _____

Name: Dr. Burkhard Austermuehl

Title: CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: MICHAEL J. RESTIFO

Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _____

Name: Jordi Vilardell

Title: CEVP

## Schedule A
## DANET GMBH

| Debtor | Case Number | Scheduled Amount | Schedule No. | Proof of Claim Amount | Proof of Claim Number |
|---|---|---|---|---|---|
| Nortel Networks Inc. | 09-10138 | 46,813.06 | | 56,813.06 | 424 |

Initials:
Seller
Buyer