**EXHIBIT A**

**Debtors' Fifth Ordinary Course Professional Quarterly Statement for January 1, 2010 – March 31, 2010**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Afridi & Angell | Legal advice regarding termination of employees in the UAE and payment of severance. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,376.00[1] | $0.00 | **$7,376.00** |
| Call Jensen & Ferrell | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $2,117.50 | $0.00 | $10,229.00 | $269.20 | $1309.00 | $562.21 | $0.00 | $0.00 | **$13,655.50** |
| DLA Piper US LLP | International trade compliance | $0.00 | $0.00 | $13,884.00 | $18,393.12 | $6,451.50 | $4,181.35 | $16,822.00[2] | $16.65 | **$37,157.50** |

---

[1]    Afridi & Angell incurred the following fees for professional services provided to the Debtors: $2,708.85 during March 2009, $1,153.75 during May 2009, $2,759.75 during June 2009, and $753.75 during August 2009.

[2]    DLA Piper US LLP incurred $16,822.00 in fees for professional services provided to the Debtors during December 2009. DLA Piper US LLP incurred $16.65 in disbursements and expenses for professional services provided to the Debtors during December 2009.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ernst & Young LLP[3] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $74,330.00[4] | $375.58 | $0.00 | $0.00 | $0.00 | $0.00 | $186,040.00[5] | $670.00 | **$260,370.00** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $19,955.50 | $2,096.77 | $7,503.00 | $18.73 | $4,912.50 | $0.00 | $0.00 | $0.00 | **$32,371.00** |

---

[3]  Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2009 on account of a contingent fee payment detailed in the First Interim Application of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Services Provider To The Debtors-In-Possession For The Period of January 14, 2009 Through April 30, 2009 [D.I. 980].  As a result, Ernst & Young LLP has filed fee applications for 2009 in accordance with the OCP Order.  Moreover, Ernst & Young LLP exceeded the Monthly Cap (as defined in the OCP Order) in January 2010.  As a result, Ernst & Young LLP has filed a fee application for January 2010 in accordance with the OCP Order.

[4]  Ernst & Young LLP filed a fee application [D.I. 2518] on February 24, 2010 seeking $74,330.00 in fees and $375.58 in disbursements and expenses for professional services provided to the Debtors from January 1, 2010 through January 31, 2010.  A certificate of no objection was not filed.  However, the Fourth Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2730] authorized the payment of these fees, disbursements and expenses.

[5]  Ernst & Young LLP filed a fee application [D.I. 2517] on February 24, 2010 seeking $186,040.00 in fees and $670.00 in disbursements and expenses for professional services provided to the Debtors from November 1, 2009 through December 31, 2009.  A certificate of no objection was not filed.  However, the Fourth Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2730] authorized the payment of these fees, disbursements and expenses.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $767.50 | $19.91 | $1,137.50 | $26.25 | $3,854.00 | $96.35 | $0.00 | $0.00 | **$5,759.00** |
| Herzog, Fox and Neeman | Legal counsel with regard to Nortel Networks Israel (Sales and Marketing) Ltd. (in administration) scheme of arrangement; representation in various court hearings. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,012.05[6] | $16.08 | **$12,012.05** |
| Hiscock & Barclay LLP | Legal representation in several litigations pending in New York State courts | $237.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$237.70** |

---

[6] Herzog, Fox and Neeman incurred $12,012.05 in fees for professional services provided to the Debtors during November 2009. Herzog, Fox and Neeman incurred $16.08 in disbursements and expenses for professional services provided to the Debtors during November 2009.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court. | $0.00 | $0.00 | $528.75 | $3.76 | $303.75 | $0.00 | $0.00 | $0.00 | **$832.50** |
| Jimenez De Arechaga Viana & Brause | Corporate legal services | $0.00 | $0.00 | $1,640.00 | $81.00 | $1,342.00 | $75.00 | $2,379.00[7] | $800.00 | **$5,361.00** |
| Magill & Atkinson LLP | Litigation | $0.00 | $0.00 | $2,253.00 | $68.51 | $1,108.50 | $19.83 | $0.00 | $0.00 | **$3,361.50** |
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $1,739.00 | $74.70 | $0.00 | $0.00 | $665.00 | $11.35 | $47,383.50[8] | $555.39 | **$49,787.50** |

---

[7] Jimenez De Arechaga Viana & Brause incurred $2,379 in fees for professional services provided to the Debtors during November 2009. Jimenez De Arechaga Viana & Brause incurred $800 in disbursements and expenses for professional services provided to the Debtors during November 2009.

[8] McKenna Long & Aldridge LLP incurred the following fees for professional services provided to the Debtors: $10,724.50 during November 2009 and $36,659.00 during December 2009. McKenna Long & Aldridge LLP incurred the following disbursements and expenses for professional services provided to the Debtors: $43.64 during November 2009 and $511.75 during December 2009.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mercer | Advice regarding compensation and benefit plan design, governance and implementation; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. | $0.00 | $0.00 | $37,209.00 | $0.00 | $16,464.00 | $0.00 | $0.00 | $0.00 | **$53,673.00** |
| Moisand Boutin & Associates | French litigation services. | $0.00 | $0.00 | $0.00 | $0.00 | $3,241.66 | $135.06 | $0.00 | $0.00 | **$3,241.66** |
| Neal & Harwell PLC | Local counsel to the Debtors in two civil litigations pending in the United States District Court for the Middle District of Tennessee | $0.00 | $0.00 | $32.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$32.56** |
| O'Bryon & Schnabel, PLC | Litigation services | $0.00 | $0.00 | $0.00 | $0.00 | $1,452.00 | $0.00 | $0.00 | $0.00 | **$1,452.00** |
| Riker, Danzig, Scherer, Hyland & Perretti LLP | Litigation services | $0.00 | $0.00 | $0.00 | $0.00 | $430.00 | $0.00 | $0.00 | $0.00 | **$430.00** |

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Waller Landsen Dortch & Davis LLP | General labor and employment legal services, including representation in employment and employee benefit matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $217.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$217.00** |