**CERTIFICATE OF SERVICE**

    I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations And Profitability Of Entities In Which The Estates Of Nortel Networks Inc., Nortel AltSystems Inc., Sonoma Systems, and Nortel Networks (NNCI) Inc. Hold A Substantial Or Controlling Interest** was caused to be made on June 15, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated: June 15, 2009

                   */s/ Alissa T. Gazze*
                    Alissa T. Gazze (No. 5338)

2884312.2