IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
: **RE: D.I. 2193, 2259, 2632**
:
:
---------------------------------------------------------------X

**FINAL NOTICE OF FILING OF MASTER NOTICE OF
ASSUMPTION AND ASSIGNMENT OF CONTRACTS IN
CONNECTION WITH THE SALE OF CERTAIN ASSETS OF DEBTORS'
CARRIER VOICE OVER IP AND APPLICATION SOLUTIONS BUSINESS**

**PLEASE TAKE NOTICE THAT:**

On December 23, 2009, Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors") filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving Payment of an Incentive Fee, (D) Approving the Notice Procedures and the Assumption and Assignment Procedures, (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Carrier Voice Over IP and Application Solutions Business (the "CVAS Business") Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts (the "Sale Motion") [D.I. 2193],[2] seeking approval of the sale of certain of the Debtors' assets (the "Assets") to GENBAND Inc. as purchaser (collectively with its designated affiliates, the "Purchaser") including the assumption and assignment of certain executory contracts (the "Assumed and Assigned Contracts"), pursuant to the procedures as set forth in the Sale Motion (the "Assumption and Assignment Procedures).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

On January 8, 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order that, among other things, approved the Assumption and Assignment Procedures and the Bidding Procedures (the "Bidding Procedures Order") [D.I. 2259].

The Debtors and certain of their affiliates (the "Sellers") have entered into a binding purchase agreement (the "Sale Agreement") with the Purchaser, who has agreed to purchase the Assets on the terms set forth in the Sale Agreement. On March 4, 2010 the Bankruptcy Court entered an order approving the sale of assets related to the CVAS Business pursuant to the Sale Agreement (the "Sale Order") [D.I. 2632]. The transaction contemplated by the Sale Agreement closed on May 28, 2010 (the "Closing Date").

Pursuant to the Assumption and Assignment Procedures, the Debtors are required to file with the Court a master notice (the "Master Assumption Notice") that sets forth: (i) the name and address of each Counterparty, (ii) notice of the proposed effective date of the assignment (subject to the right of the Debtors and the Purchaser), (iii) a description of each Assumed and Assigned Contract, and (iv) the Cure Amount with respect to such contracts, if any.

All of the contracts that the Debtors assumed and assigned to the Purchaser are Customer Contracts and in accordance with the Bidding Procedures Order, the Debtors are permitted to file a Master Assumption Notice of Customer Contracts under seal with the Court and deliver copies to (i) counsel to the Purchaser, (ii) the U.S. Trustee, (iii) counsel to the Monitor, (iv) counsel to the Committee, and (v) counsel to the Bondholder Group. The Debtors have filed such Master Assumption Notice listing all of the Customer Contracts to be assumed and assigned with the Court under seal. Exhibit A to this Notice lists the agreements to which the Debtors and you or your predecessors-in-interest are a party that was assumed and assigned to the Purchaser.

The assumption and assignment of the Assumed and Assigned Contracts was effective upon the Closing Date of the Sale or such date after the Closing Date designated by the Debtors pursuant to the terms of the Assumption and Assignment Procedures.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: June 17, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Alissa T. Gazze*_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |