# TO BE FILED UNDER SEAL

Pursuant to the Order A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing [D.I. 2259]

### EXHIBIT A

| Name and Address of Counterparty | Proposed Effective Date of Assumption and Assignment | Description of Agreement | Cure Amount |
|---|---|---|---|
|  |  |  |  |

NOTE: For the purposes of filing, this notice has been intentionally left blank.  Pursuant to the Assumption and Assignment Procedures as set forth in the Sale Motion, those parties in interest to an Assumed and Assigned Contract will receive an individualized notice.

[New York #2181768 v1]