# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) Hearing Date: June 24, 2010 at 9:00 a.m. |

## NOTICE OF FIFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:     Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:     Official Committee of Unsecured Creditors

Date of Retention:     March 5, 2009, Nunc Pro Tunc to January 26, 2009

Period for which compensation
and reimbursement is sought:     February 1, 2010 through April 30, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $2,382,342.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $97,491.94

This is (a)n: _X_ interim  ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February and March & April 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 3/30/10 Docket No. 2807 | 2/1/10 to 2/28/10 | $675,136.00 | $24,001.07 | $540,108.80 | $24,001.07 | $135,027.20 |
| Date Filed: 4/27/10 Docket No. 2921 | 3/1/10 to 3/31/10 | $961,808.50 | $45,153.82 | Pending Obj. Deadline $769,446.80 | Pending Obj. Deadline $45,153.82 | $192,361.70 |
| Date Filed: 5/28/10 Docket No. 3089 | 4/1/10 to 4/30/10 | $745,398.00 | $28,337.05 | Pending Obj. Deadline $596,318.40 | Pending Obj. Deadline $28,337.05 | $149,079.60 |
| **TOTALS:** | | $2,382,342.50 | $97,491.94 | $1,905,874.00 | $97,491.94 | $476,468.50 |

Summary of any Objections to Fee Applications: None.

Dated: June 1, 2010
    New York, NY

_____
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al*