# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/11/2010 | Brian Heinimann | Airfare | Airfare to LGA and return to Chicago and change fee to accommodate client to visit Huron office and 05/19 meeting with counsel: Southwest: MDW / LGA 05/17/2010 to 05/20/2010. | 512.40 |
| 5/18/2010 | Brian Heinimann | Airfare | Airfare to visit client site: Southwest: MDW / RDU 05/24/2010 to 05/28/2010. | 360.40 |
| 5/24/2010 | Brian Heinimann | Airfare | Airfare to visit client site: Southwest: MDW / RDU 05/31/2010 to 06/03/2010. | 424.40 |
| 5/5/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 5/10 - 5/13.: United: ORD / RDU 05/10/2010 to 05/13/2010. | 565.40 |
| 5/6/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 5/17-5/20.: United: ORD / RDU 05/17/2010 to 05/20/2010. | 457.40 |
| 5/13/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 5/24-5/27.: United: ORD / RDU 05/24/2010 to 05/27/2010. | 301.40 |
| 5/20/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 6/1-6/3.: United: ORD / RDU 06/01/2010 to 06/03/2010. | 565.40 |
| 5/26/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for weeks of 6/7-6/10 and 6/14-6/17: United: ORD / RDU 06/07/2010 to 06/17/2010. | 470.40 |
| 5/3/2010 | Elaine M Lane | Airfare | Delta - economy airfare IND/RDU visit to client site: Delta: IND/RDU 05/10/2010 to 05/13/2010. | 539.40 |
| 5/3/2010 | Elaine M Lane | Airfare | Delta - economy airfare IND/LGA meetings at NYC office of Cleary Gottlieb: Delta: IND/LGA 05/03/2010 to 05/06/2010. | 470.40 |
| 5/13/2010 | Elaine M Lane | Airfare | Delta - economy airfare for trip to NYC for meetings with Cleary Gottleib 5-19-10: Delta: MCI/LGA 05/17/2010 to 05/20/2010. | 630.40 |
| 5/13/2010 | Elaine M Lane | Airfare | Delta - economy airfare for trip to client site 6/7/10: Delta: IND/RDU 06/07/2010 to 06/10/2010. | 641.60 |
| 5/20/2010 | Elaine M Lane | Airfare | Delta - change fee to economy airfare due to meeting cancelled by Cleary: Delta: LGA/IND 05/20/2010 to 05/20/2010. | 150.00 |
| 5/20/2010 | Elaine M Lane | Airfare | Delta - economy airfare to client site in Raleigh: Delta: IND/RDU 05/24/2010 to 05/26/2010. | 539.40 |
| 5/20/2010 | Elaine M Lane | Airfare | Delta - economy airfare to client site in Raleigh: Delta: IND/RDU 06/01/2010 to 06/03/2010. | 444.40 |
| 5/3/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: CONTINENTAL AIRLINES CHICAGO IL: CONTINENTAL AIRLINES: RDU/EWR 05/10/2010 to 05/13/2010. | 391.40 |
| 5/13/2010 | Joseph J. McKenna | Airfare | Airfare from EWR / RDU for May 17/20.  Itinerary canceled for meeting in NYC with Nortel counsel.  Credit will be applied to future airfare.: Continental Airlines: EWR / RDU 05/17/2010 to 05/20/2010. | 506.40 |
| 5/18/2010 | Joseph J. McKenna | Airfare | Airfare from LGA to RDU while traveling on Nortel engagement.: US Airways: LGA / RDU 05/24/2010 to 05/28/2010. | 337.70 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/21/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS    PHOENIX   AZ: US AIRWAYS: LGA / RDU 06/01/2010 to 06/03/2010. | 291.60 |
| 5/7/2010 | Matthew J. Fisher | Airfare | travel to NYC to meet with Debtors' officers and outside counsel: Southwest Airlines: MDW/LGA 05/03/2010 to 05/07/2010. | 423.40 |
| 5/14/2010 | Matthew J. Fisher | Airfare | travel to NYC to meet at Debtors' gateway office: Southwest Airlines: MDW/RDU 05/10/2010 to 05/14/2010. | 495.40 |
| 5/1/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.  Includes fees and exchange cost for changing flight itinerary to accommodate client meeting.: Continental: EWR/RDU 05/03/2010 to 05/05/2010. | 1,086.80 |
