# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2010 - May 31, 2010**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | May 2010 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 119.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | 28.0 |
| 4 | Analysis of Historical Results | 81.0 |
| 5 | Meetings with Debtor's Counsel | 99.0 |
| 6 | Committee Matters and Creditor Meetings | 6.0 |
| 7 | Claims Administration and Analysis | 10.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | 5.0 |
| 11 | Fee Applications Preparation | 15.0 |
| 12 | Tax Issues | 5.0 |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 86.5 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 454.5 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | May 2010 Hours |
|---|---:|
| Matthew Rosenberg, Member | 139.5 |
| Michael Kennedy, Member | 120.0 |
| Aaron Taylor, Vice President | 195.0 |
| **TOTAL** | 454.5 |

**Nortel Networks, Inc**
May 1, 2010 - May 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | May 2010 Hours | Code |
|------|---------------------|----------------|------|
| 5/3/2010 | Diligence re Company, Claims & allocation | 5.0 | 4 |
| 5/4/2010 | Diligence re Company, Claims & allocation | 4.0 | 4 |
| 5/5/2010 | Travel to NYC | 4.0 | 15 |
| 5/6/2010 | Meetings w/ debtor, professionals and monitor | 10.0 | 5 |
| 5/6/2010 | Return travel to Chicago | 4.0 | 15 |
| 5/7/2010 | Review claims and allocation materials | 5.0 | 10 |
| 5/9/2010 | Travel to London | 12.0 | 15 |
| 5/10/2010 | Meetings w/ professionals | 9.0 | 5 |
| 5/11/2010 | Meetings w/ professionals | 10.0 | 5 |
| 5/12/2010 | Travel to NYC | 11.0 | 15 |
| 5/13/2010 | Meetings w/ monitor, debtors and professionals | 7.0 | 5 |
| 5/13/2010 | Return travel to Chicago | 4.0 | 15 |
| 5/17/2010 | Review historical transfer pricing and financial data | 4.0 | 4 |
| 5/18/2010 | Review allocation materials | 2.0 | 1 |
| 5/18/2010 | Review historical transfer pricing and financial data | 3.0 | 4 |
| 5/19/2010 | Calls re taxes and transfer pricing | 2.5 | 4 |
| 5/19/2010 | Call w/ creditors | 1.0 | 5 |
| 5/20/2010 | Review allocation materials | 2.0 | 1 |
| 5/20/2010 | Review historical transfer pricing and financial data | 4.0 | 4 |
| 5/21/2010 | Review allocation materials | 5.0 | 1 |
| 5/21/2010 | Review historical transfer pricing and financial data | 2.0 | 4 |
| 5/24/2010 | Review historical transfer pricing and financial data | 3.0 | 4 |
| 5/24/2010 | Travel to NY | 4.5 | 15 |
| 5/25/2010 | Meetings w/ Monitor, Cleary and debtor professionals | 11.0 | 5 |
| 5/26/2010 | Meetings & Calls w/ debtor & professionals | 3.5 | 5 |
| 5/27/2010 | Return travel to Chicago | 4.0 | 15 |
| 5/28/2010 | Review financial materials and allocation analysis | 3.0 | 1 |
| **May 2010 Total** | | **139.5** | |

