# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 Through May 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 5/5-5/6 | Flight to New York, NY (AAirpass) | $ 962.33 |
| Matt Rosenberg | 5/5-5/6 | Hotel (one night) | $ 842.43 |
| Matt Rosenberg | 5/5-5/6 | Parking | $ 62.00 |
| Matt Rosenberg | 5/5-5/6 | Meals (one dinner) | $ 65.44 |
| Mike Kennedy | 5/5-5/6 | Flight to New York, NY (1) | $ 952.50 |
| Mike Kennedy | 5/5-5/6 | Hotel (one night) | $ 785.07 |
| Mike Kennedy | 5/5-5/6 | Ground transportation | $ 40.00 |
| Mike Kennedy | 5/5-5/6 | Parking | $ 62.00 |
| Mike Kennedy | 5/5-5/6 | Group meal (Dinner: MK & AT) | $ 89.04 |
| Mike Kennedy | 5/5-5/6 | Meal (breakfast) | $ 35.40 |
| Aaron Taylor | 5/5-5/6 | Flight to New York, NY | $ 904.40 |
| Aaron Taylor | 5/5-5/6 | Hotel (one night) | $ 571.51 |
| Aaron Taylor | 5/5-5/6 | Ground transportation | $ 122.05 |
| Aaron Taylor | 5/5-5/6 | Meals (one dinner) | $ 12.83 |
| Matt Rosenberg | 5/9-5/13 | Flight to London (Aairpass) | $ 2,521.31 |
| Matt Rosenberg | 5/9-5/13 | Flight from London to New York, NY (Aairpass) | $ 2,213.16 |
| Matt Rosenberg | 5/9-5/13 | Flight from New York, NY to Chicago (Aairpass) | $ 487.53 |
| Matt Rosenberg | 5/9-5/13 | Hotel in London (three nights) | $ 1,792.83 |
| Matt Rosenberg | 5/9-5/13 | Hotel in New York, NY (one night) | $ 738.75 |
| Matt Rosenberg | 5/9-5/13 | Ground transportation | $ 445.00 |
| Matt Rosenberg | 5/9-5/13 | Meal (dinner) | $ 57.29 |
| Matt Rosenberg | 5/9-5/13 | Group meal (Dinner: JR, LS, MR, JB) | $ 331.80 |
| Aaron Taylor | 5/12-5/13 | Flight to New York, NY | $ 884.40 |
| Aaron Taylor | 5/12-5/13 | Hotel (one night) | $ 723.28 |
| Aaron Taylor | 5/12-5/13 | Meals (one dinner) | $ 34.30 |
| Aaron Taylor | 5/12-5/13 | Ground transportation | $ 117.19 |
| Matt Rosenberg | 5/24-5/27 | Flight to New York, NY (AAirpass) | $ 481.17 |
| Matt Rosenberg | 5/24-5/27 | Hotel (three nights) | $ 1,344.47 |
| Matt Rosenberg | 5/24-5/27 | Ground transportation | $ 27.50 |
| Matt Rosenberg | 5/24-5/27 | Group meal (Breakfast: JR, MR, MK, CR) | $ 88.04 |
| Matt Rosenberg | 5/24-5/27 | Meals (two breakfasts and two dinners) | $ 61.69 |
| Matt Rosenberg | 5/24-5/27 | Parking | $ 69.00 |
| Mike Kennedy | 5/24-5/27 | Flight to New York, NY | $ 501.40 |
| Mike Kennedy | 5/24-5/27 | Hotel (three nights) | $ 1,081.04 |
| Mike Kennedy | 5/24-5/27 | Ground transportation | $ 100.00 |
| Mike Kennedy | 5/24-5/27 | Parking | $ 95.00 |
| Mike Kennedy | 5/24-5/27 | Meals (one dinner) | $ 79.86 |
| Aaron Taylor | 5/25 | Flight to New York, NY | $ 461.40 |
| Matt Rosenberg | 3/30 - 3/31 | Ground transportation | $ 76.00 |
| **Total Expenses** | | | **$ 20,320.39** |

*(1) reduced 35% from actual cost.*