<u>**CERTIFICATE OF SERVICE**</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses** was caused to be made on June 18, 2010, in the manner indicated upon the entities identified below.

Date:  June 18, 2010                              _/s/ Alissa T. Gazze_____
                                                                    Alissa T. Gazze (No. 5338)


<u>**VIA HAND DELIVERY**</u>

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

<u>**VIA FIRST CLASS MAIL**</u>

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)