**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re*                                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
:
                  Debtors.           :    Jointly Administered
:
:    **Hearing date: July 7, 2010 at 10:00 a.m. (ET)**
:
---------------------------------------------------------------x

**NOTICE OF HEARING REGARDING A FINAL WAIVER OF THE REQUIREMENTS**
**OF 11 U.S.C. SECTION 345(B)**

      **PLEASE TAKE NOTICE** that on January 14, 2009, Nortel Networks Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases filed the *Debtors' Motion For An Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis* (D.I. 9).

      **PLEASE TAKE FURTHER NOTICE** that on January 15, 2009, the Court entered an interim *Order Pursuant To Sections 345, 363(c)(1), 364(a) And 503(b)(1): (A) Approving The Continued Use Of The Cash Management System, Bank Accounts And Business Forms; (B) Permitting Continued Intercompany Transactions, Granting Administrative Priority Status To Postpetition Intercompany Claims And Preserving And Permitting The Exercise Of Intercompany Setoff Rights; (C) Authorizing Banks To Honor Certain Transfers And Charge Certain Fees And Other Amounts; And (D) Waiving The Requirements Of 11 U.S.C. Section 345(b) On An Interim Basis* (D.I. 58).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that on January 14, 2010, the Debtors filed the *Notice Of (I) Filing Of Proposed Order Granting The Debtors A Final Waiver Of The Requirements Of 11 U.S.C. Section 345(b) And (II) Setting A Hearing On The Final Waiver* [D.I. 2274] (the "Notice of Hearing").

**PLEASE TAKE FURTHER NOTICE** that on January 27, 2010, the United States Trustee (the "Trustee") filed the *Objection To Debtor's Request For Final Waiver Of The Requirements Of 11 U.S.C. Section 345(b)* [D.I. 2354] (the "Objection").

Since the filing of the Notice of Hearing, the Debtors and the Trustee have been working diligently to resolve the Objection, however, have been unable to reach a resolution. While the Trustee believes the Debtors have made significant progress, she is unable to agree to the relief requested and therefore a hearing is necessary.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 7, 2010 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated: June 18, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>____/s/ Alissa T. Gazze_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |