## SERVICE LIST

### FILED UNDER SEAL

[Pursuant to the Motion, those parties whom the Debtors believe to be a party in interest to an Additional Contract received an individualized schedule under Exhibit B]

3621294.1