IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re

Nortel Networks Inc., *et al.*,[1]

                     Debtors.
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

SEALED PURSUANT TO COURT ORDER DATED JANUARY 8, 2010 (D.I. 2259)

Re: D.I. 2259, 2632, 3185

---

**CONFIDENTIAL FILED UNDER SEAL – <u>EXHIBIT A</u>**
**RE: FINAL NOTICE OF FILING OF MASTER NOTICE OF ASSUMPTION AND ASSIGNMENT OF CONTRACTS IN CONNECTION WITH THE SALE OF CERTAIN ASSETS OF DEBTORS' CARRIER VOICE OVER IP AND APPLICATION SOLUTIONS BUSINESS (D.I. 3185)**

---

Dated:    Wilmington, Delaware
           June 17, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3549563.12