**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
In re                                                                       :         Chapter 11
                                                                              :
Nortel Networks Inc., et al.,[1]                               :         Case No. 09-10138 (KG)
                                                                              :
                    Debtors.                                          :         Jointly Administered
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 24, 2010 AT 9:00 A.M. (ET)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

    Related Pleadings: None.

    Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

    Responses Received:

    a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

    b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)    California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)    Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for July 7, 2010 at 10:00 a.m. (ET).

2. Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

Related Pleadings:  None.

Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to July 28, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

Responses Received:  None at this time.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for August 18, 2010 at 10:00 a.m. (ET).

3. Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3034, Filed 5/21/10).

Related Pleadings:

    a)    Declaration Of Jennifer M. Westerfield In Support Of Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3035, Filed 5/21/10).

Objection Deadline:  June 2, 2010 at 4:00 p.m. (ET).  Extended to June 28, 2010 at 4:00 p.m. (ET) for Verizon.

Responses Received:

    a)    Nonparty Acme Packet, Inc.'s Objections To Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3114, Filed 6/2/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for July 7, 2010 at 10:00 a.m. (ET).

4. Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3036, Filed 5/21/10).

   Related Pleadings:

   a) Declaration Of Chris Paczynski In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3037, Filed 5/21/10).

   Objection Deadline: June 2, 2010 at 4:00 p.m. (ET). Extended to June 28, 2010 at 4:00 p.m. (ET) for Verizon.

   Responses Received: None at this time.

   Status: The hearing on this matter has been adjourned to the hearing scheduled for July 7, 2010 at 10:00 a.m. (ET).

5. Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3068, Filed 5/25/10).

   Related Pleadings: None.

   a) Declaration Of Ebunoluwa Taiwo In Support Of Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3069, Filed 5/25/10).

   Objection Deadline: June 10, 2010 at 4:00 p.m. (ET). Extended to July 9, 2010 at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Status: The hearing on this matter has been adjourned to the hearing scheduled for July 16, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

6. Debtors' Eighth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate; Insufficient Documentation) (D.I. 3062, Filed 5/25/10).

   Related Pleadings:

   a) Certificate Of No Objection (D.I. 3189, Filed 6/18/10).

   Objection Deadline: June 10, 2010 at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Status: No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

    None at this time.

CONTESTED MATTERS GOING FORWARD:

7.    Debtors' Ninth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (Equity Interest Claims) (D.I. 3063, Filed 5/25/10).

    Related Pleadings:  None.

    Objection Deadline:  June 17, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a)    Response Debtors' Ninth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (Equity Interest Claims), Filed by Dr. Manfred Bischoff (D.I. 3167, Filed 6/10/10);

    b)    Response To Debtors' Ninth Omnibus Objection To Certain Claims, Filed by Vincent E. Rhynes (D.I. 3172, Filed 6/11/10); and

    c)    Response To Debtors' Ninth Omnibus Objection To Certain Claims, Filed by Joseph Riese (TBD).

    Status:  This matter is going forward.

PROFESSIONALS FEE APPLICATIONS:

    See attached Exhibit A

Dated: June 22, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession