Karl Schurr, Feldhüterstraße 2, 82239 Alling

Karl Schurr
Feldhüterstraße 2
D-82239 Alling
Tel: +49 8141 38 66 59
Fax: +49 8141 52 44 02

The Office of the Clerk
The United States Bankruptcy Court for
the District of Delaware

824 Market Street
Wilmington, Delaware 19801
USA

Copies to:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Placa

New York, New York 10006
Attn.: Deborah M. Buell and Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347

Attn.: Derek C. Abbott

Alling, 2010-06-15

**Response to**
Notice of Debtor's Ninth Omnibus Objection

Informations:

A  name of the Court:     **The United States Bankruptcy Court For The District Of Delaware**
   Name of the Debtor    **Nortel Networks (CALA) Inc.**
   Case number           **09-12515**, Claim Number: **6954** and 5826
   Title of the Objection:
       **Notice of Debtor's ninth omnibus objection (non-substantive) to certain claims pursuant to 11 U.S.C. §502, FED. R.Bankr. P. 3007 and DEL.L.R 3007-1 (Equity Interest Claims)**

B  name of the Claimant     **Karl Schurr**
   Claim Number        **6954** and 5826
   Description of the Basis for the amount of the Claim:
       see Annex 1 and "Proof of Claim"

C  factual basis
   I hold stocks since 2000

D  supporting documentation: see Annex 1 and "Proof of Claim"

E  Claimant's  Name:               **Karl Schurr**
              Telephone number:    +49 8141  38 66 59
              Fax number:          +49 8141 52 44 02

              Address:             Feldhüterstraße 2
                                   D-82239 Alling
                                   Germany

With best regards

*Karl Schurr* (signature)

Karl Schurr

Annex 1

**Entrium**
DIRECT BANKERS AG

by Kauf1

Nürnberg, den 17.08.2000

Wertpapierabrechnung in DEM
Kauf

Herrn
Karl Schurr
Feldhueterstr. 2

Für Depot ▓▓▓▓▓6725

82239 Alling

Auftrag      549580/00 vom 17.08.2000
Abrechnung   476944/00
Referenz     235083      Bank    2087

Wir kauften für Sie:

ST                 120
NORTEL NETWORKS CORP.    SHARES O.N.
Wp-Knr:CA6565681021(929925) zum Stück-Kurs EUR           88,5

Börsenplatz: Frankfurt/Präsenzhandel              Schlusstag: 17.08.2000

---

**Entrium**
DIRECT BANKERS AG

by Kauf2

Nürnberg, den 25.10.2000

Wertpapierabrechnung in DEM
Kauf

Herrn
Karl Schurr
Feldhueterstr. 2

Für Depot ▓▓▓▓▓6725

82239 Alling

Auftrag      722695/00 vom 25.10.2000
Abrechnung   620972/00
Referenz     487766      Bank    2087

Wir kauften für Sie:

ST                  80
NORTEL NETWORKS CORP.    SHARES O.N.
Wp-Knr:CA6565681021(929925) zum Stück-Kurs EUR           56,5

Börsenplatz: Duesseldorf/Präsenzhandel            Schlusstag: 25.10.2000

Total: 200 shares