IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK   )

STEVEN CUNIX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On June 21, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Steven Cunix

Sworn to before me this
21st day of June, 2010

_____

REGINA AMPOERO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Case 09-10138-MFW   Doc 3207   Filed 06/22/10   Page 2 of 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Hain Capital Holdings, Ltd.**
**Attn: Ganna Liberchuk**
**301 Route 17, 7th Floor**
**Rutherford, NJ 07070**

Your claim, in the amount of **$747,603.76** has been transferred, unless previously expunged by Court Order, to:

**Hain Capital Holdings, LLC**
**Attn: Ganna Liberchuk**
**301 Route 17, 7th Floor**
**Rutherford, NJ 07070**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **3158** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 9, 2010

**EXHIBIT B**

TIME: 11:46:14
DATE: 06/21/10

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| DANET GMBH | DR. JOCHEN DIESELHORST-RECHTSANWALT FRESHFIELDS BRUCKHAUS DERINGER LLP, ALSTERARKADEN 27 HAMBURG 20354 GERMANY |
| NEWCOMM 2000 | SABANA SECA PUERTO RICO 00952-1314 PUERTO RICO |

Total Number of Records Printed    2

**EXHIBIT C**

```
TIME: 11:45:47                          NORTEL NETWORKS INC.                                         PAGE:   1
DATE: 06/21/10                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: DANET GMBH ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: NEWCOMM 2000 ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |

Total Number of Records Printed    2

**EXHIBIT D**

Cleary Gottlieb Steen & Hamilton LLP, Attn: James Bromley, One Liberty Plaza, New York, NY  10006