### EXHIBIT A

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From February 1, 2010 through April 30, 2010, unless otherwise specified**

**Hearing: June 24, 2010 at 9:00 a.m. (Eastern Time)**

**Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")**

A. Fifth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2010 Through April 30, 2010 (D.I. 3087, Filed 5/28/10).

   1. Thirteenth Monthly Application Of Akin For The Period February 1, 2010 Through February 28, 2010 (D.I. 2745, Filed 3/23/10);

   2. CNO [Re: D.I. 2745] (D.I. 2891, Filed 4/15/10);

   3. Fourteenth Monthly Application Of Akin For The Period March 1, 2010 Through March 1, 2010 (D.I. 2928, Filed 4/28/10);

   4. CNO [Re: D.I. 2928] (D.I. 3028, Filed 5/20/10);

   5. Fifteenth Monthly Application Of Akin For The Period April 1, 2010 Through April 30, 2010 (D.I. 3075, Filed 5/26/10); and

   6. CNO [Re: D.I. 3075] (D.I. 3191, Filed 6/18/10).

**Ashurst LLP ("Ashurst")**

B. Fifth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period February 1, 2010 Through April 30, 2010 (D.I. 3110, Filed 6/1/10).

   1. Thirteenth Monthly Application Of Ashurst For The Period February 1, 2010 Through February 28, 2010 (D.I. 2771, Filed 3/26/10);

   2. CNO [Re: D.I. 2771] (D.I. 2905, Filed 4/20/10);

   3. Fourteenth Monthly Application Of Ashurst For The Period March 1, 2010 Through March 31, 2010 (D.I. 2918, Filed 4/23/10);

   4. CNO [Re: D.I. 2918] (D.I. 3008, Filed 5/17/10);

5. Fifteenth Monthly Application Of Ashurst For The Period April 1, 2010 Through April 30, 2010 (D.I. 3088, Filed 5/28/10); and

6. CNO [Re: D.I. 3088] (TBD).

**Capstone Advisory Group, LLC ("Capstone")**

C. Fifth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period February 1, 2010 Through April 30, 2010 (D.I.   , Filed   /   /10).

1. Thirteenth Monthly Application Of Capstone For The Period February 1, 2010 Through February 28, 2010 (D.I. 2807, Filed 3/30/10);

2. CNO [Re: D.I. 2807] (D.I. 3012, Filed 5/18/10);

3. Fourteenth Monthly Application Of Capstone For The Period March 1, 2010 Through March 31, 2010 (D.I. 2921, Filed 4/27/10);

4. CNO [Re: D.I. 2921] (D.I. 3019, Filed 5/19/10).

5. Fifteenth Monthly Application Of Capstone For The Period April 1, 2010 Through April 30, 2010 (D.I. 3089, Filed 5/28/10); and

6. CNO [Re: D.I. 3089] (TBD).

**Chilmark Partners LLC ("Chilmark")**

D. First Quarterly Fee Application Request Of Chilmark As Consulting Expert For The Debtors And Debtors-In-Possession, For The Period March 4, 2010 Through April 30, 2010 (D.I. 3145, Filed 6/4/10).

1. First Monthly Fee Application Of Chilmark For The Period Of March 4, 2010 Through March 31, 2010 (D.I. 3044, Filed 5/24/10);

2. CNO [Re: D.I. 3044] (D.I. 3183, Filed 6/16/10);

3. Second Monthly Fee Application Of Chilmark For The Period Of April 1, 2010 Through April 30, 2010 (D.I. 3045, Filed 5/24/10); and

4. CNO [Re: D.I. 3045] (D.I. 3184, Filed 6/16/10).

2981307.9
Nortel - Exhibit A

2

**Cleary Gottlieb Steen & Hamilton LLP ("Cleary")**

E.  Fifth Quarterly Fee Application Request Of Cleary As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2010 Through April 30, 2010 (D.I. 3147, Filed 6/4/10).

