# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 24, 2010 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

OMNIBUS HEARING (note: Start time changed to 9 am)
**R / M #:**   3,211 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1, 3, 4 -  Continued to 7/7/10 @ 10:00 am
#2 - Continued to 9/30/10 @ 10:00 am
#5 - Continued to 7/16/10 @ 10:00 am
#6 - CNO Filed and Order Signed
#7 -   ORDER SIGNED
FEE APPLICATIONS - ORDER SIGNED