# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.  
CASE NO.: 09-10138 - KG  

COURTROOM LOCATION: 3  
DATE: 6/24/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mario Finnegan | Young Conaway Stargatt-Taylor | UK Administrators |
| Ann Cordo | Morris Nichols Arsht & Tunnel | Debtors |
| Derek Abbott | " | Debtors |
| Chris Samis | Richards Layton & Finger | Committee |
| Kevin Mann | Cross & Simon | Jefferies & Co. |

# Court Conference

| | |
|---|---|
| Calendar Date: | 06/24/2010 |
| Calendar Time: | 09:00 AM ET |

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

1st Revision 06/23/2010 12:20 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3586095 | Bradley D. Belt | ~~202-585-1005~~ ext 100 | Palisades Capital Advisors, LLC | Creditor, Palisades Capital Management / LIVE |
| | | | | | | Dawn Bizzell | | | |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3587754 | David Botter | ~~212-872-1055~~ | Akin, Gump, Strauss, Hauer & Feld, LLP | Creditor, Offical Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3572264 | Susan S. Chen | ~~212-231-2496~~ | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3586987 | Matthew Cheney | ~~202-624-2917~~ | Crowell & Moring LLP | Other Prof, Crowell & Moring LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3581155 | Aaron Hammer | | Freeborn & Peters LLP | Interested Party, Freeborn & Peters / LIVE |
| | | | | | | Devon Egger | | | |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3581492 | Colin H. Keenan | ~~212-632-5119~~ | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3583285 | Michael J. Kennedy | ~~312-984-9715~~ | Chilmark Partners | Representing, Chilmark Partners / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3587228 | Lisa Kraidin | ~~212-610-7346~~ | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3585978 | Joanne Lee | ~~312-832-4557~~ | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3584295 | James Lukenda | ~~312-583-8700~~ | Huron Consulting Services LLC | Financial Advisor, Huron Consulting Services LLC / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3587412 | Patrick Morrow | (212) 284-2334 | Jeffferies & Co., Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3564075 | John Ray | (630) 613-7300 | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3588545 | James Saunders | (207) 839-8600 | Punter Southall Limited | Financial Advisor, James Saunders / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3589240 | Sarah Schultz | (214) 969-4367 | Akin, Gump, Strauss, Hauer & Feld, LLP | Creditor, Creditor Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3583757 | Lisa M. Schweitzer | 212-225-2625 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc./ LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3584371 | Hondo Sen | (203) 552-3528 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3581396 | Rene E. Thorne | (504) 208-5891 | Jackson & Lewis | Debtor, Nortel Networks, Inc. & Erisa Class Actions Suit / LIVE |

Jared Orstein  Linklaters
Mark Blythe

| | | | |
|---|---|---|---|
| Nortel Networks Inc., 09-10138 et al | Hearing | 3587018 Michael Wunder | (416) 863-4715 Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |