Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Chilmark Partners, LLC | 3/4/10 – 4/30/10 | 475,806.00 | 380,644.80 | 95,161.20 | 22,831.78 | 498,637.78 | 0.00 | 498,637.78 | 498,637.78 | 498,637.78 |
| Cleary Gottlieb Steen & Hamilton LLP | 2/1/10 – 4/30/10 | 14,847,364.50 | 11,877,891.60 | 2,969,472.90 | 463,270.97 | 15,310,635.47 | 0.00 | 15,310,635.47 | 73,292,285.75 | 73,292,285.75 |
| Crowell & Moring LLP | 2/1/10 – 4/30/10 | 22,703.10 | 18,162.48 | 4,540.62 | 58.38 | 22,761.48 | 0.00 | 22,761.48 | 283,192.74 | 283,192.74 |
| Ernst & Young LLP | 2/1/10 – 4/30/10 | 265,434.50 | 212,347.60 | 53,086.90 | 858.82 | 266,293.32 | 0.00 | 266,293.32 | 892,355.90 | 892,355.90 |
| Huron Consulting Group | 2/1/10 – 4/30/10 | 871,859.93 | 697,487.94 | 174,371.99 | 84,605.84 | 956,465.77 | 0.00 | 956,465.77 | 4,312,672.63 | 4,312,672.63 |
| Jackson Lewis LLP | 1/1/10 – 4/30/10 | 19,472.50 | 15,578.00 | 3,894.50 | 0.74 | 19,473.24 | 0.00 | 19,473.24 | 251,552.07 | 251,552.07 |
| John Ray | 2/1/10 – 4/30/10 | 205,605.00 | 102,802.50[2] | 102,802.50[2] | 19,353.62 | 224,958.62 | 0.00 | 224,958.62 | 350,987.98 | 350,987.98 |
| Linklaters LLP | 1/26/10 – 4/30/10 | £359,269.41 ($531,780.37)[4] | £287,415.52 ($425,424.30) | £68,494.46[5] ($101,356.07) | £103,510.95 ($153,411.44) | £459,420.94 ($680,191.81) | 0.00 | £459,420.94 ($680,191.81) | £459,420.94 ($680,191.81) | £459,420.94 ($680,191.81) |

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Pursuant to the agreement between Mr. Ray and the Debtors, 50% of Mr. Ray's fees, which is inclusive of the 20% holdback are not currently payable to Mr. Ray. Accordingly, 50% of the total compensation of $205,605, plus 100% of Mr. Ray's allowed expense reimbursement shall be payable upon approval of the Request. The remaining 50% of the total compensation shall be payable by the terms of such retention agreement without further order of the Court.

[3] See Footnote No. 2.

[4] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to $1.488.

[5] This figure reflects a reduction of £3,359.42 ($5,000.00) which Linklaters voluntarily agreed to following discussions with the United States Trustee (the "UST").

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lazard Freres & Co. | 2/1/10 – 4/30/10 | 4,157,000.00[6] | 3,325,600.00 | 831,400.00 | 35,132.98 | 4,192,132.98[7] | 0.00 | 4,192,132.98 | 18,092,562.27 | 18,092,562.27[8] |
| Mercer (US) Inc. | 2/1/10 – 4/30/10 | 37,474.96 | 29,979.97 | 7,494.99 | 7,827.12 | 45,302.08 | 0.00 | 45,302.08 | 656,565.13 | 656,565.13[9] |
| Morris, Nichols, Arsht & Tunnell LLP | 2/1/10 – 4/30/10 | 231,505.00 | 185,204.00 | 46,301.00 | 65,305.84 | 296,810.84 | 0.00 | 296,810.84 | 1,809,741.32 | 1,809,741.32 |
| Palisades Capital Advisors LLC | 2/1/10 – 4/30/10 | 206,250.00 | 165,000.00 | 41,250.00 | 142.92 | 206,392.92 | 0.00 | 206,392.92 | 1,255,419.84 | 1,255,419.84 |
| Punter Southall LLC | 2/1/10 – 4/30/10 | 168,750.00 | 135,000.00 | 33,750.00 | 0.00 | 168,750.00 | 0.00 | 168,750.00 | 730,443.50 | 730,443.50 |
| Shearman & Sterling LLP | 2/1/10 – 4/30/10 | 28,753.50 | 23,002.80 | 5,750.70 | 7,898.53 | 36,652.03 | 0.00 | 36,652.03 | 386,919.79 | 386,919.79 |
| **TOTALS** | | $21,537,978.99 £359,269.41 | $17,168,701.69 £287,415.52 | $4,369,277.30 £68,494.46 | $707,287.54 £103,510.95 | $22,245,266.53 £459,420.94 | $ 0.00 | $22,245,266.53 £459,420.94 | $102,813,336.70 £459,420.94 | $102,813,336.70 £459,420.94 |

---

[6] For the sole purpose of calculating the Minority Sale Transaction Fees, Lazard has used the purchase prices of $713,122,000 for MEN sale transaction and of $95,616,000 for GSM sale transaction, which prices may be subject to further adjustment and/or dispute that could affect Lazard's fee calculation. To the extent such adjustment and/or dispute in fact affects the calculation of Lazard's professional fees that are being approved herein, the Debtors shall timely file with this Court a statement (the "Statement") explaining such discrepancies and giving parties in interest ten (10) days to object to the proposed amount of credit or refund. Should no party object to the Statement, the Debtors shall submit a proposed form of order resolving the discrepancy under certification of counsel. Should there be a dispute as to the amount of credit or refund, the Debtors shall notice the Statement for hearing at the next available omnibus hearing date.

[7] As described in the Order, the professional fees and reimbursement of expenses requested by Lazard with respect to the Minority Sale Transactions shall be released from the related sale escrows and paid to Lazard as described therein, provided that the Debtors are responsible only for satisfaction of their allocable portion of such fees and expenses. The professional fees requested by Lazard takes into account of credits for certain Monthly Fees paid by the Debtors, which shall also be allocated among the entities in accordance with the agreement to be executed by NNI, NNL and NNUK.

[8] The Minority Sale Transaction Fees requested in the Eighth Monthly Application [D.I. 2548] of $5,541,000 and Ninth Monthly Fee Application [D.I. 2549] of $4,927,000 for the sale of the CDMA Assets and Enterprise Assets, respectively (which were inadvertently misnamed as the Sale Transaction Fees in the Lazard fee applications), were approved by entry of the Supplemental Fourth Omnibus Order [D.I. 2812], and therefore have been included in Column (11).

[9] At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts requested during the periods from May 1, 2009 through January 30, 2010 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

2