## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: July 14, 2010 at 4:00 p.m.** |
|  | ) |  |
|  | ) |  |

## NOTICE OF SIXTEENTH MONTHLY FEE
## APPLICATION OF RICHARDS, LAYTON & FINGER, PA

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Sixteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2010 through May 31, 2010** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Administrative

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Order") entered February 4, 2009 [Docket No. 222], and must be filed with the Clerk of

the Bankruptcy Court, and be served upon and received by: (i) the above captioned

debtors and debtors in possession (the "Debtors"), Nortel Networks Inc., 195 The West

Mall, Toronto, ON M9C 5K1 (Attn:  Gordon A. Davies); (ii) counsel to the Debtors,

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006

(Attn:  James L. Bromley, Esq.); (iii) counsel to the Debtors, Morris, Nichols, Arsht &

Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-

1347 (Attn:  Derek C. Abbott, Esq.); (iv) counsel to the Official Committee of Unsecured

Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New

York 10036, (Attn:  Fred S. Hodara, Esq.), (v) counsel to the Official Committee of

Unsecured Creditors, Richards, Layton & Finger, P.A., 920 North King Street,

Wilmington, Delaware 19801 (Attn:  Christopher M. Samis, Esq.) (vi) the Office of the

United States Trustee, District of Delaware, 844 King Street, Suite 2207, Lockbox 35,

Wilmington, Delaware 19801 (Attn:  Patrick Tinker, Esq.) (collectively, the "Notice

Parties") so as to be received no later than **July 14, 2010 at 4:00 p.m.** (the "Objection

Deadline").   Only those objections that are timely filed, served and received will be

considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by

the Notice Parties prior to the Objection Deadline, in accordance with the Administrative

Order the Applicant may be paid certain fees and expenses pursuant to the terms of the

Administrative Order without further notice or hearing.  If an objection is properly filed

and served and such objection is not otherwise resolved, or the Court determines that a

hearing should be held in respect of the Application, a hearing will be held at a time

convenient to the Court.  Only those objections made in writing and timely filed, served

and received in accordance with the Administrative Order will be considered by the

Court at the hearing.

Dated: June 24, 2010
      Wilmington, Delaware

                              Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks
Inc., *et al.*