# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 21, 2010
Invoice 358658

Page 2

Client # 732310

Matter # 165839

For services through May 31, 2010
relating to Case Administration

| 05/03/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 05/03/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 05/04/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.20 hrs. | 100.00 | $20.00 |
| 05/14/10 | Review docket (.2); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 05/19/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 05/20/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.40 hrs. | 100.00 | $40.00 |
| 05/21/10 | E-mail to distribution re: filed pleadings | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 05/26/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Total Fees for Professional Services          $529.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 3

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$529.50** |
| BALANCE BROUGHT FORWARD | $916.40 |
| **TOTAL DUE FOR THIS MATTER** | **$1,445.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 4

Client #  732310

Matter #  165839

---

For services through May 31, 2010
relating to  Executory Contracts/Unexpired Leases

| 05/24/10 | Review revised CVAS side agreement (.4); Review revised proposed order re: same (.1); Emails (x3) to B. Kahn re: same (.1); Review emails (x3) from C. Samis re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.70 hrs. | 315.00 | $220.50 |

Total Fees for Professional Services                            $220.50

TOTAL DUE FOR THIS INVOICE                                      **$220.50**
BALANCE BROUGHT FORWARD                                         $31.50

**TOTAL DUE FOR THIS MATTER**                                   **$252.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 5

Client #  732310

Matter # 165839

---

For services through May 31, 2010
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 05/18/10 Paralegal | Prepare 5/19/10 hearing binder per C. Samis | Brenda D. Tobin | 0.90 hrs. | 100.00 | $90.00 |
| 05/18/10 Associate | Emails to B. Kahn re: logistics of 5/19/10 hearing | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 05/19/10 Paralegal | Prepare 5/19/10 hearing binder | Brenda D. Tobin | 0.50 hrs. | 100.00 | $50.00 |
| 05/19/10 Associate | Call to A. Cordo re: rescheduling of 5/19/10 hearing (.2); Call from B. Khan re: rescheduling of 5/19/10 hearing (.2); Email to B. Kahn re: cancellation of 5/19/10 hearing (.1) | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 05/20/10 Associate | Email to B. Kahn re: logistics of attending 5/24/10 hearing | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 05/20/10 Associate | Call with C. Samis re: attendance at 5/24/10 hearing (.1); Review agenda re: same (.2); Preparation for 5/24/10 hearing (.6) | Drew G. Sloan | 0.90 hrs. | 315.00 | $283.50 |
| 05/21/10 Paralegal | Telephone call to Courtcall re: telephonic appearances for 5/24/10 agenda x3 (.3); E-mail to distribution re: same (.1) | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/24/10 Paralegal | Prepare 5/24/10 hearing binder per D. Sloan | Brenda D. Tobin | 0.50 hrs. | 100.00 | $50.00 |
| 05/24/10 Associate | Email to D. Sloan re: attending 5/24/10 chambers conference | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 21, 2010
Invoice 358658

Page 6

Client # 732310

Matter # 165839

---

| 05/24/10 | Review emails (x4) from B. Kahn re: preparation for 5/24/10 hearing (.1); Preparation for and attendance at 5/24/10 hearing and chambers conference (1.8); Call with B. Kahn re: same (.1); Email to F. Hodara re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 2.10 hrs. | 315.00 | $661.50 |

Total Fees for Professional Services     $1,496.50

TOTAL DUE FOR THIS INVOICE               **$1,496.50**
BALANCE BROUGHT FORWARD                  $2,359.90

**TOTAL DUE FOR THIS MATTER**            **$3,856.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 21, 2010
Invoice 358658
Page 7
Client # 732310

Matter # 165839

For services through May 31, 2010
relating to Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 05/06/10 | Retrieve re: UK scheduling order (.1); Circulate to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 05/06/10 | Email to B. Witters re: circulation of briefing schedule order for U.K. Pension appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Total Fees for Professional Services          $70.50

TOTAL DUE FOR THIS INVOICE                    **$70.50**
BALANCE BROUGHT FORWARD                        $1,008.30

**TOTAL DUE FOR THIS MATTER**                 **$1,078.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 8

Client #  732310

Matter #  165839

For services through May 31, 2010
relating to  RLF Fee Applications

| 05/03/10 | Email to B. Witters re: obtaining April 2010 fee estimate from accounting | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 05/12/10 | Review RLF April bill memo | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 05/19/10 | Email to B. Witters re: status of April 2010 bill memo | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 05/20/10 | Prepare cno re: RLF March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/20/10 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 05/26/10 | Review and revise RLF April fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 05/26/10 | Review and execute RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |

Total Fees for Professional Services     $501.00

TOTAL DUE FOR THIS INVOICE     **$501.00**

BALANCE BROUGHT FORWARD     $1,103.40

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 9

Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                                   **$1,604.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 10

Client #  732310

Matter #  165839

For services through May 31, 2010
relating to  Fee Applications of Others

| 05/12/10 | Attention to e-mail re: Fraser Milner March fee application (.1); Retrieve and review re: same (.2); Prepare notice of motion re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |
| 05/12/10 | Review Fraser monthly fee application (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 05/17/10 | Prepare cno re: Ashurst March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/17/10 | Review, revise and execute certificate of no objection re: Ashurst monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 05/18/10 | Prepare cno re: Capstone February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/18/10 | Email to B. Witters re: status of CNO for Capstone 13th fee application (.1); Email to A. Cordo re: status of CNO for Capstone 13th fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 05/18/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 11

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/19/10 | Prepare cno re: Capstone March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/19/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 05/20/10 | Prepare cno re: Akin Gump March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 05/20/10 | Review and execute certificate of no objection re: Akin Gump monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 05/26/10 | Attention to e-mail re: Akin Gump April fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 05/26/10 | Email to D. Sloan re: filing and service of April 2010 Akin fee application (.1); Review, revise and finalize April 2010 Akin fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 05/26/10 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Email to B. Witters and C. Samis re: same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 12

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/28/10 | Attention to e-mail re: Ashurst April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone Advisory Group April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: Akin Gump fifth interim fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 195.00 | $351.00 |
| 05/28/10 | Review, revise and finalize 15th monthly Ashurst fee application (.2); Review, revise and finalize 5th interim fee application of Akin (.2); Review, revise and finalize 15th Capstone fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |

Total Fees for Professional Services                $1,734.00

TOTAL DUE FOR THIS INVOICE                        **$1,734.00**
BALANCE BROUGHT FORWARD                            $3,022.50

**TOTAL DUE FOR THIS MATTER**                      **$4,756.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 21, 2010
Invoice 358658

Page 13

Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 0.40 | 100.00 | 40.00 |
| Barbara J. Witters | 9.80 | 195.00 | 1,911.00 |
| Brenda D. Tobin | 2.70 | 100.00 | 270.00 |
| Christopher M. Samis | 2.30 | 315.00 | 724.50 |
| Drew G. Sloan | 5.10 | 315.00 | 1,606.50 |
| TOTAL | 20.30 | $224.24 | 4,552.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$5,208.31**

    Payment may be made by wire transfer to our account at Wilmington
Trust Company, Rodney Square North, Wilmington, Delaware 19890,
Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire
transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone
charges are billed at standard AT&T rates which may not be our cost.

## PAYABLE WHEN RENDERED

732310