# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

June 21, 2010
Invoice 358658

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through May 31, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $88.40 |
| Filing Fees | $90.00 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $133.20 |
| Photocopying/Printing | $307.60 |
| 2,740 @ $.10 pg. / 336 @ $.10 pg. | |
| Postage | $30.16 |

| | |
|---|---:|
| Other Charges | $656.31 |
| **TOTAL DUE FOR THIS INVOICE** | **$656.31** |
| BALANCE BROUGHT FORWARD | $928.23 |
| **TOTAL DUE FOR THIS MATTER** | **$1,584.54** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

June 21, 2010  
Invoice 358658  
Page 14  
Client #  732310  

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
        Case Administration  
        Executory Contracts/Unexpired Leases  
        Court Hearings  
        Litigation/Adversary Proceedings  
        RLF Fee Applications  
        Fee Applications of Others  

| Date | Description | Summary Phrase |
|---|---|---|
| 05/04/10 | Messenger and delivery, 4/28/2010, Adj Nortel Networks, MXD<br>Amount = $11.00 | MESS |
| 05/12/10 | Photocopies<br>Amount = $55.50 | DUP |
| 05/12/10 | Postage<br>Amount = $8.65 | POST |
| 05/13/10 | 05/12/10 - TO MORRIS NICHOLS - BJW<br>Amount = $6.00 | MESS |
| 05/13/10 | 05/12/10 - TO US TRUSTEE - BJW<br>Amount = $6.00 | MESS |
| 05/17/10 | HENNIGAN BENNET & DORMAN LLP - Messenger and delivery<br>Amount = $17.77 | MESS |
| 05/17/10 | BROWN RUDNICK - Messenger and delivery<br>Amount = $10.70 | MESS |
| 05/17/10 | WHITE & CASE - Messenger and delivery<br>Amount = $10.70 | MESS |
| 05/17/10 | ALL PACER<br>Amount = $31.92 | DOCRETRI |
| 05/18/10 | Photocopies<br>Amount = $87.00 | DUP |
| 05/18/10 | ALL PACER<br>Amount = $27.04 | DOCRETRI |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2010  
Invoice 358658  
Page 15  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/18/10 | Printing | | DUP |
| | Amount = | $1.50 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $1.60 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $3.90 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $2.20 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $1.10 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $2.30 | |
| 05/18/10 | Printing | | DUP |
| | Amount = | $2.00 | |
| 05/19/10 | 2128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 05/19/10 | ALL PACER | | DOCRETRI |
| | Amount = | $3.20 | |
| 05/20/10 | ALL PACER | | DOCRETRI |
| | Amount = | $3.84 | |
| 05/21/10 | NORTEL - Messenger and delivery | | MESS |
| | Amount = | $24.03 | |
| 05/21/10 | ALL PACER | | DOCRETRI |
| | Amount = | $10.64 | |
| 05/21/10 | ALL PACER | | DOCRETRI |
| | Amount = | $0.72 | |
| 05/21/10 | Printing | | DUP |
| | Amount = | $5.40 | |
| 05/24/10 | COURTCALL LLC: CCDA 05-1619/Services 5/19-5/24 | | FLFEE |
| | Amount = | $30.00 | |
| 05/24/10 | 2128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 05/24/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.08 | |
| 05/25/10 | ALL PACER | | DOCRETRI |
| | Amount = | $4.48 | |

Nortel Creditors Committee                                              June 21, 2010
c/o Fred S. Hodara, Esq.                                                Invoice 358658
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                                         Page 16
New York NY  10036                                                      Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/26/10 | Photocopies | | DUP |
| | Amount = | $22.00 | |
| 05/26/10 | Photocopies | | DUP |
| | Amount = | $42.00 | |
| 05/26/10 | ALL PACER | | DOCRETRI |
| | Amount = | $4.48 | |
| 05/26/10 | Postage | | POST |
| | Amount = | $5.19 | |
| 05/26/10 | Postage | | POST |
| | Amount = | $6.99 | |
| 05/26/10 | Printing | | DUP |
| | Amount = | $1.90 | |
| 05/27/10 | Messenger and delivery, 5/26/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/27/10 | Messenger and delivery5/26/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/27/10 | Messenger and delivery, 5/26/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/27/10 | Messenger and delivery, 5/26/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/28/10 | COURTCALL LLC: CCDA 05-1619/Services 5/27-6/2 | | FLFEE |
| | Amount = | $60.00 | |
| 05/28/10 | Messenger and delivery, 5/21/2010, Adj ON, BJW | | MESS |
| | Amount = | $11.00 | |
| 05/28/10 | Photocopies | | DUP |
| | Amount = | $67.50 | |
| 05/28/10 | Postage | | POST |
| | Amount = | $9.33 | |
| 05/28/10 | Printing | | DUP |
| | Amount = | $4.00 | |
| 05/28/10 | Printing | | DUP |
| | Amount = | $4.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

June 21, 2010  
Invoice 358658  
Page 17  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/28/10 | Printing | | DUP |
| | Amount = | $1.10 | |
| 05/28/10 | Printing | | DUP |
| | Amount = | $2.60 | |
| 05/31/10 | Messenger and delivery, 5/28/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 05/31/10 | Messenger and delivery, 5/28/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $656.31