**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| NORTEL NETWORKS, INC., | : | Case No. 09-10138(KG) |
| | : | |
| Debtor. | : | |
| _____ | : | |

## NOTICE OF REMOVAL

PLEASE remove my name on the electronic notification service list in the above captioned bankruptcy matter.

Dated: June 24, 2010

                                           WEIR & PARTNERS LLP

                                           BY:  /s/ Jeffrey S. Cianciulli
                                                 Jeffrey S. Cianciulli (#4369)
                                                 824 Market Street Mall, Suite 800
                                                 Wilmington, Delaware 19899
                                                 (302) 652-8181 (telephone)
                                                 (302) 652-8909 (facsimile)