**EXHIBIT B**

## Equinox Final Closing Statement - February 16

| | ASSA Section | USD | File Reference | Comments |
|---|---|---|---|---|
| Base Purchase Price | 2.2.1 (a) | $900,000,000 | | |
| **Final Closing Adjustments:** | 2.2.3.1 | | | |
| Inventory Adjustment | | ($11,700,000) | A | Dec 18 Estimate did not include $3.5M Standard to Actual reserve in error. Delta to Target: Voice/Data finished goods less than planned due to, primarily, component supply delays and, second, stronger customer |
| Companies Net Working Capital +/(-) Target | | $53,000,000 | B | File B shows the calculation of the Companies Working Capital Adjustment. |
| Retirement Obligation | | ($2,700,520) | C | Unfunded obligations of the pension plans set forth in Section 1.1(o) of the Seller Disclosure Schedule |
| Net Debt Adjustment | | $0 | D | |
| Adjustment Payment | | $0 | E | If the Unaudited Standard Margin of $1,383.5M (Section 1.1(b) - "Unaudited Standard Margin" of the Seller Disclosure Schedule) is less than or equal to 103% of the Adjusted Audited Margin of $1381M, then adjustment is zero |
| EMEA Downward Adjustment | | $0 | | Paragraph 1.1 of Sched. 9 to the EMEA ASA, Removed Assets and Liabilities are nil |
| -6 Liability Escrow Amount | | $0 | | Per Section 10.20 (b) only relevant if the Companies Asset Sale Election was made |
| Final Purchase Price | 2.2.3.1 (a) | $938,599,480 | | |
| Estimated Purchase Price - December 18 | 2.2.2 (b) | $943,478,180 | | |
| Payable to Purchaser | 2.2.3.2 (g) (I) | ($4,878,700) | | |