**EXHIBIT C**

## Equinox Final Closing Statement - February 16

| | ASSA Section | 16-Feb USD | 16-Apr REVISED USD | Delta | File Reference | Comments |
|---|---|---|---|---|---|---|
| Base Purchase Price | 2.2.1 (a) | $900,000,000 | $900,000,000 | | | |
| **Final Closing Adjustments:** | 2.2.3.1 | | | | | |
| Inventory Adjustment | | ($11,700,000) | ($11,700,000) | $0 | A | Minor modifications to Day 1 inventory transferred to Avaya. Nnet impact to Closing Statement nil. |
| Companies Net Working Capital +/(-) Target | | $53,000,000 | $53,300,000 | $300,000 | B, B1 | File B shows the calculation of the Companies Working Capital Adjustment. File B1 is the Israel Demand Letter |
| Retirement Obligation | | ($2,700,520) | ($2,050,520) | $650,000 | C | Unfunded obligations of the pension plans set forth in Section 1.1(o) of the Seller Disclosure Schedule reduced $650K for UAE amd Saudi prepaid employee expenses |
| Net Debt Adjustment | | $0 | $0 | | | If the Unaudited Standard Margin of $1,383.5M (Section 1.1(b) - "Unaudited Standard Margin" of the Seller Disclosure Schedule) is less than or equal to 103% of the Adjusted Audited Margin of $1381M, then adjustment is zero |
| Adjustment Payment | | $0 | $0 | | | |
| EMEA Downward Adjustment | | $0 | $0 | | | Paragraph 1.1 of Sched. 9 to the EMEA ASA, Removed Assets and Liabilities are nil |
| -6 Liability Escrow Amount | | $0 | $0 | | | Per Section 10.20 (b) only relevant if the Companies Asset Sale Election was made |
| Final Purchase Price | 2.2.3.1 (a) | $938,599,480 | $939,549,480 | | | |
| Estimated Purchase Price - December 18 | 2.2.2 (b) | $943,478,180 | $943,478,180 | | | |
| Payable to Purchaser | 2.2.3.2 (g) (i) | ($4,878,700) | ($3,928,700) | $950,000 | | |