**EXHIBIT D**



INTELLIGENT COMMUNICATIONS

April 19, 2010

Nortel Networks Corporation
5945 Airport Road
Suite 360
Mississauga, Ontario, Canada  L4V 1R9
Attention:  Anna Ventresca
            General Counsel-Corporate,
            Corporate Secretary and
            Chief Compliance Officer
Facsimile: +1-905-863-2057

Alan Bloom / Christopher Hill / Stephen Harris
Ernst & Young LLP
1 More London Place
London
SE1 2AF
United Kingdom
Facsimile: +44 (0)20 7951 1345

Nortel Networks Limited
5945 Airport Road
Suite 360
Mississauga, Ontario, Canada  L4V 1R9
Attention:  Anna Ventresca
            General Counsel-Corporate,
            Corporate Secretary and
            Chief Compliance Officer
Facsimile: +1-905-863-2057

Sharon Rolston / Simon Freemantle
Maidenhead Office Park
Westacott Way
Maidenhead
Berkshire SL6 3QH
United Kingdom
Facsimile: +44(0) 1628 432416

Nortel Networks Inc.
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA  37228
Attention:  Lynn C. Egan
            Assistant Secretary
Facsimile: +1-615-432-4067

Avi D. Pelossof
Zellermayer, Pelossof & Co.
The Rubenstein House
20 Lincoln Street
Tel Aviv
67131
Israel
Facsimile: +972 3 6255500

Re:   Purchase Price Adjustments – Disagreement Notice

Ladies and Gentlemen:

Reference is made to (i) the Amended and Restated Asset Sale Agreement relating to the Sale and Purchase of the EMEA Assets, dated as of September 14, 2009, as amended (the "EMEA ASA"), by and among the EMEA Sellers (as defined therein), the Joint Administrators (as defined therein), the Joint Israeli Administrators (as defined therein) and Avaya Inc., a Delaware corporation (the "Purchaser") and (ii) the Amended and Restated Asset and Share Sale Agreement,

dated as of September 14, 2009, as amended (the "ASSA," and together with the EMEA ASA, the "Agreements"), by and among the Purchaser and the Sellers (as defined therein). Capitalized terms used but not defined herein shall have the meanings set forth in the Agreements.

The Purchaser is in receipt of the Closing Statement delivered by the Sellers on February 16, 2010. Pursuant to Section 2.2.3.1(b) of the ASSA, the Purchaser hereby delivers a copy of the Disagreement Notice, which is attached to this letter as Exhibit A. The Disagreement Notice sets forth, in reasonable detail: (i) the Purchaser's disagreement with certain calculations as set forth in the Closing Statement, (ii) the Purchaser's adjustments to the Closing Statement and (iii) a short summary of the Purchaser's analysis supporting each adjustment. As detailed in the Disagreement Notice and in accordance with the terms of the ASSA, the amount payable to Purchaser is thirty four million two hundred ninety-four thousand seven hundred dollars ($34,294,700) plus interest thereon calculated in accordance with Section 2.2.3.2(g)(ii) of the ASSA, which through April 19, 2010 aggregates three hundred thirty-eight thousand two hundred fifty dollars ($338,250) and is subject to adjustment through the date of payment.

If you have any questions about the Disagreement Notice, we encourage the Sellers and/or EMEA Sellers to reach out to Frank Mahr at Purchaser at (908) 953-3918 or fmahr@avaya.com, Neill Jakobe at Ropes & Gray at (312) 845-1260 or neill.jakobe@ropesgray.com, or Howard Glazer at Ropes & Gray at (617) 951-7490 or howard.glazer@ropesgray.com, and we can arrange a conversation with the appropriate parties.

cc:    Nortel Networks Limited
       5945 Airport Road
       Suite 360
       Mississauga, Ontario, Canada  L4V 1R9
       Attention:  Robert Fishman
                   Senior Counsel
       [Delivered as a PDF via email to rfishman@nortel.com per request on 12/1/2009]

