**EXHIBIT E**

**Accounting Guideline**  **Excess and Obsolete Inventory Provision**
**No. 1004**

| | |
|---|---|
| Date issued<br>•September 1, 2004 | |
| Replaces issue dated<br>August 12, 2003 | |
| Next Update Required Date<br>•September 1, 2006 | |
| **This Accounting Guideline ("Guideline") shall be followed by Nortel Networks Corporation ("NNC") and its subsidiaries and other controlled businesses globally, whether incorporated or unincorporated (collectively, "Nortel Networks").** ||

**1.0    Purpose**

The purpose of this Guideline is to provide guidance over the recognition, measurement and disclosure of provisions for <u>excess inventory</u> and <u>obsolete inventory</u> (collectively, the E&O Provision). This Guideline applies to all Nortel Networks inventory reflected in its balance sheet.

For this guideline, the term inventory includes goods awaiting sale (the merchandise of a trading concern and the finished goods created through the manufacturing process), goods in the course of production (work in process), goods to be consumed directly or indirectly in production (raw materials and supplies), <u>consignment inventory</u> and <u>inventory on loan</u>. Inventory is composed of several different types. Class A inventory is inventory that is manufactured for sale and use. Class B inventory (used by Global Repair and Services Delivery ("GRSD")) is inventory that has undergone a repair or rework to support warranty and or service obligations or remanufacturing sales. Class C inventory is defective inventory that has little or no utility. Class B inventory is made from parts of Class C inventory. These amounts should be reflected on the balance sheet.

The inventory analysis on material that should be designated E&O must also take into consideration firm purchase commitments for inventory. However, losses relating to firm purchase commitments are recognized separately from the E&O Provision in accordance with the Accounting Guideline No. 1002 - Contingencies.

This Guideline is based on US GAAP principles.

**2.0    Accounting for Excess & Obsolete Inventory Provisions**

**2.1    Recognition– these recognition principles apply to *both* Class A and Class B inventory except as noted in applicable paragraphs.**

  a. Generally accepted accounting principles require that inventory be valued at the lower of cost or market. Where there is evidence that the disposal of existing inventory in the ordinary course of business will be at an amount less than cost, whether due to physical deterioration, obsolescence, changes in

fv1.1                                                                                                          1

      price levels, or other causes, the difference between the cost and expected proceeds on disposal should be recognized as a loss of the current period.

b. As used in the phrase "lower of cost or market", the term "market" means current replacement cost (by purchase or by reproduction, as the case may be) except that:

    i. Market should not exceed the net realizable value (i.e., estimated selling price in the ordinary course of business less reasonably predictable costs of completion and disposal); and

    ii. Market should not be less than net realizable value reduced by an allowance for an approximate normal profit margin.

c. Depending on the character and composition of the inventory, the rule of cost or market, whichever is lower, may properly be applied either directly to each item or to the total of the inventory (or, in some cases, to the total of the components of each major category of inventory). The method should be that which most clearly reflects periodic income.

d. There is a presumption that the existence of Excess Inventory and/or Obsolete Inventory indicates that the market value of these inventories may be lower than their cost. Nortel Networks adjusts inventories to the lower of cost or market via the declaration of E&O Inventory.

e. A full E&O Provision must be recorded for all <u>Excess</u> and <u>Obsolete</u> Inventory to ensure that inventory is recorded at the lower of cost or market.

f. In the case of inventory that has been written down below cost at the close of a fiscal period, the reduced cost amount is to be considered the cost for subsequent accounting purposes. Accordingly, the written down inventory **should not** subsequently be marked up based on changes in underlying facts and circumstances. The related provision will be reversed only upon disposition of the inventory (sold, scrapped, used, etc.).

g. In cases where inventory that was Excess or Obsolete in a prior period analysis is subsequently identified as not being Excess or Obsolete because the <u>Balance on Hand</u> (BOH) no longer exceeds the current <u>Annual Gross Requirements</u> (AGR), the E&O Provision previously established for this inventory cannot be adjusted downwards. The related provision will be reversed only upon disposition of the inventory (sold, scrapped, used, etc.).

