**EXHIBIT G**



INTELLIGENT COMMUNICATIONS

June 11, 2010

Nortel Networks Corporation
5945 Airport Road
Suite 360
Mississauga, Ontario, Canada  L4V 1R9
Attention:  Anna Ventresca
General Counsel-Corporate,
Corporate Secretary and
Chief Compliance Officer
Facsimile:  +1-905-863-2057

Alan Bloom / Christopher Hill / Stephen Harris
Ernst & Young LLP
1 More London Place
London
SE1 2AF
United Kingdom
Facsimile: +44 (0)20 7951 1345

Nortel Networks Limited
5945 Airport Road
Suite 360
Mississauga, Ontario, Canada  L4V 1R9
Attention:  Anna Ventresca
General Counsel-Corporate,
Corporate Secretary and
Chief Compliance Officer
Facsimile:  +1-905-863-2057

Sharon Rolston / Simon Freemantle
Maidenhead Office Park
Westacott Way
Maidenhead
Berkshire SL6 3QH
United Kingdom
Facsimile: +44(0) 1628 432416

Nortel Networks Inc.
Legal Department
220 Athens Way, Suite 300
Nashville, Tennessee, USA  37228
Attention:  Lynn C. Egan
Assistant Secretary
Facsimile:  +1-615-432-4067

Avi D. Pelossof
Zellermayer, Pelossof & Co.
The Rubenstein House
20 Lincoln Street
Tel Aviv
67131
Israel
Facsimile: +972 3 6255500

Ladies and Gentlemen:

Reference is made to (i) the Amended and Restated Asset and Share Sale Agreement, dated as of September 14, 2009, as amended (the "ASSA") by and among (x) Nortel Networks Corporation, a Canadian corporation ("NNC"), Nortel Networks Limited, a Canadian corporation ("NNL"), Nortel Networks Inc., a Delaware corporation ("NNI" and together with NNC and NNL, the "Main Sellers") and the Other Sellers (as defined therein, and, together with the Main Sellers, the "Sellers") and (y) Avaya Inc., a Delaware corporation (the "Purchaser"), (ii) the Amended and Restated Asset Sale Agreement, dated as of September 14, 2009 (as amended, the "EMEA ASA", and together with the ASSA, the "Agreements"), by and among (x) the EMEA Sellers (as defined

therein), the Joint Administrators (as defined therein), the Joint Israeli Administrators (as defined therein) and (y) the Purchaser; (iii) the Closing Statement delivered by the Main Sellers and the EMEA Sellers on February 16, 2010 (the "Closing Statement"), (iv) the Disagreement Notice delivered by Purchaser on April 19, 2010 (the "Disagreement Notice") and (v) the information set forth in and accompanying the letter dated May 21, 2010 delivered by the Main Sellers in response to the Disagreement Notice (the "May 21 Letter"). Capitalized terms used and not otherwise defined herein shall have the meanings given to such terms in the Agreements.

Without prejudice to any outstanding dispute between the Purchaser and the Sellers in connection with the Disagreement Notice, the Purchaser believes it is helpful to respond to certain issues raised in the May 21 Letter.

First, in the May 21 Letter, it is indicated that the Main Sellers believe that the issues raised by the Purchaser in that portion of the Disagreement Notice titled "Adjustment A#1" may not be raised in a Disagreement Notice and are not susceptible to resolution by an Accounting Arbitrator under the terms of the ASSA. The Purchaser disagrees. The matters included in Adjustment A#1 have been validly raised in the Disagreement Notice and are clearly subject to resolution by the Accounting Arbitrator pursuant to the terms of Section 2.2.3.1(b) of the ASSA in that the Purchaser "disagrees with the determination of the Closing Statement" as it relates to the documentation and application of mitigation plans in determining Inventory Value. The May 21 Letter seeks to make a distinction between the "application of mitigation plans to inventory" and the "reasonableness of... mitigation plans," but no such distinction exists in Section 2.2.3.1(b) of the ASSA.

With that being said, our preference is to resolve the issues addressed by Adjustment #A1 through good faith negotiation. Conference calls were held on June 3 and 4 to discuss the information included in the May 21 Letter regarding the Closing Inventory Adjustment. The Purchaser continues to review the Closing Inventory Adjustment information in order to attempt to resolve the outstanding dispute on that matter. The Purchaser currently expects to deliver a comprehensive response on this item to the Sellers on or about June 30, 2010.

Second, with respect to the "revisions" to the Closing Statement contained in a letter from the Main Sellers and the EMEA Sellers on April 16, 2010 (the "April 16 Letter"), the May 21 Letter correctly points out that the Disagreement Notice does not take them into account. Section 2.2.3 of the ASSA set out the parties' agreements with respect to the Post-Closing Purchase Price Adjustment process and procedures and required the Sellers to deliver "their final calculation" of the various adjustments within sixty (60) days after Closing. Making "revisions" to the Closing Statement after delivery is contrary to the procedures that had been negotiated and agreed to by the parties in the ASSA, and the Purchaser need not take those revisions into account.

If you have any questions about this letter, we encourage the Sellers and/or EMEA Sellers contact Frank Mahr at the Purchaser (Phone: (908) 953-3918; Email: fmahr@avaya.com), Neill Jakobe at Ropes & Gray (Phone: (312) 845-1260; Email: neill.jakobe@ropesgray.com) or Howard Glazer at Ropes & Gray (Phone: (617) 951-7490; Email: howard.glazer@ropesgray.com).

cc:    Nortel Networks Limited
       5945 Airport Road
       Suite 360
       Mississauga, Ontario, Canada  L4V 1R9
       Attention:  Robert Fishman
               Senior Counsel
       [Delivered as a PDF via email to rfishman@nortel.com per request on 12/1/2009]

       Nortel Networks Inc.
       Legal Department
       220 Athens Way, Suite 300
       Nashville, TN  37228
       USA
       Attention:  Robert Fishman
               Senior Counsel
       [Delivered as a PDF via email to rfishman@nortel.com per request on 12/1/2009]

       Cleary Gottlieb Steen & Hamilton LLP
       One Liberty Plaza
       New York, NY 10006
       USA
       Attention: Neil Q. Whoriskey
              David Leinwand
       Facsimile: +1-212-225-3999

       Ogilvy Renault LLP
       200 Bay Street
       Suite 3800, P.O. Box 84
       Royal Bank Plaza, South Tower
       Toronto, Ontario M5J 2Z4
       Canada
       Attention: Michael Lang
       Facsimile: +1-416-216-3930

       Ben Ward / Alan Montgomery
       Herbert Smith LLP
       Exchange House
       Primrose Street
       London
       EC2A 2HS
       Facsimile: +44 (0)20 7098 4618

       Sandy Shandro
       3-4 South Square
       Gray's Inn
       London
       WC1R 5HP
       Facsimile: +44 (0)20 7696 99