**EXHIBIT H**

# NORTEL

June 14, 2010

Avaya Inc.
211 Mount Airy Road
Basking Ridge, NJ 07920-2332
United States
Attention:   Pamela F. Craven, Chief Administrative Officer
             Frank J. Mahr, Corporate Counsel & Corporate Secretary
Facsimile: +1-908-953-3902

Ladies and Gentlemen:

Reference is made to (i) the Amended and Restated Asset and Share Sale Agreement, dated as of September 14, 2009 (as amended, the "Agreement"), by and among Nortel Networks Corporation, a Canadian corporation ("NNC"), Nortel Networks Limited, a Canadian corporation ("NNL"), Nortel Networks Inc., a Delaware corporation ("NNI" and together with NNC and NNL, the "Main Sellers") and the Other Sellers (as defined therein), and Avaya Inc., a Delaware corporation (the "Purchaser"), (ii) the letter dated as of May 21, 2010 from the Main Sellers to the Purchaser in response to the Disagreement Notice delivered by the Purchaser on April 19, 2010 (the "May 21 Letter"), and (iii) the letter dated as of June 11, 2010 from the Purchaser to the Main Sellers in response to the May 21 Letter (the "June 11 Letter"). Capitalized terms used and not otherwise defined herein shall have the meanings given to such terms in the May 21 Letter.

While the Purchaser suggests in the June 11 Letter that a response to the May 21 Letter will be delivered by June 30, 2010, that timing is not acceptable to the Main Sellers. Instead, the Main Sellers request a response to the May 21 Letter and this letter by no later than the close of business, New York time, on Friday, June 18, 2010. Absent an agreement on all of the open issues described in this letter and its predecessors, the Main Sellers will file motions in the United States and Canada to have the matter resolved at a joint hearing before both courts on July 16, 2010, as described in more detail below.

As set forth in the May 21 Letter, the Main Sellers are willing to accept Purchaser's proposed Adjustments #B2 and #B3, conditioned upon Purchaser's written confirmation of its withdrawal of Adjustments #C2 and #C3. To date the Main Sellers have not received confirmation from the Purchaser regarding the resolution of these items. Moreover, the Main Sellers have received no response regarding the Purchaser's position as to Adjustments #A2, #B1 and #C1 in light of the extensive documentation and information that the Main Sellers have provided. Please confirm in writing that Purchaser agrees with the resolution of these Adjustment Items as set forth in the May 21 Letter. If Purchaser does not agree with any of the

1

Adjustment Items, please identify in writing those Adjustment Items as to which Purchaser disagrees and the nature of such disagreement.

In addition, attached please find instructions executed by the Seller Parties under the Amended and Restated Escrow Agreement by and among the Purchaser, NNL, NNI, Nortel Networks UK Limited and Wells Fargo Bank, National Association (the "Escrow Agent") dated as of September 14, 2009 (the "Escrow Agreement") requesting pursuant to Section 4(a)(i) of the Escrow Agreement the Escrow Agent to release $18,731,300 from the Purchase Price Adjustment Escrow Fund, which amount is equal to the total amount held in escrow less the amount payable to Purchaser in the Closing Statement sent by the Main Sellers and EMEA Sellers on April 16, 2010 and the amounts in the Avaya Disagreement Notice, except for Adjustment #A1, which the Main Sellers maintain may not be raised in a Disagreement Notice and is not susceptible to resolution by an Accounting Arbitrator under the terms of the Agreement.

The Main Sellers therefore request that the Purchaser execute the attached instructions, return a copy of Purchaser's executed counterpart to the Main Sellers and deliver the joint instructions to the Escrow Agent as soon as possible. If the Purchaser fails to execute the attached instructions by the close of business on June 18, 2010, the Main Sellers will have no choice but to seek the release of that portion of the Purchase Price Adjustment Escrow Fund referenced above in the U.S. and Canadian Courts, along with other relief relating to the matters subject to resolution through arbitration, and ask that such a motion be heard at a joint hearing before both Courts on July 16, 2010.

