```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF DELAWARE


                                      )
IN RE:                                ) Chapter 11
                                      )
NORTEL NETWORKS INC., et al.,         ) Case No. 09-10138 (KG)
                                      )
                                      ) Courtroom 3
                                      ) 824 Market Street
_____Debtors._____        ) Wilmington, Delaware

                                        June 24, 2010
                                        9:00 a.m.


                         TRANSCRIPT OF PROCEEDINGS
                     BEFORE THE HONORABLE KEVIN GROSS
                       UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                   Morris Nichols Arsht & Tunnell
                               BY:  ANN C. CORDO, ESQ.
                               BY:  DEREK C. ABBOTT, ESQ.
                               1201 North Market Street
                               18th Floor
                               P.O. Box 1347
                               Wilmington, DE 19899-1347
                               (302) 658-9200


For U.K. Administrator:        Young Conaway Stargatt & Taylor
                               BY:  MARIS J. FINNEGAN, ESQ.
                               The Brandywine Building
                               1000 West Street, 17th Floor
                               P.O. Box 391
                               Wilmington, DE 19801
                               (302) 571-6600


ECRO:                          GINGER MACE

Transcription Service:         DIAZ DATA SERVICES
                               331 Schuylkill Street
                               Harrisburg, Pennsylvania 17110
                               (717) 233-6664
                               www.diazdata.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For The Official Committee Of Unsecured Creditors: | Richards Layton & Finger<br>BY:  CHRISTOPHER M. SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| For Jefferies & Co.: | Cross & Simon LLC<br>BY:  KEVIN S. MANN, ESQ.<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Palisades Capital Mgmt: | Palisades Capital Advisors LLC<br>BY:  DAWN BIZZELL, ESQ.<br>(202) 638-2171 |
| For The Official Committee Of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld<br>BY:  DAVID BOTTER, ESQ.<br>BY:  SARAH SCHULTS, ESQ.<br>(214) 969-4367<br><br>Jeffreries & Co., Inc.<br>BY:  PATRICK MORROW, ESQ.<br>(212) 284-2374 |
| For Macquarle Bank: | SUSAN S. CHEN<br>(212) 231-2386 |
| For Crowell & Moring LLP: | Crowell & Moring LLP<br>BY:  MATTHEW CHENEY<br>(202) 624-2903 |
| For Freeborn & Peters LLP: | Freeborn & Peters LLP<br>BY:  DEVON EGGER, ESQ.<br>(312) 360-6558 |
| For Lazard Freres & Company: | Lasard Freres & Company<br>BY:  COLIN H. KENNAN<br>(212) 632-6197 |
| For Chilmark Partners: | MICHAEL J. KENNEDY<br>(312) 984-9711 |

```
TELEPHONIC APPEARANCES:
(Continued)


For Ernst & Young:          Allen & Overy LLP
                            BY:  LISA KRAIDIN, ESQ.
                            (212) 610-7300

                            Foley & Lardner LLP
                            BY:  JOANNE LEE, ESQ.
                            (312) 832-4557

For Huron Consulting        JAMES LUKENDA
Services, Inc.:             (312) 583-8700


For John Ray:               Avidity Partners/Trustee
                            BY:  JOHN RAY
                            (630) 613-7300

For James Saunders:         Punter Southall Limited
                            BY:  JAMES SAUNDERS
                            (207) 839-8600

For the Debtor:             Cleary Gottlieb Steen &
                            Hamilton
                            BY:  LISA M. SCHWEITZER, ESQ.
                            One Liberty Plaza
                            New York, NY 10006
                            (212) 225-2629

                            Jackson & Lewis
                            BY:  JASON STEIN, ESQ.
                            (504) 208-5831

For Hondo Sen:              Cetus Capital
                            BY:  HONDO SEN
                            (203) 552-3528

For Fraser Milner           MICHAEL WUNDER
& Casgrain:                 (416) 863-4715
```

1    WILMINGTON, DELAWARE, THURSDAY, JUNE 24, 2010, 9:00 A.M.

2            THE CLERK: Please rise.

3            THE COURT: Good morning, everyone. Thank you and
4    please be seated. And it's good to see everyone.

5            MS. CORDO: Good morning.

6            THE COURT: Ms. Cordo, how are you?

7            MS. CORDO: Good. Good morning, Your Honor. Annie
8    Cordo, Morris Nichols Arsht and Tunnell on behalf of the
9    Debtors. We have, I think, a very quick agenda for you this
10   morning. I think that we only have two items going forward.

