# Notice Recipients

District/Off: 0311−1  User: GingerM  Date Created: 6/28/2010
Case: 09−10138−KG  Form ID: ntcBK  Total: 21

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPREGION03.WL.ECF@USDOJ.GOV
aty  Alissa T. Gazze  agazze@mnat.com

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Nortel Networks Inc., et al.   2221 Lakeside Boulevard   Richardson, TX 75082
frep  Allen &Overy LLP,   1221 Avenue of the Americas   New York, NY 10020
ust  Thomas Patrick Tinker   Office of the U.S. Trustee   844 King Street Suite 2207   Wilmington, DE 19801
aty  Andrew R. Remming   Morris, Nichols, Arsht &Tunnell   1201 North Market Street   P.O. Box 1347   Wilmington, DE 19899−1347
aty  Ann C. Cordo   Morris Nichols Arsht &Tunnell LLP   1201 N. Market Street   P.O. Box 1347   Wilmington, DE 19899−1347
aty  Derek C. Abbott   Morris Nichols Arsht &Tunnell   1201 N. Market Street   Wilmington, DE 19899
aty  Derek C. Abbott   Morris, Nichols, Arsht &Tunnell   1201 N. Market Street   P. O. Box 1347   Wilmington, DE 19899
aty  Eric D. Schwartz   Morris, Nichols, Arsht &Tunnell   1201 N.Market Street   P. O. Box 1347   Wilmington, DE 19801
aty  James Croft   Cleary Gottlieb Steen &Hamilton LLP   One Liberty Plaza   New York, NY 10006
aty  James L. Bromley   Cleary Gottlieb Steen &Hamilton   One Liberty Plaza   New York, NY 10006
aty  Jennifer M. Westerfield   Cleary Gottlieb Steen &Hamilton, LLP   One Liberty Plaza   New York, NY 10006
aty  Mary Caloway   Buchanan Ingersoll &Rooney PC   1000 West Street   Ste 1410   Wilmington, DE 19801
aty  Mona A. Parikh   Buchanan Ingersoll &Rooney PC   1000 West Street   Suite 1410   Wilmington, DE 19801
aty  Nancy G. Everett   Winston &Strawn LLP   35 W. Wacker Drive   Chicago, IL 60601
aty  Neil P Forrest   Cleary Gottlieb Steen &Hamiton LLP   One Liberty Plaza   New York, NY 10006
aty  Peter James Duhig   Buchanan Ingersoll &Rooney PC   The Brandywine Building   1000 West Street   Suite 1410, P.O. Box 1397   Wilmington, DE 19899
aty  Robin J. Baik   Cleary Gottlieb Steen &Hamilton LLP   One Liverty Plaza   New York, NY 10006
aty  Thomas F. Driscoll, III   Morris, Nichols, Arsht &Tunnell LLP   1201 North Market Street   Wilmington, DE 19801
aty  Thomas F. Driscoll, III   Morris, Nichols, Arsht &Tunnell LLP   1201 North Market Street   Wilmington, DE 19801

                                                                                                    TOTAL: 19