IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

STEVEN CUNIX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On June 25, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Steven Cunix

Sworn to before me this
25th day of June, 2010

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Hain Capital Holdings, Ltd.
        Attn: Ganna Liberchuk
        301 Route 17, 7th Floor
        Rutherford, NJ 07070**

Your claim, in the amount of **$747,603.76** has been transferred, unless previously expunged by Court Order, to:

**Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **3158** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 9, 2010

# EXHIBIT B

```
TIME: 16:50:38                           NORTEL NETWORKS INC.                                            PAGE:   1
DATE: 06/25/10                             CREDITOR LISTING
```

| Name | Address |
|---|---|
| ADEX CORPORATION | C/O FREEDMAN & GERSTEN, LLP ATTN: MARC D. FREEDMAN, ESQ 777 TERRACE AVENUE, 5TH FLOOR HASBROUCK HEIGHTS NJ 07604 |
| ADEX CORPORATION | MARC D. FREEDMAN, ESQ. FREEDMAN & GERSTEN, LLP 777 TERRACE AVENUE, 5TH FLOOR HASBROUCK HEIGHTS NJ 07604 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: WELCH CONSULTING ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587 |
| TIPPIT INC | 100 CALIFORNIA ST STE 400 SAN FRANCISCO CA 941114509 |
| TIPPIT INC | 531 HOWARD STREET SAN FRANCISCO CA 94105 |
| VERIDAN CONNECTIONS | 1465 PICKERING PARKWAY SUITE 200 PICKERING ON L1V 7G7 CANADA |
| WEBSLINGERZ, INC. | 4203 TALLWOOD DR. GREENSBORO NC 27410 |

Total Number of Records Printed        7

**EXHIBIT C**

```
TIME: 16:50:08                                          NORTEL NETWORKS INC.
DATE: 06/25/10                                          CREDITOR LISTING                                                   PAGE:    1

Name                                Address
CORRE OPPORTUNITIES FUND, L.P.      TRANSFEROR: BLUE HERON MICRO OPPORTUNITI ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019
HAIN CAPITAL HOLDINGS, LLC          TRANSFEROR: WEBSLINGERZ, INC. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070
UNITED STATES DEBT RECOVERY V, LP   TRANSFEROR: ADEX CORPORATION 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451
UNITED STATES DEBT RECOVERY V, LP   TRANSFEROR: TIPPIT INC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451
UNITED STATES DEBT RECOVERY V, LP   TRANSFEROR: VERIDAN CONNECTIONS 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451

Total Number of Records Printed      5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006