**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **29 June 2010**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **291777**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 31,657.50 |
| For the period to 31 May 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 113.77 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 49.50 |
| | 0.00 | | 31,820.77 |
| | | VAT | 0.00 |
| | | Total | 31,820.77 |
| | | **Balance Due** | **31,820.77** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 291777 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

## Re: BANKRUPTCY

## GDB/CCN01.00001

### For the period: to 31 May 2010

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Angela Pearson | 3.80 | 2,318.00 | (C0016) |
|  |  | 1.30 | 793.00 | (C0031 |
|  |  | 5.10 | £3,111.00 |  |
| Partner: | Steven Hull | 1.30 | 793.00 | (C0016) |
|  |  | 0.20 | 122.00 | (C0031) |
|  |  | 1.50 | £915.00 |  |
| Senior Associate: | Marcus Fink | 3.20 | 1,600.00 | (C00016) |
|  |  | 3.20 | £1,600.00 |  |
| Senior Associate: | Anna Grainger | 0.20 | 100.00 | (C0028) |
|  |  | 0.20 | £100.00 |  |
| Associate: | Caroline Wicker | 18.80 | 6,392.00 | (C0028) |
|  |  | 18.80 | £6,392.00 |  |
| Associate: | Josie Perrott | 1.40 | 553.00 | (C0028) |
|  |  | 1.40 | £553.00 |  |
| Junior Associate: | Paul Bagon | 12.70 | 4,000.50 | (C0003) |
|  |  | 4.30 | 1,354.50 | (C0007) |
|  |  | 7.50 | 2,362.50 | (C0016) |
|  |  | 30.10 | 9,481.50 | (C0028) |
|  |  | 4.50 | 1,417.50 | (C0031) |
|  |  | 59.10 | £18,616.50 |  |
| Trainee: | Caroline Grant | 0.60 | 111.00 | (C0028) |
|  |  | 0.60 | £111.00 |  |
| Trainee: | Grant Batten | 0.20 | 37.00 | (C0028) |
|  |  | 0.20 | £37.00 |  |
| Trainee: | Ying Laohachewin | 1.20 | 222.00 | (C0031) |
|  |  | 1.20 | £222.00 |  |
| **TOTAL** |  | **91.30** | **£31,657.50** |  |

Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2010

## Matter: CCN01.00001 - BANKRUPTCY

### 0003 Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| DB | Paul Bagon | 12.70 | 315.00 | 4,000.50 |
| | | | Total | 4,000.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2010 | Paul Bagon | LETT | Ashurst fee application | 2.00 | 315.00 | 630.00 |
| 18/05/2010 | Paul Bagon | LETT | Ashurst HK invoice. | 0.30 | 315.00 | 94.50 |
| 25/05/2010 | Paul Bagon | LETT | Ashurst monthly fee application. | 0.70 | 315.00 | 220.50 |
| 27/05/2010 | Paul Bagon | DRFT | Ashurst fee application. | 2.20 | 315.00 | 693.00 |
| 28/05/2010 | Paul Bagon | DRFT | Finalising and submitting Ashurst monthly fee application. | 5.50 | 315.00 | 1,732.50 |
| 28/05/2010 | Paul Bagon | LETT | Liaising with Cleary re duplicate payment. | 1.00 | 315.00 | 315.00 |
| 31/05/2010 | Paul Bagon | DRFT | Ashurst interim fee application. | 1.00 | 315.00 | 315.00 |
| | | | | | | 4,000.50 |

## 0007  Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Junior Associate** | | | | |
| DB | Paul Bagon | 4.30 | 315.00 | 1,354.50 |
| | | | Total | **1,354.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 06/05/2010 | Paul Bagon | PHON | UCC weekly call. | 1.20 | 315.00 | 378.00 |
| 13/05/2010 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 315.00 | 315.00 |
| 20/05/2010 | Paul Bagon | PHON | Weekly UCC call. | 0.90 | 315.00 | 283.50 |
| 27/05/2010 | Paul Bagon | PHON | UCC weekly meeting. | 1.20 | 315.00 | 378.00 |
| | | | | | | **1,354.50** |

## 0016  Lift Stay Litigation

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MP | Angela Pearson | 3.80 | 610.00 | 2,318.00 |
| EH | Steven Hull | 1.30 | 610.00 | 793.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 3.20 | 500.00 | 1,600.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 7.50 | 315.00 | 2,362.50 |
| | | | Total | 7,073.50 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached factum filed by NN UK Pensions Trustees and PPF; review Angela Pearson response regarding Di Novo hearing and review email correspondence regarding same | 0.20 | 610.00 | 122.00 |
| 04/05/2010 | Angela Pearson | DRFT | Review Motion | 1.00 | 610.00 | 610.00 |
| 07/05/2010 | Steven Hull | READ | Review Joshua Sturn email and review attached email correspondence with BLG solicitors and review attached reply factum of UK Pensions Regulator re Motion to Appeal | 0.30 | 610.00 | 183.00 |
| 10/05/2010 | Marcus Fink | LETT | Review emailed updates from Josh Sturn relating to the UK Pensions Regulator appeal against enforcement of stay proceedings and consider current position and next steps | 2.10 | 500.00 | 1,050.00 |
| 10/05/2010 | Paul Bagon | READ | US and Canadian appeal submissions re FSD | 4.50 | 315.00 | 1,417.50 |
| 11/05/2010 | Paul Bagon | READ | US / Canada Factum re FSD | 1.00 | 315.00 | 315.00 |
| 21/05/2010 | Angela Pearson | LETT | Review of motion/emails | 1.00 | 610.00 | 610.00 |
| 21/05/2010 | Paul Bagon | READ | Pension Trustee US appeal submissions. | 2.00 | 315.00 | 630.00 |
| 25/05/2010 | Steven Hull | LETT | Review Lisa Beckerman email and review attached modified brief and note issues re deadlines. | 0.20 | 610.00 | 122.00 |
| 26/05/2010 | Steven Hull | READ | Review Josh Sturn emails and review attached email correspondence from Canadian Counsel re: Canadian motion by UK pension trustees to lift the capped CCAA and review further email correspondence regarding same | 0.30 | 610.00 | 183.00 |
| 28/05/2010 | Angela Pearson | READ | Review emails/motions, etc. | 1.80 | 610.00 | 1,098.00 |
| 28/05/2010 | Marcus Fink | LETT | Review tpr and PPF.trustee appeal submissions and consider | 1.10 | 500.00 | 550.00 |
| 28/05/2010 | Steven Hull | READ | Review Joshua Sturn's email and review attached emails received from Canadian Counsel re: pensions Regulator and pension trustees respective factums | 0.30 | 610.00 | 183.00 |

