## Exhibit C

## DISBURSEMENT SUMMARY
## MAY 01, 2010 THROUGH MAY 31, 2010

| | |
|---|---:|
| Document Production | £113.77 |
| Travel Expenses – Ground Transportation | £30.00 |
| Bank Transfer Fees | £19.50 |
| **TOTAL** | **£163.27** |