**Exhibit D**

Case 09-10138-MFW   Doc 3235-5   Filed 06/29/10   Page 1 of 2

Exhibit D

## Disbursements Detailed Breakdown

**Document Production** 113.77

**Fares, Courier Charges and Incidental Expenses (Bank Charge)**

| | | |
|---|---|---|
| 13/05/2010 | PAYEE: NatWest; REQUEST#: 393379; DATE: 13/05/2010. - Bank charge for urgent transfer re return of duplicate payment of Ashurst invoice 265433 (£54,223.96 + interest of £30.16) sent to Nortel Networks Inc | 19.50 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 13/05/2010 | PAYEE: Pettycash; REQUEST#: 393206; DATE: 13/05/2010. - P/C PDB Taxi - 07/05/10 | 30.00 |

163.27