# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2010 THROUGH MAY 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £610 | 5.10 | 3,111.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £610 | 1.50 | 915.00 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £500 | 3.20 | 1,600.00 |
| Anna Grainger | Associate for 11 years; Admitted in 1999 in New Zealand; International Finance Group, UK | £500 | 0.20 | 100.00 |
| Caroline Wicker | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group, UK | £340 | 18.80 | 6,392.00 |
| Josie Perrott | Associate for 7 years; Admitted in 2003 in Australia; International Finance Group, UK | £395 | 1.40 | 553.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £315 | 59.10 | 18,616.50 |
| Caroline Grant | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | 0.60 | 111.00 |
| Grant Batten | Trainee for 1 year; International Finance, UK | £185 | 0.20 | 37.00 |
| Ying Laohachewin | Trainee for 1 year; Restructuring and Special Situations Group, UK | £185 | 1.20 | 222.00 |
| TOTAL | | | 91.30 | 31,657.50 |

## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2010 THROUGH MAY 31, 2010

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 12.70 | 4000.50 |
| Creditors Committee Meetings | 4.30 | 1354.50 |
| Lift Stay Litigation | 15.80 | 7,073.50 |
| Non-Debtor Affiliates | 51.30 | 16,674.50 |
| European Proceedings/Matters | 7.20 | 2,554.50 |
| **TOTAL** | **91.30** | **31,657.50** |