# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 5/1/10 through 5/31/10**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 40.20 | $30,552.00 |
| J. Borow | Executive Director | $760 | 140.10 | $106,476.00 |
| M. Lasinski | Managing Director | $620 | 54.60 | $33,852.00 |
| J. Hyland | Executive Director | $575 | 192.80 | $110,860.00 |
| R. Conroy | Director | $500 | 114.70 | $57,350.00 |
| H. Miller | Director | $460 | 48.00 | $22,080.00 |
| D. Rothberg | Director | $395 | 179.40 | $70,863.00 |
| L. Ahearn | Director | $360 | 161.30 | $58,068.00 |
| J. Peterson | Consultant | $335 | 201.60 | $67,536.00 |
| T. Morilla | Consultant | $305 | 193.90 | $59,139.50 |
| J. Schad | Associate | $275 | 29.60 | $8,140.00 |
| H. Becker | Paraprofessional | $120 | 4.30 | $516.00 |
| N. Backer | Paraprofessional | $120 | 1.60 | $192.00 |
| **For the Period 5/1/2010 through 5/31/2010** | | | **1,362.10** | **$625,624.50** |

Capstone Advisory Group, LLC                                           Page 1 of 1
Invoice for the 5/1/2010 - 5/31/2010 Fee Statement