# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 5/1/10 through 5/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 174.50 | $89,391.00 |
| 05. Professional Retention/Fee Application Preparation | | 12.30 | $4,041.50 |
| 07. Interaction/Mtgs w | | 26.80 | $16,170.50 |
| 08. Interaction/Mtgs w Creditors | | 57.30 | $40,199.50 |
| 09. Employee Issues/KEIP | | 49.20 | $23,107.00 |
| 11. Claim Analysis/Accounting | | 71.60 | $31,365.50 |
| 13. Intercompany Transactions/Bal | | 348.00 | $141,210.00 |
| 14. Executory Contracts/Leases | | 13.50 | $4,897.00 |
| 17. Analysis of Historical Results | | 43.60 | $19,219.00 |
| 18. Operating and Other Reports | | 57.90 | $28,442.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 72.20 | $27,540.50 |
| 20. Projections/Business | | 142.20 | $53,249.50 |
| 26. Tax Issues | | 24.00 | $8,996.50 |
| 33. Intellectual Property | | 269.00 | $137,794.50 |
| **For the Period 5/1/2010 through 5/31/2010** | | **1,362.10** | **$625,624.50** |