**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 5/1/10 through 5/31/10**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 5/1/2010 | M. Lasinski | Travel agent fees. | $45.00 |
| 5/3/2010 | M. Lasinski | Airline ticket to NYC office. | $749.11 |
| 5/4/2010 | M. Lasinski | Cab to NY office. | $41.87 |
| 5/7/2010 | T. Morilla | Airfare for trip to Chicago. | $349.40 |
| 5/12/2010 | D. Rothberg | Airfare for trip to Toronto. | $351.40 |
| 5/17/2010 | D. Rothberg | Flights to and from Toronto. | $1,443.65 |
| 5/17/2010 | T. Morilla | Airfare for trip to Toronto. | $1,110.40 |
| 5/17/2010 | J. Hyland | Airfare to Toronto. | $849.26 |
| 5/17/2010 | J. Peterson | Roundtrip airfare from EWR to YYZ. | $842.70 |
| 5/17/2010 | J. Hyland | Airfare service fee from 4/19. | $15.00 |
| 5/19/2010 | J. Borow | Airfare to/from Toronto. | $1,615.58 |
| 5/19/2010 | L. Ahearn | Airfare from trip to Toronto. | $1,337.23 |
| 5/19/2010 | J. Hyland | Airfare for Toronto trip. | $691.75 |
| 5/20/2010 | R. Conroy | Airfare Chicago-Boston. | $441.40 |
| 5/20/2010 | M. Lasinski | Flight to Boston for intellectual property meeting. | $343.40 |
| 5/21/2010 | J. Hyland | Travel agency fee from 4/19 charge. | $15.00 |
| 5/21/2010 | J. Hyland | Travel agency fee from 5/10 for flight cancelled. | $15.00 |

Capstone Advisory Group, LLC                                           Page 1 of 7
Invoice for the 5/1/2010 - 5/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/26/2010 | J. Hyland | Airfare to Toronto. | $1,732.51 |
| 5/27/2010 | J. Hyland | Travel agency fee for 5/19 Toronto trip. | $35.00 |
| 5/27/2010 | J. Hyland | Travel agency fee for 5/19 Toronto trip. | $15.00 |
| **Subtotal - Airfare/Train** | | | **$12,039.66** |
| **Auto Rental/Taxi** | | | |
| 5/3/2010 | M. Lasinski | Cab to airport for NYC trip. | $68.00 |
| 5/4/2010 | M. Lasinski | Cab back to airport after meetings in NY. | $60.07 |
| 5/5/2010 | M. Lasinski | Cab home from airport from NYC trip. | $68.00 |
| 5/6/2010 | Capstone Expense | Taxis for Nortel in NYC. | $115.72 |
| 5/7/2010 | T. Morilla | Taxi during the trip to Chicago. | $45.00 |
| 5/7/2010 | T. Morilla | Taxi during trip to Chicago. | $40.00 |
| 5/7/2010 | T. Morilla | Taxi during trip to Chicago. | $13.00 |
| 5/10/2010 | H. Miller | Cab home from trip to NYC | $20.00 |
| 5/17/2010 | D. Rothberg | Car to airport. | $48.00 |
| 5/17/2010 | J. Hyland | Taxi during Toronto trip. | $24.00 |
| 5/17/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 5/17/2010 | L. Ahearn | Taxi from airport to Nortel. | $20.00 |
| 5/17/2010 | J. Peterson | Taxi from Toronto airport to Nortel. | $20.00 |
| 5/17/2010 | T. Morilla | Taxi - during trip to Toronto. | $20.00 |
| 5/17/2010 | T. Morilla | Taxi during trip to Toronto. | $15.00 |
| 5/17/2010 | J. Hyland | Taxi during Toronto trip. | $15.00 |
| 5/18/2010 | J. Borow | Cab fare to LGA for Toronto trip. | $72.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/18/2010 | D. Rothberg | Car from airport from trip to Toronto. | $28.64 |
| 5/18/2010 | J. Peterson | Taxi from the hotel to Nortel. | $21.00 |
| 5/18/2010 | J. Hyland | Taxi during Toronto visit. | $20.00 |
| 5/18/2010 | L. Ahearn | Taxi during trip to Toronto. | $20.00 |
