106A Duncan Ct
Chapel Hill, NC 27514
June 25, 2010

Clerk of the United States Bankruptcy
for the District of Delaware,
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801

Cc:
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Dear Sir:

Subject:   Nortel Networks Inc, et al – Chapter 11 Case No. 09-10138 (KG)

The company has let retirees down miserably.

Let not the law of the land too let us down terribly by following the letter of the law without any moral or humane considerations. It's a real burden and source of extreme stress, not being able to meet Medical Insurance during these economically distressful times. More than twenty seven years ago, I joined the company (even though the pay was not that great) with the confidence that they will take good care of our retirement (as most of the Canadian-based companies do). Unfortunately, that has not come to pass.
I am sure I am expressing the sentiments of most retirees and their unfortunate spouses (including my wife) who still do not qualify for Medicare due to their age.

At this stage we should not allow Nortel to go scot-free and only the Honorable Kevin Gross, United States Bankruptcy Judge, can intervene on our behalf. He has an opportunity for preventing the misdeeds of a few executives from penalizing the many (nearly 4000 retirees and dependants).

Yours truly,

(Greg Chugha)

Spouse

(Uma Chugha)