6/27/10

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: Nortel Networks
    Proposed Termination of Retiree Life Insurance / Long Term Disability

Gentlemen:

My name is Robert Atteridge. I strongly "OBJECT" to any order approving the motion to terminate Nortel's Retiree Life Insurance and Long Term Disability.

My employment with Nortel began on November 1, 1969 and finished (due to the facility department being laid off) on May 20, 2002. I serviced Nortel for 33 years. See my brief resume on service to their company (enclosed). I did officially retire from Nortel and was receiving their pension, when they stopped paying pensions.... thank god the PBGC picked up my pension.

Why do I object to the termination of the Life Ins. and Long Term Disability....the answer is simple?

I was told staying with Nortel and retiring from them, I would be granted those benefits. In the 33 years I served Nortel, I saved them millions of dollars thru my personal supervision of the build out, relocation, remodeling, moving or shutting down of over 600 sales offices and/or warehouses in the United States, Mexico and Puerto Rico.

My life was dedicated to saving Nortel costs on every project I worked on. I was even awarded Nortel's 2000 Global Excellence in Spirit of Real Estate Award, which was based on Positive Attitude, Loyalty to Nortel, Overall Trust and Finally because of the respect by my peers and customers that I earned.

Now Nortel wants to ignore the life I dedicated to them and cut me out of a simple life insurance policy (only $10,000 and long term medical care). That is disgusting!! That is unfair!!

I hope the United States Bankruptcy Court will reconsider this matter as I am just one of many that worked extremely hard for Nortel and earned their respect and now they just dump our earned benefits. If anything, maybe you can get them to retain the Life Insurance Policy...that way, our children will be able to cover the cost of our funeral without having to spend their own monies to do so.....what a shame if Nortel affects our children in that respect.

Retiree's deserve some consideration……Nortel has dropped everything and retiree's are now in a serious situation…….can you help us.

Thank you for your consideration in this matter.

Respectfully,

*[signature: Robert W. Atteridge]*

Robert Atteridge
1705 Coit Rd., Apt 1122
Plano, TX. 75075
Cell Phone: 214-4036-5730
(See enclosures)


Oh and PS…..

The letter from Nortel and the letter from Epiq Bankruptcy Solutions, LLC, were only received by me on Saturday's mailing of 6/26/10. I would like to know how everyone is going to be able to reply to your notice that we had to respond by July 6th for your departments' consideration?????? What with the 4th of July holiday; I had to send you this letter via overnight mail to make sure it got to you on time.  There is something seriously wrong with that.



**Robert W. Atteridge**
1705 Coit Rd, Apt.1122,
Plano, TX. 75075

*Retired*

**Cell: 214-403-5730**
**Home: 972-867-8410**
atteridg@verizon.net

## PROJECT / FACILITY MANAGEMENT

Experienced in Global, National and Regional facility construction, planning, relocations, customer service and project management. Proven track record in third party vendor management, staff supervision, team leadership, large multi-million dollar budget responsibilities; involving small, medium and large building and campus environments.

## EXPERIENCE

**NORTEL NETWORKS**
**Real Estate Client Prime (Richardson, TX)**                              *1998 - 2002*

Managed one-third of Nortel Network properties at their Greenway Campus, encompassing 800,000 sq. ft. of space, and over 3,400 internal customers at peak occupancy.
- Provided third party management of Herman Miller and Grubb & Ellis teams in space planning, move planning, security, janitorial, food service, project management and facilities management.
- Conducted regular team meetings to review new projects, status of current projects and resolve problems.
- Participated in project reviews, oversight of projects for budget and schedules.
- Key contributor to monthly operations reviews.
- Provided strategic planning insight for space use at the 16-story administration building and 3 story lab complex during Nortel's growth spike in 1999 and 2000, and for vacating space and closing buildings for critical cost reduction.
- Served as the primary escalation point for internal Nortel Network customers in above buildings for issue resolution; liaison between business units (customers) and outside service providers.
- Developed capital funding proposals for projects and for new leases as well as modifying and approving those submitted by others.
- Created and implemented policies and procedures for smooth operations of campus buildings.
- Responsible for implementation of cost containment initiatives for critical cost reduction.

**Mgr. Project Management / Planning (Richardson, TX.)**                   *1996 - 1998*

Supervised 40 person department that handled all construction, moves and changes required for Nortel Networks 22 building Campus at Richardson, Texas.
- Managed /directed the $10.7 Million dollar conversion of a 120,000 Sq. ft. warehouse into a Nortel Lab facility in only 25 days (working crews three shifts around the clock). The short construction time frame was necessary to meet a crucial program deliverable for Nortel. Project was completed on time.

## NORTHERN TELECOM
**Manager Field Facilities / Senior Advisor (Chicago, Illinois and Richardson, TX.)     1981 - 1996**

Traveled the US and Latin America (over 1 Million miles) and personally supervised the build out, relocation, remodeling, moving or shutting down of over 600 sales offices and/or warehouses in the United States, Mexico and Puerto Rico.
- Handled the budgeting and relocation of 3,000 employees from 12 buildings in Richardson, TX. to Nortel Networks newly constructed 16-story tower and lab complex.

