IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*  :  Chapter 11

Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)

                Debtors.  :  Jointly Administered

   :  **Re: D.I. 3204**

------------------------------------------------------------X

## NOTICE OF FILING OF OBJECTION OF ROGER EDWARDS TO D.I. 3204

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**From:** REdw185462@aol.com
**Sent:** Wednesday, June 30, 2010 1:41 PM
**To:** helpdeskde@deb.uscourts.gov; Jbromley@cgsh.com; LSchweitzer@cgsh.com; Abbott, Derek; Schwartz, Eric; Cordo, Annie; Gazze, Alissa
**Subject:** Objection for case no 09-10138 (KG)

Hello My Name is Roger Edwards
  I am a retired employee of Nortel Networks and on June 26 2010, I received a letter/legal document from Epiq bankruptcy solutions, LLC. This was the first communication or information, I had received on this subject. It was quite a shock to me.

 Nortel had not even informed me. I contacted a Nortel contact in North Carolina and though, he had not received information from the above Epiq people, he had received a letter from Nortel. Which he received on or about the 22 nd of June 2010.

I contacted Nortel H. R. A lady named Marino on Tuesday 6/29/2010 and asked if she new what was going on with the retired medical, Life insurance and long term care . She indicated, I should have received a letter and she requested one to be sent to me. She verified my mailing address, they like the Eqip bankruptcy Solutions , had the correct address.

I want to object to this ruling, they have given us/me until July 6 th 2010 to object and respond. This is a very short time with very limited information. I want to take this to a Lawyer to review, I would need to get a Plan document and summary plan to provide to the lawyer to review for a decision.

     This is unreasonably short notice of time, from first notice until time to appeal / objection.

Please can you, see that the Honorable Kevin Gross, receives a copy of this as soon as possible or his Clerk. I am also emailing as you will see by the addresses in the send to list a copy to all the lawyers on the
legal document, I received.

Meanwhile, I am trying to find out what is going on, how I go about the process of Objecting / disputing this action, or even if there are any grounds to object / dispute.

It seems that private citizens in the private sector, have less rights than government employees, who we as tax payers pay, can that be right?.


How do I object, what is the process and information, I need to object?
This Legal document / Notice gives little information on how to object, format and even where to Object.

On the back side of page one, it gives names for Clearly Gottlieb Steen & Hamilton LLP., of 757 Third ave New York , NY 10017  two individual names James Bromley and Lisa Schweitzer of Liberty Plaza


The other Morris, Nichols, Arsht & Tunnell LLP, which gives  four individuals names;

Derek Abbott, Eric Schwartz, Ann Cordo and Alissa. Gazze ( each have a for digit number after there name)

of 1201 North Market St
P.O. Box 1347
 Wilmington , Delaware 19801 and a telephone and fax number.

Underneath  says Counsel for Debtors and Debtors in Possession.

It also says in the legal document that this will go, before the Honorable Kevin Gross in Delaware on July 16 th

at 10:00 am.  Only parties that filed timely objections will be heard.

How can they have timely objections, if they only had less than 10 days notice and first awareness. Is that Justice???? .

Seems to me, it might be legal,  not ethical for such short notice from Nortel or legal groups to be able to supply any reasonable response, from myself or the possible thousands of Nortel retirees, if this is the first that they know about it.
 I feel particularly frustrated, after spending close to 23 yrs with a company that moved me to 3 different countries  and 7 different locations  in that time to do there bidding and resolve problems.

  Please advise on what I need to do in plain simple English.

Yours Sincerely

Roger J Edwards

775 Hawksbill Island Drive
Satellite Beach
Florida 33062

Tel: 321-779-0097
Cell 321-501-2580.

6/30/2010