# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 Through May 31, 2010

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | 75.00 |
| Transcripts | | 176.00 |
| Photos/Art/ Spec Duplicating | | 8,382.44 |
| Travel | | 211.30 |
| Meals | | 288.13 |
| Messenger | | 132.00 |
| Courier/Delivery Service | | 835.16 |
| Computer Research | Westlaw | 374.66 |
| Duplicating | In Office | 826.00 |
| Facsimile | | 4,253.25 |
| Postage | | 52.30 |
| Pacer | | 339.60 |
| **Grand Total Expenses** | | **$15,945.84** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 807538 | 05/03/10 | B | 50.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC VICE ADMISSION OF BAIK AND WESTERFIEL | 503 D | 904 | 170112 |
| 809372 | 05/12/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC FOR JAMES CROFT | 503 | 597 | 170373 |
| 813754 | 05/27/10 | B | 176.00 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPTS - 05/27/ | 506 10 | 904 | 170910 |
| 810912 | 05/13/10 | B | 680.96 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 170604 |
| 811012 | 05/20/10 | B | 401.14 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 170657 |
| 811571 | 05/21/10 | B | 6,729.69 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 662 | 170725 |
| 813734 | 05/27/10 | B | 570.65 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 170899 |
| 813797 | 05/19/10 | B | 211.30 | Travel - ROADRUNNER EXPRESS INC.` PASSENGER: JAMES BROOMLEY; PU: MNAT/ DROP: 30 ST. STATION PHL, PA - 05/19/10 | 511 TH | 000 | 170954 |
| 811174 | 05/19/10 | B | 61.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 7 - 05/19/10 | 512 | 904 | 170688 |
| 815189 | 05/19/10 | B | 153.13 | Meals - SUGARFOOT FINE FOOD` LUNCH FOR 7 - 05/19/10 | 512 | 904 | 171343 |
| 811173 | 05/24/10 | B | 73.75 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 7 - 05/24/10 | 512 | 626 | 170687 |
| 813053 | 05/03/10 | B | 12.00 | Messenger Service | 513S | 597 | |
| 813061 | 05/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813150 | 05/05/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813167 | 05/06/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 813205 | 05/06/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813186 | 05/06/10 | B | 6.00 | Messenger Service | 513S | 622 | |
| 813189 | 05/06/10 | B | 3.00 | Messenger Service | 513S | 622 | |
| 813211 | 05/10/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813217 | 05/10/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 813259 | 05/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813262 | 05/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 813249 | 05/12/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 813265 | 05/13/10 | B | 3.00 | Messenger Service | 513S | 961 | |
| 813266 | 05/13/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 813506 | 05/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813477 | 05/17/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 813485 | 05/17/10 | B | 3.00 | Messenger Service | 513S | 961 | |
| 813483 | 05/17/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 813510 | 05/19/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 813530 | 05/20/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813543 | 05/20/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813561 | 05/20/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813585 | 05/24/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 813572 | 05/24/10 | B | 3.00 | Messenger Service | 513S | 662 | |
| 813606 | 05/26/10 | B | 9.00 | Messenger Service | 513S | 651 | |
| 813628 | 05/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813631 | 05/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813650 | 05/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 813670 | 05/28/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 813663 | 05/28/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 813655 | 05/28/10 | B | 6.00 | Messenger Service | 513S | 662 | |
| 808532 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170223 |
| 808526 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170223 |
| 808527 | 05/03/10 | B | 14.72 | Courier/Delivery Service | 514 | 597 | 170223 |
| 808530 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170223 |
