To: Clerk of the United States Bankruptcy Court for the District of Delaware

From: Daniel D. David (EMPLYEE OF NORTEL NETWORKS INC - A LTD RECIPIENT)
(3678) EMP. ID 0903957

Re: Nortel Networks INC. Chapter 11  Case No: 09-10138(KG)
Motion Dated :June 21, 2010
DESCRIPTION:
NOTICE OF DEBTORS MOTION FOR ENTRY OF AN
ORDER AUTHORISING DEBTORS TO TERMINATE
CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS

CC: Cleary, Gothlieb, Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP

Subject: OBJECTION TO THE MOTION - DATED JUNE 21, 2010

I, Daniel D. David, Object to the Motion stated above for the reason

Prior to taking Long-term disability (LTD), My Services did benefit Nortel Networks Inc. and the Creditor of Nortel Networks in their ventures and in return I received a salary and benefits (which included my LTD Insurance plan).

Now that the Nortel Networks Inc. is Liquidating all its assets (i.e. profitable and non-profitable) the Nortel Networks inc. is treating me (A LTD recipient) as a burden and future sold asset not as a liability that the Nortel Networks Inc. has. I should be considered as a creditor and should have every Right to the assets being dispersed by the United States Bankruptcy Court for the District of Delaware.

If it pleases The United States Bankruptcy Court for the District of Delaware I would like the court to hear my Objection to the Motion.

Thank you,

*Daniel D D*  6/30/2010
-----------------------------------------------------
Daniel D. David (3678)  Employee ID. 0903957
2105 possum trot rd,
Wake Forest, NC 27587

Phone : (919) 554-9291
Cell    : (919) 441-6398