# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,431.25 |
| Conference Call /Telephone Charges | $12,687.44 |
| Courier Service/Postage | $256.60 |
| Duplicating (@ $0.10 per page) | $222.70 |
| Meals/Committee Meeting Expenses | $3,909.36 |
| PRC Business Tax | $88.00 |
| Travel Expenses – Airfare | $2,368.40 |
| Travel Expenses – Ground Transportation | $726,68 |
| Travel Expenses – Lodging | $2,037.38 |
| Travel Expenses – Parking | $68.00 |
| Travel Expenses – Telephone & Fax | $14.95 |
| Travel Expenses – Train Fare | $497.70 |
| **TOTAL** | **$28,308.46** |

8312078 v1