# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1314807 |
| ATTN: JOHN DOLITTLE | Invoice Date 06/16/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/10/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 376103 DATE: 3/19/2010  Vendor: Prime Time Voucher #: 254182 Date: 03/10/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 254182 Date: 03/10/2010 Name: Lisa Beckerman | $71.05 |
| 03/17/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654851 DATE: 3/26/2010  Vendor: Executive Royal Voucher #: 206193 Date: 03/17/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 206193 Date: 03/17/2010 Name: Brad Kahn | $26.93 |
| 03/18/10 | Meals - Business Dinner with Joshua Sturm, T.F.; TF, JS; Bymark Restaurant | $185.36 |
| 03/18/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654851 DATE: 3/26/2010  Vendor: Executive Royal Voucher #: RVVB83D1F8 Date: 03/18/2010 Name: Tony Feuerstein\|\|Car Service, Vendor: Executive Royal Voucher #: RVVB83D1F8 Date: 03/18/2010 Name: Tony Feuerstein | $92.67 |
| 03/19/10 | Travel - Ground Transportation | $59.63 |

| Date | Description | Amount |
|---|---|---|
| 03/20/10 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 654851 DATE: 3/26/2010 Vendor: Executive Royal Voucher #: 102446 Date: 03/19/2010 Name: Sarah Schultz\|\|Car Service, Vendor: Executive Royal Voucher #: 102446 Date: 03/19/2010 Name: Sarah Schultz Travel - Ground Transportation Taxi to airport; Taxi to Airport | $19.10 |
| 03/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-031410; DATE: 3/21/2010 | $211.08 |
| 03/22/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1098476 DATE: 3/31/2010 Vendor: Dial Car Voucher #: DLA3109598 Date: 03/22/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3109598 Date: 03/22/2010 Name: David Botter | $116.18 |
| 03/23/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: APR100010761500001 DATE: 4/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $11.47 |
| 03/23/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: APR100010761500001 DATE: 4/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $20.53 |
| 03/30/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR10-53062500000206 DATE: 4/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 0522512865 DEPARTURE DATE: 03/30/2010 ROUTE: NYP WIL NYP | $37.00 |
| 03/30/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR10-53062500000206 DATE: 4/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 09A0C0 DEPARTURE DATE: 03/31/2010 ROUTE: NYP WIL NYP | $381.00 |
| 04/07/10 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q12010; DATE: 4/7/2010 - LOGIN ID: AG1801 - Billing Cycle: 1/1/10-3/31/10 | $19.92 |
| 04/09/10 | Travel - Telephone & Fax  Internet charge - Inflight; Aircell - AMEX | $14.95 |
| 04/13/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR10-53062500000206 DATE: 4/28/2010 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 04/13/10 | PASSENGER: BOTTER DAVID H TICKET #: 0522882603 DEPARTURE DATE: 04/13/2010 ROUTE: NYP WIL NYP<br>Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR10-53062500000206 DATE: 4/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 7876392018 DEPARTURE DATE: 04/14/2010 ROUTE: NYP WIL NYP | $427.00 |
| 04/18/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR10-53062500000206 DATE: 4/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 7876392018 DEPARTURE DATE: 04/14/2010 ROUTE: NYP WIL NYP | $-384.30 |
| 04/20/10 | Travel - Airfare  Agent Fee - Flight Cancelled; Agent Fee; Frosch Travel | $39.00 |
| 04/21/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 668960 DATE: 4/25/2010<br>Sturm Joshua - Abigaels on Broadway - 04/21/2010 | $40.42 |
| 04/21/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 668960 DATE: 4/25/2010<br>Kahn Brad - Blockheads Burritos WW) - 04/21/2010 | $20.64 |
| 04/21/10 | Audio and Web Conference Services  VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-041410; DATE: 4/21/2010 | $307.79 |
| 04/22/10 | Meals - Business  04/21/10   B Kahn - Professionals' call working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800080; DATE: 4/22/2010 | $143.72 |
| 04/22/10 | Meals - Business  04/22/10   P Sanchez - Committee call working meal (15 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800080; DATE: 4/22/2010 | $378.12 |
| 04/26/10 | Computerized Legal Research - Westlaw  User: GREEN,CLEO Date: 4/26/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,483.27 |
| 04/26/10 | Computerized Legal Research - Westlaw  User: KAHN,BRAD Date: 4/26/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $124.36 |
| 04/26/10 | Computerized Legal Research - Lexis  Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: | $11.25 |

