# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 36.60 | $34,770.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 38.90 | $34,037.50 |
| L. Rachel Helyar | Partner for 6 years; Admitted in 1995; Litigation Department | $605 | 42.50 | $25.712.50 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 34.30 | $33,442.50 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 33.00 | $21,285.00 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 49.20 | $38,130.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 9.90 | $7,821.00 |
| David H. Quigley | Partner for 3 years; Admitted in 2000; Environmental Department | $590 | 4.50 | $2,655.00 |
| Randall N. Ratner | Partner for 24 years; Admitted in 1979; Real Estate Department | $650 | 7.00 | $4,550.00 |
| Sarah A. Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 57.85 | $37,024.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 11.60 | $9,048.00 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 5.80 | $3,915.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 30.40 | $20,520.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 23.00 | $13,800.00 |
| Ning Lu | Counsel for 3 years; Admitted in 2002; Corporate Department | $550 | 3.20 | $1,760.00 |
| Amit Kurlekar | Counsel for 2 years; Admitted in 2005; Litigation Department | $550 | 112.50 | $61,875.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 74.50 | $40.975.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003 | $600 | 157.50 | $94,500.00 |
| Yewande Akinwolemiwa | Associate for 4 years; Admitted in 2006; Financial Restructuring Department | $430 | 21.00 | $9,030.00 |
| Ashley R. Beane | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $350 | 16.10 | $5,635.00 |
| Fredricka S. Dorroh | Associate for 4 years; Admitted in 2006; Environmental Department | $430 | 3.10 | $1,333.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 178.10 | $80,145.00 |
| Nyron J. Persaud | Associate for 3 years; Admitted in 2008; Tax Department | $450 | 9.60 | $4,320.00 |
| Eric C. Seitz | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 22.60 | $7,345.00 |
| Machir Stull | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 30.60 | $9,945.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 31.30 | $15,650.00 |
| Teresa W. Wang | Associate for 3 years; Admitted in 2007; Litigation Department | $390 | 5.20 | $2,028.00 |
| Jennifer L. Woodson | Associate for 1 year;  Admitted in 2010; Tax Department | $350 | 10.60 | $3,710.00 |
| Cleo F. Green | Staff Attorney for 4 years; Admitted in 1996; Financial Restructuring Department | $475 | 15.00 | $7,125.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 4.20 | $1,071.00 |

Total Amount of Fees:     $633,157.50
Total Number of Hours:    1,079.65
Blended Hourly Rate:      $586.45