Alan Heinbaugh
584 Bryan Ave.
Sunnyvale, CA 94086
June 28, 2010

United States Bankruptcy Court
Clerk/Honorable Kevin Gross
District of Delaware
824 Market Street 3rd Floor
Wilmington, Delaware 19801

To whom it may concern:

Case No. 09-10138 (KG)

My Name is Alan Heinbaugh and I am a Nortel Networks employee currently on Long Term Disability (LTD). I am writing to the US Bankruptcy Courts in reference to case number 09-10138 (KG). I am responding to the requirement stated in paragraph two for any parties wishing to oppose the entry of the order approving the Motion to terminate LTD benefits.

    I am 48 years old and have a spinal cord disability and have a family with a 16 year old daughter with serious medical issues. My spouse also has significant health issues requiring monthly medications. My family, in particular is desperately holding onto life trying to sustain enough from my LTD benefits to assist my family through my terrible illness. It has been a terrible overwhelming financial, medical and emotional burden for all of us. Having the LTD benefits that I specifically signed up for when I started at Nortel Networks in 1998 has aided our family tremendously. It has sustained us in our time of great need. I severely object to this motion and have extreme anxiety over this development. My entire family cannot survive without monthly financial resourses and medical benefits and this motion will put all of us at great risk to our lives and well being. We will not be eligible for medical benefit due to our prior existing conditions. My wife has been my sole care giver to aid me in my permanent disability.

    I implore you, Honorable Court, to disallow this motion. If this motion goes through and is accepted, I am completely unable to work and have no recourse to render medical or financial aid for my family especially my daughter. This motion will put my family and me on the streets, and we have given up so much already. My LTD benefits are the sole source of income for my family.

Please feel free to contact me at 408 504 5106.

Sincerely,

[Recipient Name]
June 28, 2010