Walter Brown
3082 Greenwood Rd
Rock Hill, SC 29730
Tel: 803-324-0101

June 28, 2010

In re: NORTEL NETWORKS INC.    CHAPTER 11    CASE NO. 09-10138 (KG)

OBJECTION FILING FROM JOHN W. BROWN, SR    SS#:

TO: Clerk of the United States Bankruptcy Court for the District of Delaware

   824 Market Street, 3rd Floor

   Wilmington, Delaware 19801

**Counsel for the Debtors**

Cleary Gottlieb Steen & Hamilton LLP

One Liberty Plaza

New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street

P O Box 1347

Wilmington, Delaware 19801

In response to your notice of intend to terminate retiree life insurance plan, please note this is an objection to termination of the life insurance plan. I will not be able to attend the scheduled hearing on July 16, 2010. Please present the objection and information from the enclosed documents on my behalf.

Letter from Nortel Networks with summary of Retirement Benefits dated February 24, 2000.

Retiree Life Insurance Election Form showing a lifetime death benefit of $35,000.

E-mail dated February 9, 2007.

Letter sent in 2007 concerning change in coverage on medical plan.

At retirement my life insurance coverage dropped from over $200,000 to $35,000 because of retiring while disable. The disability was caused by an on the job accident. I was not aware that there would be such a drop and at age 65 the cost of insurance was too high to consider a supplement. The thinking being that the

$35,000 would be enough to bury me and cover some additional expense my beneficiary might have. I am faced with a conversion that would allow a maximum of $10,000 at age 75, which is my present age, at a cost of $160.60 per month until age 85 or death. Being on a fixed income it is cost prohibitive. I would urge the court to consider the many elderly former employees now insured under the life insurance plan that are no doubt in the same position I find myself. The healthcare coverage through a Medicare Advantage program is something I could fall back on if I were still covered under the Nortel healthcare plan. The life insurance does not have this type option.

Thank you for your consideration.

Sincerely,

*John Walter Brown, Sr.*

John Walter Brown, SR
3082 Greenwood Rd
Rock Hill, Sc 29730
tel: 803-324-0101

enc: 4

Northern Telecom Inc.
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709-3010
Dept. 1094 YRK



February 24, 2000

To:         Mr. John Brown
            3082 Greenwood Road
            Rock Hill, SC  29730

From:       NORTEL - US Info Center - Pension Services

Subject:    Northern Telecom Inc. Retirement Plan for Employees
            Summary of Retirement Benefits

The purpose of this letter is to summarize your recent retirement elections. If you have questions or find that the information in the letter is incorrect in any way, please <u>immediately</u> notify the Northern Telecom Inc. US Info Center, Pension Services at:  1-800-676-4636.

**Social Security Number:** ███

**Date of Retirement:**  03/01/2000

**Retiree Election:**       **Lump sum in amount of $298,686.32 rollover to Merrill Lynch**

**Life Insurance: $35,000 payable at time of death**

**Life Insurance Beneficiary: Barbara Brown**           SS ███

**Retiree Medical Plan**
As an ancillary retirement benefit, Northern Telecom Inc. extends medical plan coverage to retirees and their eligible dependents if the Retiree meets all eligibility requirements. Coverage is provided by our vendor CIGNA for participants under age 65 and the CIGNA Supplemental Plan for participants age 65 or more provided they are enrolled in Medicare Parts A & B. Medicare is the primary insurer as of age 65. No dental, vision or hearing coverage is provided. Rates and coverages may change by the sole discretion of Northern Telecom Inc.
   Your Coverage Status is:        Family Indemnity
   Your Monthly Cost is:            $143.00

You may submit your payment on a monthly, quarterly, semi-annual or annual basis. It would be most helpful if you would put what time period you are paying for on your check along with your Social Security number. In order for your check to reach us quickly and directly, please send to the following address:

**BENEFITS BILLING SERVICE
34125 U.S. Highway 19 North
Palm Harbor, FL  34684-2141**

Retiree medical cards will be mailed from Cigna. Please contact Cigna at 800/257-2702 if you do not receive your cards. Please contact Merk/Medco at 800-711-3460 for mail-in drug prescription forms. The US Info Center at 800-676-4636 can assist you with general pension questions and provide forms including federal tax withholding, direct deposit, address change and insurance claim forms. The US Info Center is open business days from 8:00 am to 6:30 PM EST.

ACCT # ███

P. O. BOX 33668
Charl., NC.

## RETIREE LIFE INSURANCE ELECTION

You are eligible for Group Life Insurance at retirement if you are retiring directly from active status with 10 or more years of vesting service and are retiring at age 55 or later or age 65 or older with at least one (1) calendar year of service. There are 4 options available for Retiree Life Insurance coverage. Option A is not available to employees hired after 12/31/90 or on Long Term Disability on that date.

**Choose one of the following:**

(A) _____ $ 52,000.00 _____ The initial death benefit (determined from your 12/31/90 base pay level plus all 1990 sales commissions paid if applicable). This death benefit will decrease by 10% of the initial coverage each year for five years as outlined below - maximum $50,000 in 5th year.

