IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                    Debtors. : Jointly Administered
:
: **Re: D.I. 3204**
------------------------------------------------------------X

## NOTICE OF FILING OF OBJECTION OF CAROL RAYMOND TO D.I. 3204

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**From:** Carol Raymond [carolfraymond@yahoo.com]
**Sent:** Friday, July 02, 2010 3:32 AM
**To:** helpdeskde@deb.uscourts.gov; jbromley@cgsh.com; LSchweitzer@cgsh.com; Schwartz, Eric; Cordo, Annie; Gazze, Alissa
**Subject:** OBJECTION TO: Nortel Networks Inc., et.al - Chapter 11 Case No. 09-0138 (KG)


Dear Gentlemen and Ladies:

My name is Carol Raymond, and I would like to file a <u>formal OBJECTION</u> to any order approving the motion to Terminate Nortel's Retiree and Long Term Disability Plans.

I am a single mother of two young children, and I suffer from a serious illness. I have worked for Nortel since 1992 and am currently on Long Term Disability. Needless to say, I dearly depend on my Long Term Disability and Health Benefits to survive, especially in light of the terrible economic situations we are all facing.

I received notification from NORTEL On Friday, June 25, 2010 advising me that my benefits would be terminated. I was stunned!! Then on Saturday, June 26, I received the legal documents from Epiq Solutions detailing the Motion. Again, I was stunned and upset! Also, as I reviewed the documents, I observed that the Hearing for any objections was set for July 16, 2010 and that objections had to be filed by July 6, 2010. I then realized how calculated this notification was handled. How can we employees possibly file an objection on such short notice, especially in light of the fact that July 4, 20190 falls on a Sunday, therefore, Monday, July 5, 2010 would be a national holiday ? How can this happen? This is totally unfair to me and all of my fellow employees.

I have consulted with a number of people and plan to meet with my lawyer on Friday. One question that has come up quite often and that I plan to bring up in this consultation is: "Why do we not have an appointment of a retiree/long term disability committee to represent us long term disability recipients and retirees from Nortel? I was advised that Section 1114 was applicable in this situation. I am not aware of the full interpretation of Section 1114, but, I feel that an employee committee should be part of this inquiry before any final ruling on the cancellation of benefits. I stress that we, employees were not aware of, or given any warning that this decision was coming. Where is the justice in this and no representation?

I kindly ask the Honorable Kevin Gross, United States Bankruptcy Judge, to intervene on my behalf and my fellow employees of Nortel. Please stop this injustice.


7/2/2010

Please pass this on to all parties listed above.

Sincerely,

Carol Raymond
7962 S.W. 185 St.
Miami, FL 33157
Tel. No. 305-238-4951 (h)
        305-606-7715 (c)

7/2/2010