**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                        :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :        Case No. 09-10138 (KG)
:
                                     Debtors.          :        Jointly Administered
---------------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| October 14, 2010 | 10:00 a.m. (Eastern Time) |
| October 28, 2010 | 10:00 a.m. (Eastern Time) |
| November 9, 2010 | 10:00 a.m. (Eastern Time) |
| November 23, 2010 | 10:00 a.m. (Eastern Time) |
| December 8, 2010 | 10:00 a.m. (Eastern Time) |
| December 15, 2010 | 10:00 a.m. (Eastern Time) [2] |

Dated: Wilmington, Delaware
         _____, 2010

                                                     The Honorable Kevin Gross
                                                     United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Quarterly fee applications for the period August 1, 2010 through October 31, 2010 will be heard at the December 15, 2010 omnibus hearing at 10:00 a.m.