**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Certification Of Counsel Regarding Omnibus Hearing Dates** was caused to be made on July 2, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  July 2, 2010

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

2669071.7