Frankie & Janie Proctor
101 East G Street
Butner, NC 27509
June 30, 2010

Dear Sirs,

In response to your notification of the filing of bankruptcy by NORTEL NETWORKS we herewith submit to the court;

1. That we paid into our respective retirement funds in good faith during our employment with NORTEL NETWORKS.

2. That we entered into a contract with that company whereby they agreed to provide a pension and medical coverage upon our retirement.

3. That NORTEL NETWORKS received from us, payment to guarantee future payments of a pensions and medical insurance for those funds collected by them.

4. That NORTEL NETWORKS is seeking to shed a debt burden in order to better their bottom line.

5. That the parent company is located in Canada and that it should be a party to this action and be held liable for any contracts entered into by its US affiliates.

6. That the US Pension Act applies to this filing by a foreign owned corporation.

7. That the court reject the filing of bankruptcy and force the parent company and NORTEL NETWORKS through the Federal Court System to honor the retirement contracts with the retired employees to include medical and pension payments.

8. That without our pension each month we will be left destitute and unable to pay our mortgage and other sundry bills.

9. That without our medical coverage we will have to purchase other health coverage, thereby causing a worsening of our financial situation.

10. That the notice of filing has not been sufficient to allow us and other retirees to properly respond to the filing.

We appeal to the court to rule in favor of the many hundreds of similar retirees in our situation, who will be left destitute and in the same situation as ourselves. We also ask the court to establish a court ordered trust fund to guarantee future retirement benefits.

Respectfully,

Frankie Proctor                              Janie Proctor