410 West Acres Road
Whitesboro, TX 76273
July 1, 2010

FILED
2010 JUL -2 AM 10: 54
CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

Clerk, United States Bankruptcy Court
 for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

      RE: NORTEL NETWORKS, Chapter 11, Case No. 09-10138 (KG)

To whom it may concern:

This letter serves as my objection to the Motion made by Nortel Networks to terminate certain retiree and long term disability plans. In March of 1996 I began work at Nortel as a contractor but within a year I was hired on as a regular full-time employee. As an employee, I was provided with a benefits package (which I contributed to) that provided Long Term Disability (LTD) insurance coverage. The LTD insurance benefit description did not specify how this plan was managed. In late 2001, I went out on Short Term Disability and in six months I returned to work for a brief period of time. My health problems became worse and my doctor put me on LTD.

Since the benefit packet contained information on insurance/medical coverage by Prudential/Cigna, I assumed that the LTD insurance benefit was provided as part of the corporate insurance plan purchased through Prudential. I discussed my LTD insurance benefits with Human Resources and I was assured that I would be covered through the Nortel LTD insurance benefit plan until the age of 65. The documentation from Nortel never identified that LTD insurance benefits were not provided by Prudential. Even after repetitive calls to Human Resources, I was always assured that my benefits would available until I reached 65. It wasn't until Nortel announced it's plans to file for bankruptcy that I finally found out (through Prudential and NOT Nortel) that Nortel's LTD insurance benefits were self-funded and therefore not real insurance. This action by Nortel was done in a deceitful way and shows a clear indication that Nortel focused more on enhancing corporate financial statements than fulfilling the purpose of providing LTD insurance which would protect employees from the unexpected hazard of long term income loss. If I had known that Nortel was providing only a self-funded LTD benefit, I would have signed up for additional coverage which would be protected. Employees on LTD are **not** in a position to work and in my case, **I will never be able to work again**. It is immoral that Nortel, even though it still exists on a limited basis, is asking to terminate benefits to employees who cannot work to support themselves.

Without the Long Term Disability payments I receive from Nortel, I will have to live off the funds received from Social Security and insurance coverage with Medicare. It is widely known that Social Security payments are low and the coverage by Medicare is not complete. The benefits from Nortel provide me with the ability to continue to afford to receive my treatments, surgeries and medications required to control my illnesses. The Social Security benefits will not cover all of my co-payments to my doctors or hospital fees. My medications will also not be covered at the lowered amount they are today. I will also not be able to pay my mortgage and associated expenses in order to support myself adequately.

Letter to Clerk, United States Bankruptcy Court	Barbara Gallagher
	Page Two

Nortel must continue to provide benefits to employees on LTD. If the Court decides to grant Nortel this termination, Nortel should be forced to provide employees on LTD with, at a minimum, a lump sum payment to allow these employees (like myself) to continue to provide medical coverage and financial security to handle their medical conditions. I pray that the Court decides to force Nortel to do the right thing for their employees who unfortunately became ill and can no longer work to support themselves. Nortel should provide these benefits until all of the doors are shut and the company has been completely dissolved. Even then, Nortel should be forced to provide LTD insurance benefits to employees with some type of lump sum payout so we can afford to continue coverage of our medical needs and livelihood. Make Nortel stand by their commitments; don't reward their deceit.

Sincerely,

*Barbara Gallagher*
Barbara Gallagher

Attachments – medical statement required by Prudential completed by my doctor and myself
CC: James L. Bromley, of Cleary Gottlieb Steen & Hamilton LLP
    Derek C. Abbott, of Morris, Nichols, Arsht & Tunnell LLP

# Darren E. Meyer, M.D.

1575 Heritage Drive
Suite 203
McKinney, Texas 75069

Phone: 972-529-5445
Fax: 972-540-1554
Website: www.mckinneypsychiatry.com

To Whom It May Concern:

    Barbara Gallagher has been a patient of mine since 11/16/01. She was significantly depressed at that time. While her mood disorder has improved slightly since that time she is by no means fully recovered. Her condition has stabilized at a very low level of functioning. She never has, nor do I believe she will, recover to such a degree that she would be able to return to her previous position even on a part-time basis. She has continued to be extremely depressed, anhedonic, and especially continues to be extremely fatigued. She at best can function for a few hours each day. She has one of the most severe and persistent cases of hypersomnia that I have ever encountered.

    Again I think with as much treatment as she has received over the years and yet had so little improvement that, her disability is permanent. If there is more information that you might require, please let me know.

Yours truly,

Darren Meyer, M.D.

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

## 1 To Be Completed By Employee

Employer/Association Name: NORTEL NETWORKS
Control Number: 
Employee First Name: BARBARA
MI:
Social Security Number: [redacted]
Employee Last Name: GALLAGHER
Suffix:
Birth date (MM/DD/Year): 05/02/1958
Employee Address - Line 1: 410 WEST ACRES RD
Gender: ☐ Male  ☒ Female
Employee Address - Line 2:
City: WHITESBORO
State: TX
Zip Code: 76273
Occupation: DISABLED

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X Barbara Gallagher
Employee Signature
Date Signed: 04/14/2010

## 2 To Be Completed By Attending Physician

Clinical Diagnosis
Primary: Bipolar disorder    ICD-9 Code: 296 56
Secondary: Hypersomnolence
Secondary:
Pregnancy EDC:

Relevant test procedures performed (Please provide results): NA (office visit for verbal counseling).

