June 29, 2010

Richard J. Mathias

2406 Sparger Road

Durham, NC 27705

RE: Case No. 09-10138

Formal Objection Filing

I Richard J. Mathias am writing to formally object to the "Debtors" motion, case no. 09-10138 for termination of retiree and long term disability plans. Due to time constraints in getting retirement calculations and subsequent processes to file with actuaries, I will be without sufficient income or benefits for a significant amount of time. I along with many others, I am sure, are in this predicament and would appreciate your consideration. Please consider extending their responsibility until at least 12/31/2010.

My contact information is as follows:

Home-919-309-0765

Alternate-919-541-8703

Thank You;

*Richard J. Mathias*