June 26, 2010.

To: Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Str., 3rd Floor
Wilmington, Delaware 19801

Cc: Cleary Gorttlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Case No: 09-10138 (KG)

Dear Sirs;

I am Michael Tjia OBJECT to the motion by Nortel Network Inc. Chapter 11, Case No 09-10138 (KG) filed on June 21, 2010.

Sincerely,

*[signature]*

Michael Tjia
12469 Mountain Trail
Moorpark, CA 93021