June 28, 2010

A. Robert Boutin
2585 Caribe Dr.
The Villages, FL. 32162

Atten. Honorable Kevin Gross

Subject: Nortel Networks Motion to Terminate Retiree Plans.
Case No. 09-10138 (KG)

I object to this motion to terminate Retiree Life Insurance and Long term Disability Plans based on the following facts.

I accepted Nortel Networks early retirement offer based on a written contract to provide myself and my beneficiaries the following.

1. A pension based on my 15 years service (currently receiving payments from PBGC).

2. Life Insurance with a $10,000 death benefit plus long term care for retiree and spouse for a combined maximum of $125,000.

The value of these plans was the determining factor in accepting the Nortel offer to retiree early to the benefit of Nortel Networks. The death benefit sum would be needed by my spouse due to her reduced income with my passing. The protection of our livelihood should one of us require long term care is a key element in our peace of mind during our retirement years. This is a real issue as one in three seniors will require some long term care and it is expensive. Without these plans, I would NOT have accepted Nortel's early retirement offer and to take away these contractual obligations is not justice. To terminate these plans without any consideration for retirees would be like taking $135,000 value out of our assets.

I find it interesting that CEO's and top executives still receive their million dollar bonuses even when their companies are bankrupt due to the fact that they have a contract. I have a "contract" in the form of my retirement agreement and I would expect the same treatment from our court system.

Thank you for your thoughtful consideration in this matter.

A. Robert Boutin

cc: Clearly Gottlieb Steen & Hamilton LLP.