**IMAGE REMOVED ORDER ENTERED IN ERROR**