-1-

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on this 6th day of July, 2010, I caused copies of the foregoing *Nortel US Retirement Protection Committee's Objection to Debtor's Motion to Terminate Retiree and Disability Plans* to be served on the parties listed below as indicated.

**VIA HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Gazze, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL & FACSIMILE**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Facsimile: 212.225.3999

Michael J. Joyce (No. 4563)