## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                          :
In re                                     :    Chapter 11
                                          :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹            :    Jointly Administered
                                          :
                      Debtors             :
                                          :    RE: D.I. 3204
-------------------------------------------------------X
```

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (the "Debtors") submits this joinder (the "Joinder") to the Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans [D.I. 3204] (the "Motion").[2]  In support of this Joinder, the Committee respectfully submits as follows:

## BACKGROUND

1.    On January 14, 2009, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.[3]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

[3]    On July 14, 2009, Debtor Nortel Networks (CALA) Inc. ("NN CALA") filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On July 17, 2009, the Court entered orders approving the joint

2.      The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 15, 2009, the Court entered an order for the joint administration of these cases pursuant to Bankruptcy Rule 1015(b) for procedural purposes only.

3.      On January 22, 2009, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of four members.[4]

4.      On June 21, 2010, the Debtors filed the Motion.

## II.    **JOINDER**

5.      Based on the facts available to the Committee, the Committee agrees with and joins in the arguments set forth in the Motion and files this Joinder in support thereof.

## III.    **CONCLUSION**

6.      For all of the reasons contained in the Motion, the Committee respectfully requests that this Court (i) grant the relief requested in the Motion, and (ii) grant the Committee such other and further relief as this Court deems just and proper.

---

administration and consolidation of NN CALA's chapter 11 case with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098] and applying to NN CALA certain previously entered orders in the other Debtors' chapter 11 cases [D.I. 1099].

[4]      The Committee is currently comprised of the following entities: Flextronics Corporation (Chairperson); Law Debenture Trust Company of New York; Pension Benefit Guaranty Corporation; and The Bank of New York Mellon, as indenture trustee.

Dated: July 6, 2010
      Wilmington, Delaware

Respectfully submitted,

By: _____
    Mark D. Collins (No. 2981)
    Christopher M. Samis (No. 4909)
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE  19801
    Tel.:  (302) 651-7700

    -and-

    Fred S. Hodara (*pro hac vice*)
    David H. Botter (*pro hac vice*)
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY  10036
    Tel.:  (212) 872-1000

    Co-counsel to the Committee