## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

**In re:**  Case No.: 09-10138(KG)
Jointly Administered
Chapter 11 proceeding

**NORTEL NETWORKS, INC.**

    **Debtors.**

## CERTIFICATE OF SERVICE

I, Vivian A. Houghton, Esquire, do hereby certify this 6th July 2010 that one (1) copy of Creditor's Peter Lawrence, Limited Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans was delivered by CM/ECF to:

| | |
|---|---|
| James Bromely, Esq.<br>jbromley@cgsh.com | Alissa Gazze, Esq.<br>agazze@mnat.com |
| Derek Abbott, Esq.<br>dabbott@mnat.com<br>Eric Schwartz, Esq.<br>eschwartz@mnat.com | Peter Duhig, Esq.<br>peter.duhig@bipc.com<br><br>Mona Parikah, Esq.<br>mona.parikh@bipc.com |
| Ann Cordo, Esq.<br>acordo@mnat.com | Christopher Samis, Esq.<br>samis@rlf.com |

    /s/ Vivian A. Houghton
    Vivian A. Houghton, Esquire
    800 West Street
    Wilmington, DE 19801
    (302) 658-0518
    Attorney for Creditor