IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                                    Case No.: 09-10138(KG)
                                                                          Jointly Administered
                                                                          Chapter 11 proceeding

**NORTEL NETWORKS, INC.**

    Debtors.
_____/

### ORDER SUSTAINING CREDITOR'S, PETER LAWRENCE, LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS

THIS MATTER having come before the Court in Wilmington, Delaware, on the 16th day of July, 2010 pursuant to the Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-term Disability Plans and the Creditor's Limited Objection, the Court having reviewed the motion and objections to same, the Court having heard argument of counsels, and the Court being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED as follows:

    1.    The Creditor's, Peter Lawrence, Limited Objection to the Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-term Disability Plans and the Creditor's Limited Objection, is sustained.

    2.    The Debtors shall hereby continue to make the long-term disability payment to the Creditor of in the amount of four thousand five hundred sixty-three dollars and four cents ($4,563.04) each month until such time as he is determined to not be totally disabled.

Dated: _____, 2010
    Wilmington, Delaware

                                          _____
                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE