Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
May 1, 2010 – May 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $2,930.87 |
| Legal | $989.91 |
| Meals | $715.29 |
| Phone/Fax | $8.00 |
| Transportation – Air | $1,950.85 |
| Transportation – Ground | $1,145.56 |
| Total | $7,740.48 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL J HENKIN | Transportation - Air | Flight | 2/5/2010 | $438.20 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 2/5/2010 | $823.20 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 2/19/2010 | -$168.85 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 2/19/2010 | -$61.31 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/21/2010 | $7.60 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 2/22/2010 | $2.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 2/22/2010 | $104.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/22/2010 | $17.09 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/22/2010 | $19.95 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 2/23/2010 | $2.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/23/2010 | $17.09 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 2/23/2010 | $104.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/24/2010 | $17.09 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 2/24/2010 | $104.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 2/24/2010 | $2.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 2/25/2010 | $17.09 |
| MICHAEL J HENKIN | Accommodations | Hotel Tips | 2/25/2010 | $2.50 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 2/25/2010 | $104.00 |
| MICHAEL J HENKIN | Transportation - Ground | Train- NYC to Wilmington, DE | 2/25/2010 | $104.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/26/2010 | $4.21 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/26/2010 | $6.10 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 2/26/2010 | $8.06 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 2/26/2010 | $1,068.85 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/26/2010 | $19.30 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 2/26/2010 | $82.50 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Train Station to Airport | 2/26/2010 | $60.00 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi- Hotel to Penn Station | 2/25/2010 | $10.00 |
| MICHAEL J HENKIN | Transportation - Ground | Train- Wilmington, DE to Washington, DC | 2/26/2010 | $114.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 2/27/2010 | $16.90 |
| MICHAEL J HENKIN | Transportation - Air | Flight | 3/3/2010 | -$654.35 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/8/2010 | $9.80 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 3/13/2010 | $9.89 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 3/20/2010 | $8.80 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/23/2010 | $9.40 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/23/2010 | $25.49 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 3/25/2010 | $25.46 |
| GAURAV KITTUR | Meals | Overtime Meal | 3/29/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 3/30/2010 | $23.55 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 3/30/2010 | $6.87 |
| GAURAV KITTUR | Meals | Overtime Meal | 3/30/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 3/31/2010 | $23.55 |
| GAURAV KITTUR | Meals | Overtime Meal | 3/31/2010 | $25.50 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 3/31/2010 | $24.98 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 4/1/2010 | $9.30 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/1/2010 | $22.32 |
| CHIH-YIN CHEN | Meals | Overtime Meal | 4/1/2010 | $3.06 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 4/5/2010 | $9.20 |
| PATRICK T. MORROW | Meals | Overtime Meal | 4/5/2010 | $25.32 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 4/6/2010 | $8.51 |
| GAURAV KITTUR | Meals | Overtime Meal | 4/6/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | Taxi- Hotel to Meeting | 4/7/2010 | $15.00 |
| GAURAV KITTUR | Meals | Overtime Meal | 4/7/2010 | $25.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 4/9/2010 | $10.50 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 4/9/2010 | $10.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 4/9/2010 | $14.50 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 4/10/2010 | $14.60 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 4/10/2010 | $11.00 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Home to Office | 4/11/2010 | $16.33 |
