Exhibit C

## Jefferies & Company, Inc.
### Summary of Hours Worked
May 1, 2010 - May 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 13.8 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 16.8 |
| Hal Kennedy | Managing Director, Recapitalization and Restructuring Group | 20.3 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 24.3 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 20.8 |
| Paul Zangrilli | Associate, Communication Technologies Group | 23.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 32.5 |
| Gene Chen | Analyst, Recapitalization and Restructuring Group | 25.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 15.5 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 25.3 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 20.3 |
| | **Total** | **238.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
**May 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 5/4/2010 | 1.50 | Review M&A information |
| Michael Henkin | 5/6/2010 | 1.50 | UCC call |
| Michael Henkin | 5/7/2010 | 0.75 | Call with Creditors re: M&A, case status |
| Michael Henkin | 5/9/2010 | 2.00 | Review M&A and IP information and UCC presentation |
| Michael Henkin | 5/13/2010 | 1.50 | UCC call |
| Michael Henkin | 5/14/2010 | 1.00 | Review materials |
| Michael Henkin | 5/20/2010 | 2.00 | UCC call, Review M&A and IP information |
| Michael Henkin | 5/26/2010 | 1.50 | Communication with Jefco Team member, document review. |
| Michael Henkin | 5/27/2010 | 1.00 | UCC call |
| Michael Henkin | 5/31/2010 | 1.00 | Review filings and M&A documents |
| **May 2010 Summary Hours for Michael Henkin** | | **13.75** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 5/3/2010 | 0.50 | Reviewed Materials |
| Phil Berkowitz | 5/5/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 5/6/2010 | 2.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 5/11/2010 | 1.25 | Case Issue Call, Reviewed Materials |
| Phil Berkowitz | 5/12/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 5/13/2010 | 2.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 5/17/2010 | 1.00 | Professionals call |
| Phil Berkowitz | 5/19/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| Phil Berkowitz | 5/20/2010 | 2.00 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 5/25/2010 | 1.00 | Call with Other Professionals |
| Phil Berkowitz | 5/26/2010 | 1.75 | Professionals Pre-call, Corporate Review Call, Reviewed Materials |
| Phil Berkowitz | 5/27/2010 | 2.00 | Committee Call, Reviewed Materials |
| **May 2010 Summary Hours for Phil Berkowitz** | | **16.75** | |
| | | | |
| *Hal Kennedy* | | | |
| Hal Kennedy | 5/4/2010 | 2.00 | Review materials, communication with Jefco team |
| Hal Kennedy | 5/5/2010 | 2.50 | Review materials, Pre-call |
| Hal Kennedy | 5/6/2010 | 2.00 | UCC and follow-up call |
| Hal Kennedy | 5/11/2010 | 1.25 | Case Issue & M&A Call |
| Hal Kennedy | 5/12/2010 | 1.00 | Professionals pre-call |
| Hal Kennedy | 5/13/2010 | 1.50 | UCC call |
| Hal Kennedy | 5/17/2010 | 1.00 | Professionals call |
| Hal Kennedy | 5/18/2010 | 1.00 | Review materials |
| Hal Kennedy | 5/19/2010 | 1.50 | Professionals pre-call |
| Hal Kennedy | 5/20/2010 | 2.00 | UCC call |
| Hal Kennedy | 5/26/2010 | 2.00 | Professionals pre-call, Review materials |
| Hal Kennedy | 5/27/2010 | 1.50 | UCC call |
| Hal Kennedy | 5/31/2010 | 1.00 | Review filings and M&A documents |
| **May 2010 Summary Hours for Hal Kennedy** | | **20.25** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 5/4/2010 | 2.00 | Review materials, communication with Jefco team |
| Leo Chang | 5/5/2010 | 2.50 | Review materials, Pre-call |
| Leo Chang | 5/6/2010 | 2.00 | UCC and follow-up call |
| Leo Chang | 5/9/2010 | 2.00 | Review M&A and IP information and UCC presentation |
| Leo Chang | 5/11/2010 | 1.25 | Case Issue & M&A Call |
| Leo Chang | 5/12/2010 | 1.00 | Professionals pre-call |
| Leo Chang | 5/13/2010 | 1.50 | UCC call |
| Leo Chang | 5/17/2010 | 1.00 | Professionals call |
| Leo Chang | 5/18/2010 | 1.00 | Review materials |
| Leo Chang | 5/19/2010 | 1.50 | Professionals pre-call |
| Leo Chang | 5/20/2010 | 2.00 | UCC call |
| Leo Chang | 5/25/2010 | 2.00 | Call with other professionals |
