## VERIFICATION

Hal Kennedy, after being duly sworn according to law, deposes and says:

a) I am a professional with the applicant firm, Jefferies & Company, Inc.

b) I am familiar with the work performed on behalf of the Committee by the professionals and paraprofessionals in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule and Interim Compensation Procedures Order.

Dated: July 6, 2010

JEFFERIES & CO., INC.

By: _____
Hal Kennedy

520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3391

Financial Advisor to the Official
Committee of Unsecured Creditors

21