IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x   Chapter 11
                                                :
In re:                                          :   Case No. 09-10138 (KG)
                                                :
Nortel Networks Inc., et al.,                   :   (Jointly Administered)
                                                :
            Debtors.                            :
                                                :
                                                :
------------------------------------------------x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Dean M. Gloster, Esquire, to represent Nortel US Retirement Protection Committee ("NUSRPC") in the above-captioned matter.

Dated: July 6, 2010                         CROSS & SIMON, LLC
       Wilmington, DE

                                            By: _____
                                            Christopher P. Simon (No. 3697)
                                            Michael J. Joyce (No. 4563)
                                            913 North Market Street, 11th Floor
                                            P.O. Box 1380
                                            Wilmington, Delaware 19899-1380
                                            (302) 777-4200 (Telephone)
                                            (302) 777-4224 (Facsimile)
                                            csimon@crosslaw.com
                                            mjoyce@crosslaw.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and the District Court for the Northern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 6, 2010

By: _____
Dean M. Gloster
Russ Building
235 Montgomery Street, 17th floor
San Francisco, California 94104
Telephone: (415) 954-4472
Facsimile: (415) 954-4480
dgloster@fbm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                    The Honorable Kevin Gross
                                    United States Bankruptcy Judge