IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                                                          :
                                                          :    Chapter 11
*In re*                                                   :
                                                          :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :
              Debtors.                                    :    Jointly Administered
                                                          :
                                                          :
                                                          :
----------------------------------------------------------X

**FIFTH SUPPLEMENTAL AFFIDAVIT PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

James Scott, being duly sworn, deposes and says:

1.  I am a partner of Ernst & Young LLP ("E&Y LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this fifth supplemental affidavit (the "Supplemental Affidavit") on behalf of E&Y LLP in further support of the retention of E&Y LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009, as supplemented by my first supplemental affidavit filed on June 1, 2009, my second supplemental affidavit filed on July 9, 2009, my third supplemental affidavit filed on

---

[1]  The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

November 9, 2009 and my fourth supplemental affidavit filed on April 6, 2010 (as supplemented and modified, the "Existing Affidavit").

2.    Except as otherwise indicated, all facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of E&Y LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

## ADDITIONAL SERVICES

3.    The Debtors previously retained E&Y LLP pursuant to the OCP Order to provide indirect tax services (including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting and refund and credit services), tax advisory assistance, Internal Revenue Service account analysis assistance, state tax return amendment and federal and state tax compliance services.

4.    The Debtors and E&Y LLP have agreed to a new statement of work for E&Y LLP to provide Puerto Rico tax compliance services (the "Puerto Rico Tax Services"), which statement of work is attached hereto as <u>Exhibit 1</u> (the "Puerto Rico Tax SOW").[2] The Puerto Rico Tax Services are described in detail in the Puerto Rico Tax SOW.

5.    The Debtors have filed their Notice Of Supplement to List of Ordinary Course Professionals, expanding the scope of their retention of E&Y LLP to include the Puerto Rico Tax Services.

---

[2] In the event of any conflict between the description of the terms of the Puerto Rico Tax SOW in this Supplemental Affidavit and the actual terms of the Puerto Rico Tax SOW, the latter shall control.

6. As described in my prior affidavits, the Ernst & Young global network comprises independent professional services practices conducted by separate legal entities throughout the world. Such legal entities, including E&Y LLP, are members of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital. The member firms of EYGL have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities. E&Y LLP will subcontract the services of another member firm of EYGL, Ernst & Young Puerto Rico LLC, to perform the Puerto Rico Tax Services. E&Y LLP will invoice and collect from the Debtors all fees and expenses payable to Ernst & Young Puerto Rico LLC for subcontracted services.

## COMPENSATION AND EXPENSES

7. The fee payable to E&Y LLP for the Puerto Rico Tax Services is a fixed fee of $12,700, consisting of $9,500 for work relating to Nortel CALA, Inc. and $3,200 for work relating to Nortel Networks Inc.

8. The Debtors have also agreed to reimburse E&Y LLP for any direct expenses incurred by E&Y LLP in connection with E&Y LLP's performance of the Puerto Rico Tax Services.

9. All compensation and expenses will continue to be sought in accordance with the OCP Order.

## CONNECTIONS DISCLOSURE

10. E&Y LLP recently disclosed the results of an updated review of its connections with parties in interest, as set forth in my fourth supplemental affidavit.

11. The Debtors' foreign non-debtor affiliate in Australia, Nortel Networks Australia Pty Limited ("Nortel Australia"), recently engaged another EYGL firm, Ernst & Young Australia, to perform services for Nortel Australia in further support of the Debtors' global restructuring.

12. Despite the efforts described above and in the Existing Affidavit to identify and disclose connections with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, E&Y LLP is unable to state with certainty that every client representation or other connection of E&Y LLP has been disclosed. In this regard, should additional relationships with parties-in-interest become known to E&Y LLP, E&Y LLP will continue to file supplemental affidavits with the Court disclosing such connections.

13. At the Debtors' request due to the Debtors' need for the Puerto Rico Tax Services, E&Y LLP commenced performing the Puerto Rico Tax Services on June 1, 2010. Therefore, E&Y LLP requests approval of the Puerto Rico Tax Services as of June 1, 2010.

_____
James Scott

Dated: July 6, 2010

Sworn to and subscribed before me this 6 day of July, 2010.

_____
Notary Public

My Commission Expires: 3/17/2015