# Exhibit 1

**(Puerto Rico Tax SOW)**



Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, North Carolina 27612-2299

Tel: +1 (919) 981-2800
Fax: +1 (919) 981-2997
www.ey.com

June 1, 2010

Nortel Networks Inc.
c/o Luis Gonzales
Tecnoparque Eje 5 Norte 990
Edif F, PB
Col Santa Barbara
02310 Mexico DF

*Re: Statement of Work and Amending Agreement*
*Puerto Rico Tax Compliance Work*

Thank you for choosing the US firm of Ernst & Young LLP, a Delaware limited liability partnership, as your tax service provider. We are pleased to confirm the terms of our agreement with respect to providing Nortel Networks Inc. and Nortel CALA, Inc. with the services described in Schedule A. Schedule A also describes applicable pricing.

This document constitutes a Statement of Work and Amending Agreement as such term is used in the Master Services Agreement 05-178 dated as of January 1, 2007 (the "Global Tax MSA") signed by the Canadian firm of Ernst & Young LLP (an Ontario limited liability partnership) and Nortel Networks Limited (a corporation incorporated under the laws of Canada). Except as specifically varied below, all of the terms and conditions of the Global Tax MSA are hereby incorporated by reference into this Statement of Work and Amending Agreement and shall govern the services to be provided and our respective rights and obligations arising from this engagement.

All references to "E&Y" or "Contractor" in the global MSA as incorporated herein shall be deemed to refer solely to the Ernst & Young member firm signing below. This Statement of Work and Amending Agreement shall create rights and obligations solely between the parties signing below.

The parties agree that this Statement of Work and Amending Agreement does not constitute a formal modification or amendment of any provision of the Global Tax MSA other than as may be expressly stated herein and shall not give rise to the assumption or rejection of the Global Tax MSA.

Agreed:
**Ernst & Young LLP**
Delaware limited liability partnership

By _James E. Scott_
Name: James E. Scott
Title: Tax Partner

Agreed:
**Nortel Networks Inc.**

by _[signature]_
Name: Randal Izzard
Title: Director, IPS, Procurement

Agreed:
~~Nortel CALA, Inc.~~ Nortel Networks (CALA) Inc.

by _[signature]_
Name:
Title: Lynn C. Egan, Secretary

**ERNST & YOUNG**

*Schedule A*

**Scope of Services**

E&Y will provide the following tax returns preparation Services to Client for the year ended December 31, 2009:

~~Nortel CALA, Inc.~~ *Nortel Networks (CALA) Inc.* [handwritten]

- 2009 Puerto Rico Corporate Income Tax Return
- Estimated Income Taxes
- 2009 Corporate Annual Report
- 2010-2011 Volume of Business Tax Declaration
- 2009 Puerto Rico Personal Property Tax Return

**Nortel Networks, Inc.**

- 2009 Puerto Rico Corporate Income Tax Return
- Estimated Income Taxes
- 2009 Corporate Annual Report
- 2010-2011 Volume of Business Tax Declaration
- 2009 Puerto Rico Personal Property Tax Return

The specific services we will provide as part of this engagement include:

- Original estimated tax payment computations

All client copies of the tax returns will be presented to Client in an electronic format.

**Out-Of-Scope Services**

Any activities not described as Services, as indicated above under Service Descriptions, are not covered by the fees stated herein. These Services will be considered outside the scope of this SOW and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing.

**Responsibilities**

Client shall make all management decisions and perform all management functions in connection with the Services under this SOW. E&Y may assist Client in rendering management decisions or carrying out management functions in connection with the Services, including by providing advice, research material or recommendations, but E&Y will not make any such decisions or perform any such functions. In its sole discretion, E&Y may refuse to take any action to the extent it might be construed as a management decision or a management function.



Client accepts responsibility for the results of the Services. Client's approval of any Services shall not constitute a waiver of any of its rights under this SOW. Client further agrees to establish and maintain internal controls in connection with the Services, including monitoring E&Y's performance under this SOW.

Client shall designate an employee possessing the skill, knowledge and/or experience (but not necessarily the experience to perform the Services) to (1) oversee, (2) evaluate the effectiveness of, and (3) approve, the Services.

**Fees**

Client shall pay EY a fee $12.700 for the Services, consisting of $9,500 for work relating to Nortel CALA, Inc., and $3,200 for work relating to Nortel Networks Inc.

In addition, Client shall reimburse E&Y for direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement.

**Other Terms and Conditions**

Client authorizes EY, its affiliates, and other members of the global Ernst & Young network, including those located outside the United States, to disclose Client's tax return information received or generated in connection with the Services described in this SOW, including prior year tax return information, to and among each other for the purpose of rendering the Services. You acknowledge that this consent will be valid for three years from the date this SOW is signed by you