## CERTIFICATE OF SERVICE

I, Kathleen Northcutt, certify that I am not less than 18 years of age, and that service of the foregoing **Fifth Supplemental Affidavit Pursuant to Fed. R. Bankr. P. 2014 and Order Authorizing Debtors to Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on July 6, 2010, in the manner indicated upon the entities identified below.

Dated: July 6, 2010

Kathleen Northcutt
Foley & Lardner, LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
313-234-7100

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Office of the United States Trustee
Attn: Kevin Callahan, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801.

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036.

DETR_1451223.1