June 30, 2010

Motion with the Clerk of the United States Bankruptcy Court
  for the District of Delaware
824 Market St. 3rd Floor
Wilmington, Delaware 19801

Dear Sir or Madam:

Re: **Nortel Networks Inc., Chapter 11 Case No: 09-10138(KG)**
   **Motion Dated: June 21, 2010**

Description:  Notice of debtor's motion for entry of an order
   authorizing debtors to terminate certain retiree
   and long-term disability plans

Subject:  Objection to the Notice of Debtors motion dated June 21, 2010

I, Michael D Rexroad, (LTD recipient) object to the motion stated above and request the court to hear my objections.

My twenty-three years of service to Nortel Networks Inc., prior to my long-term disability (LTD), provided benefits to both their growth and shareholder value. For my services rendered, I was to receive pay and future benefits such as retirement and long-term disability (LTD) for which I made payroll contributions.

By terminating, the entire LTD employee's prior to the completion of the bankruptcy (Nortel Networks Inc. will still exist with employee positions) is discrimination.

By satisfying the entire LTD requirements prior to the bankruptcy, and this being one of the benefits for services rendered, I should be considered as a creditor, in the distribution of the sale of company assets.

If it pleases The United States Bankruptcy Court for the District of Delaware, please consider my objections to the motion.

Thank you for your consideration.

Sincerely,

*Michael P. Rexroad*
Michael D Rexroad (Employee ID. 0200238)
5244 Linwick Drive
Fuquay Varina, NC 27526

Phone: (919) 762-9111
Cell:   (919) 209-5450

cc:  Cleary, Gothlieb, Steen & Hamilton, LLP
   Morris, Nichols, Arsht & Tunnell, LLP