Carol Raymond
7962 S,W. 185 Street
Miami, Florida 33157
Tel. No.: 305-238-4951 (h)
Tel. No.: 305-606-7715 (c)

July 1, 2010

Clerk/Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 Market Street
6th Floor, Courtroom #3
Wilmington, Delaware 19801

cc:
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Re: Case No. 09-10138 (KG)

Dear Sirs:

My name is Carol Raymond and I would like to file a Formal Objection to the entry of an order approving the Motion To Terminate Certain Retiree and Long Term Disability Plans.

I am a single mother of two young children, and I suffer from a serious degenerative, auto immune disease, Multiple Sclerosis. I have worked for Nortel since 1992 and am currently on Long Term Disability. Needless to say, I dearly depend on my Long Term Disability payments and Health

1

benefits for me and my children to survive. My son is asthmatic and also needs extensive treatment. Unfortunately, and realistically, funds from Social Security are not sufficient to maintain a decent living and, Medicare does not provide adequate health coverage for a reasonably healthy person, much less one who is ill. Without my Long Term Disability and health benefits, I do not know how we can exist.

I would now like to note a number of inadequacies and concerns to this entire process. First of all, I received notification from Nortel on Friday, June 25, 2010 advising me that my benefits would be terminated on August 31, 2010. Then, on Saturday, June 26, 2010, I received the legal documents from Epiq Solutions detailing the "Motion". One observation was that the legal documents noted that the Hearing for this motion would occur on July 16, 2010, but that Objections were due on July 6, 2010. That seemed like such a short time for us employees to raise any objections!

Secondly, I have been informed that our Canadian counter parts will be provided Employee Benefits through December 31, 2010 with funds being provided by the U.S. Nortel estate. Why are the U.S. employees not given the same respect?

Thirdly, I believe that Nortel's motion for earlier cancellation of U.S. benefits may have occurred as a result of no employee participation and no legal representation. It appears that the Canadian employees were full participants in the Canadian Court Proceedings, with representation by Koskie Minsky. Why do we U.S. employees not have an appointment of a retiree/long term disability committee? I was advised that Section 1114 under bankruptcy law was applicable. How do we get representation?

I kindly ask you, Honorable Kevin Gross, United States Bankruptcy Judge to intervene on my behalf and my fellow employees of Nortel to address the above discrepancies, assist me in maintaining a livelihood for my family, and <u>disallow</u> this Motion.

Thank you for your assistance and attention to this matter.

Respectfully,

Carol Raymond

2