## CERTIFICATE OF SERVICE

I, Joy N. Haymore, certify that I served the Ohjection, upon the following party(ies), and in the manner below specified, by depositing a copy in a post office or official depository under the exclusive care and custody of the United States Post Office:

Robin J. Baik
Cleary Gottlieb Steen & Hamilton LLP
One Liverty Plaza
New York, NY 10006
212.225.2000
212.225.3999 (fax)
rbaik@cgsh.com

Thomas F. Driscoll, III
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
tdriscoll@mnat.com

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
312-558-6455
312-558-5700 (fax)
neverett@winston.com

The _2_ day of July, 2010.

Joy N. Haymore, pro se
2600 Wade Avenue
Raleigh, NC 27607
(919) 787-3358