Case Number 09-10138 (KG)

July 2, 2010

FILING A MOTION WITH THE CLERK OF THE US BANKRUPCY COURT
FOR THE DISTRICT OF DELAWARE

**OBJECTION** to TERMINATE CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS.    RE: DOCKET NUMBER 3204

To Whom It May Concern:

I OBJECT to the order of authorizing debtors to terminate CERTAIN retiree and long-term disability plans. My name is Jane Neumann and I have Long Term Disability and Health Care with Nortel Networks, Inc. I have reviewed the letters and claims as best as I can. I am unable to hire a lawyer to represent me (due to the cost and most importantly the time we were given) I am sending this letter, so that I voiced my side on the Chapter 11 bankruptcy. I understand there are about 280 others like me out there that get some type of benefits from Nortel Networks, Inc. I think it is unfortunate and horrible that it will be eliminated. I also think it would have been nice to get a list of these other persons, so that we could've hired a lawyer to represent all of us. Otherwise, there is no one to stand up for the people that <u>need</u> these types of benefits. And no one will hear from the people that it is affecting. I know it stated that "I must serve such OBJECTION on counsel for the debtors so as to be received by the objection deadline." You have to understand I received notice of this proceeding on June 28th, 2010 and I had to have representation in Delaware, I am from Minnesota and fully disabled…so that is approximately 7 business days to do this. I think they purposely did not allow us the creditors enough time so that this would terminate me (the certain persons) from my long-term disability and health care. I am 50 years old, if I am terminated I need to find something else.

If all goes forward I will be terminated on Aug 31, 2010. This is way to short of notice me and I am sure the others as well as I, are very uninsurable and rely heavily on supplemental income. Now in this 2 month span we must make a decision as to what coverage's to get and the expense. In my circumstance, I will never be able to work again, because I have a rare autoimmune disease (where my body is attacking my muscles). The insurance I get through Nortel usually costs me about $95.00/month and with out that I have to go out and get Cobra Insurance which will cost me a lot more. I also receive $380 dollars a month from them for my disability benefits. $380 doesn't sound like a lot to most people, but when you are unable to work, it is extremely beneficial. Where is the fair timeline for people and people with special needs? There is no guarantee right now if these benefits get dropped that I will even be able to get Cobra, I am in a wheelchair 24/7 and need a medical bed, this is the last thing I thought I would have to try and fight for.

Nortel Networks, Inc, under the Chapter 11 bankruptcy can still run their business? And maybe at some point could return to profitability...but all of us utilizing these benefits will be gone and the company could return to normal? That doesn't seem fair to me, who needs those benefits and relies heavily on them.

I am hoping you take the time to review my letter and see why I have an objection. Nortel Networks, Inc. can go back to business as usual. But, my health insurance benefits and long term disability will be terminated. It just seems as though I am being terminated with no merit, just as a way that the company can cut costs. That is not right when someone REALLY needs these benefits. Please consider my objection, I NEED these benefits. And DO NOT let them terminate myself from the healthcare and long term disability through Nortel Network, Inc.

Thank you,

Jane Neumann
11730 Co Road 24
Watertown, MN  55388
Phone: 952-955-2334

*Jane Neuman*