In the United States Bankruptcy Court For
The District of Delaware

July 2, 2010

John J. Rossi             )   Case Number 09-10138(KG)
1568 Woodcrest Dr.        )
Wooster, Ohio 44691       )

Debtor (Pro Se)           )   Jointly Administered Chapter 11

Vs                        )   Objection

NORTEL NETWORKS
    Plaintiff
James L. Bromley
One Liberty Plaza
New York, New York 10006

You're Honor,
    I would like to Object. I do not understand how every employee who is not in US is allowed to have more time example is in Canada they have till 31st of December. This is clearly unfair.

I also would object on how can NORTEL give out bonuses when they where in bankruptcy. I have a terminal illness with no cure and my family needs my income from LTD plus I thought disability was exempt from bankruptcy. I am on SSDI. I ask you to not allow NORTEL to do this motion. As there are not that many people on LTD per there papers. How this can happen to a company that is over 185 yrs old is beyond me.

    Yours truly,

    *[signature]*

    John J. Rossi
    330-264-7737

cc: President Obama
cc: Congressman John Boccieri
cc: Wolf Blister (CNN)