7116 Stoddard Lane
Plano, TX 75025
July 2, 2010

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Cc: Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Subject: Nortel Networks Inc. et al Case Bi, 09-10138 (KG)

Dear Sir:

I am entering my formal objection to the motion by Nortel Networks made before the Bankruptcy Court, District of Delaware, Honorable Kevin Gross presiding, to terminate retiree healthcare, long term care, life insurance, and disabled employee benefits.

Termination of the aforementioned benefits will put an undue hardship on retired and disabled employees. Having worked for Nortel for 25 years, I expected to have a reasonably secure retirement at age 66. Now, at age 60, I am uninsurable, with a chronic condition that will likely force me into a long term care facility when I get older. I expected to not only have a pension, but to be assured of good health care and long term care. If Nortel cancels these benefits, I don't know what I'll do, especially in the 6 years until I am eligible for Medicare. I have many friends from my years working at Nortel. One is disabled, many are unemployed and unable to find work as older workers, including myself, and none are yet eligible for Social Security.

I believe that no benefits should be cancelled until Nortel has completed its reorganization. We should have the opportunity to have our benefits continued under the new company structure, or to file claims for future losses.

Thank you for your consideration.

Sincerely,

Debra K. Cobb