# Objection to the Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans

Re: Nortel Networks, Case No. 09-10138(KG)

FILED
2010 JUL -6 AM 9: 22
CLERK
U.S. BANKRUPTCY C...
DISTRICT OF DELA...

28 June 2010

***Please stop this nonsense.*** Nortel, or what is left of Nortel, has a moral and legal responsibility to both its retirees and disabled employees that are receiving: (1) retiree medical, (2) retiree life insurance, (3) retiree long term care, and (4) long term disability. The prescription benefit alone, as part of the retiree medical, is substantial. Having worked 18 years at Nortel, and sustaining my disabling injury at Nortel, I deserve better treatment.

I, Chong Rose, personally became disabled with scar tissue in my lungs while working in the PC assembly area of the Santa Clara facility. I am totally and permanently disabled by this damage to my lungs. I suffer from terrible asthma, 24 hours a day. If you would talk to me on the phone, you would hear me wheeze. I have no hope of finding a job at another electronics company.

At a minimum, Nortel should be forced to set up a self sustaining trust fund to pay for the obligations owed the 280 **participants on long term disability**. At a cost of 1 million per month, for a period of 20 years, this would amount to $240 million to be set aside in a trust fund. A similar amount should be set aside for Retiree Welfare Plans at $240 million.

Although the Supreme Court has made clear that an employer is not required to provide these benefits, Nortel, by its own actions, has set the expectation, when hiring its employees, that these benefits would be provided. Nortel has a legal obligation created by its hiring practices.

It is obvious from the Debtors' Motion, that only the surviving parts of Nortel are represented, and current retiree and disabled employees are not represented. Not having a huge legal staff at my service, I request the court take these details into consideration when making your decision.

*Chong Rose*
Chong Rose (disabled employee)

*Patrick Rose*
Patrick Rose (spouse – who created this objection for Chong)

701 Lakebird Dr

Sunnyvale, CA 94089

patroserc@aol.com