29 June 2010

To: The Honorable Kevin Gross
    United States Bankruptcy Judge

Chapter 11
Case No 09-10138 (KG)
Hearing Date July 16, 2010 at 10:00 AM (ET)
Objections due July 6, 2010 at 4:00 PM (ET)




I received "Notice OF Debtors' Motion For Entry Of An Order Authorizing Debtors To
Terminate Certain Retiree And Long-Term Disability Plans late Friday evening 25
July 2010. I object to this motion. This notice gave me a deadline July 6 2010 4:00
pm for any objections to this case. I felt this was a very short notice and there
was nothing I could really do. I thought about it over the weekend and all day
Monday up to early Tuesday morning while still in bed I felt I must say something
even though it probably would not make a difference in the outcome of this motion.
Excuse my language as I'm only a AS college graduate. I spent 20 years serving our
great nation in the United States Air Force and our benefits from this great nation
have continually been decreasing throughout my life span. (And now my civilian
benefits) I retired as an E-7 Master Sergeant which is in the top 3 paygrades of the
Enlisted USAF. I went back to school to try and better myself and earn a respectable
income that I could support my family on since my retirement from the USAF would not
accomplish this. I went to work with Nortel Networks I was just an Installer however
I felt good about myself and my new company. This was short lived as I became
disabled and the Doctors could never find out why. This is a permanent disability.
Luckily enough I had paid in extra for my Long Term Disability Insurance so with my
USAF Retirement, my Social Security Disability Insurance and my Nortel Networks
Disability Insurance I have been able to maintain a satisfactory way of life for my
family and myself. So I thought untill Friday evening. We definitely are not rich
but I am able to support my family. I have worked my entire life and have never had
to ask for anything that I was not entitled to. I've paid my bills and have never
been a burden on this nation of ours. If I remember properly myself and others were
not really given much of a choice in declining these Retiree and Long Term Disability
Plans. Our yearly Flexplans if not updated would go back to a default plan that was
decided by Nortel Networks as a minimum requirement of medical disability etc. Who
in there right minds would not want these benefits even though we had to pay a portion
of our income. The President of the United States has bailed out Banks, Car Companies
and others for billions and billions of dollars however when it comes to a small
company with personnel like myself forget them let them take care of themselves. I
thought I was doing a pretty good job of that by paying my insurance premiums for my
medical needs and also for Long Term Disability and Life Insurance if needed. I've
been brought up to take care of myself and to do this you obtain insurance to protect
your family and yourself for unforseen circumstances and that's what I and many other
people have done in this company. Now they are telling me it doesn't matter that you've
been paying premiums for your insurance because we are going to cancel them all. As
long as this company is in operation at all we deserve to be treated as humans and they
should honor their word and continue providing the benefits we are entitled to. Yes they
have gone out to United Health Care etc but we can't afford that and we definitely can't
afford COBRA. Thank you for listening to me. It just seems that the little guy is always
getting screwed no matter what. Even when we do take the necessary steps to protect
ourselves and our family. Guess that doesn't matter anymore!!!!

With all due respect to your Honor

*George I Hovater Jr*
George I Hovater Jr
Installer Nortel Networks
9009 Casals St Unit 1
Sacramento, Ca. 95826
Ph 916-366-3402

Hamilton LLP

10006

CC: Cleary Gottlieb Steen &

One Liberty Plaza
New York, New York