June 28th, 2010



Attention Judge Kevin Gross

Re: Objection to Nortel terminating Retiree and Long-Term Disability Plans

Your Honor I worked for Nortel over 12 years in Accounts Payable. I pray you will understand where I am coming from. I am dying and don't have long to live and have just found out to convert my life insurance would cost me 500.00 a month. Since I am dying I can't purchase other insurance. So in essence I am losing my long term disability which is over 500.00 a month and gaining a new bill for 500.00 for life insurance which I purchased in order to leave something for my husband and children at my death. Since I worked in Accounts Payable I received the bills for bonuses paid to the CEO and CFO in Nortel. I paid for their extravagate hotels, limo's, dinners, golf and other entertainment. So I pray you will understand why I am so angry and upset at even the thought of my benefits being terminated I sincerely object and want to be listed among the creditors. I think they (CEO/CFO & other Nortel executives) should be held accountable and charges brought against them for their lavish lifestyles at Nortel's expense. I pray that you will consider this letter and have pity on those of us on long term disability and those retired from Nortel. We need these benefits and ask you to deny Nortel's request to terminate the retiree and long term disability plans.

Thanks for your assistance in this matter.

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN. 37015
615-792-1203