**Scott & Maureen Gennett**
**16 Wildwood Street**
**Lake Grove, NY 11755**
**631-738-9652**



FILED

2010 JUL -6 AM 9:04

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

June 28, 2010

RE: **Nortel Networks Inc., et al, Debtors**
**Case No. 0910138 (KG)**

This is to serve as a response and/ or objection to the Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans.

My husband, Scott Gennett, is currently receiving long term disability benefits. Scott worked for Nortel Networks at its facility in Bohemia, NY from the time it was Periphonics. Scott contributed to the company's bottom line for twenty eight years through dedication service. During Scott's working years the company invested in the very assets that are now generating the "profits" being shown on the company's books. If anything he is now benefiting the company by the value his work added to the company's current assets through the profit made during Scotts working years.

Scott has been on Long Term disability for a year and a half and is currently 51 years old. Scott started working for the company at the age of 21 and contributed to the long term disability "insurance policy" and increased the benefit level by making premium payments through payroll deductions. It is only now that the company declared bankruptcy that we are being informed that the "insurance policy" in not really an insurance policy.

These benefits are the only income, adjusted for Social Security, Scott will have until his death which is based on the service provided to the debtor, the contributions to the long term disability trust fund, and the value his work added to the company. At the time of his first heart attack, his workers were told not to tell the clientele that he was that ill as one was told and became very concerned about

placing their business with the company. There was also an international trip in 1997 that was a "last ditch" effort to save a client and not only was the client saved but new business worth millions of

dollars was written. These are only two examples of how he contributed to the current "worth" of the debtor.

As described in the motion on page 5 B. "The Debtors' Corporate Structure and business" 11. States"Its principal assets include its employees, the intellectual property derived and maintained from its research and development activities" the intellectual property it is selling now is due to the employees they are now trying to have the court terminate benefits. People considered active employees that cannot file a claim only this "objection". The debtors' estate is worth money due to their past employees who should benefit from their intellectual investment in the company based on the service they provided to the Debtors business.

Sincerely

Scott Gennett

Disabled Active Employee

Maureen Gennett

Wife (Writer, authorized by Scott Gennett)

CC: Counsel for the Debtors and Debtors in Possession