FILED
2010 JUL -6 AM 9:08
CLERK
U.S. BANKRUPTCY C...

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re  
**NORTEL NETWORKS INC.,**

Chapter 11  
Case No.09-10138 (KG)

# OBJECTION
## TO THE MOTION TO TERMINATE RETIREE AND LONG TERM DISABILITY PLANS

Reason: Tens of MILLIONS of DOLLARS paid as bonuses to certain employees of Nortel Networks this year alone. The bonuses monies should have been returned to the fund. I have paid into the fund over twenty five years before retirement.

Respectfully

James R Malloch  
*James R. Malloch* 6/29/10  
Nortel Retired Employee  
I.D # 0191100

Address:  
2925 Westview Dr  
Canyon Lake, Tx 78133

Phone:  
830.899.2108

1