Ross Hildebrand
3300 Land Park Drive
Sacramento, Ca. 95818
rhildebr@pacbell.net

February 6, 2002

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: NORTEL NETWORKS Chapter 11 Case No. 09-10138

I hereby oppose the Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans.

This opposition is on behalf of all 973,000 employees January 1, 1984 who were working for Pacific Telesis, USWest, Southwestern Bell, Ameritech, BellSouth, Bell Atlantic, NYNEX, and American Bell/ATTIS, and who, by misfortune of ATT divestiture and by subsequent and repeated corporate operations restructuring, had their pensions and medical benefit funds passed along from company to company over several decades, and who, by further misfortune, ended up being employed by Nortel Networks, Inc.

The contention herein is that the pension and medical benefits were earned by other firms, over entire careers of many employees, and that these funds, having been passed along to Nortel, are not theirs with which to default. It is not for Nortel Networks, for whom I worked a short time, to default on two decades of fully bridged employment and medical benefits. Per Price Waterhouse, I was entitled to full medical benefits.

I cannot afford an attorney, but I believe there should be a class action suit for all employees in the same situation.

Sincerely,

*[signature]*

Ross Hildebrand

cc: Counsel for the Debtors and Debtors in Possession
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801