To: Clerk of the United States Bankruptcy Court for the District of Delaware

From: Michael McCarthy (EMPLOYEE OF NORTEL NETWORKS INC)
Current - LTD - Insurance Policy Plan recipient

Re: Nortel Networks INC. Chapter 11 Case No: 09-10138 (KG)
Motion Dated: June 21, 2010 Docket #3204 for July 16th 2010
DESCRIPTION:
NOTICE OF DEBTORS MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE
CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS

cc: CLEARY GOTTLIEB, STEED & HAMILTON LLP
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Subject: OBJECTION TO THE MOTION -DATED JUNE 21, 2010

The section of the motion specific to Termination of LTD will impose an overwhelming hardship to me. I was also overwhelmed by the timing of the notification of this motion, which arrived late Saturday, the 26th of June 2010, from Epiq of NY with both confusing legal and incomplete information. The mandate for objections for the Motion was by July 5th 2010. I did not know if I could file an objection on my own, or if I had to have an attorney do so. The latter proved impossible as the short notice coupled with vacations being exercised by virtually everybody was also an extreme hardship. Consequences and facts are as follows:

1. I will lose my house.
2. My mother (84 years of age) with no income will lose a place to live as well.
3. Prudential Insurance pays the percentage of my salary, as I understand it, through a policy. The LTD Insurance Policy should stand independent of terminations Nortel is now implementing.
4. LTD appears to be the least of Nortel's relief requests via chapter 11.
5. Nortel Networks Inc. implemented LTD cancellation correspondence prior to both notification of the Motion and the filing date of this Motion. I do not understand how both could possibly occur.

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125

PH: 508-783-0735

Thank you for your time.

Sincerely,

Michael McCarthy