Glenn R. Kantor - State Bar No. 122643
  Email: gkantor@kantorlaw.net
Brent Dorian Brehm - State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
LORRAINE PLACIDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PLACIDO,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO: CV 09-0668 WHA<br><br>*The Honorable William A. Alsup*<br><br>DECLARATION OF LORRAINE PLACIDO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIALLY SUMMARY JUDGMENT<br><br>[Filed Concurrently with, Memorandum of Points and Authorities, and Declaration of Lorraine Placido]<br><br>DATE:　　July 1, 2010<br>TIME:　　8:00 a.m.<br>CTRM:　　9, 19th FL |

1

DECLARATION OF LORRAINE PLACIDO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIALLY SUMMARY JUDGMENT

1  I, Lorraine Placido, declare as follows:
2  1.   Since I became disabled, the money I have received in LTD benefits from the
3  Nortel Networks Long Term Disability Plan has gone to paying my living expenses.
4  Typical examples of these expenses include paying bills, buying groceries, paying
5  medical expenses, paying property taxes, weekly paratransit transportation and
6  paying for home maintenance expenses  I had structured my finances around the
7  predictable monthly benefit I was receiving.  I was not accumulating a savings.
8  2.   Since Prudential abruptly began reducing my LTD benefits as reimbursement
9  for an alleged overpayment, I have been forced to live off of Social Security
10 Disability Benefits, bonds, and charity  During this time, in order to pay my living
11 expenses which had previously been paid by my LTD benefits, I have had to cash in
12 all of the savings bonds I had purchased through Nortel while I was an active
13 employee and I have had to accept the maximum non-taxable gift amount from my
14 Mother.

16  I declare under penalty of perjury that the foregoing is true and correct.
17  Executed this 10th day of June, 2010, at Morro Bay, California.

19  *[signature]*
20  Lorraine Placido

28  DECLARATION OF LORRAINE PLACIDO IN SUPPORT OF PLAINTIFF'S
    OPPOSITION TO THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
    MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE,
    PARTIALLY SUMMARY JUDGMENT