Glenn R. Kantor - State Bar No. 122643
  Email: gkantor@kantorlaw.net
Brent Dorian Brehm - State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
LORRAINE PLACIDO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE PLACIDO,<br><br>　　　　Plaintiff,<br><br>VS.<br><br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTEL NETWORKS LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO: CV 09-0668 WHA<br><br>*The Honorable William A. Alsup*<br><br>DECLARATION OF BRENT DORIAN BREHM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIALLY SUMMARY JUDGMENT<br><br>[Filed Concurrently with, Memorandum of Points and Authorities, and Declaration of Lorraine Placido]<br><br>DATE:　　July 1, 2010<br>TIME:　　8:00 a.m.<br>CTRM:　　9, 19th FL |

1

I, Brent Dorian Brehm, declare as follows:

1.      I am an attorney duly licensed to practice law before all of the Courts of the State of California and the District Courts of the Central, Northern, Eastern, and Southern Districts of California and the Ninth Circuit Court of Appeals.  I am an associate in the law firm of Kantor & Kantor, counsel of record for Lorraine Placido, in the within action.  The following facts are of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2.      I am personally familiar with the manner in which Kantor & Kantor maintains files and records, including correspondence sent from and received by Kantor & Kantor.  Attached hereto as Exhibit "A" are true and correct copies of pages produced by Defendant Nortel Networks Long Term Disability Plan as part of their initial disclosures.  The pages bear number markings that were on the documents when produced by Defendant Nortel Networks Long Term Disability Plan.

3.      Attached hereto as Exhibit "B" is a copy of a benefits calculations I personally performed.  In support of the accuracy of the Consumer Price Index numbers used in performing these calculations I have attached true and correct copies of printouts of information gathered from the Bureau of Labor Statistics website, which I accessed and printed on May 21, 2010.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2010, at Northridge, California.

_____

Brent Dorian Brehm

DECLARATION OF BRENT DORIAN BREHM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIALLY SUMMARY JUDGMENT

# Exhibit A

DATE:    July 20, 2007
TO:    Employee Benefits Committee
        Nortel Networks
        220 Athens Way, Suite 300
        Nashville, TN 37228
FROM:    Lorraine Placido – Global ID# 0195850
SUBJECT: LTD 2nd Appeal Overpayment (Reference: Prudential Letter Appeal Rights – 04/04/07)

POSITION: I do not agree there has been an over payment. However, the initial Social Security taking the offset problem started a complexity of situations that were compounded by the excessive duration that Prudential allowed the problem to continue. Therefore, if Nortel expects payment, I hold to my original statement that Prudential should write the check. My documentation provides data to support this position.

HISTORY: I have been on this Long Term Disability due to Stroke Induced Dementia since May 28, 1996. This has left me with many cognitive deficits to include short term and long term memory loss. I operate in the moment only. I have difficulty understanding connections, correlating information, and making deductions. I have brain death in two lobes that affect functions like sequencing, sorting, and filling out forms. My disability even impacts my safety. For example, if I have water boiling and I am interrupted by a phone call, I forget I have something on the stove. I am blind in the left side of both eyes. I can not drive. I have difficulty processing my environment. I need to minimize my stimuli, which is why I moved to a small town, where I can more easily orient myself. I've had to relearn things that I had done all my life. I had to accept that I would never get the old me back. I needed to create a new life. That is what I was supposed to be doing on my disability. My disability brought debilitating fatigue, requiring excessive sleep. No such thing as auto-pilot for me. anymore. This is like being a child all over again. Any math I do I must do with a calculator. Everything I do takes 100% concentration. I can not do multi-tasking. Since I live alone, my days consist primarily of performing the tasks of daily living with naps in between.

Enclosed documentation shows that in spite of my severe disability, I not only acted as an agent for the company, but went beyond anything a normal LTD plan participant would be expected to do. I immediately sent Cigna a copy of my Social Security award letter dated May 4, 1997. Social Security was sending me a lump sum of $1504 that was held to meet their five full calendar months eligibility requirement (Nov 1996 – April 1997). Cigna's intent was to procure the lump sum from future payroll, rather then receiving a personal check. Cigna instructed me to tell Social Security to stop taking the offset. Thus began my extreme and persistent commitment to resolve the Nortel offset problem.

Initially, I spent six months on a daily basis dealing with the bureaucracy of Social Security trying to get the offset removed. I submitted appropriate forms and paperwork and then navigated bureaucratic processes for the next four years. This resulted in my appeal being denied three times. Simultaneously, I discovered that I was classified as worker's compensation. In an IRS audit, they said I had tax deficiencies and owed the government money for worker's compensation offset. They said this would continue yearly until I was 65, if I didn't take action. Since I cannot multi-task, I became overwhelmed and very dysfunctional. My sleeping and eating patterns were disturbed, requiring assistance from EAP and doctors. It strained my family relations, who, though geographically distant, feared that I might have another stroke.

I pursued every avenue within Nortel asking for assistance. I was abandoned by my company. No Nortel or Cigna representative would step in on my behalf. I finally turned to Congress. I worked with Congress, in a near full-time capacity, for 11 months trying to resolve all three issues. The tax issue was my top priority because I was scheduled on the tax court docket and could not get an extension. Congress contacted the Great Lakes Program Service Center of Social Security in Chicago, IL, resulting in Social Security reopening my offset case. In order for Social Security to work on the tax issue, they requested more clarification and I provided a letter from Nortel Employee Services, dated December 06, 2001, to clarify the variation of the Nortel Short Term and Long Term disability benefits.

I returned to working with Congress on the tax problem and tried to get an IRS block in order to provide me extended time to appeal. On February 5, 2002, I received a letter from the Assistant Regional Commissioner of Social Security stating that "Nortel Networks clarified that the LTD is not paid in lieu of the California State Disability Plan and as a Nortel employee you are not entitled to receive California State Disability due to the fact that the Nortel STD plan pays benefits in lieu of the California State Disability ...". They provided me an extra copy of their letter to send to the IRS to help with my tax problem. Since I am

single focused and was working with the IRS to resolve on-going tax liability problems. I made no connection to the Nortel offset problem.

