July 6, 2010

Clerk of the United States Bankruptcy Court District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG TERM DISABILITY PLANS

### BASIS FOR OBJECTION

The LTD Plan provides a detail explanation of when benefits begin and end. Specifically the LTD Plan states that "LTD benefits end when your period when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approve rehabilitation program) after the first 12 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period Of Total Disability as shown in the following chart:

Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| Under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |

(Maximum benefit Period chart continued)

| Age | Maximum Benefit Period |
|---|---|
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

In addition, Nortel Networks has never made a change to any of the Plan benefits until the end of a plan year. The Plan year is January 1st through December 31, Participants are notified of Plan changes during the Annual enrollment period.

Furthermore, the Company pays the entire cost for Core LTD coverage. I paid for **Optional LTD coverage with before-tax Payroll deductions and I elect to keep those benefits coming until I reach the age of 65. I believe I have a purchased –money interest in 10% of my total monthly disability payments and will continue to pay that amount until the contract ends if granted the opportunity to do so by this Court.**

Sincerely,

*Estelle Loggins*

Estelle Loggins


CC: Clearly Gottlieb Steen Hamilton
One Liberty Plaza
New York, NY 10006