FILED
June 29, 2010
JUL -7 AM 10: 34

Bankruptcy Court,

My name is Marva McLaurin (ID # 0202243). I am an employee of Nortel Networks LTD. I am writing this letter in hopes that the bankruptcy courts will not stop my long term disability benefits. They don't pay me a lot of money but I need that money to maintain my household. If my money stops I could lose my home, I am totally disabled having had a total of 19 surgeries. I am not sure what this letter will do but I need the courts to understand that I could possibly end up homeless without my monthly check.

Please reconsider this decision to stop my benefits.

Marva M. McLaurin
2607 Dearborn Dr.
Durham NC 27704

Thankyou
Marva McLaurin
ID 0202243