FILED

2010 JUL -7 AM 10: 37

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 2, 2010

Clerk of the United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

CC: Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Subject: Nortel Networks Inc, et al Case No. 09-10138 (KG)

Dear Sirs,

As a Nortel Networks retiree and unsecured creditor, I am writing to lodge an objection with the Bankruptcy Court, District of Delaware, Honorable Kevin Gross presiding to a motion filed by Nortel Networks to terminate retiree healthcare, long term care, life insurance and disabled employee benefits.

By its actions Nortel Networks has acknowledged and recognizes that it is not excused from obligations to its creditors and has moved ahead vigorously to dispose of assets while accumulating cash with which to repay creditors. The expectation on the size of the payout is obviously quite high because as an unsecured creditor I recently received a written solicitation to purchase my claim on the basis of 55% of my claim.

On the other hand, Nortel Networks has notified its retirees to fend for themselves and to expect no benefits after September 1, 2010. What's missing here is the recognition that it's the Nortel Networks retiree community that in part filled the coffers of the corporation that will lead to the creditors receiving a very significant recovery. On the other hand, Nortel Networks proposes to throw its retirees under the preverbal bus.

I recognize that law and statues are used to adjudicate matters such as the one currently before the court. But failing to recognize and allow for an entire community of retirees and their dependents, people who willingly gave of themselves to make Nortel Networks an industry leader is an affront to human law. Standing behind the law, or as someone recently told me that I shouldn't take this matter personally because "it's only business". Shunning one's responsibility to the retiree community because

they are no longer contributors and influencers is no different to throwing your no longer productive family and friends into the trash heap because "it's only business".

I offer that there is a much better solution than what've I've described above. What I propose is a continuation of retiree healthcare, long term care, life insurance and disabled employee benefits by the Court directing Nortel Networks to deposit into an escrow account the funds necessary to continue benefits for a minimum of two years. The cost to fund this proposal equates to no more than a minuscule percentage of the overall cash on hand, unsold assets and the value of intellectual property owned by Nortel Networks.

I would like to thank you in advance for your consideration and support.


Sincerely,

George Bagetakos

103 Pawleys Place Drive

Pawleys Island, SC 29585