IN THE UNITED STATES BANKRUPTCY COUURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | Chapter 11 | |
| Nortel Networks Inc., et al | Case No. | |
| Debtors | 09-10138 | |
| | (KG) | |
| | Jointly Administered | |

## OBJECTION TO DEBTORS MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS

NOW INTO COURT, in proper person, comes REMAJOS BROWN, a creditor and a retiree exercising a long-term disability plan who lodges an objection to the debtors' intent to terminate certain retiree and long-term disability plans which affect me.

It is my further intent to be present at the hearing on the above-referenced matter and to renew my objections as interpreted by the U.S. Fifth Circuit Court of Appeal under which jurisdiction my ERISA benefits fall, by information and belief.

Respectfully Submitted,

Remajos Brown

2353 Sword Dr.

Garland, TX 75044

(972) 202-7479

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been delivered via facsimile on this 6th day of July, 2010.

*Remajos Goins Brown*

Remajos Goins Brown