**CERTIFICATE OF SERVICE**

      I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of this **Notice Of Thirteenth Supplement To List Of Ordinary Course Professionals** was caused to be made on July 7, 2010, in the manner indicated upon the entities on the attached service list.

| | |
|---|---|
| Date: July 7, 2010 | */s/ Andrew R. Remming*<br>Andrew R. Remming (# 5120) |

3660050.1