Bettina B. Osborne
5409 Perfect Peace Circle
Holly Springs, NC 27540
(919)754-7193
email:bettinaosborne@msn.com

Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
RE: ("OBJECTION")
Chapter 11
Case No. 09-10138 (KG)
Nortel Networks Inc, et al., Debtors

My name is Bettina Osborne a retiree of Nortel Networks, I am writing this letter to ("OBJECTION") of losing my retiree medical and long term disability plans benefits. I have worked for the company for 20 years and I am entitled to these benefits as a retiree. I work from time to time for a temporary agency and I have no benefits at all. I am totally dependent on these medical, long – term and life insurance provided by Nortel Networks. At my age it would be almost impossible to get benefits that I could afford. This would be a huge disgrace for Nortel Networks to shaft us as retiree out of our benefits. Please do not allow another company to disrupt lives because of their lack of responsibility.

I want to be heard at the hearing to put fourth every effort to stop the termination of these benefits. Please don't allow another copy to escape their responsible to retiree that have made them who they are and allowed them to live way above their means.


Bettina Osborne
919-754-7193


Bettina Osborne