**MARY LOFTUS**
**6730 VERNON AVE SOUTH, 406**
**EDINA, MN 55436**

**U.S. CERTIFIED MAIL # 7009 0820 0001 3759 0555**

June 28, 2010

Clerk of the United State Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

      RE: OBJECTION: NORTEL NETWORKS BANKRUPTCY PETITIION TO
      TERMINATE RETIREE
          1) LONG TERM CARE PLAN,
          2) RETIREE LIFE INSURANCE PLAN

I "object" to and petition the Bankruptcy Court to find that Nortel Networks should not be allowed under the US Bankruptcy Laws to terminate the above-mentioned Retiree Benefits pursuant to the Debtor's (Nortel Networks) "Motion".

Nortel Networks Retiree(s) will not be able to replace the two Retiree Benefits, defined above, without considerable expense to the Retiree due to increase in age since retirement and in some cases these benefits will not be available to Retirees at any cost.

Nortel Networks malfeasance of business processes and practices under leadership of CEO Frank Dunn while under investigation by the US Securities and Exchange Commission pursuant to the US United Commercial Code Laws should not relieve Nortel Networks Canadian Parent Company of their legal and moral responsibility to their US Retirees.

I believe Nortel Networks surviving Business Entity should be judged responsible pursuant to the US Pension Laws to provide same or similar benefits of 1) Long Term Care Plan, 2) Retiree Life Insurance in the amount defined at Retiree's date of Retirement. At a minimum, justice would require the Bankruptcy Judgment to provide a monetary compensation to the US Retirees for the permanent loss of the two potentially irreplaceable benefits defined herein.

From the years of 2000 until my Retirement in 2005, I became suspicious of many instances of Nortel Networks Executive Management attempt to compromise its business systems and records allowing the instability of it's US Operations. During these years, I attempted to address my concerns to managements regarding such business practices, especially those relating to the sale and shipment of product to Nortel Networks' New York, NY Customers.

I believe the Bankruptcy Court has an obligation to protect Nortel Networks US Retiree's from financial victimization by Nortel Networks Executive Leadership pursuant to Nortel Networks Motion to Terminate Benefits under Bankruptcy.

Sincerely,

*Mary Loftus*
Mary Loftus
Nortel Networks US Retiree 2005


CC: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
CC: CLEARY GOTTLIEB STEEN & HAMILTON LLP
    Counsel for the Debtors and Debtors in Possession