TO: HONORABLE KEVIN GROSS  JUNE 30, 2010
    UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
    824 MARKET ST. 6TH FLOOR
    COURTROOM # 3
    WILMINGTON, DE   19801


CASE NUMBER: 08-11586 (KG)   MERVYN'S HOLDINGS, LLC,  CHAPTER 11.


NOTICE OF DEBTORS'THIRTY-FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN OVERSTATED CLAIMS AND MOTION TO REDUCE OR EXPUNGE SUCH CLAIMS.



MARIA G. CLARK:  REQUEST TO ALLOW REDUCED COMPENSATION FOR BALANCES ON
                  LAST PAYCHECK #06057905, ISSUED 12, 28,2008 (SEE ATACHED COPY).
                  TOTAL AMOUNT OF UNPAYED BENIFETED HRS: 232.70.
                  AT $ 11.15 PER HR AS PAYROLL INDICATES.



OBJECTION        ALTHOUGH I EARNED THE MAJORITY OF THE ABOVE BENEFITS WHILE
                      ON A HIGHER PAYSCALE,  I AM READY TO SETTLE FOR THE REDUCED
STATEMENT:      AMOUNT IN ORDER TO EXPEDITE THE PROCESS. THE AMOUNT
                      CALCULATED BELOW IS BASED ON MY FINAL PAYCHEK DATED
                      12-28-2010. THE FACTUAL DATA LEGALLY ALLOWS COMPENSATION
                      OF SUCH BENEFITS IN THE FOLLOWING AMMOUNTS:
                          SICK TIME: 175.50 HRS PER $ 11.15 = 1,956.82
                      VACATION TIME: 44.80 HRS PER $ 11.15 = 499.52
                      PERSONAL HOLIDAY: 12.40 HRS PER $ 11.15 = 138.26
                              FOR A TOTAL OF: 2,594.60.



RESPECTFULLY YOURS,

*[signature]*

MARIA GRAZIA CLARK

1016 EAST BELL, LOMPOC CA 93436.   TEL. (805) 740-9303 - (805) 717-1102.
E-MAIL: MMCLARK8@MSN.COM.

| Employee Name: | CLARK, MARIA G | Rate/Salary: | 11.1500 |
| --- | --- | --- | --- |
| Employee Number: | 0040409633 | Balances as of: | 12/28/08 |
| Payment Date: | 01/14/09 | Sick Time: | 175.50 |
| Period Begin Date: | 00/00/00 | Vacation Time: | 44.80 |
| Period End Date: | 12/28/08 | Personal Holiday: | 12.40 |

Employer: Mervyns
Address: 22301 Foothill Blvd
Hayward, CA 94541

Earnings

| | HOURS | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- |
| REGULAR PAY | 8.00 | 89.20 | 847.45 |
| OVERTIME | .00 | .00 | 6.71 |

Deductions

| | CURRENT | YEAR TO DATE |
| --- | --- | --- |

| TOTAL EARNINGS | 8.00 | 89.20 | 854.16 |
| --- | --- | --- | --- |

| NET PAY | 81.66 | 689.90 |
| --- | --- | --- |

Taxes

| | CURRENT | YEAR TO DATE | W2 WAGES YTD |
| --- | --- | --- | --- |
| FICA-OASDI | 5.53 | 52.96 | 854.16 |
| FICA-HI | 1.30 | 12.39 | 854.16 |
| FEDERAL   S-00 | .00 | 84.74 | 854.16 |
| STATE CA  M-00 | .00 | 7.34 | 854.16 |
| CA ST DISAB | .71 | 6.83 | 854.16 |

For pay issues, please contact **payroll.mervyns@mervyns.com** immediately. Pay issues unresolved by Jan 25, 2009 must be claimed through the Bankruptcy court.

7588    15256266  29694   0        898961

Form HPS001 5.07