UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | No. 09-10138 (KG) |
| | ) | |
| Debtor. | ) | |

### OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG TERM DISABILITY PLANS

Now comes PAUL E. MORRISON, Pro-Se, and hereby objects to the Debtor's Motion filed on June 21, 2010, and in support thereof, States:

1. That I am a current employee of Nortel Networks, Inc. and I currently receive long term disability benefits through the Debtor, Nortel Networks, Inc.

2. That as an employee of Debtor, Nortel Networks, Inc., I received as part of my compensation, certain benefits, including long term disability.

3. That while employed for the Debtor, I was injured and began receiving long term disability benefits through the Debtor.

4. As the Debtor has filed for restructuring, and not liquidation, I would request that I receive my pro-rata share of disability benefits pursuant to my employment agreement with the Debtor.

5. I also seek relief as an employee of the Debtor and request that my disability benefits be considered a priority claim for compensation due from my employer and the Debtor herein.

WHEREFORE, I respectfully request that this Court enter an Order denying the Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans, and for such other relief as this Court deems fair.

PAUL E. MORRISON,

_____
SSN #: xxx-xx-8388
Employee ID: 0509571