Paul E. Morrison
2241 College Ave.
Quincy, IL 62301

06 July 2010

David B. Bird
Clerk of Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

re: No. 09-10138 (KG)

To the Honorable Kevin Gross
United States Bankruptcy Judge

I have been employed by Nortel since March of 1996. Do to the effects of an automobile accident, I had no choice but to go on Disability beginning in 2003. I am totally unable to work and depend on my LTD payments and benefits to support my wife and five children. My wife lost her job over two years ago, and is needed at home to care for me and our children. We have no other means of support, and will be destitute without it.

Nortel traditionally offered a cafeteria style benefits plan which included STD & LTD as base coverage, with the option to increase coverage for an additional monthly premium. I liked the idea of having maximum protection and opted to increase my coverage from the start. Unfortunately, the STD /LTD plan policy was never supplied to employees in the annual enrollment package. Had it been more openly and fully revealed, I would been aware that the "insurance" was not really insurance at all! The company never explained that it used The Prudential Insurance Co. as a processor only, and that all payments for disability were coming from normal operating revenue.

If Nortel is allowed to terminate disabled employees for any reason - let alone to save money, it will lead to the financial ruin of many families, mine included.

I respectfully request that this Court enter an Order denying the Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans.

Sincerely,

Paul E. Morrison