IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2010 JUL -7 AM 9:28

-------------------------------- :
: Chapter 11
:
: Case No. 09-10138 (KG)
In re.
:
NORTEL NETWORKS INC., et al,            Jointly Administered

   Debtors                               Hearing date: July 16, 2010 at 10AM
                                         Objections due: July 6, 2010 at 4PM

**OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING DEBTORS TO TERMINATE CERTAIN
RETIREE AND LONG-TERM DISABILITY PLANS
AND CLAIM FOR DAMAGES**

Objection is hereby filed to the debtor's motion for entry of an order authorizing debtors to terminate certain retiree and long-term disability plans.

Such action would unduly harm individuals such as myself (Marie Jurasevich) who have dibilitating deceases or are otherwise unable to work (See attached Affidavit) and have no means of replacing the income.

Should this action be taken regardless of the extreme hardship being placed on disabled employees, a request is made to the Bankruptcy Trustee for the money damages sustained by myself of THREE HUNDRED SEVEN THOUSAND SIX HUNDRED FIFTEEN DOLLARS ($307,615), the amount I would have received had my disability continued to age 65 (as outlined in the Nortel Networks Long Term Disability Plan).

$10,545 – Monthly Disability Payment
-1,756 - Monthly Social Security Disability Payment
$ 8,789 - Total Monthly Income from Nortel/Prudential Insurance
   x36   Number of months from 8/31/2010 to 65th birthday
$307,615 - Total amount of damages requested.

Signed July 1, 2010

_____
Marie Jurasevich
29210 Gimpl Hill Road
Eugene, OR 97402
541-465-3382

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2010 JUL -7 AM 9:28

CLERK
US BANKRUPTCY
COURT OF DELAWARE

----------------------------------------- :
: Chapter 11
: Case No. 09-10138 (KG)
In re.

NORTEL NETWORKS INC., et al,    Jointly Administered

Debtors    Hearing date: July 16, 2010 at 10AM
Objections due: July 6, 2010 at 4PM

## AFFIDAVIT OF MARIE JURASEVICH

I, Marie Jurasevich, swear that the following statement is true and correct to the best of my knowledge.

I was employed by Nortel Networks as an Account Manager in 1995. I worked many years, selling millions of dollars of fiber optic equipment for the company. I very much enjoyed the company and my position. The position was very grueling as I had to travel almost every week.

In 2003 I was diagnosed with Scleroderma, a dibilitating autoimmune disease. I was forced to stop working and have been on disability (both from Nortel and Social Security) since that time. I am 61 and was told I would be on disability through Prudential until I reached age 65.

I received the letter from Nortel on June 24th stating they were terminating all benefits due to the bankruptcy and that all disability payments, medical insurance and life insurance benefits would be terminated on August 31 of this year....a mere two-month notice. I am reeling with fear. My medicals bills and long term care alone will take all my Social Security Disability, nevermind my house payment and other living expenses. I am so sick and wondering how I will be able to survive without the monthly payments from Nortel through Prudential.

I have made many calls and researched what I could only to find out that although I paid my LTD premiums assuming I had an LTD policy, I only had a self-insured policy through Nortel. How does a person understand this and the risks associated with it? I would have been paying for individual policies had I known an insurance company was not backing the policy.

I am owed $307,615 from the LTD plan. I request that this amount be paid to me from the bankruptcy proceeds. I have not retained an attorney to represent me in this matter at this time and hope I will not have to.

I pray there is a better way to wrap up a multi-billion dollar company than putting disabled employees on the street. Please consider disapproving the Debtors' Motion to Terminate the Long Term Disability Plan.

Dated this 1st day of July, 2010.

_____
Marie Jurasevich
29210 Gimpl Hill Road
Eugene, OR 97402
541-465-3382