OBJECTION TO NORTEL NETWORKS INC
MOTION TO TERMINATE (LTD) PLANS
Hearing date July 16 2010 at 10:00 AM (ET)

FILED
2010 JUL -7 AM 10: 30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

CASE N0 : 09-10139 (KG)

ATT: Clerk of United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

DEBTOR'S COUNSEL
ATT: James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Phone: 212-225-2000
Fax:   212-225-3999

DEBTOR'S Co-COUNSEL
ATT: Derek C. Abbott, Esq.
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-425-4664

From: Fred L. Gann
Nortel Networks Inc
792 Bridlewood ct
Chico, CA 95926
Home Phone: 530-893-9558
Cell Phone:   530-518-3755

IN THE UNITED STATES BANKRUTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------X

In re

NORTEL NETWORKS INC., et al., 1

DEBTORS

---------------------------------------------X

Chapter 11

Case No 09-10138 (KG)

Jointly Administered

Hearing date July 16 2010 at 10:00 AM (ET)
Objection due July 6, 2010 at 4:00 PM (ET)

### NOTICE OF OBJECTION TO THE MOTION BY NORTEL TO END THE MEDICAL AND LONG TERM DISABILITY PLANS EFFECTIVE AUGUST 31ST,2010

My wife is undergoing chemo therapy for cancer, with an operation to follow. We will not know the extent of the cancer until then, with the possibility of more chemo and radiation treatments to follow. After that she will be taking hormone treatments for five years. This will go far beyond August 31, 2010.

I have congestive heart failure along with several other ailments which are directly or indirectly related to working on the road with Nortel for 20 years.

I respectfully request that this motion be denied as that would be devastating to myself, my wife, and others in similar positions.

I KNOW EVERYONE HAS ISSUES WITH THIS MOTION BY THE DEBTORS REGARDING TERMINATION OF THESE PLANS. I WOULD ASK THE COURT TO LOOK AT THE FACTS REGARDING THOSE OF US ON LTD WITH LIFE THREATENING ILLNESSES. I'M SURE YOU WILL FIND THAT, LIKE MYSELF, MANY HAVE NO OTHER REALISTIC CHOICES.

By terminating the medical and LTD plans I will have no funds to purchase medical insurance.
I'm sixty three years old and the LTD and Health Plans stop at sixty five. My life savings consisted of my 401k. I contributed the maximum for twenty years and it was worth approximately $ 1 million in 2000. Now it is worthless. I would have thought when during these proceedings consideration would be given to those of us permanently unable to work who supported Nortel with many years of service and investment.

Regards: FRED GANN
        NORTEL NETWORKS INC        Phone: HOME 530-893-9558
        EMP# 0188075                            CELL 530-518-3755
        Dated July 1, 2010