7/2/2010

FILED

2010 JUL -7 AM 10: 29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From:   Michael Stutts
        1616 Hastings Bluff
        McKinney, TX  75070

To:     Clerk
        U. S. Bankruptcy Court
        824 Market Street
        3rd Floor
        Wilmington, Delaware 19801

Copy:   James L. Bromley
        Cleary Gottlieb Steen & Hamilton LLP
        One Liberty Plaza
        New York, N.Y.  10006

As you are aware, Nortel filed a motion on June 21 to terminate all former employee benefit plans effective August 31, 2010.

Being a current Nortel employee on long-term disability (LTD), I have feared that Nortel might seek to terminate employee benefits as a result of the bankruptcy, and I maintain that Nortel's motion to terminate U.S. benefits at the end of August is unfair and unjust. As I understand it, Canadian employee benefits are to be maintained until December 31, 2010 and they participate in a publicly funded health system.

The benefits Nortel is seeking to terminate are essential and seem to be irreplaceable. The Pension Benefit Guaranty Corporation has informed me that they will not protect the U.S. LTD benefits.

I was a solid employee at Nortel for 13 years, and then I suffered multiple severe physical disabilities in all extremities during a motor vehicle accident in October of 2000. I have been gratefully relying on LTD benefits for the past 10 years. Nortel has been clear in all of its benefits documents in recent years that the LTD benefits were self-insured. I was under the mistaken idea that it was a fully funded insurance while I paid premiums to have it topped up from 50 percent to 70 percent of base pay.

I am pleading with the Court:

Please do whatever is within its power to help the ones who are least able to defend themselves: the disabled and their families.

Most Respectfully Yours,