June 29, 2010

To: Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

FILED

From: Vivian Judd Gainey
5603 Felder Ave
Apex, NC 27539

## Objection

To approve this motion is outrages to me and my family, when I worked twenty plus years for Nortel and retired with full benefits which include my life insurance and my children inheritance, was a stable I believe for life, now to allow them to take this from us now in my late years when I am no longer able to work and no longer healthy enough to get insurance is just unbearable. Why let them use us like this. Please don't allow them to do that ,Please don't allow them I beg you.

Thanks
Vivian Judd Gainey

*Vivian J Gainey*