IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWRE

FILED
2010 JUL -7 AM 9:29
CLERK
U.S. BANKRUPTCY C...
DISTRICT OF DELA...

———————————————— X

NORTEL NETWORKS, INC., ET AL.,

Chapter 11

CaseNo 09-10138 (KG)

Joint Admininistered

Debtors
———————————————— X

The undersigned holder of a Long Term Disability Plan objects to the debtor being allowed to terminate my Long Term Disability Plan on the grounds that while I was able to work as part of my wages premiums were paid and the return of my investment therein should not now be taken away from me. This income represents my sole source of income and Nortel should not be able to take my only source of income from me.

Dated this 2nd day of July 2010

_Sharon Kelly_
Sharon Kelly

I certify that a copy of this objection was mailed to the following attorneys

CLEARY GOTTLIEB STEEN & HAMILTON LLP
  James L. Bromley
  Lisa M. Schweitzer
  One Liberty plaza
  New York, New York, 10006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
  Derek C. Abbott
  Eric D. schwartz
  Ann C. Cordo
  Alissa T. Gazze
  1201 North Market Street
  P.O. Box 1347
  Wilmington, Delaware 19801

P.S. Me + my daughters 2-15 year olds live check to check. I will lose everything. It would be great to have through Dec 31. instead of Aug. God Bless You!