## SERVICE LIST

## FILED UNDER SEAL

3661178.1