# SERVICE LIST

# FILED UNDER SEAL

3661742.1