**EXHIBIT B**

CNG Global Services Inc, 6 Antares Drive Phase 1, Ottawa, ON  K2E 8A9, Canada

Weston Solutions Inc, 1400 Weston Way, West Chester, PA  19380