**EXHIBIT C**

ASM Capital, L.P., 7600 Jericho Turnpike Suite 302, Woodbury, NY  11797

ASM Capital III, L.P., 7600 Jericho Turnpike Suite 302, Woodbury, NY  11797