# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 9, 2010, copies of the foregoing OBJECTION OF JANET BASS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG-TERM DISABILITY PLANS were served via first-class mail, postage prepaid, upon the following:

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Gazze, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, Delaware  19801

James J. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

DARBY & SEBRING, LLC

Dated: July 9, 2010
Wilmington, Delaware

**/s/ Johnna M. Darby**
Johnna M. Darby (DE Bar No. 5153)
515 N. Market Street
Wilmington, Delaware 19801
Main:         302-442-7820
Facsimile:    302-442-7821
Direct:       302-442-7822
Email:        jmd@darbysebring.com

*Counsel to Janet Bass*