**RUFF, BOND, COBB, WADE & BETHUNE, L.L.P.**

JAMES O. COBB
HAMLIN L. WADE
MARVIN A BETHUNE
ROBERT S. ADDEN, JR.
JAMES D. DUPUY

ATTORNEYS AT LAW
THE ADDISON BUILDING
831 EAST MOREHEAD STREET, SUITE 860
CHARLOTTE, NORTH CAROLINA 28202

TELEPHONE: (704) 377-1634

ESTABLISHED 1918

THOMAS C. RUFF
(1919-2009)
RETIRED
LYN BOND, JR.

TELECOPIER
(704) 342-3308

June 18, 2010

Nortel Networks, Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5075
New York, NY 10150-5075

   *Re:* *Nortel Networks Inc. et al*
     *Chapter 11 Bankruptcy - Withdrawal of Claim*

TO WHOM IT MAY CONCERN:

  Mecklenburg County, North Carolina, filed a Proof of Administrative Tax Claim in the above-entitled action on October 19, 2009, in the amount of $476.97. The claim stated that "interest continues to accrue on the first day of each month following the date of this claim. For accurate payoff information, please call 704.336.4604".

  The sum of $476.97 was paid by Check No. 0000218063 dated 06/02/2010 for the principal amount of the claim. The sum of $27.43 representing accrued interest through June, 2010 remains unpaid. Mecklenburg County withdraws Claim No. 6023 subject to the above amount remaining unpaid.

         Yours very truly,

         **RUFF, BOND, COBB, WADE & BETHUNE, L.L.P.**

         Hamlin L. Wade
         Mecklenburg County Tax Attorney

HLW:sm

c: Ms. Olga Babchenko

RBCWB: (167493).WPD\6-18-10

WADE & BETHUNE, L. L. P.
NEYS AT LAW
ISON BUILDING
EAD STREET, SUITE 860
RTH CAROLINA 28202



Nortel Networks, Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5075
New York, NY 10150-5075

RECEIVED
JUN 21 2010