# **EXHIBIT A**

# **Amended Claims**

Tenth Omnibus Objection to Claims   **Exhibit A**   In re Nortel Networks Inc., et al.
Case No. 09-10138 (KG), Jointly Administered

**Amended or Superseded Claims**

| Amended Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1082<br>4/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$380,121.95 (U)<br>$380,121.95 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1518<br>7/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$380,121.95 (U)<br>$380,121.95 (T) | Amended or superseded claim |
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E. KATELLA AVENUE # 400<br>ANAHEIM, CA  92806 | 1597<br>7/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,693,274.98 (U)<br>$1,693,274.98 (T) | HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA  92806 | 5928<br>10/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,284,946.31 (U)<br>$1,284,946.31 (T) | Amended or superseded claim |
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA  92806 | 2264<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,284,946.31 (U)<br>$1,284,946.31 (T) | HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA  92806 | 5928<br>10/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,284,946.31 (U)<br>$1,284,946.31 (T) | Amended or superseded claim |
| IBM CORPORATION<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL  60181 | 192<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$96,688.50 (P)<br>$5,532,811.81 (U)<br>$5,629,500.31 (T) | INTERNATIONAL BUSINESS MACHINES CORP<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL  60181 | 5420<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$51,609,381.14 (U)<br>$51,609,381.14 (T) | Amended or superseded claim |
| WACHOVIA BANK, N.A., AS SUCCESSOR TO FIRST UNION NATIONAL BANK<br>C/O JASON H. WATSON - ALSTON & BIRD LLP<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA  30309-3424 | 5652<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | WELLS FARGO BANK AS SUCCESSOR BY MERGER<br>ALSTON & BIRD LLP<br>C/O JASON H. WATSON<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA  30309-3424 | 7179<br>3/31/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Amended or superseded claim |
| **Totals:** | 5  Claims | - (S)<br>- (A)<br>$96,688.50 (P)<br>$8,891,155.05 (U)<br>$8,987,843.55 (T) | | | - (S)<br>- (A)<br>- (P)<br>$54,559,395.71 (U)<br>$54,559,395.71 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.