# EXHIBIT B

## Duplicate Claims

Tenth Omnibus Objection to Claims

**Exhibit B**

**Single Debtor Duplicate Claims**

In re Nortel Networks Inc., et al.
Case No. 09-10138 (KG), Jointly Administered

## Duplicate Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|---|---|---|
| HEWLETT PACKARD FINANCIAL SERVICES CO<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | 4169<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$120,072.46 (U)<br>$120,072.46 (T) | HEWLETT PACKARD FINANCIAL SERV<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | 4264<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$120,072.46 (U)<br>$120,072.46 (T) | Duplicate claim |
| **Totals:** | **1 Claim** | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$120,072.46 (U)**<br>**$120,072.46 (T)** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$120,072.46 (U)**<br>**$120,072.46 (T)** | |

## Surviving Claim

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.