6-28-2010

To Whom it May Concern:

I, Tina Simes, would like to drop the claims listed below.

Please remove claims:

Debtor: Nortel Networks (CALA) Inc.
Case Number: 09-12515
Creditor: SIMES, TINA
Date Received: 01/20/2010
Claim Number: 6792

Debtor: Nortel Networks (CALA) Inc
Case Number: 09-12515
Creditor: SIMES, TINA
Date Received:
Claim Number: 6793

Regards,

Tina Simes
214-749-5653

1500 Jackson St #4116
Dallas TX 75201