# EXHIBIT A

## Duplicate Claims

## Exhibit A

### Single Debtor Duplicate Claims

**Duplicate Claim to be Expunged** ——————————— **Corresponding Duplicate Claim** ———————————

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|---|---|---|
| CENTRAL TELEPHONE COMPANY - NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5689<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | CENTRAL TELEPHONE COMPANY-NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5716<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Duplicate Claim. |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5733<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,197.93 (U)<br>$4,197.93 (T) | CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5706<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,197.93 (U)<br>$4,197.93 (T) | Duplicate Claim. |
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5732<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5705<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | Duplicate Claim. |
| UNITED TELEPHONE COMPANY OF EASTERN KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5734<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$29.17 (U)<br>$29.17 (T) | UNITED TELEPHONE COMPANY OF EASTERN KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5707<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$29.17 (U)<br>$29.17 (T) | Duplicate Claim. |
| **Totals:** | **4  Claims** | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$5,422.30 (U)**<br>**$5,422.30 (T)** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$5,422.30 (U)**<br>**$5,422.30 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.