# EXHIBIT B

**Insufficient Documentation Claims**

## Exhibit B

### Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5695<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5697<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| CENTRAL TELEPHONE COMPANY-NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5716<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ COMMUNICATIONS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5698<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ MID-ATLANTIC MANAGEMENT SERVICES CO.<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5699<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ MIDWEST MANAGEMENT SERVICES CO<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5700<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5685<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ MISSOURI, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5686<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |

## Exhibit B

### Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| EMBARQ PAYPHONE SERVICES, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5701<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ PRODUCTS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5702<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5682<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5683<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF NEW JERSEY INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5688<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5690<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5692<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5684<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Insufficient documentation claim.  Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |

## Exhibit B

### Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| UNITED TELEPHONE COMPANY OF TEXAS PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5696 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF THE NORTHWEST PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5691 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5693 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE COMPANY OF THE WEST PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5687 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELEPHONE SOUTHEAST LLC PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5694 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| UNITED TELESERVICES INC PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 5703 9/30/09 09-10138 Nortel Networks Inc. | Unspecified* | Insufficient documentation claim. Claim should be disallowed as it is an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |

# Exhibit B

## Insufficient Documentation Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| **Totals:**         **22 Claims** | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.