# **EXHIBIT A**

**No Liability Claims**

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ANDEVICES INC<br>2933 BAYVIEW DRIVE<br>FREMONT, CA  94538-6520 | 766<br>3/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,800.00 (U)<br>$36,800.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Technology Corp. to claimant. Nortel Networks Technology Corp. is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ANDEVICES INC<br>2933 BAYVIEW DR.<br>FREMONT, CA  94538 | 6689<br>1/12/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$36,800.00 (A)<br>- (P)<br>- (U)<br>$36,800.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Technology Corp. to claimant. Nortel Networks Technology Corp. is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ANDEVICES INC<br>2933 BAYVIEW DRIVE<br>FREMONT, CA  94538-6520 | 6690<br>1/12/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$36,800.00 (U)<br>$36,800.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Technology Corp. to claimant. Nortel Networks Technology Corp. is not a Debtor in these chapter 11 cases and none of the Debtors is liable for the claim. |
| APOLLO TELECOM (PVT) LTD<br>C/O HEAD OFFICE--MAJ. SYED ATAULLAH SHAH<br>PLOT # 44, ST. # 11<br>SECTOR 1-9/2<br>ISLAMABAD<br>PAKISTAN | 4623<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,300,000.00 (A)<br>- (P)<br>- (U)<br>$2,300,000.00 (T) | Non-Debtor Liability Claim. Claim is for breach of contract, but Debtors are not and were not in privity with supplier.  Claimant's contracts are with Nortel Networks Singapore and Nortel Asia (Pakistan).  Nortel Networks Singapore and Nortel Asia (Pakistan) are not Debtors in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5706<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,197.93 (U)<br>$4,197.93 (T) | No Amount Due Claim.  There is no basis in the Debtor's books and records for any amounts owed to claimant. Further, the claim also contains an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided.  The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1002<br>4/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records. Claim amount is for General Corporation Tax and Commercial Rent Tax.  The Debtor filed consolidated returns for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by the Debtor.  The Debtor is current with its Commercial Rent Tax filing and payment obligations. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1003<br>4/21/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1004<br>4/21/09<br>09-10152<br>Nortel Networks<br>Cable Solutions Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1005<br>4/21/09<br>09-10150<br>Nortel Networks<br>International Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1006<br>4/21/09<br>09-10148<br>Nortel Networks<br>HPOCS Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY  11201 | 1007<br>4/21/09<br>09-10147<br>Nortel Networks<br>Optical Components Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY  11201 | 7192<br>4/1/10<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$111,650.00 (P)<br>- (U)<br>$111,650.00 (T) | No Amount Due Claim. No basis in the Debtor's books and records. Claim amount is for General Corporation Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY  11201 | 7193<br>4/1/10<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>- (A)<br>$111,650.00 (P)<br>- (U)<br>$111,650.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records. Claim amount is for General Corporation Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY  11201 | 7208<br>4/12/10<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$111,650.00 (P)<br>- (U)<br>$111,650.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records. Claim amount is for General Corporation Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes. |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY  11201 | 7209<br>4/12/10<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>- (A)<br>$111,650.00 (P)<br>- (U)<br>$111,650.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records. Claim amount is for General Corporation Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes. |
