# EXHIBIT B

## Reduce and Allow Claims

# Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Amount | Reason for Modification |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACME PACKET INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 4455<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$472,812.00 (U)<br>$472,812.00 (T) | - (S)<br>- (A)<br>- (P)<br>$390,006.00 (U)<br>$390,006.00 (T) | Non-Debtor Invoice Claim. Claim should be modified to remove $82,806 in invoices due from Nortel Networks Limited. Nortel Networks Limited is not a Debtor in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5704<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$131.08 (U)<br>$131.08 (T) | - (S)<br>- (A)<br>- (P)<br>$131.08 (U)<br>$131.08 (T) | No Supporting Documentation Claim. Claim should be modified to remove the portion containing an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | 5705<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | - (S)<br>- (A)<br>- (P)<br>$1,195.20 (U)<br>$1,195.20 (T) | No Supporting Documentation Claim. Claim should be modified to remove the portion containing an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided. The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| FINISAR CORPORATION<br>1389 MOFFETT PARK DRIVE<br>SUNNYVALE, CA 94089 | 6181<br>11/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$167,016.00 (U)<br>$167,016.00 (T) | - (S)<br>- (A)<br>- (P)<br>$85,644.00 (U)<br>$85,644.00 (T) | Non-Debtor Invoice Claim. Claim should be modified to remove $46,000 in invoices due from Nortel Networks Limited and $35,352 in invoices due from Nortel Networks UK Ltd. Nortel Networks Limited and Nortel Networks UK Ltd are not Debtors in these chapter 11 cases and none of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | - (S)<br>- (A)<br>- (P)<br>$11,781.00 (U)<br>$11,781.00 (T) | Non-Debtor Invoice and No Supporting Documentation Claim. Claim should be modified to remove $2,500 in invoices due from Nortel Networks Technology Corp. Nortel Networks Technology Corp. is not a Debtor in these chapter 11 cases. In addition, the claim should be modified to remove the portions containing an unsubstantiated claim for royalties and $10,500 in maintenance fees for which no supporting documentation has been provided. None of the Debtors in these chapter 11 cases are liable for the overstated portions of the claim and the Debtors' Books and Records do not indicate any such liability. |

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Amount | Reason for Modification |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MACADAMIAN TECHNOLOGIES INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 1162<br>5/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,291,998.00 (U)<br>$1,291,998.00 (T) | - (S)<br>- (A)<br>- (P)<br>$762,469.26 (U)<br>$762,469.26 (T) | Non-Debtor Invoice Claim.  Claim should be modified to remove $529,528.00 in invoices due from Nortel Networks Limited. Nortel Networks Limited is not a Debtor in these chapter 11 cases, and none of the Debtors in these cases is liable for the overstated portion of the claim. |
| UNITED TELEPHONE COMPANY OF EASTERN KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS  66207-0971 | 5707<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$29.17 (U)<br>$29.17 (T) | - (S)<br>- (A)<br>- (P)<br>$29.17 (U)<br>$29.17 (T) | No Supporting Documentation Claim.  Claim should be modified to remove the portion containing an unsubstantiated claim under certain product warranties for which no supporting documentation has been provided.  The proof of claim does not support the warranty claim and the Debtor's Books and Records do not indicate any such liability. |
| **Totals:** | **7 Claims** | - (S)<br>- (A)<br>- (P)<br>$1,955,462.45 (U)<br>$1,955,462.45 (T) | - (S)<br>- (A)<br>- (P)<br>$1,251,255.71 (U)<br>$1,251,255.71 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.