# **EXHIBIT C**

**No-Basis 503(b)(9) Claims**

## Exhibit C

### No-Basis 503(b)(9) Claims

| Name/Address of Claimant | No-Basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| APANI NETWORKS<br>1800 EAST IMPERIAL HIGHWAY<br>SUITE 210<br>BREA, CA  92821 | 3590<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,683.33 (A)<br>- (P)<br>- (U)<br>$5,683.33 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3589 filed by the claimant asserting the same liability. | 3589<br>9/24/09<br>No Debtor<br>No Debtor Asserted by Creditor | - (S)<br>- (A)<br>- (P)<br>$5,683.33 (U)<br>$5,683.33 (T) |
| AVCON, INC.<br>PO BOX 4793<br>CARY, NC  27519 | 2134<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$414.13 (A)<br>- (P)<br>- (U)<br>$414.13 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2135 filed by the claimant asserting the same liability. | 2135<br>8/24/09<br>No Debtor<br>No Debtor Asserted by Creditor | - (S)<br>- (A)<br>- (P)<br>$414.13 (U)<br>$414.13 (T) |
| BOULDER LOGIC LLC<br>ATTENTION: PRESIDENT<br>4678 LEE HILL DR.<br>BOULDER, CO  80302 | 2060<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$7,502.28 (A)<br>- (P)<br>- (U)<br>$7,502.28 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1218 filed by the claimant asserting the same liability. | 1218<br>5/20/09<br>No Debtor<br>No Debtor Asserted by Creditor | - (S)<br>- (A)<br>- (P)<br>$7,502.28 (U)<br>$7,502.28 (T) |
| BTS USA, INC.<br>300 FIRST STAMFORD PLACE<br>4TH FLOOR<br>STAMFORD, CT  06902 | 6299<br>12/17/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$3,110.00 (A)<br>- (P)<br>- (U)<br>$3,110.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6298 filed by the claimant asserting the same liability. | 6298<br>12/17/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$3,110.00 (U)<br>$3,110.00 (T) |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: BIG MOON MARKETING<br>92 UNION AVENUE<br>CRESSKILL, NJ  07626 | 5780<br>10/1/09<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>$1,050.00 (A)<br>- (P)<br>- (U)<br>$1,050.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5781 filed by the claimant asserting the same liability. | 5781<br>10/1/09<br>No Debtor<br>No Debtor Asserted by Creditor | - (S)<br>- (A)<br>- (P)<br>$1,050.00 (U)<br>$1,050.00 (T) |
| CONDUCTIVE CIRCUITS, INC<br>360 STATE STREET<br>GARNER, IA  50438 | 2709<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$14,270.00 (A)<br>- (P)<br>- (U)<br>$14,270.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2708 filed by the claimant asserting the same liability. | 2708<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,270.00 (U)<br>$14,270.00 (T) |
| INFORMATION TODAY INC<br>143 OLD MARLTON PIKE<br>MEDFORD, NJ  08055-8750 | 6335<br>12/21/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$4,500.00 (A)<br>- (P)<br>- (U)<br>$4,500.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6336 filed by the claimant asserting the same liability. | 6336<br>12/21/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$4,500.00 (U)<br>$4,500.00 (T) |
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV  64927<br>ISRAEL | 5845<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,858.03 (A)<br>- (P)<br>- (U)<br>$4,858.03 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5844 filed by the claimant asserting the same liability. | 5844<br>10/2/09<br>No Debtor<br>No Debtor Asserted by Creditor | - (S)<br>- (A)<br>- (P)<br>$4,858.03 (U)<br>$4,858.03 (T) |

## Exhibit C

### No-Basis 503(b)(9) Claims

| Name/Address of Claimant | No-Basis 503(b)(9) Claim to be Expunged<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim<br>Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| MINI-CIRCUITS<br>13 NEPTUNE AVE.<br>BROOKLYN, NY  11235-0003 | 1887<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$388.05 (A)<br>- (P)<br>- (U)<br>$388.05 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1886 filed by the claimant asserting the same liability. | 1886<br>8/20/09<br>No Debtor<br>No Debtor Asserted<br>by Creditor | - (S)<br>- (A)<br>- (P)<br>$388.05 (U)<br>$388.05 (T) |
| MONETTE, MADELEINE<br>2 CHARLTON ST # 11K<br>NEW YORK, NY  10014 | 2126<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$520.00 (A)<br>- (P)<br>- (U)<br>$520.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2127 filed by the claimant asserting the same liability. | 2127<br>8/24/09<br>No Debtor<br>No Debtor Asserted<br>by Creditor | - (S)<br>- (A)<br>- (P)<br>$520.00 (U)<br>$520.00 (T) |
| MOVING SOLUTIONS, INC.<br>927 WRIGLEY WAY<br>SANTA CLARA, CA  95053 | 4379<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,859.91 (A)<br>- (P)<br>- (U)<br>$3,859.91 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4332 filed by the claimant asserting the same liability. | 4332<br>9/28/09<br>No Debtor<br>No Debtor Asserted<br>by Creditor | - (S)<br>- (A)<br>$3,859.91 (P)<br>- (U)<br>$3,859.91 (T) |
| RIMAGE CORPORATION<br>7725 WASHINGTON AVENUE SOUTH<br>MINNEAPOLIS, MN  55439 | 3646<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,548.87 (A)<br>- (P)<br>- (U)<br>$5,548.87 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3645 filed by the claimant asserting the same liability. | 3645<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,548.87 (U)<br>$5,548.87 (T) |
| SAN PATRICIO PARKING SYSTEM<br>PMB 436 1353 ROAD 19<br>GUAYNABO, PR  00966 | 7038<br>1/29/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,800.00 (A)<br>- (P)<br>- (U)<br>$1,800.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7037 filed by the claimant asserting the same liability. | 7037<br>1/29/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,800.00 (U)<br>$1,800.00 (T) |
| SCHACHTEL INC DBA CTP SOLUTIONS<br>5236 COLODNY DRIVE SUITE 200<br>AGOURA HILLS, CA  91301-2692 | 6422<br>12/24/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$546.00 (A)<br>- (P)<br>- (U)<br>$546.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6421 filed by the claimant asserting the same liability. | 6421<br>12/24/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$546.00 (U)<br>$546.00 (T) |
| SPARKLE POWER INC.<br>1000 ROCK AVE.<br>SAN JOSE, CA  95131-1610 | 1882<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,880.00 (A)<br>- (P)<br>- (U)<br>$5,880.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1883 filed by the claimant asserting the same liability. | 1883<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,880.00 (U)<br>$5,880.00 (T) |
| TORRES, CARMEN<br>PO BOX 3046<br>AMELIA CONT ST<br>CANTANO, PR  00936 | 6461<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,260.00 (A)<br>- (P)<br>- (U)<br>$1,260.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6462 filed by the claimant asserting the same liability. | 6462<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,260.00 (U)<br>$1,260.00 (T) |

# Exhibit C

### No-Basis 503(b)(9) Claims

| No-Basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** |
| **Totals:** | 16  Claims | - (S)<br>$61,190.60 (A)<br>- (P)<br>- (U)<br>$61,190.60 (T) | | | - (S)<br>- (A)<br>$3,859.91 (P)<br>$57,330.69 (U)<br>$61,190.60 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.