# EXHIBIT D

# Multi-Debtor Duplicate Claims

# Exhibit D

## Multi-Debtor Duplicate Claims

| | Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4624 9/29/09 09-10152 Nortel Networks Cable Solutions Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4626 9/29/09 09-10139 Nortel Networks Capital Corporation | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4627 9/29/09 09-10140 Nortel Altsystems, Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4628 9/29/09 09-10141 Alteon WebSystems International, Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4629 9/29/09 09-10142 Xros, Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4630 9/29/09 09-10143 Sonoma Systems | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC C/O CIARDI CIARDI & ASTIN ATTN: MARY AUGUSTINE 919 N. MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | 4625 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $22,281.00 (U) $22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |

# Exhibit D

## Multi-Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4631<br>9/29/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4632<br>9/29/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4633<br>9/29/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4634<br>9/29/09<br>09-10147<br>Nortel Networks Optical Components Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4635<br>9/29/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4636<br>9/29/09<br>09-10149<br>Architel Systems (U.S.) Corporation | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |

# Exhibit D

## Multi-Debtor Duplicate Claims

| **Duplicate Claim to be Expunged** | | | **Surviving Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4637<br>9/29/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4638<br>9/29/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE  19801 | 4625<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,281.00 (U)<br>$22,281.00 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 4265 filed against another Debtor by claimant asserting the same liability. |
| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA  94306 | 5516<br>9/30/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA  94306 | 5515<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 5515 filed against another Debtor by claimant asserting the same liability. |
| SUN MICROSYSTEMS, INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA  94306 | 5357<br>9/30/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA  94306 | 5425<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 5425 filed against another Debtor by claimant asserting the same liability. |
| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX  78746-6933 | 1857<br>8/20/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>- (P)<br>$40,577.14 (U)<br>$40,577.14 (T) | TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX  78746-6933 | 492<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,577.14 (U)<br>$40,577.14 (T) | Multi-Debtor Duplicate Claim. The Claim is redundant of Claim 492 filed against another Debtor by claimant asserting the same liability. |

## Exhibit D

### Multi-Debtor Duplicate Claims

| Duplicate Claim to be Expunged | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | **Reason for**<br>**Disallowance** |
| **Totals:** | 17  Claims | - (S)<br>$1,807,444.88 (A)<br>- (P)<br>$36,423,587.68 (U)<br>$38,231,032.56 (T) | | | - (S)<br>$1,807,444.88 (A)<br>- (P)<br>$36,423,587.68 (U)<br>$38,231,032.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.