# EXHIBIT E

## Wrong Debtor Claims

## Exhibit E

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Total Amount<br>Allowed | Reason for<br>Modification | New Case Info |
|---|---|---|---|---|---|
| TIN INC. D/B/A TEMPLE-INLAND<br>LEGAL DEPT. - DANNY MCDONALD<br>1300 S. MOPAC, 3RD FLOOR<br>AUSTIN, TX  78746-6933 | 1847<br>8/20/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>$2,873.41 (A)<br>- (P)<br>- (U)<br>$2,873.41 (T) | - (S)<br>$2,873.41 (A)<br>- (P)<br>- (U)<br>$2,873.41 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant.  Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| **Totals:** | **1  Claim** | - (S)<br>$2,873.41 (A)<br>- (P)<br>- (U)<br>$2,873.41 (T) | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.