UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.* | : | Jointly Administered |
| Debtors. | : |  |

## CERTIFICATE OF SERVICE

I certify that on July 9, 2010, I caused to be served a copy of the Response to Debtors' Motion For an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans, facsimile and/or first class United States Mail (postage prepaid) to the following person(s) listed below:

James L. Bromley, Esquire
(admitted *pro hac vice*)
Lisa M. Schweitzer, Esquire
(admitted *pro hac vice*)
One Liberty Plaza
New York New York 10006
Facsimile: (212) 225-3999

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Grazze, Esquire
1201 North Market Street
P. O. Box 1347
Wilmington, Delaware 19801
Facsimile: (302) 658-3989

   */s/ Nancy J. Miller*
Nancy J. Miller
Legal Clerk