# EXHIBIT B

# Ray Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
--------------------------------------------------------------X

### DECLARATION OF JOHN RAY IN SUPPORT OF DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 5681 FILED BY EMBARQ MANAGEMENT COMPANY

I, John Ray, hereby declare as follows:

### BACKGROUND

1. I am the Principal Officer for the Debtors.[2] I hereby make this declaration on behalf of the Debtors in support of the Debtors' Objection to Proof of Claim No. 5681 filed by Embarq Management Company (the "Objection").

2. I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs and Books and Records, and am responsible for overseeing the review and analysis of all claims filed in the Debtors' chapter 11 cases. All facts set forth herein are based on my personal knowledge, my review of the Claims and other relevant documents or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

information provided to me by the Debtors' employees and advisors. If I were called upon to testify, I could and would testify accurately to each of the facts set forth herein.

## **OBJECTION**

3.    I, or one or more of the Debtors' employees or advisors operating under my supervision and/or at my direction, have reviewed the Books and Records, the Schedules, the Proof of Claim and circumstances set forth in the Objection regarding the Proof of Claim. Based on this review, the Debtors have determined that the optical operational credits and the product credits described by Embarq in the Proof of Claim were either used or expired as of the date of this Declaration. In addition, the Debtors have determined that there is no basis for Embarq's claims under the Product Warranties.

4.    I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the Proof of Claim should be disallowed in full.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*[Signature page follows.]*

Executed on _July 8_, 2010

_____
John Ray

*[Declaration of John Ray in Support of
Debtors' Objection to Proof of Claim
No. 5681 filed by Embarq Management Company
– Signature Page]*