# EXHIBIT C

# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
         :
*In re*         :    Chapter 11
         :
Nortel Networks Inc., *et al.*,[1]    :    Case No. 09-10138 (KG)
         :    Jointly Administered
        Debtors. :
         :    **RE: D.I.** _____
         :
--------------------------------------------------------X

**ORDER SUSTAINING DEBTORS'
OBJECTION TO, DISALLOWING AND EXPUNGING,
PROOF OF CLAIM NO. 5681 FILED BY EMBARQ MANAGEMENT COMPANY**

Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), having filed an objection, dated July 9, 2010 (the "<u>Objection</u>")[2] to the Proof of Claim filed by Embarq Management Company, dated September 30, 2009, and designated on the Debtors' Claim Register as Claim No. 5681 (the "<u>Proof of Claim</u>"), in which they seek an Order pursuant to section 502(b) of title 11 of the United States Code, and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure, disallowing and expunging the Proof of Claim in full; and adequate notice of the Objection having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

considered the Declaration of John Ray in Support of the Debtors' Objection to Proof of Claim No. 5681 filed by Embarq Management Company, dated July 8, 2010, submitted with the Objection, as well as the Proof of Claim, and all other pleadings and documents filed in connection with the Objection; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief requested, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

    IT IS HEREBY ORDERED THAT:

    1.    The Objection is SUSTAINED with respect to Proof of Claim No. 5681.

    2.    Proof of Claim No. 5681 is hereby disallowed in full and expunged.

    3.    The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

    4.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware

                                      _____
                                      THE HONORABLE KEVIN GROSS
                                      UNITED STATES BANKRUPTCY JUDGE