# CERTIFICATE OF SERVICE

I, Michael J. Custer, hereby certify that on the 9th day of July, 2010, I caused the foregoing **Motion and Order for Admission Pro Hac Vice of Steven T. Hoort** to be served upon the following individuals by hand delivery.

| | |
|---|---|
| Alissa T. Gazze, Esq.<br>Andrew R. Remming, Esq.<br>Derek C. Abbott, Esq.<br>Morris Nichols Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

By: /s/ Michael J. Custer
Michael J. Custer (DE 4843)

#12870580 v1