IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
: Chapter 11
: 
*In re* : 
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : 
: Jointly Administered
: 
               Debtors. : **RE: D.I. 3204**
: 
: 
---------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF EXHIBITS TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONG TERM DISABILITY PLANS**

**PLEASE TAKE NOTICE** that the following documents are attached hereto as exhibits to the *Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans* (D.I. 3204) filed by the above-captioned debtors and debtors in possession on June 21, 2010:

    **Exhibit A:** Retiree Medical Plan and Retiree Life Insurance and Long-Term Care Plan dated January 1, 1992

    **Exhibit B:** Retiree Medical Plan Summary Plan Description 2010

    **Exhibit C:** Nortel Networks Retiree Life Insurance and Long-Term Care Plan Summary Plan Description 2010

    **Exhibit D:** Nortel Networks Inc., Long-Term Disability Plan Summary Plan Description 2010

    **Exhibit E:** Nortel Networks FLEX Benefits Program

    **Exhibit F:** Nortel Networks Welfare Benefits Plan

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Dated: July 9, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (*admitted pro hac vice*)<br>Lisa M. Schweitzer (*admitted pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Phone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |