## Exhibit A

EXHIBIT A

# RETIREE

# MEDICAL PLAN

# AND

# RETIREE

# LIFE INSURANCE
# AND LONG-TERM

# CARE PLAN

Amended and Restated as of January 1, 1992

## I.    RETIREE LIFE INSURANCE AND LONG-TERM CARE PLAN

Section 1.1        Eligibility

a.    All current full-time employees of Northern Telecom Inc. and its affiliates who have elected to participate in this Plan, including BNR Inc. (the "Company"), who are not members of a bargaining unit which has a collective bargaining agreement with the Company shall be eligible for benefits under this Plan provided (i) the employee retires directly from Company service and has attained at least age 55 at the time of such retirement and (ii) if an employee retires directly from Company service prior to his or her reaching age sixty-five (65), the employee must have at least ten (10) Years of Service with the Company to be eligible for benefits under this Plan.  An eligible Retiree's spouse shall also be eligible (with actuarially reduced benefits for joint coverage) for long-term care coverage as described below.  "Retirement directly from Company service" means moving from actively at-work status with the Company to retirement status.  If there is an intervening period of time in which an employee is receiving severance benefits between an actively at-work status and retirement status, such employee shall be viewed as retiring directly from Company service.  Retirement directly from Company service does not include any employee who moves from disability status to retirement status.

b.    An eligible Retiree shall be covered without evidence of insurability if he or she is actively at work on the day prior to his or her Retirement Date or on the day prior to any intervening severance period between at-work status and retirement status.  An eligible Retiree and his or her spouse shall not be eligible for benefits under this Plan unless such employee and his or her spouse make an election on or prior to such Retiree's Retirement Date to be covered under this Plan as of the employee's Retirement Date.

c.    For a Retiree's spouse to be eligible for long-term care benefits under Option III in Section 1.2, on the Retirement Date of the Retiree, the spouse must either (i) be covered by the Company's medical plan or (ii) not be confined for medical care or treatment in any institution or at home.

Section 1.2       Benefit Options

a.    On his or her Retirement Date, an eligible Retiree, and his or her spouse (for Option IV only) if applicable, can choose one of the following benefit options:

I.    Retirees who began employment with the Company prior to January 1, 1991, shall be eligible for Option I which is an initial amount of life insurance coverage equal to the employee's base pay and commissions (on an annualized basis) as of December 31, 1990. Such initial amount of life insurance coverage shall be reduced by 10% of such initial amount on each anniversary of the Retiree's Retirement Date for five years. After five years, the life insurance coverage shall be equal to the lesser of (i) the reduced life insurance coverage and (ii) $50,000 ("Option I").

II.    $35,000 life insurance coverage for the Retiree only ("Option II").

III.    $10,000 life insurance coverage for the Retiree only plus long-term care coverage for the Retiree only up to $100/day with a maximum benefit of $180,000 ("Option III").

IV.    $10,000 life insurance coverage for the Retiree only plus long-term care coverage for the Retiree and spouse up to $70/day with a combined maximum benefit of $125,000 ("Option IV").

Section 1.3       Benefit Eligibility Under Long-Term Care
                  Coverage

a.    In order to receive long-term care benefits under this Plan, the covered individual must, by virtue of physical or mental impairment, be assessed to be dependent on others for assistance in two or more of the following five Activities of Daily Living ("ADL's") -- bathing, dressing, toileting, eating, and transferring from bed to chair -- and have completed the required waiting period.

b.    The waiting period for benefits is sixty days from the date the covered individual is certified as eligible for benefits (i.e., dependent in two of five ADL's) by a Patient Care Coordinator. If the individual has not been confined to a nursing home or received home health care or adult day care services for a period of six consecutive months, a new waiting period must be established unless the Patient Care Coordinator has verified continued ADL dependency during that six-month period.

