IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Nortel Networks Inc., et al., | : |
| | : Case No. 09-10138 (KG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |
| | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF STEVEN T. HOORT

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Steven T. Hoort, Esquire, of Ropes & Gray LLP to represent Avaya, Inc. in the above-captioned cases.

Date: July 9, 2010
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ Michael J. Custer
David B. Stratton (DE 960)
Michael J. Custer (DE 4843)
Hercules Plaza - Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

*Counsel to Avaya, Inc*

#12870580 v1

Docket No. 3514
Date: 7/9/2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the District of Colorado, and the United States District Court for the Eastern District of Wisconsin, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Steven T. Hoort
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: steven.hoort@ropesgray.com

Dated: July 9, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Steven T. Hoort is granted.

Honorable Kevin Gross
United States Bankruptcy Judge

Dated: July 12, 2010

25012348_1.DOC