Case # (09-10138 (KG))

From: John and Rosalie Etten
       4106 Thornhill Ln
       Vadnais Hts. MN 55127
       Nortel Retiree – Emp.# 0187153

To:
    Clerk
    U. S. Bankruptcy Court
    824 Market Street
    3rd Floor
    Wilmington, Delaware 19801

Copy:
    James L. Bromley
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, N.Y. 10006

As a former Nortel employee, I am aware, as a result of the bankruptcy; Nortel would and could terminate employee benefits at some point, but suggest that Nortel's motion to terminate at the end of August is unfair and unjust.

Medical Coverage, including Medicare is structured on an annual basis. In the case of the Nortel Provided Insurance, it's the annual deductibles and annual out of pocket maximums that will be effected by a September 1st termination. In addition the new rules for CY 2011 Medicare and associated Supplemental Plans will not be available until the October/ November Timeframe.

Therefore, I appeal to the Court and to the Powers that remain at Nortel to extend the termination until January 1st, 2011.

Signed

_____       Date  7/5/10