IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 3204 and 3274 |

### JOINDER OF BRENT BEASLEY
### IN NORTEL U.S. RETIREMENT PROTECTION COMMITTEE'S OBJECTION
### TO DEBTORS' MOTION TO TERMINATE RETIREE AND DISABILITY PLANS

Brent Beasley is a permanently disabled individual whose primary source of income is his long-term disability insurance payments under the Nortel Long-Term Disability Plan. Mr. Beasley joins in the Objection filed by Nortel U.S. Retirement Protection Committee, reserving all rights.

DATED: July 12, 2010

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

*Counsel for Brent Beasley*

Joinder in NUSRPC's Objection to Motion to Terminate.DOCX