## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ———————————————————— | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on July 12, 2010, I did cause to be served copies of the foregoing **JOINDER OF BRENT BEASLEY IN NORTEL U.S. RETIREMENT PROTECTION COMMITTEE'S OBJECTION TO DEBTORS' MOTION TO TERMINATE RETIREE AND DISABILITY PLANS** on the parties listed and in the manner indicated on the attached service list.

DATED:  July 12, 2010

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

## SERVICE LIST

## VIA FACSIMILE AND FIRST-CLASS MAIL

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Gazze, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
Fax:    (302) 658-3989
*Co-counsel for Debtors*

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax:    (212) 225-3999
*Co-counsel for Debtors*