# Exhibit A

## The Debtors

|     | Cases | Number |
| --- | --- | --- |
| 1.  | Nortel Networks Inc. | 09-10138 |
| 2.  | Nortel Networks Capital Corporation | 09-10139 |
| 3.  | Nortel Altsystems Inc. (f/k/a Alteon Websystems, Inc.) | 09-10140 |
| 4.  | Nortel Altsystems International Inc. (f/k/a Alteon Websystems International, Inc.) | 09-10141 |
| 5.  | Xros, Inc. | 09-10142 |
| 6.  | Sonoma Systems | 09-10143 |
| 7.  | Qtera Corporation | 09-10144 |
| 8.  | CoreTek, Inc. | 09-10145 |
| 9.  | Nortel Networks Applications Management Solutions Inc. | 09-10146 |
| 10. | Nortel Networks Optical Components Inc. | 09-10147 |
| 11. | Nortel Networks HPOCS Inc. | 09-10148 |
| 12. | Architel Systems (U.S.) Corporation | 09-10149 |
| 13. | Nortel Networks International Inc. | 09-10150 |
| 14. | Northern Telecom International Inc. | 09-10151 |
| 15. | Nortel Networks Cable Solutions Inc. | 09-10152 |
| 16. | Nortel Networks (CALA) Inc. | 09-125157 |