# Exhibit B

# 363 Sale Agreements[2]

| 363 Sale | 363 Sale Agreements |
|---|---|
| **CDMA Sale** | 1. Asset Sale Agreement, dated as of July 24, 2009, by and among NNC, NNL, NNI, the Other Sellers and Telefonaktiebolaget L M Ericsson (publ) (the "Purchaser"), as amended, modified or supplemented from time to time.<br><br>2. CDMA/LTE China Side Agreement, dated as of November 2, 2009, by and among Nortel Networks (China) Limited, NNL and NNI, as amended, modified or supplemented from time to time.<br><br>3. Ancillary Agreements as defined in the Asset Sale Agreement and covered by the CDMA 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time.<br><br>4. Other ancillary agreements covered by the CDMA 363 Sale Orders and escrow agreements relating to the CDMA Sale, as such agreements may be amended, modified or supplemented from time to time. |
| **CVAS Sale** | 1. Asset Sale Agreement, dated as of December 22, 2009, by and among NNC, NNL, NNI, the Other Sellers and GENBAND Inc. (the "Purchaser"), as amended, modified or supplemented from time to time.<br><br>2. Incentive Fee Side Agreement, dated as of January 8, 2010, by and among NNC, NNL, NNI, NNUK and the Joint Administrators, as amended, modified or supplemented from time to time.<br><br>3. Ancillary Agreements as defined in the Asset Sale Agreement and covered by the CVAS 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time.<br><br>4. Other ancillary agreements covered by the CVAS 363 Sale Orders and escrow agreements relating to the CVAS Sale, as such agreements may be amended, modified or supplemented from time to time. |

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the respective agreements.

| | | |
|---|---|---|
| **Enterprise Sale** | 1. | Amended and Restated Asset and Share Sale Agreement, dated as of September 14, 2009, by and among NNC, NNL, NNI, the Other Sellers, the EMEA Sellers and Avaya, Inc. (the "Purchaser"), as amended, modified or supplemented from time to time. |
| | 2. | Side Agreement, dated as of July 20, 2009, by and among NNC, NNL, NNI, the Other Sellers, the EMEA Sellers, the Joint Administrators and the Joint Israeli Administrators, as amended, modified or supplemented from time to time. |
| | 3. | Ancillary Agreements as defined in the Amended and Restated Asset and Share Sale Agreement and covered by the Enterprise 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
| | 4. | Other ancillary agreements covered by the Enterprise 363 Sale Orders and escrow agreements relating to the Enterprise Sale, as such agreements may be amended, modified or supplemented from time to time. |
| **GSM Sale** | 1. | Asset Sale Agreement, dated as of November 24, 2009, by and among NNC, NNL, NNI, the Other Sellers and Telefonaktiebolaget L M Ericsson (publ) (the "Purchaser"), as amended, modified or supplemented from time to time. |
| | 2. | GSM Termination Fee Agreement, dated as of November 24, 2009, by and among NNC, NNL, NNI and the Purchaser, as amended, modified or supplemented from time to time. |
| | 3. | GSM/GSM-R Side Agreement, dated as of March 31, 2010, by and among NNC, NNL, NNI, the Other Sellers, the EMEA Sellers, Nortel Networks S.A., the North American ALT Selling Debtors and the Joint Administrators, as amended, modified or supplemented from time to time. |
| | 4. | Ancillary Agreements as defined in the Asset Sale Agreement and covered by the GSM 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
| | 5. | Other ancillary agreements covered by the GSM 363 Sale Orders and escrow agreements relating to the GSM Sale, as such agreements may be amended, modified or supplemented from time to time. |

| | | |
|---|---|---|
| **GSM Residual Assets Sale** | 1. | Asset Sale Agreement, dated as of May 11, 2010, by and among NNL, NNI, NNCALA, the Other Sellers and the Purchaser, as amended, modified or supplemented from time to time. |
| | 2. | Ancillary Agreements as defined in the Asset Sale Agreement and covered by the GSM Residual Asset 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
| | 3. | Other ancillary agreements covered by the GSM Residual Asset 363 Sale Orders and escrow agreements relating to the GSM Residual Asset Sale, as such agreements may be amended, modified or supplemented from time to time. |
| **Layer 4-7 Sale** | 1. | Asset Purchase Agreement, dated as of February 19, 2009, by and among NNI, NNL, the EMEA Sellers, the Joint Administrators and Radware Ltd. (the "Purchaser"), as amended, modified or supplemented from time to time. |
| | 2. | Side Agreement, dated as of February 19, 2009, by and among NNI, NNL, the EMEA Sellers and the Joint Administrators, as amended, modified or supplemented from time to time. |
| | 3. | Ancillary Agreements as defined in the Asset Purchase Agreement and covered by the Layer 4-7 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
| | 4. | Other ancillary agreements covered by the Layer 4-7 363 Sale Orders and escrow agreements relating to the Layer 4-7 Sale, as such agreements may be amended, modified or supplemented from time to time. |
| **MEN Sale** | 1. | Amended and Restated Asset Sale Agreement, dated as of November 24, 2009, by and among NNC, NNL, NNI, the Other Sellers and Ciena Corporation (the "Purchaser"), as amended, modified or supplemented from time to time. |
| | 2. | Metro Ethernet Networks Side Agreement, dated as of February 26, 2010, by and among NNC, NNL, NNI, the Other Sellers, the EMEA Sellers, Nortel Networks S.A., the North American ALT Selling Debtors, the EMEA ALT Selling Debtors, the Joint Administrators and the Joint Israeli Administrators, as amended, modified or supplemented from time to time. |

|  | |  |
|---|---|---|
|  | 3. | Argentina Side Offer, dated as of March 19, 2010, by and among Nortel Networks de Argentina S.A., NNL, NNI, Nortel Networks International Corporation, the EMEA Sellers and the EMEA LTA Sellers, as amended, modified or supplemented from time to time. |
|  | 4. | Ancillary Agreements as defined in the Amended and Restated Asset Sale Agreement and covered by the MEN 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
|  | 5. | Other ancillary agreements covered by the MEN 363 Sale Orders and escrow agreements relating to the MEN Sale, as such agreements may be amended, modified or supplemented from time to time. |
| **Next Generation Sale** | 1. | Transaction Agreement, dated as of October 25, 2009, by and among NNL, NNI and Hitachi, Ltd. (the "Purchaser"), as amended, modified or supplemented from time to time. |
|  | 2. | Ancillary Agreements as defined in the Transaction Agreement and covered by the Next Generation 363 Sale Orders, as such agreements may be amended, modified or supplemented from time to time. |
|  | 3. | Other ancillary agreements covered by the Next Generation 363 Sale Orders and escrow agreements relating to the Next Generation Sale, as such agreements may be amended, modified or supplemented from time to time. |