# Exhibit C

# 363 Sale Orders

| **363 Sale** | **363 Sale Orders** |
|---|---|
| **CDMA Sale** | 1. Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Contracts and (C) the Assumption and Sublease of Certain Leases, entered by the Bankruptcy Court on July 28, 2009 approving the sale of the CDMA and LTE-related assets to Telefonaktiebolaget LM Ericsson (Publ), as may be amended, supplemented or modified from time to time [Docket No. 1205].<br><br>2. Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into The Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal And (G) Setting A Date For The Sale Hearing, entered by the Bankruptcy Court on June 30, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1012].<br><br>3. Order (A) Approving Debtors' Entry Into The CDMA Escrow Agreement And (B) Granting Related Relief, entered by the Bankruptcy Court on November 12, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1889].<br><br>4. Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts Pursuant to the Sale of the Debtors' CDMA and LTE Business and (B) Authorizing the Debtors to File Information Under Seal, entered by the Bankruptcy Court on November 19, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1926].<br><br>5. Order (A) Approving The CDMA/LTE China Side Agreement And (B) Granting Related Relief, entered by the Bankruptcy Court on January 1, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2250]. |

| | | |
|---|---|---|
| **CVAS Sale** | 1. | Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of All Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts, entered by the Bankruptcy Court on March 4, 2010 approving the sale of certain assets of the Carrier Voice Over IP and Application Solutions business to GENBAND Inc., as may be amended, supplemented or modified from time to time [Docket No. 2632]. |
| | 2. | Order A) Authorizing Debtors' Entry Into The Stalking Horse Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving Payment Of An Incentive Fee, (D) Approving The Notice Procedures And The Assumption And Assignment Procedures, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, entered by the Bankruptcy Court on January 8, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2259]. |
| | 3. | Order Approving The CVAS Side Agreement And Granting Related Relief, entered by the Bankruptcy Court on May 24, 2010, as may be amended, supplemented or modified from time to time [Docket No. 3047]. |
| **Enterprise Sale** | 1. | Order Authorizing and Approving (A) The Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) The Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases, entered by the Bankruptcy Court on September 16, 2009 approving the sale of the Enterprise business to Avaya, Inc., as may be amended, supplemented or modified from time to time [Docket No. 1514]. |
| | 2. | Order (A) Authorizing Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, entered by the Bankruptcy Court on August 4, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1278]. |
| | 3. | Order (A) Approving The Side Agreement Among The Debtors And |

|  | | Other Sellers Of Nortel's Enterprise Solutions Business, And (B) Granting Related Relief, entered by the Bankruptcy Court on August 4, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1279]. |
|---|---|---|
|  | 4. | Order (A) Approving Debtors' Entry Into The Enterprise Solutions Business Escrow Agreement And (B) Granting Related Relief, entered by the Bankruptcy Court on December 17, 2009, as may be amended, supplemented or modified from time to time [Docket No. 2167]. |
|  | 5. | Order Approving Stipulation Between Nortel Networks Incorporated and the Internal Revenue Service, entered by the Bankruptcy Court on October 13, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1659]. |
|  | 6. | Order Approving (A) the Assumption and Assignment of Executory Contracts Pursuant to the Sale of the Debtors' Enterprise Solutions Business and (B) Approving a Compromise of Controversy Between the Debtors, Avaya Inc. and AT&T Services, Inc., entered by the Bankruptcy Court on December 15, 2009, as may be amended, supplemented or modified from time to time [Docket No. 2141]. |
|  | 7. | Order Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Enterprise Solutions Business, entered by the Bankruptcy Court on December 17, 2009, as may be amended, supplemented or modified from time to time [Docket No. 2166]. |
|  | 8. | Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal, entered by the Bankruptcy Court on January 6, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2248]. |
|  | 9. | Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts In Connection With The Sale Of The Debtors' Enterprise Solutions Business And (B) Authorizing The Debtors To File Information Under Seal, entered by the Bankruptcy Court on February 26, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2569]. |
|  | 10. | Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts in Connection with the Sale of the |

