# Exhibit D

## Foreign Proceedings

1.  **CCAA Proceedings or Canadian Proceedings** means the proceedings relating to the Canadian Petitioners currently pending before the Ontario Superior Court of Justice.

2.  **French Proceedings** means the secondary insolvency proceedings within the meaning of Article 27 of the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings in the Republic of France pursuant to which a liquidator and an administrator have been appointed by the Versailles Commercial Court (Docket No. 2009P00492) for Nortel Networks S.A.

3.  **Israeli Administration Proceedings** means the administration proceedings of the Nortel Networks Israel (Sales and Marketing) Limited and its subsidiaries commenced on January 19, 2009 pursuant to the Israeli Companies Law, 1999, and the regulations relating thereto for a stay of proceedings.

4.  **U.K. Proceedings** means the administration proceedings of the EMEA Debtors commenced on January 14, 2009 in the High Court of England and Wales, pursuant to the Insolvency Act 1986.

5.  Any other insolvency or similar proceeding filed after the Petition Date in a jurisdiction other than the United States involving an Affiliate of the Debtors.