**Exhibit E**

**Assumed Executory Contracts**

**[TO COME]**