# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2010 through June 30, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 6/1/2010  End Date 6/30/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 58.3 | $450.00 | $26,235.00 |
| 2 | Reviewing operational management of transition services | 6.1 | $450.00 | $2,745.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 87.1 | $450.00 | $39,195.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 20.9 | $450.00 | $9,405.00 |
| 5 | Fee Applications | 3.2 | $450.00 | $1,440.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 13.5 | $225.00 | $3,037.50 |
| | **Hours/Billing Amount for Period:** | **189.1** | | **$82,057.50** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/1/2010 | Periodical call re IT process | 3 | 0.6 |
| 6/1/2010 | Call with Monitor and NNL re GSPA and TPA amendments; follow up internal US call; review of amendments | 1 | 1.3 |
| 6/1/2010 | Review of LRD calculations | 1 | 0.8 |
| 6/1/2010 | Review of certain facilities agreement for rejection | 3 | 0.5 |
| 6/1/2010 | Review of TPA calculations and impact to US | 1 | 1.3 |
| 6/1/2010 | Review reply brief re UK pension | 3 | 1.0 |
| 6/1/2010 | Non working travel to NY | 7 | 4.0 |
| 6/1/2010 | Review of insurance policy expirations and loss runs related to worker compensation for US; follow up communications with NNL re same | 2 | 1.3 |
| 6/1/2010 | Review and communicate with NBS re IT renewals | 1 | 0.8 |
| 6/2/2010 | Prepare for and Meeting with UCC representatives re allocation and claims | 4 | 3.0 |
| 6/2/2010 | Call with NNL re LRD amendments and impact to US | 1 | 1.0 |
| 6/2/2010 | Review interco claims draft and comment | 3 | 1.8 |
| 6/2/2010 | Prepare for and Meeting with FTI and Milbank related to allocation and interco claims | 4 | 3.5 |
| 6/3/2010 | Call re IT | 1 | 1.0 |
| 6/3/2010 | Claims meeting for strategy and direction re unliquidated claims | 3 | 5.5 |
| 6/3/2010 | Various meetings at Cleary re case strategy | 3 | 0.8 |
| 6/4/2010 | Call re transfer pricing | 1 | 1.0 |
| 6/4/2010 | Non working travel from NY | 7 | 1.5 |
| 6/4/2010 | Mark up of employee communication regarding benefits | 2 | 0.8 |
| 6/4/2010 | Review and communication re US insurance programs and renewals | 3 | 1.5 |
| 6/5/2010 | Prepare fee application | 5 | 3.0 |
| 6/7/2010 | Review interco payables with Netas; communication with various company personnel re same; review of underlying invoices | 1 | 2.8 |
| 6/7/2010 | Review of Plan of Reorg draft | 3 | 3.5 |
| 6/7/2010 | Review of Netas invoices and further communication related to payment issues | 1 | 2.5 |
| 6/8/2010 | IP call | 3 | 1.2 |
| 6/8/2010 | Call with UK and others re interco claims | 1 | 1.5 |
| 6/8/2010 | Revised verizon protective order | 3 | 0.8 |
| 6/8/2010 | Interco claims list compilation and review | 3 | 1.5 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/9/2010 | Call with Doolittle re various case issues | 1 | 1.0 |
| 6/9/2010 | Call with HR re LTD plan | 3 | 0.8 |
| 6/9/2010 | Call with Bifield re Netas and GDNT and follow up review and transmittal to Committee re same | 1 | 1.8 |
| 6/9/2010 | Call with Committee and review of Canada claims motion for call | 3 | 1.5 |
| 6/9/2010 | Revisions to offer related to claim settlement | 3 | 0.8 |
| 6/9/2010 | Call with creditors re case status | 4 | 0.8 |
