**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2010 through June 30, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $      558.10 |
| Travel – Lodging | | 2,506.02 |
| Travel – Meals | | 386.07 |
| Travel – Car Service | | 127.57 |
| Travel – Parking | | 95.00 |
| Office supplies, shipping, and other office related expenses | | 98.13 |
| PACER | | - |
| TOTAL | | $   3,770.89 |

# Nortel Expense Report

PERIOD: June 1, 2010 through June 30, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Ship/Supplies | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2010 | New York trip - Airfare | $ 258.70 | | | | | | | $ 258.70 |
| 6/1/2010 | New York trip - Taxi | | | | $ 33.10 | | | | $ 33.10 |
| 6/1/2010 | New York trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 6/1/2010 | New York trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 6/2/2010 | New York trip - Meal | | | $ 16.69 | | | | | $ 16.69 |
| 6/2/2010 | New York trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 6/2/2010 | New York trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 6/3/2010 | New York trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 6/4/2010 | New York trip - Taxi | | | | $ 38.00 | | | | $ 38.00 |
| 6/4/2010 | New York trip - Parking | | | | | $ 48.00 | | | $ 48.00 |
| 6/5/2010 | New York trip - Additional hotel fee | | $ 7.62 | | | | | | $ 7.62 |
| 6/21/2010 | New York trip - Airfare | $ 299.40 | | | | | | | $ 299.40 |
| 6/21/2010 | New York trip - Taxi | | | | $ 37.77 | | | | $ 37.77 |
| 6/21/2010 | New York trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 6/21/2010 | New York trip - Meal | | | $ 69.10 | | | | | $ 69.10 |
| 6/21/2010 | New York trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 6/22/2010 | New York trip - Meal | | | $ 42.66 | | | | | $ 42.66 |
| 6/22/2010 | New York trip - Hotel | | $ 416.00 | | | | | | $ 416.00 |
| 6/22/2010 | New York trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 6/22/2010 | New York trip - Meal w/ 2 from FTI and 1 from Chilmark (4 people in total) | | | $ 250.00 | | | | | $ 250.00 |
| 6/23/2010 | New York trip - Hotel | | $ 416.00 | | | | | | $ 416.00 |
| 6/23/2010 | New York trip - Meal | | | $ 7.62 | | | | | $ 7.62 |
| 6/23/2010 | New York trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 6/23/2010 | New York trip - Taxi | | | | $ 18.70 | | | | $ 18.70 |
| 6/23/2010 | New York trip - Parking | | | | | $ 47.00 | | | $ 47.00 |
| 6/30/2010 | Shipping | | | | | | $ 33.38 | | $ 33.38 |