# CERTIFICATE OF SERVICE

I, Ann C. Cordo certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2010 Through June 30, 2010** was caused to be made on July 12, 2010, in the manner indicated upon the entities identified below.

Date: July 12, 2010

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

3390250.6