From: D.G. Wiggins
      1037 Beech Tree Lane
      Brentwood, Tennessee, 37027

July 2nd' 2010

To:
The Clerk
U.S. Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, Delaware, 19801

Copy:
James L. Bromley
Cleary Gottlieb Steen & Hamilton LLC
One Liberty Paza
New York, NY 10006

Sir,
As you are aware Nortel filed a motion on June 21st'10 to terminate all former employees benefits effective August 31st'2010. As a former Nortel employee I realize that as a result of the bankruptcy, Nortel would terminate former employee benefits at some time, but feel that to terminate our benefits effective August 31st'10 with **no right to file a claim** against Nortel is both unfair and unjust. My reason for stating this is that during the bankruptcy period, Nortel has allowed **other former employees to file claims** for benefits lost eg; employees who lost their deferred compensation were allowed to file a claim against Nortel for said loss. To allow some employees to file claims for benefits lost and to deny other employees the right to claim when they lose their benefits is unjust and unfair.
For many of us the the benefits Nortel is terminating effective August 31st'10, **benefits like Medical coverage, Long Term Disability coverage and Life Insurance coverage** are essential to our daily lives and because of the age of some of us, tying to find Individual coverage is prohibitive in terms of cost to replace them.

I therefore respectfully request that the courts consider my application to file a claim against Nortel in the following three areas.

### Area 1. Significantly Higher Cost Due To Loss Of Medical Coverage
When Nortel transferred me from Canada to its U.S. Corporate operations they knew that I would not be able to work the required number of years in the U.S. to qualify for Medicare Part "A, B & D". Accordingly, when I retired, Nortel agreed rather than transfer me back to Canada, they would cover me and my wife with medical coverage under the Nortel Retiree Medical plan. Accordingly, when I retired **Nortel provided me with a letter** stating that in lieu of Medicare, they would cover me and my wife with Medical coverage under the Nortel Retiree Medical Plan. And, they have covered me and my wife under the Nortel Retiree Medical plan for the past 10 years.
I am now 74 years old and find myself having to enrol in Medicare Part "A, B & D" and having to pay the full Premium for Medicare Part A, B & D. The difference in cost between my existing Nortel Medical coverage premium, and the **estimated** Medicare Part A, B & D premium is quite substantial and prohibitive. Also, since the Medicare coverage is **less** than what was being provided to me and my wife under the Nortel Retiree Medical plan, I'm am forced at age 74 to take out Supplemental coverage which again because of my age, adds to my burden of increased Medical costs.

I'm highlight the substantial financial burden I'm now facing in having to get Medicare and Supplemental coverage for myself and my wife below:
| | |
|---|---|
| Nortel Medical coverage Premium for 2010 | $ 7,200/year |
| Medicare Coverage Part A, B & D (Estimated Cost) | $ 16,000+** (If no penalties for late enrollment) |
| Supplemental Coverage (Estimated Cost) | $ 3,000-5,000 |
| **Claim For Financial Difference** | **$ 11,800-- 13,800/year** |

**As of June 23rd'2010, me and my wife have applied to enrol in Medicare and will not know till August'10 what the final premiums will be. The issue with Medicare is whether me and my wife qualify for enrollment under the "Special Enrollment Period" which means we can enrol in Medicare without having to pay substantial penalties over and above our Medicare Premiums, or face substantial penalties for enrolling in Medicare outside of the General Enrollment period.

**Area 2. Loss Of Long term Disability Coverage.**
When I retired from Nortel on June 1' 1999 part of my benefits package was Long Term Disability coverage for me and my wife. This coverage provided for up to $120,000 LTD coverage for up to 3 years.
**This benefit is now being terminated with no right to file a claim against Nortel. To deny me the right to make a claim against Nortel is unfair for the following reasons: At retirement, I could have taken other benefits but took this benefit and relied on it for our old age. To lose this benefit at age 74 is devastating as I cannot now get private Medical coverage or Long Term Disability coverage any where in the U.S.**

**Area 3. Loss Of Life Insurance Coverage**
When I retired from Nortel on June1'1999 part of my benefits package was a Life Insurance benefit to the amount of $ 10,000. **This benefit is now being terminated with no right to file a claim against Nortel. To deny me the right to make a claim against Nortel is unfair for the following reasons: At retirement, I could have taken other benefits but took this benefit and relied on it. I now have to shop around for Life Insurance coverage at age 74, which is very expensive. I have been quoted $1,800 / year for $ 10,000 worth of Life Insurance from the Prudential Insurance Company.**

Proof of the above Benefits as part of my retirement package from Nortel can be provided.
And, final figures from Medicare can be provided when received.

For all the reasons given above I respectfully request that the courts should authorize the appointment of a committee under Section 1114 of the Bankruptcy Code to protect Nortel retirees right to a fair process under the bankruptcy proceedings, and /or give my personal request to file a claim against Nortel for the benefits being lost effective August 31st'10 favourable consideration.


Sincerely,

D.G. Wiggins