IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :    Case No. 09-10138 (KG)
                                                         :
            Debtors.                                     :    Jointly Administered
                                                         :
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 16, 2010 AT 10:00 A.M. (ET)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

    Related Pleadings: None.

    Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

    Responses Received:

    a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

    b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)    California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)    Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

<u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for September 1, 2010 at 10:00 a.m. (ET).

2.    Debtors' Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

<u>Related Pleadings</u>:  None.

<u>Objection Deadline</u>:  May 5, 2010 at 4:00 p.m. (ET).  Extended to September 10, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET).

3.    Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3034, Filed 5/21/10).

<u>Related Pleadings</u>:

    a)    Declaration Of Jennifer M. Westerfield In Support Of Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3035, Filed 5/21/10).

<u>Objection Deadline</u>:  June 2, 2010 at 4:00 p.m. (ET).  Extended to July 28, 2010 at 4:00 p.m. (ET) for Verizon.

<u>Responses Received</u>:

    a)    Nonparty Acme Packet, Inc.'s Objections To Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3114, Filed 6/2/10).

<u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for August 4, 2010 at 10:00 a.m. (ET).

4.    Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3036, Filed 5/21/10).

    Related Pleadings:

    a)    Declaration Of Chris Paczynski In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3037, Filed 5/21/10).

    Objection Deadline: June 2, 2010 at 4:00 p.m. (ET). Extended to July 28, 2010 at 4:00 p.m. (ET) for Verizon.

    Responses Received: None at this time.

    Status: The hearing on this matter has been adjourned to the hearing scheduled for August 4, 2010 at 10:00 a.m. (ET).

5.    Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3068, Filed 5/25/10).

    Related Pleadings: None.

    a)    Declaration Of Ebunoluwa Taiwo In Support Of Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3069, Filed 5/25/10).

    Objection Deadline: June 10, 2010 at 4:00 p.m. (ET). Extended to July 9, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a)    Declaration in Opposition to Objection to Claim by Ernest Demel (D.I. 3501, Filed 7/9/10).

    Status: The hearing on this matter has been adjourned to the hearing scheduled for August 18, 2010 at 10:00 a.m. (ET).

6.    Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans (D.I. 3204, Filed 6/21/10)

    Related Pleadings:

    a)    Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans (D.I. 3275, Filed 7/6/10).

    Objection Deadline: July 6, 2010 at 4:00 p.m. (ET), extended to July 9, 2010 for Janet Bass.

Responses Received:  See Exhibit A.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for August 4, 2010 at 10:00 a.m. (ET).

7. Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3231, Filed 6/25/10).

   Related Pleadings:  None.

   Objection Deadline:  July 9, 2010 at 4:00 p.m. (ET).

   Responses Received:

   a) Objection of Avaya, Inc. to Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3513, Filed 7/9/10)

   Status:  The hearing on this matter has been adjourned to the hearing scheduled for August 18, 2010 at 10:00 a.m. (ET) pending the availability of the Canadian Court.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

   None at this time.

UNCONTESTED MATTERS GOING FORWARD:

   None at this time.

CONTESTED MATTERS GOING FORWARD:

8. Notice Of (I) Filing Of Proposed Order Granting The Debtors A Final Waiver Of The Requirements Of 11 U.S.C. Section 345(b) And (II) Setting A Hearing On The Final Waiver (D.I. 2274, Filed 1/14/10).

   Related Pleadings:

   a) Notice Of Hearing Regarding A Final Waiver of The Requirements Of 11 U.S.C. Section 345(b) (D.I. 3194, Filed 6/18/10).

   Objection Deadline:  January 27, 2010 at 4:00 p.m. (ET).

   Responses Received:

   a) Acting United States Trustee's Objection To Debtors' Request For Final Waiver Of The Requirements Of 11 USC 345(b) (D.I. 2354, Filed 1/27/2010).

   Status:  This matter is going forward.

4

Dated: July 14, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3642888.2