# Exhibit A

**Responses Received To**
**Debtors' Motion For Entry Of An Order Authorizing Debtors To**
**Terminate Certain Retiree And Long Term Disability Plans (D.I. 3204)**

| | Docket Item |
|---|---|
| 1. | Letter Regarding Bankruptcy Proceeding Filed by Greg Chugha (D.I. 3238, Filed 6/29/10) |
| 2. | Response to the Motion to Authorize Debtors To Terminate Certain Retiree And Long-Term Disability Plans filed by Robert Atteridge (D.I. 3240, Filed 6/30/10) |
| 3. | Notice of Filing of Objection of Roger Edwards Regarding Debtors Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Roger Edwards (D.I. 3241, Filed 6/30/10) |
| 4. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Daniel D. David (D.I. 3247, Filed 7/1/10) |
| 5. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Alan Heinbaugh (D.I. 3250, Filed 7/2/10) |
| 6. | Objection To Motion to Authorize Debtors To Terminate Certain Retiree And Long-Term Disability Plans, Filed by Walter Brown (D.I. 3252, Filed 7/2/10) |
| 7. | Notice Of Filing Of Objection of Carol Raymond To Debtors Motion to Terminate Certain Retiree And Long-Term Disability Plans (D.I. 3253, Filed 7/2/10) |
| 8. | Objection To Debtors To Terminate Certain Retiree And Long-Term Disability Plans, Filed by Martin Mand (D.I. 3255, Filed 7/2/10) |
| 9. | Response to Debtors To Terminate Certain Retiree And Long-Term Disability Plans, Filed by Frankie & Janie Proctor (D.I. 3256, Filed 7/2/10) |
| 10. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Cynthia Paroski (D.I. 3257, Filed 7/2/10) |
| 11. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Barbara Gallagher (D.I. 3258, Filed 7/2/10) |
| 12. | Response to Motion to Authorize Debtors To Terminate Certain Retiree And Long-Term Disability Plans filed by Robert J. Richardson (D.I. 3259, Filed 7/2/10) |
| 13. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Richard J. Mathias (D.I. 3260, Filed 7/2/10) |

| | **Docket Item** |
|---|---|
| 14. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Michael Tjia (D.I. 3261, Filed 7/2/10) |
| 15. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by A. Robert Boutin (D.I. 3262, Filed 7/2/10) |
| 16. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Herbert E. Schledwitz (D.I. 3273, Filed 7/2/10) |
| 17. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Nortel US Retirement Protection Committee (D.I. 3274, Filed 7/6/10) |
| 18. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Peter Lawrence (D.I. 3277, Filed 7/6/10) |
| 19. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Michael D. Rexroad (D.I. 3283, Filed 7/2/10) |
| 20. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by William E. Mariotti, Sr. (D.I. 3284, Filed 7/2/10) |
| 21. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Carol Raymond (D.I. 3285, Filed 7/6/10) |
| 22. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Terry & Wanda Smith (D.I. 3286, Filed 7/6/10) |
| 23. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Nha Trong Nguyen (D.I. 3287, Filed 7/6/10) |
| 24. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Joy N. Haymore (D.I. 3288, Filed 7/6/10) |
| 25. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Jane Neumann (D.I. 3289, Filed 7/6/10) |
| 26. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by John J. Rossi (D.I. 3290, Filed 7/6/10) |
| 27. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Debra K. Cobb (D.I. 3291, Filed 7/6/10) |
| 28. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Pamela Powell (D.I. 3294, Filed 7/6/10) |

| | Docket Item |
|---|---|
| 29. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Joseph Samuel (D.I. 3295, Filed 7/6/10) |
| 30. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by William P. Kelly (D.I. 3296, Filed 7/6/10) |
| 31. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Richard E. Muse (D.I. 3297, Filed 7/6/10) |
| 32. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Chong Rose (D.I. 3298, Filed 7/6/10) |
| 33. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by George I. Hovater, Jr. (D.I. 3299, Filed 7/6/10) |
| 34. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Marilyn Green (D.I. 3300, Filed 7/6/10) |
| 35. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Scott Gennett (D.I. 3301, Filed 7/6/10) |
| 36. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Nicholas F. Winterberg (D.I. 3302, Filed 7/6/10) |
| 37. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by James R. Malloch (D.I. 3303, Filed 7/6/10) |
| 38. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Gloria Benson (D.I. 3304, Filed 7/6/10) |
| 39. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Ross Hildebrand (D.I. 3305, Filed 7/6/10) |
| 40. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Bruce K. Jarvah (D.I. 3306, Filed 7/6/10) |
| 41. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by George LeBranche (D.I. 3307, Filed 7/6/10) |
| 42. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Thomas McManus (D.I. 3308, Filed 7/6/10) |
| 43. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Mark M. Haupt (D.I. 3309, Filed 7/6/10) |

