

DAVID A. PATERSON
GOVERNOR

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
JUDGMENT UNIT
20 PARK STREET
ALBANY, NY 12207

(866) 298-7830



ROBERT E. BELOTEN
CHAIR

July 1, 2010

Nortel Networks Inc. Claims Processing
c/o Epic Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, New York 10150-5075

Re:   Proof of Claim of NYS Workers' Compensation Board
      Debtor:        Nortel Networks (Cala), Inc.
      Case No.       09-12515
      Our File No.   1076416

Dear Sir or Madam:

On January 5, 2010 the New York State Worker's Compensation Board (the "Board") filed claim #6614 in the amount of $873.67 in the above entitled bankruptcy case.

The underlying debt represents penalties for failure to provide statutory disability insurance. A subsequent review of the claimants' records resulted in the rescission of this penalty. The Board therefore withdraws the enclosed claim. The Board submits this withdrawal for the purpose of notifying the Court that its proof of claim is hereby withdrawn.

I thank you for your attention to this matter. If you have any questions, please contact me at (518) 402-0053.

Sincerely,

James R. McGinn, Esq.
Judgment Unit