

DAVID A. PATERSON
GOVERNOR

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
JUDGMENT UNIT
20 PARK STREET
ALBANY, NY 12207

(866) 298-7830



ROBERT E. BELOTEN
CHAIR

July 1, 2010

Nortel Networks Inc. Claims Processing
c/o Epic Bankruptcy Solutions, LLC
FDR Station, PO Box 5075
New York, New York 10150-5075

Re:  Proof of Claim of NYS Workers' Compensation Board
     Debtor:      Qtera Corp.
     Case No.     09-10144
     Our File No. 1083669

Dear Sir or Madam:

On June 30, 2010 the New York State Worker's Compensation Board (the "Board") submitted a withdrawal of claim in the above entitled bankruptcy case. In error, the letter identified the claim numbers as 2211 and 2212. The correct claim numbers are 2209 and 2210.

I thank you for your attention to this matter. If you have any questions, please contact me at (518) 402-0053.

Sincerely,

James R. McGinn, Esq.
Judgment Unit