# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., et al., ) | |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF
## MARTIN P. DESMERY PURSUANT TO DEL. BANKR. L.R. 9010-2(b)

Pursuant to Del. Bankr. L.R. 9010-2(b), the undersigned counsel hereby withdraws as counsel to Airvana, Inc. ("Airvana"). As grounds therefor, counsel states that Airvana has no controversy pending before the Court. Counsel certifies that Airvana consents to the withdrawal of counsel.

Dated: July 15, 2010
Boston, MA

Martin P. Desmery
CRAIG AND MACAULEY P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone:    (617) 367-9500
Facsimile:    (617) 742-1788