# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JULY 16, 2010 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   3,630 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 9/1/10 @ 10:00 am
#2 - Continued to 9/30/10 @ 10:00 am
#3 - Continued to 8/4/10 @ 10:00 am
#4 -  Continued to 8/4/10 @ 10:00 am
#5 -  Continued to 8/18/10 @ 10:00 am
#6 -  Continued to 8/4/10 @ 10:00 am
#7 - Continued to 9/16/10 @ 10:00 am  w/Canada Court
#8-  ORDER SIGNED