# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.   COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG           DATE: 7/16/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols Arsht & Tunnel | Debtor |
| Annie Cordo | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Brad Kahn | Akin Gump Strauss Hauer + Feld | Creditors' Committee |
| Kevin Callahan | United States Trustee | |
| Chris Samis | Richards Layton & Finger | Creditors' Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 07/16/2010
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3528652 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3527720 | Jonathan Cho | (212) 610-6100 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3528657 | Sarah Schultz | (214) 861-4357 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Creditor Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3570196 | Hondo Sen | (203) 552-3528 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3529558 | John Williams | (905) 863-2340 | Nortel | Interested Party, John Williams / LIVE |