IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref Docket No. 3630 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2010, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 16, 2010 at 10:00 A.M. (ET)[2]," July 14, 2010 [Docket No. 3630], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Brittany Whalen
Brittany Whalen

Sworn to before me this
16th day of July 2010

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Agenda_DI_3630_Aff_7-14-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | KEN COLEMAN 1221 AVENUE OF THE AMERICAS 20TH FLOOR NEW YORK NY 10020 |
| BAKER BOTTS LLP | JUDITH W. ROSS 2001 ROSS AVENUE DALLAS TX 75201 |
| BRIER IRISH HUBBARD & ERHARD PLC | ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| DLA PIPER LLP (US) | RICHARD M. KREMEN 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DYKEMA GOSSETT PLLC | STEPHEN C. STAPLETON 1717 MAIN ST STE 2400 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE | SUART M. BROWN 919 N. MARKET ST. SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | ATTN: RONALD ROWLAND C/O RECEIVABLE MANAGEMENT SERVS 307 INTERNATIONAL CIRCLE SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| GOULD & RATNER LLP | CHRISTOPHER J. HORVAY 222 N LASALLE ST STE 800 CHICAGO IL 60601 |
| HERBERT SMITH | STEPHEN GALE EXCHANGE HOUSE PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU TOKYO 140-0013 JAPAN |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 CHARLOTTE NC 28233-3127 |
| KATTEN MUCHIN ROSENMAN LLP | KENNETH NOBLE 575 MADISON AVE NEW YORK NY 10022-2585 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT 1100 N. EUTAW STREET, ROOM 401 LITIGATION PROSECUTION UNIT BALTIMORE MD 21201 |
| MISSOURI DEPT OF REVENUE | SHERYL MOREAU P.O. BOX 475 BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| PAUL WEISS RIFKING WHARTON & GARRISON | STEPHEN J. SHIMSAK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON 1313 MARKET ST STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | HENRY JAFFE 1313 MARKET ST STE 5100 WILMINGTON DE 19801 |
| ROBINSON BRADSHAW & HINSON P.A. | DAVID M. SCHILLI 101 NORTH TRYON ST STE 1900 CHARLOTTE NC 28246 |
| SEC NY REGIONAL OFFICE | ATTN: NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | CARREN B. SHULMAN 30 ROCKEFELLER PLAZA 24TH FL NEW YORK NY 10112 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| SWARTZ CAMPBELL LLC | NICHOLAS SKILES ONE S. CHURCH ST STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS 19TH FLOOR NEW YORK NY 10036 |
| U.S. DEPT OF JUSTICE CIVIL DIV | SETH B. SHAPIRO P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044 |

**Total Creditor count  29**

| Claim Name | Address Information |
|---|---|
| A. ROBERT BOUTIN | 2585 CARIBE DR. THE VILLAGES FL 32162 |
| ABDUL M. KHAWAR | 1103 EMPIRE LAKES DR. RALEIGH NC 27617 |
| AJAY DABRAL | 7009 CLOVERHAVEN WAY PLANO TX 75074 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED HODARA, DAVID BOTTER ONE BRYANT PARK NEW YORK NY 10036 |
| ALAN HEINBAUGH | 584 BRYAN AVE. SUNNYVALE CA 94086 |
| ALAN J SVEJDA | 2000 E ARAPAHOE RD #21312 RICHARDSON TX 75081 |
| ALAN MCKIE | 11985 LEEWARD WALK CIRCLE ALPHARETTA GA 30005 |
| ALVIN ENNS | 6325 WINTHROP DRIVE RALEIGH NC 27612 |
| ANNABELLE CAFFRY(EXECUTRIX) | JOHN W. CAFFRY (RETIREE) P.O. BOX 1139 BRISTOL RI 02809 |
| ANTHONY EVANS | 2629 PEACHLEAF STREET RALEIGH NC 27614 |
| ANTHONY JAMROZ | 7814 RED RIVER RD WEST PALM BEACH FL 33411 |
| ARNOLD J MARTIN SR. | 904 ANDERSONWOOD DR. FUQUAY-VARINA NC 27526 |
| AVINASH CHITNIS | 1825 KLAMATH COURT TRACY CA 95304 |
| BARBARA GALLAGHER | 410 WEST ACRES RD WHITESBORO TX 76273 |
| BARBARA JOAN HINSON | 317 WESTRIDGE DRIVE RALEIGH NC 27609 |
| BARRY D'AMOUR | 1001 KELTON COTTAGE WAY MORRISVILLE NC 27560 |
| BENSON S. CHAN | 60 WILSON WAY #155 MILPITAS CA 95035-2526 |
| BETSY WOOD | 516 CASCADE TERRACE SOUTH SUNNYVALE CA 94087-3249 |
| BETTINA B. OSBORNE | 5409 PERFECT PEACE CIRCLE HOLLY SPRINGS NC 27540 |
| BHIMRAO VIJAY NAIK | 415 DAIRY RD., STE E 530 KAHULUI HI 96732 |
| BILL OZER | 4036 LEGEND RANCH DR. SAN ANTONIO TX 78230 |
| BILLY J. BOYD | 1706 WOODOAK DRIVE RICHARDSON TX 75082 |
| BRIAN HOPF | 1081 SILVERLEAF DR. YOUNGSVILLE NC 27596 |
| BRUCE K. JARVAH | 702 POTOMAC DR. CHOCOWITI NC 27817 |
| BRUCE T. BROWN | 1171 STANTON RD LAKE  ZYRICK IL 60047 |
| CARITA E. PRICHARD | 1803 PALACE COURT CORINTH TX 76210 |
| CARLOS M. ENCOMENDEROS | 4341 NW 63RD AVE. CORAL SPRINGS FL 33067 |
| CAROL RAYMOND | 7962 SW 185 ST. MIAMI FL 33157 |
| CASEY CEPONIS | 240 HAMPTON COURT PALATINE IL 60067 |
| CECIL D. RAYNOR | 1508 BRIARWOOD PLACE RALEIGH NC 27614 |
| CESARE MATRUNDOLA | 8157 PLEASANT HILL RD. LITHONIA GA 30058 |
| CHANDRAKEAU V. GUNDEDRA | 1309 RIDGEGATE DR. RALEIGH NC 27617 |
| CHARLES BUNNER | 1 BROOK RD MONT VERNON NH 03057 |
| CHARLES J. FRUMERIE | 931 DOUGLAS LANE MOUNT SHASTA CA 96067 |
| CHARLES J. SHIPMAN | 1081 GRAZER LANE PRESCOTT AZ 86301 |
| CHARLES L. TILL JR | 7516 CHIPPENHAM CT RALEIGH NC 27613 |
| CHARLES M. GAGE | 5815 EDGEWOOD DRIVE MCKINNEY TX 75070 |
| CHARLES M. YOUNG | 1616 DYE PLACE WILMINGTON NC 28405 |
| CHARLIE K. EDDINS | 4304 TIPPERARY DR. RALEIGH NC 27604 |
| CHERYL JEAN GIBSON | 4621 WILHOITE ROAD FRANKLIN TN 37064 |
| CHESTER M. ROLLAND | 3121 KINGSTON DR. RICHARDSON TX 75082 |
| CHO LUN WONG | FLAT A1, 3/F SUMMIT COURT 144 TIN HAU TEMPLE ROAD NORTH POINT HONG KONG CHINA |
| CHONG ROSE | 701 LAKE BIRD DR SUNNYVALE CA 94089 |
| CHRISTOPHER MOORE | 5167 KILLINGSWORTH TRACE NORCROSS GA 30092 |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER SIMON,MICHAEL JOYCE 913 NORTH MARKET ST 11TH FL. PO BOX 1380 WILMINGTON DE 19899-1380 |
| CYNTHIA PAROSKI | 333 EL RIO DRIVE MESQUITE TX 75149 |
| D.G. WIGGINS | 1037 BEECH TREE LANE BRENTWOOD TN 37027 |
| DANIEL D. DAVID | 2105 POSSUM TROT RD. WAKE FOREST NC 27587 |

