IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

Nortel Networks Inc., *et al.*,[1]

          Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 3231, 3630**

**NOTICE OF RESCHEDULED HEARING ON THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER ENFORCING THE ORDER AUTHORIZING
THE SALE OF CERTAIN ASSETS OF, AND EQUITY INTERESTS IN, THE
DEBTORS' ENTERPRISE SOLUTIONS BUSINESS, AND DIRECTING
THE RELEASE OF CERTAIN ESCROWED FUNDS, FROM
<u>AUGUST 18, 2010 AT 10:00 A.M. (ET) TO SEPTEMBER 16, 2010 AT 10:00 A.M. (ET)</u>**

       **PLEASE TAKE NOTICE** that the hearing on the **Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors' Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds** (D.I. 3231) previously scheduled for <u>August 18, 2010 at 10:00 a.m. (ET)</u> has been rescheduled to **September 16, 2010 at 10:00 a.m. (ET)**[2].

       **PLEASE TAKE FURTHER NOTICE THAT** THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Please note that the hearing on this matter was originally scheduled for July 16, 2010 at 10:00 a.m. and was subsequently adjourned to August 18, 2010 at 10:00 a.m. [See Notice of Agenda of Matters Scheduled for Hearing on July 16, 2010 – D.I. 3630].

Dated: July 16, 2010
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

*Counsel for the Debtors*
*and Debtors in Possession*