FILED
2010 JUL 16 AM 7:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Lynette K. Seymour
16711 Rivendell Lane
Austin, TX 78737
512.350.6708

July 15, 2010

Judge Kevin Gross

Case No. 09-10138 (Nortel Networks)

United States Bankruptcy Court of District of Delaware

RE: OBJECTION TO MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONGTERM DISABILITY PLANS

Honorable Judge:

I am a Nortel Employee currently receiving Long Term Disability Benefits.

I received notification of the referenced motion on July 10, 2010, four days AFTER the deadline to file objections for the hearing scheduled July 16, 2010.

I hereby request it to be recorded that I do **OBJECT** to the MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO TERMINATE CERTAIN RETIREE AND LONGTERM DISABILITY PLANS by Nortel Networks. I request the opportunity to be heard regarding this objection. Thank You.

Sincerely,

*[signature]*

Lynette K. Seymour