IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x   Chapter 11

*In re*:                                          :   Case No. 09-10138 (KG)

Nortel Networks Inc., et al.,                     :   (Jointly Administered)

　　　　　Debtors.                                :   **Hearing Date: August 4, 2010 at 10:00 a.m. (ET)**
　　　　　                                        :   **Objections Due: July 28, 2010 at 4:00 p.m. (ET)**

------------------------------------------------x

## NOTICE OF NORTEL US RETIREMENT PROTECTION COMMITTEE'S MOTION FOR AN ORDER AUTHORIZING FORMATION OF A VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TO PROVIDE TAX CREDIT-ELIGIBLE RETIREE BENEFITS

PLEASE TAKE NOTICE that on July 16, 2010, the Nortel US Retirement Protection Committee filed its *Motion for an Order Authorizing Formation of a Voluntary Employee Benefit Association to Provide Tax Credit-Eligible Retiree Benefits* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, a copy of which is attached.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel on or before **July 28, 2010 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Kevin Gross at 824 Market Street, Wilmington, DE 19801, 6th Floor, Courtroom 3 on **August 4, 2010 at 10:00 a.m.** Only those objections timely filed and served may be heard.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 16, 2010
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Michael J. Joyce (No. 4563)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
(302) 777-4200
(302) 777-4224 fax
mjoyce@crosslaw.com

-and-

Farella Braun + Martel LLP
Dean Gloster (*pro hac vice*)
Gary Kaplan (*pro hac vice*)
235 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4480 fax

*Attorneys for Nortel US Retirement Protection Committee*