IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
| | |
|:--|:--|
| *In re*: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al., | (Jointly Administered) |
| Debtors. | **RE: D.I.** _____ |

---------------------------------------------------x

## ORDER AUTHORIZING FORMATION OF A VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TO PROVIDE TAX CREDIT-ELIGIBLE RETIREE BENEFITS

Upon the motion dated July 16, 2010 (the "Motion"),[1] of the Nortel US Retirement

Protection Committee ("NUSRPC") for entry of an order, as more fully described in the Motion,

pursuant to section 105(a) of the United States Code (the "Bankruptcy Code") and section

35(e)(1)(K) of the United States Code (the "Internal Revenue Code"), authorizing (i) formation

by NUSRPC of a voluntary employee benefit association (a "VEBA") under section 501(c)(9)of

the Internal Revenue Code to provide health, prescription drug, vision care dental and other

insurance benefits to retirees of the Debtors and their spouses and dependents (the "VEBA

Benefit Plans"); (ii) Debtors (and Debtors' benefit providers and third party administrators and

contractors) to provide census data and claims history information to permit the VEBA to obtain

quotes from vendors and prospective vendors of the VEBA Benefit Plans; and adequate notice of

the Motion having been given as set forth in the Motion; and it appearing that no other or further

notice is necessary; and the Court having jurisdiction to consider the Motion and the relief

---

[1] Capitalized terms not defined in this Order shall have the meaning set forth in the Motion.

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that

consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief requested in the Motion, and that such relief is in the best interest of the

Debtors, their estates, the creditors, and the parties in interest; and upon the record in these

proceedings; and after due deliberation;

      IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The NUSRPC is authorized pursuant to 26 U.S.C. § 35(e)(1)(K) to form a

voluntary employee benefit association (as defined in 26 U.S.C. § 501(c)(9)) to offer health,

prescription drug, dental, vision care and other insurance benefits to Debtors retirees, their

spouses and dependents; and it is further

      ORDERED that the Debtors and vendors and providers to the Debtors in connection with

benefit plans (collectively "Debtors' Vendors") are specifically authorized to share information

on census data and claims history with the VEBA and prospective providers and vendors to the

VEBA who do business, or who are being solicited to do business with the VEBA in connection

with health care, prescription drug, vision care, or dental or other insurance benefits for Debtors'

retirees, their spouses, dependents and survivors, including without limitation, the VEBA's

broker, third party plan administrator, and plan or insurance providers (collectively, the "VEBA

Outside Vendors"), including without limitation detailed census data on enrollment in existing

plans and on eligible retirees, spouses, dependents and survivors and aggregate claims data for

existing plans and high claims experience, as reasonably requested by the VEBA Outside

Vendors.

3.      The Debtors, NUSRPC, and the VEBA to be formed are authorized to take all

such further actions as may be necessary to implement the relief granted in this Order.

4.      The Court retains jurisdiction with respect to all matters arising from or related to

implementation of this Order.

Dated:      _____, 2010
Wilmington, Delaware

                                              _____
                                              THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE