July 15, 2010

James L. Michael
4216 New Hill-Holleman Rd.
New Hill, North Carolina, 27562
Email; Onerarefindfarm@aol.com

Honorable Kevin Gross, Bankruptcy Judge
US Bankruptcy Court, District of Delaware,
824 Market Street, 6th Floor Courtroom #3,
Wilmington, Delaware 19801

Reference; Nortel Networks Inc., Chapter 11, Case No. 09-10138 (KG) RE: D.I. 3204

Dear Honorable Judge Gross;

I am a Retiree of Nortel and 70 + years old. I am writing you this letter to express the fact that during my 20 years with Nortel, I worked for and was entitled to the company promised Medical benefits listed in this bankruptcy notice. To have these benefits suddenly taken away at my age and my wife's age (65) is financially devastating.

Your Honor, I understand that I can't stop this bankruptcy. However, in your final conclusion, would it be possible too require Nortel to provide some reasonable compensation to its current Retiree's? If it is possible to do so, I am requesting you to take that action. I gave them 20 years of good honest work for those benefits. Too take them away now just isn't right.

Thank You for your time and consideration in this matter.

Respectfully;

James L. Michael
James L. Michael