

# County Of Rockbridge

County Treasurer
P.O. Box 784
150 South Main Street
Lexington, Virginia 24450
Telephone: (540) 463-2513
Fax: (540) 463-5417

CAROL B. HINES, TREASURER

July 19, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P O. Box 5075
New York, New York 10150-5075

    RE:  Nortel Networks Inc., et al. Chapter 11 Bankruptcy - withdrawal of claim 2505

To whom it may concern:

Rockbridge County hereby withdraws claim number 2505 in the total sum of $0. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely

*Carol B. Hines*

Carol B. Hines
Treasurer

# Section 503(b)(9) Claim Request Form

Nortel Networks Inc., et al.
Case No. 09-10138
Chapter 11 Jointly Administered

Claimants should submit a signed original Section 503(b)(9) Claim Request asserting such Section 503(b)(9) Claim, together with accompanying documentation, by mail, hand-delivery, or overnight courier, to the following address:

| If by Mail: | If by Hand-Delivery or Overnight Courier: |
|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

With copies to Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: James Bromley and Lisa Schweitzer)

**Debtor against which claim is asserted: (Check One)**

| ☐ Nortel Networks Inc. | Case No. 09-10138 | ☐ Nortel Networks Application Management Solutions Inc. | Case No. 09-10146 |
|---|---|---|---|
| ☐ Nortel Networks Capital Corporation | Case No. 09-10139 | ☐ Nortel Networks Optical Components Inc. | Case No. 09-10147 |
| ☐ Alteon WebSystems, Inc. | Case No. 09-10140 | ☐ Nortel Networks HPOCS Inc. | Case No. 09-10148 |
| ☐ Alteon WebSystems International, Inc. | Case No. 09-10141 | ☐ Architel Systems (U.S.) Corporation | Case No. 09-10149 |
| ☐ Xros, Inc. | Case No. 09-10142 | ☐ Nortel Networks International Inc. | Case No. 09-10150 |
| ☐ Sonoma Systems | Case No. 09-10143 | ☐ Northern Telecom International Inc. | Case No. 09-10151 |
| ☐ Qtera Corporation | Case No. 09-10144 | ☐ Nortel Networks Cable Solutions Inc. | Case No. 09-10152 |
| ☐ CoreTek, Inc. | Case No. 09-10145 | | |

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket # 590), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Epiq Bankruptcy Solutions, LLC at one of the above-referenced addresses on or prior to the bar date established for section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by courier service, hand delivery or mail. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Epiq Bankruptcy Solutions, LLC.

| Name of Creditor:<br>*(The person or other entity to whom the debtor owes money or property)*<br><br><br>Name and Address Where Notices Should be Sent:<br><br><br><br><br>Telephone No.: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have asserted a reclamation demand for any of the goods referenced on this claim form. Attach statement identifying any such goods. |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____ | Check here ☐ replaces<br>if this claim ☑ amends a previously filed claim, dated: 08/21/09 |

**1. BASIS FOR CLAIM** (check all that apply)
☐ Goods sold within 20 days of the commencement of the case. Value of Goods: $ _____
☐ Goods were sold in the ordinary course of the Debtor's business.

**2. DATE DEBT WAS INCURRED:** _____

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ _____
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM AND GOODS** (Attach Particular Invoices For Which Any of the Amounts Described in this Form was Applied):

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, ... bills of lading, promissory notes, purchase orders, itemized s... ...acts. DO NOT SEND ORIGINAL DOCUMENTS. ... documents are voluminous, attach a summary. Any attach...

**7. DATE-STAMPED COPY:** To receive an acknowledgement ... stamped, self-addressed envelope and copy of this proof of claim.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FILED / RECEIVED**
**AUG 2 6 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: 05/06/10

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Carol B. Hines, Treasurer*