# Conductive Circuits, Inc.
360 State Street
Garner, Iowa 50438
641-923-4888

July 16, 2010

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Subject: Nortel Networks Inc., et al, Chapter 11; Case No. 09-10138 (KG)

Dear Sirs,

Conductive Circuits is filing an objection to our claims being classified in the records as "No-Basis 503(b)(9) claims. Conductive Circuits, Inc. invoiced Nortel Networks Inc, on Invoice 1891 dated 10/23/2008 under Nortel Networks Inc, purchase order 4320057457; Invoice 1898 dated 12/8/2008 under purchase order 4320063394; Invoice 1899 dated 12/12/2008 under purchase order 4320063394.

I have enclosed copies of the referenced Invoices.

If you have any further questions, please call Jeff Short or myself at 641-923-4888.

Sincerely,

Marty Bachman
Vice President

Cc:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley
Lisa M. Schweitzer
One Liberty plaza
New York, New York 10006

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Andrew R. Remming
1201 North Market Street
P.O. 1347
Wilmington, Delaware 19801

# Invoice

**CONDUCTIVE CIRCUITS, INC.**
**360 STATE STREET**
**GARNER, IA 50438**
**Phone/Fax (641)923-2260**

| Date | Invoice # |
|---|---|
| 10/23/2008 | 1891 |

**Bill To**

Nortel Networks Inc.
Attn: Accounts Payable
PO Box 280510
Nashville, TN 37228

**Ship To**

Sanmina SCI (Plant 444)
11921 Hayter Rd.
Laredo, TX 78045
Attn: Hector Garcia

| P.O. Number | Terms | Ship | Packing List |
|---|---|---|---|
| 4320057457 | Net 30 Days | 10/23/2008 | 3262 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | PCB MOD | PCB Modification | 15.00 | 450.00 |
|  | NRE | NRE Tooling | 1,370.00 | 1,370.00 |

Project: NT9X17AD (PTF Rework)

**Total** $1,820.00

**CONDUCTIVE CIRCUITS, INC.**
**360 STATE STREET**
**GARNER, IA 50438**
**Phone/Fax (641)923-2260**

# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2008 | 1898 |

| Bill To |
|---|
| Nortel Networks Inc.<br>Attn: Accounts Payable<br>PO Box 280510<br>Nashville, TN 37228 |

| Ship To |
|---|
| Sanmina SCI (Plant 444)<br>11921 Hayter Rd.<br>Laredo, TX 78045<br>Attn: Hector Garcia |

| P.O. Number | Terms | Ship | Packing List |
|---|---|---|---|
| 4320063394 | Net 30 Days | 12/8/2008 | 3269 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 400 | PCB MOD | PCB Modification | 15.00 | 6,000.00 |

| Project | NT9X17AD (PTF Rework) | **Total** | $6,000.00 |
|---|---|---|---|

# Invoice

**CONDUCTIVE CIRCUITS, INC.**
**360 STATE STREET**
**GARNER, IA 50438**
**Phone/Fax (641)923-2260**

| Date | Invoice # |
|---|---|
| 12/12/2008 | 1899 |

| Bill To |
|---|
| Nortel Networks Inc.<br>Attn: Accounts Payable<br>PO Box 280510<br>Nashville, TN 37228 |

| Ship To |
|---|
| Sanmina SCI (Plant 444)<br>11921 Hayter Rd.<br>Laredo, TX 78045<br>Attn: Hector Garcia |

| P.O. Number | Terms | Ship | Packing List |
|---|---|---|---|
| 4320063394 | Net 30 Days | 12/12/2008 | 3270 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 430 | PCB MOD | PCB Modification | 15.00 | 6,450.00 |

| Project | NT9X17AD (PTF Rework) | | **Total** | $6,450.00 |
|---|---|---|---|---|