UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that The Bermuda Telephone Company Limited, by its counsel, Bingham McCutchen LLP, hereby withdraws Claim No. 6821 filed on January 21, 2010 against Nortel Networks (CALA), Inc., Case No. 09-12515 (KG), and authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated: Hartford, Connecticut
July 13, 2010

Respectfully submitted,

By: /s/ Jonathan B. Alter
Jonathan B. Alter
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, Connecticut 06103
Tel: 860.240.2700
Fax: 860.240.2800
Email: jonathan.alter@bingham.com

*Counsel to The Bermuda Telephone Company Limited*

A/73432864.1