# Notice Recipients

District/Off: 0311−1    User: GingerM    Date Created: 7/21/2010
Case: 09−10138−KG    Form ID: ntcBK    Total: 19

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Alissa T. Gazze    agazze@mnat.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Nortel Networks Inc., et al.    2221 Lakeside Boulevard    Richardson, TX 75082
frep    Allen &Overy LLP,    1221 Avenue of the Americas    New York, NY 10020
ust    Thomas Patrick Tinker    Office of the U.S. Trustee    844 King Street Suite 2207    Wilmington, DE 19801
aty    Andrew R. Remming    Morris, Nichols, Arsht &Tunnell    1201 North Market Street    P.O. Box 1347    Wilmington, DE 19899−1347
aty    Ann C. Cordo    Morris Nichols Arsht &Tunnell LLP    1201 N. Market Street    P.O. Box 1347    Wilmington, DE 19899−1347
aty    Derek C. Abbott    Morris Nichols Arsht &Tunnell    1201 N. Market Street    Wilmington, DE 19899
aty    Eric D. Schwartz    Morris, Nichols, Arsht &Tunnell    1201 N.Market Street    P. O. Box 1347    Wilmington, DE 19801
aty    James Croft    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006
aty    James L. Bromley    Cleary Gottlieb Steen &Hamilton    One Liberty Plaza    New York, NY 10006
aty    Jennifer M. Westerfield    Cleary Gottlieb Steen &Hamilton, LLP    One Liberty Plaza    New York, NY 10006
aty    Mary Caloway    Buchanan Ingersoll &Rooney PC    1000 West Street    Ste 1410    Wilmington, DE 19801
aty    Mona A. Parikh    Buchanan Ingersoll &Rooney PC    1000 West Street    Suite 1410    Wilmington, DE 19801
aty    Nancy G. Everett    Winston &Strawn LLP    35 W. Wacker Drive    Chicago, IL 60601
aty    Neil P Forrest    Cleary Gottlieb Steen &Hamiton LLP    One Liberty Plaza    New York, NY 10006
aty    Peter James Duhig    Buchanan Ingersoll &Rooney PC    The Brandywine Building    1000 West Street    Suite 1410, P.O. Box 1397    Wilmington, DE 19899
aty    Robin J. Baik    Cleary Gottlieb Steen &Hamilton LLP    One Liverty Plaza    New York, NY 10006
aty    Thomas F. Driscoll, III    Morris, Nichols, Arsht &Tunnell LLP    1201 North Market Street    Wilmington, DE 19801

    TOTAL: 17