# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/1/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 06/07/2010 to 06/10/2010. | 424.40 |
| 6/2/2010 | Brian Heinimann | Airfare | Flight change fee to accommodate client for 6/3 flight: Southwest: RDU / MDW 06/03/2010 to 06/03/2010. | 71.00 |
| 6/8/2010 | Brian Heinimann | Airfare | Round trip airfare MDW to RDU and return to visit client site: Southwest: MDW / RDU 06/14/2010 to 06/17/2010. | 407.40 |
| 6/15/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 06/21/2010 to 06/24/2010. | 434.40 |
| 6/22/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 06/28/2010 to 07/01/2010. | 308.40 |
| 6/29/2010 | Brian Heinimann | Airfare | Airfare from NY to Chicago after returning from visit to Huron office to meet with team for client meeting: Southwest: LGA / MDW 07/07/2010 to 07/07/2010. | 132.70 |
| 6/14/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU the week of 6/21-6/24.: United: ORD / RDU 06/21/2010 to 06/24/2010. | 461.40 |
| 6/18/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU the week of 6/28-7/1.: United: ORD / RDU 06/28/2010 to 07/01/2010. | 544.40 |
| 6/4/2010 | Elaine M Lane | Airfare | Economy airfare from client site in Raleigh to home: Delta: RDU/IND 06/17/2010 to 06/17/2010. | 324.70 |
| 6/4/2010 | Elaine M Lane | Airfare | Economy airfare from home to client site in Raleigh: Delta: MCI/RDU 06/14/2010 to 06/14/2010. | 281.40 |
| 6/4/2010 | James Lukenda | Airfare | Nortel-BR3L9H - EWR to RDU: CO3343: ERW-RDU 06/16/2010 to 06/17/2010. | 861.40 |
| 6/2/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS    CHICAGO   IL: US AIRWAYS: LGA / RDU 06/08/2010 to 06/10/2010. | 337.40 |
| 6/8/2010 | Joseph J. McKenna | Airfare | Airfare from LGA to RDU while traveling on Nortel engagement.: US Airways / American Airlines: LGA / RDU 06/15/2010 to 06/17/2010. | 582.14 |
| 6/15/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS    CHICAGO   IL: US Airways: LGA RDU 06/21/2010 to 06/24/2010. | 326.40 |
| 6/24/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US Airways: LGA / RDU 06/28/2010 to 07/01/2010. | 381.40 |
| 6/8/2010 | Lee A. Sweigart | Airfare | Flight to RDU for work on Nortel: DELTA AIR LINES CHICAGO   IL: DELTA AIR LINES: IND/RDU 06/15/2010 to 06/17/2010. | 311.31 |
| 6/17/2010 | Lee A. Sweigart | Airfare | Work at Nortel at RTP location: DELTA AIR LINES CHICAGO   IL: Delta Airlines: IND/RDU 06/21/2010 to 06/23/2010. | 965.41 |
| 6/22/2010 | Lee A. Sweigart | Airfare | Work at Nortel at RTP location: DELTA AIR LINES CHICAGO   IL: Delta Airlines: IND/RDU 06/28/2010 to 07/01/2010. | 868.48 |
| 6/28/2010 | Lee A. Sweigart | Airfare | Flight to LGA for Nortel meeting in NYC: Delta Air Lines: IND/LGA 07/06/2010 to 07/07/2010. | 256.40 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/1/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR / RDU 06/14/2010 to 06/17/2010. | 310.40 |
| 6/1/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR / RDU 06/01/2010 to 06/03/2010. | 831.40 |
| 6/1/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR / RDU 06/07/2010 to 06/10/2010. | 325.40 |
| 6/3/2010 | Brian Heinimann | Ground Transportation | Cab to RDU airport from Sheraton to catch flight to residence: RDU Taxi: RDU / Sheraton | 20.00 |
| 6/3/2010 | Brian Heinimann | Ground Transportation | Cab to residence from MDW after return from visit to client site: Yellow Cab: MDW / Residence | 40.00 |
| 6/7/2010 | Brian Heinimann | Ground Transportation | Cab to MDW from residence to visit client site: Yellow Cab: Residence / MDW | 40.00 |
