**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2010
### (All Amounts in Canadian Dollars)

<u>Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $1,171.99 |
| Airfare/Travel | $4,066.74 |
| Cellular Phones | $ 5.41 |
| Library Computer Research | $ 283.66 |
| Long Distance Telephone Calls | $ 383.82 |
| Meals & Beverages | $ 900.57 |
| Miscellaneous | $ 40.34 |
| Parking | $ 5.73 |
| Photocopy Charges | $2,805.10 |
| Process Server Fees | $ 80.00 |
| Ground Transportation (including Taxi) | $ 572.32 |
| | |
| Total Taxable Disbursements | $10,315.68 |
| Total GST | 515.78 |
| Total Taxable Disbursements including Taxes | $10,831.46 CDN. |