# EXHIBIT D

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 27 of 34

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/04/10 | Beck Taxi/Inv 1721-016/M J Wunder Apr 20/10 - ai | 1 | 42.00 |
| 30/04/10 | "Beck Taxi/Inv 1721-016/ R. Jacobs (multiple days) | 1 | 163.00 |
| 30/04/10 | "Beck Taxi/Inv 1721-016/ M. Wunder (multiple days) | 1 | 53.50 |
| 03/05/10 | ECarswell | 1 | 26.00 |
| 03/05/10 | ECarswell | 1 | 7.50 |
| 03/05/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.02 |
| 03/05/10 | Laser Copy:MacFarlaneA | 86 | 8.60 |
| 03/05/10 | Laser Copy;MattesL | 275 | 27.50 |
| 03/05/10 | Laser Copy:FOSTER E | 30 | 3.00 |
| 03/05/10 | Laser Copy;YING C | 148 | 14.80 |
| 03/05/10 | Laser Copy;DUNSMUIM | 66 | 6.60 |
| 03/05/10 | Laser Copy;NELSON M | 219 | 21.90 |
| 03/05/10 | Laser Copy;NELSON M | 289 | 28.90 |
| 03/05/10 | Laser Copy:WALKER R | 200 | 20.00 |
| 04/05/10 | Quick Law | 1 | 2.37 |
| 04/05/10 | Telephone:17199550541;ColoradoCO; TO45 | 1 | 9.52 |
| 04/05/10 | Laser Copy;MattesL | 213 | 21.30 |
| 04/05/10 | Laser Copy:YING C | 80 | 8.00 |
| 04/05/10 | Laser Copy:NELSON M | 106 | 10.60 |
| 04/05/10 | Laser Copy:HAHNJ | 26 | 2.60 |
| 04/05/10 | Laser Copy;DUNSMUIM | 95 | 9.50 |
| 04/05/10 | Laser Copy:MacFarlaneA | 58 | 5.80 |
| 04/05/10 | Laser Copy:PUSHALIK A | 203 | 20.30 |
| 04/05/10 | Telephone:12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 04/05/10 | Telephone;17199550541;ColoradoCO; TO45 | 1 | 31.92 |
| 04/05/10 | Telephone:17199550541;ColoradoCO; TO45 | 1 | 1.68 |
| 04/05/10 | Telephone:17192347615;ColoradoCO; TO45 | 1 | 0.56 |
| 05/05/10 | Parking for M. Wunder on April 30/10; 2010-4-30 | 1 | 5.73 |
| 05/05/10 | Laser Copy:KAPLAN M | 2 | 0.20 |
| 05/05/10 | Laser Copy;MattesL | 416 | 41.60 |
| 05/05/10 | Laser Copy;YING C | 36 | 3.60 |
| 05/05/10 | Laser Copy:NELSON M | 357 | 35.70 |
| 05/05/10 | Laser Copy:PUSHALIK A | 2 | 0.20 |
| 05/05/10 | Photocopy;PUSHALIK A | 3 | 0.30 |
| 05/05/10 | Photocopy;MattesL | 6 | 0.60 |
| 05/05/10 | ECarswell | 1 | 7.50 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 28 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 05/05/10 | Laser Copy:BanksT | 67 | 6.70 |
| 05/05/10 | Laser Copy:DUNSMUIM | 39 | 3.90 |
| 05/05/10 | Laser Copy:MacFarlaneA | 140 | 14.00 |
| 05/05/10 | Laser Copy:MattesL | 560 | 56.00 |
| 05/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 05/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 06/05/10 | Blackberry Charges - Rogers / M. Wunder | 1 | 187.93 |
| 06/05/10 | Laser Copy:WALKER R | 58 | 5.80 |
| 06/05/10 | Laser Copy:KAPLAN M | 8 | 0.80 |
| 06/05/10 | Laser Copy:PUSHALIK A | 4 | 0.40 |
| 06/05/10 | Laser Copy:SANTOS I | 19 | 1.90 |
