# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 7.2 | $785.00 | $5,652.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 18.7 | $775.00 | $14,492.50 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 96.3 | $750.00 | $72,225.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 4.9 | $785.00 | $3,846.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 129.7 | $750.00 | $97,275.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 2.9 | $675.00 | $1,957.50 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 25.6 | $520.00 | $13,312.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 35.9 | $375.00 | $13,462.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 18.6 | $310.00 | $5,766.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 42.7 | $320.00 | $13,664.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 3.6 | $310.00 | $1,116.00 |
| Husein, Reesha | Associate | Pensions/Benefits | Ontario - 2001 | 0.2 | $440.00 | $88.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 5.6 | $560.00 | $3,136.00 |
| Mayles, Jonah | Associate | Taxation | Ontario - 2008 | 1.1 | $320.00 | $352.00 |
| TOTAL | | | | 393.0 | CDN. | $246,345.00 |
| | Less Non-Working Travel Time Discount (50% of $24,675.00) | | | | | ($12,337.50) |
| TOTAL | | | | 393.0 | CDN. | $234,007.50 |