IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x   Chapter 11
                                                    :
*In re*:                                            :   Case No. 09-10138 (KG)
                                                    :
Nortel Networks Inc., et al.,                       :   (Jointly Administered)
                                                    :
           Debtors.                                 :   **Hearing Date: August 18, 2010 at 10:00 a.m. (ET)**
                                                    :   **Objections Due: July 28, 2010 at 4:00 p.m. (ET)**
                                                    :
                                                    :   Re: D.I. No. 3671
---------------------------------------------------x


### RE-NOTICE OF NORTEL US RETIREMENT PROTECTION COMMITTEE'S MOTION FOR AN ORDER AUTHORIZING FORMATION OF A VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TO PROVIDE TAX CREDIT-ELIGIBLE RETIREE BENEFITS

PLEASE TAKE NOTICE that on July 16, 2010, the Nortel US Retirement Protection Committee filed its *Motion for an Order Authorizing Formation of a Voluntary Employee Benefit Association to Provide Tax Credit-Eligible Retiree Benefits* [D.I. No. 3671] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE a hearing on the Motion was originally scheduled to be held before the Honorable Kevin Gross at 824 Market Street, Wilmington, DE 19801, 6th Floor, Courtroom 3 on August 4, 2010 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been adjourned to **August 18, 2010 at 10:00 a.m.**

Dated: July 22, 2010  
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Michael J. Joyce (No. 4563)  
913 N. Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, DE 19899  
(302) 777-4200  
(302) 777-4224 fax  
mjoyce@crosslaw.com

-and-

Farella Braun + Martel LLP  
Dean Gloster (*pro hac vice*)  
Gary Kaplan (*pro hac vice*)  
235 Montgomery St., 18th Floor  
San Francisco, CA 94104  
(415) 954-4400  
(415) 954-4480 fax

*Attorneys for Nortel US Retirement Protection Committee*

2