IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------x   Chapter 11
                                                :
In re:                                          :   Case No. 09-10138 (KG)
                                                :
Nortel Networks Inc., et al.,                   :   (Jointly Administered)
                                                :
                        Debtors.                :   Hearing Date: August 18, 2010 at 10:00 a.m. (ET)
                                                :   Objections Due: August 11, 2010 at 4:00 p.m. (ET)
                                                :
                                                :   Re: D.I. No. 3671 & 3722
-----------------------------------------------x
```

### *AMENDED* RE-NOTICE OF NORTEL US RETIREMENT PROTECTION COMMITTEE'S MOTION FOR AN ORDER AUTHORIZING FORMATION OF A VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TO PROVIDE TAX CREDIT-ELIGIBLE RETIREE BENEFITS

PLEASE TAKE NOTICE that on July 16, 2010, the Nortel US Retirement Protection Committee filed its *Motion for an Order Authorizing Formation of a Voluntary Employee Benefit Association to Provide Tax Credit-Eligible Retiree Benefits* [D.I. No. 3671] (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE a hearing on the Motion was originally scheduled to be held before the Honorable Kevin Gross at 824 Market Street, Wilmington, DE 19801, 6th Floor, Courtroom 3 on August 4, 2010 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been adjourned to **August 18, 2010 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel on or before **August 11, 2010 at 4:00**

**p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 23, 2010
Wilmington, Delaware

By: CROSS & SIMON, LLC

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
(302) 777-4200
(302) 777-4224 fax
mjoyce@crosslaw.com

-and-

Farella Braun + Martel LLP
Dean Gloster (*pro hac vice*)
Gary Kaplan (*pro hac vice*)
235 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4480 fax

*Attorneys for Nortel US Retirement Protection Committee*