## CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age, and that service of this **Thirty-First Notice Of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession** was caused to be made on July 23, 2010, in the manner indicated upon the entities on the attached service list.

Date: July 23, 2010

*/s/ Andrew R. Remming*
Andrew R. Remming (# 5120)

3683211.1