**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, *et. al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 12, 2010 @ 4:00 p.m. |

**TWELFTH MONTHLY APPLICATION OF PALISADES CAPITAL MANAGEMENT LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD May 1, 2010 THROUGH May 31, 2010**

| | |
|---|---|
| Name of Applicant: | **Palisades Capital Management LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **June 26, 2009 *nunc pro tunc* May 8, 2009** |
| Period for which compensation and/or reimbursement is sought: | **May 1, 2010 through May 31, 2010** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$43,750.00** |
| Amount of Expenses sought as actual, reasonable, and necessary: | **$30.51** |
| Total Compensation and Expense Reimbursement Requested: | **$43,780.51** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Palisades Capital Management LLC ("Palisades") and Punter Southall are Co-Advisors to the Debtors. On March 29, 2010, this Court entered an Order approving modifications to the terms of the Engagement Letter and the Co-Advisors' retention.

1

This is a(n): __X__ monthly  _____ interim  _____ final application

The total time expended for fee application preparation was approximately 3.0 hours.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 07/17/2009 | 05/08 – 06/30/2009 | $233,134.36 | $184,516.16/$2,489.16 |
| 08/05/2009 | 07/01 – 07/31/2009 | $130,000.00 | $104,000.00/$0.00 |
| 09/08/2009 | 08/01 – 08/31/2009 | $130,000.00 | $104,000.00/$0.00 |
| 10/07/2009 | 09/01 – 09/30/2009 | $130,000.00 | $104,000.00/$1,336.49 |
| 11/09/2009 | 10/01 – 10/31/2009 | $130,000.00 | $104,000.00/$1,989.12 |
| 12/08/2009 | 11/01 – 11/30/2009 | $130,000.00 | $104,000.00/$28.14 |
| 02/25/2010 | 12/01 – 12/31/2009 | $81,250.00 | $65,000.00/$38.81 |
| 02/25/2010 | 01/01 – 01/31/2010 | $81,250.00 | $65,000.00/$0.00 |
| 03/31/2010 | 02/01 – 02/28/2010 | $81,332.18 | $65,000.00/$82.18 |
| 05/06/2010 | 03/01 – 03/31/2010 | $62,530.23 | $50,000.00/$30.23 |
| 05/27/2010 | 04/01 – 04/30/2010 | $62,530.51 | $50,000.00/$30.51 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

# COMPENSATION SUMMARY

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

May 1, 2010 Through May 31, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | May |
|---|---|---|
| 1 | Pension Advisory | 16.0 |
| 2 | Engagement/Retention/Fee Applications | 4.5 |
| **TOTAL** | | **20.5** |

**Summary of Services Rendered by Professional**

| Name | May |
|---|---|
| Bradley D. Belt (Chairman) | 8.5 |
| John L. Spencer (Senior Advisor) | 7.0 |
| Dawn M. Bizzell (Director) | 5.0 |
| **TOTAL** | **20.5** |

# EXPENSE SUMMARY

May 1, 2010 Through May 31, 2010

| Expense Category | Total Expense |
|---|---|
| **TOTAL** | **$30.51** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, *et. al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 12, 2010 @ 4:00 p.m. |

**TWELFTH MONTHLY APPLICATION OF PALISADES CAPITAL MANAGEMENT LLC, PENSION CO-ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010**

Palisades Capital Management LLC, ("Palisades"), Pension Co-Advisor to Nortel Networks, Inc. ("Nortel"), and certain of its subsidiaries and affiliates (collectively, the "Debtors") hereby submits its Twelfth Monthly Application (the "Application") pursuant to 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from May 1, 2010 through and including May 31, 2010 (the "Compensation Period") as set forth in their engagement letter (the "Engagement Letter"). Pursuant to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1

Administrative Order of this Court dated February 4, 2009 [Docket No. 128] approving procedures for interim compensation and reimbursement of professionals, Palisades seeks interim allowance in aggregate amount of $43,750.00 for pension advisory services provided to the debtors. In support of this Application, Palisades respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

3. This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated February 4, 2009 (the "Administrative Order").

## PALISADES RETENTION

4. On June 26, 2009, this Court entered the Order pursuant to 11 U.S.C. Sections 327(a) and 328(a) Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Employment and Retention of Palisades Capital Advisors LLC *nunc pro tunc* to May 8, 2009 as Pension Co-Advisor to the Debtors and Debtors in Possession.

