**EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

May 1, 2010 Through May 31, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | May |
|---|---|---|
| 1 | Pension Advisory | 16.0 |
| 2 | Engagement/Retention/Fee Applications | 4.5 |
| **TOTAL** | | **20.5** |

**Summary of Services Rendered by Professional**

| Name | May |
|---|---|
| Bradley D. Belt (Chairman) | 8.5 |
| John L. Spencer (Senior Advisor) | 7.0 |
| Dawn M. Bizzell (Director) | 5.0 |
| **TOTAL** | **20.5** |