IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF HARTFORD )

STEVEN CUNIX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On July 23, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Steven Cunix

Sworn to before me this
23rd day of July, 2010

_____

STEVEN B INDELICATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01IN6220076
Qualified in the County of Richmond
Commission Expires April 13, 2014

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                    | Case No. 09-10138 (KG)

                    Debtors.                     | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  STREAMLINE CIRCUITS CORPORATION
               1410 MARTIN AVENUE
               SANTA CLARA, CA 95050

Please note that your claim # 1777 in the above referenced case and in the amount of $2,737.64 has been transferred **(unless previously expunged by court order)** to:

          UNITED STATES DEBT RECOVERY V, LP
          TRANSFEROR: STREAMLINE CIRCUITS CORP.
          940 SOUTHWOOD BL, SUITE 101
          INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2955     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/10/2010                          David D. Bird, Clerk of Court


                                          /s/ Steven Cunix
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2010.

**EXHIBIT B**

**Carnevale Consulting LLC**
**PO Box 21**
**Wynantskill, NY 12198**

**Nera Inc.**
**1303 East Arapaho Road**
**Suite 202**
**Richardson, TX 75081**

**North Carolina State University**
**PO Box 7203**
**Raleigh, NC 27695**

**The Sant Corporation**
**Attn: Mark Claver 10260 Alliance Road**
**Cincinnati, OH 45242**

**UCM/SREP – Corporate Woods, LLC**
**c/o Stephen Lewis, Esq.**
**Stoltz Management of Delaware, Inc.**
**725 Conshohocken State Road**
**Bala Cynwyd, PA 19004**

**UCM/SREP – Corporate Woods, LLC**
**Jeffrey C. Wisler, Esq.**
**Connolly Bove Lodge & Hutz, LLP**
**The Nemours Building**
**1007 N. Orange St.**
**Wilmington, DE 19801**

**EXHIBIT C**

**ASM Capital III, L.P.**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

**United States Debt Recovery V, LP**
**940 Southwood Bl., Suite 101**
**Incline Village, NV 89451**

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006