# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

CHILMARK PARTNERS, LLC
June 1, 2010 - June 30, 2010

### Summary of Services Rendered by Project

| Project Code | Nature of Services | June 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 144.0 |
| 2 | Business Operations / General Corporate / Real Estate | 17.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 140.0 |
| 4 | Analysis of Historical Results | 20.0 |
| 5 | Meetings with Debtor's Counsel | 90.0 |
| 6 | Committee Matters and Creditor Meetings | 40.0 |
| 7 | Claims Administration and Analysis | 1.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | 3.0 |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | 10.0 |
| 13 | Hearings | 1.0 |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 38.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **504.0** |

### Summary of Services Rendered by Professional

| Name | June 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 151.0 |
| Michael Kennedy, Member | 157.0 |
| Aaron Taylor, Vice President | 191.0 |
| Michael Sabo, Associate | 5.0 |
| **TOTAL** | **504.0** |

**Nortel Networks, Inc**
June 1, 2010 - June 30, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | June 2010 Hours | Code |
|---|---|---|---|
| 6/1/2010 | Review materials re allocation | 3.0 | 1 |
| 6/1/2010 | Travel to New York | 5.0 | 15 |
| 6/2/2010 | Meetings w/ UCC and Bond Cmte | 5.0 | 6 |
| 6/2/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 7.0 | 5 |
| 6/3/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 4.0 | 5 |
| 6/3/2010 | Return travel to Chicago | 5.0 | 15 |
| 6/4/2010 | Review financial materials and allocation analysis | 6.0 | 3 |
| 6/6/2010 | Review financial materials and allocation analysis | 3.0 | 3 |
| 6/7/2010 | Meetings w/ UCC and Bond Cmte | 5.0 | 6 |
| 6/8/2010 | Call re intercompany claims | 1.0 | 7 |
| 6/8/2010 | Review financial materials, allocation analysis and transfer pricing | 3.0 | 1 |
| 6/9/2010 | Review financial materials, allocation analysis and transfer pricing | 6.0 | 1 |
| 6/11/2010 | Review financial materials, allocation analysis and transfer pricing | 5.0 | 1 |
| 6/15/2010 | Call w/ company and professionals | 3.0 | 5 |
| 6/15/2010 | Review financial materials, allocation analysis and transfer pricing | 4.0 | 3 |
| 6/16/2010 | Calls w/ company and professionals | 2.0 | 5 |
| 6/16/2010 | Review materials re tax analysis | 2.0 | 12 |
| 6/16/2010 | Review financial materials, allocation analysis and transfer pricing | 3.0 | 1 |
| 6/17/2010 | Calls w/ company and professionals | 2.0 | 5 |
| 6/17/2010 | Review financial materials, allocation analysis and transfer pricing | 4.0 | 3 |
| 6/18/2010 | Calls w/ company and professionals | 1.0 | 5 |
| 6/18/2010 | Review financial materials, allocation analysis and transfer pricing | 5.0 | 1 |
| 6/20/2010 | Review financial materials, allocation analysis and transfer pricing | 2.0 | 1 |
| 6/21/2010 | Call re Peter Look interview | 6.0 | 6 |
| 6/22/2010 | Call re Peter Look interview | 5.0 | 6 |
| 6/22/2010 | Calls w/ company and professionals | 2.0 | 5 |
| 6/22/2010 | Review financial materials, allocation analysis and transfer pricing | 2.0 | 1 |
| 6/23/2010 | Calls w/ company and professionals | 2.0 | 5 |
| 6/23/2010 | Review materials re transfer pricnig and IFSA | 3.0 | 2 |
| 6/24/2010 | Review materials re transfer pricnig and IFSA | 3.0 | 2 |
| 6/24/2010 | Review financial materials, allocation analysis and transfer pricing | 2.0 | 1 |
| 6/25/2010 | Review materials re: data retention | 2.0 | 3 |
| 6/25/2010 | Calls w/ company and professionals | 2.0 | 5 |
| 6/25/2010 | Review financial materials, allocation analysis and transfer pricing | 2.0 | 3 |
| 6/25/2010 | Review materials re transfer pricnig and IFSA | 3.0 | 2 |
| 6/26/2010 | Review materials re transfer pricnig and IFSA | 2.0 | 2 |
| 6/27/2010 | Review materials re transfer pricnig and IFSA | 4.0 | 2 |
| 6/28/2010 | Review financial materials, allocation analysis and transfer pricing | 4.0 | 3 |
| 6/28/2010 | Calls w/ company and professionals | 3.0 | 5 |
| 6/28/2010 | Review materials re transfer pricnig and IFSA | 2.0 | 2 |
| 6/29/2010 | Review financial materials, allocation analysis and transfer pricing | 7.0 | 1 |
| 6/29/2010 | Call w/ company and professionals | 1.0 | 5 |
| 6/30/2010 | Call w/ company and professionals | 1.0 | 5 |
| 6/30/2010 | Review financial materials, allocation analysis and transfer pricing | 7.0 | 1 |

