# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2010 Through June 30, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 6/1-6/3 | Flight to New York, NY (AAirpass) | $ 481.17 |
| Matt Rosenberg | 6/1-6/3 | Hotel (two nights) | $ 537.08 |
| Matt Rosenberg | 6/1-6/3 | Parking | $ 32.00 |
| Matt Rosenberg | 6/1-6/3 | Ground transportation | $ 45.00 |
| Matt Rosenberg | 6/1-6/3 | Meals (one dinner & one breakfast) | $ 43.18 |
| Mike Kennedy | 6/1-6/3 | Flight to New York, NY | $ 1,098.46 |
| Mike Kennedy | 6/1-6/3 | Hotel (two nights) | $ 1,188.92 |
| Mike Kennedy | 6/1-6/3 | Ground transportation | $ 70.00 |
| Mike Kennedy | 6/1-6/3 | Parking | $ 64.00 |
| Mike Kennedy | 6/1-6/3 | Meal (one dinner) | $ 62.91 |
| Aaron Taylor | 6/1-6/3 | Flight to New York, NY | $ 1,105.40 |
| Aaron Taylor | 6/1-6/3 | Hotel (two nights) | $ 1,074.16 |
| Aaron Taylor | 6/1-6/3 | Ground transportation | $ 40.00 |
| Aaron Taylor | 6/1-6/3 | Meals (one dinner) | $ 56.73 |
| Mike Kennedy | 6/21-6/23 | Flight to New York, NY | $ 1,297.40 |
| Mike Kennedy | 6/21-6/23 | Hotel (two nights) | $ 1,326.62 |
| Mike Kennedy | 6/21-6/23 | Ground transportation | $ 106.00 |
| Mike Kennedy | 6/21-6/23 | Parking | $ 93.00 |
| Mike Kennedy | 6/21-6/23 | Meals (one lunch and two dinners) | $ 81.00 |
| General | 5/7/10 | Conference Call | $ 28.22 |
| Mike Kennedy | 5/18/10 & 5/19/10 | Conference Calls | $ 9.69 |
| General | 5/7/10 & 6/7/10 | Catering for two separate meetings | $ 62.98 |
| **Total Expenses** | | | **$ 8,903.91** |