## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Application For Entry Of An Order Authorizing Employment And Retention Of RLKS Executive Solutions LLC As Consulting To The Debtors** *Nunc Pro Tunc* **To July 9, 2010** was caused to be made on July 27, 2010, in the manner indicated upon the entities identified on the attached service list.

Dated: July 27, 2010

_____
Alissa T. Gazze (No. 5338)

3686564.1