# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
NortelNetworks Inc., et al.,                   :
                                               :    Case No. 09-10138 (KG)
                                               :    Jointly Administered
              Debtors.                         :
                                               :    Hearing Date: 8/18/10 at 10:00 a.m.
                                               :    Response Date: 7/28/10 at 4:00 p.m.
----------------------------------------------------------- x
```

### RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE
### TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS

COMES NOW the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue (Department), to respond to the Debtors' Twelfth Omnibus Objection to Claims.

IN SUPPORT THEREOF, it will be shown as follows:

1. The Department is a prepetition and postpetition creditor with several claims.  2.

2. The Debtors have objected to administrative claim number 5896 for $500.00 based on the assertion that no amount is due according to Debtor's books and records.

4. The Department objects to the assertion that no liability is due and asserts that there is still unpaid liability included in the Department's claim reflected by estimates due to returns that have not been filed.

4. Under Tennessee law, when a taxpayer fails to file a tax return, the Commissioner of the Department is authorized to generate an estimate of the tax liability due and assess the taxpayer for the estimated taxes. *See* Tenn. Code Ann. 67-1-1438. This estimate is presumed accurate unless the Debtor submits evidence showing otherwise. *Id.* taxes.

5. A properly filed proof of claim constitutes prima facie evidence of the validity

and amount of the claim. FED. R. BANKR. P. 3001(f). The burden then shifts to the objecting party to go forward with additional evidence to rebut the presumptions in favor of the creditor by a preponderance of the evidence. The Debtors have not produced sufficient evidence to rebut the Department's prima facie case.

   THEREFORE, the Department requests that the Court enter an Order overruling the Debtors' objection to claim number 5896 and allowing the Department's claim in the amount of $500.00.

This the 28th day of July, 2010.

                Respectfully Submitted,

                Tennessee Attorney General
                ROBERT E. COOPER, JR.

                /s/ Laura L. McCloud
                LAURA L. MCCLOUD (TN BPR 16206)
                Assistant Attorney General
                P.O. Box 20207
                Nashville, TN 37202
                (615) 532-8933

                Attorneys for the Tennessee Department of Revenue

CERTIFICATE OF SERVICE

  I hereby certify that on July 28, 2010, a true and correct copy of the foregoing document was sent via e-mail, facsimile or electronic notice or placed in United States mail, first class postage prepaid, addressed to the following parties:

                /s/ Laura L. McCloud
                LAURA L. MCCLOUD (TN BPR 16206)
                Assistant Attorney General

James L. Bromley
Lisa Schweitzer
One Liberty Plaza
New York, NY  10006

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1207 N. Market Street
P.O. Box 1347
Wilmingotn DE  19801