# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2010 Through June 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | 78.55 |
| Photos/Art/ Spec Duplicating | | 4,248.04 |
| Travel | | 848.75 |
| Meals | | 134.13 |
| Messenger Service | | 60.00 |
| Courier/Delivery Service | | 779.49 |
| Computer Research | Westlaw | 1,910.33 |
| Duplicating | In Office | 638.40 |
| Facsimile | | 2,691.50 |
| Postage | | 36.54 |
| Pacer | | 247.84 |
| Paralegal Overtime | (A. Conway – 6/4/10)[6] | 10.31 |
| Conference Calls | | 47.11 |
| **Grand Total Expenses** | | **$11,730.99** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 07/28/10 16:31:17

PRO FORMA   253649          AS OF 06/30/10                                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 815133 | 06/15/10 | B | 25.20 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 171299 |
| 819520 | 06/25/10 | B | 53.35 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 171792 |
| 814795 | 06/08/10 | B | 640.86 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 171183 |
| 814786 | 06/09/10 | B | 584.48 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 171182 |
| 815121 | 06/11/10 | B | 673.86 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 171286 |
| 815199 | 06/15/10 | B | 1,229.38 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 904 | 171366 |
| 817703 | 06/22/10 | B | 640.86 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 171620 |
| 817702 | 06/25/10 | B | 478.60 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 171619 |
| 815051 | 06/03/10 | B | 278.00 | Travel - UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. CULVER - AMTRAK; WILMINGTON, DE TO NY - 06/03/10 | 511 | 203 | 171251 |
| 815211 | 06/03/10 | B | 11.75 | Travel PETTY CASH` A. CORDO PARKIND AND TRAIN TO NY FOR MEETING 06/03/10 | 511 - | 904 | 171374 |
| 813964 | 06/03/10 | B | 263.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; WILMINGTON, DE TO NY - 06/03/10 | 511 | 322 | 171056 |
| 813965 | 06/03/10 | B | 263.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A. CORDO - AMTRAK; WILMINGTON, DE NY - 06/03/10 | 511 TO | 904 | 171056 |
| 814038 | 06/03/10 | B | 33.00 | Travel PETTY CASH` D. ABBOTT PARKING AND TRAIN TO ATTEND MEETING IN NY - 06/03/10 | 511 | 322 | 171074 |
| 818319 | 05/24/10 | B | 134.13 | Meals AMERICAN EXPRESS` COSI - 05/24/10 | 512 | 904 | 171728 |
| 818661 | 06/03/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818662 | 06/03/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818870 | 06/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818871 | 06/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/28/10 16:31:17

