# **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Ninth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottleib Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on July 28, 2010, in the manner indicated upon the entities identified on the attached service list.

Date: July 28, 2010                                */s/ Ann C. Cordo*
                                                                    Ann C. Cordo (No. 4817)

3086540.4