# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 27, 2010  
Invoice 360608  
Page 2  

Client #  732310  

Matter #  165839

---

For services through June 30, 2010  
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 06/07/10 | Review docket (.2); Review critical dates (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 06/09/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 06/16/10 | Finalize and file affidavits of service for B. Witters (x2) | | | | |
| | Paralegal | Rebecca V. Speaker | 0.20 hrs. | 195.00 | $39.00 |
| 06/17/10 | Maintain original pleadings | | | | |
| | Paralegal | Amy B. Anderson | 0.20 hrs. | 100.00 | $20.00 |
| 06/17/10 | Review docket (.2); Review critical dates (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 06/22/10 | Review docket (.1); Review critical dates (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 06/23/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 06/24/10 | Maintain original pleadings | | | | |
| | Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 06/25/10 | Maintain original pleadings | | | | |
| | Paralegal | Brenda D. Tobin | 0.50 hrs. | 100.00 | $50.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 27, 2010  
Invoice 360608  
Page 3  
Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/28/10 | Maintain original pleadings | | | | |
| Paralegal | Brenda D. Tobin | | 0.40 hrs. | 100.00 | $40.00 |
| 06/30/10 | Review docket (.2); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $705.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$705.50** |
| BALANCE BROUGHT FORWARD | $529.50 |
| **TOTAL DUE FOR THIS MATTER** | **$1,235.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 27, 2010
Invoice 360608
Page 4
Client #  732310

Matter #  165839

For services through June 30, 2010
relating to Court Hearings

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/10 | Retrieve re: 6/9/10 agenda (.1); Review re: same (.2); E-mail to RLF team re: same (.1) | | | | |
| | | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 06/08/10 | Assist with 6/9/10 hearing binder | | | | |
| | | Paralegal — Brenda D. Tobin | 0.20 hrs. | 100.00 | $20.00 |
| 06/09/10 | Email to B. Kahn re: scheduling of 6/24/10 hearing (.1); Email to A. Cordo re: scheduling of 6/24/10 hearing (.1) | | | | |
| | | Associate — Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 06/22/10 | Retrieve and review re: 6/24/10 agenda (.1); E-mail to RLF distribution re: same (.1); Telephone call to Courtcall re: M. Wunder & D. Botter telephonic appearance (.2); E-mail to M. Wunder & D. Botter re: same (.2) | | | | |
| | | Paralegal — Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 06/22/10 | Email to D. Botter re: logistics of 6/24/10 hearing (.1); Review agenda for 6/24/10 hearing (.2); Email to B. Witters re: logistics of 6/24/10 hearing (.1) | | | | |
| | | Associate — Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 06/23/10 | Telephone call to Courtcall re: telephonic appearance for S. Schultz (.1); E-mail to S. Schultz re: same (.1) | | | | |
| | | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 06/23/10 | Assist with preparation of 06/24/10 hearing binder | | | | |
| | | Paralegal — Brenda D. Tobin | 2.60 hrs. | 100.00 | $260.00 |
| 06/23/10 | Email to B. Witters re: logistics of 6/24/10 hearing (.1); Prepare for 6/24/10 hearing (.5) | | | | |
| | | Associate — Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 27, 2010  
Invoice 360608  
Page 5  
Client #  732310  

Matter #  165839  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/24/10 | Assist with preparation of 06/24/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 06/24/10 | Attend 6/24/10 hearing (.5); Prepare for 6/24/10 hearing (.3) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 315.00 | $252.00 |

Total Fees for Professional Services     $1,174.00

TOTAL DUE FOR THIS INVOICE     **$1,174.00**  
BALANCE BROUGHT FORWARD     $1,496.50  

**TOTAL DUE FOR THIS MATTER**     **$2,670.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 27, 2010  
Invoice 360608  
Page 6  
Client # 732310

