# **EXHIBIT B**



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

July 27, 2010
Invoice 360608

Page 1
Client #  732310
Matter #  165839

---

For disbursements incurred through June 30, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $79.92 |
| Filing Fees | $30.00 |
| Long distance telephone charges | $8.34 |
| Messenger and delivery service | $238.47 |
| Photocopying/Printing<br>1,697 @ $.10 pg./ 424 @ $.10/pg. | $212.10 |
| Postage | $41.76 |

| | |
|---|---:|
| Other Charges | $610.59 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$610.59** |
| BALANCE BROUGHT FORWARD | $656.31 |
| **TOTAL DUE FOR THIS MATTER** | **$1,266.90** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 27, 2010
Invoice 360608
Page 14
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 06/01/10 | Photocopies | DUP.10CC |
| | Amount =  $49.50 | |
| 06/01/10 | ALL PACER | DOCRETRI |
| | Amount =  $5.12 | |
| 06/01/10 | Postage | POST |
| | Amount =  $15.69 | |
| 06/01/10 | Printing | DUP.10CC |
| | Amount =  $8.30 | |
| 06/02/10 | Messenger and delivery 6/1/2010, Morris Nichols, BJW | MESS |
| | Amount =  $6.00 | |
| 06/02/10 | Messenger and delivery 6/1/2010, US Trustee, BJW | MESS |
| | Amount =  $6.00 | |
| 06/02/10 | Messenger and delivery 6/1/2010, Post Office/New Castle, BJW | MESS |
| | Amount =  $51.30 | |
| 06/07/10 | WILLKIE FARR & GALLAGHER - Messenger and delivery | MESS |
| | Amount =  $10.85 | |
| 06/07/10 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery | MESS |
| | Amount =  $10.85 | |
| 06/07/10 | Photocopies | DUP.10CC |
| | Amount =  $4.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 27, 2010
Invoice 360608

Page 15

Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 06/07/10 | Photocopies | | DUP.10CC |
| | Amount = | $34.80 | |
| 06/07/10 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/07/10 | 2128721056 Long Distance | | LD |
| | Amount = | $6.95 | |
| 06/07/10 | ALL PACER | | DOCRETRI |
| | Amount = | $9.04 | |
| 06/07/10 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 06/08/10 | Messenger and delivery 6/7/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/08/10 | Messenger and delivery 6/7/2010, Bayard Firm, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/08/10 | Messenger and delivery 6/7/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/08/10 | Messenger and delivery 6/7/2010, Werb & Sullivan, JZS | | MESS |
| | Amount = | $6.00 | |
| 06/08/10 | Messenger and delivery 6/7/2010, Fox Rothschild, JZS | | MESS |
| | Amount = | $6.00 | |
| 06/08/10 | ALL PACER | | DOCRETRI |
| | Amount = | $2.32 | |
| 06/09/10 | Delivery expense 6/8/2010 | | MESS |
| | Amount = | $3.20 | |
| 06/09/10 | Delivery expense 6/8/2010 | | MESS |
| | Amount = | $3.20 | |
| 06/15/10 | ALL PACER | | DOCRETRI |
| | Amount = | $6.32 | |
| 06/17/10 | Photocopies | | DUP.10CC |
| | Amount = | $1.50 | |
| 06/17/10 | ALL PACER | | DOCRETRI |
| | Amount = | $1.92 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 27, 2010
Invoice 360608

Page 16

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 06/17/10 | Postage | Amount =  $3.39 | POST |
| 06/18/10 | Delivery expense 6/17/2010 | Amount =  $6.40 | MESS |
| 06/18/10 | Messenger and delivery 6/17/2010, Post Office/New Castle, BJW | Amount =  $51.30 | MESS |
| 06/18/10 | Printing | Amount =  $1.80 | DUP.10CC |
| 06/22/10 | COURTCALL LLC | Amount =  $30.00 | FLFEE |
| 06/22/10 | ALL PACER | Amount =  $22.32 | DOCRETRI |
| 06/23/10 | NORTEL - Messenger and delivery | Amount =  $24.37 | MESS |
| 06/23/10 | ALL PACER | Amount =  $22.80 | DOCRETRI |
| 06/23/10 | Printing | Amount =  $2.00 | DUP.10CC |
| 06/23/10 | Printing | Amount =  $1.20 | DUP.10CC |
| 06/23/10 | Printing | Amount =  $4.10 | DUP.10CC |
| 06/24/10 | Photocopies | Amount =  $21.00 | DUP.10CC |
| 06/24/10 | ALL PACER | Amount =  $4.24 | DOCRETRI |
| 06/24/10 | Postage | Amount =  $6.99 | POST |
| 06/24/10 | Printing | Amount =  $1.90 | DUP.10CC |
| 06/25/10 | Printing | Amount =  $1.10 | DUP.10CC |
| 06/28/10 | Messenger and delivery 6/24/2010, Morris Nichols, BJW | Amount =  $6.00 | MESS |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 27, 2010
Invoice 360608

Page 17

Client #  732310

| | | | |
|---|---|---|---|
| 06/28/10 | Messenger and delivery 6/24/2010, US Trustee, BJW | | MESS |
| | Amount = | $6.00 | |
| 06/29/10 | Photocopies | | DUP.10CC |
| | Amount = | $58.00 | |
| 06/29/10 | 9196127681 Long Distance | | LD |
| | Amount = | $1.39 | |
| 06/29/10 | ALL PACER | | DOCRETRI |
| | Amount = | $5.84 | |
| 06/29/10 | Postage | | POST |
| | Amount = | $15.69 | |
| 06/29/10 | Printing | | DUP.10CC |
| | Amount = | $8.20 | |
| 06/29/10 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 06/29/10 | Printing | | DUP.10CC |
| | Amount = | $7.70 | |
| 06/30/10 | Messenger and delivery 6/23/2010, BJW | | MESS |
| | Amount = | $11.00 | |
| 06/30/10 | Messenger and delivery 6/29/2010, US Trustee, JH | | MESS |
| | Amount = | $6.00 | |
| 06/30/10 | Messenger and delivery 6/29/2010, Morris Nichols, JH | | MESS |
| | Amount = | $6.00 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $610.59