IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK   )

STEVEN CUNIX, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.  On July 29, 2010, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a)  the sellers of the claims as listed on the annexed Exhibit B,
    b)  the buyers of the claims as listed on the annexed Exhibit C,
    c)  counsel to the Debtors as listed on Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                Steven Cunix

Sworn to before me this
29th day of July, 2010

STEVEN B. INDELICATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01IN6220076
Qualified in the County of Richmond
Commission Expires April 12, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STREAMLINE CIRCUITS CORPORATION
             1410 MARTIN AVENUE
             SANTA CLARA, CA 95050

Please note that your claim # 1777 in the above referenced case and in the amount of $2,737.64 has been transferred (unless previously expunged by court order) to:

             UNITED STATES DEBT RECOVERY V, LP
             TRANSFEROR: STREAMLINE CIRCUITS CORP.
             940 SOUTHWOOD BL, SUITE 101
             INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2955        in your objection. If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 05/10/2010                    David D. Bird, Clerk of Court


                                    /s/ Steven Cunix
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2010.

**EXHIBIT B**

TIME: 11:38:49
DATE: 07/29/10

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| GLOBALWARE SOLUTIONS INC | 200 WARD HILL AVE HAVERHILL MA 01835-6972 |
| TELFUSION INC | 1003 MORRISVILLE PKWY MORRISVILLE NC 27560 |

Total Number of Records Printed                    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

TIME: 11:38:23
DATE: 07/29/10

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CORE OPPORTUNITIES FUND, L.P. | TRANSFEROR: GLOBALWARE SOLUTIONS INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| UNITED STATES DEBT RECOVERY IV, LLC | TRANSFEROR: TELFUSION INC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed                2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT D**

Cleary Gottlieb Steen & Hamilton LLP, Attn: James Bromley, One Liberty Plaza, New York, NY  10006