**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



Interim (5)

VAT Invoice Date: **29 July 2010**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **293243**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 28,869.50 |
| For the period to 30 June 2010, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 9.72 |
| **Disbursements:** (NT) |  |  |  |
| Companies House Fees | 0.00 | 0.00 | 17.67 |
|  | 0.00 |  | 28,896.89 |
|  |  | VAT | 0.00 |
|  |  | Total | 28,896.89 |
|  |  | **Balance Due** | **28,896.89** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP · Account No.: 00404268
Sort Code: 50-00-00 · Swift Code: NWBKGB2L · IBAN Code: GB12NWBK50000000404268
Please quote reference 293243 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

The Official Unsecured Creditors Committee for Nortel Networks Inc

Re: BANKRUPTCY

GDB/CCN01.00001

For the period: to 30 June 2010

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.50 | 975.00 | (C0031) |
|  |  | 1.50 | 975.00 |  |
| Partner: | Angela Pearson | 19.80 | 12,375.00 | (C0016) |
|  |  | 19.80 | 12,375.00 |  |
| Partner: | Steven Hull | 10.30 | 6,437.50 | (C0016) |
|  |  | 10.30 | 6,437.50 |  |
| Senior Associate: | Marcus Fink | 0.60 | 309.00 | (C0016) |
|  |  | 0.60 | 309.00 |  |
| Associate: | Caroline Wicker | 1.20 | 456.00 | (C0007) |
|  |  | 9.40 | 3,572.00 | (C0028) |
|  |  | 10.60 | 4,028.00 |  |
| Junior Associate: | Paul Bagon | 6.00 | 2,100.00 | (C0003) |
|  |  | 3.10 | 1,085.00 | (C0007) |
|  |  | 0.50 | 175.00 | (C0028) |
|  |  | 2.90 | 1,015.00 | (C0031) |
|  |  | 12.50 | 4,375.00 |  |
| Trainee: | Toby Gascoyne | 2.00 | 370.00 | (C0016) |
|  |  | 2.00 | 370.00 |  |
| **TOTAL** |  | **57.30** | **£28,869.50** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2010

Matter: CCN01.00001 - BANKRUPTCY

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| Associates | | | | |
| PDB | Paul Bagon | 6.00 | 350.00 | 2,100.00 |
| | | | Total | 2,100.00 |

Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 17/06/2010 | Paul Bagon | C0003 | Ashurst Fee Application | 0.50 | 350.00 | 175.00 |
| 29/06/2010 | Paul Bagon | C0003 | Ashurst Fee application and Lehman LRA | 5.50 | 350.00 | 1,925.00 |
| | | | | | | 2,100.00 |

Matter: CCN01.00001 - BANKRUPTCY

<u>C0007</u>      <u>Creditors Committee Meetings</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| CWW | Caroline Wicker | 1.20 | 380.00 | 456.00 |
| PDB | Paul Bagon | 3.10 | 350.00 | 1,085.00 |
|  |  |  | Total | 1,541.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2010 | Paul Bagon | PHOB | UCC weekly meeting | 0.60 | 350.00 | 210.00 |
| 10/06/2010 | Paul Bagon | PHOB | UCC weekly call | 1.10 | 350.00 | 385.00 |
| 16/06/2010 | Paul Bagon | PHOB | UCC weekly call | 0.90 | 350.00 | 315.00 |
| 24/06/2010 | Caroline Wicker | CWW | Attending Weekly Committee Call | 1.20 | 380.00 | 456.00 |
| 24/06/2010 | Paul Bagon | PHOB | UCC weekly call (in part) | 0.50 | 350.00 | 175.00 |
|  |  |  |  |  |  | 1,541.00 |

20

Matter: CCN01.00001 - BANKRUPTCY

**C0016**     Lift Stay Litigation

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 19.80 | 625.00 | 12,375.00 |
| SEH | Steven Hull | 10.30 | 625.00 | 6,437.50 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 0.60 | 515.00 | 309.00 |
| **Trainee** | | | | |
| TGASCO | Toby Gascoyne | 2.00 | 185.00 | 370.00 |
| | | | Total | 19,491.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0016**    **Lift Stay Litigation**

