## Exhibit C

## DISBURSEMENT SUMMARY
## JUNE 01, 2010 THROUGH JUNE 30, 2010

| Document Production | £9.72 |
|---|---|
| Search Fees | £17.67 |
| **TOTAL** | **£27.39** |