## Exhibit D

**Disbursements Detailed Breakdown**

**Companies House Fees (Company Registration Fees)**

| | | |
|---|---|---|
| 10/05/2010 | [illegible entry re: Company Registration Fees] | 17.12 |

Document Production                                    4.17

                                                       27.32