# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 01, 2010 THROUGH JUNE 30, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 June 2010 | Hourly Billing Rate After 1 June 2010 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £610 | £650 | 1.50 | 975.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £610 | £625 | 19.80 | 12,375.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £610 | £625 | 10.30 | 6,437.50 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £500 | £515 | 0.60 | 309.00 |
| Caroline Wicker | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group, UK | £340 | £380 | 10.60 | 4,028.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £315 | £350 | 12.50 | 4,375.00 |
| Toby Gascoyne | Trainee for 1 year; Employment, Incentives and Pensions Group, UK | £185 | £185 | 2.00 | 370.00 |
| **TOTAL** | | | | 57.30 | 28,869.50 |

28

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2010 THROUGH JUNE 30, 2010

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 6.00 | 2,100.00 |
| Creditors Committee Meetings | 4.30 | 1,541.00 |
| Lift Stay Litigation | 32.70 | 19,491.50 |
| Non-Debtor Affiliates | 9.90 | 3,747.00 |
| European Proceedings/Matters | 4.40 | 1,990.00 |
| **TOTAL** | **57.30** | **28,869.50** |