**CERTIFICATE OF SERVICE**

        I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Agenda Of Matters Scheduled For Hearing On August 4, 2010 At 10:00 A.M. (Eastern Time)** was caused to be made on August 2, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date: August 2, 2010　　　　　　　　　　*/s/ Alissa T. Gazze*
　　　　　　　　　　　　　　　　　　　　Alissa T. Gazze (No. 5338)

**VIA FACSIMILE**

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
Fax: 515-281-0763

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601
Fax: 312-814-3589

Jeffrey Cianciulii, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899
Fax: 302-652-8909

N. Andrew Crain, Esq.
Melissa Rhoden, Esq.
Thomas, Kayden, Horstemeyer & Risley, LLP
600 Galleria Parkway, SE
Suite 1500
Atlanta, GA 30339
Fax: 770-951-0933

Gary Steven Stone
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201
Fax: 718-855-0733

2800793.33