# SNMP Research International 

## SOFTWARE SERVICE AGREEMENT

Effective date __July 7__, 19_98_  Annual fee for period: $__3,000.00__

Customer: __Periphonics Corporation__
           (Name)

This Agreement covers the following licensed Program components subject to the attached terms and conditions:

   __EMANATE® Master Agent binary for Solaris 2.X (Sparc)__
   __EMANATE® Subagent Development Kit in binaries for Solaris 2.X (Sparc)__
   __EMANATE® Master Agent binary for Windows NT (Intel)__
   __EMANATE® Subagent Development Kit in binaries for Windows NT (Intel)__

Address for business matters:

__PERIPHONICS CORPORATION__

__4000 VETERANS MEMORIAL HWY__

__BOHEMIA, N.Y. 11716-1024__

__ATTN: JAMES P. DEMAS__
         __SR. DIRECTOR PURCH'G.__

__(516) 468-9000 (MAIN)__
(Telephone)

Shipping address for updates:

__(SAME)__

(Telephone)

**Periphonics Corporation:**

___/s/ Peter Tavernese___
Authorized Representative (signature)

__PETER TAVERNESE__
Authorized Representative (typed)

__EXECUTIVE DIRECTOR__
Title

__7/7/98__
Date

**SNMP Research International, Inc:**

___Mary L. Case___
Mary L. Case,
President

__July 8, 1998__
Date

---

SNMP Research International, Incorporated
3001 Kimberlin Heights Road   Knoxville, Tennessee 37920-9716 USA
Voice: +1-423-579-3311     Fax: +1-423-579-6565

## Terms and Conditions

1.  **Period**

This Agreement shall remain in effect for a term of one year from the effective date of this Agreement as shown on the signature page and shall automatically be extended each year for a one year term. The minimum period of the Agreement shall be one year. Thereafter, the Agreement may be canceled upon ninety days' notice.

2.  **SNMP Research International, Inc. Responsibilities**

This Agreement is designed for licensed customers who have access to the Program and documentation and have significant technical expertise. SNMP Research International, Inc. agrees to provide to Customer:
   a)   new software releases and interim updates of the Program made generally available during the period of this Agreement, and
   b)   improvements and enhancements to reference manuals and on-line documentation made generally available during the period of this Agreement.

3.  **Customer Responsibilities**

Customer agrees to:
   a)   maintain software at the latest revision level, and
   b)   maintain a current backup copy of the unmodified software.

No on-site services are included as a part of this Agreement. Any on-site services requested and provided will be at per-call rates to be agreed upon before on-site services are provided.

4.  **Defect Resolution and Enhancement Suggestions**

From time-to-time during the period of this Agreement, Customer may report problems encountered with the Program. These reports may be submitted via any of several mechanisms including telephone, electronic mail, facsimile, letter, and/or machine readable media. The report should include sufficient information to allow SNMP Research International, Inc. to recreate the problem with the latest unaltered release of the Program and may include suggested corrective modifications. If the problem can be recreated, SNMP Research International, Inc. will make reasonable efforts to correct the problem in a timely fashion. In addition, Customer may use this mechanism to suggest improvements to the Program. SNMP Research International, Inc. shall have the right to use all such changes and modifications at its discretion without obligation to Customer, including, but not limited to, their incorporation into the distributions of the Program made generally available to licensees, including distribution to third parties.

5.  **Application of Original License Terms and Conditions**

Updates, improvements, and enhancements will be treated as components of the licensed Program and their use will be governed by the terms and conditions of the License Agreement with the Customer.

6.  **Warranties**

EXCEPT FOR THE REPRESENTATIONS SET FORTH IN THE LICENSE AGREEMENT, SNMP Research International, Inc. DISCLAIMS ALL WARRANTIES INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS

FOR A PARTICULAR PURPOSE. CUSTOMER'S RIGHT TO RECOVER PROPERTY DAMAGES CAUSED BY THE FAULT OR NEGLIGENCE OF SNMP Research International, Inc. SHALL BE LIMITED TO THE AMOUNT OF THE ORIGINAL LICENSE FEE FOR THE PROGRAM. SNMP Research International, Inc. WILL NOT BE LIABLE FOR DAMAGES RESULTING FROM LOSS OF DATA, PROFITS, USE OF PRODUCTS, OR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

7.  Payment

Payment of the annual charge is due within 30 days of the date of invoice. If Customer fails to make timely payment, SNMP Research International, Inc. shall not be obligated to provide the services specified in this Agreement.

8.  Governing Law

This Agreement is governed by the Laws of the State of Tennessee.

# SNMP Research International, Inc.



Effective Date: _/_ /_25_/_o2_

**SCHEDULE 53A:**

    Specified Entity:
        Nortel Networks (UK) Ltd.
        Public Networks Development
        3 Roxborough Way
        Foundation Park
        Maidenhead SL6 3UD
        United Kingdom

    Specified Product or Project:

        Centrex IP

    Development Software:

        EMANATE Master Agent Binary for Windows NT
        EMANATE Subagent Development Kit for Windows NT

    Run-Time Software:

        EMANATE Master Agent Binary for Windows NT
        EMANATE Subagent Binary for Windows NT

License Fee for development tools:        $6,900.00 (US)

Per-Copy Royalties:

EMANATE Master Agent Binary royalties:    $35.00/System (US)

    1.    EMANATE Subagent Development Kit royalties:

| Units From | Units To | $/System (US) |
|---|---|---|
| 1 | 2,000 | 25 |
| 2,001 | 5,000 | 10 |
| 5,001 | 10,000 | 5 |
| 10,001 | and up | 2 |

Yearly Maintenance Fee (if payment is received):    $1,500.00 (US)

