# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,722.71 |
| Conference Call /Telephone Charges | $7,633.98 |
| Courier Service/Postage | $30.40 |
| Duplicating (@ $0.10 per page) | $51.40 |
| Meals/Committee Meeting Expenses | $1,770.42 |
| Telephone – Court Call | $30.00 |
| Travel Expenses – Ground Transportation | $633.36 |
| Travel Expenses – Telephone & Fax | $9.99 |
| Travel Expenses – Train Fare | $493.10 |
| **TOTAL** | **$13,375.36** |

8324838 v1