# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬▬▬ Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1321046 |
| ATTN: JOHN DOLITTLE | Invoice Date 07/27/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10 :

MATTER SUMMARY OF TIME BILLED BY TASK :

                            HOURS        VALUE

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/01/10 | Computerized Legal Research - Other VENDOR: REED ELSEVIER INC.; INVOICE#: EA-407689; DATE: 3/1/2010 - Client ID 899 - Period: February 2010 | $52.76 |
| 03/10/10 | Travel - Ground Transportation Medallion cab | $13.32 |
| 03/24/10 | Travel - Ground Transportation Medallion cab | $18.12 |
| 04/01/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: MAY100010761500001 DATE: 5/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $4.76 |
| 04/06/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: MAY100010761500001 DATE: 5/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $58.71 |
| 04/12/10 | Travel - Ground Transportation  Working late. Taxi from One Bryant Park to 86th & Broadway.; Taxi Receipt | $13.10 |
| 04/13/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: MAY100010761500001 DATE: 5/1/2010 Multi-office omnibus teleconference | $28.81 |

| Date | Description | Amount |
|---|---|---|
| 04/15/10 | invoice. Account# 00107615-00001<br>Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: MAY100010761500001 DATE: 5/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $0.08 |
| 04/15/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: MAY100010761500001 DATE: 5/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $42.02 |
| 05/07/10 | Travel - Ground Transportation  No receipt; Merrill Lynch - Visa | $38.00 |
| 05/10/10 | Travel - Ground Transportation Medallion cab | $13.32 |
| 05/11/10 | Travel - Ground Transportation Medallion cab | $12.84 |
| 05/18/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY10-53062500000206 DATE: 5/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 0523721514 DEPARTURE DATE: 05/18/2010 ROUTE: NYP WIL NYP | $37.00 |
| 05/18/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY10-53062500000206 DATE: 5/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 7876392057 DEPARTURE DATE: 05/19/2010 ROUTE: NYP WIL NYP | $381.00 |
| 05/18/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY10-53062500000206 DATE: 5/28/2010 PASSENGER: KAHN BRAD M TICKET #: 0523721516 DEPARTURE DATE: 05/18/2010 ROUTE: NYP WIL NYP | $37.00 |
| 05/18/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY10-53062500000206 DATE: 5/28/2010 PASSENGER: KAHN BRAD M TICKET #: 7876392059 DEPARTURE DATE: 05/19/2010 ROUTE: NYP WIL NYP | $381.00 |
| 05/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-051410; DATE: 5/21/2010 | $522.07 |
| 05/22/10 | Courier Service/Messenger Service- Off Site  W Lyon To:  Hunton & Williams 05/20/10<br>VENDOR: SPECIAL DELIVERY SERVICE, INC; INVOICE#: 336551; DATE: 5/22/2010 | $17.27 |
| 05/22/10 | Travel - Train Fare  VENDOR: DINERS | $-342.90 |

| Date | Description | Amount |
|---|---|---|
| 05/23/10 | CLUB INVOICE#: MAY10-53062500000206 DATE: 5/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 065D48 DEPARTURE DATE: 05/22/2010 ROUTE: NYP WIL Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 379137 DATE: 6/4/2010 | $71.05 |
| 05/23/10 | Vendor: Prime Time Voucher #: 272695 Date: 05/23/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 272695 Date: 05/23/2010 Name: Lisa Beckerman Travel - Ground Transportation  Working weekend.  Taxi from One Bryant Park to 86th & Broadway.; Taxi Reciept | $14.64 |
| 05/24/10 | Telephone - Long Distance  Court Call; Court Call | $30.00 |
| 05/26/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 688965 DATE: 5/30/2010 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 05/26/2010 | $31.84 |
| 05/27/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 688965 DATE: 5/30/2010 Bell Graeme - Wu Liang Ye - 05/27/2010 | $22.64 |
| 05/27/10 | Meals - Business  5/26/10  P SANCHEZ - Professional meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800086; DATE: 5/27/2010 | $97.44 |
| 05/27/10 | Meals - Business  5/27/10  P SANCHEZ - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800086; DATE: 5/27/2010 | $402.02 |
| 05/28/10 | Travel - Ground Transportation Medallion cab | $15.24 |
| 05/30/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $33.75 |
| 06/01/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 6/1/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $128.46 |
| 06/01/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 06/02/10 | Computerized Legal Research - Westlaw | $134.44 |

