# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 53.70 | $51,015.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 78.80 | $68,950.00 |
| L. Rachel Helyar | Partner for 6 years; Admitted in 1995; Litigation Department | $605 | 22.50 | $13,612.50 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 44.80 | $43,680.00 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 35.50 | $22,897.50 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 32.80 | $25,420.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 5.90 | $4,661.00 |
| David H. Quigley | Partner for 3 years; Admitted in 2000; Environmental Department | $590 | 1.00 | $590.00 |
| Abid Qureshi | Partner for 3 years; Admitted in 1995; Financial Restructuring Department | $775 | 1.10 | $852.50 |
| Randall N. Ratner | Partner for 24 years; Admitted in 1979; Real Estate Department | $650 | 13.30 | $8,645.00 |
| Sarah A. Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 71.00 | $45,440.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 31.20 | $24,336.00 |

8324838 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $675 | 11.10 | $7,492.50 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 58.90 | $39,757.50 |
| Michelle A. Burg | Counsel for 4 years; Admitted in 2001; Labor Department | $650 | 1.40 | $910.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 6.50 | $3,900.00 |
| Amit Kurlekar | Counsel for 2 years; Admitted in 2005; Litigation Department | $550 | 59.40 | $32,670.00 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 65.80 | $36,190.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003 | $600 | 93.70 | $56,220.00 |
| Fredricka S. Dorroh | Associate for 4 years; Admitted in 2006; Environmental Department | $430 | 3.10 | $1,333.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 54.25 | $24,412.50 |
| Kathleen O. Lawrence | Associate for 2 years; Admitted in 2009; Labor Department | $350 | 4.60 | $1,610.00 |
| Nyron J. Persaud | Associate for 3 years; Admitted in 2008; Tax Department | $450 | 15.50 | $6,975.00 |
| Machir Stull | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 39.10 | $12,707.50 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 89.50 | $44,750.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Teresa W. Wang | Associate for 3 years; Admitted in 2007; Litigation Department | $390 | 2.40 | $936.00 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 23.10 | $8,085.00 |
| Risa J. Slavin | Legal Assistant for 22 years; Litigation Department | $220 | 3.80 | $836.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 5.40 | $1,377.00 |
| Scott A. Fenner | Librarian for 3 years | $190 | 4.70 | $893.00 |

Total Amount of Fees:     $591,154.50
Total Number of Hours:    933.85
Blended Hourly Rate:      $633.03