# United States Bankruptcy Court
## District of Delaware

In re NORTEL NETWORKS INC., et al.          Case No. 09-10138
                                            (Jointly Administered)

                                            Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                   **Squire Sanders & Dempsey LLP**
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Name and Current Address of Transferor
should be sent

**Contrarian Funds, LLC**                   **Squire Sanders & Dempsey LLP**
411 West Putnam Ave., Ste. 425              Attn: Sharon McCracken
Greenwich, CT 06830                         One Maritime Plaza, Suite 300
Attn: Alisa Mumola                          San Francisco, CA 94111
Phone 203-862-8211

**Claim No. 3303 for $192,602.87**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____August 6, 2010_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**SQUIRE, SANDERS & DEMPSEY LLP,** an *OHIO Registered Partnership* ~~corporation~~, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated July 19, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim no. 3303 (the "Claim"), in the principal amount of $192,602.87, against Nortel Networks Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10138 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 21ˢᵗ day of July 2010.

| | |
|---|---|
| **(Assignor)** | **(Assignee)** |
| SQUIRE, SANDERS & DEMPSEY LLP | CONTRARIAN FUNDS, LLC |
| | By: Contrarian Capital Management, L.L.C., as manager |
| By: *Michael W. Kelly* | By: |
| Name: Michael W. Kelly | Name: JANICE M. **STANTON** |
| Title: Partner | **MEMBER** |
| | Title: |

**(Assignor)**
**WITNESS:**

By:

Name: Angela N. O'Rourke

Title: Sr. Associate