# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070

August 2, 2010

United States Bankruptcy Court for the District of Delaware
Attention: Claims
824 Market Street, 3rd Floor
Wilmington, DE 19801

    RE:    William and Linda Hartter
              Case No: 10-21257 / Chapter 7

Dear Court Clerk:

    I am the Chapter 7 Trustee who has been appointed to administer the assets in the above-referenced bankruptcy estate. The above-referenced debtors filed for Chapter 7 Bankruptcy on May 21, 2010. I have been advised that debtor, William Hartter has filed a proof of claim in the Bankruptcy case number 09-10138 of Nortel Networks, Inc., et.al in the amount of $21,159.00 for eighteen weeks of unpaid severance funds. Please be advised that Mr. Hartter's claim to these funds is now an asset of his bankruptcy estate and that any distribution he may receive needs to be made out to me as Chapter 7 Trustee.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/jml

**THE DEBT WILL BE ASSUMED TO BE VALID UNLESS YOU WITHIN THIRTY (30) DAYS AFTER THE RECEIPTOF THIS NOTICE, DISPUTE, IN WRITING, THE VALIDITY OF THE DEBT OR SOME PORTION THEREOF. IF YOU NOTIFY US IN WRITING WITHIN (30) DAYS OF THE RECEIPT OF THIS NOTICE THAT THE DEBT OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL SUCH VERIFICATION TO YOU.**

**THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**