**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2010 through July 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date: 7/1/2010  End Date: 7/28/2010

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 30.3 | $470.00 | $14,241.00 |
| 2 | Reviewing operational management of transition services | 20.1 | $470.00 | $9,447.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 83.8 | $470.00 | $39,386.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 9.3 | $470.00 | $4,371.00 |
| 5 | Fee Applications | 3.5 | $470.00 | $1,645.00 |
| 6 | Various Corporate Matters | 0.0 | $470.00 | $0.00 |
| 7 | Non-working Travel | 35.5 | $235.00 | $8,342.50 |
| | **Hours/Billing Amount for Period:** | **182.5** | | **$77,432.50** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/1/2010 | Review of plan and disclosure statement draft | 3 | 3.8 |
| 7/1/2010 | Review claims for omnibus | 3 | 1.7 |
| 7/1/2010 | Call with C Recaute re passport | 3 | 0.3 |
| 7/1/2010 | Communication re claims objections | 3 | 1.5 |
| 7/1/2010 | Call with Cleary re plan and disclosure statement | 3 | 1.7 |
| 7/5/2010 | Planning and Communication and review re large claim matter | 3 | 1.8 |
| 7/5/2010 | Non working travel to NY | 7 | 4.0 |
| 7/5/2010 | Comments re engagement letter | 3 | 0.5 |
| 7/5/2010 | Review cross border documents | 1 | 1.5 |
| 7/6/2010 | Meeting at Cleary re various items involving pending sales, claims | 3 | 1.5 |
| 7/6/2010 | Meeting re cross border matters | 1 | 4.8 |
| 7/6/2010 | Plan and disclosure statement revisions | 3 | 0.5 |
| 7/6/2010 | Meeting with Huron re work streams | 3 | 2.8 |
| 7/6/2010 | Meeting with UCC re large claim | 4 | 1.5 |
| 7/6/2010 | Meeting with Cleary and Chilmark re allocation and other work streams | 3 | 2.5 |
| 7/7/2010 | Review info related to retiree plans; pleadings and communications | 2 | 2.7 |
| 7/7/2010 | Call re large claim with Chilmark | 3 | 0.7 |
| 7/7/2010 | Call with Cleary and E King re benefit matters | 3 | 0.0 |
| 7/7/2010 | Scheduling matters | 1 | 0.8 |
| 7/7/2010 | Call with Akin re benefit matters | 4 | 0.4 |
| 7/7/2010 | Non working travel from New York | 7 | 4.0 |
| 7/7/2010 | Review contract rejections | 3 | 0.5 |
| 7/7/2010 | China matters | 2 | 1.7 |
| 7/8/2010 | Call re side agreement | 3 | 1.3 |
| 7/8/2010 | Call with Bifield re Japan | 1 | 1.0 |
| 7/8/2010 | Call re tax matters | 3 | 0.8 |
| 7/8/2010 | Call re US benefits | 2 | 1.6 |
| 7/8/2010 | Handling and calls re LTD benefits | 3 | 1.5 |
| 7/8/2010 | Call with C Recaute re plan and disclosure statement | 3 | 1.0 |
| 7/8/2010 | Review materials and prep for next omnibus | 3 | 1.5 |
| 7/9/2010 | NNI benefits issues; retiree benefits; calls re same and review of material | 3 | 3.8 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/9/2010 | Call re 345 motion hearing and review of material re same | 1 | 1.5 |
| 7/9/2010 | Prepare for claims meeting and outline of presentation to creditors | 3 | 1.0 |
| 7/9/2010 | Work and call re PBGC claim | 3 | 1.0 |
| 7/9/2010 | Execution of papers related to omnibus motions | 3 | 0.7 |
| 7/9/2010 | Miscellaneous email responses re case management including allocation, Avaya, IP | 3 | 1.3 |
| 7/10/2010 | Prepare fee application | 5 | 3.5 |
| 7/11/2010 | Call with Cleary re various case matters | 3 | 1.0 |
| 7/12/2010 | Weekly call re case matters | 3 | 1.0 |
| 7/12/2010 | Employee benefit matters; review documents for hearing | 3 | 2.5 |
| 7/12/2010 | Call re IP; review of materials circulated | 3 | 1.0 |
| 7/12/2010 | Review CTDI matter | 3 | 0.5 |
| 7/12/2010 | Review terms of settlement re outstanding litigation | 3 | 0.8 |
| 7/12/2010 | Review of various correspondence re allocation and documents | 3 | 1.3 |
| 7/12/2010 | Review terms of Avaya matter | 3 | 0.8 |
| 7/12/2010 | Review of retention matters | 3 | 1.3 |
| 7/13/2010 | IP call to discuss status | 3 | 1.0 |
| 7/13/2010 | Allocation matters and follow up communication | 3 | 0.7 |
