**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2010 through July 31, 2010

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 2,217.40 |
| Travel – Lodging | 2,781.01 |
| Travel – Meals | 160.78 |
| Travel – Car Service | 689.90 |
| Travel – Parking | 157.00 |
| Office supplies, shipping, and other office related expenses | 300.66 |
| PACER | - |
| TOTAL | $ 6,306.75 |

# Nortel Expense Report

PERIOD: July 1, 2010 through July 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 7/5/2010 | New York Trip - Air | $ 492.00 | | | | | | | $ 492.00 |
| 7/5/2010 | New York Trip - Taxi | | | | $ 32.00 | | | | $ 32.00 |
| 7/5/2010 | New York Trip - Hotel | | $ 416.60 | | | | | | $ 416.60 |
| 7/5/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 7/6/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 7/6/2010 | New York Trip - Meal | | | $ 50.79 | | | | | $ 50.79 |
| 7/6/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 7/6/2010 | New York Trip - Meal | | | $ 44.84 | | | | | $ 44.84 |
| 7/6/2010 | New York Trip - Taxi | | | | $ 32.00 | | | | $ 32.00 |
| 7/6/2010 | New York Trip - Parking | | | | | $ 37.00 | | | $ 37.00 |
| 6/23/2010 | New York Trip - Taxi | | | | $ 31.40 | | | | $ 31.40 |
| 7/14/2010 | New York Trip - Air | $ 149.70 | | | | | | | $ 149.70 |
| 7/14/2010 | New York Trip - Taxi | | | | $ 42.80 | | | | $ 42.80 |
| 7/14/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 7/14/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 7/14/2010 | New York Trip - Meal | | | $ 42.49 | | | | | $ 42.49 |
| 7/15/2010 | Delaware Trip - Train | | | | $ 221.00 | | | | $ 221.00 |
| 7/15/2010 | Delaware Trip - Hotel | | $ 441.90 | | | | | | $ 441.90 |
| 7/15/2010 | Delaware Trip - Air | $ 521.00 | | | | | | | $ 521.00 |
| 7/15/2010 | Delaware New York Trip - Parking | | | | | $ 60.00 | | | $ 60.00 |
| 7/20/2010 | Raleigh Trip - Air | $ 370.00 | | | | | | | $ 370.00 |
| 7/20/2010 | Raleigh Trip - Car to Hotel (w/A Taylor from Chilmark) | | | | $ 79.50 | | | | $ 79.50 |
| 7/20/2010 | Raleigh Trip - Hotel | | $ 233.19 | | | | | | $ 233.19 |
| 7/21/2010 | Raleigh Trip - Car to NNI Offices (w/A Taylor from Chilmark) | | | | $ 79.50 | | | | $ 79.50 |
| 7/21/2010 | Raleigh Trip - Car to Airport (w/A Taylor from Chilmark) | | | | $ 79.50 | | | | $ 79.50 |
| 7/21/2010 | Raleigh Trip - Meal | | | $ 7.96 | | | | | $ 7.96 |
| 7/21/2010 | Raleigh Trip - Parking | | | | | $ 30.00 | | | $ 30.00 |
| 7/25/2010 | New York Trip - Air | $ 534.70 | | | | | | | $ 534.70 |

# Nortel Expense Report

PERIOD: July 1, 2010 through July 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 7/25/2010 | New York Trip - Taxi | | | | $ 32.20 | | | | $ 32.20 |
| 7/25/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 7/25/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 7/26/2010 | New York Trip - Meal | | | $ 14.70 | | | | | $ 14.70 |
| 7/26/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 7/27/2010 | New York Trip - Taxi | | | | $ 60.00 | | | | $ 60.00 |
| 7/27/2010 | New York Trip - Parking | | | | | $ 30.00 | | | $ 30.00 |
| 7/31/2010 | Shipping | | | | | | $ 157.45 | | $ 157.45 |
| 7/20/2010 | Airport WiFi | | | | | | $ 7.95 | | $ 7.95 |
| 7/16/2010 | New York Trip - Hotel Business Center | | | | | | $ 18.51 | | $ 18.51 |
| 7/5/2010 | Aircell charge | | | | | | $ 34.95 | | $ 34.95 |
| 7/5/2010 | Airfare add on | $ 150.00 | | | | | | | $ 150.00 |
| 7/2/2010 | Courtcall | | | | | | $ 30.00 | | $ 30.00 |