# Exhibit "B"

**ELECTRONIC MAIL # 1**

From pierre.tremblay@nortel.com Fri May 28 11:05:37 2010
Date: Fri, 28 May 2010 11:04:28 -0400
From: Pierre Tremblay <pierre.tremblay@nortel.com>
To: Jeff Case <case@private.snmp.com>
Cc: Baiju Dalal <dalal@nortel.com>
Subject: RE: Genband - SNMP RI Accession Agreement

Thank you Jeff and frankly, once I discovered that CVAS had been shipping your software under
schedule 19 without paying the associated royalties, I realized that it would be hard for me
to ever refer to your concerns as paranoia. ;-)  I will send to Baiju all the emails I have
on SNMP RI to help him out as he works with you through all your concerns.
I suspect we will bump into each other again as I will be responsible for all software
licensing activities at GENBAND.

Pierre

-----Original Message-----
From: Jeff Case [mailto:case@private.snmp.com]
Sent: Friday, May 28, 2010 10:59 AM
To: Tremblay, Pierre (CAR:0700)
Cc: Dalal, Baiju (PGP:4155)
Subject: RE: Genband - SNMP RI Accession Agreement

hello

ok, i will be prepared to work with Mr Dalal (pleased to
meet you) and his team

i wish you best of luck with your new career at genband

thank you for your explanation of VOB ... it is helpful

we do not use clearcase, so i am not familiar with their
lingo, but we do use a similar tool (actually one that
clearcase was based upon long ago) so i am somewhat
familiar with the concepts, if not the lingo

thank you also for your explanation of schedule 18

perhaps it will help you to understand that there were
two additional problems in the background of our
discussions of which you may have been only tangentially
aware:

1) schedule 18 was preceded by a test license which,
despite repeated attempts, we were never able to
get that team to either license or certify
destruction, as was required of them by the terms
of the test license agreement, plus, they asked
questions about why they should have to destroy
the software they had developed and how the test
software differed from the software under the new
license

2) this is not the first time there as been confusion
about what portions of our software are in what
portions of nortel's products ... i know you think
i may be "paranoid" but i think you also now know
that sometimes these concerns are, in fact, true
and appropriate

for example, we continue to think it is very very
likely that nortel sent avaya portions of our
software that are beyond what was agreed upon in
the accession agreement and if true, that is
a problem for everyone concerned

this is just to help you to understand our position
and i hope i don't sound too defensive about not
being "paranoid"

however, as of midnight, my paranoia will be, at
least for you personally:
        SNMP:  Simply Not My Problem
since you will no longer have to deal with any
remaining issues moving forward as it will fall
to Mr Dalal and myself to do so

thank you for your business over the years

2

i hope genband will be a good new "home" for you

best wishes,
jdc


On Fri, 28 May 2010, Pierre Tremblay wrote:

> Hello Jeff.   This is likely my last day as a Nortel employee.  If
> everything works according to plan, at 23:59.59 tonight I will become
a
> Genband employee.  Going forward, your Nortel point of contact will be
> Baiju Dalal (Cced).  He heads the software licensing team that will
> remain part of Nortel until "the end".  I have already forwarded to
him
> all the information he will need to work with you to resolve the
> outstanding issues that were discovered as a result of the CVAS
detailed
> review. Baiju or a representative from his team will contact you
shortly
> to initiate discussions on the findings of this review.  Meanwhile, I
do
> have some answers to your questions. VOB stands for Versioned Object
> Base.  It is a term used by the ClearCase configuration management
tool
> to represent a repository where all the source code is stored for a
> particular product/project.  In other words, the review that was
> performed by the CVAS team was a review of all their source code
> repositories.  This allowed them to identify all the VOBs where SNMP
RI
> software was stored and compiled into Nortel products.  In parallel to
> this code search, I provided the CVAS team with a copy of all the
> schedules that were ever discussed with SNMP RI (whether they were
shown
> as signed or not) and which might relate to CVAS (the only ones I did
> not provide them were those that were clearly not CVAS).  This allowed
> for a second layer of checks based on the product descriptions in each
> schedule.  Schedule 18 was looked at again as part of this review.
The
> final result of this detailed review were provided in my email
response
> to you (i.e. 3 schedules are still relevant to the CVAS business Unit:
> #19, #27 and #29).
>
> I will remain accessible to Baiju and his team should they need my
> knowledge of the SNMP RI relationship, so don't worry about the
> outstanding issues falling into a black hole.
>
> P.S. I do realize that from your perspective, schedule 18 looks very
> suspicious.  For the longest time, I insisted that it was still
relevant
> and then, after both of us failed to locate a signed copy of the
> schedule, I indicated that it was not relevant after all.  The
confusion
> originated from me.  All along, I was proceeding based on MY
> understanding that Schedule 18 was relevant.  It's only when I

