# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Re: Docket No. 3759** |

**NOTICE OF FILING CORRECTED EXHIBIT TO SNMP RESEARCH INTERNATIONAL, INC.'S RESPONSE AND RESERVATION OF RIGHTS TO DEBTORS' TWELFTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, NO BASIS 503(B)(9) CLAIMS, MULTI-DEBTOR DUPLICATE CLAIMS AND WRONG DEBTOR CLAIM)**

SNMP Research International, Inc. ("SNMPRI"), through undersigned counsel, gives notice of filing of the attached Corrected Exhibit to the *Response and Reservation of Rights of SNMP Research International, Inc. to Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim)*, filed on August 4, 2010 [Docket No. 3759] (the "Response"). The Corrected Exhibit is attached hereto as Exhibit 1. SNMPRI's original Exhibit A to the Response inadvertently included Schedule 53 to the License Agreement,[1] and not Schedule 57. The Debtors owe outstanding yearly maintenance fees pursuant to Schedule 57, not Schedule 53, and accordingly this Schedule should have been included in Exhibit A to the Response.

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Response.

SNMPRI accordingly files this Corrected Exhibit A to correct the originally filed Exhibit A.

Dated: August 10, 2010
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

_____
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
dastin@ciardilaw.com
jmclaughlin@ciardilaw.com
cneff@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*