# Exhibit 1

# CORRECTED EXHIBIT A

# SNMP Research International 

## SOFTWARE SERVICE AGREEMENT

Effective date __July 7__, 19_98_ Annual fee for period: $ __3,000.00__

Customer: __Periphonics Corporation__
                    (Name)

This Agreement covers the following licensed Program components subject to the attached terms and conditions:

- EMANATE® Master Agent binary for Solaris 2.X (Sparc)
- EMANATE® Subagent Development Kit in binaries for Solaris 2.X (Sparc)
- EMANATE® Master Agent binary for Windows NT (Intel)
- EMANATE® Subagent Development Kit in binaries for Windows NT (Intel)

Address for business matters:

__PERIPHONICS CORPORATION__

__4000 VETERANS MEMORIAL HWY__

__BOHEMIA, N.Y. 11716-1024__

__ATTN: JAMES P. DEMAS__
         __SR. DIRECTOR PURCH'G.__

__(516) 468-9000 (MAIN)__
(Telephone)

Shipping address for updates:

__(SAME)__

(Telephone)

**Periphonics Corporation:**

___[signature]___
Authorized Representative (signature)

__PETER TAVERNESE__
Authorized Representative (typed)

__EXECUTIVE DIRECTOR__
Title

__7/7/98__
Date

**SNMP Research International, Inc:**

__Mary L. Case__
Mary L. Case,
President

__July 8, 1998__
Date

---

SNMP Research International, Incorporated
3001 Kimberlin Heights Road   Knoxville, Tennessee 37920-9716 USA
Voice: +1-423-579-3311    Fax: +1-423-579-6565

## Terms and Conditions

1. **Period**

This Agreement shall remain in effect for a term of one year from the effective date of this Agreement as shown on the signature page and shall automatically be extended each year for a one year term. The minimum period of the Agreement shall be one year. Thereafter, the Agreement may be canceled upon ninety days' notice.

2. **SNMP Research International, Inc. Responsibilities**

This Agreement is designed for licensed customers who have access to the Program and documentation and have significant technical expertise. SNMP Research International, Inc. agrees to provide to Customer:
    a) new software releases and interim updates of the Program made generally available during the period of this Agreement, and
    b) improvements and enhancements to reference manuals and on-line documentation made generally available during the period of this Agreement.

3. **Customer Responsibilities**

Customer agrees to:
    a) maintain software at the latest revision level, and
    b) maintain a current backup copy of the unmodified software.

No on-site services are included as a part of this Agreement. Any on-site services requested and provided will be at per-call rates to be agreed upon before on-site services are provided.

4. **Defect Resolution and Enhancement Suggestions**

From time-to-time during the period of this Agreement, Customer may report problems encountered with the Program. These reports may be submitted via any of several mechanisms including telephone, electronic mail, facsimile, letter, and/or machine readable media. The report should include sufficient information to allow SNMP Research International, Inc. to recreate the problem with the latest unaltered release of the Program and may include suggested corrective modifications. If the problem can be recreated, SNMP Research International, Inc. will make reasonable efforts to correct the problem in a timely fashion. In addition, Customer may use this mechanism to suggest improvements to the Program. SNMP Research International, Inc. shall have the right to use all such changes and modifications at its discretion without obligation to Customer, including, but not limited to, their incorporation into the distributions of the Program made generally available to licensees, including distribution to third parties.

5. **Application of Original License Terms and Conditions**

Updates, improvements, and enhancements will be treated as components of the licensed Program and their use will be governed by the terms and conditions of the License Agreement with the Customer.

6. **Warranties**

EXCEPT FOR THE REPRESENTATIONS SET FORTH IN THE LICENSE AGREEMENT, SNMP Research International, Inc. DISCLAIMS ALL WARRANTIES INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS

FOR A PARTICULAR PURPOSE. CUSTOMER'S RIGHT TO RECOVER PROPERTY DAMAGES CAUSED BY THE FAULT OR NEGLIGENCE OF SNMP Research International, Inc. SHALL BE LIMITED TO THE AMOUNT OF THE ORIGINAL LICENSE FEE FOR THE PROGRAM. SNMP Research International, Inc. WILL NOT BE LIABLE FOR DAMAGES RESULTING FROM LOSS OF DATA, PROFITS, USE OF PRODUCTS, OR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

7. Payment

Payment of the annual charge is due within 30 days of the date of invoice. If Customer fails to make timely payment, SNMP Research International, Inc. shall not be obligated to provide the services specified in this Agreement.

