# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Second Notice Of Rejection Of Executory Contract(s) And/Or Nonresidential Real Property Lease(s) By Debtors And Debtors In Possession** was caused to be made on August 10, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Dated: August 10, 2010

/s/ Alissa T. Gazze
Alissa T. Gazze (No. 5338)

**VIA OVERNIGHT MAIL**

Attn: Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld,
One Bryant Park,
New York, NY 10036,

Dun & Bradstreet, Inc.
c/o Dun & Bradstreet Information Services
P.O. Box 92542
Chicago, IL 60675-2542

Dun & Bradstreet, Inc.,
c/o Receivable Management Services ("RMS"),
P.O. Box 5126,
Timonium, Maryland 21094

3706947.1