IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Re: Docket Nos. 3759, 3766, 3767** |

## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on the 10th day of August, 2010, I caused a copy of the **Response and Reservation of Rights of SNMP Research International, Inc. to Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim)** [Docket No. 3759], **Exhibit B** [Docket No. 3766] and the **Notice of Filing Corrected Exhibit to SNMP Research International, Inc.'s Response and Reservation of Rights to Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim)** [Docket No. 3767] to be served on the on the parties on the attached service list as indicated.

Dated: August 10, 2010
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

/s/ Carl D. Neff

Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
dastin@ciardilaw.com
jmclaughlin@ciardilaw.com
cneff@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*

**SERVICE LIST**
***VIA* U.S. MAIL AND**
***VIA* ELECTRONIC MAIL**

| | |
|---|---|
| Derek C. Abbott, Eric D. Schwartz | Deborah M. Buell |
| Ann C. Cordo, Andrew R. Remming | James L. Bromley |
| Morris Nichols Arsht & Tunnell LLP | Lisa M. Schweitzer |
| 1201 N. Market Street, P.O. Box 1347 | Cleary Gottlieb Steen & Hamilton LLP |
| Wilmington, DE 19899-1347 | One Liberty Plaza |
| dabbott@mnat.com | New York, New York 10006 |
| eschwartz@mnat.com | dbuell@cgsh.com |
| acordo@mnat.com | jbromley@cgsh.com |
| aremming@mnat.com | lschweitzer@cgsh.com |