**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2010
## (All Amounts in Canadian Dollars)

Taxable Disbursements

| | |
|---|---|
| Accommodations | $2,338.51 |
| Airfare/Travel | $1,559.68 |
| Binding Books / Documents | $ 12.20 |
| Cellular Phones | $ 449.61 |
| Library Computer Research | $ 155.03 |
| Long Distance Telephone Calls | $ 668.68 |
| Meals & Beverages | $ 298.54 |
| Photocopy Charges | $1,275.00 |
| Process Server Fees | $ 80.00 |
| Ground Transportation (including Taxi) | $ 584.97 |
| | |
| Total Taxable Disbursements | $7,422.22 |
| Total GST | 371.11 |
| Total Taxable Disbursements including Taxes | **$7,793.33 CDN.** |