**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010  
Invoice #: 2775940  
Page 31 of 36

## DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 30/04/10 | Laser Copy;MattesL | 4 | 0.40 |
| 17/05/10 | Laser Copy;MattesL | 4 | 0.40 |
| 31/05/10 | Beck Taxi/Inv 1721-017/M.Wunder May 10/10 | 1 | 24.50 |
| 31/05/10 | Beck Taxi/Inv 1721-017/M.Wunder x4 Apr-May 2010 | 1 | 124.50 |
| 31/05/10 | Beck Taxi/Inv 1721-017/M.Wunder May 6/10 | 1 | 64.00 |
| 31/05/10 | Beck Taxi/Inv 1721-017/Ryan Jacobs May 5/10 | 1 | 30.75 |
| 01/06/10 | Photocopy;MattesL | 12 | 1.20 |
| 01/06/10 | Laser Copy;NELSON M | 365 | 36.50 |
| 01/06/10 | Laser Copy;MattesL | 221 | 22.10 |
| 01/06/10 | Laser Copy;HETU, Jarvis | 20 | 2.00 |
| 01/06/10 | Laser Copy;DUNSMUIM | 30 | 3.00 |
| 01/06/10 | Laser Copy;Rosalind Ballanger | 210 | 21.00 |
| 03/06/10 | Telephone;12124348020;New YorkNY;TO45 | 1 | 1.53 |
| 03/06/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 6.12 |
| 03/06/10 | Laser Copy;YING C | 31 | 3.10 |
| 03/06/10 | Laser Copy;KAPLAN M | 7 | 0.70 |
| 03/06/10 | Laser Copy;MacFarlaneA | 41 | 4.10 |
| 03/06/10 | Laser Copy;MattesL | 173 | 17.30 |
| 03/06/10 | Laser Copy;NELSON M | 36 | 3.60 |
| 03/06/10 | Laser Copy;NELSON M | 107 | 10.70 |
| 04/06/10 | Laser Copy;BanksT | 122 | 12.20 |
| 04/06/10 | Laser Copy;NELSON M | 268 | 26.80 |
| 04/06/10 | Laser Copy;DUNSMUIM | 150 | 15.00 |
| 04/06/10 | Laser Copy;PUSHALIK A | 22 | 2.20 |
| 04/06/10 | Laser Copy;MacFarlaneA | 175 | 17.50 |
| 04/06/10 | Laser Copy;MattesL | 63 | 6.30 |
| 06/06/10 | Quick Law | 1 | 18.16 |
| 06/06/10 | Laser Copy;PUSHALIK A | 73 | 7.30 |
| 07/06/10 | Binding Books / Documents | 1 | 12.20 |
| 07/06/10 | ECarswell | 1 | 60.25 |
| 07/06/10 | Quick Law | 1 | 28.42 |
| 07/06/10 | Laser Copy;BanksT | 77 | 7.70 |
| 07/06/10 | Laser Copy;DUNSMUIM | 37 | 3.70 |
| 07/06/10 | Laser Copy;NELSON M | 2 | 0.20 |
| 07/06/10 | Laser Copy;MacFarlaneA | 75 | 7.50 |
| 07/06/10 | Laser Copy;DAUPHINE | 44 | 4.40 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010  
Invoice #: 2775940  
Page 32 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 07/06/10 | Laser Copy;PUSHALIK A | 37 | 3.70 |
| 07/06/10 | Laser Copy;NELSON M | 55 | 5.50 |
| 07/06/10 | Photocopy;Phillips, Jackson | 482 | 48.20 |
| 07/06/10 | Photocopy;Phillips, Jackson | 196 | 19.60 |
| 07/06/10 | Photocopy;DAUPHINE | 488 | 48.80 |
| 08/06/10 | Telephone;12128728121;New YorkNY;TO47 | 1 | 3.57 |
| 08/06/10 | Laser Copy;MattesL | 394 | 39.40 |
| 08/06/10 | Laser Copy;PUSHALIK A | 169 | 16.90 |
| 08/06/10 | Laser Copy;PUSHALIK A | 41 | 4.10 |
| 08/06/10 | Laser Copy;NELSON M | 394 | 39.40 |
| 08/06/10 | Laser Copy;MacFarlaneA | 82 | 8.20 |
| 08/06/10 | Quick Law | 1 | 21.32 |
| 09/06/10 | Quick Law | 1 | 26.88 |
| 09/06/10 | Blackberry Charges - Rogers | 1 | 167.17 |
| 09/06/10 | Laser Copy;PUSHALIK A | 179 | 17.90 |
| 09/06/10 | Laser Copy;PUSHALIK A | 2 | 0.20 |
| 09/06/10 | Laser Copy;SANTOS I | 18 | 1.80 |
| 09/06/10 | Laser Copy;PUSHALIK A | 160 | 16.00 |
| 09/06/10 | Laser Copy;MattesL | 284 | 28.40 |
| 09/06/10 | Laser Copy;jacobsr | 18 | 1.80 |
| 09/06/10 | Laser Copy;KAPLAN M | 1 | 0.10 |
| 09/06/10 | Laser Copy;MacFarlaneA | 33 | 3.30 |
