**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2010 THROUGH JUNE 30, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 4.6 | $785.00 | $3,611.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 6.8 | $775.00 | $5,270.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 73.5 | $750.00 | $55,125.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 114.1 | $750.00 | $85,575.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 3.3 | $675.00 | $2,227.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 1.1 | $600.00 | $660.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 11.7 | $520.00 | $6,084.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 1.0 | $400.00 | $400.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 15.3 | $375.00 | $5,737.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 37.7 | $310.00 | $11,687.00 |
| Pushalik, A. | Associate | Employment/Labour | Ontario - 2009 | 12.8 | $320.00 | $4,096.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 2.8 | $800.00 | $2,240.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 128.8 | $600.00 | $77,280.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 9.6 | $560.00 | $5,376.00 |
| TOTAL | | | | 423.1 | CDN. | $265,369.00 |
| | Less Non-Working Travel Time Discount (50% of $13,950.00) | | | | | ($6,975.00) |
| TOTAL | | | | 423.1 | CDN. | $258,394.00 |