UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

NORTEL NETWORKS, INC.

Debtor(s).

Case No. 09-10138-KG

Chapter 11

Honorable Kevin Gross

/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim No. 7242, in the amount of $77,974.87 (seventy-seven thousand nine hundred seventy-four and 87 / 100 dollars), dated May 3, 2010, is hereby withdrawn.

MICHAEL A. COX
Attorney General

*/s/ Deborah B. Waldmeir*
Deborah B. Waldmeir  (P60869)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail: waldmeird@michigan.gov

Dated: July 28, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 09-10138-KG |
| NORTEL NETWORKS, INC., | Chapter 11 |
| Debtor(s). / | Honorable Kevin Gross |

### PROOF OF SERVICE

The undersigned certifies that on July 28, 2010, a copy of the Withdrawal of Administrative Proof of Claim No. 7242, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Derek C Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market St.
P. O. Box 1347
Wilmington DE  19899

Epiq Bankruptcy Solutions, LLC Claims Agent
Grand Central Station
P.O. Box 4613
New York, NY  10163

/s/ Patricia A. Klein
Patricia A. Klein
Legal Secretary
Deborah B. Waldmeir  (P60869)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  waldmeird@michigan.gov

Dated:  July 28, 2010

EPIQ BANKRUPTC[Y]
Grand Centra[l]
PO Box 4[...]
NEW YORK N[Y ...]


RECEIVED
AUG 0 2 2010
BY: _____

Assistant Attorney General
Revenue & Collections
3030 West Grand Blvd #10-200
Detroit MI 48202