# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :      Chapter 11
:
:      Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]                         :
:      Jointly Administered
Debtors.                                          :
:
------------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING DATE FROM
## OCTOBER 28, 2010 AT 10:00 A.M. (ET) TO OCTOBER 27, 2010 AT 10:00 A.M. (ET)

PLEASE TAKE NOTICE that the hearing previously scheduled for October 28, 2010 at 10:00 a.m. (ET) has been rescheduled in these cases to **October 27, 2010 at 10:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that any matters, previously scheduled to be heard on the October 28, 2010 at 10:00 a.m. (ET) have been rescheduled to October 27, 2010 at 9:00 a.m. (ET) in these cases.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 2 -

Dated:  August 11, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

*Counsel for the Debtors
and Debtors in Possession*

2936031.11