## CERTIFICATE OF SERVICE

I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Date From October 28, 2010 At 10:00 a.m. (ET) To October 27, 2010 at 10:00 a.m. (ET)** was caused to be made on August 11, 2010, in the manner indicated upon the entities identified on the attached service list.

Date:  August 11, 2010                               /s/ Ann C. Cordo
                                                                             Ann C. Cordo (No. 4817)

2936050.9