IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
                            Debtors.                        :    Jointly Administered
                                                            :
                                                            :
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

New York City Department of Finance hereby withdraws its proof(s) of claim with prejudice in the above-captioned cases (Proof of Claim No(s). 1002, 1003, 1004, 1005, 1006, 1007, 1345, 1349, 7192, 7193, 7208, 7209).

Dated: New York City, New York
       July 28, 2010

                                    New York City Department of Finance

                                    _____
                                    Olga Minkina
                                    Assistant Corporation Counsel
                                    Tax and Bankruptcy Litigation Division
                                    Tel. (212) 788-1689
                                    Fax (212) 788-0937
                                    ominkina@law.nyc.gov

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[New York #2259948 v1]