**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.* | : | Case No. 09-10138 (KG) |
| | : | |
| | : | *THIRD AMENDED* NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon**, Attn: Martin Feig, V.P., 101 Barcley Street- 8 West, New York, NY 10286, Phone: 212-815-5383, Fax: 732-667-4756

2. **Pension Benefit Guaranty Corporation**, Attn: Jennifer Messina, 1200 K Street, N.W., Washington, DC 20005, Phone: 202-326-4000 ex 3209, Fax: 202-842-2643

3. **Law Debenture Trust Company of New York**, Attn: Robert L. Bice, II, 400 Madison Ave., 4th Floor, New York, NY 10017, Phone: 212-750-6474

　　　　　　　　　　　　　　　　　　ROBERTA A. DEANGELIS
　　　　　　　　　　　　　　　　　　United States Trustee, Region 3


　　　　　　　　　　　　　　　　　　/s/ Kevin P. Callahan for
　　　　　　　　　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: August 12, 2010

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek C. Abbott, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989

* Arivana, Inc. resigned from the committee by letter dated December 8, 2009.
* Flextronics Corporation resigned from the committee by letter dated August 2, 2010.