Epiq Bankruptcy Solutions

FDR Station, PO Box 5075

New York, NY   10150-5075


Hello Epiq,

As Nortel has withdrawn my termination, I now withdraw my request for my rights under the Nortel Severance Allowance Plan.  I withdraw my severance request.


Best regards,

*Chong S. Rose* (signature)

Chong S. Rose