**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------------X

*In re*                                                    :    Chapter 11

Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)

                              Debtors.                     :    Jointly Administered

                                                           :    Hearing date: September 30, 2010 at 10:00 a.m. (ET)
                                                           :    Objections due: September 24, 2010 at 4:00 p.m. (ET)

                                                                Re: D.I. No. 3671, 3722, 3724 & 3731

--------------------------------------------------------------X

**RE-NOTICE OF NORTEL US RETIREMENT PROTECTION COMMITTEE'S
MOTION FOR AN ORDER AUTHORIZING FORMATION OF A VOLUNTARY
EMPLOYEE BENEFIT ASSOCIATION TO PROVIDE
<u>TAX CREDIT-ELIGIBLE RETIREE BENEFITS</u>**

PLEASE TAKE NOTICE that on July 16, 2010, the Nortel US Retirement Protection

Committee filed its Motion for an Order Authorizing Formation of a Voluntary Employee

Benefit Association to Provide Tax Credit-Eligible Retiree Benefits [D.I. No. 3671] (the

"Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion was originally

scheduled to be held before the Honorable Kevin Gross at 824 Market Street, Wilmington, DE

19801, 6th Floor, Courtroom 3 on August 4, 2010 at 10:00 a.m., and was subsequently adjourned

to August 18, 2010 at 10:00 a.m.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been further adjourned to **September 30, 2010 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that any objections to the motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel on or before **September 24, 2010 at 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 16, 2010
       Wilmington, Delaware

CROSS & SIMON, LLC

Michael J. Joyce (No. 4563)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
(302) 777-4200
(302) 777-4224 fax
mjoyce@crosslaw.com

- and -

Farella Braun + Martel LLP
Dean Gloster (*pro hac vice*)
Gary Kaplan (*pro hac vice*)
235 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4480 fax

*Attorneys for Nortel US Retirement Protection Committee*