IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :    Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :    Case No. 09-10138 (KG)
                                                         :
                    Debtors.                             :    Jointly Administered
                                                         :
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 18, 2010 AT 10:00 A.M. (ET)[2]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

    Related Pleadings:  None.

    Objection Deadline:  April 7, 2010 at 4:00 p.m. (ET).  Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

    Responses Received:

    a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

    b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)    California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)    Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

2.    Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

Related Pleadings:  None.

Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET).  Extended to October 19, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

Responses Received:  None at this time.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for November 9, 2010 at 10:00 a.m. (ET).

3.    Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3034, Filed 5/21/10).

Related Pleadings:

    a)    Declaration Of Jennifer M. Westerfield In Support Of Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3035, Filed 5/21/10);

    b)    Certification of Counsel Regarding [Proposed] Agreed Protective Order Between The Debtors And The Affiliates Of Verizon Communications Inc. (D.I. 3164, Filed 6/10/10); and

    c)    Order Approving Agreed Protective Order Between the Debtors and the Affiliates of Verizon Communications Inc. (D.I. 3168, Entered 6/10/10).

Objection Deadline:  June 2, 2010 at 4:00 p.m. (ET).  Extended to August 8, 2010 at 4:00 p.m. (ET) for Verizon.

Responses Received:

a) Nonparty Acme Packet, Inc.'s Objections To Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004 (D.I. 3114, Filed 6/2/10).

Status: The hearing on this matter has been adjourned to the hearing scheduled for September 16, 2010 at 10:00 a.m. (ET).

4. Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3036, Filed 5/21/10).

Related Pleadings:

a) Declaration Of Chris Paczynski In Support Of Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc. (D.I. 3037, Filed 5/21/10).

Objection Deadline: June 2, 2010 at 4:00 p.m. (ET). Extended to August 8, 2010 at 4:00 p.m. (ET) for Verizon. Debtors reply due by 4:00 p.m. on September 13, 2010.

Responses Received: None at this time.

Status: The hearing on this matter has been adjourned to the hearing scheduled for September 16, 2010 at 10:00 a.m. (ET).

5. Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3068, Filed 5/25/10).

Related Pleadings: None.

a) Declaration Of Ebunoluwa Taiwo In Support Of Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3069, Filed 5/25/10).

Objection Deadline: June 10, 2010 at 4:00 p.m. (ET). Extended to July 9, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Declaration in Opposition to Objection to Claim by Ernest Demel (D.I. 3501, Filed 7/9/10).

Status: The hearing on this matter has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET).

6. Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3231, Filed 6/25/10).

Related Pleadings: None.

Objection Deadline:  July 9, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Objection Of Avaya, Inc. To Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3513, Filed 7/9/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for September 16, 2010 at 10:00 a.m. (ET) pending the availability of the Canadian Court.

7. Nortel US Retirement Protection Committee's Motion For An Order Authorizing Formation Of A Voluntary Employee Benefit Association To Provide Tax Credit-Eligible Retiree Benefits (D.I. 3671, Filed 7/16/10).

Related Pleadings:

a) Amended Re-Notice Of Nortel US Retirement Protection Committees Motion For An Order Authorizing Formation Of A Voluntary Employee Benefit Association To Provide Tax Credit-Eligible Retiree Benefits (D.I. 3731, Filed 7/26/10).

Objection Deadline:  August 13, 2010 at 4:00 p.m. (ET).  Extended to September 24, 2010 at 4:00 p.m. (ET) for the Debtors.

Responses Received:

Status:  The hearing on this matter has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

8. Debtors' Eleventh Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3001 And 3007 And Del. L.R. 3007-1 (Duplicate; Insufficient Documentation) (D.I. 3506, Filed 7/9/10).

Related Pleadings:

a) Certificate Of No Objection (D.I. 3779, Filed 8/13/10).

Objection Deadline:  July 28, 2010 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Status:  No objections have been received and a Certificate of No Objection has been filed with the Court.

9. Debtors' Objection To Proof Of Claim No. 5681 Filed By Embarq Management Company (D.I. 3509, Filed 7/9/10).

   Related Pleadings:

   a)  Certificate Of No Objection (D.I. 3780, Filed 8/13/10).

   Objection Deadline:  July 28, 2010 at 4:00 p.m. (ET).

   Responses Received:  None at this time.

   Status:  No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

10. Debtors' Tenth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate) (D.I. 3503, Filed 7/9/10).

    Related Pleadings:  None.

    Objection Deadline:  July 28, 2010 at 4:00 p.m. (ET).  Extended to September 9, 2010 at 4:00 p.m. (ET) for IBM (Claim No. 192).

    Responses Received:  None at this time.

    Status:  This matter is going forward, except with respect to Claim No. 192 filed by IBM. With respect to Claim No. 192, the hearing on this matter has been adjourned to the hearing scheduled for September 16, 2010 at 10:00 a.m. (ET).

11. Debtors' Application For Entry Of An Order Authorizing Employment And Retention Of RLKS Executive Solutions LLC As Consulting To The Debtors *Nunc Pro Tunc* To July 9, 2010 (D.I. 3741, Filed 7/27/10).

    Related Pleadings:  None.

    Objection Deadline:  August 11, 2010 at 4:00 p.m. (ET).

    Responses Received:  Informal comments received from the Committee.

    Status:  The Debtors will hand up a revised form of order at the hearing which resolves certain questions raised by the Committee.

CONTESTED MATTERS GOING FORWARD:

12. Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

   Related Pleadings:

   a) Notice Of Withdrawal, Filed by the New York City Department of Finance [Re: Claim Nos. 1002, 1003, 1004, 1005, 1006, 1007, 1345, 1349, 7192, 7193, 7208, 7209] (D.I. 3773, Filed 8/11/10);

   b) Notice Of Withdrawal, Filed by Conductive Circuits, Inc. [Re: Claim No. 2709] (D.I. 3781, Filed 8/13/10).

   Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

   Responses Received:

   a) Objection To Claim, Filed by Conductive Circuits, Inc. (D.I. 3700, Filed 7/20/10);

   b) Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

   c) Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

   d) Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10);

   e) Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

   Status: The hearing on this matter is going forward except as noted. The hearing on the response filed by the Tennessee Department of Revenue has been adjourned to the hearing scheduled for September 1, 2010 at 10:00 a.m. (ET). Debtors' reply will be due August 27, 2010 at 4:00 p.m. (ET). The hearing on the objection to claim 3590 filed by Apani Networks has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET). SNMP Research International, Inc. requested in its response that the hearing be treated as a scheduling conference only, but the Debtors are prepared to go forward on the merits of the objection.

Dated:  August 16, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Alissa T. Gazze*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession