# EXHIBIT A

**Reply**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
              Debtors. : Jointly Administered
: 
: RE: D.I.s 3507, 3759, 3766, 3767
: 
------------------------------------------------------------X

**DEBTORS' REQUEST FOR AN ADJOURNMENT AND REPLY TO THE
RESPONSE AND RESERVATION OF RIGHTS OF SNMP RESEARCH
INTERNATIONAL, INC. TO DEBTORS' TWELFTH OMNIBUS OBJECTION
(SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED.
R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE
AND ALLOW CLAIMS, NO BASIS 503(B)(9) CLAIMS, MULTI-DEBTOR
DUPLICATE CLAIMS AND WRONG DEBTOR CLAIM)**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), hereby file this request for an adjournment and reply to the Response And Reservation Of Rights Of SNMP Research International, Inc. ("SNMP's Response") (D.I. 3759, 3766, 3767) to the Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (the "Objection") (D.I. 3507).[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings set forth in the Objection.

The Debtors filed the Objection to SNMP's claims on July 9, 2010, refuting by affidavit evidence asserted in SNMP's proofs of claim, other than with respect to $11,781 as against NNI. SNMP seeks to vindicate the entirety of its claim against NNI but in doing so has only confirmed that SNMP's claim against the Debtors, at best, is limited to $11,781. SNMP's Response does not establish any further liability to the Debtors in these cases or support in any way its request for discovery against the Debtors. In addition, SNMP has filed claims in the Canadian Proceedings and therefore it is appropriate for the U.S. and Canadian Debtors to, in the first instance, work towards a joint resolution of all of the claims filed by SNMP, both in these cases and in Canada. The Debtors therefore request that the hearing on this matter -- including any request by SNMP for discovery which the U.S. Debtors oppose -- be adjourned until September 16, 2010 at 10 a.m. (ET) to permit the parties, including the Canadian Debtors, to confer about SNMP's claims. The Debtors are informed that the Monitor fully supports this request.

The Debtors reserve their rights to amend, modify and/or supplement this Reply and Request for Adjournment.

Notice of the Reply and Request for Adjournment has been given via overnight mail or hand delivery to (i) the U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; and (iv) counsel to SNMP and by first class mail to the general service list established in these chapter 11 cases. The Debtors submit that under the circumstances no other or further notice is necessary.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the hearing on the Objection as to SNMP be adjourned to September 16, 2010 at 10 a.m. (ET) and that the Court enter the Order attached hereto as Exhibit A.

Dated: August 16, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell *(admitted pro hac vice)*
James L. Bromley *(admitted pro hac vice)*
Lisa M. Schweitzer *(admitted pro hac vice)*
Juliet A. Drake *(pro hac vice motion pending)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
  and Debtors-in-Possession*

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
              Debtors.                                         :   Jointly Administered
                                                               :
                                                               :   Re: D.I.s 3507, 3759, 3766, 3767 and
                                                               :   _____
---------------------------------------------------------------X

**ORDER GRANTING DEBTORS' REQUEST FOR AN ADJOURNMENT OF THE HEARING WITH RESPECT TO THE DEBTORS' TWELFTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, NO BASIS 503(B)(9) CLAIMS, MULTI-DEBTOR DUPLICATE CLAIMS AND WRONG DEBTOR CLAIM) AS TO PROOFS OF CLAIM NUMBERS 4624 THROUGH 4638 FILED BY SNMP RESEARCH INTERNATIONAL, INC.**

Upon the Reply and Request for Adjournment (the "Reply and Request for Adjournment")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for entry of an order adjourning the hearing on the Objection as to proofs of claim numbers 4624 through 4638 filed by SNMP Research International, Inc.; and the Court having jurisdiction to consider the Reply and Request for Adjournment and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Reply and Request for Adjournment.

Court having determined that consideration of the Reply and Request for Adjournment is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and after due deliberation;

    IT IS HEREBY ORDERED THAT:

    1. The hearing on the Objection as to proofs of claim numbers 4624 through 4638 is hereby adjourned to the hearing scheduled for September 16, 2010 at 10:00 a.m. (ET).

    2. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2010

                                                  _____
                                                  HONORABLE KEVIN GROSS
                                                  UNITED STATES BANKRUPTCY JUDGE