## EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                       :     Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,[1]                            :     Case No. 09-10138 (KG)
                                                              :
                              Debtors.                        :     Jointly Administered
                                                              :
                                                              :     **Re: D.I.** _____
                                                              :
---------------------------------------------------------------X

**ORDER GRANTING DEBTORS LEAVE TO FILE A REPLY TO THE
RESPONSE AND RESERVATION OF RIGHTS OF SNMP RESEARCH
INTERNATIONAL, INC. TO DEBTORS' TWELFTH OMNIBUS OBJECTION
(SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED.
R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE
AND ALLOW CLAIMS, NO BASIS 503(B)(9) CLAIMS, MULTI-DEBTOR
<u>DUPLICATE CLAIMS AND WRONG DEBTOR CLAIM)</u>**

Upon the Motion (the "Motion")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for entry of an order, granting the Debtors leave to file a reply to the SNMP Response; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]   Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Application.

§§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby granted leave to file a reply to the SNMP Response.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2010

                                                HONORABLE KEVIN GROSS
                                                UNITED STATES BANKRUPTCY JUDGE