## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim)** was caused to be made on August 16, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Dated: August 16, 2010

/s/ Alissa T. Gazze
Alissa T. Gazze (No. 5338)

**VIA HAND DELIVERY**

Kevin Callahan
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE 19899-8705

Daniel K. Astin, Esq.
John D. McLaughlin, Jr., Esq.
Carl D. Neff, Esq.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

**VIA OVERNIGHT MAIL**

Attn: Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld,
One Bryant Park,
New York, NY 10036,

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

3716798.1