# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## STATEMENT OF THE MONITOR OF THE CANADIAN NORTEL GROUP IN SUPPORT OF THE DEBTORS' REQUEST FOR AN ADJOURNMENT AND REPLY TO THE RESPONSE AND RESERVATION OF RIGHTS OF SNMP RESEARCH INTERNATIONAL, INC. TO DEBTORS' TWELFTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), hereby files this statement in support of the Debtors' Request for an Adjournment and Reply to the Response and Reservation of Rights of SNMP Research International, Inc. to Debtor's Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

SNMP Research International, Inc. ("**SNMP**") has filed claims in both the Debtors' chapter 11 cases and the Canadian Proceedings. The Monitor notes that SNMP is one of many claimants to have filed claims in both jurisdictions. The Monitor agrees with the Debtors that it is appropriate to adjourn the hearing on the Objection to allow the US and Canadian Debtors, in the first instance, to work towards a possible joint resolution of all claims filed by SNMP in the US cases and the Canadian Proceedings and to establish procedures for the efficient administration of similar claims.

Dated: Wilmington, Delaware
       August 17, 2010

                    ALLEN & OVERY LLP

                    Ken Coleman
                    Lisa Kraidin
                    1221 Avenue of the Americas
                    New York, New York 10020
                    Telephone (212) 610-6300
                    Facsimile (212) 610-6399
                    ken.coleman@allenovery.com
                    lisa.kraidin@allenovery.com

                    -and-

                    BUCHANAN INGERSOLL & ROONEY

                    By: /s/ Mary F. Caloway
                    Mary F. Caloway (No. 3059)
                    Mona A. Parikh (No. 4901)
                    The Brandywine Building
                    1000 West Street, Suite 1410
                    Wilmington, Delaware 19801
                    Telephone (302) 552-4200
                    Facsimile (302) 552-4295
                    mary.caloway@bipc.com

                    Attorneys for Ernst & Young Inc., as Monitor and
                    and Foreign Representative of the Canadian Nortel
                    Group