# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG          **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 18, 2010 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   3,794 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 10/14/10 @ 10:00 am
#2 - Adjourned to 11/9/10 @ 10:00 am
#3 -  #4 -  Adjourned to 9/16/10 @ 10:00 am
#5 - Adjourned to 9/30/10 @ 10:00 am
#6 - Adjourned to 9/16/10 @ 10:00 am
#7 - Adjourned to 9/30/10 @ 10:00 am
#8 -#9 - CNO Filed and Order Signed
#10 -  ORDER SIGNED
#11-  ORDER SIGNED
#12 -  ORDER SIGNED