# SIGN-IN-SHEET

| CASE NAME: | Nortel Networks Inc. | COURTROOM LOCATION: 3 |
| CASE NO.: | 09-10138 - KG | DATE: 8/18/10 |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mario T. Finnegan | Young Conaway Stargatt - Taylor | US Joint Administrators |
| Chris Samis / Joseph T. McMahon, Jr. | Richards, Layton & Finger / Ciardi Ciardi Astin | Committee / SNMP Research Int'l, Inc. |
| Mark Rolston | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell LLP | Debtors |
| Juliet Drake | Cleary Gottlieb Steen Hamilton | " |
| Kimberly Spiering | " | " |
| Mona Parikh | Buchanan Ingersoll Rooney | Ernst + Young, Monitor |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 08/18/2010
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3689970 | Stephen Grisanti | 602-769-2334 | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3688498 | David Botter | 212-872-1058 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3689994 | Susan S. Chen | 212-231-2386 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3688483 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3688524 | Brad Kahn | 212-872-8172 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3687705 | Lisa Kraidin | 212-610-7360 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3688514 | Sarah Schultz | 214-969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3687836 | Hondo Sen | (203) 552-3628 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |