IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | |
| | Jointly Administered |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Carl D. Neff moves the admission *pro hac vice* of Mark H. Ralston, Esquire, to represent SNMP Research International, Inc., in the above-captioned bankruptcy case.

Dated: August 17, 2010

CIARDI CIARDI & ASTIN

*[signature]*

Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Fax: (302) 658-1300
cneff@ciardilaw.com

*Counsel for SNMP Research International, Inc.*

DOCKET NO. 3793
DT. FILED 8/17/10

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

Mark H. Ralston, Esquire
Ciardi Ciardi & Astin
2603 Oak Lawn Ave., Ste. 200
Dallas, TX 75219
Ph. 214-295-6416
Fax. 214-602-1250
mralston@ciardilaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 18, 2010

The Honorable Kevin Gross
United States Bankruptcy Judge