UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

NORTEL NETWORKS, INC.

              Debtor(s).

Case No. 09-10138-KG

Chapter 11

Honorable Kevin Gross

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claims as listed below are hereby withdrawn.

| **Claim Type** | **Claim No.** | **Date of Claim** | **Amount of Claim** |
|---|---|---|---|
| Priority | 863 | April 6, 2009 | $2,752.00 |
| Unsecured | 995 | April 6, 2009 | 15,199.17 |

                                      MICHAEL A. COX
                                      Attorney General

                                      */s/ Deborah B. Waldmeir*
                                      Deborah B. Waldmeir (P60869)
                                      Assistant Attorney General
                                      Cadillac Place, Ste. 10-200
                                      3030 W. Grand Blvd.
                                      Detroit, MI 48202
                                      Telephone: (313) 456-0140
                                      E-mail: waldmeird@michigan.gov

Dated: August 19, 2010