UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

NORTEL NETWORKS, INC.,

        Debtor(s).

Case No. 09-10138-KG

Chapter 11

Honorable Kevin Gross

## PROOF OF SERVICE

The undersigned certifies that on August 19, 2010, a copy of the Withdrawal of Claims Nos. 863 and 995, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Derek C Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market St.
P. O. Box 1347
Wilmington DE  19899

Epiq Bankruptcy Solutions, LLC Claims Agent
Grand Central Station
P.O. Box 4613
New York, NY  10163

*/s/ Michael Holcomb*
Michael Holcomb
Legal Secretary
Deborah B. Waldmeir  (P60869)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  waldmeird@michigan.gov

Dated:  August 19, 2010