# **EXHIBIT B**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/7/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 07/12/2010 to 07/15/2010. | 434.40 |
| 7/13/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 07/19/2010 to 07/22/2010. | 434.40 |
| 7/19/2010 | Brian Heinimann | Airfare | Airfare from MDW to RDU to visit client site, and return flight to CLE (original of 405.10 and 81.00 change fee): Southwest: MDW / RDU / CLE 07/26/2010 to 07/29/2010. | 486.10 |
| 7/8/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 7/12-7/16.: United: ORD / RDU 07/12/2010 to 07/16/2010. | 617.40 |
| 7/13/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 7/19-7/22.: United: ORD / RDU 07/19/2010 to 07/22/2010. | 505.40 |
| 7/14/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 7/26-7/29.: United: ORD / RDU 07/26/2010 to 07/29/2010. | 449.40 |
| 7/27/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and LGA for week of 8/2-8/5.: United: ORD / LGA 08/02/2010 to 08/05/2010. | 1,064.40 |
| 7/30/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 8/9-8/13.: United: ORD / RDU 08/09/2010 to 08/19/2010. | 505.40 |
| 7/30/2010 | Coley P. Brown | Airfare | Airfare to and from EWA / RDU for week of 8/15-8/19.: Continental: EWA / RDU 08/13/2010 to 08/15/2010. | 569.40 |
| 7/16/2010 | Elaine M Lane | Airfare | Economy airfare to client site for budget meeting: Delta: MCI/RDU 07/20/2010 to 07/22/2010. | 999.80 |
| 7/14/2010 | James Lukenda | Airfare | Nortel-BN62YS EWR to RDU, 7-20 meetings: CO BN62YS: EWR-RDU 07/20/2010 to 07/21/2010. | 993.40 |
| 7/7/2010 | Joseph J. McKenna | Airfare | Airfare for travel on Nortel engagement (used prior changed flight credit).: Continental Airlines: EWR / RDU 07/12/2010 to 07/15/2010. | 82.50 |
| 7/14/2010 | Joseph J. McKenna | Airfare | Airfare traveling on Nortel engagement.: US Airways: LGA/RDU 07/19/2010 to 07/22/2010. | 275.40 |
| 7/21/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US AIRWAYS CHICAGO IL: US AIRWAYS: LGA / RDU 07/26/2010 to 07/30/2010. | 255.90 |
| 7/12/2010 | Lee A. Sweigart | Airfare | Flight to RDU for work at Nortel RTP location: DELTA AIR LINES CHICAGO IL: DELTA AIR LINES: IND/RDU 07/13/2010 to 07/15/2010. | 858.48 |
| 7/21/2010 | Lee A. Sweigart | Airfare | Flight from IND to RDU for work at Nortel headquarters: DELTA AIR LINES CHICAGO IL: DELTA AIR LINES: IND/RDU 07/26/2010 to 07/29/2010. | 848.48 |
| 7/26/2010 | Lee A. Sweigart | Airfare | Flight from LGA to ORD/IND after meetings at Cleary offices: UNITED AIRLINES CHICAGO IL: UNITED AIRLINES: LGA/ORD 08/05/2010 to 08/06/2010. | 688.71 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/26/2010 | Lee A. Sweigart | Airfare | Flight from IND to LGA for meetings at Cleary offices: DELTA AIR LINES CHICAGO IL: DELTA AIR LINES: IND/LGA 08/02/2010 to 08/02/2010. | 144.20 |
| 7/7/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/RDU 07/12/2010 to 07/15/2010. | 431.40 |
| 7/13/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/RDU 07/19/2010 to 07/22/2010. | 431.40 |
| 7/20/2010 | Michael E. Scannella | Airfare | Flight to clientsite.: Continental: EWR/RDU 07/26/2010 to 07/29/2010. | 436.40 |
| 7/2/2010 | Sidney R. Bradley | Airfare | Flight to/from NYC office to work with Nortel team: US AIRWAYS: Boston 07/05/2010 to 07/09/2010. | 1,042.60 |
| 7/7/2010 | Sidney R. Bradley | Airfare | Flight to/from Raleigh Nortel office: UNITED AIRLINES CHICAGO IL: UNITED AIRLINES: Raleigh/Durham 07/05/2010 to 07/08/2010. | 1,032.53 |
| 7/13/2010 | Sidney R. Bradley | Airfare | Flight to/from Raleigh Nortel office: UNITED AIRLINES CHICAGO IL: UNITED AIRLINES: Raleigh 07/19/2010 to 07/22/2010. | 549.50 |
| 7/20/2010 | Sidney R. Bradley | Airfare | Flight to/from Raleigh Nortel office: UNITED AIRLINES CHICAGO IL: UNITED AIRLINES: 07/26/2010 to 07/29/2010. | 436.28 |
| 7/1/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to client site in Raleigh: Yellow Cab: MDW / Residence | 45.00 |
| 7/6/2010 | Brian Heinimann | Ground Transportation | Taxi to visit Cleary Gottlieb offices: Yellow Cab: Huron / Cleary | 20.00 |
