**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 6/1/10 through 6/30/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 291.00 | $128,159.00 |
| 05. Professional Retention/Fee Application Preparation | | 16.30 | $6,276.50 |
| 07. Interaction/Mtgs w Debtors/Counsel | | 11.80 | $6,086.50 |
| 08. Interaction/Mtgs w Creditors/Counsel | | 74.90 | $51,839.00 |
| 09. Employee Issues/KEIP | | 29.60 | $12,258.50 |
| 10. Recovery/SubCon/Lien Analysis | | 20.90 | $14,764.00 |
| 11. Claim Analysis/Accounting | | 152.90 | $70,133.00 |
| 13. Intercompany Transactions/Balances& Transfer Pricing | | 166.10 | $70,358.50 |
| 14. Executory Contracts/Leases | | 10.80 | $3,483.00 |
| 17. Analysis of Historical Results | | 3.40 | $1,037.00 |
| 18. Operating and Other Reports | | 27.10 | $13,306.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 63.50 | $21,367.50 |
| 20. Projections/Business Plan/Other | | 32.00 | $12,387.00 |
| 26. Tax Issues | | 45.70 | $30,847.50 |
| 27. Plan of Reorganization/Disclosure Statement | | 15.80 | $9,574.00 |
| 33. Intellectual Property | | 241.40 | $128,257.50 |
| **For the Period 6/1/2010 through 6/30/2010** | | **1,203.2** | **$580,135.00** |

Capstone Advisory Group, LLC
Invoice for the 6/1/2010 - 6/30/2010 Fee Statement