**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2010 through 6/30/2010**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/Train** | | | |
| 6/1/2010 | J. Hyland | Airfare from NY. | $463.20 |
| 6/7/2010 | J. Borow | Airfare to Chicago. | $546.40 |
| 6/7/2010 | T. Morilla | Airfare for Chicago trip. | $482.40 |
| 6/7/2010 | J. Hyland | Travel agency fee for 6/7. | $35.00 |
| 6/7/2010 | T. Morilla | Airfare agent cost for trip to Chicago. | $35.00 |
| 6/7/2010 | J. Hyland | Travel agency fee for 6/7. | $15.00 |
| 6/10/2010 | M. Lasinski | Airfare to NY for meeting. | $601.70 |
| 6/10/2010 | M. Lasinski | Airfare. | $122.80 |
| 6/14/2010 | L. Ahearn | Airfare to Toronto. | $692.02 |
| 6/15/2010 | J. Hyland | Airfare to NY. | $941.40 |
| 6/21/2010 | J. Hyland | Airfare to NY. | $996.40 |
| 6/21/2010 | J. Hyland | Travel agency fee for airfare. | $15.00 |
| 6/28/2010 | L. Ahearn | Airfare from trip to Toronto. | $838.44 |
| **Subtotal - Airfare/Train** | | | **$5,784.76** |
| **Auto Rental/Taxi** | | | |
| 6/1/2010 | J. Hyland | Taxi in NY. | $78.00 |
| 6/2/2010 | J. Hyland | Taxi in NY. | $24.00 |

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 6/2/2010 | J. Borow | Taxi from Cleary Meeting. | $17.20 |
| 6/2/2010 | J. Hyland | Taxi in NY. | $13.44 |
| 6/3/2010 | J. Hyland | Taxi in NY. | $80.00 |
| 6/4/2010 | Capstone Expense | Taxis in NY. | $269.20 |
| 6/4/2010 | Capstone Expense | Taxis in NY. | $268.72 |
| 6/4/2010 | Capstone Expense | Taxis in NY. | $253.61 |
| 6/4/2010 | Capstone Expense | Taxis in NY. | $239.08 |
| 6/4/2010 | Capstone Expense | Taxi in NY. | $99.91 |
| 6/7/2010 | J. Borow | Taxi to/from LaGuardia. | $144.00 |
| 6/7/2010 | J. Borow | Taxi to Chicago office. | $46.75 |
| 6/7/2010 | J. Hyland | Taxi from Chilmark meeting in Chicago. | $8.00 |
| 6/10/2010 | M. Lasinski | Cab to airport. | $68.00 |
| 6/10/2010 | M. Lasinski | Cab back to airport. | $40.00 |
| 6/10/2010 | M. Lasinski | Cab to office. | $39.27 |
| 6/11/2010 | M. Lasinski | Taxi from airport. | $68.00 |
| 6/14/2010 | L. Ahearn | Taxi from trip to Toronto. | $45.00 |
| 6/14/2010 | L. Ahearn | Taxi from trip to Toronto. | $21.00 |
| 6/14/2010 | L. Ahearn | Taxi from trip to Toronto. | $12.00 |
| 6/15/2010 | L. Ahearn | Taxi from trip to Toronto. | $55.50 |
| 6/15/2010 | J. Hyland | Taxi in NY. | $33.51 |
| 6/15/2010 | L. Ahearn | Taxi from trip to Toronto. | $17.00 |
| 6/15/2010 | L. Ahearn | Taxi from trip to Toronto. | $12.00 |

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| 6/16/2010 | J. Hyland | Taxi during NY trip. | $32.54 |
| 6/21/2010 | J. Hyland | Taxi in NY from airport. | $90.00 |
| 6/21/2010 | J. Borow | Taxi to Cleary Gottlieb downtown. | $16.60 |
| 6/22/2010 | C. Kearns | Taxi to CGSH office for P. Look meeting. | $16.00 |
| 6/22/2010 | J. Hyland | Taxi in NY from meeting at Cleary. | $13.68 |
| 6/24/2010 | J. Hyland | Taxi from O'Hare to home during NY trip. | $71.00 |
| 6/24/2010 | J. Hyland | Taxi in NY. | $37.88 |
| 6/28/2010 | L. Ahearn | Taxi from trip to Toronto. | $10.00 |
| 6/29/2010 | L. Ahearn | Taxi from trip to Toronto. | $59.00 |
| 6/29/2010 | L. Ahearn | Taxi from trip to Toronto. | $20.00 |

