### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>No Hearing Required |

### REQUEST FOR SPECIAL NOTICE

**TO THE DEBTORS AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Blakeley & Blakeley LLP ("B&B"), counsel for Creditor, Google Inc., requests special notice of all matters and copies of all pleadings pertaining to the above-referenced bankruptcy proceeding.

B&B requests that for all notice purposes, the following address be used and that this address be included on the master mailing matrix:

    Johnny White, Esq.
    Blakeley & Blakeley LLP
    2 Park Plaza, Suite 400
    Irvine, California 92614
    Telephone: (949) 260-0611
    Facsimile: (949) 260-0613
    E-Mail: JWhite@BlakeleyLLP.com

Dated: August 20, 2010
       Irvine, California

                                        BLAKELEY & BLAKELEY LLP

                                        By: /s/Johnny White
                                        Johnny White (CA Bar No. 269306)
                                        2 Park Plaza, Suite 400
                                        Irvine, California 92614
                                        Telephone: (949) 260-0611
                                        Facsimile: (949) 260-0613
                                        Email: JWhite@blakeleyllp.com

In re:

NORTEL NETWORKS INC., et al.,        Chapter 11

                                             Case No. 09-10138 (KG)

                Debtors.

                                             No Hearing Required

## **CERTIFICATE OF SERVICE**

I, Jenny Ly, hereby certify that I am not less than 18 years of age, and that on August 20, 2010, a true and correct copy of the foregoing **Request for Special Notice** was electronically transmitted through the Court's ECF system to all parties indicated on the electronic filing receipt. Additionally, the foregoing was served via U.S. Mail on August 20, 2010 upon:

                                      See the attached list

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **August 20, 2010**, at Irvine, California.

Dated: August 20, 2010                                                 /s/ Jenny Ly_____
                                                                               Jenny Ly

## Service List

**Debtor's Counsel:**
Alissa T. Gazze, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mary Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

Nancy G. Everett, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

**U.S. Trustee**
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**U.S. Claims Agent**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
3rd Floor
New York, NY 10017