# SCHEDULE A
## SEVENTEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/01/10 | JMS7 | .7 | Consider assorted issues related to bankruptcy court settlement |
| 4/06/10 | JMS7 | .9 | Consider notification requirements for settlement in this lawsuit |
| 5/05/10 | RET | .2 | Communication from Debbie Buehl regarding allocation as to the ERISA settlement related claim from Chubb |
| 5/06/10 | RET | .3 | Communications with Cleary and Ogilvy regarding settlement |
| 5/07/10 | RET | .9 | Prepare for and call with Cleary, Ogilvy, and Hogan & Hartson regarding settlement |
| 5/10/10 | RET | .8 | Receive and analyze latest draft of memorandum of understanding regarding settlement from Cleary |
| 5/10/10 | JMS7 | .3 | Discuss memorandum of understanding regarding settlement with Rene' Thorne (approved by Sandi Illmer) |
| 5/11/10 | RET | .5 | Call to discuss latest draft of memorandum of understanding regarding settlement with Cleary |
| 5/11/10 | RET | .4 | Prepare for call to discuss latest draft of memorandum of understanding regarding settlement with Cleary |
| 5/11/10 | RET | .2 | Call from Cleary to discuss certification for settlement purposes |
| 5/12/10 | RET | .4 | Communications with Cleary regarding posture of the litigation pre-bankruptcy |
| 5/12/10 | RET | .5 | Receive and analyze latest draft of memorandum of understanding regarding settlement from Cleary |
| 5/12/10 | RET | .2 | Communication with Don Powers regarding settlement |
| 5/13/10 | RET | .4 | Receive and analyze latest draft of memorandum of understanding regarding settlement from Cleary |
| 5/13/10 | RET | .5 | Receive and analyze co-counsel's comments to memorandum of understanding regarding settlement |
| 5/14/10 | RET | .2 | Communication with Cleary regarding posture discovery in the ERISA litigation pre-bankruptcy |

1

| Date | Atty | Hours | Description |
|---|---|---|---|
| 5/14/10 | RET | .3 | Communication between Kate Weaver and Alan Merskey regarding draft of memorandum of understanding regarding settlement |
| 5/15/10 | RET | .2 | Communication from Kate Weaver |
| 5/19/10 | RET | .3 | Communication with Kate Weaver regarding latest draft of memorandum of understanding regarding settlement |
| 5/19/10 | RET | .2 | Second communication with Don Powers regarding settlement |
| 5/19/10 | RET | .2 | Communication with Kate Weaver regarding dispute regarding settlement |
| 5/19/10 | RET | .3 | Communication with Don Powers regarding dispute regarding settlement |
| 5/19/10 | JMS7 | .6 | Consider how to effectuate settlement |
| 5/20/10 | RET | .3 | Receive and analyze Chubb's response to settlement |
| 5/25/10 | RET | .4 | Communications with Don Powers regarding case history |
| 5/25/10 | JMS7 | .5 | Correspondence with Don Powers' and Susanne Veters case history |
| 5/25/10 | JMS7 | .8 | Review forty-fifth and forty-sixth reports to court regarding bankruptcy |
| 5/26/10 | RET | .2 | Communication with Cleary regarding ERISA settlement |
| 5/26/10 | RET | .3 | Teleconference with mediator regarding progress |
| 5/26/10 | RET | .3 | Communication from Cleary regarding settlement timeline |
| 5/26/10 | RET | .3 | Email from mediator regarding settlement |
| 5/26/10 | JMS7 | .2 | Consider recent settlement issues to provide solutions to same (approved by Sandi Illmer) |
| 5/26/10 | JMS7 | .7 | Review e-mails to provide Don Powers bankruptcy information |
| 5/28/10 | RET | .3 | Teleconference with Peter Bisio regarding the memorandum of understanding regarding settlement |

