# SCHEDULE B
## SEVENTEENTH INTERIM FEE APPLICATION

### EXPENSE SUMMARY

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 Through May 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  |  |  |
| Mediation Fees |  | 481.25 | 240.63 |
| Total Expenses |  |  | 240.63 |
| **Grand Total:** |  |  | **$240.63** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

## TOTAL EXPENSES DUE: $240.63

## Expenses Back-Up

<u>NORTEL/CHUBB</u>

DISBURSEMENTS						$481.25


TOTAL DISBURSEMENTS:				$481.25

**NORTEL'S 50% TOTAL:**				$240.63


4818-5923-2519, v. 1



**THE RESOLUTION EXPERTS**

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 05/28/2010 | 0002020641-100 |

TO: Rene E. Thorne, Esq
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130

REFERENCE #: 1100053542 SS
BILLING CONTACT: Lynne Hart 949-224-4628
FEDERAL TAX ID: 68-0542699

RE: **Nortel ERISA**
REPRESENTING: **Nortel Networks Corporation & Nortel Networks Limited & Nortel Networks Incorporated & James J. Blanchard & John Edward Cleghorn & L. Yves Fortier & Robert Alexander Ingram & John Andrew Roth & Guylai**

NEUTRAL(S): Hon. Daniel Weinstein (Ret.)

HEARING TYPE: **Mediation**

REP# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 05/28/2010 | Hon. Daniel Weinstein (Ret.) | 1,750.00 | 3 | 437.50 |
| | Professional fees for MICHELLE YOSHIDA, Esq. including communications with counsel and the Carrier regarding outstanding non-monetary settlement terms | | | |
| 05/28/2010 | Case Management Fee | | | 43.75 |
| | | | Fees | 481.25 |
| | | | Total $ | 481.25 |
| | | Outstanding Balance as of 6/1/2010 | $ | 481.25 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.