# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2010 Through July 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Secretary of State Fees | | 18.00 |
| Transcripts | | 116.40 |
| Photos/Art/ Spec Duplicating | | 4,537.76 |
| Meals | | 60.35 |
| Messenger Service | | 51.00 |
| Courier/Delivery Service | | 353.70 |
| Computer Research | Westlaw | 387.44 |
| Duplicating | In Office | 111.80 |
| Facsimile | | 2,054.50 |
| Postage | | 13.25 |
| Computer Research | Lexis | 191.02 |
| Paralegal Overtime | (A. Conway – 7/8/10, 7/9/10, 7/12/10, 7/13/10)[6] | 152.35 |
| **Grand Total Expenses** | | **$8,047.57** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 08/23/10 09:11:25

PRO FORMA   255358          AS OF 07/31/10                                      INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 820121 | 07/06/10 | B | 18.00 | Secretary of State Fees' Nortel Networks Inc. / plain copy of restated 100716166 | 502S | 642 | |
| 821811 | 07/20/10 | B | 116.40 | Transcripts - DIAZ DATA SERVICES' CASE #09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 172224 |
| 820109 | 07/02/10 | B | 600.98 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 171889 |
| 820693 | 07/07/10 | B | 600.98 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 171962 |
| 821099 | 07/12/10 | B | 188.06 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 172031 |
| 821389 | 07/14/10 | B | 340.08 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 172093 |
| 822358 | 07/23/10 | B | 672.89 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 172323 |
| 822999 | 07/27/10 | B | 1,302.59 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 172450 |
| 822998 | 07/28/10 | B | 646.37 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 597 | 172449 |
| 823615 | 07/30/10 | B | 185.81 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 172502 |
| 821802 | 07/16/10 | B | 43.75 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 5 - 07/16/10 | 512 | 904 | 172220 |
| 822992 | 07/16/10 | B | 16.60 | Meals PETTY CASH` D. ABBOTT WORKING MEAL - 07/16/10 | 512 | 322 | 172437 |
| 823578 | 07/01/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823591 | 07/01/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823602 | 07/06/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823610 | 07/06/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 823622 | 07/07/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823655 | 07/09/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 823672 | 07/12/10 | B | 6.00 | Messenger Service | 513S | 597 | |

```
Nortel Networks, Inc.                          PRO FORMA  255358        AS OF 07/31/10                                 INVOICE# ******
63989-DIP
DATE: 08/23/10 09:11:25
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 823678 | 07/13/10 | B | 3.00 | Messenger Service | 513S | 651 | |
| 823748 | 07/20/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823766 | 07/22/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823770 | 07/22/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 823803 | 07/26/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823817 | 07/27/10 | B | 6.00 | Messenger Service | 513S | 651 | |
| 823889 | 07/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 823898 | 07/29/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 820675 | 07/02/10 | B | 65.31 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 171951 |
| 820275 | 07/02/10 | B | 28.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 171932 |
| 820276 | 07/02/10 | B | 28.18 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 171932 |
| 820308 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820309 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820310 | 07/02/10 | B | 14.93 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820311 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820312 | 07/02/10 | B | 14.93 | Courier/Delivery Service | 514 | 904 | 171935 |
| 820313 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820314 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 000 | 171935 |
| 820315 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820316 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820317 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 904 | 171935 |
| 820318 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820319 | 07/02/10 | B | 10.85 | Courier/Delivery Service | 514 | 597 | 171935 |
| 820609 | 07/07/10 | B | 28.91 | Courier/Delivery Service | 514 | 904 | 171938 |
| 822669 | 07/23/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 172378 |
