**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



Interim (S)

VAT Invoice Date: **24 August 2010**      Our Ref: **GDB/CCN01.00001**      Invoice No.: 294485

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees (NT)** | 0.00 | 0.00 | 14,207.50 |
| For the period to 31 July 2010, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 6.60 |
| **Disbursements: (NT)** | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 37.50 |
| | 0.00 | | 14,251.60 |
| | | VAT | 0.00 |
| | | Total | 14,251.60 |
| | | **Balance Due** | **14,251.60** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 294485 when settling this invoice

**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN

asnst

**The Official Unsecured Creditors Committee for Nortel Networks Inc**

**Re: BANKRUPTCY**

**GDB/CCN01.00001**

**For the period: to 31 July 2010**

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.70 | 1,105.00 | (C0016) |
|  |  | **1.70** | **1,105.00** |  |
| Partner: | Angela Pearson | 0.50 | 312.50 | (C0007) |
|  |  | 5.10 | 3,187.50 | (C0016) |
|  |  | **5.60** | **3,500.00** |  |
| Partner: | Steven Hull | 1.40 | 867.50 | (C0016) |
|  |  | **1.40** | **867.50** |  |
| Senior Associate: | Marcus Fink | 5.00 | 2,575.00 | (C0016) |
|  |  | **5.00** | **2,575.00** |  |
| Junior Associate: | Paul Bagon | 5.80 | 2,030.00 | (C0003) |
|  |  | 3.60 | 1,260.00 | (C0007) |
|  |  | 5.30 | 1,855.00 | (C0016) |
|  |  | 2.90 | 1,015.00 | (C0031) |
|  |  | **17.60** | **6,160.00** |  |
| **TOTAL** | | **31.30** | **£14,207.50** | |

Matter: CCN01.00001 - BANKRUPTCY

## C0003    Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 5.80 | 350.00 | 2,030.00 |
| | | | Total | **2,030.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2010 | Paul Bagon | LETT | emails re Ashurst fees | 0.30 | 350.00 | 105.00 |
| 28/07/2010 | Paul Bagon | DRFT | Ashurst fee application. | 3.00 | 350.00 | 1,050.00 |
| 29/07/2010 | Paul Bagon | DRFT | Ashurst monthly fee application | 1.00 | 350.00 | 350.00 |
| 30/07/2010 | Paul Bagon | LETT | finalising and sending out Monthly fee application | 1.50 | 350.00 | 525.00 |
| | | | | | | **2,030.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**     <u>Creditors Committee Meetings</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 625.00 | 312.50 |
| **Associates** | | | | |
| PDB | Paul Bagon | 3.60 | 350.00 | 1,260.00 |
| | | | Total | 1,572.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2010 | Angela Pearson | PHON | Committee call | 0.50 | 625.00 | 312.50 |
| 01/07/2010 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 350.00 | 350.00 |
| 15/07/2010 | Paul Bagon | PHON | UCC weekly call. | 1.10 | 350.00 | 385.00 |
| 22/07/2010 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 350.00 | 350.00 |
| 28/07/2010 | Paul Bagon | PHON | professionals pre-call | 0.50 | 350.00 | 175.00 |
| | | | | | | 1,572.50 |

