## Exhibit C

### DISBURSEMENT SUMMARY
### JULY 01, 2010 THROUGH JULY 31, 2010

| Document Production | £6.60 |
|---|---:|
| Bank Transfer Fees | 23.50 |
| Travel Expenses – Ground Transportation | £14.00 |
| **TOTAL** | **£44.10** |