Exhibit D

# ashurst

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/CCN01.00001
For the period: to 31/07/2010

## Disbursements Detailed Breakdown

| | | Amount (£) |
|---|---|---|
| **Document Production (Printing: A4 / A5 Black and White)** | | 6.60 |
| **Fares, Courier Charges and Incidental Expenses (Taxis)** | | |
| 02/07/2010 | PAYEE: Pettycash; REQUEST#: 400045; DATE: 02/07/2010. - P/C PDB Taxi - 30/06/10 | 14.00 |
| **Fares, Courier Charges and Incidental Expenses (Sundries)** | | |
| 06/07/2010 | PAYEE: Natwest; REQUEST#: 400246; DATE: 06/07/2010. - NWB Charges on Urgent Transfer to Guantao Law Firm Hong Kong (£4,746.00) in payment of invoice number 100036GTHK-HK10Z0261 | 23.50 |