## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JULY 01, 2010 THROUGH JULY 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 1.70 | 1,105.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 5.60 | 3,500.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 1.40 | 867.50 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 5.00 | 2,575.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 17.60 | 6,160.00 |
| **TOTAL** | | | 31.30 | 14,207.50 |

...
COMPENSATION BY PROJECT CATEGORY
JULY 01, 2010 THROUGH JULY 31, 2010

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.80 | 2,,030.00 |
| Creditors Committee Meetings | 4.10 | 1,572.50 |
| Lift Stay Litigation | 18.50 | 9,590.00 |
| European Proceedings/Matters | 2.90 | 1,015.00 |
| **TOTAL** | 31.30 | 14,207.50 |

22