## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on August 24, 2010, a copy of the foregoing **Eighteenth Monthly Application of Ashurst LLP, European Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from July 1, 2010 through July 31, 2010** was served on the parties on the attached list and in the manner indicated thereon.

_____
Drew G. Sloan (No. 5069)

RLF1 3602369v. 1

NORTEL NETWORKS INC.
CASE NO. 09-10138 (KG)
SERVICE LIST

**VIA HAND DELIVERY**

*(United States Trustee)*
Kevin Callahan, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Anna Ventresca
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1
CANADA

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1 3602369v. 1