**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **Re: D.I. 3034, 3036, 3114, and 3168**
:
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER RESOLVING
DEBTORS' MOTIONS AGAINST VERIZON**

      I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors in possession (the "Debtors") in the above-captioned cases, hereby certify as follows regarding the [Proposed] *Order Resolving Debtors' Motions Against Verizon* (the "Proposed Order"), attached as **Exhibit A** hereto:

      1.    On May 21, 2010 the Debtors filed the *Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant To Fed. R. Bankr. P. 2004* (D.I. 3034) (the "2004 Motion") and the *Debtors' Motion For Entry Of An Order Enforcing The Automatic Stay Against Certain Affiliates Of Verizon Communications Inc.* (D.I. 3036) (the "Stay Motion," collectively with the 2004 Motion, the "Motions").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. On June 2, 2010, Acme Packet, Inc. ("Acme") filed *Nonparty Acme Packet, Inc.'s Objections To Debtors' Motion For Entry Of An Order Directing An Examination Of And Production Of Certain Documents By Verizon Communications Inc. And Its Affiliates Pursuant to Fed. R. Bankr. P. 2004* (D.I. 3114) (the "Objection").

3. On June 10, 2010, the Court entered the *Agreed Protective Order Between The Debtors And The Affiliates Of Verizon Communications Inc.* [D.I. 3168] (the "Protective Order") which was negotiated by the Debtors, Verizon Communications Inc. (together with its affiliates, "Verizon"), and Acme to resolve the Objection and to facilitate a potential resolution of disputes related to the discovery requested in the 2004 Motion.

4. Since the entry of the Protective Order, the Debtors and Verizon have been working to resolve the Motions and have negotiated the Proposed Order and the *Stipulation And Order Resolving Debtors' Motions Against Verizon* (the "Stipulation") attached as **Exhibit A** thereto to resolve the Motions.

5. The Proposed Order and Stipulation have been circulated to counsel to the Official Committee of Unsecured Creditors (the "Committee") and the Office of the United States Trustee (the "UST"). The Committee and the UST do not object to the entry of the Proposed Order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: August 24, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Deborah M. Buell (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Neil Forrest (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |
| 3730559.1 | |