**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                        :    Chapter 11
:
Nortel Networks Inc., et al.,[1]             :    Case No. 09-10138 (KG)
:
            Debtors.                         :    Jointly Administered
:
------------------------------------------------------------X    Re: D.I. 3034, 3036

## ORDER RESOLVING DEBTORS' MOTIONS AGAINST VERIZON

Upon consideration of the *Stipulation And Order Resolving Debtors' Motions Against Verizon* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, as agreed between the Debtors Nortel Networks Inc. and certain of its affiliates, and Respondents Verizon Communications Inc. and its affiliates;

IT IS HEREBY ORDERED THAT:

    1.    The terms of the Stipulation are hereby APPROVED and SO-ORDERED in their entirety.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

      2.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
   Debtors. : Jointly Administered
: 
: **Re: D.I. 3034, 3036**
---------------------------------------------------------------X

**STIPULATION AND ORDER RESOLVING**
**DEBTORS' MOTIONS AGAINST VERIZON**

WHEREAS, on January 14, 2009 (the "Petition Date"), Nortel Networks Inc. ("NNI") and certain of its affiliates (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, on or about January 20, 2009, certain affiliates of Verizon Communications Inc. (each affiliate of Verizon Communications Inc., a "Verizon Affiliate"; all Verizon Affiliates, together with Verizon Communications Inc., collectively, "Verizon"), withheld certain payments that were otherwise due and owing to NNI or other Debtors, the outstanding amount of which was in excess of $137,000,000;

WHEREAS, on February 5, 2009, this Court entered an Order Clarifying Relief Granted Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors to Honor Prepetition Obligations to their Customers [D.I. 237] (the "Prepetition Order"), which Prepetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Order included the following paragraph: "All rights of Debtors' customers to assert rights of setoff or recoupment are expressly reserved notwithstanding any payments by such customers to the Debtors";

WHEREAS, during the first week of February 2009, in anticipation of the entry of the Prepetition Order, the Verizon Affiliates that had been withholding payments resumed making payments to NNI or other Debtors on outstanding invoices, and following the entry of the Prepetition Order continued making payments to NNI or other Debtors;

WHEREAS, between February of 2009 and March of 2010, the withheld payments were made and Verizon Affiliates continued to make payments to NNI or other Debtors on invoices they received from NNI or other Debtors in the normal course of business;

WHEREAS, on September 30, 2009, "The Affiliates of Verizon Communications Inc.," submitted a proof of claim against NNI that is listed on the Debtors' claim register as claim number 5521 (the "Proof of Claim" or the "Claim");

WHEREAS, in connection with their review of the Proof of Claim, the Debtors requested that Verizon provide certain information regarding the bases for the Proof of Claim;

WHEREAS, Verizon made available on a consensual basis certain, but not all, of the requested information, and asserts that it is working cooperatively with the Debtors to provide all of the information necessary for the Debtors to evaluate the Proof of Claim;

WHEREAS, Verizon contends that certain Verizon Affiliates have and are entitled to assert a right of set-off and/or right of recoupment against NNI or other Debtors, and to exercise, implement, enforce, and effectuate such right against amounts that such Verizon Affiliates or other Verizon Affiliates owe or previously owed to NNI or other Debtors;

WHEREAS, on or about April 1, 2010, without seeking leave of the Court, certain Verizon Affiliates placed an administrative hold on payments due and owing to NNI or other Debtors, the outstanding amount of which payments, as of August 24, 2010, was approximately $5,224,209.78 (the "Withheld Amounts"), all of which was past due;

WHEREAS, on May 21, 2010, the Debtors filed a Motion for Entry of an Order Enforcing the Automatic Stay Against Certain Affiliates of Verizon Communications Inc. [D.I. 3036] (the "Stay Motion"), and a Motion for Entry of An Order Directing an Examination of and Production of Certain Documents By Verizon Communications Inc. and Its Affiliates Pursuant to Fed. R. Bankr. P. 2004 [D.I. 3034] (the "2004 Motion," together with the Stay Motion, the "Motions");

