IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
---------------------------------------------------------------X  Objection Deadline: September 13, 2010 at 4:00 p.m. (ET)

**THIRD INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR COMPENSATION FOR SERVICES RENDERED A TAX SERVICE PROVIDER TO THE DEBTORS FOR THE PERIOD OF
MAY 1, 2010 THROUGH JULY 31, 2010**

| | |
|---|---|
| Name of Applicant: | TRUE PARTNERS CONSULTING LLC |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | April 22, 2009 *nunc pro tunc* to January 14, 2009 |
| Period for which Compensation and reimbursement is sought: | May 1, 2010 through July 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $0 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

This is an __x__ interim ___ final application

There is no time expended for fee application preparation included in this application.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 9/29/2009 | 8/1/09-8/14/09 | $82,093.50/0.00 | $82,093.50/0.00 |
| 9/2/2009 | 05/1/09-07/31/09 | $340,573.50/0.00 | $340,573.50/0.00 |

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ross Valenza | Managing Director | 375 | 1.50 | $   562.50 |
| Roni Tambasco | Managing Director | 375 | 99.00 | 37,125.00 |
| Patrick Philpott | Senior Manager | 325 | 151.00 | 49,075.00 |
| Ryan McKenzie | Senior Consultant | 195 | 2.00 | 390.00 |
| Jonathan Feltham | Senior Consultant | 175 | 199.50 | 34,912.50 |
| Lauren Conn | Consultant | 145 | 9.50 | 1,377.50 |
| **Subtotal** | | | 462.50 | **$123,442.50** |
| **Capped Fee Arrangement** | | | | **$100,000.00** |
| **GRAND TOTAL:** | $100,000.00 | | | |
| **BLENDED RATE:** | $216.22 | | | |

3

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| State Tax Memorandum & Matrix | 462.50 | 100,000.00 |
| **TOTAL** | | **$100,000.00** |

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| N/A | | |
| | | |
| **TOTAL** | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*                                                                : Chapter 11

Nortel Networks Inc., *et al.*,[1]                          : Case No. 09-10138 (KG)

                      Debtors.          : Jointly Administered

                                        : **Objection Deadline: September 13, 2010 at 4:00 p.m. (ET)**

---------------------------------------------------------X

**THIRD INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR COMPENSATION FOR SERVICES RENDERED A TAX SERVICE PROVIDER TO THE DEBTORS FOR THE PERIOD OF
<u>MAY 1, 2010 THROUGH JULY 31, 2010</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), True Partners Consulting LLC ("True Partners") files this Third Interim Application (the "Application") for Allowance of Compensation for Services Rendered as Tax Service Provider to the Debtors-In-Possession for the Period of May 1, 2010 through July 31, 2010 (the "Compensation Period"). By this Application, True Partners seeks an allowance with respect to the sum of $100,000.00 as compensation for tax services performed for the Debtors during the Compensation Period. In support of this Application, True Partners respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Background

1. On January 14, 2009 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy code.

2. True Partners is employed as an ordinary course professional by the Debtors pursuant to this Court's Order Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date entered on February 5, 2009 (the "OCP Order"). Copies of the OCP Order and the notice of True Partners' ordinary course professional retention are attached as Exhibit A hereto.

3. The OCP Order generally authorizes the Debtors to compensate such ordinary course professionals as True Partners in the ordinary course of business, provided that fee applications are required for any "Tier Two" ordinary course professional with charges greater than $50,000 in a given month or $350,000 in a calendar year.

4. The Debtors have retained True Partners to perform tax services, consisting of the preparation of a memorandum relating to the classification of income from the gain of the sales of assets in various states and an associated matrix addressing the allocation and apportionment of income in jurisdictions where the Debtors have a presence (collectively, "Tax Services"), pursuant to True Partners' Master Services Agreement with the Debtors (the "MSA") as General Tax Consulting under the Scope of Work with a negotiated capped fee of $100,000.00 for these Tax Services.

5. True Partners' fees for these Tax Services are determined based upon

discounted hourly rates pursuant to the MSA negotiated with Debtors. True Partners' fees for such Tax Services are in excess of the $50,000 monthly cap as well as the $350,000 annual cap, and therefore, True Partners has filed this Application to seek approval of such fees.

## Compensation Requested

6. During the Compensation Period, True Partners performed Tax Services for the Debtors that included the following tasks: (i) analyzing the facts and circumstances of the sales of assets by the Debtors, (ii) researching and preparing a memorandum concerning the characterization of income from the sales of assets in the states where Debtors have a greater apportionment factor, (iii) researching and preparing a matrix related to the memorandum concerning the characterization of income in jurisdictions where Debtors have a presence and the corresponding application of allocation and apportionment.

7. Such Tax Services involved detailed discussions with tax technical professionals within Nortel, the compilation of substantial research, as well as in-depth analysis of numerous state tax codes and decisions.

8. True Partners has not yet received payment of any of the fees requested herein.

9. All of the fees for which compensation is requested by True Partners in the Application were incurred for and on behalf of the Debtors at the request of the Debtors. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, True Partners respectfully submits that the amount requested by True Partners is fair and reasonable given (a) the complexity of the matters involved, (b) the time

expended, (c) the nature and extent of the services rendered, (d) the value and benefits of such services, and (e) the costs of comparable services other than in a case under this title.

10.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule. To the best of True Partners' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the office of the United States Trustee, and the order regarding interim compensation in these cases.

11.    The attached Exhibit A contains a detailed listing of True Partners' requested fees for the Compensation Period.

WHEREFORE, True Partners respectfully requests that the Court: (a) allow True Partners: (i) interim compensation in the amount of $100,000.00 for actual, reasonable and necessary professional services for Tax Services rendered on behalf of the Debtors during the period May 1, 2010 through July 31, 2010; (b) authorize and direct the Debtors to pay to True Partners the sum of $80,000.00, which is equal to the sum of 80 percent of True Partners' allowed interim compensation for the Tax Services; and (c) grant such other and further relief as this Court may deem just and proper.

Dated: August 24, 2010                    Respectfully submitted,


                                          /s Stanley W. Jozefiak, Esq.
                                          Stanley W. Jozefiak, Esq.
                                          True Partners Consulting LLC
                                          225 West Wacker Drive
                                          Chicago, IL 60606
                                          Tel. 312.235.3306
                                          stanley.jozefiak@tpctax.com