IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                              Debtors.                         :    Jointly Administered
                                                               :
---------------------------------------------------------------X    Objection Deadline: September 13, 2010 at 4:00 p.m. (ET)

## NOTICE OF THIRD INTERIM APPLICATION OF TRUE PARTNERS CONSULTING LLC FOR COMPENSATION FOR SERVICES RENDERED AS TAX SERVICE PROVIDER TO THE DEBTORS FOR THE PERIOD OF MAY 1, 2010 THROUGH JULY 31, 2010

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

Attached hereto is the **Third Interim Application Of True Partners Consulting LLC For Compensation For Services Rendered As Tax Service Provider To The Debtors For The Period May 1, 2010 Through July 31, 2010** (the "Application").

You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 13, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: August 24, 2010
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley
    Lisa M. Schweitzer
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

        - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    Counsel for the Debtors and Debtors in Possession

3106021.2