# EXHIBIT A

**Nortel Networks, Inc. and Subsidiaries**
**Memorandum and Matrix**
**Compensation by Professional**

| Engagement | Staff Member | Date | Hours | Bill Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/13/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/14/10 | 7.00 | 175.00 | 1,225.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/17/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/18/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/19/10 | 7.00 | 175.00 | 1,225.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/20/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/21/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/25/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/26/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/27/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 05/28/10 | 7.00 | 175.00 | 1,225.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/01/10 | 4.00 | 175.00 | 700.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/02/10 | 6.50 | 175.00 | 1,137.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/03/10 | 7.50 | 175.00 | 1,312.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/04/10 | 6.50 | 175.00 | 1,137.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/06/10 | 2.00 | 175.00 | 350.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/07/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/08/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/09/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/10/10 | 10.00 | 175.00 | 1,750.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/11/10 | 4.00 | 175.00 | 700.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/13/10 | 2.00 | 175.00 | 350.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/14/10 | 4.00 | 175.00 | 700.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/15/10 | 4.00 | 175.00 | 700.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/16/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/17/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/18/10 | 2.00 | 175.00 | 350.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/21/10 | 7.50 | 175.00 | 1,312.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/22/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/23/10 | 0.50 | 175.00 | 87.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/24/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/25/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/28/10 | 6.00 | 175.00 | 1,050.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/29/10 | 4.00 | 175.00 | 700.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 06/30/10 | 4.50 | 175.00 | 787.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 07/01/10 | 5.50 | 175.00 | 962.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 07/06/10 | 2.00 | 175.00 | 350.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 07/07/10 | 2.00 | 175.00 | 350.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 07/08/10 | 1.00 | 175.00 | 175.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Jonathan Feltham | 07/12/10 | 5.00 | 175.00 | 875.00 | Research and Preparation of Memorandum & Matrix |
| | | | 199.50 | | 34,912.50 | |

Page 1 of 3

EXHIBIT A


**Nortel Networks, Inc. and Subsidiaries**
**Memorandum and Matrix**
**Compensation by Professional**

| Engagement | Staff Member | Date | Hours | Bill Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Lauren Conn | 06/07/10 | 2.00 | 145.00 | 290.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Lauren Conn | 06/08/10 | 4.00 | 145.00 | 580.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Lauren Conn | 06/10/10 | 3.50 | 145.00 | 507.50 | Research and Preparation of Memorandum & Matrix |
| | | | 9.50 | | 1,377.50 | |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 05/03/10 | 0.50 | 325.00 | 162.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 05/11/10 | 1.50 | 325.00 | 487.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 05/18/10 | 2.50 | 325.00 | 812.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 05/19/10 | 3.00 | 325.00 | 975.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/01/10 | 1.50 | 325.00 | 487.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/02/10 | 5.00 | 325.00 | 1,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/03/10 | 3.00 | 325.00 | 975.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/04/10 | 10.00 | 325.00 | 3,250.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/07/10 | 5.50 | 325.00 | 1,787.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/08/10 | 6.00 | 325.00 | 1,950.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/09/10 | 7.00 | 325.00 | 2,275.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/10/10 | 5.50 | 325.00 | 1,787.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/11/10 | 9.00 | 325.00 | 2,925.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/14/10 | 8.00 | 325.00 | 2,600.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/15/10 | 7.00 | 325.00 | 2,275.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/16/10 | 5.00 | 325.00 | 1,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/17/10 | 7.00 | 325.00 | 2,275.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/18/10 | 8.00 | 325.00 | 2,600.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/21/10 | 5.50 | 325.00 | 1,787.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/22/10 | 6.00 | 325.00 | 1,950.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/23/10 | 6.00 | 325.00 | 1,950.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/24/10 | 5.00 | 325.00 | 1,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/25/10 | 6.50 | 325.00 | 2,112.50 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/28/10 | 8.00 | 325.00 | 2,600.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/29/10 | 4.00 | 325.00 | 1,300.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 06/30/10 | 5.00 | 325.00 | 1,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Patrick Philpott | 07/01/10 | 10.00 | 325.00 | 3,250.00 | Research and Preparation of Memorandum & Matrix |
| | | | 151.00 | | 49,075.00 | |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/06/10 | 4.00 | 375.00 | 1,500.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/19/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/25/10 | 2.00 | 375.00 | 750.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/26/10 | 1.00 | 375.00 | 375.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/27/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 05/28/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/01/10 | 6.00 | 375.00 | 2,250.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/02/10 | 2.00 | 375.00 | 750.00 | Research and Preparation of Memorandum & Matrix |

EXHIBIT A

**Nortel Networks, Inc. and Subsidiaries**
**Memorandum and Matrix**
**Compensation by Professional**

| Engagement | Staff Member | Date | Hours | Bill Rate | Compensation | Memorandum |
|---|---|---|---|---|---|---|
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/03/10 | 4.00 | 375.00 | 1,500.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/08/10 | 1.00 | 375.00 | 375.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/09/10 | 1.00 | 375.00 | 375.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/10/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/16/10 | 4.00 | 375.00 | 1,500.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/21/10 | 5.00 | 375.00 | 1,875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/22/10 | 4.00 | 375.00 | 1,500.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/23/10 | 7.00 | 375.00 | 2,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/24/10 | 8.00 | 375.00 | 3,000.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/25/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/28/10 | 8.00 | 375.00 | 3,000.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/29/10 | 8.00 | 375.00 | 3,000.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 06/30/10 | 7.00 | 375.00 | 2,625.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 07/01/10 | 5.00 | 375.00 | 1,875.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 07/06/10 | 3.00 | 375.00 | 1,125.00 | Research and Preparation of Memorandum & Matrix |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Roni Tambasco | 07/07/10 | 4.00 | 375.00 | 1,500.00 | Research and Preparation of Memorandum & Matrix |
|  |  |  | 99.00 |  | 37,125.00 |  |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Ross Valenza | 06/03/10 | 1.50 | 375.00 | 562.50 | Research and Preparation of Memorandum & Matrix |
|  |  |  | 1.50 |  | 562.50 |  |
| Nortel Networks Inc:NORTE0242 Nortel State Consulting | Ryan McKenzie | 07/01/10 | 2.00 | 195.00 | 390.00 | Research and Preparation of Memorandum & Matrix |
|  |  |  | 2.00 |  | 390.00 |  |
| Chargeable Totals |  |  | 462.50 |  | 123,442.50 |  |

Page 3 of 3

EXHIBIT A