**Fulton County Tax Commissioner's Office**





August 19, 2010

David D Bird
United State Bankruptcy Court
For District of Delaware
824 Market St
3rd Floor
Wilmington, DE 19801

        Re: Nortel Networks Ins., et al.
        Chapter 11 Bankruptcy No. 09-10138
        Parcel Number P00005504077

Dear Mr. Bird:

Regarding the subject matter referenced above please let this letter serve to inform you that the proof of claim filed by the Fulton County Tax Commissioner is paid-in-full. Any payments received from the Trustee for Debtor following the discharge date will be refunded to the Trustee.

If you have any questions regarding this matter, please telephone me at (404) 613-9002.

Sincerely,

Mildred C. Schmelz
Paralegal

cc: Derek C Abbott, Attorney for Debtor

*Current Tax Division*
**141 Pryor Street, S.W. Suite 1113, Atlanta, Georgia 30303**
**Telephone (404) 730-6100 Fax (404) 730-6154**