IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X

*In re*

Nortel Networks Inc., et al.,

                Debtors.

------------------------------------------------------------------ X

CERTIFICATE OF SERVICE

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 24th day of August 2010, the Notice of Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtors Duplicate Claims and Wrong Debtors Claim) dated July 9, 2010; Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtors Duplicate Claims and Wrong Debtors Claim) dated July 9, 2010 with Exhibit A through G; and Order Granting Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtors Duplicate Claims and Wrong Debtors Claim) dated August 18, 2010; were served by First Class Mail upon:

                Apani Networks
                2929 E. Imperial Hwy, Suite 110
                Brea, CA 92821

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       August 25, 2010

_____
Richard V. Conza