IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                      Debtors. : Jointly Administered
:
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Kraft Foods Global, Inc. hereby withdraws its proofs of claim with prejudice in the above-captioned cases (Proofs of Claim Nos. 3980 and 6852).

Dated: Northfield, IL
       _8/18_____, 2010

                                       Kraft Foods Global, Inc.

                                       John J. Verscaj
                                       Kraft Foods Global, Inc.
                                       Three Lakes Dr. (NF594)
                                       Northfield, IL 60093
                                       Tel. (847) 646-5486
                                       John.Verscaj@Kraft.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.