# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 2

Client #  732310

Matter #  165839

For services through July 31, 2010
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 07/01/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 07/06/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 07/06/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 07/07/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 07/08/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 07/12/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/19/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/19/10 | Maintain original pleadings | | | |
| Paralegal | Brenda D. Tobin | 0.80 hrs. | 100.00 | $80.00 |
| 07/26/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 3

Client #  732310

Matter #  165839

| Date | Description | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 07/26/10 Paralegal | Maintain original pleadings Brenda D. Tobin | | 0.20 hrs. | 100.00 | $20.00 |
| 07/27/10 Paralegal | Maintain original pleadings Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |
| 07/28/10 Paralegal | Maintain original pleadings Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 07/29/10 Paralegal | Maintain original pleadings Brenda D. Tobin | | 0.50 hrs. | 100.00 | $50.00 |
| 07/30/10 Paralegal | Maintain original pleadings Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |

Total Fees for Professional Services $610.50

TOTAL DUE FOR THIS INVOICE **$610.50**

BALANCE BROUGHT FORWARD $811.40

**TOTAL DUE FOR THIS MATTER** **$1,421.90**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 4

Client #  732310

Matter # 165839

For services through July 31, 2010
relating to  Court Hearings

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/02/10 Paralegal | Assist with preparation of 07/04/10 hearing binder<br>Brenda D. Tobin | 1.10 hrs. | 100.00 | $110.00 |
| 07/06/10 Paralegal | Assist with preparation of 07/07/10 hearing binder<br>Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 07/06/10<br><br><br><br><br>Associate | Call to B. Kahn re: logistics of 7/7/10 hearing (.2); Call to A. Cordo re: cancellation of 7/7/10 hearing (.1); Review agenda for 7/7/10 hearing (.2); Prepare for 7/7/10 hearing (.5); Emails to B. Tobin re: preparation of binders for 7/7/10 hearing (.2); Emails to B. Kahn re: logistics of 7/7/10 hearing (.2); Email to J. Strum re: logistics of 7/7/10 hearing (.1)<br>Christopher M. Samis | 1.50 hrs. | 315.00 | $472.50 |
| 07/13/10<br><br><br><br><br>Associate | E-mail to B. Kahn re: logistics of 7/16/10 hearing (.1); E-mail to B. Kahn re: possible cancellation of 7/16/10 hearing (.1); E-mail to A. Cordo re: possible cancellation of 7/16/10 hearing (.1); Call to B. Kahn re: status of 7/16/10 hearing (.2); Calls from A. Cordo re: items going forward at 7/16/10 hearing (.2)<br>Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 07/14/10 Paralegal | Prepare 07/16/10 hearing binder per C. Samis<br>Brenda D. Tobin | 1.00 hrs. | 100.00 | $100.00 |
| 07/14/10 Associate | E-mail to B. Tobin re: preparations for 7/16/10 hearing<br>Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 07/15/10<br><br>Paralegal | Telephone call to Courtcall re: telephonic appearances for D. Botter and S. Schultz (.2); E-mail to distribution re: same (.1)<br>Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 07/15/10 Paralegal | Assist with 07/16/10 binder preparation<br>Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 5

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 07/15/10 | Call from B. Kahn re: status of 7/16/10 hearing (.2); E-mails to B. Kahn re: logistics of 7/16/10 hearing (.2); Calls from A. Cordo re: status of 7/16/10 hearing (.2 x 2) (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |
| 07/16/10 | Prepare 07/16/10 hearing binder per C. Samis | | | |
| Paralegal | Brenda D. Tobin | 0.30 hrs. | 100.00 | $30.00 |
| 07/16/10 | Prepare for 7/16/10 hearing (1.2); Attend 7/16/10 hearing (.8) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 315.00 | $630.00 |

Total Fees for Professional Services                 $1,912.00

TOTAL DUE FOR THIS INVOICE                 **$1,912.00**
BALANCE BROUGHT FORWARD                 $1,473.30

**TOTAL DUE FOR THIS MATTER**                 **$3,385.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 6

Client #  732310

Matter #  165839

For services through July 31, 2010
relating to  Employee Issues

| 07/06/10 | Finalize, file and coordinate service re: joint of committee to debtors motion to terminate certain disability plans (.3); Prepare cos re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 07/06/10 | Review joinder to motion to terminate long term disability plan (.2); Email to A. Cordo re: correspondence regarding termination of long term disability plan (.1); Email to J. Sturm re: filing and service of joinder to motion to termination long term disability plan (.1); Email to B. Witters re: filing and service of joinder to motion to terminate long term disability plan (.1); Review P. Lawrence response to motion to termination long term disability plan (.2) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 07/07/10 | Review incoming responses to motion to terminate long term disability benefit plan | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |
| 07/08/10 | Review incoming responses to motion to terminate long term disability plans | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 07/15/10 | Call from B. Kahn re: status of employee benefit termination motion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 07/16/10 | Return calls to retirees concerned with termination of employee benefits (.6); Review motion for appointment of employee benefit association (.3) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 315.00 | $283.50 |

