# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

August 23, 2010
Invoice 362464

Page 1

Client # 732310
Matter # 165839

For disbursements incurred through July 31, 2010
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | | |
|---|---|---|
| Binding | $6.00 | |
| Document Retrieval | $110.80 | |
| Long distance telephone charges | $18.07 | |
| Messenger and delivery service | $303.72 | |
| Photocopying/Printing<br>2,105 @ $.10 pg. / 240 @ $.10.pg. | $234.50 | |
| Postage | $34.91 | |
| Other Charges | | $708.00 |
| TOTAL DUE FOR THIS INVOICE | | **$708.00** |
| BALANCE BROUGHT FORWARD | | $610.59 |
| **TOTAL DUE FOR THIS MATTER** | | **$1,318.59** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 23, 2010
Invoice 362464

Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Court Hearings
Employee Issues
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 07/01/10 | Photocopies | Amount = $42.00 | DUP |
| 07/01/10 | Postage | Amount = $6.99 | POST |
| 07/02/10 | 2128728121 Long Distance | Amount = $2.78 | LD |
| 07/02/10 | Messenger and delivery, 7/1/2010, US Trustee, BJW | Amount = $6.00 | MESS |
| 07/02/10 | Messenger and delivery, 7/1/2010, Morris Nichols, BJW | Amount = $6.00 | MESS |
| 07/06/10 | Photocopies | Amount = $68.80 | DUP |
| 07/06/10 | 2128728121 Long Distance | Amount = $2.78 | LD |
| 07/06/10 | ALL PACER | Amount = $21.04 | DOCRETRI |
| 07/06/10 | Printing | Amount = $1.80 | DUP |
| 07/07/10 | Messenger and delivery, 7/6/2010, 38 After Hours Deliveries, BJW | Amount = $228.00 | MESS |
| 07/13/10 | 2128728121 Long Distance | Amount = $8.34 | LD |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 23, 2010
Invoice 362464

Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/14/10 | Photocopies | Amount = $15.30 | DUP |
| 07/14/10 | ALL PACER | Amount = $53.12 | DOCRETRI |
| 07/15/10 | ALL PACER | Amount = $2.40 | DOCRETRI |
| 07/16/10 | ALL PACER | Amount = $23.04 | DOCRETRI |
| 07/19/10 | NORTEL - Messenger and delivery | Amount = $23.92 | MESS |
| 07/19/10 | Printing | Amount = $4.10 | DUP |
| 07/21/10 | Printing | Amount = $5.30 | DUP |
| 07/22/10 | Binding 7/14-7/21 | Amount = $6.00 | BIND |
| 07/22/10 | Photocopies | Amount = $45.90 | DUP |
| 07/22/10 | Postage | Amount = $14.71 | POST |
| 07/22/10 | Printing | Amount = $5.00 | DUP |
| 07/23/10 | Delivery expense 7/22/2010 | Amount = $3.20 | MESS |
| 07/26/10 | Messenger and delivery, 7/19/2010, Adj On, BJW | Amount = $11.00 | MESS |
| 07/26/10 | ALL PACER | Amount = $11.20 | DOCRETRI |
| 07/29/10 | Photocopies | Amount = $21.00 | DUP |
| 07/29/10 | 2128728121 Long Distance | Amount = $4.17 | LD |
| 07/29/10 | Postage | Amount = $6.99 | POST |
| 07/29/10 | Printing | Amount = $1.90 | DUP |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 23, 2010
Invoice 362464
Page 16
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/29/10 | Printing | Amount = $1.90 | DUP |
| 07/30/10 | Photocopies | Amount = $17.50 | DUP |
| 07/30/10 | Delivery Expense 7/29/10 | Amount = $6.40 | MESS |
| 07/30/10 | Delivery expense 7/30-7/31 | Amount = $12.80 | MESS |
| 07/30/10 | Delivery expense 7/30-7/31 | Amount = $3.20 | MESS |
| 07/30/10 | Delivery expense 7/30-7/31 | Amount = $3.20 | MESS |
| 07/30/10 | Postage | Amount = $6.22 | POST |
| 07/30/10 | Printing | Amount = $1.10 | DUP |
| 07/30/10 | Printing | Amount = $2.90 | DUP |

TOTALS FOR 732310 Official Committee of the Board of Directors of Nortel Networks Inc

Expenses $708.00