IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                        :
*In re*                       :      Chapter 11
                        :
Nortel Networks Inc., *et al.*,[1]    :      Case No. 09-10138 (KG)
                        :
            Debtors.     :      Jointly Administered
                        :
                        :      Hearing Date: September 30, 2010 at 10:00 a.m. (ET)
                        :
---------------------------------------------------------X

**THIRD QUARTERLY FEE APPLICATION REQUEST OF TRUE
PARTNERS CONSULTING LLC, AS TAX SERVICE PROVIDER
TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD OF
MAY 1, 2010 THROUGH JULY 31, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "I Compensation Order"), True Partners Consulting LLC ("True Partners") hereby submits its Third Quarterly Fee Application Request (the "Request") for the period May 1, 2010 through and including July 31, 2010[2] (the "Application Period").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Exhibits A attached to the monthly application, Docket Item No.1570, contains a detailed listing of True Partners' requested fees for the Application Period.

True Partners seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| D.I. 3821 | 5/1/10 – 7/31/10 | $100,000.00 | N/A |  | $80,000/00 | N/A | $20,000.00 |
|  |  |  |  |  |  |  |  |
| TOTAL |  | $80,000.00 | N/A |  | $80,000.00 | N/A | $20,000.00 |

In accordance with the Monthly Compensation Order, True Partners seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, True Partners respectfully requests that the Court enter the order attached hereto as Exhibit A and grant True Partners such other and further relief as is just and proper.

Dated: August 25, 2010                                TRUE PARTNERS CONSULTING LLC

*/s/ Stanley W. Jozefiak, Esq.*
Stanley W. Jozefiak, Esq.
225 West Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-235-3306
Facsimile: 312-235-3356

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ross Valenza | Managing Director | 375 | 1.50 | $ 562.50 |
| Roni Tambasco | Managing Director | 375 | 99.00 | 37,125.00 |
| Patrick Philpott | Senior Manager | 325 | 151.00 | 49,075.00 |
| Ryan McKenzie | Senior Consultant | 195 | 2.00 | 390.00 |
| Jonathan Feltham | Senior Consultant | 175 | 199.50 | 34,912.50 |
| Lauren Conn | Consultant | 145 | 9.50 | 1,377.50 |
| **Subtotal** | | | 462.50 | $123,442.50 |
| **Capped Fee Arrangement** | | | | $100,000.00 |
| **GRAND TOTAL:** | $100,000.00 | | | |
| **BLENDED RATE:** | $216.22 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| State Tax Memorandum & Matrix | 462.50 | $100,000.00 |
| **TOTAL** | | **$100,000.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
| N/A |  |  |
|  |  |  |
| **GRAND TOTAL** |  |  |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]