# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

**CHILMARK PARTNERS, LLC**
July 1, 2010 - July 31, 2010

### Summary of Services Rendered by Project

| Project Code | Nature of Services | July 2010 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 86.0 |
| 2 | Business Operations / General Corporate / Real Estate | 35.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 14.0 |
| 4 | Analysis of Historical Results | 79.0 |
| 5 | Meetings with Debtor's Counsel | 42.0 |
| 6 | Committee Matters and Creditor Meetings | 16.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | 8.0 |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | 2.0 |
| 12 | Tax Issues | 31.0 |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 39.0 |
| 15 | Travel | 42.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **394.0** |

### Summary of Services Rendered by Professional

| Name | July 2010 Hours |
|---|---:|
| Matthew Rosenberg, Member | 151.0 |
| Michael Kennedy, Member | 106.0 |
| Aaron Taylor, Vice President | 137.0 |
| **TOTAL** | **394.0** |

**Nortel Networks, Inc**
July 1, 2010 - July 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | July 2010 Hours | Code |
|------|---------------------|-----------------|------|
| 7/1/2010 | Review materials re allocation | 4.0 | 4 |
| 7/1/2010 | Call w/ Creditors Committee and Bonds re Allocation | 3.0 | 6 |
| 7/1/2010 | Calls and review materials re intercompany claims and taxes | 2.0 | 12 |
| 7/2/2010 | Review allocation materials | 2.0 | 4 |
| 7/2/2010 | Review materials re intercompany claims and POR | 6.0 | 8 |
| 7/6/2010 | Review materials re TPA and Intercompany | 3.0 | 2 |
| 7/7/2010 | Review materials re TPA and Intercompany | 2.0 | 2 |
| 7/10/2010 | Review materials re TPA, Intercompany and Allocation | 6.0 | 14 |
| 7/12/2010 | Calls and review of materials re taxes | 2.0 | 12 |
| 7/12/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 7.0 | 4 |
| 7/13/2010 | Calls and review of materials re taxes | 2.0 | 12 |
| 7/13/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 5.0 | 4 |
| 7/14/2010 | Calls and review of materials re taxes | 3.0 | 12 |
| 7/15/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 6.0 | 4 |
| 7/15/2010 | Calls and review of materials re taxes | 2.0 | 12 |
| 7/15/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 7.0 | 4 |
| 7/16/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 6.0 | 4 |
| 7/18/2010 | Review materials re intercompany claims and netting | 2.0 | 2 |
| 7/19/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 3.0 | 4 |
| 7/19/2010 | Review transition materials | 2.0 | 2 |
| 7/19/2010 | Review materials re intercompany claims and netting | 2.0 | 8 |
| 7/20/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 3.0 | 4 |
| 7/20/2010 | Review transition materials | 2.0 | 2 |
| 7/21/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 6.0 | 4 |
| 7/21/2010 | Review data room amterials | 2.0 | 14 |
| 7/22/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 6.0 | 4 |
| 7/22/2010 | Review data room materials | 5.0 | 14 |
| 7/23/2010 | Review materials re TPR claims | 1.0 | 14 |
| 7/23/2010 | Calls and analysis re allocation, asset sales, TPA and Intercompany | 4.0 | 4 |
| 7/25/2010 | Review materials re TPR claims | 2.0 | 14 |
| 7/25/2010 | Travel to NYC | 5.0 | 15 |
| 7/26/2010 | Meetings w/ company and professionals re allocation, asset sales, TPA and Intercompany | 8.0 | 14 |
| 7/26/2010 | Meetings w/ Canada estate re business planning and open issues | 4.0 | 6 |
| 7/27/2010 | Meetings w/ company and professionals re allocation, asset sales, TPA and Intercompany | 5.0 | 14 |
| 7/27/2010 | Return travel from NYC | 4.0 | 15 |
| 7/28/2010 | Review data room materials | 3.0 | 14 |
| 7/29/2010 | Review materials re TPA and allocation | 3.0 | 4 |
| 7/29/2010 | Review data room materials | 4.0 | 14 |
| 7/30/2010 | Review materials re TPA and allocation | 4.0 | 4 |
| 7/30/2010 | Review materials re TPR claims | 3.0 | 14 |
| | **July 2010 Total** | **151.0** | |

**Nortel Networks, Inc**
July 1, 2010 - July 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | July 2010 Hours | Code |
|------|---------------------|-----------------|------|
| 7/1/2010 | Call w/ UCC and Bond Cmte | 2.0 | 6 |
| 7/1/2010 | Call on Tax Matters | 1.0 | 12 |
| 7/1/2010 | Review Tax Matter materials | 4.0 | 12 |
| 7/2/2010 | Development of Allocation Model | 4.0 | 1 |
| 7/2/2010 | Training on dataroom | 1.0 | 2 |
| 7/6/2010 | Meeting with Creditor Committees | 1.0 | 6 |
| 7/6/2010 | Travel to NY | 4.0 | 15 |
| 7/7/2010 | Meetings with Cleary | 8.0 | 5 |
| 7/7/2010 | Conference call with Creditor Committees | 1.0 | 6 |
| 7/7/2010 | Return from NY | 4.0 | 15 |
| 7/8/2010 | Development of Allocation Model | 7.0 | 1 |
| 7/8/2010 | Discussion with Debtor | 1.0 | 2 |
| 7/9/2010 | Review of asset sales | 4.0 | 1 |
| 7/9/2010 | Development of Allocation Model | 5.0 | 1 |
| 7/12/2010 | Review of asset sales | 2.0 | 1 |
| 7/12/2010 | Development of Allocation Model | 6.0 | 1 |
| 7/13/2010 | Review of asset sales | 3.0 | 1 |
| 7/13/2010 | Development of Allocation Model | 5.0 | 1 |
| 7/14/2010 | Conference call on asset sales | 1.0 | 6 |
| 7/14/2010 | Review of tax matters | 2.0 | 12 |
| 7/14/2010 | Review of asset sales | 5.0 | 1 |
| 7/15/2010 | Travel to NY | 4.0 | 15 |
| 7/15/2010 | Meeting with Cleary and JR | 3.0 | 5 |
| 7/15/2010 | Meeting with Creditor Committees | 2.0 | 6 |
| 7/15/2010 | Travel from NY | 4.0 | 15 |
| 7/16/2010 | Development of Allocation Model | 6.0 | 1 |
| 7/16/2010 | Review of Company Information | 2.0 | 3 |
| 7/19/2010 | Review of Company Information | 2.0 | 3 |
| 7/19/2010 | Discussion with Debtor | 1.0 | 2 |
| 7/19/2010 | Development of Allocation Model | 5.0 | 1 |
| 7/20/2010 | Development of Allocation Model | 5.0 | 1 |
| 7/20/2010 | Travel to Raleigh | 4.0 | 1 |
| 7/21/2010 | Meeting with Debtor | 6.0 | 2 |
| 7/21/2010 | Review of Historic Financials | 2.0 | 4 |
| 7/21/2010 | Travel from Raleigh | 4.0 | 1 |
| 7/22/2010 | Review of Historic Transactions | 8.0 | 4 |
| 7/23/2010 | Review of Historic Financials | 3.0 | 4 |
| 7/23/2010 | Review of asset sales | 5.0 | 1 |

**July 2010 Total**                                                                                    **137.0**