# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2010 Through July 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 7/6/10-7/7/10 | Flight to New York, NY | $ 546.90 |
| Mike Kennedy | 7/6/10-7/7/10 | Hotel (one night) | $ 489.55 |
| Mike Kennedy | 7/6/10-7/7/10 | Ground Transportation | $ 40.00 |
| Mike Kennedy | 7/6/10-7/7/10 | Parking | $ 62.00 |
| Mike Kennedy | 7/6/10-7/7/10 | Meals (two dinners) | $ 94.58 |
| Aaron Taylor | 7/6/10-7/7/10 | Flight to New York, NY | $ 527.40 |
| Aaron Taylor | 7/6/10-7/7/10 | Hotel (one night) | $ 422.33 |
| Aaron Taylor | 7/6/10-7/7/10 | Ground transportation | $ 118.67 |
| Aaron Taylor | 7/6/10-7/7/10 | Meals (one lunch) | $ 12.17 |
| Aaron Taylor | 7/15/2010 | Flight to New York, NY | $ 924.40 |
| Aaron Taylor | 7/15/2010 | Ground transportation | $ 74.57 |
| Aaron Taylor | 7/20/10-7/21/10 | Flight to Raleigh, NC | $ 485.40 |
| Aaron Taylor | 7/20/10-7/21/10 | Hotel (one night) | $ 153.06 |
| Aaron Taylor | 7/20/10-7/21/10 | Ground transportation | $ 112.00 |
| Aaron Taylor | 7/20/10-7/21/10 | Meals (one dinner and one lunch) | $ 44.02 |
| Matt Rosenberg | 7/25/10-7/27/10 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 7/25/10-7/27/10 | Hotel (two nights) | $ 479.71 |
| Matt Rosenberg | 7/25/10-7/27/10 | Ground transportation | $ 50.00 |
| Matt Rosenberg | 7/25/10-7/27/10 | Parking | $ 32.00 |
| Matt Rosenberg | 7/25/10-7/27/10 | Meals (one breakfast and one dinner) | $ 22.88 |
| Mike Kennedy | 7/25/10-7/27/10 | Flight to New York, NY | $ 548.70 |
| Mike Kennedy | 7/25/10-7/27/10 | Hotel (two nights) | $ 422.33 |
| Mike Kennedy | 7/25/10-7/27/10 | Ground Transportation | $ 40.00 |
| Mike Kennedy | 7/25/10-7/27/10 | Parking | $ 31.00 |
| Mike Kennedy | 7/25/10-7/27/10 | Meals (one breakfast, one lunch and one dinner) | $ 35.49 |
| Mike Kennedy | 6/15/2010 | Conference Calls | $ 90.00 |
| Mike Kennedy | 7/1/10-7/31/10 | Conference Calls | $ 61.84 |
| **Total Expenses** | | | **$ 6,402.17** |