IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                              : Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
                                                     :
             Debtors.          : Jointly Administered
                                                     :
------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 3827]

PLEASE TAKE NOTICE that on August 25, 2010, copies of the **Order Resolving Debtor's Motions Against Verizon** (D.I. 3827, Entered 8/25/10) were served in the manner indicated upon the entities listed below:

### VIA HAND DELIVERY

Kathleen M. Miller, Esq.
Michael P. Migliore, Esq.
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 10th Floor
P. O. Box 410
Wilmington, DE 19899

### VIA FIRST CLASS MAIL

Darryl S. Laddin, Esq.
Frank N. White, Esq.
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: August 27, 2010
       Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                            James L. Bromley (admitted *pro hac vice*)
                            Lisa M. Schweitzer (admitted *pro hac vice*)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                                - and –

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            Derek C. Abbott (No. 3376)
                            Eric D. Schwartz (No. 3134)
                            Ann C. Cordo (No. 4817)
                            Alissa T. Gazze (No. 5338)
                            1201 North Market Street, 18th Floor
                            P.O. Box 1347
                            Wilmington, DE 19899-1347
                            Telephone: (302) 658-9200
                            Facsimile: (302) 425-4663

                            Counsel for the Debtors and Debtors in Possession

3735056.1