# EXHIBIT A

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION
APPLICATION UNDER THE** *COMPANIES' CREDITORS ARRANGEMENT ACT*,
**R.S.C. 1985, c. C-36, AS AMENDED**

**MOTION RECORD**
**MSS Business Bidding Procedures**
**(returnable September 1, 2010)**

August 27, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

DOCSTOR: 1680120\1

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**INDEX**

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| 1. | Notice of Motion returnable September 1, 2010 | 001 |
| 2. | Affidavit of Khush Dadyburjor, sworn August 27, 2010 | 036 |
| 3. | Draft Order | 051 |

**TAB 1**

Court File No. 09-CL-7950

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### NOTICE OF MOTION
### (returnable September 1, 2010)

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on **Wednesday, September 1st, 2010 at 11:30 a.m. at 393 University Avenue, Toronto, Ontario.**

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐    in writing under subrule 37.12 1(1) because it is on consent or unopposed or made without notice;

☐    in writing as an opposed motion under subrule 37.12.1(4);

☒    orally.

THE MOTION IS FOR AN ORDER:

(a)    Abridging the time for service of the Notice of Motion and Motion Record in respect of this motion and dispensing with further service thereof;

(b)     Approving the bidding procedures (the "Bidding Procedures") described in the affidavit of Khush Dadyburjoi sworn August 27, 2010 (the "Dadyburjor Affidavit") and the fifty-second report (the "Fifty-Second Report") of Ernst & Young Inc., in its capacity as monitor (the "Monitor") to be filed separately, subject to the approval of the Bidding Procedures by the United States Bankruptcy Court for the District of Delaware in the Chapter 11 Proceedings of the Chapter 11 Debtors and authorizing the Applicants to conduct the sale process contemplated therein;

(c)     Approving an asset sale agreement dated as of August 26, 2010 (the "Stalking Horse Agreement") among NNC, NNL, Nortel Networks Inc. ("NNI") and certain other entities identified therein as sellers (together, the "Sellers") and PSP Holding LLC, as purchaser (the "Stalking Horse Purchaser") for the sale of certain assets of the Sellers' Multi-Service Switch business (the "MSS Business") as described therein (the "Assets") in the form attached as an appendix to the Fifty-Second Report and approving and accepting the Stalking Horse Agreement for the purposes of conducting the "stalking horse" bidding process in accordance with the Bidding Procedures including, without limitation the Break-Up Fee and the Expense Reimbursement (as both terms are defined in the Stalking Horse Agreement);

(d)     Approving a certain side agreement dated August 26, 2010 (the "Side Agreement"), a redacted copy of which is appended as Appendix "B" to the Fifty-Second Report, and an unredacted version of which is included in the confidential appendices to such report;

(e)     Sealing of the confidential appendices to the Fifty-Second Report containing the disclosure schedules and exhibits to the Stalking Horse Agreement; and

(f)     Such further and other relief as counsel may request and this Honourable Court deem just.

THE GROUNDS FOR THE MOTION ARE:

## BACKGROUND

(g) On January 14, 2009, NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act,* R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order of this Honourable Court and Ernst & Young Inc. was appointed as monitor (the "Monitor") in the CCAA proceedings;

(h) Also on January 14, 2009, certain of NNC's United States ("U.S.") subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "Initial U.S. Debtors"), made voluntary filings in the U.S. Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the U.S. Bankruptcy Code (the "Code"). On the same date, this Ontario Superior Court of Justice, Commercial List granted an Order pursuant to Subsection 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code;

(i) Additionally, on January 15, 2009, NNUK and certain subsidiaries of Nortel incorporated in Europe, the Middle East or Africa ("EMEA") each obtained an administration order (the "Administration Proceedings") for the appointment of administrators (the "Joint Administrators") from the High Court of England and Wales under the *Insolvency Act 1986*;

(j) On January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited (the "Israeli Company"), filed an application with the Tel-Aviv-Jaffa District Court, (the "Israeli Court") pursuant to the *Israeli Companies Law, 1999,* and the regulations relating thereto for a stay of proceedings. On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators (the "Joint Israeli Administrators") of the Israeli Company under the *Israeli Companies Law, 1999:*

(k)     On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings
        as "foreign main proceedings" pursuant to Chapter 15 of the Code;

(l)     On May 28, 2009, the Commercial Court of Versailles, France (the "French Court")
        ordered the commencement of secondary insolvency proceedings in respect of Nortel
        Networks S.A. ("NNSA"), which consist of liquidation proceedings during which
        NNSA was originally authorized to continue to operate as a going concern for an initial
        period of three months which period was subsequently extended to November 28, 2009.
        In accordance with the European Union's Council Regulation (EC) No. 1346/2000 on
        Insolvency Proceedings, the English law proceedings (the "English Proceedings")
        remain the main proceedings in respect of NNSA although a French administrator and a
        French liquidator have been appointed and are in charge of the day-to-day affairs and
        continuing business of NNSA in France;

(m)     The French Court approved an order to (i) suspend the liquidation operation relating to
        the sale of the assets and/or business of NNSA for a renewal period of two months,
        subsequently extending until the earlier of May 31, 2010 or the filing by Kapsch
        CarrierCom AG with the French Court of a letter stating that its bid for the GSM/GSM-
        R assets of NNSA has become unconditional; (ii) authorize the continuation of the
        business of NNSA so long as the liquidation operations are suspended; and (iii)
        maintain the powers of the French administrator and liquidator during that period except
        with respect to the sale of assets and/or businesses of NNSA.  On March 25, 2010, the
        French Court ended the suspension of the liquidation operations.

