## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For An Order Authorizing And Approving Settlement Procedures To Settle Certain Prepetition Claims** was caused to be made on August 30, 2010, in the manner indicated upon the entities on the attached service list.

Dated: August 30, 2010

                                               */s/ Ann C. Cordo*
                                               Ann C. Cordo (No. 4817)