**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF FIFTY-SECOND REPORT OF THE
MONITOR OF THE CANADIAN NORTEL COMPANIES
<u>IN THE CANADIAN PROCEEDINGS</u>**

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

   **PLEASE TAKE NOTICE** that on August 30, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Fifty-Second Report of the Monitor (the "**Fifty-Second Report**"), dated August 30, 2010.  A copy of the Fifty-Second Report is annexed hereto as <u>Exhibit A</u>.

   **PLEASE TAKE FURTHER NOTICE** that a copy of the Fifty-Second Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: August 30, 2010
   Wilmington, Delaware

        ALLEN & OVERY LLP

        Ken Coleman
        Lisa Kraidin
        1221 Avenue of the Americas
        New York, New York  10020
        Telephone (212) 610-6300
        Facsimile (212) 610-6399
        ken.coleman@allenovery.com
        lisa.kraidin@allenovery.com

        -and-

        BUCHANAN INGERSOLL & ROONEY PC

        By: <u>/s/ Mona A. Parikh</u>
        Mary F. Caloway (No. 3059)
        Mona A. Parikh (No. 4901)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, Delaware 19801
        Telephone (302) 552-4200
        Facsimile (302) 552-4295
        mary.caloway@bipc.com
        mona.parikh@bipc.com

        *Attorneys for Ernst & Young Inc., as Monitor*
        *and Foreign Representative of the Canadian*
        *Nortel Group*