Elizabeth Banda Calvo
Adrienne Hamil
Alexander Wolfe
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
FAX: (817) 860-6509
Email: ahamil@pbfcm.com

ATTORNEYS FOR:  CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD, RICHARDSON ISD

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| NORTEL NETWORKS INC., *et al*., | § | CASE NO. 09-10138 (KG) |
| | § | |
| Debtors. | § | Jointly Administered |

**OBJECTION TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' MULTI-SERVICE SWITCH (FORMERLY KNOWN AS 'PASSPORT') BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD, RICHARDSON ISD   (Hereinafter "Taxing Units") and file this OBJECTION TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING

HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' MULTI-SERVICE SWITCH (FORMERLY KNOWN AS 'PASSPORT') BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS (Hereinafter "Sale Motion") as to Real and Business Personal Property (Hereinafter "property"), and respectfully shows this Court as follows:

1. The Taxing Units are subdivisions of the State of Texas and, as such, are authorized to levy and assess ad valorem taxes on the value of property located within their taxing jurisdictions as of January 1 of each tax year.

2. The Taxing Units hold secured, pre-petition ad valorem tax liens and claims for the 2004-2005, 2007-2009 property taxes in the approximate amount of $5,724.89 and post-petition ad valorem tax liens and claims for the 2010 property taxes in the approximate amount of $2,492,978.54. These secured tax liens currently encumber the property that is the subject of the Sale Motion. The Taxing Units' claims are secured by prior perfected continuing enforceable tax liens upon the property of the Debtors, as provided by Sections 32.01 and 32.05(b) of the Texas Property Tax Code.

3. The Taxing Units assert an objection to the Sale Motion to the extent the Debtors seek to sell the property subject to the Taxing Units' secured tax liens free and clear of the pre- and post-

petition taxes.

4. In order to adequately protect the Taxing Units' secured tax liens, the Taxing Units request that either their liens be paid at the time of sale, or, in the alternative, a separate escrow or segregated account be created at closing from the proceeds of the sale in a sufficient amount to cover the pre- and post-petition ad valorem taxes owed to the Taxing Units with language in any order approving the sale stating that the tax liens of the Taxing Units will attach to these segregated proceeds with the same validity, priority, and effect as they exist under non-bankruptcy law.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Taxing Units request this Honorable Court to order their secured tax liens to be paid at closing or, in the alternative, that a separate escrow or segregated account be created from any sales proceeds to cover the pre- and post-petition ad valorem taxes as adequate protection for the tax liens, and for all further relief as is just and proper.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
Attorneys for Claimant

/s/  Adrienne Hamil
ADRIENNE HAMIL
SBN:  24069867
ELIZABETH BANDA CALVO
SBN:  24012238
ALEXANDER WOLFE
SBN:  24054474
P.O. Box 13430
Arlington, Texas  76094-0430
Phone:  817-461-3344
Fax:  817-860-6509

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail, facsimile, and/or the Court's electronic case filing system to the following parties on this 30th day of August, 2010:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn:  James L. Bromley & Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: 212-225-3999 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn:  Derek C. Abbott<br>1201 North Market Street<br>Wilmington, DE 19801<br>Facsimile: 302-658-3989 |
| Schulte, Roth & Zabel LLP<br>Attn:  Richard A. Presutti<br>919 Third Avenue<br>New York, NY 10022<br>Facsimile: 212-593-5955 | Akin Gump Strauss Hauer & Feld LLP<br>Attn:  Fred Hodara, Stephen Kuhn, & Kenneth Davis<br>One Bryant Park<br>New York, NY 10036<br>Facsimile: 212-872-1002 |
| Richards, Layton & Finger, P.A.<br>Attn:  Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Facsimile: 302-651-7701 | Milbank, Tweed, Hadley & McCloy<br>Attn:  Roland Hlawaty<br>One Chase Manhattan Plaza,<br>New York, NY 10006<br>Facsimile:  212-8225735 |
| Office of the US Trustee<br>Attn:  Kevin Callahan<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Facsimile: 302-573-6497 | Intentionally left blank. |

        /s/  Adrienne Hamil
        ADRIENNE HAMIL