# **EXHIBIT A**

## **No Liability Claims**

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| AAVID THERMALLOY<br>70 COMMERCIAL STREET<br>CONCORD, NH  03301 | 6050<br>10/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,300.00 (U)<br>$1,300.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| AAVID THERMALLOY, LLC<br>70 COMMERCIAL STREET<br>CONCORD, NH  03301 | 6049<br>10/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,300.00 (A)<br>- (P)<br>- (U)<br>$1,300.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ACCESSOTRONIK<br>9305 TRANS CANADA HIGHWAY<br>ST LAURENT, QC  H4S 1V3<br>CANADA | 3088<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$8,780.62 (U)<br>$8,780.62 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ACCESSOTRONIK<br>9305 TRANS CANADA HIGHWAY<br>ST LAURENT, QC  H4S 1V3<br>CANADA | 3089<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,780.62 (A)<br>- (P)<br>- (U)<br>$8,780.62 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ACCURATE SCREW MACHINE CORP.<br>10 AUDREY PLACE<br>FAIRFIELD, NJ  07004 | 211<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,793.00 (U)<br>$2,793.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON  405-310<br>KOREA | 3558<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,300.00 (U)<br>$5,300.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON  405-310<br>KOREA | 3563<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,300.00 (A)<br>- (P)<br>- (U)<br>$5,300.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS<br>601 CAMPUS DRIVE SUITE C 1<br>CAROL STREAM, IL 60004-7802 | 6607<br>1/6/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$418.38 (U)<br>$418.38 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ATDI INC<br>1420 BEVERLY ROAD, SUITE 140<br>MCLEAN, VA 22101 | 2462<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,680.60 (U)<br>$10,680.60 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ATDI, INC.<br>1420 BEVERLY ROAD<br>STE 140<br>MCLEAN, VA 22101 | 2461<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,680.60 (A)<br>- (P)<br>- (U)<br>$10,680.60 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| AUTOMATED OUTLET<br>708 VALLEY RIDGE CIRCLE<br>LEWISVILLE, TX 75057 | 6485<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,361.55 (U)<br>$1,361.55 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| BATTACC LIMITEE<br>BATTACC STATIONARY BATTERIES<br>139 DEVON RD, UNIT 8<br>BRAMPTON, ON L6T 5L8<br>CANADA | 4548<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,401.55 (U)<br>$1,401.55 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| BATTACC LIMITEE (LTEE)<br>139 DEVON ROAD, UNIT 8<br>BRAMPTON, ON L6T 5L8<br>CANADA | 4549<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,401.55 (A)<br>- (P)<br>- (U)<br>$1,401.55 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| BAYTECH PLASTICS INC<br>320 ELIZABETH STREET<br>MIDLAND, ON L4R 4L6<br>CANADA | 6988<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$4,117.44 (U)<br>$4,117.44 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BAYTECH PLASTICS INC<br>320 ELIZABETH STREET<br>MIDLAND, ON  L4R 4L6<br>CANADA | 6989<br>1/26/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$4,117.44 (A)<br>- (P)<br>- (U)<br>$4,117.44 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| BERTEIG CONSULTING INC<br>14774 WOODBINE AVE<br>GORMLEY, ON  L0H 1G0<br>CANADA | 4716<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,523.41 (U)<br>$37,523.41 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| BOC GASES<br>1101 PARISIEN<br>OTTAWA, ON  K1B 3R6<br>CANADA | 2338<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,046.49 (U)<br>$1,046.49 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| CIRCUITS CMR LTD<br>850 SELKIRK<br>POINTE-CLAIRE, QC  N9R 3S3<br>CANADA | 5839<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,144.50 (A)<br>- (P)<br>- (U)<br>$1,144.50 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| CIRCUITS CMR LTEE<br>850 SELKIRK<br>POINTE CLAIRE, PQ  H9R 3S3<br>CANADA | 5838<br>10/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,144.50 (U)<br>$1,144.50 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| COCA-COLA COMPANY, THE<br>ATTN: JOE JOHNSON, NAT 2008<br>P.O. BOX 1734<br>ATLANTA, GA  30313 | 1334<br>6/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$90,200.00 (U)<br>$90,200.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| COLTECH OPTRONICS INC<br>#103 7879 8TH STREET N.E.