# **EXHIBIT C**

## **Redundant Bond Claims**

## Exhibit C

### Redundant Bond Claims

| | **Duplicate Claim to be Expunged** | | | **Corresponding Duplicate Claim** | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| PARILLO, WILLIAM<br>722 BEAR LAKE DR.<br>LONGS, SC  29568 | 1048<br>4/27/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE, LATHAM & WATKINS LLP<br>ATTN ROBERT J ROSENBERG, MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY  10022 | 3972<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,785,241,840.28 (U)<br>$2,785,241,840.28 (T) | Redundant Bond Claim. Claim asserts amount allegedly due under an indenture that restricts bondholders from pursuing remedies that are being pursed by the indenture trustee.  Since the indenture trustee has filed a claim on behalf of the bondholders, the claimant is not entitled to assert a separate claim with respect to the indenture. |
| PARILLO, WILLIAM<br>722 BEAR LAKE DR.<br>LONGS, SC  29568 | 2476<br>8/31/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE, LATHAM & WATKINS LLP<br>ATTN ROBERT J ROSENBERG, MICHAEL J RIELA<br>885 THIRD AVENUE<br>NEW YORK, NY  10022 | 3972<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,785,241,840.28 (U)<br>$2,785,241,840.28 (T) | Redundant Bond Claim. Claim asserts amount allegedly due under an indenture that restricts bondholders from pursuing remedies that are being pursed by the indenture trustee.  Since the indenture trustee has filed a claim on behalf of the bondholders, the claimant is not entitled to assert a separate claim with respect to the indenture. |
| Totals: | 2  Claims | | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | | | - (S)<br>- (A)<br>- (P)<br>$5,570,483,680.56 (U)<br>$5,570,483,680.56 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed