# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
:
          Debtors.                       :    Jointly Administered
:
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The United States Equal Employment Opportunity Commission (the "EEOC") hereby withdraws with prejudice the proof of claim it filed in the above-captioned cases, which has been marked in the Debtors' claim registry as Claim No. 6702, and which is based on EEOC Charge No. 846-2009-01898.

Dated: San Francisco, California
August 23, 2010

_____
Mali Kigasari, Investigator
United States Equal Employment Opportunity
   Commission
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Tel. (415) 625-5600

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.