## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 7/1/10 through 7/31/10

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive | $760 | 38.20 | $29,032.00 |
| J. Borow | Executive Director | $760 | 125.40 | $95,304.00 |
| J. Hyland | Executive Director | $575 | 181.90 | $104,592.50 |
| R. Conroy | Director | $500 | 47.20 | $23,600.00 |
| D. Rothberg | Director | $395 | 206.70 | $81,646.50 |
| L. Ahearn | Director | $360 | 169.90 | $61,164.00 |
| J. Peterson | Consultant | $335 | 27.50 | $9,212.50 |
| M. Lasinski[2] | Contractor | $310 | 28.60 | $8,866.00 |
| T. Morilla | Consultant | $305 | 192.80 | $58,804.00 |
| H. Becker | Paraprofessional | $120 | 1.00 | $120.00 |
| **For the Period 7/1/2010 through 7/31/2010** | | | **1,019.20** | **$472,341.50** |

---

[2] On June 18, 2010, Michael J. Lasinski, a Managing Director of Capstone, left the firm to become an independent consultant. While at Capstone, Mr. Lasinski was part of the team representing the Committee in these chapter 11 cases, and will continue to act as an independent consultant to Capstone on behalf of the Committee. To the best of Capstone's knowledge, Mr. Lasinski's independent retention would satisfy the requirements of 1103(a). Mr. Lasinski's fees have been included in this Capstone fee application at the same rate that Mr. Lasinski has charged Capstone, and Capstone has not charged any premium on Mr. Lasinski's fees. Further, detailed time entries in support of Mr. Lasinski's fees are included in the exhibits to Capstone's fee application in the same manner as they were while he was an employee of Capstone. The Office of the United States Trustee for the District of Delaware has been informed of Capstone's intent to structure Mr. Lasinski's compensation arrangement in this manner.

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the 7/1/2010 - 7/31/2010 Fee Statement**