# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 7/1/10 through 7/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 204.90 | $93,549.50 |
| 05. Professional Retention/Fee Application Preparation | | 5.00 | $1,853.00 |
| 07. Interaction/Mtgs w | | 16.00 | $8,147.00 |
| 08. Interaction/Mtgs w Creditors | | 54.30 | $37,670.50 |
| 09. Employee Issues/KEIP | | 80.00 | $36,684.50 |
| 10. Recovery/SubCon/Lien | | 19.00 | $8,889.00 |
| 11. Claim Analysis/Accounting | | 96.30 | $45,465.50 |
| 13. Intercompany Transactions/Bal | | 78.50 | $34,091.00 |
| 14. Executory Contracts/Leases | | 10.80 | $3,497.50 |
| 17. Analysis of Historical Results | | 38.50 | $15,617.50 |
| 18. Operating and Other Reports | | 30.30 | $16,658.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 91.20 | $35,184.00 |
| 20. Projections/Business | | 146.60 | $60,139.50 |
| 24. Liquidation Analysis | | 28.80 | $13,104.00 |
| 26. Tax Issues | | 14.80 | $9,241.50 |
| 27. Plan of Reorg/Discl Stmt | | 6.80 | $4,024.00 |
| 33. Intellectual Property | | 97.40 | $48,525.50 |
| **For the Period 7/1/2010 through 7/31/2010** | | **1,019.20** | **$472,341.50** |