**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2010 through 7/31/2010**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 7/12/2010 | T. Morilla | Airfare for trip to Toronto. | $839.20 |
| 7/12/2010 | L. Ahearn | Airfare from trip to Toronto. | $619.90 |
| 7/13/2010 | J. Hyland | Airfare for NY trip. | $365.70 |
| 7/16/2010 | D. Rothberg | Airfare to Raleigh. | $329.70 |
| 7/16/2010 | D. Rothberg | Airfare home from Raleigh. | $169.70 |
| 7/19/2010 | J. Hyland | Travel agency fare for NY trip on 7/12. | $15.00 |
| 7/19/2010 | J. Hyland | Additional taxi fare in NY from 7/12. | $5.00 |
| 7/20/2010 | L. Ahearn | Airfare to Raleigh, NC. | $567.70 |
| 7/20/2010 | J. Hyland | Airfare to Raleigh. | $485.40 |
| 7/20/2010 | T. Morilla | Airfare for trip to Raleigh, NC. | $169.70 |
| 7/21/2010 | T. Morilla | Airfare for trip back to NYC from Raleigh, NC. | $179.70 |
| 7/21/2010 | L. Ahearn | Airfare from return trip from Raleigh. | $153.70 |
| 7/26/2010 | J. Hyland | Airfare to NY. | $865.40 |
| 7/27/2010 | J. Hyland | Travel agency fee for airfare for NY trip. | $35.00 |
| 7/27/2010 | J. Hyland | Travel agency charge from 7/19 for Raleigh trip. | $35.00 |
| 7/27/2010 | J. Hyland | Travel agency fee - airfare for NY trip. | $15.00 |
| 7/27/2010 | J. Hyland | Travel agency fee for airfare for NY trip. | $15.00 |
| **Subtotal - Airfare/Train** | | | **$4,865.80** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Auto Rental/Taxi** | | | |
| 7/6/2010 | J. Borow | Cabfare from Cleary to office. | $18.60 |
| 7/8/2010 | Capstone Expense | Taxi in NY. | $372.12 |
| 7/8/2010 | Capstone Expense | Taxi in NY. | $142.84 |
| 7/8/2010 | Capstone Expense | Taxi in NY. | $73.03 |
| 7/8/2010 | Capstone Expense | Taxi in NY. | $62.83 |
| 7/12/2010 | T. Morilla | Taxi to the airport for Toronto trip. | $33.27 |
| 7/12/2010 | T. Morilla | Taxi during Toronto trip. | $25.00 |
| 7/12/2010 | L. Ahearn | Taxi from trip to Toronto. | $20.00 |
| 7/13/2010 | L. Ahearn | Taxi from airport to home from trip to Toronto. | $58.00 |
| 7/13/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 7/13/2010 | L. Ahearn | Taxi from trip to Toronto. | $20.00 |
| 7/15/2010 | J. Borow | Cab to Cleary offices | $19.50 |
| 7/20/2010 | D. Rothberg | Taxi to airport for Raleigh trip. | $48.00 |
| 7/20/2010 | T. Morilla | Taxi to airport for trip to Raleigh, NC. | $32.47 |
| 7/21/2010 | J. Hyland | Rental car during Raleigh trip. | $425.52 |
| 7/21/2010 | D. Rothberg | Taxi from airport to Nortel. | $30.00 |
| 7/21/2010 | T. Morilla | Taxi during trip to Raleigh, NC. | $25.00 |
| 7/26/2010 | J. Hyland | Taxi in NY. | $42.69 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,468.87** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Hotel** | | | |
| 7/13/2010 | L. Ahearn | Hotel from trip to Toronto. | $304.11 |
| 7/13/2010 | T. Morilla | Hotel expense for trip to Toronto. | $153.24 |
| 7/14/2010 | J. Hyland | Hotel in NY. | $531.33 |
| 7/20/2010 | L. Ahearn | Hotel for Raleigh trip. | $160.56 |
| 7/21/2010 | J. Hyland | Hotel in Raleigh. | $220.98 |
| 7/21/2010 | D. Rothberg | Hotel in Raleigh. | $168.56 |
| 7/21/2010 | T. Morilla | Hotel during trip to Raleigh, NC. | $153.56 |
| 7/28/2010 | J. Hyland | Hotel in NY. | $922.70 |
