# Benefit Plan Handbooks

# 4



# BUILDING

# A HEALTHIER FUTURE

IT STARTS TODAY!

YOUR **2009** ENROLLMENT
OVERVIEW GUIDE

**Now is the time to choose your 2009 Nortel benefits.**

CANADA

NØRTEL



# BRINGING It All Together for You...

You'll see some changes this year in how we communicate with you during annual enrollment. We've made a commitment to transform Nortel's benefits communication so it's simpler, easier and more accessible for our people. That's why we're providing new resources and tools to help you understand your benefits choices and make the right decisions. We've also created a new interactive Internet site where you and your family can get answers 24/7—not just during enrollment, but every day throughout the year.



## Build a Healthier Future With Nortel Benefits

Nortel remains strongly committed to providing you and your family with a comprehensive and high-quality benefits program. We evaluate Nortel's benefits each year to ensure that we're offering you the best plans at a fair price. Our benefits continue to be competitive within our industry and are an important part of your total rewards package.

To get the most out of Nortel's benefits and our new online resources, you need to take action. It's up to you to evaluate your options and choose the benefits that make the best sense for you and your family.

## USE OUR NEW RESOURCES TO GET STARTED

This enrollment overview guide is part of our new approach to working with you to build a healthier future—which benefits both you and Nortel. Making your health and insurance choices during annual enrollment is just the beginning. Every day, you have the opportunity to make lifestyle choices that can play a big role in your current and future well-being—whether it's quitting smoking, losing weight, getting in shape, eating better or reducing stress.

As part of our commitment to your health and well-being, we've recently introduced two new health and wellness resources to help you and your family build a healthier future today—and all year long:

- **Health N-site**—A confidential, anytime, anyplace Web site where you and your family can find health insights, get answers to your benefits questions, learn how to manage your health care costs and get the most from your Nortel benefits—no NorPASS required!



- **HealthyRETURNS**—A personalized health program designed to help you take charge of your health and earn rewards for your efforts. HealthyRETURNS is confidential, available 24/7 and free!

To access the resources on Health N-site and link to the HealthyRETURNS program (including its Health and Wellness Companion Web site, which is available to your family as well), go to **www.NortelHealthN-site.com**.



## ▓ TAKE ACTION!

**Annual Enrollment is October 15 – October 28, 2008.**

## ▓ Make a Better Decision for 2009

Use the resources listed below to learn about your choices so that you'll be ready to take action and enroll in the 2009 Nortel benefits that best meet your needs.

■ *NEW!* **Online enrollment support tools.** Want to make the best decision for your 2009 benefits? This year, we're introducing a set of online tools to help you choose. Visit Health N-site at **www.NortelHealthN-site.com** to access the **Choose the Right Plans Toolkit:**

— **The People Like Me Tool** shows you why people with personal situations like yours chose a particular medical plan.

— **The Medical Expense Estimator** helps you avoid paying extra for coverage you may not need. It lets you project and compare your total annual out-of-pocket costs. You can see paycheck contributions, copayments and other costs for each medical option that's available to you.

— **The Health Plan Comparison Tool** makes it easy to compare features for each medical option, such as copayments and deductibles.

■ *NEW!* **This Enrollment Overview Guide,** which is designed to help you and your family:

— *Understand* the benefits changes for 2009,

— *Consider* what's important to you,

— *Choose* the right benefits to meet your needs, and

— *Take action* during annual enrollment.

■ **Your online personalized enrollment worksheet,** available on the enrollment Web site, which lists your 2008 benefits as well as your 2009 options and costs. (If you don't have Web access, you'll find a hard copy of your enrollment worksheet enclosed with this guide.)

EARN UP TO $150 IN HEALTH INCENTIVES! This year, you have the opportunity to earn a health incentive payment of up to $150 by participating in the new HealthyRETURNS Program. Visit Health N-site at **www.NortelHealthN-site.com** to learn how.

# GET INFORMED... What's New for 2009

Although most benefit plan features aren't changing for 2009, you'll see a few differences.

