# Benefit Plan Handbooks

# 6

TRADITIONAL PROGRAM —
GRANDFATHERED EMPLOYEES

# Pensioner
## Health Care Plan





January 2006

# Contents

Introduction . . . . . . . . . . . . 2

Who is Eligible . . . . . . . . . 4

Healthcare Benefits . . . . . . 5

· Supplementary
  Hospital Benefits . . . . . . 5

· Medical Benefits . . . . . . 6

· Dental Benefits . . . . . . . 8

· Claims Procedures . . . . 10

Life Insurance . . . . . . . . . 13

Glossary of Terms . . . . . . 14

Summary . . . . . . . . . . . . 15

## Please Note

This booklet describes coverage in effect as of January 1, 2006. Since Nortel Networks reserves the right to amend any of the plans described here at any time without notice to participants, we suggest that you contact Sun Life Financial or Nortel Networks Employee Services from time to time to validate that your coverage remains unchanged.

January 2006



# introduction

## About this Booklet

This booklet provides important information about your Pensioner Health Care Plan and Life Insurance, including benefit levels, eligible expenses and claims procedures. Be sure to review it carefully to familiarize yourself with the coverage available to you. If you have any questions about your benefits, we encourage you to take advantage of the resources outlined on page 3.

Managing healthcare expenses after your retirement from Nortel Networks is likely an important priority. Your provincial health plan is your first line of defense. It currently covers basic medical expenses such as doctors' visits, surgeons' fees, ward hospitalization and in-hospital services and supplies.

Your Nortel Networks Pensioner Health Care Plan is intended to supplement your provincial coverage. It currently covers a wide range of hospital, medical and dental expenses not covered by your provincial health plan. You must satisfy a combined annual deductible of $25 per person (maximum $50 per family) before the plan will pay benefits for certain medical and basic dental expenses.

The Pensioner Health Care Plan reimburses a portion of eligible expenses, as follows:

## Supplementary Hospital Benefits

- 100% of eligible expenses up to $50 per day, plus 50% of eligible expenses in excess of $50 per day.

## Medical Benefits

- 80% of prescription drugs, private duty nursing and many other expenses not covered under your provincial health plan.

- 50% of vision care expenses, to a maximum benefit of $100 per person every 24 months.

- 50% of hearing aids, to a maximum benefit of $200 per person every 24 months.

- 50% of nursing home expenses, to a maximum benefit of $10 per day for a lifetime maximum of 365 days.

## Dental Benefits

- 80% of basic services.

- 50% of periodontia and endodontia, to a maximum benefit of $1,000 in any three consecutive calendar years.

- 50% of dentures, to a maximum benefit of $1,000 per calendar year.

## Life Insurance

You also continue to receive life insurance coverage from Nortel Networks after you retire. During your first year of retirement, your coverage is equal to your basic life insurance immediately prior to retirement. This coverage will decrease by 5% on each anniversary of your retirement, until it equals 25% of your pre-retirement basic life insurance.

## Have Questions?

### Extraordinary Expenses

If you and your eligible dependents incur combined out-of-pocket expenses of $3,000 in any calendar year for eligible services and supplies, the Pensioner Health Care Plan will cover 100% of eligible expenses for the balance of that year. Out-of-pocket expenses include annual deductibles and amounts in excess of the plan's reimbursement level. Please note that expenses for hospital accommodation and dentures do not count toward this annual out-of-pocket maximum.

### Tax Note

Nortel Networks currently pays provincial health insurance premiums for retirees in provinces that require individual premium payments (currently Alberta and British Columbia). Under current tax legislation, these premium payments represent a taxable benefit to you.

January 2006

# who is ELIGIBLE



You are eligible for coverage under the Nortel Networks Pensioner Health Care Plan for grandfathered employees if, as of April 30, 2000, you were age 50 or older or had at least 28 years of service and:

- You are participating in the Traditional Program Part I and retire directly from active status or Long Term Disability (in accordance with plan provisions), or

- You are participating in the Traditional Program Part II and are at least age 55 with 5 years of service.

Your eligible dependents also qualify for coverage under the Nortel Networks Pensioner Health Care Plan. Your eligible dependents include:

- Your legal spouse or common-law partner of the opposite or same sex who is covered under a provincial health insurance plan, and

- Your dependent children who are:
  — under 21 years of age
  — under 25 years of age if in full-time attendance at an accredited school, college or university
  — physically or mentally handicapped, regardless of age (as long as the disability began before they turned age 21, or before age 25 if they were full-time students at the time).

