# Benefit Plan Handbooks
# 8



BALANCED PROGRAM

# Retiree
## Healthcare and Life Benefits





January 2006



This booklet summarizes retiree healthcare and life benefits currently provided to Nortel Networks retirees who retire under the Balanced Program. If there are any discrepancies between the information in this booklet and the official plan documents, the plan documents will be considered correct and will govern plan administration. In accordance with the plan provisions, Nortel Networks, in its sole discretion, reserves the right to amend or discontinue any of the plans described here or to change benefit providers at any time, without notice to participants.

January 2006

## Contents

Introduction ............ 2

Who is Eligible ......... 4

Healthcare Benefits ...... 5

• Healthcare Spending
  Account ............... 5

• Health Coverage Choice .. 9

• Claims Procedures ...... 11

Retiree Life Benefits ..... 15

Glossary of Terms........ 16

## Please Note

This booklet describes coverage in effect as of January 1, 2006. Since Nortel Networks reserves the right to amend any of the plans described here at any time without notice to participants, we suggest that you contact Sun Life Financial or Nortel Networks Employee Services from time to time to validate that your coverage remains unchanged.

January 2006

# introduction

Managing healthcare expenses after your retirement from Nortel Networks is likely an important priority. Your provincial health plan is your first line of defense. It currently covers basic medical expenses such as doctors' visits, surgeons' fees, ward hospitalization and in-hospital services and supplies. Your Nortel Networks retiree healthcare and life benefits are intended to supplement your provincial coverage.

## Healthcare Benefits

After you retire, Nortel Networks provides an annual allocation to your healthcare spending account to help you pay for medical, vision, hearing and dental expenses. You can also use your healthcare spending account allocation to buy individual medical and dental coverage through the Health Coverage Choice (HCC) plan, insured by Sun Life Financial.





- Pays individual HCC plan premiums

## About this Booklet

## Life Benefits

Nortel Networks also offers two company-paid life benefit options. You must choose Option 1 or Option 2 prior to your retirement:

| OPTION 1 | | OPTION 2 |
|---|---|---|
| $10,000 death benefit | OR | $10,000 death benefit PLUS $25,000 life insurance |

Please note that if you select Option 2, the $25,000 life insurance benefit will have certain tax implications for you. See *Retiree Life Benefits* on page 15 for details.

## If You Have Questions

The following resources are available to you if you have questions about your retiree healthcare and life benefits:

| QUESTIONS ABOUT | CONTACT | TELEPHONE | HOURS | WEB SITE |
|---|---|---|---|---|
| Healthcare or retiree life benefits | | Monday to Friday | | www.sunlife.com |
| Tax implications | Sun Financial | 1-800-786-4355 | Monday to Friday 8:00am to 8:00pm EST | www.sunlife.com |
| Healthcare spending account eligible expenses | Canada Customs and Revenue Agency | See Blue Pages of your telephone book for your local taxation or Customs office | | www.cca-adrc.gc.ca Click *Forms and Publications*, then *Frequently Requested Publications* and use the search tool to search for publication it51982 |
| Other | | | Monday to Friday 8:30am to 4:30pm EST | Not applicable (you may e-mail questions to qesha@nortel.com) |

*While you are still an active employee, you may visit the Nortel Networks Services@Work web site at http://services-canada.ca.nortel.com/ If you prefer to read this document on the web, or if you want to download and/or print any of the documents on the site.*

**3**

# who is
# ELIGIBLE

**Tax Note**

Nortel Networks currently pays provincial health insurance premiums for retirees in provinces that require individual premium payments (currently Alberta and British Columbia). Under current tax legislation, these premium payments represent a taxable benefit to you.

You are eligible for the retiree healthcare and life benefits described in this booklet if you are participating in the Balanced Program and you are at least age 55 with 10 years of service at retirement.

You may claim expenses for you and your eligible dependents under your healthcare spending account. For purposes of the healthcare spending account, your eligible dependents include any member of your household with whom you are connected by blood relationship, marriage or adoption and for whom you may claim a medical expense tax credit on your income tax return (as defined by the Income Tax Act).

HEALTHCARE BENEFITS

# healthcare spending ACCOUNT

The healthcare spending account is a personal account to which Nortel Networks provides an annual allocation on your behalf. You may use your annual allocation to pay for medical, vision, hearing and dental expenses not reimbursed under any other plan and/or to reimburse the premiums you paid for individual medical and dental insurance for your HCC plan.

