# Benefit Plan Handbooks
# 9

BALANCED PROGRAM

Quebec

# Retiree
# Healthcare and Life Benefits





January 2006

# Contents

Introduction .................. 2

Who is Eligible .............. 4

Healthcare Benefits ....... 5

· Prescription
  Drug Plans ................ 5

· Healthcare Spending
  Account ................... 7

· Health Coverage Choice . 11

· Claims Procedures ....... 13

Retiree Life Benefits ...... 16

Glossary of Terms ........ 17

## Please Note

This booklet describes coverage in effect as of
January 1, 2006. Since Nortel Networks reserves the
right to amend any of the plans described here at
any time without notice to participants, we suggest
that you contact Sun Life Financial or Nortel Networks
Employee Services from time to time to validate that
your coverage remains unchanged.



# introduction

Managing healthcare expenses after your retirement from Nortel Networks is likely an important priority. Your provincial health plan is your first line of defense. It currently covers basic medical expenses such as doctors' visits, surgeons' fees, ward hospitalization and in-hospital services and supplies. Your Nortel Networks retiree healthcare and life benefits are intended to supplement your provincial coverage.

## Healthcare Benefits

Nortel Networks retiree healthcare benefits include retiree drug plans (plan varies based on your age and choice at age 65) and the healthcare spending account — which provides an annual allocation for day-to-day medical, vision, hearing and dental expenses. You can also use your healthcare spending account allocation to buy individual medical and dental coverage through the Health Coverage Choice (HCC), insured by Sun Life Financial.

| COMPANY-PROVIDED GROUP COVERAGE | | INDIVIDUAL COVERAGE |
|---|---|---|
| RETIREE DRUG PLANS | HEALTHCARE SPENDING ACCOUNT | HEALTH COVERAGE CHOICE |

**UNDER AGE 65**
Nortel Networks Quebec retiree drug plan:
Reimburses 100% of pre-scription drug expenses
Subject to a deductible equal to the Maximum Annual Contribution allowed by RAMQ

**AGE 65 AND OVER**
• Choice between two plans
• Provincial RAMQ drug plan or Nortel Networks RAMQ-equivalent drug plan

• Reimburses vision, hearing and dental expenses not covered elsewhere

**AND/OR**

• Pays individual HCC premiums

• Optional retiree-paid medical and dental coverage insured by Sun Life Financial

## Life Benefits

Nortel Networks also offers two company-paid life benefit options. You must choose Option 1 or Option 2 prior to your retirement:

**OPTION 1**

$10,000 death benefit

**OR**

**OPTION 2**

$10,000 death benefit

**PLUS**

• $25,000 life insurance

Please note that if you select Option 2, the $25,000 life insurance benefit will have certain tax implications for you. See *Retiree Life Benefits* on page 16 for details.

## If You Have Questions

The following resources are available to you if you have questions about your retiree healthcare and life benefits:

| QUESTIONS ABOUT | CONTACT | TELEPHONE | HOURS | WEB SITE |
|---|---|---|---|---|
| Healthcare spending account benefit or life benefits | Sun Life Financial | 1-800-222-7069 | Monday to Friday 7:00 am to 8:00 pm EST | www.sunlife.com |
| | Sun Life Financial | 1-800-786-5433 | Monday to Friday 7:00 am to 8:00 pm EST | www.sunlife.com |
| Healthcare spending account eligible expenses | Canada Customs and Revenue Agency | See blue Pages of your telephone book for your local taxation or customs office | | www.ccra-adrc.gc.ca Click *Forms and Publications*, then *Frequently Requested Publications*, and use the search tool to search for publication IT-1982 |
| General Motors judgment | Ceridian Assurance Balance Plan | 1-888-438-7999 or 416-228-5921 (in the her city) | Monday, Tuesday, Thursday and Friday 8:30 am to 6:00 pm Wednesday 10:00 am to 6:00 pm | www.atm.gov.cc.ca |
| Other | Nortel Networks Employee Services | 1-800-676-4636 | Monday to Friday 8:30 am to 5:30 pm EST | Not applicable (you may e-mail questions to: gesna@nortel.com) |

*While you are still an active employee, you may visit the Nortel Networks Services@Work web site at http://services-canada.ca.nortel.com/ if you prefer to read this document on the web, or if you want to download and/or print any of the documents on the site.*

**3**

About this Booklet.



