# APPENDIX "L"

# INDEX TO SUN LIFE POLICIES

Nortel Policy Agreement, April 29, 1999                                                                    1

Nortel Policy Amendment Agreement No. 22, August 26, 2006                                  2

History Summary Chart for Group Policy #20535                                                     3

Overview – Policy #13900, April 29, 1999                                                                4

Nortel Amendment Agreement No. 11, May 7, 2008 (Group Policy #20531)            5

History Summary for Policy #20531                                                                          6

Nortel Policy Amendment Agreement No. 1, January 1, 2001 (Group Policy #13901)     7

Nortel Policy Amendment Agreement No. 7, May 1, 2005 (Group Policy #20532)     8

History Summary Chart for Policy #20532                                                                 9

Nortel Networks Policy #14900, January 1, 2000                                                      10

Reissue – Agreement No. 9 (Group Policy #20533)                                                   11

History Summary Chart for Policy #20533                                                               12

Reissue Agreement No. 4 to Group Policy #20534, December 1, 2004                        13

Reissue Highlights to Group Policy #14901, January 1, 2002                                    14

History Summary Chart for Group Policy #20534                                                     15

Nortel Policy Amendment Agreement No. 2, January 1, 2004 (Group Policy #20537-     16
OOP)

History Summary Chart for Group Policy #20537-OOP                                             17

Amendment Agreement No. 1 for Administrative Services Only, January 1, 2005 (Group     18
Policy #25654 – Appendix C-4A)

Amendment Agreement No. 3 for Administrative Services Only, September 1, 2007     19
(Group Policy #25654 – Appendix C-4A)

Northern Telecom Canada Limited Plan Number 90002, LTD Plan, June 1, 1992 (Group     20
Plan #90002 – Appendix C-7)

- 2 -

Amendment Agreement No. 1 for Administrative Services Only, September 1, 2003    21
(Group Policy #25654 – Appendix C-7)

History Summary Chart for Group Policy #25654 – Appendix C-4A    22

History Summary Chart for Group Policy #25654 – Appendix C-7    23

History Summary Chart for Group Policy #25654 – Appendix C-6A    24

Reissue – Agreement No. 2 Plan No. 25656 December 1, 2004    25

Agreement for Administrative Services Only (25654, 25655 & 25656), January 2004    26

Amendment Agreement No. 2 for Administrative Services Only (25654 Appendix C-4A),    27
February 1, 2005

\5880340

# Sun Life Policies

# 1

# Table of Contents

Agreement ......................................................................................................................
Definitions .............................................................................................................. A-1
Policy................................................................................................................... C-1
Commencement and Termination of Insurance................................................. D-1
Dependant Life Insurance Provision ................................................................ F-1
Dependant Accidental Dismemberment Insurance Provision ......................... H-1
Appendix "A" .................................................................................................. J-1
Appendix "A-1" .......................................................................................... AppA-1
Appendix "B" ............................................................................................ AppA1-1
Appendix "B-1" ......................................................................................... AppB-1
Appendix "B-4" ......................................................................................... AppB1-1
Appendix "C" ............................................................................................ AppB4-1
Appendix "D" ........................................................................................... AppC-1
Appendix "D-1" ........................................................................................ AppD-1
Appendix "E" ............................................................................................ AppD1-1
Appendix "F" ............................................................................................ AppE-1
Appendix "G" ........................................................................................... AppF-1
Appendix "H" ........................................................................................... AppG-1
Appendix "I" ............................................................................................. AppH-1
Appendix "Q" ........................................................................................... AppI-1
                                                                              AppQ-1

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Corporation<br>(Name Change effective April 29, 1999) |
| Group Policy Number | 23901 |
| Effective Date | October 1, 1985 |
| Participating Affiliates | Northern Telecom Canada Limited |

We, Clarica Life Insurance Company, agree with you, Northern Telecom Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

This policy forms the entire contract of insurance between Clarica Life Insurance Company and Northern Telecom Limited.

Please sign both copies of this agreement and return one to us.

Signed at our Head Office, Waterloo, Ontario.

_____
Secretary

_____
President

This policy is approved at _____, dated _____

Northern Telecom Limited

by _____
Vice President, Human Resources

and by _____
Secretary

Agreement (calls)
April 29, 1999 (23901)

A-1

# Definitions

**Actively working and active work**
mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift.

**Calendar year**
means January 1 to December 31.

**Dependant**
means a member's spouse, or a dependent child of a member or his spouse.

**Dependent child**
means an unmarried natural or legally adopted child who is living with, or deemed to be living with the member, including those where support has been dictated by a court order, and who is

1.  under 21 years of age,
2.  under 25 years of age and attending an accredited college or university full-time, or
3.  physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and before reaching the age of 21.

The child must be a Canadian citizen, or have landed immigrant status.

**Evidence of insurability**
means written proof that a person meets our medical underwriting requirements.

**Family unit**
means a member and his insured dependants.

**He, his and him**
refer to both genders.

**Insured dependant**
means a dependant for whom the member is insured. If we don't approve evidence of insurability required for a dependant, he will not be an insured dependant.

**Member**
means a person who is eligible to participate under Group Policy G13901 issued by us to you, but does not include a dependant.

**Month**
means the period of time from a date in one calendar month to the same date in the following calendar month.

**Period of grace**
for the payment of premiums, is 60 days.

**Premium due date**
means the 1st day of each month.

**Policy anniversary**
means January 1, 1987 and an anniversary of that date.

**Policy year**
means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary.

**Spouse**
means the person who is married to and living with the member, except that a person of the same or opposite sex who, at the time the right to claim a benefit arises, is living with the member for 12 consecutive months in the event marriage is not so prohibited, and is publicly represented as the member's wife or husband will be considered to be the member's spouse.

**We, us and our**
refer to Clarica Life Insurance Company.

**Work Stoppage**
includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves.

**You and your**
refer to the Policyholder.

Definitions (cc03v)
July 1, 1994 (23901)

C-1

# Policy

## The Contract

You are entitled to one vote at our annual and special general meetings. This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy participates in our surplus distribution to the extent and in the amount determined by us.

All policies issued to you under the same number are combined for surplus distribution.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in arrears.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Initial Monthly Premium Rates

Dependant Life and Accidental Dismemberment    ....$    1.00 per member

## Period of Grace

The period of grace begins on the premium due date. The period of grace is allowed for the payment of each premium except the first. The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace.

## Termination of Policy

This policy terminates when a premium has not been paid before the end of the period of grace.

Policy (cd03v008)        D-1
October 1, 1985 (23901)

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

Policy (cd03v008)          D-2
October 1, 1985 (23901)

# Commencement and Termination of Insurance

## Enrolment for Insurance

A member requests dependant insurance by submitting a completed enrolment form. He may elect to be insured for dependant insurance under Option A, B or Option C, if eligible.

If a member requests dependant insurance more than 31 days after the date he became eligible for dependant insurance, he must submit evidence of insurability for each dependant to us.

Evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A member becomes insured for dependant insurance on the latest of

1.   the date that he becomes eligible for dependant insurance,
2.   the date that he requests dependant insurance, or
3.   the date that we determine the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the insurance would be effective, he becomes insured for dependant insurance on the date he returns to active work.

## Changes in Insurance

An increase in the benefits or the amount of dependant insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury.

If a member decides to increase his amount of dependant insurance, he must submit evidence of insurability for each dependant to us unless he applies within 31 days of acquiring a spouse or a dependent child. The effective date of the increase in dependant insurance will be the latest of

1.   the date that he becomes eligible for the increase in dependant insurance,
2.   the date the member requests the increase in dependant insurance, or
3.   the date we approve the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If a person is a member under Appendix A, A-1, B or C on July 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by July 31, 1994. The increase in the amount of dependant insurance will be effective on the later of July 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix D or D1 on August 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by August 31, 1994. The increase in the amount of dependant insurance will be effective on the later of August 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix E or F on October 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by October 31, 1994. The increase in the amount of dependant insurance will be effective on the

later of October 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix G on February 1, 1995, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by March 3, 1995. The increase in the amount of dependant insurance will be effective on the later of February 1, 1995 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix B-1 on August 1, 1995, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by August 31, 1995. The increase in the amount of dependant insurance will be effective on the later of August 1, 1995 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If, due to disease or injury, a member is not actively working on the date an increase in the benefits or the amount of dependant insurance of a member would be effective, the increase becomes effective on the date he returns to active work.

A decrease in the benefits or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification.

If a member decides to decrease his dependant insurance, the decrease becomes effective on the date of the request.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the dependant insurance of a member terminates on the last day of the month following the date he no longer meets all of the conditions for Eligibility for Dependant Insurance. If a member, due to disease or injury, no longer meets all of the conditions, his insurance will be continued until the date of termination of his insurance that you specify.

The dependant insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is void.

Statements made in a member's enrolment form or in an evidence of insurability form which are

1.      fraudulent,
2.      a misstatement of age, marital status or eligible dependants, or
3.      about a disability which existed prior to the effective date of his insurance,
may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Dependant Life Insurance Provision

## Claims

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and of the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When an insured dependant dies, we will pay the member the amount of benefit in force on the date of death.

No benefit is payable for an insured dependant who dies before reaching the age of 14 days.

## Conversion Privilege - Spouse

If the dependant insurance for the spouse terminates due to the termination of the member's insurance and this provision continues in force, the spouse may convert the amount of the dependant insurance terminated to an individual policy on his life without submitting evidence of insurability.

The application and premium must be received by us within 31 days after termination of the member's insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

The individual policy will be effective 31 days after the insurance is terminated.

## Continuation of Benefit After Termination - Spouse

If the dependant insurance terminates while this provision continues in force and the spouse dies within 31 days after termination of insurance, we will pay the member the amount of insurance which the spouse could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

We will waive premiums for the member's dependent life insurance for a period during which the member is receiving Long Term Disability payments.

# Dependant Accidental Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and index finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Physician** | means a person who is licensed to practise medicine and is certified by the Royal College of Physicians and Surgeons of Canada or the Professional Corporation of Physicians of Quebec. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |
| **Vehicle** | means a vehicle that is drawn, propelled or driven by means other than muscular power, and includes an aircraft, automobile, truck, motorcycle, moped, snowmobile and water vessel. |

## Amount of Benefit

The amount of benefit is specified in the Summary of Insurance and, depending on the loss suffered by the dependant, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Quadriplegia | 100% |
| Paraplegia | 100% |
| Hemiplegia | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 67% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |

If a dependant has suffered more than one of the losses listed above as a result of one accident, we will only pay the amount of benefit for one loss. That loss will be the highest of the losses suffered by the dependant.

## Claims

All claims must be received by us within 3 months of the date of loss.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a dependant has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss to the member, provided all of the following conditions are met:

1. The accident must occur while the dependant is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.

No benefit is payable for any loss suffered by an insured dependant if the loss occurs before he reaches the age of 14 days.

## Air Travel

If a dependant suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a dependant suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Conversion Privilege

There is no conversion privilege.

Dependant AD Insurance Provision (cj02v005)                                      **J-2**
October 1, 1985 (23901)

There is no continuation of benefit after termination of insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1.    suicide, while sane or insane,
2.    self-inflicted injuries, while sane or insane,
3.    disease,
4.    civil disorder or war, whether or not war was declared,
5.    full-time service in the armed forces of any country,
6.    injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
   a.   the dependant was operating, learning to operate or serving as a member of a crew of any aircraft, or
   b.   the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.
7.    committing or attempting to commit a criminal offence,
8.    injuries received due to operating a vehicle if, when the injuries were received, the dependant's blood contained more than 80 milligrams of alcohol per 100 millilitres of blood.

# Appendix "A"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.A.W. Locals 1525, 1530, 1535, or 1837 - Technical & Clerical Employees at London, Belleville, Bramalea & Kingston respectively.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

### Dependant Life and Accidental Dismemberment Insurance (for Spouse only)

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

### Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

# Appendix "A-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.A.W. Locals 27, 1837, 1839, or 1915 -

    Production & Trades Employees at London, Kingston, Belleville

    & Bramalea respectively.

4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | ~Amount of Benefit |
|--------|--------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

Appendix "A-1"          AppA1-1
January 1, 1997 (23901)

# Appendix "B"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.E.P. Local 4 - Western Region Installers.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

Dependant Life and Accidental Dismemberment Insurance (for Spouse only)

| Option | Amount of Benefit |
|---|---|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)

| Option | Amount of Benefit |
|---|---|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

# Appendix "B-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.E.P. Local 9 - Communications, Energy and Paperworkers Union.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

Appendix "B-1"                    AppB1-1
August 1, 1998 (23901)

# Appendix "B-4"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.W.C. Local 100 - Production and Trades Employees of Aylmer, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance**

| Option | Amount of Benefit Spouse | Amount of Benefit Each Child |
|--------|--------------------------|------------------------------|
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

Termination Age : member's retirement

# Appendix "C"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.O.E.U. Local 1 - Technical and Clerical Employees of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $10,000 |
| B | $15,000 |
| C | $30,000 |
| D | $45,000 |

Termination Age : member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $7,500 |
| C | $12,500 |

Termination Age : member's retirement

# Appendix "D"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

Appendix "D";          AppD-1
May 1, 1997 (23901)

# Appendix "D-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.C.W. Local 2 - Eastern Region Installers.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

Appendix "D-1"
July 1, 1997 (23901)                                    AppD1-1

# Appendix "E"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.O.E. & G.W. Local 100 - Stationary Engineers of London, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance**

| Option | Amount of Benefit Spouse | Amount of Benefit Each Child |
|--------|--------------------------|------------------------------|
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |
| C | $25,000 | $10,000 |

**Termination Age :** member's retirement

Appendix "E"                    AppE-1
October 1, 1994 (23901)

# Appendix "F"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of I.U.O.E. Local 796 - Stationary Engineers of Bramalea, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

Dependant Life and Accidental Dismemberment Insurance (for Spouse only)

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age : member's retirement

Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

Appendix "F"
October 1, 1997 (23901)                AppF-1

# Appendix "G"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of S.I.P.I.Q. - Security Guards of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

Dependant Life and Accidental Dismemberment Insurance

| Option | Amount of Benefit Spouse | Amount of Benefit Each Child |
|---|---|---|
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |
| B | $25,000 | $10,000 |

Termination Age : member's retirement

# Appendix "H"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of I.B.E.W. Local 1148 - Production Employees of London, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

Dependant Life and Accidental Dismemberment Insurance

| Option | Amount of Benefit Spouse | Amount of Benefit Each Child |
|--------|--------------------------|------------------------------|
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

Termination Age : member's retirement

# Appendix "I"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of U.N.I. - Nurses of Montreal, Quebec. London, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

### Dependant Life

| Option | Amount of Benefit Spouse | Amount of Benefit Each Child |
|---|---|---|
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

Termination Age : member's retirement

# Appendix "Q"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1.   He is actively working.
2.   He regularly works for you at least 30 hours each week.
3.   He is a member of United Steelworkers of America, Barrie, Ontario.
4.   He has at least one dependant.
5.   He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life (for Spouse only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |

Termination Age : member's retirement

**Dependant Life (for Children only)**

| Option | Amount of Benefit |
|--------|-------------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age : member's retirement

# Sun Life Policies

# 2

# Amendment Agreement No. 22

Amendment to Group Policy 20535

Issued To

Nortel Networks Limited

This amendment is effective August 26, 2006.

