# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 20534 |
| Effective Date | December 1, 2004 |

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

The policy and the application form the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.

Signed at our Head Office, Toronto, Ontario.

President

Secretary

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 121 days. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practise medicine. |
| **Policy anniversary** | means January 1, 2003 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the 1st day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Sun Life Assurance Company of Canada. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy is not eligible to participate in any surplus earnings distributed by us.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 60 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience rating.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

Policy (cd01v)
December 1, 2004 (20534)

D-1

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you at least 18 hours each week.
2. He regularly works for you on a full-time basis;
3. He has been continuously employed by you at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

If a member retires prior to age 65, the Optional Life Insurance may be continued to age 65, (except for CAW members in Appendices A and A1), provided the member continues premium payments.

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is under age 65.
3. He is a resident of Canada.

## Waiting Period — 3 months

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for Optional Life Insurance by submitting a completed enrolment form. A person may elect to be insured for any of the options listed in the appropriate Appendix within 31 days of becoming eligible under this policy without submitting evidence of insurability.

If an eligible person enrols more than 31 days after the date he became eligible, he is considered a late entrant and he must submit evidence of insurability to us.

For late entrants, evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member for Optional Life Insurance on the later of the first of the month coinciding with or following the date that he becomes eligible or the date that we approve the evidence of insurability, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

A member requesting an increase in the amount of Optional Life Insurance must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

A member may request to increase the amount of Optional Life Insurance originally elected, subject to a maximum of $70,000, without submitting evidence of insurability, upon acquiring a spouse or a dependant or an additional dependant.

If a member requests an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependant child, he is considered a late entrant and he must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

Otherwise, a member may only elect to increase the amount of Optional Life Insurance by submitting evidence of insurability.

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

A decrease in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

A member may elect to decrease or terminate the amount of Optional Life Insurance at any time.

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit - Optional Life Insurance

The member determines the amount of benefit by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

## Death Benefit - Exclusion

No benefit is payable for any amount of Optional Life Insurance that has been in force for less than 2 years if death is due to suicide while sane or insane.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege - Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000 (combined Basic and Optional Life Insurance.)

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege - Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Appendix A – CAW Locals 1525, 1530, 1535, 1837 – Technical & Clerical Employees, London, Belleville, Bramalea, Kingston

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:** member's 65th birthday or retirement, if earlier

# Appendix B – CEP Local 4 – Western Region Installers

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Appendix C – COEU Local 1 – Technical & Clerical Employees, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| C. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |
| Option 12 | -- | $110,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Appendix D – CUCW Local 1 – Production & Trades Employees, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |
| Option 12 | -- | $110,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Appendix E – CUOE and GW Local 100 – Stationary Engineers, London, Ontario

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| E. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance: January 1st following the member's 65th birthday

# Appendix F – IUOE Local 796 – Stationary Engineers, Bramalea, Ontario

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| F.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:**  January 1st following the member's 65th birthday

# Appendix G – SIPIQ – Security Guards, Montreal
## Summary of Insurance
### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| G. All Employees | | |
| Option 1 | | |
| Option 2 | -- | $10,000 |
| Option 3 | -- | $15,000 |
| Option 4 | -- | $20,000 |
| Option 5 | -- | $30,000 |
| Option 6 | -- | $40,000 |
| Option 7 | -- | $50,000 |
| Option 8 | -- | $60,000 |
| Option 9 | -- | $70,000 |
| Option 10 | -- | $80,000 |
| Option 11 | -- | $90,000 |
| | -- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Appendix I – UNI – Nurses, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| I.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Appendix P – Pensioners who retired prior to age 65

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| P.  All Pensioners who elected Optional Life Insurance prior to early retirement | * | * |

*Amount of Benefit: the amount of benefit in force on the date immediately prior to retirement

Termination of Insurance:  January 1st following the member's 65th birthday

# Appendix Q – United Steelworkers of America – Barrie

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| Q.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance: January 1st following the member's 65th birthday

# Appendix A1 – CAW Locals 27, 1837, 1839, 1905 or 1915 – Production & Trades Employees of London, Kingston, Belleville, Saint John, Bramalea

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A1. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance: member's 65th birthday or retirement, if earlier

# Appendix B1 – CEP Local 9 – Communications, Energy and Paperworkers Union Employees

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| B1. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance: January 1st following the member's 65th birthday

# Appendix D1 – CUCW Local 2 – Eastern Region Installers

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| D1. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday

# Sun Life Policies

# 14

# Reissue Highlights

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 14901 |

We have highlighted only some of the changes included in the reissued policy. We strongly recommend that you read the policy as soon as possible and bring any questions you may have to our attention.

1. A clause has been added to the Summary of Insurance specifying the age that your insurance coverage terminates.
2. The limitations relating to some of the Insurance Provisions contained in this policy may have been revised.
3. The Eligibility section has been revised to restrict eligibility to those people who reside in Canada.
4. The definition of dependant has been revised to include handicapped children over the limiting age.
5. A clause has been added to Termination of Insurance specifying that this policy terminates automatically upon your receivership or bankruptcy.

## Group Life Insurance Provision

1. A 6 year time limit for reporting death claims has been added to this policy.
2. Under the Dependant Life provision, the age limit for the payment of benefit for the death of a child has been changed to 24 hours.

# Table of Contents

Overview - #14901  Nortel Networks Limited (Union Employees)............................................................1

Agreement ................................................................................................................................. A-1

Definitions ................................................................................................................................. C-1

Policy......................................................................................................................................... D-1

Eligibility .................................................................................................................................. E-1

Commencement and Termination of Insurance .......................................................................... F-1

Optional Member Life Insurance Provision................................................................................ G-1

Appendix A – CAW Locals 1525, 1530, 1535, 1837 – Technical & Clerical Employees.............AppA-1

Appendix B – CEP Local 4 – Western Region Installers ..........................................................AppB-1

Appendix C – COEU Local 1 – Technical & Clerical Employees ...............................................AppC-1

Appendix D – CUCW Local 1 – Production & Trades Employees ..............................................AppD-1

Appendix E – CUOE and GW Local 100 – Stationary Engineers...............................................AppE-1

Appendix F – IUOE Local 796 – Stationary Engineers..............................................................AppF-1

Appendix G – SIPIQ – Security Guards.....................................................................................AppG-1

Appendix I – UNI – Nurses .......................................................................................................AppI-1

Appendix P – Pensioners...........................................................................................................AppP-1

Appendix Q – United Steelworkers of America – Barrie ............................................................AppQ-1

Appendix A1 – CAW Locals 27, 1837, 1839, 1905 or 1915 – Production &
Trades Employees.....................................................................................................................AppA1-1

Appendix B1 – CEP Local 9 – Communications, Energy and Paperworkers
Union Employees .......................................................................................................................AppB1-1

Appendix D1 – CUCW Local 2 – Eastern Region Installers........................................................AppD1-1

# Overview - #14901  Nortel Networks Limited (Union Employees)

| Division | Class | |
|---|---|---|
| Main | A. | CAW Locals 1525, 1530, 1535, 1837 – Technical and Clerical Employees |
| | B. | CEP Local 4 – Western Region Installers |
| | C. | COEU Local 1 – Technical & Clerical Employees |
| | D. | CUCW Local 1 – Production & Trades Employees |
| | E. | CUOE and GW Local 100 – Stationary Engineers |
| | F. | IUOE Local 796 – Stationary Engineers |
| | G. | SIPIQ – Security Guards |
| | I. | UNI – Nurses |
| | P. | Pensioners |
| | Q. | United Steelworkers of America – Barrie |
| | A1. | CAW Locals 27, 1837, 1839, 1905 or 1915 – Production & Trades Employees |
| | B1. | CEP Local 9 – Communications, Energy and Paperworkers Union Employees |
| | D1. | CUCW Local 2 – Eastern Region Installers |

Other policy numbers:

#13901 – Basic Life (Member)

#23901 – Optional Life (Dependants)

# Agreement

| | |
|---|---|
| Policyholder | Nortel Networks Limited |
| Group Policy Number | 14901 |
| Effective Date | January 1, 2002 |

We, Clarica Life Insurance Company, agree with you, Nortel Networks Limited, to insure certain persons according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

This policy forms the entire contract of insurance between Clarica Life Insurance Company and Nortel Networks Limited.

This is a reissue of Group Policy G 14901, originally issued January 1, 1976 and reissued on July 1, 1980.

Please sign both copies of this agreement and return one to us.

Please file your copy of this agreement and the attached reissued policy in the "Contract-Current" section.

Please file the attached History Summary and Reissue Highlights with the old policy in the "Contract-History" section.

Signed at our Head Office, Waterloo, Ontario.

Secretary                                    President

This reissued policy is approved at _____,

                                    dated _____

                        by _____

                            Nortel Networks Limited

Agreement (ca04s)                                                                A-1
January 1, 2002 (14901)

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for you of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Age 65** | means the last day of the month in which the member attains age 65. |
| **Basic Salary** | means the rate of regular remuneration received by the member excluding overtime, bonuses, allowances, premiums and cost-of-living adjustment. |
| **Calendar year** | means January 1 to December 31. |
| **Evidence of insurability** | means written proof that a person meets our medical underwriting requirements. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is insured, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Pensioner** | means a person retired on pension under your pension plan. |
| **Period of grace** | for the payment of premiums, is 121 days. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practise medicine. |
| **Policy anniversary** | means January 1, 2003 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the 1st day of each month. |
| **Rate of earned income** | means the rate of basic salary, calculated on an annual basis, received by the member at the time of death or dismemberment in respect of the member's regular employment, except that in the case of a commissioned salesman actively employed by you, "rate of earned income" means twice the rate of base salary calculated on an annual basis. |
| **We, us and our** | refer to Clarica Life Insurance Company. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

This policy is not eligible to participate in any surplus earnings distributed by us.

The currency of this policy is Canadian.

No rights or interests of a member may be assigned.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

If earnings are required to calculate benefit amounts, you are responsible for reporting changes in earnings when they occur.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due monthly in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 60 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience rating.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium except the first.

## Termination of Policy

This policy or any billing division terminates when a premium has not been paid before the end of the period of grace.

This policy terminates automatically upon your receivership or bankruptcy.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

Policy (cd01v)                                                                    D-1
January 1, 2002 (14901)

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working for you at least 18 hours each week.
2. He regularly works for you on a full-time basis;
3. He has been continuously employed by you at least as long as the waiting period.
4. He is a resident of Canada.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

If a member retires prior to age 65, the Optional Life Insurance may be continued to age 65, provided the member continues premium payments.

A retired employee or pensioner is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is a member immediately before his date of retirement.
2. He is a resident of Canada.

## Waiting Period – 3 months

# Commencement and Termination of Insurance

## Enrolment for Insurance

An eligible person enrols for Optional Life Insurance by submitting a completed enrolment form. A person may elect to be insured for any of the options listed in the appropriate Appendix within 31 days of becoming eligible under this policy without submitting evidence of insurability.

If an eligible person enrols more than 31 days after the date he became eligible, he must submit evidence of insurability to us

Evidence of insurability submitted to us is at the person's expense.

## Effective Date of Insurance of a Member

A person becomes a member for Optional Life Insurance on the later of the first of the month coinciding with or following the date that he becomes eligible or the date that we approve the evidence of insurability, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the insurance would be effective, he becomes a member on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, he becomes a member on the date we establish.

## Changes in Insurance

A member requesting an increase in the amount of Optional Life Insurance must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

A member may request to increase the amount of Optional Life Insurance originally elected, subject to a maximum of $70,000, without submitting evidence of insurability, upon acquiring a spouse or a dependant or an additional dependant.

A member requesting an increase in the amount of Optional Life Insurance more than 31 days after the date of acquiring a spouse or a dependant child, must submit evidence of insurability to us. The increase in the amount of insurance will be effective on the date that we approve the evidence of insurability.

Otherwise, a member may only elect to increase the amount of Optional Life Insurance by submitting evidence of insurability.

An increase in the provision benefits or the amount of insurance of a member due to a policy amendment or change in classification becomes effective on the date of the policy amendment or change in classification, unless the member is not actively working on that day due to disease or injury. If we don't approve evidence of insurability required, the increase will not be effective.

If we don't approve an increase in the amount of insurance of a member, any future increase in the non-evidence maximum benefit amount will not be effective unless evidence of insurability is approved. An increase in the non-evidence maximum benefit amount will be effective on the date we approve the evidence of insurability.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits or the amount of insurance of a member would be effective, the increase becomes effective on the date he returns to active work. We may require evidence of insurability to establish the date that he is physically and mentally fit to return to active work. If so, the increase becomes effective on the date we establish.

A decrease in the provision benefits, the amount of insurance of a member or the amount of dependant insurance of a member due to a policy amendment or change in classification, becomes effective on the date of the policy amendment or change in classification, unless the member is totally disabled on that day.

A member may elect to decrease or terminate the amount of Optional Life Insurance at any time

## Termination of Insurance of a Member

Unless specified otherwise in this policy, the insurance of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member.  If a member, due to disease or injury, no longer meets all of the conditions, his insurance may be continued, subject to our approval, until the date of termination of his insurance that you specify.

The insurance of a member terminates on the date a work stoppage begins unless you have made special arrangements with us before that date to continue some or all of the insurance.

If a member fails to tell us every fact material to his insurance or misrepresents those facts, that insurance is voidable.

Statements made on a member's enrolment form or on an evidence of insurability form which are fraudulent or a misstatement of age may be contested at any time.

Other statements are incontestable 2 years after the statements are made.

# Member Life Insurance Provision

## Amount of Benefit - Optional Life Insurance

The member determines the amount of benefit by applying the benefit formula. The amount of benefit may not exceed the maximum benefit.

## Death Benefit - Exclusion

No benefit is payable for any amount of Optional Life Insurance that has been in force for less than 2 years if death is due to suicide while sane or insane.

## Death Benefit - Claims

The member appoints the beneficiary when enrolling for insurance. The beneficiary designation may be changed, if permitted by law. The member must submit written notice of the change.

When a member dies, we will pay the beneficiary the amount of benefit in force on the date of death.

If no beneficiary has been appointed or if the beneficiary has predeceased the member, payment will be made to the member's estate.

A claim must be received by us within 6 years of the date of death.

The claimant must submit proof of the claim and the right to receive the benefit to us. Proof of claim is at the claimant's expense. We may require other information we consider necessary for the assessment of a claim.

Benefits may be paid in cash, left on deposit at interest or used to provide an income in the form of an annuity. The choice of settlement may be made by the member or by the beneficiary if the member did not make a choice.

There is a time limit for proceedings against us for the payment of a claim. A proceeding must be started within 1 year of our receipt of the proof of claim.

## Conversion Privilege - Policy Available At Termination

If the member's insurance terminates, he may convert it to an individual policy on his life without submitting evidence of insurability. If this provision has terminated, he may convert it only if he has been continuously insured under this provision for the five year period before the termination of this provision.

The application and premium must be received by us within 31 days after termination of insurance. The premium for the individual policy will be determined by the current scale of premiums for the class of risk to which the applicant belongs.

The individual policy may be a term insurance policy for a period of one year, a term insurance policy to the age of 65 years or a permanent insurance policy under a regular plan being issued by us. The term insurance policies are not available to a person who has reached the age of 65 years.

The individual policy will be in exchange for all benefits terminated under this provision. It will contain the same provisions as are regularly included by us in new individual policies but will exclude disability insurance and accidental death insurance.

## Conversion Privilege – Amount and Effective Date

If this provision continues in force, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated,
2. the maximum amount of insurance for which the person has been insured under this provision less the total amount of individual insurance still in force on the person's life which was previously obtained through the Conversion Privilege of this provision, or
3. $200,000 (combined Basic and Optional Life Insurance.)

The individual policy will be effective 31 days after the insurance is terminated.

If this provision has terminated, the amount of the individual policy will not exceed the lesser of

1. the amount of the insurance terminated less the amount of insurance in force under a new group policy that replaces this policy, or
2. 3 times the Year's Maximum Pensionable Earnings as established under the Canada Pension Plan in the year that this provision terminated.

The individual policy will be effective on the date of completion of the application and payment of the required premium.

If a group of members is withdrawn and those members are no longer insured under this provision, this provision will be considered to have terminated for the purposes of this Conversion Privilege.

## Conversion Privilege – Continuation of Benefit After Termination

If the member's insurance terminates while this provision continues in force and the member dies within 31 days after termination of insurance, we will pay the beneficiary the amount of insurance which the member could have converted to an individual policy on his life through the Conversion Privilege of this provision.

## Disability Benefit

There is no disability benefit.

# Appendix A – CAW Locals 1525, 1530, 1535, 1837 – Technical & Clerical Employees, London, Belleville, Bramalea, Kingston

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix B – CEP Local 4 – Western Region Installers

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:**  January 1st following the member's 65th birthday.

# Appendix C – COEU Local 1 – Technical & Clerical Employees, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | -- | |
| Option 2 | -- | $10,000 |
| Option 3 | -- | $15,000 |
| Option 4 | -- | $20,000 |
| Option 5 | -- | $30,000 |
| Option 6 | -- | $40,000 |
| Option 7 | -- | $50,000 |
| Option 8 | -- | $60,000 |
| Option 9 | -- | $70,000 |
| Option 10 | -- -- | $80,000 |
| Option 11 | -- | $90,000 |
| Option 12 | -- | $100,000 |
| | | $110,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix D – CUCW Local 1 – Production & Trades Employees, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
|     Option 1 | -- | $10,000 |
|     Option 2 | -- | $15,000 |
|     Option 3 | -- | $20,000 |
|     Option 4 | -- | $30,000 |
|     Option 5 | -- | $40,000 |
|     Option 6 | -- | $50,000 |
|     Option 7 | -- | $60,000 |
|     Option 8 | -- | $70,000 |
|     Option 9 | -- | $80,000 |
|     Option 10 | -- | $90,000 |
|     Option 11 | -- | $100,000 |
|     Option 12 | -- | $110,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix E – CUOE and GW Local 100 – Stationary Engineers, London, Ontario

## Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | --- | $10,000 |
| Option 2 | --- | $15,000 |
| Option 3 | --- | $20,000 |
| Option 4 | --- | $30,000 |
| Option 5 | --- | $40,000 |
| Option 6 | --- | $50,000 |
| Option 7 | --- | $60,000 |
| Option 8 | --- | $70,000 |
| Option 9 | --- | $80,000 |
| Option 10 | --- | $90,000 |
| Option 11 | --- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix F – IUOE Local 796 – Stationary Engineers, Bramalea, Ontario

## Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:**  January 1st following the member's 65th birthday.

# Appendix G – SIPIQ – Security Guards, Montreal
## Summary of Insurance
### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | -- | |
| Option 2 | -- | $10,000 |
| Option 3 | -- | $15,000 |
| Option 4 | -- | $20,000 |
| Option 5 | -- | $30,000 |
| Option 6 | -- | $40,000 |
| Option 7 | -- | $50,000 |
| Option 8 | -- | $60,000 |
| Option 9 | -- | $70,000 |
| Option 10 | -- | $80,000 |
| Option 11 | -- | $90,000 |
| | --- | $100,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix I – UNI – Nurses, Montreal

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix P – Pensioners who retired prior to age 65

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Pensioners who elected Optional Life Insurance prior to early retirement | * | * |

\* **Amount of Benefit:** the amount of benefit in force on the date immediately prior to retirement

**Termination of Insurance:** January 1st following the member's 65th birthday.

# Appendix Q – United Steelworkers of America – Barrie

## Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance: January 1st following the member's 65th birthday.

# Appendix A1 – CAW Locals 27, 1837, 1839, 1905 or 1915 – Production & Trades Employees of London, Kingston, Belleville, Saint John, Bramalea

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | ---- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance:  January 1st following the member's 65th birthday.

# Appendix B1 – CEP Local 9 – Communications, Energy and Paperworkers Union Employees

## Summary of Insurance

### Dependant Life Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A. All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | -- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

**Termination of Insurance:**  January 1st following the member's 65th birthday.

# Appendix D1 – CUCW Local 2 – Eastern Region Installers

## Summary of Insurance

### Member Optional Life Insurance

| Class of Members | Benefit Formula | Maximum Benefit |
|---|---|---|
| A.  All Employees | | |
| Option 1 | -- | $10,000 |
| Option 2 | -- | $15,000 |
| Option 3 | -- | $20,000 |
| Option 4 | -- | $30,000 |
| Option 5 | -- | $40,000 |
| Option 6 | -- | $50,000 |
| Option 7 | -- | $60,000 |
| Option 8 | -- | $70,000 |
| Option 9 | --- | $80,000 |
| Option 10 | -- | $90,000 |
| Option 11 | -- | $100,000 |

Termination of Insurance:  January 1st following the member's 65th birthday.

# Sun Life Policies
# 15

# History Summary

### for

### 20534

### Nortel Networks Limited

### (Optional Member Life Insurance – Union Employees)

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Reissue | January 1, 2002 | -- |
| 2 | Eligibility – retired employees<br>Appendices A and A1 – termination age for Optional Life Insurance | April 1, 2003 | January 1, 2002 |
| 3 | Policy Number Change | September 1, 2003 | -- |
| 4 | Reissue | December 1, 2004 | -- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1

# Sun Life Policies

# 16

# Amendment Agreement No. 2

Amendment to Group Policy 20537-oop-

Issued To

Nortel Networks Limited

This amendment is effective January 1, 2004.

We made the changes on the request for amendment dated December 16, 2003.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Contract-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Contract-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                    Secretary

This policy is approved at _____, dated _____

by _____

Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

Amendment Agreement No. 2 (ca06s)
January 1, 2004 (20537-oop)                                    A-1

# Table of Contents

Overview 20537 – Nortel Networks Limited...............................................................1

Agreement...............................................................................................A-1

Definitions..............................................................................................C-1

Policy....................................................................................................D-1

Stop Loss Insurance Provision........................................................................S-1

Appendix................................................................................................App-1

# Overview 20537 - Nortel Networks Limited

**Division**

**OOP**          Stop-Loss Insurance for Out-of-Province Emergency claims paid under Plan 25654

**Other numbers:**

Administrative Services Only (ASO) Plan # 25654

# Agreement

Policyholder                          Nortel Networks Limited

Group Policy Number                   20537-oop

Effective Date                        January 1, 2004


We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to provide stop loss insurance according to the provisions of this policy. Premiums (as determined in the policy) are payable by you at our Head Office.

The policy forms the entire contract of insurance between Sun Life Assurance Company of Canada and Nortel Networks Limited.


Signed at our Head Office, Toronto, Ontario.


            President                                Secretary

# Definitions

| | |
|---|---|
| **Benefit Plan** | means the group health and welfare plan relating to Extended Health Benefits provided by you for your employees. |
| **Calendar year** | means January 1 to December 31. |
| **Dependent child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is |

1. under 21 years of age,

2. under 25 years of age and attending a college or university full-time, or

3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above.

| | |
|---|---|
| **Family unit** | means a member and his covered dependants. |
| **He, his and him** | refer to both genders. |
| **Insured dependant** | means a dependant for whom the member has coverage under the Benefit Plan. |
| **Member** | means a person who is covered under the Benefit Plan administered by us and for whom a premium is being paid under this policy. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Paid Claim** | means a claim for which a cheque has been issued for a member or an insured dependant in a policy year, in accordance with the Out-of-Province Benefit provision under the Benefit Plan, as outlined in the Appendix of this policy. |
| **Period of grace** | for the payment of premiums, is 31 days. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practice medicine. |
| **Policy anniversary** | means January 1, 2000 and an anniversary of that date. |
| **Policy year** | means the period between the effective date and the first policy anniversary or a period of 12 months beginning on a policy anniversary. |
| **Premium due date** | means the first day of each month. |
| **Spouse** | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship. |
| **We, us and our** | refer to Sun Life Assurance Company of Canada. |
| **You and your** | refer to the Policyholder. |

# Policy

## The Contract

This policy is not eligible to participate in any surplus earnings distributed by us.

This policy may be amended by us at any time that the Benefit Plan is amended in any manner that will alter the Stop Loss Provision of this policy.

You will inform us of all amendments to the Benefit Plan. We will inform you of any amendment to this policy as a result of an amendment to the Benefit Plan within 60 days of receiving notification from you of the amendment to your Benefit Plan.

This policy may not be amended nor provisions waived without written notification by our officials authorized to sign policies.

The currency of this policy is Canadian.

Your statements in the application, other than fraudulent statements, are incontestable after this policy has been in force continuously for 2 years.

## Administration

You are responsible for the administration of the policy according to the instructions we provide.

We may inspect your payroll records and other records relevant to this policy at any time to verify amounts of insurance, the premiums charged and other matters relating to this policy.

## Premiums

The first premium is due on the effective date. After that, premiums are due either monthly, or annually in advance.

The amount of the premium payable on a premium due date is determined by applying the monthly premium rates in force to the total units of insurance in force on that premium due date.

The initial monthly premium rates are in force on the effective date. We may change premium rates on the effective date of an amendment or on a premium due date. We will give you 30 days written notice of a premium rate change unless it is due to an amendment. The premium rates will not change before the first policy anniversary because of experience-rating.

## Period of Grace

The policy continues in force during the period of grace. Premiums must be paid for a period during which the policy remains in force, including the period of grace. The period of grace is allowed for the payment of each premium.

## Termination of Policy

This policy terminates when a premium has not been paid before the end of the period of grace or on the date that the Agreement For Administrative Services Only for the Benefit Plan terminates.

This policy automatically terminates upon your receivership or bankruptcy.

You may terminate this policy by giving us written notice. The date of termination is the date we receive the notice or the termination date specified in the notice, if later. If the date of termination is not a premium

due date, a partial premium is payable for the period from the last premium due date to the date of termination.

We may terminate this policy on the first policy anniversary or on a premium due date after that by giving you 60 days written notice.

The insurance of all members stops on the termination date of this policy and claims incurred after that are not eligible for payment.

If an agreement regarding premiums in a particular Policy Year cannot be reached, this policy terminates with effect from the beginning of the Policy Year and no Premium or Liability will be incurred in that Policy Year.

# Stop Loss Insurance Provision

## Active Employees

### The Benefit

This policy provides stop loss insurance coverage for emergency out-of-province claims in excess of $50,000 of paid claims per injury or disease for each member or each insured dependant in a calendar year.

The benefit is equal to the amount of paid claims in a calendar year that exceeds $50,000 per member or insured dependant. A paid claim that is not identified as an eligible expense under the Benefit Plan will not be included in determining the amount of paid claims in a calendar year.

### Payment of the Benefit

Within 30 days of the end of a policy year, we will provide you with documentation supporting Paid Claims in excess of $50,000 per member or insured dependant in a calendar year. We will pay such amount to you within 30 days of the end of the policy year, or at the time Paid Claims for a member or insured dependant exceed $50,000 per member or insured dependant in a calendar year, if requested by you.