| 5/5/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR / RDU 05/10/2010 to 05/13/2010. | 515.40 |
| 5/11/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 05/17/2010 to 05/20/2010. | 495.40 |
| 5/18/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 05/24/2010 to 05/26/2010. | 973.40 |
| 5/1/2010 | Brian Heinimann | Ground Transportation | Cab from LGA to Manhattan for visit to NY office for Nortel work: Yellow Cab: LGA / Manhattan. | 35.00 |
| 5/1/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW to catch flight to NY for visit with client: Yellow Cab: Residence / MDW. | 40.00 |
| 5/7/2010 | Brian Heinimann | Ground Transportation | Cab for B. Heinimann and M. Fisher after visit to Huron office for Nortel work: Yellow Cab: Hotel / LGA. | 45.00 |
| 5/7/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residence after return from visit to Huron office in NY: Yellow Cab: MDW / Residence. | 40.00 |
| 5/10/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW to catch flight to RDU: Yellow Cab: Residence / MDW. | 40.00 |
| 5/10/2010 | Brian Heinimann | Ground Transportation | Cab from residence to Sheraton while visiting client site in Raleigh: RDU Taxi: RDU / Sheraton. | 20.00 |
| 5/14/2010 | Brian Heinimann | Ground Transportation | Cab to office from airport after return from visit to client: Yellow Cab: MDW / Office. | 35.00 |
| 5/17/2010 | Brian Heinimann | Ground Transportation | Cab to airport from residence: Yellow Cab: Residence / MDW. | 40.00 |
| 5/17/2010 | Brian Heinimann | Ground Transportation | Cab from LGA to Marriott Marquis: NYC Taxi: LGA / Hotel. | 35.00 |
| 5/19/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to NY for meeting with counsel: Yellow Cab: MDW / Residence. | 40.00 |
| 5/19/2010 | Brian Heinimann | Ground Transportation | Cab to LGA for flight after visit to Huron office: Yellow Cab: Hotel / LGA. | 35.00 |
| 5/24/2010 | Brian Heinimann | Ground Transportation | Cab to hotel from airport while visiting client site: RDU Taxi: RDU / Sheraton. | 20.00 |
| 5/24/2010 | Brian Heinimann | Ground Transportation | Cab to MDW from office to catch flight to client site: Yellow Cab: Office / MDW. | 30.00 |
| 5/28/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to client site: Yellow Cab: MDW / Residence. | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/28/2010 | Brian Heinimann | Ground Transportation | Cab to airport to catch flight after visit to client: RDU Taxi: Sheraton / RDU. | 20.00 |
| 5/31/2010 | Brian Heinimann | Ground Transportation | Cab to Sheraton Imperial from RDU: RDU Taxi: RDU / Sheraton. | 20.00 |
| 5/31/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to client site: Yellow Cab: Residence / MDW. | 40.00 |
| 5/3/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for travel on Nortel.: Cab: RDU / Four Points. | 20.00 |
| 5/3/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 5/5/2010 | Coley P. Brown | Ground Transportation | Cab from LGA to Westin Times Square in New York City.: Cab: LGA / Westin. | 45.00 |
| 5/7/2010 | Coley P. Brown | Ground Transportation | Cab from Westin Times Square to LGA for travel on Nortel.: Cab: Westin / LGA. | 45.00 |
| 5/7/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 5/10/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for travel on Nortel.: Cab: RDU / Sheraton. | 20.00 |
| 5/10/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 5/13/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 5/17/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 5/17/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for travel on Nortel.: Cab: RDU / Sheraton. | 20.00 |