**Nortel Networks, Inc**
May 1, 2010 - May 31, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | May 2010 Hours | Code |
|------|---------------------|----------------|------|
| 5/3/2010 | Review & discussion of allocation framework/methodology | 10.0 | 1 |
| 5/4/2010 | Review & discussion of allocation framework/methodology | 9.0 | 1 |
| 5/5/2010 | Review & discussion of allocation framework/methodology | 5.0 | 1 |
| 5/5/2010 | Travel to NY | 4.0 | 15 |
| 5/6/2010 | Meeting with Monitor | 10.0 | 5 |
| 5/6/2010 | Travel from NY | 3.0 | 15 |
| 5/7/2010 | Review of company information | 5.0 | 3 |
| 5/10/2010 | Review & discussion of allocation framework/methodology | 3.0 | 1 |
| 5/11/2010 | Review & discussion of allocation framework/methodology | 5.0 | 1 |
| 5/12/2010 | Communications and dicussions with Cleary re: framework | 4.0 | 1 |
| 5/13/2010 | Prepare fee application | 2.0 | 11 |
| 5/14/2010 | Review of company information | 4.0 | 3 |
| 5/14/2010 | Comment and review of fee application | 2.0 | 11 |
| 5/17/2010 | Prepare fee application | 3.0 | 11 |
| 5/17/2010 | Review of company information | 2.0 | 3 |
| 5/18/2010 | Prepare fee application | 3.0 | 11 |
| 5/18/2010 | Review IP model | 3.0 | 1 |
| 5/19/2010 | Call with Cleary on tax | 1.0 | 4 |
| 5/19/2010 | Review IP model | 3.0 | 1 |
| 5/19/2010 | Call w/ JR on transfer pricing | 1.5 | 4 |
| 5/19/2010 | Call w/ creditors | 1.0 | 5 |
| 5/19/2010 | Call w/ JR on transfer pricing and process | 1.0 | 4 |
| 5/20/2010 | Call w/ JR and Cleary | 1.0 | 4 |
| 5/20/2010 | Review and prepare summary of historical transfer pricing material | 4.0 | 4 |
| 5/24/2010 | Review and prepare summary of historical transfer pricing material | 4.0 | 4 |
| 5/24/2010 | Call with Cleary re: 2010 transfer pricing | 1.0 | 4 |
| 5/24/2010 | Travel to NY | 4.0 | 15 |
| 5/25/2010 | Meetings w/ Monitor, Cleary and debtor professionals | 11.0 | 5 |
| 5/26/2010 | Meetings & Calls w/ debtor & professionals | 3.5 | 5 |
| 5/27/2010 | Return travel to Chicago | 4.0 | 15 |
| 5/27/2010 | Review FA review material and cash summaries | 3.0 | 4 |
| **May 2010 Total** | | **120.0** | |

**Nortel Networks, Inc**
May 1, 2010 - May 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | May 2010 Hours | Code |
|------|---------------------|----------------|------|
| 5/3/2010 | Development of Allocation Model | 10.0 | 1 |
| 5/4/2010 | Development of Allocation Model | 9.0 | 1 |
| 5/5/2010 | Development of Allocation Model | 5.0 | 1 |
| 5/5/2010 | Travel to NY | 5.0 | 15 |
| 5/6/2010 | Meeting with Company Monitors | 10.0 | 5 |
| 5/6/2010 | Travel from NY | 5.0 | 15 |
| 5/7/2010 | Meeting with Creditor Advisors | 5.0 | 6 |
| 5/7/2010 | Review of claims and intercompany balances | 6.0 | 7 |
| 5/10/2010 | Development of Allocation Model | 7.0 | 1 |
| 5/10/2010 | Fee Application Preparation | 2.0 | 11 |
| 5/11/2010 | Development of Allocation Model | 10.0 | 1 |
| 5/12/2010 | Development of Allocation Model | 8.0 | 1 |
| 5/12/2010 | Travel to NY | 6.0 | 15 |
| 5/13/2010 | Meeting with Monitor | 9.0 | 5 |
| 5/13/2010 | Travel from NY | 4.0 | 15 |
| 5/14/2010 | Development of Allocation Model | 2.0 | 1 |
| 5/14/2010 | Review of Tax Situation | 3.0 | 12 |
| 5/14/2010 | European Claims Review | 4.0 | 7 |
| 5/17/2010 | Fee Application Preparation | 2.0 | 11 |
| 5/17/2010 | Review of Historic Results | 6.0 | 4 |
| 5/18/2010 | Review of Historic Results | 7.0 | 4 |
| 5/18/2010 | Fee Application Preparation | 1.0 | 11 |
| 5/19/2010 | Conference calls: tax and transfer pricing | 2.0 | 12 |
| 5/19/2010 | Conference call with creditor advisors | 1.0 | 6 |
| 5/19/2010 | Discussion w/ JR & Cleary | 1.0 | 5 |
| 5/19/2010 | Review of Historic Results | 4.0 | 4 |
| 5/20/2010 | Review of Historic Results | 6.0 | 4 |
| 5/20/2010 | Discussion w/ JR & Cleary | 2.0 | 5 |
| 5/21/2010 | Review of Historic Results | 6.0 | 4 |
| 5/24/2010 | Review of Historic Results | 8.0 | 4 |
| 5/25/2010 | Travel to NY | 4.0 | 15 |
| 5/25/2010 | Meetings w/ Monitor, Cleary and debtor professionals | 7.0 | 3 |
| 5/25/2010 | Travel from NY | 4.0 | 15 |
| 5/26/2010 | Monthly FA Call | 2.0 | 3 |
| 5/26/2010 | Development of Allocation Model | 6.0 | 1 |
| 5/27/2010 | Development of Allocation Model | 8.0 | 1 |
| 5/28/2010 | Review of Transfer Pricing | 8.0 | 3 |
| | **May 2010 Total** | **195.0** | |