   1.  Fourteenth Interim Fee Application Of Cleary For The Period Of February 1, 2010 Through February 28, 2010 (D.I. 2932, Filed 4/29/10);

   2.  CNO [Re: D.I. 2932] (D.I. 3040, Filed 5/21/10);

   3.  Fifteenth Interim Fee Application Of Cleary For The Period Of March 1, 2010 Through March 31, 2010 (D.I. 3061, Filed 5/25/10);

   4.  CNO [Re: D.I. 3061] (D.I. 3188, Filed 6/17/10);

   5.  Sixteenth Interim Fee Application Of Cleary For The Period of April 1, 2010 Through April 30, 2010 (D.I. 3133, Filed 6/3/10); and

   6.  CNO [Re: D.I. 3133] (TBD).

**Crowell & Moring LLP ("Crowell")**

F.  Fifth Quarterly Fee Application Request Of Crowell Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2010 Through April 30, 2010 (D.I. 3106, Filed 6/1/10).

   1.  Fourteenth Interim Fee Application Of Crowell For The Period Of February 1, 2010 Through February 28, 2010 (D.I. 3103, Filed 6/1/10);

   2.  CNO [Re: D.I. 3103] (TBD).

   3.  Fifteenth Interim Fee Application Of Crowell For The Period Of March 1, 2010 Through March 31, 2010 (D.I. 3104, Filed 6/1/10);

   4.  CNO [Re: D.I. 3104] (TBD).

   5.  Sixteenth Interim Fee Application Of Crowell For The Period Of April 1, 2010 Through April 30, 2010 (D.I. 3105, Filed 6/1/10); and

   6.  CNO [Re: D.I. 3105] (TBD).

**Ernst & Young LLP ("E&Y")**

G.  Fifth Quarterly Fee Application Of E&Y As Indirect Tax Services Provider To The Debtors-In-Possession For The Period Of February 1, 2010 Through April 30, 2010 (D. 3143, Filed 6/4/10).

    1.  Seventh Consolidated Fee Application Of E&Y For The Period Of February 1, 2010 Through April 30, 2010 (D.I. 3142, Filed 6/4/10); and

    2.  CNO [Re: D.I. 3142] (TBD).

**Fraser Milner Casgrain LLP ("Fraser")**

H.  Fifth Interim Fee Application Request Of Fraser Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2010 Through April 30, 2010 (D.I. 3111, Filed 6/1/10).

    1.  Thirteenth Interim Application Of Fraser For The Period February 1, 2010 Through February 28, 2010 (D.I. 2826, Filed 4/1/10);

    2.  CNO [Re: D.I. 2826] (D.I. 2910, Filed 4/21/10);

    3.  Fourteenth Interim Application Of Fraser For The Period March 1, 2010 Through March 31, 2010 (D.I. 2982, Filed 5/12/10);

    4.  CNO [Re: D.I. 2982] (D.I. 3134, Filed 6/3/10);

    5.  Fifteenth Interim Application Of Fraser For The Period April 1, 2010 Through April 30, 2010 (D.I. 3094, Filed 6/1/10); and

    6.  CNO [Re: D.I. 3094] (TBD).

**Huron Consulting Group ("Huron")**

I.  Fifth Quarterly Application Of Huron, As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For Compensation And Reimbursement Of Expenses For The Period February 1, 2010 Through April 30, 2010 (D.I. 3070, Filed 5/26/10).

    1.  Thirteenth Interim Fee Application Of Huron For The Period February 1, 2010 Through February 28, 2010 (D.I. 2741, Filed 3/22/10);

    2.  CNO [Re: D.I. 2741] (D.I. 2886, Filed 4/14/10);

    3.  Fourteenth Interim Fee Application Of Huron For The Period March 1, 2010 Through March 31, 2010 (D.I. 2909, Filed 4/21/10);

4. CNO [Re: D.I. 2909] (D.I. 2991, Filed 5/13/10);

5. Fifteenth Interim Fee Application Of Huron For The Period April 1, 2010 Through April 30, 2010 (D.I. 3039, Filed 5/21/10); and

6. CNO [Re: D.I. 3039] (D.I. 3177, Filed 6/14/10).

**Jackson Lewis LLP ("Jackson")**

J. Fifth Quarterly Application Of Jackson As Counsel For Debtors And Debtors-In-Possession, For Compensation And Reimbursement Of Expenses For The Period January 1, 2010 Through April 30, 2010 (D.I. 3120, Filed 6/2/10).