       Nortel Networks Inc.
       Legal Department
       220 Athens Way, Suite 300
       Nashville, TN  37228
       USA
       Attention:  Robert Fishman
                   Senior Counsel
       [Delivered as a PDF via email to rfishman@nortel.com per request on 12/1/2009]

       Cleary Gottlieb Steen & Hamilton LLP
       One Liberty Plaza
       New York, NY 10006
       USA
       Attention: Neil Q. Whoriskey
                  David Leinwand
       Facsimile:  +1-212-225-3999

Ogilvy Renault LLP
200 Bay Street
Suite 3800, P.O. Box 84
Royal Bank Plaza, South Tower
Toronto, Ontario M5J 2Z4
Canada
Attention: Michael Lang
Facsimile: +1-416-216-3930

Ben Ward / Alan Montgomery
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS
Facsimile: +44 (0)20 7098 4618

Sandy Shandro
3-4 South Square
Gray's Inn
London
WC1R 5HP
Facsimile: +44 (0)20 7696 99

# Equinox Final Closing Statement - Disagreement Notice

As of April 19, 2010

| | Sellers' Position as of Feb. 16, 2010 | Purchaser's Adjustments to Sellers' Position | Purchaser's Position | Reference |
|---|---|---|---|---|
| Base Purchase Price | $900,000,000 | | $900,000,000 | |
| **Final Closing Adjustments:** | | | | |
| Inventory Adjustment | ($11,700,000) | ($25,466,000) | ($37,166,000) | A |
| Companies Net Working Capital +/(-) Target | $53,000,000 | ($3,362,000) | $49,638,000 | B |
| Retirement Obligation | ($2,700,520) | ($588,000) | ($3,288,520) | C |
| Final Purchase Price | $938,599,480 | ($29,416,000) | $909,183,480 | |
| Estimated Purchase Price - December 18 | $943,478,180 | | $943,478,180 | |
| Balance Due to Purchaser | ($4,878,700) | ($29,416,000) | ($34,294,700) | |
| Plus Interest Due on Balance* | | | ($338,250) | |
| Total Payable to Purchaser | | | ($34,632,950) | |

* estimate based on 3% per annum for 120 days - final amount is to be determined when payment is made

Equinox Purchase Price

## SCHEDULE A
## INVENTORY
## ADJUSTMENT ITEMS

| | | |
|---|---|---|
| Adjustment #A1: | (22,076,000) | Decrease Inventory for unreasonable mitigation plans. The net inventory balance transferred included certain excess inventory for which reserves were not recorded based on mitigation plans. The Sellers' approved Accounting Guidelines require that a full provision be recorded for all excess inventory or that appropriate documentation be developed and maintained to support any exception to that policy. The Purchaser objects to the valuation of certain excess inventory because the Purchaser has not received documentation of mitigation plans that is sufficiently detailed to allow independent verification that the plans are reasonable. To independently verify mitigation plans, the Purchaser believes information must be provided regarding the specific actions comprising the plans, individuals responsible for enacting the plans and the date by which the mitigation plans will be completed. In addition to the lack of readily available documentation supporting the mitigation plans, the validity of the mitigation plans was also called into question by the requirement to reverse approximately $8M of the mitigation amounts in the quarter ended March 31, 2010. There was also a lack of historical analysis evidencing the successful execution of mitigation plans. |
| Adjustment #A2: | (3,390,000) | Decrease Inventory for incorrect demand forecast assumptions used in establishing inventory reserves. Demand forecast assumptions used in calculating the inventory reserves at Closing were to be based on the revenue forecast assumptions provided in the ASSA. The product-level reserve calculations at Closing were based on an individual product application of that demand, and that application of the assumptions to the actual product-level gross inventory balances on hand at Closing was incorrect. |
| Total Adjustment | (25,466,000) | |

A - Inventory

## SCHEDULE B
## COMPANIES NET WORKING CAPITAL
## ADJUSTMENT ITEMS

**Adjustment #B1:** (2,396,000) Decrease Companies Net Working Capital for current portion of restructuring liability. The following year's lease payments for facilities vacated due to NGS restructuring activities represents a current liability and should have been included in the calculation of the Companies Net Working Capital.