**2.2**   **Measurement – applies to both Class A and Class B inventory**

a. The E&O Provision is the best estimate of the difference between the cost of the inventory and the market value of the Excess and Obsolete inventory.

b. The E&O Provision should be determined based on a detailed review of Excess and Obsolete inventory (the E&O Review).

c. The E&O Provision should be calculated at the standard cost of all Excess and Obsolete inventory items.

    d. The E&O Provision must include all planned or known expenses associated with the storage and disposal of the Excess or Obsolete inventory. These expenses should be included in the E&O Provision to the extent that they are not already included in the standard cost.

    e. Losses arising from firm open purchase commitments for inventory should not be included in the E&O Provision but should be determined in accordance with the Accounting Guideline No. 1002 - Contingencies.

**2.3**   **Journal Entries – applies to both Class A and Class B inventory**

    a. The journal entry to set up the E&O Provision should be recorded as follows:

        Debit:     E&O Expense (Cost of Sales)

        Credit:    E&O Provision (Contra Account to Inventory) Segment 3, BSA 02 – Additions/Provision Set-Up

    This entry must be recorded in the legal entity that has the Excess or Obsolete Inventory at the standard cost for each inventory item.

    b. The journal entry to recognize the disposal of E&O inventory and to reduce the E&O Provision should be recorded as follows:

        Debit:     Cost of Sales

        Credit:    Inventory (Balance Sheet)

        Debit:     E&O Provision (Contra Account to Inventory) Segment 3, BSA 03- Utilization/Write-Offs

        Credit:    E&O Expense (Cost of Sales)

    The E&O Provision is reduced when the inventory to which it relates is disposed of. Any difference between the net recorded inventory balance and the proceeds on disposal, if any, should be reflected as a charge or credit to income.

    c. The journal entry for the losses arising from firm open purchase commitments should be recorded as follows:

        Debit:     Expense (Cost of Sales)

        Credit:    Accrued liabilities (Balance Sheet)

    This entry must be recorded in the legal entity that has the firm, open purchase commitments for inventory.

**2.4**   **Financial Statement Presentation and Disclosure**

    a. Income Statement

        i. Recording the E&O Provision results in a corresponding charge to income, which must be recorded as a part of Cost of Sales on the statement of operations for the fiscal period.

    b. Balance Sheet

        i. The E&O Provision reduces the inventory balance on the balance sheet.

  c. Disclosure

        i. The accounting policy followed by Nortel Networks for determining the E&O Provision;

        ii. The major classes of inventories such as finished goods, inventoried costs relating to long-term contracts or programs, work in process, raw materials, and supplies. These amounts should be presented net of the associated E&O Provision;

        iii. The total amount of the E&O Provision, if material, to the financial statements. The **Corporate Consolidations Group** should be consulted when making the determination as to whether the E&O Provision is material.

## 3.0 Process and Responsibilities

### 3.1 Recognition

  a. It is the responsibility of the **Initiator** to:

        i. Determine the <u>System House</u> ("SH") and <u>Order House</u> ("OH") for their area of responsibility;

        ii. Initiate the E&O Review in the last month of each quarter. The E&O Review should be conducted in consultation with the **Materials Management Group** associated with the local SH or OH;

        iii. The E&O Review is based on previous month-end balances and includes the following steps. Sufficient and appropriate documentation for all the procedures performed in connection with the E&O Review should be maintained and attached as supporting documentation to the adjusting transaction (refer to Finance Process Guideline No. 2002 – Documentation);

- Gather in-house Balance on Hand ("BOH") data from Nortel Networks records

- Reconcile the in-house BOH reports to the general ledger at the segment 1, 2, 3, 4, and 5 levels. Any differences must be investigated and resolved prior to establishing the E&O Provision. Details of the reconciliation and resolution of differences should be documented;

- Gather BOH information from vendors, contract manufacturers and **Service Partners**, if applicable. This information should include all <u>consignment inventory</u>.