The Main Sellers reserve all of their rights under the Agreement with respect to the Avaya Disagreement Notice. The Main Sellers also note that the Avaya Disagreement Notice does not take into account the revisions to the Closing Statement sent by the Main Sellers and the EMEA Sellers on April 16, 2010.

Very truly yours,

Christopher Ricaurte
President, Nortel Business Services

cc: Ropes & Gray LLP
    One International Place
    Boston, MA 02110
    United States
    Attention: Alfred Rose
               Howard Glazer
    Facsimile: +1-617-951-7050

2

June 14, 2010

**Via Facsimile (212-509-1716) and Email (Lisa.Dangelo@wellsfargo.com)**

Wells Fargo Bank, N.A.
45 Broadway, 14th Floor
New York, NY 10006
Attn: Lisa D'Angelo

    Re:    Joint Instructions Under the Escrow Agreement

Ladies and Gentlemen:

Reference is made to the Amended and Restated Escrow Agreement (the "Escrow Agreement"), dated as of September 14, 2009, by and among (i) Avaya Inc. (the "Purchaser"), (ii) Nortel Networks Limited ("NNL"), (iii) Nortel Networks Inc. ("NNI"), (iv) Nortel Networks UK Limited ("NNUK" and, together with NNL and NNI, acting jointly as the "Seller Parties"), and (v) Wells Fargo Bank, National Association, as escrow agent (the "Escrow Agent"), entered into in connection with the ASSA and the EMEA ASA (each as defined in the Escrow Agreement). Capitalized terms used but not defined herein shall have the meanings given to them in the Escrow Agreement.

Instructions to you as the Escrow Agent:

Pursuant to Section 4(a)(i) of the Escrow Agreement, the Purchaser and the Seller Parties hereby instruct the Escrow Agent to immediately release $18,731,300 plus actual earnings thereon to the Distribution Agent out of the Purchase Price Adjustment Escrow Fund in accordance with the following wire transfer instructions:

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank |
| Account Name: | Escrow Incoming Account |
| Account Number: | 507953312 |
| ABA Routing: | 021000021 |
| ABA Swift: | CHASUS33 |
| BNF: | A/C 865362644 |
| F/F/C: | Nortel/EMEA Filed Entities/EMEA Non-Filed Entities/The Israeli Companies/The Estate Fiduciaries Agreement |

Should you have any questions about this letter, please contact the Seller Parties and the Purchaser at your earliest convenience.

Thank you for your assistance with this matter.

1

Sincerely,

**Seller Parties**	**NORTEL NETWORKS LIMITED**

By: _/s/ John Doolittle_
Name: John Doolittle
Title: Senior Vice-President, Corporate Services and Chief Financial Officer

By: _/s/ Elena S. King_
Name: Elena S. King
Title: Senior Vice-President, Human Resources


**NORTEL NETWORKS INC.**

By: _/s/ Clarke Glaspell_
Name: Clarke Glaspell
Title: Controller


**NORTEL NETWORKS UK LIMITED** (in administration) by Christopher J.W. Hill, as Joint Administrator (acting as agent only and without any personal liability whatsoever)

By: _____
Name:
Title:


Witness signature

Name

Address

*[Signature Page to Joint Instructions to Escrow Agent]*
2

Sincerely,

**Seller Parties**

**NORTEL NETWORKS LIMITED**

By:_____
   Name:
   Title:

**NORTEL NETWORKS INC.**

By:_____
   Name:
   Title:

By:_____
   Name:
   Title:

**NORTEL NETWORKS UK LIMITED** (in administration) by Christopher J.W. Hill, as Joint Administrator (acting as agent only and without any personal liability whatsoever)

By: _/s/ C. Hill_
   Name: C.W.S. Hill
   Title: Joint Administrator

Witness signature   _/s/ Jan Cordell_
Name   JAN CORDELL
Address   1 MORE LONDON PLACE
   LONDON SE1 2AF

*[Signature Page to Joint Instructions to Escrow Agent]*

2

**Purchaser**                                   **AVAYA INC.**


By:_____
   Name:
   Title:










*[Signature Page to Joint Instructions to Escrow Agent]*
3