11           Just to run you through, Items 1 through 5 on the
12   Agenda have been adjourned to later dates. We submitted Item
13   Number 6, which was the Debtor's eighth omnibus objection under
14   certification of no objection. I believe you guys got that
15   with the proposed order?

16           THE COURT: Yes.

17           MS. CORDO: All right. Then that brings us to Item
18   Number 7 on the Agenda, which was the --

19           THE COURT: In fact, hold on one second, Ms. Cordo,
20   and I have signed that.

21           MS. CORDO: Oh, okay.

22           THE COURT: It hasn't hit the docket yet, but I did
23   sign it.

24           MS. CORDO: Okay. Thank you so much. Item Number 7
25   is the Debtor's ninth omnibus objection. We had four responses

1  to that and I actually do have a revised form of order to hand
2  up.  If I may approach?
3               THE COURT:  You certainly may.  Thank you.  Hi,
4  thank you.
5               MS. CORDO:  Your Honor, with the revised form of
6  order we are just withdrawing our objections as to one of the
7  claims, which is Claim 2139 filed by Manford Bishoff (phonetic)
8  with the other three responses.  From this objection, they are
9  based on equity interests in NNC, not NNI --
10              THE COURT:  Yes.
11              MS. CORDO:  -- and all of the claims had proofs of
12 interest with the -- their stocks purchased from NNC, so their
13 claims would be against them and not against NNI.
14              THE COURT:  Exactly.  That's what I understood from
15 your objection, Ms. Cordo, and does anyone wish to be heard on
16 this?  All right.  I think the objection is well founded --
17 clearly well founded and I will sustain the objection and sign
18 your order.
19              MS. CORDO:  Thank you, Your Honor.  Which I think
20 that brings us to the last item on the Agenda, which is our
21 fifth quarterly fees.
22              THE COURT:  Yes.
23              MS. CORDO:  I believe all of the professionals are
24 on the phone if you have any questions for anyone.
25              THE COURT:  I did not.  And we did have an

```
 1  opportunity to review them, not quite as soon as we would have
 2  liked to have before the hearing so that we could have at least
 3  spared people the time and trouble of calling in, but the fees
 4  all look to be certainly appropriate and I will be pleased to
 5  sign an order granting them.  I got a number of separate
 6  orders, are we going to do one?
 7            MS. CORDO:  I have an omnibus order I can actually -
 8  -
 9            THE COURT:  Oh, great.
10            MS. CORDO:  -- hand up and walk you through.
11            THE COURT:  Thank you, Ms. Cordo.  Please.  Thank
12  you.  That helps a lot.  Thank you.
13            MS. CORDO:  Your Honor, just to walk you through a
14  few things on this order.  If you go to Paragraphs 4, 5 and 6,
15  which are on Page 3 of the order --
16            THE COURT:  Yes.
17            MS. CORDO:  -- those deal specifically with the
18  transaction fees that were requested by Lazard.  We handled
19  this at the fourth in a supplemental order.  This time we have
20  built it into this order because those are getting paid out of
21  an escrow with each proportion allotted to various estates and
22  this breaks down what our agreement is with the other debtor
23  entities regarding escrow.
24            There is also on Exhibit A a footnote on Page 2 that
25  relates to this.  As of right now, Lazard has calculated the
```

1  sale transaction amounts at a certain number, which are still
2  subject to purchase price adjustment and dispute.  And we've
3  kind of built in a process, to the extent that those numbers go
4  up or down, the Debtors will file a statement with the Court
5  that will kind of counts for like a refund or a credit back to
6  the estate and we'll just submit something under certification
7  of counsel if nobody objects to the revised transaction number,
8  and we've built that into Footnote 6.
9              THE COURT:  Okay.  Yes, I see that here.
10             MS. CORDO:  And then one other footnote to note was
11 just Footnote 5 with regards to the fees of Linklaters.  The
12 United States Trustee had requested a $5,000 reduction and that
13 is accounted for in the order.
14             THE COURT:  Absolutely.  And I also note that the
15 United States Trustee requested a holdback for the Mercer fees.
16             MS. CORDO:  Yes, that was a holdback from the first
17 fee app and they have subsequently allowed us -- to give
18 interim payment on those pending resolution at the final fee
19 hearing.  So we are just -- they are just reserving their
20 rights for every subsequent quarter with regards to those
21 expenses.  We are paying Mercer for those and then the U.S.