7,073.50

**0028**     **Non-Debtor Affiliates**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| QG | Anna Grainger | 0.20 | 500.00 | 100.00 |
| **Associates** | | | | |
| WW | Caroline Wicker | 18.80 | 340.00 | 6,392.00 |
| JUP | Josie Perrott | 1.40 | 395.00 | 553.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 30.10 | 315.00 | 9,481.50 |
| **Trainee** | | | | |
| GRANT | Caroline Grant | 0.60 | 185.00 | 111.00 |
| GBATTE | Grant Batten | 0.20 | 185.00 | 37.00 |
|  |  |  | **Total** | **16,674.50** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 03/05/2010 | Paul Bagon | LETT | To AG re liquidation analysis. | 0.10 | 315.00 | 31.50 |
| 04/05/2010 | Caroline Wicker | LETT | Liquidation analysis | 4.00 | 340.00 | 1,360.00 |
| 04/05/2010 | Paul Bagon | DRFT | Global liquidation analysis. | 5.00 | 315.00 | 1,575.00 |
| 05/05/2010 | Anna Grainger | LETT | Di Josie re Australian insolvency advice | 0.20 | 500.00 | 100.00 |
| 05/05/2010 | Caroline Grant | LETT | Filing and amending advice for Hong Kong and Thailand | 0.60 | 185.00 | 111.00 |
| 05/05/2010 | Caroline Wicker | LETT | Liquidation analysis - amending and finalising memoranda | 4.30 | 340.00 | 1,462.00 |
| 05/05/2010 | Grant Batten | LETT | Nortel - liquidation analysis | 0.20 | 185.00 | 37.00 |
| 05/05/2010 | Josie Perrott | LETT | Reviewing Australian insolvency law summary and making amendments, sending to Paul | 1.40 | 395.00 | 553.00 |
| 05/05/2010 | Paul Bagon | LETT | Liquidation analysis. | 6.00 | 315.00 | 1,890.00 |
| 06/05/2010 | Caroline Wicker | DRFT | Liquidation analysis - reviewing and amending report | 3.50 | 340.00 | 1,190.00 |
| 06/05/2010 | Paul Bagon | DRFT | Liquidation analysis report. | 8.00 | 315.00 | 2,520.00 |
| 07/05/2010 | Caroline Wicker | LETT | Liquidation analysis - reviewing and amending report | 3.00 | 340.00 | 1,020.00 |
| 07/05/2010 | Caroline Wicker | LETT | Liquidation analysis - reviewing and finalising report | 4.00 | 340.00 | 1,360.00 |
| 07/05/2010 | Paul Bagon | DRFT | Finalising draft liquidation summary and sending out. | 11.00 | 315.00 | 3,465.00 |
|  |  |  |  |  |  | **16,674.50** |

### 0031 European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| MP | Angela Pearson | 1.30 | 610.00 | 793.00 |
| EH | Steven Hull | 0.20 | 610.00 | 122.00 |
| **Junior Associate** | | | | |
| DB | Paul Bagon | 4.50 | 315.00 | 1,417.50 |
| **Trainee** | | | | |
| YLAOHA | Ying Laohachewin | 1.20 | 185.00 | 222.00 |
| | | | Total | 2,554.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/05/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.30 | 610.00 | 183.00 |
| 04/05/2010 | Paul Bagon | PHON | Attending allocation protocol meeting (in part) | 1.20 | 315.00 | 378.00 |
| 05/05/2010 | Paul Bagon | PHON | Professionals Pre-Call. | 1.00 | 315.00 | 315.00 |
| 06/05/2010 | Ying Laohachewin | ATTD | Attend conference call | 1.00 | 185.00 | 185.00 |
| 07/05/2010 | Angela Pearson | READ | Review deal emails | 1.00 | 610.00 | 610.00 |
| 07/05/2010 | Ying Laohachewin | LETT | Proof read document to be sent to Akin Gump | 0.20 | 185.00 | 37.00 |
| 12/05/2010 | Paul Bagon | PHON | Professionals pre-call. | 0.50 | 315.00 | 157.50 |
| 17/05/2010 | Paul Bagon | DRFT | Reviewing datasite NDA and sending comments to AG. | 1.30 | 315.00 | 409.50 |
| 21/05/2010 | Steven Hull | LETT | Review emails | 0.20 | 610.00 | 122.00 |
| 26/05/2010 | Paul Bagon | PHON | Professionals pre-call. | 0.50 | 315.00 | 157.50 |
| | | | | | | 2,554.50 |