| 5/18/2010 | J. Hyland | Taxi during Toronto visit. | $15.00 |
| 5/18/2010 | D. Rothberg | Taxi to airport in Toronto. | $14.00 |
| 5/18/2010 | J. Hyland | Taxi during Toronto visit. | $12.00 |
| 5/19/2010 | J. Peterson | Taxi from the hotel to Nortel. | $22.00 |
| 5/19/2010 | J. Borow | Cab fare to airport in Toronto. | $19.50 |
| 5/19/2010 | J. Hyland | Taxi in Toronto. | $15.00 |
| 5/19/2010 | T. Morilla | Taxi during trip to Toronto. | $15.00 |
| 5/19/2010 | J. Hyland | Taxi in Toronto. | $12.00 |
| 5/20/2010 | R. Conroy | Taxis from trip to Toronto: home to MDW ($35), Logan to hotel ($29.63), hotel to meeting ($11.40), Boston to Logan | $161.03 |
| 5/25/2010 | J. Hyland | Taxi in Toronto. | $24.00 |
| 5/26/2010 | D. Rothberg | Taxi from trip to Toronto. | $15.00 |
| 5/26/2010 | J. Hyland | Taxi in Toronto. | $14.50 |
| 5/26/2010 | J. Hyland | Taxi in Toronto. | $14.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,126.46** |
| **Hotel** | | | |
| 5/3/2010 | M. Lasinski | Hotel night for NYC trip. | $518.73 |
| 5/17/2010 | T. Morilla | Hotel during trip during Toronto. | $141.64 |
| 5/18/2010 | D. Rothberg | Hotel from trip to Toronto. | $171.22 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/18/2010 | T. Morilla | Hotel during trip to Toronto. | $138.56 |
| 5/19/2010 | J. Hyland | Hotel during Toronto trip. | $305.94 |
| 5/19/2010 | L. Ahearn | Hotel in Toronto. | $285.01 |
| 5/19/2010 | J. Peterson | Hotel while in Toronto. | $282.52 |
| 5/19/2010 | J. Borow | Hotel in Toronto. | $145.29 |
| 5/25/2010 | J. Hyland | Hotel in Saddle Brook, NJ for NY trip. | $220.94 |
| 5/26/2010 | J. Hyland | Hotel in Toronto. | $265.31 |

**Subtotal - Hotel**  $2,475.16

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/7/2010 | T. Morilla | Meal during trip to Chicago. | $7.06 |
| 5/11/2010 | T. Morilla | Meal due to working late. | $24.00 |
| 5/12/2010 | D. Rothberg | Meals with M. Sandberg from FTI. | $42.70 |
| 5/17/2010 | L. Ahearn | Dinner in Toronto with J. Peterson, J. Hyland, D. Rothberg and T. Morilla. | $212.73 |
| 5/17/2010 | T. Morilla | Meal during trip to Toronto. | $23.69 |
| 5/17/2010 | D. Rothberg | Breakfast in Toronto. | $14.64 |
| 5/17/2010 | J. Peterson | Breakfast at the Toronto airport. | $11.82 |
| 5/17/2010 | J. Hyland | Meal during Toronto trip. | $11.24 |
| 5/17/2010 | T. Morilla | Meal during trip to Toronto. | $10.87 |
| 5/17/2010 | L. Ahearn | Lunch in Toronto. | $10.69 |
| 5/17/2010 | J. Peterson | Lunch at Nortel from trip to Toronto. | $9.88 |
| 5/17/2010 | D. Rothberg | Lunch in Toronto. | $9.74 |
| 5/17/2010 | T. Morilla | Meal during trip to Toronto. | $9.22 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/17/2010 | L. Ahearn | Breakfast in Toronto. | $8.56 |
| 5/17/2010 | J. Hyland | Meal during Toronto trip. | $5.26 |
| 5/18/2010 | J. Borow | Dinner in Toronto for J. Borow, J. Hyland, L. Ahearn, T. Morilla and J. Peterson. | $266.02 |
| 5/18/2010 | D. Rothberg | Meal in Toronto. | $19.50 |
| 5/18/2010 | J. Peterson | Breakfast at the hotel from Toronto trip. | $16.69 |
| 5/18/2010 | J. Peterson | Lunch for trip to Toronto. | $12.93 |
| 5/18/2010 | D. Rothberg | Lunch in Toronto. | $12.23 |
| 5/18/2010 | T. Morilla | Meal during trip to Toronto. | $10.19 |
| 5/18/2010 | L. Ahearn | Lunch during trip to Toronto. | $9.69 |