### Facilities Administration Manager (Mt. Prospect, Illinois)

Directed the build out and oversaw Facility Management of the 40,000 Sq. Ft. Northern Telecom Consolidated Sales Office in Mt. Prospect, Illinois. Site had 180 employees.


## SPECIAL AWARD

Winner of Nortel Networks 2000 Global Excellence in Spirit of Real Estate Award. This coveted award was presented based on:

| Positive Attitude | Overall Trust |
| Loyalty to Nortel | Respect by Peers and Customers |

One letter submitted for the award commented, "Bob is the ultimate Task Master. He gets more done by noon on Monday than most people do in a week". Another letter noted, "His dedication, integrity, willingness to take on any challenge and his excellent knowledge of real estate operations have earned him the respect of the entire Central Region Real Estate Team and his customer base as well".

Published by Northern Telecom Employee Communications for Dallas-area employees      December 9, 199.

# ONE VISION

*I WAS MGR IN CHARGE OF MOVE*

# Massive Move to Greenway Campus Begins in February

In 1992, Northern Telecom and BNR will undertake one of the largest projects in the United States, moving over one million square feet of equipment and facilities and approximately 3,000 employees to the new Greenway Campus.

The move will take 15 weekends, using 120 trailer loads to move an estimated 80,000 cartons of materials and 3,000 computers. Up to 80 movers and 25 Facilities employees will be moving an average of 300 employees each weekend, depending on the number of LAN-based workstations associated with the groups.

By the end of February, the support groups: Facilities, Telecommunications, Data Systems, LAN Systems and Computing, will be located in the Greenway Campus allowing them to begin installing workstations and complete employee service areas such as the cafeteria and company store.

Ninety percent of employees from 12 of the Dallas-area locations will be relocated by the en of May. The remaining employees, such as thos tied in to the BNR captive offices, will be moved by August.

By the end of 1992, all Dallas-area employee will be located in five office locations: the Greer way Campus, the 400 Industrial warehouse facility, the Training Center at 1057 Sherman and the 2100 and 2150 Lakeside buildings. The 2100 Lakeside building will be home to the Service and Operations group, and 2150 Lakesi will house the Wireless and Cellular groups as well as the Fast Office. When these facilities fill up, an 800-workstation expansion of the BNR I will begin.



Moving to the Greenway Campus
The Greenway Campus will showca: 2,600 Herman Mille Series III modular workstations.

(Continued on pag

*The Northern Telecom l from the Palisades Build was relocated to the tow in the Greenway Campu November. The new BN logo, being purchased n will be displayed before move-in. The existing B logo at 1130 Arapaho, which suffered some win damage in a recent storn was not the proper size f the new facility.*

# Nortel teams, CIMA accelerate Cardinal building makeover

One Vision is published weekly by Nortel Internal Communications for **area employees**

Submissions or inquiries should be directed to One Vision, MS D0104 or mailed to: Community Relations & Internal Communications, 2221 Lakeside, MS D0104, Richardson, TX 75082-4399 972-684-7978; ESN 444-7978; Fax: 972-684-3730 or 444-3730.

One Vision
Editor:
Brian M. Fraser



Information Numbers

A**RTLINE**
1-**_-ALERT**

Aralia Center
ESN 444-2935

Bankers Trust
1-800-726-0026

Emergency
ESN 444-5911

EAP & Member
Health Service
1-800-842-2991

Learning Institute
ESN 444-5833

Raleigh HR Info
ESN 255-INFO



Printed on recycled paper
Please recycle

When Bob Atteridge, Manager of Project Management for Nortel's Texas Region Real Estate Operations department, first entered the Cardinal facility in Richardson, he saw 121,000 square feet of new warehouse space with nothing more than concrete walls and a large number of loading dock door openings cut into the exterior walls.

His mission was to turn the building into Captive Office (CO) labs and conventional office space.

The project did not worry Atteridge or the various Nortel service support groups — it was a transformation that could easily occur over 45 to 60 days. However, as events occurred, they had only 25 days to complete the job.

"By the time the go-ahead was given, we faced an overwhelming task," he said.

"We not only had to build out the first 20,000 square feet of interior CO lab space, but also all of the infrastructure to support the balance of an additional 20,000 square feet of CO labs and 81,000 square feet of conventional office space."

He explained that the facility required a total of 1,112 tons of air conditioning and 4,000 kilo volt amps (KVA) of electricity.

"Our first tasks were to install interior insulation around the entire building, construct one-hour fire-rated walls from floor to ceiling, create exterior windows in each of the loading dock door openings, and build electrical rooms and a large closed water loop on the roof to support seventeen 45-ton air conditioning units," he said.

"This initial effort also included the



The Cardinal building, located at the SE corner of Glenville Drive and Commerce Street in Richardson, gives no indication of the digital switching labs which Nortel uses to design and test new software developed for its customers.

build-out of the switch and hub rooms to support telecom and local access network (LAN) connectivity for the labs and approximately 400 people.