| 808531 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170223 |
| 808528 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170223 |
| 808529 | 05/03/10 | B | 15.55 | Courier/Delivery Service | 514 | 000 | 170223 |
| 808533 | 05/03/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170223 |
| 808670 | 05/03/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 170293 |
| 809703 | 05/07/10 | B | 21.64 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 597 | 170414 |
| 810897 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810898 | 05/17/10 | B | 15.55 | Courier/Delivery Service | 514 | 000 | 170603 |
| 811273 | 05/17/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 170701 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 810899 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810900 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810901 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810902 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810903 | 05/17/10 | B | 14.72 | Courier/Delivery Service | 514 | 000 | 170603 |
| 810904 | 05/17/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170603 |
| 811275 | 05/18/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 170702 |
| 811277 | 05/18/10 | B | 38.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 170703 |
| 811286 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170705 |
| 811287 | 05/18/10 | B | 15.55 | Courier/Delivery Service | 514 | 000 | 170705 |
| 811288 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170705 |
| 811289 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170705 |
| 811284 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170705 |
| 811285 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170705 |
| 811290 | 05/18/10 | B | 14.72 | Courier/Delivery Service | 514 | 597 | 170705 |
| 811291 | 05/18/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170705 |
| 811305 | 05/19/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811306 | 05/19/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811307 | 05/19/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811311 | 05/19/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811276 | 05/19/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 170703 |
| 811312 | 05/19/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811313 | 05/19/10 | B | 14.72 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811314 | 05/20/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811315 | 05/20/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811316 | 05/20/10 | B | 10.70 | Courier/Delivery Service | 514 | 000 | 170706 |
| 811599 | 05/20/10 | B | 27.80 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 170772 |
| 811308 | 05/20/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170706 |
| 811309 | 05/20/10 | B | 14.72 | Courier/Delivery Service | 514 | 597 | 170706 |
| 811310 | 05/20/10 | B | 10.70 | Courier/Delivery Service | 514 | 597 | 170706 |
| 812275 | 05/22/10 | B | 187.53 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 170817 |
| 814068 | 05/25/10 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 171081 |
| 814047 | 05/26/10 | B | 17.52 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 171081 |
| 811049 | 05/10/10 | B | 23.40 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 322 | |
| 811050 | 05/11/10 | B | 39.06 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NATHAN | 515 | 975 | |
| 812326 | 05/18/10 | B | 36.74 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/30/10 16:19:10

PRO FORMA 251742 AS OF 05/31/10 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 812327 | 05/21/10 | B | 205.03 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 812722 | 05/25/10 | B | 39.06 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 812723 | 05/26/10 | B | 6.17 | Computer Research - Westlaw Search Performed by: HARVEY,MATT | 515 | 924 | |
| 812724 | 05/27/10 | B | 25.20 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 808004 | 05/03/10 | B | 0.40 | In-House Duplicating | 519 | 546 | |
| 808003 | 05/03/10 | B | 4.80 | In-House Duplicating | 519 | 597 | |
| 808005 | 05/03/10 | B | 17.90 | In-House Duplicating | 519 | 597 | |
| 812877 | 05/06/10 | B | 99.20 | In-House Duplicating | 519 | 626 | |