| Date | Description | Amount |
|---|---|---|
| 04/26/10 | DOCUMENT PRINTING; Quantity: 1.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 2.0 | $307.80 |
| 04/26/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $31.50 |
| 04/26/10 | Courier Service/Messenger Service- Off Site 4/20/10: Lisa Beckerman VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 7-067-57776; DATE: 4/26/2010 | $121.61 |
| 04/27/10 | Computerized Legal Research - Westlaw User: GREEN,CLEO Date: 4/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $839.17 |
| 04/27/10 | Computerized Legal Research - Westlaw User: AKINWOLEMIWA,YEWANDE Date: 4/27/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $39.46 |
| 04/27/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SHARAF CLEO; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.0 | $31.50 |
| 04/27/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: AKINWOLEMIWA YEWANDE; Charge Type: SEARCHES; Quantity: 3.0 | $264.60 |
| 04/27/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: AKINWOLEMIWA YEWANDE; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 04/27/10 | Document Production - In House REQUESTOR: A ELLIS; DESCRIPTION: COLOR COPIES; QUANTITY: 18; DATE ORDERED: 4/27/10 | $1.80 |
| 04/27/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 674554 DATE: 5/2/2010 Kahn Brad - Aoki Japanese Restaurant - 04/27/2010 | $34.88 |
| 04/28/10 | Computerized Legal Research - Westlaw User: GREEN,CLEO Date: 4/28/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $485.50 |
| 04/29/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 3.0 | $99.90 |
| 04/29/10 | Computerized Legal Research - Lexis | $307.80 |

| Date | Description | Amount |
|---|---|---|
| 04/29/10 | Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 2.0 | |
| 04/29/10 | Meals (100%) 4/28/2010, M. ANDINO - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800081; DATE: 4/29/2010 | $191.89 |
| 04/29/10 | Meals (100%) 4/28/2010, P. SANCHEZ - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800081; DATE: 4/29/2010 | $143.72 |
| 04/29/10 | Meals (100%) 4/29/2010, P. SANCHEZ - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800081; DATE: 4/29/2010 | $378.12 |
| 05/01/10 | Courier Service/Messenger Service- Off Site  W Lyon   From: Hunton & Williams 4/26/10 VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 334744; DATE: 5/1/2010 | $12.02 |
| 05/01/10 | Courier Service/Messenger Service- Off Site  W Lyon   From: Hunton & Williams 4/26/10 VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 334744; DATE: 5/1/2010 | $15.75 |
| 05/01/10 | Courier Service/Messenger Service- Off Site  W Lyon   From: Hunton & Williams 4/28/10 VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 334744; DATE: 5/1/2010 | $14.65 |
| 05/02/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BEANE  ASHLEY; Charge Type: SEARCHES; Quantity: 2.0 | $145.80 |
| 05/03/10 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 1 page(s) | $0.10 |
| 05/03/10 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 2 page(s) | $0.20 |
| 05/03/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1100666 DATE: 5/12/2010  Vendor: Dial Car Voucher #: DLA3140048 Date: 05/03/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3140048 Date: 05/03/2010 Name: David Botter | $138.35 |
| 05/03/10 | Meals - Business  S. Schultz; DFW Admirals Club | $13.64 |
| 05/03/10 | Travel - Airfare  Service Fee - Change; | $25.00 |

| Date | Description | Amount |
|---|---|---|
| 05/03/10 | Agent Fee; Frosch Travel Travel - Airfare DFW - LGA; AA; Frosch Travel | $1,056.70 |
| 05/03/10 | Travel - Ground Transportation Medallion cab | $10.00 |
| 05/03/10 | Travel - Ground Transportation Medallion cab | $7.00 |
| 05/04/10 | Duplication - In House Photocopy - User # 990050, DA, 490 page(s) | $49.00 |
| 05/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 683477 DATE: 5/9/2010 Schultz Sarah - Scarlatto Restaurant - 05/04/2010 | $40.56 |
| 05/04/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 683477 DATE: 5/9/2010 Kahn Brad - Scarlatto Restaurant - 05/04/2010 | $40.57 |
| 05/04/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1100938 DATE: 5/19/2010 Vendor: Dial Car Voucher #: DLA3158822 Date: 05/04/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3158822 Date: 05/04/2010 Name: David Botter | $123.67 |
| 05/04/10 | Travel - Ground Transportation Hotel to meeting with UK Administrator; Cab - Med# 7F46 | $7.44 |
| 05/04/10 | Travel - Ground Transportation Airport to Hotel; Cab - Med # 2P40 | $32.24 |
| 05/04/10 | Travel - Ground Transportation Medallion cab | $12.72 |
| 05/04/10 | Meals - Business F. Hodara, UK Administrator, Bloom Gale, Kevin, Schultz, Botter, Kearns; The Loews Regency | $302.39 |
| 05/04/10 | Travel - Ground Transportation Medallion cab | $9.70 |
| 05/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 05001-54901-10; DATE: 5/5/2010 | $12,136.57 |
| 05/05/10 | Meals - Business S. Schultz; Pret A Manger | $15.76 |
| 05/06/10 | Computerized Legal Research - Westlaw User: SEITZ,ERIC C Date: 5/6/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $33.38 |
| 05/06/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 5/6/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $210.22 |
| 05/06/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $35.43 |