Date _____  Coverage $ _____

Date _____  Coverage $ _____

Date _____  Coverage $ _____

Date 03/01/2004      Coverage $ 26,000.00 for the remainder of your lifetime
(the lesser of 50% of initial coverage or $50,000.)

(B) ✓ $35,000 death benefit for the remainder of your lifetime.

(C) n/a $10,000 death benefit plus long-term care (60 day wait period) for retiree and spouse up to $70 per person per day with a combined maximum benefit of $125,000. Employees who are retiring directly from disability and/or their spouses currently confined to a long-term care facility, are not eligible for this option.

(D) n/a $10,000 death benefit plus long-term care (60 day wait period) for retiree up to $100 per day with a maximum benefit of $180,000. Employees who are retiring directly from disability are not eligible for this option.

**Provide information about your Death Benefit Beneficiary(ies):**

**PRIMARY BENEFICIARY(IES)** You may designate one or more primary beneficiaries. Share % must equal 100%. (Please use back of this sheet if necessary to provide information)

| NAME | ADDRESS | PHONE # | SHARE % | Birth Date | Social Security # |
|---|---|---|---|---|---|
| 1. BARBARA S. BROWN | 3082 GREENWOOD, ROCK HILL SC 29730 | 803/324-0101 | 100 | 8/8/1936 | [redacted] |
| 2. | | | | | |
| 3. | | | | | |

**ALTERNATE BENEFICIARY(IES)** If one or more of the primary beneficiaries is not living at the time of your death, the payment(s) that would otherwise be payable to the deceased primary beneficiary(ies) will be made as you indicate. Please choose one:

✓ (a) To my estate;
___ (b) To the surviving primary beneficiary(ies), named above, if any, equally;
___ (c) To the alternate beneficiary or beneficiaries named below in the shares indicated:

Complete the following only if alternative (c) is checked (Share must still equal 100%)

| NAME | ADDRESS | PHONE # | SHARE % | Birth Date | Social Security # |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |

**Note the following about your Life Insurance election:**

- This Retiree Life Insurance benefit is paid by Northern Telecom and currently requires no employee contributions.
- You may not change your life insurance election for any reason after your retirement date.
- You may change your death benefit beneficiary(s) after retirement by returning an approved *Change Form*.
- Contributory group life insurance coverage for you and your spouse ceases (if enrolled) at your retirement.
- You are entitled to convert to an individual policy the difference between your NTI Retiree Life coverage and the amount of NTI group life coverage you & your spouse had before retirement. You must convert within 31 days of the date of retirement. You will not be required to submit evidence of good health. You may obtain a conversion letter from the U.S. InfoCenter at 1-800-676-4636. Once you have received your personalized Conversion Letter, you should present the conversion letter to a local Prudential Life Insurance representative. The associated premiums are your responsibility.

**Walter Brown**

**From:** "Tracie Richardson"
**To:**
**Sent:** Friday, February 09, 2007 3:43 PM
**Attach:** Brown, John Change form.doc
**Subject:** Status Change Request

Hello John,

I received your letter requesting to cancel your Retiree Healthcare coverage. In order to cancel your coverage, you must complete the form attached and send back to HR Shared Services. Once the form is received, your coverage will be terminated the 1st of the following month.

Also, I wanted to confirm that by canceling your medical coverage, you will not loose your life insurance. You will remain active in that plan.

I hope this answers your questions.

Thank you,

Tracie Richardson
Nortel HR Shared Services-Benefits
☎ phone   1-800-676-4636
📠 fax   919-905-9301 or 9302 (esn 355)
💻 e-mail

***"If a task is once begun, do not leave it until it's done.....Be thou labor great or small, do it well or not at all"***

Note: This message contains confidential information and is intended for the exclusive use of the individuals to whom it is addressed for use in accordance with a valid Non-Disclosure Agreement with Nortel. If you are not the intended recipient or do not have a valid Non-Disclosure Agreement with Nortel, you are hereby notified that any disclosure, distribution, copying or use of this information is strictly prohibited. If you have received this information in error, please destroy it and notify the sender immediately.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.17.30/674 - Release Date: 2/7/2007 3:33 PM

2/6/2009

**John w. Brown, SR**
**3082 Greenwood Rd**
**Rock Hill, SC 29730**
Tel: 803-324-0101
FAX: 803-329-4419





Nortel Networks
Employee Services MS 355010B5
P O Box 13010
RTP, NC 27709-3010

Re: Retiree Medical Plan for John W. Brown, SR. SS #

I have previously sent two e-mails stating that as of 1/1/2007 I would be dropping my medical plan with Nortel. I also requested information concerning the status of my life insurance policy. I did not want the cancellation of the medical plan to affect this. My first e-mail was in December 2006.
I have not received a reply to either e-mail and recently received a notice of premiums due from Benefits Service.
Please advise, has my medical plan been cancelled and what is the status of my life insurance?

Sincerely,


John W. Brown, SR