Surgical procedure(s) performed (Please be specific): NA
Date of Procedure:

Current Medications: Klonopin 1 mg tid; Celexa 20mg t/d, Lamictal 100 mg t/d, Elavil 25 mg t/d

FAXED APR 19 2010

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

For Internal Use Only
Claim Number:

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: G A L L A G H E R

Social Security Number: [redacted]

## Attending Physician Information (Cont'd)

Was Claimant hospital confined? ☐ Yes ☒ No

If hospitalized, give dates:
From: __/__/____
To: __/__/____

If Yes, please provide name and address of hospital: ___

Other Treating Physicians or Consultants (ask her)

| Physician Name | Specialty | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? ☐ Yes ☐ No

**Nature of Medical Impairment / Limitation** (Please specify nature of corresponding loss of function): She has unrelenting depression and severe fatigue / exhaustion

Date when significant loss of function occurred: __/__/____ prior to 2000

**Are there Corresponding Medical Restrictions** (i.e., What activities should the claimant not perform because of a significant risk to self or others?): More what she can't do — cannot stay awake long enough to get much of anything done.

**Prognosis for Return to Function / Return to Work:** Grim. Probably never.

**Return to Work Plan** (Please describe): (It'd take a miracle at this point)

Target Date: __/__/____

## Prudential Financial

**Group Disability Insurance
Attending Physician's Statement**

**Employee Last Name:** GALLAGHER

**Social Security Number:** [redacted]

### Attending Physician Information (Cont'd)

**Describe Medical Obstacles to Return to Work:** The chronic, persistent, unrelenting nature of her depression and fatigue

**Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)?** Not really

**Work related illness or injury?** ☐ Yes ☑ No
**Was Condition caused by a MVA?** ☐ Yes ☑ No
**If MVA, in what state did it occur?**

**First Visit:** 11/14/2001
**Last Visit:** 01/20/2010
**Frequency of Visits:** q 4 m.

**What Job Category best describes the claimant's functional abilities?**
☑ Sedentary — Negligible Weight, Mostly Sitting
☐ Light
☐ Medium
☐ Heavy
☐ Very Heavy
☐ Other

### Physician Information

**Physician Name:** DARREN MYER
**Primary Phone Number:** 972-525-5445
**Office Address:** 1575 HERITAGE DR #203
**Fax Number:** 972-540-1554
**City:** MCKINNEY **State:** TX **Zip Code:** 76069
**Specialty:**

### Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Physician Signature:** [signed] Myer MD
**Date Completed:** 09/16/2010

*103A03*

## Prudential

**Group Disability Insurance**
Supplemental Claimant Statement

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

### 1 Employee Information

First Name: BARBARA
Last Name: GALLAGHER
Social Security Number: [redacted]
Employee Phone Number: 903 564 9676
Email Address: ballyglas@pobox.com
Employer's Name: NORTEL NETWORKS

### 2 Condition and Medication

What is the primary condition for which you are currently being treated?
Narcolepsy - sleepiness

Please list any other conditions that you are currently being treated for and the date that you first began treatment for each condition:
Bipolar, Graves disease (2001); occular thyroid disease (2008) migraines, arthritis (2007)

Please list all medications (provide name of medication, dosage, how often you need to take it and your understanding of what each medication is for):
Synthroid 112mcg daily / Lamictal 100mg daily / Celexa 20mg daily
Etodolac 500mg 2x / Klonopin 1mg 2x / Verapamil 120mg daily
Amitriptyline 25mg daily

### 3 Treatment

Describe your current treatment and how often you receive treatment:
For narcolepsy - none

Does the treatment help? ☐ Yes ☒ No

If Yes, in what way?
Was on meds to help keep me awake but it gave me migraines so I had to stop taking it

If No, have you discussed other options with your docs?
?

Date Stopped Last to work:

Describe any change in your condition since you stopped working:
Now have migraines & occular thyroid disease

Page 1 of 3

GL.2003.246  Ed. 11/2007

## Prudential

**Claimant's Social Security Number:** [redacted]

### 4 Return to Work

**How does your condition prevent you from working right now? (Please be specific)**

I fall asleep throughout the day - I can't control it

**Are you attempting to obtain resources to help you find work for wages or volunteer work?** ☐ Yes ☑ No

**What types of work do you feel you would be able to perform now or in the future?**

something where I can freely sleep when I need to (or it just happens)

**List any accommodations you feel would enable you to work now or in the future:**

bed; recliner; private, dark, peaceful room

### 5 Daily Activities

**Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, buying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming, exercise programs, activities with children and/or grandchildren, etc.):**

Wake-up around 10-11 AM, feed pets, feed myself, sleep, wake-up, PC/internet, sleep, eat lunch, sleep, eat dinner, watch TV, sleep. Can't drive at night because of eye problems so I stay at home.

**Describe how you attend to your daily needs (e.g. dressing, bathing, hair care, etc):**

usually don't do anything unless I have to go somewhere

**Do you need assistance with any of these activities?** ☐ Yes ☑ No

**If yes, who helps you and to what extent?**

**Describe any hobbies or other leisure activities that help to occupy your time:**

sleep takes most of my time; read; watch TV; visit my horse

## Prudential

**6 Other Benefits**

Are you receiving Disability or Retirement benefits from Social Security?

Yes

Are you receiving Disability benefits from a separate Individual Policy? ☐ Yes ☒ No

Are you receiving Workers Compensation benefits? ☐ Yes ☒ No

If yes, please provide the name and telephone number of the Workers' Comp carrier

Are you receiving Disability or Retirement benefits from any other source? ☐ Yes ☒ No

I certify that the above statements are true.

x Barbara Gallagher
Signature

Date Signed: 0 4 1 4 2 0 1 b

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.
EL2003.248  Ed. 11/2007           *10803*           104782  Page 3 of 3