| LEO J. CHANG | Transportation - Ground | Weekend Taxi- Office to Home | 4/11/2010 | $11.30 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/13/2010 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 4/13/2010 | $8.60 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/14/2010 | $9.00 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 4/14/2010 | $9.20 |
| CHIH-YIN CHEN | Transportation - Ground | OT Taxi- Office to Home | 4/15/2010 | $9.00 |
| SONNENSCHEIN NATH & ROSENTHAL | Legal | Legal Services | 4/16/2010 | $989.91 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 4/22/2010 | $11.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 4/22/2010 | $10.90 |
| TERENCE KIM | Transportation - Ground | Taxi- SF | 4/24/2010 | $20.00 |
| TERENCE KIM | Accommodations | Hotel Room | 4/25/2010 | $235.00 |
| TERENCE KIM | Accommodations | Hotel Tax | 4/25/2010 | $38.17 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 4/25/2010 | $27.25 |
| TERENCE KIM | Accommodations | Hotel Tax | 4/26/2010 | $47.01 |
| TERENCE KIM | Accommodations | Hotel Room | 4/26/2010 | $295.00 |
| TERENCE KIM | Meals | Meal While Traveling (2 attendees) | 4/26/2010 | $40.00 |
| TERENCE KIM | Accommodations | Hotel Tax | 4/27/2010 | $58.81 |
| TERENCE KIM | Accommodations | Hotel Room | 4/27/2010 | $375.00 |
| TERENCE KIM | Meals | Meal While Traveling (2 attendees) | 4/27/2010 | $40.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 4/27/2010 | $23.55 |
| TERENCE KIM | Accommodations | Hotel Tax | 4/28/2010 | $66.19 |
| TERENCE KIM | Accommodations | Hotel Room | 4/28/2010 | $425.00 |
| TERENCE KIM | Meals | Meal While Traveling (2 attendees) | 4/28/2010 | $40.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 4/28/2010 | $22.70 |
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 4/28/2010 | $3.17 |
| TERENCE KIM | Transportation - Ground | Taxi- Cleary Office to Jefferies Office | 4/28/2010 | $11.35 |
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 4/28/2010 | $3.55 |
| TERENCE KIM | Accommodations | Hotel Room | 4/29/2010 | $385.00 |
| TERENCE KIM | Accommodations | Hotel Tax | 4/29/2010 | $60.29 |
| TERENCE KIM | Meals | Meal While Traveling | 5/1/2010 | $29.10 |
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 5/1/2010 | $4.25 |
| TERENCE KIM | Meals | Meal While Traveling | 5/2/2010 | $37.93 |
| TERENCE KIM | Meals | Meal While Traveling | 5/3/2010 | $23.32 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/3/2010 | $9.54 |
| TERENCE KIM | Meals | Meal While Traveling (2 attendees) | 5/4/2010 | $40.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/4/2010 | $22.72 |
| TERENCE KIM | Meals | Meal While Traveling | 5/5/2010 | $11.83 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/5/2010 | $19.60 |
| GAURAV KITTUR | Meals | Overtime Meal | 5/5/2010 | $24.99 |
| TERENCE KIM | Meals | Meal While Traveling | 5/6/2010 | $20.05 |
| TERENCE KIM | Meals | Meal While Traveling | 5/6/2010 | $14.97 |
| TERENCE KIM | Meals | Meal While Traveling | 5/7/2010 | $11.23 |
| TERENCE KIM | Accommodations | Hotel Tax | 5/10/2010 | $30.52 |
| TERENCE KIM | Accommodations | Hotel Room | 5/10/2010 | $195.00 |
| TERENCE KIM | Accommodations | Hotel Room | 5/11/2010 | $195.00 |
| TERENCE KIM | Accommodations | Hotel Tax | 5/11/2010 | $30.52 |
| TERENCE KIM | Meals | Meal While Traveling | 5/11/2010 | $2.44 |
| TERENCE KIM | Phone/Fax | Hotel Phone Charges | 5/11/2010 | $8.00 |
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 5/11/2010 | $32.50 |
| TERENCE KIM | Meals | Meal While Traveling | 5/12/2010 | $4.62 |
| TERENCE KIM | Meals | Meal While Traveling | 5/12/2010 | $24.99 |
| TERENCE KIM | Transportation - Ground | Taxi- NYC | 5/12/2010 | $45.00 |
| TERENCE KIM | Transportation - Ground | Taxi- SF | 5/12/2010 | $22.50 |
| TERENCE KIM | Meals | Meal While Traveling | 5/13/2010 | $8.80 |
| TERENCE KIM | Transportation - Ground | Taxi- SF | 5/13/2010 | $22.50 |
| J.HALISEY KENNEDY | Transportation - Air | Flight | 5/19/2010 | $505.11 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 5/20/2010 | $6.25 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Office to Airport | 5/20/2010 | $40.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Meeting to Airport | 5/20/2010 | $24.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Home | 5/20/2010 | $105.60 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Meeting | 5/20/2010 | $24.50 |
| Total: | | | | $7,740.48 |