| Leo Chang | 5/26/2010 | 2.00 | Professionals pre-call, Review materials |
| Leo Chang | 5/27/2010 | 1.50 | UCC call |
| Leo Chang | 5/31/2010 | 1.00 | Review filings and M&A documents |
| **May 2010 Summary Hours for Leo Chang** | | **24.25** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 5/3/2010 | 1.25 | Reviewed Materials |
| Gaurav Kittur | 5/4/2010 | 0.50 | Reviewed Materials |
| Gaurav Kittur | 5/5/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Gaurav Kittur | 5/6/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 5/11/2010 | 1.25 | Case Issue Call, Reviewed Materials |
| Gaurav Kittur | 5/12/2010 | 1.25 | Professionals Pre-call, Reviewed Materials |
| Gaurav Kittur | 5/13/2010 | 2.50 | Committee call, Reviewed Materials |
| Gaurav Kittur | 5/17/2010 | 1.00 | Professionals call |
| Gaurav Kittur | 5/18/2010 | 1.00 | Reviewed Materials |
| Gaurav Kittur | 5/19/2010 | 1.00 | Professionals Pre-call |
| Gaurav Kittur | 5/20/2010 | 2.00 | Committee call, Reviewed Materials |
| Gaurav Kittur | 5/25/2010 | 2.25 | Call with Other Professionals, Reviewed Materials |
| Gaurav Kittur | 5/26/2010 | 1.50 | Professionals Pre-call, Corporate Review call |
| Gaurav Kittur | 5/27/2010 | 2.00 | Committee call, Reviewed Materials |
| **May 2010 Summary Hours for Gaurav Kittur** | | **20.75** | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 5/3/2010 | 2.00 | Reviewed Materials |
| Paul Zangrilli | 5/4/2010 | 1.00 | Reviewed Materials |
| Paul Zangrilli | 5/5/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| Paul Zangrilli | 5/6/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 5/11/2010 | 1.50 | Case Issue Call, Reviewed Materials |
| Paul Zangrilli | 5/12/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| Paul Zangrilli | 5/13/2010 | 2.50 | Committee call, Reviewed Materials |
| Paul Zangrilli | 5/17/2010 | 1.00 | Professionals call |
| Paul Zangrilli | 5/18/2010 | 1.50 | Reviewed Materials |
| Paul Zangrilli | 5/19/2010 | 1.00 | Professionals Pre-call |
| Paul Zangrilli | 5/20/2010 | 2.00 | Committee call, Reviewed Materials |
| Paul Zangrilli | 5/25/2010 | 2.50 | Call with Other Professionals, Reviewed Materials |
| Paul Zangrilli | 5/26/2010 | 1.50 | Professionals Pre-call, Corporate Review call |
| Paul Zangrilli | 5/27/2010 | 2.00 | Committee call, Reviewed Materials |
| **May 2010 Summary Hours for Paul Zangrilli** | | **23.50** | |
| *Cary Verasco* | | | |
| Cary Verasco | 5/2/2010 | 0.50 | Various correspondence |
| Cary Verasco | 5/3/2010 | 2.50 | Review materials, internal discussion, various correspondence |
| Cary Verasco | 5/4/2010 | 1.00 | Call with other advisors, various correspondence, internal discussion |
| Cary Verasco | 5/5/2010 | 4.00 | Calls with Company and other advisors, update analysis, various correspondence, call with counsel, prepare materials |
| Cary Verasco | 5/6/2010 | 1.50 | Various correspondence, Committee call |
| Cary Verasco | 5/7/2010 | 1.00 | Call with Company |
| Cary Verasco | 5/10/2010 | 0.50 | Review materials, various correspondence |
| Cary Verasco | 5/11/2010 | 3.00 | Calls and meetings with Company and other advisors, various correspondence |
| Cary Verasco | 5/12/2010 | 0.50 | Review materials |
| Cary Verasco | 5/13/2010 | 1.00 | Committee call |
| Cary Verasco | 5/14/2010 | 1.00 | Internal discussion, various correspondence, call with interested party |
| Cary Verasco | 5/18/2010 | 2.00 | Internal discussion, various correspondence |
| Cary Verasco | 5/19/2010 | 1.00 | Call with Company's advisor, various correspondence |
| Cary Verasco | 5/20/2010 | 1.00 | Various correspondence, Committee call |
| Cary Verasco | 5/24/2010 | 2.50 | Review materials, various correspondence, update materials, call with Company and Company's advisor |
| Cary Verasco | 5/25/2010 | 2.00 | Review materials, call with Company and other advisors, various correspondence |
| Cary Verasco | 5/26/2010 | 4.00 | Various correspondence, calls with Company and other advisors, update materials |
| Cary Verasco | 5/27/2010 | 2.50 | Committee call, review materials, various correspondence |
| Cary Verasco | 5/28/2010 | 1.00 | Various correspondence, call with creditor |