The root cause of all of these problems is Nortel providing, on numerous occasions, very basic, but critical incorrect information. I feel abandoned by my company, since there was no intervention by the company. When Nortel makes my LTD benefit dependent on my Social Security, it must take responsibility for the incorrect information and the coordination of that benefit in situations when there is a problem of magnitude like pay.   You certainly cannot expect a lay person to be negotiating pay policy, and specifically a disabled employee who cannot work legally and has a disability that is high risk for another stroke or possible death.

Regarding the Nortel LTD policy, I realize that there is no policy that can be written to cover all circumstances that may appear in the real world.  That is why people need to be involved to do fact finding and make judgements.  In this case, the same critical mistake was made more than one time, causing dramatic financial, physical and long-term lifestyle impact to me.  This basic mistake was made by Nortel. This is one reason I did not feel that I am liable for this overpayment.  If everyone would have done, what they should have, when I gave my Social Security award to Cigna, the offset would have been processed, the lump would have been taken from my paycheck, and everyone would have done what they said they were going to do.  However, documentation shows that I am the only person who consistently tried to right the situation.

However, Prudential is more negligent than Cigna because they did nothing. Prudential took over managing my benefits in 2000.  We started with the standard benefit forms, and I always answered affirmative to the question (#6) asking if I was receiving Social Security benefits.  In my 2007 appeal to Prudential, they said they know nothing of my worsening health condition. This is because they have had no contact with me regarding my health and wellness since July 19, 2004.  Although I have maintained continual doctor supervision of my disability and associated medical treatment, Prudential has not managed it. I hold the Benefits Administrators accountable due to their lack of management and overall incompetence. They exacerbated the problem resulting in a significantly inflated debt.

Prudential did not write me, call me or send a telegram.  I was virtually "non-existent" with them until they received the Allsup printout.  They didn't know that I had been on Medicare since 1998 (2 years after disability), nor that I had notified the company of my social security award. *I discovered a problem when I received my February bank statement and initiated phone calls to Nortel and Prudential. The rest of my 2007 to present has been consumed exclusively on this issue and my experience with Prudential has been 'creditor-like' and quite hostile. The way in which Prudential treated me is directly opposed to the very core values for which I was compensated to foster as an active Nortel employee. Prudential can't even do the basics correctly.* Their overpayment letter is incorrect in the duration since they have been taking the offset this year and sometimes twice from one check.

Prudential's investigation of my appeal was a sham. I believe their decision was predetermined. The investigator refused to address any issues and documentation that would have contradicted their decision. The investigator did not address the accountability of others, such as the incorrect information provided by Cigna and Nortel employees. Prudential did not specifically respond to my appeal. Instead, they kept quoting policy, rather than considering the extenuating circumstances and determining the root cause of the problem. When the investigator claimed to talk to my doctors, but in fact did not, I realized that things had deteriorated to the point of being fraudulent and discontinued my communication with Prudential. I contacted Nortel to bring the severity of my situation to their attention. I am sad to say that I feel someone or something is standing in the way, because I find Nortel hiding behind policy in saying that I have to work directly with Prudential. Since I see them as the problem, with no checks and balances in place, this seems unreasonable and contradicts what Prudential told me in writing at the beginning of this year.

Prudential denies my appeal and even though they knew I was pursuing the second step of appeal, they stopped my pay, plan to apply the offset to each pay until I am 65, and want a lump sum check for the remainder when I retire.  When I suggested that, since we are still in the appeal process, Prudential should wait to implement the result until after the process is complete", their response is "this is the way we do things".

I am upset since they stopped paying me and I haven't received a paycheck since May, 2007.  I told Prudential that I believe their actions are in conflict with California Labor Law 224, i.e. for an employer to self help to pay a debt. They said that I had signed a form authorizing them to take the money, but I disagreed and told them that I had only agreed to give the one lump sum payment.  I pointed out that

California Labor Code 206.5 prohibition against and invalidity of, release of claim for wages; Violation as misdemeanor.   In addition, I pointed out that in the State of California, a company cannot withhold pay and can be fined for each day up to thirty days.

I feel like I am left in a tenous situation, with no apparent way out.   I can no longer work and I cannot afford to make the overpayment.   I would not be able to recover from the financial impact and my living situation would change dramatically.   I feel helpless and hopeless, just like I did when I lost my career and many basic life skills after my stroke.   I believe my situation is atypical and I'm asking Nortel to forego the overpayment based on my consistent and loyal behavior as an active and inactive employee.   This is coupled with the extensive and debilating time that I spent in honest effort trying to correct the Nortel offset problem.

Lastly, I must comment on my asking Prudential for compensation.   At the time, I had a lot of anger and I felt quite abused by Prudential.   This was my way of saying: "I did more work on my disability than your whole department put together.   This is evidenced by your lack of knowledge of my case and your inability to see the big picture.   Therefore, I'll take the money you people didn't earn."   I know this was not professional and in hindsight, I should not have asked for compensation.   I believe it was a manifestation of my utter frustration, helplessness, and absolute desperation.

This letter is lengthy, but I needed to cover several complex issues that occurred over ten years.   This appeal is more than about the money, for me it is about the rest of my life and how I will live it.   I've already have Stroke Induced Dementia causing limited independence and a significant reduction in the quality of my life.   Any addition burdens, especially financial ones, will even more serious impacts.

Respectfully,

*Lorraine Placido*

Lorraine Placido
665 Monterey Ave
Morro Bay, CA 93442
805.771.9707

Plan0000117

**Prudential Financial**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/inst/gldi

**Group Disability Insurance**
**Supplemental Claimant Statement**

**1. Employee Information**

First Name: LORRAINE
MI: A
Last Name: PLACIDO

Social Security Number: 372 50 9767
Employee Phone Number: 805 771 9767

Email Address: BLURMZ@AOL.COM

Employer's Name: NORTEL NETWORKS
Control Number: 39900

**2. Condition and Medication**

What is the primary condition for which you are currently being treated?
POST STROKE STROKE SYNDROME DEMENTIA, EMOTIONAL LIABILITY
1 ASPIN per day

Please list any other condition that you currently being treated for and the date that you first began treatment for each condition.
HIGH BLOOD PRESSURE 1993    DIABETIES 2002
DEPRESSION 11/1993    SLEEP APNEA 2000