| DELL CANADA, INC<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD  21094 | 190<br>1/30/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>$477.66 (A)<br>- (P)<br>$111,693.75 (U)<br>$112,171.41 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| FLEMING COMMUNICATIONS INC<br>920 BELFAST ROAD<br>OTTAWA, ON  K1G 0Z6<br>CANADA | 3002<br>9/14/09<br>No Debtor | - (S)<br>- (A)<br>- (P)<br>$115,628.65 (U)<br>$115,628.65 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Technology Corp. to claimant. Nortel Networks Technology Corp. is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HEENAN BLAIKIE<br>200 BAY ST SOUTH TOWER<br>SUITE 2600 PO BOX 185<br>TORONTO, ON  M5J 2J4<br>CANADA | 4651<br>9/28/09<br>No Debtor | - (S)<br>- (A)<br>- (P)<br>$1,975.25 (U)<br>$1,975.25 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HEENAN BLAIKIE LLP<br>PO BOX 185, SUITE 2600<br>200 BAY STREET<br>SOUTH TOWER, ROYAL BANK PLAZA<br>TORONTO, ON  M5J 2J4<br>CANADA | 4652<br>9/28/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>$2,468.45 (A)<br>- (P)<br>- (U)<br>$2,468.45 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MENTOR GRAPHICS CORP<br>PO BOX 75471<br>CHICAGO, IL  60675-5471 | 3192<br>9/18/09<br>No Debtor | - (S)<br>- (A)<br>- (P)<br>$318,981.28 (U)<br>$318,981.28 (T) | Non-Debtor Entity Claim. Claim is filed against Nortel Networks Limited and not the Debtors. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MUSIC SEMICONDUCTORS INCORPORATED<br>P/O BOX 456<br>CONOVER, NC  28613 | 5572<br>9/30/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>$25,080.00 (A)<br>- (P)<br>- (U)<br>$25,080.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY  11201 | 1345<br>4/21/09<br>09-10138, 09-10144<br>Multiple Debtors | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY  11201 | 1349<br>4/21/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>$275,330.00 (P)<br>- (U)<br>$275,330.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records.  Claim amount is for General Corporation Tax and Commercial Rent Tax.  Nortel Networks Inc. filed consolidated returns on behalf of the Debtor for General Corporation Tax in a timely manner and paid all associated taxes.  These returns were amended and reflected an overpayment by Nortel Networks Inc.  The Debtor has no Commercial Rent Tax liability because it does not pay rent in New York City. |
| SDP COMPONENTS INC<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC  H9P 1J1<br>CANADA | 2555<br>9/3/09<br>No Debtor | - (S)<br>- (A)<br>- (P)<br>$1,320.63 (U)<br>$1,320.63 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| SDP COMPONENTS INC.<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC  H9P 1J1<br>CANADA | 2554<br>9/3/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>$1,320.63 (A)<br>- (P)<br>- (U)<br>$1,320.63 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks Limited to claimant. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN  37202-0207 | 5896<br>10/5/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>$500.00 (A)<br>- (P)<br>- (U)<br>$500.00 (T) | No Amount Due Claim.  No basis in the Debtor's books and records. Debtor believes all taxes owed to Claimant have been paid and Debtor owes no additional tax because it has no balance sheet and is dormant. |
| UNISYSTEMS SA<br>19-23 AL PANTON STREET<br>WALLITHEA  17671<br>GREECE | 3420<br>9/22/09<br>No Debtor | - (S)<br>$120,224.01 (A)<br>- (P)<br>- (U)<br>$120,224.01 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks SA to Claimant.  Nortel Networks SA is not a Debtor in these chapter 11 cases. No amounts due to Claimant from Debtors, as Debtors are not and were not in privity with supplier. |
| UNISYSTEMS SA (USD)<br>24 STR. SYNDESMOU<br>ATHENS  10673<br>GREECE | 3421<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$120,224.01 (U)<br>$120,224.01 (T) | Non-Debtor Liability Claim. Claim asserts amounts due from Nortel Networks SA to Claimant.  Nortel Networks SA is not a Debtor in these chapter 11 cases. No amounts due to Claimant from Debtors, as Debtors are not and were not in privity with supplier. |
| WILLIS TN INC<br>26 CENTURY BOULEVARD<br>NASHVILLE, TN  37214 | 5559<br>9/30/09<br>No Debtor | Unspecified* | No Amount Due Claim. Claimant has agreed the amount should be zero. |
| **Totals:** | **29  Claims** | **- (S)<br>$2,486,870.75 (A)<br>$2,649,240.00 (P)<br>$747,621.50 (U)<br>$5,883,732.25 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.