**Section 1.4        Benefit Amounts**

a.        The Maximum Daily Amount ("MDA") is $100 under Option III. The MDA under Option IV is $70 applied separately to each covered individual. The MDA does not increase for the surviving spouse upon the death (or other termination of coverage) of the other.

b.        The maximum lifetime benefit under the long-term care coverage is $180,000 under Option III and $125,000 combined for both participants under Option IV.

c.        Benefits are payable as set forth below:

   (i).        100% of the daily charges for qualifying nursing home services, up to the MDA;

   (ii).       100% of the per-visit charges for qualifying home health care services, up to one-half the MDA; and

   (iii).      100% of the daily charge for adult day care services, up to one-half the MDA.

d.        If multiple services are provided on a single day, the maximum benefit shall be limited to the MDA if the covered individual is a resident in a qualifying nursing home, and otherwise shall be limited to one-half the MDA.

**Section 1.5        Covered Services**

a.        Coverage is provided for care furnished in a qualified nursing home for which a room and board charge is made by the nursing home and the nursing home stay commenced after the covered individual became eligible under this Plan.

b.        A qualified nursing home is a facility that

   1.        Is Medicare approved as a provider of skilled nursing care services; or

   2.        Is licensed by the state in which the institution is located as a skilled nursing home or as an intermediate care facility; or

-3-

3.    Meets all of these tests:

-    It is licensed as a nursing home by the state in which the institution is located;

-    Its main function is to provide skilled, intermediate, or custodial nursing care;

-    It is engaged in providing continuous room and board accommodations to three or more persons;

-    It is under the supervision of a registered nurse or licensed practical nurse;

-    It maintains a daily medical record of each patient;

-    It maintains control and records for all medications dispensed.

c.    Coverage is provided for visits by a member of a home health agency, if the agency meets at least one of the following criteria:

1.    It s a home health agency licensed in the jurisdiction in which the home health care is delivered; or

2.    It is a home health agency as defined by Medicare; or

3.    It is an agency or organization which provides a program of home health care which meets all of the following tests:

-    It is licensed to provide the services in the program of home health care;

-    It is certified by the Claims Administrator as an appropriate provider of home health care;

-    It has a full-time administrator;

-    It maintains written records of services provided to the patient;

-    Either its staff includes at least one registered nurse or nursing care by a registered nurse is available to it.

d.  Coverage is provided for visits to an adult day care facility, if the facility meets the following two criteria:

    1.  If the state in which the facility is located licenses adult day care facilities, the facility must be state licensed; and

    2.  The facility must:

        -  Provide or be able to arrange for nursing care under the supervision of a registered nurse (RN);

        -  Have a staff to patient ratio of no less than one to eight;

        -  Provide necessary assistance in Activities of Daily Living;

        -  Provide or arrange for physical and restorative therapy;

        -  Provide planned therapeutic, social, and educational activities;

        -  Provide social services, such as case management and counseling;

        -  Provide nutritional services and counseling;

        -  Maintain written records of services provided to each patient;

        -  Have a full-time administrator.

## Section 1.6    Exclusions

a.  The following items are specifically excluded from long-term care coverage:

    1.  Charges for which benefits are payable under any governmental plan, including Medicare, to the extent permitted by law.

    2.  Stays in a nursing facility or other institution owned or operated by the United States Government or any of its agencies, unless payment is legally required.

3.      Stays or visits for injury or sickness caused by or resulting from (i) any war or act of war, even if war is not declared; (ii) committing or attempting to commit a felony; (iii) engaging in an illegal occupation; or (iv) participating in a riot or insurrection.

4.      Stays or visits due to mental, psychoneurotic or personality disorders of an inorganic nature (i.e., schizophrenia, manic depression/depression, neuroses, and psychoses). Alzheimer's disease, organic brain syndrome, chronic brain syndrome, senile dementia are organic and are covered.

5.      Stays or visits outside the United States and its possessions.

6.      Stays or visits caused, wholly or partly, by intentionally self-inflicted injury or attempted suicide, while sane or insane.

7.      Stays or visits due to chronic alcoholism or chemical dependency.

8.      Stays or visits for which no charges would be made in the absence of insurance.

9.      Charges for a service or supply furnished by a close relative. "Close relative" means a spouse, child, grandchild, brother, sister (or a spouse of a child, grandchild, brother, or sister), parent or spouse's parent.