| | | |
|---|---|---|
| | | Debtors' Enterprise Solutions Business and (B) Authorizing the Debtors to File Information Under Seal, entered by the Bankruptcy Court on March 29, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2788]. |
| **GSM Sale** | 1. | Order Authorizing and Approving Sale of Debtors' GSM/GSM-R Free and Clear of All Liens, Claims and Encumbrances, entered by the Bankruptcy Court on December 3, 2009 approving the sale of assets associated with the GSM/GSM-R business to Telefonaktiebolaget LM Ericsson (Publ) and Kapsch Carriercom AG, as may be amended, supplemented or modified from time to time [Docket No. 2065]. |
| | 2. | Order Authorizing And Approving (I) Bidding Procedures, (II) Notice Procedures, And (III) Setting A Date For The Sale Hearing, for the Sale Of Certain Assets Of Debtors' GSM/GSM-R Business, entered by the Bankruptcy Court on October 15, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1676]. |
| | 3. | Order A) Authorizing And Approving The GSM Termination Fee Agreement And (B) Granting Related Relief, entered by the Bankruptcy Court on December 3, 2009, as may be amended, supplemented or modified from time to time [Docket No. 2064]. |
| | 4. | Order Approving The GSM/GSM-R Side Agreement And Granting Related Relief, entered by the Bankruptcy Court on May 24, 2010, as may be amended, supplemented or modified from time to time [Docket No. 3046]. |
| **GSM Residual Assets Sale** | 1. | Order (I) Authorizing The Sale Of Certain Assets Of Debtors' GSM/GSM-R Business Free And Clear Of All Liens, Claims And Encumbrances; (II) Authorizing And Approving The Asset Sale Agreement; (III) Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts; And (IV) Authorizing The Filing Of Certain Documents Under Seal, entered by the Bankruptcy Court on May 24, 2010 approving the sale of assets associated with the GSM/GSM-R business to Telefonaktiebolaget LM Ericsson (Publ), as may be amended, supplemented or modified from time to time [Docket No. 3048]. |
| **Layer 4-7 Sale** | 1. | Order Authorizing and Approving (A) Sale of Certain Non-Core Assets Free and Clear of All Liens, Claims and Encumbrances and (B) Assignment of Certain Contracts, entered by the Bankruptcy Court on March 26, 2009 approving the sale of the Layer 4-7 assets to Radware |

|  |  |  |
|---|---|---|
|  |  | Ltd., as may be amended, supplemented or modified from time to time [Docket No. 539]. |
|  | 2. | Order Authorizing and Approving (A) Bidding Procedures, (B) Break-Up Fee and Expense Reimbursement, (C) Notice Procedures, (D) Assumption and Assignment Procedures (E) Filing of Certain Schedules Under Seal and (F) Setting Time, Date and Place for Sale Hearing, entered by the Bankruptcy Court on February 27, 2009, as may be amended, supplemented or modified from time to time [Docket No. 386]. |
| **MEN Sale** | 1. | Order Authorizing and Approving (A) Sale of Certain Assets of the Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts, entered by the Bankruptcy Court on December 3, 2009 approving the sale of the Metro Ethernet Networks business to Ciena Corporation, as may be amended, supplemented or modified from time to time [Docket No. 2070]. |
|  | 2. | Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Authorizing The Filing Of Certain Documents Under Seal And (E) Setting A Date For The Sale Hearing, entered by the Bankruptcy Court on October 16, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1685]. |
|  | 3. | Order Approving The Metro Ethernet Networks Side Agreement And Granting Related Relief, entered by the Bankruptcy Court on March 3, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2627]. |
|  | 4. | Order (A) Authorizing The Debtors To Accept The Metro Ethernet Networks Argentina Side Offer And (B) Granting Related Relief, entered by the Bankruptcy Court on April 13, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2872]. |
|  | 5. | Order Approving The Engagement Of Grant Thornton LLP Nunc Pro Tunc To February 26, 2010 As Neutral TSA Arbitrator In Connection With The Sale Of Certain Metro Ethernet Networks Business Assets, |

|  |  |  |
|---|---|---|
|  |  | entered by the Bankruptcy Court on April 13, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2873]. |
|  | 6. | Order To Add Certain Additional Debtors As Sellers In The Sale Of The Debtors' Metro Ethernet Networks Business To Ciena Corporation, entered by the Bankruptcy Court on February 26, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2562]. |
|  | 7. | Order (A) Approving The Assumption And Assignment Of Certain Additional Executory Contracts Pursuant To The Sale Of The Debtors' Metro Ethernet Networks Business And (B) Authorizing The Debtors To File Information Under Seal, entered by the Bankruptcy Court on January 21, 2010, as may be amended, supplemented or modified from time to time [Docket No. 2314]. |
| **Next Generation Sale** | 1. | Order Authorizing and Approving Sale of Debtors' Next Generation Packet Core Components Free and Clear of All Liens, Claims and Interests, entered by the Bankruptcy Court on October 28, 2009 approving the sale of assets associated with the Next Generation Packet Core network components to Hitachi, Ltd., as may be amended, supplemented or modified from time to time [Docket No. 1760]. |
|  | 2. | Order Authorizing and Approving (I) Sale Procedures, (II) Notice Procedures, and (III) Setting a Date for Sale Hearing, entered by the Bankruptcy Court on September 30, 2009, as may be amended, supplemented or modified from time to time [Docket No. 1584]. |
|  | 3. | Order (A) Approving Debtors' Entry Into The Next Generation Packet Core Network Components Escrow Agreement And (B) Granting Related Relief, entered by the Bankruptcy Court on December 3, 2009, as may be amended, supplemented or modified from time to time [Docket No. 2062]. |
|  | 4. | Order To Amend The Intellectual Property License Agreement And Transition Services Agreement in the Sale of the Debtors' Next Generation Packet Core Network Components to Hitachi, entered by the Bankruptcy Court on May 24, 2010, as may be amended, supplemented or modified from time to time [Docket No. 3049]. |