| 6/9/2010 | Planning related to tracking of affiliate payments and unwind of shared costs and programs | 3 | 2.5 |
| 6/10/2010 | Work on offer related to claim settlement | 3 | 0.8 |
| 6/10/2010 | Follow up with UK re Netas payment | 1 | 1.5 |
| 6/10/2010 | Reviewing Netas issues related to payables and amounts claimed owed re intercompany | 1 | 1.0 |
| 6/10/2010 | Review of preliminary citi netting | 1 | 1.0 |
| 6/10/2010 | Review of initial preference calculations | 3 | 1.5 |
| 6/10/2010 | Canadian claims motion; discussion and review of same | 3 | 1.0 |
| 6/10/2010 | Review IP process letter | 3 | 0.8 |
| 6/11/2010 | Call with FTI re IP process and milestones; various other case issues | 4 | 2.0 |
| 6/11/2010 | Call with Cleary re various case management matters | 3 | 1.5 |
| 6/11/2010 | Call with Jeff Hyland re Netas, China/GDNT and follow up | 4 | 1.5 |
| 6/11/2010 | PBGC claim discussions with UCC | 4 | 1.0 |
| 6/11/2010 | Review of revised citi netting | 1 | 2.0 |
| 6/11/2010 | Review of HR related materials related to US benefits | 3 | 2.5 |
| 6/12/2010 | Form 26 review and comment | 1 | 0.3 |
| 6/14/2010 | Weekly call re status | 3 | 1.0 |
| 6/14/2010 | HR related matters related to benefits | 3 | 0.8 |
| 6/15/2010 | Various case matters re interco payments, IP | 3 | 1.5 |
| 6/15/2010 | Call with John Doolittle re interco matters | 1 | 0.8 |
| 6/15/2010 | Call with Recaute re transition of US | 3 | 1.5 |
| 6/15/2010 | Call with Cleary and chilmark re allocation and interco claims | 3 | 1.0 |
| 6/15/2010 | Follow up call with Cleary and Chilmark | 3 | 1.0 |
| 6/16/2010 | Review and approve motion to terminate benefit plans | 3 | 0.3 |
| 6/16/2010 | Call re IP status | 3 | 1.3 |
| 6/16/2010 | Call with Reidel re process | 3 | 0.6 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/16/2010 | Benefit plan communications | 3 | 0.7 |
| 6/16/2010 | Exclusivity motion review | 3 | 0.3 |
| 6/16/2010 | Call re tax matters | 3 | 1.0 |
| 6/16/2010 | Review triangular netting and NNI payments to affiliates | 1 | 1.8 |
| 6/16/2010 | Review sale documents | 3 | 0.3 |
| 6/16/2010 | Call with Boone re receivables/payables | 1 | 0.2 |
| 6/16/2010 | GDNT payments issues; review and communicate with creditors | 1 | 0.8 |
| 6/17/2010 | Call re case management and status with Cleary and Chilmark | 3 | 1.0 |
| 6/17/2010 | Pakistan call and review materials | 3 | 0.7 |
| 6/17/2010 | Review materials from M Orlando re distributor entities and TPA calculations; follow up call with Chilmark | 1 | 1.3 |
| 6/17/2010 | Review and approve adjusted transactions for interco payments | 1 | 0.8 |
| 6/17/2010 | Sign off on employee communications | 3 | 1.0 |
| 6/17/2010 | Various approvals re filings, transactions | 3 | 0.7 |
| 6/17/2010 | Communication with NNL re China and GDNT | 1 | 0.8 |
| 6/18/2010 | Call with Mike Orlando re TSA costs; follow up call with M Kennedy re issues | 1 | 2.0 |
| 6/18/2010 | Review of interco draft set offs and request for support | 1 | 1.3 |
| 6/18/2010 | Further work related to cvas triangular set off | 1 | 0.8 |
| 6/18/2010 | Review of draft NBS AIP goals | 3 | 0.8 |
| 6/18/2010 | Call with Cleary re NBS and TSA's | 2 | 1.0 |
| 6/20/2010 | Prepare for Committee call | 4 | 2.0 |
| 6/21/2010 | Call with G Boone and Curtis Moore re interco payments | 3 | 1.0 |
| 6/21/2010 | Call with Committee representatives | 4 | 2.0 |
| 6/21/2010 | Nonworking travel to NY | 7 | 4.0 |