| | Docket Item |
|---|---|
| 44. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Charles L. Till, Jr. (D.I. 3310, Filed 7/6/10) |
| 45. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by David A. Dunson (D.I. 3311, Filed 7/6/10) |
| 46. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by James A. Zukas (D.I. 3312, Filed 7/6/10) |
| 47. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Roy Merrills (D.I. 3313, Filed 7/6/10) |
| 48. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Theodore W. Wagner (D.I. 3314, Filed 7/6/10) |
| 49. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Terrance S. Campbell (D.I. 3315, Filed 7/6/10) |
| 50. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by John M. Wallis (D.I. 3316, Filed 7/6/10) |
| 51. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by John E. Sheppard (D.I. 3317, Filed 7/6/10) |
| 52. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Peter S. Budihardjo, PHD (D.I. 3318, Filed 7/6/10) |
| 53. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Tahir Sheikh (D.I. 3319, Filed 7/6/10) |
| 54. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by James E. Wood (D.I. 3320, Filed 7/6/10) |
| 55. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Timothy F. Dempsey (D.I. 3321, Filed 7/6/10) |
| 56. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Michael McCarthy (D.I. 3322, Filed 7/6/10) |
| 57. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Fred Gann (D.I. 3323, Filed 7/6/10) |
| 58. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Loraine Placido (D.I. 3324, Filed 7/6/10) |

|  | Docket Item |
|---|---|
| 59. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Randall H. Nunn (D.I. 3325, Filed 7/7/10) |
| 60. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Richard B. Wilson (D.I. 3326, Filed 7/7/10) |
| 61. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Danny Sprouse (D.I. 3327, Filed 7/7/10) |
| 62. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Joan C. Bosley (D.I. 3328, Filed 7/7/10) |
| 63. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Howard R. Burns (D.I. 3329, Filed 7/7/10) |
| 64. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Estelle Loggins (D.I. 3330, Filed 7/7/10) |
| 65. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Thomas Dikens (D.I. 3331, Filed 7/7/10) |
| 66. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by David Green (D.I. 3332, Filed 7/7/10) |
| 67. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Russell L. Fraser (D.I. 3333, Filed 7/7/10) |
| 68. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Kenneth Oakley (D.I. 3334, Filed 7/7/10) |
| 69. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Marva McLaurin (D.I. 3335, Filed 7/7/10) |
| 70. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Thomas Lyons (D.I. 3336, Filed 7/7/10) |
| 71. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Filed by Judith A. Hazelden (D.I. 3337, Filed 7/7/10) |
| 72. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Joyce Darcangelo (D.I. 3338, Filed 7/7/10) |
| 73. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gussie H. Anderson (D.I. 3339, Filed 7/7/10) |

| | Docket Item |
|---|---|
| 74. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by George Bagetakos (D.I. 3340, Filed 7/7/10) |
| 75. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gail Entringer (D.I. 3341, Filed 7/7/10) |
| 76. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Loretta Adler (D.I. 3342, Filed 7/7/10) |
| 77. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Rejamos Brown (D.I. 3343, Filed 7/6/10) |
| 78. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Judith A. Cheek (D.I. 3346, Filed 7/7/10) |
| 79. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by John Trick (D.I. 7/7/10, Filed 3347) |
| 80. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Robert J. Starkes (D.I. 7/7/10, Filed 3348) |
| 81. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Walter B. Galt (D.I. 3349, Filed 7/7/10) |
| 82. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Dinesh Pai (D.I. 3350, Filed 7/7/10) |
| 83. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Richard W. Eller (D.I. 3351, Filed 7/7/10) |
| 84. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Sigmund Unger (D.I. 3352, Filed 7/7/10) |
| 85. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Patrick J. Dagert (D.I. 3353, Filed 7/7/10) |
| 86. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by David M. Snider (D.I. 3354, Filed 7/7/10) |
| 87. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Douglas S. Kasten (D.I. 3355, Filed 7/7/10) |
| 88. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Bettina B. Osbourne (D.I. 3356, Filed 7/7/10) |