| Claim Name | Address Information |
|---|---|
| DANNY SPROUSE | 7014 FM 3054 MALAKOFF TX 75148 |
| DARNELL D. BARBER MOYE | 8715 CRESTGATE CIRCLE ORLANDO FL 32819 |
| DARRELL K. ASING | 1955 ASSUNTA WAY SAN JOSE CA 95124 |
| DAVID A. DUNSON | 100 BRIDLEBIT CT CARY NC 27513 |
| DAVID A. LUDWICK | 205 OLD BALD MTN RD. BLACK MOUNTAIN NC 28711 |
| DAVID BROMBAL | 8312 HALKIN CT. PLANO TX 75024 |
| DAVID C. HANNAH | 405 SKULLEY DRIVE ALPHARETTA GA 30004 |
| DAVID F. GRANT | 205 REEDHAM WAY RALEIGH NC 27615 |
| DAVID FRAME | 633 RADFORD HILL LANE RICHARDSON TX 75081 |
| DAVID GREEN | 73 DUNNING BOULEVARD BANGOR MN 04401 |
| DAVID J. KURTH | 1849 QUAIL POINT S.E. BOLIVIA NC 28422 |
| DAVID J. SIDOR | 109 HANOVER PLACE CHAPEL HILL NC 27516 |
| DAVID KO | 920 BROOKLINE WAY ALPHARETTA GA 30022 |
| DAVID M. SNIDER | 11 SAINT JAMES COURT DURHAM NC 27713 |
| DAVID R. CAIRNS, JR. | 1564 PUERTO VALLARTA DR. SAN JOSE CA 95120 |
| DEBRA K. COBB | 7116 STODDARD LN. PLANO TX 75025 |
| DIANNE STANTON | 736 BRANNIFF DRIVE CARY NC 27513 |
| DINESH PAI | 2820 REDFIELD DRIVE PLANO TX 75025 |
| DONNA H. WAYMAN | 724 WESTON RD, UNIT I-4 HOT SPRINGS AR 71913 |
| DOUGLAS KASTEN | 929 GRANDE HAVE DR TITUSVILLE FL 32780 |
| EARL JOSEPH BENETEAU | 6716 VIRGILIA CT RALEIGH NC 27966 |
| EARL S. HEWITT | 208 FOX BRIAR LANE CARY NC 27518 |
| EDGAR B. SIMMONS | 218 SOUTH BAY DRIVE BULLARD TX 75757 |
| EDGAR CHANG | 1210 EVA AVENUE LOS ALTOS CA 94024 |
| EDWARD A. LIZAK | 18311 MOSSY GLEN COURT FORT MYERS FL 33908 |
| EDWARD J. PILLMAN | 5203 STONE ARBOR COURT DALLAS TX 75287 |
| ELIZABETH BOYD | 1706 WOODOAK DR RICHARDSON TX 75082 |
| ERIC L. ROGNLIE | 151 NORTH BAY DRIVE BULLARD TX 75757 |
| F. PAUL CUMMINGS | 2500 LA VIDA PLACE PLANO TX 75023 |
| FARELLA BRAUN + MARTEL LLP | ATTN: DEAN GLOSTER, GARY KAPLAN 235 MONTGOMERY ST. 18TH FL SAN FRANCISCO CA 94104 |
| FEREIDOUN HOMAYOUN | 2805 COVEY PLACE PLANO TX 75093 |
| FRANKIE & JANIE PROCTOR | 101 EAST G ST. BUTNER NC 27509 |
| FRED L. GANN | NORTEL NETWORKS INC. 792 BRIDLEWOOD CT CHICO CA 95926 |
| FRED L. GANN | 792 BRIDLEWOOD CT CHICO CA 95926 |
| GAIL ENTRINGER | 4009 MADISON CIRCLE PLANO TX 75023 |
| GARY MASALES | 25 MEAD LANE HILTON HEAD ISLAND SC 29926 |
| GARY MOTON | 3319 HILLPARK LANE CARROLLTON TX 75007 |
| GARY STEVEN STONE | SOUTH BROOKLYN LEGAL SERVICES 105 COURT STREET, 3RD FLOOR BROOKLYN NY 11201 |
| GENE M. PRESSON | 4900 BARTWOOD DRIVE RALEIGH NC 27613 |
| GEORGE B. AMOSS | P.O. BOX 13 MENDENHALL PA 19357 |
| GEORGE BAGETAKOS | 103 PAWLEYS PLACE DRIVE PAWLEYS PLACE DRIVE SC 29585 |
| GEORGE BRODY | 204 HIGH CANYON COURT RICHARDSON TX 75080 |
| GEORGE I HOVATER JR. | 9009 CASALS ST UNIT 1 SACRAMENTO CA 95826 |
| GEORGE LABRANCHE | PO BOX 231623 CENTREVILLE VA 20120-7623 |
| GEORGE P. THOMSON | 28 NORTHUMBERLAND NASHVILLE TN 37215 |
| GEORGE WILLIAM BOTHWELL | 7171 EAST PARADISE CANYON ROAD PARADISE VALLEY AZ 85253 |
| GERALD D. DALE | 10901 SW 71ST CIRCLE OCALA FL 34476 |
| GERALD R CLARK | 1056 E 700 N HUNTINGTON IN 46750 |