| 6/7/2010 | Brian Heinimann | Ground Transportation | Cab to Sheraton from RDU airport to visit client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 6/10/2010 | Brian Heinimann | Ground Transportation | Cab from MDW to residence after return from visit to client site in Raleigh: Yellow Cab: MDW / Residence | 40.00 |
| 6/13/2010 | Brian Heinimann | Ground Transportation | Cab to office to work on Nortel engagement: Yellow Cab: Residence / Office | 20.00 |
| 6/13/2010 | Brian Heinimann | Ground Transportation | Cab to residence from office after work on Nortel engagement: Yellow Cab: Office / Residence | 20.00 |
| 6/14/2010 | Brian Heinimann | Ground Transportation | Cab from residence to MDW for visit to client site in Raleigh: Yellow Cab: Residence / MDW | 40.00 |
| 6/14/2010 | Brian Heinimann | Ground Transportation | Cab to Sheraton from RDU airport to visit client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 6/17/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site in Raleigh, NC: Yellow Cab: MDW / Residence | 40.00 |
| 6/21/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW from office to visit client site: Yellow Cab: Office / MDW | 35.00 |
| 6/21/2010 | Brian Heinimann | Ground Transportation | Taxi to hotel while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 6/24/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site in Raleigh, NC: Yellow Cab: MDW / Residence | 45.00 |
| 6/28/2010 | Brian Heinimann | Ground Transportation | Taxi to hotel while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 6/28/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW to visit client site in Raleigh, NC: Yellow Cab: Residence / MDW | 40.00 |
| 6/3/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 6/7/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 6/17/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 6/21/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 6/24/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 6/28/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/2/2010 | Elaine M Lane | Ground Transportation | Taxi from airport to client site: RDU Cabs: RDU/Nortel | 18.00 |
| 6/1/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to LGA while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: Residence to LGA | 41.00 |
| 6/8/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to LGA while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: Residence to LGA | 41.00 |
| 6/8/2010 | Joseph J. McKenna | Ground Transportation | Cab to Nortel offices from airport while traveling on Nortel engagement.: RDU Airport Taxi Service: Durham, NC | 19.00 |
| 6/10/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA to Residence | 38.00 |
| 6/15/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Lower Manhattan to EWR while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: Residence to EWR | 72.00 |
| 6/17/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Dial 7 Car Service: LGA/Lower Manhattan | 38.00 |
| 6/21/2010 | Joseph J. McKenna | Ground Transportation | Car to LGA New York office while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Dial 7 Car Service: NY Office / LGA | 57.50 |
| 6/24/2010 | Joseph J. McKenna | Ground Transportation | Car from LGA to residence in Lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Dial 7 Car Service: LGA/Lower Manhattan | 45.00 |
| 6/28/2010 | Joseph J. McKenna | Ground Transportation | Car to LGA from residence in lower Manhattan while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: Dial 7 Car Service: NY Office / LGA | 53.00 |
| 6/15/2010 | Lee A. Sweigart | Ground Transportation | Ride to Nortel office from RDU airport: RDU Cab: RDU/RTP | 20.00 |