| 06/05/10 | Laser Copy:MacFarlaneA | 156 | 15.60 |
| 06/05/10 | Laser Copy:MattesL | 961 | 96.10 |
| 06/05/10 | Laser Copy:NELSON M | 363 | 36.30 |
| 06/05/10 | Blackberry Charges - Rogers / R. Jacobs | 1 | 30.99 |
| 06/05/10 | Photocopy:PUSHALIK A | 11 | 1.10 |
| 06/05/10 | Photocopy:PUSHALIK A | 36 | 3.60 |
| 06/05/10 | Photocopy:SANTOS I | 18 | 1.80 |
| 06/05/10 | Photocopy:SANTOS I | 1 | 0.10 |
| 06/05/10 | Photocopy:SANTOS I | 12 | 1.20 |
| 06/05/10 | Photocopy:SANTOS I | 19 | 1.90 |
| 06/05/10 | Photocopy:SANTOS I | 1 | 0.10 |
| 06/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.53 |
| 06/05/10 | Meals and Beverages - Maxim /inv #118433/fruit platter for 5 on Apr 23/10 requested by M J Wunder | 1 | 22.95 |
| 06/05/10 | Meals and Beverages - Saisons Restaurant & Catering /inv #2010-085 dated Apr 27/10 - Food for working group meeting - J. Hetu/ M. Wunder/ A. MacFarlane | 1 | 30.78 |
| 06/05/10 | Photocopy:MattesL | 36 | 3.60 |
| 06/05/10 | Taxi from court to office for M. Wunder on May 3/10 ; 2010-5-3 | 1 | 6.67 |
| 06/05/10 | Taxi from office to court for M. Wunder on May 3/10; 2010-5-3 | 1 | 5.71 |
| 07/05/10 | Laser Copy:MacFarlaneA | 103 | 10.30 |
| 07/05/10 | Working lunch for M. Wunder on May 6/10; 2010-5-6 | 1 | 5.11 |
| 07/05/10 | Laser Copy:MattesL | 936 | 93.60 |
| 07/05/10 | Laser Copy:HAHNJ | 130 | 13.00 |
| 07/05/10 | Laser Copy:HAHNJ | 1 | 0.10 |
| 07/05/10 | Laser Copy:DUNSMUIM | 36 | 3.60 |
| 07/05/10 | Laser Copy:Phillips, Jackson | 250 | 25.00 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010
Invoice #: 2768702

Page 29 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 07/05/10 | Laser Copy:GOUGEON | 456 | 45.60 |
| 07/05/10 | Laser Copy:HETU, Jarvis | 1 | 0.10 |
| 07/05/10 | Telephone:12126062154;New YorkNY;TO45 | 1 | 2.04 |
| 07/05/10 | Telephone:12126062152;New YorkNY;TO45 | 1 | 2.04 |
| 07/05/10 | Telephone:12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 07/05/10 | Telephone:17192347615;ColoradoCO; TO45 | 1 | 31.92 |
| 10/05/10 | Photocopy:MattesL | 2 | 0.20 |
| 10/05/10 | Photocopy:MattesL | 2 | 0.20 |
| 10/05/10 | Laser Copy:MattesL | 1242 | 124.20 |
| 10/05/10 | Laser Copy:HETU, Jarvis | 22 | 2.20 |
| 10/05/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 1.53 |
| 10/05/10 | Telephone:12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 10/05/10 | Telephone:12126062152;New YorkNY;TO45 | 1 | 1.53 |
| 10/05/10 | Laser Copy:YING C | 108 | 10.80 |
| 10/05/10 | Laser Copy:Kee, Evelyn | 538 | 53.80 |
| 10/05/10 | Laser Copy:CHINJ | 21 | 2.10 |
| 10/05/10 | Laser Copy:WALKER R | 15 | 1.50 |
| 11/05/10 | Laser Copy:NELSON M | 573 | 57.30 |