5. Palisades and Punter Southall are Co-Advisors to the Debtors. Pursuant to the Engagement Letter, the total monthly cash fee ("Monthly Advisory Fee") was $200,000 for

the first ten months and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee was payable to Palisades and thirty-five percent to Punter Southall. Palisades and Punter Southall have separate orders authorizing their retention and employment, and each co-advisor will submit separate fee applications. On March 29, 2010, this Court entered an Order approving modifications to the terms of the Engagement Letter and the Co-Advisors' retention. Effective March 1, 2010, Palisades Capital Management LLC succeeded Palisades Capital Advisors LLC as Pension Co-Advisor. The Monthly Advisory Fee beginning December 2009 (month eight) and thereafter was reduced to $125,000. In addition, sixty-five percent of the Monthly Advisory Fee will be payable to Palisades through February 2010 and thirty-five percent to Punter Southall. In March and April 2010, fifty percent will be payable to Palisades and fifty percent to Punter Southall; and, in subsequent months, thirty-five percent will be payable to Palisades and sixty-five percent to Punter Southall.

## COMPENSATION REQUEST

Palisades seeks allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the aggregate amount of $43,750.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $30.51 for a total award of $43,780.51 (the "Total Compensation Amount").

6. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit A**, is a record of the work performed by Palisades professionals on these reorganization cases for which compensation is sought and, attached hereto as **Exhibit B**, is a record of expenses incurred by Palisades professionals.

7. Palisades charges $0.10 per page for photocopying.

8. Palisades charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

## SUMMARY OF SERVICES

9. The key Palisades professionals who have rendered services during the Compensation Period in these cases are as follows: Bradley D. Belt (Chairman), John L. Spencer (Senior Advisor), and Dawn M. Bizzell (Director).

10. During the Compensation Period, the Debtors and their advisors extensively utilized the experience and expertise of the above-named persons in dealing with matters described below. As a result, Palisades professionals devoted substantial time and effort to perform properly and expeditiously the required professional services.

11. A summary of some of the services rendered by Palisades during the Compensation Period are as follows:

    a) <u>Pension-related Processes</u>: Palisades professionals have worked closely with Company management and other advisors to analyze the Debtors' pension liabilities and develop and implement strategies for resolving pension-related claims. Such work includes review of pension documents, preparation of information memoranda, and negotiations with relevant stakeholders.

    b) <u>Meetings/Calls with Company Management and Other Advisors</u>: Palisades professionals have participated in calls, email exchanges and meetings with Company management and other advisors to discuss the Chapter 11 process and strategy. Palisades also participated in calls and meetings with the management team to support the preparation and review of the Company's presentations prior to distribution to the various Creditor financial and legal advisors.

    c) <u>Preparation and Participation in Meetings with Creditors</u>: Palisades has prepared, reviewed, advised and assisted in the

    preparation of various presentations for the Debtors' creditor constituents.

   d) <u>Support with General Bankruptcy</u>:  Palisades professionals have participated in regular planning sessions and other periodic meetings with the Debtors and its legal counsel concerning process and strategy issues related to the bankruptcy.

## **CONCLUSION**

  12. It is respectfully submitted that the amount requested by Palisades is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

  13. No agreement or understanding exists between Palisades and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

  14. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Palisades respectfully requests that this Court: (a) allow Palisades (i) interim compensation in the amount of $43,750.00 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period May 1, 2010 through and including May 31, 2010, and (ii) interim reimbursement in the amount of $30.51 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Palisades the amount of $35,030.51 which is equal to the sum of 80% of the

allowed interim compensation to Palisades and 100% of the allowed expense reimbursement to Palisades; and (c) grant such other and further relief as is just.

Dated: July 23, 2010
Washington, DC

                                         */s/ Bradley D. Belt*
                                         Bradley D. Belt
                                         Chairman
                                         Palisades Capital Management LLC
                                         1701 Pennsylvania Avenue NW, Suite 300
                                         Washington DC 20006
                                         (202.349.1414)
                                         Pension Co-Advisor to the Debtor