**June 2010 Total**     **151.0**

**Nortel Networks, Inc**
June 1, 2010 - June 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | June 2010 Hours | Code |
|---|---|---|---|
| 6/1/2010 | Call re Transfer Pricing calculation | 1.0 | 3 |
| 6/1/2010 | Review and discussion of historical TPA information | 3.0 | 3 |
| 6/1/2010 | Call w/ JB re TPA | 1.0 | 3 |
| 6/1/2010 | Travel to New York | 5.0 | 15 |
| 6/2/2010 | Meetings w/ UCC and Bond Cmte | 5.0 | 6 |
| 6/2/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 7.0 | 5 |
| 6/3/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 4.0 | 5 |
| 6/3/2010 | Return travel to Chicago | 5.0 | 15 |
| 6/4/2010 | Review allocation analysis | 4.0 | 3 |
| 6/6/2010 | Prepare material for meeting w/ Fas | 2.0 | 1 |
| 6/7/2010 | Review allocations analysis material | 2.0 | 1 |
| 6/7/2010 | Review allocations analysis material | 4.0 | 1 |
| 6/7/2010 | Meetings w/ UCC and Bond Cmte | 5.0 | 6 |
| 6/8/2010 | Call re:documents | 1.0 | 5 |
| 6/8/2010 | Review of Transfer Pricing | 4.0 | 3 |
| 6/8/2010 | Review allocations analysis material | 3.0 | 1 |
| 6/9/2010 | Call w/ Nortel re Cash forecast | 1.0 | 3 |
| 6/9/2010 | Review financial materials, allocation analysis and transfer pricing | 6.0 | 3 |
| 6/14/2010 | Review and discussion of historical TPA information | 5.0 | 3 |
| 6/14/2010 | Review financial materials, allocation analysis and transfer pricing | 3.0 | 3 |
| 6/15/2010 | Call w/ company and professionals | 4.0 | 5 |
| 6/15/2010 | Prepare and review sumay slide of exposures | 2.0 | 12 |
| 6/16/2010 | Review of Tax Matters | 2.0 | 12 |
| 6/16/2010 | Call on Tax Matters | 2.0 | 12 |
| 6/17/2010 | Pakastan cash repatriation plan call | 1.0 | 3 |
| 6/17/2010 | Review and discussion of historical TPA information | 2.0 | 3 |
| 6/18/2010 | Review and discussion of historical TPA information | 4.0 | 3 |
| 6/18/2010 | Call w/ company and professionals | 2.0 | 3 |
| 6/21/2010 | Travel to New York | 5.0 | 15 |
| 6/21/2010 | Calls w/ professionals re prep for interview | 3.0 | 3 |
| 6/21/2010 | Meeting with Peter Look | 5.0 | 3 |
| 6/21/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 3.0 | 5 |
| 6/22/2010 | Meeting with Peter Look | 4.0 | 3 |
| 6/22/2010 | Meetings w/ Debtor and prefessionals re allocation, case mgmt, asset sales | 4.0 | 5 |
| 6/23/2010 | Meeting with Creditor Committees | 2.0 | 1 |
| 6/23/2010 | Return travel to Chicago | 5.0 | 15 |
| 6/24/2010 | Fee Hearing | 1.0 | 13 |
| 6/24/2010 | Discussions with John Ray | 4.0 | 5 |
| 6/25/2010 | Review financial materials, allocation analysis and transfer pricing | 2.0 | 3 |
| 6/25/2010 | Discussions with Cleary and John Ray | 4.0 | 5 |
| 6/28/2010 | Discussions with John Ray | 4.0 | 5 |
| 6/28/2010 | Review of Allocation Model | 4.0 | 1 |
| 6/29/2010 | Prepare and review information for FAs | 6.0 | 1 |
| 6/29/2010 | Discussions with John Ray | 2.0 | 5 |
| 6/29/2010 | Monthly FA calls | 3.0 | 3 |
| 6/30/2010 | Discussions with Cleary | 1.0 | 5 |
| 6/30/2010 | Review financial materials, allocation analysis and transfer pricing | 5.0 | 3 |
| | **June 2010 Total** | **157.0** | |