PRO FORMA   253649   AS OF 06/30/10   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 818883 | 06/05/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 818886 | 06/05/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 818892 | 06/05/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818929 | 06/08/10 | B | 3.00 | Messenger Service | 513S | 623 | |
| 818936 | 06/08/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 818951 | 06/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818982 | 06/11/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819024 | 06/15/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 819059 | 06/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819068 | 06/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819075 | 06/18/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819096 | 06/21/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819115 | 06/22/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819139 | 06/23/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 819162 | 06/25/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 818224 | 05/03/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 05/03/10 | 514 | 904 | 171727 |
| 818239 | 05/17/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 05/17/10 | 514 | 597 | 171727 |
| 818240 | 05/19/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 05/19/10 | 514 | 597 | 171727 |
| 818241 | 05/20/10 | B | 52.20 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK - 05/20/10 | 514 | 597 | 171727 |
| 814448 | 06/03/10 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 594 | 171149 |
| 814439 | 06/05/10 | B | 22.15 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 171149 |
| 814764 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171175 |
| 814765 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171175 |
| 814766 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171175 |
| 814767 | 06/07/10 | B | 13.60 | Courier/Delivery Service | 514 | 000 | 171175 |
| 814768 | 06/07/10 | B | 14.93 | Courier/Delivery Service | 514 | 597 | 171175 |
| 814769 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171175 |
| 814770 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171175 |
| 814771 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171175 |
| 814772 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171175 |
| 814773 | 06/07/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171175 |

```
Nortel Networks, Inc.                               PRO FORMA   253649        AS OF 06/30/10                                              INVOICE# ******
63989-DIP
DATE: 07/28/10 16:31:17

INDEX    DATE      STAT  AMOUNT   DESCRIPTION                                                                               CODE  TKPER  VOUCHER
814774   06/07/10   B     10.85   Courier/Delivery Service                                                                   514   000    171175
814775   06/07/10   B     28.18   Courier/Delivery Service - FEDERAL EXPRESS CORP.                                           514   000    171176
817887   06/07/10   B     54.10   Courier/Delivery Service BLUE MARBLE LOGISTIC LLC                                          514   597    171700
821525   06/07/10   B     34.80   Courier/Delivery Service AMERICAN EXPRESS' USPS.COM CLICK -                                514   904    172105
                                  06/07/10
817873   06/08/10   B    112.70   Courier/Delivery Service BLUE MARBLE LOGISTIC LLC                                          514   000    171700
817854   06/18/10   B      6.70   Courier/Delivery Service BLUE MARBLE LOGISTIC LLC                                          514   000    171699
816779   06/21/10   B     10.85   Courier/Delivery Service                                                                   514   597    171507
816780   06/21/10   B     10.85   Courier/Delivery Service                                                                   514   597    171507
816781   06/21/10   B     10.85   Courier/Delivery Service                                                                   514   597    171507
816782   06/21/10   B     10.85   Courier/Delivery Service                                                                   514   597    171507
816783   06/21/10   B     10.85   Courier/Delivery Service                                                                   514   597    171507
817177   06/22/10   B     28.18   Courier/Delivery Service FEDERAL EXPRESS CORP                                              514   000    171607
817205   06/22/10   B     10.85   Courier/Delivery Service                                                                   514   000    171608
817206   06/22/10   B     10.85   Courier/Delivery Service                                                                   514   000    171608
817207   06/22/10   B     10.85   Courier/Delivery Service                                                                   514   000    171608
817208   06/22/10   B     10.85   Courier/Delivery Service                                                                   514   000    171608
817209   06/22/10   B     10.85   Courier/Delivery Service                                                                   514   000    171608
817210   06/22/10   B     14.93   Courier/Delivery Service                                                                   514   000    171608
817211   06/22/10   B     20.77   Courier/Delivery Service                                                                   514   000    171608
817212   06/22/10   B     15.64   Courier/Delivery Service                                                                   514   000    171608
818653   06/22/10   B     39.24   Courier/Delivery Service FEDERAL EXPRESS CORP                                              514   000    171753
814843   06/02/10   B     64.32   Computer Research - Westlaw Search Performed by: GAZZE,ALISSA                              515   948
815538   06/08/10   B    160.83   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH                             515   942
                                  S
815539   06/09/10   B     98.06   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH                             515   942
                                  S
815540   06/10/10   B    389.19   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH                             515   942
                                  S
815541   06/11/10   B  1,183.53   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH                             515   942
                                  S
820457   06/28/10   B     14.40   Computer Research - Westlaw Search Performed by: MANN,JUSTIN                               515   983
818595   06/02/10   B      0.10   In-House Duplicating                                                                       519   597
814193   06/02/10   B      3.00   In-House Duplicating                                                                       519   597
814194   06/02/10   B      6.60   In-House Duplicating                                                                       519   626
814195   06/02/10   B     19.20   In-House Duplicating                                                                       519   626
814196   06/02/10   B      3.00   In-House Duplicating                                                                       519   904
```