Matter # 165839

For services through June 30, 2010  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/10 | Prepare cos re: District Court appellee brief (.4); Finalize and file re: UK answering brief in District Court (.3); E-mail to J. Shairer re: service of same (.1); E-mail to J. Sturm re: same (.1) | Paralegal Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 06/07/10 | Review answering brief of committee in U.K. Pension appeal (1.2); Call to J. Sturm re: comments to answering brief of committee in U.K. Pension appeal (.2); Email to J. Sturm re: filing and service of answering brief of committee in U.K. Pension appeal (.1); Prepare for answering brief of committee in U.K. Pension appeal filing and service (.4) | Associate Christopher M. Samis | 1.90 hrs. | 315.00 | $598.50 |
| 06/07/10 | Coordinate service of answering brief | Paralegal Jamie E. Schairer | 0.10 hrs. | 195.00 | $19.50 |
| 06/08/10 | Coordinate to District Court re: answering brief for UK case | Paralegal Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 06/14/10 | Review reply brief of U.K. Pension appellants in District Court appeal | Associate Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 06/15/10 | Review briefing deadlines in U.K. Pension appeal in District Court (.3); Call to A. Cordo re: briefing deadlines in U.K. Pension appeal in District Court (.2); Email to J. Sturm re: briefing deadlines in U.K. Pension appeal in District Court (.1); Call to J. Sturm re: briefing deadlines in U.K. Pension appeal in District Court (.1); Review Local Rules to respond to J. Sturm inquiry on briefing deadlines in U.K. Pension appeal in District Court (.2) | Associate Christopher M. Samis | 0.90 hrs. | 315.00 | $283.50 |

Total Fees for Professional Services $1,336.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 27, 2010  
Invoice 360608  
Page 7  
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $1,336.50 |
| BALANCE BROUGHT FORWARD | $70.50 |
| **TOTAL DUE FOR THIS MATTER** | **$1,407.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 27, 2010  
Invoice 360608  
Page 8

Client #  732310

Matter #  165839

For services through June 30, 2010  
relating to  RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/10 | Prepare fifth RLF interim fee application (.5); E-mail to accounting re: same (.1); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 06/01/10 | Review, revise and finalize RL&F 5th interim fee application | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 06/02/10 | E-mail to B. Kahn re: estimated May fees and expenses for RLF | Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 06/11/10 | Review RLF May bill memo | Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 06/17/10 | Review final fee figures | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 06/18/10 | Prepare cno re: RLF April fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 06/18/10 | Review and execute certificate of no objection re: RLF monthly fee application | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 06/23/10 | Prepare letter to G. Davies re: April fee application and cno (.2); Coordinate to G. Davies re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 06/24/10 | Review and revise RLF May fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 27, 2010  
Invoice 360608  
Page 9  
Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/10 | Review RLF monthly fee application (.3); Discussion with B. Witters re: filing same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.40 hrs. | 315.00 | $126.00 |

|   |   |
|---|---|
| Total Fees for Professional Services | $849.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$849.00** |
| BALANCE BROUGHT FORWARD | $501.00 |
| **TOTAL DUE FOR THIS MATTER** | **$1,350.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 27, 2010  
Invoice 360608  
Page 10

Client # 732310

Matter # 165839

For services through June 30, 2010  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/10 | Attention to e-mail re: Fraser Milner April fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Finalize, file and coordinate service re: fifth interim fee application of Ashurst (.2); Finalize, file and coordinate service re: fifth interim fee application of Fraser Milner (.2) | Paralegal | Barbara J. Witters | 1.30 hrs. | 195.00 | $253.50 |
| 06/01/10 | Review, revise and finalize Ashurst 5th interim fee application (.2); Review, revise and finalize Fraser Milner 5th interim fee application (.2); Review, revise and finalize Fraser Milner 15th monthly fee application (.2) | Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |
| 06/03/10 | Prepare aos re: fifth interim fee application of Akin Gump (.2); Prepare aos re: fifth interim fee applications (.2); Prepare cno re: Fraser Milner March fee application (.2); Finalize and file cno re: same (.2); E-mail to M. Wunder re: same (.1) | Paralegal | Barbara J. Witters | 0.90 hrs. | 195.00 | $175.50 |
| 06/03/10 | Review, revise and finalize CNO for 14th monthly fee application of Fraser Milner | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 06/16/10 | Email to B. Witters re: creating fee chart for interim fee hearing on 6/24/10 | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 06/17/10 | E-mail to J. Hyland from Capstone (.1); Telephone call from J. Hyland x2 re: same (.2); Attention to e-mail re: fifth interim fee application of Capstone (.1); Retrieve re: same (.2); Finalize, file and coordinate service re: (.3); Prepare AOS re: same (.2) | Paralegal | Barbara J. Witters | 1.10 hrs. | 195.00 | $214.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 27, 2010  
Invoice 360608  
Page 11  