|  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2010 | Steven Hull | READ | Review Joshua Sturm email and review attached replies to lifty stay bridge appeal brief of the CCC UK pension plan trust deed and FRS; review further Joshua Sturm email and review attached draft of the minister's factum for the UK Pension Regulator's Canadian Appeal | 0.40 | 625.00 | 250.00 |
| 10/06/2010 | Marcus Fink | LETT | Review factums of parties and appellee briefs | 0.50 | 515.00 | 305.50 |
| 14/06/2010 | Angela Pearson | READ | Review factums, etc | 2.40 | 625.00 | 1,500.00 |
| 15/06/2010 | Steven Hull | LETT | Review Josh Sturm e-mail and review attached NRUK pension plan trustee and PPF filed reply in respect of appeal | 0.30 | 625.00 | 187.50 |
| 16/06/2010 | Angela Pearson | NOTE | Discussion SCH | 0.30 | 625.00 | 187.50 |
| 16/06/2010 | Angela Pearson | LETT | Email - SCH | 0.40 | 625.00 | 250.00 |
| 16/06/2010 | Angela Pearson | READ | Email - Akin Gump | 0.20 | 625.00 | 125.00 |
| 16/06/2010 | Angela Pearson | READ | Review details of claim and list of documents | 2.30 | 625.00 | 1,437.50 |
| 16/06/2010 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 16/06/2010 | Steven Hull | LETT | Review Lisa Beckerman e-mail re Nortel document request and consider issues arising; meeting with Lisa Beckerman regarding requirements in connection with same; discussion with Angela Pearson re same and actuarial input regarding calculation obligations; response to Lisa Beckerman and e-mails with Pinder Sindhal regarding additional expertise on calculation of section 75 liabilities and liabilities under guarantees; e-mail correspondence with Marcus Fink re same and review trustee guarantee documentation re obligation arising; consider further issues in connection with same and proposed response to Lisa Beckerman and related matters | 2.50 | 625.00 | 1,562.50 |
| 17/06/2010 | Angela Pearson | DOCS | List of documents | 2.80 | 625.00 | 1,750.00 |
| 17/06/2010 | Angela Pearson | LETT | Email to SCH/M Fink | 0.90 | 625.00 | 562.50 |
| 17/06/2010 | Angela Pearson | PHON | Telephone conversation with PS | 0.30 | 625.00 | 187.50 |
| 17/06/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 17/06/2010 | Angela Pearson | READ | Review emails | 0.50 | 625.00 | 312.50 |
| 17/06/2010 | Steven Hull | LETT | Numerous e-mails with Lisa Beckerman, Marcus Fink, Toby Gascoyne and Angela Pearson regarding response to document request list prepared by Lisa Beckerman and complex issues arising in respect of same and consider Herbert Smith draft claim and consider draft document request list and related matters; discussions with James Saunders regarding calculation of section 75 debt buyout and related matters and e-mails with Richard Jones and James Saunders regarding same; review Angela Pearson draft of response to document request and incorporation of amendments of the same; review James Saunders e-mail regarding further information required for calculations; liaising with Marcus Fink and Toby Gascoyne via e-mail throughout the day | 4.90 | 625.00 | 3,062.50 |
| 17/06/2010 | Toby Gascoyne | READ | Emails to Steven Hull, Marcus Fink re heads of claim | 2.30 | 125.00 | 320.00 |