3001 Kimberlin Heights Road    Knoxville, Tennessee 37920-9716
Voice: +1-865-579-3311    Fax: +1-865-579-6565
Email: info@snmp.com    http://www.snmp.com

Jim Douglas
Primary Product Representative

+44 1 626 434609
Telephone

_____
Fax

Jxd01@nortelnetworks.com
Email

Priya Gadd
Back-up Product Representative

_____
Telephone

_____
Fax

Priyagad@nortelnetworks.com
Email

Will Hern
Royalty Administrator

+44 06128 434780
Telephone

_____
Fax

Whern@nortelnetworks.com
Email

Additional Conditions:

    Nortel Purchase Order is SGB-162-836

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary B. Case*
Mary L. Case, President

JANUARY 25, 2002
Date

Nortel Networks Corporation
(Specified Entity)

*[signature]*
Signed

*Phil Hyslop*
Typed

Senior Advisor, Technical/Software
Title                     nrd

Jan 25, 2002
Date

# SNMP Research International, Inc.



Effective Date: 12 / 9 / 04

**SCHEDULE 65:**

Specified Entity:

    Nortel Networks Limited
    BCM Group
    3500 Carling Avenue
    Nepean, Ontario
    CANADA K2H 8E9

Specified Products:

    Tux, MI50, M250, and subsequent M(X)50 models that use the EMANATE SNMP Master Agent and Subagents

Development Software:

    EMANATE binary tools including the EMANATE Master Agent binary and the Subagent Development Kit for Red Hat Linux
    SNMP Libraries, Utilities, and MIB Tools for Red Hat Linux

Run-Time Software:
    EMANATE Master Agent binary on Linux
    EMANATE Subagents produced through use of the Subagent Development Kit on Linux

License Fee for development tools:                      $100.00 (US)
    (License Fee is $6,500 less discount for EMANATE/Lite license for Schedule 63A of $6,400.)

Royalties: Lifetime paid-up royalty included in Schedule 63.1A Lifetime paid-up royalty payment.

Yearly Maintenance Fee (if applicable):                  $1,500.00 (US)

| | |
|---|---|
| Susan Henry | Cliff Wichmann |
| Primary Product Representative | Back-up Product Representative |
| | 613-763-4086 |
| Telephone | Telephone |
| | |
| Fax | Fax |
| Susanh@nortelnetworks.com | Cwichman@nortelnetworks.com |
| Email | Email |

---

3001 Kimberlin Heights Road                               Knoxville, Tennessee 37920-9716
Voice: +1-865-579-3311                                      Fax: +1-865-579-6565
Email: info@snmp.com                                        http://www.snmp.com

Pierre Tremblay
Royalty Administrator

613-763-1332
Telephone

613-765-1320
Fax

Pierre.Tremblay@nortelnetworks.com
Email

Additional Conditions:

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary L. Case* (signature)
Mary L. Case, President

December 9, 2004
Date

Nortel Networks Corporation
(Specified Entity)

*Joanne Read (McKeage)* (signature)
Signed

Joanne Read (McKeage)
Typed

Leader, SM Business Op's
Title

Dec 9th, 04.
Date

TOTAL P.08

# SNMP Research International, Inc.



Effective Date: 7/12/05

### SCHEDULE 68 A:

**Specified Entity:**

> Nortel Networks Limited
> BCM Group
> 3500 Carling Avenue
> Nepean, Ontario
> CANADA K2H 8E9

**Specified Products:**

> Tux, M50, M150, M250, and subsequent M(X)50 models

**Development Software:**

> Source SMUX Subagent Adapter for EMANATE for Red Hat Linux

**Development Locations:**

> 1. Nortel Networks Limited
>    BCM Group
>    3500 Carling Avenue
>    Nepean, Ontario
>    CANADA K2H 8E9
>
> 2. Nortel Technology Inc.
>    4004 E. Chapel Hill Nelson Hwy
>    Davis Drive
>    Research Triangle Park
>    North Carolina 27709
>    UNITED STATES

**Run-Time Software:**
SMUX Subagent Adapter enabled for EMANATE Agents running on Linux

| | |
|---|---|
| License Fee for development tools: | $10,000.00 (US) |

Per-Copy Royalties: On March 16, 2005 Nortel paid the Optional Lifetime Royalty Buy-Out for both EMANATE/Lite and EMANATE as addressed in Schedule 63. The per-copy royalty obligations associated with this Schedule 68 are bundled with that March 16, 2005 payment.

| | |
|---|---|
| Maintenance Fee until December, 2006 (optional) | $3,000.00 (US) |
| Annual Maintenance Fee after December, 2006 (optional) | $2,000.00 (US) |

---

3001 Kimberlin Heights Road          Knoxville, Tennessee 37920-9716
Voice: +1-865-579-3311                      Fax: +1-865-579-6565
Email: info@snmp.com                         http://www.snmp.com

Page 2   Schedule A

Susan Henry
Primary Product Representative

_____
Telephone

_____
Fax

Susanh@nortelnetworks.com
Email

Pierre Tremblay
Royalty Administrator

613-763-1392
Telephone

613-765-1320
Fax

Pierre.Tremblay@nortelnetworks.com
Email

Additional Conditions:

Cliff Wichmann
Back-up Product Representative

613-763-4060
Telephone

_____
Fax

Cwichman@nortelnetworks.com
Email

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary L. Case*
Mary L. Case, President

7-12-05
Date

Nortel Networks Corporation
(Specified Entity)

Joanne Roud (McKeage)
Signed

Joanne Roud (McKeage)
Typed

Leader, Business Operations
Title

July 8, 2005
Date