| Date | Description | Amount |
|---|---|---|
| | User: STULL,MACHIR Date: 6/2/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | |
| 06/02/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 06/02/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1102236 DATE: 6/16/2010  Vendor: Dial Car Voucher #: DLA3136033 Date: 06/02/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3136033 Date: 06/02/2010 Name: David Botter | $60.19 |
| 06/02/10 | Courier Service/Messenger Service- Off Site  06/01/10 - SF Law Labrary/OFC VENDOR: WESTERN MESSENGER SERVICE, INC.; INVOICE#: 1047607; DATE: 6/2/2010 - Cust #1679 | $13.13 |
| 06/02/10 | Travel - Ground Transportation  ground transportation; NY taxi | $13.40 |
| 06/03/10 | Computerized Legal Research - Westlaw User: SLAVIN,RISA Date: 6/3/2010 AcctNumber: 1000045367 ConnectTime: 0.0 | $397.30 |
| 06/03/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 6/3/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.57 |
| 06/03/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 6/3/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $65.07 |
| 06/03/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 696933 DATE: 6/6/2010  Sturm Joshua - Abigaels on Broadway - 06/03/2010 | $34.33 |
| 06/03/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 379367 DATE: 6/11/2010  Vendor: Prime Time Voucher #: 278898 Date: 06/03/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 278898 Date: 06/03/2010 Name: Lisa Beckerman | $68.50 |
| 06/03/10 | Meals (100%)  6/2/10  B Kahn - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800087; DATE: 6/3/2010 | $77.95 |
| 06/03/10 | Meals (100%)  6/3/10  P Sanchez - Committee call working meal (15 people) | $402.02 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800087; DATE: 6/3/2010 | |
| 06/04/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 6/4/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $185.34 |
| 06/04/10 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: VONDLE DAVID; Charge Type: SEARCHES; Quantity: 1.0 | $193.50 |
| 06/05/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 6/5/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $210.74 |
| 06/05/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 379367 DATE: 6/11/2010 Vendor: Prime Time Voucher #: 267745 Date: 06/05/2010 Name: Austin Lilling\|\|Car Service, Vendor: Prime Time Voucher #: 267745 Date: 06/05/2010 Name: Austin Lilling | $210.59 |
| 06/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 06001-54901-10; DATE: 6/5/2010 | $6,977.53 |
| 06/07/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 6 page(s) | $0.60 |
| 06/07/10 | Computerized Legal Research - Westlaw User: STULL,MACHIR Date: 6/7/2010 AcctNumber: 1000812018 ConnectTime: 0.0 | $460.84 |
| 06/07/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 700788 DATE: 6/13/2010 Sturm Joshua - Abigaels on Broadway - 06/07/2010 | $34.33 |
| 06/08/10 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 6/8/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $258.22 |
| 06/08/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 06/08/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FENER SCOTT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 06/08/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 700788 | $34.33 |

| Date | Description | Amount |
|---|---|---|
| 06/09/10 | DATE: 6/13/2010 Sturm Joshua - Abigaels on Broadway - 06/08/2010 Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 700788 DATE: 6/13/2010 Sturm Joshua - Abigaels on Broadway - 06/09/2010 | $34.33 |
| 06/10/10 | Computerized Legal Research - Westlaw User: BURG,MICHELLE Date: 6/10/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $18.98 |
| 06/11/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 54 page(s) | $5.40 |
| 06/11/10 | Duplication - In House Photocopy - Burg, Michelle, NY, 71 page(s) | $7.10 |
| 06/11/10 | Computerized Legal Research - Westlaw User: LAWRENCE,KATE Date: 6/11/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $129.58 |
| 06/11/10 | Travel - Telephone & Fax  T-Mobile HotSpot | $9.99 |
| 06/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 06/15/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 379859 DATE: 6/25/2010 Vendor: Prime Time Voucher #: 257786 Date: 06/15/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 257786 Date: 06/15/2010 Name: Lisa Beckerman | $71.05 |
| 06/16/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 06/16/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: SEARCHES; Quantity: 1.0 | $64.80 |
| 06/16/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 17.0 | $191.25 |
| 06/16/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: VONDLE DAVID; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 06/16/10 | Document Production - In House REQUESTOR: S THIBODEAUX; DESCRIPTION: COLOR COPIES; QUANTITY: 90; DATE ORDERED: 6/16/10 | $9.00 |

| Date | Description | Amount |
|---|---|---|
| 06/17/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: SEARCHES; Quantity: 1.0 | $64.80 |
| 06/17/10 | Meals (100%) 6/14/10 S Thibodeaux - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800089; DATE: 6/17/2010 | $99.73 |
| 06/17/10 | Meals (100%) 6/15/10 S Thibodeaux - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800089; DATE: 6/17/2010 | $97.44 |
| 06/17/10 | Meals (100%) 6/16/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800089; DATE: 6/17/2010 | $402.02 |
| 06/18/10 | Duplication - In House Photocopy - Sprofera, Peter, NY, 11 page(s) | $1.10 |
| 06/18/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 200 page(s) | $20.00 |
| 06/21/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 40 page(s) | $4.00 |
| 06/25/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 2 page(s) | $0.20 |
| 06/28/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |

Current Expenses     $13,375.36