| 7/13/2010 | Review of recent court case and impact on pending motion | 3 | 1.0 |
| 7/13/2010 | Review weekly PO disbursements | 1 | 0.5 |
| 7/14/2010 | Communication and calls with broker re worker compensation program | 2 | 2.3 |
| 7/14/2010 | Call re sale matters | 3 | 1.2 |
| 7/14/2010 | Call re LTD matter and handling | 3 | 1.3 |
| 7/14/2010 | Review of cash position and material for court hearing | 3 | 1.3 |
| 7/14/2010 | Review of tax matters and materials re same | 3 | 0.7 |
| 7/14/2010 | Non working travel to NY | 7 | 4.0 |
| 7/14/2010 | Review mark up to claims protocol | 1 | 0.5 |
| 7/15/2010 | Meeting at Cleary re court hearing | 3 | 1.5 |
| 7/15/2010 | Meeting at Cleary re IP | 3 | 1.3 |
| 7/15/2010 | Creditor meeting re tax matters and allocation | 4 | 3.5 |
| 7/15/2010 | Meeting with Chilmark re allocation; follow up with Cleary re case matters including benefits, worker compensation | 3 | 2.5 |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/15/2010 | Travel to Delaware for hearing | 7 | 2.5 |
| 7/16/2010 | Prepare for and attend Court hearing and follow up meeting with Morris Nichols re large claim matter | 3 | 7.0 |
| 7/16/2010 | Non working travel from Delaware | 7 | 3.5 |
| 7/19/2010 | Weekly call re case management | 3 | 1.3 |
| 7/19/2010 | Review and call re NNI worker compensation programs | 2 | 1.8 |
| 7/19/2010 | Call re Interco issues | 1 | 0.8 |
| 7/19/2010 | Call re Veba motion | 3 | 0.5 |
| 7/19/2010 | Retention matter re documents | 3 | 0.5 |
| 7/19/2010 | Call re Interco payments for month of July and other Interco issues | 1 | 2.5 |
| 7/19/2010 | Respond to creditor inquiry | 4 | 0.5 |
| 7/19/2010 | Further insurance issues | 3 | 0.8 |
| 7/19/2010 | Document retention matters and communication of same to FA's | 3 | 1.5 |
| 7/19/2010 | Material for FA meeting related to NBS and prepare for same | 4 | 0.8 |
| 7/20/2010 | Weekly sale update | 3 | 0.5 |
| 7/20/2010 | Call with J Doolittle | 1 | 0.3 |
| 7/20/2010 | Review NBS material for FA presentation | 3 | 2.5 |
| 7/20/2010 | Non working travel to Raleigh | 7 | 4.0 |
| 7/20/2010 | Mark up to plan to segregate estates | 1 | 2.8 |
| 7/20/2010 | Review PBGC response; discuss with counsel | 3 | 0.5 |
| 7/20/2010 | NBS transition | 2 | 2.5 |
| 7/21/2010 | Meetings related to NBS 2nd half plan; NBS operations | 2 | 7.0 |
| 7/21/2010 | Non working travel from Raleigh | 7 | 5.5 |
| 7/21/2010 | Review of GDNT/Netas historical billings | 1 | 1.5 |
| 7/21/2010 | Review of real estate claim reconciliation | 3 | 0.5 |
| 7/22/2010 | Insurance status call with Willis re worker compensation | 2 | 0.5 |
| 7/22/2010 | Citi netting review; calls with staff re reconciliation of certain invoices | 1 | 2.5 |
| 7/23/2010 | Further review of Interco payments | 1 | 1.5 |
| 7/23/2010 | Insurance update | 3 | 0.3 |
| 7/23/2010 | Retention of RLKS | 3 | 0.7 |
| 7/25/2010 | Review of Asia reports | 1 | 1.0 |
| 7/25/2010 | Transition review and outline of required changes | 1 | 1.5 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/25/2010 | Non working travel to NY | 7 | 4.0 |
| 7/26/2010 | Discussion with Cleary re pensions | 3 | 1.3 |
| 7/26/2010 | Meeting on document management | 3 | 0.8 |
| 7/26/2010 | Weekly status call | 3 | 0.8 |
| 7/26/2010 | Meeting with monitor re various open issues related to LRD, side letters | 1 | 3.5 |
| 7/26/2010 | Meeting with Chilmark and Cleary re case management | 3 | 4.5 |
| 7/27/2010 | Non working travel from New York | 7 | 4.0 |
| 7/27/2010 | Corp FA review | 1 | 1.3 |
| 7/27/2010 | Insurance update | 3 | 0.3 |
| 7/27/2010 | Retention matter related to documents | 3 | 1.5 |
| 7/27/2010 | FA review and follow up calls re same | 4 | 1.8 |
| 7/27/2010 | Call re document retention | 3 | 0.3 |
| 7/27/2010 | VC investment capital call documentation | 3 | 0.5 |
| 7/27/2010 | Call with Huron re August 4 presentation draft review | 4 | 0.8 |
| 7/28/2010 | Review of Japan numbers re LRD | 1 | 0.5 |
| 7/28/2010 | Call with Cleary and company re worker comp issues | 3 | 0.8 |