contacted
> the product team in question that it was confirmed to me that while they
> did consider using EMANATE for a while, the eventually decided not to
> use the technology.  In hindsight, I should have gone to them in the
> first place. :(
>
> Pierre
>
> -----Original Message-----
> From: Jeff Case [mailto:case@private.snmp.com]
> Sent: Tuesday, May 25, 2010 7:30 PM
> To: Tremblay, Pierre (CAR:0700)
> Subject: RE: Genband - SNMP RI Accession Agreement
>
>
> hi pierre:
>
> thank you for your note
>
> i will look forward to receiving the materials you reference
> so that we can discuss next steps
>
> relatedly, in the analysis of the snmp IP, did schedule 18 get
> a re-look? (i am not familiar with what a VOB is)  if there are
> any issues with schedule 18, as i suspect there probably are,
> we should discuss those at the same time as the other issues
>
> thanks again for the update
>
> best,
> jdc
>
>
>
>
> On Tue, 25 May 2010, Pierre Tremblay wrote:
>
>> Hello Jeff.  Sorry for taking this long to get back to you.  Your
> email
>> generated a LOT of discussion both at, and between Nortel and
Genband.
>> Since the beginning of the stalking horse process, Genband have made
> it
>> very clear that they had absolutely no interest in inheriting any of
>> Nortel's prior issues: they want to start with a completely clean
> slate.
>> Your email raised concerns on their side as to whether Nortel had
> clean
>> title to your technology and the issue was escalated to the CVAS
>> Director of Product Line Management who immediately instructed all
his
>> product leaders to go through their VOBs to confirm whether or not
> they
>> were using your Intellectual Property.  Below is a summary of the
>> findings of this thorough analysis:
>>

4

>> Schedule 19 - The MG9000 still uses Emanate Lite.  According to our
>> records, Nortel never paid royalties for this use.  Nortel will
> provide
>> you a report of all the prior shipments that were missed along with a
>> calculation of the amount owed.
>>
>> Schedule 27 - CICM still uses Emanate.  Nortel has been reporting and
>> paying royalties for this product.
>>
>> Schedule 29 - GWC still uses Emanate.  This schedule includes a
> royalty
>> buy-out so no shipment reports were required.  Note that John
> Southwood
>> and I both erroneously concluded that this schedule was no longer
>> required.
>>
>> Once the above findings were shared with Genband, they indicated that
>> they were not comfortable with the LOA approach and instead, they
will
>> be engaging SNMP RI directly to negotiate their own license for the
>> above products, to be effective on the divestiture closing date.  You
>> can expect to be contacted by them shortly.  Meanwhile, Nortel will
> work
>> with you to rectify its non-compliance.
>>
>> Pierre
>>
>> -----Original Message-----
>> From: Jeff Case [mailto:case@private.snmp.com]
>> Sent: Thursday, May 13, 2010 5:19 PM
>> To: Tremblay, Pierre (CAR:0700)
>> Subject: RE: Genband - SNMP RI Accession Agreement
>>
>>
>> Pierre
>>
>> this should not shock you in the least ... the contents of
>> the document are the direct result of actions taken
>>
>> based on prior practice, Nortel was well aware that Nortel is
>> expected to offset our administrative and legal costs
>>
>> the costs we are passing on to GENBAND are higher than the
>> costs to Ciena because our costs are higher for GENBAND than
>> they were for Ciena
>>
>> our administrative and legal costs have been significant as a
>> result of a wild goose chase initiated by Nortel's
>> unsubstantiated assertions that Nortel had a valid license
>> to use the software licensed in schedule 18a, when, in fact,
>> Nortel does not have such a license
>>
>> as a result of multiple, repeated, but unsuccessful attempts to
>> move nortel off of its position that it had and was using such
>> a license, our firm incurred significant expenses, both internally,
>> and with outside counsel
>>

```
>> we had no less than 8 staff members researching the missing
>> schedule 18 including trips to another building to access
>> documents in deep archival storage
>>
>> based on what we found, we are not entirely convinced that
>> the engineering teams for the dms-10 never developed using
>> our emanate/lite product and tools ... contemporaneous emails
>> might lead to a different conclusion
>>
>> some of the language in our proposal was added because
>> of lessons learned by breaches of prior accession
>> agreements ... i am not comfortable naming names
>> but nortel should not expect us to continue to agree
>> to accession agreement terms that have been routinely
>> breached in prior accession agreements ... rather,
>> nortel should expect that we would tighten the
>> language based on those lessons learned instead
>> of repeating past failures
>>
>> for example, what should we do when one accession
>> agreement was signed last year, with net 45 day terms,
>> but the rights granted didn't start until payment was
>> received by us, and we still have not received that
>> payment?
>>
>> if the acquiror didn't have the right to receive our
>> intellectual property without making payment, did
>> nortel have the right to disclose it to the acquiror?
>> are you sure that nortel is fully in compliance with
>> all of its license obligations?
>>
>> based on lessons learned about non-payment, and rights
>> being used in the absense of payment, the contract
>> language was tightened accordingly
>>
>> further, we presently suspect that nortel has sent our
>> portions of snmp research intellectual property to third
>> parties without a proper license to disclose it and while
>> those sins of the past are outside the present conversation,
>> we would be foolish to let it happen again, hence the
>> contract language is tightened accordingly
>>
>> so far, we have not gotten the required sales tax
>> forms ... and while those sins of the past are outside
>> the present conversation, we would be foolish to let it
>> happen again, and learning from that lesson, that portion
>> of the contract language was tightened accordingly
>>
>> you still think i'm just paranoid?
>>
>> i don't want to argue with you, i don't want to debate
>> you ... this is not a negotiation
>>
>> i've told you what we are willing to do
>>
>> it is NOT over the top
>>
```