8. Governing Law

This Agreement is governed by the Laws of the State of Tennessee.

# SNMP Research International, Inc.



**SCHEDULE 57.3:**

Specified Entity:

> Nortel Networks Corporation
> WiMAX ASG 5000 Development
> 3500 Carling Avenue
> Nepean, Ontario K2H 8E9
> Canada

Specified Product or Project:

The family of multi-service devices, formerly known internally within Nortel Networks as "Neptune" and is now changed to WiMax

Development Software:
EMANATE Source Code on Linux 7.1, or later.

Run-Time Software:

> EMANATE Master Agent Binary for compatible versions of a Linux Platform
> EMANATE Subagent Binary for compatible versions of a Linux Platform

Location of Development Tools:

First Development Location:

> Ottawa Development Location
> Nortel Networks
> 3500 Carling Avenue
> Nepean, Ontario K2H 8E9
> Canada

Second Authorized Location:

> Richardson Development Location
> Nortel Networks
> 2220 Lakeside Boulevard
> Richardson Texas 75082
> USA

License Fee for change of project name: $0.00(U.S.)

Royalties: Each ASG 5000 unit produced has a royalty associated with it. One royalty unit represents all Subagents connected to a single Master Agent on a system. Licensee may start with a Per-Copy Royalty structure and after informing SNMP Research in writing, Licensee can execute either an Annual Buyout Option, or Lifetime Buyout Option.

1. Per-Copy Royalties:

    EMANATE per copy royalties:

    | Units From | Units To | $/System (US) |
    |---|---|---|
    | 1 | 2,000 | 60 |
    | 2,001 | 5,000 | 45 |
    | 5,001 | 10,000 | 40 |
    | 10,001 | And up | 37 |

2. Annual Buyout Option for ASAG 5000: During the term of the Annual Buyout Royalty option, Nortel may distribute an unlimited number of copies of the Runtime Software in Nortel's Multi-Service Provider Edge product, according to the provisions governing distribution as found elsewhere in the Agreement.

    First year Annual Royalty Buyout: $41,667.00(U.S.)

    Second and subsequent year Royalty Buyout options: On the anniversary of Licensee's purchase of the First year Annual Buyout, Licensee may choose from the following two options:

    A. One-year Renewal: Licensee may pay a renewal Annual Royalty Buyout of:

        $41,667.00(U.S.).

        Such fee covers all royalties for sublicenses issued for an additional one-year period.

    B. Lifetime Royalty Buyout: See below.

3. Lifetime Royalty Buyout Option for ASG 5000: Licensee may distribute from the date of payment in perpetuity an unlimited number of copies of the Runtime Software in Nortel's Multi-Service Provider Edge product, according to the provisions governing distribution as found elsewhere in the Agreement.

    A. Licensee may pay a lifetime royalty buyout fee of: $125,000.00(U.S.)

    B. Should Licensee elect to exercise the Lifetime Royalty Buyout Option, then the Annual Royalty Buyout payments made within the immediately prior three years for ASG 5000 on a single Platform shall be once credited at seventy five percent (75%), against the fees of the Lifetime Royalty Buyout Option for the same Platform.

Expected Start of Revenue-Generating Shipments:      Fourth quarter of 2008

Yearly Maintenance Fee (if applicable):      $4,000.00.

Total due at signature:      $0.00(U.S.)

Paul Walker
Primary Product Representative (Design)

(613) 763-2846
Telephone

(
Fax

pwalker@nortel.com
Email

Caroline Chan
Back-up Product Representative (PLM)

(972) 684-1688
Telephone

(
Fax

cchan@nortel.com
Email

Lisane Fuoco
Royalty Administrator

613-765-8231
Telephone

613-763-5771
Fax

lfuoco@nortel.com
Email

Page 4 – Schedule A

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary L Case*
Mary L. Case, President

4-11-08
Date

Nortel Networks Limited

Software Supply Management
(Specified Entity)

*[signature]*
Signed

Michel Cote
Typed

3rd Party Software License leader
Title

10 April 2008
Date

# SNMP Research International, Inc. 

Effective Date: 12 / 9 / 04

**SCHEDULE 65:**

Specified Entity:

> Nortel Networks Limited
> BCM Group
> 3500 Carling Avenue
> Nepean, Ontario
> CANADA K2H 8E9

Specified Products:

> Tux, MI50, M250, and subsequent M(X)50 models that use the EMANATE SNMP Master Agent and Subagents

Development Software:

> EMANATE binary tools including the EMANATE Master Agent binary and the Subagent Development Kit for Red Hat Linux
> SNMP Libraries, Utilities, and MIB Tools for Red Hat Linux

Run-Time Software:
> EMANATE Master Agent binary on Linux
> EMANATE Subagents produced through use of the Subagent Development Kit on Linux

License Fee for development tools: $100.00 (US)
(License Fee is $6,500 less discount for EMANATE/Lite license for Schedule 63A of $6,400.)