| 09/06/10 | Laser Copy;NELSON M | 512 | 51.20 |
| 09/06/10 | Blackberry Charges - Rogers | 1 | 91.11 |
| 09/06/10 | Telephone;12128728020;New YorkNY;TO47 | 1 | 0.51 |
| 10/06/10 | Laser Copy;KAPLAN M | 7 | 0.70 |
| 10/06/10 | Laser Copy;NELSON M | 559 | 55.90 |
| 10/06/10 | Laser Copy;PUSHALIK A | 32 | 3.20 |
| 10/06/10 | Laser Copy;MattesL | 1415 | 141.50 |
| 10/06/10 | Photocopy;MattesL | 54 | 5.40 |
| 10/06/10 | Laser Copy;YING C | 38 | 3.80 |
| 10/06/10 | Laser Copy;KARTASHM | 4 | 0.40 |
| 10/06/10 | Telephone;12122873254;New YorkNY;TO44 | 1 | 2.55 |
| 10/06/10 | Working lunch for M. Wunder and R. Jacobs on June 9/10; 2010-6-9 | 1 | 27.74 |
| 11/06/10 | Laser Copy;jacobsr | 8 | 0.80 |
| 11/06/10 | Laser Copy;MacFarlaneA | 13 | 1.30 |
| 11/06/10 | Laser Copy;MattesL | 170 | 17.00 |
| 11/06/10 | Laser Copy;PUSHALIK A | 43 | 4.30 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010
Invoice #: 2775940
Page 33 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/06/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 7.14 |
| 14/06/10 | Laser Copy;MattesL | 70 | 7.00 |
| 14/06/10 | Laser Copy;MacFarlaneA | 37 | 3.70 |
| 14/06/10 | Laser Copy;NELSON M | 184 | 18.40 |
| 14/06/10 | Laser Copy;HETU, Jarvis | 62 | 6.20 |
| 14/06/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 14/06/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 14/06/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 10.20 |
| 15/06/10 | Laser Copy;MattesL | 77 | 7.70 |
| 15/06/10 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 15/06/10 | Laser Copy;MattesL | 81 | 8.10 |
| 15/06/10 | Laser Copy;KAPLAN M | 9 | 0.90 |
| 15/06/10 | Laser Copy;HETU, Jarvis | 88 | 8.80 |
| 15/06/10 | Laser Copy;NELSON M | 163 | 16.30 |
| 15/06/10 | Laser Copy;NELSON M | 131 | 13.10 |
| 15/06/10 | Photocopy;MattesL | 10 | 1.00 |
| 15/06/10 | Telephone;12128728064;New YorkNY;TO47 | 1 | 0.51 |
| 15/06/10 | Telephone;12126062154;New YorkNY;TO45 | 1 | 1.53 |
| 15/06/10 | Process Server Fees - Kap Litigation Services /A MacFarlane/Inv. 184789 | 1 | 40.00 |
| 16/06/10 | Photocopy;MattesL | 3 | 0.30 |
| 16/06/10 | Photocopy;MattesL | 1 | 0.10 |
| 16/06/10 | Air Canada flight change fee for R. Jacobs for New York trip on June 10-11/10; 2010-6-10 | 1 | 298.00 |
| 16/06/10 | Photocopy;MattesL | 9 | 0.90 |
| 16/06/10 | Laser Copy;MattesL | 42 | 4.20 |
| 16/06/10 | Laser Copy;KAPLAN M | 6 | 0.60 |
| 16/06/10 | Laser Copy;NELSON M | 94 | 9.40 |
| 17/06/10 | Laser Copy;MattesL | 86 | 8.60 |
| 17/06/10 | Laser Copy;NELSON M | 25 | 2.50 |
| 18/06/10 | Laser Copy;MattesL | 217 | 21.70 |
| 18/06/10 | Laser Copy;MacFarlaneA | 18 | 1.80 |
| 18/06/10 | Laser Copy;KARTASHM | 32 | 3.20 |
| 18/06/10 | Air Canada return flight to New York for R. Jacobs on June 10-11/10 ; 2010-6-10 | 1 | 630.84 |
| 18/06/10 | Air Canada return flight to New York for M. Wunder on June 10-11/10; 2010-6-10 | 1 | 630.84 |
| 18/06/10 | Laser Copy;NELSON M | 715 | 71.50 |
| 18/06/10 | Breakfast at Starbucks while travelling to New York for M. Wunder on June 10/10; 2010-6-10 | 1 | 14.73 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010  
Invoice #: 2775940  