| 7/7/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to Huron office in NYC: Yellow Cab: MDW / Residence | 45.00 |
| 7/12/2010 | Brian Heinimann | Ground Transportation | Taxi to hotel while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 7/12/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW for flight to client site: Yellow Cab: Office / MDW | 35.00 |
| 7/15/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to Huron office in NYC: Yellow Cab: MDW / Residence | 45.00 |
| 7/19/2010 | Brian Heinimann | Ground Transportation | Taxi to hotel from airport: RDU Taxi: RDU / Sheraton | 20.00 |
| 7/19/2010 | Brian Heinimann | Ground Transportation | Taxi to airport to catch flight to client site: Yellow Cab: Office / MDW | 35.00 |
| 7/22/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site: Yellow Cab: MDW / Residence | 45.00 |
| 7/26/2010 | Brian Heinimann | Ground Transportation | Taxi to hotel from airport: RDU Taxi: RDU / Sheraton | 20.00 |
| 7/26/2010 | Brian Heinimann | Ground Transportation | Taxi to airport to catch flight to client site: Yellow Cab: Office / MDW | 30.00 |
| 7/29/2010 | Brian Heinimann | Ground Transportation | Taxi to Nortel to airport: RDU Taxi: Nortel / RDU | 20.00 |
| 7/1/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 7/12/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh.: Cab: RDU / Hotel | 20.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/12/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 7/16/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 7/19/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 7/22/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 7/26/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh.: Cab: RDU / Hotel | 20.00 |
| 7/26/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 7/29/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 7/6/2010 | James Lukenda | Ground Transportation | Nortel-cab from PABT to office: yellow cab: PABT-Office | 6.00 |
| 7/6/2010 | James Lukenda | Ground Transportation | Nortel-subway for three (3) return from meeting at Liberty plaza: MTA: Office-Liberty Plaza | 6.75 |
| 7/2/2010 | Joseph J. McKenna | Ground Transportation | Taxi from airport to residence while traveling on Nortel engagement.: NYC TAXI MED 1M89 09 FLUSHING NY: GOTHAM YELLOW LLC GOTHAM: LGA / Manhattan | 45.21 |
| 7/12/2010 | Joseph J. McKenna | Ground Transportation | Taxi to airport while traveling on Nortel engagement.: NYC Taxi: Manhattan / LGA | 67.50 |
| 7/15/2010 | Joseph J. McKenna | Ground Transportation | Car from Newark Airport to residence in Lower Manhattan while traveling on Nortel engagement.: Dial 7 Car: EWR / Manhattan | 69.00 |
| 7/19/2010 | Joseph J. McKenna | Ground Transportation | Cab from residence in Manhattan to LaGuardia Airport while traveling on Nortel engagement. Flight cancelled.: NYC Taxi: Manhattan / LGA | 37.37 |
| 7/19/2010 | Joseph J. McKenna | Ground Transportation | Cab to residence in Manhattan from LaGuardia Airport while traveling on Nortel engagement. Flight cancelled.: NYC Taxi: LGA / Manhattan | 39.76 |
| 7/20/2010 | Joseph J. McKenna | Ground Transportation | Cab from RDU airport to Nortel offices in Durham, NC.: RDU Airport Taxi Service: RDU / Nortel | 20.00 |
| 7/20/2010 | Joseph J. McKenna | Ground Transportation | Car from residence in Manhattan to LaGuardia Airport while traveling on Nortel engagement.: Dial 7 Car: Manhattan / LGA | 41.00 |
| 7/22/2010 | Joseph J. McKenna | Ground Transportation | Car from airport to residence while traveling on Nortel engagement.: DIAL 7 CAR 212-777-7LONG ISLAND CITY NY: DIAL 7 CAR & LIMOUSINE: LGA / Manhattan | 53.50 |
| 7/26/2010 | Joseph J. McKenna | Ground Transportation | Taxi from New York Office to airport (LGA) while traveling on Nortel engagement.: NYC Taxi: Manhattan / LGA | 38.22 |
| 7/30/2010 | Joseph J. McKenna | Ground Transportation | Taxi from LGA to residence in lower Manhattan while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 48.25 |