**Subtotal - Auto Rental/Taxi**                                           **$2,319.89**

**Hotel**

| | | | |
|------|--------------|-------------|--------|
| 6/3/2010 | J. Hyland | Hotel in NY. | $718.86 |
| 6/15/2010 | L. Ahearn | Hotel from trip to Toronto. | $202.81 |
| 6/16/2010 | J. Hyland | Hotel in NY. | $524.55 |
| 6/22/2010 | J. Hyland | Hotel in NY. | $495.77 |
| 6/28/2010 | L. Ahearn | Hotel from trip to Toronto. | $270.07 |

**Subtotal - Hotel**                                                       **$2,212.06**

**Meals**

| | | | |
|------|--------------|-------------|--------|
| 6/1/2010 | T. Morilla | Meal due to working late. | $11.33 |
| 6/7/2010 | J. Borow | Lunch in Chicago for J. Borow, T. Morilla, J. Hyland and H. Kennedy. | $76.22 |
| 6/10/2010 | M. Lasinski | Dinner at airport. | $14.88 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 6/10/2010 | M. Lasinski | Breakfast at airport. | $8.96 |
| 6/14/2010 | L. Ahearn | Lunch in Toronto. | $8.56 |
| 6/14/2010 | L. Ahearn | Breakfast in Toronto. | $8.15 |
| 6/15/2010 | J. Hyland | Meals during NY trip. | $8.73 |
| 6/16/2010 | J. Hyland | Meal in NY. | $5.82 |
| 6/16/2010 | J. Hyland | Meal during NY trip. | $5.64 |
| 6/18/2010 | T. Morilla | Meal due to working late. | $25.00 |
| 6/19/2010 | T. Morilla | Meal due to working on the weekend. | $14.44 |
| 6/20/2010 | T. Morilla | Meal due to working on the weekend. | $20.00 |
| 6/22/2010 | T. Morilla | Meal due to working late. | $13.58 |
| 6/23/2010 | J. Hyland | Meal in NY. | $5.99 |
| 6/24/2010 | J. Hyland | Dinner during NY trip. | $4.68 |
| 6/27/2010 | T. Morilla | Meal due to working on the weekend. | $25.00 |
| 6/28/2010 | L. Ahearn | Meal from trip to Toronto. | $28.54 |
| 6/28/2010 | T. Morilla | Meal due to working late. | $26.86 |
| 6/29/2010 | T. Morilla | Meal due to working late. | $27.70 |

**Subtotal - Meals** $340.08

**Mileage**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 6/3/2010 | J. Hyland | 42 Miles to/from airport. | $21.00 |
| 6/15/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 6/16/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 6/21/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |

Capstone Advisory Group, LLC
Invoice for the 6/1/2010 - 6/30/2010 Fee Statement

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Subtotal - Mileage** | | | **$84.00** |
| **Parking/Tolls** | | | |
| 6/3/2010 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 6/15/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 6/16/2010 | J. Hyland | Tolls from taxi in NY. | $5.50 |
| 6/16/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 6/21/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$11.90** |
| **Telecom** | | | |
| 6/1/2010 | Capstone Expense | Long distance telephone charges to Toronto. | $188.00 |
| 6/5/2010 | Capstone Expense | Conference call charges for Nortel. | $221.19 |
| 6/11/2010 | Capstone Expense | Telephone charges for Nortel. | $1,455.87 |
| 6/25/2010 | J. Hyland | Long distance telephone charges to Toronto. | $525.69 |
| 6/25/2010 | J. Hyland | Roaming telephone charges in Toronto. | $40.48 |
| **Subtotal - Telecom** | | | **$2,431.23** |
| **For the Period 6/1/2010 through 6/30/2010** | | | $13,183.92 |