                          **SUB TOTAL    6,547.50**

**ATTORNEY SERVICES**                            **$6,547.50**

**TOTAL HOURS: 13.80**
**FEE GRAND TOTAL:**    $6,547.50
**NORTEL'S 50% TOTAL:** $3,273.75

2

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY  HRS          DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | |
|---|---|---|
| 5/04/10 DSH | .20 | No charge - Draft e-mail to Marta Illes requesting her latest reports on matters 133092 and 136866 showing invoices and payments to date to respond to request from Annie Cordo on any outstanding fees from Nortel/Bankruptcy Court in connection with the Fourth Quarterly Fee Hearing |
| 5/04/10 DSH | .70 | No charge - Run accounting reports for matters 133092 and 136866 to review invoices and payments made by Nortel and Chubb to respond to e-mail from Annie Cordo requesting the amount of any monies due in connection with the Fourth Quarterly Fee Hearing |
| 5/04/10 DSH | .20 | Draft e-mail to Marta Illes regarding request received from Annie Cordo regarding any monies outstanding from the bankruptcy court/Nortel in connection with the Fourth Quarterly Fee Hearing |
| 5/04/10 DSH | .20 | Review e-mail received from Annie Cordo requesting the amounts of any monies due from Nortel/Bankruptcy Court in connection with the Fourth Quarterly Fee Hearing |
| 5/05/10 DSH | .50 | Review e-mail and spreadsheet received from Marta Illes for any outstanding monies owed from Nortel/Bankruptcy court resulting from the Fourth Quarter Hearing |
| 5/05/10 DSH | .20 | Draft e-mail to Annie Cordo in response to her request regarding any outstanding monies due from Nortel in connection with the Fourth Quarterly Hearing |
| 5/18/10 DSH | .20 | Review e-mail received from Annie Cordo regarding deadlines and hearing date for the Fifth Quarterly Fee Hearing for the Delaware Bankruptcy Court to receive the 20% of fees withheld monthly |

**SUB TOTAL     195.00**

DATE ATTY   HRS           DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| 4/26/10 JMS7 | .10 | Correspondence with Deborah M. Buell regarding Settlement |
| 4/29/10 JMS7 | .70 | Think through recent settlement barriers |

**SUB TOTAL    340.00**

DATE ATTY   HRS           DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| 5/27/10 DSH | 1.10 | Begin drafting of fifteenth interim fee application of Jackson Lewis for the time period March 1, 2010 to March 31, 2010 |
| 5/27/10 DSH | 1.20 | Begin drafting Exhibit A of the fifteenth interim fee application of Jackson Lewis for the time period March 1, 2010 to March 31, 2010 |
| 5/28/10 DSH | .40 | Begin drafting Exhibit B of the fifteenth interim fee application of Jackson Lewis for the time period March 1, 2010 to March 31, 2010 |
| 5/28/10 DSH | 1.20 | Begin drafting of sixteenth interim fee application of Jackson Lewis for the time period April 1, 2010 to April 30, 2010 |
| 5/28/10 DSH | .40 | Begin drafting Exhibit B of the sixteenth interim fee application of Jackson Lewis for the time period April 1, 2010 to April 30, 2010 |
| 5/28/10 DSH | .90 | Begin drafting Exhibit A of the sixteenth interim fee application of Jackson Lewis for the time period April 1, 2010 to April 30, 2010 |
| 5/31/10 DSH | 2.40 | Begin drafting Fifth Quarterly Fee Application for request for withheld 20% of fees |
| 5/31/10 DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' sixteenth interim fee application |
| 5/31/10 DSH | .40 | Finalize Exhibit A of the sixteenth interim fee application of Jackson Lewis for the time period April 1, 2010 to April 30, 2010 |
| 5/31/10 DSH | .30 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' fifteenth interim fee application |

4

| | | | |
|---|---|---|---|
| 5/31/10 | DSH | .40 | Finalize Exhibit A of the fifteenth interim fee application of Jackson Lewis for the time period March 1, 2010 to March 31, 2010 |
| 5/31/10 | DSH | .50 | Finalize fifteenth interim fee application of Jackson Lewis for the time period March 1, 2010 to March 31, 2010 |
| 5/31/10 | DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' fifteenth interim fee application |
| 5/31/10 | DSH | .60 | Finalize sixteenth interim fee application of Jackson Lewis for the time period April 1, 2010 to April 30, 2010 |
| 5/31/10 | DSH | .30 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' sixteenth interim fee application |

**SUB TOTAL     1,605.00**

DATE ATTY HRS          DESCRIPTION OF SERVICES RENDERED

L230 Court Mandated Conferences

| | | | |
|---|---|---|---|
| 5/19/10 | RET | .30 | Communication with Annie Cordo regarding Fifth Quarterly Fee Hearing and email to Donna Hebert regarding same |

**SUB TOTAL     150.00**

DATE ATTY HRS          DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

| | | | |
|---|---|---|---|
| 5/03/10 | RET | .40 | Receive and analyze Order Enforcing Final Funding Order |
| 5/04/10 | RET | .50 | Receive and analyze forty fourth report of the monitor of the Canadian Nortel companies in the Canadian proceedings |
| 5/25/10 | RET | .50 | Receive and analyze forty-fifth and forty-sixth reports of the monitor |

**SUB TOTAL     700.00**

**TOTAL HOURS: 15.40**

**FEE GRAND TOTAL:     $ 2,990.00**

4842-5640-8071, v. 1