| 822670 | 07/23/10 | B | 21.65 | Courier/Delivery Service | 514 | 000 | 172378 |
| 823557 | 07/23/10 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 597 | 172492 |
| 824592 | 07/28/10 | B | 21.64 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 172633 |
| 821672 | 07/09/10 | B | 29.57 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 322 | |
| 822456 | 07/14/10 | B | 7.56 | Computer Research - Westlaw Search Performed by: MANN,JUSTIN | 515 | 983 | |
| 822457 | 07/15/10 | B | 84.14 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 823321 | 07/20/10 | B | 37.26 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 823322 | 07/21/10 | B | 46.80 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 823323 | 07/22/10 | B | 80.98 | Computer Research - Westlaw Search Performed by: MINOTT,TAMMY | 515 | 971 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/23/10 09:11:25

PRO FORMA  255358    AS OF 07/31/10    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 823467 | 07/26/10 | B | 33.70 | Computer Research - Westlaw Search Performed by: MINOTT,TAMMY | 515 | 971 | |
| 823468 | 07/27/10 | B | 47.00 | Computer Research - Westlaw Search Performed by: MANN,JUSTIN | 515 | 983 | |
| 823469 | 07/27/10 | B | 17.91 | Computer Research - Westlaw Search Performed by: MINOTT,TAMMY | 515 | 971 | |
| 823470 | 07/28/10 | B | 2.52 | Computer Research - Westlaw Search Performed by: MINOTT,TAMMY | 515 | 971 | |
| 819253 | 07/02/10 | B | 4.60 | In-House Duplicating | 519 | 597 | |
| 819254 | 07/02/10 | B | 2.20 | In-House Duplicating | 519 | 597 | |
| 819255 | 07/02/10 | B | 13.60 | In-House Duplicating | 519 | 670 | |
| 819667 | 07/06/10 | B | 0.70 | In-House Duplicating | 519 | 546 | |
| 819668 | 07/06/10 | B | 0.40 | In-House Duplicating | 519 | 546 | |
| 819669 | 07/06/10 | B | 1.70 | In-House Duplicating | 519 | 546 | |
| 819670 | 07/06/10 | B | 3.60 | In-House Duplicating | 519 | 605 | |
| 820388 | 07/08/10 | B | 0.80 | In-House Duplicating | 519 | 546 | |
| 820389 | 07/08/10 | B | 3.50 | In-House Duplicating | 519 | 546 | |
| 820390 | 07/08/10 | B | 7.50 | In-House Duplicating | 519 | 381 | |
| 820391 | 07/08/10 | B | 0.40 | In-House Duplicating | 519 | 546 | |
| 820392 | 07/08/10 | B | 0.30 | In-House Duplicating | 519 | 546 | |
| 820393 | 07/08/10 | B | 0.30 | In-House Duplicating | 519 | 546 | |
| 820394 | 07/08/10 | B | 0.20 | In-House Duplicating | 519 | 546 | |
| 820573 | 07/09/10 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 820731 | 07/12/10 | B | 9.20 | In-House Duplicating | 519 | 605 | |
| 820855 | 07/13/10 | B | 0.10 | In-House Duplicating | 519 | 546 | |
| 821336 | 07/14/10 | B | 5.40 | In-House Duplicating | 519 | 597 | |
| 821337 | 07/14/10 | B | 0.10 | In-House Duplicating | 519 | 605 | |
| 822186 | 07/21/10 | B | 27.20 | In-House Duplicating | 519 | 605 | |
| 822266 | 07/23/10 | B | 5.10 | In-House Duplicating | 519 | 605 | |
| 822267 | 07/23/10 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 822617 | 07/26/10 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 822618 | 07/26/10 | B | 8.80 | In-House Duplicating | 519 | 605 | |
| 822701 | 07/27/10 | B | 4.70 | In-House Duplicating | 519 | 605 | |
| 822891 | 07/28/10 | B | 1.50 | In-House Duplicating | 519 | 605 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/23/10 09:11:25

PRO FORMA 255358          AS OF 07/31/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 820665 | 07/08/10 | B | 4.74 | Postage | 520 | 594 | |
| 820667 | 07/08/10 | B | 1.05 | Postage | 520 | 546 | |
| 822368 | 07/13/10 | B | 1.56 | Postage | 520 | 597 | |
| 822378 | 07/22/10 | B | 3.83 | Postage | 520 | 597 | |
| 822382 | 07/24/10 | B | 2.07 | Postage | 520 | 597 | |
| 820107 | 07/02/10 | B | 660.25 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 171887 |
| 820108 | 07/02/10 | B | 669.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 171888 |
| 821085 | 07/06/10 | B | 724.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX | 522H | 546 | 172011 |
| 823915 | 07/27/10 | B | 97.42 | Lexis Research Performed by: Firm Firm | 527 | 000 | |
| 823916 | 07/29/10 | B | 46.80 | Lexis Research Performed by: Firm Firm | 527 | 000 | |
| 823917 | 07/30/10 | B | 46.80 | Lexis Research Performed by: Firm Firm | 527 | 000 | |
| 821947 | 07/08/10 | B | 82.50 | Paralegal Overtime | 530S | 594 | |
| 821949 | 07/09/10 | B | 39.60 | Paralegal Overtime | 530S | 594 | |
| 821953 | 07/12/10 | B | 19.25 | Paralegal Overtime | 530S | 594 | |
| 821955 | 07/13/10 | B | 11.00 | Paralegal Overtime | 530S | 594 | |

8,047.57