Matter: CCN01.00001 - BANKRUPTCY

**C0016**    **Lift Stay Litigation**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 5.10 | 625.00 | 3,187.50 |
| GDB | Giles Boothman | 1.70 | 650.00 | 1,105.00 |
| SEH | Steven Hull | 0.90 | 625.00 | 562.50 |
| SEH | Steven Hull | 0.50 | 610.00 | 305.00 |
| **Senior Associate** | | | | |
| MDF | Marcus Fink | 5.00 | 515.00 | 2,575.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 5.30 | 350.00 | 1,855.00 |
| | | | Total | 9,590.00 |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/2010 | Steven Hull | LETT | Review Joshua Sturm e-mail and review attached factum of the monitor, Nortel and the Committee in respect of the UK Pensions Regulators motion for leave to appeal the Canadian stay order and review further Josh Sturm e-mail and review attached further factum | 0.50 | 610.00 | 305.00 |
| 01/07/2010 | Angela Pearson | PHON | T/C Giles | 0.20 | 625.00 | 125.00 |
| 01/07/2010 | Angela Pearson | LETT | Email P Bagon | 0.20 | 625.00 | 125.00 |
| 01/07/2010 | Angela Pearson | LETT | Email to Giles | 0.30 | 625.00 | 187.50 |
| 01/07/2010 | Angela Pearson | PREP | Prep for con call | 0.50 | 625.00 | 312.50 |
| 01/07/2010 | Angela Pearson | LETT | Check TPR website | 0.30 | 625.00 | 187.50 |
| 01/07/2010 | Giles Boothman | READ | Memo re. pensions situation | 0.20 | 650.00 | 130.00 |
| 01/07/2010 | Giles Boothman | ATTD | Meeting at Atkin - with committee and afterwards (11.00 - 12.30) | 1.50 | 650.00 | 975.00 |
| 01/07/2010 | Marcus Fink | LETT | review emails re TPR determination notice and attend con call | 1.40 | 515.00 | 721.00 |
| 01/07/2010 | Steven Hull | READ | Review Paul Bagon email regarding attendance and conference call to discuss Pensions Regulator FSD determination; review relevant emails re: same and preparing for and attending conference call re: same; brief update to Marcus Fink re: same. | 0.70 | 625.00 | 437.50 |
| 02/07/2010 | Paul Bagon | READ | re UK pension regulator. | 0.80 | 350.00 | 280.00 |
| 05/07/2010 | Steven Hull | READ | Review email correspondence regarding posting of TPR determination notice and related matters and check TPR website | 0.20 | 625.00 | 125.00 |
| 06/07/2010 | Angela Pearson | PHON | Telephone TRP | 0.30 | 625.00 | 187.50 |
| 06/07/2010 | Angela Pearson | PHON | Telephone calls with Linklaters | 0.30 | 625.00 | 187.50 |
| 06/07/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.20 | 625.00 | 125.00 |
| 06/07/2010 | Angela Pearson | READ | Review emails | 0.20 | 625.00 | 125.00 |
| 06/07/2010 | Paul Bagon | LETT | reading court filings re UK pensions. | 1.00 | 350.00 | 350.00 |
| 07/07/2010 | Angela Pearson | LETT | Email to Lisa Beckerman | 0.20 | 625.00 | 125.00 |
| 07/07/2010 | Marcus Fink | LETT | review recent emails summarising determination notice and court filings re stay of proceedings | 1.20 | 515.00 | 618.00 |
| 07/07/2010 | Paul Bagon | LETT | Reviewing UK pension docs. | 2.00 | 350.00 | 700.00 |
| 07/07/2010 | Angela Pearson | READ | Review determination | 2.00 | 625.00 | 1,250.00 |
| 08/07/2010 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.20 | 625.00 | 125.00 |
| 08/07/2010 | Angela Pearson | LETT | Email to Linklaters | 0.20 | 625.00 | 125.00 |
| 08/07/2010 | Marcus Fink | LETT | review and consider document "reasons of the Determinations Panel" relating to UK Pensions Regulator validation of imposition of a financial support direction against specified Nortel entities | 2.40 | 515.00 | 1,236.00 |
| 09/07/2010 | Paul Bagon | READ | UKPR documents. | 1.00 | 350.00 | 350.00 |
| 16/07/2010 | Paul Bagon | INTD | re UK PR. | 0.50 | 350.00 | 175.00 |

9,560.00
0010.00

Matter: CCN01.00001 - BANKRUPTCY

## C0031 — European Proceedings/Matters

### Associates

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| PDB | Paul Bagon | 2.90 | 350.00 | 1,015.00 |
| | | | Total | 1,015.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2010 | Paul Bagon | LETT | various emails re UCC call. | 0.70 | 350.00 | 245.00 |
| 14/07/2010 | Paul Bagon | LETT | professionals pre-call (in part) | 0.50 | 350.00 | 175.00 |
| 21/07/2010 | Paul Bagon | PHON | professionals' pre-call. | 0.50 | 350.00 | 175.00 |
| 26/07/2010 | Paul Bagon | READ | reviewing NDA and related emails to AG. | 1.00 | 350.00 | 350.00 |
| 27/07/2010 | Paul Bagon | CASE | arranging for NDA to be signed and sending out. | 0.20 | 350.00 | 70.00 |
| | | | | | | 1,015.00 |