WHEREAS, on or about June 10, 2010, the Court entered an Agreed Protective Order Between the Debtors and the Affiliates of Verizon Communications Inc. [D.I. 3168] (the "Protective Order"), to facilitate the disclosure of information and production of documents by Verizon to the Debtors as requested in the 2004 Motion, as well as in connection with the Stay Motion, the Proof of Claim, and the alleged rights of set-off/and or recoupment claimed by certain Verizon Affiliates;

WHEREAS, subject to the Protective Order, Verizon has produced certain documents to the Debtors;

WHEREAS, based on the terms and representations set forth below, Verizon and the Debtors (collectively, the "Parties") have agreed to resolve the Motions, as follows:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**:

1. Within one (1) business day of the date of entry of an Order approving this Stipulation, all Verizon Affiliates that have administrative holds on payment of invoices of NNI

or any other Debtor shall cancel all such holds, and within five (5) business days thereafter (the "Payment Date"), shall pay all Withheld Amounts, as enumerated on the attached Exhibit A hereto; provided that, to the extent the due date for any Withheld Amount is later than the Payment Date, the Verizon Affiliate owing such Withheld Amount may make payment of such Withheld Amount on the applicable due date.

     2.     Unless Verizon or a Verizon Affiliate obtains an Order of the Court on a motion for relief from the automatic stay allowing it to do so, neither Verizon nor any Verizon Affiliate shall withhold payment on any further invoices issued by NNI or any other Debtor, through an administrative or other hold, for the purpose of asserting, exercising, enforcing, implementing, or effectuating an alleged right of set-off and/or recoupment.  In the event that the Parties have a bona fide ordinary course business dispute regarding an invoice that does not relate to any alleged right of set-off and/or recoupment, the Parties reserve all rights and defenses with respect to the entitlement or lack thereof of Verizon or any Verizon Affiliate to withhold payment of such invoice until the dispute is resolved.

     3.     All Verizon Affiliates claiming a right of set-off and/or recoupment against NNI or any other Debtor shall file a motion with the Court, to be heard on the first omnibus hearing date in November 2010, or at such other time as the Court may direct (the "Setoff Hearing"), seeking a determination, with respect to each such Verizon Affiliate, whether such Verizon Affiliate is entitled to assert, exercise, enforce, implement and/or effectuate such claimed right against NNI or such other Debtor, including, without limitation, a determination of:  (i) whether such Verizon Affiliate had a prepetition right of set-off and/or right of recoupment against NNI or any other of the Debtors as of the date of the Prepetition Order, and if so, in what amount; (ii) the extent to which, if at all, such Verizon Affiliate preserved such right; and (iii) whether such

Verizon Affiliate is currently entitled to exercise, enforce, implement and/or effectuate such right, (a) through the withholding of payment of invoices by it or by another Verizon Affiliate from NNI or such other Debtor, (b) by recovering such amount from the NNI estate or such other Debtor's estate, or (c) by some other means; <u>provided</u>, <u>however</u>, that if the Debtors are scheduled to make distributions to unsecured creditors prior to the date scheduled for the Setoff Hearing, then, subject to Court approval, Verizon shall be entitled to schedule the Setoff Hearing for an earlier date, prior to the making of such distributions, with such rescheduled date to afford the Court sufficient time to consider and rule upon such motion prior to the distribution date.

4. The Debtors represent that in the event the Court determines that one or more Verizon Affiliates claiming a right of set-off and/or recoupment against NNI or any other Debtor as of the date of the Prepetition Order, (i) had a prepetition right of set-off and/or right of recoupment against NNI or such other Debtor, (ii) preserved any such right, and (iii) is entitled to exercise, enforce, implement and/or effectuate such right by recovering the allowed amount of such set-off and/or recoupment from the NNI estate or the estate of such other Debtor, the amount of assets in the estate of NNI or such other Debtor available to pay such recovery shall be equal to or greater than $15 million.