Total Fees for Professional Services          $948.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 7

Client #  732310

Matter #  165839

---

TOTAL DUE FOR THIS INVOICE                               $948.00

**TOTAL DUE FOR THIS MATTER**                            **$948.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464

Page 8

Client #  732310

Matter # 165839

For services through July 31, 2010
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/06/10 | Attention to e-mail from B. Kahn re: RLF June estimated fees and expenses (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 07/06/10 | Email to B. Witters re: June fee and expense estimates for debtors | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 07/16/10 | Prepare cno re: RLF May fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 07/16/10 | Email to B. Witters re: filing CNO for May 2010 RL&F fee application (.1); Review CNO for May 2010 RL&F fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 07/19/10 | Prepare letter to G. Davies re: RLF May fee application and cno (.2); Coordinate to G. Davies re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 07/20/10 | Review RLF June bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 07/20/10 | Review June 2010 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 07/22/10 | Review and execute RLF monthly fee application (.3); Discussion with R. Speaker re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464
Page 9

Client #  732310

Matter #  165839

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/10 | | Review and revise RLF June fee application (.3); Prepare notice of application re: same (.2); Prepare certificate of service re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 07/29/10 | | Review and execute RLF monthly fee application | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |

Total Fees for Professional Services                    $858.00

TOTAL DUE FOR THIS INVOICE                    **$858.00**

$949.20

**TOTAL DUE FOR THIS MATTER**                    **$1,807.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 23, 2010
Invoice 362464
Page 10
Client # 732310

Matter # 165839

For services through July 31, 2010
relating to Fee Applications of Others

| 07/01/10 | Finalize and file aos re: fifth interim fee application of Capstone (.2); Attention to e-mail re: Akin Gump fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 195.00 | $234.00 |
| 07/01/10 | Emails to J. Sturm re: filing and service of Akin May 2010 fee application (.2); Call to B. Witters re: filing and service of Akin May 2010 fee application (.1); Email to B. Witters re: filing and service of Akin May 2010 fee application (.1); Call from B. Kahn and S. Schultz re: Capstone pass-through billing (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |
| 07/01/10 | Review Akin Gump monthly fee application (.2); Review and execute notice of filing same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 07/02/10 | Meet with C. Jang re: payment of professional using pass through scheme (.1); Call to B. Kahn re: structuring pass-through payments to Capstone consultant (.2); Meet with J. Knight re: structuring pass-through payments to Capstone consultant (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 07/21/10 | Prepare cno re: Capstone Advisory May fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst May fee application (.2); Prepare cno re: Akin Gump May fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 07/21/10 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464
Page 11
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 07/22/10 | File certificate of no objection re: Ashurst May fee application (.2); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 07/22/10 | Review and execute certificate of no objection re: Ashurst monthly fee application (.1); Review Fraser monthly fee application (.2); Review and execute notice of filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 07/22/10 | Emails (x2) with C. Greer re: Fraser fee application (.1); Draft notice re: same (.2); Draft certificate of service re: same (.1); Finalize and file same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.70 hrs. | 195.00 | $136.50 |
| 07/23/10 | File certification of no objection re: Akin Gump sixteenth fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 07/23/10 | Review and execute certificate of no objection re: Akin Gump monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 07/28/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 195.00 | $292.50 |
| 07/29/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 195.00 | $253.50 |
| 07/29/10 | Call to B. Kahn re: passing through consultant fees in fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 07/30/10 | Attention to e-mail re: Ashurst June fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Update fee status chart (3.0) | | | |
| Paralegal | Barbara J. Witters | 4.00 hrs. | 195.00 | $780.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464
Page 12

Client #  732310

Matter #  165839

| 07/30/10 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |

|  | Total Fees for Professional Services | $2,832.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$2,832.00** |
|---|---|
|  | $3,283.80 |
| **TOTAL DUE FOR THIS MATTER** | **$6,115.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 23, 2010
Invoice 362464
Page 13
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 0.90 | 100.00 | 90.00 |
| Barbara J. Witters | 13.80 | 195.00 | 2,691.00 |
| Brenda D. Tobin | 4.60 | 100.00 | 460.00 |
| Cathy M. Greer | 0.50 | 195.00 | 97.50 |
| Christopher M. Samis | 9.30 | 315.00 | 2,929.50 |
| Drew G. Sloan | 2.40 | 315.00 | 756.00 |
| Rebecca V. Speaker | 0.70 | 195.00 | 136.50 |
| TOTAL | 32.20 | $222.38 | 7,160.50 |

**TOTAL DUE FOR THIS INVOICE**                    **$7,868.50**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310