(n)     On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition
        with the U.S Court for the recognition of the Administration Proceedings as they relate
        to NNUK and the English Proceedings under Chapter 15 of the Code.  On June 26,
        2009, the U.S. Court entered an order recognizing the English Proceedings as foreign
        main proceedings under Chapter 15 of the Code;

(o)     On July 14, 2009, Nortel Networks (CALA) Inc. (together with the Initial U.S. Debtors,
        the "U S. Debtors") made a voluntary filing with the U.S. Court under Chapter 11 of the
        Code;

(p)     On March 10, 2010, Nortel Networks Telecomunicacoes do Brasil Ltda. ("NN Brazil") filed for bankruptcy protection in Brazil, and was placed under the control of a Brazilian bankruptcy trustee.  NN Brazil will no longer be participating in the Nortel global restructuring efforts;

(q)     References to "Nortel" herein shall be to the global enterprise as a whole;

(r)     Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Dadyburjor Affidavit;

## THE MSS BUSINESS

(s)     Nortel's MSS Business provides data networking infrastructure solutions to telecom service providers and large enterprise customers throughout the world;

(t)     In addition, the MSS Business supports former Nortel business units sold in prior Nortel asset sales with hardware, software and services;

(u)     The MSS Business sells its base platform to former Nortel business units, which add hardware and software to drive product development for both the wireless and wireline markets;

(v)     The environment in which Nortel operates is highly competitive, the competition for market share is fierce, and the cost of rapid technological development is steep. Furthermore, the scale requirements to compete in this industry are substantial;

(w)     Due to the global economic downturn, Nortel has been experiencing significant pressure on its businesses and facing competing demands on its cash resources, globally as well as on a regional basis, delay and reduce capital expenditures;

(x)     In June 2009, Nortel announced that it had determined that the sale of its business is the best path to maximize value.  Since that time, Nortel has been engaged in a process for the orderly disposition of its businesses;

(y)     Nortel first began to explore a divestiture of the MSS Business in the first week of
        February 2010 and took steps to canvass the market as more fully described in the
        Dadyburjor Affidavit and the Fifty-Second Report;

**THE STALKING HORSE AGREEMENT**

(z)     After extensive arm's length, good faith negotiations, the parties have now agreed on
        the terms of the Stalking Horse Agreement as well as the terms of an EMEA Agreement
        (as defined in the Dadyburjor Affidavit) relating to the sale and purchase of the EMEA
        Assets (as defined in the Stalking Horse Agreement), which agreements are subject to
        higher or better offers;

(aa)    The terms and conditions of the Stalking Horse Agreement and the agreements to be
        entered into in connection with the closing of the transactions contemplated in the
        Stalking Horse Agreement are described in further detail in the Dadybujor Affidavit and
        the Fifty-Second Report;

(bb)    The Applicants believe that the Stalking Horse Agreement and the EMEA Agreement
        represent the best opportunity for the Sellers to maximize the value of their assets
        relating to the MSS Business by serving as a basis for conducting an auction to seek
        higher and/or better offers;

(cc)    An agreed upon set of Bidding Procedures have been developed, which provide for a
        process through which an interested party may become a "Qualified Bidder". The Fifty-
        Second Report will attach and outline the proposed sale process and the Bidding
        Procedures in more detail;

(dd)    The potential purchase price that could be realized through a sale of the Assets is likely
        to decline over time if the Assets remain unsold;

(ee)    The Stalking Horse Agreement requires an expeditious sale process and provides the
        Stalking Horse Purchaser the right to terminate the Stalking Horse Agreement if certain
        milestones in the sale process are not timely met;

(ff)    Specifically, if this Honourable Court does not approve the Bidding Procedures by thirty (30) days from the execution of the Stalking Horse Agreement, the Stalking Horse Purchaser may terminate the Stalking Horse Agreement;

(gg)    For these reasons, the expeditious sale of the Assets is critical to the maximization of the value of the Applicants' assets and, in turn, to a recovery for the Applicants' estates;

**THE SIDE AGREEMENT**

(hh)    In connection with the entry into of the Stalking Horse Agreement and the EMEA Agreement, the Applicants and certain other Nortel entities have negotiated and executed the Side Agreement to address certain issues among such parties relating to the mitigation of potential costs among the estates associated with the Stalking Horse Agreement and the provisions of transition services to the Stalking Horse Purchaser;

(ii)    By mitigating certain risks by providing for the allocation of certain cost exposures among the Sellers and the EMEA Sellers, the Side Agreement furthers the Applicants' ability to execute the Stalking Horse Agreement and engage in the transaction;

**SEALING**

(jj)    The confidential appendices to the Fifty-Second Report contain sensitive, competitive and, in some instances, personal information;

(kk)    The sealing of these confidential appendices are appropriate in the circumstances;

**MISCELLANEOUS**

(ll)    The provisions of the CCAA; and

(mm)    Such further and other grounds as counsel may advise and this Honourable Court permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)    The Dadyburjor Affidavit,

(b)    The Fifty-Second Report, to be filed separately; and

(c)    Such further and other relief as counsel may request and this Honourable Court deem just.

August 27, 2010                          **OGILVY RENAULT LLP**
                                         Suite 3800
                                         Royal Bank Plaza, South Tower
                                         200 Bay Street
                                         Toronto, Ontario  M5J 2Z4  CANADA

                                         **Derrick Tay LSUC#: 21152A**
                                         Tel:  (416) 216-4832
                                         Email: dtay@ogilvyrenault.com

                                         **Jennifer Stam LSUC #46735J**
                                         Tel: (416) 216-2327
                                         Email: jstam@ogilvyrenault.com

                                         Fax: (416) 216-3930
                                         Lawyers for the Applicants

TO:      Attached Service List

9

Court File No.  09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

### SERVICE LIST

TO.       **OGILVY RENAULT LLP**
          Royal Bank Plaza, South Tower
          200 Bay Street, Suite 3800
          Toronto, Ontario M5J 2Z4

          Derrick Tay
          Mario Forte
          Jennifer Stam

          Email:    dtay@ogilvyrenault.com
                    mforte@ogilvyrenault.com
                    jstam@ogilvyrenault.com

          Tel:      416.216.4000
          Fax:      416.216.3930

          Lawyers for the Applicants

- 2 -

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON M5K 1J7

Murray McDonald
Brent Beekenkamp

Email: nortel.monitor@ca.ey.com

Tel: 416.943.3016
Fax: 416.943.3300

AND
TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Chris Armstrong

Email: jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
grubenstein@goodmans.ca
carmstrong@goodmans.ca

Tel: 416.597.4107
Fax: 416.979.1234

Lawyers for the Monitor Ernst & Young Inc.