<br>CALGARY, AB  T2E 8A2<br>CANADA | 3225<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,801.55 (U)<br>$2,801.55 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB  T2E 8A2<br>CANADA | 6663<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$2,801.55 (A)<br>- (P)<br>- (U)<br>$2,801.55 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| COMMODITY COMPONENTS INTERNATIONAL INC.<br>TAMMY WILE<br>100 SUMMIT ST.<br>PEABODY, MA  01960 | 1816<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,362.71 (A)<br>- (P)<br>- (U)<br>$1,362.71 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| COURRIER SLR<br>1547 RUE ALGONQUIN<br>LAVAL, QC  H7P 4R5<br>CANADA | 3138<br>9/17/09<br>NO DEBTOR | $379.88 (S)<br>- (A)<br>$379.88 (P)<br>- (U)<br>$379.88 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| COURRIER SLR (9010-8523QC INC)<br>3095 DAGENAIS O.<br>LAVAL, QC  H7P 1T8<br>CANADA | 3137<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$379.00 (A)<br>- (P)<br>- (U)<br>$379.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| CROSSWIND TECHNOLOGIES INC<br>835 FERN RIDGE ROAD<br>FELTON, CA  95018 | 6968<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| CYS STRUCTURAL ENGINEERS, INC.<br>1760 CREEKSIDE OAKS DRIVE, STE 280<br>SACRAMENTO, CA  95833 | 5865<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,225.00 (U)<br>$1,225.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| DEVELOPMENT DIMIENSIONS INTN'L INC.<br>367 MORGANZA ROAD<br>CANONSBURG, PA  15317 | 1117<br>5/7/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,002.50 (U)<br>$10,002.50 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DIGICOM, INC<br>829 TOWLSTON RD<br>MC LEAN, VA  22102 | 261<br>2/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,703.98 (U)<br>$8,703.98 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| DURAMOULD PLASTICS INCORPORATED<br>1950 BOUNDARY ROAD<br>WHITBY, ON  L1N 8P8<br>CANADA | 3636<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$73,815.00 (U)<br>$73,815.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| DURAMOULD PLASTICS INC.<br>1950 BOUNDARY RD<br>WHITBY, ON  L1N 8P8<br>CANADA | 3635<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$73,000.00 (A)<br>- (P)<br>- (U)<br>$73,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC  H4E 1A2<br>CANADA | 1945<br>8/21/09<br>NO DEBTOR | $13,020.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$13,020.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC  H4E 1A2<br>CANADA | 1946<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$13,020.00 (A)<br>- (P)<br>- (U)<br>$13,020.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| EMPOWERED NETWORKS INC<br>1315 PICKERING PARKWAY<br>SUITE 200<br>PICKERING, ON  L1V 7G5<br>CANADA | 4640<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,903.12 (U)<br>$5,903.12 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| EMPOWERED NETWORKS INC<br>1315 PICKERING PARKWAY<br>SUITE 200<br>PICKERING, ON  L1V 7G5<br>CANADA | 4641<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,903.12 (A)<br>- (P)<br>- (U)<br>$5,903.12 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ETHOS DESIGN<br>THE STUDIO<br>FRIARS FARM<br>WORCESTER ROAD, HARVINGTON<br>WORCS  DY10 4NE<br>UNITED KINGDOM | 6734<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$6,267.24 (A)<br>- (P)<br>- (U)<br>$6,267.24 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ETHOS DESIGN<br>PO BOX 3226<br>STOURBRIDGE WE  DY9 7ZX<br>GREAT BRITAIN | 6735<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$6,267.24 (U)<br>$6,267.24 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| FIBICS INCORPORATED<br>556 BOOTH STREET<br>SUITE 200<br>OTTAWA, ON  K1A 0G1<br>CANADA | 2391<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,683.66 (U)<br>$6,683.66 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| FILLMORE RILEY BARRISTERS<br>SOLICITORS & TRADE-MARK AGENTS<br>ATTN: PETER DAVEY<br>1700 COMMODITY EXCHANGE TOWER<br>WINNIPEG, MB  R3C 3Z3<br>CANADA | 4411<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$641.81 (U)<br>$641.81 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| FOUNDATION CSSSSL<br>911 MONTEEDES PIONNIERS<br>TERREBONNE, QC  J6V 2H2<br>CANADA | 2657<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$30,000.00 (A)<br>- (P)<br>- (U)<br>$30,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| FRASER OHMAN, MEREDITH<br>27 CORONET AVENUE<br>OTTAWA, ON  K2G 6R8<br>CANADA | 6722<br>1/15/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,039.50 (U)<br>$1,039.50 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| FRASER-OHMAN, MEREDITH<br>27 CORONET AVE<br>OTTAWA, ON  K2G 6R8<br>CANADA | 6723<br>1/15/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,039.50 (A)<br>- (P)<br>- (U)<br>$1,039.50 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FUSION TRADE, INC.