| **Subtotal - Hotel** | | | **$2,615.04** |
| **Meals** | | | |
| 7/6/2010 | T. Morilla | Meal due to working late. | $19.00 |
| 7/12/2010 | T. Morilla | Meal during Toronto trip. | $18.26 |
| 7/12/2010 | T. Morilla | Meal during Toronto trip. | $9.77 |
| 7/12/2010 | L. Ahearn | Meal in Toronto. | $8.53 |
| 7/12/2010 | L. Ahearn | Breakfast in Toronto. | $8.23 |
| 7/13/2010 | T. Morilla | Meal during trip to Toronto. | $9.53 |
| 7/13/2010 | T. Morilla | Meal during trip to Toronto. | $7.10 |
| 7/13/2010 | L. Ahearn | Meal from trip to Toronto. | $5.24 |
| 7/14/2010 | J. Hyland | Meal in NY. | $6.25 |
| 7/20/2010 | D. Rothberg | Dinner with C. Ricuarte, J. Hyland, L. Ahearn and T. Morilla. | $423.66 |
| 7/20/2010 | D. Rothberg | Breakfast in Raleigh. | $12.83 |
| 7/20/2010 | D. Rothberg | Lunch in Raleigh. | $10.21 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 7/20/2010 | L. Ahearn | Breakfast in Raleigh. | $7.76 |
| 7/20/2010 | J. Hyland | Meal during Raleigh trip. | $7.53 |
| 7/20/2010 | L. Ahearn | Lunch in Raleigh. | $6.78 |
| 7/20/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $5.40 |
| 7/20/2010 | J. Hyland | Meal during Raleigh trip. | $4.77 |
| 7/20/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $3.80 |
| 7/20/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $2.68 |
| 7/21/2010 | D. Rothberg | Dinner in Raliegh. | $110.57 |
| 7/21/2010 | D. Rothberg | Lunch in Raleigh. | $15.77 |
| 7/21/2010 | T. Morilla | Meal during trip to Raleigh, NC. | $11.80 |
| 7/21/2010 | L. Ahearn | Lunch in Raleigh. | $5.62 |
| 7/21/2010 | D. Rothberg | Breakfast at Raleigh. | $3.69 |
| 7/26/2010 | J. Hyland | Meal in NY. | $9.88 |
| 7/27/2010 | J. Hyland | Meal in NY. | $12.52 |
| 7/28/2010 | J. Hyland | Meal in NY. | $13.14 |
| 7/28/2010 | J. Hyland | Meal during NY trip. | $5.82 |
| **Subtotal - Meals** | | | **$766.14** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 7/20/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 7/26/2010 | J. Hyland | Local mileage for trip to airport for NY trip. | $21.00 |
| 7/28/2010 | J. Hyland | Local mileage for trip to airport for NY trip. | $21.00 |
| **Subtotal - Mileage** | | | **$63.00** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Other** | | | |
| 7/13/2010 | T. Morilla | Foreign transaction fee for use of credit card while in Toronto. | $4.14 |
| **Subtotal - Other** | | | **$4.14** |
| **Parking/Tolls** | | | |
| 7/20/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 7/26/2010 | J. Hyland | Local tolls to airport for NY trip. | $1.60 |
| 7/28/2010 | J. Hyland | Local tolls to airport for NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$4.80** |
| **Postage/FedEx** | | | |
| 7/7/2010 | Capstone Expense | Postage/overnight charges for Nortel. | $36.67 |
| **Subtotal - Postage/FedEx** | | | **$36.67** |
| **Telecom** | | | |
| 7/2/2010 | Capstone Expense | Long Distance telephone for Nortel. | $175.00 |
| 7/6/2010 | J. Hyland | Nortel related telephone charges from hotel. | $151.96 |
| 7/13/2010 | Capstone Expense | Telephone charges for Nortel matters. | $1,448.28 |
| 7/23/2010 | J. Hyland | Long Distance telephone for Nortel. | $58.63 |
| **Subtotal - Telecom** | | | **$1,833.87** |
| **For the Period 7/1/2010 through 7/31/2010** | | | **$11,658.33** |