**Clear communication.** As part of our renewed commitment to taking the mystery out of benefits communication, you'll now see the FLEX program referred to as "Nortel Health & Group Benefits." However, you may continue to see the word FLEX in some communications. Rest assured, our benefits program isn't changing—it's just a matter of making benefits communication simpler and more straightforward for you and your family.

**Contribution changes for some of your benefits options.** As you know, health care costs continue to increase, and these increases affect employers and employees alike. We work hard to continue to offer you and your family a high-quality benefits program. Although your contributions for some of your benefits will be higher in 2009, you'll be able to choose from the same benefits options that you have today.

**Lower taxes on core life insurance premiums.** We've recalculated the premium rate for employer-provided employee and retiree core life insurance coverage based on the average age of the employee and retiree groups separately. Previously, the premium rates had been based on the average age of employees and retirees combined. As a result, the premium rate for employee core life insurance will be reduced from $0.385 to $0.096 per $1,000 of coverage per month. Although employees do not pay premiums for core life insurance coverage, the lower premium rate will result in reducing the tax that employees pay on this benefit.

For example, for an employee who chooses $100,000 in core life insurance coverage, the taxable benefit will be reduced from $38.50 ($0.385 × $100,000/$1,000) to $9.60 ($0.096 × $100,000/$1,000) per month, plus applicable provincial sales tax. That's a savings of $346.80 (plus applicable provincial sales tax) for the year!

4

 ## Know What You Need to Do—and When

Your annual enrollment period is from October 15 through October 28, 2008. Mark these important dates on your calendar!

| DATE | WHAT THIS MEANS TO YOU |
|------|------------------------|
| **Wednesday, October 15** | **Enrollment Begins.** It's time to make the best benefits decision for you! If you haven't already, review this enrollment overview guide and visit Health N-site to learn about the 2009 benefits changes, evaluate your choices and see which benefits best fit your personal situation. Then, go to the enrollment Web site and enroll. |
| **Tuesday, October 21** | **You Have One More Week to Enroll.** This is your opportunity to choose the benefits that work best for you. If you haven't enrolled yet, don't wait any longer! Begin taking action so you don't miss the deadline. |
| **Tuesday, October 28** | **Enrollment Ends.** You must enroll by this date. If you don't enroll by this date, you (and any covered dependents) will be assigned your current coverage as "default coverage." This means that your current coverage, along with any applicable plan changes, will continue at 2009 costs. |
| **Thursday, January 1, 2009** | **Your 2009 Benefits Choices Take Effect.** In general, the choices you make during the 2009 annual enrollment period will continue until December 31, 2009. You can only change your benefits during the plan year if you experience a qualified status change. (See Health N-site at **www.NortelHealthN-site.com** for information on qualified status changes.) |

**IMPORTANT REMINDER**

If you'll be away during the two-week enrollment period, you must contact HR Shared Services before the end of the enrollment period to make alternate arrangements for your enrollment.

# TAKE IT Step by Step

No one wants to spend lots of time making decisions about benefits. Use this checklist to help you take action one step at a time.

## STEP #1: Consider Your Needs

☐ **Review your health claims history for 2008.** To get the most out of your benefits, it's important to understand how you and your family currently use your health care coverage—and whether this coverage still meets your needs. You can view your 2008 claims history on Sun Life's Web site (SunWEB) or you can call Sun Life and ask them to mail you your 2008 claim statement.

☐ **Talk with your family.** Your family situation, health status and financial needs may have changed since last year. Here are a few things to consider:

   ☐ Do you want to enroll in your spouse's health plan?

   ☐ Do you want to remove a dependent or cover a new one?

   ☐ Have your health care needs or a family member's health care needs changed? For example, have you developed a chronic condition like asthma or diabetes? Do you anticipate needing surgery or any other medical procedures in 2009?

   ☐ Are any of your children now old enough to need dental or vision care?

   ☐ Do you want to make changes to your current disability, life insurance, or accidental death and dismemberment (AD&D) insurance coverage?

Does your current coverage still meet your needs? Or should you consider different coverage? Your answers to these questions can help you make the best benefits decisions for 2009—and start building a healthier future for you and your family.