- Your dependent children include:
  — natural children,
  — legally adopted children or children who have been placed with you for adoption
  — stepchildren
  — legal foster children
  — children for whom you are the legal guardian
  — children of your spouse

Children must be unmarried, financially dependent on you for support, and covered under a provincial health plan.



## Check Your Dependent Information

The Pensioner Health Care Plan covers your eligible dependents on record. Make sure your dependent information is up to date when you retire, and report any changes to Employee Services after you retire.

# healthcare
## BENEFITS

Your Pensioner Health Care Plan covers a wide range of hospital, medical and dental expenses not covered by your provincial health plan. Nortel Networks pays the entire cost of this coverage. You are responsible for out-of-pocket expenses such as the annual deductible, amounts in excess of the plan's reimbursement level, and amounts in excess of the maximum benefits established under the plan.

## Supplementary Hospital Benefits

If you or an eligible dependent is hospitalized, your provincial health plan covers the cost of ward accommodation. Your Nortel Networks Pensioner Health Care Plan helps pay the additional expense of a semi-private or private room, as follows:

- 100% of the first $50 per day, plus
- 50% of expenses in excess of $50 per day.

### Annual Deductible

You must satisfy a combined annual deductible (with a per-person maximum and a per-family) before the plan provides coverage for certain medical and basic dental expenses. The deductible does not apply to supplementary hospital, vision, hearing, nursing home, periodontal, endodontal and denture expenses.



**If You Travel Outside Canada**

## Medical Benefits

Your Pensioner Health Care Plan provides coverage for many other medical expenses not covered by your provincial health plan. In all cases, the expenses must be medically necessary, based on reasonable and customary charges, and prescribed and dispensed by a physician, registered practitioner or agency.

*After you have satisfied the annual deductible, the plan reimburses 80% of the following medical expenses:*

- Drugs that have a registered Drug Identification Number, require a written prescription from a physician or dentist, and are dispensed by a registered pharmacist, physician or dentist.

- Certain non-prescription items considered medically necessary due to cystic fibrosis, diabetes, Parkinson's disease, serious psoriasis, colostomy, paraplegia or quadriplegia.

- Charges for medically necessary professional private duty nursing services that can only be performed by a registered nurse or registered nursing assistant, when rendered in the home of the member, to a maximum of $12,500 per period of illness or injury. Pre-approval from Sun Life Financial is required.

- Diagnostic procedures, x-ray examinations, radiology, blood transfusions and oxygen, including use of equipment for the administration of the procedures.

- Charges for transport of a member or eligible dependent by a licensed ambulance, or by any other vehicle normally used for public transportation, to the nearest hospital equipped to provide the required treatment.

- Services of a chiropractor or osteopath, after any provincial coverage has been exhausted, to a maximum of $250 per practitioner per calendar year (including one x-ray examination per calendar year).

- Services of a podiatrist or chiropodist, after any provincial coverage has been exhausted, to a maximum of $250 per practitioner per calendar year for non-surgical treatment. Surgical removal of toenails and excision of plantar warts are an eligible expense, subject to a maximum of $125 per calendar year.

- Services of a psychologist, speech therapist, naturopath, or registered massage therapist, to a maximum of $250 per practitioner per year. Sun Life Financial requires a physician's referral for speech therapy and massage therapy.

- Services of a registered physiotherapist.

- Hospital charges incurred outside your province of residence or Canada due to a medical emergency. The plan pays expenses in excess of what your provincial health plan covers, up to the cost of ward accommodation for a maximum of 31 days.

- Physician's services provided outside your province of residence or Canada, if required due to a medical emergency or if not available in your home province (provided the service is performed following a written referral by the attending physician in the patient's home province).

- Rental or purchase of wheelchair, walker, hospital bed, casts, crutches, braces and other medically necessary devices and appliances. Pre-approval by Sun Life Financial is required and expenses are only payable after any Assistive Devices Program in your province has paid their portion.

- Purchase of trusses, braces, crutches, plaster casts, artificial limbs or eyes and other prosthetic appliances.

- Custom made orthopedic shoes or orthopedic modifications to shoes prescribed by a physician, chiropractor, podiatrist or chiropodist, to a maximum of one pair in any 24 consecutive months.

- Made to-measure elastic support stockings, to a maximum of $32 per calendar year.

- Dental treatment or appliances required due to accidental injury to natural teeth, provided treatment is rendered within six months of the accident.

- Mastectomy bras, to a maximum of $44 per bra and up to two bras per calendar year.

- Eye patches required for lack of lacrimation.

- Surgical dressings.

- Trachea tubes. Portion of cost for food replacement due to surgery of the digestive tract.