## Annual Allocation

To qualify for an annual healthcare spending account allocation, you must retire under the Balanced Program at age 55 or older with a minimum of 10 years of service counted from age 40.

If you meet these qualifications, the company's annual allocation to your healthcare spending account is equal to $50 per year of service (including partial years of service) counted from age 40.

For example, let's assume that you retire at age 55 with 15 years of service counted from age 40. Your annual healthcare spending account allocation will be:

$$\$50 \times 15 \text{ years} = \$750$$

The following table shows examples of annual healthcare spending account allocations at different lengths of service counted from age 40:

If you retire part way through the calendar year, the company's allocation for the remainder of that year will be pro-rated. For example, if you retire on April 1 and

| YEARS OF SERVICE AFTER 40TH BIRTHDAY | CALENDAR YEAR ALLOCATION |
|---|---|
| 10 | $500 |
| 15 | $750 |
| 20 | $1,000 |
| 25 | $1,250 |

**5**



**Tax Note**

Under current tax legislation, annual allocations to your healthcare spending account are not subject to federal or provincial income tax. This means that the allocation in your account will go further than it would have after tax income.

you have 20 years of service after your 40th birthday, you will receive three-quarters of your $1,000 allocation, or $750, for the remainder of that year. In subsequent calendar years, the company will allocate the full $1,000 to your account each January 1.

In the event of your death, your eligible surviving spouse and any eligible dependents will continue to receive half of your annual allocation.

## Eligible Expenses

You may use your healthcare spending account to pay for eligible medical, vision, hearing and dental expenses that are not covered, or only partially covered, by a provincial health plan, an employer-sponsored group health plan, or a private health plan (including deductibles and other out-of-pocket expenses). Generally, you may claim any expenses that are eligible for the medical tax credit under Section 118.2 of the Income Tax Act. On the following page is a partial list of eligible expenses.

## ELIGIBLE EXPENSES

### MEDICAL PRACTITIONERS

- Chiropodist or podiatrist
- Chiropractor
- Christian Science practitioner
- Dentist
- Dietician
- Medical doctor
- Naturopath
- Registered Nurse
- Optometrist, oculist or ophthalmologist
- Osteopath
- Physiotherapist
- Psychologist
- Registered massage therapist
- Speech therapist or audiologist

### CARE AND FACILITIES

- Public or licensed private hospital (inside or outside Canada)
- Full-time attendant or full-time care in a nursing home for a person who has a severe and prolonged mental illness
- Full-time attendant in a self-contained domestic establishment for a person who is dependent on others for personal needs and care because of a mental or physical disability

### SUPPLIES, DEVICES AND EQUIPMENT

- Drugs, medicines and preparations or substances prescribed by a physician or dentist and dispensed by a pharmacist
- Artificial eye
- Artificial limbs
- Crutches
- Eye glasses or contact lenses
- Iron lung/portable chest respirator
- Rocking bed for poliomyelitis victims
- Wheelchair
- Spinal brace/support
- Brace for a limb
- Iliostomy or colostomy pad
- Truss for hernia
- Laryngeal speaking aid
- Hearing aid
- Artificial kidney machine
- Cloth diapers, disposable briefs, catheters, catheter trays
- Oxygen tent or other equipment necessary to administer oxygen
- Custom-made wig for a person who has suffered abnormal hair loss due to a disease, medical treatment or accident
- Needles and syringes for injections
- Pacemaker
- Orthopedic shoes or boots
- External breast prosthesis required because of a mastectomy

### DENTAL

- Preventive, diagnostic, restorative, orthodontic and therapeutic care
- Making or repairing of dentures, including impressions, bite registrations and insertions for the dentures



**For More Information**

For current and complete information, consult the section about eligible medical expenses for reimbursement under the health care spending account with the Canada Customs and Revenue Agency website at www.ccra-adrc.gc.ca. Click *Publications and Forms*, then click *Frequently Requested Publications* and use the search tool to search for the publication RC4064 Medical Expense and Disability Tax Credits, which contains all the current information on your eligible taxation and for any tax questions, contact your tax advisor.

**Tax Notes**

Your out of pocket health
cost expenses (i.e. lifetime
deductible and amounts
in excess of maximum
reimbursement levels)
ordinarily may be used as
a deduction from taxable
income, as explained in
the tax guide provided
with your income tax return.
However, if you claim
medical expenses through
your healthcare spending
account, you cannot claim
a deduction for the same
expenses when you file
your income tax return.