## who is ELIGIBLE



**Check Your Dependent Information**

Company-provided prescription drug plans cover your eligible dependents on record. Make sure your dependent information is up to date when you retire, and report any changes to Employee Services after you retire.

You are eligible for the retiree health-care and life benefits described in this booklet if you are participating in the Balanced Program and you are at least age 55 with 10 years of service at retirement.

Your eligible dependents also qualify for coverage under your Nortel Networks healthcare benefits. Your eligible dependents include:

- Your legal spouse, civil partner or common-law partner of the opposite or same sex who is covered under a provincial health insurance plan, and
- Your dependent children who are:
  - under 21 years of age
  - under 25[1] years of age if in full-time attendance at an accredited school, college or university
  - physically or mentally handicapped, regardless of age (as long as the disability began before they turned age 21, or before age 25[1] if they were full-time students at the time).

- Your dependent children include:
  - natural children,
  - legally adopted children or children who have been placed with you for adoption
  - stepchildren
  - legal foster children
  - children for whom you are the legal guardian
  - children of your spouse

Children must be unmarried, financially dependent on you for support, and covered under a provincial health plan.

For the healthcare spending account, your eligible dependents also include:

- any member of your household with whom you are connected by blood relationship, marriage or adoption and for whom you may claim a medical expense tax credit on your income tax return (as defined by the Income Tax Act).

---

1 Bill 33 requires that eligible dependent children be covered for prescription drugs listed with RAMQ until they reach age 26.

# HEALTHCARE BENEFITS

# prescription drug PLANS

When you retire from Nortel Networks, your coverage for prescription drugs will depend on your age.

## If You Are Under Age 65

Until you reach age 65, you and your eligible dependents will be covered under the Nortel Networks Quebec retiree drug plan, a company-provided group prescription drug plan.

### QUEBEC RETIREE DRUG PLAN

- Covers prescription drugs listed on RAMQ drug formulary.
- Reimburses 100% of eligible expenses.
- Subject to a deductible equivalent to the Maximum Annual Contribution allowed RAMQ for an adult, if you have single coverage. The maximum family deductible is double the amount of the single adult deductible.

### Out-of-Pocket Expenses

Your out-of-pocket expenses (i.e., deductibles and amounts above maximum reimbursement levels) under any of the drug plans described here are eligible expenses under your Nortel Networks healthcare spending account. In addition, if you choose to join the Nortel Networks RAMQ-equivalent drug plan at age 65, your required premiums are an eligible expense under your health-care spending account.

## Weighing Your Options

The Nortel Networks RAMQ-equivalent drug plan... [sidebar text largely illegible]

## When You Reach Age 65

Your coverage under the Nortel Networks Quebec retiree drug plan ceases at age 65, when you become eligible for coverage under the provincial RAMQ drug plan. You may either remain in the provincial RAMQ drug plan or join the Nortel Networks RAMQ-equivalent drug plan.

| PROVINCIAL RAMQ DRUG PLAN | OR | NORTEL NETWORKS RAMQ-EQUIVALENT DRUG PLAN |
|---|---|---|
| • Covers prescription drugs listed on RAMQ drug formulary<br>• Reimburses a portion of the eligible expenses up to an out-of-pocket maximum determined by RAMQ and 100% in excess of the out-of-pocket maximum<br>• RAMQ updates the deductible and reimbursement percentage periodically<br>• Nortel Networks contributes toward premium for you and your spouse (taxable benefit to you) | | • Covers prescription drugs listed on RAMQ drug formulary<br>• Reimburses 80% of eligible expenses up to an out-of-pocket maximum determined by RAMQ and 100% in excess of the allowable out-of-pocket maximum<br>• You pay the full cost of the premium for you and your spouse |

Prior to your 65th birthday, you will receive specific information about the required premiums for both plans, and the portion of the provincial RAMQ drug plan premium that Nortel Networks reimburses. At this time, you will be asked to select your preferred prescription drug plan.