We made the changes on the request for amendment.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                                 Secretary

This policy is approved at _____, dated _____

by _____

Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

Amendment Agreement No. 22 (ca06s)
August 26, 2006 (20535)                                                          A-1

# Table of Contents

Agreement ................................................................................................ A-1

Definitions ................................................................................................ C-1

Policy ........................................................................................................ D-1

Commencement and Termination of Insurance ...................................... F-1

Dependant Life Insurance Provision ........................................................ H-1

Dependant Accidental Dismemberment Insurance Provision ................. J-1

Appendix "A" ........................................................................................ AppA-1

Appendix "A-1" ..................................................................................... AppA1-1

Appendix "B" ........................................................................................ AppB-1

Appendix "B-1" ..................................................................................... AppB1-1

Appendix "B-4" ..................................................................................... AppB4-1

Appendix "C" ........................................................................................ AppC-1

Appendix "D" ........................................................................................ AppD-1

Appendix "D-1" ..................................................................................... AppD1-1

Appendix "E" ........................................................................................ AppE-1

Appendix "F" ........................................................................................ AppF-1

Appendix "G" ........................................................................................ AppG-1

Appendix "H" ........................................................................................ AppH-1

Appendix "I" .......................................................................................... AppI-1

Appendix "Q" ........................................................................................ AppQ-1

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 20535 |
| Effective Date | December 1, 2004 |
| Participating Affiliates | Northern Telecom Canada Limited |

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy.  Premiums (as determined in the policy) are payable by you at our Head Office.

The policy and the application form the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.

Signed at our Head Office, Toronto, Ontario.

President                                    Secretary

Agreement (ca01sl)
December 1, 2004 (20535)                                         A-1

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Calendar year** | means January 1 to December 31. |
| **Dependant** | means a member's spouse, or a dependent child of a member or his spouse. |
| **Dependent child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is |

1. under 21 years of age,
2. under 25 years of age and attending an accredited college or university full-time, or
3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and before reaching the age of 21.

The child must be a Canadian citizen, or have landed immigrant status.

| | |
|---|---|
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **Family unit** | means a member and his insured dependants. |
| **He, his and him** | refer to both genders. |
| **Insured dependant** | means a dependant for whom the member is insured. If we don't approve evidence of insurability required for a dependant, he will not be an insured dependant. |
| **Member** | means a person who is eligible to participate under Group Policy G13901 issued by us to you, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Period of grace** | for the payment of premiums, is 60 days. |
| **Premium due date** | means the 1st day of each month. |
| **Policy anniversary** | means January 1, 1987 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Spouse** | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship for 12 consecutive months. |
| **We, us and our** | refer to Sun Life Assurance Company of Canada. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in arrears.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Initial Monthly Premium Rates

Dependant Life and Accidental Dismemberment     $     1.00 per member

## Period of Grace

The period of grace begins on the premium due date. The period of grace is allowed for the payment of each premium except the first. The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace.

## Termination of Policy

This policy terminates when a premium has not been paid before the end of the period of grace.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Commencement and Termination of Insurance

## Enrolment for Insurance

A member requests dependant insurance by submitting a completed enrolment form. He may elect to be insured for dependant insurance under Option A, B or Option C, if eligible.

If a member requests dependant insurance more than 31 days after the date he became eligible for dependant insurance, he is considered a late entrant and he must submit evidence of insurability for each dependant to us.

For late entrants, evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A member becomes insured for dependant insurance on the latest of

1.  the date that he becomes eligible for dependant insurance,
2.  the date that he requests dependant insurance, or
3.  the date that we determine the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the insurance would be effective, he becomes insured for dependant insurance on the date he returns to active work.

## Changes in Insurance

An increase in the benefits or the amount of dependant insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury.

If a member decides to increase his amount of dependant insurance, he must submit evidence of insurability for each dependant to us unless he applies within 31 days of acquiring a spouse or a dependent child. The effective date of the increase in dependant insurance will be the latest of

1.  the date that he becomes eligible for the increase in dependant insurance,
2.  the date the member requests the increase in dependant insurance, or
3.  the date we approve the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If a person is a member under Appendix A, A-1, B or C on July 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by July 31, 1994. The increase in the amount of dependant insurance will be effective on the later of July 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix D or DI on August 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by August 31, 1994. The increase in the amount of dependant insurance will be effective on the later of August 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix E or F on October 1, 1994, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by October 31, 1994. The increase in the amount of dependant insurance will be effective on the

later of October 1, 1994 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix G on February 1, 1995, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by March 3, 1995. The increase in the amount of dependant insurance will be effective on the later of February 1, 1995 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If a person is a member under Appendix B-1 on August 1, 1995, he may increase his amount of dependant insurance by one option without submitting evidence of insurability. He must request the increase by August 31, 1995. The increase in the amount of dependant insurance will be effective on the later of August 1, 1995 or the date the member requests the increase in dependent insurance, unless he is not actively working on that day due to injury or disease.

If we don't approve an increase in the amount of insurance of a member or the amount of dependant insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the benefits or the amount of dependant insurance of a member would be effective, the increase becomes effective on the date he returns to active work.

A decrease in the benefits or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification.

If a member decides to decrease his dependant insurance, the decrease becomes effective on the date of the request.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the dependant insurance of a member terminates on the last day of the month following the date he no longer meets all of the conditions for Eligibility for Dependant Insurance. If a member, due to disease or injury, no longer meets all of the conditions, his insurance will be continued until the date of termination of his insurance that you specify.

The dependant insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is void.

Statements made in a member's enrolment form or in an evidence of insurability form which are

1. fraudulent,
2. a misstatement of age, marital status or eligible dependants, or
3. about a disability which existed prior to the effective date of his insurance,

may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Dependant Life Insurance Provision

## Claims

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and of the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When an insured dependant dies, we will pay the member the amount of benefit in force on the date of death.

## Conversion Privilege – Spouse

If the dependant insurance for the spouse terminates due to the termination of the member's insurance and this provision continues in force, the spouse may convert the amount of the dependant insurance terminated to an individual policy on his life without submitting evidence of insurability.

The application and premium must be received by us within 31 days after termination of the member's insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

The individual policy will be effective 31 days after the insurance is terminated.

## Continuation of Benefit After Termination – Spouse

If the dependant insurance terminates while this provision continues in force and the spouse dies within 31 days after termination of insurance, we will pay the member the amount of insurance which the spouse could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

We will waive premiums for the member's dependent life insurance for a period during which the member is receiving Long Term Disability payments.

# Dependant Accidental Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and index finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Physician** | means a person who is licensed to practise medicine and is certified by the Royal College of Physicians and Surgeons of Canada or the Professional Corporation of Physicians of Quebec. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |
| **Vehicle** | means a vehicle that is drawn, propelled or driven by means other than muscular power, and includes an aircraft, automobile, truck, motorcycle, moped, snowmobile and water vessel. |

## Amount of Benefit

The amount of benefit is specified in the Summary of Insurance and, depending on the loss suffered by the dependant, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Quadriplegia | 100% |
| Paraplegia | 100% |
| Hemiplegia | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 67% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |

If a dependant has suffered more than one of the losses listed above as a result of one accident, we will only pay the amount of benefit for one loss. That loss will be the highest of the losses suffered by the dependant.

## Claims

All claims must be received by us within 3 months of the date of loss.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a dependant has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss to the member, provided all of the following conditions are met:

1.  The accident must occur while the dependant is insured under this provision.
2.  The loss must occur within 365 days of the date of the accident.

No benefit is payable for any loss suffered by an insured dependant if the loss occurs before he reaches the age of 14 days.

## Air Travel

If a dependant suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a dependant suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,
3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
    a. the dependant was operating, learning to operate or serving as a member of a crew of any aircraft, or
    b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.
7. committing or attempting to commit a criminal offence,
8. injuries received due to operating a vehicle if, when the injuries were received, the dependant's blood contained more than 80 milligrams of alcohol per 100 millilitres of blood.

# Appendix "A"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.A.W. Locals 1525, 1530, 1535, or 1837 - Technical & Clerical Employees at London, Belleville, Bramalea & Kingston respectively.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

Termination Age: member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

Termination Age: member's retirement

# Appendix "A-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.A.W. Locals 27, 1837, 1839, or 1915 –

    Production & Trades Employees at London, Kingston, Belleville

    & Bramalea respectively.

4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Appendix "B"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.E.P. Local 4 - Western Region Installers.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Appendix "B-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.E.P. Local 9 - Communications, Energy and Paperworkers Union.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Appendix "B-4"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.W.C. Local 100 - Production and Trades Employees of Aylmer, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

Dependant Life and Accidental Dismemberment Insurance

| Option | Amount of Benefit | |
|--------|--------|------------|
|        | Spouse | Each Child |
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

Termination Age: member's retirement

# Appendix "C"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.O.E.U. Local 1 - Technical and Clerical Employees of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $10,000 |
| B | $15,000 |
| C | $30,000 |
| D | $45,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $7,500 |
| C | $12,500 |

**Termination Age:** member's retirement

# Appendix "D"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $10,000 |
| B | $15,000 |
| C | $30,000 |
| D | $45,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $7,500 |
| C | $12,500 |

**Termination Age:** member's retirement

# Appendix "D-1"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.C.W. Local 2 - Eastern Region Installers.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Appendix "E"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of C.U.O.E. & G.W. Local 100 - Stationary Engineers of London, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance**

| Option | Amount of Benefit | |
|---|---|---|
| | Spouse | Each Child |
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |
| C | $25,000 | $10,000 |

**Termination Age:** member's retirement

# Appendix "F"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of I.U.O.E. Local 796 - Stationary Engineers of Bramalea, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |
| D | $40,000 |

**Termination Age:** member's retirement

**Dependant Life and Accidental Dismemberment Insurance (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Appendix "G"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of S.I.P.I.Q. - Security Guards of Montreal, Quebec.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

### Dependant Life and Accidental Dismemberment Insurance

| Option | Amount of Benefit | |
|---|---|---|
| | Spouse | Each Child |
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |
| C | $25,000 | $10,000 |

Termination Age: member's retirement

# Appendix "H"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1.  He is actively working.
2.  He regularly works for you at least 30 hours each week.
3.  He is a member of I.B.E.W. Local 1148 - Production Employees of London, Ontario.
4.  He has at least one dependant.
5.  He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life and Accidental Dismemberment Insurance**

| Option | Amount of Benefit | |
|:---:|:---:|:---:|
| | Spouse | Each Child |
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

**Termination Age:** member's retirement

# Appendix "I"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1.  He is actively working.
2.  He regularly works for you at least 30 hours each week.
3.  He is a member of U.N.I. - Nurses of Montreal, Quebec. London, Ontario.
4.  He has at least one dependant.
5.  He and his dependants are residents of Canada.

## Summary of Insurance

### Dependant Life and Accidental Dismemberment Insurance

| Option | Amount of Benefit | |
|---|---|---|
| | Spouse | Each Child |
| A | $5,000 | $2,500 |
| B | $10,000 | $5,000 |

**Termination Age:** member's retirement

# Appendix "Q"

## Eligibility for Dependant Insurance

A member is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is actively working.
2. He regularly works for you at least 30 hours each week.
3. He is a member of United Steelworkers of America, Barrie, Ontario.
4. He has at least one dependant.
5. He and his dependants are residents of Canada.

## Summary of Insurance

**Dependant Life (for Spouse only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $5,000 |
| B | $10,000 |
| C | $25,000 |

**Termination Age:** member's retirement

**Dependant Life (for Dependant Children only)**

| Option | Benefit Formula |
|--------|-----------------|
| A | $2,500 |
| B | $5,000 |
| C | $10,000 |

**Termination Age:** member's retirement

# Sun Life Policies

# 3

# History Summary

## for

## 20535

## NORTEL NETWORKS LIMITED

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Appendices A,A-1,B,B-1,B-4,E,F,H,I added | January 1, 1986 | -- |
| 2 | Commencement and Termination<br>- enrolment<br>- changes in insurance<br>Appendices A,A-1,B,B-1,B-4,E,F,H,I<br>- Options added | January 1, 1989 | October 1, 1985<br>January 1, 1986<br>and<br>October 1, 1985 |
| 3 | Appendix Q is added | June 1, 1989 | -- |
| 4 | Appendix G is added | January 1, 1989 | -- |
| 5 | Definitions - spouse<br>Commencement and Termination<br>- enrolment<br>- changes in insurance<br>Appendices A,A-1,B,C<br>- option added | July 1, 1994 | October 1, 1985<br>January 1, 1989 |
| 6 | Commencement and Termination<br>- enrolment<br>- changes in insurance<br>Appendices D and D1<br>- option added | August 1, 1994 | July 1, 1994<br><br>January 1, 1989 |
| 7 | Commencement and Termination<br>- enrolment<br>- changes in insurance<br>Appendices E and F<br>- option added | October 1, 1994 | August 1, 1994<br><br>January 1, 1989 |
| 8 | Commencement and Termination<br>- changes in insurance<br>Appendix G<br>- option added | February 1, 1995 | October 1, 1994 |
| 9 | Commencement and Termination of Insurance<br>- Changes in Insurance (B-1)<br>Appendix B-1<br>- option added<br>- Eligibility - class definition changed | August 1, 1995 | February 1, 1995<br><br>January 1, 1989 |
| AMEND- | AMENDMENT | EFFECTIVE | EFFECTIVE |

1

# Sun Life Policies

# 4

# Table of Contents

Overview - Policy #13900 - Nortel Networks Corporation ........................................................1

Agreement ...................................................................................................................... A-1

Definitions ...................................................................................................................... C-1

Policy................................................................................................................................ D-1

Eligibility ........................................................................................................................ E-1

Commencement and Termination of Insurance ................................................................ F-1

Member Life Insurance Provision .................................................................................... G-1

Member Accidental Death and Dismemberment Insurance Provision ............................ I-1

Appendix A - Non-Negotiated Full-Time Salaried and Hourly Employees ................ AppA-1

Appendix B - Pensioners .......................................................................................... AppB-1

Appendix C - Members Acting in a Consulting Capacity........................................ AppC-1

Appendix D1 - Members of the Board of Directors.................................................. AppD1-1

Appendix D2 - Retired Directors ............................................................................ AppD2-1

Appendix E - Part-Time and Temporary Employees ................................................ AppE-1

Table of Contents

i

# Overview - Policy #13900 - Nortel Networks Corporation

| Appendix | Class | Class of members | Divisions/Rates |
|----------|-------|------------------|-----------------|
| A | A | Non-Negotiated Full-Time Salaried and Hourly Employees | Main |
| B | B | Pensioners | R |
|   | B1 | Retirees from Prism Systems Division | |
| C | C | Members Acting in a Consulting Capacity | Main |
| D1 | D1 | Members of the Board of Directors | Main |
| D2 | D2 | Retired Directors | Main |
| E | E | Part-Time and Temporary Employees | Main |

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Corporation<br>(Name Change effective April 29, 1999) |
| Group Policy Number | 13900 |
| Effective Date | January 1, 1999 |
| Participating Affiliates | Northern Telecom Canada Limited<br>Northern Telecom Electronics Limited<br>Bell-Northern Research |

We, The Mutual Life Assurance Company of Canada, agree with you, Northern Telecom Limited and Participating Affiliates, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

This policy forms the entire contract of insurance between The Mutual Life Assurance Company of Canada and Northern Telecom Limited and Participating Affiliates.

This is a reissue of Group Policies:

- G13900 - originally issued on July 1, 1976 and reissued on July 1, 1980.

- G15250 - originally issued on January 1, 1978.

Please sign both copies of this agreement and return one to us.

Please file your copy of this agreement and the attached reissued policy in the "Contract-Current" section.

Please file the attached History Summary and Reissue Highlights with the old policy in the "Contract-History" section.

Signed at our Head Office, Waterloo, Ontario.


Secretary                                          President

This reissued policy is approved at _____ ,

dated _____

by _____

Northern Telecom Limited and
Participation Affiliates

Agreement (ca04v)
April 29, 1999 (13900)                                                    A-1

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift, as determined by you or considered a person on leave of absence prior to pension by you. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **Family Status Change** | means a member acquires a spouse or dependent child. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 31 days. |
| **Physician** | means a doctor of medicine (M.D) legally licensed to practice medicine. |
| **Policy anniversary** | means January 1, 1996 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Clarica Life Insurance Company. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

You are entitled to one vote at our annual and special general meetings. This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy participates in our surplus distribution to the extent and in the amount determined by us.