## Retirees

### The Benefit

This policy provides stop loss insurance coverage for emergency out-of-province claims in excess of $100,000 of paid claims per injury or disease for each member or each insured dependant in a calendar year.

The benefit is equal to the amount of paid claims in a calendar year that exceeds $100,000 per member or insured dependant. A paid claim that is not identified as an eligible expense under the Benefit Plan will not be included in determining the amount of paid claims in a calendar year.

### Payment of the Benefit

Within 30 days of the end of a policy year, we will provide you with documentation supporting Paid Claims in excess of $100,000 per member or insured dependant in a calendar year. We will pay such amount to you within 30 days of the end of the policy year, or at the time Paid Claims for a member or insured dependant exceed $100,000 per member or insured dependant in a calendar year, if requested by you.

# Appendix

## Extended Health – Out-of-Province Emergency Benefit

### Eligible Expenses for Hospital/Medical Services

Eligible expenses mean reasonable and customary charges for the following items of expense, less the amount payable by a government plan:

1. public ward accommodation and auxiliary hospital services in a general hospital,
2. services of a physician,
3. economy air fare for the patient's return to his province of residence for medical treatment,
4. licensed ground ambulance service to the nearest hospital equipped to provide the required treatment, or to Canada, when the patient's physical condition prevents the use of another means of transportation,
5. emergency air ambulance service to the nearest hospital equipped to provide the required treatment, or to Canada, when the patient's physical condition prevents the use of another means of transportation, and if the patient requires a registered nurse during the flight, the services and return air fare for the registered nurse.

# Sun Life Policies

# 17

# History Summary

## for

## 20537-OOP

## NORTEL NETWORKS LIMITED

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Policy Number change | September 1, 2003 | -- |
| 2 | Reissue<br>- Stop Loss Insurance Provision – pooling level increased for Retirees | January 1, 2004 | -- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1

# Sun Life Policies

# 18

# Amendment Agreement No. 1 for Administrative Services Only

| | |
|---|---|
| Planholder | Nortel Networks Limited |
| Plan number | 25654 |
| Effective date | January 1, 2005 |

We made the changes on the request for amendments dated May 14, 2005, and December 20, 2006.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Plan Document-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Plan Document-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                            Secretary

This plan is approved at _____, dated _____

by _____

Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada.

# Table of Contents

Overview ................................................................................................................ 1

Summary of Benefits ......................................................................................... B-1

Definitions ............................................................................................................ D-1

Eligibility .............................................................................................................. E-1

Commencement and Termination of Coverage ............................................ F-1

Extended Health Provision ............................................................................... M-1

Extended Health - Comprehensive Drug Benefit .......................................... N-1

Extended Health - Vision Care Benefit ............................................................ O-1

Extended Health - Supplementary Hospital Benefit ..................................... P-1

Extended Health - Supplementary Health Care Benefit ............................... Q-1

Dental Provision ................................................................................................. R-1

Dental Provision - Diagnostic/Preventive Benefit ........................................ S1-1

Dental Provision - Restorative Benefit ............................................................ S2-1

Dental Provision - Orthodontic Benefit ........................................................... S3-1

Dental Provision - Periodontic Benefit ............................................................ S4-1

Dental Provision - Denture Benefit .................................................................. S5-1

Dental Provision - Bridge Benefit .................................................................... S6-1

Dental Provision - Crown Benefit .................................................................... S7-1

Dental Provision - Endodontic Benefit ............................................................ S8-1

# Overview

| Division | Class | Description |
| --- | --- | --- |
| 001 | Λ | NT Bargaining Employees Designated as CUCW Local 1 |
| 040 | Λ | NT Bargaining Employees Designated as COEU |

# Summary of Benefits

## Extended Health

| Part | Benefit | Deductible per family unit | Reimbursement |
|------|---------|---------------------------|---------------|
| A | Drug | nil | * |
| B | Vision: $ 180** | nil | 100% |
| C | Optional Hospital: ward to semi-private | nil | 100% |
| D | Hospital: semi-private to private *** | nil | 100% |
| E | Supp. Health Care | nil | 100% |

*Drugs are payable at 100% if purchased through our approved mail order pharmacy, Remy Hazbourn, otherwise they are payable at 90%.

**The maximum for eyeglasses/contact lenses/laser eye surgery every 2 calendar years for the member and for each covered dependant.

***Limited to a maximum of $50 for each day of hospitalization, less allowance provided under supplementary hospital.

**Termination Age:** retirement

*Drug coverage for all members under age 65 and members age 65 and over who are not covered by the Québec Drug Insurance Plan of the Régie de l'assurance-maladie du Québec (RAMQ)*

In addition to the above provisions, the following applies to the Drug Benefit for Québec residents who purchase an eligible drug that is included on the Régie de l'assurance-maladie du Québec (RAMQ) formulary:

**Annual Out-of-Pocket Maximum:** The maximum for out-of-pocket eligible expenses is limited to the amount specified by law and applied in the provincial drug plan administered by the RAMQ. The annual out-of-pocket maximum amount applies separately to each adult under the plan. However, the member's out-of-pocket maximum includes expenses for each dependent child.

Out-of-pocket eligible expenses include any deductible and co-payment.

**Deductible:** The deductible is applied up to the annual out-of-pocket maximum and will not apply after the annual maximum has been reached.

**Reimbursement:** The reimbursement percentage is applied up to the annual out-of-pocket maximum. After the annual maximum is reached, eligible expenses will be reimbursed at 100%. The reimbursement percentage applies after any deductibles have been satisfied.

**Termination Age:** member's retirement

## Dental

| Part | Benefit | Deductible per family unit | Reimbursement | Maximum |
|------|---------|---------------------------|---------------|---------|
| A | Diagnostic/Preventive | nil | 100% | -- |
| B | Restorative | nil | 100% | -- |
| C | Orthodontic | nil | 50% | $2,150*** |
| D | Periodontic | nil | 50% | $2,000* |
| E | Denture | nil | 50% | -- |
| F | Bridge | nil | 50% | $2,000** |
| G | Crown | nil | 50% | ** |
| H | Endodontic | nil | 50% | * |

*The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts D and H for the member and for each covered dependant.

**The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts F and G for the member and for each covered dependant.

***The maximum lifetime amount payable applies to the eligible expenses incurred under Part C.

**Late Entrant Maximum:** If an eligible person or an eligible dependant becomes covered more than 31 days after the date he became eligible for the Dental Provision, the maximum amount payable for the combined eligible expenses of all parts incurred during the first 12 months of coverage will be limited to $250 for the member and for each covered dependant.

**Termination Age:** retirement

**Dental Fee Guide:** The applicable fee guide is the 2003 fee guide in the province where the expense is incurred or, for expenses incurred outside Canada, in the province of residence of the member. For expenses incurred in Alberta, or outside Canada by an Alberta resident, the applicable fee guide is the 1997 Alberta Fee Guide "plus an inflationary adjustment determined by Clarica."

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for us of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Calendar year** | means January 1 to December 31. |
| **Covered dependant** | means a dependant for whom the member is covered. |
| **Dependant** | means a member's spouse or a dependent child of a member or his spouse. |
| **Dependent Child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is |

1. under 21 years of age,
2. under 25 years of age (26 years of age for the Extended Health Benefit) and attending a college or university full-time, or
3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above.

| | |
|---|---|
| **Family unit** | means a member and his covered dependants. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is covered, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practise medicine. |
| **Plan anniversary** | means January 1, 2006 and an anniversary of that date. |
| **Plan year** | means the period between the effective date and the first plan anniversary or a period of 12 months beginning on a plan anniversary. |
| **Rate of earned income** | on a given date, means the rate of the regular remuneration received by the member on that date for his regular employment. Regular remuneration may include additional income which is earned on a regular basis such as overtime, bonuses, shift differentials, subject to our approval. For a member earning commission, this rate is the average remuneration received during the previous 12 months. Earnings for a member with less than one year of service will be the estimated amount of regular remuneration that we specify. |
| **Spouse** | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship. |
| **We, us and our** | refer to Nortel Networks Limited. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working and is a permanent full-time hourly employee who is a member of the Bargaining Unit represented by COEU Local 1.
2. He has been continuously been employed by us at least as long as the waiting period.
3. He is a resident of Canada.

Participation is compulsory.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period

Persons actively working on the effective date - nil

Persons who begin active work after the effective date – 6 months

## Eligibility for Dependant Coverage

A person is eligible, and continues to be eligible, for dependant coverage while he meets all of the following conditions:

1. He is a member.
2. He has at least one dependant.
3. His dependants are residents of Canada.

# Commencement and Termination of Coverage

## Enrolment for Coverage

An eligible person enrols for coverage by submitting a completed enrolment form. A member requests dependant coverage by submitting a completed enrolment form.

## Effective Date of Coverage of a Member

A person becomes a member on the first of the month coinciding with or following the date that he becomes eligible, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the coverage would be effective, he becomes a member on the date he returns to active work.

A member becomes covered for dependant coverage on the latest of

1. the date that he becomes eligible for dependant coverage, or
2. the date that he requests dependant coverage,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the coverage would be effective, he becomes covered for dependant coverage on the date he returns to active work.

## Comparable Coverage

If an eligible person or a member is covered for comparable coverage, he may decline to be covered for the Extended Health Provision or the Dental Provision. If this comparable coverage stops, an eligible person or a member will be covered for the similar coverage provided by this plan.

If a dependant is covered for comparable coverage, a member may decline to be covered for dependant coverage for the Extended Health Provision or the Dental Provision. If this comparable coverage stops, a member may request the similar coverage provided by this plan.

The coverage that replaces the comparable coverage is effective on the date that the comparable coverage stops.

## Changes in Coverage

An increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member due to a plan amendment or change in classification becomes effective on the date of the plan amendment or change in classification, unless the member is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member would be effective, the increase becomes effective on the date he returns to active work.

## Termination of Coverage of a Member

Unless specified otherwise in this plan, the coverage of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. The dependant coverage of a member terminates on the date he no longer meets all of the conditions for Eligibility for Dependant Coverage. If a member, due to disease or injury, no longer meets all of the conditions, his coverage may be continued, subject to our approval, until the date of termination of his coverage that we specify.

The coverage of a member terminates on the date a work stoppage begins unless special arrangements have been made with us before that date to continue some or all of the coverage.

If the member dies, Extended Health and Dental benefits will be payable for eligible expenses incurred by his covered dependant within 60 months following the date the member died, provided this provision continues in force.

# Extended Health Provision

## Claims

A claim must be received by Sun Life within 18 months of the date that the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, attending physician statements or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

Sun Life will administer reimbursement to a member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for medically necessary services required for the treatment of disease or injury. Eligible expenses for the services of a practitioner include only those services which are performed within his area of expertise and require the skills and qualifications of such a practitioner.

To determine the amount that will be paid to the member, the total eligible expenses claimed are adjusted as follows:

1. the eligible expense maximums are applied,
2. the deductible, which must be satisfied each calendar/benefit year, is subtracted, and
3. the reimbursement percentage is applied.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1. If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.
2. If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

   Member

   a. The plan where the person is covered as a member,
   b. If a person is covered under two plans, priority goes to
      - the plan where the member is a full-time employee,
      - the plan where the member is a part-time employee,
      - the plan where the member is a retiree.

   Spouse

   c. The plan where the person is covered as a member.

Dependent Child

d. The plan of the parent with the earlier birthdate (month/day) in the calendar year.
e. The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.
f. In situations where parents are separated/divorced, then the following order applies,
   - the plan of the parent with custody of the dependent child,
   - the plan of the spouse of the parent with custody of the dependent child,
   - the plan of the parent not having custody of the dependent child,
   - the plan of the spouse of the parent not having custody of the dependent child.
3. If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for services and products, rendered or prescribed by a person who is ordinarily a resident in the patient's home or who is related to the patient by blood or marriage,
5. expenses for which benefits are payable under a government plan,
6. expenses for benefits which are legally prohibited by the government from coverage,
7. out-of-province expenses for elective (non-emergency) medical treatment or surgery.

## Benefits After Termination of a Member's Coverage

If, on the date of termination of a member's coverage,

1. the member has a medically determinable physical or mental impairment due to injury or disease which prevents him from performing the regular duties of the occupation in which he participated just before the impairment started, regardless of the availability of work for him, or
2. the covered dependant has a medically determinable physical or mental impairment due to injury or disease, is receiving treatment from a physician and is confined to a hospital or his home,

benefits will be payable for eligible expenses related to the impairment provided they are incurred within 90 days of the date of termination and this provision continues in force.

# Extended Health - Comprehensive Drug Benefit

## Definitions

| | |
|---|---|
| **Dentist** | means a person licensed to practise dentistry by the provincial licensing authority. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| **Registered pharmacist** | means a person who is licensed to practise pharmacy and whose name is listed on the pharmacists' registry of the licensing body for the jurisdiction in which such person is practising. |

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense, provided they are medically necessary for the treatment of disease or injury, prescribed by a physician or dentist and dispensed by a registered pharmacist or physician:

1.  drugs which legally require a prescription and are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as a narcotic, controlled drug, or requiring a prescription.

2.  life-sustaining drugs which may not legally require a prescription and are identified in the Therapeutic Guide section of the current Compendium of Pharmaceuticals and Specialties under the following headings:

    | | |
    |---|---|
    | anti-anginal agents | anticholinergic preparations |
    | antiparkinsonism agents | anti-arrhythmic agents |
    | bronchodilators | glaucoma therapy |
    | antihyperlipidemic agents | insulin preparations |
    | hyperthyroidism therapy | oral fibrinolytic agents |
    | parasympathomimetic agents | potassium replacement therapy |
    | tuberculosis therapy | topical enzymatic debriding agents |

3.  drugs which are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as not legally requiring a prescription and which are only available for purchase at an accredited pharmacy and which, in Sun Life's opinion, have a known therapeutic value.

4.  injectible drugs.

5.  compounded prescriptions where one of the ingredients is an eligible expense.

6.  needles, syringes, and chemical diagnostic aids for the treatment of diabetes.

7.  expenses for drugs used in the treatment of infertility.

8.  medically necessary treatment for varicose veins to a maximum of $20 per treatment.

9.  expenses for drugs used for the treatment of erectile dysfunction, must be pre approved.

10. drugs used for the treatment of obesity.

11. expenses for intraurine devices, limited to one every 24 months.

12. expenses for smoking cessation aids.

## *Régie de l'assurance-maladie du Québec (RAMQ) Formulary Drugs for Québec Residents*

In addition to the above eligible expenses, this benefit includes all drugs covered by Québec's basic drug formulary, as established by the RAMQ. The minimum reimbursement percentage required by provincial legislation is applied up to the annual out-of-pocket maximum, as specified by law. This formulary is reviewed on a regular basis and is subject to change as new drugs and drug products are introduced.

For Québec residents, any maximums included in this benefit do not apply to eligible drugs covered by the RAMQ formulary.

## Exclusions

No benefit is payable for

1. the portion of expenses for which reimbursement is provided by a government plan,
2. expenses for drugs which, in Sun Life's opinion, are experimental,
3. expenses for publicly advertised items or products which, in Sun Life's opinion, are household remedies,
4. expenses for contraceptives (other than oral),
5. expenses for vitamins, minerals, protein supplements and therapeutic nutrients,
6. expenses for diets and dietary supplements, infant foods and sugar or salt substitutes,
7. expenses for lozenges, mouth washes, non-medicated shampoos, contact lens care products and skin cleansers, protectives or emollients,
8. expenses for surgical supplies and diagnostic aids,
9. expenses for drugs which are used for cosmetic purposes,
10. expenses for vaccines and inoculations, and
11. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Vision Care Benefit

## Definitions

| | |
|---|---|
| **Ophthalmologist** | means a person licensed to practise ophthalmology. |
| **Optometrist** | means a member of the Canadian Association of Optometrists or of a provincial association associated with it. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense:

1. eye examinations by an ophthalmologist or optometrist limited to one examination in a 2 calendar year period (1 calendar year for a covered dependant under age 18).
2. laser eye surgery, eye glasses, contact lenses and repairs to them that are necessary for the correction of vision and are prescribed by an by an ophthalmologist or optometrist, limited to the maximum specified in the Summary of Benefits for eligible expenses incurred during a 2 calendar year period for the member and for each covered dependant.
3. contact lenses prescribed for severe corneal astigmatism, severe corneal scarring, keratoconus or aphakia, provided visual acuity can be improved to at least the 20/40 level by contact lenses, but cannot be improved to that level by regular glasses, to a maximum of $250 every 2 calendar years.
4. services for visual training or remedial exercises.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Hospital Benefit

## Definitions

| | |
|---|---|
| Hospital | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| Chronic or Convalescent Hospital | means a legally licensed hospital with beds or units designated for convalescent or chronic care and which provides facilities for diagnosis, care and treatment of a person suffering from disease or injury on a 24 hour basis, with 24 hour services by registered nurses and physicians. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses, and which do not exceed the general level of charges in the area where the expense is incurred. |

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for private accommodation in a hospital, limited to the difference between the charges for semi-private and private accommodation for each day of hospitalization.

Room and board charges for semi-private accommodation for convalescent or chronic care (not custodial care) provided in a licensed hospital. Confinement must be certified as medially necessary by a physician and is limited to 60 days per calendar year.

## Optional Semi-Private Coverage

Eligible expenses mean reasonable and customary charges for semi-private accommodation in a hospital, limited to the difference between the charges for public ward and semi-private accommodation for each day of hospitalization.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Health Care Benefit

## Definitions

| | |
|---|---|
| **Chiropodist/Podiatrist** | means a person licensed by the appropriate provincial licensing authority. |
| **Chiropractor** | means a member of the Canadian Chiropractic Association or of a provincial association affiliated with it. |
| **Hospital** | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury, on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| **Osteopath** | means a person who holds the degree of doctor of osteopathic medicine from a college of osteopathic medicine approved by the Canadian Osteopathic Association. |
| **Physiotherapist** | means a member of the Canadian Physiotherapy Association or of a provincial association affiliated with it. |
| **Psychologist** | means a permanently certified psychologist who is listed on the appropriate provincial registry in the province in which the service is rendered. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| **Registered Massage Therapist** | means a person licensed by the appropriate provincial licensing body or in the absence of a provincial licensing body, a person whose qualifications Sun Life determines to be comparable with those required by a licensing body. |
| **Registered Nurse/ Registered Nursing Assistant/Certified Nursing Assistant/ Licensed Practical Nurse/ Registered Practical Nurse** | means a nurse, nursing assistant or practical nurse or certified nursing assistant who is listed on the appropriate provincial registry. |
| **Speech Language Pathologist** | means a person who holds a master's degree in Speech Language Pathology and is a member or is qualified to be a member of the Canadian Speech and Hearing Association or any provincial association affiliated with it. |

## Eligible Expenses

To be eligible, the expenses must be medically necessary for the treatment of disease or injury and prescribed by a physician, unless otherwise specified.

Eligible expenses are the reasonable and customary charges for the items of expense listed below.

1. the services of a registered nurse (R.N.), registered nursing assistant (R.N.A.), certified nursing assistant (C.N.A.), licensed practical nurse (L.P.N.) or registered practical nurse (R.P.N.) when provided in the patient's home.  To qualify as an eligible expense, the patient's treatment must require the level of expertise of an R.N., R.N.A., C.N.A., L.P.N., or R.P.N..

2. the services of the following practitioners, limited to a combined maximum of $850 per calendar year.

   - a psychiatrist,
   - a registered massage therapist,*
   - a speech language pathologist,
   - a psychologist,
   - a chiropractor*, including one x-ray examination per calendar year,
   - an osteopath*, including one x-ray examination per calendar year, and
   - a podiatrist or chiropodist*, including one x-ray examination per calendar year.

   * physician's prescription not required.

   Where applicable, expenses for practitioners' services eligible under a provincial health care plan will be reimbursed before the expenses exceed the annual maximums under the member's or covered dependant's provincial plan, starting from the first visit to the practitioner.

3. the services of a physiotherapist, as prescribed by a physician, in home treatment is not eligible.

4. the services of a dental surgeon, including dental prosthesis, required for the treatment of a fractured jaw or for the treatment of accidental injuries to natural teeth if the fracture or injury was caused by external, violent and accidental means, provided the services are performed within 12 months of the accident but excluding services required in conjunction with such fracture or injury due to a condition that existed before the accident.  A physician's prescription is not required.

5. licensed ground ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation.

6. emergency air ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation, and, if the patient requires the services of a registered nurse during the flight, the services and return air fare for a registered nurse.

7. orthopaedic shoes (includes stock item orthopaedic shoes), and orthopaedic modifications to shoes when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthopaedic shoes are limited to 1 pair every 12 month period, to a maximum of $250. Orthopaedic modifications are unlimited.

8. orthotics when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthotics are limited to 1 pair per calendar year, to a maximum of $300.

9. hearing aids and repairs to them, excluding batteries, limited to 50% reimbursement and to a maximum of $300 for eligible expenses per calendar year.

10. trusses and crutches.

11. plaster of paris or fibreglass casts.

12. braces, provided they are not solely for athletic use.

13. artificial limbs or other prosthetic appliances.

14. oxygen.

15. diagnostic laboratory, P.S.A. testing and x-ray examinations (private clinics and associated diagnostic services are eligible for Québec residents only).

16. blood glucose monitors, limited to a 50% reimbursement to a maximum of $150 for eligible expenses incurred during a 5 year period.

17. c-pap apnea monitor, limited to a lifetime maximum of $1,500. Physician referral and diagnosis is required.

18. stump socks, limited to 5 pair per benefit year and elastic or surgical stockings including pressure gradient hose, limited to 4 pair per benefit year, to a combined maximum of $125 per calendar year.

19. obus forms, limited to 1 per lifetime, reimbursed at 50%.

20. wigs and hairpieces required as a result of alopecia, chemotherapy or radiation therapy limited to a calendar year maximum of $350 and a lifetime maximum of $1,500.

21. decubitis equipment, limited to 50% reimbursement.

22. rental, or purchase at our option, of durable equipment which is required for temporary therapeutic use in the patient's home and is approved by Sun Life. Eligible durable equipment includes, but is not limited to, items such as:

   - wheel chairs,
   - wheel chair repairs, limited to a lifetime maximum of $250,
   - walkers,
   - hospital beds,
   - traction kits.

## Exclusions

No benefit is payable for

1. expenses for the services of a homemaker,
2. expenses for items purchased solely for athletic use,
3. dental expenses, except those specifically provided under Eligible Expenses for treatment of accidental injuries to natural teeth,
4. utilization fees which are imposed by the provincial health care plan for the use of a service,
5. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Dental Provision

## Definitions

| | |
|---|---|
| Dentist | means a person licensed to practise dentistry by the provincial licensing authority. |
| Fee guide | refers to |

1. for services provided by dentists, the charges established for general practitioners by the provincial dental association in the province in which the expense is incurred,
2. for services provided by paradental practitioners, the charges established by the provincial organization of paradental practitioners in the province in which the expense is incurred.

| | |
|---|---|
| Paradental practitioner | means a person licensed by the appropriate provincial authority to work as a practitioner directly supplying and fitting dentures to the public. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the charges in the Dental Fee Guide specified in the Summary of Benefits. |

## Claims

A claim must be received by Sun Life within 18 months of the date the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, commercial laboratory receipts, reports, records, pre-treatment x-rays, study models or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

Sun Life will administer reimbursement to the member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for necessary dental services performed by:

1. a dentist,
2. qualified auxiliary personnel under the supervision of a dentist, or
3. a paradental practitioner.

The maximums specified in the Summary of Benefits are payable maximums. To determine the amount payable, the total eligible expenses claimed are adjusted as follows:

1. the deductible, which must be satisfied each calendar year, is subtracted,
2. the reimbursement percentage is applied,
3. the maximum amount payable is applied.

The Canadian Dental Association Procedure Codes are provided for identification of the individual treatment procedures included in each eligible expense of this provision. If a province does not use the

Dental Provision (ar01v010)
January 1, 2005 (25654 Appendix C-4A)                                            R-1

Canadian Dental Association Procedure Codes, the procedure codes in the fee guide of that province, for the same procedure, will apply.

If Sun Life cannot determine that the expenses incurred are eligible expenses, or if there is a change in the Canadian Dental Association Procedure Codes, payment may be based on the cost of similar services which are eligible expenses.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1.  If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.
2.  If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

    Member

    a.  The plan where the person is covered as a member,
    b.  If a person is covered under two plans, priority goes to
        *   the plan where the member is a full-time employee,
        *   the plan where the member is a part-time employee,
        *   the plan where the member is a retiree.

    Spouse

    c.  The plan where the person is covered as a member.

    Dependent Child

    d.  The plan of the parent with the earlier birthdate (month/day) in the calendar year.
    e.  The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.
    f.  In situations where parents are separated/divorced, then the following order applies,
        *   the plan of the parent with custody of the dependent child,
        *   the plan of the spouse of the parent with custody of the dependent child,
        *   the plan of the parent not having custody of the dependent child,
        *   the plan of the spouse of the parent not having custody of the dependent child.
3.  If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

If a member or a covered dependant incurs expenses for the services of a dentist for the treatment of accidental injuries to teeth, payment for these expenses must be made under an extended health plan that includes these expenses as eligible expenses, before payment will be made under this provision.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions and Limitations

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for which benefits are payable under a government plan.

Anaesthesia and laboratory procedure charges must be completed in conjunction with other services and the amount payable will be limited to the reimbursement percentage of the services they are being performed in conjunction with, as specified in the Summary of Benefits. Laboratory charges are also limited to 66 2/3% of the fee for the procedure in the Dental Fee Guide specified in the Summary of Benefits.