| 5/20/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence. | 40.00 |
| 5/24/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for travel on Nortel.: Cab: RDU / Sheraton. | 20.00 |
| 5/24/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD. | 40.00 |
| 5/3/2010 | Elaine M Lane | Ground Transportation | Taxi - airport to hotel, trip to NYC for client meetings: NYC Taxi: LGA/Westin. | 49.00 |
| 5/6/2010 | Elaine M Lane | Ground Transportation | Taxi - Counsel office to hotel, return from client meetings: NYC Taxi: NYC. | 20.00 |
| 5/6/2010 | Elaine M Lane | Ground Transportation | Taxi - Hotel to airport, return from NYC client meetings: NYC Taxi: Hotel/LGA. | 50.00 |
| 5/10/2010 | Elaine M Lane | Ground Transportation | Taxi cab - from airport to Westin hotel for trip to client site: RDU Taxi: RDU/Westin hotel. | 16.00 |
| 5/17/2010 | Elaine M Lane | Ground Transportation | Taxi from airport to hotel during trip to NYC for meetings with Cleary: Dial 7 service: LGA/Marriott. | 50.00 |
| 5/17/2010 | Elaine M Lane | Ground Transportation | Taxi round trip from home to airport for trip to NYC for meetings with Cleary: VIP Service: Home/airport. | 107.00 |
| 5/20/2010 | Elaine M Lane | Ground Transportation | Taxi from hotel to airport for trip to NYC for meetings with Cleary: Dial 7 service: Marriott/LGA. | 50.00 |
| 5/6/2010 | James Lukenda | Ground Transportation | Nortel- subway to CGSH, three fares: MTA: office - CGSH. | 6.75 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/6/2010 | James Lukenda | Ground Transportation | Nortel- taxi from meeting at counsel: yellow cab: CGSH to office. | 21.00 |
| 5/3/2010 | Joseph J. McKenna | Ground Transportation | Cab fare home while working late on Nortel engagement.: NYC Taxi: NY Office. | 12.10 |
| 5/4/2010 | Joseph J. McKenna | Ground Transportation | Cab fare home while working late on Nortel engagement.: NYC Taxi: NY Office. | 10.00 |
| 5/5/2010 | Joseph J. McKenna | Ground Transportation | Cab fare home while working late on Nortel engagement.: NYC Taxi: NY Office. | 10.00 |
| 5/6/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to office to arrive early to prepare materials for meeting with Nortel counsel and financial advisors.: NYC Taxi: NY Office. | 9.00 |
| 5/10/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to Newark Airport while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: NYC / EWR. | 74.00 |
| 5/13/2010 | Joseph J. McKenna | Ground Transportation | Car to residence in Lower Manhattan from Newark Airport while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: NYC / EWR. | 70.00 |
| 5/24/2010 | Joseph J. McKenna | Ground Transportation | Taxi from New York office to LaGuardia Airport while traveling on Nortel engagement.: NYC Taxi: NY Office / LGA. | 40.19 |
| 5/28/2010 | Joseph J. McKenna | Ground Transportation | Taxi from LaGuardia Airport to residence in Lower Manhattan while traveling on Nortel engagement.: NYC Taxi: NY Office / LGA. | 46.39 |
| 5/3/2010 | Matthew J. Fisher | Ground Transportation | Transportation from airport to hotel: Taxi: LGA/Time Square. | 35.00 |
| 5/10/2010 | Matthew J. Fisher | Ground Transportation | Transportation from Huron office to airport: Taxi: 550 W. Van Buren St./MDW airport. | 31.00 |
| 5/13/2010 | Matthew J. Fisher | Ground Transportation | Transportation from airport to hotel: Taxi: RDU/Sheraton RTP. | 20.00 |
| 5/5/2010 | Michael E. Scannella | Ground Transportation | Car service from airport to residence.: Dial 7: EWR / Jersey City. | 65.00 |