1. Thirteenth Monthly Fee Application Of Jackson For The Period January 1, 2010 Through January 31, 2010 (D.I. 2692, Filed 3/11/10);

2. CNO [Re: D.I. 2692] (D.I. 2844, Filed 4/8/10);

3. Fourteenth Monthly Fee Application Of Jackson For The Period February 1, 2010 Through February 28, 2010 (D.I. 2838, Filed 4/7/10);

4. CNO [Re: D.I. 2838] (D.I. 2933, Filed 4/29/10);

5. Fifteenth Monthly Fee Application Of Jackson For The Period March 1, 2010 Through March 31, 2010 (D.I. 3107, Filed 6/1/10);

6. CNO [Re: D.I. 3107] (TBD);

7. Sixteenth Monthly Fee Application Of Jackson For The Period April 1, 2010 Through April 30, 2010 (D.I. 3108, Filed 6/1/10); and

8. CNO [Re: D.I. 3108] (TBD).

**Jefferies & Company, Inc ("J&C")**

K. Fifth Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period February 1, 2010 Through April 30, 2010 (D.I. 3102, Filed 6/1/10).

1. Thirteenth Monthly Fee Application Of J&C For The Period February 1, 2010 Through February 28, 2010 (D.I. 2890, Filed 4/15/10);

2. CNO [Re: D.I. 2890] (D.I. 2949, Filed 5/5/10);

3. Fourteenth Monthly Fee Application Of J&C For The Period March 1, 2010 Through March 31, 2010 (D.I. 3059, Filed 5/25/10);

4.   CNO [Re: D.I. 3059] (D.I. 3175, Filed 6/14/10);

5.   Fifteenth Monthly Fee Application Of J&C For The Period April 1, 2010 Through April 30, 2010 (D.I. 3085, Filed 5/28/10); and

6.   CNO [Re: D.I. 3085] (D.I. 3187, Filed 6/17/10).

**John Ray ("Ray")**

L.   Second Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2010 through April 30, 2010 (D.I. 3081, Filed 5/27/10).

1.   Second Monthly Fee Application Of Ray For The Period February 1, 2010 Through February 28, 2010 (D.I. 2650, Filed 3/5/10);

2.   CNO [Re: D.I. 2650] (D.I. 2792, Filed 3/29/10);

3.   Third Monthly Fee Application Of Ray For The Period March 1, 2010 Through March 31, 2010 (D.I. 2845, Filed 4/8/10);

4.   CNO [Re: D.I. 2845] (D.I. 2940, Filed 5/3/10);

5.   Fourth Monthly Fee Application Of Ray For The Period April 1, 2010 Through April 30, 2010 (D.I. 2951, Filed 5/5/10); and

6.   Amended CNO [Re: D.I. 2951] (D.I. 3079, Filed 5/27/10).

**Lazard Freres & Co. LLC ("Lazard")**

M.   Fifth Quarterly Fee Application Of Lazard Freres & Co. LLC Financial Advisor And Investment Banker To The Debtors And Debtors-In-Possession For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2010 Through April 30, 2010  (D.I. 3144, Filed 6/4/10).

1.   Eleventh Monthly Fee Application Of Lazard For The Period February 1, 2010 Through February 28, 2010 (D.I. 3139, Filed 6/4/10);

2.   CNO [Re: D.I. 3139] (TBD);

3.   Twelfth Monthly Fee Application Of Lazard For The Period March 1, 2010 Through March 31, 2010 (D.I. 3140, Filed 6/4/10);

4.   CNO [Re: D.I. 3140] (TBD);

    5.    Thirteenth Monthly Fee Application Of Lazard For The Period April 1, 2010 Through April 30, 2010 (D.I. 3141, Filed 6/4/10); and

    6.    CNO [Re: D.I. 3141] (TBD).

**Linklaters LLP ("Linklaters")**

N.    Fifth Quarterly Fee Application Of Linklaters LLP As U.K. Counsel To Debtors And Debtors-In-Possession For Allowance Of Compensation And Reimbursement Of Expenses For The Period January 26, 2010 Through April 1, 2010, 2010 (D.I. 3146, Filed 6/4/10).

    1.    First Monthly Fee Application Of Linklaters For The Period January 26, 2010 Through February 28, 2010 (D.I. 2765, Filed 3/26/10);

    2.    CNO [Re: D.I. 2765] (D.I. 2907, Filed 4/21/10);

    3.    Second Monthly Fee Application Of Linklaters For The Period March 1, 2010 Through April 30, 2010 (D.I. 3119, Filed 6/2/10); and

    4.    CNO [Re: D.I. 3119] (TBD).

**Mercer (Us) Inc. ("Mercer")**

O.    Fifth Quarterly Application Request Of Mercer (Us) Inc., As Compensation Specialist To The Debtors And Debtors-In-Possession For The Period February 1, 2010 Through April 30, 2010 (D.I. 3116, Filed 6/2/10).