Restructuring Liability - Short Term as of December 18, 2009

| Facility | ST Reserve |
|---|---|
| Fair Lakes IV - 1st & 3rd floors | (246,860) |
| Fair Lakes IV - Suite 200 | (577,102) |
| Fair Lakes IV - Suite 400 | (152,498) |
| Prosperity | (32,374) |
| Fair Lakes V Suite 300-400 | (1,387,004) |
| Total per Dec. 18 NGS trial balance acct# 2415-100 | (2,395,838) |
| Rounded | (2,396,000) |

**Adjustment #B2:** (610,000) Decrease Companies Net Working Capital for error in deferred revenue amount included in the calculation. The Sellers' calculation of the Companies Net Working Capital included an incorrect amount for deferred revenue and did not agree to the amount reflected in the NGS trial balance as of December 18, 2009.

| | |
|---|---|
| Deferred Revenue per Sellers' Final Computation of Companies Net Working Capital as of February 16, 2010 | 3,600,000 |
| Deferred Revenue per NGS trial balance acct #2500-000 as of December 18, 2009 | 4,209,552 |
| Difference | (609,552) |
| Rounded | (610,000) |

**Adjustment #B3:** (356,000) Decrease Companies Net Working Capital for current portion of deferred rent. The current portion of deferred rent associated with following year's lease payments represents a current liability and should have been included in the calculation of the Companies Net Working Capital.

| | |
|---|---|
| Deferred rent amortization for Dec-2009 per "Schedule Summary of Deferred Rent" | 17,702 |
| Pro rata amortization from Dec. 1 to Dec. 18th | 10,279 |
| Remaining amortization Dec.19th - 31st | 7,424 |
| Monthly deferred rent amortization per "Schedule Summary of Deferred Rent" | |
| Dec.19th - Dec. 31st | (7,424) |
| Jan-2010 through Dec-2010 | (348,362) |
| Total current portion of Deferred Rent | (355,785) |
| Rounded | (356,000) |

**Total Adjustment** (3,362,000)

## SCHEDULE C
## RETIREMENT OBLIGATION AMOUNT
## ADJUSTMENT ITEMS

| | | |
|---|---|---|
| Adjustment #C1 | (135,000) | The Sellers' calculation of the Italian TFR liability was reduced by EUR 94,104 (US$134,945) . This amount was presented as "Tax on TFR Credit" and represents tax prepayments made by the Sellers that have been attributed to the transferred employees. There is no contractual or legal basis for reducing the retirement obligation amount for any tax prepayments. |

| | EUR | FX Rate | USD |
|---|---|---|---|
| Tax on TFR Credit per Sellers calculation | 94,104 | 1.4340 | 134,945 |
| Rounded | | | 135,000 |

| | | |
|---|---|---|
| Adjustment #C2 | (400,000) | In Canada, Purchaser is required to assume the Collective Bargaining Agreement ("CBA"). The CBA provides that all Union employees are entitled to Retirement Allowance Plan ("RAP") benefits. The amount indicated represents the liability for the payment of RAP benefits calculated in accordance with the terms of the RAP, including all of the applicable employee's service with both Nortel and Avaya. |
| Adjustment #C3 | (53,000) | In Israel, the Purchaser is assuming an early retirement obligation for two employees as required by the administrative proceedings. The original amount was reduced to NIS 200,000 (US$53,000). It is the Purchaser's conclusion that this obligation falls under the definition of Retirement Obligation Amount. |
| **Total Adjustment** | **(588,000)** | |