- Reconcile the reported consignment inventory to the general ledger at the segment 1, 2, 3, 4 and 5 level. Any differences must be investigated and resolved prior to establishing the E&O Provision. Details of the reconciliation and resolution of differences should be documented;

- Gather Annual Gross Requirements ("AGR") reports for all in-house inventory, <u>inventory on loan</u> and inventory held by third parties, including vendors, contract manufacturers and Service Partners;
- Compare the BOH and AGR reports for each inventory item;
- Categorize inventory into Fully Usable, Excess and Obsolete inventory in the following manner:
    1. All inventory items where the AGR is greater than the current BOH are deemed to be Fully Usable.
    2. For inventory items where the AGR is greater than zero but less than the BOH, the inventory items equal to the AGR are deemed to be Fully Usable and the inventory items exceeding the AGR are deemed to be Excess.
    3. All inventory items where the AGR is zero are deemed to be Obsolete;
- Gather details of **E&O Exceptions** and the **E&O Mitigation Plans** that would result in reducing the E&O Provision otherwise calculated. The Materials Management Group is responsible for providing documentation to support the E&O Exceptions and the E&O Mitigation Plans;
- Factor the E&O Exceptions and E&O Mitigation Plans into the calculation of the E&O Provision;
- Gather data from the **Materials Management Group** on firm purchase commitments for all inventory items identified as Excess or Obsolete;
- Determine whether a provision needs to be recorded for losses arising from firm purchase commitments in accordance with Accounting Guideline No. 1002 - Contingencies. If a provision is required, provide the documentation supporting the analysis and calculation;
- Document the results of the above analysis in terms of dollars and percentage of gross inventory;
- Compare the results of the analysis to prior period analysis;
- Identify causal factors of E&O Provision requirements. To the extent possible, this should be complete prior to the recognition of the E&O Provision.

iv. Ensure that the **E&O Review** contemplates all facts available up to and including the date the financial statements are issued (Refer to Finance Process Guideline No 2004 – Subsequent Events);

v. Ensure that the quarterly **E&O Review** is appropriately documented and that adequate support exists for the conclusions reached. (Refer to Finance Process Guideline No. 2002 - Documentation).

b. It is the responsibility of the **Materials Management Group** to:
   i. Calculate the AGR for all inventory items and provide the documentation to support the calculation;
   ii. Determine the **E&O Exceptions** and the **E&O Mitigation Plan and provide the supporting documentation;**

   Examples of factors that should be considered by the Materials Management Group in developing the E&O Exceptions include the following:
   - Last Time Buys;
   - Unassigned Finished Goods Inventory;
   - Inventory identified for reconfiguration;
   - New product introductions;
   - Inventory that has been identified via mitigation analysis as having an expected demand that may, in part or whole, not fall within the 12-month AGR window. Any inventory under this exception should also have a very low risk of obsolescence during the extended AGR timeframe;
   - Repairs and services aging for Class B inventory;
   - Estimated proceeds from the sale of excess or scrap material to a broker (these proceeds reflect an estimate of the minimum net realizable value on excess inventory);
   - Use in rework by Contract Manufacturers ("CM");

   Examples of factors that should be considered by the Materials Management Group in developing the E&O Mitigation Plan include the following:
   - Inventory that has been identified for reallocation / redeployment;
   - Inventory that has been identified as having a low risk of obsolescence during an extended AGR timeframe;
   - Existing work-in-process work orders;

   iii. Categorize all inventory into Fully Usable, Excess and Obsolete inventory to be used in connection with the **E&O Review**.
   iv. To manage the storage and disposal of E&O Inventory. Specifically:
   - Ensure E&O Inventory is segregated and clearly identified;
   - Transfer E&O Inventory to the reclamation center after all other normal avenues for usage have been explored;
   - Transfer E&O Inventory to the reclamation center at its estimated net realizable value;

- All external resale activity to 3rd party brokers is the responsibility of the reclamation center. All proceeds less processing expense as a result of the resale will be returned back to the sending entity;
- A detailed item description/identification packing list must accompany each shipment to the reclamation center. Valuation and part specific documentation should also be provided. The transfer of these items must align to the return authorization process.