22 Trustee has just reserved his right to object at the end.
23             THE COURT:  Okay.  That's helpful.  Thank you.  And
24 let me just see --
25             MS. CORDO:  And then on the only other one is we

| | |
|---|---|
| 1 | added back in the fees that were -- had been taken out of the |
| 2 | fourth omnibus order for Lazard -- |
| 3 | THE COURT:  Yes. |
| 4 | MS. CORDO:  -- and then approved in the supplemental |
| 5 | order.  Those numbers have been added back into the total. |
| 6 | THE COURT:  Okay.  All right.  Everything looks in |
| 7 | order and I'm going to sign the order. |
| 8 | MS. CORDO:  Thank you very much, Your Honor. |
| 9 | THE COURT:  Thank you.  The always efficient Ms. |
| 10 | Cordo has gotten us through this hearing even faster than |
| 11 | usual, I think. |
| 12 | MS. CORDO:  Sorry, Your Honor. |
| 13 | THE COURT:  You know, I've noticed that younger |
| 14 | lawyers, it's as if they fear bothering the Court, you know, |
| 15 | with -- at hearings and they certainly don't. |
| 16 | MS. CORDO:  Well, thank you, Your Honor. |
| 17 | THE COURT:  All right.  I've signed both orders now. |
| 18 | And is there anything else I can be helpful with? |
| 19 | MS. CORDO:  I believe that is all we have today. |
| 20 | THE COURT:  All right.  Counsel, thank you very much |
| 21 | and we'll get back to work and we'll stand in recess.  Good to |
| 22 | see you all.  Thank you. |
| 23 | (Whereupon at 9:05 a.m., the hearing was adjourned) |
| 24 | |
| 25 | |

1                              CERTIFICATION

2          I certify that the foregoing is a correct
3  transcript from the electronic sound recording of the
4  proceedings in the above-entitled matter.

5

6

7  _____     June 25, 2010

8  Stephanie McMeel

9  AAERT Cert. No. 452

10 Certified Court Transcriptionist

11

| Word | Page:Line |
|---|---|
| _____debtors.___ | 1:13 |
| **a.m**(3) | 1:16 4:1 8:23 |
| **abbott**(1) | 1:27 |
| **above-entitled**(1) | 9:4 |
| **absolutely**(1) | 7:14 |
| **accounted**(1) | 7:13 |
| **actually**(2) | 5:1 6:7 |
| **added**(2) | 8:1 8:5 |
| **adjourned**(2) | 4:12 8:23 |
| **adjustment**(1) | 7:2 |
| **administrator**(1) | 1:34 |
| **advisors**(1) | 2:22 |
| **aert**(1) | 9:9 |
| **against**(2) | 5:13 5:13 |
| **agenda**(4) | 4:9 4:12 4:18 5:20 |
| **agreement**(1) | 6:22 |
| **akin**(1) | 2:26 |
| **all**(10) | 4:17 5:11 5:16 5:23 6:4 8:6 8:17 8:19 8:20 8:22 |
| **allen**(1) | 3:5 |
| **allotted**(1) | 6:21 |
| **allowed**(1) | 7:17 |
| **also**(2) | 6:24 7:14 |
| **always**(1) | 8:9 |
| **amounts**(1) | 7:1 |
| **and**(33) | 4:3 4:4 4:8 4:20 5:1 5:11 5:13 5:15 5:17 5:17 5:25 6:3 6:4 6:10 6:14 6:21 7:2 7:2 7:6 7:8 7:10 7:12 7:14 7:17 7:21 7:23 7:25 8:4 8:7 8:15 8:18 8:21 8:21 |