| 5/18/2010 | T. Morilla | Meal during trip to Toronto. | $7.60 |
| 5/19/2010 | J. Peterson | Lunch at Nortel during Toronto trip. | $13.71 |
| 5/19/2010 | J. Peterson | Breakfast at Nortel during Toronto trip. | $10.23 |
| 5/19/2010 | T. Morilla | Meal during trip to Toronto. | $10.21 |
| 5/19/2010 | L. Ahearn | Lunch in Toronto. | $10.16 |
| 5/19/2010 | J. Hyland | Meal during Toronto trip. | $8.14 |
| 5/19/2010 | J. Hyland | Meal during Toronto trip. | $6.92 |
| 5/19/2010 | J. Hyland | Meal during Toronto trip. | $1.60 |
| 5/20/2010 | M. Lasinski | Lunch in Boston. | $13.88 |
| 5/20/2010 | R. Conroy | Meal in Boston. | $10.04 |
| 5/20/2010 | R. Conroy | Dinner in Boston. | $9.36 |
| 5/20/2010 | R. Conroy | Breakfast in Boston. | $6.51 |
| 5/24/2010 | J. Peterson | Dinner for T. Morilla and J. Peterson. | $35.11 |

Capstone Advisory Group, LLC  
Invoice for the 5/1/2010 - 5/31/2010 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/25/2010 | J. Peterson | Dinner due to working late. | $15.99 |
| 5/25/2010 | D. Rothberg | Meal from working late at the office. | $14.65 |
| 5/26/2010 | J. Hyland | Meal in Toronto. | $10.19 |
| 5/26/2010 | J. Hyland | Meal in Toronto. | $7.77 |
| **Subtotal - Meals** | | | **$951.42** |
| **Mileage** | | | |
| 5/17/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 5/19/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 5/26/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| **Subtotal - Mileage** | | | **$63.00** |
| **Office Supplies** | | | |
| 5/28/2010 | J. Hyland | FedEx scan charge for IP report. | $50.27 |
| **Subtotal - Office Supplies** | | | **$50.27** |
| **Other** | | | |
| 5/6/2010 | J. Peterson | Travel agency fee for cancelled trip to North Carolina. | $15.00 |
| 5/17/2010 | J. Peterson | Travel agency booking fee. | $15.00 |
| **Subtotal - Other** | | | **$30.00** |
| **Parking/Tolls** | | | |
| 5/17/2010 | J. Hyland | Local tolls from trip to airport. | $1.60 |
| 5/19/2010 | J. Hyland | Parking at O'Hare for Toronto trip. | $2.00 |
| 5/25/2010 | J. Hyland | Parking in NY for Nortel. | $35.00 |
| 5/26/2010 | J. Hyland | Parking at O'Hare for pick-up. | $2.00 |
| 5/26/2010 | J. Hyland | Local tolls to airport. | $1.60 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Subtotal - Parking/Tolls** | | | **$42.20** |
| **Telecom** | | | |
| 5/1/2010 | M. Lasinski | In flight wireless for trip to NYC | $22.90 |
| 5/2/2010 | Capstone Expense | Telecom charges for Nortel. | $131.00 |
| 5/3/2010 | J. Borow | Roaming charges in Canada. | $21.31 |
| 5/8/2010 | Capstone Expense | Conference call charges. | $849.35 |
| 5/10/2010 | Capstone Expense | Conference call charges. | $1,427.48 |
| 5/28/2010 | D. Rothberg | Telecom charges for May. | $87.97 |
| 5/28/2010 | J. Hyland | Long distance telephone charges to Canada. | $27.88 |
| 5/28/2010 | J. Hyland | Long distance cell phone charges to Canada. | $7.35 |
| 5/31/2010 | J. Peterson | Roaming charges incurred while in Toronto. | $57.68 |
| 5/31/2010 | J. Borow | Telecom charges for May. | $45.61 |
| 5/31/2010 | D. Rothberg | Telecom charges for May. | $22.77 |
| **Subtotal - Telecom** | | | **$2,701.30** |
| **For the Period 5/1/2010 through 5/31/2010** | | | **$19,479.47** |