"It required an incredible effort on everyone's part, but we were determined to meet our deadline," he added.

Atteridge, all of the Nortel service groups, and the general contractor — CIMA Services, Inc. — began working feverishly around the clock for the next three weeks. Multiple trades (including carpenters, electricians, dry wall installers, plumbers, HVAC installers, and many more) worked side-by-side simultaneously on individual pieces of the project.

"At one point, we rented 50 high lifts and had up to 100 people working 26 feet in the air installing electrical lines, insulation, Heat/Ventilation/Air Condition (HVAC) ducting, fire sprinklers, lighting, ceiling grids and more all at the same time," Atteridge commented.

"CIMA had up to 150 people on site, working around the clock to meet the deadline."

He also credited the City of Richardson for its support of the project.

"Officials with the Richardson Building department went out of their way to help us, occasionally even sending over building inspectors in the middle of the night so construction would not have to stop," he said.

"For example, an inspector has to approve all electrical wiring installed in walls prior to closing with drywall. One evening, 60 men had completed the installation of all the interior dry walls on one side — including the electrical outlets — and normally would have had to stop,



An overview of the substantially completed Lab J shows the rows of DMS switching frames used for software feature design and testing. Alex Aguilar, Melvin Polk, Larry Noble and Bryan Phelps continue work on the frames.

---

*I ACOMPLISHED THE JOB IN 25 DAYS TO SAVE TEN TONS OF PENALTY MONIES FROM A CUSTOMER WHO HAS A SET DATE TO START SERVICE WITH OUR COMPUTERS!! NORTEL WAS LATE IN SIGNING LEASE —*

## Cardinal completion was crucial from a business perspective

"The availability of the Cardinal lab facility in September last year was absolutely critical to our Carrier Networks development programs" said Mike Crotty, director of Carrier Networks Software Delivery and Infrastructure Systems

The telephone switching labs (COs) are used to test new software and hardware features. This new lab in the Cardinal building was an extension of existing lab facilities in Richardson that were already overcrowded.

"The Wireless and Carrier Networks groups in Richardson have grown significantly in the past few years, well beyond planned facility estimates," he pointed out.



Mike Crotty continues to stay in touch with Bob Atteridge and other members of the Cardinal building renovation and installation team.

"All other area building options had been examined, but none met the location, size, time schedule or the immediate short term budget requirements.

"In short, we were in a real bind to choose a space quickly," said Crotty. He continued: "Once we were notified the Cardinal facility was available and received a floor plan, we knew right then and there we needed to act immediately."

Plans were presented and approved. Then the race was on to meet the September deadline for facility occupancy as well as the yearend deadline to complete the program deliverables.

"From the very start, we knew any delays in facility cutover would jeopardize the development programs. Consequently, the Facilities, Information Technology and Captive Office teams from both Wireless and Carrier started out behind the eight-ball.

"However, I was confident that these teams could make the dates as planned" said Crotty, who is a veteran of three other similar lab expansions.

"These groups cannot possibly make schedules such as this without the full support of other Richardson teams in Telecom, Finance, Purchasing, Shipping and Receiving, to name a few involved departments.

"This team had been challenged many times like this before and had come through with flying colors. I also was realistic in knowing that it wouldn't be easy. It would require a lot of hard work and teaming as well as an intense management effort to pull this one off.

"On the downside, it would also produce plenty of frustration, anxiety and stress," he stated. "You work as hard as you can, as fast as you can, and with the highest levels of quality. It often brings out the absolute best in people.

"These teams worked day and night to make the facility date in record time. Information Technology and Captive teams, along with Facilities, continued after the building ready date to complete the yearend cutover.

"We met the 85 percent complete mark at yearend without missing any major deliverables. It was another huge team success!" said Crotty.

"This kind of behind-the scenes, heroic success story typically doesn't make headline news. The team members and team managers know what it takes and can look back with professional pride at what their hard work produced.

"It's a sense of accomplishment that can only be felt by being a part of it," he remarked.

## Cardinal makeover
*(Continued from P. 2)*

leave the site, and wait for an electrical inspection the next day.

"Instead, the City sent over a building inspector late in the evening to approve the work, allowing the contractors to continue immediately — they completed most of the interior walls by the following morning."

Due to the dedication of all the Nortel teams, the general contractor, and the City of Richardson, in just 22 days, the Cardinal Building was ready for installation of the initial switches.

"Normally, I would have said it couldn't be done. But in this case, everyone pulled together so well and we had such tremendous support, we actually made it happen. It was a memorable experience," said Atteridge.

Plans for the Cardinal Building call for it to serve as dual CO and conventional office space for approximately two years. As individuals occupying office areas move to other newly constructed locations, CO switches will back-fill the vacated spaces.

Eventually, 105,000 square feet of the facility will house COs, with 16,000 square feet remaining to support the new Enterprise Networks Management Center.



Danny Roseberry (left), site manager for CIMA Services Inc., and Bob Atteridge, review an area layout for the configuration of switches and support infrastructure for Lab K in the Cardinal building.