| 808785 | 05/07/10 | B | 1.20 | In-House Duplicating | 519 | 670 | |
| 808786 | 05/07/10 | B | 3.00 | In-House Duplicating | 519 | 605 | |
| 809073 | 05/10/10 | B | 0.90 | In-House Duplicating | 519 | 597 | |
| 809628 | 05/11/10 | B | 15.20 | In-House Duplicating | 519 | 605 | |
| 809627 | 05/11/10 | B | 1.50 | In-House Duplicating | 519 | 662 | |
| 810590 | 05/12/10 | B | 15.80 | In-House Duplicating | 519 | 605 | |
| 810589 | 05/12/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 812903 | 05/12/10 | B | 29.60 | In-House Duplicating | 519 | 597 | |
| 812914 | 05/13/10 | B | 31.60 | In-House Duplicating | 519 | 597 | |
| 810712 | 05/17/10 | B | 30.00 | In-House Duplicating | 519 | 605 | |
| 810713 | 05/17/10 | B | 19.80 | In-House Duplicating | 519 | 605 | |
| 810709 | 05/17/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 810710 | 05/17/10 | B | 7.80 | In-House Duplicating | 519 | 597 | |
| 810711 | 05/17/10 | B | 29.80 | In-House Duplicating | 519 | 670 | |
| 810769 | 05/18/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 810861 | 05/19/10 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 810862 | 05/19/10 | B | 1.80 | In-House Duplicating | 519 | 597 | |
| 811376 | 05/20/10 | B | 6.60 | In-House Duplicating | 519 | 597 | |
| 811377 | 05/20/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 811378 | 05/20/10 | B | 15.10 | In-House Duplicating | 519 | 670 | |
| 811379 | 05/20/10 | B | 1.20 | In-House Duplicating | 519 | 662 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/30/10 16:19:10

PRO FORMA 251742 AS OF 05/31/10 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 811437 | 05/21/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 811438 | 05/21/10 | B | 11.10 | In-House Duplicating | 519 | 605 | |
| 811439 | 05/21/10 | B | 20.40 | In-House Duplicating | 519 | 605 | |
| 811440 | 05/21/10 | B | 44.40 | In-House Duplicating | 519 | 605 | |
| 811506 | 05/24/10 | B | 16.80 | In-House Duplicating | 519 | 605 | |
| 811753 | 05/24/10 | B | 16.80 | In-House Duplicating | 519 | 605 | |
| 813015 | 05/24/10 | B | 195.60 | In-House Duplicating | 519 | 605 | |
| 813016 | 05/24/10 | B | 49.70 | In-House Duplicating | 519 | 597 | |
| 812151 | 05/25/10 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 812152 | 05/26/10 | B | 0.70 | In-House Duplicating | 519 | 662 | |
| 812153 | 05/26/10 | B | 45.20 | In-House Duplicating | 519 | 662 | |
| 812154 | 05/26/10 | B | 65.90 | In-House Duplicating | 519 | 662 | |
| 812158 | 05/27/10 | B | 10.00 | In-House Duplicating | 519 | 605 | |
| 812155 | 05/27/10 | B | 1.00 | In-House Duplicating | 519 | 597 | |
| 812156 | 05/27/10 | B | 7.50 | In-House Duplicating | 519 | 597 | |
| 812157 | 05/27/10 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 813092 | 05/28/10 | B | 0.90 | In-House Duplicating | 519 | 546 | |
| 813093 | 05/28/10 | B | 0.10 | In-House Duplicating | 519 | 662 | |
| 811990 | 04/30/10 | B | 16.00 | Postage | 520 | 597 | |
| 812020 | 05/14/10 | B | 12.98 | Postage | 520 | 597 | |
| 812033 | 05/19/10 | B | 3.65 | Postage | 520 | 662 | |
| 816062 | 05/26/10 | B | 17.37 | Postage | 520 | 597 | |
| 816066 | 05/27/10 | B | 2.30 | Postage | 520 | 597 | |
| 813711 | 05/18/10 | B | 19.00 | Facsimile | 522 | 597 | |
| 813712 | 05/18/10 | B | 19.00 | Facsimile | 522 | 597 | |
| 808643 | 05/03/10 | B | 595.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170264 |
| 810915 | 05/17/10 | B | 669.75 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170607 |
| 811014 | 05/18/10 | B | 665.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170659 |
| 811015 | 05/19/10 | B | 906.25 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170660 |
| 811013 | 05/19/10 | B | 700.00 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170658 |
| 811016 | 05/20/10 | B | 679.25 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX | 522H | 597 | 170661 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/30/10 16:19:10

PRO FORMA 251742 AS OF 05/31/10 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 812456 | 04/30/10 | B | 139.36 | Pacer charges for the month of April | 529 | 000 | |
| 815367 | 05/31/10 | B | 200.24 | Pacer charges for the month of May | 529 | 000 | |
| | | | 15,945.84 | | | | |