| Date | Description | Amount |
|---|---|---|
| 05/06/10 | SOLUTIONS INVOICE#: 683477 DATE: 5/9/2010 Schultz Sarah - Ruby Foos - 05/06/2010 Meals - Business 5/5/10 B Kahn - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800082; DATE: 5/6/2010 | $143.72 |
| 05/06/10 | Meals - Business 5/6/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800082; DATE: 5/6/2010 | $378.12 |
| 05/07/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: AKINWOLEMIWA YEWANDE; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 05/07/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: AKINWOLEMIWA YEWANDE; Charge Type: TOC DOCUMENT LINKS; Quantity: 3.0 | $94.50 |
| 05/07/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 1.0 | $153.90 |
| 05/07/10 | Document Production - In House REQUESTOR: A ELLIS; DESCRIPTION: COLOR COPIES; QUANTITY: 17; DATE REQUESTED: 5/7/10 | $1.70 |
| 05/07/10 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel New York | $2,037.38 |
| 05/07/10 | Meals - Business Sarah Schultz; Sofitel New York | $61.67 |
| 05/07/10 | Travel - Parking DFW Parking; NTTA | $68.00 |
| 05/07/10 | Travel - Airfare LGA - DFW; AA; Frosch Travel | $1,080.70 |
| 05/07/10 | Travel - Airfare Flight Change; Flight Change; Frosch Travel | $167.00 |
| 05/08/10 | Courier Service/Messenger Service- Off Site Roundtrip W Lyon To: SMU - Underwood 5/4/10 VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 335387; DATE: 5/8/2010 | $71.78 |
| 05/11/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1696 page(s) | $169.60 |
| 05/13/10 | Meals - Business 5/7/10 C Franklin VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800083; DATE: 5/13/2010 | $15.24 |
| 05/13/10 | Meals - Business 5/11/10 P Sanchez - Professionals' meeting with Jefferies and Capstone - working meal (15 people) | $374.80 |

| Date | Description | Amount |
|---|---|---|
| 05/13/10 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800083; DATE: 5/13/2010 Meals - Business 5/12/10  B Kahn - Professionals' call working meal (8 people) | $93.20 |
| 05/13/10 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800083; DATE: 5/13/2010 Meals - Business 5/13/10  P Sanchez - Committee call working meal (15 people) | $402.02 |
| 05/15/10 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800083; DATE: 5/13/2010 Courier Service/Messenger Service- Off Site  B Elam   To: SMU Underwood 5/11/10 VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 335966; DATE: 5/15/2010 | $20.79 |
| 05/16/10 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 05/17/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 5/17/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $74.66 |
| 05/18/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 687544 DATE: 5/23/2010 Kahn Brad - Junior's Broadway) - 05/18/2010 | $19.30 |
| 05/20/10 | Meals (100%) 5/19/10   B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800084; DATE: 5/20/2010 | $121.50 |
| 05/20/10 | Meals (100%) 5/20/10   P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800084; DATE: 5/20/2010 | $334.57 |
| 05/25/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR  RACHEL  L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 05/25/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR  RACHEL  L; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 05/25/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR  RACHEL  L; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $45.00 |
| 05/25/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR  RACHEL  L; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 05/25/10 | Computerized Legal Research - Lexis | $123.75 |

| Date | Description | Amount |
|---|---|---|
| 05/25/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 11.0 | $6.53 |
| 05/26/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: HELYAR RACHEL L; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $131.40 |
| 05/26/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $56.25 |
| 05/26/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $6.53 |
| 05/26/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: HELYAR RACHEL L; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | |
| 05/27/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |

Current Expenses                                                          $28,220.46