| **May 2010 Summary Hours for Cary Verasco** | | **32.50** | |
| *Gene Chen* | | | |
| Gene Chen | 5/3/2010 | 1.00 | Nortel - Review materials, Prepare marketing material |
| Gene Chen | 5/4/2010 | 2.00 | Nortel - Review materials, communication with Jefco team, Admin |
| Gene Chen | 5/5/2010 | 3.00 | Nortel - Review materials, Prepare analysis, Pre-call |
| Gene Chen | 5/6/2010 | 2.00 | Nortel - UCC and follow-up call |
| Gene Chen | 5/11/2010 | 0.50 | Nortel - Admin |
| Gene Chen | 5/11/2010 | 1.50 | Nortel - M&A related call, Review materials |
| Gene Chen | 5/12/2010 | 1.50 | Nortel - Pre-call, Prepare materials for UCC, Admin |
| Gene Chen | 5/13/2010 | 1.50 | Nortel - UCC call, Admin |
| Gene Chen | 5/14/2010 | 0.50 | Nortel - Prepare marketing materials |
| Gene Chen | 5/18/2010 | 1.00 | Nortel - Review materials, Admin |
| Gene Chen | 5/19/2010 | 2.00 | Nortel - Professionals pre-call, Admin |
| Gene Chen | 5/20/2010 | 2.00 | Nortel - UCC call, Admin |
| Gene Chen | 5/22/2010 | 1.00 | Nortel - Internal communication, Admin |
| Gene Chen | 5/23/2010 | 0.50 | Nortel - Admin |
| Gene Chen | 5/25/2010 | 1.50 | Nortel - Reviewed Materials, Admin |
| Gene Chen | 5/26/2010 | 2.00 | Nortel - Professionals pre-call, Review materials, Admin |
| Gene Chen | 5/27/2010 | 2.00 | Nortel - UCC call |
| **May 2010 Summary Hours for Gene Chen** | | **25.50** | |

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Moran* | | | |
| Michael Moran | 5/18/2010 | 3.00 | Nortel - Review IP model and related materials |
| Michael Moran | 5/19/2010 | 1.00 | Nortel - Professionals pre-call, Admin |
| Michael Moran | 5/20/2010 | 6.00 | Nortel - Meeting in Boston to discuss IP model |
| Michael Moran | 5/20/2010 | 2.00 | Nortel - UCC Call |
| Michael Moran | 5/26/2010 | 1.50 | Nortel - Professionals pre-call, Admin |
| Michael Moran | 5/27/2010 | 2.00 | Nortel - UCC call |
| **May 2010 Summary Hours for Michael Moran** | | **15.50** | |
| | | | |
| *Ryan Stuckert* | | | |
| Ryan Stuckert | 5/3/2010 | 2.50 | Prepared Materials |
| Ryan Stuckert | 5/4/2010 | 1.75 | Reviewed Materials, Administrative |
| Ryan Stuckert | 5/5/2010 | 1.50 | Professionals Pre-Call, Prepared Materials |
| Ryan Stuckert | 5/6/2010 | 1.50 | Committee Call |
| Ryan Stuckert | 5/11/2010 | 1.00 | Case Issue Call, Reviewed Materials |
| Ryan Stuckert | 5/12/2010 | 1.50 | Professionals Pre-Call, Administrative |
| Ryan Stuckert | 5/13/2010 | 2.50 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 5/17/2010 | 1.00 | Professionals call |
| Ryan Stuckert | 5/18/2010 | 2.00 | Prepared Materials, Administrative |
| Ryan Stuckert | 5/19/2010 | 1.00 | Professionals Pre-Call |
| Ryan Stuckert | 5/20/2010 | 2.00 | Committee Call, Reviewed Materials |
| Ryan Stuckert | 5/25/2010 | 3.00 | Call with Other Professionals, Prepared Materials |
| Ryan Stuckert | 5/26/2010 | 1.50 | Professionals Pre-Call, Corporate Review Call |
| Ryan Stuckert | 5/27/2010 | 2.50 | Committee Call, Prepared Materials, Administrative |
| **May 2010 Summary Hours for Ryan Stuckert** | | **25.25** | |
| | | | |
| *Natalie Mayslich* | | | |
| Natalie Mayslich | 5/3/2010 | 1.50 | Prepared Materials |
| Natalie Mayslich | 5/4/2010 | 1.00 | Reviewed Materials, Administrative |
| Natalie Mayslich | 5/5/2010 | 1.50 | Professionals Pre-Call, Prepared Materials |
| Natalie Mayslich | 5/6/2010 | 1.50 | Committee Call |
| Natalie Mayslich | 5/11/2010 | 1.00 | Case Issue Call, Reviewed Materials |
| Natalie Mayslich | 5/12/2010 | 1.00 | Professionals Pre-Call |
| Natalie Mayslich | 5/13/2010 | 2.00 | Committee Call |
| Natalie Mayslich | 5/17/2010 | 1.00 | Professionals call |
| Natalie Mayslich | 5/18/2010 | 1.50 | Reviewed Materials |
| Natalie Mayslich | 5/19/2010 | 1.00 | Professionals Pre-Call |
| Natalie Mayslich | 5/20/2010 | 1.75 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 5/25/2010 | 2.00 | Call with Other Professionals, Prepared Materials |
| Natalie Mayslich | 5/26/2010 | 1.50 | Professionals Pre-Call, Corporate Review Call |
| Natalie Mayslich | 5/27/2010 | 2.00 | Committee Call, Administrative |
| **May 2010 Summary Hours for Natalie Mayslich** | | **20.25** | |