Please list all medications (provide name of medication, dosage, how often you need to take it) and your understanding of what each medication is for)
ATENOLOL 25MG   1/day   high blood pressure
AMARYL 4MG   LISINOPRIL 5MG   diabeties   one/day
PAXIL CR 25MG   one/day   depression
FOSAMAX-70MG   one/week   bone density   Asprin 1/day

**3. Treatment**

Describe your current treatment and how often you receive treatment.
MED MGMT   BLOOD TESTS   2-3 MONTHS or
more frequent if needed

Does the treatment help?   ☑ Yes   ☐ No
If Yes, in what way? maintain normal ranges to avoid future stroke

If No, have you discussed other options with your doctor?
N/A

Describe any change in your condition since you stopped working
Date Stopped (mm/dd/yyyy): 09/09/1996
none   condition is permanent & STATIONARY

GL.2003 246   Ed. 10/2003

* 1 0 8 0 1 *

4 2004-PDF   Page 1 of 3

Plan0000130

**Prudential Financial**

Claimant's Social Security Number: ___ ___ ___

**4  Return to Work**

How does this condition prevent you from returning right now? (Please be specific)

not able to work    can't drive   r to left field   visual blindness   cognative deficits, dementia, depression

Are you attempting to obtain insurance to help you find work for wages or your own work?  ☐ Yes  ☑ No

What types of work do you feel you would be able to perform now or in the future?

emotional liability, lack of focus, short term memory loss interfere.

List any accommodations you feel would enable you to return now or in the future.

**5  Daily Activities**

Consider your activities during a typical day comparing the amount of which these to any activity requiring physical or mental exertion or contact with others (e.g. details of participation in household chores, cooking, yard work, buying food and clothing, participation in outside activities such as church functions, which it may wear, family, social events or owning events or owning outside programs or activities with children and/or grandchildren etc.

household chores take more time, energy etc
gardening
Rock collecting & palishing

Describe how you attend to your daily needs (e.g. dressing, bathing, hair care etc)

Care for self just more deliberate
Must do only one thing at time, use lists

Do you need assistance with any of these activities?  ☐ Yes  ☑ No

If yes, who helps you and to what extent?

I need help when I leave my environment because I get disoriented people drive me.

Are there any activities or other leisure activities that help you in your daily life?

church and church related activities

Plan0000131

# Prudential Financial

**6** Other Benefits

Are you recently Received a Disability benefit from Social Security?

**Yes**

Are you receiving Benefits from a source other than Social Security?  ☐ Yes  ☒ No

Are you receiving Workers Compensation benefits?  ☐ Yes  ☒ No

What is the name and telephone number of the Workers' Comp carrier

N/A

Are you receiving Disability or Retirement benefits from any other source?  ☐ Yes  ☐ No

certify that the above statements are true.

X _____    Date Signed (mm dd yyyy)
Signature                         07 19 2004

Prudential Financial and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

GL 2003 248    Ed 10/2003                                           4 2004-PDF    Page 3 of 3

‖‖‖‖‖‖‖‖ 1 0 8 0 3 ‖



# SOCIAL SECURITY

Great Lakes Program
Service Center
600 West Madison Street
Chicago IL 60661

February 5, 2002                                        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

Lorraine A. Placido
665 Monterey Ave.
Morro Bay, CA 93442-2231

Dear Ms. Placido,

We have determined to reopen the Reconsideration Determination
of May 17, 1998 based on new and material evidence filed
within 4 years of the date of the determination.

You were found disabled as of May 25, 1996 and entitled to
Social Security disability insurance benefits beginning
November 1996 after a full five month waiting period. Based
on contact with the Cigna Group Insurance, it was determined
that the Long Term Disability benefits (LTD) they were paying
you beginning November 28, 1996 was in lieu of the State of
California Disability Insurance benefits and therefore
required offset of the Social Security Disability benefits.
This was affirmed by phone in March 1998.

The Reconsideration Determination was based on the fact that
the Long Term Disability insurance benefits caused offset as
long as they continued to be in lieu of the state benefits.
However, this information was in error. In a letter dated
December 6, 2001 the Nortel Networks clarified that the "LTD
is not paid in lieu of the CA State Disability plan" and "As a
Nortel employee, you are not entitled to receive CA State
Disability due to the fact that the Nortel STD plan pays
benefits in lieu of the CA State Disability."

*I. PLACIDO PROVIDED TO CONGRESSWOMAN*

Plan0000133

2

You were entitled to Short Term Disability (STD) benefits from your employer from May 28, 1996 to November 27, 1996 which was a salary continuation and was in lieu of the state requirements for replacement of the California Disability Insurance benefits.  The maximum the California Disability Insurance benefits were paid was 52 weeks.  The Short Term Disability benefits (STD) were only 26 weeks or six months.  Thereafter you were place on Long Term Disability benefits (LTD) at 70% of your salary. This Long Term Disability benefit is private disability pension and is not considered in lieu of any state payment.  Therefore the offset law does not apply to these benefits.

Based on the above, we will impose full offset of your November 1996 Social Security Disability benefit and pay you full benefits beginning December 1996.  You should receive a payment of the difference between your full benefit and the offset benefit that was paid and an adjustment for the November 1996 offset shortly.  We regret that we were not given full information about your employer's plans until now. We are providing an extra copy of this notice for you to furnish to the Internal Revenue Service.  Any questions can be answered by Mr. Wiese of my Reconsideration Review Staff at 31_-3_5-4787.