## Section 1.7      Case Management

a.      Covered individuals shall be assessed by Patient Care Coordinators, who are registered nurses, for benefit eligibility and determination of long-term care needs as well as the most appropriate source and amount of care required to meet those needs.

b.      Eligibility determination shall be based on the degree of physical and/or mental impairment of the insured individual. These dimensions of functioning shall be assessed through the use of methods consistent with accepted practices in assessing the ability to perform activities of daily living.

c.    Upon certification of benefits, the Patient Care Coordinator shall be responsible for developing a long-term care plan in conjunction with the covered individual and other relevant resources, authorizing qualifying services, monitoring and modifying the plan of care and needed services, benefits counseling and conducting scheduled recertifications.

d.    When a covered individual is certified for benefits, he or she must submit substantiating bills for eligible services.

## II.    RETIREE MEDICAL PLAN

### Section 2.1    Eligibility

a.    All current full-time employees of Northern Telecom Inc. and its affiliates who have elected to participate in this Plan, including BNR Inc. (the "Company"), who are not members of a bargaining unit which has a collective bargaining agreement with the Company shall be eligible for benefits under this Plan provided (i) the employee retires directly from Company service and has attained at least age 55 at the time of such retirement, (ii) the employee has at least five Years of Service with the Company (or is otherwise entitled to retire directly from Company service at age 65) and (iii) the employee pays all required premiums.  "Retirement directly from Company service" means moving from actively at work status with the Company to retirement status.  If there is an intervening period of time in which an employee is receiving severance benefits between an actively at-work status and retirement status, such employee shall be viewed as retiring directly from Company service.  Retirement directly from Company service does not include any employee who moves from disability status to retirement status.

b.    Under this Plan, an eligible Retiree may elect coverage for Qualified Dependents provided he or she may do so under the terms of the relevant medical plan in effect on his or her Retirement Date, as discussed in Section 2.2.  An eligible Retiree and his or her Qualified Dependents shall not be eligible for benefits under this Plan unless such Retiree makes an election on or prior to such Retiree's Retirement Date for either individual coverage or family coverage as of the Retiree's Retirement Date.  A Retiree and/or a Qualified Dependent who makes an election to be covered under the Company's medical plan upon the Retiree's retirement from Company service pursuant to the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") shall not be eligible to participate in this Plan upon the expiration or termination of his or her coverage under COBRA.

c.    This Plan shall also apply to persons currently retired from the Company.

### Section 2.2    Medical Plan

- 8 -

a.     The initial medical plan in which a Retiree may participate shall be designated by the Company.  The Company may designate more than one medical plan for participation by Retirees and, in such event, a Retiree may be given a choice of medical plans in which he or she may participate. If more than one medical plan is designated by the Company for participation by the Retiree, the Retiree and each of his or her Qualified Dependents must participate in the same medical plan.

b.     The terms, conditions and benefits of the medical plan in which a Retiree may participate may be modified, amended or terminated by the Company at any time.  A Retiree shall be subject to the same modifications and amendments to a medical plan to which then-current employees of the Company are subject.  In addition, the Company may terminate an existing medical plan in which a Retiree is participating and replace it with a new plan.  If the Company terminates medical coverage for its then current-employees, a Retiree's medical coverage may similarly be terminated.

c.     The terms and conditions concerning specific benefits under the relevant medical plan shall be set forth solely in the relevant medical plan and not in this Plan.

d.     Retirees and Qualified Dependents who are, or upon reaching the requisite age after retirement become, eligible for Medicare shall still be eligible to participate in this Plan.  However, once a Retiree or Qualified Dependent is eligible for Medicare coverage, coverage under any Company medical plan pursuant to the provisions of this Plan shall, subject to the provisions of Section 2.2.e, convert to Medicare Supplemental Coverage. Under Medicare Supplemental Coverage, benefits shall still be available under the relevant medical plan in which the Retiree or Qualified Dependent is participating, but the medical plan shall be secondary to Medicare coverage, which is primary.  Because Medicare coverage is primary, a Retiree or Qualified Dependent must first seek benefits under Medicare coverage before seeking coverage under the relevant Company medical plan.  The provisions of the relevant medical plan in which a Retiree and/or his or her Qualified Dependents are participating concerning the coordination of benefits between such medical plan and Medicare are hereby incorporated by reference herein.

e.     In order for a Retiree or Qualified Dependent to be eligible for coverage under a Company medical plan after becoming eligible for Medicare benefits, the Retiree or Qualified Dependent must enroll for benefits under Medicare Part B.