| 6/21/2010 | Communicate with counsel for Mellon re amount of allowable claim | 3 | 1.3 |
| 6/22/2010 | Further review of documents to support triangular netting and two way netting re US entities | 1 | 2.5 |
| 6/22/2010 | Call with law debenture counsel re bond claim amount | 3 | 0.5 |
| 6/22/2010 | Review of GDNT and Netas payments | 1 | 1.5 |
| 6/22/2010 | Handling employee issues related to benefits | 3 | 0.8 |
| 6/22/2010 | Meet with Cleary re claims | 3 | 2.0 |
| 6/22/2010 | NBS issues and transition | 2 | 3.0 |
| 6/22/2010 | Canadian claim order discussion and outline | 1 | 1.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/22/2010 | Deferred compensation motion issues | 3 | 0.8 |
| 6/22/2010 | Executory contracts | 3 | 0.8 |
| 6/22/2010 | IP call internal | 3 | 1.3 |
| 6/22/2010 | IP update with Committees | 3 | 1.3 |
| 6/23/2010 | Cvas bond releases | 3 | 0.8 |
| 6/23/2010 | IP issues for Debtors re wind down | 3 | 0.8 |
| 6/23/2010 | Meeting re insurance issues re US estate | 3 | 5.0 |
| 6/23/2010 | Communicating various workstreams re US estate and follow up on committee call | 3 | 3.0 |
| 6/23/2010 | Meeting with Akin to discuss various case matters | 4 | 2.0 |
| 6/24/2010 | Nonworking travel from NY | 7 | 4.0 |
| 6/24/2010 | Court call | 5 | 0.2 |
| 6/24/2010 | Review of tenth omnibus and further review of claims for subsequent omnibus | 3 | 0.8 |
| 6/24/2010 | Netas and GDNT issues | 1 | 1.0 |
| 6/24/2010 | Call with Chilmark re status | 3 | 1.0 |
| 6/24/2010 | PBGC matter | 3 | 0.8 |
| 6/24/2010 | Bondholder call | 4 | 0.3 |
| 6/25/2010 | Call with Canada and Chilmark re China, LRD's and Trinidad; follow up with Chilmark | 1 | 1.8 |
| 6/25/2010 | Call with Cleary re severance and 401K plan | 3 | 0.8 |
| 6/25/2010 | Review various interco transactions; communicate with Canada and creditors re same | 1 | 2.5 |
| 6/25/2010 | Call with Chilmark re case matters | 1 | 1.3 |
| 6/25/2010 | Review Aavaya pleadings | 3 | 0.7 |
| 6/25/2010 | Review and sign off on omnibus; claims resolutions | 3 | 0.8 |
| 6/26/2010 | Review payments and receivables related to Netas and GDNT; review prior forecast re same; | 1 | 1.8 |
| 6/28/2010 | Weekly call and follow up call with Cleary and Chilmark | 3 | 3.3 |
| 6/28/2010 | Review CDTI litigation position | 3 | 0.8 |
| 6/28/2010 | Communications related to AIP plans to Canada; communicate positions on China, Trinidad and LRD | 1 | 2.8 |
| 6/28/2010 | Review and respond to requests for interco payments; inquiries related to amounts owns by Canada and UK | 1 | 3.8 |
| 6/28/2010 | Information request related to Canada funding | 1 | 1.8 |
| 6/28/2010 | Call re IP information management | 3 | 0.8 |
| 6/29/2010 | IP calls | 3 | 1.5 |
| 6/29/2010 | Asia cash calls | 3 | 0.8 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/Minutes Worked |
|---|---|---|---|
| 6/29/2010 | Corporate FA calls | 3 | 2.5 |
| 6/29/2010 | Corporate AIP | 3 | 0.8 |
| 6/29/2010 | IP work stream | 3 | 0.8 |
| 6/29/2010 | Interco cash movement; approvals on disbursements | 3 | 1.8 |
| 6/29/2010 | Claims approvals | 3 | 0.8 |
| 6/30/2010 | Call re preferences and review of Work product | 3 | 1.0 |
| 6/30/2010 | Review deck re US and Canada estate migration and follow up call with Chris Recaute | 1 | 3.3 |
| 6/30/2010 | Review of cross border claims and Canada claims motion; call with creditors re same | 4 | 2.8 |