|     | **Docket Item** |
| --- | --- |
| 89. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Mary Loftus (D.I. 3357, Filed 7/7/10) |
| 90. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Maria G. Clark (D.I. 3358, Filed 7/7/10) |
| 91. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Paul E. Morrison (D.I. 3359, Filed 7/7/10) |
| 92. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Marie Jurasevich (D.I. 3360, Filed 7/7/10) |
| 93. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Edward A. Lizak (D.I. 3361, Filed 7/7/10) |
| 94. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by John and Annabelle Caffry (D.I. 3362, Filed 7/7/10) |
| 95. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Alan Svejda (D.I. 3363, Filed 7/7/10) |
| 96. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Eric L. Rognlie (D.I. 3364, Filed 7/7/10) |
| 97. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Michael T. Crotty (D.I. 3365, Filed 7/8/10) |
| 98. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Elizabeth Boyd (D.I. 3366, Filed 7/7/10) |
| 99. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Charles M. Gage (D.I. 3367, Filed 7/7/10) |
| 100. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Fred L. Gann (D.I. 3368, Filed 7/7/10) |
| 101. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Michael Stutts (D.I. 3369, Filed 7/7/10) |
| 102. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Benson S. Chan (D.I. 3370, Filed 7/7/10) |
| 103. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Prabir Das (D.I. 3371, Filed 7/7/10) |

|  | **Docket Item** |
|---|---|
| 104. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Robert L. Robson (D.I. 3372, Filed 7/7/10) |
| 105. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Irene Drake (D.I. 3373, Filed 7/7/10) |
| 106. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Casey Ceponis (D.I. 3374, Filed 7/7/10) |
| 107. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Willaim S. Chipping (D.I. 3375, Filed 7/7/10) |
| 108. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Mark Cheng (D.I. 3376, Filed 7/7/10) |
| 109. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by James G. Hix (D.I. 3377 , Filed 7/7/10) |
| 110. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Shirley A. Hix (D.I. 3378, Filed 7/7/10) |
| 111. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Gilbert O. Elliott (D.I. 3379, Filed 7/7/10) |
| 112. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Gary Masales (D.I. 3380, Filed 7/7/10) |
| 113. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Robert Wrigglesworth (D.I. 3381, Filed 7/7/10) |
| 114. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Maurice J. Fradette (D.I. 3382, Filed 7/7/10) |
| 115. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Loren D. Miller (D.I. 3383, Filed 7/7/10) |
| 116. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Louis Lusignan (D.I. 3384, Filed 7/7/10) |
| 117. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Lee Derry (D.I. 3385, Filed 7/7/10) |
| 118. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Betsy Wood (D.I. 3386, Filed 7/7/10) |

|  | Docket Item |
|---|---|
| 119. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Charles Bunner (D.I. 3387, Filed 7/7/10) |
| 120. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Mara Foulois (D.I. 3388, Filed 7/7/10) |
| 121. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Anthony Jamroz (D.I. 3389, Filed 7/7/10) |
| 122. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Rose Lewis (D.I. 3390, Filed 7/7/10) |
| 123. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Thomas Roy Worthy (D.I. 3391, Filed 7/7/10) |
| 124. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Barbara J. Hinson (D.I. 3392, Filed 7/7/10) |
| 125. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Bruce T. Brown (D.I. 3393, Filed 7/7/10) |
| 126. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Stephen Hunt (D.I. 3394, Filed 7/7/10) |
| 127. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Michael D. Lockwood (D.I. 3395, Filed 7/7/10) |
| 128. | Objection to Debtors' Motion For Entry Of An Order Authorizing Debtors To Terminate Certain Retiree And Long Term Disability Plans filed by Regenia A. Zukosky (D.I. 3396, Filed 7/7/10) |
| 129. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Robert Kenedi (D.I. 3397, Filed 7/7/10) |
| 130. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by George P. Thomson (D.I. 3398, Filed 7/7/10) |
| 131. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Edward J. Pillman (D.I. 3399, Filed 7/7/10) |
| 132. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gerald R. Clark (D.I. 3400, Filed 7/7/10) |
| 133. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Roger J. Edwards (D.I. 3401, Filed 7/7/10) |