| Claim Name | Address Information |
|---|---|
| GERRY BACCHIOCHI | 120 MEADOWSTONE CIR RINGGOLD GA 30736 |
| GIB D. RITENOUR | PO BOX 904 OSPREY FL 34229 |
| GILBERT O. ELLIOTT | 3376 SE FAIRWAY OAKS TRAIL STUART FL 34997 |
| GILES GOSSELIN | 8404 GRAND MESSINA CIR. BOYNTON BEACH FL 33472 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GODFREY W. MUEHLE | 1613 KALISPELL COURT SUNNYVALE CA 94087 |
| GORDON W. BEATTIE | 1535 MARSHALL FARM STREET WAKE FOREST NC 27587 |
| GRAHAM STRANGE | 4960 BRIDGEHAMPTON BLVD SARASOTA FL 34238 |
| GUSSIE H. ANDERSON | 171 CHAPEL LOOP MANDEVILLE LA 70471 |
| HECTOR SANTIAGO | 978 GREYSTONE DR. BILOXI MS 39532 |
| HENDRIKUS E. THELOOSEN | 162 WATERTON WILLIAMSBURG VA 23188 |
| HERBERT E. SCHLEDWITZ | 4770 GEORGETOWN DR. LOVELAND CO 80538 |
| HERBERT W. LEFAIVER | 12128 DE PAUL HILLS DRIVE BRIDGETON MI 63044-3515 |
| HOWARD R. BURNS | 1216 COLMAR DRIVE PLANO TX 75023 |
| HWEI-LING CHEN | 105 EXETER CT. CARY NC 27511 |
| IMRE M. GOMBOS | 6830 LANCASTER CIRCLE CUMMING GA 30040 |
| INGGIT FROST | 4817 MONTE VISTA LN MCKINNEY TX 75070 |
| IRENE DRAKE | 115 DUNCANSBY COURT CARY NC 27511 |
| J.E. SHANNON | 132 DUBLIN ROAD MURPHY TX 75094 |
| JACK Q REYNOLDS | 25064 HATTON RD CARMEL CA 93923 |
| JACQUES D. MADER, JR. | 822 BONNIE CT. MURPHY TX 75094 |
| JAMES A. ZUKAS | 10900 QUIMBY POINT LANE RESTON VA 20191 |
| JAMES C CROSBY | 8 JACKSON CT. UXBRIDGE MA 01569 |
| JAMES E. HARDEN, III | 1460 CHINOOK COURT LILBURN GA 30047 |
| JAMES E. WOOD | 3229 REGATTA POINTE CT MIDLOTHIAN VA 23112 |
| JAMES G. HIZ | 2709 SAFARI CIR PLANO TX 75025 |
| JAMES G. WHERCER | 4805 DURGANCRORT PL FUQUAY-VARINA NC 27926 |
| JAMES P. MANLEY | 1204 EDGEFIELD PLANO TX 75075 |
| JAMES R. MALLOCH | 2925 WESTVIEW DR. CANYON LAKE TX 78133 |
| JAMES R. SPURLOCK | 1102 MANCHESTER DRIVE CARY NC 27511 |
| JANE NEUMANN | 11730 CO ROAD 24 WATERTOWN MN 55388 |
| JANEEN L. ROSE | 3101 TAMPA DRIVE GARLAND TX 75043 |
| JEEFREY E. WILLIAMS | 201 WINDY KNOLL LN. WYLIE TX 75098 |
| JEFF D. BICKHAM | 3560 CR 2338 DOUGLASSVILLE TX 75560 |
| JEFFREY KINGDON | 81 LA RUE PLACE NW ATLANTA GA 30327 |
| JENNIE H. LEACH | 9901 FANNY BROWN RD. RALEIGH NC 27603 |
| JERRY LONG | 2047 O'KELLY CHAPEL RD. DURHAM NC 27713 |
| JIM DUPAIL | 17524 NW 63RD CT MIAMI LAKES FL 33015 |
| JIM EDGAR | 12028 PEMBRIDGE LANE RALEIGH NC 27613 |
| JOAN CHARLENE BOSLEY | 70 SPRING CHURCH RD TROY MI 63379 |
| JOE K. SCAMMERHORN | 1537 EDGESIDE CT. RALEIGH NC 27609 |
| JOEL D. WEBB | 101 ALLENBROOK DR. YOUNGSVILLE NC 27596 |
| JOHN A. MAHONEY | 822 LAKE EVELYN DRIVE CELEBRATION FL 34747 |
| JOHN A. SCHICK | 44 ARROYO DRIVE MORAGA CA 94556 |
| JOHN C. MORSE, JR. | 5438 HUNTER ROAD OOLTEWAH TN 37363 |
| JOHN E. SHEPPARD | 4808 WOOD VALLEY DRIVE RALEIGH NC 27613 |
| JOHN ETTEN | 4106 THORNHILL LN VADNAIS HTS. MN 55127 |
| JOHN J ROSSI | 1568 WOODCREST DR. WOOSTER OH 44691 |
| JOHN M. BULGER | 3516 WANDERING TRAIL PLANO TX 75075 |