| 6/21/2010 | Lee A. Sweigart | Ground Transportation | Ride to hotel from RDU airport: Cab: RDU | 20.00 |
| 6/28/2010 | Lee A. Sweigart | Ground Transportation | Ride to hotel from RDU airport: RDU cab: RDU | 20.00 |
| 6/1/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City / EWR | 78.00 |
| 6/3/2010 | Michael E. Scannella | Ground Transportation | Car service from airport.: Dial 7: EWR / Jersey City | 65.00 |
| 6/7/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: Dial 7: NYC / EWR | 74.00 |
| 6/10/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR / Jersey City | 64.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/14/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City / EWR | 78.00 |
| 6/17/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR / Jersey City | 65.00 |
| 6/3/2010 | Brian Heinimann | Hotel/Lodging | 3 nights at Sheraton while visiting client in Raleigh: Sheraton: Durham 05/31/2010 to 06/03/2010. | 460.68 |
| 6/10/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site including gratuity: Sheraton: Durham 06/07/2010 to 06/10/2010, 3 nights. | 470.68 |
| 6/17/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay in Sheraton while visiting client site, including gratuities: Sheraton: Durham 06/14/2010 to 06/17/2010, 3 nights. | 470.68 |
| 6/24/2010 | Brian Heinimann | Hotel/Lodging | Stay at hotel while visiting client site in Raleigh-Durham including gratuity: Sheraton: Durham, NC 06/21/2010 to 06/24/2010, 3 nights. | 470.68 |
| 6/2/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 6/1-6/3 (2 nights).: Sheraton Imperial / Four Points: Raleigh 06/01/2010 to 06/02/2010. | 288.74 |
| 6/8/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 6/7-6/11 (4 nights).: Sheraton Imperial / Four Points: Raleigh 06/07/2010 to 06/08/2010. | 557.48 |
| 6/14/2010 | Coley P. Brown | Hotel/Lodging | Four Points hotel in Raleigh from 6/13-6/17 (4 night).: Sheraton / Four Points: Raleigh 06/13/2010 to 06/14/2010. | 557.48 |
| 6/22/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 6/21-6/23 (3 nights).: Sheraton Imperial / Four Points: Raleigh 06/21/2010 to 06/22/2010. | 442.30 |
| 6/29/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 6/28-6/30 (2 nights).: Sheraton Imperial / Four Points: Raleigh 06/28/2010 to 06/29/2010. | 268.74 |
| 6/3/2010 | Elaine M Lane | Hotel/Lodging | 1 night lodging during trip to client site: Sheraton: Raleigh Durham 06/02/2010 to 06/03/2010. | 173.39 |
| 6/9/2010 | Elaine M Lane | Hotel/Lodging | Two nights hotel during trip to client site: Sheraton: Raleigh 06/07/2010 to 06/09/2010. | 307.12 |
| 6/17/2010 | Elaine M Lane | Hotel/Lodging | 3 nights lodging during trip to client site: 3 nights lodging during trip to client site: Sheraton: Raleigh 06/14/2010 to 06/17/2010. | 460.68 |
| 6/16/2010 | James Lukenda | Hotel/Lodging | Nortel-Sheraton, 1 night RTP (153.56) plus maid tip (5): Sheraton: RDT 06/16/2010 to 06/17/2010. | 158.56 |
| 6/4/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC 06/01/2010 to 06/03/2010., 2 nights. | 310.33 |
| 6/11/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC 06/08/2010 to 06/10/2010, 2 nights. | 307.12 |
| 6/18/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Lodging.: Sheraton Imperial: Durham NC 06/15/2010 to 06/17/2010, 2 nights. | 312.67 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/25/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Lodging: Sheraton Imperial: Durham, NC 06/21/2010 to 06/24/2010, 3 nights. | 460.68 |
| 6/18/2010 | Lee A. Sweigart | Hotel/Lodging | Lodging: Sheraton Imperial: Durham 06/15/2010 to 06/17/2010, 2 nights. | 307.12 |