| 11/05/10 | Photocopy:GRIEF J | 2 | 0.20 |
| 11/05/10 | Laser Copy:MacFarlaneA | 3 | 0.30 |
| 11/05/10 | Laser Copy:Waugh,Stephanie | 4 | 0.40 |
| 11/05/10 | Laser Copy:MattesL | 52 | 5.20 |
| 11/05/10 | Telephone:12128872109;New YorkNY;TO47 | 1 | 0.51 |
| 11/05/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 11/05/10 | Laser Copy:CHINJ | 7 | 0.70 |
| 11/05/10 | Laser Copy:HETU, Jarvis | 25 | 2.50 |
| 11/05/10 | Working Dinner at Alberto's for M. Wunder on May 8/10: 2010-5-8 | 1 | 20.00 |
| 11/05/10 | Meals and Beverages - Maxim /M Wunder-Feb10/10/ Working lunch for M. Wunder / A. MacFarlane/ R Jacobs / J. Hetu | 1 | 69.66 |
| 11/05/10 | Laser Copy:PUSHALIK A | 37 | 3.70 |
| 11/05/10 | Laser Copy:GRIEF J | 607 | 60.70 |
| 11/05/10 | Photocopy:GRIEF J | 5 | 0.50 |
| 12/05/10 | Laser Copy:PUSHALIK A | 160 | 16.00 |
| 12/05/10 | Laser Copy:CHINJ | 50 | 5.00 |
| 12/05/10 | Laser Copy:KAPLAN M | 12 | 1.20 |
| 12/05/10 | Laser Copy:MattesL | 74 | 7.40 |
| 12/05/10 | Laser Copy:SANTOS I | 704 | 70.40 |
| 12/05/10 | Telephone:12124348018;New YorkNY;TO45 | 1 | 2.55 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 30 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 12/05/10 | Fax charges at hotel while travelling for M. Wunder on May 4/10 (see Visa for exchange); 2010-5-4 | 1 | 20.17 |
| 12/05/10 | Air Canada return flight to New York for M. Wunder on May 3-4/10 (see Visa for exchange); 2010-5-3 | 1 | 847.88 |
| 12/05/10 | Laser Copy:MattesL | 187 | 18.70 |
| 12/05/10 | Meals and Beverages - Maxim April 29/10/ Working lunch for M. Wunder / A. MacFarlane / R. Jacobs/ J. Hetu | 1 | 69.46 |
| 12/05/10 | Dinner at Beacon in New York with Akin (Hodara/Botter), Capstone (Borow), Ernst & Young (McDonald), Goodmans (Carfagnini/Pasquariello) and Fraser Milner (MacFarlane/Wunder) on May 3/10 (see Visa for exchange); 2010-5-3 | 1 | 280.00 |
| 12/05/10 | Breakfast at Starbucks in New York for M. Wunder on May 4/10; 2010-5-4 | 1 | 14.77 |
| 12/05/10 | Hotel room Le Parker Meridien in New York for M. Wunder on May 3-4/10 (see Visa for exchange); 2010-5-3 | 1 | 583.69 |
| 12/05/10 | Laser Copy:NELSON M | 38 | 3.80 |
| 12/05/10 | Taxi from hotel to meeting in New York for M. Wunder on May 4/10; 2010-5-4 | 1 | 8.32 |
| 12/05/10 | Taxi from meeting in New York to airport for M. Wunder on May 4/10 (see Visa for exchange) ; 2010-5-4 | 1 | 35.49 |
| 12/05/10 | Taxi from Toronto airport to home for M. Wunder on May 4/10; 2010-5-4 | 1 | 50.86 |
| 12/05/10 | Taxi from New York airport to hotel for M. Wunder on May 3/10 (see Visa for exchange); 2010-5-3 | 1 | 37.93 |
| 13/05/10 | Laser Copy:HETU, Jarvis | 32 | 3.20 |