Nortel Networks, Inc
June 1, 2010 - June 30, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | June 2010 Hours | Code |
|---|---|---|---|
| 6/1/2010 | Review of Transfer Pricing | 6.0 | 3 |
| 6/1/2010 | Travel to NY | 4.0 | 15 |
| 6/2/2010 | Review of Transfer Pricing | 3.0 | 3 |
| 6/2/2010 | Meeting with Creditor Committees | 4.0 | 6 |
| 6/2/2010 | Discussion with JR and Cleary | 5.0 | 5 |
| 6/3/2010 | Discussion on IP Co | 3.0 | 9 |
| 6/3/2010 | Disucssions with John Ray and Cleary | 2.0 | 5 |
| 6/3/2010 | Travel from NY | 4.0 | 15 |
| 6/4/2010 | Review of Transfer Pricing | 6.0 | 3 |
| 6/7/2010 | Development of Allocation Model | 4.0 | 1 |
| 6/7/2010 | Meeting with Creditor Committees | 5.0 | 6 |
| 6/8/2010 | Development of Allocation Model | 8.0 | 1 |
| 6/9/2010 | Cash Flow Forecast Review Call | 1.0 | 3 |
| 6/9/2010 | Review of historic results | 8.0 | 4 |
| 6/10/2010 | Review of historic results | 4.0 | 4 |
| 6/10/2010 | Review of Transfer Pricing | 4.0 | 3 |
| 6/11/2010 | Development of Allocation Model | 8.0 | 1 |
| 6/14/2010 | Development of Allocation Model | 6.0 | 1 |
| 6/14/2010 | Review of Transfer Pricing | 3.0 | 3 |
| 6/15/2010 | Review of historic results | 3.0 | 4 |
| 6/15/2010 | Discussion with JR and Cleary | 4.0 | 5 |
| 6/15/2010 | Review of Transfer Pricing | 2.0 | 3 |
| 6/16/2010 | Development of Allocation Model | 5.0 | 1 |
| 6/16/2010 | Review of Tax Matters | 2.0 | 12 |
| 6/17/2010 | Pakastan cash repatriation plan call | 1.0 | 3 |
| 6/17/2010 | Review of Transfer Pricing | 4.0 | 3 |
| 6/17/2010 | Development of Allocation Model | 4.0 | 1 |
| 6/18/2010 | Review of Transfer Pricing | 2.0 | 3 |
| 6/18/2010 | Review of historic results | 4.0 | 3 |
| 6/18/2010 | Development of Allocation Model | 2.0 | 1 |
| 6/21/2010 | Review of historic results | 4.0 | 3 |
| 6/21/2010 | Conference call with Peter Look | 5.0 | 3 |
| 6/22/2010 | Conference call with Peter Look | 4.0 | 3 |
| 6/22/2010 | Review of historic results | 4.0 | 3 |
| 6/23/120 | Meeting with Creditor Committees | 2.0 | 1 |
| 6/23/120 | Development of Allocation Model | 6.0 | 1 |
| 6/24/2010 | Development of Allocation Model | 8.0 | 1 |
| 6/25/2010 | Discussions with Cleary and John Ray | 4.0 | 5 |
| 6/25/2010 | Development of Allocation Model | 4.0 | 1 |
| 6/28/2010 | Development of Allocation Model | 4.0 | 1 |
| 6/28/2010 | Discussions with Cleary and John Ray | 4.0 | 5 |
| 6/29/2010 | Monthly FA calls | 3.0 | 3 |
| 6/29/2010 | Discussions with Cleary and John Ray | 2.0 | 5 |
| 6/29/2010 | Development of Allocation Model | 8.0 | 1 |
| 6/30/2010 | Discussions with Cleary | 1.0 | 5 |
| 6/30/2010 | Development of Allocation Model | 7.0 | 1 |
| | **June 2010 Total** | **191.0** | |

Nortel Networks, Inc
June 1, 2010 - June 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | June 2010 Hours | Code |
|---|---|---|---|
| 6/29/2010 | Prepare analysis of Asia Rest. Report | 5.0 | 4 |
| | **June 2010 Total** | **5.0** | |