Nortel Networks, Inc.
63989-DIP
DATE: 07/28/10 16:31:17

PRO FORMA 253649    AS OF 06/30/10    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 814197 | 06/02/10 | B | 4.00 | In-House Duplicating | 519 | 626 | |
| 814198 | 06/02/10 | B | 25.20 | In-House Duplicating | 519 | 670 | |
| 814238 | 06/03/10 | B | 170.80 | In-House Duplicating | 519 | 637 | |
| 814282 | 06/04/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 814283 | 06/04/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 814284 | 06/04/10 | B | 64.80 | In-House Duplicating | 519 | 553 | |
| 814285 | 06/04/10 | B | 34.80 | In-House Duplicating | 519 | 553 | |
| 814336 | 06/07/10 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 814337 | 06/07/10 | B | 5.10 | In-House Duplicating | 519 | 597 | |
| 814338 | 06/07/10 | B | 12.80 | In-House Duplicating | 519 | 670 | |
| 814339 | 06/07/10 | B | 29.00 | In-House Duplicating | 519 | 605 | |
| 818608 | 06/07/10 | B | 28.60 | In-House Duplicating | 519 | 597 | |
| 818615 | 06/08/10 | B | 39.60 | In-House Duplicating | 519 | 622 | |
| 814636 | 06/08/10 | B | 1.50 | In-House Duplicating | 519 | 597 | |
| 814673 | 06/09/10 | B | 1.30 | In-House Duplicating | 519 | 597 | |
| 816334 | 06/15/10 | B | 4.00 | In-House Duplicating | 519 | 597 | |
| 816455 | 06/18/10 | B | 6.30 | In-House Duplicating | 519 | 597 | |
| 816456 | 06/18/10 | B | 36.00 | In-House Duplicating | 519 | 670 | |
| 816548 | 06/22/10 | B | 9.40 | In-House Duplicating | 519 | 597 | |
| 816549 | 06/22/10 | B | 28.60 | In-House Duplicating | 519 | 553 | |
| 816733 | 06/23/10 | B | 8.50 | In-House Duplicating | 519 | 597 | |
| 816734 | 06/23/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 816735 | 06/23/10 | B | 26.00 | In-House Duplicating | 519 | 554 | |
| 818746 | 06/28/10 | B | 1.00 | In-House Duplicating | 519 | 670 | |
| 819063 | 06/29/10 | B | 15.00 | In-House Duplicating | 519 | 597 | |
| 819064 | 06/29/10 | B | 19.40 | In-House Duplicating | 519 | 597 | |
| 818826 | 06/30/10 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 818827 | 06/30/10 | B | 15.00 | In-House Duplicating | 519 | 670 | |
| 818828 | 06/30/10 | B | 18.40 | In-House Duplicating | 519 | 605 | |
| 816074 | 06/04/10 | B | 23.00 | Postage | 520 | 961 | |

```
Nortel Networks, Inc.                      PRO FORMA   253649         AS OF 06/30/10              INVOICE# ******
63989-DIP
DATE: 07/28/10 16:31:17
```

| INDEX  | DATE     | STAT | AMOUNT    | DESCRIPTION                                                      | CODE | TKPER | VOUCHER |
|--------|----------|------|-----------|------------------------------------------------------------------|------|-------|---------|
| 820645 | 06/24/10 | B    | 13.54     | Postage                                                          | 520  | 000   |         |
| 814798 | 06/07/10 | B    | 661.50    | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX                 | 522H | 597   | 171186  |
| 817716 | 06/22/10 | B    | 1,001.00  | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX                 | 522H | 597   | 171633  |
| 817715 | 06/23/10 | B    | 1,029.00  | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX                 | 522H | 597   | 171632  |
| 822760 | 06/30/10 | B    | 247.84    | Pacer charges for the month of June                              | 529  | 000   |         |
| 814544 | 06/04/10 | B    | 10.31     | Paralegal Overtime                                               | 530S | 594   |         |
| 818265 | 05/28/10 | B    | 37.00     | Conference Calls AMERICAN EXPRESS' COURT CALL, LLC - 05/28/10    | 552H | 904   | 171727  |
| 817773 | 06/08/10 | B    | 10.11     | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC            | 552H | 322   | 171654  |
|        |          |      | 11,730.99 |                                                                  |      |       |         |