Client #  732310  

Matter #  165839  

---

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/10 | Email to B. Witters re: getting Capstone interim fee application on file | Associate — Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 06/18/10 | Prepare cno re: Akin Gump April fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 06/18/10 | Review and execute certificate of no objection re: Akin Gump monthly fee application | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 06/21/10 | Prepare exhibit B to fifth interim fee order (2.5); E-mail to J. Strum re: same (.1) | Paralegal — Barbara J. Witters | 2.60 hrs. | 195.00 | $507.00 |
| 06/21/10 | Meet with B. Witters re: finalizing 5th interim fee order for 6/25/10 hearing (.2); Email to J. Sturm re: drafting of 5th interim fee order (.1); Emails to M. Wunder re: adjustments Fraser Milner fees on 5th interim fee order (.2) | Associate — Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 06/22/10 | Revise exhibit B to fifth interim fee application (.2); E-mail to C. Samis re: same (.1); E-mail to M. Wunder re: same (.1); Prepare cno re: Capstone April fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 06/22/10 | Review and execute certificate of no objection re: Capstone monthly fee application | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 06/23/10 | Prepare cno re: Fraser Milner April fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 06/23/10 | Revise exhibit B re: fifth interim fee order (.2); E-mail to M. Wunder re: same (.1); E-mail to A. Cordo re: same (.1); Prepare cno re: Fraser Milner April fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | July 27, 2010<br>Invoice 360608<br>Page 12<br><br>Client #  732310<br><br>Matter # 165839 |

---

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/23/10 | Email to B. Witters re: status of Committee exhibit for Nortel interim fee order (.1); Email to A. Cordo re: status of Committee exhibit for Nortel interim fee order (.1) | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 06/23/10 | Review and execute certificate of no objection re: Fraser monthly fee application | Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 06/29/10 | Attention to e-mail re: Ashurst May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare cno re Ashurst April fee application (.2); Attention to e-mail re: Capstone May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | Paralegal | Barbara J. Witters | 1.60 hrs. | 195.00 | $312.00 |
| 06/29/10 | Review Ashurst monthly fee application (.2); Review and execute notice of filing same (.1); Review certification of no objection re: Ashurst monthly fee application (.1); Review Capstone monthly fee application (.2); Review and execute notice of filing same (.1) | Associate | Drew G. Sloan | 0.70 hrs. | 315.00 | $220.50 |
| 06/29/10 | Finalize and efile Ashurst 16th fee application (.2); Finalize and efile Capstone 16th fee application (.2); Finalize and efile certificate of no objection regarding Ashurst 15th fee application (.2); Coordinate service of Ashurst and Capstone's 16th fee applications (.2) | Paralegal | Janel Gates | 0.80 hrs. | 195.00 | $156.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $2,937.00 |

|  |  |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,937.00** |
| BALANCE BROUGHT FORWARD | $1,734.00 |
| **TOTAL DUE FOR THIS MATTER** | **$4,671.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 27, 2010  
Invoice 360608  
Page 13  
Client #  732310  

## Summary of Hours

|                      | Hours | Rate/Hr | Dollars  |
|----------------------|-------|---------|----------|
| Amy B. Anderson      | 0.20  | 100.00  | 20.00    |
| Barbara J. Witters   | 17.80 | 195.00  | 3,471.00 |
| Brenda D. Tobin      | 4.30  | 100.00  | 430.00   |
| Christopher M. Samis | 7.60  | 315.00  | 2,394.00 |
| Drew G. Sloan        | 1.50  | 315.00  | 472.50   |
| Jamie E. Schairer    | 0.10  | 195.00  | 19.50    |
| Janel Gates          | 0.80  | 195.00  | 156.00   |
| Rebecca V. Speaker   | 0.20  | 195.00  | 39.00    |
| **TOTAL**            | 32.50 | $215.45 | 7,002.00 |

**TOTAL DUE FOR THIS INVOICE**                                         $7,612.59

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310