22

Matter: CCN01.00001 - BANKRUPTCY

**C0016     Lift Stay Litigation**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 18/06/2010 | Angela Pearson | READ | Review documents/emails | 1.30 | 625.00 | 812.50 |
| 21/06/2010 | Steven Hull | READ | Review Joshua Sturm memo and review attached report for oral argument on UK Pension Appellant's appeal in the US Bankruptcy Stay Order | 0.30 | 625.00 | 187.50 |
| 22/06/2010 | Angela Pearson | READ | Review emails/documents | 0.10 | 625.00 | 62.50 |
| 22/06/2010 | Steven Hull | READ | Review Lisa Beckerman email regarding determinations panel hearing and process and consider response | 0.20 | 625.00 | 125.00 |
| 23/06/2010 | Angela Pearson | READ | Check re. appeal | 0.40 | 625.00 | 250.00 |
| 23/06/2010 | Angela Pearson | LETT | Email to L Beckerman | 0.20 | 625.00 | 125.00 |
| 23/06/2010 | Angela Pearson | PHON | Telephone conversation with M Blyth, Linklaters | 0.30 | 625.00 | 187.50 |
| 23/06/2010 | Angela Pearson | PHON | Email to L Beckerman | 0.20 | 625.00 | 125.00 |
| 23/06/2010 | Angela Pearson | DRFT | Review motion, etc | 1.00 | 625.00 | 625.00 |
| 23/06/2010 | Steven Hull | LETT | Review Angela Pearson response to Lisa Beckerman regarding FSD follow up and related matters; review Lisa Beckerman response and review further question regarding 28 day appeal and review Angela Pearson response regarding same | 0.30 | 625.00 | 187.50 |
| 28/06/2010 | Angela Pearson | PHON | Telephone conversation Linklaters | 0.20 | 625.00 | 125.00 |
| 28/06/2010 | Angela Pearson | LETT | Email - Lisa Beckerman | 0.05 | 625.00 | 31.25 |
| 28/06/2010 | Steven Hull | READ | Review Lisa Beckerman email regarding determinations of Determinations Panel and determinations notice issued and review Angela Pearson response and email to Angela Pearson re: same | 0.30 | 625.00 | 187.50 |
| 28/06/2010 | Angela Pearson | PHON | Telephone conversation with M Blyth, Linklaters | 0.30 | 625.00 | 187.50 |
| 28/06/2010 | Angela Pearson | LETT | Email Akin Gump | 0.20 | 625.00 | 125.00 |
| 28/06/2010 | Angela Pearson | PHON | Checking TRP website | 0.60 | 625.00 | 375.00 |
| 28/06/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 28/06/2010 | Steven Hull | READ | Review email correspondence regarding determinations of Pensions Regulator in respect of FSD | 0.20 | 625.00 | 125.00 |
| 29/06/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.80 | 625.00 | 500.00 |
| 29/06/2010 | Angela Pearson | LETT | Email to Linklaters | 0.30 | 625.00 | 187.50 |
| 29/06/2010 | Angela Pearson | PHON | Telephone conversation with TPR | 0.20 | 625.00 | 125.00 |
| 29/06/2010 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 0.95 | 625.00 | 562.50 |
| 29/06/2010 | Angela Pearson | LETT | Email Akin Gump | 0.20 | 625.00 | 125.00 |
| 29/06/2010 | Angela Pearson | DRFT | Emails - SFO | 0.40 | 625.00 | 250.00 |
| 29/06/2010 | Angela Pearson | READ | Review Akin Gump note and comment | 0.20 | 625.00 | 117.50 |
| 29/06/2010 | Angela Pearson | LETT | Email - Linklaters | 0.20 | 625.00 | 125.00 |
| 29/06/2010 | Steven Hull | LETT | Responding to Angela Pearson query regarding FSD and bonus case; review Angela Pearson email to Lisa Beckerman and Ian Forest regarding same, responding to Angela Pearson with legislative background of serving of CN and FSD. | 0.60 | 625.00 | 375.00 |
| 30/06/2010 | Angela Pearson | DFT | Checking website re TPR | 0.30 | 625.00 | 187.50 |
| 30/06/2010 | Steven Hull | READ | Review Joshua Sturm summary of UK pensions procedures determinations email from Cleary regarding FSD. | 0.30 | 625.00 | 187.50 |

                                                                                                                 39,401.50

23

Matter: CCN01.00001 - BANKRUPTCY

### C0028    Non-Debtor Affiliates

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| CWW | Caroline Wicker | 9.40 | 380.00 | 3,572.00 |
| PDB | Paul Bagon | 0.50 | 350.00 | 175.00 |
| | | | Total | 3,747.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2010 | Caroline Wicker | REVI | Reviewing report | 2.00 | 380.00 | 760.00 |
| 03/06/2010 | Paul Bagon | READ | Brief review of AG opinion/jurisdiction analysis | 0.50 | 350.00 | 175.00 |
| 05/06/2010 | Caroline Wicker | REVI | Reviewing report | 1.00 | 380.00 | 380.00 |
| 07/06/2010 | Caroline Wicker | REVI | Reviewing report | 4.00 | 380.00 | 1,520.00 |
| 10/06/2010 | Caroline Wicker | REVI | Reviewing report | 1.50 | 380.00 | 570.00 |
| 11/06/2010 | Caroline Wicker | REVI | Review of report | 0.50 | 380.00 | 190.00 |

3,747.00

Matter: CCN01.00001 - BANKRUPTCY

### C0031    European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** |  |  |  |  |
| GJB | Giles Boothman | 1.50 | 650.00 | 975.00 |
| **Associates** |  |  |  |  |
| POB | Paul Bagon | 2.90 | 350.00 | 1,015.00 |
|  |  |  | Total | 1,990.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2010 | Paul Bagon | [ill] | Various emails | 0.50 | 350.00 | 175.00 |
| 02/06/2010 | Paul Bagon | [ill] | Various emails | 0.20 | 350.00 | 70.00 |
| 07/06/2010 | Paul Bagon | [ill] | Professional per call | 1.50 | 350.00 | 525.00 |
| 14/06/2010 | Giles Boothman | [ill] | POB - update re. current issues | 0.20 | 650.00 | 130.00 |
| 15/06/2010 | Paul Bagon | [ill] | Per call | 0.40 | 350.00 | 140.00 |
| 29/06/2010 | Giles Boothman | [ill] | Emails re. substantive meeting | 0.30 | 650.00 | 195.00 |
| 30/06/2010 | Giles Boothman | [ill] | Professional call | 1.00 | 650.00 | 650.00 |
| 30/06/2010 | Paul Bagon | [ill] | Professional per call | 0.30 | 350.00 | 105.00 |
|  |  |  |  |  |  | 1,990.00 |