>> i received a pager message while typing this that you wish
>> to speak this evening but i am unable to do so because i
>> have two appointments this evening
>>
>> i welcome your thoughts on the above
>>
>>
>> regards,
>> jdc
>>
>>
>> On Thu, 13 May 2010, Pierre Tremblay wrote:
>>
>>> Jeff, I must admit that I am in a complete state of shock.  Out of
>>> respect for the limited legal resources that you have, I made sure
>> that
>>> the language in the Accession Agreement was perfectly in line with
> the
>>> language you approved for Ciena yet I see that numerous paragraphs
>> were
>>> added. Not only that but the Administration fees that are being
>> charged
>>> to Genband are significantly higher than those you charged them.
How
>>> can it be that the Genband divestiture, with the benefits of all the
>>> prior divestitures, ends up being charged more?  All the language
>> added
>>> in the agreement seems to originate from an extreme paranoia about
>>> license non-compliance.  I can assure you that we are fully
compliant
>>> with our license obligations.  The requirement to hire a 3rd party
to
>>> perform a scan of all the materials received from Nortel is
> completely
>>> over the top.  Clearly something major has happened that I am not
>> aware
>>> of.  When can I call you to discuss all this?
>>>
>>> Pierre
>>> -----Original Message-----
>>> From: Jeff Case [mailto:case@private.snmp.com]
>>> Sent: Thursday, May 13, 2010 4:02 PM
>>> To: Tremblay, Pierre (CAR:0700)
>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>
>>>
>>> Pierre:
>>>
>>> please find, in the attachments, 2 documents, one "clean" and one
>>> indicating changes from the version you sent named
>>>     GENBAND_SNMP_ACCESSION (approved by Genband).docx
>>>
>>> these documents indicate what we are willing to do at this time
>>>
>>> this constitutes an offer which is good until the lesser of 5 days
>> from
>>> today, or until withdrawn, replaced, and superseded by a new offer

>>>
>>> please let me know if you have any difficulty receiving, opening, or
>>> reading these documents
>>>
>>> best,
>>> jdc
>>>
>>>
>>> On Wed, 12 May 2010, Pierre Tremblay wrote:
>>>
>>>> Hello Jeff, any progress on this?
>>>>
>>>> Pierre
>>>>
>>>> -----Original Message-----
>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>> Sent: Thursday, May 06, 2010 10:56 AM
>>>> To: Tremblay, Pierre (CAR:0700)
>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>
>>>>
>>>> pierre
>>>>
>>>> i have a query out to external counsels to determine how much of a
>>>> balance has accrued with them with respect to this matter so that i
>>>> can add that to our internal adminstrative costs and can calculate
a
>>>> fair, reasonable, and appropriate administrative fee
>>>>
>>>> i expect that i will probably have something for you by no later
> than
>>>> early next week, perhaps yet today, but i do not know their
> calendars
>>>> and they may be away from their offices
>>>>
>>>> best,
>>>> jdc
>>>>
>>>>
>>>>
>>>>
>>>> On Thu, 6 May 2010, Pierre Tremblay wrote:
>>>>
>>>>> Hello Jeff!  When can I expect to receive a new version of the
>> Letter
>>>> of
>>>>> Accession?
>>>>>
>>>>> Pierre
>>>>>
>>>>> -----Original Message-----
>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>> Sent: Tuesday, May 04, 2010 10:58 AM
>>>>> To: 'Jeff Case'
>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>
>>>>> Your records are definitely better than ours!  :)  I went back to

8

```
>> the
>>>
>>>>> product team and asked them to confirm whether or not they were
>> using
>>>
>>>>> Emanate.  It turns out that only Schedule 27 applies to CVAS.  The
>>>>> DMS-10 never went ahead with Emanate and as a result, schedule 18
>> was
>>>
>>>>> never executed (which explains a lot).  You had a couple of small
>>>>> changes that you wanted to make to the Letter of Accession.  Would
>>>>> you please send those to me (along with the removal of Schedule 18
>>>>> and the administration fee)?  I'll have a quick look at it and
>>>>> hopefully we
>>>> are
>>>>> ready to sign.
>>>>>
>>>>> Pierre
>>>>>
>>>>> -----Original Message-----
>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>> Sent: Wednesday, April 28, 2010 6:47 PM
>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>
>>>>>
>>>>> hi pierre
>>>>>
>>>>> i asked our accounting department to look up the invoice
referenced
>>>>> in your last mail gram ... it was not for our agent software
> product
>>>>> for your DMS 100 EMS product project on the Chorus embedded
>> operating
>>>> system
>>>>> like Sch 18; rather, it was a partial payment for royalties for
our
>>>> ARL
>>>>> software on four open operating systems originally licensed to Bay
>>>>> Networks before they were acquired by Nortel ... (i have attached
a
>>> copy
>>>>> for your convenience)
>>>>>
>>>>> if you have any other documentation, we are happy to look at it
...
>>>> but
>>>>> i will also tell you that we have been researching schedule 18
>>>> carefully
>>>>> from our end, and we are now confident that nortel never purchased
> a
>>>>> license under schedule 18
>>>>>
>>>>> going back to my earlier question, what has nortel been doing with
>>>>> the schedule 18 technology?  i can't make an informed decision
> about
>>>>> the accession agreement unless i know that
```