Royalties: Lifetime paid-up royalty included in Schedule 63.1A Lifetime paid-up royalty payment.

Yearly Maintenance Fee (if applicable): $1,500.00 (US)

| Susan Henry | Cliff Wichmann |
|---|---|
| Primary Product Representative | Back-up Product Representative |
| | 613-763-4086 |
| Telephone | Telephone |
| | |
| Fax | Fax |
| Susanh@nortelnetworks.com | Cwichman@nortelnetworks.com |
| Email | Email |

---

3001 Kimberlin Heights Road  Knoxville, Tennessee 37920-9716
Voice: +1-865-579-3311  Fax: +1-865-579-6565
Email: info@snmp.com  http://www.snmp.com

Pierre Tremblay
Royalty Administrator

613-763-1332
Telephone

613-765-1320
Fax

Pierre.Tremblay@nortelnetworks.com
Email

Additional Conditions:

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary L. Case*
Mary L. Case, President

December 9, 2004
Date

Nortel Networks Corporation
(Specified Entity)

*Joanne Read (mc Keage)*
Signed

Joanne Read (mc Keage)
Typed

Leader, SM Business Op's
Title

Dec 9th, 04.
Date

# SNMP Research International, Inc.



Effective Date: __1 /12 /05__

**SCHEDULE 68 A:**

Specified Entity:

>   Nortel Networks Limited
>   BCM Group
>   3500 Carling Avenue
>   Nepean, Ontario
>   CANADA K2H 8E9

Specified Products:

>   Tux, M50, M150, M250, and subsequent M(X)50 models

Development Software:

>   Source SMUX Subagent Adapter for EMANATE for Red Hat Linux

Development Locations:

>   1.  Nortel Networks Limited
>       BCM Group
>       3500 Carling Avenue
>       Nepean, Ontario
>       CANADA K2H 8E9
>
>   2.  Nortel Technology Inc.
>       4004 E. Chapel Hill Nelson Hwy
>       Davis Drive
>       Research Triangle Park
>       North Carolina 27709
>       UNITED STATES

Run-Time Software:
>   SMUX Subagent Adapter enabled for EMANATE Agents running on Linux

| | |
|---|---|
| License Fee for development tools: | $10,000.00 (US) |

Per-Copy Royalties: On March 16, 2005 Nortel paid the Optional Lifetime Royalty Buy-Out for both EMANATE/Lite and EMANATE as addressed in Schedule 63. The per-copy royalty obligations associated with this Schedule 68 are bundled with that March 16, 2005 payment.

| | |
|---|---|
| Maintenance Fee until December, 2006 (optional) | $3,000.00 (US) |
| Annual Maintenance Fee after December, 2006 (optional) | $2,000.00 (US) |

---

3001 Kimberlin Heights Road  
Voice: +1-865-579-3311  
Email: info@snmp.com  

Knoxville, Tennessee 37920-9716  
Fax: +1-865-579-6565  
http://www.snmp.com

TOTAL P.03

Page 2   Schedule A

Susan Henry
Primary Product Representative

Cliff Wichmann
Back-up Product Representative

_____
Telephone

613-763-4080
Telephone

_____
Fax

_____
Fax

Susanh@nortelnetworks.com
Email

Cwichman@nortelnetworks.com
Email

Pierre Tremblay
Royalty Administrator

613-763-1392
Telephone

613-765-1320
Fax

Pierre.Tremblay@nortelnetworks.com
Email

Additional Conditions:

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates below.

SNMP Research International, Inc.

*Mary L. Case*
Mary L. Case, President

7-12-05
Date

Nortel Networks Corporation
(Specified Entity)

*Joanne Read (McKeage)*
Signed

Joanne Read (McKeage)
Typed

Leader, Business Operations
Title

July 8, 2005
Date

6137651320   NUKIEL JSAN   P.03