Page 34 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/06/10 | Breakfast at Starbucks in New York for M. Wunder on June 11/10; 2010-6-11 | 1 | 13.74 |
| 18/06/10 | Working dinner at Ocean Grill in New York for M. Wunder and R. Jacobs on June 10/10 (see Visa for exchange); 2010-6-10 | 1 | 60.00 |
| 18/06/10 | Hotel room at W New York for M. Wunder on June 10/10 (see Visa for exchange); 2010-6-10 | 1 | 541.62 |
| 18/06/10 | Taxi from New York airport to Akin office for M. Wunder on June 10/10 (see Visa for exchange); 2010-6-10 | 1 | 34.08 |
| 18/06/10 | Taxi from New York office to hotel for M. Wunder on June 10/10; 2010-6-10 | 1 | 9.45 |
| 18/06/10 | Taxi from hotel to New York airport for M. Wunder on June 11/10 (see Visa for exchange); 2010-6-11 | 1 | 42.29 |
| 18/06/10 | Taxi from Toronto airport to office for M. Wunder on June 11/10; 2010-6-11 | 1 | 60.38 |
| 18/06/10 | Taxi from home to airport for M. Wunder on June 10/10; 2010-6-10 | 1 | 44.14 |
| 21/06/10 | Laser Copy;MacFarlaneA | 19 | 1.90 |
| 21/06/10 | Laser Copy;NELSON M | 60 | 6.00 |
| 21/06/10 | Laser Copy;MattesL | 315 | 31.50 |
| 22/06/10 | Laser Copy;KAPLAN M | 2 | 0.20 |
| 22/06/10 | Laser Copy;MattesL | 86 | 8.60 |
| 22/06/10 | Laser Copy;NELSON M | 149 | 14.90 |
| 22/06/10 | Laser Copy;MacFarlaneA | 171 | 17.10 |
| 22/06/10 | Process Server Fees - Kap Litigation Services /A MacFarlane/Inv. 186138 | 1 | 40.00 |
| 23/06/10 | Meal at New York airport for R. Jacobs on June 16/10; 2010-6-16 | 1 | 18.03 |
| 23/06/10 | Meal at Cosi in New York for R. Jacobs on June 17/10; 2010-6-17 | 1 | 11.00 |
| 23/06/10 | Working meal at the Food Emporium in New York for R. Jacobs on June 15/10; 2010-6-15 | 1 | 23.18 |
| 23/06/10 | Working meal at Pongsri Thai in New York for R. Jacobs on June 15/10; 2010-6-15 | 1 | 18.74 |
| 23/06/10 | Meal at Europa Cafe in New York for R. Jacobs on June 14/10; 2010-6-14 | 1 | 8.58 |
| 23/06/10 | Meal at Pongsri Thai in New York for R. Jacobs on June 14/10; 2010-6-14 | 1 | 34.06 |
| 23/06/10 | Laser Copy;NELSON M | 415 | 41.50 |
| 23/06/10 | Hotel room at W New York for R. Jacobs for June 13-16/10; 2010-6-13 | 1 | 1,796.89 |
| 23/06/10 | Laser Copy;MacFarlaneA | 2 | 0.20 |
| 23/06/10 | Laser Copy;HETU, Jarvis | 24 | 2.40 |
| 23/06/10 | Laser Copy;MattesL | 295 | 29.50 |
| 23/06/10 | Meal at Caffee Napoli in New York for R. Jacobs on June 16/10; 2010-6-16 | 1 | 30.00 |
| 23/06/10 | Photocopy:Kee, Evelyn | 66 | 6.60 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010  
Invoice #: 2775940  
Page 35 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 23/06/10 | Taxi to New York airport for R. Jacobs on June 14/10; 2010-6-14 | 1 | 48.83 |
| 23/06/10 | Taxi to Akin Gump office for R. Jacobs on June 13/10; 2010-6-13 | 1 | 6.93 |
| 23/06/10 | Taxi from New York airport to midtown for R. Jacobs on June 17/10; 2010-6-17 | 1 | 39.47 |
| 23/06/10 | Taxi to New York airport for R. Jacobs on June 18/10; 2010-6-18 | 1 | 42.00 |
| 23/06/10 | Taxi in New York for M. Wunder and A. MacFarlane on May 6/10; 2010-5-6 | 1 | 13.65 |
| 23/06/10 | Meal at Republic in New York for R. Jacobs on June 15/10; 2010-6-15 | 1 | 30.00 |