| 7/6/2010 | Lee A. Sweigart | Ground Transportation | Cab ride from midtown to dinner to hotel: NYC Cab: Hotel / Dinner | 27.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/6/2010 | Lee A. Sweigart | Ground Transportation | Ride to midtown from LGA: ALL TAXI MANAGEMENT LONG ISLAND CITY NY: ALL TAXI MANAGEMENT INC: LGA / Midtown | 43.90 |
| 7/8/2010 | Lee A. Sweigart | Ground Transportation | Ride to LGA from midtown: NYC TAXI MED 4Y39 09 LONG ISLAND C NY: MIDTOWN OPERATING CORP: Midtown / LGA | 36.97 |
| 7/22/2010 | Lee A. Sweigart | Ground Transportation | Ride from hotel to RDU: RDU Taxi Inc: RDU/RTP | 22.00 |
| 7/12/2010 | Michael E. Scannella | Ground Transportation | Transportation to airport.: A1: Jersey City / EWR | 78.00 |
| 7/15/2010 | Michael E. Scannella | Ground Transportation | Car service home from airport.: Dial 7: EWR/Jersey City | 54.00 |
| 7/19/2010 | Michael E. Scannella | Ground Transportation | Cab ride to hotel after flight.: RDU Cab: RDU/Sheraton | 22.00 |
| 7/19/2010 | Michael E. Scannella | Ground Transportation | Car service to airport for flight.: A1: Jersey City / EWR | 78.00 |
| 7/22/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR / Jersey City | 64.00 |
| 7/26/2010 | Michael E. Scannella | Ground Transportation | Car service to airport from NY office.: Dial 7: NYC/EWR | 75.00 |
| 7/29/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR/Jersey City | 64.00 |
| 7/5/2010 | Sidney R. Bradley | Ground Transportation | Cab to Logan airport from home: Glob Taxi: Logan | 30.60 |
| 7/5/2010 | Sidney R. Bradley | Ground Transportation | Cab to Hotel (Sheraton Hotel And Towers) from Newark Airport: S&R MEDALLION CORP S NEW YORK NY: S&R MEDALLION CORP: Sheraton | 80.00 |
| 7/7/2010 | Sidney R. Bradley | Ground Transportation | Cab to Dinner: S&R MEDALLION CORP S NEW YORK NY: S&R MEDALLION CORP: Momofuku | 16.00 |
| 7/7/2010 | Sidney R. Bradley | Ground Transportation | Cab from Dinner: S&R MEDALLION CORP S NEW YORK NY: S&R MEDALLION CORP: Hotel | 16.00 |
| 7/9/2010 | Sidney R. Bradley | Ground Transportation | Taxi from Tampa airport to home: YELLOW CAB COMPANY O TAMPA FL: YELLOW CAB COTAMPA INC: Home | 25.90 |
| 7/9/2010 | Sidney R. Bradley | Ground Transportation | Cab to Newark Airport from Huron Office: Newark Cab Association: Airport | 80.00 |
| 7/12/2010 | Sidney R. Bradley | Ground Transportation | Taxi to Sheraton: YELLOW CAB COMPANY O TAMPA FL: RDU Taxi, Inc: Hotel | 18.00 |
| 7/12/2010 | Sidney R. Bradley | Ground Transportation | Taxi from home to Tampa airport: YELLOW CAB COMPANY O TAMPA FL: YELLOW CAB COTAMPA INC: Tampa airport | 25.90 |
| 7/15/2010 | Sidney R. Bradley | Ground Transportation | Cab HOME FROM O'Hare: yellow cab: Home | 46.70 |
| 7/19/2010 | Sidney R. Bradley | Ground Transportation | Cab to O'Hare from home: yellow cab: ORD | 46.70 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/22/2010 | Sidney R. Bradley | Ground Transportation | Cab home from Logan: Globe taxi: Home | 30.60 |
| 7/26/2010 | Sidney R. Bradley | Ground Transportation | Cab to Logan airport from home: Glob Taxi: Logan | 30.60 |
| 7/29/2010 | Sidney R. Bradley | Ground Transportation | Taxi home from airport: YELLOW CAB COMPANY O TAMPA    FL: YELLOW CAB COTAMPA INC: Home | 25.90 |
| 7/1/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client in North Carolina including gratuities: Sheraton: Durham 06/28/2010 to 07/01/2010, 3 nights. | 470.68 |
| 7/7/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting Huron and counsel offices in NYC: Sheraton: NYC 07/05/2010 to 07/07/2010, 2 nights. | 541.96 |
| 7/15/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site in Raleigh-Durham: Sheraton: Durham 07/12/2010 to 07/15/2010, 3 nights. | 470.68 |
| 7/22/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site including gratuities: Sheraton: Durham 07/19/2010 to 07/22/2010, 3 nights. | 465.68 |
| 7/29/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site in Raleigh-Durham: Sheraton: Raleigh Durham 07/26/2010 to 07/29/2010, 3 nights. | 460.68 |