5. Nothing in this Stipulation and Order, and no action taken by any Party pursuant to this Stipulation and Order, shall be construed to enlarge, eliminate, limit, restrict, reduce, or otherwise affect in any way the Parties' respective rights or defenses with respect to the Proof of Claim, the alleged right of set-off and/or right of recoupment of any Verizon Affiliate against NNI or any other Debtor, and the claim of any Verizon Affiliate that it is entitled to exercise, enforce, implement and/or effectuate such alleged right of set-off and/or right of recoupment against the assets in the NNI estate or the estate of such other Debtor.

6. In consideration of the foregoing, and upon the Debtors' receipt and collection of the Withheld Amounts pursuant to paragraph 1 hereof, the Stay Motion shall be deemed withdrawn; and within three (3) business days thereafter, the Debtors shall file a notice of such withdrawal with the Court.

7. To the extent Verizon has not already done so, and subject to its right to assert good faith objections in accordance with the Federal Rules of Bankruptcy Procedure, Verizon shall continue to work cooperatively and in good faith with the Debtors to produce to the Debtors information and documents responsive to the requests made in the 2004 Motion, subject to the terms of the Protective Order, or to confirm that such information and/or documents are not available and/or do not exist.

8. In consideration of paragraph 7 above and upon the entry of this Stipulation as an Order, the 2004 Motion shall be deemed withdrawn without prejudice. Nothing contained herein shall prohibit the Debtors or Verizon from serving discovery requests and/or filing any further motions with the Court seeking discovery from the other Party under applicable law, or from opposing or objecting to such discovery requests and/or motions.

9. The Parties agree that this Court shall have exclusive jurisdiction over all matters involving or relating to the interpretation, implementation, and enforcement of this Stipulation and Order and any disputes arising in connection therewith.

10. This Stipulation and Order shall be binding on the Parties from the date of its execution and shall continue to be binding after the conclusion of these chapter 11 cases.

11. The Parties represent and warrant to each other that the signatories to this Stipulation and Order on their respective behalfs have full power and authority to enter into it.

12. Nothing contained in this Stipulation and Order shall be construed as an admission by any Party hereto regarding the validity or lack of validity of the claim of any Verizon Affiliate that it currently has an enforceable right of set-off and/or recoupment against NNI or any of the other Debtors.

13. This Stipulation and Order contains the entire understanding between the Parties with respect to the matters addressed herein, and all prior discussions among the Parties concerning such matters are merged herein. There are no representations, warranties, covenants, promises, or undertakings except those expressly set forth herein.

14. The Parties may execute this Stipulation and Order in counterparts, and all executed counterparts shall collectively be deemed to be one and the same instrument.

Dated: August 24, 2010

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    Deborah M. Buell (admitted *pro hac vice*)
    James L. Bromley (admitted *pro hac vice*)
    Neil P. Forrest (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS NICHOLS ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 658-3989

    *Counsel for the Debtors*
    *and Debtors in Possession*

ARNALL GOLDEN GREGORY LLP

Darryl S. Laddin (admitted *pro hac vice*)
Frank N. White (admitted *pro hac vice*)
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

   - and -

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Michael P. Migliore*
Kathleen M. Miller, Esq. (No. 2898)
Michael P. Migliore (No. 4331)
800 Delaware Avenue, 10th Floor
P. O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