AND
TO: **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email: lbarnes@osler.com
rchartrand@osler.com
esellers@osler.com
ahirsh@osler.com

Tel: 416.362.2111
Fax: 416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email: dmilner@fasken.com
akauffman@fasken.com
elamek@fasken.com
jlevin@fasken.com

Tel: 416.868.3538
Fax: 416.364.7813

Lawyers for Export Development Canada

AND
TO:
**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:      613.597.8651
Fax:     613.598.3113

AND
TO:
**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific
Tower
Toronto, ON M5K 1K7

Robert I. Thornton
Michael Barrack
Rachelle Moncur
Leanne M. Williams

Email    rthornton@tgf.ca
         mbarrack@tgf.ca
         rmoncur@tgf.ca
         lwilliams@tgf.ca

Tel:      416.304.1616
Fax:     416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND
TO:
**McINNES COOPER**
Purdy's Wharf Tower II
1300   1969 Upper Water Street
Halifax, NS B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:      902.425.6500
Fax:     902.425.6350

Lawyers for Convergys EMEA Limited

AND
TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
         msims@millerthomson.com

Tel:      416.595.8615/8577
Fax:     416.595.8695

Lawyers for Toronto-Dominion Bank

AND
TO:
**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:     416.495.3776
Fax:     416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND
TO:
**BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:      604.687.6789
Fax:     604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:   mmacnaughton@blgcanada.com
Tel:     416. 367.6646
Fax:     416. 682.2837

Email:   rjaipargas@blgcanada.com
Tel:     416.367.6266
Fax:     416.361.7067

Email:   srappos@blgcanada.com
Tel:     416.367.6033
Fax:     416.361.7306

Lawyers for Bell Canada

AND
TO:

**SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:   ray.leach@siskinds.com
         dimitri.lascaris@siskinds.com
         monique.radlein@siskinds.com

Tel:     519.672.2121
Fax:     519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND
TO:

**LANG MICHNER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

John Contini
Aaron Rousseau

Email   jcontini@langmichener.ca
Tel:    416.307.4148
Fax:    416.304.3767

Email   arousseau@langmichener.ca
Tel:    416.307.4081
Fax:    416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:   zychk@bennettjones.com
Tel:     416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:     416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon

Email:   mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:     416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:     416.595.2130
Fax:     416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:     416.595.2150
Fax:     416.204.2874

Lawyers for the Former Employees of Nortel

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email:   msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Email:   jmklotz@millerthomson.com
Tel:     416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, ON M5H 3R3

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon

Email:   mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:     416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:     416.595.2130
Fax:     416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:     416.595.2150
Fax:     416.204.2874

Lawyers for the LTD Beneficiaries

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:   jcarhart@millerthomson.com
Tel:     416.595.8615
Fax:     416.595.8695

Email    msims@millerthomson.com
Tel:     416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

| | | | | |
|---|---|---|---|---|
| AND TO: | **LG ELECTRONICS INC.** | | AND TO: | **CHAITONS LLP** |

AND
TO:     **LG ELECTRONICS INC.**
        11/F, LG Twin Towers (West)
        20 Yeouido-dong, Yeongduengpo-gu
        Seoul 150-721, Korea

        Joseph Kim

        Email:   joseph.kim@lge.com

        Tel:     +82.2.3777.3171
        Fax:     +82.2.3777.5345


AND
TO:     **PALIARE ROLAND ROSENBERG**
        **ROTHSTEIN LLP**
        Suite 501
        250 University Avenue
        Toronto, ON  M5H 3E5

        Kenneth T. Rosenberg
        Massimo (Max) Starnino
        Lily Harmer
        Tina Lie

        Email:   ken.rosenberg@paliareroland.com
        Tel:     416.646.4304
        Fax:     416.646.4301

        Email:   max.starnino@paliareroland.com
        Tel:     416.646.7431
        Fax:     416.646.4301

        Email:   lily.harmer@paliareroland.com
        Tel:     416.646.4326
        Fax:     416.646.4301

        Email:   tina.lie@paliareroland.com
        Tel:     416.646.4332
        Fax:     416.646.4301

        Lawyers for the Superintendent of Financial
        Services as Administrator of the Pension
        Benefits Guarantee Fund


AND
TO:     **CHAITONS LLP**
        185 Sheppard Avenue West
        Toronto, ON  M2N 1M9

        Harvey G. Chaiton

        Email:   harvey@chaitons.com

        Tel:     416.218.1129
        Fax:     416.218.1849

        Lawyers for IBM Canada Limited


AND
TO:     **FRASER MILNER CASGRAIN LLP**
        1 First Canadian Place
        100 King Street West
        Toronto, ON  M5X 1B2

        R. Shayne Kukulowicz
        Alex MacFarlane
        Michael J. Wunder
        Ryan Jacobs

        Email:   Shayne.kukulowicz@fmc-law.com
                 Alex.macfarlane@fmc-law.com
                 Michael.wunder@fmc-law.com
                 ryan.jacobs@fmc-law.com

        Tel:     416.863.4511
        Fax:     416.863.4592

        Canadian Lawyers for the Official Committee of
        Unsecured Creditors

AND
TO:     **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON M5X 1G5

F. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND
TO:     **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:   hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:   pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND
TO:     **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:   renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND
TO:     **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:   rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

AND
TO:     **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Email:   vdare@gardiner-roberts.com
Tel:    416.865.6641
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND
TO:     **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:   iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:
**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia V7Y 1B8

Sharon M. Urquhart

Email:   surquhart@ahbl.ca
Tel:     604.484.1757
Fax:     604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:
**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email.   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:
**MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON M5H 3S1