<br>206 ANDOVER STREET<br>ANDOVER, MA  01810 | 326<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,696.00 (U)<br>$33,696.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC  J4B 8N9<br>CANADA | 4216<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,133.62 (U)<br>$3,133.62 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| GEOFFROY<br>ATTN: MARTIN GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC  J4B 8N9<br>CANADA | 4217<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,000.00 (A)<br>- (P)<br>- (U)<br>$3,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| GIGA TRON ASSOC LTD<br>968 ST LAURENT BLVD<br>OTTAWA, ON  K1K 3B3<br>CANADA | 3343<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,016.25 (A)<br>- (P)<br>- (U)<br>$4,016.25 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| GIGA TRON ASSOCIATES LTD<br>968 ST LAURENT BOULEVARD<br>OTTAWA, ON  K1K 3B3<br>CANADA | 3344<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,016.25 (U)<br>$4,016.25 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| GLOBAL COMPLIANCE SERVICES INC<br>13950 BALLANTYNE CORPORATE<br>CHARLOTTE, NC  28277 | 2021<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$911.28 (U)<br>$911.28 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC  V8R 6N1<br>CANADA | 2854<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,782.70 (A)<br>- (P)<br>- (U)<br>$10,782.70 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC  V8R 6N1<br>CANADA | 2855<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,688.67 (U)<br>$2,688.67 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| HYDRO ONE TELECOM INC.<br>65 KELFIELD STREET<br>REXDALE, ON  M9W 5A3<br>CANADA | 6147<br>11/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,829.34 (U)<br>$5,829.34 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| INTERFAX SYSTEMS INC<br>45 VOYAGER COURT NORTH<br>TORONTO, ON  M9W 4Y2<br>CANADA | 2092<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$21,984.41 (U)<br>$21,984.41 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20  1211<br>SWITZERLAND | 2087<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$26,703.06 (A)<br>- (P)<br>- (U)<br>$26,703.06 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20  1211<br>SWITZERLAND | 2088<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$26,703.06 (U)<br>$26,703.06 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| LYNX UK LIMITED<br>UNIT 1, TOWERGATE INDUSTRIAL PARK<br>COLEBROOK WAY<br>ANDOVER HANTS  SP10 3BB<br>GREAT BRITAIN | 2995<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$14,618.75 (A)<br>- (P)<br>- (U)<br>$14,618.75 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| LYNX UK LTD<br>UNIT 4 TOWERGATE INDUSTRIAL PK<br>ANDOVER  SP10 3BB<br>GREAT BRITAIN | 2994<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,618.75 (U)<br>$14,618.75 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MEADVILL GROUP<br>4 DAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO<br>CHINA | 6627<br>1/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,506.40 (U)<br>$1,506.40 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>MIAMI-DADE COUNTY BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL  33130 | 1298<br>6/1/09<br>09-10138<br>Nortel Networks Inc. | $267.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$267.01 (T) | Barred Claim.  The Claim is time-barred by the applicable statute of limitations on collection, which is five years after the tax is assessed or becomes delinquent (Fla. Stat. § 95.091).  Since the tax claimed was assessed on April 1, 2003, the statute of limitations expired on April 1, 2008.  An action to collect the tax was not commenced on or before the expiry of the statute of limitations on April 1, 2008. |