## STEP #2: Evaluate Your Choices

☐ **Learn about the benefits changes for 2009.** See "Get Informed…What's New for 2009" on page 4 for a summary of the changes we're making for 2009. Additional information is also available on Health N-site.

☐ **Understand your costs.** Review your 2009 costs for benefits coverage on your online enrollment worksheet on the enrollment Web site. (If you don't have Web access, refer to your enclosed enrollment worksheet.)

☐ **Use the enrollment support tools on Health N-site.** The new **Choose the Right Plans Toolkit** can help you see which benefits best fit your situation. See page 3 for a brief overview, and be sure to visit **www.NortelHealthN-site.com** to help you make the right benefits decisions!

## STEP #3: Take Action!

☐ **Earn health incentives and win prizes!** By completing the HealthyRETURNS Wellness Assessment by 5:00 p.m. Eastern time on October 3 and completing the HealthyRETURNS Challenges for 2008 by their deadlines, you can earn a health incentive of up to $150 (paid to you in 2009) and be entered into a draw for prizes. Visit Health N-site at **www.NortelHealthN-site.com** to learn how!

☐ **Review your dependent information on file.** Even if you waive coverage under the medical and/or dental/vision/hearing care options, it's important that your dependent information be accurate and up to date. That's because this information may be required for other benefits (for example, spousal life insurance), and because your dependents must be listed accurately for them to have easy access to the Employee Assistance Program (EAP).

☐ **Enroll by the deadline!** Choose the benefits that make sense for you and your family. Then, make your enrollment choices from October 15 through October 28, 2008. Be sure to take action so you can get what you want out of Nortel's benefits!

## If You Don't Enroll

If you don't enroll by October 28, you and any covered dependents will be assigned default coverage. This means that you'll automatically be enrolled in your current coverage at your current coverage level (that is, with the same covered dependents—unless a dependent is no longer eligible), but at 2009 prices.

*This default coverage may not meet your needs and your family's needs for 2009. So it's important that you enroll during the annual enrollment period and choose the benefits that are right for you and your family.*

If you have any leftover Benefits Credits after you are assigned default coverage, here's what will happen:

■ If you directed any leftover Benefits Credits to the Health Care Reimbursement Account (HCRA) when you enrolled last year, and the same coverage would result in leftover Benefits Credits in 2009, these credits will be allocated to your HCRA for 2009 (minimum $1 per pay period).

■ If you didn't direct any leftover Benefits Credits to the HCRA in 2008 and you don't enroll for 2009 benefits, any leftover 2009 Benefits Credits after you've been assigned default coverage will be paid to you as taxable pay throughout 2009.



QUESTIONS?

Contact HR Shared Services if you have questions after reading your enrollment materials and using the online enrollment tool, and other resources, you can reach HR Shared Services:

■ By telephone at 1-800-676-4636 or ESN 395-9351. Representatives are available from 8:30 a.m. to 5:30 p.m. Eastern time, Monday through Friday.

■ By e-mail at HR.SharedServices, NA (internal) or hrssna@nortel.com (external)



# UNDERSTAND How to Enroll

Once you've reviewed your enrollment materials, considered your benefits needs, and used the Choose the Right Plans Toolkit on Health N site to make the best choices, you're ready to enroll.



## If You Have Web Access

Log on to Employee Self-Service (ESS), the enrollment Web site, at **https://selfservice.us.nortel.com/**. Click on "Benefits" and then "Annual Enrollment" to make your benefits elections. After completing your enrollment, you'll be able to print a confirmation statement from the site.

## If You Don't Have Web Access

Fill out and mail your completed enrollment worksheet in the enclosed reply envelope postmarked by October 28 or fax it to HR Shared Services at (919) 905-9301 or ESN: 355-9301 by October 28. Be sure to include a phone number where you can be reached if an HR Shared Services Representative needs to contact you. Don't forget to keep a copy of your completed worksheet for your records. Also, if you faxed your completed worksheet, keep a copy of the fax receipt confirmation for your records.

---

### IMPORTANT REMINDER

Whichever way you enroll, a confirmation statement will be mailed to your home shortly after the enrollment period ends. Review your confirmation statement to make sure that it shows the coverage you chose. If you see a mistake, contact HR Shared Services **immediately**. Remember, you can't make benefits changes in 2009 unless you experience a qualified status change. Keep your confirmation statement for future reference. If you don't receive a confirmation statement by December 9, contact HR Shared Services.