*In addition, the plan reimburses 50% of the following medical expenses, with no deductible:*

- Eyeglasses (including prescription sunglasses), contact lenses, repairs and fittings, to a maximum payment of $100 per person in any 24 consecutive months.

- Contact lenses prescribed for severe visual acuity problems if at least 20/40 level not attainable by regular glasses, to a maximum of $200 per person in any 24 consecutive months.

- Eye examinations, including refraction, to a maximum of one exam in any 24 consecutive months, or one exam per calendar year for dependent children.

- Hearing aids and hearing aid repairs, to a maximum of $200 per person in any 24 consecutive months.

- Room, board, and normal nursing care in a licensed nursing home or clinic, to a maximum benefit payment of $10 per day for a lifetime total of 365 days. Claims for these services must be submitted with a physician's letter prescribing the confinement.



**7**

# Dental Benefits

Your Nortel Networks Pensioner Health Care Plan also provides coverage
for certain dental services. Reimbursement is based on the current general
practitioner's dental fee schedule for your province of residence.

*After you satisfy the annual deductible, the plan reimburses 80%
of the following basic dental expenses:*

- Limited/recall examinations once
  every six months.

- Polishing of teeth plus one unit
  of scaling once every six months
  (1 unit of scaling = 15 minutes
  of treatment time)

- Topical application of fluoride
  phosphate, once every 6 months.

- Bite-wing x-rays, once every
  six months.

- Full mouth series of X-rays,
  once every 24 months.

- Diagnostic x-rays and laboratory
  procedures required in relation to
  dental surgery.

- Space maintainers and appliances
  to control harmful habits.

- Amalgam, acrylic or composite fillings
  (not including root canal fillings).

- Extractions and simple alveolectomy
  at time of tooth extraction.

- Surgical extraction of impacted teeth.

- Surgical removal of tumours, cysts,
  neoplasms and incision and drainage
  of abscess.

- General anaesthetic and consultation
  in relation to dental surgery.

- Relining, rebasing and repairing or
  removable partial or complete dentures.

*In addition, the plan reimburses 50% of the following dental expenses,
with no deductible:*

- Periodontia and endodontia, to
  a combined maximum benefit of
  $1,000 per person in any three
  consecutive calendar years commencing
  from the date your coverage under this
  plan begins, including:

  — Treatment of gums and bones
    supporting the teeth including
    surgical removal of infections
    in these areas.

  — Diagnosis and treatment of root
    canal and pulpotomy, including
    root canal therapy.

- Dentures, to a maximum benefit of
  $1,000 per person in any calendar
  year, including:

  — Creation of removable partial or
    complete denture.

  — Replacement of existing removable
    partial or complete dentures, if
    required due to extraction of
    additional teeth or replacement
    of a temporary appliance within
    one year, or if the existing dentures
    are at least three years old.

HEALTH CARE BENEFITS

**Tax Notes**

Your out-of-pocket
expenses for medical
and dental services
(i.e., deductible and
amounts above the plan
reimbursement level) may
be used as a deduction
from taxable income,
as explained in the tax
guide provided with
your income tax return.

Legislation governing
the taxability of benefits
is subject to change at
any time. Nortel Networks
does not assume any
responsibility for legislation
changes that result in
changes to the taxability
of any benefits described
in this booklet.

January 2006

## Exclusions

Certain expenses are not eligible under the Nortel Networks Pensioner Health Care Plan. Please note that, as with any other aspect of the plan, Nortel Networks may amend the exclusions at any time.

*Current exclusions are:*

- Experimental drugs, anti-obesity drugs, drugs for erectile dysfunction, fertility drugs, smoking cessation drugs
- Food or food supplements including dietary supplements
- Vitamins or minerals except those which can only be purchased with a written prescription
- Cosmetic or hygienic products or household remedies
- Expenses that are reimbursed under your provincial health plan or senior's drug plan
- Services not listed as eligible expenses

- Services which a member or eligible dependent is entitled to receive under any Worker's Compensation Act or any similar law
- Treatment for illness or injury due to war or engaging in a riot
- Charges for a physician or dentist for any time spent in travelling, transportation costs or broken appointments, completion of forms, telephone or other consultations
- Dental crowns
- Temporomandibular joint treatment
- Orthodontic treatment



Individual Health Coverage Choice Insurance

**9**

January 2006

# HEALTHCARE BENEFITS

# claims
## PROCEDURES

Currently, your Nortel Networks Pensioner Health Care Plan is administered by Sun Life Financial. To make the most of your benefits, it is important that you follow the correct procedures when submitting claims. These procedures vary depending on the nature of the expense and whether or not you have coverage under a spousal plan (see *Coordination of Benefits*).