Legislation governing
the taxability of benefits
is subject to change at
any time. Nortel Networks
does not assume
responsibility for legislation
changes that result in
changes to the taxability
of any benefits described
in this booklet.

## Limitations

In accordance with current Canada Customs and Revenue Agency rules, you will forfeit any amount remaining in your healthcare spending account after the calendar year ends. You have until March 31 of the following year to submit expenses from the prior year for reimbursement from your account.

Although you cannot carry forward any unused company allocation from one year to the next, **expenses not claimed in the current calendar year can be carried forward for reimbursement in the following calendar year.** Only a one-year carry forward of eligible expenses is permitted.

For example, let's assume that you are eligible for an annual healthcare spending account allocation of $750. If you have eligible expenses of $800 in Year 1, you may claim $750 under your healthcare spending account and carry forward the remaining $50 to be reimbursed from your Year 2 allocation. If you only have eligible expenses of $650 in Year 2, the total reimbursement from your account in Year 2 will be $700, and you will forfeit the remaining $50.



## HEALTHCARE BENEFITS

# health coverage
## CHOICE

This indivdual medical and dental coverage is available to supplement benefits provided by Nortel.

Your required premiums for the HCC plan will depend on the coverage you select. You must pay the premiums with your own money. If you have healthcare spending account allocations available, you can submit your HCC premiums to your health spending account for reimbursement.

You may apply for HCC coverage at any time after you retire. However, **if you apply and pay the premiums within 60 days of your retirement date, you will not have to supply medical evidence of insurability.** For details, refer to your HCC brochure and application form or call 1-800-786-5433. Detailed information is also available on the internet at www.sunlife.com.



**9**

January 2006



# HEALTHCARE BENEFITS

# claims
# PROCEDURES

Currently, your Nortel Networks healthcare spending account is administered by Sun Life Financial. To make the most of your benefits, it is important that you follow the correct procedures when submitting claims. These procedures will depend on whether or not you purchase coverage under the HCC plan and on whether or not you have coverage under a spousal plan (see *Coordination of Benefits*).

Sun Life Financial will process your healthcare spending account claims monthly. Remember, you have until March 31 of any year to submit a claim for expenses incurred in the prior year.

## Coordination of Benefits

If you have coverage under the HCC plan and/or a spousal plan, coordination of benefits provides a consistent way for you to claim under each plan and optimize your benefits. In any case, you will never receive more than 100% reimbursement of an eligible expense. Here is how coordination of benefits works:

*If you have coverage under the HCC plan*
• Submit claims for eligible expenses to your HCC plan first.

• Each time you submit a claim, you will receive an Explanation of Benefits (EOB) from Sun Life Financial with your reimbursement.

• If your HCC plan does not fully reimburse your expenses, you may submit a claim, with your HCC plan EOB, to your spouse's healthcare plan and/or to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.



**Dependent Children's Expenses**

*If you have coverage under a spousal plan*

• Submit claims to your spouse's plan first.

• If that plan does not fully reimburse your expenses, submit a claim, with the EOB from your spouse's plan, to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.

*If you do not have coverage under a spousal plan*

• Submit claims to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.

*An Example*

Let's assume that:

• You incur an expense of $400 for major dental treatment

• You do **not** have dental coverage under the HCC plan

• You are covered as a dependent under your spouse's dental plan and

• Your spouse's plan reimburses 50% of major dental expenses

Here are the step-by-step claims procedures you should follow:

> By submitting a claim to your spouse's plan *before* your health-care spending account, you avoid *using up* your healthcare spending account allocation unnecessarily.

**STEP 1**

Submit claim to spouse's healthcare plan

Reimburses 50% ($200)

**STEP 2**

Submit claim with EOB from spouse's plan to Nortel Networks healthcare spending account

Reimburses $200

## Using Your Drug Card

### *If you are under age 65*

- If you purchased the HCC plan, you will be sent a drug card from Sun Life Financial that you will use to fill prescriptions — until you reach the HCC plan's annual prescription drug maximum. If you reach your annual HCC plan maximum in any calendar year, you may claim any additional prescription drug expenses for the balance of that year under your spouse's healthcare plan, if applicable, and then to your Nortel Networks healthcare spending account.