**It is important to note that if you select the provincial RAMQ drug plan, you may not switch to the Nortel Networks RAMQ-equivalent drug plan after that. However, you may switch from the Nortel Networks RAMQ-equivalent drug plan to the provincial RAMQ drug plan at any time.**

HEALTHCARE BENEFITS

# healthcare
# spending
# ACCOUNT

The healthcare spending account is a personal account to which Nortel Networks provides an annual allocation on your behalf. You may use your annual allocation to pay for medical, vision, hearing and dental expenses not reimbursed under any other plan and/or to reimburse the premiums you paid for individual medical and dental insurance for your HCC plan.

## Annual Allocation

To qualify for an annual healthcare spending account allocation, you must retire under the Balanced Program at age 55 or older with a minimum of 10 years of service counted from age 40.

If you meet these qualifications, the company's annual allocation to your health-care spending account is equal to $50 per year of service (including partial years of service) counted from age 40.

For example, let's assume that you retire at age 55 with 15 years of service counted from age 40. Your annual healthcare spending account allocation will be:

$$\$50 \times 15 \text{ years} = \$750$$

The following table shows examples of annual healthcare spending account allocations at different lengths of service counted from age 40:

| YEARS OF SERVICE AFTER 40TH BIRTHDAY | CALENDAR YEAR ALLOCATION |
|---|---|
| 10 | $500 |
| 15 | $750 |
| 20 | $1,000 |
| 25 | $1,250 |

7

HEALTHCARE SPENDING ACCOUNT

**Tax Note**

Under current tax legislation, annual allocations to your healthcare spending account are not subject to federal income tax. This means that the allocation in your account will go further than your salary would. However, please note that amounts reimbursed from your account are currently subject to provincial premium tax.

If you retire part way through the calendar year, the company's allocation for the remainder of that year will be pro-rated. For example, if you retire on April 1 and you have 20 years of service after your 40th birthday, you will receive three-quarters of your $1,000 allocation, or $750, for the remainder of that year. In subsequent calendar years, the company will allocate the full $1,000 to your account each January 1.

In the event of your death, your eligible surviving spouse and any eligible dependents will continue to receive half of your annual allocation.

## Eligible Expenses

You may use your healthcare spending account to pay for eligible medical, vision, hearing and dental expenses that are not covered, or only partially covered, by a provincial health plan, an employer-sponsored group health plan, or a private health plan (including deductibles and other out-of-pocket expenses). Generally, you may claim any expenses that are eligible for the medical tax credit under Section 118.2 of the Income Tax Act. On the following page is a partial list of eligible expenses.



January 2006

## ELIGIBLE EXPENSES

### MEDICAL PRACTITIONERS

- Chiropodist or podiatrist
- Chiropractor
- Christian Science practitioner
- Dentist
- Dietician
- Medical doctor
- Naturopath
- Registered Nurse
- Optometrist, oculist or ophthalmologist
- Osteopath
- Physiotherapist
- Psychologist
- Registered massage therapist
- Speech therapist or audiologist

### CARE AND FACILITIES

- Public or licensed private hospital (inside or outside Canada)
- Full-time attendant or full-time care in a nursing home for a person who has a severe and prolonged mental illness
- Full-time attendant in a self-contained domestic establishment for a person who is dependent on others for personal needs and care because of a mental or physical disability