All policies issued to you under the same number are combined for surplus distribution.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Initial Monthly Premium Rates

| | | |
|---|---|---|
| Member Life | | |
| Active Employees | | |
| Pensioners | $   .24 | per $1,000 of benefit |
| AD&D | $  1.56 | per $1,000 of benefit |
| Active Employees | $   .015 | per $1,000 of benefit |

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy. Upon the receivership or bankruptcy of a Participating Affiliate, the insurance of all members of that Participating Affiliate terminates automatically.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you or one of your participating affiliates.
2. He regularly works for you or one of your participating affiliates

   - on a full time basis; or
   - as a part-time employee, or a temporary employee who is actively employed on a continuous assignment of at least 3 months.

3. He has been continuously employed by you or one of your participating affiliates at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period - Nil

## Eligibility to be a Retired Member

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is a resident of Canada.

## Eligibility to be a Director

A director is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member of the Board of Directors.
2. He is not and was not an active employee of Northern Telecom Limited or a participating affiliate.

A retired director is eligible, and continues to be eligible, to be a member upon retirement or attainment of age sixty-five if he has served you or one of your participating affiliates for a period of not less than 10 years.

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for insurance by submitting a completed enrolment card.

If an eligible person enrols more than 31 days after the date he became eligible, he must submit evidence of insurability to us.

Evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member for insurance on the latest of

1. the date that he becomes eligible,
2. the date that he enrols for insurance, or
3. the date that we approve any evidence of insurability,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

A decrease in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the last day of the month following the date that he no longer meets all of the conditions for Eligibility to be a Member. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment card or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit

If the amount of benefit is earnings related, the amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. It may not exceed the maximum benefit.

If the amount of benefit is not earnings related, the amount of benefit is equal to the maximum benefit.

The amount of a member's benefit that is in force immediately before he reaches age 65 reduces as shown on the applicable Appendix of this policy on the member's 65th birthday. If a member's benefit has been reduced because he reached age 65, his amount of benefit may not be increased.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege - Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1.  the amount of the insurance terminated,
2.  the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3.  $200,000.

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1.  the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2.  3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege - Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Member Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of toe** | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |
| **Vehicle** | means a vehicle that is drawn, propelled or driven by any means other than muscular power, and includes an aircraft, automobile, truck, motorcycle, moped, snowmobile and boat. |

## Amount of Benefit

The amount of benefit is equal to the member's amount of benefit under the Member Life Insurance Provision and, depending on the loss suffered by the member, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |

**Member Accidental Death and Dismemberment Insurance Provision (ci01v009)**
**January 1, 1999 (13900)**

| | |
|---|---|
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a member has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the member.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a member has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss, provided all of the following conditions are met:

1. The accident must occur while he is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.
3. The principal sum with respect to an insured person will be determined from the Appendices attached to this policy.

The total amount payable under this provision will, in respect of any one accident, not exceed the principal sum for which the member is insured.

If the member is alive, we will pay the benefit to him. If the member dies, we will pay the benefit to the beneficiary. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

If no living beneficiary has been named or the beneficiary does not survive the member, we will pay the member's estate.

## Air Travel

If a member suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a member suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

Member Accidental Death and Dismemberment Insurance Provision (ci01v009)
January 1, 1999 (13900)                                                                I-2

## Disappearance

If a member disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1. the member has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the member is alive, and
2. we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the member is subsequently found alive or if it is discovered that the member suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,
3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
   a. the member was operating, learning to operate or serving as a member of a crew of any aircraft, or
   b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.
7. injuries sustained by the member as the result of driving a vehicle if, when the injuries were sustained, the blood of the member contained in excess of 80 milligrams of alcohol per 100 millilitres of blood.

## Disability Benefit

There is no disability benefit.

# Appendix A - Non-Negotiated Full-Time Salaried and Hourly Employees

## *Summary of Insurance*

### Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula |
|---|---|
| A.   Full-Time Salaried or Full-Time Hourly Employees | 1x basic annual earnings* |

\*Where an employee of Northern Telecom Limited or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis. The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

Where an employee of Northern Telecom Limited or its participating affiliates participates in a post graduate program sponsored and approved by the Policyholder, the insured coverage with respect to such insured person will reduce to $10,000 while the insured person is actively participating in the post graduate program.

**Termination of Insurance:**

- Life Insurance - none
- Accidental Death & Dismemberment - earlier of member's retirement or age 70

# Appendix B - Pensioners

## *Summary of Insurance*

### Life Insurance - Class B

| Class of Members | Benefit Formula |
|---|---|
| B.   Pensioners of Northern Telecom Limited | * |

*Upon retirement a pensioner is insured for the amount of insurance for which he was insured as an active member on his date of retirement.

**Benefit Reduction:** The amount of benefit is reduced on the first anniversary of the date of retirement by 5% and further reduced by the same amount on each of the next four anniversaries of the date of retirement.

Minimum amount of benefit is $1,500.

**Termination of Insurance:** none

### Life Insurance - Class B1

| Class of Members | Benefit Formula | Maximum |
|---|---|---|
| B1.  Retirees of Prism Systems Division | | |
| **Schedule:** | | |
| 1.   Retired less than 5 years | 50% of best consecutive years earnings | $500,000 |
| 2.   Retired greater than 5 but less than 6 years | 45% of best consecutive years earnings | $500,000 |
| 3.   Retired greater than 6 but less than 7 years | 40% of best consecutive years earnings | $500,000 |
| 4.   Retired greater than 7 but less than 8 years | 35% of best consecutive years earnings | $500,000 |
| 5.   Retired greater than 8 but less than 9 years | 30% of best consecutive years earnings | $500,000 |
| 6.   Retired greater than 9 | 25% of best consecutive years earnings | $500,000 |

**Benefit Reduction:** As per schedule

**Termination of Insurance:** none

# Appendix C - Members Acting in a Consulting Capacity

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| B.   Members acting in a Consulting Capacity | 1x basic annual earnings* |

*Where an employee of Northern Telecom Limited or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis.  The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

**Termination of Insurance:** none

# Appendix D1 - Members of the Board of Directors

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D1. Active members of the Board of Directors (who are not active employees) | -- | $100,000 |

**Termination of Insurance:** earlier of member's retirement or attainment of age 65

# Appendix D2 - Retired Directors

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D2. Retired Directors (age 65 and over with at least 10 years of service as director) | -- | $75,000 |

**Termination of Insurance:** none

# Appendix E - Part-Time and Temporary Employees

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| E.    Part-Time and Temporary  Employees | 1x basic annual earnings |

**Termination of Insurance:** termination of employment

# Sun Life Policies

# 5

# Amendment Agreement No. 11

Amendment to Group Policy 20531

Issued To

**Nortel Networks Limited**

This amendment is effective May 7, 2008.

We made the changes on the request for amendment dated June 27, 2008.

Please file the attached replacing pages in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

*Donald A. Stewart.*

Chief Executive Officer

*[signature]*

Secretary

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

Amendment Agreement No. 11 (ca06s)
May 7, 2008 (20531)

A-1

# Table of Contents

Overview – *Policy #20531 - Nortel Networks Limited*..............................................................................1

Agreement .......................................................................................................................................A-1

Definitions .......................................................................................................................................C-1

Policy ...............................................................................................................................................D-1

Eligibility .........................................................................................................................................E-1

Commencement and Termination of Insurance ...............................................................................F-1

Member Life Insurance Provision ...................................................................................................G-1

Appendix A - Non-Negotiated Full-Time Salaried and Hourly Employees ...........................AppA-1

Appendix B - Pensioners .........................................................................................................AppB-1

Appendix C - Members Acting in a Consulting Capacity........................................................AppC-1

Appendix D2 - Retired Directors .........................................................................................AppD2-1

Appendix E - Part-Time and Temporary Employees ..............................................................AppE-1

Appendix F – Non-Union Retirees of Flextronics who retire under the Traditional Grandfathered, Traditional Amended or Balanced Plans ................................................................................AppF-1

Appendix R1 – Life Benefit for Retirees who retire under the Traditional Non-Grandfathered or Balanced Plan.........................................................................................................................AppR1-1

# Overview – *Policy #20531 - Nortel Networks Limited*

| Appendix | Class | Class of members | Divisions/Rates |
|---|---|---|---|
| A | A | Non-Negotiated Full-Time Salaried and Hourly Employees | 777 |
| B | B | Pensioners | 777 & 001 |
|  | B1 | Retirees from Prism Systems Division |  |
|  | C | Pensioners from Lentronics Division |  |
| C | C | Members Acting in a Consulting Capacity | 777 |
| D2 | D2 | Retired Directors | 777 |
| E | E | Part-Time and Temporary Employees | 777 |
| F | F | Non-Union Retirees of Flextronics who retire under the Traditional Grandfathered Plan | 003 |
|  | F1 | Non-Union Retirees of Flextronics who retire under the Traditional Amended or Balanced Plans | 003 |
| R1 | 1 | Life Benefit for Retirees who retire under the Traditional Non-Grandfathered or Balanced Plan | 002 |

Other numbers:

# 20533 – Optional Life and Voluntary AD&D for Member and dependants

# Agreement

Policyholder                    Nortel Networks Limited

Group Policy Number             20531

Effective Date                  December 1, 2004

Participating Affiliates        Northern Telecom Canada Limited
                                Northern Telecom Electronics Limited
                                Bell-Northern Research

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

The policy and the application form the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.

Signed at our Head Office, Toronto, Ontario.

President                                    Secretary

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift, as determined by you or considered a person on leave of absence prior to pension by you. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **Family Status Change** | means a member acquires a spouse or dependent child. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 31 days. |
| **Physician** | means a doctor of medicine (M.D) legally licensed to practice medicine. |
| **Policy anniversary** | means January 1, 1996 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Sun Life Assurance Company of Canada. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Initial Monthly Premium Rates

| | | | |
|---|---|---|---|
| Member Life | | | |
| Active Employees | $ | .24 | per $1,000 of benefit |
| Pensioners | $ | 1.56 | per $1,000 of benefit |
| AD&D | | | |
| Active Employees | $ | .015 | per $1,000 of benefit |

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy. Upon the receivership or bankruptcy of a Participating Affiliate, the insurance of all members of that Participating Affiliate terminates automatically.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you or one of your participating affiliates at least 18 hours each week.
2. He regularly works for you or one of your participating affiliates

   - on a full time basis; or
   - as a part-time employee, or a temporary employee who is actively employed on a continuous assignment of at least 3 months.

3. He has been continuously employed by you or one of your participating affiliates at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period – nil

## Eligibility Division 001 Class B – Traditional Program – Grandfathered Employees

A retired employee is eligible and continues to be eligible, to be a member for the Nortel Networks Pensioner Health Care Plan for grandfathered employees if, as of April 30, 2000, he is age 50 or older or had at least 28 years of service and:

- he is participating in the Traditional Program Part I and retires directly from active status or Long Term Disability (in accordance with plan provisions), or

- he is participating in the Traditional Program Part II and is at least age 55 with 5 years of service at retirement.

## Eligibility Division 002 Class R1 – Traditional Program – Non-Grandfathered (Amended) Plan

A retired employee is eligible and continues to be eligible, to be a member for the retiree healthcare and life benefits if, as of July 1, 2006, he is age 50 or older with 5 years of service and:

- he is participating in the Traditional Program Part I and retires directly from active status or Long Term Disability (in accordance with plan provisions), or

- he is participating in the Traditional Program Part II and is at least age 55 with 5 years of service at retirement.

## Eligibility Division 002 Class R1 – Balanced Program

A retired employee is eligible and continues to be eligible, to be a member for the retiree healthcare and life benefits if, as of July 1, 2006, he is age 50 or older with 5 years of service and is participating in the Balanced Program and:

- he is participating in the Traditional Program Part II and is at least age 55 with 5 years of service at retirement.

## Eligibility to be a Retired Member (All Other Classes)

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is a resident of Canada.

## Eligibility to be a Retired Director

A retired director is eligible, and continues to be eligible, to be a member upon retirement or attainment of age sixty-five if he has served you or one of your participating affiliates for a period of not less than 10 years.

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for insurance by submitting a completed enrolment form.

If there are fewer than 10 members under a provision, an eligible person enrolling for insurance under that provision must submit evidence of insurability to us.

## Effective Date of Insurance of a Member

A person becomes a member on the date he becomes eligible unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

An increase in the amount of insurance of a member in excess of the non-evidence maximum benefit becomes effective on the latest of

1. the date that he becomes eligible,
2. the date that he requests the increase, or
3. the date that we approve any evidence of insurability.

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member, any future increase in the non-evidence or evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence or evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

If there are fewer than 10 members under a provision and there is an increase in the provision benefits or in the amount of insurance of a member due to a policy amendment, change in classification or a salary increase which provides a benefit amount in excess of our non-evidence maximums, the member may be required to submit evidence of insurability to us.

A decrease in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

If the member is totally disabled, a decrease in the amount of insurance for all provision benefits except the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date the member returns to active work. A decrease in the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit

If the amount of benefit is earnings related, the amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. It may not exceed the maximum benefit.

If the amount of benefit is not earnings related, the amount of benefit is equal to the maximum benefit.

The amount of a member's benefit that is in force immediately before he reaches age 65 reduces as shown on the applicable Appendix of this policy on January 1st following the member's 65th birthday. If a member's benefit has been reduced because he reached age 65, his amount of benefit may not be increased.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege - Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000 (Basic and Optional Life Insurance combined).

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege - Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Appendix A - Non-Negotiated Full-Time Salaried and Hourly Employees

## *Summary of Insurance*

### Member Basic Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit | |
|---|---|---|---|
| | | Non-Evidence Maximum | Evidence Maximum |
| A.  Full-Time Salaried or Full-Time Hourly Employees | 1x basic annual earnings* | $600,000 | ** |

\*Where an employee of Nortel Networks Limited or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis.  The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

Where an employee of Nortel Networks Limited or its participating affiliates participates in a post graduate program sponsored and approved by the Policyholder, the insured coverage with respect to such insured person will reduce to $10,000 while the insured person is actively participating in the post graduate program.

\*\*The maximum benefit available under the combination of Basic Life Insurance and Optional Life Insurance is $3,000,000.

**Benefit Reduction:** The amount of benefit under the Basic Life Insurance will be reduced by 50% on January 1st following the member's 65th birthday.

# Appendix B - Pensioners

## *Summary of Insurance*

### Life Insurance - Class B

| Class of Members | Benefit Formula |
|---|---|
| B.   Pensioners of Nortel Networks Limited | * |

\* Upon retirement a pensioner is insured for the amount of insurance for which he was insured as an active member on his date of retirement.

**\*Benefit Reduction:**

The amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of fifteen years, to 25% of his pre-retirement amount. The minimum amount of insurance remaining after reduction will not be less than $20,000.