# Dental Provision - Diagnostic/Preventive Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) examination and diagnosis** | |
| –   oral examination | 01101-01103,01206 |
| –   limited examination | 01201 |
| –   recall examination (once every 6 months) | 01202 |
| –   special oral examination | 01204,01205,01501,01502,01601 01602,01801,01802 |
| –   treatment planning | 05101-05104,05109 |
| –   minor emergency treatment | 91111-91113,91119 |
| –   consultation | 05201,05202,05209,93111,93112 93119 |
| –   house call, institutional call and office visit | 94101,94302 |
| **(b) tests and laboratory examinations** | |
| –   biopsy of oral tissue | 04311-04313,04321-04323 |
| –   pulp vitality tests | 04501,04507,04509 |
| **(c) radiographs** | |
| –   complete series (once every 36 months) | 02101,02102 |
| –   periapical | 02111-02125 |
| –   occlusal | 02131-02136 |
| –   bitewing (once every 12 months) | 02141-02146 |
| –   extraoral | 02201-02204,02209 |
| –   sialography | 02401,02402,02409 |
| –   radiopaque dyes to demonstrate lesions | 02411,02412,02419 |
| –   panoramic (once every 24 months) | 02601 |
| –   interpretation of radiographs received from another source | 02801,02802,02809 |
| –   tomography | 02931-02934,02939 |
| **(d) preventive services** | |
| –   dental polishing (once every 6 months) | 11101,11107 |
| –   topical application of fluoride phosphate (once every 6 months) | 12101 |

| – | pit and fissure sealants (for persons under 19 years of age) | 13401,13409,13411,13419 |
|---|---|---|
| – | interproximal discing | 16201-16203,16209 |
| – | recontouring of teeth for functional reasons | 16401,16409 |

(e) space maintainers        15101-15105,15201,15202,15301, 15302,15401-15403,15501,15601-15604

(f) drug injections          96201-96203

(g) laboratory procedures    99111,99333

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses for replacement of space maintainers which have been lost, stolen or mislaid,
4. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
5. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Restorative Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) restorations | |
| – caries control | 20111,20119,20121,20129 |
| – trauma control | 20131,20139 |
| – amalgam | 21111-21115,21211-21215, 21221-21225,21401-21405 |
| acrylic or composite resin | 23101-23105,23111-23115,23211-23215, 23221-23225,23311-23315, 23321-23325, 23401-23405,23411-23415,23501-23505, 23511-23515 |
| – prefabricated restorations | 22201,22202,22211,22212,22301, 22302, 22311,22312,22401,22411, 22501,22511 |
| (b) periodontics | |
| – non surgical services | 41211-41214,41219,41221- 41224,41229,41231-41234,41239, 41301,41302,41309,42831-42834,42839 |
| – occlusal adjustment/equilibration (not exceeding 8 time units every year) | 16511-16514,16517,16519 |
| – scaling and root planing (not exceeding 16 time units each year) | 11111-11117,11119,43421-43427,43429 |
| (c) denture repairs | 55101,55102,55201-55203,55301, 55302,55401-55403,55601,55609 |
| (d) relining and rebasing of dentures | 56211-56213,56221-56223,56231-56233, 56241-56243,56311-56313,56321-56323, 56511-56513,56521-56523,56531-56533, 56551-56553,56602 |
| (e) surgical services | |
| – uncomplicated removals | 71101,71109 |
| – surgical removals and repositioning | 71201,71209,72111,72119,72211,72219, 72221,72229,72231,72239,72311,72319, 72321,72329,72331,72339,72511,72519, 72521,72529,72541,72551,72631,72639, 72711,72719 |
| – surgical excision | 74111-74118,74121-74128,74621, 74631-74638 |

| – surgical incision | 75111-75113,75121-75123 |

| – fractures | 76941,76949,76951,76952,76959 |
| – lacerations | 76961-76969,76971-76979,76981-76989 |
| – frenectomy | 77801-77806 |
| – miscellaneous surgical services | 79311-79314,79321,79322,79331,79333,<br>79341,79343,79401-79404,79601-79606 |

(f) anaesthesia (if performed in conjunction
    with oral surgery)

| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441-<br>92449,92451-92459 |

(g) laboratory procedures      99111,99333

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Orthodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) observation, adjustment** | |
| – oral examination | 01901,01902 |
| – skull and facial bone survey | 02301-02304,02309 |
| – cephalometric radiographs | 02701-02704,02709,02751,02752,02759 |
| – hand and wrist radiographs | 02941 |
| – diagnostic cast | 04931 |
| – surgical services | 72531,72539 |
| – observation, adjustment | 80601,80602 |
| – repairs, alterations | 80631,80632,80639,80641,80642,80649, 80651,80659,80661,80669,80671,80679 |
| – active appliances for tooth guidance or uncomplicated tooth movement | 81111-81116,81121-81124,81131-81135, 81141-81144,81151-81154,81161-81164, 81211,81212,81221,81222,81231,81232, 81241-81243,81251-81254,81261-81264, 81271-81274,81281,81291-81294 |
| – retention appliances | 83101-83103,83201,83202 |
| **(b) control of oral habits** | |
| – appliances | 14101,14102,14201,14202,14321,14322, 14329 |
| – adjustments, repairs, maintenance | 14401-14403,14409 |
| **(c) comprehensive treatment** | 84101,84201,84301,84401,85101,85201, 85301,86101,86201,86301,87101,87201, 87301,88101,88201,88301,89101,89201, 89301,89501-89506 |
| **(d) anaesthesia (if performed in conjunction with oral surgery)** | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| **(e) laboratory procedures** | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for replacement of orthodontic appliances which have been lost, stolen or mislaid.

2. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,

3. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Periodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) periodontics | |
| – surgical services | 42111,42201,42311,42321,42331,42339, 42341,42411,42421,42431,42441,42451, 42511,42512,42521,42522,42531,42541, 42551,42561,42571,42581,42611,42621, 42711,42811,42819 |
| – post-surgical treatment | 42821-42823,42829 |
| – adjunctive procedures | 43111,43211,43221,43231,43241,43251, 43261,43271,43281,43289,14611,14612, 14621-14623,14629,14631,14632 |
| – post treatment evaluation | 49101,49102,49109 |
| (b) major surgery | |
| – alveoloplasty | 73111,73121,73152-73154,73161,73171, 73172,73181-73184,73211,73221-73224, 73231,73241,73301,73302,73411,73421, 73431,73441,73451,73461,73511,73521, 73611,73621,73631 |
| – enucleation of cyst | 74611-74618 |
| – dislocations | 78102,78106 |
| (c) x-rays | |
| – temporomandibular joint x-rays | 02501-02504,02509 |
| (d) anaesthesia (if performed in conjunction with oral surgery) | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441- 92449,92451-92459 |
| (e) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for replacement of periodontal appliances which have been lost, stolen or mislaid,
3. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Denture Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) partial and complete dentures | |
|   – complete dentures | 51101-51103,51301-51303,51601-51603, 51711-51713,51811-51813,51911-51913, 51941-51943 |
|   – partial dentures | 52101-52103,52111-52113,52201-52203, 52211-52213,52301-52303,52311-52313, 52401-52403,52411-52413,52711-52713, 52811-52813,52911-52913,52941-52943, 53101-53103,53111-53113,53121-53123, 53201-53203,53205,53211-53213,53215, 53301,53302,53701-53703,53711-53713, 53811-53813,53911-53913 |
| (b) remakes and adjustments | |
|   – adjustment to dentures | 54201,54202,54209 |
|   – remake partial dentures | 56411-56413 |
| (c) examinations | |
|   – oral examination | 01701-01703 |
|   – diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with a denture, is an eligible expense if the replacement is required to replace an existing denture which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to an existing partial denture is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial dentures to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for replacement dentures which have been lost, stolen or mislaid,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,

5. expenses for replacement of dentures and addition of teeth to existing dentures except as provided under Eligible Expenses,

6. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Bridge Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) hemisection | 34421-34423 |
| (b) fixed bridgework | |
|   –  bridge pontics | 62101-62104,62501,62502,62701-62703,62801 |
|   –  retainers | 67101,67102,67111,67113,67121,67131, 67201,67211,67221,67231,67241,67251, 67301,67311,67321,67322,67331,67341, 67411,67501 |
|   –  other prosthetic services | 67213,69301-69305 |
| (c) repairs and adjustments | |
|   –  porcelain repairs | 66711,66719,66721,66729,66731,66739 |
|   –  repairs to bridges | 63001,63009,66111-66114,66119,66211-66214,66219,66221-66224,66229,66251-66254,66259,66301-66304,66309 |
| (d) examinations | |
|   –  oral examination | 01701-01703 |
|   –  diagnostic casts | 04741,04749,04911,04921-04923 |
| (e) anaesthesia (if performed in conjunction with oral surgery) | |
|   –  general anaesthesia | 92212-92219 |
|   –  deep sedation | 92301-92309 |
|   –  conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (f) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with bridgework is an eligible expense if the replacement is required to replace an existing denture or bridgework which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to existing bridgework is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial bridgework (including crowns and inlays forming the retainers) to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
5. expenses for replacement of bridgework and addition of teeth to existing bridgework except as provided under Eligible Expenses,
6. expenses for permanent splinting,
7. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
8. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Crown Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) crowns, inlays, onlays | |
| – metal inlay restorations | 25111-25114,25511 |
| – composite inlay restorations | 25121-25124,25521 |
| – porcelain/ceramic inlay restorations | 25131-25134,25141-25144,25531 |
| – crowns | 25711-25713,25721-25724,27111,27113, 27121,27131,27136,27201,27206,27211, 27213,27216,27221,27301,27306,27311, 27313 |
| – other restorative services | 21301,23601,23602,25601-25605, 25731-25733,25741-25743,25751-25756, 25771,25781-25784,25789,27401,27409, 27801,27809,28101,28102,28103 |
| (b) repairs and adjustments | |
| – porcelain repairs | 27711,27721,27722 |
| – recementing crowns | 29101-29104,29109,29301-29304,29309 |
| (c) examinations | |
| – oral examination | 01701-01703 |
| – diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing crown, inlay or onlay is an eligible expense if the replacement is required to replace an existing crown, inlay or onlay which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original crown, inlay or onlay.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
3. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
4. expenses for replacement of crowns, inlays or onlays except as provided under Eligible Expenses,
5. expenses for permanent splinting,

6. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
7. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Endodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) endodontics | |
| — pulpotomy | 32221,32222,32231,32232 |
| — root canal therapy | 33111-33114,33116,33121-33124,33126, 33131-33134,33136,33141-33144,33146, 33401-33403,33601-33605,33611-33614 |
| — periapical services | 34111,34112,34121-34123,34131-34134, 34141,34142,34151-34153,34161-34164, 34211,34212,34221-34224,34231-34234, 34241,34242,34251-34254,34261-34264, 34411,34412,34431,34432,34441-34446, 34511,34521-34523,34601,34602, |
| — other endodontic procedures | 39101,39201,39202,39211,39212,39411-39413 |
| — emergency procedures | 32311-32314,32321,32322 |
| (b) anaesthesia (if performed in conjunction with oral surgery) | |
| — general anaesthesia | 92212-92219 |
| — deep sedation | 92301-92309 |
| — conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (c) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Sun Life Policies

# 19

# Amendment Agreement No. 3 for Administrative Services Only

| | |
|---|---|
| Planholder | Nortel Networks Limited |
| Plan number | 25654 |
| Effective date | September 1 2007 |

We made the changes on the request for amendment dated August 14, 2007.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Plan Document-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Plan Document-History" section.

Signed at our Head Office, Toronto, Ontario.

President                                   Secretary

This plan is approved at _____, dated _____

by _____

Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada.

# Table of Contents

Overview .................................................................................................................................... 1

Pay Direct Drug Agreement ....................................................................................................... A1-1

Summary of Benefits ................................................................................................................. B-1

Definitions ................................................................................................................................ D-1

Eligibility .................................................................................................................................. E-1

Commencement and Termination of Coverage ......................................................................... F-1

Extended Health Provision ........................................................................................................ M-1

Extended Health - Pay Direct Drug Benefit .............................................................................. N-1

Extended Health - Vision Care Benefit ...................................................................................... O-1

Extended Health - Supplementary Hospital Benefit .................................................................. P-1

Extended Health - Supplementary Health Care Benefit ............................................................. Q-1

Dental Provision ........................................................................................................................ R-1

Dental Provision - Diagnostic/Preventive Benefit ..................................................................... S1-1

Dental Provision - Restorative Benefit ....................................................................................... S2-1

Dental Provision - Orthodontic Benefit ..................................................................................... S3-1

Dental Provision - Periodontic Benefit ...................................................................................... S4-1

Dental Provision - Denture Benefit ............................................................................................ S5-1

Dental Provision - Bridge Benefit .............................................................................................. S6-1

Dental Provision - Crown Benefit .............................................................................................. S7-1

Dental Provision - Endodontic Benefit ...................................................................................... S8-1

# Overview

| Division | Class | Description |
|----------|-------|-------------|
| 001 | A | NT Bargaining Employees Designated as CUCW Local 1 |

# Pay Direct Drug Agreement

| | |
|---|---|
| Planholder | Nortel Networks Limited |
| Group Plan Number | 25654 |
| Effective Date | February 1, 2005 |

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to the following conditions regarding the payment of benefits under the Drug Benefit of the Extended Health Provision of this plan.

1. We will ensure that any pharmacy that participates in a Pay Direct Drug Plan with us will be reimbursed for claims for eligible expenses incurred by a member or a covered dependant.
2. We will provide you with an identification card for each member to be presented to the pharmacy at the time of obtaining an item of expense.
3. You will be responsible for reimbursement of any claims paid as a result of the use of an identification card by any person who is no longer covered or by any person when the Pay Direct Drug Benefit terminates, provided we have not received notification prior to the date of termination.

Signed at our Head Office, Toronto, Ontario.

President                                                    Secretary

# Summary of Benefits

## Extended Health

| Part | Benefit | Deductible per family unit | Reimbursement |
|------|---------|---------------------------|---------------|
| A | Drug: Pay Direct | nil | * |
| B | Vision: $ 200** | nil | 100% |
| C | Optional Hospital: ward to semi-private | nil | 100% |
| D | Hospital: semi-private to private *** | nil | 100% |
| E | Supp. Health Care | nil | 100% |

*Drugs are payable at 100% if purchased through our approved mail order pharmacy, Remy Hazbourn, otherwise they are payable at 90%.

**The maximum for eyeglasses/contact lenses/laser eye surgery every 2 calendar years for the member and for each covered dependant.

***Limited to a maximum of $50 for each day of hospitalization, less allowance provided under supplementary hospital.

Termination Age: retirement

*Drug coverage for all members under age 65 and members age 65 and over who are not covered by the Québec Drug Insurance Plan of the Régie de l'assurance-maladie du Québec (RAMQ)*

In addition to the above provisions, the following applies to the Drug Benefit for Québec residents who purchase an eligible drug that is included on the Régie de l'assurance-maladie du Québec (RAMQ) formulary:

**Annual Out-of-Pocket Maximum:** The maximum for out-of-pocket eligible expenses is limited to the amount specified by law and applied in the provincial drug plan administered by the RAMQ. The annual out-of-pocket maximum amount applies separately to each adult under the plan. However, the member's out-of-pocket maximum includes expenses for each dependent child.

Out-of-pocket eligible expenses include any deductible and co-payment.

**Deductible:** The deductible is applied up to the annual out-of-pocket maximum and will not apply after the annual maximum has been reached.

**Reimbursement:** The reimbursement percentage is applied up to the annual out-of-pocket maximum. After the annual maximum is reached, eligible expenses will be reimbursed at 100%. The reimbursement percentage applies after any deductibles have been satisfied.

Termination Age: member's retirement

## Dental

| Part | Benefit | Deductible per family unit | Reimbursement | Maximum |
|------|---------|---------------------------|---------------|---------|
| A | Diagnostic/Preventive | nil | 100% | -- |
| B | Restorative | nil | 100% | -- |
| C | Orthodontic | nil | 50% | $2,150*** |
| D | Periodontic | nil | 50% | $2,000* |
| E | Denture | nil | 50% | -- |
| F | Bridge | nil | 50% | $2,000** |
| G | Crown | nil | 50% | ** |
| H | Endodontic | nil | 50% | * |

*The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts D and H for the member and for each covered dependant.

**The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts F and G for the member and for each covered dependant.

***The maximum lifetime amount payable applies to the eligible expenses incurred under Part C.

**Late Entrant Maximum:** If an eligible person or an eligible dependant becomes covered more than 31 days after the date he became eligible for the Dental Provision, the maximum amount payable for the combined eligible expenses of all parts incurred during the first 12 months of coverage will be limited to $250 for the member and for each covered dependant.

**Termination Age:** retirement

**Dental Fee Guide:** The applicable fee guide is the 2006 fee guide in the province where the expense is incurred or, for expenses incurred outside Canada, in the province of residence of the member. For expenses incurred in Alberta, or outside Canada by an Alberta resident, the applicable fee guide is the 1997 Alberta Fee Guide.

# Definitions

| | |
|---|---|
| **Actively working and active work** | mean the performance for us of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Calendar year** | means January 1 to December 31. |
| **Covered dependant** | means a dependant for whom the member is covered. |
| **Dependant** | means a member's spouse or a dependent child of a member or his spouse. |
| **Dependent Child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is <br> 1. under 21 years of age, <br> 2. under 25 years of age (26 years of age for the Extended Health Benefit) and attending a college or university full-time, or <br> 3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above. |
| **Family unit** | means a member and his covered dependants. |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is covered, but does not include a dependant. |
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practise medicine. |
| **Plan anniversary** | means January 1, 2006 and an anniversary of that date. |
| **Plan year** | means the period between the effective date and the first plan anniversary or a period of 12 months beginning on a plan anniversary. |
| **Rate of earned income** | on a given date, means the rate of the regular remuneration received by the member on that date for his regular employment. Regular remuneration may include additional income which is earned on a regular basis such as overtime, bonuses, shift differentials, subject to our approval. For a member earning commission, this rate is the average remuneration received during the previous 12 months. Earnings for a member with less than one year of service will be the estimated amount of regular remuneration that we specify. |
| **Spouse** | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship. |
| **We, us and our** | refer to Nortel Networks Limited. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working and is a permanent full-time hourly employee who is a member of the Bargaining Unit represented by COEU Local 1.
2. He has been continuously been employed by us at least as long as the waiting period.
3. He is a resident of Canada.

Participation is compulsory.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period

Persons actively working on the effective date - nil

Persons who begin active work after the effective date – 6 months

## Eligibility for Dependant Coverage

A person is eligible, and continues to be eligible, for dependant coverage while he meets all of the following conditions:

1. He is a member.
2. He has at least one dependant.
3. His dependants are residents of Canada.

# Commencement and Termination of Coverage

## Enrolment for Coverage

An eligible person enrols for coverage by submitting a completed enrolment form.  A member requests dependant coverage by submitting a completed enrolment form.

## Effective Date of Coverage of a Member

A person becomes a member on the first of the month coinciding with or following the date that he becomes eligible, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the coverage would be effective, he becomes a member on the date he returns to active work.

A member becomes covered for dependant coverage on the latest of

1.  the date that he becomes eligible for dependant coverage, or
2.  the date that he requests dependant coverage,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the coverage would be effective, he becomes covered for dependant coverage on the date he returns to active work.

## Comparable Coverage

If an eligible person or a member is covered for comparable coverage, he may decline to be covered for the Extended Health Provision or the Dental Provision.  If this comparable coverage stops, an eligible person or a member will be covered for the similar coverage provided by this plan.

If a dependant is covered for comparable coverage, a member may decline to be covered for dependant coverage for the Extended Health Provision or the Dental Provision.  If this comparable coverage stops, a member may request the similar coverage provided by this plan.

The coverage that replaces the comparable coverage is effective on the date that the comparable coverage stops.

## Changes in Coverage

An increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member due to a plan amendment or change in classification becomes effective on the date of the plan amendment or change in classification, unless the member is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member would be effective, the increase becomes effective on the date he returns to active work.

## Termination of Coverage of a Member

Unless specified otherwise in this plan, the coverage of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member.  The dependant coverage of a member terminates on the date he no longer meets all of the conditions for Eligibility for Dependant Coverage. If a member, due to disease or injury, no longer meets all of the conditions, his coverage may be continued, subject to our approval, until the date of termination of his coverage that we specify.

The coverage of a member terminates on the date a work stoppage begins unless special arrangements have been made with us before that date to continue some or all of the coverage.

If the member dies, Extended Health and Dental benefits will be payable for eligible expenses incurred by his covered dependant within 60 months following the date the member died, provided this provision continues in force.

# Extended Health Provision

## Claims

A claim must be received by Sun Life within 18 months of the date that the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, attending physician statements or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

To qualify for the Extended Health coverage, the member or his dependant must be entitled to benefits under a provincial medicare plan or federal government plan that provides similar benefits.

Sun Life will administer reimbursement to a member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for medically necessary services required for the treatment of disease or injury. Eligible expenses for the services of a practitioner include only those services which are performed within his area of expertise and require the skills and qualifications of such a practitioner.

To determine the amount that will be paid to the member, the total eligible expenses claimed are adjusted as follows:

1. the eligible expense maximums are applied,
2. the deductible, which must be satisfied each calendar/benefit year, is subtracted, and
3. the reimbursement percentage is applied.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1. If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.
2. If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

   Member

   a. The plan where the person is covered as a member,
   b. If a person is covered under two plans, priority goes to
      - the plan where the member is a full-time employee,
      - the plan where the member is a part-time employee,
      - the plan where the member is a retiree.

   Spouse

   c. The plan where the person is covered as a member.

Dependent Child

    d. The plan of the parent with the earlier birthdate (month/day) in the calendar year.

    e. The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.

    f. In situations where parents are separated/divorced, then the following order applies,

- the plan of the parent with custody of the dependent child,
- the plan of the spouse of the parent with custody of the dependent child,
- the plan of the parent not having custody of the dependent child,
- the plan of the spouse of the parent not having custody of the dependent child.

3. If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for services and products, rendered or prescribed by a person who is ordinarily a resident in the patient's home or who is related to the patient by blood or marriage,
5. expenses for services or supplies payable or available (regardless of any waiting list) under any government-sponsored plan or program unless explicitly listed as covered under this benefit,
6. expenses for services or supplies that are not approved by Health Canada or other government regulatory body for the general public,
7. expenses for services or supplies that are not generally recognized by the Canadian medical profession as effective, appropriate and required in the treatment of an illness in accordance with Canadian medical standards,
8. expenses for services or supplies that do not qualify as medical expenses under the Income Tax Act (Canada),
9. out-of-province expenses for elective (non-emergency) medical treatment or surgery.

## Benefits After Termination of a Member's Coverage

If, on the date of termination of a member's coverage,

1. the member has a medically determinable physical or mental impairment due to injury or disease which prevents him from performing the regular duties of the occupation in which he participated just before the impairment started, regardless of the availability of work for him, or
2. the covered dependant has a medically determinable physical or mental impairment due to injury or disease, is receiving treatment from a physician and is confined to a hospital or his home,

benefits will be payable for eligible expenses related to the impairment provided they are incurred within 90 days of the date of termination and this provision continues in force.

# Extended Health - Pay Direct Drug Benefit

## Definitions

| | |
|---|---|
| **Dentist** | means a person licensed to practise dentistry by the provincial licensing authority. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| **Registered pharmacist** | means a person who is licensed to practise pharmacy and whose name is listed on the pharmacists' registry of the licensing body for the jurisdiction in which such person is practising. |

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense, provided they are medically necessary for the treatment of disease or injury, prescribed by a physician or dentist and dispensed by a registered pharmacist or physician:

1. drugs which legally require a prescription and are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as a narcotic, controlled drug, or requiring a prescription.

2. drugs which are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as not legally requiring a prescription and which are only available for purchase at an accredited pharmacy (over the counter (OTC)) and which, in Sun Life's opinion, have a known therapeutic value.

3. injectible drugs.

4. compounded prescriptions where one of the ingredients is an eligible expense.

5. needles, syringes, and chemical diagnostic aids for the treatment of diabetes.

6. expenses for drugs used in the treatment of infertility.

7. medically necessary treatment for varicose veins to a maximum of $20 per treatment.

8. expenses for drugs used for the treatment of erectile dysfunction, must be pre approved.

9. drugs used for the treatment of obesity.

10. expenses for intrauterine devices, limited to one every 24 months.

11. expenses for smoking cessation aids.

## *Generic Substitution*

The maximum amount payable for an eligible expense will be limited to the lowest priced item in the appropriate generic category, unless the physician or dentist has indicated no substitution on the prescription form.

## *Régie de l'assurance-maladie du Québec (RAMQ) Formulary Drugs for Québec Residents*

In addition to the above eligible expenses, this benefit includes all drugs covered by Québec's basic drug formulary, as established by the RAMQ. The minimum reimbursement percentage required by provincial legislation is applied up to the annual out-of-pocket maximum, as specified by law. This formulary is reviewed on a regular basis and is subject to change as new drugs and drug products are introduced.

For Québec residents, any maximums included in this benefit do not apply to eligible drugs covered by the RAMQ formulary.

## Limitations and Exclusions

No benefit is payable for

1.  the portion of expenses for which reimbursement is provided by a government plan,
2.  expenses for drugs which, in Sun Life's opinion, are experimental,
3.  expenses for dietary supplements, vitamins and infant foods,
4.  expenses for contraceptives (other than oral and intrauterine devices),
5.  expenses for drugs which are used for cosmetic purposes,
6.  expenses for vaccines and inoculations, and
7.  expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.



# Extended Health - Vision Care Benefit

## Definitions

**Ophthalmologist**    means a person licensed to practise ophthalmology.

**Optometrist**    means a member of the Canadian Association of Optometrists or of a provincial association associated with it.

**Reasonable and customary charges**    mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred.

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense:

1. eye examinations by an ophthalmologist or optometrist limited to one examination in a 2 calendar year period (1 calendar year for a covered dependant under age 18).
2. laser eye surgery, eye glasses, contact lenses and repairs to them that are necessary for the correction of vision and are prescribed by an by an ophthalmologist or optometrist, limited to the maximum specified in the Summary of Benefits for eligible expenses incurred during a 2 calendar year period for the member and for each covered dependant.
3. contact lenses prescribed for severe corneal astigmatism, severe corneal scarring, keratoconus or aphakia, provided visual acuity can be improved to at least the 20/40 level by contact lenses, but cannot be improved to that level by regular glasses, to a maximum of $250 every 2 calendar years.
4. services for visual training or remedial exercises.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Hospital Benefit

## Definitions

| | |
|---|---|
| **Hospital** | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| **Chronic or Convalescent Hospital** | means a legally licensed hospital with beds or units designated for convalescent or chronic care and which provides facilities for diagnosis, care and treatment of a person suffering from disease or injury on a 24 hour basis, with 24 hour services by registered nurses and physicians. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses, and which do not exceed the general level of charges in the area where the expense is incurred. |

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for private accommodation in a hospital, limited to the difference between the charges for semi-private and private accommodation for each day of hospitalization.

Room and board charges for semi-private accommodation for convalescent or chronic care (not custodial care) provided in a licensed hospital. Confinement must be certified as medially necessary by a physician and is limited to 60 days per calendar year.