| 5/10/2010 | Michael E. Scannella | Ground Transportation | Car Service to airport.: A1: Jersey City / EWR. | 78.00 |
| 5/13/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight from clientsite.: Dial 7: EWR / Jersey City. | 64.00 |
| 5/17/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City / EWR. | 78.00 |
| 5/20/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR / Jersey City. | 66.00 |
| 5/24/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City / EWR. | 78.00 |
| 5/26/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR / Jersey City. | 64.00 |
| 5/7/2010 | Brian Heinimann | Hotel/Lodging | Lodging and gratuities: Westin: NYC 05/03/2010 to 05/07/2010, 4 nights. | 1,534.12 |
| 5/14/2010 | Brian Heinimann | Hotel/Lodging | Stay at hotel while visiting client including gratuities: Sheraton: Durham 05/10/2010 to 05/14/2010, 4 nights. | 624.24 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/18/2010 | Brian Heinimann | Hotel/Lodging | Stay at Marriott while visiting Huron office in NYC: Marriott: NYC 05/17/2010 to 05/19/2010, 2 nights. | 1,221.06 |
| 5/24/2010 | Brian Heinimann | Hotel/Lodging | Stay while visiting client: Sheraton / Four Points: Durham 05/24/2010 to 05/26/2010, 2 nights. | 306.92 |
| 5/28/2010 | Brian Heinimann | Hotel/Lodging | Stay while visiting client, including gratuity: Sheraton: Durham 05/26/2010 to 05/28/2010, 2 nights. | 317.12 |
| 5/4/2010 | Coley P. Brown | Hotel/Lodging | Four Points / Sheraton hotel in Raleigh from 5/3-5/5 (2 nights).: Sheraton: Raleigh 05/03/2010 to 05/05/2010, room + tip. | 280.21 |
| 5/7/2010 | Coley P. Brown | Hotel/Lodging | Westin Times Square hotel in New York from 5/5-5/7 (2 nights).: Westin Times Square: New York City 05/05/2010 to 05/07/2010. | 762.06 |
| 5/13/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 5/10-5/13 (3 nights).: Sheraton Imperial: Raleigh 05/10/2010 to 05/13/2010, room + tip. | 480.68 |
| 5/18/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial / Four Points hotel in Raleigh from 5/17-5/20 (3 nights).: Sheraton Imperial: Raleigh 05/17/2010 to 05/20/2010, room + tip. | 433.77 |
| 5/25/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial / Four Points hotel in Raleigh from 5/24-5/27 (3 nights).: Sheraton Imperial: Raleigh 05/24/2010 to 05/27/2010, room + tip. | 433.77 |
| 5/6/2010 | Elaine M Lane | Hotel/Lodging | Westin - 3 nights hotel during trip to meetings at NYC office of Cleary Gottlieb: Westin: NYC 05/03/2010 to 05/06/2010.. | 1,143.09 |
| 5/13/2010 | Elaine M Lane | Hotel/Lodging | Hotel, 3 nights - during trip to client site: Hotel 3 nights during trip to client site: Sheraton: Durham 05/10/2010 to 05/13/2010. | 460.68 |
| 5/20/2010 | Elaine M Lane | Hotel/Lodging | Hotel - 3 nights -during trip to NYC for meetings with Cleary: 3 nights lodging: Marriott: NYC 05/17/2010 to 05/20/2010. | 1,831.59 |
| 5/26/2010 | Elaine M Lane | Hotel/Lodging | Hotel - 2 nights - during trip to client site: 2 nights hotel: Sheraton: Durham NC 05/24/2010 to 05/26/2010. | 307.12 |
| 5/14/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging: Sheraton Imperial Hotel: Durham, NC 05/10/2010 to 05/13/2010, 3 nights. | 460.68 |
| 5/28/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement, 4 nights, Sheraton Imperial: Durham, NC 05/24/2010 to 05/28/2010. | 586.23 |
| 5/7/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in NYC for meetings with Debtors' management and outside counsel: Westin: New York 05/03/2010 to 05/07/2010, 4 nights. | 1,524.12 |
| 5/13/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting debtors' office: Sheraton: Durham, NC 05/10/2010 to 05/13/2010, 3 nights. | 480.68 |