    1.    Fifth Interim Fee Application Of Mercer For The Period February 1, 2010 Through April 30, 2010 (D.I. 3115, Filed 6/2/10); and

    2.    CNO [Re: D.I. 3115] (TBD).

**Morris, Nichols, Arsht & Tunnell LLP ("MNAT")**

P.    Fifth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, Bankruptcy Counsel For Debtors And Debtors-In-Possession For The Period February 1, 2010 Through April 30, 2010 (D.I. 3060, Filed 5/25/10).

    1.    Fourteenth Interim Application Of MNAT For The Period February 1, 2010 Through February 28, 2010 (D.I. 2754, Filed 3/24/10);

    2.    CNO [Re: D.I. 2754] (D.I. 2892, Filed 4/15/10);

    3.    Fifteenth Interim Application Of MNAT For The Period March 1, 2010 Through March 31, 2010 (D.I. 2916, Filed 4/22/10);

    4.    CNO [Re: D.I. 2916] (D.I. 2995, Filed 5/14/10);

    5.    Sixteenth Interim Application Of MNAT For The Period April 1, 2010 Through April 30, 2010 (D.I. 3038, Filed 5/21/10); and

    6.    CNO [Re: D.I. 3038] (D.I. 3176, Filed 6/14/10).

**Palisades Capital Advisors LLC ("Palisades")**

Q.    Fourth Quarterly Fee Application Request Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors And Debtors-In-Possession For The Period February 1, 2010 Through April 30, 2010 (D.I. 3121, Filed 6/2/10).

    1.    Ninth Monthly Application Of Palisades For The Period February 1, 2010 Through February 28, 2010 (D.I. 2819, Filed 3/31/10);

    2.    CNO [Re: D.I. 2819] (D.I. 2917, Filed 4/23/10);

    3.    Tenth Monthly Application Of Palisades For The Period March 1, 2010 Through March 31, 2010 (D.I. 2954, Filed 5/6/10);

    4.    CNO [Re: D.I. 2954] (D.I. 3109, Filed 6/1/10);

    5.    Eleventh Monthly Application Of Palisades For The Period April 1, 2010 Through April 30, 2010 (D.I. 3082, Filed 5/27/10); and

    6.    CNO [Re: D.I. 3082] (D.I. 3197, Filed 6/18/10).

**Punter Southall LLC ("Punter")**

R.    Fourth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2010 Through April 30, 2010 (D.I. 3011, Filed 5/18/10).

    1.    Sixth Monthly Application Of Punter For The Period February 1, 2010 Through April 30, 2010 (D.I. 3010, Filed 5/18/10); and

    2.    CNO [Re: D.I. 3010] (D.I. 3169, Filed 6/10/10).

**Richards, Layton & Finger, PA ("Richards Layton")**

S.    Fifth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2010 Through April 30, 2010 (D.I. 3112, Filed 6/1/10).

1. Thirteenth Interim Application Of Richards Layton For The Period February 1, 2010 Through February 28, 2010 (D.I. 2770, Filed 3/26/10);

2. CNO [Re: D.I. 2770] (D.I. 2906, Filed 4/20/10);

3. Fourteenth Interim Application Of Richards Layton For The Period March 1, 2010 Through March 31, 2010 (D.I. 2927, Filed 4/28/10);

4. CNO [Re: D.I. 2927] (D.I. 3027, Filed 5/20/10);

5. Fifteenth Interim Application Of Richards Layton For The Period April 1, 2010 Through April 30, 2010 (D.I. 3072, Filed 5/26/10); and

6. CNO [Re: D.I. 3072] (D.I. 3190, Filed 6/18/10).

**Shearman & Sterling, LLP**

T. Fifth Quarterly Fee Application Of Shearman & Sterling, LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period February 1, 2010 Through April 30, 2010 (D.I. 3132, Filed 6/3/10).

1. Fifth Interim Application Of Shearman & Sterling, LLP For The Period February 1, 2010 Through April 30, 2010 (D.I. 3131, Filed 6/3/10); and

2. CNO [Re: D.I. 3131] (TBD).