**3.2  Measurement**

a. It is the responsibility of the **Initiator** to:
   i. Ensure that the appropriate E&O Provision is established and/or reviewed each quarter. Discussions and consultations with the **Materials Management Group** will be required to complete the E&O Review and to ensure all known facts have been considered;
   ii. Ensure that the inventory register is appropriately updated to reflect the reduced cost basis of each inventory item. Once an E&O Provision has been recognized against a specific inventory item, the cost base of that inventory item cannot be subsequently written up. Updating the inventory register to reflect the reduced cost basis of each inventory item will ensure that subsequent write-ups do not occur;
   iii. Ensure that the total E&O Provision is tracked for disclosure purposes. Although the inventory register is appropriately updated to reflect the reduced cost basis of each inventory item (see ii above), the total cumulative E&O Provision relating to existing inventory must also be tracked;
   iv. Ensure that the E&O Provision associated with inventory that has been identified for transfer to the Reclamation Center by the Materials Management Group is relieved and adjusted against the cost of the inventory when it is transferred;
   v. Submit the manual journal entry for the current period's E&O Provision for review and approval and, upon approval, ensure the timely posting of the journal entry each quarter;
   vi. The **Regional Control Group** should be contacted to provide guidance as necessary. The **Regional Control Group** will in turn contact the **Technical Accounting Group** on complex issues. **It is not appropriate under US GAAP to hold onto provisions that are no longer required.**
   vii. **It is also not appropriate under US GAAP to re-characterize an existing provision, which is no longer needed, to address a new contingent loss requiring a provision.**

b. It is the responsibility of the **Reviewer** to:
   i. Review all of the documentation, including the manual journal or system entry, prepared by the **Initiator**;

      ii. Ensure that the assumptions and estimates used in the **E&O Review** are relevant and appropriate in the circumstances and that they are fully documented;

      iii. The **Regional Control Group** should be contacted to provide guidance as necessary. The **Regional Control Group** will in turn contact the **Technical Accounting Group** on complex issues.

  c. It is the responsibility of the **Approver** to:

      i. Ensure there is sufficient and appropriate documentation for the E&O Review;

      ii. Review all of the documentation for the E&O Provision prepared by the **Initiator** and approve the E&O Provision for the period;

      iii. The **Approver** is ultimately responsible and accountable for the appropriate recognition, measurement and disclosure of the E&O Provision.

### 3.3 Financial Statement Disclosure and Presentation

  a. It is the responsibility of the **LC VP Finance** to ensure that the inventory balance and the E&O Provision are disclosed appropriately in the management reports.

  b. It is the responsibility of the **Regional Controller** to ensure that the inventory balance and the E&O Provision are disclosed appropriately in the statutory financial statements.

  c. It is the responsibility of the **External Reporting Team** and the **Corporate Consolidations Group** to ensure the inventory balance and the E&O Provision are disclosed appropriately in Nortel Networks consolidated financial statements.

### 4.0 Subsequent Events

It is the responsibility of the **Initiator** to communicate with all responsible individuals that provide input into the E&O Provision prior to the date of issuance of the financial statements to identify if any subsequent events have occurred that would require adjustment to the E&O Provision.

Significant changes in volume or mix of customers from the time the most recent E&O Review was completed may be indicators of the need to revise the E&O Provision (link to Subsequent Event Guideline).

### 5.0 Reference Documents

- ARB 43 - Restatement and Revision of Accounting Research Bulletins -- Chapters 3A and 4;
- FAS 5 – Accounting for Contingencies
- FIN 1 - Accounting Changes Related to the Cost of Inventory (an interpretation of APB Opinion No. 20);

- SAB 100 - Restructuring and Impairment Charges (Topic 5BB)
- EITF 84-10 - LIFO Conformity of Companies Relying on Insilco Tax Court Decision;
- EITF 86-13 - Recognition of Inventory Market Declines at Interim Reporting Dates;
- EITF 86-46 - Uniform Capitalization Rules for Inventory under the Tax Reform Act of 1986;
- EITF 96-9 - Classification of Inventory Markdowns and Other Costs Associated with a Restructuring;
- EITF D-31 - Temporary Differences Related to Inventory and Tax to Tax Differences;
- AICPA Practice Bulletin - AICPA Practice Bulletin 2, "Elimination of Profits Resulting From Inter-company Transfers of LIFO Inventories (1987)";
- AICPA Issues Paper - AICPA Issues Paper, "Identification and Discussion of Certain Financial Accounting and Reporting Issues Concerning LIFO Inventories (1984)";
- Accounting Guideline No. 1002 – Contingencies
- Finance Process Guideline No. 2002 - Documentation

End of document.

Issued by:   <u>Global Finance Governance</u>            Approved by: <u>Controller</u>