| **ann**(1) | 1:26 |
| **annie**(1) | 4:7 |
| **any**(1) | 5:24 |
| **anyone**(2) | 5:15 5:24 |
| **anything**(1) | 8:18 |
| **app**(1) | 7:17 |
| **appearances**(2) | 2:20 3:1 |
| **approach**(1) | 5:2 |
| **appropriate**(1) | 6:4 |
| **approved**(1) | 8:4 |
| **are**(11) | 4:6 5:6 5:8 5:23 6:6 6:15 6:20 7:1 7:19 7:19 7:21 |
| **arsht**(2) | 1:25 4:8 |
| **avidity**(1) | 3:17 |
| **back**(4) | 7:5 8:1 8:5 8:21 |
| **bank**(1) | 2:35 |
| **bankruptcy**(2) | 1:1 1:21 |
| **based**(1) | 5:9 |
| **because**(1) | 6:20 |
| **been**(3) | 4:12 8:1 8:5 |
| **before**(2) | 1:20 6:2 |
| **behalf**(1) | 4:8 |
| **believe**(3) | 4:14 5:23 8:19 |
| **bishoff**(1) | 5:7 |
| **bizzell**(1) | 2:23 |
| **both**(1) | 8:17 |
| **bothering**(1) | 8:14 |
| **botter**(1) | 2:27 |
| **box**(2) | 1:30 1:38 |
| **brandywine**(1) | 1:36 |
| **breaks**(1) | 6:22 |
| **brings**(2) | 4:17 5:20 |
| **building**(1) | 1:36 |
| **built**(3) | 6:20 7:3 7:8 |
| **but**(2) | 4:22 6:3 |
| **calculated**(1) | 6:25 |
| **calling**(1) | 6:3 |
| **can**(2) | 6:7 8:18 |
| **capital**(3) | 2:22 2:22 3:36 |
| **case**(1) | 1:9 |
| **casgrain**(1) | 3:41 |
| **cert**(1) | 9:9 |
| **certain**(1) | 7:1 |
| **certainly**(3) | 5:3 6:4 8:15 |
| **certification**(3) | 4:14 7:6 9:1 |
| **certified**(1) | 9:10 |
| **certify**(1) | 9:2 |
| **cetus**(1) | 3:36 |
| **chapter**(1) | 1:7 |
| **chen**(1) | 2:35 |
| **cheney**(1) | 2:39 |
| **chilmark**(1) | 2:50 |
| **christopher**(1) | 2:5 |
| **claim**(1) | 5:7 |
| **claims**(3) | 5:7 5:11 5:13 |
| **clearly**(1) | 5:17 |
| **cleary**(1) | 3:25 |
| **clerk**(1) | 4:2 |
| **colin**(1) | 2:47 |
| **committee**(2) | 2:4 2:26 |
| **company**(2) | 2:46 2:46 |
| **conaway**(1) | 1:34 |
| **consulting**(1) | 3:13 |
| **continued**(2) | 2:2 3:2 |
| **cordo**(28) | 1:26 4:5 4:6 4:7 4:8 4:17 4:19 4:21 4:24 5:5 5:11 5:15 5:19 5:23 6:7 6:10 6:11 6:13 6:17 7:10 7:16 7:25 8:4 8:8 8:10 8:12 8:16 8:19 |
| **correct**(1) | 9:2 |
| **could**(1) | 6:2 |
| **counsel**(2) | 7:7 8:20 |
| **counts**(1) | 7:5 |
| **court**(26) | 1:1 4:3 4:6 4:16 4:19 4:22 5:3 5:10 5:14 5:22 5:25 6:9 6:11 6:16 7:4 7:9 7:14 7:23 8:3 8:6 8:9 8:13 8:14 8:17 8:20 9:10 |
| **courtroom**(1) | 1:11 |
| **credit**(1) | 7:5 |
| **creditors**(2) | 2:5 2:27 |
| **cross**(1) | 2:12 |
| **crowell**(2) | 2:38 2:38 |
| **data**(1) | 1:44 |
| **dates**(1) | 4:12 |
| **david**(1) | 2:27 |
| **dawn**(1) | 2:23 |
| **deal**(1) | 6:17 |
| **debtor**(2) | 3:25 6:22 |
| **debtor's**(2) | 4:13 4:25 |
| **debtors**(3) | 1:25 4:9 7:4 |
| **delaware**(3) | 1:2 1:13 4:1 |
| **derek**(1) | 1:27 |
| **devon**(1) | 2:43 |