Sincerely,

*Trudy A. Lewis*

Trudy A. Lewis
Assistant Regional Commissioner
Processing Center Operations

Plan0000134

MCS          TRANSFER TO:          REPORT OF CONTACT                    RPOC
   NH 372509750    LORRA PLACIDO     CL 372509750    LORRA PLACIDO

PERSON CONTACTED: VICKY HODGESNORTEL
RELATIONSHIP/TITLE: ASSOCIATE SPECIALIST
HOW CONTACTED: 1   1. PHONE 2. DO/BO 3. OTHER          DATE CONTACTED: 041097
NAME OF PERSON PREPARING REPORT: J CISNEROS              SPECIFY: _____
TITLE: 2   1. OS    2. CR    3. SR    4. CDC    5. OTHER    SPECIFY: _____
REPORT: (919) 992-8376
RE REVERSE OFFSET AGAINST DIB
THE CONTACT VERIFIED THAT THE CLMT IS RECEIVING AN LTD BENEFIT IN LIEU OF
SDI AND THAT THE EMPLOYER BENEFIT PLAN PROVIDES BENEFITS IN EXCESS OF THE
BENEFITS PROVIDED FOR BY THE STATE PLAN.
THE LTD PLAN FROM THE WHICH THE CLMT IS RECEIVING BENEFITS WAS PUT IN PLACE IN
1994 AND THEREFORE THE OFFSET PROVION OF THE PLAN WAS NOT IN EFFECT IN 2/81.
THEREFORE, THE TITLE II IS OFFSET BY THE AMOUNT OF THE LTD.
4-29-97 VERIF OF LTD BENEFITS REC'D FROM CLMT.    NOTICE SHOWS LTD BENEFIT IS
$4,754.17 MONTHLY, EFFECTIVE 11-27-96.


MORE (Y/N): N              CONTINUE THIS REPORT (Y/N):              PAGE 1
FIELDS ARE PROTECTED - PF3 TO TERMINATE - PRESS ENTER TO ADVANCE

*tell Phil Sanson shouldn't take off set*

*turns me down*

Plan0000144

# Exhibit B

| Month/Year of Increase | Total Benefit CPI-U CPI-W Prior to Increase | COLA CPI-U Previous Year Annual Increase (60% of increase) | COLA CPI-W Previous Year Annual Increase (60% of increase) | Medicare Increase (Total) | Total Benefit After Increase Using CPI-U | Total Benefit After Increase Using CPI-W |
|---|---|---|---|---|---|---|
| 11/27/96 (Start) | $4,754.17 | N/A | N/A | N/A | $4,754.17 | $4,754.17 |
| 12/97 | $4,754.17 | 3.0% (1.8%) | 2.9% (1.74%) | N/A | $4,839.75 | $4,836.89 |
| 11/98 | $4,839.75 $4,836.89 | N/A | N/A | +$43.80 ($43.80 total) | $4,883.55 | $4,880.69 |
| 12/98 | $4,883.55 $4,880.60 | 2.3% (1.38%) | 2.3% (1.38%) | N/A | $4,950.94 | $4,947.95 |
| 1/99 | $4,950.94 $4,947.95 | N/A | N/A | +$1.70 ($45.50 total) | $4,952.64 | $4,949.65 |
| 12/99 | $4,952.64 $4,949.65 | 1.6% (0.96%) | 1.3% (0.78%) | N/A | $5,000.19 | $4,988.29 |
| 1/00 | $5,000.19 $4,988.29 | N/A | N/A | No Increase ($45.50 total) | $5,000.19 | $4,988.29 |
| 12/00 | $5,000.19 $4,988.29 | 2.2% (1.32%) | 2.2% (1.32%) | N/A | $5,066.19 | $5,054.14 |
| 1/01 | $5,066.19 $5,054.14 | N/A | N/A | +$4.50 ($50.00 total) | $5,070.69 | $5,058.64 |
| 12/01 | $5,070.69 $5,058.64 | 3.4% (2.04%) | 3.5% (2.1%) | N/A | $5,174.13 | $5,164.87 |
| 1/02 | $5,174.13 $5,164.87 | N/A | N/A | +$4.00 ($54.00 total) | $5,178.13 | $5,168.87 |
| 12/02 | $5,178.13 $5,168.87 | 2.8% (1.68%) | 2.7% (1.62%) | N/A | $5,265.12 | $5,252.61 |
| 1/03 | $5,265.12 $5,252.61 | N/A | N/A | +$4.70 ($58.70 total) | $5,269.82 | $5,257.31 |
| 12/03 | $5,269.82 $5,257.31 | 1.6% (0.96%) | 1.4% (0.84%) | N/A | $5,320.41 | $5,301.47 |

| Month/Year of Increase | Total Benefit CPI-U CPI-W | COLA CPI-U Previous Year Annual Increase (60% of increase) | COLA CPI-W Previous Year Annual Increase (60% of increase) | Medicare Increase (Total) | Total Benefit After Increase Using CPI-U | Total Benefit After Increase Using CPI-W |
|---|---|---|---|---|---|---|
| 1/04 | $5,320.41 $5,301.47 | N/A | N/A | +$7.90 ($66.60 total) | $5,328.31 | $5,309.37 |
| 12/04 | $5,328.31 $5,309.37 | 2.3% (1.38%) | 2.2% (1.32%) | N/A | $5,401.84 | $5,379.45 |
| 1/05 | $5,401.84 $5,379.45 | N/A | N/A | +$11.60 ($78.20 total) | $5,413.44 | $5,391.05 |
| 12/05 | $5,413.44 $5,391.05 | 2.7% (1.62%) | 2.6% (1.56%) | N/A | $5,501.14 | $5,475.15 |
| 1/06 | $5,501.14 $5,475.15 | N/A | N/A | +$10.30 ($88.50 total) | $5,511.44 | $5,485.45 |
| 12/06 | $5,511.44 $5,485.45 | 3.4% (2.04%) | 3.5% (2.1%) | N/A | $5,623.87 | $5,600.65 |
| 1/07 | $5,623.87 $5,600.65 | N/A | N/A | +$5.00 ($93.50 total) | $5,628.87 | $5,605.65 |
| 12/07 | $5,628.87 $5,605.65 | 3.2% (1.92%) | 3.2% (1.92%) | N/A | $5,736.95 | $5,713.28 |
| 1/08 | $5,736.95 $5,713.28 | N/A | N/A | +$2.90 ($96.40 total) | $5,739.85 | $5,716.18 |
| 12/08 | $5,739.85 $5,716.18 | 2.8% (1.68%) | 2.9% (1.74%) | N/A | $5,836.28 | $5,815.64 |
| 1/09 | $5,836.28 $5,815.64 | N/A | N/A | No Increase ($96.40 total) | $5,836.28 | $5,815.64 |
| 12/09 | $5,836.28 $5,815.64 | 3.8% (2.28%) | 4.1% (2.46%) | N/A | $5,969.34 | $5,958.70 |
| 1/10 | $5,969.34 $5,958.70 | N/A | N/A | ?????? | | |