-9-

Section 2.3        Premium; Company Credit.

a.      Each Plan Year, the Company shall determine the premium for Retirees and their Qualified Dependents for coverage under the medical plan or plans designated for participation for Retirees and Qualified Dependents.  The premium shall be different for Retirees and Qualified Dependents eligible for Medicare and those not so eligible and shall also differ based on whether the coverage is for a Retiree only or for family coverage.  In order to receive benefits under this Plan, a Retiree must pay the premium for the type of coverage selected by the Retiree for the Retiree and any Qualified Dependents.  The premium in effect on the Retirement Date of a Retiree may be increased or decreased in subsequent Plan Years.  Retirees and Qualified Dependents shall be given reasonable notice prior to any increase in required premium payments.

b.      The Company shall make a contribution towards the premium cost of any Retiree who has at least five Years of Service.

c.      The amount of the Company contribution shall be determined based on (i) the number of Years of Service of the Retiree recognized under this Plan, (ii) the type of coverage (single or family) selected by the Retiree and (iii) whether the Retiree or any Qualified Dependent is eligible for Medicare.  The chart below sets forth the monthly Company contribution for each Year of Service recognized under this Plan:

Single Coverage

| | |
|---|---|
| Prior to Medicare Eligibility | $10.50 |
| Medicare Eligible | $3.00 |

Family Coverage (Provided All Persons are either all Medicare Eligible or all are not Medicare Eligible)

| | |
|---|---|
| Prior to Medicare Eligibility | $26.00 |
| Medicare Eligible | $3.00 |

Anything in this Plan to the contrary notwithstanding, the Company Contribution for any Retiree or Qualified Dependent shall not be greater than the applicable premium for such Retiree or Qualified Dependent.

d.     If a Retiree and one Qualified Dependent are covered and one is Medicare eligible and one is not Medicare eligible, the chart for single coverage shall be used to determine the Company contribution for each person.  If within a Family Unit of more than two covered individuals, the Family Unit members differ as to Medicare eligibility, the chart for single coverage shall be used to determine the Company Contribution for a covered individual if only one covered individual has a different Medicare eligibility status and the Family Coverage chart shall be used to determine the Company contribution for the remaining covered individuals if two or more Family Unit members have the same Medicare eligibility status.

e.     Anything in this Plan to the contrary notwithstanding, the Plan shall not recognize, for Company contribution purposes, any Years of Service in excess of twenty years.  The Company contribution toward premiums under this Plan may not be converted into cash or any other form of benefit if an eligible employee does not elect coverage under this Plan.  If an eligible employee elects not to be covered under this Plan, any right he or she may have to receive Company contributions shall be forfeited.

## Section 2.4        Special Grandfathering Provision.

a.     Certain eligible employees shall be viewed as having twenty Years of Service under this Plan without reference to the remaining provisions of this Plan.  These eligible employees, who shall be referred to in this Plan as "Grandfathered Employees", are set forth below:

(i)    Current retirees of the Company or eligible employees retiring in 1991 at age 65 or older; and

(ii)   Employees of the Company with combined age and Years of Service recognized under the Retirement Plan equaling 65 (or more) as of December 31, 1991, including employees retiring in 1991 before age 65 where age and service would have equaled 65 on December 31, 1991 had the employee retired on such date.

## Section 2.5        Dental and Vision Coverage.

a.     Retiree medical benefits do not include coverage for any dental or vision charges as defined from time to time by the medical plan or plans of the Company.

**Section 2.6       Continuation of Company Contribution**

a.      The Company shall continue to make a Company contribution with respect to a Qualified Dependent after the death of the Retiree associated with such Qualified Dependent.  The Company contribution with respect to any such Qualified Dependent shall continue to be based on the Retiree's Years of Service recognized under the Plan and whether the Qualified Dependent is Medicare eligible and is part of a Family Unit covered under this Plan.

b.      The Company shall cease making a Company contribution with respect to a spouse of a Retiree upon the divorce of the spouse from the Retiree or upon an annulment of their marriage.