| | Docket Item |
|---|---|
| 134. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Alan McKie (D.I. 3402, Filed 7/7/10) |
| 135. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Graham Strange (D.I. 3403, Filed 7/7/10) |
| 136. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Stephen J. Edwards (D.I. 3404, Filed 7/7/10) |
| 137. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Richard C. Maloney (D.I. 3405, Filed 7/7/10) |
| 138. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by William H. Ernst (D.I. 3406, Filed 7/7/10) |
| 139. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Arnold J. Martin (D.I. 3407, Filed 7/7/10) |
| 140. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Roberto Centeno (D.I. 3408, Filed 7/7/10) |
| 141. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by John Scheer (D.I. 3409, Filed 7/7/10) |
| 142. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Patricia C. Goyette (D.I. 3410, Filed 7/7/10) |
| 143. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Ronald C. Bell (D.I. 3411, Filed 7/7/10) |
| 144. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Charles J. Shipman (D.I. 3412, Filed 7/7/10) |
| 145. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Peter Cassidy (D.I. 3413, Filed 7/7/10) |
| 146. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gerald D. Dale (D.I. 3414, Filed 7/7/10) |
| 147. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Robert H. Troxell (D.I. 3415, Filed 7/7/10) |
| 148. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Charles M. Young (D.I. 3416, Filed 7/7/10) |

| | Docket Item |
|---|---|
| 149. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Cheryl J. Gibson (D.I. 3417, Filed 7/7/10) |
| 150. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Joyce Gorman (D.I. 3418, Filed 7/7/10) |
| 151. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Stanley Norman (D.I. 3419, Filed 7/7/10) |
| 152. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by David M. Snider (D.I. 3420, Filed 7/7/10) |
| 153. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Edgar B. Simmons (D.I. 3421, Filed 7/7/10) |
| 154. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Ronald F. Wojcik (D.I. 3422, Filed 7/7/10) |
| 155. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by William Hughes (D.I. 3423, Filed 7/7/10) |
| 156. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Inggit Frost (D.I. 3424, Filed 7/7/10) |
| 157. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by David J. Kurth (D.I. 3425, Filed 7/7/10) |
| 158. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Lorne Hinz (D.I. 3426, Filed 7/7/10) |
| 159. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Joseph R. Herrage (D.I. 3427, Filed 7/7/10) |
| 160. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Robert Patenaude (D.I. 3428, Filed 7/7/10) |
| 161. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Fereidoun Homayoun (D.I. 3429, Filed 7/7/10) |
| 162. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Vivian J. Gainey (D.I. 3430, Filed 7/7/10) |
| 163. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Norman Peters (D.I. 3431, Filed 7/7/10) |

|  | **Docket Item** |
|---|---|
| 164. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Hendrikus E. Theloosen (D.I. 3432, Filed 7/7/10) |
| 165. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Joseph Simeone (D.I. 3433, Filed 7/7/10) |
| 166. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by James E. Harden, III (D.I. 3434, Filed 7/7/10) |
| 167. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by John A. Schick (D.I. 3435, Filed 7/7/10) |
| 168. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gordon W. Beattie (D.I. 3436, Filed 7/7/10) |
| 169. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Cecil D. Raynor (D.I. 3437, Filed 7/7/10) |
| 170. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by James R. Spurlock (D.I. 3438, Filed 7/7/10) |
| 171. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Michael E. Bryan (D.I. 3439, Filed 7/7/10) |
| 172. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Alvin Enns (D.I. 3440, Filed 7/7/10) |
| 173. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Prabir Das (D.I. 3441, Filed 7/7/10) |
| 174. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by John M. Bulger (D.I. 3442, Filed 7/7/10) |
| 175. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Billy J. Boyd (D.I. 3443, Filed 7/7/10) |
| 176. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by George W. Bothwell (D.I. 3444, Filed 7/7/10) |
| 177. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Carlos M. Encomenderos (D.I. 3445, Filed 7/7/10) |
| 178. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Keith A. Bowers (D.I. 3446, Filed 7/7/10) |