| Claim Name | Address Information |
|---|---|
| JOHN M. WALLIS | 8932 WILLOW TRACE COURT APEX NC 27529-6807 |
| JOHN PELLEGRINI | 303 COUNTY ROAD 2266 MINEOLA TX 75773 |
| JOHN R. ANDERSON | 4524 STILL MEADOW DR. APT. 103 WILMINGTON NC 28412 |
| JOHN SCHEER | 5736 CHADWICK LANE BRENTWOOD TN 37027 |
| JOHN TRICK | 18504 HIGHLAND CREEK LN DALLAS TX 75252 |
| JOHN WALTER BROWN SR | 3082 GREENWOOD RD. ROCK HILL SC 29730 |
| JOHNNA M. DARBY, ESQ. | 515 NORTH MARKET STREET WILMINGTON DE 19801 |
| JOSEPH R. HERRAGE | 4302 SPRINGHILL ESTATES DRIVE PARKER TX 75002 |
| JOSEPH SAMUEL | 102 BATHGATE LANE CARY NC 27513 |
| JOSEPH SIMEONE | 4847 NW 124TH WAY CORAL SPRINGS FL 33076 |
| JOY N. HAYMORE | 2600 WADE AVENUE RALEIGH NC 27607 |
| JOYCE B. DAREANGELO | 28670 SNEAD DR. SUN CITY CA 92586 |
| JOYCE GORMAN | 5012 ENCLAVE CT. MCKINNEY TX 75070 |
| JUDITH A. CHEEK | 2593 COUNTY RD 901 PRINCETON TX 75407 |
| JUDITH A. HAZELDEN | 72 MILRACE DRIVE EAST ROCHESTER NY 14445 |
| JUDITH NEWBORN | 312 LAKEPOINT LOOP POTTSBORO TX 75076 |
| KANTOR & KANTOR | 19839 NORDHOFF STREET ATTN: BRENT DORIAN BREHM, GLENN R. KANTOR NORTHRIDGE CA 91324 |
| KASTURI RAM RAMASWAMY | 140 JILSTONE COURT DULUTH GA 30097 |
| KEITH A. BOWERS | 1166 JOHNSONTOWN ROAD THOMASVILLE NC 27360-4430 |
| KENNETH J. BOYD | 30 DEER RIDGE LANE WEST CHAZY NY 12992 |
| KENNETH OAKLEY | 1804 WYSONG CT RALEIGH NC 27612 |
| LARRY L. SIEGLE | 324 HOME PLACE DR. EASLEY SC 29640 |
| LAWRENCE OLESKO | 10244 TRESOR COURT LAS VEGAS NV 89135 |
| LEE DERRY | 1144 GILBERT DOWNDERS GROVE IL 60515 |
| LINDA DENNIG | 6 CROSSWINDS ESTATES DR. PITTSBORO NC 27312 |
| LINDA REED | 115 KEARNEY COURT NOLENSVILLE TN 37132 |
| LOREN D. MILLER | 2461 RAVENHURST DR. PLANO TX 75025 |
| LORETTA F. ADLER | 5308 HIGHLANDS DR. MCKINNEY TX 75070 |
| LORNE HINZ | 7309 LOUGHEED PLAZA PLANO TX 75025 |
| LOUIS H. BILODEAU | 12820 TEE TIME WAY RALEIGH NC 27614 |
| LOUIS LUSIGNAN | 744 GOODWIN DR PARK RIDGE IL 60068 |
| LUCY SOOKDEO | 822 PALM DESERT DR. GARLAND TX 75044 |
| LYNN ANDERSON | 2708 REGAL ROAD PLANO TX 75075 |
| MARA FOULOIS | 10910 BELMONT BLVD MASON NECK VA 22079 |
| MARIA GRAZIA CLARK | 1016 EAST BELL LOMPOC CA 93436 |
| MARIE JURASEVICH | 29210 GIMPL HILL ROAD EUGENE OR 97402 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MARIO POMA | 112 SADDLE RIDGE RD. CHAPEL HILL NC 27514 |
| MARK B. ASTOR | 1318 YOUNG AVE. MARYVILLE TN 37801 |
| MARK CHENT | 1144 LITTLECAR CIR SAN JOSE CA 95129 |
| MARK M. HAUPT | 10533 TARTON FIELDS CIR. RALEIGH NC 27617 |
| MARTHA SERWATOSKI | 805 SUNSET HILL DR. ROCKWALL TX 73087 |
| MARTIN A BALL | 5713 CLOVERWOOD DR. BRENTWOOD TN 37027 |
| MARTIN G. MAND | 618 BERWICK RD. WILMINGTON DE 19803-2204 |
| MARVA M. MCLAURIN | 2607 DEARBORN DR. DURHAM NC 27704 |
| MARY ANN YOWELL | 140 KNOB HILL HOLLY LAKE RANCH TX 75765 |
| MARY LOFTUS | 6730 VERNON AVE SOUTH, 406 EDINA MN 55436 |
| MATTHEW HOLLINGSWORTH | 7206 WOODSPRINGS DR. GARLAND TX 75044 |