| 6/24/2010 | Lee A. Sweigart | Hotel/Lodging | Lodging: Sheraton Imperial: Durham 06/21/2010 to 06/23/2010, 2 nights. | 307.12 |
| 6/1/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton/Four Points: RTP 06/01/2010 to 06/03/2010, 2 nights. | 278.74 |
| 6/7/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip.: Sheraton/Four Points: RTP 06/07/2010 to 06/10/2010, 3 nights. | 440.30 |
| 6/14/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, room + tip, 3 nights.: Sheraton/Four Points: RTP 06/14/2010 to 06/17/2010. | 437.30 |
| 6/1/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 5.22 |
| 6/2/2010 | Brian Heinimann | Meals | Dinner room service in hotel while visiting client: Sheraton: Durham, 1 person. | 26.68 |
| 6/3/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 6.75 |
| 6/3/2010 | Brian Heinimann | Meals | Breakfast at Cinnabon while visiting client: RDU Airport: Durham, 1 person. | 9.22 |
| 6/8/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 5.15 |
| 6/8/2010 | Brian Heinimann | Meals | Dinner room service while visiting client: Sheraton: Durham, 1 person. | 25.43 |
| 6/9/2010 | Brian Heinimann | Meals | Dinner room service while visiting client: Sheraton: Durham, 1 person. | 22.04 |
| 6/9/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 2.53 |
| 6/10/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 6.25 |
| 6/14/2010 | Brian Heinimann | Meals | Dinner at airport while en route to visit to client site in Raleigh-Durham: Harry Caray's: Chicago, 1 person. | 16.44 |
| 6/15/2010 | Brian Heinimann | Meals | Breakfast at client cafe while visiting client: Nortel: Durham, 1 person. | 3.55 |
| 6/16/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 3.45 |
| 6/17/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 3.45 |
| 6/21/2010 | Brian Heinimann | Meals | Dinner in MDW airport while en route to Raleigh Durham for visit to client site: Potbelly's: Chicago, 1 person. | 11.65 |
| 6/22/2010 | Brian Heinimann | Meals | Dinner for team while visiting client site: Bonefish: Cary Attendees: Brian Heinimann, Lee A. Sweigart, Joseph J. McKenna, 3 people. | 150.00 |
| 6/22/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 6.58 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/23/2010 | Brian Heinimann | Meals | Room Service for B. Heinimann while visiting client site: Sheraton: Durham, NC, 1 person. | 25.12 |
| 6/23/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 4.28 |
| 6/24/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 4.25 |
| 6/24/2010 | Brian Heinimann | Meals | Dinner in airport while en route residence after visit to client site: AJ's Tavern: Raleigh, 1 person. | 22.57 |
| 6/29/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Mez: Durham Attendees: Brian Heinimann, Joseph J. McKenna, Lee A. Sweigart, Coley P. Brown, 4 people. | 132.12 |
| 6/29/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 4.75 |
| 6/30/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 3.80 |
| 6/30/2010 | Brian Heinimann | Meals | Breakfast in client cafe while visiting client site: Nortel: Raleigh, 1 person. | 3.80 |
| 6/3/2010 | Coley P. Brown | Meals | Dinner at Tango Sur for Coley Brown (1 person) after traveling and working late on Nortel.: Tango Sur: Chicago, 1 person. | 50.00 |
| 6/3/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe in RTP for Coley Brown (1 person) for week of 6/1-6/3.: Nortel Cafe: Raleigh. | 24.00 |
| 6/7/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 24.33 |
| 6/8/2010 | Coley P. Brown | Meals | Dinner at Capital City Chophouse in Raleigh for Coley Brown (1 person).: Capital City Chophouse: Raleigh. | 41.90 |