| 13/05/10 | Breakfast at Starbucks in New York for M. Wunder on May 7/10; 2010-5-7 | 1 | 9.61 |
| 13/05/10 | Dinner at Isabella's in New York for M. Wunder and A. MacFarlane on May 6/10 (see Visa for exchange); 2010-5-6 | 1 | 70.00 |
| 13/05/10 | Coffee at Starbucks while travelling for M. Wunder and A. MacFarlane on May 7/10; 2010-5-7 | 1 | 7.40 |
| 13/05/10 | Laser Copy:DUNSMUIM | 34 | 3.40 |
| 13/05/10 | Laser Copy:KAPLAN M | 1 | 0.10 |
| 13/05/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on May 6-7/10 (see Visa for exchange); 2010-5-6 | 1 | 588.30 |
| 13/05/10 | ECarswell | 1 | 72.00 |
| 13/05/10 | Fax charges at hotel while in New York for M. Wunder on April 6/10 (see Visa for exchange); 2010-5-6 | 1 | 20.17 |
| 13/05/10 | Laser Copy:MattesL | 44 | 4.40 |
| 13/05/10 | Laser Copy:MacFarlaneA | 2 | 0.20 |
| 13/05/10 | Air Canada return flight to New York for A. MacFarlane on May 6-7/10; 2010-5-6 | 1 | 1,609.43 |
| 13/05/10 | Air Canada return flight to New York for M. Wunder on May 6-7/10; 2010-5-6 | 1 | 1,609.43 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010
Invoice #: 2768702

Page 31 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/05/10 | Taxi from New York airport to hotel for M. Wunder on May 6/10 (see Visa for exchange); 2010-5-6 | 1 | 40.64 |
| 13/05/10 | Taxi while in New York for M. Wunder on May 6/10; 2010-5-6 | 1 | 9.36 |
| 13/05/10 | Taxi in New York for M. Wunder on May 6/10; 2010-5-6 | 1 | 11.44 |
| 13/05/10 | Taxi from Toronto airport to office for M. Wunder on May 7/10; 2010-5-7 | 1 | 59.43 |
| 13/05/10 | Taxi from hotel to New York airport for M Wunder on May 7/10 (see Visa for exchange); 2010-5-7 | 1 | 41.30 |
| 13/05/10 | Laser Copy:NELSON M | 36 | 3.60 |
| 14/05/10 | Quick Law | 1 | 24.50 |
| 14/05/10 | (Nortel) Meal on May 4, 2010; 2010-5-13 | 1 | 17.20 |
| 14/05/10 | Process Server Fees - Kap Litigation Services /A MacFarlane/Inv 183842 | 1 | 80.00 |
| 14/05/10 | Laser Copy:PUSHALIK A | 422 | 42.20 |
| 14/05/10 | Laser Copy;SANTOS I | 11 | 1.10 |
| 14/05/10 | Laser Copy:NELSON M | 22 | 2.20 |
| 14/05/10 | Laser Copy:DUNSMUIM | 43 | 4.30 |
| 14/05/10 | Laser Copy:MacFarlaneA | 4 | 0.40 |
| 14/05/10 | Laser Copy:MacFarlaneA | 1 | 0.10 |
| 14/05/10 | Laser Copy;MattesL | 3 | 0.30 |
| 14/05/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 7.14 |
| 14/05/10 | Telephone;15163593728;Garden CNY;TO47 | 1 | 0.51 |
| 15/05/10 | Laser Copy:MacFarlaneA | 16 | 1.60 |
| 16/05/10 | /Bell Conferencing/Inv. 106004174/M Wunder | 1 | 38.30 |
| 17/05/10 | Quick Law | 1 | 91.64 |
| 17/05/10 | Laser Copy;SANTOS I | 4 | 0.40 |
| 17/05/10 | Laser Copy:PUSHALIK A | 38 | 3.80 |
| 17/05/10 | Laser Copy;NELSON M | 496 | 49.60 |