9

```
>>>>>
>>>>> please advise, thanks in advance
>>>>>
>>>>> best,
>>>>> jdc
>>>>>
>>>>>
>>>>>
>>>>> On Wed, 28 Apr 2010, Pierre Tremblay wrote:
>>>>>
>>>>>> Jeff, our PO records don't go far enough to locate the subject
PO.
>>>>>> I asked our Accounts Payable team to see if they could dig out
all
>>>>>> the payments we made to SNMP RI in the 1999-2000 timeframe.  They
>>>>>> don't have
>>>>>> 1999 data, but they were able to produce the 2000 data.  Below is
>>>>>> one line item from this report which I hope relates to this
>> buy-out.
>>>
>>>>>> Let me know what you think.
>>>>>>
>>>>>>
>>>>>>
>>>>>> reqno
>>>>>>
>>>>>> reqline
>>>>>>
>>>>>> ponumber
>>>>>>
>>>>>> lot_no
>>>>>>
>>>>>> lot_status
>>>>>>
>>>>>> lot_desc
>>>>>>
>>>>>> lot_desc2
>>>>>>
>>>>>> qty_to_order
>>>>>>
>>>>>> received_qty
>>>>>>
>>>>>> received_cost
>>>>>>
>>>>>> invoice_cost
>>>>>>
>>>>>> po_cost
>>>>>>
>>>>>> po_unit_cost
>>>>>>
>>>>>> commodity_code
>>>>>>
>>>>>> ship_on_date
>>>>>>
>>>>>> current_dock_date
>>>>>>
>>>>>> family_code
```

```
>>>>>>
>>>>>> super_family_code
>>>>>>
>>>>>> date_received
>>>>>>
>>>>>> rec_indicator
>>>>>>
>>>>>> part_no
>>>>>>
>>>>>> lot_desc3
>>>>>>
>>>>>> lot_desc4
>>>>>>
>>>>>> lot_desc5
>>>>>>
>>>>>> stock_no
>>>>>>
>>>>>> position group
>>>>>>
>>>>>> term_start_date
>>>>>>
>>>>>> term_end_date
>>>>>>
>>>>>> capital_flag
>>>>>>
>>>>>> mand_close_date
>>>>>>
>>>>>> term_confirm_date
>>>>>>
>>>>>> 1102332
>>>>>>
>>>>>> 01
>>>>>>
>>>>>> 008101228
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> CLOSED
>>>>>>
>>>>>> ROYALTY BUYOUT PAYMENT  PER SNMP RESEARCH
>>>>>>
>>>>>> CONTRACT.  Ref: Invoice #0002RO042
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> 1
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> 22,624.00
>>>>>>
>>>>>> SOIA
>>>>>>
```

```
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> SOIA
>>>>>>
>>>>>> SO
>>>>>>
>>>>>>
>>>>>>
>>>>>> N
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> 0
>>>>>>
>>>>>> 2/10/2000
>>>>>>
>>>>>> 2/10/2000
>>>>>>
>>>>>> N
>>>>>>
>>>>>> 8/10/2001
>>>>>>
>>>>>> 2/14/2000
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> Pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>>> Sent: Wednesday, April 28, 2010 8:48 AM
>>>>>> To: 'Jeff Case'
>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>
>>>>>>
>>>>>> Yikes, this is a fairly old agreement and we have changed our
>>>>>> purchasing system since then.  I will see what I can dig up.
>>>>>> Meanwhile, I can tell you that we have been paying the royalties
> on
>>>>>> schedule 27 which is the only royalty-bearing CVAS schedule (all
>> the
>>>
```

>>>>>> others being covered by a buy-out).
>>>>>>
>>>>>>
>>>>>>
>>>>>> Pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>>
>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>> Sent: Tuesday, April 27, 2010 4:37 PM
>>>>>>
>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> hi again pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> my staff and i did some more digging after my last mailgram and
we
>>>>>> were
>>>>>>
>>>>>> unable to find any indication that nortel ever signed or paid for
>>>>>>
>>>>>> schedule 18 ... if you have either a signed copy of the schedule
> or
>>>>>>
>>>>>> a proof of payment, i am hoping you will send them along so that
> we
>>>>>>
>>>>>> can put this to rest
>>>>>>
>>>>>>
>>>>>>
>>>>>> if nortel does not have a signed copy or proof of payment, then i
>> am
>>>
>>>>>> going
>>>>>>
>>>>>> to need some more information from you about what nortel has been
>>>>>> doing
>>>>>>
>>>>>> with the schedule 18 technology so that i can make a decision
> about
>>>>>> how
>>>>>>
>>>>>> to proceed with the draft accession agreement ... not
> surprisingly,
>>>>>> i have