| 24/06/10 | Rogers Wireless charges for M. Wunder for April 20 - May 15/10; 2010-4-20 | 1 | 449.61 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-4-21 | 1 | 4.87 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-4-21 | 1 | 26.00 |
| 24/06/10 | Laser Copy;KAPLAN M | 27 | 2.70 |
| 24/06/10 | Laser Copy;NELSON M | 93 | 9.30 |
| 24/06/10 | Long distance call from NY; 2010-4-21 | 1 | 1.98 |
| 24/06/10 | Long distance call from NY; 2010-4-21 | 1 | 0.99 |
| 24/06/10 | Incoming call from Toronto to NY; 2010-4-20 | 1 | 6.00 |
| 24/06/10 | Airtime roaming use re: call from NY to Toronto; 2010-4-20 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY to Colorado Springs; 2010-4-21 | 1 | 91.80 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-4-22 | 1 | 1.62 |
| 24/06/10 | Long-distance call from MY to Toronto; 2010-4-22 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY ; 2010-4-22 | 1 | 40.46 |
| 24/06/10 | Incoming call to NY; 2010-5-6 | 1 | 1.20 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-5-3 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-4-22 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-5-6 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY ; 2010-4-22 | 1 | 8.55 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-5-6 | 1 | 53.62 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-5-7 | 1 | 1.62 |
| 24/06/10 | Airtime roaming usage re: call from NY to Toronto; 2010-4-20 | 1 | 1.62 |
| 24/06/10 | Long-distnace call from NY to Toronto; 2010-5-7 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-5-7 | 1 | 1.62 |
| 24/06/10 | Airtime roaming usage re: call from NY to Toronto; 2010-4-20 | 1 | 4.87 |
| 24/06/10 | Airtime roaming usage re call from NY to Toronto; 2010-4-20 | 1 | 3.25 |
| 24/06/10 | Airtime roaming usage re: call from NY to Toronto; 2010-4-20 | 1 | 1.62 |
| 24/06/10 | Airtime roaming usage re: long distance call from NY ; 2010-4-20 | 1 | 8.55 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-4-20 | 1 | 1.62 |
| 24/06/10 | Long-distance call from NY to Toronto; 2010-5-3 | 1 | 1.62 |
| 24/06/10 | Long distance call from NY to Toronto; 2010-4-20 | 1 | 3.25 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: July 28, 2010
Invoice #: 2775940
Page 36 of 36

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 24/06/10 | Long-distance call from NY: 2010-4-21 | 1 | 40.46 |
| 26/06/10 | Bell Conferencing/M Wunder/Inv. 106091770 | 1 | 18.76 |
| 26/06/10 | Bell Conferencing/M Wunder/Inv. 106091770 | 1 | 40.05 |
| 28/06/10 | Laser Copy;Kee, Evelyn | 16 | 1.60 |
| 28/06/10 | Laser Copy;jacobsr | 25 | 2.50 |
| 28/06/10 | Laser Copy;WALKER R | 100 | 10.00 |
| 28/06/10 | Photocopy;jacobsr | 24 | 2.40 |
| 29/06/10 | Photocopy;MattesL | 48 | 4.80 |
| 29/06/10 | Laser Copy;jacobsr | 33 | 3.30 |
| 29/06/10 | Laser Copy;Kee, Evelyn | 40 | 4.00 |
| 29/06/10 | Laser Copy;MattesL | 127 | 12.70 |
| 30/06/10 | Laser Copy;jacobsr | 12 | 1.20 |
| 30/06/10 | Laser Copy;NELSON M | 93 | 9.30 |
| 30/06/10 | Photocopy;MattesL | 1 | 0.10 |
| 30/06/10 | Working Lunch for J. Hetu from Cultures GST; 2010-6-22 | 1 | 8.74 |
| 30/06/10 | Laser Copy;MattesL | 64 | 6.40 |
| 30/06/10 | Laser Copy;HETU, Jarvis | 24 | 2.40 |
| | Total | CDN | $7,422.22 |