| 7/1/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for 6/30-7/1 (1 night).: Sheraton Imperial: Raleigh 06/30/2010 to 07/01/2010. | 173.56 |
| 7/13/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial/Four Points hotel in Raleigh for 7/12-7/16 (4 nights), room + tip. | 566.01 |
| 7/20/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial/Four Points hotel in Raleigh 7/19-7/22 (3 nights), room + tip. | 456.91 |
| 7/27/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial/Four Points hotel in Raleigh for 7/26-7/29 (3 nights), room + tip. | 478.52 |
| 7/22/2010 | Elaine M Lane | Hotel/Lodging | Hotel, two nights, during trip to client site: 2 nights hotel and tips: Sheraton: Raleigh 07/20/2010 to 07/22/2010. | 390.38 |
| 7/20/2010 | James Lukenda | Hotel/Lodging | Nortel-1 night at Sheraton- RTP: Sheraton: RDU 07/20/2010 to 07/21/2010. | 158.56 |
| 7/1/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Lodging.: Sheraton Imperial: Durham, NC 06/28/2010 to 07/01/2010, 3 nights. | 425.42 |
| 7/15/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging.: Sheraton Imperial: Durham, NC 07/12/2010 to 07/15/2010, 3 nights. | 425.68 |
| 7/23/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging.: Sheraton Imperial Hotel: Durham, NC 07/20/2010 to 07/22/2010, 2 nights. | 307.12 |
| 7/30/2010 | Joseph J. McKenna | Hotel/Lodging | Hotel while traveling on Nortel engagement.: Lodging.: Sheraton Imperial Hotel: Durham, NC 07/26/2010 to 07/30/2010, 4 nights. | 614.24 |
| 7/2/2010 | Lee A. Sweigart | Hotel/Lodging | Stay at Sheraton in Raleigh for work on Nortel: IMPERIAL HOTEL GROUP INC: DURHAM 06/28/2010 to 07/01/2010, 3 nights. | 460.68 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/8/2010 | Lee A. Sweigart | Hotel/Lodging | Stay at Sheraton New York for meetings at Cleary offices: Sheraton New York: NEW YORK 07/06/2010 to 07/07/2010, 1 night. | 289.23 |
| 7/29/2010 | Lee A. Sweigart | Hotel/Lodging | Stay at hotel for work at Nortel headquarters: Sheraton Imperial: RTP 07/26/2010 to 07/29/2010, 3 nights. | 460.68 |
| 7/12/2010 | Michael E. Scannella | Hotel/Lodging | Lodging while at clientsite, room + tip.: Sheraton/Four Points: RTP 07/12/2010 to 07/15/2010, 3 nights. | 432.30 |
| 7/19/2010 | Michael E. Scannella | Hotel/Lodging | Lodging while at clientsite, room + tip.: Sheraton/Four Points: RTP 07/19/2010 to 07/22/2010, 3 nights. | 430.87 |
| 7/26/2010 | Michael E. Scannella | Hotel/Lodging | Lodging while at clientsite, room + tip.: Sheraton/Four Points: RTP 07/26/2010 to 07/29/2010, 3 nights. | 435.87 |
| 7/5/2010 | Sidney R. Bradley | Hotel/Lodging | Lodging in NY for Nortel: HST LESSEE SNYT LLC: NEW YORK 07/05/2010 to 07/08/2010, 3 nights. | 886.64 |
| 7/13/2010 | Sidney R. Bradley | Hotel/Lodging | Lodging for Nortel: IMPERIAL HOTEL GROUP INC/FOUR POINTS: DURHAM 07/12/2010 to 07/15/2010, 3 nights. | 425.31 |
| 7/20/2010 | Sidney R. Bradley | Hotel/Lodging | Hotel Lodging: IMPERIAL HOTEL GROUP INC/FOUR POINTS: DURHAM 07/19/2010 to 07/22/2010, 3 nights. | 454.62 |
| 7/27/2010 | Sidney R. Bradley | Hotel/Lodging | Lodging: Sheraton Imperial/Four Points: Durham 07/26/2010 to 07/29/2010, 3 nights. | 464.51 |
| 6/28/2010 | Brian Heinimann | Meals | Dinner at Sheraton while visiting client site: Sheraton: Durham, 1 person. | 18.27 |
| 7/1/2010 | Brian Heinimann | Meals | Dinner in RDU airport while en route from client to residence: Greenleaf's: Raleigh, 1 person. | 11.75 |
| 7/5/2010 | Brian Heinimann | Meals | Room service while visiting NYC for Huron office and meeting with counsel: Sheraton: NYC, 1 person. | 37.41 |
| 7/6/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann while visiting Huron office for meeting with counsel: The Famous Oyster Bar: NYC, 1 person. | 50.00 |
| 7/6/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting Huron office for meeting with counsel: Starbucks: NYC, 1 person. | 9.78 |
| 7/7/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting Huron office for meeting with counsel: Starbucks: NYC, 1 person. | 4.22 |