*Attorneys for Verizon Communications, Inc.
and its Affiliates*

**Exhibit A**

**Attachment A**
**Invoices Due from Verizon Affiliates to Nortel Networks Inc. as of August 24, 2010**

| Sold-to Customer | Customer Name | Document Number | Legacy Invoice | Purchase Order | Document Date | Due Date | Grand Total | Comments |
|---|---|---|---|---|---|---|---|---|
| 105583 | Verizon Business Purchasing LLC | 2688169 | 2688169 | 8500074157 | 3/10/2010 | 4/9/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691508 | 2691508 | 8500074960 | 3/16/2010 | 4/15/2010 | 110.09 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2688170 | 2688170 | 8500074157 | 3/10/2010 | 4/9/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2688993 | 2688993 | 8500074157 | 3/11/2010 | 4/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689520 | 2689520 | 8500074157 | 3/12/2010 | 4/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689521 | 2689521 | 8500074157 | 3/12/2010 | 4/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2692301 | 2692301 | 8500074157 | 3/17/2010 | 4/16/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2692302 | 2692302 | 8500074157 | 3/17/2010 | 4/16/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693617 | 2693617 | 8500074157 | 3/19/2010 | 4/18/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2696308 | 2696308 | 8500074157 | 3/25/2010 | 4/24/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2697562 | 2697562 | 8500074157 | 3/29/2010 | 4/28/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2697563 | 2697563 | 8500074157 | 3/29/2010 | 4/28/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703252 | 2703252 | 8500074157 | 4/14/2010 | 5/14/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703488 | 2703488 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703489 | 2703489 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703490 | 2703490 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703491 | 2703491 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703492 | 2703492 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703493 | 2703493 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703494 | 2703494 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703495 | 2703495 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703496 | 2703496 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703497 | 2703497 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703498 | 2703498 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703719 | 2703719 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703720 | 2703720 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2703721 | 2703721 | 8500074157 | 4/15/2010 | 5/15/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2704115 | 2704115 | 850074157 | 4/16/2010 | 5/16/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2704116 | 2704116 | 8500074157 | 4/16/2010 | 5/16/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2704486 | 2704486 | 8500074157 | 4/19/2010 | 5/19/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2707353 | 2707353 | 8500074157 | 4/26/2010 | 5/26/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2708890 | 2708890 | 8500074157 | 4/30/2010 | 5/30/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712158 | 2712158 | 8500074157 | 5/11/2010 | 6/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712159 | 2712159 | 8500074157 | 5/11/2010 | 6/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712424 | 2712424 | 8500074157 | 5/12/2010 | 6/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712425 | 2712425 | 8500074157 | 5/12/2010 | 6/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712426 | 2712426 | 8500074157 | 5/12/2010 | 6/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712427 | 2712427 | 8500074157 | 5/12/2010 | 6/11/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2712785 | 2712785 | 8500074157 | 5/13/2010 | 6/12/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720306 | 2720306 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720307 | 2720307 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720308 | 2720308 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720309 | 2720309 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720311 | 2720311 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720312 | 2720312 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720313 | 2720313 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720314 | 2720314 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2720315 | 2720315 | 8500074157 | 6/10/2010 | 7/10/2010 | 400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691224 | 2691224 | 8500073690 | 3/16/2010 | 4/15/2010 | 500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691513 | 2691513 | 8500075345 | 3/16/2010 | 4/15/2010 | 786.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2696306 | 2696306 | 8500075948 | 3/25/2010 | 4/24/2010 | 1,179.84 | Ready to Pay |