Maurice Fleming

Email:   mfleming@millerthomson.com
Tel:     416.595.8686
Fax:     416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:
**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:   andrew.kent@mcmillan.ca
Tel:     416.865.7160
Fax:     416.865.7048

Email:   hilary.clarke@mcmillan.ca
Tel:     416.865.7286
Fax:     416.865.7048

Email:   tushara.weerasooriya@mcmillan.ca
Tel:     416.865.7262
Fax:     416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:   dgrieve@casselsbrock.com
Tel:     416.860.5219
Fax:     416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:   jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:     416.865.6636

Email:   vdare@gardiner-roberts.com
Tel:     416.865.6641
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:   lawrence.crozier@mcmillan.ca
Tel:     416.865.7178
Fax:     416.865.7048

Email:   adam.maerov@mcmillan.ca
Tel:     416.865.7285
Fax:     416.865.7048

Lawyers for Citibank

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:   dmagisano@blaney.com
Tel:     416.593.2996
Fax:     416.593.5437

Lawyers for Expertech Network Installation Inc.

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:   arousseau@langmichener.ca
Tel:     416.307.4081
Fax:     416.365.1719

Lawyer for Right Management Inc.

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra
Sandra A. Vitorovich

Email:  smitra@airdberlis.com
        svitorovich@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Enbridge Gas Distribution Inc.


AND TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:  bleonard@casselsbrock.com
        hgarman@casselsbrock.com
        mcasey@casselsbrock.com

Tel:    416.860.6455
Fax:    416.640.3054

Lawyers for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited


AND TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Ainslie Benedict
Steven Levitt
Christopher Rootham

Email:  janice.payne@nelligan.ca
        ainslie.benedict@nelligan.ca
        steven.levitt@nelligan.ca
        christopher.rootham@nelligan.ca

Tel:    613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Recently
Severed Canadian Nortel Employees


AND TO:

**CALEYWRAY**
Labour/Employment Lawyers
1600-65 Queen Street West
Toronto, Ontario  M5H 2M5

Gail E. Misra

Email:  misrag@caleywray.com

Tel:    416.775.4680
Fax:    416.366.3293

Lawyers for the Communication, Energy and
Paperworkers Union of Canada

AND TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:   pklepsoe@mcfarlanelaw.com

Tel:     613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada Corporation and Iron Mountain Information Management, Inc.

AND TO:

**COLBY, MONET DEMERS, DELAGE & CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec  H3A 3M8

David J. Dropsy

Email:   ddropsy@colby-monet.com
Tel:     514.284.3663
Fax:     514.284.1961

Lawyers for GFI INC., a division of Thomas & Betts Manufacturing Inc.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:   theintzm@mccarthy.ca
Tel:     416.601.7627
Fax:     416.868.0673

Email:   jsirivar@mccarthy.ca
Tel:     416.601.7750
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca

Tel:     613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:    chris.besant@bakernet.com

Tel:      416.865.2318
Fax:      416.863.6275

Email:    lydia.salvi@bakernet.com

Tel:      416.865.6944
Fax:      416.863.6275

Lawyers for Jabil Circuit Inc.

AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:    dgoldstein@schneidergaggino.com
          mgaggino@schneidergaggino.com

Tel:      514.631.8787
Fax:      514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:    ryanbellr@bennettjones.com
          laugesenm@bennettjones.com

Tel:      416.863.1200
Fax:      416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:    tdunn@mindengross.com
Tel:      416.369.4335
Fax:      416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO: **EURODATA**
2574 Sheffield Road
Ottawa, Ontario K1B 3V7

Nanci Shore

Email: nanci@eurodata.ca
Tel: 613.745.0921
Fax: 613.745.1172


AND TO: **BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email: lbrady@baldwinlaw.ca
Tel: 613.771.9991
Fax: 613.771.9998

Lawyers for Sydney Street Properties Corp.


AND TO: **AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Cynthia R. Maher

Email: cynthia.maher@ntscorp.com
Tel: 714.998.4351
Fax: 714.998.7142

Lawyers for AETL Testing, Inc.


AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel: 416.865.7726
Fax: 416.863.1515

Email: iaversa@airdberlis.com
Tel: 416.865.3082
Fax: 416.863.1515

Lawyers for Huawei Technologies Co. Ltd.


AND TO: **SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel: 416.214.5213
Fax: 416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel : 416.214.5206
Fax : 416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee


AND TO: **SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel: 416.214.5213
Fax: 416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel : 416.214.5206
Fax : 416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

- 14 -

AND
TO:

**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :   jysimard@lavery.ca
Tel :     514.871.1522
Fax .     514.871.8977

Lawyers for Texas Landlords to Nortel Networks
Inc.

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:     416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Email:   mgottlieb@dwpv.com
Tel:     416.863.0900
Fax:     416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Cynthia Maher

Email:   cynthia.maher@ntscorp.com
Tel:     714.998.4351

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:     416.365.3529
Fax:     416.369.5210

Email:   jdavissydor@davis.ca
Tel:     416.941.5397
Fax:     416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:     416.598.1744
Fax:     416.598.3730

Lawyers for William A. Owens

AND     **BAKER & McKENZIE LLP**
TO:     Brookfield Place, P.O. Box 874
        181 Bay Street, Suite 2100
        Toronto, Ontario M5J 2T3

        Lydia Salvi

        Email:   lydia.salvi@bakernet.com

        Tel:     416.865.6944
        Fax:     416.863.6275

        Lawyers for Wipro Limited

AND     **AIRD & BERLIS LLP**
TO:     Barristers & Solicitors
        Brookfield Place, P.O. Box 754
        181 Bay Street, Suite 1800
        Toronto, ON  M5J 2T9

        Steven L. Graff
        Ian E. Aversa

        Email:   sgraff@airdberlis.com
        Tel:     416.865.7726
        Fax:     416.863.1515

        Email:   iaversa@airdberlis.com
        Tel:     416.865.3082
        Fax:     416.863.1515

        Lawyers for the Current and Former Employees
        of Nortel Networks Inc. who are or were
        Participants in the Long-Term Investment Plan
        Sponsored by Nortel Networks Inc.