| MICRON OPTICS INC<br>1852 CENTURY PLACE NE<br>ATLANTA, GA  30345-4305 | 2792<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,220.00 (U)<br>$11,220.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MOCANA CORPORATION<br>350 SANSOME<br>SUITE 740<br>SAN FRANCISCO, CA  94104 | 2794<br>9/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MOCANA CORPORATION<br>350 SANSOME ST SUITE 210<br>SAN FRANCISCO, CA  94104-1306 | 2795<br>9/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$16,262.00 (U)<br>$16,262.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MUSIC SEMICONDUCTORS INCORPORATED<br>P/O BOX 456<br>CONOVER, NC  28613 | 726<br>3/27/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$25,080.00 (U)<br>$25,080.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MUSTANG TECHNOLOGIES INC<br>4030 COTE VERTU, SUITE 100<br>ST-LAURENT, QB  H4R 1V4<br>CANADA | 2585<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$7,148.94 (A)<br>- (P)<br>- (U)<br>$7,148.94 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MUSTANG TECHNOLOGIES INC<br>4030 RUE COTE VERTU<br>SUITE 100<br>ST LAURENT, QC  H4R 1V4<br>CANADA | 2586<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,148.94 (U)<br>$5,418.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OCR CANADA LTD<br>600 COCHRANE DR # 100<br>MARKHAM, ON  L3R 5K3<br>CANADA | 6547<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$798.00 (A)<br>- (P)<br>- (U)<br>$798.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OCR CONCEPTS CANADA LIMITED<br>600 COCHRANE DR<br>SUITE 100<br>MARKHAM, ON  L3R 5K3<br>CANADA | 2392<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$798.00 (U)<br>$798.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OCR CONCEPTS CANADA LIMITED<br>600 COCHRANE DR<br>SUITE 100<br>MARKHAM, ON  L3R 5K3<br>CANADA | 6548<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$798.00 (U)<br>$798.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OPEN TEXT<br>275 FRANK TOMPA DR.<br>WATERLOO, ON  N2L 0A1<br>CANADA | 917<br>4/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,369.38 (U)<br>$5,369.38 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OPERATIV INC<br>331 SOMERSET ST W. SUITE 3<br>OTTAWA, ON  K2P 0J8<br>CANADA | 4493<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,271.56 (U)<br>$10,271.56 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OPERATIV INC.<br>331 SOMERSET ST. W. SUITE 3<br>OTTAWA, ON  K2P 0J8<br>CANADA | 4494<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$12,836.24 (A)<br>- (P)<br>- (U)<br>$12,836.24 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| OTTAWA DRAGON BOAT RACE FESTIVAL<br>34 407 LAURIER AVENUE WEST<br>OTTAWA, ON  K1R 7Y7<br>CANADA | 4341<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OTTAWA DRAGON BOAT RACE FESTIVAL<br>34 407 LAURIER AVENUE WEST<br>OTTAWA, ON  K1R 7Y7<br>CANADA | 4382<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$30,000.00 (A)<br>- (P)<br>- (U)<br>$30,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OVERSEAS PATENT AGENCY, INC.<br>2067 15 MILE RD<br>STERLING HEIGHTS, MI  48310 | 1424<br>6/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,285.00 (U)<br>$1,285.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| OZ OPTICS LIMITED<br>219 WESTBROOK ROAD<br>OTTAWA, ON  KOA ILO<br>CANADA | 1245<br>5/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,081.10 (U)<br>$2,081.10 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PATENT ART, LLC<br>635 FRITZ DR., STE 110<br>COPPELL, TX  75019 | 1322<br>6/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PRECISE METAFAB INC.<br>112 WILLOWLEA ROAD, UNIT 4<br>CARP, ON  K0A 1L0<br>CANADA | 6545<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$2,943.37 (A)<br>- (P)<br>- (U)<br>$2,943.37 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PRECISE METAFAB INC.<br>112 WILLOWLEA ROAD, UNIT 4<br>CARP, ON  K0A 1L0<br>CANADA | 6546<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$2,943.37 (U)<br>$2,943.37 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PRECISE METFAB INC<br>112 WILLOWLEA<br>UNIT 4<br>CARP, ON  K0A 1L0<br>CANADA | 2047<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,669.18 (U)<br>$2,669.18 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PROMAX CONSULTING SERVICES, INC.<br>1103 HIBISCUS BLVD., STE. 302A<br>MELBOURNE, FL  32901 | 156<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PROTIVITI<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA  94588 | 621<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,064.23 (U)<br>$23,064.23 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON  K2E 7L9<br>CANADA | 467<br>3/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,473.74 (U)<br>$3,473.74 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON  K2E 7L9<br>CANADA | 2128<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,473.74 (A)<br>- (P)<br>- (U)<br>$3,473.74 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON  K2E 7L9<br>CANADA | 2129<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,473.74 (U)<br>$3,473.74 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RCOMM RADIO INC<br>6560 HWY # 34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 6616<br>1/7/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$43,497.72 (A)<br>- (P)<br>- (U)<br>$43,497.72 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 1385<br>6/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$43,497.72 (U)<br>$43,497.72 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 1386<br>6/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$43,497.72 (A)<br>- (P)<br>- (U)<br>$43,497.72 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 1934<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$43,497.72 (A)<br>- (P)<br>- (U)<br>$43,497.72 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RCOMM RADIO INC.