---



### FOR MORE INFORMATION

■ For information about your 2009 benefits prices refer to your online enrollment worksheet or the Enroll Guide at https://selfservice.us.nortel.com/

■ For details about plan features and coverage provisions refer to the SPDs available on Health N site (www.NortelHealthNsite.com)

8

 **Health & Group Benefits**
**at a Glance** 

## How Benefits Work at Nortel

You automatically receive coverage for core benefits—which are fully paid by Nortel. You cannot opt out of core coverage. In addition, you can choose to enroll for optional benefits that provide higher levels of coverage than your core benefits. In most cases, you'll share the cost of these optional benefits with Nortel.

| CORE BENEFITS | OPTIONAL BENEFITS |
|---|---|
| **NORTEL AUTOMATICALLY PROVIDES YOU WITH THESE BENEFITS AT NO COST TO YOU** | **YOU CAN ENROLL IN THESE BENEFITS AND SHARE THE COST WITH NORTEL** |
| ▪ Employee life insurance equal to one times your Benefits Earnings. | ▪ Medical coverage—you can't opt out unless you have comparable coverage elsewhere. |
| ▪ Short-term disability (STD) coverage equal to 100% of your pre-disability Benefits Earnings for 6 weeks, then 66-2/3% of your pre-disability Benefits Earnings for an additional 20 weeks. | ▪ Dental/vision/hearing care coverage—this is bundled coverage; if you enroll, you'll receive coverage for all three. |
| ▪ Long-term disability (LTD) coverage equal to 50% of your pre-disability Benefits Earnings after you've been on STD for 26 consecutive weeks. | ▪ Additional STD coverage that increases your benefit to 90% of your pre-disability Benefits Earnings for weeks 7 through 26 of your disability. |
| ▪ The Employee Assistance Program (EAP), which provides free and confidential short-term counseling and work-life services. | ▪ Additional LTD coverage that increases your benefit to 66-2/3% of your pre-disability Benefits Earnings after you've been on STD for 26 consecutive weeks. |
| ▪ Emergency medical coverage during international travel for active employees and their benefits-eligible dependents. | ▪ Additional employee and dependent life insurance. |
| | ▪ Employee and dependent accidental death and dismemberment (AD&D) insurance. |

## Paying For Benefits

Nortel pays the full cost of your core benefits and subsidizes the cost of your medical and dental/vision/hearing care benefits. In addition, Nortel provides you with Benefits Credits that you can use toward the purchase of optional benefits (except optional life insurance, which may only be purchased with after-tax dollars through payroll deductions). See your online enrollment worksheet on the enrollment Web site (or, if you don't have Web access, see your enclosed personalized enrollment worksheet) for your 2009 benefits prices.

▪ **If your benefits choices cost more than your Benefits Credits:** You'll pay the difference with after-tax dollars through payroll deductions.

▪ **If your benefits choices cost less than your Benefits Credits:** You can either direct your unused Benefits Credits to the Health Care Reimbursement Account (HCRA) or receive them as additional taxable pay throughout the year. See "Health Care Reimbursement Account (HCRA)" on page 14 for more information.

# ELIGIBILITY and Coverage





Go to Health N-site at **www.NortelHealthN-site.com** for information about your eligibility and your family's eligibility for Nortel benefits, including special rules that apply if more than one family member works at Nortel.

In general, any changes to your current benefits coverage during annual enrollment will take effect on January 1, 2009 and continue through December 31, 2009. You can't make any changes to your coverage during the year unless you experience a qualified change in status. For information on qualified changes in status, visit Health N-site at **www.NortelHealthN-site.com.**

In certain situations, changes to life insurance, LTD, STD and/or AD&D insurance may have different effective dates, as follows:

■ Life insurance and LTD coverages that require Evidence of Insurability (EOI) will be effective on the date the coverage is approved by Sun Life Financial.