Please note that all claims must be submitted within 18 months of the date the expense was incurred. Each time you submit a claim, you will receive an Explanation of Benefits (EOB) with your reimbursement.

Following are claims procedures for different types of expenses.

## Hospital Expenses

Claims for hospital invoices within Canada are generally submitted directly to the insurance company by the hospital. However, keep in mind that all amounts in excess of the daily maximum covered by the plan are your responsibility.

## Out-of-Province/Canada Expenses

Invoices must first be sent to your provincial health plan. You may then submit a claim for any unpaid expenses for reimbursement through the Nortel Networks Pensioner Health Care Plan. You may have to pay the expenses up front and submit a claim for reimbursement when you return to your province of residence.

10
January 2006

## Prescription Drug Expenses

Until you reach age 65, submit a completed claim form, together with your original receipts, to Sun Life Financial. Make sure your receipts show the name of the patient, the name of the doctor, the prescription date, the name of the drug, the Drug Identification Number (DIN), and the quantity.

Once you (or your spouse) reach age 65, most provincial health plans cover prescription drugs listed on the province's drug formulary for seniors. When you wish to fill a prescription, you will be required to show your provincial health card to your pharmacist in order to receive coverage for eligible prescription drugs. If your provincial plan does not cover the full amount of your drug expenses, you may submit a claim for any unpaid portion to your Nortel Networks Pensioner Health Care Plan, or to a spouse's health plan (see *Coordination of Benefits* on page 12).

## Other Medical and Dental Expenses

Submit a completed claim form, together with your original receipts, to Sun Life Financial. All receipts must show the name of the patient, the nature and date of the expenses and the name of the doctor, registered practitioner or dentist.

## Predetermination of Benefits

If a course of dental treatment is expected to cost more than $200, we suggest that you ask your dentist to prepare a treatment plan and submit it to Sun Life Financial before any work begins. Sun Life Financial will inform you in advance how much of the cost your Nortel Networks Pensioner Health Care Plan will pay and how much you will have to pay. This way, you will be able to plan and budget for the expense and avoid any surprises after treatment begins.



Need a Claim Form?

To obtain claim forms for your Nortel Networks Pensioner Health Care Plan, call Sun Life Financial directly at 1-800-229-0089. Whenever you submit a claim, Sun Life Financial will also send you a new claim form with your Explanation of Benefits.

**If You Purchase ACCESS Coverage**

If you purchase individual coverage under the plan, and already share the financial responsibility for eligible expenses should a plan participant place their claim with a claim for any unreimbursed amount with your HCC plan. If you belong to your Nortel Networks Pensioner Health Care Plan and your spouse's plan is also coordination of benefits.

## Coordination of Benefits

If you and/or your spouse have coverage under more than one plan, coordination of benefits provides a consistent way for you to claim under each plan and optimize your benefits. In any case, you will never receive more than 100% reimbursement of an eligible expense. Here is how you should coordinate benefits:

### If the expenses are for you:

1. Submit a claim to Sun Life Financial, with your original receipts.

2. If you are covered as a dependent under your spouse's plan, submit a claim to your spouse's plan for any unreimbursed expenses, with your Explanation of Benefits (EOB) from Sun Life Financial.

### If the expenses are for your spouse:

1. Submit a claim to your spouse's plan first, with your spouse's original receipts.

2. If your spouse is covered as a dependent under your Nortel Networks Pensioner Health Care Plan, submit a claim to Sun Life Financial for any unreimbursed expenses, with the EOB from your spouse's plan.

### If the expenses are for your children:

1. If your birthday is earlier in the year than your spouse's birthday, follow the same procedures as for your expenses.

2. If your spouse's birthday is earlier in the year, follow the same procedures as for your spouse's expenses.

# life
# INSURANCE

**Claims Procedures**

Upon your retirement, Nortel Networks will provide life insurance coverage equal to your basic life insurance immediately prior to retirement. This coverage will decrease by 5% on each anniversary of your retirement, until it equals 25% of your pre-retirement basic life insurance. This reduced coverage will continue in effect for the remainder of your lifetime, and will be payable to your designated beneficiary (or your estate) in the event of your death. Under current tax legislation, the benefit proceeds are non-taxable to your designated beneficiary.

However, current tax regulations require that you pay income tax on the company-paid premiums for your life insurance each year after you retire. The company-paid premiums, and your corresponding taxable benefit, may increase or decrease in the future based on the number of claims under the life insurance plan.

Please note that Nortel Networks does not provide post-retirement life insurance for your spouse or eligible dependent children.