**Need a Claim Form**

To obtain a claim form for your Nortel Networks health care plan, contact the Nortel Employee Benefits Center at 1-800-676-4636 between 8 a.m. and 12 midnight ET. You may also obtain claim forms by visiting the Sun Life Financial website at www.sunlife.com.

For Nortel Networks Financial at 1-800-247-6875, or access the Sun Life Financial website at www.sunlife.com and download the appropriate form.

Whenever you submit a claim, you should keep a copy for your own records in case additional information is needed.

### *When You Reach Age 65*

Once you (or your spouse) reach age 65, most provincial health plans provide coverage for prescription drugs listed on the province's drug formulary for seniors. When you fill a prescription, you will be required to present your provincial health card to the pharmacist. If your provincial plan does not cover the full cost, you should submit claims to your spouse's plan, if applicable, and then to your Nortel Networks healthcare spending account.

## Without HCC





# retiree life
## BENEFITS

Nortel Networks offers two company-paid life options for individuals who retire under the Balanced Program. You will be asked to select one of the following options when you retire from Nortel Networks.

| OPTION 1 | OR | OPTION 2 |
|---|---|---|
| • $10,000 death benefit | | • $10,000 death benefit |
| | | **PLUS** |
| | | • $25,000 life insurance |

If you select Option 1, there are currently no tax implications for you. However, if you select Option 2, current tax legislation requires that you pay income tax each year on the company-paid premiums for the $25,000 life insurance benefit. The company-paid premiums, and your corresponding taxable benefit, may increase or decrease in the future based on the number of claims under the retiree life insurance plan.

The coverage option you select will remain in effect throughout your retirement and the benefit will be paid to your designated beneficiary (or your estate if applicable) in the event of your death. Under current tax legislation, the benefit proceeds are non-taxable to your designated beneficiary, regardless of the option you select.

Please note that Nortel Networks does not provide post-retirement life benefits for your spouse or eligible dependent children.

## Claims Procedures

In the event of your death, your beneficiary or the executor of your estate should notify Nortel Networks Employee Services immediately. Employee Services will send your beneficiary or executor the required claim forms, which should be completed and returned to Employee Services along with a certificate of death. Employee Services will forward the completed forms to Sun Life Financial for processing of the claim and payment of your life benefits.

# Glossary
## OF TERMS

*Beneficiary* – the person (or people) you choose to receive your retiree life benefits when you die. You can name more than one person as a beneficiary if you specify how the benefit should be divided among them.

*Canada Customs and Revenue Agency (CCRA)* – the federal government department formally known as Revenue Canada. The CCRA administers federal tax laws that apply to benefits plans and sets rules regarding healthcare spending accounts such as Nortel Networks healthcare spending account. For more information, visit the web site at www.ccra-adrc.gc.ca.

*Coordination of benefits* – a group insurance provision that specifies which insurer pays a claim when two or more insurers cover the same expense. Coordination of benefits enables a plan member to optimize the benefits available from each plan, but total payment can be no more than 100% of the expenses incurred.

*Deductible* – the amount an individual must pay out of their own pocket for eligible expenses before an insurance plan pays for any expenses.

*Eligible expenses* – charges for healthcare services and supplies for which the plan pays benefits.

*Evidence of insurability* – proof of an individual's good health required by the insurance company before the requested coverage is approved. Evidence of Insurability is typically provided by completing a health questionnaire.

*Explanation of benefits (EOB)* – the document you receive from the insurance company with every claim reimbursement, explaining how the claim was processed.

*Health Coverage Choice (HCC)* – individual medical and dental insurance, insured by Sun Life Financial, and available to Nortel Networks retirees at their own expense.

*HCC plan drug card* – the drug card provided by Sun Life Financial.

*Healthcare spending account* – an annual allocation by Nortel Networks that you may use to pay for eligible healthcare expenses not covered under another private or provincial health insurance plan.

*Out-of-pocket expenses* – payments by an individual that are not reimbursable under a group insurance plan, an individual health insurance plan, or a provincial health insurance plan.

*Premium* – the cost of coverage under an individual, employer-sponsored or government-sponsored benefit plan. Premiums are typically paid monthly.

*Provincial health insurance plan* – health insurance provided by the province. This insurance varies by province, but generally covers physicians' and surgeons' fees, standard hospital ward accommodation, and diagnostic procedures.

**16**





January 2000