### SUPPLIES, DEVICES AND EQUIPMENT

- Drugs, medicines and preparations or substances prescribed by a physician or dentist and dispensed by a pharmacist
- Artificial eye
- Artificial limbs
- Crutches
- Eye glasses or contact lenses
- Iron lung/portable chest respirator
- Rocking bed for poliomyelitis victims
- Wheelchair
- Spinal brace/support
- Brace for a limb
- Iliostomy or colostomy pad
- Truss for hernia
- Laryngeal speaking aid
- Hearing aid
- Artificial kidney machine
- Cloth diapers, disposable briefs, catheters, catheter trays
- Oxygen tent or other equipment necessary to administer oxygen
- Custom-made wig for a person who has suffered abnormal hair loss due to a disease, medical treatment or accident
- Needles and syringes for injections
- Pacemaker
- Orthopedic shoes or boots
- External breast prosthesis required because of a mastectomy

### DENTAL

- Preventive, diagnostic, restorative, orthodontic and therapeutic care
- Making or repairing of dentures, including impressions, bite registrations and insertions for the dentures



For More Information

To see a current and complete list of expenses eligible for reimbursement under the health care spending account, visit the Canada Customs and Revenue Agency website at www.ccra-adrc.gc.ca. Click on "Publications and forms" then on "Frequently Requested Publications" and look for the guide entitled "Medical and Disability Related Information." If you don't have access to the web, you can call your local Canada Customs office and request a copy of this guide.

## Limitations

In accordance with current Canada Customs and Revenue Agency rules, you will forfeit any amount remaining in your healthcare spending account after the calendar year ends. You have until March 31 of the following year to submit expenses from the prior year for reimbursement from your account.

Although you cannot carry forward any unused company allocation from one year to the next, **expenses not claimed in the current calendar year can be carried forward for reimbursement in the following calendar year.** Only a one-year carry forward of eligible expenses is permitted.

For example, let's assume that you are eligible for an annual healthcare spending account allocation of $750. If you have eligible expenses of $800 in Year 1, you may claim $750 under your healthcare spending account and carry forward the remaining $50 to be reimbursed from your Year 2 allocation. If you only have eligible expenses of $650 in Year 2, the total reimbursement from your account in Year 2 will be $700, and you will forfeit the remaining $50.



### HEALTHCARE BENEFITS

# health coverage
## CHOICE

This indivdual medical and dental coverage is available to supplement benefits provided by Nortel.

Your required premiums for the HCC plan will depend on the coverage you select. You must pay the premiums with your own money. If you have healthcare spending account allocations available, you can submit your HCC premiums to your health spending account for reimbursement.

You may apply for HCC coverage at any time after you retire. However, **if you apply and pay the premiums within 60 days of your retirement date, you will not have to supply medical evidence of insurability.** For details, refer to your HCC brochure and application form or call 1-800-786-5433. Detailed information is also available on the internet at www.sunlife.com.



**11**



**Important Read Your Policy**

The HCC plan is an individual insurance plan. If you provide for initial HCC coverage, the contract of insurance will be between you and the underlying financial carrier. You are thus protected by it. Carefully determine the policy before you complete your enrollment. Make sure you read the terms and conditions carefully. You should make sure you are aware that:

• After you make the initial premium payment, your first regular payment must be received within 31 days in advance of the due date, or your coverage will be terminated.

• You may terminate your coverage under the medical or medical and dental plans at any time.

• If you terminate coverage, you may re-enroll at a later time (subject to satisfactory evidence of insurability).

• You must submit claims for eligible expenses incurred within 12 months following the date expenses were incurred.

## HEALTHCARE BENEFITS

# claims
## PROCEDURES

Currently, your Nortel Networks healthcare spending account is administered by Sun Life Financial. To make the most of your benefits, it is important that you follow the correct procedures when submitting claims. These procedures will depend on whether or not you purchase coverage under the HCC plan and on whether or not you have coverage under a spousal plan (see *Coordination of Benefits*).

Remember, you have until March 31 of any year to submit a claim for expenses incurred in the prior year.

## Coordination of Benefits

If you have coverage under the HCC plan and/or a spousal plan, coordination of benefits provides a consistent way for you to claim under each plan and optimize your benefits. In any case, you will never receive more than 100% reimbursement of an eligible expense. Here is how coordination of benefits works:

*If you have coverage under the HCC plan*

• Submit claims for eligible expenses to your HCC plan first.