**Termination of Insurance:** none

### Life Insurance - Class B1

| Class of Members | Benefit Formula | Maximum |
|---|---|---|
| B1. Retirees of Prism Systems Division | | |
| Schedule: | | |
| 1.   Retired less than 5 years | 50% of best consecutive years earnings | $500,000 |
| 2.   Retired greater than 5 but less than 6 years | 45% of best consecutive years earnings | $500,000 |
| 3.   Retired greater than 6 but less than 7 years | 40% of best consecutive years earnings | $500,000 |
| 4.   Retired greater than 7 but less than 8 years | 35% of best consecutive years earnings | $500,000 |
| 5.   Retired greater than 8 but less than 9 years | 30% of best consecutive years earnings | $500,000 |
| 6.   Retired greater than 9 | 25% of best consecutive years earnings | $500,000 |

**Benefit Reduction:** as per schedule

**Termination of Insurance:** none

## Life Insurance - Class C

| Class of Members | Benefit Formula | Maximum |
|---|---|---|
| C. Union Retirees of Lentronics (Vancouver Division) | | |
| Schedule: | | |
| 1.    Retired less than 5 years | 50% of earnings* | $150,000* |
| 2.    Retired greater than 5 but less than 6 years | 45% of earnings* | $150,000* |
| 3.    Retired greater than 6 but less than 7 years | 40% of earnings* | $150,000* |
| 4.    Retired greater than 7 but less than 8 years | 35% of earnings* | $150,000* |
| 5.    Retired greater than 8 but less than 9 years | 30% of earnings* | $150,000* |
| 6.    Retired greater than 9 | 25% of earnings* | $150,000* |

* Earnings will be based on the best 5 consecutive years, subject to an overall maximum of $150,000

**Benefit Reduction:** as per schedule

**Termination of Insurance:** none

# Appendix C - Members Acting in a Consulting Capacity

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| B.    Members acting in a Consulting Capacity | 1x basic annual earnings* |

*Where an employee of Nortel Networks Limited or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis. The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

**Termination of Insurance:** none

# Appendix D2 - Retired Directors

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D2. Retired Directors (age 65 and over with at least 10 years of service as director) | -- | $75,000 |

**Termination of Insurance:** none

# Appendix E - Part-Time and Temporary Employees

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| E.   Part-Time and Temporary  Employees | 1x basic annual earnings |

**Termination of Insurance:** termination of employment

# Appendix F – Non-Union Retirees of Flextronics who retire under the Traditional Grandfathered, Traditional Amended or Balanced Plans

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| F.  Non-Union Retirees of Flextronics who retire under the Traditional Grandfathered Plan | * |

**\*Benefit Reduction:**

The amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of fifteen years, to 25% of his pre-retirement amount. The minimum amount of insurance remaining after reduction will not be less than $20,000.

**Termination of Insurance:** none

### Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| F1.  Non-Union Retirees of Flextronics who retire under the Traditional Amended or Balanced Plans | -- | $25,000 |

**Termination of Insurance:** none

# Appendix R1 – Life Benefit for Retirees who retire under the Traditional Non-Grandfathered or Balanced Plan

## *Summary of Insurance*

### Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| 1. Retirees of Non-Negotiated Plan | -- | $25,000 |

**Termination of Insurance:** none

# Sun Life Policies

# 6

# History Summary

## for

## 20531

## NORTEL NETWORKS LIMITED

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Reissue | January 1, 1999 | -- |
| 2 | Overview – Class B1 – added<br>Appendix B – Pensioners<br>– Schedule for Retirees of Prism System Division added | January 1, 1999 | January 1, 1999 |
| 3 | Agreement – Policyholder's Name Change | April 29, 1999 | January 1, 1999 |
| 4 | Overview (other policy numbers)<br>Eligibility - minimum hours per week<br>Commencement and Termination of Insurance - Changes in Insurance<br>Member Life Insurance Provision - Conversion Privilege - amount.<br>Accidental Death and Dismemberment - Basic Insurance terminated<br>Appendix A - Basic Life - Benefit Reduction, AD&D removed<br>Appendix B - Life Insurance - Benefit Reduction, - Class C – Retirees of Lentronics Division | January 1, 2000 | April 29, 1999<br>January 1, 1999<br><br><br>January 1, 1999 |
| 5 | Agreement – Policyholder's Name Change | May 1, 2000 | April 29, 1999 |
| 6 | Overview - Appendix R1 added<br>Appendix R1 - added | May 1, 2000 | May 1, 2000 |
| 7 | Policy Number Change | September 1, 2003 | -- |
| 8 | Reissue | December 1, 2004 | -- |
| 9 | Overview – Division 003 - Classes F and F1 Non-Union Retirees of Flextronics – added<br>Appendix F - added | May 1, 2005 | December 1, 2004<br><br>-- |
| 10 | Eligibility<br>- Divisions 001 and 002 added | November 1, 2007 | December 1, 2004 |

# Sun Life Policies

# 7

# Amendment Agreement No. 1

Amendment to Group Policy 13901

Issued By

Clarica Life Insurance Company

To

Nortel Networks Limited
(Union Employees)

This amendment and contract reissue is effective January 1, 2001.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Contract-History" section.

Signed at our Head Office, Waterloo, Ontario.


_____          _____
            Secretary                                  President


This policy is approved at _____, dated _____


                              by _____
                                 Nortel Networks Limited

# Table of Contents

Overview #13901 - Nortel Networks Limited (Union Employees).............................................1

Agreement ...........................................................................................................................A-1

Definitions ..........................................................................................................................C-1

Policy..................................................................................................................................D-1

Eligibility ...........................................................................................................................E-1

Commencement and Termination of Insurance .................................................................F-1

Member Life Insurance Provision......................................................................................G-1

Member Accidental Death and Dismemberment Insurance Provision.................................I-1

Appendix A - C.A.W. Locals 1525, 1530,1535 Technical & Clerical Employees
at London, Belleville, Bramlea and Kingston.............................................................AppA-1

Appendix A-1 - C.A.W. Locals 27,1839,1915 Production & Trades Employees
at London, Kingston, Belleville and Bramlea............................................................AppA1-1

Appendix B - C.E.P. Local 4 - Western Region Installers........................................AppB-1

Appendix B-1 - C.E.P. Local 9 - Communication, Energy and Paperworkers Union ..............AppB1-1

Appendix C - C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, Quebec............AppC-1

Appendix D - C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec .....AppD-1

Appendix D-1- C.U.C.W. Local 2 - Eastern Region Installers....................................AppD1-1

Appendix E - C.U.O.E and G.W. Local 100 - Stationary Engineers of London, Ontario ...........AppE-1

Appendix F - I.U.O.E. Local 796 - Stationary Engineers, Bramlea, Ontario ................................AppF-1

Appendix G - S.I.P.I.Q. - Security Guards, Montreal Quebec ...................................................AppG-1

Appendix I - U.N.I. - Nurses, Montreal, Quebec........................................................AppI-1

Appendix Q - United Steelworkers of America, Barrie, Ontario .................................................AppQ-1

# Overview #13901 - Nortel Networks Limited (Union Employees)

| Appendix | Class | Class Description |
|---|---|---|
| A | A | C.A.W. Locals 1525, 1530, 1535 - Technical & Clerical Employees at London, Belleville, Bramalea and Kingston |
| A-1 | A-1 | C.A.W. Locals 27, 1839, 1905, 1915 - Production & Trades Employees at London, Belleville, St. John and Bramalea |
| B | B | C.E.P Local 4 - Western Region Installers |
| B-1 | B-1 | C.E.P. Local 9 - Communications, Energy & Paperworkers Union |
| C | C | C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, QC |
| D | D | C.U.C.W. Local 1 - Production & Trades Employees of Montreal, QC |
| D-1 | D-1 | C.U.C.W. Local 2 - Eastern Region Installers |
| E | E | C.U.O.E. and G.W. Local 100 - Stationary Engineers of London, ON |
| F | F | I.U.O.E. Local 796 - Stationary Engineers, Bramalea, ON |
| G | G | S.I.P.I.Q. - Security Guards - Montreal, QC |
| I | I | U.N.I. - Nurses, Montreal, QC |
| Q | Q | United Steelworkers of America, Barrie, ON |

Other numbers:

#14901 - Optional Life Insurance (Member)

#23901 - Optional Life Insurance (Dependants)

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 13901 |
| Effective Date | January 1, 2001 |

We, Clarica Life Insurance Company, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

This policy forms the entire contract of insurance between Clarica Life Insurance Company and Nortel Networks Limited.

This is a reissue of Group Policy G 13901, originally issued March 22, 1976 and reissued on July 1, 1980.

Please sign both copies of this agreement and return one to us.

Please file your copy of this agreement and the attached reissued policy in the "Contract-Current" section.

Please file the attached History Summary and Reissue Highlights with the old policy in the "Contract-History" section.

Signed at our Head Office, Waterloo, Ontario.

_____    _____
Secretary            President

This reissued policy is approved at _____,

       dated _____

      by _____
        Nortel Networks Limited

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 31 days. |
| **Physician** | means a doctor of medicine (M.D) legally licensed to practise medicine. |
| **Policy anniversary** | means January 1, 2001 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the 1st day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Clarica Life Insurance Company. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy is not eligible to participate in any surplus earnings distributed by us.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you or one of your participating affiliates at least 18 hours each week.
2. He regularly works for you or one of your participating affiliates:
   - on a full-time basis; or
   - as a part-time employee, or a temporary employee who is actively employed on a continuous assignment of at least 3 months.
3. He has been continuously employed by you or one of your participating affiliates at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is a resident of Canada.

## Waiting Period

Persons who begin active work after the effective date - 3 months

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for insurance by submitting a completed enrolment form.

If an eligible person enrols more than 31 days after the date he became eligible, he must submit evidence of insurability to us.

If there are fewer than 10 members under a provision, an eligible person enrolling for insurance under that provision must submit evidence of insurability to us.

Evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member on the latest of

1. the first of the month coinciding with or following the date that he became eligible,
2. the date that he enrols for insurance, or
3. the date that we approve any evidence of insurability,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

If there are fewer than 10 members under a provision and there is an increase in the provision benefits or in the amount of insurance of a member due to a policy amendment, change in classification or a salary increase which provides a benefit amount in excess of our non-evidence maximums, the member may be required to submit evidence of insurability to us.

A decrease in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

If the member is totally disabled, a decrease in the amount of insurance for all provision benefits except the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date the member returns to active work. A decrease in the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit

If the amount of benefit is earnings related, the amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. It may not exceed the maximum benefit.

If the amount of benefit is not earnings related, the amount of benefit is equal to the maximum benefit.

The amount of a member's benefit that is in force immediately before he reaches age 65 reduces as shown on the applicable Appendix of this policy on January 1st following the member's 65th birthday. If a member's benefit has been reduced because he reached age 65, his amount of benefit may not be increased.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege - Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000.

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege - Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Member Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of toe** | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |
| **Vehicle** | means a vehicle that is drawn, propelled or driven by means other than muscular power, and includes an aircraft, automobile, truck, motorcycle, moped, snowmobile and water vessel. |

## Amount of Benefit

The amount of benefit is equal to the member's amount of benefit under the Member Life Insurance Provision and, depending on the loss suffered by the member, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a member has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the member.

## Repatriation

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the member's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the member's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred. If a person is insured for Member Accidental Death and Dismemberment Insurance and Dependant Accidental Death and Dismemberment Insurance, payment will be made under the provision where the person is insured as a member.

## Rehabilitation

If a member suffers any of the losses, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to train the member for active employment in an occupation in which he would not have engaged except for those injuries.

The expenses must be incurred within 2 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

**Member Accidental Death and Dismemberment Insurance Provision (ci02v009)**        **I-2**
**January 1, 2001 (13901)**

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Occupational Training for Spouse

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to enrol the member's spouse in an accredited occupational training program to qualify him for active employment in an occupation for which he would not otherwise have sufficient qualifications.

The expenses must be incurred within 3 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Education Benefit for Dependent Child

If a member suffers loss of life, we will pay the reasonable and customary tuition expenses to enrol the member's dependent child as a full-time student at a post-secondary institution provided

1. the dependent child is enrolled as a full-time student at a post-secondary institution at the time of the accident, or
2. the dependent child is a student at the secondary school level and, within 365 days of the date of the accident, he enrols as a full-time student at a post-secondary institution.

The maximum amount of benefit payable for each year that the dependent child is enrolled as a full-time student at a post-secondary institution will be the lesser of:

1. 5% of the member's amount of benefit, or
2. $5,000.

The amount of benefit will be paid each year, up to 4 consecutive years, after we receive proof that the dependent child is enrolled as a full-time student at a post-secondary institution.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for:

1. tuition expenses incurred before the date of the accident.
2. room or board or other ordinary living, travelling, or clothing expenses.

A post-secondary institution includes any accredited university, colleges d'enseignement general et professionnel, trade school, community college, or private college that provides an education above the secondary school level.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a member has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss, provided all of the following conditions are met:

1. The accident must occur while he is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.

If the member is alive, we will pay the benefit to him. If the member dies, we will pay the benefit to the beneficiary. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

If there is no living beneficiary, or, if a claim is submitted for Repatriation, we will pay the member's estate. If a claim is submitted for Occupational Training for Spouse, we will pay the member's spouse. If a claim is submitted for Education Benefit for Dependent Child, we will pay the member's dependent child.

## Air Travel

If a member suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a member suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a member disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1. the member has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the member is alive, and
2. we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the member is subsequently found alive or if it is discovered that the member suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

There is no disability benefit.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,

Member Accidental Death and Dismemberment Insurance Provision (ci02v009)     I-4
January 1, 2001 (13901)

3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
   a. the member was operating, learning to operate or serving as a member of a crew of any aircraft, or
   b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation,
7. committing or attempting to commit a criminal offence,
8. injuries received due to operating a vehicle if, when the injuries were received, the member's blood contained more than 80 milligrams of alcohol per 100 millilitres of blood.

# Appendix A - C.A.W. Locals 1525, 1530,1535 Technical & Clerical Employees at London, Belleville, Bramlea and Kingston

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. Full-Time Employees - Benefit Group: | | |
| 1 | -- | $32,500 |
| 2 | -- | $34,000 |
| 3 | -- | $36,500 |
| 4 | -- | $40,000 |
| 5 | -- | $43,500 |

**Benefit Reduction:**

<u>Employees who retire on or after January 1, 1997</u> - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix A-1 - C.A.W. Locals 27,1839,1915 Production & Trades Employees at London, Kingston, Belleville and Bramlea

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A-1. Full-Time Employees - Benefit Group: | | |
| 1 | -- | $32,500 |
| 2 | -- | $34,000 |
| 3 | -- | $36,500 |
| 4 | -- | $40,000 |
| 5 | -- | $43,500 |

**Benefit Reduction:**

Employees who retire on or after January 1, 1997 - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:**

• **Accidental Death and Dismemberment** - member's retirement

• **Life Insurance** - none

# Appendix B - C.E.P. Local 4 - Western Region Installers

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B. Full-Time Employees - Benefit Group: | | |
| 4 | -- | $40,000 |

Benefit Reduction:

Employees who retire on or after November 1, 1997 - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

Termination of Insurance:

- Accidental Death and Dismemberment - member's retirement
- Life Insurance - none

# Appendix B-1 - C.E.P. Local 9 - Communication, Energy and Paperworkers Union

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B-1. Full-Time Employees -<br>Benefit Group: | | |
| 1 | -- | $32,500 |
| 2 | -- | $34,000 |
| 3 | -- | $36,500 |
| 4 | -- | $40,000 |
| 5 | -- | $43,500 |

Termination of Insurance: member's retirement

# Appendix C - C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| C. Full-Time Employees | -- | $43,500 |

**Benefit Reduction:**

Employees who retire on or after May 1, 1997 - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix D - C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D. Full-Time Employees | -- | $43,500 |

Benefit Reduction:

Employees who retire on or after May 1, 1997 - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

Termination of Insurance:

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance - none**

# Appendix D-1- C.U.C.W. Local 2 - Eastern Region Installers

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D-1. Full-Time Employees - Benefit Group: | | |
| 4 | -- | $40,000 |

**Benefit Reduction:**

Employees who retire on or after July 1, 1997 - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix E - C.U.O.E and G.W. Local 100 - Stationary Engineers of London, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| E.  Full-Time Employees - Benefit Group: | | |
| 2 | -- | $31,000 |
| 3 | — | $33,500 |

Termination of Insurance: member's retirement

# Appendix F - I.U.O.E. Local 796 - Stationary Engineers, Bramlea, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| F.    Full-Time Employees - Benefit Group: | | |
| 2 | -- | $34,000 |
| 3 | -- | $36,500 |

**Benefit Reduction:**

<u>Employees who retire on or after October 1, 1997</u> - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement. It further reduces by a like amount on each of the next four anniversaries of the date of retirement. In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix G - S.I.P.I.Q. - Security Guards, Montreal Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| G. Full-Time Employees - Benefit Group: | | |
| 2 | — | $31,000 |

**Benefit Reduction:**

<u>Employees who retire on or after January 1, 1997</u> - the amount of benefit reduces by 5% on the first anniversary of the member's date of retirement.  It further reduces by a like amount on each of the next four anniversaries of the date of retirement.  In no event will the amount be reduced to less than $1,500.