## Optional Semi-Private Coverage

Eligible expenses mean reasonable and customary charges for semi-private accommodation in a hospital, limited to the difference between the charges for public ward and semi-private accommodation for each day of hospitalization.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Health Care Benefit

## Definitions

| | |
|---|---|
| **Chiropodist/Podiatrist** | means a person licensed by the appropriate provincial licensing authority. |
| **Chiropractor** | means a member of the Canadian Chiropractic Association or of a provincial association affiliated with it. |
| **Hospital** | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury, on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| **Osteopath** | means a person who holds the degree of doctor of osteopathic medicine from a college of osteopathic medicine approved by the Canadian Osteopathic Association. |
| **Physiotherapist** | means a member of the Canadian Physiotherapy Association or of a provincial association affiliated with it. |
| **Psychologist** | means a permanently certified psychologist who is listed on the appropriate provincial registry in the province in which the service is rendered. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| **Registered Massage Therapist** | means a person licensed by the appropriate provincial licensing body or in the absence of a provincial licensing body, a person whose qualifications Sun Life determines to be comparable with those required by a licensing body. |
| **Registered Nurse/ Registered Nursing Assistant/Certified Nursing Assistant/ Licensed Practical Nurse/ Registered Practical Nurse** | means a nurse, nursing assistant or practical nurse or certified nursing assistant who is listed on the appropriate provincial registry. |
| **Speech Language Pathologist** | means a person who holds a master's degree in Speech Language Pathology and is a member or is qualified to be a member of the Canadian Speech and Hearing Association or any provincial association affiliated with it. |

## Eligible Expenses

To be eligible, the expenses must be medically necessary for the treatment of disease or injury and prescribed by a physician, unless otherwise specified.

Eligible expenses are the reasonable and customary charges for the items of expense listed below.

1. the services of a registered nurse (R.N.), registered nursing assistant (R.N.A.), certified nursing assistant (C.N.A.), licensed practical nurse (L.P.N.) or registered practical nurse (R.P.N.) when provided in the patient's home. To qualify as an eligible expense, the patient's treatment must require the level of expertise of an R.N., R.N.A., C.N.A., L.P.N., or R.P.N..

2. the services of the following practitioners, limited to a combined maximum of $850 per calendar year.

   - a psychiatrist,
   - a registered massage therapist,*
   - a speech language pathologist,
   - a psychologist,
   - a chiropractor*, including one x-ray examination per calendar year,
   - an osteopath*, including one x-ray examination per calendar year, and
   - a podiatrist or chiropodist*, including one x-ray examination per calendar year.

   * physician's prescription not required.

   Where applicable, expenses for practitioners' services eligible under a provincial health care plan will be reimbursed before the expenses exceed the annual maximums under the member's or covered dependant's provincial plan, starting from the first visit to the practitioner.

3. the services of a physiotherapist, as prescribed by a physician, in home treatment is not eligible.

4. the services of a dental surgeon, including dental prosthesis, required for the treatment of a fractured jaw or for the treatment of accidental injuries to natural teeth if the fracture or injury was caused by external, violent and accidental means, provided the services are performed within 12 months of the accident but excluding services required in conjunction with such fracture or injury due to a condition that existed before the accident. A physician's prescription is not required.

5. licensed ground ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation.

6. emergency air ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation, and, if the patient requires the services of a registered nurse during the flight, the services and return air fare for a registered nurse.

7. orthopaedic shoes (includes stock item orthopaedic shoes), and orthopaedic modifications to shoes when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthopaedic shoes are limited to 1 pair every 12 month period, to a maximum of $250. Orthopaedic modifications are unlimited.

8. orthotics when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthotics are limited to 1 pair per calendar year, to a maximum of $300.

9. hearing aids and repairs to them, excluding batteries, limited to 50% reimbursement and to a maximum of $300 for eligible expenses per calendar year.

10. trusses and crutches.

11. plaster of paris or fibreglass casts.

12. braces, provided they are not solely for athletic use.

13. artificial limbs or other prosthetic appliances.

14. oxygen.

15. diagnostic laboratory, P.S.A. testing and x-ray examinations (private clinics and associated diagnostic services are eligible for Québec residents only).

16. blood glucose monitors, limited to a 50% reimbursement to a maximum of $150 for eligible expenses incurred during a 5 year period.

17. c-pap apnea monitor, limited to a lifetime maximum of $1,500. Physician referral and diagnosis is required.

18. stump socks, limited to 5 pair per benefit year and elastic or surgical stockings including pressure gradient hose, limited to 4 pair per benefit year, to a combined maximum of $125 per calendar year.

19. obus forms, limited to 1 per lifetime, reimbursed at 50%.

20. wigs and hairpieces required as a result of alopecia, chemotherapy or radiation therapy limited to a calendar year maximum of $350 and a lifetime maximum of $1,500.

21. decubitis equipment, limited to 50% reimbursement.

22. rental, or purchase at our option, of medically necessary durable equipment that meets the patient's basic medical needs and is approved by Sun Life. If alternate durable equipment is available, eligible expenses are limited to the cost of the least expensive equipment that meets the patient's basic medical needs. Eligible durable equipment includes, but is not limited to, items such as:

- wheel chairs,
- wheel chair repairs, limited to a lifetime maximum of $250,
- walkers,
- hospital beds,
- traction kits.

## Exclusions

No benefit is payable for

1. expenses for the services of a homemaker,
2. expenses for items purchased solely for athletic use,
3. dental expenses, except those specifically provided under Eligible Expenses for treatment of accidental injuries to natural teeth,
4. utilization fees which are imposed by the provincial health care plan for the use of a service,
5. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Dental Provision

## Definitions

| | |
|---|---|
| **Dentist** | means a person licensed to practise dentistry by the provincial licensing authority. |
| **Fee guide** | refers to<br>1. for services provided by dentists, the charges established for general practitioners by the provincial dental association in the province in which the expense is incurred,<br>2. for services provided by paradental practitioners, the charges established by the provincial organization of paradental practitioners in the province in which the expense is incurred. |
| **Paradental practitioner** | means a person licensed by the appropriate provincial authority to work as a practitioner directly supplying and fitting dentures to the public. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the charges in the Dental Fee Guide specified in the Summary of Benefits. |

## Claims

A claim must be received by Sun Life within 18 months of the date the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, commercial laboratory receipts, reports, records, pre-treatment x-rays, study models or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

Sun Life will administer reimbursement to the member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for necessary dental services performed by:

1. a dentist,
2. qualified auxiliary personnel under the supervision of a dentist, or
3. a paradental practitioner.

The maximums specified in the Summary of Benefits are payable maximums. To determine the amount payable, the total eligible expenses claimed are adjusted as follows:

1. the deductible, which must be satisfied each calendar year, is subtracted,
2. the reimbursement percentage is applied,
3. the maximum amount payable is applied.

The Canadian Dental Association Procedure Codes are provided for identification of the individual treatment procedures included in each eligible expense of this provision. If a province does not use the

Canadian Dental Association Procedure Codes, the procedure codes in the fee guide of that province, for the same procedure, will apply.

If Sun Life cannot determine that the expenses incurred are eligible expenses, or if there is a change in the Canadian Dental Association Procedure Codes, payment may be based on the cost of similar services which are eligible expenses.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1.  If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.
2.  If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

Member

a.  The plan where the person is covered as a member,
b.  If a person is covered under two plans, priority goes to
    * the plan where the member is a full-time employee,
    * the plan where the member is a part-time employee,
    * the plan where the member is a retiree.

Spouse

c.  The plan where the person is covered as a member.

Dependent Child

d.  The plan of the parent with the earlier birthdate (month/day) in the calendar year.
e.  The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.
f.  In situations where parents are separated/divorced, then the following order applies,
    * the plan of the parent with custody of the dependent child,
    * the plan of the spouse of the parent with custody of the dependent child,
    * the plan of the parent not having custody of the dependent child,
    * the plan of the spouse of the parent not having custody of the dependent child.
3.  If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

If a member or a covered dependant incurs expenses for the services of a dentist for the treatment of accidental injuries to teeth, payment for these expenses must be made under an extended health plan that includes these expenses as eligible expenses, before payment will be made under this provision.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions and Limitations

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for services or supplies payable or available (regardless of any waiting list) under any government-sponsored plan or program unless explicitly listed as covered under this benefit.

Anaesthesia and laboratory procedure charges must be completed in conjunction with other services and the amount payable will be limited to the reimbursement percentage of the services they are being performed in conjunction with, as specified in the Summary of Benefits. Laboratory charges are also limited to 66 2/3% of the fee for the procedure in the Dental Fee Guide specified in the Summary of Benefits.

# Dental Provision - Diagnostic/Preventive Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) examination and diagnosis** | |
| – oral examination | 01101-01103,01206 |
| – limited examination | 01201 |
| – recall examination (once every 6 months) | 01202 |
| – special oral examination | 01204,01205,01501,01502,01601 01602,01801,01802 |
| – treatment planning | 05101-05104,05109 |
| – minor emergency treatment | 91111-91113,91119 |
| – consultation | 05201,05202,05209,93111,93112 93119 |
| – house call, institutional call and office visit | 94101,94302 |
| **(b) tests and laboratory examinations** | |
| – biopsy of oral tissue | 04311-04313,04321-04323 |
| – pulp vitality tests | 04501,04507,04509 |
| **(c) radiographs** | |
| – complete series (once every 36 months) | 02101,02102 |
| – periapical | 02111-02125 |
| – occlusal | 02131-02136 |
| – bitewing (once every 12 months) | 02141-02146 |
| – extraoral | 02201-02204,02209 |
| – sialography | 02401,02402,02409 |
| – radiopaque dyes to demonstrate lesions | 02411,02412,02419 |
| – panoramic (once every 24 months) | 02601 |
| – interpretation of radiographs received from another source | 02801,02802,02809 |
| – tomography | 02931-02934,02939 |
| **(d) preventive services** | |
| – dental polishing (once every 6 months) | 11101,11107 |
| – topical application of fluoride phosphate (once every 6 months) | 12101 |

| | | |
|---|---|---|
| – | pit and fissure sealants (for persons under 19 years of age) | 13401,13409,13411,13419 |
| – | interproximal discing | 16201-16203,16209 |
| – | recontouring of teeth for functional reasons | 16401,16409 |
| (e) | space maintainers | 15101-15105,15201,15202,15301, 15302,15401-15403,15501,15601-15604 |
| (f) | drug injections | 96201-96203 |
| (g) | laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses for replacement of space maintainers which have been lost, stolen or mislaid,
4. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
5. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Restorative Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) restorations** | |
| – caries control | 20111,20119,20121,20129 |
| – trauma control | 20131,20139 |
| – amalgam | 21111-21115,21211-21215, 21221-21225,21401-21405 |
| – acrylic or composite resin | 23101-23105,23111-23115,23211-23215, 23221-23225,23311-23315, 23321-23325, 23401-23405,23411-23415,23501-23505, 23511-23515 |
| – prefabricated restorations | 22201,22202,22211,22212,22301, 22302, 22311,22312,22401,22411, 22501,22511 |
| **(b) periodontics** | |
| – non surgical services | 41211-41214,41219,41221-41224,41229,41231-41234,41239, 41301,41302,41309,42831-42834,42839 |
| – occlusal adjustment/equilibration (not exceeding 8 time units every year) | 16511-16514,16517,16519 |
| – scaling and root planing (not exceeding 16 time units each year) | 11111-11117,11119,43421-43427,43429 |
| **(c) denture repairs** | 55101,55102,55201-55203,55301, 55302,55401-55403,55601,55609 |
| **(d) relining and rebasing of dentures** | 56211-56213,56221-56223,56231-56233, 56241-56243,56311-56313,56321-56323, 56511-56513,56521-56523,56531-56533, 56551-56553,56602 |
| **(e) surgical services** | |
| – uncomplicated removals | 71101,71109 |
| – surgical removals and repositioning | 71201,71209,72111,72119,72211,72219, 72221,72229,72231,72239,72311,72319, 72321,72329,72331,72339,72511,72519, 72521,72529,72541,72551,72631,72639, 72711,72719 |
| – surgical excision | 74111-74118,74121-74128,74621, 74631-74638 |

| – surgical incision | 75111-75113,75121-75123 |
|---|---|
| – fractures | 76941,76949,76951,76952,76959 |
| – lacerations | 76961-76969,76971-76979,76981-76989 |
| – frenectomy | 77801-77806 |
| – miscellaneous surgical services | 79311-79314,79321,79322,79331,79333,<br>79341,79343,79401-79404,79601-79606 |

(f) anaesthesia (if performed in conjunction
with oral surgery)

| – general anaesthesia | 92212-92219 |
|---|---|
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441-<br>92449,92451-92459 |
| (g) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision – Orthodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense –

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) observation, adjustment** | |
| – oral examination | 01901,01902 |
| – skull and facial bone survey | 02301-02304,02309 |
| – cephalometric radiographs | 02701-02704,02709,02751,02752,02759 |
| – hand and wrist radiographs | 02941 |
| – diagnostic cast | 04931 |
| – surgical services | 72531,72539 |
| – observation, adjustment | 80601,80602 – |
| – repairs, alterations | 80631,80632,80639,80641,80642,80649, 80651,80659,80661,80669,80671,80679 |
| – active appliances for tooth guidance or uncomplicated tooth movement | 81111-81116,81121-81124,81131-81135, 81141-81144,81151-81154,81161-81164, 81211,81212,81221,81222,81231,81232, 81241-81243,81251-81254,81261-81264, 81271-81274,81281,81291-81294 |
| – retention appliances | 83101-83103,83201,83202 |
| **(b) control of oral habits** | |
| – appliances | 14101,14102,14201,14202,14321,14322, 14329 |
| – adjustments, repairs, maintenance | 14401-14403,14409 |
| **(c) comprehensive treatment** | 84101,84201,84301,84401,85101,85201, 85301,86101,86201,86301,87101,87201, 87301,88101,88201,88301,89101,89201, 89301,89501-89506 |
| **(d) anaesthesia (if performed in conjunction with oral surgery)** | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441- 92449,92451-92459 |
| **(e) laboratory procedures** | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for replacement of orthodontic appliances which have been lost, stolen or mislaid.
2. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
3. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Periodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) periodontics** | |
| – surgical services | 42111,42201,42311,42321,42331,42339, 42341,42411,42421,42431,42441,42451, 42511,42512,42521,42522,42531,42541, 42551,42561,42571,42581,42611,42621, 42711,42811,42819 |
| – post-surgical treatment | 42821-42823,42829 |
| – adjunctive procedures | 43111,43211,43221,43231,43241,43251, 43261,43271,43281,43289,14611,14612, 14621-14623,14629,14631,14632 |
| – post treatment evaluation | 49101,49102,49109 |
| **(b) major surgery** | |
| – alveoloplasty | 73111,73121,73152-73154,73161,73171, 73172,73181-73184,73211,73221-73224, 73231,73241,73301,73302,73411,73421, 73431,73441,73451,73461,73511,73521, 73611,73621,73631 |
| – enucleation of cyst | 74611-74618 |
| – dislocations | 78102,78106 |
| **(c) x-rays** | |
| – temporomandibular joint x-rays | 02501-02504,02509 |
| **(d) anaesthesia (if performed in conjunction with oral surgery)** | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| **(e) laboratory procedures** | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for replacement of periodontal appliances which have been lost, stolen or mislaid,
3. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Denture Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) partial and complete dentures | |
|   -   complete dentures | 51101-51103,51301-51303,51601-51603, 51711-51713,51811-51813,51911-51913, 51941-51943 |
|   -   partial dentures | 52101-52103,52111-52113,52201-52203, 52211-52213,52301-52303,52311-52313, 52401-52403,52411-52413,52711-52713, 52811-52813,52911-52913,52941-52943, 53101-53103,53111-53113,53121-53123, 53201-53203,53205,53211-53213,53215, 53301,53302,53701-53703,53711-53713, 53811-53813,53911-53913 |
| (b) remakes and adjustments | |
|   -   adjustment to dentures | 54201,54202,54209 |
|   -   remake partial dentures | 56411-56413 |
| (c) examinations | |
|   -   oral examination | 01701-01703 |
|   -   diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with a denture, is an eligible expense if the replacement is required to replace an existing denture which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to an existing partial denture is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial dentures to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for replacement dentures which have been lost, stolen or mislaid,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,

5. expenses for replacement of dentures and addition of teeth to existing dentures except as provided under Eligible Expenses,

6. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Bridge Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) hemisection | 34421-34423 |
| (b) fixed bridgework | |
|   –  bridge pontics | 62101-62104,62501,62502,62701-62703,62801 |
|   –  retainers | 67101,67102,67111,67113,67121,67131,67201,67211,67221,67231,67241,67251,67301,67311,67321,67322,67331,67341,67411,67501 |
|   –  other prosthetic services | 67213,69301-69305 |
| (c) repairs and adjustments | |
|   –  porcelain repairs | 66711,66719,66721,66729,66731,66739 |
|   –  repairs to bridges | 63001,63009,66111-66114,66119,66211-66214,66219,66221-66224,66229,66251-66254,66259,66301-66304,66309 |
| (d) examinations | |
|   –  oral examination | 01701-01703 |
|   –  diagnostic casts | 04741,04749,04911,04921-04923 |
| (e) anaesthesia (if performed in conjunction with oral surgery) | |
|   –  general anaesthesia | 92212-92219 |
|   –  deep sedation | 92301-92309 |
|   –  conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (f) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with bridgework is an eligible expense if the replacement is required to replace an existing denture or bridgework which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to existing bridgework is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial bridgework (including crowns and inlays forming the retainers) to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
5. expenses for replacement of bridgework and addition of teeth to existing bridgework except as provided under Eligible Expenses,
6. expenses for permanent splinting,
7. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
8. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Crown Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) crowns, inlays, onlays | |
|   – metal inlay restorations | 25111-25114,25511 |
|   – composite inlay restorations | 25121-25124,25521 |
|   – porcelain/ceramic inlay restorations | 25131-25134,25141-25144,25531 |
|   – crowns | 25711-25713,25721-25724,27111,27113, 27121,27131,27136,27201,27206,27211, 27213,27216,27221,27301,27306,27311, 27313 |
|   – other restorative services | 21301,23601,23602,25601-25605, 25731-25733,25741-25743,25751-25756, 25771,25781-25784,25789,27401,27409, 27801,27809,28101,28102,28103 |
| (b) repairs and adjustments | |
|   – porcelain repairs | 27711,27721,27722 |
|   – recementing crowns | 29101-29104,29109,29301-29304,29309 |
| (c) examinations | |
|   – oral examination | 01701-01703 |
|   – diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing crown, inlay or onlay is an eligible expense if the replacement is required to replace an existing crown, inlay or onlay which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original crown, inlay or onlay.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
3. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
4. expenses for replacement of crowns, inlays or onlays except as provided under Eligible Expenses,
5. expenses for permanent splinting,

6.  expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,

7.  expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Endodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) endodontics | |
| – pulpotomy | 32221,32222,32231,32232 |
| – root canal therapy | 33111-33114,33116,33121-33124,33126, 33131-33134,33136,33141-33144,33146, 33401-33403,33601-33605,33611-33614 |
| – periapical services | 34111,34112,34121-34123,34131-34134, 34141,34142,34151-34153,34161-34164, 34211,34212,34221-34224,34231-34234, 34241,34242,34251-34254,34261-34264, 34411,34412,34431,34432,34441-34446, 34511,34521-34523,34601,34602, |
| – other endodontic procedures | 39101,39201,39202,39211,39212,39411-39413 |
| – emergency procedures | 32311-32314,32321,32322 |
| (b) anaesthesia (if performed in conjunction with oral surgery) | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421-92429,92431-92439,92441-92449,92451-92459 |
| (c) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Sun Life Policies

# 20

# Northern Telecom Canada Limited

## Plan Number 90002

*Appendix C-7*

*for*

*SIPIQ Bargaining Employees Under
Section No. 11*

# Table of Contents

Long Term Disability (LTD) Plan .................................................................................. D-1

Survivor Transition Benefit Plan .................................................................................. E-1

# Long Term Disability (LTD) Plan

## Scope of this Plan

This Plan is effective January 1, 1980 and will continue for the term of the collective labour agreement or any statutory extension thereof, to those hourly and salaried employees of Northern Telecom Canada Limited who are members of the bargaining unit represented by SIPIQ. These employees are identified with the Administrator as Section No. 11.

## Definitions in this Plan

**Administrator**  means Clarica.

**Bargaining Unit**  means members represented by SIPIQ.

**Benefit**  means the monthly amount determined under the section entitled "Amount of Benefit" of this Plan.

**Claim**  means the application in writing of an Employee for payment of a Benefit by reason of the Total Disability of such Employee.

**Company**  means Northern Telecom Canada Limited.

**Current Monthly Earnings**  means Monthly Earnings that would have been paid to the Employee by the Company if he had not been prevented by reason of Total Disability from working based on the grade in effect immediately prior to commencement of the Employee's entitlement to sickness and accident benefits paid by the Company.

**Employee**  means a permanent full-time Employee of the Company as designated in the section entitled "Scope of this Plan" above, who has completed 3 months of continuous employment with the Company.

**Government Disability Benefits**  means benefits paid by the federal or a provincial government, including those paid under the Canada/Quebec Pension Plan (C/QPP), Workers' Compensation Acts, Government Automobile Insurance Plans, but excluding benefits paid under:

  1. such Acts or plans for or on behalf of children as defined thereunder; or
  2. increases in C/QPP benefits after entitlement under this Plan has been established; or
  3. benefit payable under any individual disability income insurance policy, or a disability endorsement under an individual life insurance policy; or
  4. benefits that arise from military service.

**Qualifying Period**  is a period of time during which 52 weeks of sickness and accident benefits were paid by the Company to the Employee

**Total Disability**      or being "Totally Disabled" means that:

1. As a result of illness or injury to an Employee, he is unable to perform for profit or remuneration the duties of any occupation, either within or outside the Company, for which he has the appropriate education, training and experience. In determining Total Disability the availability of any occupation will not be considered.

2. Effective September 1, 1982, notwithstanding 1. above, if it is confirmed that the Employee is in receipt of disability benefits under the Quebec Pension Plan, he will also be eligible for benefits under this Plan from either the date of eligibility or QPP benefits or the day following cessation of entitlement to sickness and accident benefits, whichever is later.

3. Notwithstanding 1. and 2. above, if the Employee is receiving Workers' Compensation (WC) benefits at the 90% level eligibility for benefits under this Plan will be considered the date WC benefits fall below 90%.

Effective June 1, 1992, 1. above is replaced by 1. as follows:

1. For the first twelve month period, disability shall mean that as a result of illness or injury to an Employee, he is unable to perform for profit or remuneration the duties of any occupation, ordinarily performed within the bargaining unit. Following the expiry of such period, disability shall mean that an Employee is unable to perform for profit or remuneration the duties of any job for which he has the appropriate education, training and experience. In determining Total Disability the availability of any occupation will not be considered.

Effective January 1, 1995, 1. and 2. above is replaced by 1. and 2. as follows:

1. For the first twelve month period, disability shall mean that as a result of illness or injury to an Employee, he is unable to perform for profit or remuneration the duties of any occupation, ordinarily performed within the bargaining unit on a full-time basis. Following the expiry of such period, disability shall mean that an Employee is unable to perform for profit or remuneration the duties of any job for which he has the appropriate education, training and experience. In determining Total Disability the availability of any occupation will not be considered.

2. Notwithstanding 1. above, if it is confirmed that the Employee is in receipt of disability benefits under the Canada/Quebec Pension Plan, he will also be eligible for benefits under this Plan from either the date of eligibility or C/QPP benefits or the day following cessation of entitlement to sickness and accident benefits, whichever is later.

**Monthly Earnings**      means the monthly rate of the regular remuneration paid to the Employee by the Company at the beginning of the Qualifying Period including cost of living allowance (COLA), but excluding bonuses, overtime and other allowances.

Any reference to the male gender shall also refer to the female gender, as appropriate.

## Participation in the Plan

An Employee will automatically participate in this Plan on the first of the month following the month in which the Employee completes three months of continuous service with the Company.

## Continuation of Participation

1. Except as provided below, an Employee will continue to participate in this Plan until the Employee's employment with the Company is terminated.
2. Where an Employee is laid off, participation in this Plan ceases on the date of lay-off.
3. An Employee's participation in this Plan ceases in the event of a temporary work stoppage such as strike or lock-out. However, such participation may be continued according to instruction by the Company.
4. Where an Employee retires from the Company, participation in this Plan ceases on the effective date of retirement or commencement of the retirement transition benefit or effective January 1, 1988, the retirement allowance plan benefit, whichever occurs first.

## Currency

Payment of the Benefit will be made in currency of Canada.

## Payment of Claims

1. When the Administrator has allowed a Claim, the Administrator shall pay the Totally Disabled Employee the Benefit commencing immediately following the Qualifying Period and continuing monthly until the termination of the Benefit in accordance with this Plan.
2. Where the Benefit is payable to a person who, in the opinion of the Administrator, is incapable of managing his own affairs due to physical or mental disability, payment of the Benefit, not in excess of such amount as may be prescribed by law, may be made to any person (institution) appearing, on evidence satisfactory to the Administrator, to be equitably entitled thereto by reason of having incurred expenses for the maintenance, care or treatment of the Employee.
3. Any action or proceeding for the recovery of a Benefit pursuant to this Plan shall be commenced not earlier than 60 days after, and no later than one year after, the date on which the Claim is received by the Administrator.
4. The Administrator reserves the right to disallow any Claim where,
   a. in the opinion of the Administrator, such Claim is not accompanied by the necessary information, statements or other forms, documents, or proof satisfactory to the Administrator; or
   b. where the Employee has failed to provide any releases or any other necessary authorizations which the Administrator deems necessary to adjudicate the Claim.

## Amount of Benefit

1. Basic Benefit

   A Totally Disabled Employee who has less than five years of service with the Company and has completed the Qualifying Period is eligible for a Benefit in the amount of $200 per month. Effective September 1, 1982, this minimum amount is increased to $250 per month for Employees whose sickness and accident benefits expire after Ausust 31, 1982. Effective July 1, 1985, the five year service requirement is abolished.

   A Totally Disabled Employee who has completed the Qualifying Period, is eligible for the Benefit as determined in the following schedule.