| 5/14/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging while visiting debtors' office: Sheraton: Durham, NC 05/13/2010 to 05/14/2010, 1 night. | 173.56 |
| 5/3/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 2 nights, room + tip.: Sheraton / Four Points: RTP 05/03/2010 to 05/05/2010. | 270.21 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/13/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton: RTP 05/10/2010 to 05/13/2010, 3 nights. | 470.68 |
| 5/17/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton / Four Points: RTP 05/17/2010 to 05/20/2010, three nights. | 428.77 |
| 5/24/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton / Four Points: RTP 05/24/2010 to 05/26/2010, 2 nights. | 278.74 |
| 5/3/2010 | Brian Heinimann | Meals | Dinner room service while visiting client site: Westin: NYC, 1 person. | 50.00 |
| 5/3/2010 | Brian Heinimann | Meals | Team dinner while working on Nortel engagement in NY office: HB Burger: NYC Attendees: Brian Heinimann, Matthew J. Fisher, Joseph J. McKenna, 3 people. | 59.02 |
| 5/3/2010 | Brian Heinimann | Meals | Breakfast at Starbucks while working out of town at NY office: Starbucks: NYC, 1 person. | 9.22 |
| 5/4/2010 | Brian Heinimann | Meals | Breakfast at Starbucks while working out of town at NY office: Starbucks: NYC, 1 person. | 6.55 |
| 5/5/2010 | Brian Heinimann | Meals | Dinner for team while working out of NY office: St. Andrews: NYC Attendees: Brian Heinimann, Joseph J. McKenna, Matthew J. Fisher, Coley P. Brown, 4 people. | 148.57 |
| 5/6/2010 | Brian Heinimann | Meals | Breakfast at the Red Flame while visiting Huron office in Manhattan: Red Flame Diner: NYC Attendees: Brian Heinimann, Joseph J. McKenna, 2 people. | 30.00 |
| 5/6/2010 | Brian Heinimann | Meals | Dinner while visiting Huron office in NY: O'Brien's: NYC, 1 person. | 50.00 |
| 5/7/2010 | Brian Heinimann | Meals | Breakfast en route to residence from client: LGA: NYC Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 18.69 |
| 5/11/2010 | Brian Heinimann | Meals | Room service while visiting client: Sheraton: Durham, 1 person. | 23.43 |
| 5/11/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client site: Nortel: Durham, 1 person. | 5.21 |
| 5/13/2010 | Brian Heinimann | Meals | Room service while visiting client: Sheraton: Durham, 1 person. | 25.63 |
| 5/13/2010 | Brian Heinimann | Meals | Breakfast at client while visiting client site: Nortel: Durham, 1 person. | 8.22 |
| 5/14/2010 | Brian Heinimann | Meals | Breakfast at Greenleaf's in RDU airport for B. Heinimann and M. Fisher while en route from client site: RDU Airport: RDU, 2 people. | 13.22 |
| 5/17/2010 | Brian Heinimann | Meals | Dinner at Let Them Eat Cake in MDW while en route to client: MDW Airport: Chicago, 1 person. | 14.77 |
| 5/18/2010 | Brian Heinimann | Meals | Dinner at Marriott while visiting Huron office: Marriott: NYC | 50.00 |
| 5/24/2010 | Brian Heinimann | Meals | Dinner in MDW while en route to client site: Potbelly's: Chicago, 1 person. | 11.54 |
| 5/25/2010 | Brian Heinimann | Meals | Room service while visiting client site: Four Points: Morrisville, 1 person. | 33.46 |
| 5/25/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Durham, 1 person. | 5.22 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/26/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Durham, 1 person. | 7.55 |
| 5/27/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann while visiting client site: Sheraton: Durham, 1 person. | 47.12 |
| 5/27/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Durham, 1 person. | 7.55 |