| **diaz**(1) | 1:44 |
| **did**(3) | 4:22 5:25 5:25 |
| **dispute**(1) | 7:2 |
| **district**(1) | 1:2 |
| **docket**(1) | 4:22 |
| **does**(1) | 5:15 |
| **don't**(1) | 8:15 |
| **down**(2) | 6:22 7:4 |
| **each**(1) | 6:21 |
| **ecro**(1) | 1:42 |
| **efficient**(1) | 8:9 |
| **egger**(1) | 2:43 |
| **eighth**(1) | 4:13 |
| **electronic**(2) | 1:50 9:3 |
| **else**(1) | 8:18 |
| **end**(1) | 7:22 |
| **entities**(1) | 6:23 |
| **equity**(1) | 5:9 |
| **ernst**(1) | 3:5 |
| **escrow**(2) | 6:21 6:23 |
| **esq**(14) | 1:26 1:27 1:35 2:5 2:13 2:23 2:27 2:28 2:32 2:43 3:6 3:10 3:27 3:33 |
| **estate**(1) | 7:6 |
| **estates**(1) | 6:21 |
| **even**(1) | 8:10 |
| **every**(1) | 7:20 |
| **everyone**(2) | 4:3 4:4 |
| **everything**(1) | 8:6 |
| **exactly**(1) | 5:14 |
| **exhibit**(1) | 6:24 |
| **expenses**(1) | 7:21 |
| **extent**(1) | 7:3 |
| **fact**(1) | 4:19 |
| **faster**(1) | 8:10 |
| **fear**(1) | 8:14 |
| **fee**(2) | 7:17 7:18 |
| **fees**(6) | 5:21 6:3 6:18 7:11 7:15 8:1 |
| **feld**(1) | 2:26 |
| **few**(1) | 6:14 |
| **fifth**(1) | 5:21 |
| **file**(1) | 7:4 |
| **filed**(1) | 5:7 |
| **final**(1) | 7:18 |
| **finger**(1) | 2:4 |
| **finnegan**(1) | 1:35 |
| **first**(1) | 7:16 |
| **floor**(3) | 1:29 1:37 2:15 |
| **foley**(1) | 3:9 |
| **footnote**(4) | 6:24 7:8 7:10 7:11 |
| **for**(27) | 1:2 1:25 1:34 2:4 2:12 2:22 2:26 2:35 2:38 2:42 2:46 2:50 3:5 3:13 3:17 3:21 3:25 3:36 3:40 4:9 5:24 7:5 7:13 7:15 7:20 7:21 8:2 |
| **foregoing**(1) | 9:2 |
| **form**(2) | 5:1 5:5 |
| **forward**(1) | 4:10 |
| **founded**(2) | 5:16 5:17 |
| **four**(1) | 4:25 |
| **fourth**(2) | 6:19 8:2 |
| **fraser**(1) | 3:40 |
| **freeborn**(2) | 2:42 2:42 |
| **freres**(2) | 2:46 2:46 |
| **from**(5) | 5:8 5:12 5:14 7:16 9:3 |
| **get**(1) | 8:21 |
| **getting**(1) | 6:20 |
| **ginger**(1) | 1:42 |
| **give**(1) | 7:17 |
| **going**(3) | 4:10 6:6 8:7 |
| **good**(6) | 4:3 4:4 4:5 4:7 4:7 8:21 |
| **got**(2) | 4:14 6:5 |
| **gotten**(1) | 8:10 |
| **gottlieb**(1) | 3:25 |
| **granting**(1) | 6:5 |
| **great**(1) | 6:9 |
| **gross**(1) | 1:20 |
| **gump**(1) | 2:26 |
| **guys**(1) | 4:14 |
| **had**(4) | 4:25 5:11 7:12 8:1 |
| **hamilton**(1) | 3:26 |
| **hand**(2) | 5:1 6:10 |
| **handled**(1) | 6:18 |
| **harrisburg**(1) | 1:46 |
| **has**(3) | 6:25 7:22 8:10 |
| **hasn't**(1) | 4:22 |
| **hauer**(1) | 2:26 |
| **have**(15) | 4:9 4:10 4:12 4:20 5:1 5:24 5:25 6:1 6:2 6:2 6:7 6:19 7:17 8:5 8:19 |
| **heard**(1) | 5:15 |
| **hearing**(4) | 6:2 7:19 8:10 8:23 |
| **hearings**(1) | 8:15 |
| **helpful**(2) | 7:23 8:18 |
| **helps**(1) | 6:12 |
| **here**(1) | 7:9 |
| **his**(1) | 7:22 |
| **hit**(1) | 4:22 |