Total LTD Benefit Prior to Any SSDI Offset:

|  | Monthly Benefit CPI-U | Monthly Benefit CPI-W | Number of Monthly Benefit Payments | Sum of Monthly Benefits CPI-U | Sum of Monthly Benefits CPI-W |
|---|---|---|---|---|---|
| 11/27/1996 - 11/30/1996 | $4,754.17 | $4,754.17 | 4 days | $633.89 | $633.89 |
| 12/1/1996 - 11/30/1997 | $4,754.17 | $4,754.17 | 12 | $57,050.04 | $57,050.04 |
| 12/1/1997 - 10/31/1998 | $4,839.75 | $4,836.89 | 11 | $53,237.25 | $53,205.79 |
| 11/1/1998 - 11/30/1998 | $4,883.55 | $4,880.69 | 1 | $4,883.55 | $4,880.69 |
| 12/1/1998 - 12/31/1998 | $4,950.94 | $4,947.95 | 1 | $4,950.94 | $4,947.95 |
| 01/1/1999 - 11/30/1999 | $4,952.64 | $4,949.65 | 11 | $54,479.04 | $54,446.15 |
| 12/1/1999 - 12/31/1999 | $5,000.19 | $4,988.29 | 1 | $5,000.19 | $4,988.29 |
| 01/1/2000 - 11/30/2000 | $5,000.19 | $4,988.29 | 11 | $55,002.09 | $54,971.19 |
| 12/1/2000 - 12/31/2000 | $5,066.19 | $5,054.14 | 1 | $5,066.19 | $5,054.14 |
| 01/1/2001 - 11/30/2001 | $5,070.69 | $5,058.64 | 11 | $55,777.59 | $55,645.04 |
| 12/1/2001 - 12/31/2001 | $5,174.13 | $5,164.87 | 1 | $5,174.13 | $5,164.87 |
| 01/1/2002 - 11/30/2002 | $5,178.13 | $5,168.87 | 11 | $56,959.43 | $56,857.57 |
| 12/1/2002 - 12/31/2002 | $5,265.12 | $5,252.61 | 1 | $5,265.12 | $5,252.61 |
| 01/1/2003 - 11/30/2003 | $5,269.82 | $5,257.31 | 11 | $57,968.02 | $57,830.41 |
| 12/1/2003 - 12/31/2003 | $5,320.41 | $5,301.47 | 1 | $5,320.41 | $5,301.47 |
| 01/1/2004 - 11/30/2004 | $5,328.31 | $5,309.37 | 11 | $58,611.41 | $58,403.07 |
| 12/1/2004 - 12/31/2004 | $5,401.84 | $5,379.45 | 1 | $5,401.84 | $5,379.45 |
| 01/1/2005 - 11/30/2005 | $5,413.44 | $5,391.05 | 11 | $59,547.84 | $59,301.55 |
| 12/1/2005 - 12/31/2005 | $5,501.14 | $5,475.15 | 1 | $5,501.14 | $5,475.15 |
| 01/1/2006 - 11/30/2006 | $5,511.44 | $5,485.45 | 11 | $60,625.84 | $60,339.95 |

| | | | | | |
|---|---|---|---|---|---|
| 12/1/2006 - 12/31/2006 | $5,623.87 | $5,600.65 | 1 | $5,623.87 | $5,600.65 |
| 01/1/2007 - 11/30/2007 | $5,628.87 | $5,605.65 | 11 | $61,917.57 | $61,662.15 |
| 12/1/2007 - 12/31/2007 | $5,736.95 | $5,713.28 | 1 | $5,736.95 | $5,713.28 |
| 01/1/2008 - 11/30/2008 | $5,739.85 | $5,716.18 | 11 | $63,138.35 | $62,877.98 |
| 12/1/2008 - 12/31/2008 | $5,836.28 | $5,815.64 | 1 | $5,836.28 | $5,815.64 |
| 01/1/2009 - 11/30/2009 | $5,836.28 | $5,815.64 | 11 | $64,199.08 | $63,972.04 |
| 12/1/2009 - 12/31/2009 | $5,969.34 | $5,958.70 | 1 | $5,969.34 | $5,958.70 |
| 01/1/2010 - 05/31/2010 | $5,969.34 | $5,958.70 | 5 | $29,846.70 | $29,793.50 |
| | | | Total Number of Monthly Benefit Payments | Total Sum of Monthly Benefits CPI-U | Total Sum of Monthly Benefits CPI-W |
| | | | 162 | $858,724.09 | $856,523.21 |

Calculation of Current Overpayment/Underpayment

**Total Social Security Offset**

Original Social Security Award was $1,314.00 per month.

Total Months of Benefits x Original Social Security Award = Total Sum of Monthly SSDI Offset

| | | | | | |
|---|---|---|---|---|---|
| 162 | x | $1,314.00 | = | $212,868.00 | (12/1/96 - 5/30/10) |
| | | | | + $175.00 | (11/27/96 - 11/30/96) |
| | | | | $213,043.00 | |

Prudential Claims Social Security Award Offset Increased to $1,332.00 in January 1997

Total Months of Benefits x Variable Social Security Award = Total Sum of Monthly SSDI Offset

| | | | | | |
|---|---|---|---|---|---|
| 1 | x | $1,314.00 | = | $1,314.00 | (12/01/96 - 12/31/96) |
| 161 | x | $1,332.00 | = | $214,452.00 | (1/1/97 - 5/30/10) |
| | | | | + $175.00 | (11/27/96 - 11/30/96) |
| | | | | $215,941.00 | |

**There are four ways to Calculate Current Overpayment/Underpayment**

1) Total Sum of Monthly Benefits CPI-U minus Sum of Original Social Security Award minus Payments Made

($858,724.09  -  $213,043.00)  -  $622,201.28  =  $23,479.81 in Underpaid Benefits
(Total payments should have received)

2) Total Sum of Monthly Benefits CPI-U minus Prudential Claimed Social Security Award minus Payments Made

($858,724.09  -  $215,941.00)  -  $622,201.28  =  $20,581.81 in Underpaid Benefits
(Total payments should have received)

3) Total Sum of Monthly Benefits CPI-W minus Sum of Original Social Security Award minus Payments Made