III.   PROVISIONS RELATING TO BOTH THE RETIREE
       LIFE INSURANCE AND THE LONG-TERM CARE
       PLAN AND RETIREE MEDICAL PLAN

Section 3.1       Administration and Funding

a.    This Retiree Welfare Plan shall be administered by Northern Telecom
Inc. ("Administrator") which shall constitute a named fiduciary under the
Retiree Welfare Plan.  The Administrator may delegate in writing
responsibility for administrative tasks required under the Retiree Welfare
Plan to designated employees of the Company and/or to other agents,
including the Employee Benefits Committee of the Company.  The
Administrator shall have discretionary authority to interpret the terms
and conditions of the Retiree Welfare Plan and any factual matters
relating to the Retiree Welfare Plan or to any claim for benefits under the
Retiree Welfare Plan.  The Administrator shall rule upon all questions
concerning the application or interpretation of the provisions of the
Retiree Welfare Plan.

b.    The Retiree Welfare Plan is an unfunded plan and all benefits payable
under the Retiree Welfare Plan and all administrative expenses shall be
paid from the general assets of the Company.

c.    All claims relating to benefits under the Retiree Welfare Plan shall
be directed in writing to the attention of the Administrator.  If the
Administrator determines that any individual who has claimed a right to
receive benefits under the Retiree Welfare Plan is not entitled to receive
all or any part of the benefits claimed, he shall inform the claimant by
certified mail of this determination and the reasons therefor in layman's
terms, with specific reference to pertinent Plan provisions and with a
description of the review procedures set forth below.  The claimant may,
within sixty (60) days of receipt of such determination, submit to the
Administrator by certified mail such further information as shall, in the
claimant's opinion, establish the claimant's right to such benefits.  If,
upon receipt of this further information, the Administrator determines
that the claimant is not entitled to the benefits claimed, it shall so
advise the claimant by certified mail and give the claimant or the
claimant's representative ninety (90) days from the date of such advice to
request an opportunity to appear personally before a majority of its
members, at the claimant's expense, to submit issues and comments in
writing, and to review pertinent documents.  The Administrator shall
render its final decision with the specific reasons therefor, in writing,

and shall transmit it to the claimant by certified mail within sixty (60) days of any such appearance.

## Section 3.2    Miscellaneous

a.    The Company shall have the right to amend the Retiree Welfare Plan from time to time or terminate the Retiree Welfare Plan at any time.  Any amendment to the Retiree Welfare Plan may reduce or eliminate benefits payable under the Retiree Welfare Plan to any or all persons including persons who are employees or Retirees as of the effective date of the amendment.

b.    Nothing contained in the Retiree Welfare Plan shall be deemed to give any employee the right to be retained in the service of the Company or to interfere with the right of the Company to discharge any employee at any time, nor shall it be deemed to give the Company the right to require any employee to remain in its service, nor shall it interfere with any employee's right to terminate his service at any time.

c.    The Retiree Welfare Plan is intended to qualify as a welfare plan within the scope of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").  This Plan shall be construed in accordance with the provisions of ERISA and, to the extent not preempted by ERISA, the laws of the State of Tennessee.

d.    From time to time the Company may increase the Company contribution payable under the Retiree Medical Plan.

e.    Anything in this Plan to the contrary notwithstanding, the Company shall have the right to designate certain employees affected by a business divestiture or plant or office closing as eligible for participation in the Retiree Welfare Plan even if such employee did not otherwise meet the criteria for eligibility for participation in either the Retiree Medical Plan or the Retiree Life Insurance and Long-Term Care Plan.  Any such business divestitures or plant or office closings shall be set forth in Appendix A. Any eligibility criteria established for affected employees shall also be set forth in Appendix A.

f.    Anything in this Plan to the contrary notwithstanding, no employee or Retiree, other than an employee or Retiree affected by a business divestiture or plant or office closing designated in Appendix A who meets the eligibility criteria set forth in Appendix A, who retired directly from Company service prior to attaining age 55 shall be eligible for either

- 14 -

initial coverage or continuing coverage (for such employee or his or her Qualified Dependents) under the Retiree Welfare Plan. If such an employee or Retiree is determined by a court of competent jurisdiction as having been eligible for coverage under the Retiree Welfare Plan because such court determines that the effective date of the amended and restated Retiree Welfare Plan is other than January 1, 1992, such an employee or Retiree (and his or her Qualified Dependents) shall cease being eligible for such coverage as of the effective date of the amended and restated Retiree Welfare Plan as determined by such court.