| | Docket Item |
|---|---|
| 179. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Donald Vaughn (D.I. 3447, Filed 7/7/10) |
| 180. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by David J. Sidor (D.I. 3448, Filed 7/7/10) |
| 181. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Richard Carlsen (D.I. 3449, Filed 7/7/10) |
| 182. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Mario Poma (D.I. 3450, Filed 7/7/10) |
| 183. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Jack Reynolds (D.I. 3451, Filed 7/7/10) |
| 184. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Gerry Bacchiochi (D.I. 3452, Filed 7/7/10) |
| 185. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by William N. Kashul (D.I. 3453, Filed 7/7/10) |
| 186. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Roger D. Conklin (D.I. 3454, Filed 7/7/10) |
| 187. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Jennie H. Leach (D.I. 3455, Filed 7/7/10) |
| 188. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Raymond Eng (D.I. 3456, Filed 7/7/10) |
| 189. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Roger J. Bushnell (D.I. 3457, Filed 7/7/10) |
| 190. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Herbert W. Lefaiver (D.I. 3458, Filed 7/7/10) |
| 191. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by William C. Swanson (D.I. 3459, Filed 7/7/10) |
| 192. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Earl S. Hewitt (D.I. 3460, Filed 7/7/10) |
| 193. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Pierre Farmer (D.I. 3461, Filed 7/7/10) |

|  | Docket Item |
|---|---|
| 194. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Anthony Evans (D.I. 3462, Filed 7/7/10) |
| 195. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by John A. Mahoney (D.I. 3463, Filed 7/7/10) |
| 196. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Robert Bruce King (D.I. 3464, Filed 7/7/10) |
| 197. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Norman and Sandra Grills (D.I. 3465, Filed 7/7/10) |
| 198. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Vincente Moyano (D.I. 3466, Filed 7/7/10) |
| 199. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by James G. Whercer (D.I. 3467, Filed 7/7/10) |
| 200. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Sharon Kelly (D.I. 3468, Filed 7/7/10) |
| 201. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Paul S. Payne (D.I. 3469, Filed 7/8/10) |
| 202. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Robert Young (D.I. 3470, Filed 7/8/10) |
| 203. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by George B. Amoss (D.I. 3471, Filed 7/8/10) |
| 204. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Charles R. Mann (D.I. 3472, Filed 7/8/10) |
| 205. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Susan E. McPherson (D.I. 3473, Filed 7/8/10) |
| 206. | Objection to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans filed by Patricia P. Francis (D.I. 3474, Filed 7/8/10) |
| 207. | Objection of Janet Bass to Debtors' Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long-Term Disability Plans (related document(s)[3204]) Filed by Janet Bass (D.I. 3480, Filed 7/9/10) |

| | Docket Item |
|---|---|
| 208. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Norval James Agnew (D.I. 3481, Filed 7/9/10) |
| 209. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Louis H. Bilodeau (D.I. 3482, Filed 7/9/10) |
| 210. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Hwei-Ling Chen (D.I. 3483, Filed 7/9/10) |
| 211. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Gene M. Presson (D.I. 3484, Filed 7/9/10) |
| 212. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jerry Long (D.I. 3485, Filed 7/9/10) |
| 213. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Bhimrao Vijay Naik (D.I. 3486, Filed 7/9/10) |
| 214. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Abdul M. Khawar (D.I. 3487, Filed 7/9/10) |
| 215. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Chandrakant V. Gundedra (D.I. 3488, Filed 7/9/10) |
| 216. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Peter J. MacLaren (D.I. 3489, Filed 7/9/10) |
| 217. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Raymond Eng (D.I. 3490, Filed 7/9/10) |
| 218. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Sharyl Elizabeth Agnew (D.I. 3491, Filed 7/9/10) |
| 219. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Joel D. Webb (D.I. 3492, Filed 7/9/10) |
| 220. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Barry D'Amour (D.I. 3493, Filed 7/9/10) |
| 221. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Kenneth J. Boyd (D.I. 3494, Filed 7/9/10) |
| 222. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Robert Kwee (D.I. 3495, Filed 7/9/10) |