| Claim Name | Address Information |
|---|---|
| MAURICE J. FRADETTE | 46 GLENWOOD ROAD WEST HARTFORD CT 06107 |
| MICHAEL A. WAYMAN | 724 WESTON RD, UNIT I-4 HOT SPRINGS AR 71913 |
| MICHAEL D. LOCKWOOD | 501 STONEHENGE DR. RICHARDSON TX 75082 |
| MICHAEL D. REXROAD | 5244 LINWICK DR. FUQUAY VARINA NC 27526 |
| MICHAEL E. BRYAN | 2724 HIDDEN LAKE DRIVE GRAPEVINE TX 76051 |
| MICHAEL HARDWICK | 1914 FLINT OAK SAN ANTONIO TX 78248 |
| MICHAEL MCCARTHY | 69 AUCKLAND ST. DORCHESTER MA 02125 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MICHAEL STUTTS | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| MICHAEL T CROTTY | 1072 MEADOW HILL DRIVE LAVON TX 75166 |
| MICHAEL TJIA | 12469 MOUNTAIN TRAIL MOORPARK CA 93021 |
| MORRIS W. HIGGINS | 600 TALIA CIRCLE FAIRVIEW TX 75069 |
| MR. CHARLES R. MANN | 329 KYFIELDS WEAVERVILLE NC 28787-9282 |
| MR. ROBERT KWEE | 8911 HALFMOON CT. APT. 106 RALEIGH NC 27613 |
| MR. RUSSELL L. FRAZER | 12949 SW 57TH TER MIAMI FL 33183 |
| NANCY ISIP | 1915 ESPARANZA CT. ALLEN TX |
| NEETA CHITNIS | 1825 KLAMATH COURT TRACY CA 95304 |
| NICHOLAS F. WINTERBERG | PO BOX 3021 JOHNSON CITY TN 37602 |
| NORMAN & SANDRA GRILLS | 632 POST OAK DRIVE PLANO TX 75025 |
| NORMAN PETERS | 3513 ENCLAVE TRL PLANO TX 75074 |
| NORVAL JAMES AGNEW | 26 LAFOY DRIVE CLAYTON NC 27527 |
| PAMELA POWELL | 676 BROOKVIEW DR. CHAPEL HILL NC 27514 |
| PATRICIA C. GOYETTE | 351 GARDNER LANE DOVER AR 72837 |
| PATRICIA P. FRANCIS | 8218 SUMMER PLACE DRIVE AUSTINE TX 78759 |
| PATRICK J. DAGERT | 5508 CARDINAL GROVE BLVD RALEIGH NC 27616 |
| PAUL REDISH | 4511 OUTLOOK DR. MARIETTA GA 30066 |
| PAUL S. PAYNE | 4911 CHATHAM WALK GAINESVILLE GA 30504 |
| PEGGY PELLEGRINI | 303 COUNTY ROAD 2266 MINEOLA TX 75773 |
| PETER CASSIDY | 6206 BELLE RIVE DRIVE BRENTWOOD TN 37027 |
| PETER J. MACLAREN | 1496 WEST HILL RD. WARREN VT 05674 |
| PETER S. BUDIHARDJO | 103 LOCHFIELD DRIVE CARY NC 27518 |
| PIERRE FARMER | 1016 OLD LANTERN COURT RALEIGH NC 27614 |
| PRABIR DAS | 2237 FLANDERS LANE PLANO TX 75025 |
| RALPH FIELDS | 1959 BOWLES AVE. CREEDMOOR NC 27522 |
| RANDALL H. NUNN | 601 NW 7TH AVENUE MINERAL WELLS TX 76067 |
| RAYMOND ENG | 297 CARDLIFF DRIVE MORGANVILLE NJ 07751 |
| RAYMOND W. BRECKER | 154 CULVER PKWY. ROCHESTER NY 14609 |
| REGENIA ANN ZUKOSKY | 208 N. CARRIAGE HOUSE WAY WYLIE TX 75098 |
| REMAJOS BROWN | 2353 SWORD DR. GARLAND TX 75044 |
| RICHARD B. WILSON | 629 MOSSYCUP OAK DRIVE PLANO TX 75025 |
| RICHARD C. MALONEY | 11 HYDER STREET WESTBOROUGH MA 01581 |
| RICHARD CARLSEN | 154 CERRO CREST DR. CAMARILLO CA 93010 |
| RICHARD E. MUSE | 12 LINCOLNC ST. APT 11 DOVER NH 03820 |
| RICHARD J. MATHIS | 2406 SPARGER RD. DURHAM NC 27705 |
| RICHARD W. ELLER | 3813 HIDDEN BRANCHES DRIVE RALEIGH NC 27613 |
| RICHARDS, LAYTON & FINGER | ATTN: CHRISTOPHER SAMIS, MARK COLLINS ONE RODNEY SQUARE 920 NORTH KING ST. WILMINGTON DE 19801 |
| ROBERT ATTERIDGE | 1705 COIT RD. APT 1122 PLANO TX 75075 |