| 6/10/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe in RTP for Coley Brown (1 person) for week of 6/7-6/10.: Nortel Cafe: Raleigh. | 24.00 |
| 6/11/2010 | Coley P. Brown | Meals | Breakfast at McDonald's for Coley Brown (1 person).: McDonalds: Raleigh. | 9.77 |
| 6/13/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh. | 24.81 |
| 6/14/2010 | Coley P. Brown | Meals | Breakfast at Starbucks for Coley Brown (1 person).: Starbucks: Raleigh. | 10.04 |
| 6/14/2010 | Coley P. Brown | Meals | Dinner at Sansui for Coley Brown (1 person).: Sansui: Raleigh. | 23.40 |
| 6/17/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe in RTP for Coley Brown (1 person) for week of 6/14-6/17.: Nortel Cafe: Raleigh. | 24.00 |
| 6/17/2010 | Coley P. Brown | Meals | Dinner at Mystic Celt for Coley Brown (1 person) after traveling and working late on Nortel.: Mystic Celt: Chicago. | 49.93 |
| 6/21/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago ORD. | 24.33 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/22/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh. | 23.97 |
| 6/23/2010 | Coley P. Brown | Meals | Dinner at Randy's Pizza for Coley Brown (1 person).: Randy's Pizza: Raleigh. | 24.32 |
| 6/24/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster Bar for Coley Brown (1 person).: 42nd Street Oyster Bar: Raleigh. | 50.00 |
| 6/24/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe in RTP for Coley Brown (1 person) for week of 6/21-6/24.: Nortel Cafe: Raleigh. | 24.00 |
| 6/2/2010 | Elaine M Lane | Meals | Working meal - dinner, during trip to client site: Sheraton: Raleigh Durham, 1 person. | 19.83 |
| 6/3/2010 | Elaine M Lane | Meals | Working meal - breakfast, during trip to client site: Cafe AM: Raleigh Durham, 1 person. | 4.63 |
| 6/7/2010 | Elaine M Lane | Meals | Working meal, breakfast, during trip to client site: GreenLeaf: IND, 1 person. | 4.59 |
| 6/7/2010 | Elaine M Lane | Meals | Working meal - dinner, with B. Heinimann - during trip to client site: Sheraton: Raleigh Attendees: Elaine M Lane, Brian Heinimann, 2 people. | 84.75 |
| 6/8/2010 | Elaine M Lane | Meals | Working meal - dinner, during trip to client site: Sheraton: Raleigh | 18.25 |
| 6/9/2010 | Elaine M Lane | Meals | Working meal, dinner, during trip to client site: HMSHost: Toronto, 1 person. | 12.74 |
| 6/9/2010 | Elaine M Lane | Meals | Working meal, breakfast, during trip to client site: Nortel Cafeteria: Raleigh, 1 person. | 7.93 |
| 6/14/2010 | Elaine M Lane | Meals | Working meal, dinner during to client site: Sheraton: Raleigh, 1 person. | 28.83 |
| 6/16/2010 | James Lukenda | Meals | Nortel-Out of town meal-dinner for 7 people: Sansui: RDT Attendees: James Lukenda, Joseph J. McKenna, Lee A. Sweigart, Elaine M Lane, Coley P. Brown, Brian Heinimann, Michael E. Scannella. | 236.21 |
| 6/17/2010 | James Lukenda | Meals | Nortel-breakfast: Sheraton: RTP, 1 person. | 7.00 |
| 6/1/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement (5 guests).: MEZ    DURHAM NC: GREEN RESTAURANT GROUP LL: DURHAM Attendees: Joseph J. McKenna, Coley P. Brown, Brian Heinimann, Michael E. Scannella, Elaine M Lane. | 101.82 |
| 6/1/2010 | Joseph J. McKenna | Meals | Breakfast at LGA McDonald's while traveling on Nortel engagement.: MCDONALD'S F12200 00 FLUSHING NY: MANASH FOODS INC: FLUSHING, 1 person. | 5.75 |
| 6/2/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 4.72 |
| 6/3/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: Varsity Grille: RDU, 1 person. | 15.54 |