| 17/05/10 | Laser Copy:MacFarlaneA | 129 | 12.90 |
| 17/05/10 | Telephone;12128721063;New YorkNY;TO47 | 1 | 6.63 |
| 17/05/10 | Telephone;15163593728;Garden CNY;TO47 | 1 | 0.51 |
| 17/05/10 | Telephone;15852383553;RochesteNY; TO47 | 1 | 1.53 |
| 17/05/10 | Laser Copy:MattesL | 384 | 38.40 |
| 18/05/10 | Laser Copy:HAHNJ | 32 | 3.20 |
| 18/05/10 | Telephone;12128721063;New YorkNY;TO47 | 1 | 0.51 |
| 18/05/10 | Laser Copy:YING C | 48 | 4.80 |
| 18/05/10 | Laser Copy;NELSON M | 597 | 59.70 |
| 18/05/10 | Laser Copy:MacFarlaneA | 122 | 12.20 |
| 18/05/10 | Laser Copy;MattesL | 1489 | 148.90 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 32 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/05/10 | Laser Copy;MattesL | 81 | 8.10 |
| 18/05/10 | Laser Copy;GOUGEON | 12 | 1.20 |
| 18/05/10 | Laser Copy;GOUGEON | 155 | 15.50 |
| 18/05/10 | Laser Copy;GRIEF J | 989 | 98.90 |
| 18/05/10 | Laser Copy;HAHN J | 32 | 3.20 |
| 18/05/10 | Laser Copy;YING C | 48 | 4.80 |
| 18/05/10 | Laser Copy;DUNSMUIM | 60 | 6.00 |
| 18/05/10 | Laser Copy;NELSON M | 597 | 59.70 |
| 18/05/10 | Laser Copy;MacFarlaneA | 122 | 12.20 |
| 18/05/10 | Laser Copy;MattesL | 1489 | 148.90 |
| 18/05/10 | Laser Copy;MattesL | 81 | 8.10 |
| 18/05/10 | Laser Copy;GOUGEON | 12 | 1.20 |
| 18/05/10 | Laser Copy;GOUGEON | 155 | 15.50 |
| 18/05/10 | Laser Copy;DUNSMUIM | 60 | 6.00 |
| 18/05/10 | Laser Copy;GRIEF J | 989 | 98.90 |
| 19/05/10 | Rogers Wireless charges for M. Wunder for April 4 to 16/10; 2010-4-4 | 1 | 5.41 |
| 19/05/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 0.51 |
| 19/05/10 | Quick Law | 1 | 52.15 |
| 19/05/10 | Telephone;12128721036;New YorkNY;TO47 | 1 | 0.51 |
| 19/05/10 | Laser Copy;MattesL | 526 | 52.60 |
| 19/05/10 | Laser Copy;YING C | 37 | 3.70 |
| 19/05/10 | Laser Copy;PUSHALIK A | 136 | 13.60 |
| 19/05/10 | Laser Copy;MacFarlaneA | 32 | 3.20 |
| 19/05/10 | Laser Copy;DUNSMUIM | 45 | 4.50 |
| 19/05/10 | Laser Copy;NELSON M | 5 | 0.50 |
| 19/05/10 | Laser Copy;BanksT | 127 | 12.70 |
| 20/05/10 | Laser Copy;PUSHALIK A | 25 | 2.50 |
| 20/05/10 | Laser Copy;YING C | 36 | 3.60 |
| 20/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 20/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.02 |
| 20/05/10 | Laser Copy;MattesL | 693 | 69.30 |
| 20/05/10 | Laser Copy;BanksT | 19 | 1.90 |
| 20/05/10 | Laser Copy;WALKER R | 101 | 10.10 |
| 20/05/10 | Laser Copy;COSENTIN | 18 | 1.80 |
| 20/05/10 | Laser Copy;NELSON M | 384 | 38.40 |
| 20/05/10 | Laser Copy;DUNSMUIM | 19 | 1.90 |
| 20/05/10 | Laser Copy;MacFarlaneA | 26 | 2.60 |
| 21/05/10 | Laser Copy;MattesL | 953 | 95.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 33 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/05/10 | Photocopy;MattesL | 3 | 0.30 |