13

>>>>>>
>>>>>> a problem with letting nortel "lend" genband rights that nortel
> did
>>>>>> not
>>>>>>
>>>>>> pay for, especially if i don't know what nortel has been doing
> with
>>>>>> those
>>>>>>
>>>>>> rights
>>>>>>
>>>>>>
>>>>>>
>>>>>> please advise, thanks in advance
>>>>>>
>>>>>>
>>>>>>
>>>>>> best,
>>>>>>
>>>>>> jdc
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> On Tue, 20 Apr 2010, Pierre Tremblay wrote:
>>>>>>
>>>>>>
>>>>>>
>>>>>>> Jeff, are you waiting for additional information from me?  I
want
>>>>>>> to
>>>>>>
>>>>>>> make I don't end up delaying progress without realizing it.
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> Pierre
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> -----Original Message-----
>>>>>>
>>>>>>> From: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>>> Sent: Friday, April 16, 2010 12:43 PM
>>>>>>
>>>>>>> To: 'Jeff Case'
>>>>>>
>>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> Jeff, unfortunately what I sent you is all I was able to locate.
>>>>>>> We

14

>>>>>>
>>>>>> have been operating under the Schedule 18A that I sent you for
>>>> years.
>>>>>>
>>>>>> When I first took over the SNMP RI file 9 years ago, I went
>> through
>>>>>> all
>>>>>>
>>>>>> the schedules with John to figure out which ones were still
> active
>>>>>> and
>>>>>>
>>>>>> which ones were not.  Schedule 18A was identified as a buy-out.
>>>>>> The
>>>>>>
>>>>>> other two Chorus-related schedules are for products that never
> saw
>>>>>> the
>>>>>>
>>>>>> light of day (Terabit interceptor and project blue).
>>>>>>
>>>>>>
>>>>>>
>>>>>> Pierre
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>>
>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>> Sent: Friday, April 16, 2010 12:05 PM
>>>>>>
>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>> Subject: RE: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> hi again
>>>>>>
>>>>>>
>>>>>>
>>>>>> thanks for the copy of schedule 18 ... it looks like my copy of
a
>>>>>>
>>>>>> document we sent to nortel for signature ... i was hoping you
>> could
>>>>>>
>>>>>> send me a *_signed_* copy of schedule 18 ... i cannot find one
>>>>>>
>>>>>>
>>>>>>
>>>>>> here is my dilemma with respect to schedule 18 ... i can see in
>> our

```
>>>>>>
>>>>>>> records where our john southwood sent your colleague, dave
> hyslop,
>>>>>>
>>>>>>> three different versions of schedule 18a, one on november 29,
> 1999
>>>>>>
>>>>>>> which called for per-copy royalties, an updated version sent on
>>>>>>
>>>>>>> december 7, 1999, and another on december 20, 1999 which
included
>>>>>>
>>>>>>> a royalty buy-out ... i believe there were for your internal
>>>>>>
>>>>>>> customers Dave Shipe and Bill Greene
>>>>>>
>>>>>>
>>>>>>
>>>>>>> hyslop was going to check with them to see what they wanted
>>>>>>
>>>>>>
>>>>>>
>>>>>>> however, so far, and i am still looking, i cannot find where
>> nortel
>>>>>>
>>>>>>> ever signed and returned either the per copy royalty schedule 18
>> or
>>>>>> the
>>>>>>
>>>>>>> paid-up royalty schedule 18 and i have not yet found where
nortel
>>>>>>> paid
>>>>>>
>>>>>>> for either one ... if i can find the payment, then, since the
>>>> amounts
>>>>>>
>>>>>>> were different, that could/would tell us which one is in place
>>>>>>
>>>>>>
>>>>>>
>>>>>>> at present, it looks like neither is in place
>>>>>>
>>>>>>
>>>>>>
>>>>>>> it appears that the first Nortel purchase for a chorus product
> was
>>>>>>
>>>>>>> later the following year (april 10, 2000), via schedule 25, for
>>>>>>
>>>>>>> "project blue or OPC" which called for per-copy royalties until
>>>>>>
>>>>>>> it was suspended/terminated/discontinued on or about july 11,
> 2002
>>>>>>
>>>>>>
>>>>>>
>>>>>>> and it appears that the second Nortel purchase for a chorus
```

```
>>>>>>
>>>>>> product was via schedule 46 for terabit intercepter april 12,
> 2001
>>>>>>
>>>>>> which called for per-copy royalties until the project was
> canceled
>>>>>>
>>>>>> and schedule 46 was suspended on 4/17/2003
>>>>>
>>>>>>
>>>>>
>>>>>> so far, i can't find where nortel has any active license rights
>>>>>
>>>>>> to our products on chorus that could be "loaned" to genband via
>>>>>
>>>>>> an accession agreement for their use during the transition
period
>>>>>
>>>>>>
>>>>>
>>>>>>
>>>>>
>>>>>> ... still looking ...
>>>>>
>>>>>>
>>>>>
>>>>>> please let me know if you find something and i'll do the same
>>>>>
>>>>>>
>>>>>
>>>>>> is there an anticipated closing date schedule?
>>>>>
>>>>>>
>>>>>
>>>>>> best,
>>>>>
>>>>>> jdc
>>>>>
>>>>>>
>>>>>
>>>>>>
>>>>>
>>>>>>
>>>>>
>>>>>> On Fri, 16 Apr 2010, Pierre Tremblay wrote:
>>>>>
>>>>>>
>>>>>
>>>>>>> Hello Jeff. You are correct to assume that I would be OK with
>>>>> cosmetic
>>>>>
>>>>>>> changes.  :)  As far as which schedule is appropriate, I must
>>>>>>> admit
>>>>>
>>>>>> that
>>>>>
>>>>>>> it is not a trivial exercise.  People and product names have
```

```
>>>> changed
>>>>>>
>>>>>>>> numerous times since the effective date of most of our
schedules
>>>>>> which
>>>>>>
>>>>>>>> makes it very difficult to pin down the right schedules.  For
>> now,
>>>> I
>>>>>>
>>>>>>>> am
>>>>>>
>>>>>>>> sending you a copy of Schedules 18 and 27.  I am also
>>>>>>>> double-checking
>>>>>>
>>>>>>>> with R&D to make sure that I have captured all the relevant
>>>>>> schedules.
>>>>>>
>>>>>>>> I'll let you know as soon as I have completed by research.
> Sorry
>>>>>>
>>>>>>>> about
>>>>>>
>>>>>>>> that.
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> Pierre
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>
>>>>>>>> From: Jeff Case [mailto:case@private.snmp.com]
>>>>>>
>>>>>>>> Sent: Thursday, April 15, 2010 6:02 PM
>>>>>>
>>>>>>>> To: Tremblay, Pierre (CAR:0700)
>>>>>>
>>>>>>>> Subject: Re: Genband - SNMP RI Accession Agreement
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> greetings, yes, it has been a long time
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> sorry for the delay in responding ... today is my first day
>>>>>>
>>>>>>>> in the office since you sent your note
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> first, i think that your approach of using the ciena accession
>>>>>>
```