| 7/7/2010 | Brian Heinimann | Meals | Dinner at Grace's Marketplace in LGA airport while en route to residence: Grace's Marketplace: NYC, 1 person. | 18.91 |
| 7/13/2010 | Brian Heinimann | Meals | Breakfast for B. Heinimann while visiting client site: Nortel: Raleigh, 1 person. | 3.80 |
| 7/13/2010 | Brian Heinimann | Meals | Dinner in MDW airport while en route to residence: Harry Caray's: Chicago, 1 person. | 16.22 |
| 7/14/2010 | Brian Heinimann | Meals | Room service while visiting client site in Raleigh-Durham: Sheraton: Durham, 1 person. | 24.43 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/15/2010 | Brian Heinimann | Meals | Dinner in RDU airport while en route from client to residence: Greenleaf's: Raleigh, 1 person. | 11.91 |
| 7/19/2010 | Brian Heinimann | Meals | Dinner at LALO'S MEXICAN RES in MDW airport en route to client site: Lalo's Mexican Restaurant: Chicago, 1 person. | 9.59 |
| 7/20/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 3.80 |
| 7/21/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 7.22 |
| 7/21/2010 | Brian Heinimann | Meals | Dinner for team while visiting client site: Mez: Durham Attendees: Brian Heinimann, Elaine M Lane, Joseph J. McKenna, Coley P. Brown, Michael E. Scannella, Sidney R. Bradley, 6 people. | 197.97 |
| 7/22/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 3.80 |
| 7/22/2010 | Brian Heinimann | Meals | Dinner for B. Heinimann en route from client site to residence: Greenleaf's: RDU Airport, 1 person. | 11.38 |
| 7/26/2010 | Brian Heinimann | Meals | Dinner for team while visiting client site: Capital City Chop House: Durham Attendees: Brian Heinimann, Lee A. Sweigart, 2 people. | 100.00 |
| 7/27/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 6.27 |
| 7/27/2010 | Brian Heinimann | Meals | Room service dinner while visiting client site: Sheraton: Raleigh Durham, 1 person. | 24.43 |
| 7/28/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 3.55 |
| 7/29/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: RTP, 1 person. | 3.80 |
| 7/1/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 6/28-7/1 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 7/1/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster Bar for Coley Brown (1 person).: 42nd Street Oyster Bar: Raleigh. | 24.02 |
| 7/12/2010 | Coley P. Brown | Meals | Dinner at Great American Bagel in ORD Airport for Coley Brown (1 person).: Great American Bagel: Chicago. | 24.07 |
| 7/15/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh | 42.65 |
| 7/15/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 7/12-7/15 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 7/16/2010 | Coley P. Brown | Meals | Breakfast at RDU Airport for Coley Brown (1 person).: RDU Airport: Raleigh | 13.11 |
| 7/16/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 40.47 |
| 7/19/2010 | Coley P. Brown | Meals | Dinner at Great American Bagel at ORD for Coley Brown (1 person).: Great American Bagel: Chicago ORD | 19.35 |
| 7/22/2010 | Coley P. Brown | Meals | Dinner at Carolina Ale House for Coley Brown (1 person).: Carolina Ale House: Raleigh | 22.55 |
| 7/22/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 7/19-7/22 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 7/23/2010 | Coley P. Brown | Meals | Dinner at D'Agostinos for Coley Brown (1 person) while working late on Nortel matters.: D'Agostinos: Chicago | 21.37 |
| 7/26/2010 | Coley P. Brown | Meals | Dinner at Chilis at ORD for Coley Brown (1 person).: Chilis: Chicago ORD | 23.74 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/29/2010 | Coley P. Brown | Meals | Dinner at Carolina Ale House for Coley Brown (1 person).: Carolina Ale House: Raleigh | 22.99 |
| 7/29/2010 | Coley P. Brown | Meals | Breakfast at Nortel cafe for week of 7/26-7/29 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 7/29/2010 | Coley P. Brown | Meals | Dinner - room service at Sheraton Imperial hotel in Raleigh for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 49.53 |