| 608998 | Verizon Business Purchasing LLC | 2711040 | 2711040 | 8500059732 | 5/6/2010 | 6/5/2010 | 1,958.40 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691228 | 2691228 | 8500075317 | 3/16/2010 | 4/15/2010 | 2,520.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691510 | 2691510 | 8500071885 | 3/16/2010 | 4/15/2010 | 4,424.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693253 | 2693253 | 8500074288 | 3/18/2010 | 4/17/2010 | 4,716.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691227 | 2691227 | 8500075317 | 3/16/2010 | 4/15/2010 | 5,040.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691509 | 2691509 | 8500071890 | 3/16/2010 | 4/15/2010 | 5,100.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691223 | 2691223 | 8500073724 | 3/16/2010 | 4/15/2010 | 7,236.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691512 | 2691512 | 8500064540 | 3/16/2010 | 4/15/2010 | 8,978.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2699630 | 2699630 | 8500074157 | 4/5/2010 | 5/5/2010 | 9,400.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689499 | 2689499 | 8500074105 | 3/12/2010 | 4/11/2010 | 10,080.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693252 | 2693252 | 8500071885 | 3/18/2010 | 4/17/2010 | 10,200.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2692610 | 2692610 | 8500073724 | 3/17/2010 | 4/16/2010 | 10,854.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693255 | 2693255 | 8500074735 | 3/18/2010 | 4/17/2010 | 12,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693256 | 2693256 | 8500074735 | 3/18/2010 | 4/17/2010 | 12,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693615 | 2693615 | 8500074732 | 3/19/2010 | 4/18/2010 | 12,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693616 | 2693616 | 8500074732 | 3/19/2010 | 4/18/2010 | 12,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691226 | 2691226 | 8500075317 | 3/16/2010 | 4/15/2010 | 15,120.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2685941 | 2685941 | 8500072961 | 3/5/2010 | 4/4/2010 | 25,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689505 | 2689505 | 8500074345 | 3/12/2010 | 4/11/2010 | 25,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689506 | 2689506 | 8500074364 | 3/12/2010 | 4/11/2010 | 25,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693259 | 2693259 | 8500075069 | 3/18/2010 | 4/17/2010 | 25,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2685471 | 2685471 | 8500072331 | 3/4/2010 | 4/3/2010 | 25,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2689507 | 2689507 | 8500073782 | 3/12/2010 | 4/11/2010 | 26,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691225 | 2691225 | 8500074043 | 3/16/2010 | 4/15/2010 | 39,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2690887 | 2690887 | 8500064540 | 3/15/2010 | 4/14/2010 | 44,900.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2697248 | 2697248 | 8500069501 | 3/26/2010 | 4/25/2010 | 48,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693257 | 2693257 | 8500074926 | 3/18/2010 | 4/17/2010 | 50,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2693258 | 2693258 | 8500074930 | 3/18/2010 | 4/17/2010 | 50,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2692609 | 2692609 | 8500064540 | 3/17/2010 | 4/16/2010 | 53,868.00 | Ready to Pay |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 105583 | Verizon Business Purchasing LLC | 2705639 | 2705639 | 8500040845 | 4/21/2010 | 5/21/2010 | 64,460.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2691511 | 2691511 | 8500072331 | 3/16/2010 | 4/15/2010 | 75,000.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2688504 | 2688504 | 8500065286 | 3/10/2010 | 4/9/2010 | 86,706.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2697247 | 2697247 | 8500015149 | 3/26/2010 | 4/25/2010 | 97,500.00 | Ready to Pay |