AND     **McCARTHY TETRAULT LLP**
TO:     Suite 5300, TD Bank Tower
        Toronto Dominion Centre
        Toronto, Ontario M5K 1E6

        Heather Meredith

        Email:   hmeredith@mccarthy.ca
        Tel:     416.601.8342
        Fax:     416.868.0673

        Lawyers for Hitachi Communications
        Technologies, Ltd.

AND     **TORYS LLP**
TO:     79 Wellington Street West, Suite 3000
        Box 270, TD Centre
        Toronto, Ontario  M5K 1N2

        Scott Bomhof

        Email:   sbomhof@torys.com
        Tel:     416.865.7370
        Fax:     416.865.7380

        Lawyers for Nokia Siemens Networks B.V.

AND     **DEPARTMENT OF JUSTICE**
TO:     Ontario Regional Office
        The Exchange Tower, Box 36
        130 King Street W., Suite 3400
        Toronto, Ontario M5X 1K6

        Diane Winters

        Email:   dwinters@justice.gc.ca
        Tel:     416.973.3172
        Fax:     416.973.0810

AND     **LANG MICHENER LLP**
TO:     Brookfield Place
        181 Bay Street, Suite 2500
        Toronto, Ontario, M5J 2T7

        Sheryl E. Seigel

        Email:   sseigel@langmichener.ca
        Tel:     416.307.4063
        Fax:     416.365.1719

        Lawyers for The Bank of New York Mellon

Case 09-10138-MFW    Doc 3841-1    Filed 08/30/10    Page 29 of 48

none- 16 -

24

AND TO:   **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson
(publ)

AND TO:   **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND TO:   **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Email:  rstabile@mccarthy.ca
Tel:    416.601.8335
Fax:    416.868.0673

Lawyers for Avaya Inc

AND TO:   **SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:  jmcdonald@sgmlaw.com
Tel:    416.979.6425
Fax.    416.591.7333

Email:  dbrown@sgmlaw.com
Tel:    416.979.4050
Fax:    416.591.7333

Lawyers for Edmund Fitzgerald

DOCSTOR: 1600901\3

AND
TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario M5J 2Z9

Jeffrey K. Spiegelman

Email:    jspiegelman@foglers.com
Tel:    416.864.9700
Fax:    416.941.8852

Lawyers for Belden (Canada) Inc.

AND
TO:
**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY 10022

Gordon Cameron
Ron Ferguson

Email:    gncameron@stikeman.com
Tel:    212.845.7464
Fax:    212.371.7087

Email:    rferguson@stikeman.com
Tel:    212.845.7477
Fax:    212.371.7087

Lawyers for GENBAND Inc.

AND
TO:
**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON M4H 3Y4

John D. Marshall
Craig J. Hill

Email:    jmarshall@blgcanada.com
Tel:    416.367.6024
Fax:    416.361.2763

Email:    chill@blgcanada.com
Tel:    416.367.6156
Fax:    416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:
**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9

Ashley John Taylor

Email:    ataylor@stikeman.com
Tel:    416.869.5236
Fax:    416.947.0866

Lawyers for Ciena Corporation

AND
TO:
**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON M5L 1B9

Sean F. Dunphy

Email:    sdunphy@stikeman.com
Tel:    416.869.5662
Fax:    416.947.0866

Lawyers for GENBAND Inc.

AND
TO:
**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON K1N 7G2

Thomas Wallis

E-mail:    thomas.wallis@vdg.ca
Tel:    613.241.2701
Fax:    613.241.2599

Lawyers for La Regie des Rentes du Quebec

| | |
|---|---|
| AND TO: | **BLAKE, CASSELS & GRAYDON**<br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario M5L 1A9 |

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:    416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:     416.863.3888
Fax:    416.863.2653

Lawyers for The Northern Trust Company, Canada

AND TO: **MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:  kyle.kashuba@macleoddixon.com
Tel:     403.267.8399
Fax:    403.264.5973

Constellation NewEnergy Canada Inc.

AND TO: **SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON K1P 5L4

Peter Engelmann
Fiona Campbell

Email:  pengelmann@sgmlaw.com
Tel:     613-482-2452
Fax:    613-235-3041

Email:  fcampbell@sgmlaw.com
Tel:     613-482-2451
Fax:    613-235-3041

Lawyers for the LTD Beneficiaries in Respect of
the Distribution of the Corpus of the Health and
Welfare Trust

---

AND TO: **ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON M5H 2K1

Joel P. Rochon

Email:  jrochon@rochongenova.com
Tel:     416.363.1867
Fax:    416.363.0263

Lawyers for the Opposing LTD Employees

AND TO: **CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:  lschweitzer@cgsh.com
        jbromley@cgsh.com
Tel:     212.225.2000
Fax:    212.225.3999

Lawyers for Nortel Networks Inc.

**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON M5H 3P5

William E. Pepall

Email:  wpepall@lerners.ca
Tel:     416.601.2352
Fax:    416.867.2415

Lawyers for the Former Employees in Respect of
the Distribution of the Corpus of the Health and
Welfare Trust

## COURTESY COPIES:

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email:   sbrown@lrlaw.com

Tel:     602.262.5321
Fax.     602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**CURTIS, MALLFT-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:     212.696.6000
Fax:     212-697-1559

Lawyers for Flextronics International

AND
TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email:   fhodara@akingump.com

Tel:     212.872.1000
Fax:     212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email:   DDunne@milbank.com
Tel:     212.530.5770
Fax:     212.530.5219

Email:   ALeblanc@milbank.com
Tel:     212.835.7574
Fax:     212.530.5219

Email:   APisa@milbank.com
Tel:     212.530.5319
Fax:     212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

| | |
|---|---|
| AND TO: | **VEDDER PRICE P.C.** |
| | 1633 Broadway, 47th Floor |

AND   **VEDDER PRICE P.C.**
TO:   1633 Broadway, 47th Floor
   New York, New York 10019

Michael I. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:   212.407.7799

U.S. Lawyers for Telmar Network Technology, Inc. and Precision Communication Services, Inc.