<br>6560 HWY # 34<br>VANKLEEK HILL, ON  K0B 1R0<br>CANADA | 6615<br>1/7/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$43,497.72 (U)<br>$43,497.72 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON  M5J 2M4<br>CANADA | 1801<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$14,823.70 (A)<br>- (P)<br>- (U)<br>$14,823.70 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON  M5J 2M4<br>CANADA | 6408<br>12/24/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$16,346.45 (U)<br>$16,346.45 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON  M5J 2M4<br>CANADA | 6409<br>12/24/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$16,346.45 (A)<br>- (P)<br>- (U)<br>$16,346.45 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| RECLAIM CONSULTING<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON  M5J 2M4<br>CANADA | 1787<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$14,823.70 (U)<br>$14,823.70 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SERVICES ELECTRONIC MANUFACTURING<br>SRL<br>VIA LECCO 61<br>VIMERCATE  20059<br>ITALY | 6874<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$42,302.84 (U)<br>$42,302.84 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SERVICES FOR ELECTRONIC MANUFACTURING<br>S.R.L.<br>VIA LECCO 61<br>VIMERCATE<br>MILANO  20059<br>ITALY | 6873<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$42,302.84 (A)<br>- (P)<br>- (U)<br>$42,302.84 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SIMBOL TEST SYSTEMS<br>616 RUE AUGUSTE MONDOUX<br>GATINEAU, QC  J9J 3K3<br>CANADA | 350<br>2/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$88,250.00 (U)<br>$88,250.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SIMCLAR INTERCONNECT TECHNOLOGIES<br>1624 W. JACKSON<br>OZARK, MO  65721-9156 | 6943<br>1/25/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$54,972.00 (U)<br>$54,972.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SINCLAR INTERCONNECT TECHNOLOGIES<br>1784 STANLEY AVE<br>DAYTON, OH  45404 | 6944<br>1/25/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$54,972.00 (A)<br>- (P)<br>- (U)<br>$54,972.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| SOFTWARE IMPRESSIONS LLC<br>21C ARTS CENTER COURT, PO BOX 519<br>AVON, CT  06001-3752 | 6074<br>10/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$49,795.00 (U)<br>$49,795.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SOFTWARE IMPRESSIONS LLC<br>51 SAWYER ROAD<br>SUITE 510<br>WALTHAM, MA 02453 | 6075<br>10/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$49,795.00 (A)<br>- (P)<br>- (U)<br>$49,795.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA 01460 | 6891<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU D-98693<br>GERMANY | 2609<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$40,000.00 (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| TECHNISCHE UNIVERSITAT ILMENAU<br>PF 10 05 65<br>ILMENAU 98684<br>GERMANY | 2610<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AMEY, RECHTSAMT<br>EHRENBURGSTRASSE 29<br>ILMENAU D-98693<br>GERMANY | 6660<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$40,000.00 (A)<br>- (P)<br>- (U)<br>$40,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU D-98693<br>GERMANY | 6661<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| TEKVIZION LABS<br>2301 N. GREENVILLE AVE<br>SUITE 400<br>RICHARDSON, TX 75082 | 446<br>3/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,900.00 (U)<br>$35,900.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TELSTRAT<br>ATTN: JENNIFER SLACK<br>6900 K AVENUE<br>PLANO, TX  75074 | 4396<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,434.00 (A)<br>- (P)<br>- (U)<br>$5,434.