■ If you're on STD on January 1, 2009 (regardless of your annual enrollment choices), your 2008 STD, LTD, optional life insurance and optional AD&D insurance choices will stay in effect until you return to work for 60 consecutive days.

For more information, visit Health N-site at **www.NortelHealthN-site.com.**

# BENEFITS Overview



Nortel offers a variety of benefits to protect your health and well-being, provide financial security, and balance your work-life needs. Only you can decide which benefits and coverage levels best meet your and your family's needs. Here is an overview of your choices and things to consider as you're making your enrollment decisions for 2009.

## MEDICAL BENEFITS AND THE EMPLOYEE ASSISTANCE PROGRAM (EAP)

Your provincial health insurance plan covers many basic health care expenses, including standard ward hospital accommodations, physicians' and specialists' services, and diagnostic tests and procedures.

Nortel offers four medical options to supplement your provincial health insurance:

■ Basic

■ Comprehensive

■ Plus

■ Select

All four options are offered through Sun Life Financial and cover the same services (with the exception of the Basic option, which does not provide supplemental hospitalization coverage);

however, the level of medical coverage and your out-of-pocket costs for medical care vary depending on the option.

When you enroll, you can choose from four coverage levels:

■ You only

■ You and your children or your spouse's children

■ You and your spouse

■ You and your family (spouse and children and/or spouse's children)

You can choose different coverage levels for your medical option and your dental/vision/hearing care option. For example, you can choose medical coverage for you and your family and dental/vision/hearing care coverage for just you and your spouse.

## OPTING OUT

You may choose to opt out of medical coverage if you (or, if you're a Quebec resident, you and your family) have medical coverage from another source, such as your spouse's employer. If you opt out, you need to complete a medical coverage waiver form and return it to HR Shared Services by the date indicated on the waiver. Until you complete and return this waiver, you'll automatically receive coverage under the Basic medical option for you only (or, if you're a Quebec resident, for you and your family). If you're a Quebec resident, you also need to submit proof that you and your family have coverage elsewhere.

## REMEMBER THE EAP!

In addition, you and your eligible dependents automatically are eligible for the Employee Assistance Program (EAP), which is provided by Shepell-fgi. You don't have to enroll, and the EAP is available at no cost. The EAP provides confidential, expert counseling; referrals for child/elder care, legal/financial assistance, education, and other work-life services; and information on a range of work-life issues that may affect your health and well-being.

## DENTAL/VISION/HEARING CARE BENEFITS

Nortel offers three dental/vision/hearing care options that cover a range of services:

- Basic (note that this option doesn't cover major dental services, orthodontia or vision care)
- Comprehensive
- Plus

You can choose any option you wish, regardless of which medical option you choose. Dental, vision and hearing care are bundled together, so if you enroll for coverage, you'll receive coverage for all three benefits as a package.

When you enroll, you can choose from four coverage levels:

- You only
- You and your children or your spouse's children
- You and your spouse
- You and your family (spouse and children and/or spouse's children)

Remember, you can choose different coverage levels for your medical option and your dental/vision/hearing care option. For example, you can choose medical coverage for you and your family and dental/vision/hearing care coverage for only you and your spouse.

Dental, vision and hearing care benefits are provided through Sun Life Financial.





## HEALTH CARE REIMBURSEMENT ACCOUNT (HCRA)

After you've chosen your optional Nortel coverage, you may direct any leftover Benefits Credits to the HCRA to pay for eligible health care expenses that your health benefits don't cover, such as deductibles, copayments and spousal plan premiums, on a before-tax basis. This includes any health-related expenses that would be tax-deductible and listed in the Income Tax Act (Canada) and its Regulations and Interpretation Bulletins. The minimum amount you can direct to the HCRA is $1 per pay period.

Your other option is to have your unused Benefits Credits paid to you as taxable pay throughout the year. However, you can't choose both options— you must only elect one option. During annual enrollment, if you don't actively elect your choice for any remaining Benefits Credits and you're not currently enrolled in the HCRA, your Benefits Credits will automatically default to payment as taxable pay during 2009.

### IMPORTANT REMINDER

- The Canada Revenue Agency (CRA) doesn't allow you to contribute your own money to an HCRA.

- You have until March 31 of the following year to submit claims for reimbursement of eligible health care expenses using your HCRA balance for the current plan year. You'll forfeit any Benefits Credits that remain in your HCRA after March 31 of the following year.

- If you're reimbursed for health care expenses through the HCRA, you cannot claim medical expense income tax credits for the same expenses when you file your federal income tax return.

## SHORT-TERM DISABILITY (STD)

STD benefits are intended to replace a portion of your income if you're totally disabled for five consecutive days (or the equivalent of your standard workweek) due to an approved, documented illness or injury. STD benefits are payable for up to 26 weeks of absence and are administered by Shepell-fgi.

You can choose to enroll in optional STD coverage to supplement your Nortel-paid core STD coverage. Optional STD coverage will increase your benefit payments from 66-2/3% to 90% of your pre-disability Benefits Earnings for weeks seven through 26 of your disability.

## LONG-TERM DISABILITY (LTD)

LTD benefits begin if you're still disabled after 26 consecutive weeks of an STD absence. LTD benefits are administered by Sun Life Financial. You can choose to enroll in optional LTD coverage to supplement your Nortel-paid core LTD coverage. Optional LTD coverage will increase your benefit from 50% to 66-2/3% of your pre-disability Benefits Earnings while you're on LTD. Optional LTD coverage also includes cost-of-living adjustments to help protect your income against the impact of inflation over the course of your disability.

### IMPORTANT REMINDER

- If you're currently enrolled in core LTD coverage only and want to increase your coverage by electing optional LTD coverage, you'll need to complete an Evidence of Insurability (EOI) form. Your optional LTD coverage won't take effect until the date Sun Life Financial approves your application. (If your application is denied, Sun Life will notify you, and your enrollment elections for optional coverage won't take effect.)

- If you're currently enrolled in optional LTD coverage, you don't have to take any additional steps to continue your optional coverage in 2009.

## LIFE INSURANCE

Life insurance helps protect your family's finances in the event of your death. In addition to receiving Nortel-paid core life insurance coverage, you can supplement your coverage as follows:

**Optional Employee Life Insurance:**
Choose from additional available coverage options of one to five times your annual Benefits Earnings, rounded up to the next $1,000 increment, up to a maximum of $3 million of core and optional life insurance combined. Evidence of Insurability (EOI) application and approval are required for coverage applications of four and five times your Benefits Earnings. EOI application is also required if you want to increase the amount of your current optional employee life insurance during annual enrollment.

**Optional Spousal Life Insurance:**
Choose optional coverage equal to $10,000, $25,000, or $50,000 (up to $500,000—in $50,000 increments). EOI is required for any increases in spousal life insurance if the coverage amount will be over $50,000.

**Optional Children's Life Insurance:**
Choose optional coverage of $5,000 to $25,000 (in $5,000 increments) for each eligible dependent child. EOI is not required for this coverage.

You'll pay for optional life insurance coverage with after-tax payroll deductions.

---

**IMPORTANT REMINDER**

Optional life insurance rates for you and your spouse are based on gender, current age and "smoker status." You're eligible for the non-smoker rate if you haven't smoked or used a tobacco product for 12 continuous months. Nortel doesn't require proof of your non-smoking status, but if you or your spouse is found to be a smoker and is paying non-smoker rates, you or your beneficiary may be denied payment of life insurance benefits.

---

**CONSIDER THIS LIFE INSURANCE BENEFITS**

16

## OPTIONAL (AD&D) INSURANCE

Optional Accidental Death and Dismemberment (AD&D) insurance provides coverage in the event of accidental death or loss of a limb or sight. AD&D insurance is provided through Sun Life Financial.

You can choose to enroll in optional AD&D insurance coverage, as follows:

■ **Optional AD&D Insurance (Employee Only).** Choose optional coverage for yourself of one to five times your annual Benefits Earnings, rounded up to the next $1,000 increment, up to a maximum of $1.5 million.

■ **Optional AD&D Insurance (Employee and Family).** Choose optional coverage for yourself of one to five times your annual Benefits Earnings, rounded up to the next $1,000 increment, up to a maximum of $1.5 million. The amount that will be paid if one or more of your family members were to die is as follows:

— **If you have a spouse only:** 60% of your optional AD&D coverage amount.

— **If you have a spouse and dependent children:** 50% of your optional AD&D coverage amount for your spouse and 15% of your optional AD&D coverage amount for each child.

— **If you have dependent children only:** 20% of your optional AD&D coverage amount for each child.

You pay the entire cost of any optional AD&D insurance you choose to purchase; Nortel doesn't contribute to the cost. You'll pay for optional AD&D insurance coverage with Benefits Credits and/or after-tax payroll deductions.

## DID YOU KNOW?

As a Nortel employee, you can enroll in these voluntary benefits programs:

■ **Auto and Home Insurance.** You can purchase auto and home insurance at preferred group rates through BELAIRDirect. Additional discounts may also be available.

■ **Adoption Reimbursement.** [NORTEL REVIEWERS: Please provide one or two sentences describing this benefit.]

You pay the full cost through after-tax payroll deductions.

For more information on these benefits, visit Health N-site at **www.NortelHealthN-site.com**



# CONTACT Information



| | ONLINE | TELEPHONE |
|---|---|---|
| **NORTEL** | | |
| Health N-site | www.NortelHealthN-site.com | |
| HR Shared Services | Internal: HR Shared Services, NA<br>External: hrssna@nortel.com | ESN: 355-9351<br>Direct: (919) 905-9351<br>**Toll-free: 1-800-676-4636** |
| Employee Self-Service (ESS)<br>Benefits Enrollment Tool | https://selfservice.us.nortel.com | |
| For a NorPASS Password | http://norpass.ca.nortel.com | ESN: 684-4357 (NT4-HELP)<br>**Toll-free: 1-800-684-4357** |
| Services@Work<br>(Can be accessed via<br>Nortel intranet.) | http://services-canada.ca.nortel.com/<br>saw/ | |
| **HEALTH CARE, LIFE INSURANCE, ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) INSURANCE, AND LONG-TERM DISABILITY (LTD) COVERAGE** | | |
| Sun Life Financial | SunWEB: www.sunlife.ca/member | **Toll-free: 1-800-229-7089** |
| **SHORT-TERM DISABILITY (STD) COVERAGE** | | |
| Shepell-fgi | General: www.fgiworld.com<br>Claims: https://secure.fgiworld.com/<br>login.asp | **Toll-free: 1-888-522-7368**<br>Fax: 1-877-562-9126 or<br>(905) 278-7317 |
| **EMPLOYEE ASSISTANCE PROGRAM (EAP) WORKLIFE SERVICES** | | |
| Shepell-fgi | www.shepellfgi.com/go/members<br>(username: "nortel"; password: "networks") | **Toll-free (English): 1-888-859-5263**<br>**Toll-free (French): 1-888-859-5256** |
| **EMERGENCY ASSISTANCE WHILE TRAVELING OUTSIDE CANADA** | | |
| Travel Well<br>Includes emergency medical<br>coverage during international<br>travel administered by CIGNA<br>International | http://go/travelwell<br>(Can be accessed via the Nortel intranet.) | ESN: 333-2710<br>Direct: (215) 701-2933<br>*(collect calls accepted)*<br>Available 24/7/365 |
| **HOME AND AUTO PROGRAM** | | |
| BELAIRdirect | www.belairdirect.com | **Toll-free (French): 1-866-423-5247**<br>**Toll-free (English): 1-866-845-4464** |
| **TAX INFORMATION** | | |
| Canada Revenue Agency | www.cra-arc.gc.ca | |



This enrollment guide contains summary information to help you with making your Nortel benefits choices for 2009 and instructions for enrolling. If you require more detailed information, you can review or print a copy of the Choose the Right Plans section from Health N-site at **www.NortelHealthN-site.com.** If you do not have access to the Internet, you may request a copy of the Choose the Right Plans information from HR Shared Services.

If there are any discrepancies between the information in this enrollment guide and the applicable Nortel benefits plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan, Nortel reserves the right to amend or discontinue the plan described in this enrollment guide at any time without prior notice to, or consent by, employees.



© 2008 Nortel

NORTEL