**13**

# Glossary
## OF TERMS

*Beneficiary* – the person (or people) you choose to receive your retiree life benefits when you die. You can name more than one person as a beneficiary if you specify how the benefit should be divided among them.

*Coordination of benefits* – a group insurance provision that specifies which insurer pays a claim when two or more insurers cover the same expense. Coordination of benefits enables a plan member to optimize the benefits available from each plan, but total payment can be no more than 100% of the expenses incurred.

*Deductible* – the amount an individual must pay out of their own pocket for eligible expenses before the plan pays for any expenses.

*Eligible expenses* – charges for health care services and supplies for which the plan pays benefits.

*Explanation of benefits (EOB)* – the document you receive from the insurance carrier with every claim reimbursement, explaining how the claim was processed.

*Health Coverage Choice (HCC)* – individual medical and dental insurance, insured by Sun Life Financial, and available to Nortel Networks retirees at their own expense.

*Medical emergency* – a sudden, serious, and unexpected medical condition that requires (or you have good reason to believe requires) immediate attention to prevent death or functional loss. Apparent heart attacks, loss of consciousness, excessive bleeding, severe or multiple injuries, or serious burns are all examples of a medical emergency.

*Premium* – the cost of coverage under an individual, employer sponsored or government sponsored benefit plan. Premiums are typically paid monthly.

*Provincial health insurance plan* – health insurance provided by the province. This insurance varies by province, but generally covers standard hospital ward accommodation, physicians' and specialists' services, and diagnostic procedures.

*Reasonable and customary expense* – a fee charged by a licensed medical practitioner that is consistent with the normal charge by most providers in the geographic area where the service is provided.

## A SUMMARY OF YOUR PENSIONER HEALTH CARE PLAN

The following chart summarizes many, but not all, of the expenses eligible under your Nortel Networks Pensioner Health Care Plan. For complete details, refer to the detailed plan description in this booklet.

### ANNUAL DEDUCTIBLE

- $25 individual/$50 family maximum (medical and basic dental combined)

### ANNUAL OUT-OF-POCKET MAXIMUM

- $1,000 for medical (except supplementary hospital) and basic dental combined. Once you have paid this maximum per year, the plan reimburses 100% of eligible expenses for the balance of the year.

### SUPPLEMENTARY HOSPITAL BENEFIT

- 100% of expenses up to $50 per day and 50% of expenses in excess of $50 per day (not subject to deductible)

### MEDICAL BENEFITS

- Prescription drugs ..................................................80%
- Ambulance ............................................................80%
- Private duty nursing ..............................................80%, to a maximum benefit of $12,500 per disability
- Physiotherapy .......................................................80%
- Professional services ............................................80%, to a maximum per practitioner:
  — Psychologist .....................................................$250
  — Speech therapist* ..............................................$250
  — Naturopath .......................................................$250
  — Registered massage therapist* ............................$250
  — Chiropractor .....................................................$250
  — Osteopath .........................................................$250
  — Podiatrist .........................................................$250
  — Chiropodist .......................................................$250
- X-ray examinations, laboratory tests and equipment ..........80%
- Rental or purchase of wheelchairs, walkers and other medical equipment .............................................80%
- Orthopedic shoes ..................................................80%; one pair every two years
- Out-of-province/country emergency medical ............80% of physican's services and hospital accommodation, to a maximum of 31 days
- Vision care ...........................................................50%, to a maximum of $100 per person every 24 months, including eye examinations (not subject to deductible)
- Hearing aids .........................................................50%, to a maximum of $200 per person every 24 months (not subject to deductible)
- Nursing home .......................................................50%, to a maximum benefit of $10 per day for a lifetime total of 365 days (not subject to deductible)

*Physician's referral required

### DENTAL BENEFITS

- Based on current general practitioner's fee schedule
- Basic dental .........................................................80%
- Periodontia/endodontia ..........................................50%, to a maximum of $1,000 per person in any three consecutive years (not subject to deductible)
- Dentures .............................................................50%, to a maximum of $1,000 per person per calendar year (not subject to deductible)

NOTE: COVERAGE FOR ELIGIBLE EXPENSES IS BASED ON REASONABLE AND CUSTOMARY CHARGES.

This booklet summarizes the Pensioner Health Care Plan currently provided to Nortel Networks retirees who retire under the Traditional Program for grandfathered employees. If there are any discrepancies between the information in this booklet and the official plan documents, the plan documents will be considered correct and will govern plan administration. In accordance with the plan provisions, Nortel Networks, in its sole discretion, reserves the right to amend or discontinue any of the plans described here or to change benefit providers at any time, without notice to participants.

January 2006





January 2006