• Each time you submit a claim, you will receive an Explanation of Benefits (EOB) from Sun Life Financial with your reimbursement.

• If your HCC plan does not fully reimburse your expenses, you may submit a claim, with your HCC plan EOB, to your spouse's healthcare plan and/or to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.

## Dependent Children's Expenses

Here is how you should submit claims for dependent children's expenses if they are covered under your Nortel Networks plans and a spousal plan.

If your birthday is earlier in the year than your spouse's birthday, follow the same procedures as for your own expenses.

If your spouse's birthday is earlier in the year, follow the same procedures as for your spouse's expenses.

---

*If you have coverage under a spousal plan*
- Submit claims to your spouse's plan first.
- If that plan does not fully reimburse your expenses, submit a claim, with the EOB from your spouse's plan, to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.

*If you do not have coverage under a spousal plan*
- Submit claims to Sun Life Financial for reimbursement from your Nortel Networks healthcare spending account.

*An Example*
Let's assume that:
- You incur an expense of $400 for major dental treatment
- You do not have dental coverage under the HCC plan
- You are covered as a dependent under your spouse's dental plan and
- Your spouse's plan reimburses 50% of major dental expenses

Here are the step-by-step claims procedures you should follow:

> By submitting a claim to your spouse's plan *before* your healthcare spending account, you avoid *using up* your healthcare spending account allocation unnecessarily.

### STEP 1
Submit claim to spouse's dental insurance.

Reimburses 50% ($200)

### STEP 2
Submit claim, with EOB from spouse's plan, to Nortel Networks healthcare spending account.

Reimburses $200



## Using Your Drug Card

### If you are under age 65

When you retire, you may continue to use the Nortel Networks drug card you received under the Nortel Networks FLEX program as an active employee.

If the Nortel Networks Quebec retiree drug plan does not cover the full expense, you may submit a claim for your unpaid expenses to your spouse's healthcare plan, if applicable, and then to your Nortel Networks healthcare spending account.

## Nortel Networks
## Quebec retiree drug plan



### When You Reach Age 65

- If you choose to participate in the Nortel Networks RAMQ-equivalent drug plan at age 65, you should continue to use your Nortel Networks drug card, as described above.

- If you choose to participate in the provincial RAMQ drug plan when you reach age 65, you must present your RAMQ card when you fill a prescription.

- In either case, you may submit a claim for any unpaid expenses to your spouse's healthcare plan, if applicable, and then to your Nortel Networks healthcare spending account.

## Nortel Networks                    Provincial RAMQ
## RAMQ-equivalent drug plan          drug plan



**Need a Claim Form?**

To obtain a claim form for your Nortel Networks healthcare spending account, call Sun Life Financial direct at Sun Life Financial web site at www.sunlife.com. To obtain the plan claim forms, call Sun Life Financial at 1-800-229-7089 or go to the Sun Life Financial web site at www.sunlife.com and download the appropriate form. Whenever you submit a claim, you will be sent a new claim form with your Explanation of Benefits.

January 2006



# retiree life
## BENEFITS

Nortel Networks offers two company-paid life options for individuals who retire under the Balanced Program. You will be asked to select one of the following options when you retire from Nortel Networks.

| OPTION 1 | OR | OPTION 2 |
|----------|----|----------|
| $10,000 death benefit | | $10,000 death benefit<br>PLUS<br>$25,000 life insurance |

If you select Option 1, there are currently no tax implications for you. However, if you select Option 2, current tax legislation requires that you pay income tax each year on the company-paid premiums for the $25,000 life insurance benefit. The company-paid premiums, and your corresponding taxable benefit, may increase or decrease in the future based on the number of claims under the retiree life insurance plan.

The coverage option you select will remain in effect throughout your retirement and the benefit will be paid to your designated beneficiary (or your estate if applicable) in the event of your death. Under current tax legislation, the benefit proceeds are non-taxable to your designated beneficiary, regardless of the option you select.

Please note that Nortel Networks does not provide post-retirement life benefits for your spouse or eligible dependent children.

## Claims Procedures

In the event of your death, your spouse or other survivor should notify the state disability center or Nortel Networks Employee Services immediately. Employee Services will send you the necessary documents to be executed if required. Claim details which should be completed and returned to Employee Services along with a certificate of death. Employee Services will forward the completed forms to Sun Life Financial for processing of the claim and payment of your life benefit.

16

January 2006



# Glossary
## OF TERMS

**Beneficiary** – the person (or people) you choose to receive your retiree life benefits when you die. You can name more than one person as a beneficiary if you specify how the benefit should be divided among them.

If you are a man residing in Quebec and you have designated your legal spouse or your children as beneficiaries before October 20, 1976, you must obtain their written consent to change the beneficiary. The same applies to all Quebec residents of either gender who have identified their legal spouse as beneficiary since that date, unless they specified that the designation was revocable.

**Canada Customs and Revenne Agency (CCRA)** – the federal government department formally known as Revenue Canada. The CCRA administers federal tax laws that apply to benefits plans and sets rules regarding healthcare spending accounts such as Nortel Networks healthcare spending account. For more information, visit the web site at www.ccra-adrc.gc.ca.

**Coordination of benefits** – a group insurance provision that specifies which insurer pays a claim when two or more insurers cover the same expense. Coordination of benefits enables a plan member to optimize the benefits available from each plan, but total payment can be no more than 100% of the expenses incurred.

**Deductible** – the amount an individual must pay out of their own pocket for eligible expenses before an insurance plan pays for any expenses.

**17**

*Eligible expenses* – charges for health-care services and supplies for which the plan pays benefits.

*Evidence of insurability* – proof of an individual's good health required by the insurance company before the requested coverage is approved. Evidence of Insurability is typically provided by completing a health questionnaire.

*Explanation of benefits (EOB)* – the document you receive from the insurance company with every claim reimbursement, explaining how the claim was processed.

*Health Coverage Choice (HCC)* – individual medical and dental insurance, insured by Sun Life Financial, and available to Nortel Networks retirees at their own expense.

*Healthcare spending account* – an annual allocation by Nortel Networks that you may use to pay for eligible healthcare expenses not covered under another private or provincial health insurance plan.

*Nortel Networks drug card* – the drug card you received as an active employee under the Nortel Networks FLEX program.

*Out-of-pocket expenses* – payments by an individual that are not reimbursable under a group insurance plan, an individual health insurance plan, or a provincial health insurance plan.

*Premium* – the cost of coverage under an individual, employer-sponsored or government-sponsored benefit plan. Premiums are typically paid monthly.

*Quebec retiree drug plan* – a prescription drug plan that Nortel Networks provides to retirees who are under age 65 and their eligible dependents who live in Quebec.

*RAMQ* – Regie de l'assurance-maladie du Quebec, the provincial health insurance plan for Quebec residents.

*RAMQ card* – the identification card provided to individuals with RAMQ coverage. If you choose to participate in the provincial RAMQ drug plan when you reach age 65, you will use this card to fill prescriptions.

*RAMQ drug plan* – the provincial drug plan provided to Quebec residents who are age 65 or older.

*RAMQ-equivalent drug plan* – a prescription drug plan that Nortel Networks offers to Quebec retirees who are age 65 or older as an alternative to the provincial RAMQ drug plan.



January 2006



January 2006



This booklet summarizes retiree healthcare and life benefits currently provided to Nortel Networks retirees who retire under the Balanced Program. If there are any discrepancies between the information in this booklet and the official plan documents, the plan documents will be considered correct and will govern plan administration. In accordance with the plan provisions, Nortel Networks, in its sole discretion, reserves the right to amend or discontinue any of the plans described here or to change benefit providers at any time, without notice to participants.



January 2006