**Termination of Insurance:** member's retirement

# Appendix I - U.N.I. - Nurses, Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| I.   Full-Time  Employees - | -- | $22,000 |

Termination of Insurance: member's retirement

# Appendix Q - United Steelworkers of America, Barrie, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| Q.  Full-Time Employees | 1 x annual base rate of earned income, rounded to the next higher $1,000 | $65,000 |

Benefit Reduction: reduces by 50% on 65th birthday

Termination of Insurance:

- **Accidental Death and Dismemberment** - member's 70th birthday or retirement, if earlier
- **Life Insurance** - none

# Sun Life Policies

# 8

# Amendment Agreement No. 7

Amendment to Group Policy 20532

Issued To

Nortel Networks Limited

This amendment is effective May 1, 2005.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                        Secretary

This policy is approved at _____, dated _____

                                        by _____

                                        Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (Sun Life).

Amendment Agreement No. 7 (ca07s)
May 1, 2005 (20532)                                                    A-1

# Table of Contents

Overview #20532 - Nortel Networks Limited (Union Employees).................................................1

Agreement ....................................................................................................................A-1

Definitions ....................................................................................................................C-1

Policy............................................................................................................................D-1

Eligibility .....................................................................................................................E-1

Commencement and Termination of Insurance ........................................................F-1

Member Life Insurance Provision...............................................................................G-1

Member Accidental Death and Dismemberment Insurance Provision.......................I-1

Appendix A - C.A.W. Locals 1525, 1530,1535 Technical & Clerical Employees at London, Belleville, Bramlea and Kingston ...........................................................................AppA-1

Appendix A-1 - C.A.W. Locals 27,1839,1915 Production & Trades Employees at London, Kingston, Belleville and Bramlea ...........................................................................AppA1-1

Appendix B - C.E.P. Local 4 - Western Region Installers....................................AppB-1

Appendix B-1 - C.E.P. Local 9 - Communication, Energy and Paperworkers Union ..............AppB1-1

Appendix C - C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, Quebec...........AppC-1

Appendix D - C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec .....AppD-1

Appendix D-1- C.U.C.W. Local 2 - Eastern Region Installers....................................AppD1-1

Appendix E - C.U.O.E and G.W. Local 100 - Stationary Engineers of London, Ontario ...........AppE-1

Appendix F - I.U.O.E. Local 796 - Stationary Engineers, Bramlea, Ontario ................................AppF-1

Appendix G - S.I.P.I.Q. - Security Guards, Montreal Quebec ......................................AppG-1

Appendix I - U.N.I. - Nurses, Montreal, Quebec.......................................................AppI-1

Appendix Q - United Steelworkers of America, Barrie, Ontario .......................................AppQ-1

Appendix R - Pensioners (C.A.W.) who retired under Program 1.............................AppR-1

Appendix R1 – Negotiated Plan – CAW - Program II ....................................AppR1-1

Appendix R2 – Negotiated Plan – COEU – Program II .............................AppR2-1

Appendix S – C.U.C.W. Retirees of Flextronics who retire under the Traditional Grandfathered Plan ............................................................................................................AppS-1

Appendix T – C.O.E.U. Retirees of Flextronics who retire under the Traditional Grandfathered, Traditional Amended or Balanced Plans............................................................AppT-1

# Overview #20532 - Nortel Networks Limited (Union Employees)

| Division | Appendix | Class | Class Description |
|----------|----------|-------|-------------------|
| | | | **ACTIVE EMPLOYEES** |
| 001 | A | A | C.A.W. Locals 1525, 1530, 1535 - Technical & Clerical Employees at London, Belleville, Bramalea and Kingston |
| | A-1 | A-1 | C.A.W. Locals 27, 1839, 1905, 1915 - Production & Trades Employees at London, Belleville, St. John and Bramalea |
| | B | B | C.E.P Local 4 - Western Region Installers |
| | B-1 | B-1 | C.E.P. Local 9 - Communications, Energy & Paperworkers Union |
| | C | C | C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, QC |
| | D | D | C.U.C.W. Local 1 - Production & Trades Employees of Montreal, QC |
| | D-1 | D-1 | C.U.C.W. Local 2 - Eastern Region Installers |
| | E | E | C.U.O.E. and G.W. Local 100 - Stationary Engineers of London, ON |
| | F | F | I.U.O.E. Local 796 - Stationary Engineers, Bramalea, ON |
| | G | G | S.I.P.I.Q. - Security Guards - Montreal, QC |
| | I | I | U.N.I. - Nurses, Montreal, QC |
| | Q | Q | United Steelworkers of America, Barrie, ON |
| | | | **RETIRED UNION EMPLOYEES** |
| 002 | R | P | Pensioners who retired under Program I prior to April 1, 2003 |
| | R | P1 | Pensioners who retired under Program I on or after April 1, 2003 |
| 003 | R1 | R1 | Retirees of Negotiated Plan for CAW – Program II |
| 004 | R2 | R2 | Retirees of Negotiated Plan for COEU – Program II |
| 005 | S | S | C.U.C.W. Retirees of Flextronics who retire under the Traditional Grandfathered Plan |
| 006 | T | T | C.O.E.U. Retirees of Flextronics who retire under the Traditional Grandfathered Plan |
| | | T1 | C.O.E.U. Retirees of Flextronics who retire under the Traditional Amended or Balanced Plans |

Other numbers:

#20534 - Optional Life Insurance (Member)

#20535 - Optional Life Insurance (Dependants)

Overview #20532 - Nortel Networks Limited (Union Employees)
May 1, 2005 (20532)

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 20532 |
| Effective Date | May 1, 2004 |

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

The policy and the application form the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.

Signed at our Head Office, Toronto, Ontario.

President

Secretary

Agreement (ca01sl)
May 1, 2004 (20532)

A-1

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 31 days. |
| **Physician** | means a doctor of medicine (M.D) legally licensed to practise medicine. |
| **Policy anniversary** | means January 1, 2001 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Sun Life Assurance Company of Canada. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy is not eligible to participate in any surplus earnings distributed by us.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

Policy (cd0fv)                                                                                          **D-1**
**May 1, 2004 (20532)**

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you or one of your participating affiliates at least 18 hours each week.
2. He regularly works for you or one of your participating affiliates:
   - on a full-time basis; or
   - as a part-time employee, or a temporary employee who is actively employed on a continuous assignment of at least 3 months.
3. He has been continuously employed by you or one of your participating affiliates at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period

Persons who begin active work after the effective date - 3 months

## Eligibility to be a Retired Member

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is a resident of Canada.

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for insurance by submitting a completed enrolment form.

If an eligible person enrols more than 31 days after the date he became eligible, he is considered a late entrant and he must submit evidence of insurability to us.

If there are fewer than 10 members under a provision, an eligible person enrolling for insurance under that provision must submit evidence of insurability to us.

For late entrants, evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member on the latest of

1. the first of the month coinciding with or following the date that he became eligible,
2. the date that he enrols for insurance, or
3. the date that we approve any evidence of insurability,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

If there are fewer than 10 members under a provision and there is an increase in the provision benefits or in the amount of insurance of a member due to a policy amendment, change in classification or a salary increase which provides a benefit amount in excess of our non-evidence maximums, the member may be required to submit evidence of insurability to us.

A decrease in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

If the member is totally disabled, a decrease in the amount of insurance for all provision benefits except the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date the member returns to active work. A decrease in the Extended Health Insurance or Dental Insurance provision benefits, due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit

If the amount of benefit is earnings related, the amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. It may not exceed the maximum benefit.

If the amount of benefit is not earnings related, the amount of benefit is equal to the maximum benefit.

The amount of a member's benefit that is in force immediately before he reaches age 65 reduces as shown on the applicable Appendix of this policy on January 1st following the member's 65th birthday. If a member's benefit has been reduced because he reached age 65, his amount of benefit may not be increased.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege – Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000.

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege – Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Member Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of toe** | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |
| **Vehicle** | means a vehicle that is drawn, propelled or driven by means other than muscular power, and includes an aircraft, automobile, truck, motorcycle, moped, snowmobile and water vessel. |

## Amount of Benefit

The amount of benefit is equal to the member's amount of benefit under the Member Life Insurance Provision and, depending on the loss suffered by the member, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a member has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the member.

## Repatriation

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the member's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the member's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred. If a person is insured for Member Accidental Death and Dismemberment Insurance and Dependant Accidental Death and Dismemberment Insurance, payment will be made under the provision where the person is insured as a member.

## Rehabilitation

If a member suffers any of the losses, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to train the member for active employment in an occupation in which he would not have engaged except for those injuries.

The expenses must be incurred within 2 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Occupational Training for Spouse

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to enrol the member's spouse in an accredited occupational training program to qualify him for active employment in an occupation for which he would not otherwise have sufficient qualifications.

The expenses must be incurred within 3 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Education Benefit for Dependent Child

If a member suffers loss of life, we will pay the reasonable and customary tuition expenses to enrol the member's dependent child as a full-time student at a post-secondary institution provided

1. the dependent child is enrolled as a full-time student at a post-secondary institution at the time of the accident, or
2. the dependent child is a student at the secondary school level and, within 365 days of the date of the accident, he enrols as a full-time student at a post-secondary institution.

The maximum amount of benefit payable for each year that the dependent child is enrolled as a full-time student at a post-secondary institution will be the lesser of:

1. 5% of the member's amount of benefit, or
2. $5,000.

The amount of benefit will be paid each year, up to 4 consecutive years, after we receive proof that the dependent child is enrolled as a full-time student at a post-secondary institution.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for:

1. tuition expenses incurred before the date of the accident.
2. room or board or other ordinary living, travelling, or clothing expenses.

A post-secondary institution includes any accredited university, colleges d'enseignement general et professionnel, trade school, community college, or private college that provides an education above the secondary school level.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a member has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss, provided all of the following conditions are met:

1. The accident must occur while he is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.

If the member is alive, we will pay the benefit to him. If the member dies, we will pay the benefit to the beneficiary. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

If there is no living beneficiary, or, if a claim is submitted for Repatriation, we will pay the member's estate. If a claim is submitted for Occupational Training for Spouse, we will pay the member's spouse. If a claim is submitted for Education Benefit for Dependent Child, we will pay the member's dependent child.

## Air Travel

If a member suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a member suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a member disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1. the member has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the member is alive, and
2. we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the member is subsequently found alive or if it is discovered that the member suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

There is no disability benefit.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,
3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
   a. the member was operating, learning to operate or serving as a member of a crew of any aircraft, or
   b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation,
7. committing or attempting to commit a criminal offence,
8. injuries received due to operating a vehicle if, when the injuries were received, the member's blood contained more than 80 milligrams of alcohol per 100 millilitres of blood.

# Appendix A - C.A.W. Locals 1525, 1530,1535 Technical & Clerical Employees at London, Belleville, Bramlea and Kingston

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  Full-Time  Employees - Benefit Group: | | |
| 1 | -- | $76,000 |
| 2 | -- | $77,500 |
| 3 | -- | $80,000 |
| 4 | -- | $83,500 |
| 5 | -- | $87,000 |

**Benefit Reduction:**

For members in Program I who retired with a pension date on or after January 1, 1991, but before April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%.  The minimum amount of insurance remaining after reduction will not be less than $10,000.

For members electing Program I who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier.  The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $25,000.

For members electing Program II who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier.  The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $30,000.

For members electing Program I or Program II who retired on or After April 1, 2003, directly from LTD status (ie. who were on LTD prior April 1, 2003 and did not return to active work for 60 consecutive days prior to retirement – and retired on or after April 1, 2003) – their basic life amounts and reduction schedules are determined by the schedule in effect when they became disabled.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix A-1 - C.A.W. Locals 27,1839,1915 Production & Trades Employees at London, Kingston, Belleville and Bramlea

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A-1.  Full-Time  Employees - Benefit Group: | | |
| 1 | -- | $76,000 |
| 2 | -- | $77,500 |
| 3 | -- | $80,000 |
| 4 | -- | $83,500 |
| 5 | -- | $87,000 |

**Benefit Reduction:**

For members in Program I who retired with a pension date on or after January 1, 1991, but before April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%.  The minimum amount of insurance remaining after reduction will not be less than $10,000.

For members electing Program I who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier.  The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $25,000.

For members electing Program II who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier.  The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $30,000.

For members electing Program I or Program II who retired on or After April 1, 2003, directly from LTD status (ie. who were on LTD prior April 1, 2003 and did not return to active work for 60 consecutive days prior to retirement – and retired on or after April 1, 2003) – their basic life amounts and reduction schedules are determined by the schedule in effect when they became disabled.

**Termination of Insurance:**

* **Accidental Death and Dismemberment**  - member's retirement
* **Life Insurance** - none

# Appendix B - C.E.P. Local 4 - Western Region Installers

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B.  Full-Time  Employees -<br>Benefit Group:<br>4 | -- | $40,000 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%.  The minimum amount of insurance remaining after reduction will not be less than $10,000.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix B-1 - C.E.P. Local 9 - Communication, Energy and Paperworkers Union

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B-1. Full-Time Employees - Benefit Group: | | |
| 1 | -- | $32,500 |
| 2 | -- | $34,000 |
| 3 | -- | $36,500 |
| 4 | -- | $40,000 |
| 5 | -- | $43,500 |

**Benefit Reduction:**

<u>For members retiring with a pension date on or after January 1, 1991,</u> the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

**Termination of Insurance:**

* **Accidental Death and Dismemberment** – member's retirement

* **Life Insurance** - none

# Appendix C - C.O.E.U. Local 1 - Technical & Clerical Employees of Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| C. Full-Time Employees | -- | $43,500 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix D - C.U.C.W. Local 1 - Production and Trades Employees of Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D. Full-Time Employees | – | $87,000 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

For members retiring with a pension date on or after May 1, 2004, the amount of benefit under the Basic Life Insurance will be reduced by 50% immediately at retirement and will continue to reduce 5% per year thereafter to a minimum of $21,750.

Employees on LTD prior to May 1, 2004 will not be eligible for the increase listed above unless they return to active full-time duty for a minimum of sixty consecutive days.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix D-1- C.U.C.W. Local 2 - Eastern Region Installers

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D-1. Full-Time Employees - Benefit Group: 4 | -- | $40,000 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix E - C.U.O.E and G.W. Local 100 - Stationary Engineers of London, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| E.    Full-Time Employees - Benefit Group: | | |
| 2 | -- | $31,000 |
| 3 | — | $33,500 |

**Termination of Insurance:**

- **Accidental Death and Dismemberment**  - member's retirement
- **Life Insurance - none**

# Appendix F - I.U.O.E. Local 796 - Stationary Engineers, Bramlea, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| F.    Full-Time Employees - <br>       Benefit Group: | | |
|               2 | -- | $77,500 |
|               3 | -- | $80,000 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

For members retiring with a pension date on or after October 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced at age 65 of retirement, whichever is earlier, by 50% of the amount for which the retired member was insured as an active employee. On the first and each subsequent anniversary of his retirement date, the benefit will further reduce by 5% per year. The minimum amount of insurance remaining after reduction will not be less than $25,000.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement

- **Life Insurance** - none

# Appendix G - S.I.P.I.Q. - Security Guards, Montreal Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| G. Full-Time Employees - Benefit Group: | | |
| 2 | -- | $31,000 |

**Benefit Reduction:**

For members retiring with a pension date on or after January 1, 1991, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix I - U.N.I. - Nurses, Montreal, Quebec

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| I.    Full-Time  Employees - | — | $22,000 |

Termination of Insurance:

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance** - none

# Appendix Q - United Steelworkers of America, Barrie, Ontario

## Summary of Insurance

### Member Basic Life Insurance and Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| Q.  Full-Time Employees | 1 x annual base rate of earned income, rounded to the next higher $1,000 | $65,000 |

**Benefit Reduction:** reduces by 50% on 65th birthday

**Termination of Insurance:**

- **Accidental Death and Dismemberment** - member's retirement
- **Life Insurance - none**

# Appendix R - Pensioners (C.A.W.) who retired under Program 1

## Summary of Insurance

### Member Basic Life Insurance

| | Class of Members | Benefit Formula | Minimum Benefit |
|---|---|---|---|
| P. | Pensioners in Program 1, who retired prior to April 1, 2003 | * | $10,000 |
| P1. | Pensioners in Program 1, who retired on or after April 1, 2003 | ** | $25,000 |

**Benefit Reduction:**

* For members retiring with a pension date on or after January 1, 1991 but prior to April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of ten years, to 50%. The minimum amount of insurance remaining after reduction will not be less than $10,000.

** For members electing Program I who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier. The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $25,000.

For members electing Program I or Program II who retired on or After April 1, 2003, directly from LTD status (ie. who were on LTD prior April 1, 2003 and did not return to active work for 60 consecutive days prior to retirement -- and retired on or after April 1, 2003) -- their basic life amounts and reduction schedules are determined by the schedule in effect when they became disabled.

**Termination of Insurance:** none

# Appendix R1 – Negotiated Plan – CAW - Program II

## Summary of Insurance

### Member Basic Life Insurance for Retirees who retire under the Negotiated Plan for CAW

| | Class of Members | Benefit Formula | Minimum Benefit |
|---|---|---|---|
| R1. | Retirees of CAW in Program II, who retired on or after January 1, 1999 but before April 1, 2003 | --- | $20,000 |
| R2. | Retirees of CAW in Program II, who retired on or after April 1, 2003 | * | $30,000 |

**Benefit Reduction:**

* For members electing Program II who retired on or after April 1, 2003, the amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the member's 65th birthday or retirement whichever is earlier. The amount of benefit will continue to reduce by 5% per year on the first and on each subsequent anniversary of that date, until it reduces to a minimum of $30,000.

For members electing Program I or Program II who retired on or After April 1, 2003, directly from LTD status (ie. who were on LTD prior April 1, 2003 and did not return to active work for 60 consecutive days prior to retirement – and retired on or after April 1, 2003) – their basic life amounts and reduction schedules are determined by the schedule in effect when they became disabled.

**Termination of Insurance: none**

# Appendix R2 – Negotiated Plan – COEU – Program II

## Summary of Insurance

### Member Basic Life Insurance for Retirees who retire under the Negotiated Plan for COEU

| Class of Members | Maximum Benefit |
|---|---|
| R2.    Retirees of Negotiated Plan for COEU, in Program II | $25,000 |

**Termination of Insurance:** none

# Appendix S – C.U.C.W. Retirees of Flextronics who retire under the Traditional Grandfathered Plan

## Summary of Insurance

### Basic Member Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| S. C.U.C.W. Retirees of Flextronics who retire under the Traditional Grandfathered Plan | * |

*Benefit Reduction:

The amount of benefit under the Basic Life Insurance will be reduced by 50% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date and will continue to reduce 5% per year thereafter to a minimum of $21,750.

Termination of Insurance: none

# Appendix T – C.O.E.U. Retirees of Flextronics who retire under the Traditional Grandfathered, Traditional Amended or Balanced Plans

## Summary of Insurance

### Basic Member Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| T. C.O.E.U. Retirees of Flextronics who retire under the Traditional Grandfathered Plan | * |

**\*Benefit Reduction:**

The amount of benefit under the Basic Life Insurance will be reduced by 5% of the amount for which the retired member was insured as an active employee, on the first and on each subsequent anniversary of his retirement date, for a period of fifteen years, to 25% of his pre-retirement amount. The minimum amount of insurance remaining after reduction will not be less than $20,000.

**Termination of Insurance:** none

### Basic Member Life Insurance

| Class of Members | Maximum Benefit |
|---|---|
| T1. C.O.E.U. Retirees of Flextronics who retire under the Traditional Amended or Balanced Plans | $25,000 |

**Termination of Insurance:** none

# Sun Life Policies

# 9

# History Summary

### for

### 20532

## NORTEL NETWORKS LIMITED
### (UNION EMPLOYEES)

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Reissue | January 1, 2001 | -- |
| 2 | Appendices R1 and R2 added:<br>- Overview<br>-- Appendix R1 and R2 | April 1, 2001 | January 1, 2001<br>-- |
| 3 | Overview – Appendix R added<br>Appendix A – Basic Life and Accidental Death and Dismemberment Insurance maximum; reduction clause<br>Appendix A-1 – Basic Life and Accidental Death and Dismemberment Insurance maximum; reduction clause<br>Appendix R – Class P and P1 -- Program I Retirees<br>Appendix R-1 – Program II Retirees – Class R2 added; benefit reduction | April 1, 2003 | April 1, 2001<br>January 1, 2001<br><br><br>--<br>April 1, 2001 |
| 4 | Policy Number Change | September 1, 2003 | -- |
| 5 | Reissue<br>- Appendix D – Member Basic Life and Accidental Death and Dismemberment Insurance maximum<br>- increased | May 1, 2004 | -- |
| 6 | Rectification<br>- Appendix F - IUOE Local 796 – Stationary Engineers, Bramlea Ontario<br>- maximum increased<br>benefit reduction revised | October 1, 2003 | May 1, 2004 |
| 7 | Overview<br>- Division 005, Class S – CUCW Retirees of Flextronics – added<br>- Division 006, Class T – COEU Retirees of Flextronics – added<br>Eligibility<br>- Eligibility to be a Retired Member – added<br>Appendices S and T – added | May 1, 2005 | May 1, 2004 |

# Sun Life Policies

# 10

# Table of Contents

Overview - Policy #14900 - Nortel Networks Corporation ............................................................. 1

Agreement ............................................................................................................................. A-1

Definitions ............................................................................................................................. C-1

Policy ..................................................................................................................................... D-1

Eligibility ............................................................................................................................... E-1

Commencement and Termination of Insurance ...................................................................... F-1

Member Life Insurance Provision ........................................................................................... G-1

Optional Dependant Life Insurance Provision ........................................................................ H-1

Member Voluntary Accidental Death and Dismemberment Insurance Provision ..................... I-1

Voluntary Dependant Accidental Death and Dismemberment Insurance Provision ................. J-1

Appendix A - Active Employees ............................................................................................ AppA-1

Appendix B - Pensioners ....................................................................................................... AppB-1

# Overview - Policy #14900 - Nortel Networks Corporation

| Class | Description |
| --- | --- |
| A | Active Employees (who choose Member/Dependant Optional Life and Voluntary Member/Dependent AD&D Insurance) |
| B | Pensioners (who chose Optional Life prior to early retirement) |

Other numbers:

# 13900 - Member Basic Life Insurance

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Corporation<br>(Name Change effective April 29, 1999) |
| Group Policy Number | 14900 |
| Effective Date | January 1, 1998 |
| Participating Affiliates | Northern Telecom Canada Limited<br>Northern Telecom Electronics Limited<br>Bell Northern Research |

We, The Mutual Life Assurance Company of Canada, agree with you, Northern Telecom Limited and Participating Affiliates, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

This policy forms the entire contract of insurance between The Mutual Life Assurance Company of Canada and Northern Telecom Limited and Participating Affiliates.

This is a reissue of Group Policies:

- G14900 - originally issued on October 1, 1976 and reissued on July 1, 1980.

- G15250 - originally issued on January 1, 1978 and reissued on July 1, 1980.

Please sign both copies of this agreement and return one to us.

Please file your copy of this agreement and the attached reissued policy in the "Contract-Current" section.

Please file the attached History Summary and Reissue Highlights with the old policy in the "Contract-History" section.

Signed at our Head Office, Waterloo, Ontario.

_____
Secretary

_____
President

This reissued policy is approved at _____,

dated _____

by _____

Northern Telecom Limited and
Participating Affiliates

Agreement (ca04v)        A-1

April 29, 1999 (14900)

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Dependant** | means a member's spouse or a dependent child of a member or his spouse. |
| **Dependent child** | means an unmarried natural, adopted, or step child who is entirely dependent on the member for maintenance and support and who is |
| | 1. under 21 years of age, |
| | 2. under 25 years of age and attending a college or university full-time, or |
| | 3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above. |
| | The child must be a Canadian citizen or have landed immigrant status. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **Family Status Change** | means a member acquires a spouse or dependent child. |
| **Family unit** | means a member and his insured dependants. |
| **He, his and him** | refer to both genders. |
| **Insured dependant** | means a dependant for whom the member is insured. If we do not approve evidence of insurability required for a dependant, he will not be an insured dependant. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan |
| **Period of grace** | for the payment of premiums, is 121 days. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practice medicine. |
| **Policy anniversary** | means January 1, 2000 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |
| **Rate of earned** | means the basic salary, calculated on an annual basis, received by the member at |

**Income**        the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis.

**Spouse**        means the person who is married to and living with the member, except that a person of the same or opposite sex who, at the time the right to claim a benefit arises, is living with the member for 12 consecutive months is not so prohibited, and is publicly represented as the member's wife or husband will be considered to be the member's spouse.

**We, us and our**    refer to the Clarica Life Insurance Company.

**Work Stoppage**    includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals.

**You and your**     refer to the Policyholder.

# Policy

## The Contract

You are entitled to one vote at our annual and special general meetings. This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy participates in our surplus distribution to the extent and in the amount determined by us.

All policies issued to you under the same number are combined for surplus distribution.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Premiums

Premiums are payable monthly. Premiums are chargeable claims plus expenses as outlined in the Financial Letter of Agreement.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy. Upon the receivership or bankruptcy of a Participating Affiliate, the insurance of all members of that Participating Affiliate terminates automatically.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

Policy (cd03v)      D-1

January 1, 1998 (14900)

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you or one of your participating affiliates.
2. He regularly works for you or one of your participating affiliates
   - on a full-time basis, or
   - as a part-time employee who works an average of at least 18, but not more than 34 hours per week, with no end date to his term of employment.
3. He is not represented by a bargaining unit or is an employee who is represented by Antes.
4. He is a resident of Canada.

Where an employee of Nortel Networks Corporation or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis. The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Eligibility to be a Retired Member

A retired employee or pensioner is eligible, and continues to be eligible, to be a member until January 1st following his 65th birthday, provided he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He continues to pay premiums.
3. He is a resident of Canada.

## Eligibility for Dependant Insurance

A person is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1. He is a member.
2. He has at least one dependant.
3. His dependants are residents of Canada.

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for Optional Life Insurance and Voluntary Accidental Death and Dismemberment Insurance for himself, by submitting a completed enrolment form. A member requests Voluntary Accidental Death and Dismemberment Insurance for his dependants by submitting a completed enrolment form.

A person may elect to be insured for options 1, 2 or 3 within 31 days of becoming eligible under this policy without evidence of insurability.

A person may elect to be insured for options 4 or 5 within 31 days of becoming eligible under this policy by submitting evidence of insurability.

If an eligible person enrols more than 31 days after the date he became eligible, he must submit evidence of insurability to us. If he requests dependant insurance, he must submit evidence of insurability for each dependant to us.

A member requests Optional Dependant Life Insurance by submitting a completed enrolment form for his dependants to us. A member requests Options 1, 2 or 3 of Dependant Optional Life Insurance for his spouse by submitting a completed enrolment form. If a member enrols for an amount of Optional Dependant Life Insurance for his spouse that is in excess of $50,000, he must submit evidence of insurability to us.

If a member requests dependant insurance more than 31 days after the date he became eligible for dependant insurance, he must submit evidence of insurability for each dependant to us.

Evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member for Optional Life Insurance on the later of the date that he becomes eligible or the date that we approve the evidence of insurability, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

A member becomes insured for Optional Dependant Life and Voluntary Accidental Death and Dismemberment Insurance on the latest of

1.  the date that he becomes eligible for dependant insurance,
2.  the date that he requests dependant insurance, or
3.  the date that we determine the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the insurance would be effective, he becomes insured for dependant insurance on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes insured for dependant insurance on the date we establish.

## Changes in Insurance

### Member:

A member may elect to increase the amount of Optional Life Insurance by 1x his annual rate of earned income subject to a maximum of 3x his annual rate of earned income, upon acquiring a spouse or a dependant or an additional dependant without submitting evidence of insurability.

A member requesting an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependant child, must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

Otherwise, a member may only elect to increase the amount of Optional Life Insurance by submitting evidence of insurability.

If a member was covered for the Survivor Income Benefit under Group Plan No. 90002 immediately before July 1, 1994, he may enrol for, up to and including, 500% of earnings on July 1, 1994 without submitting evidence of insurability.

### Dependant:

A member requests an increase in the Optional Dependant Life Insurance for his spouse, which is in excess of $50,000, by submitting a completed enrolment form and evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

A member requesting an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependent child must submit evidence of insurability to us.

An increase in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

A decrease in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

A member may elect to decrease or terminate the amount of Optional Life Insurance at any time.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the last day of the month following the date that he no longer meets all of the conditions for Eligibility to be a Member. The dependant insurance of a member terminates on the date he no longer meets all of the conditions for Eligibility for Dependant Insurance. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment card or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit - Optional Life Insurance

The amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. The amount of benefit may not exceed the maximum benefit.

## Death Benefit - Exclusion

No benefit is payable for any amount of Optional Life Insurance that has been in force for less than 2 years if death is due to suicide while sane or insane.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege - Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

Member Life Insurance Provision (cgv013)
January 1, 2000 (14900)                                                          G-1

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000.

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege - Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Optional Dependant Life Insurance Provision

## Amount of Benefit

The member determines the amount of benefit for his spouse or dependant child by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

## Claims

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and of the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When an insured dependant dies, we will pay the member the amount of benefit in force on the date of death.

## Death Benefit - Exclusions

No benefit is payable for any amount of Optional Dependant Life Insurance that has been in force for less than 2 years if death is due to suicide, while sane or insane.

No benefit is payable for an insured dependant who dies before reaching the age of 24 hours.

## Conversion Privilege - Spouse

If the dependant insurance for the spouse terminates due to the termination of the member's insurance and this provision continues in force, the spouse may convert the amount of the dependant insurance terminated to an individual policy on his life without submitting evidence of insurability.

The conditions that apply to the Conversion Privilege for the member's insurance will apply to the Conversion Privilege for the dependant insurance.

In addition, when proof is submitted to us that the group insurance replaced by the individual policy would have been in force under the Disability Benefit, the rights to that insurance will be restored if all of the following conditions are met

1. the proof is received by us within 12 months of the individual policy's effective date,
2. the individual policy is surrendered without claim except for the return of premiums paid on the individual policy, and
3. the insurance under that individual policy is void.

## Continuation of Benefit After Termination - Spouse

If the dependant insurance terminates while this provision continues in force and the spouse dies within 31 days after termination of insurance, we will pay the member the amount of insurance which the spouse could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

We will waive premiums for the member's dependant life insurance for a period during which the member is receiving Long Term Disability payments.

# Member Voluntary Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of toe** | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |

## Amount of Benefit

The member determines the amount of benefit by applying the benefit formula and, depending on the loss suffered by the member, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a member has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the member.

## Repatriation

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the member's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the member's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred. If a person is insured for Member Accidental Death and Dismemberment Insurance and Dependant Accidental Death and Dismemberment Insurance, payment will be made under the provision where the person is insured as a member.

## Rehabilitation

If a member suffers any of the losses, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to train the member for active employment in an occupation in which he would not have engaged except for those injuries.

The expenses must be incurred within 2 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you

by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Occupational Training for Spouse

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to enrol the member's spouse in an accredited occupational training program to qualify him for active employment in an occupation for which he would not otherwise have sufficient qualifications.

The expenses must be incurred within 3 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Education Benefit for Dependent Child

If a member suffers loss of life, we will pay the reasonable and customary tuition expenses to enrol the member's dependent child as a full-time student at a post-secondary institution provided

1. the dependent child is enrolled as a full-time student at a post-secondary institution at the time of the accident, or
2. the dependent child is a student at the secondary school level and, within 365 days of the date of the accident, he enrols as a full-time student at a post-secondary institution.

The maximum amount of benefit payable for each year that the dependent child is enrolled as a full-time student at a post-secondary institution will be the lesser of:

1. 5% of the member's amount of benefit, or
2. $5,000.

The amount of benefit will be paid each year, up to 4 consecutive years, after we receive satisfactory proof that the dependent child is enrolled as a full-time student at a post-secondary institution.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for:

1. tuition expenses incurred before the date of the accident.
2. room or board or other ordinary living, travelling or clothing expenses.

A post-secondary institution includes any accredited university, colleges d'enseignement general et professionnel, trade school, community college, or private college that provides an education above the secondary school level.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a member has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss, provided all of the following conditions are met:

1. The accident must occur while he is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.

If the member is alive, we will pay the benefit to him. If the member dies, we will pay the benefit to the beneficiary. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

If there is no living beneficiary, or, if a claim is submitted for Repatriation, we will pay the member's estate. If a claim is submitted for Occupational Training for Spouse, we will pay the member's spouse. If a claim is submitted for Education Benefit for Dependent Child, we will pay the member's dependent child.

## Air Travel

If a member suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a member suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a member disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1. the member has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the member is alive, and
2. we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the member is subsequently found alive or if it is discovered that the member suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

We will waive premiums for the member's Accidental Death and Dismemberment Insurance for a period during which the member's Life Insurance premiums are waived due to the member's disability but not

beyond the Accidental Death and Dismemberment Insurance termination age specified in the Summary of Insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,
3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
    a. the member was operating, learning to operate or serving as a member of a crew of any aircraft, or
    b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.

# Voluntary Dependant Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| **Hemiplegia** | means the loss of use of upper and lower limbs on the same side of the body. |
| **Loss of arm** | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of foot** | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of hand** | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of leg** | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of sight, speech or hearing** | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| **Loss of thumb and finger** | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| **Loss of toe** | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| **Loss of use** | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| **Paraplegia** | means the loss of use of both lower limbs. |
| **Quadriplegia** | means the loss of use of both upper and lower limbs. |

## Amount of Benefit

The member determines the amount of benefit for his dependants by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

The amount of benefit is specified in the Summary of Insurance and, depending on the loss suffered by the dependant, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a dependant has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the dependant.

## Repatriation

If a dependant suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the dependant's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the dependant's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

Voluntary Dependant Accidental Death and Dismemberment Insurance Provision (cj01v006)     J-2
January 1, 2000   (14900)

## Payment of Benefit

When we receive proof that a dependant has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss to the member, provided all of the following conditions are met:

1.  The accident must occur while the dependant is insured under this provision.
2.  The loss must occur within 365 days of the date of the accident.

No benefit is payable for any loss suffered by an insured dependant if the loss occurs before he reaches the age of 2 years.

## Air Travel

If a dependant suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a dependant suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a dependant disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1.  the dependant has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the dependant is alive, and
2.  we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the dependant is subsequently found alive or if it is discovered that the dependant suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

We will waive premiums for the member's Dependant Accidental Death and Dismemberment insurance for a period during which the member's life insurance premiums are waived due to the member's disability but not beyond the Dependant Accidental Death and Dismemberment Insurance termination age specified in the Summary of Insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1.  suicide, while sane or insane,
2.  self-inflicted injuries, while sane or insane,
3.  disease,
4.  civil disorder or war, whether or not war was declared,
5.  full-time service in the armed forces of any country,

**Voluntary Dependant Accidental Death and Dismemberment Insurance Provision (cj01v006)    J-3**
**January 1, 2000  (14900)**

6. injuries arising out of, or in the course of any employment for wage or profit for any amount of Voluntary Dependant Accidental Death and Dismemberment Insurance,

7. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,

   a.  the dependant was operating, learning to operate or serving as a member of a crew of any aircraft, or

   b.  the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.

# Appendix A - Active Employees

## *Summary of Insurance*

### Optional Member Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| A.  Active Employees | |
| Option 1 | 1x annual earnings * |
| Option 2 | 2x annual earnings * |
| Option 3 | 3x annual earnings * |
| Option 4 | 4x annual earnings * |
| Option 5 | 5x annual earnings * |

*The maximum benefit available under the combination of Basic Life Insurance and Optional Life Insurance is $3,000,000.

**Termination of Insurance:** on January 1st following the member's 65th birthday

### Optional Dependant Life Insurance

| Class of Dependants | Benefit Formula | Maximum Benefit |
|---|---|---|
| Spouse | | |
| • Option 1 | -- | $10,000 |
| • Option 2 | -- | $25,000 |
| • Option 3 | -- | $50,000 |
| • Option 4 | -- | $100,000 |
| • Option 5 | from $100,000 to $500,000, in units of $50,000 | $500,000 |
| Each Child | units of $5,000 | $25,000 |

**Termination of Insurance:**

- **For Spouse** - the earlier of the member's 65th birthday, retirement, or the spouse's 65th birthday
- **For Child** - the member's 65th birthday

## Voluntary Accidental Death and Dismemberment Insurance

| Class of Members | Employee | Benefit Formula | | Each Child | |
|---|---|---|---|---|---|
| | Member | Spouse | | With Spouse Benefit | Without Spouse Benefit |
| | | With Child Benefit | Without Child Benefit | | |
| A.  Active Employees | | | | | |
| Option 1 | 1x annual earnings * | 50% of member's amount of benefit | 60% of member's amount of benefit | 15% of member's amount of benefit | 20% of member's amount of benefit |
| Option 2 | 2x annual earnings * | | | | |
| Option 3 | 3x annual earnings * | | | | |
| Option 4 | 4x annual earnings * | | | | |
| Option 5 | 5x annual earnings * | | | | |

*The maximum amount of benefit available to the member under the Voluntary AD&D Insurance provision is $1,500,000.

**Termination of Insurance:** on January 1st following the member's 65th birthday

# Appendix B - Pensioners

## *Summary of Insurance*

### Optional Member Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  Pensioners (who elect to continue Optional Life Insurance on a premium paying basis.) | -- | * |

*The amount of insurance for which the pensioner was insured as an active employee on his date of retirement.

**Termination of Insurance:** on January 1st following the member's 65th birthday

# Sun Life Policies

# 11

# Reissue – Agreement No. 9

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 20533 |
| Effective Date | December 1, 2004 |

This is a reissue of Group Policy Number 20533.

Please file your copy of the attached reissued policy in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                                    Secretary

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

# Table of Contents

Overview – Policy #20533 – Nortel Networks Limited.................................................................1

Agreement.............................................................................................................................A-1

Definitions............................................................................................................................C-1

Policy....................................................................................................................................D-1

Eligibility..............................................................................................................................E-1

Commencement and Termination of Insurance.....................................................................F-1

Member Life Insurance Provision.........................................................................................G-1

Optional Dependant Life Insurance Provision......................................................................H-1

Member Voluntary Accidental Death and Dismemberment Insurance Provision...................I-1

Voluntary Dependant Accidental Death and Dismemberment Insurance Provision................J-1

Appendix A - Active Employees......................................................................................AppA-1

Appendix B – Pensioners who retired prior to January 1, 2002........................................AppB-1

# Overview — *Policy #20533 — Nortel Networks Limited*

| Class | Description |
|---|---|
| A | Active Employees (who choose Member/Dependant Optional Life and Voluntary Member/Dependent AD&D Insurance) |
| B | Pensioners who retired prior to January 1, 2002 (who chose Optional Life prior to early retirement) |

*Other numbers:*

# 20531 — Member Basic Life Insurance

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 20533 |
| Effective Date | December 1, 2004 |
| Participating Affiliates | Northern Telecom Canada Limited |
| | Northern Telecom Electronics Limited |
| | Bell Northern Research |

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

The policy and the application form the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.

Signed at our Head Office, Toronto, Ontario.

President                                              Secretary

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Dependant** | means a member's spouse or a dependent child of a member or his spouse. |
| **Dependent child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is |
| | 1.  under 21 years of age, |
| | 2.  under 25 years of age and attending a college or university full-time, or |
| | 3.  physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above. |
| | The child must be a Canadian citizen or have landed immigrant status. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **Family Status Change** | means a member acquires a spouse or dependent child. |
| **Family unit** | means a member and his insured dependants. |
| **He, his and him** | refer to both genders. |
| **Insured dependant** | means a dependant for whom the member is insured.  If we do not approve evidence of insurability required for a dependant, he will not be an insured dependant. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan |
| **Period of grace** | for the payment of premiums, is 121 days. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practice medicine. |
| **Policy anniversary** | means January 1, 2000 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |

| Rate of earned income | means the basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| --- | --- |
| Spouse | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship for 12 consecutive months. |
| We, us and our | refer to the Sun Life Assurance Company of Canada. |
| Work Stoppage | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| You and your | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

## Agent

You will act as agent for the Participating Affiliates in all matters regarding this policy, and any thing done by you in these matters will be considered to be done on behalf of you and the Participating Affiliates.

## Premiums

Premiums are payable monthly. Premiums are chargeable claims plus expenses as outlined in the Financial Letter of Agreement.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivorship or bankruptcy. Upon the receivorship or bankruptcy of a Participating Affiliate, the insurance of all members of that Participating Affiliate terminates automatically.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1.   He is actively working for you or one of your participating affiliates.
2.   He regularly works for you or one of your participating affiliates
     *   on a full-time basis, or
     *   as a part-time employee who works an average of at least 18, but not more than 34 hours per week, with no end date to his term of employment.
3.   He is not represented by a bargaining unit or is an employee who is represented by Antes.
4.   He is a resident of Canada.

Where an employee of Nortel Networks Corporation or its participating affiliates is transferred outside of Canada, such employee will continue to be insured, on a temporary basis. The insurance coverage will be in accordance with the terms of the policy under which the employee was insured while resident in Canada and the coverage will continue until the employee can be accommodated in the group insurance plan of the Policyholder in the country where the employee is then resident.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Eligibility for Dependant Insurance

A person is eligible, and continues to be eligible, for dependant insurance while he meets all of the following conditions:

1.   He is a member.
2.   He has at least one dependant.
3.   His dependants are residents of Canada.

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for Optional Life Insurance and Voluntary Accidental Death and Dismemberment Insurance for himself, by submitting a completed enrolment form. A member requests Voluntary Accidental Death and Dismemberment Insurance for his dependants by submitting a completed enrolment form.

A person may elect to be insured for options 1, 2 or 3 within 31 days of becoming eligible under this policy without evidence of insurability.

A person may elect to be insured for options 4 or 5 within 31 days of becoming eligible under this policy by submitting evidence of insurability.

If an eligible person enrols more than 31 days after the date he became eligible, he is considered a late entrant and he must submit evidence of insurability to us. If he requests dependant insurance, he must submit evidence of insurability for each dependant to us.

A member requests Optional Dependant Life Insurance by submitting a completed enrolment form for his dependants to us. A member requests Options 1, 2 or 3 of Dependant Optional Life Insurance for his spouse by submitting a completed enrolment form. If a member enrols for an amount of Optional Dependant Life Insurance for his spouse that is in excess of $50,000, he must submit evidence of insurability to us.

If a member requests dependant insurance more than 31 days after the date he became eligible for dependant insurance, he is considered a late entrant and he must submit evidence of insurability for each dependant to us.

For late entrants, evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member for Optional Life Insurance on the later of the date that he becomes eligible or the date that we approve the evidence of insurability, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

A member becomes insured for Optional Dependant Life and Voluntary Accidental Death and Dismemberment Insurance on the latest of

1.  the date that he becomes eligible for dependant insurance,
2.  the date that he requests dependant insurance, or
3.  the date that we determine the insurability of all of his dependants, and approve at least one dependant,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the insurance would be effective, he becomes insured for dependant insurance on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes insured for dependant insurance on the date we establish.

## Changes in Insurance

### Member:

A member may elect to increase the amount of Optional Life Insurance by 1x his annual rate of earned income subject to a maximum of 3x his annual rate of earned income, upon acquiring a spouse or a dependant or an additional dependant without submitting evidence of insurability.

If a member requests an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependant child, he is considered a late entrant and he must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

Otherwise, a member may only elect to increase the amount of Optional Life Insurance by submitting evidence of insurability.

### Dependant:

A member requests an increase in the Optional Dependant Life Insurance for his spouse, which is in excess of $50,000, by submitting a completed enrolment form and evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.'

If a member requests an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependent child, he is considered a late entrant and he must submit evidence of insurability to us.

An increase in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member or the amount of dependant insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

A decrease in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

A member may elect to decrease or terminate the amount of Optional Life Insurance at any time.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. The dependant insurance of a member terminates on the date he no longer meets all of the conditions for Eligibility for Dependant Insurance. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit - Optional Life Insurance

The amount of benefit is calculated by applying the benefit formula to the member's annual rate of earned income. This amount is rounded to the next higher $1,000. The amount of benefit may not exceed the maximum benefit.

## Death Benefit - Exclusion

No benefit is payable for any amount of Optional Life Insurance that has been in force for less than 2 years if death is due to suicide while sane or insane.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege – Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000.

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege – Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Optional Dependant Life Insurance Provision

## Amount of Benefit

The member determines the amount of benefit for his spouse or dependant child by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

## Claims

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and of the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit – Optional Child Life Insurance

When an insured dependant dies, we will pay the member the amount of benefit in force on the date of death.

## Payment of Benefit - Optional Spouse Life Insurance

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When an insured dependant dies, we will pay the beneficiary the amount of benefit in force on the date of death. If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member if living, otherwise to the member's estate.

## Death Benefit - Exclusions

No benefit is payable for any amount of Optional Dependant Life Insurance that has been in force for less than 2 years if death is due to suicide, while sane or insane.

## Conversion Privilege - Spouse

If the dependant insurance for the spouse terminates due to the termination of the member's insurance and this provision continues in force, the spouse may convert the amount of the dependant insurance terminated to an individual policy on his life without submitting evidence of insurability.

The conditions that apply to the Conversion Privilege for the member's insurance will apply to the Conversion Privilege for the dependant insurance.

In addition, when proof is submitted to us that the group insurance replaced by the individual policy would have been in force under the Disability Benefit, the rights to that insurance will be restored if all of the following conditions are met

1. the proof is received by us within 12 months of the individual policy's effective date,
2. the individual policy is surrendered without claim except for the return of premiums paid on the individual policy, and
3. the insurance under that individual policy is void.

## Continuation of Benefit After Termination - Spouse

If the dependant insurance terminates while this provision continues in force and the spouse dies within 31 days after termination of insurance, we will pay the member the amount of insurance which the spouse could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

We will waive premiums for the member's dependant life insurance for a period during which the member is receiving Long Term Disability payments.

# Member Voluntary Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| Hemiplegia | means the loss of use of upper and lower limbs on the same side of the body. |
| Loss of arm | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of foot | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of hand | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of leg | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of sight, speech or hearing | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| Loss of thumb and finger | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| Loss of toe | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of use | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| Paraplegia | means the loss of use of both lower limbs. |
| Quadriplegia | means the loss of use of both upper and lower limbs. |

## Amount of Benefit

The member determines the amount of benefit by applying the benefit formula and, depending on the loss suffered by the member, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a member has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the member.

## Repatriation

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the member's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the member's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred. If a person is insured for Member Accidental Death and Dismemberment Insurance and Dependant Accidental Death and Dismemberment Insurance, payment will be made under the provision where the person is insured as a member.

## Rehabilitation

If a member suffers any of the losses, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to train the member for active employment in an occupation in which he would not have engaged except for those injuries.

The expenses must be incurred within 2 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Occupational Training for Spouse

If a member suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, to enrol the member's spouse in an accredited occupational training program to qualify him for active employment in an occupation for which he would not otherwise have sufficient qualifications.

The expenses must be incurred within 3 years of the date of the accident.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for room or board or other ordinary living, travelling, or clothing expenses.

## Education Benefit for Dependent Child

If a member suffers loss of life, we will pay the reasonable and customary tuition expenses to enrol the member's dependent child as a full-time student at a post-secondary institution provided

1.  the dependent child is enrolled as a full-time student at a post-secondary institution at the time of the accident, or
2.  the dependent child is a student at the secondary school level and, within 365 days of the date of the accident, he enrols as a full-time student at a post-secondary institution.

The maximum amount of benefit payable for each year that the dependent child is enrolled as a full-time student at a post-secondary institution will be the lesser of:

1.  5% of the member's amount of benefit, or
2.  $5,000.

The amount of benefit will be paid each year, up to 4 consecutive years, after we receive satisfactory proof that the dependent child is enrolled as a full-time student at a post-secondary institution.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

No payment will be made for:

1.  tuition expenses incurred before the date of the accident.
2.  room or board or other ordinary living, travelling or clothing expenses.

A post-secondary institution includes any accredited university, colleges d'enseignement general et professionnel, trade school, community college, or private college that provides an education above the secondary school level.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a member has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss, provided all of the following conditions are met:

1.  The accident must occur while he is insured under this provision.
2.  The loss must occur within 365 days of the date of the accident.

If the member is alive, we will pay the benefit to him. If the member dies, we will pay the benefit to the beneficiary. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

If there is no living beneficiary, or, if a claim is submitted for Repatriation, we will pay the member's estate. If a claim is submitted for Occupational Training for Spouse, we will pay the member's spouse. If a claim is submitted for Education Benefit for Dependent Child, we will pay the member's dependent child.

## Air Travel

If a member suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a member suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a member disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1.  the member has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the member is alive, and
2.  we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the member is subsequently found alive or if it is discovered that the member suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

We will waive premiums for the member's Accidental Death and Dismemberment Insurance for a period during which the member's Life Insurance premiums are waived due to the member's disability but not beyond the Accidental Death and Dismemberment Insurance termination age specified in the Summary of Insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1.  suicide, while sane or insane,
2.  self-inflicted injuries, while sane or insane,
3.  disease,
4.  civil disorder or war, whether or not war was declared,
5.  full-time service in the armed forces of any country,
6.  injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
    a.  the member was operating, learning to operate or serving as a member of a crew of any aircraft, or
    b.  the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.

# Voluntary Dependant Accidental Death and Dismemberment Insurance Provision

## Definitions

| | |
|---|---|
| Hemiplegia | means the loss of use of upper and lower limbs on the same side of the body. |
| Loss of arm | means severance through or above the elbow joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of foot | means severance through or above the ankle joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of hand | means severance through or above the wrist joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of leg | means severance through or above the knee joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of sight, speech or hearing | means the entire and irrecoverable loss of sight, speech or hearing beyond remedy by surgical or other means as certified by a physician. |
| Loss of thumb and finger | means severance through or above the metacarpophalangeal joints beyond remedy by surgical or other means as certified by a physician. |
| Loss of toe | means severance through or above the metatarsophalangeal joint beyond remedy by surgical or other means as certified by a physician. |
| Loss of use | means the entire and irrecoverable loss of use beyond remedy by surgical or other means as certified by a physician. |
| Paraplegia | means the loss of use of both lower limbs. |
| Quadriplegia | means the loss of use of both upper and lower limbs. |

## Amount of Benefit

The member determines the amount of benefit for his dependants by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

The amount of benefit is specified in the Summary of Insurance and, depending on the loss suffered by the dependant, is limited to the percentage shown in the Schedule of Losses.

## Schedule of Losses

| | |
|---|---|
| Loss of Life | 100% |
| Hemiplegia | 200% |
| Paraplegia | 200% |
| Quadriplegia | 200% |
| Loss of Both Hands, Both Feet or Sight of Both Eyes | 100% |
| Loss of One Hand and One Foot | 100% |
| Loss of One Hand and Sight of One Eye | 100% |
| Loss of One Foot and Sight of One Eye | 100% |
| Loss of Speech and Hearing | 100% |
| Loss of Use of Both Hands or Both Feet | 100% |
| Loss of Use of One Hand and One Foot | 100% |
| Loss of One Arm or One Leg | 75% |
| Loss of Use of One Arm or One Leg | 75% |
| Loss of One Hand, One Foot or Sight of One Eye | 67% |
| Loss of Use of One Hand or One Foot | 67% |
| Loss of Speech or Hearing | 50% |
| Loss of Hearing in One Ear | 50% |
| Loss of Thumb and Index Finger of One Hand | 33% |
| Loss of Four Fingers of One Hand | 33% |
| Loss of All Toes of One Foot | 25% |

If a dependant has suffered more than one of the losses listed above as a result of one accident, we will pay the amount of benefit for only one loss. That loss will be the highest of the losses suffered by the dependant.

## Repatriation

If a dependant suffers loss of life, we will pay the reasonable and customary expenses, limited to a maximum of $10,000, for the preparation and transportation of the dependant's body from the place of the accident to his place of permanent residence.

The accidental death must occur at a distance of 150 kilometres or more from the dependant's place of permanent residence.

The amount of benefit paid is subject to all other terms of this provision and will be reduced by the amount of benefit paid for the same expenses under another provision of this policy or another policy issued to you by us. The total amount of payments from all provisions of this policy or another policy issued to you by us will not exceed 100% of the amount of expenses incurred.

## Claims

A death claim must be received by us within 6 years of the date of death. A claim for a loss must be received by us within 3 months of the date of the loss. All other claims must be received by us within 3 months of the date that the expense is incurred.

The claimant must submit to us proof of the claim and the right to receive the benefit. Proof of claim is at the claimant's expense. We may require a medical examination by a physician of our choice and other information we consider necessary for the assessment of a claim.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Payment of Benefit

When we receive proof that a dependant has suffered any of the losses due directly to bodily injury caused solely by an accident, we will pay the amount of benefit in force on the date of loss to the member, provided all of the following conditions are met:

1. The accident must occur while the dependant is insured under this provision.
2. The loss must occur within 365 days of the date of the accident.

No benefit is payable for any loss suffered by an insured dependant if the loss occurs before he reaches the age of 2 years.

For Voluntary Spouse Accidental Death and Dismemberment Insurance, benefits payable as a result of the spouse's death are payable to the beneficiary. If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member if living, otherwise to the member's estate. The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

## Air Travel

If a dependant suffers any of the losses while riding as a passenger in, or on, or boarding or alighting from an aircraft, we will pay the amount of benefit, subject to all other terms of this provision.

## Exposure

If a dependant suffers any of the losses as a result of being unavoidably exposed to the elements, we will pay the amount of benefit, subject to all other terms of this provision.

## Disappearance

If a dependant disappears and his body has not been found after one year of his disappearance and his whereabouts remain unknown one year after his disappearance, we will pay the amount of benefit for loss of life, subject to all other terms of this provision and provided

1. the dependant has not contacted those persons whom it may be reasonably expected that he would contact if he were alive, and there is no indication that the dependant is alive, and
2. we receive a signed statement from the person to whom the benefit is payable in which the person agrees to refund the benefit to us if the dependant is subsequently found alive or if it is discovered that the dependant suffered loss of life for which benefits would not have been payable under the terms of this provision.

## Conversion Privilege

There is no conversion privilege.

There is no continuation of benefit after termination of insurance.

## Disability Benefit

We will waive premiums for the member's Dependant Accidental Death and Dismemberment insurance for a period during which the member's life insurance premiums are waived due to the member's disability but not beyond the Dependant Accidental Death and Dismemberment Insurance termination age specified in the Summary of Insurance.

## Exclusions

No benefit is payable for a loss directly or indirectly due to

1. suicide, while sane or insane,
2. self-inflicted injuries, while sane or insane,
3. disease,
4. civil disorder or war, whether or not war was declared,
5. full-time service in the armed forces of any country,
6. injuries arising out of, or in the course of any employment for wage or profit for any amount of Voluntary Dependant Accidental Death and Dismemberment Insurance,
7. injuries received while riding in, or on, or boarding or alighting from an aircraft if, when the injuries were received,
   a. the dependant was operating, learning to operate or serving as a member of a crew of any aircraft, or
   b. the aircraft was being used for crop dusting, crop spraying, seeding, sky-writing, racing, testing, exploration or any other purpose except transportation.

# Appendix A - Active Employees

## *Summary of Insurance*

### Optional Member Life Insurance

| Class of Members | Benefit Formula |
|---|---|
| A.   Active Employees | |
| Option 1 | 1x annual earnings * |
| Option 2 | 2x annual earnings * |
| Option 3 | 3x annual earnings * |
| Option 4 | 4x annual earnings * |
| Option 5 | 5x annual earnings * |

*The maximum benefit available under the combination of Basic Life Insurance and Optional Life Insurance is the lesser of $3,000,000 or 6 times annual earnings.

Termination of Insurance: the member's 65th birthday or retirement, if earlier

### Optional Dependant Life Insurance

| Class of Dependants | Benefit Formula | Maximum Benefit |
|---|---|---|
| Spouse | | |
| • Option 1 | -- | $10,000 |
| • Option 2 | -- | $25,000 |
| • Option 3 | -- | $50,000 |
| • Option 4 | -- | $100,000 |
| • Option 5 | from $100,000 to $500,000, in units of $50,000 | $500,000 |
| Each Child | units of $5,000 | $25,000 |

Termination of Insurance:

• For Spouse - the earlier of the member's 65th birthday, retirement, or the spouse's 65th birthday
• For Child - the member's 65th birthday or retirement, if earlier

## Voluntary Accidental Death and Dismemberment Insurance

| Class of Members | Benefit Formula | | | | |
| --- | --- | --- | --- | --- | --- |
| | Employee | Spouse | | Each Child | |
| | Member | With Child Benefit | Without Child Benefit | With Spouse Benefit | Without Spouse Benefit |
| A.  Active Employees<br><br>Option 1<br>Option 2<br>Option 3<br>Option 4<br>Option 5 | 1x annual earnings *<br>2x annual earnings *<br>3x annual earnings *<br>4x annual earnings *<br>5x annual earnings * | 50% of member's amount of benefit | 60% of member's amount of benefit | 15% of member's amount of benefit | 20% of member's amount of benefit |

*The maximum amount of benefit available to the member under the Voluntary AD&D Insurance provision is $1,500,000.

Termination of Insurance: the member's 65th birthday or retirement, if earlier

# Appendix B – Pensioners who retired prior to January 1, 2002

## *Summary of Insurance*

### Optional Member Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B. Pensioners (who elected to continue Optional Life Insurance on a premium paying basis, prior to January 1, 2002.) | \*\* | \* |

\*The amount of insurance for which the pensioner was insured as an active employee on his date of retirement.

**Termination of Insurance:** on January 1st following the member's 65th birthday

# Sun Life Policies
# 12

# History Summary

## for

## 20533

# NORTEL NETWORKS LIMITED

## (Optional Life & VoluntaryAD&D)

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 5 | Overview -<br>Definitions - dependants, spouse<br>Eligibility - for Dependant Insurance<br>Commencement and Termination of Insurance -<br>- Enrolment for Insurance, Effective Date, Changes in Insurance<br>Member Life Insurance Provision - Conversion Privilege – amount<br>Optional Dependant Life Insurance – transferred from Policy 23900<br>Voluntary Accidental Death and Dismemberment -<br>Provisions added for Member and Dependents<br>Appendix A – Optional Dependant Life Insurance, Accidental Death & Dismemberment Insurance | January 1, 2000 | April 29, 1999<br>July 1, 1998<br><br><br>January 1, 1998<br><br>January 1, 1998<br><br>--<br>--<br><br>July 1, 1998 |
| 6 | Agreement – Policyholder's Name Change | May 1, 2000 | April 29, 1999 |
| 7 | Overview – Class B – class definition changed<br>Eligibility – removed Eligibility to be a Retired Member (Optional Coverage)<br>Appendix A – Member Optional Life and Voluntary Accidental Death and Dismemberment Insurance - Termination of Insurance<br>Appendix B – Pensioners – class definition changed | January 1, 2002 | May 1, 2000<br>January 1, 2000<br><br><br>July 1, 1998 |
| 8 | Policy Number Change | September 1, 2003 | -- |
| 9 | Reissue | December 1, 2004 | -- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1

# Sun Life Policies

# 13

# Reissuc – Agreement No. 4

Policyholder
Group Policy Number
Effective Date

Nortel Networks Limited
20534
December 1, 2004

This is a reissue of Group Policy Number 20534.

Please file your copy of the attached reissued policy in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

_President_

_Secretary_

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (Sun Life).

Reissue – Agreement No. 4 (ca21s)
December 1, 2004 (20534)

1

# Table of Contents

Overview – #20534  Nortel Networks Limited (Union Employees) ............................................1

Agreement ........................................................................................................................ A-1

Definitions ....................................................................................................................... C-1

Policy ............................................................................................................................... D-1

Eligibility ........................................................................................................................ E-1

Commencement and Termination of Insurance ............................................................... F-1

Member Life Insurance Provision ................................................................................... G-1

Appendix A – CAW Locals 1525, 1530, 1535, 1837 – Technical & Clerical Employees,
London, Belleville, Bramalea, Kingston ...................................................................... AppA-1

Appendix B – CEP Local 4 – Western Region Installers ............................................. AppB-1

Appendix C – COEU Local 1 – Technical & Clerical Employees, Montreal ................ AppC-1

Appendix D – CUCW Local 1 – Production & Trades Employees, Montreal ................ AppD-1

Appendix E – CUOE and GW Local 100 – Stationary Engineers, London, Ontario ..... AppE-1

Appendix F – IUOE Local 796 – Stationary Engineers, Bramalea, Ontario ................. AppF-1

Appendix G – SIPIQ – Security Guards, Montreal ...................................................... AppG-1

Appendix I – UNI – Nurses, Montreal ......................................................................... AppI-1

Appendix P – Pensioners who retired prior to age 65 ................................................... AppP-1

Appendix Q – United Steelworkers of America – Barrie ............................................. AppQ-1

Appendix A1 – CAW Locals 27, 1837, 1839, 1905 or 1915 – Production & Trades
Employees of London, Kingston, Belleville, Saint John, Bramalea ............................ AppA1-1

Appendix B1 – CEP Local 9 – Communications, Energy and Paperworkers
Union Employees ........................................................................................................ AppB1-1

Appendix D1 – CUCW Local 2 – Eastern Region Installers ....................................... AppD1-1

Table of Contents

# Overview – #20534 Nortel Networks Limited (Union Employees)

| Division | Appendix | Class |
|---|---|---|
| 1 | A. | CAW Locals 1525, 1530, 1535, 1837 – Technical and Clerical Employees |
| | B. | CEP Local 4 – Western Region Installers |
| | C. | COEU Local 1 – Technical & Clerical Employees |
| | D. | CUCW Local 1 – Production & Trades Employees |
| | E. | CUOE and GW Local 100 – Stationary Engineers |
| | F. | IUOE Local 796 – Stationary Engineers |
| | G. | SIPIQ – Security Guards |
| | I. | UNI – Nurses |
| | P. | Pensioners |
| | Q. | United Steelworkers of America – Barrie |
| | A1. | CAW Locals 27, 1837, 1839, 1905 or 1915 – Production & Trades Employees |
| | B1. | CEP Local 9 – Communications, Energy and Paperworkers Union Employees |
| | D1. | CUCW Local 2 – Eastern Region Installers |

Other policy numbers:

#20532 – Basic Life (Member)

#20535 – Optional Life (Dependants)