   In respect of an Employee whose sickness and accident benefits paid by the Company expire after December 31, 1979, the Benefit payable from January 1, 1980 to August 31, 1982, inclusive, is:

| Benefit Group | Benefit |
|---|---|
| 2 | 650 |

Long Term Disability (LTD) Plan
June 1, 1992 (90002-AppendC7)

D-3

In respect of an Employee whose sickness and accident benefits paid by the Company expire after August 31, 1982, the Benefit payable from September 1, 1982 to June 30, 1985 inclusive is:

| Benefit Group | Benefit |
|---------------|---------|
| 2 | 850 |

In respect of an Employee whose sickness and accident benefits paid by the Company expire after June 30, 1985, the Benefit payable from July 1, 1985 to April 30, 1988 inclusive is:

| Benefit Group | Benefit |
|---------------|---------|
| 2 | 1200 |

In respect of an Employee whose sickness and accident benefits paid by the Company expire after April 30, 1988, the Benefit payable from May 1, 1988 to May 31, 1992, inclusive is:

| Benefit Group | Benefit |
|---------------|---------|
| 2 | 1350 |

In respect of an Employee whose sickness and accident benefits paid by the Company expire after May 31, 1992, the Benefit payable from June 1, 1992 is:

| Benefit Group | Benefit |
|---------------|---------|
| 2 | 1600 |

In respect of an Employee whose sickness and accident benefits paid by the Company expire after December 31, 1994, the Benefit payable from January 1, 1995 is:

| Benefit Group | Benefit |
|---------------|---------|
| 2 | 1775 |

2.  Integrated Benefit

The amount of the Benefit shall be reduced by the amount by which the Basic Benefit plus any Government Disability Benefits, except those that arise from military service, payable to the Employee in respect of the same disability, exceeds the following percentage of Monthly Earnings:

| Percentage of Monthly Earnings | For Employee whose sickness and accident benefits expire after |
|---------------|---------|
| 90% | December 31, 1979 |
| 75% | June 30, 1985 |

Long Term Disability (LTD) Plan
June 1, 1992 (90002-AppendC7)

D-4

Regardless of integration, the Benefit payable shall be no less than:

For Employee whose sickness and
accident benefits expire after

| December 31, 1979 | $100 |
| August 31, 1982 | 125 |
| June 30, 1985 | 150 |

3. Rehabilitation Program

The amount of the Benefit shall be reduced by the amount by which the Basic or Integrated Benefit, plus any remuneration from earnings from the Company or a Company-approved rehabilitation program exceeds:

|  | Effective |
| --- | --- |
| 75% of the Employee's Monthly Earnings | January 1, 1980 |
| 75% of the Employee's Current Monthly Earnings | July 1, 1985 |
| 100% of the Employee's Current Monthly Earnings | June 1, 1992 |

# Termination of Benefit

1. Benefit payment to the Employee shall cease on the earliest of the date that:
   a. the Employee ceases to be Totally Disabled pursuant to the definition of Total Disability (number 1.) under the section entitled "Definitions"
   b. the Employee ceases to receive C/QPP benefits pursuant to the definition of Total Disability (number 2.) under the section entitled "Definitions" and is not Totally Disabled pursuant to definition of Total Disability (number 1.) under the section entitled "Definitions"; or
   c. the Employee fails to submit proof of the continuance of Total Disability as required by the Administrator; or
   d. the Employee fails to submit, upon request by the Administrator, to a medical examination by a medical examiner appointed by the Administrator; or
   e. the Employee refuses to participate in a rehabilitation program approved by the attending physician, the Company's physician and the Administrator; or
   f. the Employee engages in any occupation for remuneration or profit or any educational program other than in a rehabilitation program approved by the attending physician, the Company's physician and the Administrator; or
   g. the Employee attains the age of 65 years; or
   h. the Employee is eligible and elects to retire under the Company Negotiated Pension Plan; or
   i. the Employee dies.
2. Where benefits are terminated pursuant to a., b., c., d., or e. above, the Employee will receive at least one (1) month's notice unless the Employee returns to work within the month following the occurrence of the event causing the termination of benefits.

## Recurrence of Disability

If, following receipt of the Benefit an Employee ceases to be Totally Disabled, but within 60 calendar days is again Totally Disabled by reason of the same or related causes, such disability will be considered to be a continuation of the original disability.

## Proof of Claim

1. A Claim under this Plan shall be made in a form satisfactory to the Administrator within three months after the expiration of the Qualifying Period, and shall be accompanied by such medical and other evidence of Total Disability that the Administrator may require.

2. The Administrator shall require the Employee to submit proof that the Employee has submitted under the Canada/Quebec Pension Plan:
   a. an application for disability benefits; and
   b. that a determination of benefits has been made under that plan; and
   c. either the amount of C/QPP benefits which are payable, or evidence of the application having been rejected, and the reasons therefor.

   If the Employee does not submit such proof, the Administrator may reduce the Benefit payable to the Employee by the amount that the Administrator deems would have been payable to the Employee pursuant to the Canada/Quebec Pension Plan.

3. From time to time the Administrator may require from the Employee:
   a. proof, in a form satisfactory to the Administrator, of the continuance of the Total Disability; or
   b. a medical examination of the Employee by a physician or other qualified medical examiner appointed by the Administrator; or
   c. proof of age of the Employee.

## Limitations

The Benefit is not payable in respect of a Total Disability as described in the definition of Total Disability (number 1.) under the section entitled "Definitions" resulting from one or more of the following;

1. voluntary or non-accidental injury, regardless of the state of mind of the Employee;
2. any condition for which the Employee is not under active treatment by and cooperating with a physician or surgeon duly licensed to practice medicine;
3. committing or attempting to commit an assault or crime;
4. insurrection, strike, riot, civil disorder or war, if the Employee is actually participating therein, and whether or not war be declared;
5. alcoholism or drug addiction, unless
   a. resulting in permanent physical or mental impairments that cannot be treated, or
   b. the Employee is undergoing a course of treatment which is acceptable to the Company's medical director;
6. pregnancy, unless due to severe complications;
7. military service in any country.

# Survivor Transition Benefit Plan

## Scope of this Plan

This Plan is effective November 22, 1979, during the term of the collective labour agreement or any statutory extension thereof, to those hourly and salaried employees of Northern Telecom Canada Limited who are members of the bargaining unit represented by SIPIQ. These employees are identified with the Administrator as Section No. 11.

## Definitions in this Plan

**Administrator**   means Clarica.

**Benefit Period**   means the earlier of the date which is sixty (60) consecutive months from the first day of the month following the date of death of the Employee or Retired Employee, or the date at which any surviving Eligible Dependents of the deceased Employee or deceased Retired Employee cease to exist.

**Claim**   means the request by the Company for payment to an Eligible Dependent of the Monthly Income Benefit and the Lump Sum Benefit, if applicable.

**Company**   means Northern Telecom Canada Limited.

**Eligible Dependent**   means the Spouse of the deceased Employee or deceased Retired Employee; and

1. natural or legally adopted children of the deceased Employee or deceased Retired Employee who at time of death were financially dependent on the deceased Employee or deceased Retired Employee and were under the age of 18 years; and

Effective July 1, 1985, 1. above is replaced by 1. as follows:

1. a. unmarried natural or legally adopted, financially dependent children of the Employee or Retired Employee or Spouse who at the time of the Employee's death were:

   1) living or deemed to be living with the Employee or Retired Employee including those where support for benefit coverage has been dictated by a court order; and,
   2) (i) under age 21, or
      (ii) over age 21, but not over age 25, and are full time students at an accredited college or university; and,
   3) (i) Canadian citizens, or
      (ii) landed immigrants;

   b. physically or mentally handicapped, financially dependent children, regardless of age, provided they were handicapped and dependent prior to age 21; or

   c. natural or adoptive parent(s) of the deceased Employee or deceased Retired Employee if the deceased Employee or deceased Retired Employee provided for the parent's support during the calendar year immediately prior to the Employee or Retired Employee's death.

Effective March 19, 1992, 1b. above is replaced by 1b. as follows:

    b. physically or mentally handicapped, financially dependent children, regardless of age, provided:

      (a) they were handicapped and dependent prior to age 21, or

      (b) they were handicapped and dependent between age 21 and age 25 and were full time students at an accredited college or university at the time they became handicapped and dependent.

**Employee** means a permanent full-time Employee of the Company as designated in paragraph 1 above.

**Lump Sum Benefit** means the amount payable under this Plan in the case of an Occupational Accident.

**Monthly Income Benefit** means the monthly amount payable, as defined in the Section entitled "Amount of Benefit", for the duration of the Benefit Period.

**Occupational Accident** means an accident occurring during the performance of the Employee's duties causing death to the Employee from any cause.

**Retired Employee** means an Employee whose date of retirement or date of the retirement allowance plan benefit, whichever occurs earlier, is after June 30, 1979.

**Spouse** means

    1.  the person who is legally married to, and living with, the Employee or Retired Employee at the time of death; or
    2.  the person of the opposite sex of the Employee or Retired Employee who, at the time of death, was cohabiting with the Employee and had been so cohabiting:
        a.  for 12 consecutive months immediately prior thereto in the event the marriage was not so prohibited; and
        b.  the cohabitant was publicly represented as the husband or wife of the Employee or Retired Employee.

Effective March 19, 1992, 1. above is replace by:

    1.  the person who is legally married to, and living with, the Employee or Retired Employee at the time of death; or if the Employee so elects, the Employee's legally married spouse who was not living with the Employee at the time of the Employee's death; or

Effective January 1, 1995, 2. above is replaced by:

    2. the person of the same or opposite sex of the Employee or Retired Employee who, at the time of death, was co-habiting with the Employee and had been so cohabiting:

      -22. for 12 consecutive months immediately prior thereto in the event the marriage was not so prohibited: and
      -21. the cohabitant was pubicly represented as the husband or wife of the Employee

or Retired Employee.

Any reference to the male gender shall also refer to the female gender, as appropriate.

## Participation in the Plan

An Employee will automatically participate in this Plan on the date that the Employee completes three months of continuous employment with the Company. Effective after January 19, 1989, enrollment is effective from the first of the month following the month in which the Employee completes 3 months' continuous service.

## Continuation of Participation

1. Except as provided below, an Employee will continue to participate in this Plan until the Employee's employment with the Company is terminated.
2. An Employee will continue to participate in this Plan while the Employee is in receipt of sickness and accident or long term disability (LTD) benefits provided by the Company.
3. Where an Employee is laid off, participation in this Plan ceases on the date of lay-off. Effective March 19, 1992 participation in this Plan will continue for six months beyond the month of lay-off provided the Employee makes the necessary contributions.
4. An Employee's participation in this Plan ceases in the event of a temporary work stoppage such as strike or lock-out. Participation may, however, be continued according to instruction by the Company.
5. Where an Employee retires from the Company after June 30, 1979, participation in this Plan will continue.
6. An Employee will continue to participate in the Plan only during the first eighteen weeks of a Company approved maternity or adoption leave, which commences on or after January 19, 1989. Effective January 1, 1991, an Employee will continue to participate in this Plan while on a Company-approved maternity, parental or adoption leave of absence for the number of weeks as allowed by provincial legislation.

## Amount of Benefit

The amount of benefit in the Tables below are applicable if:

1. the date of death in the case of an Employee not in receipt of LTD benefits; or,
2. the date of commencement of Company sickness and accident benefits in the case of a deceased Employee or deceased Retired Employee who was in receipt of LTD benefits; or,
3. the effective date of retirement or date of the retirement allowance plan benefit, whichever occurs first, in the case of a deceased Retired Employee who was not in receipt of LTD benefits.

occurs during the effective date of the applicable Table.

Table I - Effective November 22, 1979 to August 31, 1982, inclusive

| Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | 300 | 15,500 |

### Table II - Effective September 1, 1982 to June 30, 1985, inclusive

| Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | 400 | 20,500 |

### Table III - Effective July 1, 1985 to April 30, 1988, inclusive

| Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | 475 | 24,500 |

### Table IV - Effective May 1, 1988 to May 31, 1992, inclusive

| Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | 500 | 25,500 |

| Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | 550 | 28,000 |

## Health Care Benefits during Benefit Period

There shall be provided to the Eligible Dependent(s) during the Benefit Period, Company paid provincial health insurance coverage, in provinces where premiums apply. Eligible Dependent(s) of a deceased active Employee may participate in the following plans, at their option and at their own expense for as long as the Monthly Income Benefit is being paid:

> Supplementary Hospital Plan
> Extended Health Care Plan
> Vision Care Plan
> Dental Care Plan

Eligible Dependent(s) of a deceased retired Employee may participate in the following plans at their option and at their own expense (except that those Dependant(s) receiving benefits from the Pension Plan will have premiums waived) for as long as the Monthly Income Benefit is being paid:

> Supplementary Hospital Plan for Pensioners
> Extended Health Care Plan for Pensioners
> Vision Care Plan for Pensioners
> Dental Care Plan for Pensioners

Effective November 24, 1994, Health Care Benefits during Benefit Period above is replaced with Health Care Benefits during Benefit Period as follows:

During the period which an eligible dependent is in receipt of Survivor Transition Benefits, participation will continue in the following Plans but the cost will be paid by the Company:

> Extended Health Care Plan
> Dental Plan
> Vision Care Plan

Eligible Dependent(s) of a deceased retired Employee may participate in the following plans at their option and at their own expense (except that those Dependant(s) receiving benefits from the Pension Plan will have premiums waived) for as long as the Monthly Income Benefit is being paid:

> Supplementary Hospital Plan for Pensioners
> Extended Health Care Plan for Pensioners
> Vision Care Plan for Pensioners
> Dental Care Plan for Pensioners

## Payment of Claim

1. The Administrator shall pay the Monthly Income Benefit for the term of the Benefit Period, and where applicable, the Lump Sum Benefit, in the following order of priority:
   a. Spouse, or where the Spouse dies, or where there is no eligible Spouse;
   b. in equal shares to the dependent children as defined in the section entitled "Definitions" (number 1. a. and b.), or where the dependent children die or none exist;
   c. dependent parents as described in the section entitled "Definitions"
2. Where the Monthly Income Benefit or the Lump Sum Benefit is payable to dependent children who have not yet reached the age of majority as defined by law, the Administrator shall make such payment either to the parent or guardian of such children, or to the executor of the Will of the deceased Employee or deceased Retired Employee, or to the Official Guardian for the province in which the dependent children reside.
3. The Monthly Income Benefit payment commences on the first of the month following the date of death of the Employee or Retired Employee. Where the Lump Sum Benefit is applicable, the Administrator shall pay the amount in a separate cheque as soon as practicable.
4. Any action or proceeding for the recovery of any benefit pursuant this Plan shall be commenced not earlier than sixty (60) days, and not later than one year, after the date on which the Claim is received by the Administrator.
5. The Administrator reserves the right to disallow any Claim where, in the opinion of the Administrator, such Claim is not accompanied by forms, documents, or proof satisfactory to the Administrator.

## Currency

Payment for benefits under this Plan will be made in currency of Canada.

## Proof of Claim

A Claim under this Plan shall be made in writing to the Administrator within three months after the date of death of the Employee or Retired Employee and shall be accompanied by such proof of death, eligibility and entitlement as the Administrator may deem necessary.

# Sun Life Policies

# 21

# Amendment Agreement No. 1 for Administrative Services Only

| | |
|---|---|
| Planholder | Northern Telecom Canada Limited |
| Plan number | 25654-Appendix C-7 |
| Effective date | September 1, 2003 |

Effective on September 1, 2003 your Plan Number is changed from 90002-Appendix C-7 to 25654-Appendix C-7.

Signed at our Head Office, Toronto, Ontario.

President                                         Secretary

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

# Sun Life Policies

# 22

# History Summary
### for
### 25654

## NORTEL NETWORKS LIMITED
## APPENDIX C-4A

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Overview – Division 040<br>Extended Health – Supplementary Health Care<br>  Benefit – lab expenses<br>  Benefit – orthopaedic shoes | January 1, 2005 | -- |
| 2 | Pay Direct Drug Agreement – added<br>Summary of Benefits – Pay Direct Drug – added<br>Extended Health – Pay Direct Drug Benefit – added | February 1, 2005 | January 1, 2005 |
| 3 | Overview<br>- Division 040 terminated<br>Summary of Benefits<br>- Vision maximum<br>- Dental Fee Guide<br>Extended Health Provision<br>- Payment of Benefits and<br>- Exclusions<br>  updated per contract flyer August 26, 2006<br>Extended Health – Supple. Health Care Benefit<br>- Eligible Expenses – updated per contract flyer<br>  August 26, 2006<br>Dental Provision<br>- Exclusions and Limitations – updated per contract<br>  flyer August 26, 2006 | September 1, 2007 | January 1, 2005<br><br>February 1, 2005<br><br><br>January 1, 2005<br><br><br><br>January 1, 2005<br><br><br>January 1, 2005 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1

# Sun Life Policies

# 23

# History Summary

## for

## 25654

## Appendix C-7

## NORTEL NETWORKS LIMITED

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Policy Number Change | September 1, 2003 | -- |
| 2 | Reissue | December 1, 2004 | -- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1

# Sun Life Policies

# 24

# History Summary

for

25654

## NORTEL NETWORKS CORPORATION
## APPENDIX C-6A

| AMEND-MENT NUMBER | AMENDMENT TYPE | EFFECTIVE DATE OF AMENDMENT | EFFECTIVE DATE OF OLD PAGE |
|---|---|---|---|
| 1 | Extended Health – Supplementary Health Care Benefit – lab expenses | January 1, 2005 | -- |
| 2 | Pay Direct Drug Agreement – added<br>Summary of Benefits – Pay Direct Drug – added<br>Extended Health – Pay Direct Drug Benefit – added | February 1, 2005 | January 1, 2005 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1

# Sun Life Policies

## 25

# Reissue – Agreement No. 2

| | |
|---|---|
| Planholder | Nortel Networks Limited |
| Plan Number | 25656 |
| Effective Date | December 1, 2004 |

This is a reissue of Plan Document Number 25656.

Please file your copy of the attached reissued document in the "Plan Document-Current" section.

Please file the History Summary and your copy of this agreement in the "Plan Document-History" section.

Signed at our Head Office, Toronto, Ontario.

President

Secretary

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada (*Sun Life*).

Reissue – Agreement No. 2 (aa21s)
December 1, 2004 (25656)

A-1

# Nortel Networks Limited
# Plan Number 25656

*Survivor Transition Benefit*

# Table of Contents

Appendix C-1 – CAW Locals 27, 1837, 1839, 1915, 1525, 1530 and 1535...............................AppC-1-1

Appendix C-2 – CEP Locals 4 and 9 ...............................AppC-2-1

Appendix C-3 – CUOE Local 100 and IUOE Local 796 ...............................AppC-3-1

Appendix C-4 CUCW Local 1 ...............................AppC-4-1

Appendix C-5 – CUCW Local 2...............................AppC-5-1

Appendix C-7 – SIPIQ...............................AppC-7-1

Definitions ...............................C-1

Eligibility...............................E-1

Survivor Life Provision ...............................G-1

# Appendix C-1 - CAW Locals 27, 1837,1 839, 1915, 1525, 1530 and 1535

## Summary of Benefits

### Survivor Life - Transition Benefit

Divisions 05, 59, 10, 13, 07, 54, 56, and 55 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 1 | $550 | $28,000 |
| 2 | $575 | $29,000 |
| 3 | $650 | $34,000 |
| 4 | $725 | $37,500 |
| 5 | $825 | $39,000 |

**Benefit Period: 60 months**

# Appendix C-2 - CEP Locals 4 and 9

## Summary of Benefits

### Survivor Life - Transition Benefit

Divisions 03, 04 and 53 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 1 | $550 | $28,000 |
| 2 | $575 | $29,000 |
| 3 | $650 | $34,000 |
| 4 | $725 | $37,500 |

Benefit Period: 60 months

# Appendix C-3 - CUOE Local 100 and IUOE Local 796

## Summary of Benefits

### Survivor Life - Transition Benefit

Divisions 08 and 12 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|:---:|:---:|:---:|
| 1 | $550 | $28,000 |
| 2 | $575 | $29,000 |
| 3 | $650 | $34,000 |

Benefit Period: 60 months

# Appendix C-4 CUCW Local 1

## Summary of Benefits

### Survivor Life - Transition Benefit

Division 1 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 1 | $550 | $28,000 |
| 2 | $575 | $29,000 |
| 3 | $650 | $34,000 |

Benefit Period: 60 months

# Appendix C-5 - CUCW Local 2

## Summary of Benefits

### Survivor Life - Transition Benefit

Division 02 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 4 | $725 | $37,500 |

Benefit Period: 60 months

# Appendix C-7 - SIPIQ

## Summary of Benefits

### Survivor Life - Transition Benefit

Division 11 under Plan 25654

| Installation Benefit Group | Monthly Income Benefit | Lump Sum Benefit |
|---|---|---|
| 2 | $550 | $28,000 |

Benefit Period: 60 months

# Definitions

| | |
|---|---|
| **Administrator** | Sun Life Assurance Company of Canada. |
| **Actively working and active work** | mean the performance for us of all of the regular duties of the person's own occupation for one full working day or shift. |
| **Benefit** | Entitled "Amount of Benefit",f or the duration of the BenefitP eriod. |
| **Benefit Period** | means the earlier of the date which is sixty (60) consecutive months from the first day of the month following the date of death of the Employee or Retired Employee, or the date at which any surviving Eligible Dependents of the deceased Employee or deceased Retired Employee cease to exist. |
| **Calendar year** | means January 1 to December 31. |
| **Claim** | means the request by the Company for payment to an Eligible Dependent of the Monthly Income Benefit and the Lump Sum Benefit, if applicable. |
| **Company** | means Nortel Networks Limited |
| **Eligible dependant** | means a dependant for whom the member is covered. |
| **Employee** | means a permanent full-time Employee of the Company |
| **Dependant** | means a member's spouse, a dependent child of a member or his spouse or a parent who at the time of the member's death were financially dependent on the deceased Employee or deceased Retired Employee. |
| **Dependent child** | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is<br>1. under 21 years of age,<br>2. under 25 years of age and attending a college or university full-time, or<br>3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above,<br>4. (i) Canadian citizens, or<br>   (ii) landed immigrants. |
| **Dependent parent** | means a natural or adoptive parent(s) of the deceased Employee or deceased Retired Employee if the deceased Employee or deceased Retired Employee provided for the parent's support during the calendar year immediately prior to the Employee or Retired Employee's death. |
| **Family unit** | means a member and his covered dependants. |
| **Lump Sum Benefit** | means the amount payable under this Plan in the case of an Occupational Accident |
| **He, his and him** | refer to both genders. |
| **Member** | means a person who is covered, but does not include a dependant. |

| | |
|---|---|
| **Month** | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| **Occupational Accident** | means an accident occurring during the performance of the Employee's duties, causing death to the Employee from any cause. |
| **Plan** | means the Survivor Transition Benefit Plan |
| **Physician** | means a doctor of medicine (M.D.) legally licensed to practice medicine. |
| **Rate of earned Income** | on a given date, means the rate of the regular remuneration received by the member on that date for his regular employment. Regular remuneration may include additional income which is earned on a regular basis such as overtime, bonuses, shift differentials, subject to our approval. For a member earning commission, this rate is the average remuneration received during the previous 12 months. Earnings for a member with less than one year of service will be the estimated amount of regular remuneration that we specify. |
| **Retired Employee** | means an Employee whose date of retirement or date of the retirement allowance plan benefit, whichever occurs earlier, is after May 1, 2001. |
| **Spouse** | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship for 12 consecutive months. |
| **We, us and our** | refer to Nortel Networks Limited. |
| **Work Stoppage** | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |

# Eligibility

## Participation in the Plan

An Employee will automatically participate in this Plan on the date that the Employee completes three months of continuous employment with the Company. Enrollment is effective from the first of the month following the month in which the Employee completes 3 months of continuous service.

## Continuation of Participation

1. Except as provided below, an Employee will continue to participate in this Plan until the Employee's employment with the Company is terminated.

2. An Employee will continue to participate in this Plan while the Employee is in receipt of sickness and accident or long term disability (LTD) benefits provided by the Company.

3. Where an Employee is laid off, participation in this Plan ceases on the date of lay-off.

4. An Employee's participation in this Plan ceases in the event of a temporary work stoppage such as strike or lockout. Participation may, however, be continued according to instruction by the Company.

5. Where an Employee retires from the Company, participation in this Plan will continue.

6. An Employee will continue to participate in the Plan only during the first seventeen weeks of a Company approved maternity or adoption leave. An Employee will continue to participate in this Plan while on a Company-approved maternity, parental or adoption leave of absence for the number of weeks as allowed by provincial legislation.

# Survivor Life Provision

## Amount of Benefit

The amount of benefit is as shown in the Summary of Benefits in the applicable Appendix for each member..

## Classifications

Eligible survivors shall be classified as follows:

**Class A** - the spouse of a deceased member who was

1. legally married to the member for at least 180 days, or
2. a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship for at least 12 consecutive months preceding the time when the person's status is required to be determined for the purposes of this policy, and was publicly represented as the wife or husband of the member.

**Class B** - an unmarried child of a deceased member who was entirely dependent on the member for maintenance and support and who is

1. under 21 years of age, or

2. under 25 years of age and attending a college or university full-time, o r

3. physically or mentally disabled child incapable of self support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1 or 2 above.

**Class C** - a parent of the deceased member, if the member had provided at least 50% of the parent's support during the calendar year prior to his death.

## Payment of Monthly Transition Benefit

Upon receipt and approval of proofs of death of a member while covered for Survivor Life Benefit, w e will pay a monthly benefit to the eligible Class A , Class B or Class C survivors. The first monthly payment is payable on the first day of the calendar month following the date of death of the member. Monthly payments will be made to the eligible in the following order:

1. if there is a Class A survivor, t he full amount of the Class A benefit is to be paid to the person;

2. if there is no Class A survivor, the full amount of the Class B benefit is to be paid in equal shares to the Class B survivors;

3. if there is no Class A or Class B survivor, the amount of the benefit is to be paid in equal shares to the Class C survivors.

Where a Class A survivor is in receipt of the Survivor Life Benefit, t he amount of the monthly payment shall be the amount determined from the Summary of Benefits in the applicable Appendix.

Payment for a Class A survivor will cease on the earlier of:

1. 60 monthly payments have been made,
2. the month in which the death of the survivor occurs,
3. the month in which the survivor no longer meets survivor eligibility,
4. the survivor's 65th birthday, or

5.  the date the survivor attains the age that Old Age Security benefits become payable under any government legislation.

Where a Class B survivor or survivors are in receipt of the Survivor Life Benefit, the amount of the monthly payment shall be the amount determined from the Summary of Benefits, except that, for months in which 2 or more survivors share in the Survivor Life Benefit immediately following the member's death, each survivor's share is calculated as an equal fraction of the Class B Survivor Life Benefit that would be paid to him as a sole survivor according to his own eligibility for a statutory benefit.

Payment for a Class B survivor will cease on the earlier of:

1.  60 monthly payments have been made,
2.  the month in which the death of the survivor occurs,
3.  the month in which the survivor no longer meets survivor eligibility,
4.  the survivor's 65th birthday, or
5.  the date the survivor attains the age that Old Age Security benefits become payable under any government legislation.

Where a Class C survivor or survivors are in receipt of the Survivor Life Benefit, the amount of the monthly payment shall be the amount determined from the Summary of Benefits, except that, for months in which 2 survivors share in the Survivor Life Benefit immediately following the member's death, each survivor's share is calculated as an equal fraction of the Class C Survivor Life Benefit that would be paid to him as a sole survivor according to his own eligibility for a statutory benefit.

Benefit payments stop on the date that

1.  60 monthly payment have been made, or
2.  there are no eligible survivors.

When the benefit payments stop, the eligible survivor's right to receive benefits terminates.

## Payment of Claim

1.  The Administrator shall pay the Monthly Income Benefit for the term of the Benefit Period, and where applicable, the Lump Sum Benefit, in the following order of priority:

    a.  Spouse, or where the Spouse dies, or where there is no eligible Spouse;

    b.  in equal shares to the dependent children as defined in the section entitled "Definitions" (number 1. a.a and b.), or where the dependent children die or none exist;

    c.  dependent parents as described in the section entitled "Definitions"

2.  Where the Monthly Income Benefit or the Lump Sum Benefit is payable to dependent children who have not yet reached the age of majority as defined by law, the Administrator shall make such payment either to the parent or guardian of such children, or to the executor of the Will of the deceased Employee or deceased Retired Employee, or to the Official Guardian for the province in which the dependent children reside.

3.  The Monthly Income Benefit payment commences on the first of the month following the date of death of the Employee or Retired Employee. Where the Lump Sum Benefit is applicable, the Administrator shall pay the amount in a separate cheque as soon as practicable.

4.  Any action or proceeding for the recovery of any benefit pursuant this Plan shall be commenced not earlier than sixty (60) days, and not later than one year, after the date on which the Claim is received by the Administrator.

5.  The Administrator reserves the right to disallow any Claim where, in the opinion of the Administrator, such Claim is not accompanied by forms, documents, or proof satisfactory to the Administrator.

## Currency

Payment for benefits under this Plan will be made in currency of Canada.

## Proof of Claim

A Claim under this Plan shall be made in writing to the Administrator within three months after the date of death of the Employee or Retired Employee and shall be accompanied by such proof of death, e ligibility and entitlement, as the Administrator may deem necessary.

# Sun Life Policies

# 26

Nortel Networks' Agreement No. 04-110

# Agreement for Administrative Services Only

| | |
|---|---|
| Plan Sponsor | Nortel Networks Limited |
| Plan Numbers | 25654 (formerly Clarica Heritage Plan Number 90002) |
| | 25655 (formerly Clarica Heritage Plan Number 99002) |
| | 25656 (formerly Clarica Heritage Plan Number 99992) |
| Effective Date | January 1, 2004 |

You, Nortel Networks Limited, have agreed to provide a group health and welfare plan for certain employees and have assumed liability for the payment of certain disability, hospital, medical and dental benefits to these employees, according to the provisions of the Nortel Networks Limited Employee Benefit Plan and Health Spending Account.

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to provide administrative services for the Nortel Networks Limited Employee Benefit Plan and Health Spending Account according to the provisions of this Agreement.

This Agreement, the Nortel Networks Limited Employee Benefit Plan, Spending Account and Sun Life Assurance Company of Canada's Guidelines on Privacy form the entire contract between Sun Life Assurance Company of Canada and Nortel Networks Limited. This agreement supersedes all prior written or oral agreements on the subject matter. This Agreement is not protected by the Canadian Life and Health Insurance Compensation Corporation.

## Definitions

| | |
|---|---|
| Bank account | means the bank established exclusively for payment of claims under the Plan and Health Spending Account. |
| Calendar year | means January 1 to December 31. |
| Plan | means the Nortel Networks Limited Employee Benefit Plan. |
| Health Spending Account | means the Nortel Networks Limited Health Care Spending Account. |
| Deliverables | means all documents, correspondence, reports, plans, video or audio media, computer programs or software or other similar items created by us exclusively for you and required to be delivered under this Agreement. |
| Services | means the services and related Deliverables described in this Agreement in the Scope of Services section |
| We, us and our | refer to Sun Life Assurance Company of Canada. |
| You and your | refer to Nortel Networks Limited. |

## General Provisions

1. You agree that we, in providing services under this Agreement, are acting on your behalf as administrator only of the Plan and Health Spending Account. You are solely liable for payment of claims submitted under the terms of the Plan and Health Spending Account.

2. We have the power to interpret the provisions and terms of this Agreement, the Plan and Health Spending Account in performing our obligations under this Agreement. Any interpretation adopted by us in good faith and in a reasonable manner and without negligence is binding upon you.

3. Regardless of any other provision in this Agreement, you may determine the amount of payment to be made for any specific benefit claim submission, provided you instruct us in writing to make the payment.

4. You agree to indemnify and hold us harmless from any and all claims, damages, lawsuits, losses, costs and charges by us as a result of our performance of this Agreement, unless caused by a willful act, negligence or a breach of contract by us.

5. This Agreement may be amended at any time, provided such amendment is in writing and approved by you and us.

6. Prior to December 31st of any given calendar year during the term of this Agreement we may an increase the Administration Charges up to fifteen percent 15% for the remainder of the then-current term, if (a) you have requested us to assume additional responsibilities or new tasks under this Agreement, and (b) we can (i) demonstrate to you that your request is the sole reason that the increase is necessary, and (ii) identify for you the specific basis for the resulting additional cost to us, necessitating an increase. Changes to the Plan Administration Charges must be mutually agreed to in writing between the parties.

7. We may propose a change in the Administration Charges one year after the effective date, or in conjunction with the Plan anniversary, by giving you 90 days' prior written notice of any changes. If you agree to make a change based on the change to the Plan Administration Charges proposed by us, you and we will make reasonable efforts to agree in writing to the applicable changes on or before December 15th of the calendar year prior to the calendar year in which the changes will take effect.

8. All financial transactions will be in Canadian currency.

9. All questions relating to the validity, interpretation or administration of this Agreement will be determined according to the laws of the Province of Ontario.

10. With the exception of our indemnification of you under the *Our Obligations* section below, and your indemnification of us under section 4 under the *General Provisions*, any breach of the Privacy Guidelines outlined in *Appendix III*, and a party's breach of the confidentiality obligations under *Appendix VI* neither party will be liable for any unforeseeable, incidental or consequential damages or for any loss of revenues, loss of profits, loss of goodwill or other forms of economic loss, even if the party or its authorized representative has been advised of the possibility of the type of damages.

11. Notices will be given in writing by fax, courier service, electronic mail (e-mail), or Canada Post. Courier service notice is effective on the earlier of 5 days from being deposited for delivery or the date on the mail or courier receipt. Fax and e-mail notice are effective when the sender receives confirmation that the fax was sent or the e-mail was received. Each party will provide the other with the contact information required for each type of notice. The information will be first provided on the effective date and promptly updated during the term as it changes.

12. If any provision of this Agreement is determined to be legally unenforceable or invalid, the remaining provisions will continue in effect. The parties will substitute a provision that most closely approximates the economic effect and intent of the invalid provision.

13. Unless waived and agreed in writing by both parties, no action or inaction by a party under this Agreement will constitute a waiver of a party's rights or obligations under this Agreement, or breach of this Agreement.

14. Neither party will assign or transfer this Agreement, or its rights or obligations, without the prior written consent of the other. Neither party will unreasonably withhold or delay consent. However, either party may assign this Agreement to an entity that directly or indirectly owns at least 50% of the voting securities or may exercise 50% of the voting power of us or to a person or entity to which we have seceded all or substantially all of its business and assets to which this Agreement relates.

15. All written communication concerning this Agreement or amendments or restatements of this Agreement will be in the English language.

16. This Agreement may be executed by the parties in multiple counterparts, each of which will be deemed an original and all of which will be one and the same document.

## Our Obligations

1. We will prepare and maintain documents for the Plan and Health Spending Account.

2. We will provide claim forms and assess and pay claims according to the terms of the Plan and Health Spending Account. We will pay claims by issuing cheques on the bank account according to the terms of this Agreement.

3. We will advise you of any contested claims within a reasonable time after the claims are made.

4. We will report fraudulent claims to you within 10 days of discovering the fraud by Investigative Services.

5. We will provide you with a monthly invoice, which includes a monthly claims report, a monthly expense report and a monthly cheque reconciliation report.

6. We will make available to you all records relating to the contracted administrative services. This manner will incorporate methods designed to protect the confidentiality of the individual's personal information according to Sun Life Financial's Privacy Policy and Privacy Code for Canada.

7. We will retain claim records, internal records for the preparation of bank reconciliations and any other files or records pertaining to this Plan and Health Spending Account for a maximum of 6 years, at which time they will be destroyed. This will only be so where no other rule or legal requirement requires file maintenance and in circumstances where there is no litigation justifying file maintenance.

8. We warrant that the services will be performed in a good and workmanlike manner in accordance with generally accepted industry standards and will conform to this Agreement.

9. We are an independent contractor acting as your agent in the performance of the services contemplated within. This Agreement does not create a joint venture, partnership, principal-agent (other than the specific, limited agency described in this agreement) or employment relationship between you and us.

10. We agree to indemnify you and hold you harmless against any damage, liability and expenses including court costs and lawyer's fees resulting from and arising out of claims demands or lawsuits

brought against you arising out of our breach of the warranty in Section 8 of this Agreement, our negligence, our willful misconduct, or our fraud with respect to the Plan or this Agreement.

11. We agree to comply with all governmental laws, codes, rules and regulations that govern its performance of the Services, including, but not limited to, the laws of data privacy of Canada with respect to its obligations under Appendix III.

12. We will maintain the insurance coverage set out in Appendix IV, attached to and incorporated in this Agreement.

13. **Business Continuity.** We will implement a business continuity plan in accordance with *Appendix VII*, attached to and incorporated in this Agreement.


## External Audit of Claims Files

You may engage a qualified external auditor to review or audit any files related to claims submitted to us in connection with this Agreement, in accordance with our claims audit procedures described in Appendix VI as modified from time to time.


## Audit Rights:

1. *Audit Rights-*

1.1 Upon 30 days prior written notice to Sun Life, Nortel Networks' internal or external corporate auditor, as appropriate, may attend at the applicable premises of Sun Life, during normal business hours, to review any and all of Sun Life's claims Payment records and ASO Billing statement, bank reconciliation and related back-up data, facilities security and information systems access security related to the Services provided by Sun Life under this Agreement. We represent and warrant that prior to December 31, 2005 we will implement and conduct a SAS70 Type II evaluation, or the equivalent at Sun Life's discretion, and provide these results to the appropriate parties within Nortel Networks.

1.2 *Expenses* – Unless otherwise provided in this Agreement, Nortel Networks will bear its own expenses relating to any audit under this AUDIT RIGHTS section. Sun Life will refund any overcharges Nortel Networks discovers as a result of an audit if Sun Life agrees with that determination.

1.3 *Sun Life Cooperation* – During an audit, at Sun Life's expense, Sun Life will assist Nortel Networks as reasonably requested; provided however, Sun Life reserves the right to charge on an hourly basis with respect to any audit assistance related to claims payments. In such case the following rates will apply:

| Position | Rate (Canadian)/hour |
|---|---|
| Team leader | $125 |
| Dental Examiner | $90 |
| Medical Examiner | $90 |
| Director | $150 |
| QA Manager | $125 |

1.4 Nortel Networks agrees to conduct any audit in accordance with Sun Life's procedures as described in Appendix VI attached.

## Your Obligations

1. You are responsible for all aspects of the administration of the Plan and Health Spending Account except those specifically assumed by us under the terms of this Agreement.

2. You will provide us with a full monthly enrollment for verification of Health and Dental claims and a separate enrollment file showing employees enrolled in the Spending Account and their benefit credits.

3. You will deposit in the bank account sufficient funds to pay all claims and administration charges approved according to the terms of this Agreement.

4. You will give us 30 days' prior written notice of any amendments to the Plan and Health Spending Account.

5. You will provide us with records and other information as we may reasonably require for the administration of this Agreement, subject to your right to refuse disclosure for reasons of confidentiality.

6. If we incur any tax liability on contributions to the Plan and Health Spending Account or on monies paid out of the Plan and Health Spending Account, or as a result of this Agreement, you will reimburse us to the extent of that liability as an additional administration charge.

Nortel Networks' Agreement No. 04-110

## Administration Charges

Within 30 days of the end of a calendar month, we will provide an invoice for charges for the previous month's services provided under the terms of the Agreement according to the schedule as outlined under Appendix V of this Agreement. Payment terms will be within 60 days of receipt of the invoice. We will not invoice for any gift given to any person or entity. If requested by you, we must provide back-up receipts for expenses. You may audit our expenses and we will reasonably cooperate with the audit.

Administration charges as outlined in Appendix V cover services as outlined in the Scope of Services section below:

## Scope of Services

- assessment and payment of claims

- individual case assessment of Long Term Disability claims, including rehabilitation referrals and recommendations for independent medical assessments

- services of the claims information centre for claim inquiries

- providing pay direct drug cards to members under the plan to be delivered to the member's home address location as provided by you.

- maintenance of member data for verification of claims

- monthly enrollment reports for verification purposes

- assistance with plan design and review

- accumulation of claims statistical data

- annual reports outlined in Appendix I

- annual estimates of incurred but not reported claims

- annual estimate of disability and survivor reserves

- monthly claim reports to be included with the invoice

- monthly cheque reconciliation with supporting reports

- maintenance of enrollment data and benefit credits for the payment of Health Spending Account

- daily payments for the Health Care Reimbursement Account

- maintenance of a plan document and ASO Agreement

- services of a Group Account Executive, Client Service Representative, assigned underwriter, new business coordinator, senior call centre representative and ASO administrative assistant whose roles are identified in Appendix II

- quarterly reports on block of business audits

- annual renewal report, including per capita cost projections

- recoveries of fraudulent claims using Investigative Services

- Rehabilitation Services including:

  - preparation of business case for selection of rehabilitation candidates

  - rehabilitation consulting directly with members for return to work
  - disability plan management services
    - identify early intervention opportunities
    - annual report on cost savings
    - claims management report
    - meetings at client sites for case management or pre-arbitration
- Disability Consulting Services

  - development of early intervention programs
  - training of client staff on short term disability management
  - ergonomic consulting
  - occupational therapist consulting
  - assistance with management of WCB claims

**Administration Charges as outlined in Appendix V, do not cover the following services and charges as outlined below:**

| Service | Charge |
| --- | --- |
| Ad hoc claim reports | As incurred (includes programming costs and computer time for creation of new and specialized reports). |
| Customized printing, redistribution of cards | as incurred |
| Special Mailing | as incurred |
| Benefit Statements | $.50/statement plus postage |
| Spending Account Forfeiture Letters | $.35/member plus postage |
| Spending Account Balance Letters | $.35/member plus postage |
| Member Enrollment | As incurred |

| | |
|---|---|
| Dependent Enrollment | As incurred |
| Reassessment of claims as a result of late enrollment | as incurred |
| Rehabilitation Consultant Travel Costs | as incurred |
| Cost of Rehabilitation programs and special medical assessments | as incurred |
| Investigative Services, Client Specific Projects | scope and nature or project to be negotiated |
| Actuarial Services | as incurred |
| Translation service | as incurred |
| Legal services for supporting defenses of disputed claims | as incurred  (Internal Legal Services rate is $150/hr) |
| Preparation of tailored audits | as incurred |

We reserve the right to modify the above administration charges to reflect any Good and Services Tax, Value Added Tax or similar tax that may be instituted.

As requested by Nortel Networks, premiums and their applicable taxes will be paid under stop loss policy no. 20537.

## Termination of Agreement

1.  This Agreement will remain in effect until you terminate all or part of it by 30 days written notice to us. You will pay for the Services and Deliverables provided before and in connection with the termination. We will ensure that each of our subcontractors signs a written Agreement that allows us to terminate its work for convenience.   When we receive the termination notice, we will stop performing the cancelled Services and deliver all Deliverables to you "as is". However, if requested in writing by you, we will finish incomplete Services after termination. The terms of this Agreement will apply during the completion of Services after termination.

    The termination right in this Section 1 is in addition to, and not in lieu of, any other rights of the terminating party at law or under this Agreement.

2.  If you fail to satisfy any of the terms of this Agreement, we will provide you with written notice of the failure and a 90 day cure period prior to termination. Should you fail to remedy the unsatisfactory clause we may terminate this Agreement immediately by giving you written notice of failure to cure.

3.  We may terminate this Agreement immediately by giving you written notice if legislation, regulation or judicial decision, in our opinion, prohibits the continuation of this Agreement.

4.  Upon termination of this agreement,

    a.  All obligations on our part to pay claims will stop except as provided under Termination of Agreement Section 1 above.

    b.  You will reimburse us for all charges incurred for services rendered and for all claims paid prior to the termination date of this Agreement.

    c.  All claim records and files maintained by us in carrying out our administrative services for this Agreement will be turned over to you.

    d.  A termination accounting will be made within 1 calendar year after the termination date. After the termination accounting is completed, the bank account will be closed.

5.  Obligations and liabilities intended to survive the termination of this Agreement will be effective after termination.

Please sign this Agreement and return one copy to us.

## Confidentiality

The parties agree to comply with the terms and conditions of confidentiality set out in Appendix VIII, attached to and incorporated in this Agreement.

***Signatory Page is provided below***

Nortel Networks' Agreement No. 04-110

IN WITNESS WHEREOF Sun Life Assurance Company of Canada has caused this Contract to be executed by properly authorized officials at _Waterloo_ in the Province of _Ontario_ the _5th_ day of _November_ 2004.

SUN LIFE ASSURANCE COMPANY OF CANADA

by: _Alison McGuire._

by: _Jossia Dolthas_

This Agreement is approved at _Ottawa Abbott ON_ , dated _Nov 11/04_

by _David White_
Title: Global Contract Manager

Nortel Networks Limited

Agreement for Administrative Services Only (fa07v)
January 2004 (25654, 25655, 25656)

A-9

Nortel Networks' Agreement No. 04-110

# APPENDICES

## Appendix I

**Annual Reports**

## Appendix II

**Roles and Responsibilities of Account Management Staff**

## Appendix III

**Sun Life Financial's Privacy Policy and Privacy Code For Canada**

## Appendix IV

**Insurance Requirements**

## Appendix V

**Administration Charges**

## Appendix VI

**External Audit of Claims Files**

## Appendix VII

**Business Continuity Planning**

## Appendix VIII

**Confidentiality**

## APPENDIX I

## Annual Reports

1. Within 30 days after the end of each calendar year of the Term Contractor will provide a certification that Contractor is maintaining the insurance coverage(s) under this Agreement as shown in Appendix IV below.

2. At Nortel Networks' request and Contractor's expense, Contractor will provide Nortel Networks with audited financial statements and/or the type of Dunn & Bradstreet report(s) described in the request.

### EXTENDED HEALTH

- Drug Claims paid by Classification

- Extended Health Care Claims Paid by Type of Service

- Extended Health Care Trend Analysis

### DENTAL

- Dental Claims Paid by Type of Service

- Dental Trend Analysis

*The above reports are provided for Management, Pensioners and Union Employees*

## APPENDIX II

## Roles and Responsibilities

The **Account Executive, Joanne Hulley** is responsible for overall plan management which includes and is not limited to coordinating the reporting of performance standards, ensuring changes are implemented according to an agreed upon schedule, negotiating and implementing a fee structure, reporting on annual financial results, recommending plan changes and investigating potential changes . She communicates market trends, new product initiatives and changes in legislation.

The **Service Representative, Lee Hornberger** investigates and resolves, transaction level issues such as complex claims issues, member records, card production, responses to claim statements, document production and other administration issues. The Service Representative also provides back up in the absence of the Account Executive.

Supporting the Account Executive and the Service Representative is a Corporate Accounts team which is responsible for the direct servicing of approximately 50 national accounts. **Chris Hall, Director** is responsible for facilitating access to resources within the company. An **Underwriter, Craig Budd**, calculates rates and annual financial results and prepares renewal reports and ASO fees. A **New Business Coordinator** prepares documents and updates system records for plan changes. An **Administration Associate, Irmgard Logemann** prepares monthly ASO invoices.

**Sharon Halan** is the team leader of the National Account claims team which is responsible for assessing and paying Health and Dental claims. She is responsible for accurate claim payment and meeting service standards.

Nortel Networks' Agreement No. 04-110

## APPENDIX III

# Sun Life Financial's
# Privacy Policy and Privacy code
# for Canada

### OUR COMMITMENT TO PROTECTING YOUR PRIVACY, OUR POLICY

Collecting personal information about you is essential to our ability to offer you high-quality investment, retirement and insurance products and to provide you with on-going service relating to your lifetime financial needs. We take great care to keep your personal information which we collect accurate, confidential and secure.

Our Policy sets high standards for collecting, using, disclosing and storing personal information. Sun Life Financial's Canadian Privacy Policy is complemented by our Privacy Code and by procedures to manage your personal information.

If you have any questions about Sun Life Financial's Canadian Privacy Policy and Privacy Code, please contact our Canadian Privacy Officer at (416) 408-8850 or by email at "privacyofficer@sunlife.com".

### You, your, we, us and our mean the following

In this appendix, you and your mean the individual who is a customer or potential customer of a member of the Sun Life Financial group of companies in Canada and we, us and our mean the members of the Sun Life Financial group of companies in Canada.

Nortel Networks' Agreement No. 04-110

# Sun Life FINANCIAL'S PRIVACY POLICY for CANADA

## HOW WE COLLECT, USE AND DISCLOSE PERSONAL INFORMATION

**We ask you for only the information we need**

We collect only the information we need for the purposes we have identified to you.

Our files are kept for the purpose of providing and servicing financial and insurance products and services that we believe are right for you, over your lifetime.

We will not sell your personal information.

**Why we need the information**

Generally, we need to collect personal information to:
- understand your needs,

- determine your eligibility,

- continue to offer you the full range of products and services that we believe meet your changing needs and to service such products and services,

- meet regulatory or contractual requirements relating to the services and products provided to you.


We will make sure you understand why we need the information by using clear, understandable language when we identify the purpose.

**We will obtain your permission**

We collect, use or disclose your personal information with your permission.

Your permission may be expressed in writing or be implied and you may give it to us verbally, electronically, or through your authorized representative.

You may withdraw your permission to collect, use and disclose your personal information at any time, subject to legal and contractual restrictions and reasonable notice.

Where medical information about you is collected or released, we will obtain your consent to do so. We will not share it with other members of the Sun Life Financial group of companies.

Before we make information available to third parties, other than an agent or service provider who needs it, we will tell you at the time we obtain your consent or before we make the information available, who those persons or organizations are, the kind of information we want to share with them and why.

**We will limit how long we keep information**

We will keep your personal information as long as it is necessary, including updating the product or service or as required by law.

When we destroy personal information, we will use safeguards to prevent unauthorized parties from gaining access to the information during the process.

## WE WILL PROTECT YOUR PERSONAL INFORMATION

### We are responsible for your information

We are responsible for all personal information in our possession, including information transferred to a third party service provider or agent, so that we can provide you with a product or service.

All employees, agents and authorized service providers of Sun Life Financial are required to protect the confidentiality of your personal information.

### How we protect information

Access to your personal information is restricted to those of Sun Life Financial's employees, agents and authorized service providers who need it to do their jobs.

We have developed and are continuing to enhance security procedures to safeguard and protect personal information against loss, theft, unauthorized disclosure, copying, and unauthorized use or modification. We will maintain appropriate safeguards and security procedures that reflect the types of documents, including electronic or paper records, organizational measures including security clearances and limiting access on a "need-to-know" basis, and technological measures such as the use of passwords and encryption. While we endeavour to protect all information, the most sensitive information, such as medical information, receives the highest level of protection.

## YOUR RIGHT TO ACCESS YOUR PERSONAL INFORMATION

### Your rights

You have the right to ask whether we hold any personal information about you and to see that information, as provided by law. Where we have obtained medical information about you from a third party, we will release this information only through your physician.

You also have the right to know:
- how we collected your personal information,
- how we are using it, and
- to whom it may have been disclosed.

### How to request an update or correction

If you believe any of the information we have collected about you is incorrect or incomplete, you have the right to ask us to change it.

If you show that your personal information is inaccurate or incomplete, we will make the necessary changes.

If you feel we have not dealt with your request to your satisfaction, you can follow our complaint resolution procedures.

**How to register complaints**

You may register a privacy-related complaint by contacting Sun Life Financial's Canadian Privacy Officer. We will explain Sun Life Financial's Canadian complaint procedure to you and investigate all complaints. If a complaint is justified, we will take all appropriate steps to set the situation right, including changing our policies and practices if necessary. We will also let you know what other complaint procedures may be available to you.

## FOR MORE INFORMATION

For more information, please contact Sun Life Financial's Privacy Officer in Canada at (416) 408-8850 or by email at privacyofficer@sunlife.com.

# SUN LIFE FINANCIAL'S PRIVACY CODE FOR CANADA

## PRINCIPLE 1 – ACCOUNTABILITY

Each member, employee or agent of the Sun Life Financial group of companies in Canada is responsible for personal information under his or her control and each member company shall designate an individual or individuals to be accountable for compliance with this Code.

## PRINCIPLE 2 – IDENTIFYING PURPOSES

The purposes for which personal information is collected shall be identified before or at the time the information is collected.

## PRINCIPLE 3 – CONSENT

The prior knowledge and permission of the individual are required for the collection, use or disclosure of personal information, except for legal or security reasons.

## PRINCIPLE 4 – LIMITING COLLECTION

The collection of personal information shall be limited to that which is necessary for the purposes identified. Personal information shall be collected by fair and lawful means.

## PRINCIPLE 5 – LIMITING USE, DISCLOSURE AND RETENTION

Personal information will not be used, disclosed or retained for purposes other than those for which the information was collected, except with the permission of the individual, or as permitted or required by law.

## PRINCIPLE 6 – ACCURACY

Personal information shall be as accurate, complete and current as is necessary for the identified purposes for which it is to be used.

## PRINCIPLE 7 – SAFEGUARDING INFORMATION

Personal information will be protected by safeguards appropriate to the sensitivity of the information.

### PRINCIPLE 8 – OPENNESS

Members of the Sun Life Financial group of companies will make readily available to their customers specific information about our policies and procedures relating to the management of their personal information.

### PRINCIPLE 9 – INDIVIDUAL ACCESS

Upon request, an individual will be informed of the existence, use and disclosure of his or her personal information and shall be given access to it. An individual will be able to challenge the accuracy and completeness of the information and have it amended as appropriate.

### PRINCIPLE 10 – HANDLING CUSTOMER COMPLAINTS AND SUGGESTIONS

Individuals can address any complaint regarding compliance with the above principles with our Privacy Officer.

## APPENDIX IV

### Insurance requirements

1.     **Coverage and Limits** - During the term we will carry the following types of insurance coverage and liability limits:

    (a)     *Comprehensive automobile insurance* for all non-owned vehicles, covering at minimum, bodily injury and property damage, with a minimum liability limit of $1,000,000.00 for each occurrence;

    (b)     *Comprehensive general liability insurance* covering at minimum, bodily injury, broad form property damage, and blanket contractual liability, with a minimum liability limit of $1,000,000.00 for each occurrence;

    (c)     *Employer's liability insurance* with a minimum liability limit of $1,000,000.00; and,

    (d)     *Workers' compensation,* with the statutory requirement for coverage.

1.1   Additional Insured - We will name you as an additional insured on the Comprehensive general liability insurance policy.

1.2   Certification – On your request we will provide you with certificates confirming all insurance coverage.

Nortel Agreement No. 04-110
2005 Fee Schedule

**Appendix V**

## Policy # 26654/25655/25656  Nortel Networks Limited

### Administration Charges Effective January 1, 2005

| | Current Charges | New Charges Effective January 1, 2005 |
|---|---|---|
| **General Admin** | | |
| Health  (including HCSA) | 0.79% cash claims | 0.79% cash claims |
| Dental | 0.79% cash claims | 0.79% cash claims |
| SIB/STB | N/A | N/A |
| LTD | 0.43% cash claims | 0.43% cash claims |
| **Profit** | | |
| Health  (other than HCSA) | 0.44% cash claims | 0.44% cash claims |
| Health  (HCSA) | 0.25% cash claims | 0.25% cash claims |
| Dental | 0.44% cash claims | 0.44% cash claims |
| SIB/STB | N/A | N/A |
| LTD | 0.25% cash claims | 0.25% cash claims |
| **Claims Administration** | | |
| Health  (Pay Direct Drug) | $1.05 per DIN incl DUR and PA | $1.40 per DIN incl DUR and PA |
| Health  (other than Pay Direct Drug) | $5.37 per cheque plus postage | $7.17 per cheque plus postage |
| Health (HCSA) | 3.78% cash claims | 3.78% cash claims |
| | N/A | N/A |
| Dental | $5.20 per cheque plus postage | $5.20 per cheque plus postage |
| STB/SIB | $5.00 per certificate per month* | $5.00 per certificate per month* |
| LTD | $425  per admit | $425  per admit |
| | $420  per inforce | $420  per inforce |

Nortel Agreement No. 04-110
2005 Fee Schedule


Appendix V

## Policy # 26654/25655/25656   Nortel Networks Limited

### Administration Charges Effective January 1, 2005

**..Other Charges**

| | | |
|---|---|---|
| Independent Medical Examinations | | |
| Administration Fee | $100 per IME | N/A |
| Examination Fee | as incurred | as incurred |
| | | |
| Functional Abilities Evaluations | | |
| Administration Fee | $100 per FAE | N/A |
| Examination Fee | as incurred | as incurred |
| | | |
| Rehabilitation | $105 per hour plus expenses | $105 per hour plus expenses |
| DCS | $125 per hour plus expenses | $125 per hour plus expenses |
| Internal Legal Services | | $150 per hour |
| Travel expenses related to the provision of | | |
| Internal Rehabilitation Services | | as incurred |
| Doctors' Questionnaires | | as invoiced |
| Surveillance/Investigations | | as invoiced |
| External Rehabilitation Services | | as invoiced |
| External Legal Services | | as invoiced |
| Other claims management services | | as invoiced |

**Printing, Courier and Special Expenses\*\***

| | | |
|---|---|---|
| | as incurred | as incurred |

**Commission**

| | | |
|---|---|---|
| | as paid | as paid |

**Taxes**

| | | |
|---|---|---|
| | as applicable | as applicable |

\* STB/SIB fees will be billed monthly through Group Retirement Services

\*\* In addition to the expense formula itemized above, fees will be charged as incurred for certain services, which may include but are not limited to, amendments, custom printing, ad hoc reporting and subrogation.

The above listed expense levels will be used on the monthly ASO billings effective January 1, 2005

We confirm  acceptance of the expense formula as proposed above.

Date _____        Nortel Networks Limited

Per _____

## APPENDIX VI

## ꓱITS BY NORTEL NETWORKS AND/OR CONSULTANTS

quested to allow an Audit of our health, dental and disability claims by our ;, or Consultants hired on behalf of our Contractholders, ("Auditor"). Although ance Company of Canada ("Sun Life") welcomes these opportunities to demonstrate agement abilities, we are also obligated to protect the private and confidential our claimants. As a result, we must ensure that such Audits are conducted in a onsistent with Sun Life Financial's Privacy Policy and Privacy Code for Canada. his, any Audit will be subject to the following conditions:

pe of the Audit must be presented to one of the following officers before work can ꞓd:

e President, Group Claims (for any Health, Dental or Disability audits)

P, Group HIMS (for any Health or Dental audits)

e President Group Finance (for any review of ASO Billing Statements)

P, National Best Practices/Group Disability Claims – Central; Director, Group ability Claims – Eastern; or Director, Group Disability Claims – Western (for any ability audits)

ꝋf our Systems and Claims Administration Manuals will be available on site for e but they may not be removed or copied.

ꞓ requires information regarding the qualifications of the Auditor; we must be . that the Auditor appointed be qualified to conduct the Audit requested, and that ired Errors and omissions insurance is in place.

litor will be provided with a copy of Sun Life Financial's Privacy Policy and Code for Canada and will be required to conduct the Audit within the spirit of idelines and the terms of the Confidentiality Agreement entered into.

litor will be permitted to view personal and confidential information (hard copy or c) on Sun Life's premises only after a Confidentiality Agreement has been entered

ꞓ must be provided with an opportunity to review and to include its comments on ints of the final report. Therefore, a draft copy of the report must be forwarded to opriate officer – as noted above, who will be afforded a reasonable period of time ꞝ and comment on the Auditor's findings. Such comments will be included in the

dministrative Services Only
654, 25655, 25656)

final report. A copy of the final report will be given to Sun Life to be retained in our files as confidential information.

7. With respect to any audit assistance related to claims payments, there may be a charge per hour as shown above in Section 1.3, *Sun Life Cooperation*, levied for the time spent by the Sun Life Staff in assisting with the Audit. The level of charge will vary according to the level of staff involved with the Audit. This charge will be billed directly to the Auditor unless other arrangements for payment are in place under the terms of the Contract(s) between the Contractholder and Sun Life.

The subject Claims Office will record all staff time spent on the Audit.

A sample of the Audit and Confidentiality Agreement is contained in the following pages.

# AUDIT AND CONFIDENTIALITY AGREEMENT

Whereas Sun Life Assurance Company of Canada, a member of the Sun Life Financial Group of companies, (hereinafter "Sun Life") has issued Contract(s) No._____to the Contractholder ____ _____ and has been adjudicating _____ claims under these Contract(s);

And whereas the Contractholder has requested that_____ (hereinafter ". _____") conduct a review of the claim files being adjudicated by Sun Life under these Contracts, (hereinafter "Audit");

And whereas Sun Life considers all personal information in its claims files and information available on its systems (including reports) to be confidential;

Therefore, in consideration of Sun Life providing _____ access to the relevant claim files, systems and /or reports generated from information contained in its systems under Contract(s) No. _____ for the sole purpose of the claims review, _____ hereby agrees as follows:

1.  All information provided by Sun Life for the purpose of the Audit consists of highly confidential and personal information.

2.  Only _____ shall have access to the information contained in the relevant claim files, systems and/or reports.

3.  The subject files, systems or reports shall be reviewed on the premises of Sun Life and photocopies of any of the information or systems printouts shall not be made.

4.  The information contained in the claim files, reports or systems shall not be used in any manner or for any purpose other than for the purpose of performing the Audit, and shall be kept confidential and not be disclosed. Any report prepared in connection with the Audit shall contain summary or aggregate information only so that the individual identification of claimants to the Contractholder or any other party will not be possible.

5.  Sun Life shall be entitled to review the sections of the draft report pertaining to Sun Life's services in connection with the above noted Contracts, and to provide its comments which will be included in the final report. Sun Life shall be entitled to receive a copy of the final audit report, which it shall maintain in its file on a confidential basis.

6   In addition to any rights and remedies which Sun Life may have at law or equity, it shall be entitled to an order for injunctive relief if _____ breaches any of the obligations of this Agreement.

7.  _____ will pay the cost for the time spent by the Claims Staff in assisting with the Audit unless payment is already covered under the terms of the above noted Contract(s).

8. _____ will indemnify and hold Sun Life harmless from any and all loss, damages, charges and legal costs incurred by Sun Life as a result of any breach of the Agreement.

9. The Auditor agrees to maintain in full force and effect, at its own expense, throughout the term of this Agreement, Errors and Omissions insurance to satisfy the indemnification provisions of this Agreement. The amount of insurance should provide no less than $1,000,000 per occurrence.

10. The obligations under this Agreement shall survive the completion of the Audit and any report prepared in connection with the Audit and any termination of this Agreement.

11. This Agreement shall be governed by and construed in accordance with the laws of the Province of _____ and the applicable laws of Canada.


SIGNED at _____, this _____ day of _____, 20____.



Title: _____

I have the authority to bind

## APPENDIX VII

## BUSINESS CONTINUITY PLANNING

1    Sun Life represents and warrants that it has developed and implemented an effective business continuity plan that will ensure that SL is able to continue to provide Services when the Services are interrupted for any reason outside of SL's reasonable control ("BCP"). SL will maintain and update the BCP at least annually during the Term. SL agrees to promptly assess all business interruptions and will invoke the BCP when necessary to avoid a significant detrimental impact on Nortel Networks.

2    The BCP will contain, at a minimum, provisions for (a) a risk assessment and business impact analysis, (b) a prevention/mitigation plan, and (c) a resumption of Services plan, including a recovery/restoration plan. The preceding will cover, but not be limited to, (i) Services documentation storage and protection (including, but not limited, to storage of design documents, tools, process and fixtures), (ii) information systems security and redundancy, and (iii) demonstrating SL's ability to rapidly recover the loss of capability to deliver Services.

3    Sun Life will provide an outline of its BCP within 10 calendar days of Nortel Networks' request for the then-current BCP.

4    Sun Life's implementation of the BCP to provide Services will be at no additional cost to Nortel Networks.

## APPENDIX VIII

### Nortel Networks' Confidential Information

1.  **Confidential Information**– Each party will use reasonable care in holding the other's Confidential Information in confidence and not disclose it to anyone except the party's employees. However, a party may also disclose the Confidential Information to third parties (e.g., Subsidiaries, Affiliates and subcontractors) who have a need to know for purposes of carrying out this Agreement and have agreed in writing in advance to be bound by confidentiality terms substantially the same as those of this Agreement.

1.1  *Exceptions* - Information is not protected if (a) a recipient can demonstrate through written documentation that it was already known; (b) it becomes known or generally available to the public (other than by act of the recipient) after its disclosure; (c) it is disclosed or made available in writing to the recipient by a third party having a bona fide right to do so and without similar confidentiality obligations; (d) it is independently developed by recipient as demonstrated by its business records; or (e) it is required to be disclosed by subpoena or other process of law. The recipient will notify the disclosing party promptly of a subpoena or other process of law requiring disclosure.

1.2  *Release of Information* - Only with Nortel Networks' prior written consent may SL (a) advertise or publish information concerning this Agreement, a P.O. or a Release or the relationship between Nortel Networks and SL, or (b) use the name or trademark of Nortel Networks with respect to any advertising, promotion, publicity, or representation that SL may make in connection with SL's business, services, or product lines. Nortel Networks will consent to such advertisement, publication or use (*Information Release*), if SL's legal counsel provides Nortel Networks with a written opinion that SL is required by law to make an Information Release. SL and Nortel Networks will cooperate to create the language of any Information Release permitted under this Agreement.

1.3  Notwithstanding the preceding, for purchases and sales under this Agreement that are subject to taxation by the United States, either party (including its officers, directors, employees, representatives and agents) may disclose to any and all persons, without any limitation, the tax treatment and tax structure of this Agreement and any transaction under it, as well as materials detailing the tax treatment and tax structure.

# Sun Life Policies

# 27

# Amendment Agreement No. 2 for Administrative Services Only

| | |
|---|---|
| Planholder | Nortel Networks Limited |
| Plan number | 25654 |
| Effective date | February 1, 2005 |

We made the changes on the request for amendment dated December 1, 2004.

Please sign both copies of this agreement and return one to us.

Please file the attached replacing pages in the "Plan Document-Current" section.

Please file the History Summary and your copy of this agreement with the replaced pages in the "Plan Document-History" section.

Signed at our Head Office, Toronto, Ontario.


President                                                    Secretary


This plan is approved at _____, dated _____


by_____

Nortel Networks Limited

Clarica Life Insurance Company and Sun Life Assurance Company of Canada were amalgamated into one company on December 31, 2002 with the name Sun Life Assurance Company of Canada. All references to Clarica Life Insurance Company or Clarica in this document should be read to mean Sun Life Assurance Company of Canada.

# Table of Contents

Overview .......................................................................................................................... 1

Pay Direct Drug Agreement .......................................................................................... A1-1

Summary of Benefits ...................................................................................................... B-1

Definitions ...................................................................................................................... D-1

Eligibility ........................................................................................................................ E-1

Commencement and Termination of Coverage ............................................................ F-1

Extended Health Provision ............................................................................................ M-1

Extended Health - Pay Direct Drug Benefit ................................................................ N-1

Extended Health - Vision Care Benefit ........................................................................ O-1

Extended Health - Supplementary Hospital Benefit .................................................... P-1

Extended Health - Supplementary Health Care Benefit .............................................. Q-1

Dental Provision ............................................................................................................ R-1

Dental Provision – Diagnostic/Preventive Benefit ...................................................... S1-1

Dental Provision – Restorative Benefit ........................................................................ S2-1

Dental Provision – Orthodontic Benefit ...................................................................... S3-1

Dental Provision – Periodontic Benefit ........................................................................ S4-1

Dental Provision – Denture Benefit .............................................................................. S5-1

Dental Provision – Bridge Benefit ................................................................................ S6-1

Dental Provision – Crown Benefit ................................................................................ S7-1

Dental Provision – Endodontic Benefit ........................................................................ S8-1

# Overview

| Division | Class | Description |
|----------|-------|-------------|
| 001 | A | NT Bargaining Employees Designated as CUCW Local 1 |
| 040 | A | NT Bargainirtg Employees Designated as COEU |

# Pay Direct Drug Agreement

Planholder                          ·Nortel Networks Limited

Group Plan Number                   25654

Effective Date                      February 1, 2005

We, Sun Life Assurance Company of Canada, agree with you, Nortel Networks Limited, to the following conditions regarding the payment of benefits under the Drug Benefit of the Extended Health Provision of this plan.

1. We will ensure that any pharmacy that participates in a Pay Direct Drug Plan with us will be reimbursed for claims for eligible expenses incurred by a member or a covered dependant.
2. We will provide you with an identification card for each member to be presented to the pharmacy at the time of obtaining an item of expense.
3. You will be responsible for reimbursement of any claims paid as a result of the use of an identification card by any person who is no longer covered or by any person when the Pay Direct Drug Benefit terminates, provided we have not received notification prior to the date of termination.

Signed at our Head Office, Toronto, Ontario.


President                                    Secretary

# Summary of Benefits

## Extended Health

| Part | Benefit | Deductible per family unit | Reimbursement |
|------|---------|---------------------------|---------------|
| A | Drug: Pay Direct | nil | * |
| B | Vision: $ 180** | nil | 100% |
| C | Optional Hospital: ward to semi-private | nil | 100% |
| D | Hospital: semi-private to private *** | nil | 100% |
| E | Supp. Health Care | nil | 100% |

*Drugs are payable at 100% if purchased through our approved mail order pharmacy, Remy Hazbourn, otherwise they are payable at 90%.

**The maximum for eyeglasses/contact lenses/laser eye surgery every 2 calendar years for the member and for each covered dependant.

***Limited to a maximum of $50 for each day of hospitalization, less allowance provided under supplementary hospital.

Termination Age: retirement

### Drug coverage for all members under age 65 and members age 65 and over who are not covered by the Québec Drug Insurance Plan of the Régie de l'assurance-maladie du Québec (RAMQ)

In addition to the above provisions, the following applies to the Drug Benefit for Québec residents who purchase an eligible drug that is included on the Régie de l'assurance-maladie du Québec (RAMQ) formulary:

**Annual Out-of-Pocket Maximum:** The maximum for out-of-pocket eligible expenses is limited to the amount specified by law and applied in the provincial drug plan administered by the RAMQ. The annual out-of-pocket maximum amount applies separately to each adult under the plan. However, the member's out-of-pocket maximum includes expenses for each dependent child.

Out-of-pocket eligible expenses include any deductible and co-payment.

**Deductible:** The deductible is applied up to the annual out-of-pocket maximum and will not apply after the annual maximum has been reached.

**Reimbursement:** The reimbursement percentage is applied up to the annual out-of-pocket maximum. After the annual maximum is reached, eligible expenses will be reimbursed at 100%. The reimbursement percentage applies after any deductibles have been satisfied.

Termination Age: member's retirement

## Dental

| Part | Benefit | Deductible per family unit | Reimbursement | Maximum |
|------|---------|---------------------------|---------------|---------|
| A | Diagnostic/Preventive | nil | 100% | -- |
| B | Restorative | nil | 100% | -- |
| C | Orthodontic | nil | 50% | $2,150*** |
| D | Periodontic | nil | 50% | $2,000* |
| E | Denture | nil | 50% | -- |
| F | Bridge | nil | 50% | $2,000** |
| G | Crown | nil | 50% | ** |
| H | Endodontic | nil | 50% | * |

*The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts D and H for the member and for each covered dependant.

**The maximum amount payable applies to the combined eligible expenses incurred in a calendar year under Parts F and G for the member and for each covered dependant.

***The maximum lifetime amount payable applies to the eligible expenses incurred under Part C.

**Late Entrant Maximum:** If an eligible person or an eligible dependant becomes covered more than 31 days after the date he became eligible for the Dental Provision, the maximum amount payable for the combined eligible expenses of all parts incurred during the first 12 months of coverage will be limited to $250 for the member and for each covered dependant.

**Termination Age:** retirement

**Dental Fee Guide:** The applicable fee guide is the 2003 fee guide in the province where the expense is incurred or, for expenses incurred outside Canada, in the province of residence of the member. For expenses incurred in Alberta, or outside Canada by an Alberta resident, the applicable fee guide is the 1997 Alberta Fee Guide "plus an inflationary adjustment determined by Clarica."

# Definitions

| | |
|---|---|
| Actively working and active work | mean the performance for us of all of the regular duties of the person's own occupation for one full working day or shift. |
| Calendar year | means January 1 to December 31. |
| Covered dependant | means a dependant for whom the member is covered. |
| Dependant | means a member's spouse or a dependent child of a member or his spouse. |
| Dependent Child | means a natural, adopted, or step-child who is not married or in any other formal union recognized by law, who is entirely dependent on the member for maintenance and support and who is |

1. under 21 years of age,
2. under 25 years of age (26 years of age for the Extended Health Benefit) and attending a college or university full-time, or
3. physically or mentally incapable of self-support and became incapable to that extent while entirely dependent on the member for maintenance and support and while eligible under 1) or 2) above.

| | |
|---|---|
| Family unit | means a member and his covered dependants. |
| He, his and him | refer to both genders. |
| Member | means a person who is covered, but does not include a dependant. |
| Month | means the period of time from a date in one calendar month to the same date in the following calendar month. |
| Physician | means a doctor of medicine (M.D.) legally licensed to practise medicine. |
| Plan anniversary | means January 1, 2006 and an anniversary of that date. |
| Plan year | means the period between the effective date and the first plan anniversary or a period of 12 months beginning on a plan anniversary. |
| Rate of earned income | on a given date, means the rate of the regular remuneration received by the member on that date for his regular employment.  Regular remuneration may include additional income which is earned on a regular basis such as overtime, bonuses, shift differentials, subject to our approval.  For a member earning commission, this rate is the average remuneration received during the previous 12 months.  Earnings for a member with less than one year of service will be the estimated amount of regular remuneration that we specify. |
| Spouse | means the member's spouse by marriage or under any other formal union recognized by law, or a person of the opposite or same sex who is living with and has been living with the member in a conjugal relationship. |
| We, us and our | refer to Nortel Networks Limited. |
| Work Stoppage | includes, but is not limited to, strikes, layoffs, maternity/paternity/educational leaves and sabbaticals. |

# Eligibility

## Eligibility to be a Member

A person is eligible, and continues to be eligible, to be a member while he meets all of the following conditions:

1. He is actively working and is a permanent full-time hourly employee who is a member of the Bargaining Unit represented by COEU Local 1.
2. He has been continuously been employed by us at least as long as the waiting period.
3. He is a resident of Canada.

Participation is compulsory.

An employee who is classified as an independent, owner-operator, consultant, contract employee or is self-employed will not be eligible to be a member.

## Waiting Period

Persons actively working on the effective date - nil

Persons who begin active work after the effective date – 6 months

## Eligibility for Dependant Coverage

A person is eligible, and continues to be eligible, for dependant coverage while he meets all of the following conditions:

1. He is a member.
2. He has at least one dependant.
3. His dependants are residents of Canada.

# Commencement and Termination of Coverage

## Enrolment for Coverage

An eligible person enrols for coverage by submitting a completed enrolment form. A member requests dependant coverage by submitting a completed enrolment form.

## Effective Date of Coverage of a Member

A person becomes a member on the first of the month coinciding with or following the date that he becomes eligible, unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, an eligible person is not actively working on the date the coverage would be effective, he becomes a member on the date he returns to active work.

A member becomes covered for dependant coverage on the latest of

1. the date that he becomes eligible for dependant coverage, or
2. the date that he requests dependant coverage,

unless he is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date the coverage would be effective, he becomes covered for dependant coverage on the date he returns to active work.

## Comparable Coverage

If an eligible person or a member is covered for comparable coverage, he may decline to be covered for the Extended Health Provision or the Dental Provision. If this comparable coverage stops, an eligible person or a member will be covered for the similar coverage provided by this plan.

If a dependant is covered for comparable coverage, a member may decline to be covered for dependant coverage for the Extended Health Provision or the Dental Provision. If this comparable coverage stops, a member may request the similar coverage provided by this plan.

The coverage that replaces the comparable coverage is effective on the date that the comparable coverage stops.

## Changes in Coverage

An increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member due to a plan amendment or change in classification becomes effective on the date of the plan amendment or change in classification, unless the member is not actively working on that day due to disease or injury.

If, due to disease or injury, a member is not actively working on the date an increase in the provision benefits, the amount of coverage of a member or the amount of dependant coverage of a member would be effective, the increase becomes effective on the date he returns to active work.

## Termination of Coverage of a Member

Unless specified otherwise in this plan, the coverage of a member terminates on the date that he no longer meets all of the conditions for Eligibility to be a Member. The dependant coverage of a member terminates on the date he no longer meets all of the conditions for Eligibility for Dependant Coverage. If a member, due to disease or injury, no longer meets all of the conditions, his coverage may be continued, subject to our approval, until the date of termination of his coverage that we specify.

The coverage of a member terminates on the date a work stoppage begins unless special arrangements have been made with us before that date to continue some or all of the coverage.

If the member dies, Extended Health and Dental benefits will be payable for eligible expenses incurred by his covered dependant within 60 months following the date the member died, provided this provision continues in force.

# Extended Health Provision

## Claims

A claim must be received by Sun Life within 18 months of the date that the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, attending physician statements or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

Sun Life will administer reimbursement to a member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for medically necessary services required for the treatment of disease or injury. Eligible expenses for the services of a practitioner include only those services which are performed within his area of expertise and require the skills and qualifications of such a practitioner.

To determine the amount that will be paid to the member, the total eligible expenses claimed are adjusted as follows:

1. the eligible expense maximums are applied,
2. the deductible, which must be satisfied each calendar/benefit year, is subtracted, and
3. the reimbursement percentage is applied.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1. If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.
2. If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

    Member

    a. The plan where the person is covered as a member,
    b. If a person is covered under two plans, priority goes to
       - the plan where the member is a full-time employee,
       - the plan where the member is a part-time employee,
       - the plan where the member is a retiree.

    Spouse

    c. The plan where the person is covered as a member.

Dependent Child

   d. The plan of the parent with the earlier birthdate (month/day) in the calendar year.

   e. The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.

   f. In situations where parents are separated/divorced, then the following order applies,

- the plan of the parent with custody of the dependent child,
- the plan of the spouse of the parent with custody of the dependent child,
- the plan of the parent not having custody of the dependent child,
- the plan of the spouse of the parent not having custody of the dependent child.

3. If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for services and products, rendered or prescribed by a person who is ordinarily a resident in the patient's home or who is related to the patient by blood or marriage,
5. expenses for which benefits are payable under a government plan,
6. expenses for benefits which are legally prohibited by the government from coverage,
7. out-of-province expenses for elective (non-emergency) medical treatment or surgery.

## Benefits After Termination of a Member's Coverage

If, on the date of termination of a member's coverage,

1. the member has a medically determinable physical or mental impairment due to injury or disease which prevents him from performing the regular duties of the occupation in which he participated just before the impairment started, regardless of the availability of work for him, or
2. the covered dependant has a medically determinable physical or mental impairment due to injury or disease, is receiving treatment from a physician and is confined to a hospital or his home,

benefits will be payable for eligible expenses related to the impairment provided they are incurred within 90 days of the date of termination and this provision continues in force.

# Extended Health - Pay Direct Drug Benefit

## Definitions

| | |
|---|---|
| Dentist | means a person licensed to practise dentistry by the provincial licensing authority. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| Registered pharmacist | means a person who is licensed to practise pharmacy and whose name is listed on the pharmacists' registry of the licensing body for the jurisdiction in which such person is practising. |

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense, provided they are medically necessary for the treatment of disease or injury, prescribed by a physician or dentist and dispensed by a registered pharmacist or physician:

1. drugs which legally require a prescription and are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as a narcotic, controlled drug, or requiring a prescription.

2. drugs which are identified in the Monographs section of the current Compendium of Pharmaceuticals and Specialties as not legally requiring a prescription and which are only available for purchase at an accredited pharmacy (over the counter (OTC)) and which, in Sun Life's opinion, have a known therapeutic value.

3. injectible drugs.

4. compounded prescriptions where one of the ingredients is an eligible expense.

5. needles, syringes, and chemical diagnostic aids for the treatment of diabetes.

6. expenses for drugs used in the treatment of infertility.

7. medically necessary treatment for varicose veins to a maximum of $20 per treatment.

8. expenses for drugs used for the treatment of erectile dysfunction, must be pre approved.

9. drugs used for the treatment of obesity.

10. expenses for intrauterine devices, limited to one every 24 months.

11. expenses for smoking cessation aids.

## *Generic Substitution*

The maximum amount payable for an eligible expense will be limited to the lowest priced item in the appropriate generic category, unless the physician or dentist has indicated no substitution on the prescription form.

*Régie de l'assurance-maladie du Québec (RAMQ) Formulary Drugs for Québec Residents*

In addition to the above eligible expenses, this benefit includes all drugs covered by Québec's basic drug formulary, as established by the RAMQ. The minimum reimbursement percentage required by provincial legislation is applied up to the annual out-of-pocket maximum, as specified by law. This formulary is reviewed on a regular basis and is subject to change as new drugs and drug products are introduced.

For Québec residents, any maximums included in this benefit do not apply to eligible drugs covered by the RAMQ formulary.

## Limitations and Exclusions

No benefit is payable for

1. the portion of expenses for which reimbursement is provided by a government plan,
2. expenses for drugs which, in Sun Life's opinion, are experimental,
3. expenses for dietary supplements, vitamins and infant foods,
4. expenses for contraceptives (other than oral and intrauterine devices),
5. expenses for drugs which are used for cosmetic purposes,
6. expenses for vaccines and inoculations, and
7. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Vision Care Benefit

## Definitions

| | |
|---|---|
| **Ophthalmologist** | means a person licensed to practise ophthalmology. |
| **Optometrist** | means a member of the Canadian Association of Optometrists or of a provincial association associated with it. |
| **Reasonable and customary charges** | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |

## Eligible Expenses

Eligible expenses are the reasonable and customary charges for the following items of expense:

1. eye examinations by an ophthalmologist or optometrist limited to one examination in a 2 calendar year period (1 calendar year for a covered dependant under age 18).
2. laser eye surgery, eye glasses, contact lenses and repairs to them that are necessary for the correction of vision and are prescribed by an by an ophthalmologist or optometrist, limited to the maximum specified in the Summary of Benefits for eligible expenses incurred during a 2 calendar year period for the member and for each covered dependant.
3. contact lenses prescribed for severe corneal astigmatism, severe corneal scarring, keratoconus or aphakia, provided visual acuity can be improved to at least the 20/40 level by contact lenses, but cannot be improved to that level by regular glasses, to a maximum of $250 every 2 calendar years.
4. services for visual training or remedial exercises.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Hospital Benefit

## Definitions

| | |
|---|---|
| Hospital | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| Chronic or Convalescent Hospital | means a legally licensed hospital with beds or units designated for convalescent or chronic care and which provides facilities for diagnosis, care and treatment of a person suffering from disease or injury on a 24 hour basis, with 24 hour services by registered nurses and physicians. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses, and which do not exceed the general level of charges in the area where the expense is incurred. |

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for private accommodation in a hospital, limited to the difference between the charges for semi-private and private accommodation for each day of hospitalization.

Room and board charges for semi-private accommodation for convalescent or chronic care (not custodial care) provided in a licensed hospital. Confinement must be certified as medially necessary by a physician and is limited to 60 days per calendar year.

## Optional Semi-Private Coverage

Eligible expenses mean reasonable and customary charges for semi-private accommodation in a hospital, limited to the difference between the charges for public ward and semi-private accommodation for each day of hospitalization.

## Exclusions

No benefit is payable for

1. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Extended Health - Supplementary Health Care Benefit

## Definitions

| | |
|---|---|
| Chiropodist/Podiatrist | means a person licensed by the appropriate provincial licensing authority. |
| Chiropractor | means a member of the Canadian Chiropractic Association or of a provincial association affiliated with it. |
| Hospital | means a legally licensed hospital which provides facilities for diagnosis, major surgery and the care and treatment of a person suffering from disease or injury, on an in-patient basis, with 24 hour services by registered nurses and physicians. This includes legally licensed hospitals providing specialized treatment for mental illness, drug and alcohol addiction, cancer, arthritis and convalescing or chronically ill persons when approved by Sun Life. This does not include nursing homes, homes for the aged, rest homes or other places providing similar care. |
| Osteopath | means a person who holds the degree of doctor of osteopathic medicine from a college of osteopathic medicine approved by the Canadian Osteopathic Association. |
| Physiotherapist | means a member of the Canadian Physiotherapy Association or of a provincial association affiliated with it. |
| Psychologist | means a permanently certified psychologist who is listed on the appropriate provincial registry in the province in which the service is rendered. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the general level of charges in the area where the expense is incurred. |
| Registered Massage Therapist | means a person licensed by the appropriate provincial licensing body or in the absence of a provincial licensing body, a person whose qualifications Sun Life determines to be comparable with those required by a licensing body. |
| Registered Nurse/ Registered Nursing Assistant/Certified Nursing Assistant/ Licensed Practical Nurse/ Registered Practical Nurse | means a nurse, nursing assistant or practical nurse or certified nursing assistant who is listed on the appropriate provincial registry. |
| Speech Language Pathologist | means a person who holds a master's degree in Speech Language Pathology and is a member or is qualified to be a member of the Canadian Speech and Hearing Association or any provincial association affiliated with it. |

## Eligible Expenses

To be eligible, the expenses must be medically necessary for the treatment of disease or injury and prescribed by a physician, unless otherwise specified.

Eligible expenses are the reasonable and customary charges for the items of expense listed below.

1. the services of a registered nurse (R.N.), registered nursing assistant (R.N.A.), certified nursing assistant (C.N.A.), licensed practical nurse (L.P.N.) or registered practical nurse (R.P.N.) when provided in the patient's home. To qualify as an eligible expense, the patient's treatment must require the level of expertise of an R.N., R.N.A., C.N.A., L.P.N., or R.P.N..

2. the services of the following practitioners, limited to a combined maximum of $850 per calendar year.

   - a psychiatrist,
   - a registered massage therapist,*
   - a speech language pathologist,
   - a psychologist,
   - a chiropractor*, including one x-ray examination per calendar year,
   - an osteopath*, including one x-ray examination per calendar year, and
   - a podiatrist or chiropodist*, including one x-ray examination per calendar year.

   * physician's prescription not required.

   Where applicable, expenses for practitioners' services eligible under a provincial health care plan will be reimbursed before the expenses exceed the annual maximums under the member's or covered dependant's provincial plan, starting from the first visit to the practitioner.

3. the services of a physiotherapist, as prescribed by a physician, in home treatment is not eligible.

4. the services of a dental surgeon, including dental prosthesis, required for the treatment of a fractured jaw or for the treatment of accidental injuries to natural teeth if the fracture or injury was caused by external, violent and accidental means, provided the services are performed within 12 months of the accident but excluding services required in conjunction with such fracture or injury due to a condition that existed before the accident. A physician's prescription is not required.

5. licensed ground ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation.

6. emergency air ambulance service to the nearest hospital equipped to provide the required treatment when the physical condition of the patient prevents the use of another means of transportation, and, if the patient requires the services of a registered nurse during the flight, the services and return air fare for a registered nurse.

7. orthopaedic shoes (includes stock item orthopaedic shoes), and orthopaedic modifications to shoes when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthopaedic shoes are limited to 1 pair every 12 month period, to a maximum of $250. Orthopaedic modifications are unlimited.

8. orthotics when they are required due to abnormal muscular, skeletal, vascular, or neurological conditions of the lower extremities (including flat feet), and are prescribed by a physician, podiatrist, chiropodist or chiropractor. Orthotics are limited to 1 pair per calendar year, to a maximum of $300.

9. hearing aids and repairs to them, excluding batteries, limited to 50% reimbursement and to a maximum of $300 for eligible expenses per calendar year.

10. trusses and crutches.

11. plaster of paris or fibreglass casts.

**Extended Health - Supplementary Health Care Benefit (aq02v032)**                                      **Q-2**
**January 1, 2005 (25654 Appendix C-4A)**

12. braces, provided they are not solely for athletic use.

13. artificial limbs or other prosthetic appliances.

14. oxygen.

15. diagnostic laboratory, P.S.A. testing and x-ray examinations (private clinics and associated diagnostic services are eligible for Québec residents only).

16. blood glucose monitors, limited to a 50% reimbursement to a maximum of $150 for eligible expenses incurred during a 5 year period.

17. c-pap apnea monitor, limited to a lifetime maximum of $1,500. Physician referral and diagnosis is required.

18. stump socks, limited to 5 pair per benefit year and elastic or surgical stockings including pressure gradient hose, limited to 4 pair per benefit year, to a combined maximum of $125 per calendar year.

19. obus forms, limited to 1 per lifetime, reimbursed at 50%.

20. wigs and hairpieces required as a result of alopecia, chemotherapy or radiation therapy limited to a calendar year maximum of $350 and a lifetime maximum of $1,500.

21. decubitis equipment, limited to 50% reimbursement.

22. rental, or purchase at our option, of durable equipment which is required for temporary therapeutic use in the patient's home and is approved by Sun Life. Eligible durable equipment includes, but is not limited to, items such as:

- wheel chairs,
- wheel chair repairs, limited to a lifetime maximum of $250,
- walkers,
- hospital beds,
- traction kits.

## Exclusions

No benefit is payable for

1. expenses for the services of a homemaker,
2. expenses for items purchased solely for athletic use,
3. dental expenses, except those specifically provided under Eligible Expenses for treatment of accidental injuries to natural teeth,
4. utilization fees which are imposed by the provincial health care plan for the use of a service,
5. expenses incurred under any of the conditions listed on the Extended Health Provision page as an Exclusion.

# Dental Provision

## Definitions

| | |
|---|---|
| Dentist | means a person licensed to practise dentistry by the provincial licensing authority. |
| Fee guide | refers to<br>1.  for services provided by dentists, the charges established for general practitioners by the provincial dental association in the province in which the expense is incurred,<br>2.  for services provided by paradental practitioners, the charges established by the provincial organization of paradental practitioners in the province in which the expense is incurred. |
| Paradental practitioner | means a person licensed by the appropriate provincial authority to work as a practitioner directly supplying and fitting dentures to the public. |
| Reasonable and customary charges | mean those which are usually made to a person without coverage for the items of expense listed under Eligible Expenses and which do not exceed the charges in the Dental Fee Guide specified in the Summary of Benefits. |

## Claims

A claim must be received by Sun Life within 18 months of the date the expense is incurred. However, if coverage for a member terminates, any claim must be received by Sun Life no later than 90 days following the end of the coverage.

For the assessment of a claim, Sun Life may require itemized bills, commercial laboratory receipts, reports, records, pre-treatment x-rays, study models or other information we consider necessary. Proof of claim is at the claimant's expense.

There is a time limit for proceedings against us for payment of a claim. A proceeding must be started within 1 year of Sun Life's receipt of the proof of claim.

The intentional omission, misrepresentation or falsification of information relating to any claim constitutes fraud.

## Payment of Benefits

Sun Life will administer reimbursement to the member when Sun Life receives proof that he or his covered dependant has incurred any of the eligible expenses for necessary dental services performed by:

1.  a dentist,
2.  qualified auxiliary personnel under the supervision of a dentist, or
3.  a paradental practitioner.

The maximums specified in the Summary of Benefits are payable maximums. To determine the amount payable, the total eligible expenses claimed are adjusted as follows:

1.  the deductible, which must be satisfied each calendar year, is subtracted,
2.  the reimbursement percentage is applied,
3.  the maximum amount payable is applied.

The Canadian Dental Association Procedure Codes are provided for identification of the individual treatment procedures included in each eligible expense of this provision. If a province does not use the

Canadian Dental Association Procedure Codes, the procedure codes in the fee guide of that province, for the same procedure, will apply.

If Sun Life cannot determine that the expenses incurred are eligible expenses, or if there is a change in the Canadian Dental Association Procedure Codes, payment may be based on the cost of similar services which are eligible expenses.

## Co-ordination of Benefits

If a member or dependant is covered under another plan, payment of benefits under this plan will be determined as follows

1.  If the other plan does not contain a co-ordination of benefits clause, payment under the other plan must be made before Sun Life will administer payment under this provision.

2.  If the other plan does contain a co-ordination of benefits clause, priority of payment will be attributed in the following order:

    Member

    a.  The plan where the person is covered as a member,
    b.  If a person is covered under two plans, priority goes to
        - the plan where the member is a full-time employee,
        - the plan where the member is a part-time employee,
        - the plan where the member is a retiree.

    Spouse

    c.  The plan where the person is covered as a member.

    Dependent Child

    d.  The plan of the parent with the earlier birthdate (month/day) in the calendar year.
    e.  The plan of the parent whose first name begins with the earlier letter in the alphabet, if the parents have the same birthdate.
    f.  In situations where parents are separated/divorced, then the following order applies,
        - the plan of the parent with custody of the dependent child,
        - the plan of the spouse of the parent with custody of the dependent child,
        - the plan of the parent not having custody of the dependent child,
        - the plan of the spouse of the parent not having custody of the dependent child.

3.  If a dental accident occurs, health plans with dental accident coverage will pay benefits before dental plans.

If priority cannot be established in the above manner, the benefits will be prorated in proportion to the amount that would have been paid under each plan had there been coverage by only that plan.

If a member or a covered dependant incurs expenses for the services of a dentist for the treatment of accidental injuries to teeth, payment for these expenses must be made under an extended health plan that includes these expenses as eligible expenses, before payment will be made under this provision.

Following payment under another plan, the amount of benefit payable under this plan will not exceed the total amount of eligible expenses incurred less the amount paid by the other plan.

## Exclusions and Limitations

No benefit is payable for

1. expenses for which benefits are payable under a Workers' Compensation Act, Workplace Safety and Insurance Act or a similar statute,
2. expenses incurred due to intentionally self-inflicted injuries,
3. expenses incurred due to civil disorder or war, whether or not war was declared,
4. expenses for which benefits are payable under a government plan.

Anaesthesia and laboratory procedure charges must be completed in conjunction with other services and the amount payable will be limited to the reimbursement percentage of the services they are being performed in conjunction with, as specified in the Summary of Benefits. Laboratory charges are also limited to 66 2/3% of the fee for the procedure in the Dental Fee Guide specified in the Summary of Benefits.

# Dental Provision - Diagnostic/Preventive Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| **(a) examination and diagnosis** | |
| - oral examination | 01101-01103,01206 |
| - limited examination | 01201 |
| - recall examination (once every 6 months) | 01202 |
| - special oral examination | 01204,01205,01501,01502,01601 01602,01801,01802 |
| - treatment planning | 05101-05104,05109 |
| - minor emergency treatment | 91111-91113,91119 |
| - consultation | 05201,05202,05209,93111,93112 93119 |
| - house call, institutional call and office visit | 94101,94302 |
| **(b) tests and laboratory examinations** | |
| - biopsy of oral tissue | 04311-04313,04321-04323 |
| - pulp vitality tests | 04501,04507,04509 |
| **(c) radiographs** | |
| - complete series (once every 36 months) | 02101,02102 |
| - periapical | 02111-02125 |
| - occlusal | 02131-02136 |
| - bitewing (once every 12 months) | 02141-02146 |
| - extraoral | 02201-02204,02209 |
| - sialography | 02401,02402,02409 |
| - radiopaque dyes to demonstrate lesions | 02411,02412,02419 |
| - panoramic (once every 24 months) | 02601 |
| - interpretation of radiographs received from another source | 02801,02802,02809 |
| - tomography | 02931-02934,02939 |
| **(d) preventive services** | |
| - dental polishing (once every 6 months) | 11101,11107 |
| - topical application of fluoride phosphate (once every 6 months) | 12101 |

|   |   |   |
|---|---|---|
| – | pit and fissure sealants (for persons under 19 years of age) | 13401,13409,13411,13419 |
| – | interproximal discing | 16201-16203,16209 |
| – | recontouring of teeth for functional reasons | 16401,16409 |

(e) space maintainers      15101-15105,15201,15202,15301, 15302,15401-15403,15501,15601-15604

(f) drug injections      96201-96203

(g) laboratory procedures      99111,99333

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses for replacement of space maintainers which have been lost, stolen or mislaid,
4. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
5. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Restorative Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) restorations | |
|   –   caries control | 20111,20119,20121,20129 |
|   –   trauma control | 20131,20139 |
|   –   amalgam | 21111-21115,21211-21215, 21221-21225,21401-21405 |
|   –   acrylic or composite resin | 23101-23105,23111-23115,23211-23215, 23221-23225,23311-23315, 23321-23325, 23401-23405,23411-23415,23501-23505, 23511-23515 |
|   –   prefabricated restorations | 22201,22202,22211,22212,22301,22302, 22311,22312,22401,22411, 22501,22511 |
| (b) periodontics | |
|   –   non surgical services | 41211-41214,41219,41221- 41224,41229,41231-41234,41239, 41301,41302,41309,42831-42834,42839 |
|   –   occlusal adjustment/equilibration (not exceeding 8 time units every year) | 16511-16514,16517,16519 |
|   –   scaling and root planing (not exceeding 16 time units each year) | 11111-11117,11119,43421-43427,43429 |
| (c) denture repairs | 55101,55102,55201-55203,55301, 55302,55401-55403,55601,55609 |
| (d) relining and rebasing of dentures | 56211-56213,56221-56223,56231-56233, 56241-56243,56311-56313,56321-56323, 56511-56513,56521-56523,56531-56533, 56551-56553,56602 |
| (e) surgical services | |
|   –   uncomplicated removals | 71101,71109 |
|   –   surgical removals and repositioning | 71201,71209,72111,72119,72211,72219, 72221,72229,72231,72239,72311,72319, 72321,72329,72331,72339,72511,72519, 72521,72529,72541,72551,72631,72639, 72711,72719 |
|   –   surgical excision | 74111-74118,74121-74128,74621, 74631-74638 |

| | | |
|---|---|---|
| – | surgical incision | 75111-75113,75121-75123 |
| – | fractures | 76941,76949,76951,76952,76959 |
| – | lacerations | 76961-76969,76971-76979,76981-76989 |
| – | frenectomy | 77801-77806 |
| – | miscellaneous surgical services | 79311-79314,79321,79322,79331,79333, 79341,79343,79401-79404,79601-79606 |

(f) anaesthesia (if performed in conjunction
    with oral surgery)

| | | |
|---|---|---|
| – | general anaesthesia | 92212-92219 |
| – | deep sedation | 92301-92309 |
| – | conscious sedation | 92411-92419,92421,92431-92439,92441- 92449,92451-92459 |

(g) laboratory procedures      99111,99333

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred for the treatment of malocclusion or for orthodontic treatment,
3. expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Orthodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) observation, adjustment | |
|   – oral examination | 01901,01902 |
|   – skull and facial bone survey | 02301-02304,02309 |
|   – cephalometric radiographs | 02701-02704,02709,02751,02752,02759 |
|   – hand and wrist radiographs | 02941 |
|   – diagnostic cast | 04931 |
|   – surgical services | 72531,72539 |
|   – observation, adjustment | 80601,80602 |
|   – repairs, alterations | 80631,80632,80639,80641,80642,80649, 80651,80659,80661,80669,80671,80679 |
|   – active appliances for tooth guidance or uncomplicated tooth movement | 81111-81116,81121-81124,81131-81135, 81141-81144,81151-81154,81161-81164, 81211,81212,81221,81222,81231,81232, 81241-81243,81251-81254,81261-81264, 81271-81274,81281,81291-81294 |
|   – retention appliances | 83101-83103,83201,83202 |
| (b) control of oral habits | |
|   – appliances | 14101,14102,14201,14202,14321,14322, 14329 |
|   – adjustments, repairs, maintenance | 14401-14403,14409 |
| (c) comprehensive treatment | 84101,84201,84301,84401,85101,85201, 85301,86101,86201,86301,87101,87201, 87301,88101,88201,88301,89101,89201, 89301,89501-89506 |
| (d) anaesthesia (if performed in conjunction with oral surgery) | |
|   – general anaesthesia | 92212-92219 |
|   – deep sedation | 92301-92309 |
|   – conscious sedation | 92411-92419,92421,92431-92439,92441- 92449,92451-92459 |
| (e) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1.  expenses for replacement of orthodontic appliances which have been lost, stolen or mislaid.
2.  expenses incurred for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
3.  expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision – Periodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense –

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) periodontics | |
|   &ndash;  surgical services | 42111,42201,42311,42321,42331,42339, 42341,42411,42421,42431,42441,42451, 42511,42512,42521,42522,42531,42541, 42551,42561,42571,42581,42611,42621, 42711,42811,42819 |
|   &ndash;  post-surgical treatment | 42821-42823,42829 |
|   &ndash;  adjunctive procedures | 43111,43211,43221,43231,43241,43251, 43261,43271,43281,43289,14611,14612, 14621-14623,14629,14631,14632 |
|   &ndash;  post treatment evaluation | 49101,49102,49109 |
| (b) major surgery | |
|   &ndash;  alveoloplasty | 73111,73121,73152-73154,73161,73171, 73172,73181-73184,73211,73221-73224, 73231,73241,73301,73302,73411,73421, 73431,73441,73451,73461,73511,73521, 73611,73621,73631 |
|   &ndash;  enucleation of cyst | 74611-74618 |
|   &ndash;  dislocations | 78102,78106 |
| (c) x-rays | |
|   &ndash;  temporomandibular joint x-rays | 02501-02504,02509 |
| (d) anaesthesia (if performed in conjunction with oral surgery) | |
|   &ndash;  general anaesthesia | 92212-92219 |
|   &ndash;  deep sedation | 92301-92309 |
|   &ndash;  conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (e) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for replacement of periodontal appliances which have been lost, stolen or mislaid,
3. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
4. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Denture Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
| --- | --- |
| (a) partial and complete dentures | |
| – complete dentures | 51101-51103,51301-51303,51601-51603, 51711-51713,51811-51813,51911-51913, 51941-51943 |
| – partial dentures | 52101-52103,52111-52113,52201-52203, 52211-52213,52301-52303,52311-52313, 52401-52403,52411-52413,52711-52713, 52811-52813,52911-52913,52941-52943, 53101-53103,53111-53113,53121-53123, 53201-53203,53205,53211-53213,53215, 53301,53302,53701-53703,53711-53713, 53811-53813,53911-53913 |
| (b) remakes and adjustments | |
| – adjustment to dentures | 54201,54202,54209 |
| – remake partial dentures | 56411-56413 |
| (c) examinations | |
| – oral examination | 01701-01703 |
| – diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with a denture, is an eligible expense if the replacement is required to replace an existing denture which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to an existing partial denture is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial dentures to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for replacement dentures which have been lost, stolen or mislaid,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,

5. expenses for replacement of dentures and addition of teeth to existing dentures except as provided under Eligible Expenses,

6. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Bridge Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense -

| Procedures | Canadian Dental Association Procedure Codes |
| --- | --- |
| (a) hemisection | 34421-34423 |
| (b) fixed bridgework | |
|    –   bridge pontics | 62101-62104,62501,62502,62701-62703,62801 |
|    –   retainers | 67101,67102,67111,67113,67121,67131, 67201,67211,67221,67231,67241,67251, 67301,67311,67321,67322,67331,67341, 67411,67501 |
|    –   other prosthetic services | 67213,69301-69305 |
| (c) repairs and adjustments | |
|    –   porcelain repairs | 66711,66719,66721,66729,66731,66739 |
|    –   repairs to bridges | 63001,63009,66111-66114,66119,66211-66214,66219,66221-66224,66229,66251-66254,66259,66301-66304,66309 |
| (d) examinations | |
|    –   oral examination | 01701-01703 |
|    –   diagnostic casts | 04741,04749,04911,04921-04923 |
| (e) anaesthesia (if performed in conjunction with oral surgery) | |
|    –   general anaesthesia | 92212-92219 |
|    –   deep sedation | 92301-92309 |
|    –   conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (f) laboratory procedures | 99111,99333 |

Replacement of an existing denture or bridgework with bridgework is an eligible expense if the replacement is required to replace an existing denture or bridgework which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original denture or bridgework.

The addition of teeth to existing bridgework is an eligible expense if the addition is required to replace one or more teeth removed while the member or covered dependant is covered under this benefit.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for initial bridgework (including crowns and inlays forming the retainers) to replace a tooth or teeth missing before the member or covered dependant became covered under this benefit or to replace a tooth or teeth congenitally missing,
3. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
4. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
5. expenses for replacement of bridgework and addition of teeth to existing bridgework except as provided under Eligible Expenses,
6. expenses for permanent splinting,
7. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,
8. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision - Crown Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense –

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) crowns, inlays, onlays | |
| – metal inlay restorations | 25111-25114,25511 |
| – composite inlay restorations | 25121-25124,25521 |
| – porcelain/ceramic inlay restorations | 25131-25134,25141-25144,25531 |
| – crowns | 25711-25713,25721-25724,27111,27113, 27121,27131,27136,27201,27206,27211, 27213,27216,27221,27301,27306,27311, 27313 |
| – other restorative services | 21301,23601,23602,25601-25605, 25731-25733,25741-25743,25751-25756, 25771,25781-25784,25789,27401,27409, 27801,27809,28101,28102,28103 |
| (b) repairs and adjustments | |
| – porcelain repairs | 27711,27721,27722 |
| – recementing crowns | 29101-29104,29109,29301-29304,29309 |
| (c) examinations | |
| – oral examination | 01701-01703 |
| – diagnostic casts | 04741,04749,04911,04921-04923 |
| (d) laboratory procedures | 99111,99333 |

Replacement of an existing crown, inlay or onlay is an eligible expense if the replacement is required to replace an existing crown, inlay or onlay which was installed at least 3 years before the replacement, limited to a maximum eligible expense of the value and quality of the original crown, inlay or onlay.

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses for crowns and onlays, placed on a tooth not functionally impaired by incisal angle or cuspal damage,
3. expenses for prosthetic devices which are ordered while the member or covered dependant is covered under this benefit but are installed after termination of this benefit,
4. expenses for replacement of crowns, inlays or onlays except as provided under Eligible Expenses,
5. expenses for permanent splinting,

6. expenses for full mouth reconstructions, for vertical dimension correction or for correction of temporomandibular joint dysfunction,

7. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.

# Dental Provision – Endodontic Benefit

## Eligible Expenses

Eligible expenses mean reasonable and customary charges for the following items of expense –

| Procedures | Canadian Dental Association Procedure Codes |
|---|---|
| (a) endodontics | |
| – pulpotomy | 32221,32222,32231,32232 |
| – root canal therapy | 33111-33114,33116,33121-33124,33126, 33131-33134,33136,33141-33144,33146, 33401-33403,33601-33605,33611-33614 |
| – periapical services | 34111,34112,34121-34123,34131-34134, 34141,34142,34151-34153,34161-34164, 34211,34212,34221-34224,34231-34234, 34241,34242,34251-34254,34261-34264, 34411,34412,34431,34432,34441-34446, 34511,34521-34523,34601,34602, |
| – other endodontic procedures | 39101,39201,39202,39211,39212,39411-39413 |
| – emergency procedures | 32311-32314,32321,32322 |
| (b) anaesthesia (if performed in conjunction with oral surgery) | |
| – general anaesthesia | 92212-92219 |
| – deep sedation | 92301-92309 |
| – conscious sedation | 92411-92419,92421,92431-92439,92441-92449,92451-92459 |
| (c) laboratory procedures | 99111,99333 |

## Exclusions

No benefit is payable for

1. expenses for cosmetic services,
2. expenses incurred under any of the conditions listed on the Dental Provision page as an Exclusion or Limitation.