| 5/28/2010 | Brian Heinimann | Meals | Breakfast in airport while en route to Chicago from visit to client site: Greenleaf's: Raleigh, 1 person. | 8.52 |
| 5/31/2010 | Brian Heinimann | Meals | Meal at 'Let Them Eat Cake' while en route to client site: MDW Airport: Chicago, 1 person. | 15.68 |
| 5/3/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person).: Berghoff Cafe: Chicago ORD. | 22.49 |
| 5/5/2010 | Coley P. Brown | Meals | Dinner at LGA Cibo for Coley Brown (1 person).: LGA Cibo: New York City. | 23.54 |
| 5/5/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for 5/4 and 5/5 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 12.00 |
| 5/6/2010 | Coley P. Brown | Meals | Breakfast at Starbucks for Coley Brown (1 person).: Starbucks: New York. | 10.22 |
| 5/7/2010 | Coley P. Brown | Meals | Breakfast at Starbucks for Coley Brown (1 person).: Starbucks: New York. | 9.83 |
| 5/10/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person).: Berghoff Cafe: Chicago ORD. | 23.11 |
| 5/13/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster at RDU for Coley Brown (1 person).: 42nd Street Oyster: Raleigh RDU. | 24.66 |
| 5/13/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 5/10-5/13 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 5/17/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 45.08 |
| 5/18/2010 | Coley P. Brown | Meals | Dinner - room service at hotel in Raleigh for Coley Brown (1 person). | 41.91 |
| 5/20/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 5/17-5/20 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 5/20/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster at RDU for Coley Brown (1 person).: 42nd Street Oyster: Raleigh RDU. | 21.78 |
| 5/24/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person).: Berghoff Cafe: Chicago ORD, 1 person. | 24.51 |
| 5/27/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 5/24-5/27 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 5/27/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster at RDU for Coley Brown (1 person).: 42nd Street Oyster: Raleigh RDU, 1 person. | 23.05 |
| 5/3/2010 | Elaine M Lane | Meals | Copper Moon Cafe - working meal, dinner, during trip to NYC for client meetings: Copper Moon: Indianapolis, 1 person. | 3.26 |
| 5/5/2010 | Elaine M Lane | Meals | Working meal, breakfast, meeting to discuss case status: Red Flame: NYC Attendees: Elaine M Lane, James Lukenda, Brian Heinimann, Matthew J. Fisher, 4 people. | 55.10 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/11/2010 | Elaine M Lane | Meals | Working meal - dinner - during trip to client site: Mez: Raleigh Attendees: Elaine M Lane, Joseph J. McKenna, Coley P. Brown, Matthew J. Fisher, 4 people. | 129.37 |
| 5/12/2010 | Elaine M Lane | Meals | Working meal - dinner - during trip to client site: Angus Barn: Raleigh Attendees: Elaine M Lane, Coley P. Brown, Matthew J. Fisher, Michael E. Scannella, Brian Heinimann, Joseph J. McKenna, 6 people. | 294.69 |
| 5/13/2010 | Elaine M Lane | Meals | Working meal - breakfast - during trip to client site: Starbucks: Raleigh, 1 person. | 5.55 |
| 5/17/2010 | Elaine M Lane | Meals | Working meal - breakfast -during trip to NYC for meetings with Cleary: HMSHost: KC, 1 person. | 2.43 |
| 5/18/2010 | Elaine M Lane | Meals | Working meal - dinner -during trip to NYC for meetings with Cleary: Gregorys: NYC, 1 person. | 22.90 |
| 5/19/2010 | Elaine M Lane | Meals | Working meal - breakfast -during trip to NYC for meetings with Cleary: Starbucks: NYC, 1 person. | 5.72 |
| 5/19/2010 | Elaine M Lane | Meals | Working meal - dinner -during trip to NYC for meetings with Cleary: Marriott: NYC, 1 person. | 41.15 |
| 5/20/2010 | Elaine M Lane | Meals | Working meal - breakfast -during trip to NYC for meetings with Cleary: Burger King: NYC, 1 person. | 7.50 |
| 5/24/2010 | Elaine M Lane | Meals | Sheraton - working meal during trip to client site: Sheraton: Durham, 1 person. | 20.77 |
| 5/25/2010 | Elaine M Lane | Meals | Mez - working meal during trip to client site: Mez: Durham NC Attendees: Elaine M Lane, Coley P. Brown, Joseph J. McKenna, 3 people. | 60.37 |
| 5/26/2010 | Elaine M Lane | Meals | Sheraton - working meal during trip to client site: Sheraton: Durham, 1 person. | 20.14 |
| 5/12/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel RTP Cafe: Durham, NC, 1 person. | 5.61 |
| 5/13/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel RTP Cafe: Durham, NC, 1 person. | 5.25 |
| 5/13/2010 | Joseph J. McKenna | Meals | Dinner at airport while traveling on Nortel engagement.: Greenleaf's RDU: Raleigh, NC, 1 person. | 13.65 |
| 5/14/2010 | Joseph J. McKenna | Meals | Hotel while traveling on Nortel engagement.: Room service after arriving late Monday night.: Sheraton, 1 person. | 15.64 |
| 5/19/2010 | Joseph J. McKenna | Meals | Dinner while working late on Nortel engagement - Monster Sushi.: SEAMLESSWEB 800-905-9322    NY: SEAMLESS WEB PROFESSIONAL: NEW YORK, 1 person. | 28.24 |
| 5/24/2010 | Joseph J. McKenna | Meals | Individual travel meal while delayed at LaGuardia.: Cibo Bistro - LGA: NY, NY, 1 person. | 40.12 |
| 5/25/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 6.66 |
| 5/26/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 4.29 |
| 5/26/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Champps Americana: Durham, NC Attendees: Joseph J. McKenna, Coley P. Brown, 2 people. | 55.66 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/27/2010 | Joseph J. McKenna | Meals | Individual travel dinner while delayed at RDU.: Varsity Grille: Durham, NC, 1 person. | 19.38 |
| 5/27/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 6.21 |
| 5/28/2010 | Joseph J. McKenna | Meals | Individual travel breakfast while delayed at RDU.: 42nd Street Oyster Bar: Durham, NC, 1 person. | 15.00 |
| 5/6/2010 | Matthew J. Fisher | Meals | Dinner out-of-town with Nortel team: Del Frisco's: New York Attendees: Matthew J. Fisher, Coley P. Brown, Michael E. Scannella, Joseph J. McKenna, 4 people. | 200.00 |
| 5/10/2010 | Matthew J. Fisher | Meals | Dinner at Atrium lobby: Sheraton: Durham, NC Attendees: Matthew J. Fisher, Brian Heinimann, 2 people. | 66.25 |
| 5/13/2010 | Matthew J. Fisher | Meals | Dinner at airport: Raleigh Durham Int'l Airport: Durham, NC, 1 person. | 50.00 |
| 5/3/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: EWR. | 3.47 |
| 5/4/2010 | Michael E. Scannella | Meals | Team dinner, 2 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown. | 57.04 |
| 5/5/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Varsity Grill: RDU. | 20.00 |
| 5/5/2010 | Michael E. Scannella | Meals | Breakfast 2 days while at clientsite, 1 person.: Nortel Cafe: RTP. | 11.00 |
| 5/10/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: EWR. | 7.91 |
| 5/13/2010 | Michael E. Scannella | Meals | Breakfast for the week (3 days), 1 person.: Nortel Cafe: RTP. | 18.00 |
| 5/13/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Greenleaf's: RDU. | 9.98 |
| 5/13/2010 | Michael E. Scannella | Meals | Room service, 1 person.: Sheraton: RTP. | 32.10 |
| 5/17/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 1 person.: Sheraton: RTP. | 20.00 |
| 5/18/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 1 person.: Sheraton: RTP. | 37.61 |
| 5/19/2010 | Michael E. Scannella | Meals | Team dinner, 2 people.: Sansui: RTP Attendees: Michael E. Scannella, Coley P. Brown. | 80.64 |
| 5/20/2010 | Michael E. Scannella | Meals | Breakfast for the week of 5/17 (3 days), 1 person.: Nortel Cafe: RTP. | 18.00 |
| 5/24/2010 | Michael E. Scannella | Meals | Dinner while at hotel, 1 person.: Sheraton: RTP. | 15.00 |
| 5/25/2010 | Michael E. Scannella | Meals | Dinner while at hotel, 1 person.: Sheraton: RTP. | 30.00 |
| 5/26/2010 | Michael E. Scannella | Meals | Breakfast while at client site, 2 days, 1 person.: Nortel Cafe: RTP. | 12.00 |
| 5/26/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: AJ's: RDU, 1 person. | 20.94 |
| 5/3/2010 | Elaine M Lane | Mileage | Personal mileage - home to airport for trip to NYC for client meetings: Home/airport 05/03/2010 to 05/03/2010. | 10.00 |
| 5/6/2010 | Elaine M Lane | Mileage | Personal mileage - airport to home, trip to NYC for client meetings: Airport/home 05/06/2010 to 05/06/2010. | 10.00 |
| 5/10/2010 | Elaine M Lane | Mileage | Mileage - round trip home/airport during trip to client site: Home/Airport 05/10/2010 to 05/13/2010. | 20.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  MAY 1, 2010 THROUGH MAY 31, 2010**

| Date | Professional | Cost Type | Description | Billable Amount |
|---|---|---|---|---|
| 5/24/2010 | Elaine M Lane | Mileage | Round trip from home to airport for trip to client site: Home/Airport 05/24/2010 to 05/26/2010. | 20.00 |
| 5/6/2010 | James Lukenda | Mileage | Nortel-mileage to NYC early am less commute cost: Mont-NYC-Mont 05/06/2010 to 05/06/2010. | 6.50 |
| 5/6/2010 | Elaine M Lane | Parking & Tolls | Parking Solutions Inc. - Airport parking during trip to NYC for client meetings: Parking Solutions: Indianapolis 05/03/2010 to 05/06/2010, 3 days. | 90.00 |
| 5/13/2010 | Elaine M Lane | Parking & Tolls | Indianapolis Airport - airport parking during trip to client site: IND airport: Indianapolis 05/10/2010 to 05/13/2010, 3 days. | 72.00 |
| 5/26/2010 | Elaine M Lane | Parking & Tolls | Airport parking for pick up: IND Airport: IND 05/26/2010 to 05/26/2010. | 4.00 |
| 5/6/2010 | James Lukenda | Parking & Tolls | Nortel-LT Toll (6): PANYNJ: Weehawken 05/06/2010 to 05/06/2010. | 6.00 |
| 5/6/2010 | James Lukenda | Parking & Tolls | Nortel-Parking PABT (22.50): PABT: NYC 05/06/2010 to 05/06/2010. | 22.50 |
| 5/7/2010 | Matthew J. Fisher | Parking & Tolls | 4 days parking at airport: Chicago Midway Parking: Chicago 05/03/2010 to 05/07/2010. | 116.00 |
| 5/12/2010 | Accounts Payable | Postage and Freight | UNITED PARCEL SERVICE - Shipments of documents and work materials related to Nortel workstreams for working team (Cleary, Huron, and Nortel) meetings and discussions. | 113.12 |
| 5/13/2010 | Joseph J. McKenna | Rental Car | Rental car for team while in Raleigh (4 days).: Avis: Raleigh, NC 05/10/2010 to 05/13/2010. | 196.26 |
| 5/27/2010 | Joseph J. McKenna | Rental Car | Rental car for team, week of 5/24.: Avis: Durham, NC 05/24/2010 to 05/27/2010. | 196.26 |
| 5/5/2010 | Michael E. Scannella | Rental Car | Rental car, 3 days.: Avis: RTP 05/03/2010 to 05/05/2010. | 138.51 |
| 5/13/2010 | Michael E. Scannella | Rental Car | Rental while at clientsite, 4 days.: Avis: RTP 05/10/2010 to 05/20/2010. | 196.26 |
| 5/20/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RTP 05/17/2010 to 05/20/2010. | 196.26 |
| 5/26/2010 | Michael E. Scannella | Rental Car | Rental car, 2 days.: Avis: RDU 05/24/2010 to 05/26/2010. | 136.72 |

$ 33,793.57