| **hold**(1) | 4:19 |
| **holdback**(2) | 7:15 7:16 |
| **hondo**(2) | 3:36 3:37 |
| **honor**(7) | 4:7 5:5 5:19 6:13 8:8 8:12 8:16 |
| **honorable**(1) | 1:20 |
| **how**(1) | 4:6 |
| **huron**(1) | 3:13 |
| **i'm**(1) | 8:7 |
| **i've**(2) | 8:13 8:17 |
| **inc**(3) | 1:9 2:31 3:14 |
| **interest**(1) | 5:12 |
| **interests**(1) | 5:9 |
| **interim**(1) | 7:18 |
| **into**(3) | 6:20 7:8 8:5 |
| **it's**(2) | 4:4 8:14 |
| **item**(4) | 4:12 4:17 4:24 5:20 |
| **items**(2) | 4:10 4:11 |
| **jackson**(1) | 3:32 |
| **james**(3) | 3:13 3:21 3:22 |
| **jason**(1) | 3:33 |
| **jefferies**(1) | 2:12 |
| **jeffreries**(1) | 2:31 |
| **joanne**(1) | 3:10 |
| **john**(2) | 3:17 3:18 |
| **judge**(1) | 1:21 |
| **june**(3) | 1:15 4:1 9:7 |
| **just**(9) | 4:11 5:6 6:13 7:6 7:11 7:19 7:19 7:22 7:24 |
| **kennan**(1) | 2:47 |
| **kennedy**(1) | 2:50 |
| **kevin**(2) | 1:20 2:13 |
| **kind**(2) | 7:3 7:5 |
| **king**(1) | 2:7 |
| **know**(2) | 8:13 8:14 |
| **kraidin**(1) | 3:6 |
| **lardner**(1) | 3:9 |
| **lasard**(1) | 2:46 |
| **last**(1) | 5:20 |
| **later**(1) | 4:12 |
| **lawyers**(1) | 8:14 |
| **layton**(1) | 2:4 |
| **lazard**(4) | 2:46 6:18 6:25 8:2 |
| **least**(1) | 6:2 |
| **lee**(1) | 3:10 |
| **let**(1) | 7:24 |
| **lewis**(1) | 3:32 |
| **liberty**(1) | 3:28 |
| **like**(1) | 7:5 |
| **liked**(1) | 6:2 |
| **limited**(1) | 3:21 |
| **linklaters**(1) | 7:11 |
| **lisa**(2) | 3:6 3:27 |
| **llc**(2) | 2:12 2:22 |
| **llp**(6) | 2:38 2:38 2:42 2:42 3:5 3:9 |
| **look**(1) | 6:4 |
| **looks**(1) | 8:6 |
| **lot**(1) | 6:12 |
| **lukenda**(1) | 3:13 |
| **mace**(1) | 1:42 |
| **macquarie**(1) | 2:35 |
| **manford**(1) | 5:7 |
| **mann**(1) | 2:13 |
| **maris**(1) | 1:35 |
| **market**(3) | 1:12 1:28 2:14 |
| **matter**(1) | 9:4 |
| **matthew**(1) | 2:39 |
| **may**(2) | 5:2 5:3 |
| **mcmeel**(1) | 9:8 |
| **mercer**(2) | 7:15 7:21 |
| **mgmt**(1) | 2:22 |
| **michael**(2) | 2:50 3:40 |
| **milner**(1) | 3:40 |
| **moring**(2) | 2:38 2:38 |
| **morning**(4) | 4:3 4:5 4:7 4:10 |
| **morris**(2) | 1:25 4:8 |
| **morrow**(1) | 2:32 |
| **much**(3) | 4:24 8:8 8:20 |
| **networks**(1) | 1:9 |
| **new**(1) | 3:29 |
| **nichols**(2) | 1:25 4:8 |
| **ninth**(1) | 4:25 |
| **nnc**(2) | 5:9 5:12 |
| **nni**(2) | 5:9 5:13 |
| **nobody**(1) | 7:7 |
| **nortel**(1) | 1:9 |
| **north**(3) | 1:28 2:7 2:14 |
| **not**(4) | 5:9 5:13 5:25 6:1 |
| **note**(2) | 7:10 7:14 |
| **noticed**(1) | 8:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| now(2) | 6:25 8:17 | rise(1) | 4:2 | this(10) | 4:9 5:8 5:16 6:14 6:19 6:19 6:20 6:22 6:25 8:10 |
| number(6) | 4:13 4:18 4:24 6:5 7:1 7:7 | rodney(1) | 2:6 | | |
| numbers(2) | 7:3 8:5 | run(1) | 4:11 | | |
| object(1) | 7:22 | sale(1) | 7:1 | those(7) | 6:17 6:20 7:3 7:18 7:20 7:21 8:5 |
| objection(7) | 4:13 4:14 4:25 5:8 5:15 5:16 5:17 | samis(1) | 2:5 | three(1) | 5:8 |
| | | sarah(1) | 2:28 | through(5) | 4:11 4:11 6:10 6:13 8:10 |
| | | saunders(2) | 3:21 3:22 | thursday(1) | 4:1 |
| objections(1) | 5:6 | schults(1) | 2:28 | time(2) | 6:3 6:19 |
| objects(1) | 7:7 | schuylkill(1) | 1:45 | today(1) | 8:19 |
| official(2) | 2:4 2:26 | schweitzer(1) | 3:27 | total(1) | 8:5 |
| okay(5) | 4:21 4:24 7:9 7:23 8:6 | seated(1) | 4:4 | transaction(3) | 6:18 7:1 7:7 |
| omnibus(4) | 4:13 4:25 6:7 8:2 | second(1) | 4:19 | transcript(3) | 1:19 1:50 9:3 |
| one(7) | 2:6 3:28 4:19 5:6 6:6 7:10 7:25 | see(4) | 4:4 7:9 7:24 8:22 | transcription(2) | 1:44 1:51 |
| only(2) | 4:10 7:25 | sen(2) | 3:36 3:37 | transcriptionist(1) | 9:10 |
| opportunity(1) | 6:1 | separate(1) | 6:5 | trouble(1) | 6:3 |
| order(15) | 4:15 5:1 5:6 5:18 6:5 6:7 6:14 6:15 6:19 6:20 7:13 8:2 8:5 8:7 8:7 | service(2) | 1:44 1:51 | trustee(3) | 7:12 7:15 7:22 |
| | | services(2) | 1:44 3:14 | tunnell(2) | 1:25 4:8 |
| | | sign(4) | 4:23 5:17 6:5 8:7 | two(1) | 4:10 |
| orders(2) | 6:6 8:17 | signed(2) | 4:20 8:17 | u.k(1) | 1:34 |
| other(4) | 5:8 6:22 7:10 7:25 | simon(1) | 2:12 | u.s(1) | 7:21 |
| our(3) | 5:6 5:20 6:22 | something(1) | 7:6 | under(2) | 4:13 7:6 |
| out(2) | 6:20 8:1 | soon(1) | 6:1 | understood(1) | 5:14 |
| overy(1) | 3:5 | sorry(1) | 8:12 | united(4) | 1:1 1:21 7:12 7:15 |
| p.o(2) | 1:30 1:38 | sound(2) | 1:50 9:3 | unsecured(2) | 2:5 2:27 |
| page(2) | 6:15 6:24 | southall(1) | 3:21 | usual(1) | 8:11 |
| paid(1) | 6:20 | spared(1) | 6:3 | various(1) | 6:21 |
| palisades(2) | 2:22 2:22 | specifically(1) | 6:17 | very(3) | 4:9 8:8 8:20 |
| paragraphs(1) | 6:14 | square(1) | 2:6 | walk(2) | 6:10 6:13 |
| partners(1) | 2:50 | stand(1) | 8:21 | was(5) | 4:13 4:18 7:10 7:16 8:23 |
| partners/trustee(1) | 3:17 | stargatt(1) | 1:34 | we'll(3) | 7:6 8:21 8:21 |
| patrick(1) | 2:32 | statement(1) | 7:4 | we've(2) | 7:2 7:8 |
| paying(1) | 7:21 | states(4) | 1:1 1:21 7:12 7:15 | well(3) | 5:16 5:17 8:16 |
| payment(1) | 7:18 | steen(1) | 3:25 | were(2) | 6:18 8:1 |
| pending(1) | 7:18 | stein(1) | 3:33 | west(1) | 1:37 |
| pennsylvania(1) | 1:46 | stephanie(1) | 9:8 | what(2) | 5:14 6:22 |
| people(1) | 6:3 | still(1) | 7:1 | whereupon(1) | 8:23 |
| peters(2) | 2:42 2:42 | stocks(1) | 5:12 | which(7) | 4:13 4:18 5:7 5:19 5:20 6:15 7:1 |
| phone(1) | 5:24 | strauss(1) | 2:26 | will(4) | 5:17 6:4 7:4 7:5 |
| phonetic(1) | 5:7 | street(6) | 1:12 1:28 1:37 1:45 2:7 2:14 | wilmington(6) | 1:13 1:31 1:39 2:8 2:16 4:1 |
| plaza(1) | 3:28 | subject(1) | 7:2 | wish(1) | 5:15 |
| please(3) | 4:2 4:4 6:11 | submit(1) | 7:6 | with(12) | 4:15 5:5 5:8 5:12 6:17 6:21 6:22 7:4 7:11 7:20 8:15 8:18 |
| pleased(1) | 6:4 | submitted(1) | 4:12 | | |
| ppearances(2) | 1:23 2:1 | subsequent(1) | 7:20 | | |
| price(1) | 7:2 | subsequently(1) | 7:17 | withdrawing(1) | 5:6 |
| proceedings(3) | 1:19 1:50 9:4 | supplemental(2) | 6:19 8:4 | work(1) | 8:21 |
| process(1) | 7:3 | susan(1) | 2:35 | would(2) | 5:13 6:1 |
| produced(1) | 1:51 | sustain(1) | 5:17 | wunder(1) | 3:40 |
| professionals(1) | 5:23 | taken(1) | 8:1 | www.diazdata.com(1) | 1:48 |
| proofs(1) | 5:11 | taylor(1) | 1:34 | yes(7) | 4:16 5:10 5:22 6:16 7:9 7:16 8:3 |
| proportion(1) | 6:21 | telephonic(2) | 2:20 3:1 | yet(1) | 4:22 |
| proposed(1) | 4:15 | than(1) | 8:10 | york(1) | 3:29 |
| punter(1) | 3:21 | thank(14) | 4:3 4:24 5:3 5:4 5:19 6:11 6:12 7:23 8:8 8:9 8:16 8:20 8:22 | you(26) | 4:3 4:6 4:9 4:11 4:14 4:24 5:3 5:4 5:19 5:24 6:10 6:11 6:12 6:12 6:13 6:14 7:23 8:8 8:9 8:13 8:14 8:16 8:20 8:22 8:22 |
| purchase(1) | 7:2 | | | | |
| purchased(1) | 5:12 | | | | |
| quarter(1) | 7:20 | that(21) | 4:10 4:14 4:17 4:20 5:1 5:20 6:2 6:12 6:18 6:24 7:3 7:5 7:8 7:9 7:12 7:14 7:16 8:1 8:13 8:19 9:2 | | |
| quarterly(1) | 5:21 | | | young(2) | 1:34 3:5 |
| questions(1) | 5:24 | | | younger(1) | 8:13 |
| quick(1) | 4:9 | | | your(9) | 4:7 5:5 5:15 5:18 5:19 6:13 8:8 8:12 8:16 |
| quite(1) | 6:1 | that's(2) | 5:14 7:23 | | |
| ray(2) | 3:17 3:18 | the(84) | 1:1 1:2 1:20 1:36 2:4 2:26 3:25 4:2 4:3 4:6 4:8 4:11 4:13 4:15 4:16 4:18 4:18 4:19 4:22 4:22 4:25 5:3 5:5 5:6 5:8 5:10 5:11 5:12 5:14 5:16 5:17 5:20 5:20 5:22 5:23 5:24 5:25 6:2 6:3 6:3 6:9 6:11 6:15 6:16 6:17 6:19 6:22 6:25 7:3 7:4 7:4 7:6 7:7 7:9 7:11 7:11 7:13 7:14 7:14 7:15 7:16 7:18 7:21 7:22 7:23 7:25 8:1 8:1 8:3 8:4 8:5 8:6 8:7 8:9 8:9 8:13 8:14 8:17 8:20 8:23 9:2 9:3 9:3 9:4 | | |
| recess(1) | 8:21 | | | | |
| recorded(1) | 1:50 | | | | |
| recording(2) | 1:50 9:3 | | | | |
| reduction(1) | 7:12 | | | | |
| refund(1) | 7:5 | | | | |
| regarding(1) | 6:23 | their(3) | 5:12 5:12 7:19 | | |
| regards(2) | 7:11 7:20 | them(3) | 5:13 6:1 6:5 | | |
| relates(1) | 6:25 | then(5) | 4:17 7:10 7:21 7:25 8:4 | | |
| requested(3) | 6:18 7:12 7:15 | there(2) | 6:24 8:18 | | |
| reserved(1) | 7:22 | they(5) | 5:8 7:17 7:19 8:14 8:15 | | |
| reserving(1) | 7:19 | things(1) | 6:14 | | |
| resolution(1) | 7:18 | think(5) | 4:9 4:10 5:16 5:19 8:11 | | |
| responses(2) | 4:25 5:8 | | | | |
| review(1) | 6:1 | | | | |
| revised(3) | 5:1 5:5 7:7 | | | | |
| richards(1) | 2:4 | | | | |
| right(7) | 4:17 5:16 6:25 7:22 8:6 8:17 8:20 | | | | |
| rights(1) | 7:20 | | | | |