($856,523.21  -  $213,043.00)  -  $622,201.28  =  $21,278.93 in Underpaid Benefits
(Total payments should have received)

4) Total Sum of Monthly Benefits CPI-W minus Prudential Claimed Social Security Award minus Payments Made

($856,523.21  -  $215,941.00)  -  $622,201.28  =  $18,380.93 in Underpaid Benefits
(Total payments should have received)



Bureau of Labor Statistics Data                              http://data.bls.gov/PDQ/servlet/SurveyOutputServlet

Subscribe to E-mail Updates:  Enter E-mail Address    SUBSCRIBE

A to Z Index | Site Map | FAQs | About BLS | Contact Us

# BUREAU OF LABOR STATISTICS

Search:

| Home | Subject Areas | Databases & Tables | Publications | Economic Releases | | What's New | Release Calendar |

| TOP PICKS | SERIES REPORT | DISCONTINUED DATABASES | FAQs | SPECIAL NOTICES | MORE SOURCES OF DATA |

## Databases, Tables & Calculators by Subject

FONT SIZE.

Change Output Options:    From  1995  To  2010  GO

        – include graphs            **More Formatting Options ➡**

Data extracted on: May 21, 2010 (4:53:07 PM)

**Consumer Price Index - All Urban Consumers**

Series Id:      CUUR0000SA0
Not Seasonally Adjusted
Area:           U.S. city average
Item:           All items
Base Period:    1982-84=100

Download: ⎙ .xls

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|-------|
| 1995 | 150.3 | 150.9 | 151.4 | 151.9 | 152.2 | 152.5 | 152.5 | 152.9 | 153.2 | 153.7 | 153.6 | 153.5 | 152.4 | 151.5 | 153.2 |
| 1996 | 154.4 | 154.9 | 155.7 | 156.3 | 156.6 | 156.7 | 157.0 | 157.3 | 157.8 | 158.3 | 158.6 | 158.6 | 156.9 | 155.8 | 157.9 |
| 1997 | 159.1 | 159.6 | 160.0 | 160.2 | 160.1 | 160.3 | 160.5 | 160.8 | 161.2 | 161.6 | 161.5 | 161.3 | 160.5 | 159.9 | 161.2 |
| 1998 | 161.6 | 161.9 | 162.2 | 162.5 | 162.8 | 163.0 | 163.2 | 163.4 | 163.6 | 164.0 | 163.9 | 163.0 | 163.0 | 162.3 | 163.7 |
| 1999 | 164.3 | 164.5 | 165.0 | 166.2 | 166.2 | 166.2 | 166.7 | 167.1 | 167.9 | 168.2 | 168.3 | 168.3 | 166.6 | 165.4 | 167.8 |
| 2000 | 168.8 | 169.8 | 171.2 | 171.3 | 171.5 | 172.4 | 172.8 | 172.8 | 173.7 | 174.0 | 174.1 | 174.0 | 172.2 | 170.8 | 173.6 |
| 2001 | 175.1 | 175.8 | 176.2 | 176.9 | 177.7 | 178.0 | 177.5 | 177.5 | 178.3 | 177.7 | 177.4 | 176.7 | 177.1 | 176.6 | 177.5 |
| 2002 | 177.1 | 177.8 | 178.8 | 179.8 | 179.8 | 179.9 | 180.1 | 180.7 | 181.0 | 181.3 | 181.3 | 180.9 | 179.9 | 178.9 | 180.9 |
| 2003 | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 | 184.0 | 183.3 | 184.6 |
| 2004 | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 | 188.9 | 187.6 | 190.2 |
| 2005 | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 | 195.3 | 193.2 | 197.4 |
| 2006 | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 | 201.6 | 200.6 | 202.6 |
| 2007 | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 | 207.342 | 205.709 | 208.976 |
| 2008 | 211.080 | 211.693 | 213.528 | 214.823 | 216.632 | 218.815 | 219.964 | 219.086 | 218.783 | 216.573 | 212.425 | 210.228 | 215.303 | 214.429 | 216.177 |
| 2009 | 211.143 | 212.193 | 212.709 | 213.240 | 213.856 | 215.693 | 215.351 | 215.834 | 215.969 | 216.177 | 216.330 | 215.949 | 214.537 | 213.139 | 215.935 |
| 2010 | 216.687 | 216.741 | 217.631 | 218.009 | | | | | | | | | | | |

Bureau of Labor Statistics Data

Case3:09-cv-00665-WHA    Document54-1    Filed06/10/10    Page20 of 22    http://...s.gov/PDQ/servlet/SurveyOutputServlet

**12-Month Percent Change**
Series Id:      CUUR0000SA0
Not Seasonally Adjusted
Area:           U.S. city average
Item:           All items
Base Period:    1982-84=100

Download: xls

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|-------|
| 1995 | 2.8 | 2.9 | 2.9 | 3.1 | 3.2 | 3.0 | 2.8 | 2.6 | 2.5 | 2.8 | 2.6 | 2.5 | 2.8 | 2.9 | 2.6 |
| 1996 | 2.7 | 2.7 | 2.8 | 2.9 | 2.9 | 2.8 | 3.0 | 2.9 | 3.0 | 3.0 | 3.3 | 3.3 | 3.0 | 2.8 | 3.1 |
| 1997 | 3.0 | 3.0 | 2.8 | 2.5 | 2.2 | 2.3 | 2.2 | 2.2 | 2.2 | 2.1 | 1.8 | 1.7 | 2.3 | 2.6 | 2.1 |
| 1998 | 1.6 | 1.4 | 1.4 | 1.4 | 1.7 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 | 1.5 | 1.6 | 1.6 | 1.5 | 1.6 |
| 1999 | 1.7 | 1.6 | 1.7 | 2.3 | 2.1 | 2.0 | 2.1 | 2.3 | 2.6 | 2.6 | 2.6 | 2.7 | 2.2 | 1.9 | 2.5 |
| 2000 | 2.7 | 3.2 | 3.8 | 3.1 | 3.2 | 3.7 | 3.7 | 3.4 | 3.5 | 3.4 | 3.4 | 3.4 | 3.4 | 3.3 | 3.5 |
| 2001 | 3.7 | 3.5 | 2.9 | 3.3 | 3.6 | 3.2 | 2.7 | 2.7 | 2.6 | 2.1 | 1.9 | 1.6 | 2.8 | 3.4 | 2.2 |
| 2002 | 1.1 | 1.1 | 1.5 | 1.6 | 1.2 | 1.1 | 1.5 | 1.8 | 1.5 | 2.0 | 2.2 | 2.4 | 1.6 | 1.3 | 1.9 |
| 2003 | 2.6 | 3.0 | 3.0 | 2.2 | 2.1 | 2.1 | 2.1 | 2.2 | 2.3 | 2.0 | 1.8 | 1.9 | 2.3 | 2.5 | 2.0 |
| 2004 | 1.9 | 1.7 | 1.7 | 2.3 | 3.1 | 3.3 | 3.0 | 2.7 | 2.5 | 3.2 | 3.5 | 3.3 | 2.7 | 2.3 | 3.0 |
| 2005 | 3.0 | 3.0 | 3.1 | 3.5 | 2.8 | 2.5 | 3.2 | 3.6 | 4.7 | 4.3 | 3.5 | 3.4 | 3.4 | 3.0 | 3.8 |
| 2006 | 4.0 | 3.6 | 3.4 | 3.5 | 4.2 | 4.3 | 4.1 | 3.8 | 2.1 | 1.3 | 2.0 | 2.5 | 3.2 | 3.8 | 2.6 |
| 2007 | 2.1 | 2.4 | 2.8 | 2.6 | 2.7 | 2.7 | 2.4 | 2.0 | 2.8 | 3.5 | 4.3 | 4.1 | 2.8 | 2.5 | 3.1 |
| 2008 | 4.3 | 4.0 | 4.0 | 3.9 | 4.2 | 5.0 | 5.6 | 5.4 | 4.9 | 3.7 | 1.1 | 0.1 | 3.8 | 4.2 | 3.4 |
| 2009 | 0.0 | 0.2 | -0.4 | -0.7 | -1.3 | -1.4 | -2.1 | -1.5 | -1.3 | -0.2 | 1.8 | 2.7 | -0.4 | -0.6 | -0.1 |
| 2010 | 2.6 | 2.1 | 2.3 | 2.2 |     |     |     |     |     |     |     |     |        |       |       |

**Tools**
Areas at a Glance
Industries at a Glance
Economic News Releases
Databases & Tables
Maps

**Calculators**
Inflation
Location Quotient
Injury And Illness

**Help**
Help & Tutorials
A to Z Index
FAQs
Glossary
About BLS
Contact Us

**Info**
What's New
Careers @ BLS
Find It! DOL
Join our Mailing Lists
Privacy & Security
Linking & Copyright Information

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Web Site Notices

U.S. Bureau of Labor Statistics | Postal Square Building, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov | Telephone: 1-202-691-5200 | TDD: 1-800-877-8339 | Contact Us

2 of 2

5/21/2010 1:55 PM

Bureau of Labor Statistics Data    http://...s.gov/BDQ/servlet/SurveyOutputServlet



Subscribe to E-mail Updates: Enter e-mail Address    SUBSCRIBE

A to Z Index | Site Map | FAQs | About BLS | Contact Us

# BUREAU OF LABOR STATISTICS

Search:

| Home | Subject Areas | Databases & Tables | Publications | Economic Releases | | What's New | Release Calendar |

TOP PICKS    SERIES REPORT    DISCONTINUED DATABASES    FAQs    SPECIAL NOTICES    MORE SOURCES OF DATA

## Databases, Tables & Calculators by Subject

FONT SIZE:

Change Output Options:    From  1995  To  2010  ⓖⓞ

– include graphs          **More Formatting Options** ➡

Data extracted on: May 21, 2010 (4:53:52 PM)

### Consumer Price Index - Urban Wage Earners and Clerical Workers

```
Series Id:    CWUR0000SA0
Not Seasonally Adjusted
Area:         U.S city average
Item:         All items
Base Period:  1982-84=100
```

Download: 🖲 .xls

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|-------|
| 1995 | 147.8 | 148.3 | 148.7 | 149.3 | 149.6 | 149.9 | 149.9 | 150.2 | 150.6 | 151.0 | 150.9 | 150.9 | 149.8 | 148.9 | 150.6 |
| 1996 | 151.7 | 152.2 | 152.9 | 153.6 | 154.0 | 154.1 | 154.3 | 154.5 | 155.1 | 155.5 | 155.9 | 155.9 | 154.1 | 153.1 | 155.2 |
| 1997 | 156.3 | 156.8 | 157.0 | 157.2 | 157.2 | 157.4 | 157.5 | 157.8 | 158.3 | 158.5 | 158.5 | 158.2 | 157.6 | 157.0 | 158.1 |
| 1998 | 158.4 | 158.5 | 158.7 | 159.1 | 159.5 | 159.7 | 159.8 | 160.0 | 160.2 | 160.6 | 160.7 | 160.7 | 159.7 | 159.0 | 160.3 |
| 1999 | 161.0 | 161.1 | 161.4 | 162.7 | 162.8 | 162.8 | 163.3 | 163.8 | 164.7 | 165.0 | 165.1 | 165.1 | 163.2 | 162.0 | 164.5 |
| 2000 | 165.6 | 166.5 | 167.9 | 168.0 | 168.2 | 169.2 | 169.4 | 169.3 | 170.4 | 170.6 | 170.9 | 170.7 | 168.9 | 167.6 | 170.2 |
| 2001 | 171.7 | 172.4 | 172.6 | 173.5 | 174.4 | 174.6 | 173.8 | 173.8 | 174.8 | 174.0 | 173.7 | 172.9 | 173.5 | 173.2 | 173.8 |
| 2002 | 173.2 | 173.7 | 174.7 | 175.8 | 175.8 | 175.9 | 176.1 | 176.6 | 177.0 | 177.3 | 177.4 | 177.0 | 175.9 | 174.9 | 176.9 |
| 2003 | 177.7 | 179.2 | 180.3 | 179.8 | 179.6 | 179.6 | 180.3 | 181.0 | 180.7 | 180.2 | 179.9 | 179.8 | 179.3 | 180.3 |     |
| 2004 | 180.9 | 181.9 | 182.9 | 183.5 | 184.7 | 185.3 | 184.9 | 185.0 | 185.4 | 185.5 | 186.8 | 186.0 | 184.5 | 183.2 | 185.8 |
| 2005 | 186.3 | 187.3 | 188.6 | 190.2 | 190.0 | 190.1 | 191.0 | 192.1 | 195.0 | 195.2 | 193.4 | 192.5 | 191.0 | 188.8 | 193.2 |
| 2006 | 194.0 | 194.2 | 195.3 | 197.2 | 198.2 | 198.6 | 199.2 | 199.6 | 198.4 | 197.0 | 196.8 | 197.2 | 197.1 | 196.3 | 198.0 |
| 2007 | 197.559 | 198.544 | 200.612 | 202.130 | 203.661 | 203.906 | 203.700 | 203.199 | 203.889 | 204.338 | 205.891 | 205.777 | 202.767 | 201.069 | 204.466 |
| 2008 | 206.744 | 207.254 | 209.147 | 210.698 | 212.788 | 215.223 | 216.304 | 215.247 | 214.935 | 212.182 | 207.296 | 204.813 | 211.053 | 210.309 | 211.796 |
| 2009 | 205.700 | 206.708 | 207.218 | 207.925 | 208.774 | 210.972 | 210.526 | 211.156 | 211.322 | 211.549 | 212.003 | 211.703 | 209.630 | 207.883 | 211.377 |
| 2010 | 212.568 | 212.544 | 213.525 | 213.958 | | | | | | | | | | | |

Bureau of Labor Statistics Data

http://www.bls.gov/BBQ/servlet/SurveyOutputServlet

**12-Month Percent Change**
Series Id: CWUR0000SA0
Not Seasonally Adjusted
Area:        U.S. city average
Item:        All items
Base Period: 1982-84=100

Download: xv .xls

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 2.9 | 3.0 | 3.0 | 3.2 | 3.2 | 3.1 | 2.8 | 2.5 | 2.5 | 2.7 | 2.4 | 2.5 | 2.9 | 3.0 | 2.6 |
| 1996 | 2.6 | 2.6 | 2.8 | 2.9 | 2.9 | 2.8 | 2.9 | 2.9 | 3.0 | 3.0 | 3.3 | 3.3 | 2.9 | 2.8 | 3.1 |
| 1997 | 3.0 | 3.0 | 2.7 | 2.3 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 1.9 | 1.7 | 1.5 | 2.3 | 2.5 | 1.9 |
| 1998 | 1.3 | 1.1 | 1.1 | 1.2 | 1.5 | 1.5 | 1.5 | 1.4 | 1.2 | 1.3 | 1.4 | 1.6 | 1.3 | 1.3 | 1.4 |
| 1999 | 1.6 | 1.6 | 1.7 | 2.3 | 2.1 | 1.9 | 2.2 | 2.4 | 2.8 | 2.7 | 2.7 | 2.7 | 2.2 | 1.9 | 2.6 |
| 2000 | 2.9 | 3.4 | 4.0 | 3.3 | 3.3 | 3.9 | 3.7 | 3.4 | 3.5 | 3.4 | 3.5 | 3.4 | 3.5 | 3.5 | 3.5 |
| 2001 | 3.7 | 3.5 | 2.8 | 3.3 | 3.7 | 3.2 | 2.6 | 2.7 | 2.6 | 2.0 | 1.6 | 1.3 | 2.7 | 3.3 | 2.1 |
| 2002 | 0.9 | 0.8 | 1.2 | 1.3 | 0.8 | 0.7 | 1.3 | 1.6 | 1.3 | 1.9 | 2.1 | 2.4 | 1.4 | 1.0 | 1.8 |
| 2003 | 2.6 | 3.2 | 3.2 | 2.3 | 2.0 | 2.1 | 2.0 | 2.1 | 2.3 | 1.9 | 1.6 | 1.6 | 2.2 | 2.5 | 1.9 |
| 2004 | 1.8 | 1.5 | 1.4 | 2.1 | 3.0 | 3.2 | 3.0 | 2.6 | 2.4 | 3.2 | 3.7 | 3.4 | 2.6 | 2.2 | 3.1 |
| 2005 | 3.0 | 3.0 | 3.1 | 3.7 | 2.9 | 2.6 | 3.3 | 3.8 | 5.2 | 4.7 | 3.5 | 3.5 | 3.5 | 3.1 | 4.0 |
| 2006 | 4.1 | 3.7 | 3.6 | 3.7 | 4.3 | 4.5 | 4.3 | 3.9 | 1.7 | 0.9 | 1.8 | 2.4 | 3.2 | 4.0 | 2.5 |
| 2007 | 1.8 | 2.2 | 2.7 | 2.5 | 2.8 | 2.7 | 2.3 | 1.8 | 2.8 | 3.7 | 4.6 | 4.3 | 2.9 | 2.4 | 3.3 |
| 2008 | 4.6 | 4.4 | 4.3 | 4.2 | 4.5 | 5.6 | 6.2 | 5.9 | 5.4 | 3.8 | 0.7 | -0.5 | 4.1 | 4.6 | 3.6 |
| 2009 | -0.5 | -0.3 | -0.9 | -1.3 | -1.9 | -2.0 | -2.7 | -1.9 | -1.7 | -0.3 | 2.3 | 3.4 | -0.7 | -1.2 | -0.2 |
| 2010 | 3.3 | 2.8 | 3.0 | 2.9 | | | | | | | | | | | |

**Tools**
- Areas at a Glance
- Industries at a Glance
- Economic News Releases
- Databases & Tables
- Maps

**Calculators**
- Inflation
- Location Quotient
- Injury And Illness

**Help**
- Help & Tutorials
- A to Z Index
- FAQs
- Glossary
- About BLS
- Contact Us

**Info**
- What's New
- Careers @ BLS
- Find It! DOL
- Join our Mailing Lists
- Privacy & Security
- Linking & Copyright Information

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Web Site Notices

U.S. Bureau of Labor Statistics | Postal Square Building, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov | Telephone: 1-202-691-5200 | TDD: 1-800-877-8339 | Contact Us

5/21/2010 1:56 PM