**Section 3.3    Definitions**

The following terms shall have the meanings set forth below.

"ADL" shall have the meaning assigned to that term in Section 1.3 of the Retiree Welfare Plan.

"Administrator" shall have the meaning assigned to that term in Section 3.1 of the Retiree Welfare Plan.

"Claims Administrator" shall mean Prudential, or any other claims administrator selected from time to time by the Administrator.

"Company" shall mean Northern Telecom Inc., a Delaware corporation and its affiliates participating in the Retiree Welfare Plan.

"Family Unit" shall mean a Retiree and his or her Qualified Dependents.

"Grandfather Employees" shall have the meaning assigned to that term in Section 2.4 of the Retiree Welfare Plan.

"Maximum Daily Amount" or "MDA" shall each have the meaning assigned to that term in Section 1.4 of the Retiree Welfare Plan.

"Medicare" shall mean Title XVIII (health coverage for the aged and disabled) of the United States Social Security Act, as amended from time to time.

"Option I" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option II" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option III" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Option IV" shall have the meaning assigned to that term in Section 1.2 of the Retiree Welfare Plan.

"Patient Care Coordinator" shall have the meaning assigned to that term in Section 7.1 of the Retiree Life Insurance and Long-Term Care Plan.

"Plan" shall mean either the Retiree Life Insurance and Long-Term Care Plan or the Retiree Medical Plan, as the context may require.

"Plan Year" shall mean a calendar year commencing with January 1 and ending with December 31.

"Prudential" means Prudential Insurance Company of America, a New Jersey corporation.

"Qualified Dependent" shall have the meaning assigned to that term in the relevant medical plan underlying the Retiree Medical Plan.

"Retiree" shall mean a Company employee who has retired from company service pursuant to the provisions of the Retirement Plan.

"Retiree Welfare Plan" means the Retiree Life Insurance and Long-Term Care Plan, the Retiree Medical Plan and all other provisions relating to these plans.

"Retirement Date" shall mean the date a Retiree's retirement from company service is effective pursuant to the terms of the Retirement Plan.

"Retirement Plan" shall mean the Northern Telecom Inc. Retirement Plan for Employees, as amended from time to time or any successor plan designated by the Administrator.

"Year of Service" under the Retiree Welfare Plan shall mean employment service with the Company recognized as a Year of Service under the vesting provisions of the Retirement Plan;

- 16 -

provided, however, that if under Appendix B of this Plan, an employee's Years of Service would differ than the Years of Service credited for vesting purposes to such employee under the Retirement Plan, Appendix B shall control.

Appendix A

| <u>Divestiture or Plant Closing</u> | <u>Eligibility Criteria</u> |
|---|---|
| West Palm Beach, December 1991 | Age - 54 (as of December 2, 1991) |
| | AND |
| | Years of Service - 10 (as of December 2, 1991)* |
| | OR |
| | Age - 53 (as of December 2, 1991) |
| | AND |
| | Years of Service - 25 (as of December 2, 1991)* |

*Employees are eligible only for Retiree Medical Plan and only if the employee elects to receive benefits under the Retirement Plan on his or her 55th birthday.

## ADOPTION OF NORTHERN TELECOM INC.
### RETIREE MEDICAL PLAN AND RETIREE LIFE INSURANCE
### AND LONG-TERM CARE PLAN

I, Gerald J. Butters, acting within my authority as President of Northern Telecom Inc., hereby adopt and approve the Retiree Medical Plan and Retiree Life Insurance and Long-Term Care Plan, attached hereto as Exhibit A.

Executed as of this 20 day of April, 1993.

Gerald J. Butters
President