|  | **Docket Item** |
|---|---|
| 223. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Joe K. Scammerhorn (D.I.3496, Filed 7/9/10) |
| 224. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Linda Denning (D.I. 3497, Filed 7/9/10) |
| 225. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David F. Grant (D.I. 3498 Filed 7/9/10) |
| 226. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Dianne Stanton (D.I. 3499, Filed 7/9/10) |
| 227. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by James C. Crosby (D.I. 3500, Filed 7/9/10) |
| 228. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Ernest Demel (D.I. 3501, Filed 7/9/10) |
| 229. | Response to Debtors' Motion to Terminate Retiree and Long Term Disability Plans (related document(s)[3204]) filed by United States Trustee (D.I. 3508, Filed 7/9/10) |
| 230. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jim Dupail (D.I. 3517, Filed 7/12/10) |
| 231. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by John Etten (D.I. 3518, Filed 7/12/10) |
| 232. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Chester M. Rollan (D.I. 3519, Filed 7/12/10) |
| 233. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Earl Joseph Beneteau (D.I. 3520, Filed 7/12/10) |
| 234. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Ajay Dabral (D.I. 3521, Filed 7/12/10) |
| 235. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jeffrey H Kingdon (D.I. 3522, Filed 7/12/10) |
| 236. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Robert Fleming (D.I. 3523, Filed 7/12/10) |
| 237. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Paul Redish (D.I. 3524, Filed 7/12/10) |

|  | **Docket Item** |
|---|---|
| 238. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Avinash Chitnis (D.I. 3525, Filed 7/12/10) |
| 239. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Neeta Chitnis (D.I. 3526, Filed 7/12/10) |
| 240. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Edgar Chang (D.I. 3527, Filed 7/12/10) |
| 241. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Sally Hyde Burdick (D.I. 3528, Filed 7/12/10) |
| 242. | Joinder in Nortel U.S. Retirement Protection Committee's Objection to Debtors' Motion to Terminate Retiree and Disability Plans (related document(s)[3204], [3274]) Filed by Brent Beasley (D.I. 3529, Filed 7/12/10) |
| 243. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Martin A. Ball (D.I. 3530, Filed 7/12/10) |
| 244. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Cesare Matrundola (D.I. 3531, Filed 7/12/10) |
| 245. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Charles J. Frumerie (D.I. 3532, Filed 7/12/10) |
| 246. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Darnell D. Barber Moye (D.I. 3533, Filed 7/12/10) |
| 247. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Sheila Colclasure (D.I. 3534, Filed 7/12/10) |
| 248. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Imre M. Gombos (D.I. 3535, Filed 7/12/10) |
| 249. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Christopher Moore (D.I. 3536, Filed 7/12/10) |
| 250. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Michael McWalters (D.I. 3537, Filed 7/12/10) |
| 251. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Michael Hardwick (D.I. 3538, Filed 7/12/10) |

| | Docket Item |
|---|---|
| 252. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Raymond W. Brecker (D.I. 3539, Filed 7/12/10) |
| 253. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Charlie Eddins (D.I. 3540, Filed 7/12/10) |
| 254. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David Brombal (D.I. 3541, Filed 7/12/10) |
| 255. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Martha Serwatowski (D.I. 3542, Filed 7/12/10) |
| 256. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Brian Hopf (D.I. 3543, Filed 7/12/10) |
| 257. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Tilak Sikri (D.I. 3544, Filed 7/12/10) |
| 258. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Kasturi Ram Ramaswamy (D.I. 3545, Filed 7/12/10) |
| 259. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Hector Santiago (D.I. 3546, Filed 7/12/10) |
| 260. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Linda Reed (D.I. 3547, Filed 7/12/10) |
| 261. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Ted B. Ramsey (D.I. 3548, Filed 7/12/10) |
| 262. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Lynn Anderson (D.I. 3549, Filed 7/12/10) |
| 263. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Loretta F Adler (D.I. 3550, Filed 7/12/10) |
| 264. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Mark B. Astor (D.I. 3551, Filed 7/12/10) |
| 265. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Gilles Gosselin (D.I. 3552, Filed 7/12/10) |
| 266. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David C Hannah (D.I. 3553, Filed 7/12/10) |

|  | Docket Item |
|---|---|
| 267. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Stephen J. Cunningham (D.I. 3554, Filed 7/12/10) |
| 268. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Carita E. Prichard (D.I. 3555, Filed 7/12/10) |
| 269. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Samra Tariq (D.I. 3556, Filed 7/12/10) |
| 270. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Bill Ozer (D.I. 3557, Filed 7/12/10) |
| 271. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jeffrey E. Williams (D.I. 3558, Filed 7/12/10) |
| 272. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Lawrence Olesko (D.I. 3559, Filed 7/12/10) |
| 273. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Gib D. Ritenour (D.I. 3560, Filed 7/12/10) |
| 274. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by F. Paul Cummings (D.I. 3561, Filed 7/12/10) |
| 275. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Vernon Thompson (D.I. 3562, Filed 7/12/10) |
| 276. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Janeen L. Rose (D.I. 3563, Filed 7/12/10) |
| 277. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by William P. Koller (D.I. 3564, Filed 7/12/10) |
| 278. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Larry L. Siegle (D.I. 3565, Filed 7/12/10) |
| 279. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by John C. Morse Jr. (D.I. 3566, Filed 7/12/10) |
| 280. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Gary Moton (D.I. 3567, Filed 7/12/10) |
| 281. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Wlodzimierz Kazimierski (D.I. 3568, Filed 7/12/10) |

| | Docket Item |
|---|---|
| 282. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Morris Wayne Higgins (D.I. 3569, Filed 7/12/10) |
| 283. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by John Pellegrini (D.I. 3570, Filed 7/12/10) |
| 284. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Peggy Pellegrini (D.I. 3571, Filed 7/12/10) |
| 285. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Darrell K. Asing (D.I. 3572, Filed 7/12/10) |
| 286. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David Frame (D.I. 3573, Filed 7/12/10) |
| 287. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Godfrey W. Muehle (D.I. 3574, Filed 7/12/10) |
| 288. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Cho Lun Wong (D.I. 3575, Filed 7/12/10) |
| 289. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Terry Lee Sledge (D.I. 3576, Filed 7/12/10) |
| 290. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Roger A. Schwantes (D.I. 3577, Filed 7/12/10) |
| 291. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Michael P. Alms (D.I. 3582, Filed 7/13/10) |
| 292. | Response to Motion to Authorize Debtors To Terminate Certain Retiree And Long-Term Disability Plans Filed by Jim Edgar (D.I. 3588, Filed 7/13/10) |
| 293. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Ralph Fields (D.I. 3594, Filed 7/14/10) |
| 294. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Marilyn T. Barnhouse (D.I. 3596, Filed 7/14/10) |
| 295. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by L. Stuart Mapes (D.I. 3597, Filed 7/14/10) |
| 296. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Nancy Ormsby (D.I. 3598, Filed 7/14/10) |

| | Docket Item |
|---|---|
| 297. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by D.G. Wiggins (D.I. 3599, Filed 7/14/10) |
| 298. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Richard Ruen (D.I. 3600, Filed 7/14/10) |
| 299. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David R Cairns Jr. (D.I. 3601, Filed 7/14/10) |
| 300. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by J.E. Shannon (D.I. 3602, Filed 7/14/10) |
| 301. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Sergei Michailov (D.I. 3603, Filed 7/14/10) |
| 302. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Mary Ann Yowell (D.I. 3604, Filed 7/14/10) |
| 303. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Roger B Yowell (D.I. 3605, Filed 7/14/10) |
| 304. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jacques D Mader Jr. (D.I. 3606, Filed 7/14/10) |
| 305. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Mathew Hollingsworth (D.I. 3607, Filed 7/14/10) |
| 306. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Jeff D Bickham (D.I. 3608, Filed 7/14/10) |
| 307. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Subhash Patel (D.I. 3609, Filed 7/14/10) |
| 308. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by David A Ludwick (D.I. 3610, Filed 7/14/10) |
| 309. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Dave Ko (D.I. 3611, Filed 7/14/10) |
| 310. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Donna H Wayman (D.I. 3612, Filed 7/14/10) |

| | Docket Item |
|---|---|
| 311. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Woon Cheung Tong (D.I. 3613, Filed 7/14/10) |
| 312. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by John R Anderson (D.I. 3614, Filed 7/14/10) |
| 313. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Lucy Sookdeo (D.I. 3615, Filed 7/14/10) |
| 314. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Nancy Isip (D.I. 3616, Filed 7/14/10) |
| 315. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Judith Newborn (D.I. 3617, Filed 7/14/10) |
| 316. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by George Brody (D.I. 3618, Filed 7/14/10) |
| 317. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Michael A Wayman (D.I. 3619, Filed 7/14/10) |
| 318. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by Phyllis Poole Barnes (D.I. 3620, Filed 7/14/10) |
| 319. | Objection to Debtor's Motion for Entry of an Order Authorizing Debtors to Terminate Certain Retiree and Long Term Disability Plans Re [3204] Filed by James P Manley (D.I. 3621, Filed 7/14/10) |