| Claim Name | Address Information |
|---|---|
| ROBERT BRUCE KING JR. | 310 WHITEHALL WAY CARY NC 27511 |
| ROBERT FLEMING | 1006 CHEROKEE CT. APEX NC 27502 |
| ROBERT H. TROXELL | 7260 W. PETERSON AVE. APT. E-410 CHICAGO IL 60631 |
| ROBERT J EDWARDS | 775 HAWKSBILL ISLAND DR. SATTELITE BEACH FL 33062 |
| ROBERT J. RICHARDSON | 5081 GALLATREE LANE NORCROSS GA 30092-1219 |
| ROBERT J. STARKES | 4808 OAK WAY RALEIGH NC 27613 |
| ROBERT KENEDI | 11726 NIGHT HERON DRIVE NAPLES FL 34119-8888 |
| ROBERT L. ROBSON | 1013 MANOR GLEN WAY RALEIGH NC 27615 |
| ROBERT PATENAUDE | 11300 NW 12TH STREET PLANTATION FL 33323 |
| ROBERT WRIGGLESWORTH | 4500 RICHMOND HILL DR. MURRELLS INLET SC 29576 |
| ROBERT YOUNG | 313 PROMENADE ST. SOUTH MONTGOMERY TX 77356 |
| ROBERTO CENTENO | PO BOX 771028 CORAL SPRINGS FL 33077-1028 |
| ROGER A. SCHWANTES | 233 STANLEY PARK LN. FRANKLIN TN 37069 |
| ROGER B. YOWELL | 140 KNOB HILL HOLLY LAKE RANCH TX 75765 |
| ROGER D. CONKLIN | 7820 SW 180 STREET PALMETTO BAY FL 33157-6217 |
| ROGER EDWARDS | 775 HAWKSBILL ISLAND DRIVE SATELLITE BEACH FL 32937 |
| ROGER J. BUSHNELL | 101 MAYBANK CT. DURHAM NC 27713 |
| RONALD E. BELL | 8404 CAMELLIA STREET RALEIGH NC 27603 |
| RONALD F. WOJCIK | 3308 KEMBLE RIDGE DRIVE WAKE FOREST NC 27587 |
| ROSE LEWIS | 414 CANYON CREEK DR RICHARDSON TX 75080 |
| ROSS HILDEBRAND | 3300 LAND PARK DRIVE SACRAMENTO CA 95818 |
| ROY MERRILLS | 10401 MANLY CHAPEL HILL NC 27517 |
| SALLY HYDE BURDICK | ONE MASTERS COVE PITTSFORD NY 14534 |
| SCOTT GENNETT | 16 WILDWOOD ST. LAKE GROVE NY 11755 |
| SEMRA TARIQ | 12325 RICHMOND RUN DR. RALEIGH NC 27614 |
| SERGEI MICHAILOV | 6056 WILLOW WOOD LANE DALLAS TX 75252 |
| SHARYL ELIZABETH AGNEW | 26 LAFOY DRIVE CLAYTON NC 27527 |
| SHEILA COLCLASURE | 3823 RIDGEOAK DALLAS TX 75244 |
| SHIRLEY A. HIX | 2709 SAFARI CIR PLANO TX 75025 |
| SIGMUND UNGER | 9711 GATES LANE CHAPEL HILL NC 27516 |
| STANLEY NORMAN | 1700 STEAMBOAT DRIVE PLANO TX 75025 |
| STEPHEN HUNT | 5880 HERSINGER CLOSE DULUTH GA 30097 |
| STEPHEN J. CUNNINGHAM | 410 CLAYTON RD. CHAPEL HILL NC 27514 |
| STEPHEN J. EDWARDS | 472 THORNHILL CT SW OCEAN ISLE BEACH NC 28469 |
| SUBHASH PATEL | 7020 VALLEY LAKE DR. RALEIGH NC 27612 |
| SUSAN E. MCPHERSON | 406 PASEO DE LA CONCHA REDONDO BEACH CA 90277 |
| TAHIR SHEIKH | 3604 CAMP MANGUM WYND RALEIGH NC 27612 |
| TED B. RAMSEY | 3000 ST. TROPEZ CT. MCKINNEY TX 75070 |
| TERRENCE S. CAMPBELL | 9417 KOUPELA DR. RALEIGH NC 27615-2233 |
| TERRY & WANDA SMITH | 304 MARSHALL LANE SMITHFIELD NC 27577 |
| TERRY LEE SLEDGE | 516 RONAL CIRCLE RALEIGH NC 27603 |
| THEODORE W. WAGNER | 121 PENWOOD DRIVE CARY NC 27517 |
| THOMAS DIKENS | 2612 BENGAL LANE PLANO TX 75023 |
| THOMAS K. MCMANUS | 710 ASHCREEK CT. ROSWELL GA 30075 |
| THOMAS LYONS | 25 TYBURN WAY ROCHESTER NY 14610 |
| THOMAS ROY WORTHY | 1740 SW MONARCH CLUB DRIVE PALM CITY FL 34990 |
| TILAK SIKRI | 8235 ST. MARLO FAIRWAY DR. DULUTH GA 30097 |
| TIMOTHY F. DEMPSEY | P.O. BOX 8193 OCEAN ISLE BEACH NC 28469 |
| VERNON J. THOMPSON | 7855 COUNTY RD. 542 NEVADA TX 75173 |

| Claim Name | Address Information |
|---|---|
| VICENTE MOYANO | 988 NW 110TH AV. CORAL SPRINGS FL 33071-6433 |
| VIVIAN A. HOUGHTON, ESQUIRE | 800 WEST ST. 2ND FLOOR ATTORNEY FOR CREDITOR WILMINGTON DE 19801 |
| VIVIAN JUDD GAINEY | 5603 FELDER AVE. APEX NC 27539 |
| WALTER BRUCE GALT | 1109 MEADOW LANE SACHSE TX 75048 |
| WILLIAM C. SWANSON | 12046 RIDGEVIEW LANE PARKER CO 80138 |
| WILLIAM E MARRIOTTI SR. | 146 CARTERVILLE HEIGHTS RD. WYTHEVILLE VA 24382 |
| WILLIAM H ERNST | 171 CEDAR AVE. POUGHKEEPSIE NY 12603 |
| WILLIAM HUGHES | 1102 NW 133 AVE SUNRISE FL 33323 |
| WILLIAM N. KASHUL | 701 N. DEE RD. PARK RIDGE IL 60068 |
| WILLIAM P. KELLY | 14 COHASSET LANE CHERRY HILL NJ 08003 |
| WILLIAM P. KOLLER | 1335 MIAMI LANE DES PLAINES IL 60018 |
| WILLIAM S. CHIPPING | 3909 WHITLAND AVE. APT 105 NAVILLE TN 37205 |
| WLDZIMIERZ KAZIMIERSKI | 7782 GEORGETOWN CHASE ROSWELL GA 30075 |
| WOON CHEUNG TONG | 122 HIDDEN ROCK COURT CARY NC 27513 |

**Total Creditor count  304**

**EXHIBIT B**

| NAME | FAX |
|---|---|
| Sirlin Gallogly and Lesser Dana Plon | 215-864-9669 |
| Ballard Spahr Tobey Daluz | 302-252-4466 |
| UandSand Dept of Justice Civil Div | 202-307-0494 |
| Pension Benefit Guaranty Corp | 202-326-4112 |
| UandSand Dept of Justice Tax Div | 202-514-6866 |
| Birch Horton Bittner and Cherot | 202-659-1027 |
| Universal Service Administrative Co | 202-776-0080 |
| Amphenol Corporation Edward Wetmore | 203-265-8827 |
| Riddell Williams Joseph Shickich | 206-389-1708 |
| Foster Pepper PLLC Christopher Alston | 206-447-9700 |
| HP  Company Ramona Neal | 208-396-3958 |
| Linebarger Goggan Blair and Sampson LLP | 210-226-4308 |
| Fulbright and Jaworski LLP | 212-318-3400 |
| Sheppard Mullin Richter and Hampton LLP | 212-332-3888 |
| SEC NY Regional Office Alistar Bambach | 212-336-1348 |
| Paul Weiss Rifkin Wharton and Garrison | 212-373-3990 |
| Vedder Price  Michael Schein | 212-407-7799 |
| Hughes Hubbard Michael Luskin | 212-422-4726 |
| Dewey and LeBoeuf LLP Lawrence Miller | 212-424-8500 |
| Orrick Herrington and Sutcliffe LLP | 212-506-5151 |
| Milbank Tweed Hadley and McCloy LLP | 212-530-5219 |
| Bryan Cave LLP Michelle McMahon | 212-541-4630 |
| Chadbourne and Parke LLP | 212-541-5369 |
| Moses and Singer LLP Alan Kolod | 212-554-7700 |
| Ropes and Gray LLP Mark Bane | 212-596-9090 |
| Allen and Overy LLP Ken Coleman | 212-610-6399 |
| Val Mandel | 212-668-1701 |
| Stempel Bennett Claman and Hochberg | 212-681-4041 |
| Curtis Mallet-Prevost Colt and Mosle LLP | 212-697-1559 |
| The Interpublic Group of Companies | 212-704-2236 |
| Kramer Levin Naftalis Frankel LLP | 212-715-8000 |
| Willkie Farr and Gallagher LLP | 212-728-8111 |
| Willkie Farr and Gallagher LLP | 212-728-8111 |
| Latham and Watkins LLP | 212-751-4864 |
| Latham and Watkins LLP | 212-751-4864 |
| Kelley Drye and Warren LLP | 212-808-7897 |
| Milbank Tweed Hadley and McCloy LLP | 212-822-5219 |
| Akin Gump Fred Hodara | 212-872-1002 |
| Katten Muchin Rosenman LLP | 212-894-5653 |
| Bracewell and Guiliani LLP Jennifer Feldsher | 212-938-3837 |
| Dykema Gossett PLLC Stephen Stapleton | 214-462-6401 |
| Baker Botts LLP Judith Ross | 214-661-4605 |
| Hunton and Williams Lynnette Warman | 214-740-7181 |
| Munsch Hardt Kopf and Harr | 214-978-4375 |
| Internal Revenue Service | 215-516-2015 |
| Law Offices of Robert Tand Vance Jr | 215-557-9552 |

| | |
|---|---|
| PA Senior Deputy Atty Gen Carol Momjian | 215-560-2202 |
| Ballard Spahr Andrews and Ingersoll LLP | 215-864- |
| Unisys Corporation Janet Fitzpatrick | 215-986-5721 |
| Hahn Loeser and Parks LLP | 216-241-2824 |
| Aldine Independent School District | 281-985-6321 |
| Polsinelli Shughart PC Christopher Ward | 302-252-0921 |
| Bifferato LLC Ian Connor Bifferato | 302-254-5383 |
| Pepper Hamilton LLP David Stratton | 302-421-8390 |
| Pepper Hamilton LLP Henry Jaffe | 302-421-8390 |
| Klehr Harrison Joanne Wills | 302-426-9193 |
| Campbell and Levine LLC Marla Eskin | 302-426-9947 |
| Sullivan Hazeltine Allinson LLC | 302-428-8195 |
| Buchanan Ingersoll and Rooney | 302-552-4295 |
| Young Conaway James Patton | 302-571-1253 |
| Morris James LLP Brett Fallon | 302-571-1750 |
| Morris James LLP Carl Kunz | 302-571-1750 |
| US Attorney's Office | 302-573-6431 |
| Office of the US Trustee Kevin Callahan | 302-573-6497 |
| Skadden Arps Slate Meagher and Flom LLP | 302-651-3001 |
| Richards Layton and Finger Mark Collins | 302-651-7701 |
| Werb and Sullivan Duane Werb | 302-652-1111 |
| Cole Schotz Meisel Forman and Leonard | 302-652-3117 |
| Pachulski Stang Laura Davis Jones | 302-652-4400 |
| Smith Katzenstein and Furlow | 302-652-8405 |
| Ashby and Geddes William Bowden | 302-654-2067 |
| Ashby and Geddes Richardo Palacio | 302-654-2067 |
| Ashby and Geddes Gregory Taylor | 302-654-2067 |
| Monzack Mersky McLaughlin | 302-656-2769 |
| Duane Morris LLP Michael Lastowski | 302-657-4901 |
| Connolly Bove Jeffrey Wisler | 302-658-0380 |
| Bayard PA Charlene Davis | 302-658-6395 |
| Secretary of Treasury | 302-739-5635 |
| Franchise Tax | 302-739-5831 |
| Edwards Angell Palmer and dodge | 302-770-7263 |
| Cross and Simon LLC Christopher Simon | 302-777-4224 |
| Archer and Greiner PC John Fiorella | 302-777-4352 |
| Archer and Greiner PC Charles Brown | 302-777-4352 |
| Reed Smith LLP Kurt Gwynne | 302-778-7575 |
| tw telecom inc Linda Boyle | 303-566-1010 |
| Flextronics International Terry Zale | 303-927-4513 |
| Katten Muchin Rosenman LLP | 310-788-4471 |
| Schiff Hardin LLP John Vigano | 312-258-5700 |
| Freeborn and Peters LLP Aaron Hammer | 312-360-6995 |
| Bryan Cave LLP Eric Prezant | 312-602-5050 |
| Mayer Brown LLP Melissa Mickey | 312-706-9359 |
| Dewey and LeBoeuf LLP Mohsin Khambati | 312-794-8100 |
| Foley and Lardner LLP Jill Murch | 312-832-4700 |

| | |
|---|---|
| Tishler and Walk, Ltd Jeffrey Rose | 312-876-3816 |
| Gould and Ratner LLP Christopher Horvay | 312-899-1624 |
| Latham and Watkins LLP J Douglas Bacon | 312-993-9767 |
| Bryan Cave LLP Cullen Kuhn | 314-552-8869 |
| Bell Microproducts Inc David Uranga | 334-954-6106 |
| Jones Day Jeffrey Ellman | 404-581-8330 |
| Arnall Golden Gregory LLP Darryl Laddin | 404-873-8121 |
| APC Workforce Solutions LLC Doug Goin | 407-770-6162 |
| Saul Ewing LLP Joyce Kuhns | 410-332-8964 |
| DLA Piper LLP Richard Kremen | 410-580-3001 |
| McGuireWoods LLP James Van Horn | 410-659-4488 |
| VonBriesen and Roper Randall Crocker | 414-238-6532 |
| Buchalter Nemer Shawn Christianson | 415-227-0770 |
| Meyers Law Group Merle Meyers | 415-362-7515 |
| Ogilvy Renault LLP Jennifer Stam | 416-216-3930 |
| Fraser Milner Casgrain LLP Michael Wunder | 416-863-4592 |
| Linebarger Goggan Blair and Sampson LLP | 469-221-5002 |
| Davis Wright Tremaine LLP James Waggoner | 503-778-5299 |
| Herman Herman Katz and Cotlar | 504-561-6024 |
| Brown McCarroll LLP Kell Mercer | 512-226-7324 |
| FPL Law Department Rachel Budke | 561-691-7103 |
| Missouri Dept of Revenue Sheryl Moreau | 573-751-7232 |
| Boylan Brown Devin Lawton Palmer | 585-238-9012 |
| Brier Irish Hubbard and Erhard PLC | 602-522-3940 |
| Lewis and Roca LLP Scott Brown | 602-734-3866 |
| Stevens and Lee  Joseph Huston | 610-371-7972 |
| PA Department of Labor Denise Mertz | 610-378-4459 |
| Swartz Campbell LLC Nicholas Skiles | 610-692-4936 |
| Vorys Sater Seymour and Pease | 614-719-4663 |
| Assistant Attorney General Laura McCloud | 615-741-3334 |
| Hinckley Allen and Snyder LLP Jennifer Doran | 617-345-9020 |
| Bartlett Hackett Feinberg Frank McGinn | 617-422-0383 |
| Ropes and Gray LLP James Wilton | 617-951-7050 |
| Coughlin Stoia Geller Samuel Rudman | 631-367-1173 |
| Bialson Bergen Lawrence Schwab | 650-494-2738 |
| Robinson Bradshaw and Hinson David Schilli | 703-378-4000 |
| McGuireWoods LLP David Swan | 703-712-5050 |
| Poyner Spruill LLP Shannon Hoff | 704-342-5264 |
| J Scott Douglass | 713-227-7497 |
| Linebarger Goggan Blair and Sampson LLP | 713-844-3503 |
| Post and Schell Brian Bisignani | 717-731-1985 |
| Municipal Operations Max Taylor | 720-913-3180 |
| Lathrop and Gage LLP Stepehen Dexter | 720-931-3201 |
| Ray Quinney and Nebeker Stephen Tingey | 801-532-7543 |
| Holland and Knight LLP Rod Anderson | 813-229-0134 |
| Perdue Brandon Fielder Elizabeth Banda | 817-860-6509 |
| IBM Corporation Beverly Shideler | 845-491-3275 |

| | |
|---|---|
| Brown and Connery LLP Donald Ludman | 856-853-9933 |
| Travelers Chantel Pinnock | 860-277-2158 |
| Monarch Alternative Capital LP | 866-741-2505 |
| Wilson Elser Moskowitz  Mark Ledwin | 914-323-7001 |
| Nossaman LLP Robert McWhorter | 916-442-0382 |
| Sumitomo Electric Chris Finch | 919-541-8297 |
| Smith Anderson Blount Dorsett | 919-821-6800 |
| Patterson Harkavy Ann Groninger | 919-942-5256 |
| Buus Kim Kuo and Tran LLP Hubert Kuo | 949-863-9783 |
| IBM Corpand Legal Dept R S Stahel | 972-561-6487 |
| Wolff and Samson PC Robert Nies | 973-530-2212 |
| Lowenstein Sandler PC Vincent Daogstino | 973-597-2400 |
| Lowenstein Sandler PC Michael Etkin | 973-597-2400 |
| Gibbons David Crapo | 973-639-6244 |

| NAME | FAX |
|---|---|
| Herbert Smith Stephen Gale | 011-44-20-7098-4878 |

| NAME | FAX |
|---|---|
| Hitachi Communications Technologies Ltd | 011-813-6404-0555 |