| 6/8/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: LAGUARDIA AUBONPAIN NEW YORK NY: AU BON PAIN HARVARD VNGRD: FLUSHING, 1 person. | 5.42 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/9/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 5.03 |
| 6/9/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement (3 guests).: Jack Astor's: Cary, NC Attendees: Joseph J. McKenna, Coley P. Brown, Michael E. Scannella. | 113.69 |
| 6/9/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafeteria: Durham, NC, 1 person. | 4.69 |
| 6/10/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Varsity Grille: RDU, NC, 1 person. | 14.87 |
| 6/11/2010 | Joseph J. McKenna | Meals | Room service while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC, 1 person. | 47.50 |
| 6/15/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Starbucks: Newark, NJ, 1 person. | 6.93 |
| 6/17/2010 | Joseph J. McKenna | Meals | Dinner while delayed traveling on Nortel engagement.: CAROLINA ALE H678134 RALEIGH     NC: Carolina Ale House: RDU, NC, 1 person. | 22.35 |
| 6/17/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: STARBUCKS C PR422228 NEWARK NJ: Nortel RTP Cafe: RTP, NC, 1 person. | 4.93 |
| 6/21/2010 | Joseph J. McKenna | Meals | Dinner while delayed traveling on Nortel engagement.: OTG USAIR     FLUSHING NY: Slip Mahoneys: LGA, NY, 1 person. | 27.86 |
| 6/23/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: Nortel RTP Cafe: RTP, NC, 1 person. | 5.11 |
| 6/24/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: Nortel RTP Cafe: RTP, NC, 1 person. | 5.46 |
| 6/24/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: SEAMLESSWEB * HARU W NEW YORK NY: Seamless Web: New York, 1 person. | 23.51 |
| 6/25/2010 | Joseph J. McKenna | Meals | Dinner room service.: Sheraton Imperial: Durham, NC, 1 person. | 24.95 |
| 6/28/2010 | Joseph J. McKenna | Meals | Dinner while delayed traveling on Nortel engagement.: Cibo LGA: New York, NY, 1 person. | 20.24 |
| 6/28/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: Nortel RTP Cafe: RTP, NC, 1 person. | 5.91 |
| 6/30/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement.: An Cuisine: Cary, NC Attendees: Joseph J. McKenna, Lee A. Sweigart, Brian Heinimann, Coley P. Brown, 4 people. | 200.00 |
| 6/30/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: Nortel RTP Cafe: RTP, NC, 1 person. | 4.89 |
| 6/15/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport before flight: Harry & Izzys: IND, 1 person. | 15.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/17/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe - week of 6/15: Nortel: RTP, 1 person. | 17.35 |
| 6/17/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport: 42ND STREET BA678126 RALEIGH     NC: 42nd St Oyster Bar: RDU, 1 person. | 36.30 |
| 6/23/2010 | Lee A. Sweigart | Meals | Breakfast at Nortel cafe week of 6/21: Nortel cafe: RTP, 1 person. | 16.10 |
| 6/23/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport: CPK: RDU, 1 person. | 13.57 |
| 6/24/2010 | Lee A. Sweigart | Meals | Dinner on 6/21: Sheraton Imperial: Durham, 1 person. | 26.22 |
| 6/2/2010 | Michael E. Scannella | Meals | Team dinner while working on Nortel, 3 people.: Capital City: RTP Attendees: Michael E. Scannella, Joseph J. McKenna, Coley P. Brown | 150.00 |
| 6/3/2010 | Michael E. Scannella | Meals | Breakfast for week, 1 person (3 days).: Nortel Cafe: RTP | 18.00 |
| 6/7/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: HMSHost: EWR | 17.00 |
| 6/8/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 1 person.: Sansui / Four Points: RTP | 43.00 |
| 6/10/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Varsity Grill: RDU | 17.36 |
| 6/10/2010 | Michael E. Scannella | Meals | Breakfast for week of 6/7 (3 days), 1 person.: Nortel Cafe: RTP | 18.00 |
| 6/14/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: EWR | 7.96 |
| 6/15/2010 | Michael E. Scannella | Meals | Team dinner while at clientsite, 6 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown, Lee A. Sweigart, Joseph J. McKenna, Brian Heinimann, Elaine M Lane | 220.32 |
| 6/17/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: AJ's Tavern: RDU | 27.16 |
| 6/17/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person, 3 days.: Nortel Cafe: RTP | 18.00 |
| 6/3/2010 | Elaine M Lane | Mileage | Round trip, personal mileage from home to airport for trip to client site: Home/Airport 06/02/2010 to 06/03/2010. | 20.00 |
| 6/14/2010 | Elaine M Lane | Mileage | Personal mileage - home to airport 6/14, airport to home 6/19: Home/Airport RT 06/14/2010 to 06/17/2010. | 30.00 |
| 6/16/2010 | James Lukenda | Mileage | Nortel-mileage-MONT-NYC-EWR-MONT: MONT-NYC-EWR-MONT 06/16/2010 to 06/18/2010. | 25.50 |
| 6/17/2010 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport: IND 06/15/2010 to 06/17/2010. | 25.00 |
| 6/23/2010 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport: IND 06/21/2010 to 06/23/2010. | 25.00 |
| 6/30/2010 | Lee A. Sweigart | Mileage | Round trip mileage to IND airport: IND 06/28/2010 to 06/30/2010. | 25.00 |
| 6/4/2010 | Elaine M Lane | Parking & Tolls | Airport parking, 2.5 days, during trip to client site: IND: Indianapolis 06/02/2010 to 06/03/2010. | 36.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 6/17/2010 | Elaine M Lane | Parking & Tolls | 2 days airport parking during trip to client site: Parking Solutions: IND 06/16/2010 to 06/17/2010. | 25.00 |
| 6/16/2010 | James Lukenda | Parking & Tolls | Nortel-Parking PABT: PABT: NYC 06/16/2010 to 06/16/2010. | 22.50 |
| 6/16/2010 | James Lukenda | Parking & Tolls | Nortel-LT toll (6) NJTP toll (1.40): NJTP PANYNJ: NJ 06/16/2010 to 06/16/2010. | 7.40 |
| 6/19/2010 | James Lukenda | Parking & Tolls | Nortel-Parking EWR: PANYNJ: EWR 06/16/2010 to 06/17/2010. | 49.00 |
| 6/17/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS, I COLUMBUS    OH: IND airport: IND 06/15/2010 to 06/17/2010. | 66.00 |
| 6/23/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS, I COLUMBUS    OH: IND airport: IND 06/21/2010 to 06/23/2010. | 65.00 |
| 6/17/2010 | Coley P. Brown | Rental Car | Avis rental car for weeks of 6/7-6/11 (5 days) and 6/14-6/17 (4 days).: Avis: Raleigh 06/07/2010 to 06/11/2010 and 06/14/2010 to 06/17/2010. | 415.33 |
| 6/24/2010 | Coley P. Brown | Rental Car | Avis rental car in Raleigh from 6/21-6/24 (4 days).: Avis: Raleigh 06/21/2010 to 06/24/2010. | 254.04 |
| 6/3/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement.: AVIS RENT A CAR RALEIGH    NC: AVIS RENT A CAR CORP: GARDEN CITY 05/31/2010 to 06/03/2010. | 196.26 |
| 6/17/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement.: AVIS RENT A CAR RALEIGH    NC: Avis: RDU, NC 06/15/2010 to 06/17/2010. | 192.49 |
| 6/23/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement.: AVIS RENT A CAR RALEIGH    NC: Avis: RDU, NC 06/21/2010 to 06/24/2010. | 134.21 |
| 6/3/2010 | Michael E. Scannella | Rental Car | Rental car, three days.: Avis: RTP 06/01/2010 to 06/03/2010. | 196.26 |
| 6/10/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RTP 06/07/2010 to 06/10/2010. | 223.79 |
| 6/23/2010 | Accounts Payable | Telecom | Conferencing (Audio, Video, Web, CATV) - for purposes of holding meetings / teleconferences related to Nortel matters. | 9.74 |

$ 24,361.50