| 21/05/10 | Photocopy;Phillips, Jackson | 1 | 0.10 |
| 21/05/10 | Working dinner from Subway for M. Wunder on May 17/10; 2010-5-17 | 1 | 7.55 |
| 21/05/10 | Laser Copy:BanksT | 31 | 3.10 |
| 21/05/10 | Laser Copy:Phillips, Jackson | 609 | 60.90 |
| 21/05/10 | Laser Copy:PUSHALIK A | 116 | 11.60 |
| 21/05/10 | Laser Copy:MacFarlaneA | 84 | 8.40 |
| 21/05/10 | Photocopy;MattesL | 28 | 2.80 |
| 21/05/10 | Taxi from office to court for M. Wunder on May 20/10; 2010-5-20 | 1 | 6.67 |
| 25/05/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 7.65 |
| 25/05/10 | Laser Copy:SANTOS I | 43 | 4.30 |
| 25/05/10 | Laser Copy:MacFarlaneA | 67 | 6.70 |
| 25/05/10 | Laser Copy:HETU, Jarvis | 32 | 3.20 |
| 25/05/10 | Dining Room Expense - Working group meeting M. Wunder / A. MacFarlane/ R. Jacobs / J. Hetu - Nortel Meeting May 13 2010 | 1 | 26.90 |
| 25/05/10 | Laser Copy:Kee, Evelyn | 139 | 13.90 |
| 25/05/10 | Laser Copy;NELSON M | 1800 | 180.00 |
| 26/05/10 | Laser Copy:MacFarlaneA | 111 | 11.10 |
| 26/05/10 | Telephone;12126062100;New YorkNY;TO45 | 1 | 1.53 |
| 26/05/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 26/05/10 | Laser Copy:NELSON M | 79 | 7.90 |
| 26/05/10 | Laser Copy;TAM K | 1 | 0.10 |
| 26/05/10 | Telephone;12126951135;New YorkNY;TO47 | 1 | 1.53 |
| 27/05/10 | Laser Copy:NELSON M | 86 | 8.60 |
| 27/05/10 | Laser Copy:KARTASHM | 1 | 0.10 |
| 28/05/10 | Laser Copy:Arruda, Kathie | 24 | 2.40 |
| 28/05/10 | Laser Copy;HETU, Jarvis | 219 | 21.90 |
| 28/05/10 | Dining Room Expense - Nortel Meeting - May 26 2010 | 1 | 18.70 |
| 28/05/10 | Laser Copy:MacFarlaneA | 88 | 8.80 |
| 28/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.53 |
| 28/05/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 0.51 |
| 31/05/10 | Laser Copy;NELSON M | 350 | 35.00 |
| 31/05/10 | Laser Copy:MattesL | 52 | 5.20 |
| 31/05/10 | Laser Copy:YING C | 66 | 6.60 |
| 31/05/10 | Laser Copy:MacFarlaneA | 5 | 0.50 |
| 31/05/10 | Laser Copy:PUSHALIK A | 66 | 6.60 |
| 31/05/10 | Meals and Beverages - Maxim / March 18/10 Lunch for Working group meeting (M. Wunder / A. MacFarlane / R. Jacobs / J. Hetu / M. Kaplan/ | 1 | 170.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al. CONE OF SILENCE - MICHAEL WUNDER

Invoice Date: June 22, 2010  
Invoice #: 2768702

Page 34 of 34

| Date | Description | Qty. | Amount |
|---|---|---|---|
|  | T. Feuerstein (Akin)/ J. Sturm (Akin) |  |  |
| 31/05/10 | Meals and Beverages - Maxim /M Wunder-March 17/10/Inv. 117965 | 1 | 60.48 |
| 31/05/10 | Laser Copy;KAPLAN M | 8 | 0.80 |
| 31/05/10 | Laser Copy;DUNSMUIM | 40 | 4.00 |
|  | Total | CDN | $10,315.68 |