18

>>>>>>> agreement is a good one that will save both of us time and
>>>>>>
>>>>>>> therefore money (thank you)
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> i have gone through your document and it mostly looks good
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> after using "accept changes" to remove the strikethroughs and
to
>>>> get
>>>>>>
>>>>>>> a "clean" copy, some minor cosmetic things showed through that
>>>>>>
>>>>>>> were not obvious before:
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>          corrected the spelling in one instance of "GENDBAND" to
>>>>>>
>>>>>>> "GENBAND"
>>>>>>
>>>>>>>          removed some highlighting
>>>>>>
>>>>>>>          trimmed a spurious leading blank in one field
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> all cosmetic stuff that i have no doubt will be ok with you
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> i do have one outstanding question ... i have been unable to
>>>>>>> locate
>>>>>>
>>>>>>> a copy of schedule 18 here, perhaps because nancy knowles, our
>>>>>>
>>>>>>> office manager, is out this week, and perhaps i am not
>> competently
>>>>>>
>>>>>>> looking in the right place(s)
>>>>>>
>>>>>>>
>>>>>>
>>>>>>> so far, i have not been able to find very much about it at all
> in
>>>>>>
>>>>>>> either nancy's records or our accounting system
>>>>>>
>>>>>>>
>>>>>>

```
>>>>>>>> do you have a copy you could send to me as a .pdf rather than
my
>>>>>>
>>>>>>>> waiting for nancy to return? (she returns early next week)
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> thinking it might be a typo, i also looked for chorus-based
>>>> products
>>>>>>
>>>>>>>> licensed to nortel and found
>>>>>>
>>>>>>>>    schedule 25 dated 4/10/2000 but it was terminated 7/11/2002
>> and
>>>>>>
>>>>>>>>    schedule 46 dated 4/2/2001 but it was terminated 4/17/2003
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> accordingly, our records don't show nortel continuing to use
>>>>>>>> chorus
>>>>>>
>>>>>>>> at this point, so i am confused
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> can you please straighten out my confusion?
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> finally, what is the scheduled closing date?  that is, how much
>>>> time
>>>>>>
>>>>>>>> do we have on this one?
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> please advise, thanks in advance
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> best,
>>>>>>
>>>>>>>> jdc
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>> On Wed, 7 Apr 2010, Pierre Tremblay wrote:
>>>>>>
```

```
>>>>>>>>
>>>>>>
>>>>>>>>> Hello Jeff, it has been a loooong time since we last talked to
>>>> each
>>>>>>
>>>>>>>>> other.  Much has happened since then, especially at Nortel!
> ;-)
>>>> I
>>>>>>
>>>>>>>> had
>>>>>>
>>>>>>>>> a good chat with Nancy Scott where she explained the heavy
>> burden
>>>>>>
>>>>>>> that
>>>>>>
>>>>>>>>> all the Nortel divestitures were placing on your company with
>> all
>>>>>> the
>>>>>>
>>>>>>>>> Accession Agreements.  In order to minimize the amount of work
>> on
>>>>>>
>>>>>>> your
>>>>>>
>>>>>>>>> end, I convinced Genband to use the Ciena Accession Agreement
> as
>>>>>>>>> a
>>>>>>
>>>>>>>>> starting point and kept the changes required to a bare
minimum.
>>>>>>>>> The
>>>>>>
>>>>>>>>> enclosed Genband agreement was drafted using the Ciena final
>>>>>>
>>>>>>> Accession
>>>>>>
>>>>>>>>> Agreement as a starting point. I used Track Changes so that
you
>>>>>> could
>>>>>>
>>>>>>>>> easily spot the changes.  The great majority of changes are
> just
>>>>>>
>>>>>>>>> substitutions from Ciena to Genband.  There is only one
> material
>>>>>>
>>>>>>>> change
>>>>>>
>>>>>>>>> to the Ciena language. In the Ciena agreement, the Accession
>>>>>>
>>>>>>> Agreement
>>>>>>
>>>>>>>>> becomes effective upon the issuance of a PO by Genband under
> the
>>>>>>
>>>>>>> Nortel
```

>>>>>>
>>>>>>>>> agreement, and this, in our opinion, does not work for Day 1.
>>>>>>>>> For
>>>>>>
>>>>>>>>> Genband, we have changed the language such that the Effective
>>>>>>>>> Date
>>>>>> is
>>>>>>
>>>>>>>>> the closing date of the divestiture.  That way, Genband will be
>>>>>>
>>>>>>>> entitled
>>>>>>
>>>>>>>>> to continue to embed Emanate on Day 1 under the Nortel
> agreement
>>>>>>>>> (it
>>>>>>
>>>>>>>> is
>>>>>>
>>>>>>>>> very likely that Genband would operate for a while before a PO
>> is
>>>>>>
>>>>>>>> issued
>>>>>>
>>>>>>>>> by them to Genband).  I would be more than happy to discuss the
>>>>>> logic
>>>>>>
>>>>>>>>> behind this change.  Just let me know what is the next step you
>>>>>>>>> want
>>>>>>
>>>>>>>> to
>>>>>>
>>>>>>>>> take.
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>> P.S.  I also replaced the administrative fee with ???, hoping
>>>>>>>>> that
>>>>>>

>>>>>>>> given
>>>>>>

>>>>>>>>> the very limited number of changes Genband requested, the fee
>>>>>>>>> will
>>>>>> be
>>>>>>

>>>>>>>>> much lower.  :-)
>>>>>>

>>>>>>>>> <<GENBAND_SNMP_Accession (approved by Genband).docx>>
>>>>>>

>>>>>>>>> Pierre Tremblay
>>>>>>

>>>>>>>>> Supplier Relationship Manager
>>>>>>

>>>>>>>>> Nortel
>>>>>>

```
>>>>>>>> 613-763-1332
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>>
>>>>>>
>>>>>>>>
>>>>>>
>>>>>>>
>>>>>>
>>>>>>
>>>>>
>>>>
>>>
>>
>
```

# ELECTRONIC MAIL # 2

**From:** Baiju Dalal [mailto:dalal@nortel.com]
**Sent:** Wednesday, August 04, 2010 7:18 AM
**To:** John L. Wood
**Subject:** FW: Background info on missed SNMP RI royalties

John:

Please find the report from Pierre as requested.


Regards,
Baiju Dalal
**Leader: OEM Direct Procurement**
Nortel Business Services
Email: dalal@nortel.com
Office: (972) 684 0354 ESN: 444 0354
Fax:    (972) 684 0322 ESN: 444 0322
Mobile (India): +91 9821048481

---

**From:** Tremblay, Pierre (CAR:0700) [mailto:IMCEAEX-
_O=NORTEL_OU=AMERICASM01_CN=RECIPIENTS_CN=EXCHANGE_CN=0532936@genband.com]
**Sent:** Friday, May 28, 2010 7:32 PM
**To:** Dalal, Baiju (PGP:4155)
**Subject:** Background info on missed SNMP RI royalties

Baiju, below is the shipment data that was NEVER reported to SNMP RI. These shipments fall under schedule #19 and the per-unit royalty is $3.00. Of course, most of it is stayed. If you have any questions on this, please don't hesitate to contact me.

Pierre

**From:** Gaiser, Tim (CAR:4435)
**Sent:** May 18, 2010 4:51 PM
**To:** Rossi, Kevin (CAR:KR00); Briggs, Chris (CAR:4435)
**Cc:** Skillman, Robert (GWRTP:2245); Humphreys, Anthony (GWRTP:2752)
**Subject:** RE: License Requirement for Emanate Tool

The Emanate software was used on the following cards, which were shipped at the following quantities over the years:

| PEC | Desc | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|
| NTNY45AA | NTNY45AA ATM CONTROLLER | 113 | 340 | 745 | 210 | 133 | 32 | |
| NTNY45BA | NTNY45BA UE-MG DS1-IMA CON | 20 | 80 | 169 | 102 | 66 | 1 | 3 |
| NTNY45CA | NTNY45CA OC-3 IR STS-3C/ST | | | 120 | 408 | 157 | 137 | 14 |
| NTNY45FA | NTNY45FA GIGE ATM CONTROLL | | | | 102 | 190 | 127 | 88 |
| **Grand Total** | | **133** | **420** | **1034** | **822** | **546** | **297** | **105** |

But I noticed that the software is licensed per system (which I assume to mean MG9K system), so we'll have to map this to systems. Bob is going to drill down to that level of detail.

The forecast for the same cards over the next 12 months is 10 for the GigE card, although the 10 figure is suspect. This maps to 40 frames.

Regards,
    Tim

**From:** Rossi, Kevin (CAR:KR00)
**Sent:** May 18, 2010 2:44 PM
**To:** Briggs, Chris (CAR:4435); Gaiser, Tim (CAR:4435)
**Subject:** FW: License Requirement for Emanate Tool

**Regards,**

*Kevin Rossi*
**Carrier VoIP and Applications Solutions**
**Director, Softswitch Product Line Management**
**ESN 395 x5205  (613-765-5205)**
**Cell 613-795-9247**
**krossi@nortel.com**

**From:** Tremblay, Pierre (CAR:0700)
**Sent:** Monday, May 17, 2010 5:26 PM
**To:** Murray, Michael (GWRTP:3Z00); Rossi, Kevin (CAR:KR00); Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Cc:** Brownridge, Glen (CAR:4435)
**Subject:** License Requirement for Emanate Tool

Enclosed are two more SNMP RI schedules which might cover the MG9000. Do any of them seem to relate to MG9000's use of SNMP RI software?

Pierre

**From:** Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Sent:** Monday, May 17, 2010 11:04 AM
**To:** Alfan, Ersan NETAS (NORTELTR:NTTR:T0611); Humphreys, Anthony (GWRTP:2752)
**Cc:** Durucasugil, Riza NETAS (NORTELTR:NTTR:T06); Mcmillan, Vadi (GWRTP:2752); Evans, Chuck (GWRTP:4435);
Gaiser, Tim (CAR:4435); Brownridge, Glen (CAR:4435); Gulsev Nurhan KARABIYIK; Gopalakrishna, Manjunatha WIPRO
(External:WBNG:WT45); Ali TASKIRAN; Lyon, Joyce (GWRTP:2752); Alfan, Ersan NETAS (NORTELTR:NTTR:T0611)
**Subject:** RE: License Requirement for Emanate Tool

Hi,

For Enamate tool, when we checked briefly SNMP codes, we saw highly integrated in to the SNMP codes
but there are some codes that can enable or disable these Emanate tools.

We need to test these codes after it is disabled. If all SNMP functions work fine after Emanate is disabled
then we can remove emanate tool.

We need to check deeply to determine the impacts of SNMP connections.


Regards,


**Ersan Alfan**
**Nortel Networks Netas**
**MG9000 Manager Architect**

**Tel : +90 216 522 2161 / ESN : 882 2161**
**SIP: ealfan@techtrial.com**
**Yahoo IM : ersanalfan**


---

**From:** Ersan ALFAN
**Sent:** Monday, May 17, 2010 11:37 AM
**To:** Anthony Humphreys-JD30
**Cc:** Riza Durucasugil; Vadi Mcmillan-2752; Chuck Evans; Tim Gaiser-4435; Glen Brownridge-4435; Gulsev Nurhan
KARABIYIK; Manjunatha Gopalakrishna-WT45; Ali TASKIRAN; Ersan ALFAN
**Subject:** RE: License Requirement for Emanate Tool

Hi,

Both tools are required for MG9K software.

a) Emanate Tool

   This tool is serving API functions for SNMP connections. MG9K uses SNMP connections to communicate
with MG9KEM software.

b) Emweb (Embedded Web server)

This 3rd party software serves API functions to form a web server on MG9K DCC cards. This software enables LCI functionality of MG9K.


Regards,

**Ersan Alfan**
**Nortel Networks Netas**
**MG9000 Manager Architect**

**Tel : +90 216 522 2161 / ESN : 882 2161**
**SIP: ealfan@techtrial.com**
**Yahoo IM : ersanalfan**

---

**From:** Anthony Humphreys [mailto:cnc430@nortel.com]
**Sent:** Monday, May 17, 2010 3:53 AM
**To:** Ersan ALFAN; Manjunatha Gopalakrishna-WT45; Gulsev Nurhan KARABIYIK
**Cc:** Riza Durucasugil; Vadi Mcmillan-2752; Chuck Evans; Tim Gaiser-4435; Glen Brownridge-4435
**Subject:** License Requirement for Emanate Tool

Ersan,

   We need to determine if the MG9K design guys in Istanbul or the MG9K EM design guys are currently using the Emanate tool and whether this tool is required to support the MG9K product. I need everyone to respond by COB Monday May 17th in order to evaluate any license requirement that we will have going forward.

   Also it appears that we have another 3rd party software in the mMG9K. It appears that we have software from Virata  used in the MG9K load as I see it listed in the "/clearcase/VOBS/MG5000/Common/3rdParty/EmWeb"  directory and also see a license reference as follows:

/clearcase/VOBS/MG5000/Common/Tools/Setup

 more emweb_license.dat

# Pick up emweb license from RTP

SERVER znc0s0nu 80a9b85c 7274

SERVER znc0s0nw 80b020b0 7274

SERVER znc0s0nx 80a7c68e 7274

FEATURE EmWeb agranat 1.0 permanent uncounted XXXXXXXXXXXX HOSTID=ANY ck=149

I am assuming that we also need to determine if we need license for  EmWeb application as well as the Emanate software. If we do not believe that the Emanate software is needed then do we need to remove it from our software builds?

Thanks for your assistance,

Tony Humphreys

MG9K GPS Lead Engineer