| 7/20/2010 | Elaine M Lane | Meals | Dinner during trip to client site: HMS Host: Kansas City, 1 person. | 12.95 |
| 7/21/2010 | Elaine M Lane | Meals | Breakfast - during trip to client site: Sheraton: Raleigh, 1 person. | 15.00 |
| 7/22/2010 | Elaine M Lane | Meals | Breakfast - during trip to client site: Starbucks: Raleigh, 1 person. | 8.77 |
| 7/20/2010 | James Lukenda | Meals | Nortel-Sansui-evening meal for 6 staff: Sansui: RDU Attendees: James Lukenda, Joseph J. McKenna, Sidney R. Bradley, Brian Heinimann, Michael E. Scannella, Coley P. Brown | 176.83 |
| 7/21/2010 | James Lukenda | Meals | Nortel-Sheraton-lounge breakfast: Sheraton: RDU, 1 person. | 5.00 |
| 7/1/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person. | 4.90 |
| 7/1/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: BENVENUTO    NEW YORK    NY: MVNBC CORP: NEW YORK, 1 person. | 17.31 |
| 7/12/2010 | Joseph J. McKenna | Meals | Dinner upon arrival in RTP while traveling on Nortel engagement.: Shell: Durham, NC, 1 person. | 10.96 |
| 7/13/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel RTP Cafe: Durham, NC, 1 person. | 6.31 |
| 7/13/2010 | Joseph J. McKenna | Meals | Team dinner while traveling on Nortel engagement (5 guests).: Sansui: Durham, NC Attendees: Joseph J. McKenna, Coley P. Brown, Brian Heinimann, Sidney R. Bradley, Michael E. Scannella | 179.27 |
| 7/14/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel RTP Cafe: Durham, NC, 1 person. | 5.02 |
| 7/15/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel RTP Cafe: Durham, NC, 1 person. | 7.51 |
| 7/15/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Famous Famiglia: Newark, NJ, 1 person. | 15.35 |
| 7/15/2010 | Joseph J. McKenna | Meals | Room service (7/14/10).: Sheraton Imperial: Durham, NC, 1 person. | 32.00 |
| 7/20/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: McDonald's LaGuardia: New York, NY, 1 person. | 7.26 |
| 7/21/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel offices in Durham, NC while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM    NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.46 |
| 7/21/2010 | Joseph J. McKenna | Meals | Room service on 7/24.: Sheraton Imperial Hotel: Durham, NC, 1 person. | 22.45 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/22/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.02 |
| 7/26/2010 | Joseph J. McKenna | Meals | Meal at airport while traveling on Nortel engagement.: CIBO Bistro: LaGuardia Airport, 1 person. | 30.22 |
| 7/27/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.08 |
| 7/28/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 9.68 |
| 7/29/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.77 |
| 7/30/2010 | Joseph J. McKenna | Meals | Hotel while traveling on Nortel engagement.: Room service 3 nights.: Sheraton Imperial Hotel: Durham, NC, 1 person. | 50.00 |
| 7/30/2010 | Joseph J. McKenna | Meals | Breakfast at airport while traveling on Nortel engagement.: Popeye's: RDU, NC, 1 person. | 9.98 |
| 7/1/2010 | Lee A. Sweigart | Meals | Breakfast on 7/1: Nortel cafe: RTP, 1 person. | 6.42 |
| 7/1/2010 | Lee A. Sweigart | Meals | Dinner at RTP airport: GORDON BIERSCH670263 RALEIGH NC: HMS HOST CORP: RALEIGH, 1 person. | 32.06 |
| 7/2/2010 | Lee A. Sweigart | Meals | Room service, dinner - 6/28: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 50.00 |
| 7/6/2010 | Lee A. Sweigart | Meals | Dinner in NYC after meeting at Cleary offices: Spice Market NYC 000 New York NY: SPICE MARKET NY LLC: NEW YORK, 1 person. | 50.00 |
| 7/6/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: STARBUCKS A 261509 INDIANAPOLIS IN: HMSHOST: INDIANAPOLIS, 1 person. | 2.34 |
| 7/7/2010 | Lee A. Sweigart | Meals | Dinner at LGA airport: FOX SPORTS BAR440253 FLUSHING NY: HMSHOST-LGA-AIRPT: FLUSHING, 1 person. | 19.31 |
| 7/26/2010 | Lee A. Sweigart | Meals | Dinner at IND airport prior to flight to RDU: Champps: IND, 1 person. | 12.55 |
| 7/29/2010 | Lee A. Sweigart | Meals | Breakfast for week of 7/26: Nortel cafe: RTP, 1 person. | 18.54 |
| 7/29/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport prior to flight to IND: Carolina Ale House: RDU, 1 person. | 32.07 |
| 7/12/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: EWR | 12.34 |
| 7/14/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 1 person.: Mez / Starbucks: RTP | 28.55 |
| 7/15/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Starbucks: RDU | 11.00 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/15/2010 | Michael E. Scannella | Meals | Breakfast for the week (3 days), 1 person.: Nortel Cafe: RTP | 18.00 |
| 7/19/2010 | Michael E. Scannella | Meals | Meal while waiting for flight, 1 person.: Starbucks: EWR | 7.96 |
| 7/22/2010 | Michael E. Scannella | Meals | Meal while waiting for flight, 1 person.: Popeye's: RDU | 7.26 |
| 7/26/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: DNC Travel: EWR | 20.58 |
| 7/27/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 1 person.: Momoyama: Durham | 42.00 |
| 7/28/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 4 people.: Angus Barn: Durham Attendees: Michael E. Scannella, Lee A. Sweigart, Sidney R. Bradley, Brian Heinimann. | 200.00 |
| 7/29/2010 | Michael E. Scannella | Meals | Breakfast for week (3 days), 1 person.: Nortel Cafe: RTP | 20.00 |
| 7/5/2010 | Sidney R. Bradley | Meals | ROSIE O'GRADY'S RSTR NEW YORK    NY: TRELL RSTR INC: NEW YORK, 1 person. | 15.00 |
| 7/5/2010 | Sidney R. Bradley | Meals | Dinner; HST LESSEE SNYT LLC: NEW YORK, 1 person. | 42.92 |
| 7/6/2010 | Sidney R. Bradley | Meals | Breakfast: Starbucks, Jamba Juice, Duane Reade: New York, 1 person. | 15.00 |
| 7/6/2010 | Sidney R. Bradley | Meals | Dinner: James Restaurant: New York, 1 person. | 45.00 |
| 7/7/2010 | Sidney R. Bradley | Meals | Dinner, MOMOFUKU SSAM BAR NEW YORK NY: DAIMYO GROUP LLC: NEW YORK, 1 person. | 50.00 |
| 7/7/2010 | Sidney R. Bradley | Meals | Breakfast, Starbucks, Jamba Juice: New York, 1 person. | 15.00 |
| 7/8/2010 | Sidney R. Bradley | Meals | Starbucks, Jamba Juice: New York, 1 person. | 12.67 |
| 7/9/2010 | Sidney R. Bradley | Meals | Dinner while waiting for flight, LEGAL SEA FOODS LOGA EAST BOSTON   MA: LEGAL SEA FOODS LOGAN 11: Washington DC, 1 person. | 50.00 |
| 7/12/2010 | Sidney R. Bradley | Meals | Dinner at Phillips Famous Seafood at Charlotte Airport: PHILLIP'S SEAF208526 CHARLOTTE    NC: HMS HOST CORP: CHARLOTTE, 1 person. | 28.25 |
| 7/13/2010 | Sidney R. Bradley | Meals | Room Service - Breakfast: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 14.51 |
| 7/14/2010 | Sidney R. Bradley | Meals | NORTEL-RTP-GAT029649 DURHAM    NC: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 9.19 |
| 7/14/2010 | Sidney R. Bradley | Meals | Room Service - Dinner: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 24.01 |
| 7/15/2010 | Sidney R. Bradley | Meals | Room Service - Breakfast: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 15.00 |
| 7/15/2010 | Sidney R. Bradley | Meals | Traveling Meal at airport: CAROLINA ALE H678134 RALEIGH    NC: HMS HOST CORP: RALEIGH, 1 person. | 29.47 |
| 7/19/2010 | Sidney R. Bradley | Meals | Traveling dinner: TUSCANY ORD 258448 CHICAGO IL: ANTON AIRFOODS INC.: CHICAGO, 1 person. | 25.09 |

## NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/20/2010 | Sidney R. Bradley | Meals | Room Service - Breakfast for me: IMPERIAL HOTEL GROUP INC: DURHAM, 1 person. | 14.51 |
| 7/21/2010 | Sidney R. Bradley | Meals | Breakfast: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 8.48 |
| 7/22/2010 | Sidney R. Bradley | Meals | Breakfast: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 4.91 |
| 7/22/2010 | Sidney R. Bradley | Meals | Traveling meal: 42ND STREET BA678126 RALEIGH NC: HMS HOST CORP: RALEIGH, 1 person. | 42.35 |
| 7/26/2010 | Sidney R. Bradley | Meals | Traveling meal: TIDEWATER LANDING DU DULLES VA: CONERSTONE CONCESSNS LLC: DULLES, 1 person. | 22.84 |
| 7/27/2010 | Sidney R. Bradley | Meals | Room Service- Breakfast: Sheraton Imperial: Durham, 1 person. | 14.51 |
| 7/27/2010 | Sidney R. Bradley | Meals | Traveling Meal for 3 people: The Pit: Raleigh Attendees: Sidney R. Bradley, Coley P. Brown, Lee A. Sweigart | 131.59 |
| 7/28/2010 | Sidney R. Bradley | Meals | Breakfast: NORTEL-RTP-GAT029649 DURHAM NC: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 7.49 |
| 7/29/2010 | Sidney R. Bradley | Meals | Room Service - Breakfast: Sheraton Imperial: Durham, 1 person. | 14.51 |
| 7/29/2010 | Sidney R. Bradley | Meals | Traveling Meal: Estella's Mexican Restaurant: Dulles, 1 person. | 37.24 |
| 7/22/2010 | Elaine M Lane | Mileage | Personal mileage round trip to airport for trip to client site: Home/Airport/Home 07/20/2010 to 07/22/2010. | 40.00 |
| 7/20/2010 | James Lukenda | Mileage | Nortel-mileage to EWR: Mont-EWR 07/20/2010 to 07/21/2010. | 15.50 |
| 7/7/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: IND 07/06/2010 to 07/07/2010. | 25.00 |
| 7/29/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage from home to IND airport: Home / IND 07/26/2010 to 07/29/2010. | 25.00 |
| 7/22/2010 | Elaine M Lane | Parking & Tolls | Parking at airport, 2.5 days, during trip to client site: KCI Airport: Kansas City 07/20/2010 to 07/22/2010. | 40.00 |
| 7/21/2010 | James Lukenda | Parking & Tolls | Nortel-Parking at EWR (66), 2 days, and GSP tolls (.70): EWR: Newark 07/20/2010 to 07/21/2010. | 66.70 |
| 7/1/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: INDIANAPOLIS AIRPORT INDIANAPOLIS IN: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 06/28/2010 to 07/01/2010, 4 days. | 72.00 |
| 7/7/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: INDIANAPOLIS AIRPORT INDIANAPOLIS IN: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 07/06/2010 to 07/07/2010, 2 days. | 36.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 7/13/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: IND airport: IND 07/13/2010 to 07/13/2010, 1 day. | 4.00 |
| 7/29/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport during work at Nortel headquarters: IND airport: IND 07/26/2010 to 07/29/2010, 4 days. | 72.00 |
| 7/16/2010 | Elaine M Lane | Postage and Freight | Shipping charges for Nortel documents sent to Huron director. | 13.74 |
| 7/1/2010 | Coley P. Brown | Rental Car | Avis rental car for week of 6/28-7/1 (4 days).: Avis: Raleigh 06/28/2010 to 07/01/2010. | 192.49 |
| 7/22/2010 | Coley P. Brown | Rental Car | Avis rental car for week of 7/19-7/22 (4 days).: Avis: Raleigh 07/19/2010 to 07/22/2010. | 192.49 |
| 7/1/2010 | Joseph J. McKenna | Rental Car | Rental car for team traveling on Nortel engagement.: AVIS RENT A CAR RALEIGH NC: AVIS RENT A CAR CORP: Durham, NC 06/28/2010 to 07/01/2010, 4 days. | 192.49 |
| 7/16/2010 | Joseph J. McKenna | Rental Car | Rental car for team traveling on Nortel engagement.: Avis: RDU, NC 07/12/2010 to 07/16/2010, 5 days. | 283.98 |
| 7/29/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement (3 days).: Avis: RDU, NC 07/26/2010 to 07/29/2010. | 209.40 |
| 7/15/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RDU 07/12/2010 to 07/15/2010. | 192.49 |
| 7/29/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RDU 07/26/2010 to 07/29/2010. | 192.49 |
| 7/22/2010 | Sidney R. Bradley | Rental Car | Car rental: HERTZ CAR RENTAL RALEIGH NC: HERTZ CORPORATION: Raleigh/ Durham 07/19/2010 to 07/22/2010, 4 days. | 247.30 |
| 7/29/2010 | Accounts Payable | Research | PACER research related to Nortel matters. | 43.68 |
| 7/26/2010 | Coley P. Brown | Research | 2009-10 Risk Management RMA industry book for purposes of Nortel workstreams. | 205.14 |
| 7/16/2010 | Elaine M Lane | Telecom | Long distance telephone charges for calls from home office: USBI: KC 07/16/2010 to 07/16/2010 for purposes of Nortel matters. | 4.40 |
| 7/30/2010 | Elaine M Lane | Telecom | Long distance charges, calls from personal residence: USBI: KC 07/01/2010 to 07/30/2010 for purposes of Nortel matters. | 3.70 |
| 7/28/2010 | Sidney R. Bradley | Telecom | Internet: Four Points Durham: Durham 07/27/2010 to 07/28/2010 for purposes of Nortel matters. | 16.04 |

**Total Expenses**     **$ 33,220.41**