| 105583 | Verizon Business Purchasing LLC | 2710292 | 2710292 | 8500019634 | 5/5/2010 | 6/4/2010 | 2,423,964.25 | Ready to Pay |
| 101226 | Verizon Business Purchasing LLC | 7001109443 | B1620604 | 8500065450 | 3/16/2010 | 4/15/2010 | 270,913.00 | Ready to Pay |
| 101226 | Verizon Business Purchasing LLC | 7001111175 | B1620767 | 8500074299 | 3/30/2010 | 4/29/2010 | 202,309.00 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2689351 | 2689351 | VH08150059 | 3/11/2010 | 3/11/2010 | (55,314.30) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2702538 | 2702538 | CMN69341VIF | 4/13/2010 | 4/13/2010 | (13,824.29) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2710286 | 2710286 | CMN75490VIF | 5/5/2010 | 5/5/2010 | (3,894.12) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2722174 | 2722174 | CME26868VI2 | 6/17/2010 | 6/17/2010 | (3,151.50) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2702539 | 2702539 | VJ06010011 | 4/13/2010 | 4/13/2010 | (1,602.46) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2710284 | 2710284 | CMN66801VIW | 5/5/2010 | 5/5/2010 | (1,197.96) | Ready to Pay |
| 608787 | Verizon Select Services Inc | 7001100095 | B1534384 | VJ12180012 | 1/7/2010 | 2/6/2010 | 128.00 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2611274 | 2611274 | CSCSS00163F | 11/18/2009 | 12/18/2009 | 570.00 | Ready to Pay |
| 628144 | Verizon Select Services Inc | 2677165 | 2677165 | S0168023 | 2/18/2010 | 3/20/2010 | 645.06 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2607378 | 2607378 | CSCSS00163F | 11/13/2009 | 12/13/2009 | 1,950.00 | Ready to Pay |
| 645437 | Verizon Select Services Inc | 2691439 | 2691439 | CMN87472VIE | 3/16/2010 | 4/15/2010 | 4,268.48 | Ready to Pay |
| 628159 | Verizon Select Services Inc | 2690219 | 2690219 | S7565197 | 3/12/2010 | 4/11/2010 | 6,138.72 | Ready to Pay |
| 645437 | Verizon Select Services Inc | 2695194 | 2695194 | CMN87472VIE | 3/23/2010 | 4/22/2010 | 18,097.28 | Ready to Pay |
| 645437 | Verizon Select Services Inc | 2718584 | 2718584 | CME56770VI1 | 6/4/2010 | 7/4/2010 | 19,072.20 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2629604 | 2629604 | VJ12040023 | 12/8/2009 | 1/7/2010 | 19,910.47 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2692450 | 2692450 | XNTID90955 | 3/17/2010 | 4/16/2010 | 25,122.57 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2630727 | 2630727 | VJ12040027 | 12/9/2009 | 1/8/2010 | 25,356.87 | Ready to Pay |
| 628144 | Verizon Select Services Inc | 1400062677 | 2589742 | S0168216 | 12/1/2009 | 11/27/2009 | 32,065.10 | Ready to Pay |
| 628144 | Verizon Select Services Inc | 2667263 | 2667263 | S0168023 | 2/1/2010 | 3/3/2010 | 66,704.82 | Ready to Pay |
| 608787 | Verizon Select Services Inc | 2662218 | 2662218 | VJ01120019 | 1/22/2010 | 2/21/2010 | 101,278.90 | Ready to Pay |
| 628144 | Verizon Select Services Inc | 1400053300 | 2427245 | S0163066 | 6/9/2009 | 6/14/2009 | 124,888.88 | Ready to Pay |
| 628144 | Verizon Select Services Inc | 1400063091 | 2608994 | S0168405 | 12/9/2009 | 12/15/2009 | 140,976.96 | Ready to Pay |
| 642515 | Verizon Services Corp | 2698160 | 2698160 | 4502915952 | 3/29/2010 | 4/28/2010 | 500.00 | Ready to Pay |
| 621100 | Verizon Service Corp | 2711202 | 2711202 | C ME51872 VNF | 5/7/2010 | 6/6/2010 | 47,031.00 | Ready to Pay |
| 621100 | Verizon Service Corp | 2699172 | 2699172 | VJ08140018 | 4/1/2010 | 5/1/2010 | 73,578.75 | Ready to Pay |
| 621100 | Verizon Service Corp | 2727020 | 2727020 | VJ08140018 | 7/1/2010 | 7/31/2010 | 73,578.75 | Ready to Pay |
| 621100 | Verizon Service Corp | 2699171 | 2699171 | VJ08140018 | 4/1/2010 | 5/1/2010 | 117,197.38 | Ready to Pay |
| 621100 | Verizon Service Corp | 2727019 | 2727019 | VJ08140018 | 7/1/2010 | 7/31/2010 | 117,197.38 | Ready to Pay |
| 621100 | Verizon Service Corp | 2727018 | 2727018 | VJ08140018 | 7/1/2010 | 7/31/2010 | 143,652.77 | Ready to Pay |
| 642515 | Verizon Services Corp | 7001109437 | B1620612 | 4502761776 | 3/16/2010 | 4/15/2010 | 79,284.00 | Ready to Pay |
| 642515 | Verizon Services Corp | 7001109447 | B1620614 | 4502781790 | 3/16/2010 | 4/15/2010 | 85,472.00 | Ready to Pay |
| 635880 | Verizon Network Integration Corp | 2682934 | 2682934 | CME61701VNF | 3/1/2010 | 3/31/2010 | 153405.49 | Ready to Pay |
| | **Ready to Pay** | | | | | | **5,224,209.78** | |