AND  **MACLEOD DIXON LLP**
TO:  3700 Canterra Tower
   400, 3rd Avenue N.W.
   Calgary, Alberta T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :  andrew.robertson@macleoddixon.com
    caylee.rieger@macleoddixon.com

Tel :  403.267.8222
Fax :  403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers for the Steering Committee of Recently Severed Canadian Nortel Employees and lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009

AND  **BRYAN CAVE LLP**
TO:  161 North Clark Street, Suite 4300
   Chicago Illinois 60601

Eric S. Prezant

Email:  eric.prezant@bryancave.com
Tel:    312.602.5033
Fax:   312.602.5050

U.S. Lawyers for Tellabs, Inc.

29

30

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS


TO:      **OGILVY RENAULT LLP**
         Royal Bank Plaza, South Tower
         200 Bay Street, Suite 3800
         Toronto, Ontario M5J 2Z4

         Derrick Tay
         Mario Forte
         Jennifer Stam

         Email:    dtay@ogilvyrenault.com
                   mforte@ogilvyrenault.com
                   jstam@ogilvyrenault.com

         Tel:      416.216.4000
         Fax:      416.216.3930

         Lawyers for the Applicants

31

**BY EMAIL:**

AND   **ARI FINANCIAL SERVICES INC.**
TO:   600-1270 Central Parkway West
      Mississauga, ON L5C 4P4

      Tel:    905-803-8000
      Fax:    905-803-8644

      Email:  ldearborn@arifleet.ca
              jmcmullin@arifleet.ca

AND   **EXPORT DEVELOPMENT CANADA**
TO:   151 O'Connor Street
      Ottawa, ON K1A 1K3

      Jennifer Sullivan

      Email:  jsullivan@edc.ca

      Tel:    613.597.8651
      Fax:    613.598.3113

AND   **GENERAL ELECTRIC CAPITAL**
TO:   **EQUIPMENT FINANCE INC.**
      5420 North Service Road
      Burlington, ON L7L 6C7

      Alexandre LeBlanc

      Tel:    1.866.317.4323
      Fax:    514.397.5300

      Email : alexandre.leblanc@ge.com

AND   **GE CAPITAL CANADA LEASING**
TO:   **SERVICES INC.**
      5420 North Service Road
      4th Floor
      Burlington, ON L7L 6C7

      Alexandre LeBlanc

      Tel:    1.866.317.4323
      Fax:    514.397.5300

      Email : alexandre.leblanc@ge.com

AND   **GE CAPITAL CANADA LEASING**
TO:   **SERVICES INC.**
      1 Place Ville Marie
      Suite 1401
      Montreal, QC H3B 2B2

      Alexandre LeBlanc

      Tel:    1.866.317.4323
      Fax:    514.397.5300

      Email:  alexandre.leblanc@ge.com

AND   **GENERAL ELECTRIC CANADA**
TO:   **EQUIPMENT FINANCE G.P.**
      500 North Service Road
      8th Floor
      Burlington, ON L7L 6W6

      Alexandre LeBlanc

      Tel:    1.866.317.4323
      Fax:    514.397.5300

      Email:  alexandre.leblanc@ge.com

AND     **NEXCAP FINANCE**
TO:     **CORPORATION**
        3027 Harvester Road
        Suite 212
        Burlington, ON L7N 3G7


        Scott Lowes


        Tel.    905.637.4467 ext. 117
        Fax:    905-637-1882


        Email:  slowes@nexcap.com


AND     **THE BANK OF NOVA SCOTIA**
TO:     44 King Street West,
        Toronto, ON M5H 1H1


        Attn:   CSRS Queue


        Tel:    1.888.855.1234


        Email:  bsc@scotiabank.com

AND     **STEELCASE FINANCIAL SERVICES**
TO:     **LTD.**
        1 Steelcase Rd. W.
        Markham, ON L3R 0T3


        Janeen Treur


        Tel:    616.246.4389


        Email:  jtreur@steelcase.com

33

## BY FAX:

AND   **ABN AMRO BANK N.V.**
TO:   Canada Branch
    79 Wellington Street West
    Suite 1500
    Toronto, ON M5K 1G8

    Tel:    416-367-0850
    Fax:   416-367-1485

AND   **ABN AMRO BANK N.V.**
TO:   600 De Maissonneuve Blvd. W.
    Suite 1500
    Montreal, QC H3A 3J2

    Tel:    514.284.1133
    Fax:   514.284.2357

AND   **DELL FINANCIAL SERVICES**
TO:   **CANADA LIMITED**
    155 Gordon Baker Road
    Suite 501
    North York, ON M2H 3N5

    Tel:    1.877.814.4142
    Fax:   1.888.438..1117

AND   **GENERAL ELECTRIC CAPITAL**
TO:   **CANADA INC.**
    2300 Meadowvale Boulevard
    Suite 200
    Mississauga, ON L5N 5P9

    Bethany St. Pierre

    Tel:    1.866.329.4323
    Fax:   1.866.993.1902

AND   **ST MICROELECTRONICS**
TO:   **(CANADA), INC.**
    1310 Electronics Drive
    Carrollton, Texas 75006

    Tel:    905.273.4300
    Fax:   905.273.7578

AND   **HEWLETT-PACKARD FINANCIAL**
TO:   **SERVICES CANADA COMPANY**
    5150 Spectrum Way
    Mississauga, ON L4W 5G1

    Attn:   Legal Department

    Tel:    905.206.4725
    Fax:   905.206.4191

AND   **PRODAIR CANADA LTEE**
TO:   291 Rue Quinlan
    Ville Lasalle, QC H8R 3W4

    Alain Cote

    Tel:    1.800.363.3572
    Fax:   418.878.3235

34

**BY COURIER:**

AND  **CIT TECHNOLOGIES INC.**
TO:   181 Bay Street
      Suite 3500
      Toronto, ON M5J 2T3

AND  **HOLMAN CANADA LIMITED**
TO:   **PARTNERSHIP**

      9000 Midlantice Drive
      Mt. Laurel, New Jersey
      USA  08054

35

Court File No: 09-CL-7956

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

Applicants

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

NOTICE OF MOTION
(returnable September 1, 2010)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4
CANADA

Derrick Tay LSUC#: 21152A
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

Jennifer Stam LSUC #46735J
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 2009597\2

# TAB 2

Court File No: 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

### IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

### APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### AFFIDAVIT OF KHUSH DADYBURJOR
### (sworn August 27, 2010)

I, Khush Dadyburjor, of the City of Toronto, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am the Vice President Global M&A of Nortel Networks Limited ("NNL") and as such, I have personal knowledge of the matters to which I hereinafter depose in this Affidavit. Where I do not possess personal knowledge, I have stated the source of my information and, in all such cases, believe it to be true.

2.      I swear this Affidavit in support of the motion for orders, *inter alia*, (i) authorizing and approving the bidding procedures described in detail in the report of the Monitor (as defined below) filed with this Honourable Court in connection with this present motion (the "Bidding Procedures") in respect of the sale of certain assets of Nortel's Multi-Service Switch business (the "MSS Business"), (ii) authorizing the Applicants (as defined below) to enter into that certain asset sale agreement (the "Stalking Horse Agreement") dated August 26, 2010, among Nortel Networks Corporation ("NNC"), NNL and Nortel Networks Inc. and certain other entities identified therein as sellers (together, the "Sellers") and PSP Holding LLC, as purchaser (the "Purchaser"), as a "stalking-horse" sale agreement in respect of certain assets related to the MSS

- 2 -

37

Business (the "Assets"), a copy of which is attached as Appendix "A" to the report of the Monitor to be filed in connection with this motion and (iii) approving that certain MSS side agreement dated August 26, 2010 (the "Side Agreement"), a redacted copy of which is appended as Appendix "B" to the report of the Monitor filed in connection with this motion, and an unredacted copy of which is included in the confidential appendices to that same Monitor's report, and authorizing the Applicants to enter into such Side Agreement.

## BACKGROUND

3.      On January 14, 2009 (the "Filing Date"), NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") pursuant to an initial order (as subsequently amended and restated, the "Initial Order") of this Honourable Court and Ernst & Young Inc. was appointed as monitor (the "Monitor") in the CCAA proceedings.

4.      Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary NNI (together with the other U.S. filing entities, the "Initial U.S. Debtors"), made voluntary filings in the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

5.      Additionally, on January 15, 2009, NNUK and certain subsidiaries (the "EMEA Debtors") of the Nortel group incorporated in Europe, the Middle East or Africa ("EMEA") each obtained an administration order for the appointment of administrators (the "Joint Administrators") from the High Court of England and Wales under the Insolvency Act 1986.

6.      On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code

7.      On May 28, 2009, the Commercial Court of Versailles, France (the "French Court") ordered the commencement of secondary insolvency proceedings in respect of Nortel Networks

S.A. ("NNSA"), which consist of liquidation proceedings during which NNSA was originally authorized to continue to operate as a going concern for an initial period of three months which period was subsequently extended to November 28, 2009. In accordance with the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings, the English law proceedings remain the main proceedings in respect of NNSA although a French administrator and a French liquidator have been appointed and are in charge of the day-to-day affairs and continuing business of NNSA in France.

8.      The French Court approved an order to (i) suspend the liquidation operation relating to the sale of the assets and/or business of NNSA for a renewal period of two months, subsequently extending until the earlier of May 31, 2010 or the filing by Kapsch CarrierCom AG with the French Court of a letter stating that its bid for the GSM/GSM-R assets of NNSA has become unconditional; (ii) authorize the continuation of the business of NNSA so long as the liquidation operations are suspended; and (iii) maintain the powers of the French administrator and liquidator during that period except with respect to the sale of assets and/or businesses of NNSA. On March 25, 2010, the French Court ended the suspension of the liquidation operations.

9.      On January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited, filed an application with the Tel-Aviv-Jaffa District Court, pursuant to the Israeli Companies Law, 1999, and the regulations relating thereto for a stay of proceedings. On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators of the Israeli Company under the Israeli Companies Law.

10.     On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for the recognition of the Administration Proceedings as they relate to NNUK (the "English Proceedings") under Chapter 15 of the Code. On June 26, 2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

11.     On July 14, 2009, Nortel Networks (CALA) Inc. (together with the Initial U.S. Debtors, the "U.S. Debtors") made a voluntary filing with the U.S. Court under Chapter 11 of the Code.

12.     On March 10, 2010, Nortel Networks Telecomunicacoes do Brasil Ltda filed for voluntary bankruptcy proceedings. The Brazilian court issued an order and appointed a

bankruptcy trustee on March 30, 2010. On April 15, 2010, Nortel Networks de Colombia S.A. ("NN Colombia") was placed into liquidation.

13.     Further details regarding the background to these proceedings are set out in the affidavit of John Doolittle sworn January 14, 2009 previously filed in these proceedings and are therefore not repeated herein.

14.     All dollar references are US$ unless otherwise indicated. All references to "Nortel" herein are references to the enterprise as a whole.

## The MSS Business

15.     Nortel's MSS Business provides data networking infrastructure solutions to telecom service providers and large enterprise customers throughout the world.

16.     These solutions allow customers to integrate a variety of data, voice and video applications onto a single network and connect users in multiple locations securely, efficiently, and seamlessly over a wide area network.

17.     In addition, the MSS Business supports former Nortel business units sold in prior Nortel asset sales with hardware, software and services. The MSS Business sells its base platform to former Nortel business units, which add hardware and software to drive product development for both the wireless and wireline markets.

18.     Nortel's MSS Business has a global footprint, with switches located on every continent and in over 100 countries. There are currently 250 employees employed by the MSS Business. They are located in many countries, with the principal locations being Australia, Canada, China, Spain and the United Kingdom. Competitors of the MSS Business include Cisco, Alcatel-Lucent, Ericsson, Ciena and a variety of smaller vendors around the world.

## Marketing Efforts in Respect of the MSS Business

19.     The environment in which Nortel operates is highly competitive, the competition for market share is fierce, and the cost of rapid technological development is steep. Furthermore, the scale requirements to compete in this industry are substantial. Due to the global economic downturn, Nortel has been experiencing significant pressure on its businesses and facing

- 5

40

competing demands on its cash resources, globally as well as on a regional basis, as customers across all businesses suspend, delay and reduce capital expenditures. The extreme volatility in the financial, foreign exchange and credit markets globally and the uncertainty created by the ongoing creditor protection proceedings has compounded the situation. On June 19, 2009, Nortel announced that it had determined that the sale of its businesses is the best path to maximize value. Since that time, Nortel has been engaged in a process for the orderly disposition of its businesses.

20.    Nortel first began to explore a divestiture of the MSS Business in the first week of February 2010. In connection with this initial effort, Nortel, in consultation with its financial advisors, approached approximately fifty-one (51) parties likely to be interested and able to acquire the MSS Business, including a mix of financial investors and strategic buyers. An information memorandum was provided to the twenty-seven (27) parties who had executed confidentiality agreements. Of those parties who subsequently submitted expressions of interest, Nortel conducted management presentations with the eighteen (18) entities it deemed able to consummate a transaction for the MSS Business, and ultimately gave five (5) companies access to an electronic data room containing confidential diligence materials regarding the MSS Business.

### The Stalking Horse Agreement

21.    After extensive arm's-length, good faith negotiations among the Sellers and the Stalking Horse Purchaser and their respective advisors, the Sellers have entered into the Stalking Horse Agreement, subject to approval of the sale contemplated therein by this Honourable Court and the U.S. Court. Concurrently, the EMEA Sellers (as defined in the Stalking Horse Agreement) and the Stalking Horse Purchaser have entered into an asset sale agreement (the "EMEA Agreement") relating to the sale and purchase of the EMEA Assets (as defined in the Stalking Horse Agreement).

22.    I believe that the Stalking Horse Agreement and the EMEA Agreement represent the best opportunity for the Sellers to maximize the value of their assets relating to the MSS Business by serving as a basis for conducting an auction to seek higher and/or better offers.

- 6 -

23.     The Stalking Horse Agreement includes the following material terms[1]:

(a)     Purchase Price. At the Closing, the Stalking Horse Purchaser will pay to the Sellers and the EMEA Sellers, through their Distribution Agent, a base purchase price of $39,000,000 million in cash, subject to certain escrows and net working capital adjustments, among other adjustments.

(b)     Certain Fees. In certain circumstances, the Sellers and the EMEA Sellers may be required to pay to the Stalking Horse Purchaser a Break-Up Fee and/or an Expense Reimbursement, which are discussed in further detail below.

(c)     Good Faith Deposit. On the next Business Day following the entry of the Bidding Procedures Order, the Stalking Horse Purchaser will deliver to the Escrow Agent for the Sellers a good faith deposit in the amount of $1,250,000 in cash. The good faith deposit will be applied to the balance of the Purchase Price to be paid by the Stalking Horse Purchaser at Closing.

(d)     Assets. The Assets to be acquired by the Stalking Horse Purchaser include, among other things, certain (i) inventory and supplies, (ii) unbilled accounts receivable, (iii) equipment, (iv) contracts and certain bids made by the Sellers for a contract which could result in a contract after the Closing Date, (v) prepaid expenses, (vi) tangible embodiment of business information, (vii) intellectual property, (viii) rights under warranties, representations and guarantees by suppliers, manufacturers and contractors and third parties related to the Assets, (ix) net insurance proceeds received or to be received in respect of equipment, (x) tax records required by law to be transferred, (xi) any defenses of the Sellers relating to the Assumed Liabilities and (xii) goodwill associated with the MSS Business. The assets to be acquired by the Stalking Horse Purchaser exclude, among other things, certain cash and cash equivalents, accounts receivable (excluding receivables that are unbilled as of the Closing Date), bank account balances and petty cash, and certain assets

---

[1] In this paragraph, all defined terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

and rights (for example, the right to tax refunds, credits, or similar benefits, rights under certain contracts (other than Assigned Contracts)) relating to the pre-closing period, and certain rights to Intellectual Property.

(e)     Assigned Contracts.  The Sellers agree to assign certain Seller Contracts, including customer contracts, to the Stalking Horse Purchaser, and to cooperate with the Stalking Horse Purchaser to assist in the transition of Bundled Contracts to the Stalking Horse Purchaser as they relate to the MSS Business. The Sellers have agreed to pay the Cure Costs associated with the assignment of customer contracts.

(f)     Assumed Liabilities.  The liabilities to be assumed by the Stalking Horse Purchaser include, among others, (i) liabilities arising after the Closing Date to the extent related to the operation of the MSS Business by the Stalking Horse Purchaser following the Closing, (ii) liabilities arising from the performance of Assigned Contracts after the Closing Date, (iii) certain liabilities relating to transferred intellectual property, (iv) certain tax liabilities, (v) certain warranty liabilities, (vi) certain liabilities related to employees and employee benefit plans and under employment laws and (vii) certain liabilities related to supply purchase orders and inventory repurchase obligations.

(g)     Sale Free and Clear.  The Assets to be transferred by the Sellers will be transferred free and clear of all liens, claims and encumbrances, other than those expressly assumed by the Stalking Horse Purchaser or otherwise expressly permitted under the Stalking Horse Agreement.

(h)     Ancillary Agreements.  Pursuant to the Stalking Horse Agreement, at or prior to the Closing, certain Sellers, certain EMEA Sellers and the Stalking Horse Purchaser will enter into, among others, the following ancillary agreements:

     (i)     Transition Services Agreement.  At the Closing, NNL, NNC, NNI, NNUK, Nortel Networks (Ireland) Limited, certain of their affiliates and the Stalking Horse Purchaser will enter into one or more agreements under