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TELSTRAT INTERNATIONAL, LLP<br>ATTN: JENNIFER SLACK<br>6900 K AVENUE<br>PLANO, TX  75074 | 4395<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$53,792.60 (U)<br>$53,792.60 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TESTFORCE SYSTEMS INC<br>7879 - 8TH STREET NE #111<br>CALGARY, AB  T2E 7B2<br>CANADA | 2790<br>9/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 285<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,942.87 (U)<br>$72,942.87 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 2786<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$72,942.87 (A)<br>- (P)<br>- (U)<br>$72,942.87 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 2788<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$72,942.87 (A)<br>- (P)<br>- (U)<br>$72,942.87 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC  H4S 1R7<br>CANADA | 2791<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$72,942.87 (A)<br>- (P)<br>- (U)<br>$72,942.87 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TEXAS INSTRUMENTS INC<br>12500 T.I. BLVD. M/S 8688<br>ATTENTION: CHARLIE HILL<br>DALLAS, TX  75284-5152 | 2340<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,496.00 (U)<br>$3,496.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN  56003 | 313<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TRIBUNE MEDIA SERVICES<br>40 MEDIA DRIVE<br>QUEENSBURY, NY  12804 | 2246<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,559.59 (A)<br>- (P)<br>- (U)<br>$8,559.59 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY  12804 | 2247<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,559.59 (U)<br>$8,559.59 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY  12804 | 6509<br>12/30/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$8,549.59 (U)<br>$8,549.59 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TSC INC.<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON  L5M 1A5<br>CANADA | 2908<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,095.00 (U)<br>$4,095.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| TSC INC.<br>JOANNE MCLEAN<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON  L5M 1A5<br>CANADA | 2909<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,095.00 (A)<br>- (P)<br>- (U)<br>$4,095.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TSC INC.<br>18 ALPHONSE CRES<br>MISSISSAUGA, ON  L5M 1A5<br>CANADA | 6827<br>1/21/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$4,095.00 (U)<br>$4,095.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| U4EA TECHNOLOGIES INC<br>136 MILMAR WAY<br>LOS GATOS, CA  95032-3843 | 4030<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,500.00 (U)<br>$37,500.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| U4EA TECHNOLOGIES, INC<br>136 MILMAR WAY<br>LOS GATOS, CA  950323843 | 4041<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$37,500.00 (A)<br>- (P)<br>- (U)<br>$37,500.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| VBRICK SYSTEMS INC<br>12 BEAUMONT ROAD<br>WALLINGFORD, CT  06492 | 6668<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$69,180.00 (U)<br>$69,180.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| VECTRON INTERNATIONAL<br>267 LOWELL RD<br>HUDSON, NH  03051-4916 | 5948<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,660.00 (U)<br>$5,660.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| VENTURA COUNTY TAX COLLECTOR<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA  93009-1290 | 6063<br>10/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$38,936.05 (P)<br>- (U)<br>$38,936.05 (T) | Barred Claim.  The Claim is time-barred by the applicable statute of limitations on assessment, which is four years after July 1 of the year during which the property escaped taxation or was underassessed (Cal. Rev. & Tax Code § 532).  Since the tax claimed is for the 2003 tax year, the statute of limitations expired on July 1, 2007.  The tax was not assessed on or prior to the expiry of the statute of limitations on July 1, 2007. |
| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD  21094 | 1354<br>6/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$25,619.57 (U)<br>$25,619.57 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON  K2H 8R8<br>CANADA | 699<br>3/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,880.00 (U)<br>$5,880.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON  K2H 8R8<br>CANADA | 700<br>3/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,410.00 (U)<br>$4,410.00 (T) | Non-Debtor Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the claim. |
| **Totals:** | **128  Claims** | **$13,666.89 (S)**<br>**$945,969.23 (A)**<br>**$39,315.93 (P)**<br>**$1,419,460.44 (U)**<br>**$2,416,301.67 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed