Exhibit D

Nortel Networks Limited

Contract No. 20531,20532,20536

Cash Flow Interest and Incurred But Not Reported Reserve Requirement

January 01, 2009 to December 31, 2009

**Cash Flow Interest**

| | Amount | | Weighting Factor | | Interest Rate | | Interest Amount |
|---|---|---|---|---|---|---|---|
| Premium | 6,041,007 | x | 0.414658 | x | 0.00% | = | - |
| Experience Rated Paid Claims | 6,076,750 | x | 0.789041 | x | 0.00% | = | - |
| Experience Rated Conversion Charges | 150,541 | x | 0.50 | x | 0.00% | = | - |
| Retention Charge * | 111,185 | x | 0.50 | x | 0.00% | = | - |
| Premium Tax | 127,465 | x | 0.458333 | x | 0.00% | = | - |
| | | | | | Total | | - |

\* excludes premium tax

**Incurred But Not Reported Reserve Requirement:**

The reserve level required as per the Financial Letter of Agreement is 8% of the Basic Life annual premium. Therefore, the required IBNR level for January 1, 2010 is:
8% of $6,041,007 = $483,281.

Exhibit E

Nortel Networks Limited

Contract No. 20531,20532,20536

Claims Fluctuation Reserve

January 01, 2009 to December 31, 2009

HELD BY CONTRACT HOLDER

| | |
|---|---|
| CFR Target Level | 10% of annual premium |
| Annual Premium | 6,041,007 |
| Target CFR | 604,101 |

Exhibit F

Nortel Networks Limited

Contract No. 20531,20532,20536

Deposit Fund

January 01, 2009 to December 31, 2009

Balance at January 1, 2009                                               -

           Interest                                                      -

Balance at December 31, 2009                                             -

* The balance in this fund will earn interest at the cash flow rate.

Exhibit G

Nortel Networks Limited

Contract No. 20532-001

Financial Accounting - Union

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 119,115 |
| | |
| **Experience Rated Claims Charge:** | |
| Experience Rated Paid Claims | - |
| Experience Rated Conversion Charges | - |
| Total Experience Rated Claims Charge | - |
| | |
| **Retention Charges:** | |
| General Administration | - |
| Claims Administration | - |
| Cost of Capital | 524 |
| Risk Charge | 167 |
| Premium Tax | 2,513 |
| Other Charges | - |
| Total Retention Charge | 3,204 |
| | |
| **Plan Year Interest:** | |
| Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | 115,911 |

Exhibit H

Nortel Networks Limited

Contract No. 20531-777

Financial Accounting - Non Union

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 613,434 |
| | |
| Experience Rated Claims Charge: | |
|   Experience Rated Paid Claims | 626,950 |
|   Experience Rated Conversion Charges | - |
| Total Experience Rated Claims Charge | 626,950 |
| | |
| | |
| Retention Charges: | |
|   General Administration | 2,821 |
|   Claims Administration | 2,450 |
|   Cost of Capital | 2,699 |
|   Risk Charge | 859 |
|   Premium Tax | 12,943 |
|   Other Charges | - |
| Total Retention Charge | 21,772 |
| | |
| Plan Year Interest: | |
|   Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | (35,288) |

Exhibit I

Nortel Networks Limited

Contract No. 20532-002,003,004,005,006

Financial Accounting - Pensioners Union

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 2,372,435 |
| | |
| Experience Rated Claims Charge: | |
|   Experience Rated Paid Claims | 2,335,250 |
|   Experience Rated Conversion Charges | - |
| Total Experience Rated Claims Charge | 2,335,250 |
| | |
| | |
| Retention Charges: | |
|   General Administration | 10,509 |
|   Claims Administration | 28,700 |
|   Cost of Capital | 10,439 |
|   Risk Charge | 3,321 |
|   Premium Tax | 50,058 |
|   Other Charges | - |
| Total Retention Charge | 103,027 |
| | |
| Plan Year Interest: | |
|   Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | (65,842) |

Exhibit J

Nortel Networks Limited

Contract No. 20531-001,002,003

Financial Accounting - Pensioners Non Union

January 01, 2009 to December 31, 2009

| | |
|---|---|
| Premium | 2,936,023 |
| | |
| Experience Rated Claims Charge: | |
| Experience Rated Paid Claims | 3,114,550 |
| Change in Experience Rated IBNR Reserve | 150,541 |
| Change in Experience Rated Waiver of Premium Reserve | - |
| Experience Rated Conversion Charges | - |
| Total Experience Rated Claims Charge | 3,265,091 |
| | |
| Retention Charges: | |
| General Administration | 14,693 |
| Claims Administration | 16,975 |
| Cost of Capital | 12,918 |
| Risk Charge | 4,110 |
| Premium Tax | 61,951 |
| Other Charges | - |
| Total Retention Charge | 110,647 |
| | |
| Plan Year Interest: | |
| Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | (439,715) |

Appendix

Nortel Networks Limited

Contract No. 20531,20532,20536

Death Claim Listing By Experience Group
Life Conversion Claim Listing By Benefit

January 01, 2009 to December 31, 2009

[REDACTED]

# Death Claim Listing by Benefit and Certificate

January 1, 2009 to December 31, 2009

**NORTEL NETWORKS LIMITED**

Contract Number: 020531

## Summary

**Summary for all Benefits**

| Benefit | Total Number of Certificates | Face Amount |
|---|---|---|
| Employee Life | 111 | 3,741,500.00 |
| Canadian Dollars Total Claims | 111 | 3,741,500.00 |

## Details

# Death Claim Listing by Benefit and Certificate
January 1, 2009 to December 31, 2009

NORTEL NETWORKS LIMITED
Contract Number: 020532

## Summary

### Summary for all Benefits

| Benefit | Total Number of Certificates | Face Amount |
|---|---|---|
| Employee Life | 164 | 2,335,250.00 |
| Canadian Dollars Total Claims | 164 | 2,335,250.00 |

## Details

# Death Claim Listing by Benefit and Certificate

January 1, 2009 to December 31, 2009

NORTEL NETWORKS LIMITED
Contract Number: 020536

## Summary

### Summary for all Benefits

| Benefit | Total Number of Certificates | Face Amount |
|---|---|---|
| Employee Life | 0 | 0.00 |
| Canadian Dollars Total Claims | 0 | 0.00 |

## Details

Life Conversion Claim Listing by Experience Group and Certificate
January 1, 2009 to December 31, 2009

NORTEL NETWORKS LIMITED
Contract Number: 020531

Contract Number: 020532

# Sun Life Reports

# 15

# Nortel Networks Limited

FINANCIAL REPORT
OPTIONAL LIFE

covering the period

January 1, 2009

to

December 31, 2009

Contract No. 20533, 20534

Nortel Networks Limited

Contract No. 20533, 20534

Table of Contents

| | |
|---|---|
| Exhibit A | Premium Summary |
| Exhibit B | Financial Accounting |
| Exhibit C | Retention Calculations |
| Exhibit D | Cash Flow Interest and Incurred But Not Reported Reserve Requirement |
| Exhibit E | Claims Fluctuation Reserve |
| Exhibit F | Deposit Fund |
| Exhibit G | Financial Accounting - Union |
| Exhibit H | Financial Accounting - Non Union |
| | |
| Appendix | Death Claim Listing By Experience Group  [REDACTED] |
| | Life Conversion Claim Listing By Benefit |

Exhibit A
Premium Summary
Nortel Networks Limited
Contract No. 20533, 20534
January 01, 2009 to December 31, 2009

Optional Life Insurance

| Premium Month | Non-Union Premium (#20533) | Union Premium (#20534) | Total |
|---|---|---|---|
| Jan-09 | 281,007.22 | 16,469.37 | 297,476.59 |
| Feb-09 | 182,078.25 | 16,394.39 | 198,472.64 |
| Mar-09 | 175,285.56 | 16,096.21 | 191,381.77 |
| Apr-09 | 166,657.78 | 15,728.96 | 182,386.74 |
| May-09 | 161,885.09 | 15,501.40 | 177,386.49 |
| Jun-09 | 158,658.77 | 15,192.17 | 173,850.94 |
| Jul-09 | 228,353.02 | 14,454.88 | 242,807.90 |
| Aug-09 | 152,008.08 | 14,108.30 | 166,116.38 |
| Sep-09 | 148,300.04 | 13,927.39 | 162,227.43 |
| Oct-09 | 144,974.63 | 13,621.51 | 158,596.14 |
| Nov-09 | 141,968.94 | 13,268.66 | 155,237.60 |
| Dec-09 | 146,034.07 | 12,335.74 | 158,369.81 |
| Total | 2,087,211.45 | 177,098.58 | 2,264,310.43 |

Exhibit B

Nortel Networks Limited

Contract No. 20533, 20534

Financial Accounting

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 2,264,310 |
| | |
| Experience Rated Claims Charge: | |
| Experience Rated Paid Claims | 1,658,000 |
| Experience Rated Conversion Charges | 114,689 |
| Total Experience Rated Claims Charge | 1,772,689 |
| | |
| Retention Charges: | |
| General Administration | 7,977 |
| Claims Administration | 750 |
| Cost of Capital | 9,963 |
| Risk Charge | 3,170 |
| Premium Tax | 46,418 |
| Other Charges | - |
| Total Retention Charge | 68,278 |
| | |
| Plan Year Interest: | |
| Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | 423,343 |
| | |
| Premium Tax Credit on Surplus | 8,860 |
| | |
| Transfer to Deposit Fund at December 31, 2009 | (432,203) |
| | |
| Closing Balance at December 31, 2009 | - |

Exhibit C

Nortel Networks Limited

Contract No. 20533, 20534

Retention Calculations

January 01, 2009 to December 31, 2009

| General Administration | 0.45% of claims charge | | | | |
|---|---|---|---|---|---|
| Optional Life | 1,772,689 | x | 0.0045 | = | 7,977 |

| Claims Administration | $75 per notified Optional death claim | | | | |
|---|---|---|---|---|---|
| Optional death claims | 10 | x | 75 | = | 750 |

| Cost of Capital | 0.44% of premium | | | | |
|---|---|---|---|---|---|
| Optional Life | 2,264,310 | x | 0.0044 | = | 9,963 |

| Risk Charge | 0.14% of premium | | | | |
|---|---|---|---|---|---|
| Optional Life | 2,264,310 | x | 0.0014 | = | 3,170 |

| Premium Tax | 2.05% of premium | | | | |
|---|---|---|---|---|---|
| Optional Life | 2,264,310 | x | 0.0205 | = | 46,418 |

Other Charges

Exhibit D

Nortel Networks Limited

Contract No. 20533, 20534

Cash Flow Interest and Incurred But Not Reported Reserve Requirement

January 01, 2009 to December 31, 2009

Cash Flow Interest

|  | Amount | | Weighting Factor | | Interest Rate | | Interest Amount |
|---|---|---|---|---|---|---|---|
| Premium | 2,264,310 | x | 0.448556 | x | 0.00% | = | - |
| Experience Rated Paid Claims | 1,658,000 | x | 0.663014 | x | 0.00% | = | - |
| Experience Rated Conversion Charges | 114,689 | x | 0.50 | x | 0.00% | = | - |
| Retention Charge * | 21,860 | x | 0.50 | x | 0.00% | = | - |
| Premium Tax | 46,418 | x | 0.458333 | x | 0.00% | = | - |
|  |  |  |  |  | Total |  | - |

* excludes premium tax

Incurred But Not Reported Reserve Requirement:

The reserve level required as per the Financial Letter of Agreement is 8% of the Optional Life annual premium. Therefore, the required IBNR level for January 1, 2010 is:
8% of $2,264,310 = $181,145.

Exhibit E

Nortel Networks Limited

Contract No. 20533, 20534

Claims Fluctuation Reserve

January 01, 2009 to December 31, 2009


HELD BY CONTRACT HOLDER


| | |
|---|---|
| CFR Target Level | 10% of annual premium |
| Annual Premium | 2,264,310 |
| Target CFR | 226,431 |

Exhibit F

Nortel Networks Limited

Contract No. 20533, 20534

Deposit Fund

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Balance at January 1, 2009 | 1,358,578 |
| | |
| Interest to May 15 2009 | 920.85 |
| Transfer to Basic Life deficit at May 1, 2009 | (399,516.87) |
| Cheque issued May 15, 2009 ** | (959,981.98) |
| Transfer from current year surplus | 432,203 |
| | |
| Balance at December 31, 2009* | 432,203 |

    ** total cheque was for 1,029,960.87 and included 69,978.89
    in RST credits.


* The balance in this fund will earn interest at the cash flow rate.


Retail Sales Tax Overview

**Quebec**

| | Credit |
|---|---|
| Potential Sales Tax credit available as at  Dec 31 2009 | 4,154.34 |


**Ontario**

| | Credit | Expiry Date |
|---|---|---|
| Potential Sales Tax credit available as at  Dec 31 2009 | 28,487.36 | Dec 31 2013 |

Exhibit G

Nortel Networks Limited

Contract No. 20534

Financial Accounting - Union

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 177,099 |
| | |
| Experience Rated Claims Charge: | |
| Experience Rated Paid Claims | - |
| Experience Rated Conversion Charges | - |
| Total Experience Rated Claims Charge | - |
| | |
| Retention Charges: | |
| General Administration | - |
| Claims Administration | - |
| Cost of Capital | 779 |
| Risk Charge | 248 |
| Premium Tax | 3,630 |
| Other Charges | - |
| Total Retention Charge | 4,657 |
| | |
| Plan Year Interest: | |
| Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | 172,442 |

Exhibit H

Nortel Networks Limited

Contract No. 20533

Financial Accounting - Non Union

January 01, 2009 to December 31, 2009

| | |
|---|---:|
| Premium | 2,087,211 |
| | |
| Experience Rated Claims Charge: | |
|   Experience Rated Paid Claims | 1,658,000 |
|   Experience Rated Conversion Charges | 114,689 |
| Total Experience Rated Claims Charge | 1,772,689 |
| | |
| Retention Charges: | |
|   General Administration | 7,977 |
|   Claims Administration | 750 |
|   Cost of Capital | 9,184 |
|   Risk Charge | 2,922 |
|   Premium Tax | 42,788 |
|   Other Charges | - |
| Total Retention Charge | 63,621 |
| | |
| Plan Year Interest: | |
|   Cash Flow Interest | - |
| Total Plan Year Interest | - |
| | |
| Plan Year Surplus / (Deficit) | 250,901 |

Appendix

Nortel Networks Limited

Contract No. 20533, 20534

Death Claim Listing By Experience Group
Life Conversion Claim Listing By Benefit

January 01, 2009 to December 31, 2009

[REDACTED]

# Death Claim Listing by Benefit and Certificate

January 1, 2009 to December 31, 2009

NORTEL NETWORKS LIMITED
Contract Number: 020533

## Summary

### Summary for all Benefits

| Benefit | Total Number of Certificates | Face Amount |
|---|---|---|
| Optional Life | 5 | 1,543,000.00 |
| Optional Spouse Life | 1 | 30,000.00 |
| Optional Child Life | 4 | 85,000.00 |
| Canadian Dollars Total Claims | 10 | 1,658,000.00 |

## Details



# Death Claim Listing by Benefit and Certificate

January 1, 2009 to December 31, 2009

NORTEL NETWORKS LIMITED

Contract Number: 020534

## Summary

### Summary for all Benefits

| Benefit | Total Number of Certificates | Face Amount |
|---|---|---|
| Optional Life | 0 | 0.00 |
| Canadian Dollars Total Claims | 0 | 0.00 |

## Details

**Life Conversion Claim Listing by Experience Group and Certificate**
January 1, 2009 to December 31, 2009

**NORTEL NETWORKS LIMITED**
Contract Number: 020533

**APPENDIX "N"**

## INDEX TO HWT TAX RETURNS

HWT Tax Return for Tax Year from January 1, 2005 to December 31, 2005    1

HWT Tax Return for Tax Year from January 1, 2006 to December 31, 2006    2

HWT Tax Return for Tax Year from January 1, 2007 to December 31, 2007    3

HWT Tax Return for Tax Year from January 1, 2008 to December 31, 2008    4

HWT Tax Return for Tax Year from January 1, 2009 to December 31, 2009    5

\5880342

**1**

2006-03-2Apr. 26. 2010 1:36PM    NORTEL    2005-12-31    No. 1533    P. 1    Health & Welfare
T10-3433-06

| ■◆■ | Canada Customs and Revenue Agency | Agence des douanes et du revenu du Canada | Do not use this area | 2005 |

## T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the *T3 Trust Guide*.

▲ **Step 1 – Identification and other required information**

| | |
|---|---|
| Name of trust | Trust account number |
| **Nortel Networks Health & Welfare Trust** | T10-3433-06 |
| Name of trustee, executor, liquidator, or administrator | Do not use this area |
| **The Northern Trust Company** | |
| Mailing address of trustee, executor, liquidator, or administrator | Telephone number |
| **161 Bay Street, Suite 4540** | (416) 365-7161 |
| | Postal code |
| **Toronto**                    **Ontario** | M5J 2S1 |
| Mailing address, if different than trustee (or name and mailing address of the contact person, if different) | Telephone number |
| **Nortel Networks** | (905) 863-6215 |
| | Postal code |
| **8200 Dixie Road, Suite 100**        **Brampton**        **Ontario** | L6T 5P6 |

Residence of trust at end of taxation year        Country (if other than Canada)        **Ontario**
If Canada, state the province or territory

Is this a Yukon First Nation (FN) trust?    No [X]    Yes [ ]    *If yes, give the FN name and identification number.*
If the trust had business income in the year, state the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident of Canada in the year, give the date it:    became resident    Year    Month    Day    or ceased residence    Year    Month    Day

**Type of trust**

**Testamentary**
[ ] Spousal or common-law partner
Date of death    Year    Month    Day
Social insurance number of deceased
[ ] Other

**Inter vivos**
[ ] Spousal or common-law partner
Date trust was created    Year    Month    Day    **1980-01-01**
[ ] Unit
[ ] Non-profit organization – Business Number:
[ ] Mutual fund
[ ] Employee trust
[ ] Communal organization
[ ] Personal trust
[ ] Employee benefit plan
[ ] Joint spousal or common-law partner trust
Insurance segregated fund
[ ] Alter ego trust
[ ] Fully or partially registered
[X] Other inter vivos (specify)
[ ] Non-registered
**Health & Welfa**

Deemed resident
Is this a deemed resident trust?    Yes [ ]    If yes, please indicate any other country in which it is also considered resident.

**Return for taxation year**

from    Year    Month    Day    **2005-01-01**    to    Year    Month    Day    **2005-12-31**

Is this the first year of filing a T3 return?    No [X]    Yes [ ]

If no, for what year was the last return filed?    _____ Year

If yes, attach a copy of the trust document or will, and a list of assets at death (unless filed with the deceased's final T1 return).    Attached [ ]    With T1 [ ]

Is this an amended return?    No [X]    Yes [ ]

Address on last return is same as above, or the following:    Same [ ]

Is this the final return of the trust?    No [X]    Yes [ ]
If yes, give the date the trust wound up, or is planning to wind up.    Year    Month    Day

In which official language do you want to receive correspondence?    English [X]    French [ ]

## Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

...s trust dealt with a non-resident trust or corporation in the year, contact us at 1-800-959-8281 for more filing requirements.

Did the trust hold foreign property at any time in the taxation year with a total cost of more than CAN$100,000?    No [X]    Yes [ ]

If yes, attach a completed Form T1135, *Foreign Income Verification Statement.*

T3 RET E (05)

**Canada**
CRA-05-502

## Other required information

|   |   | No | Yes |
|---|---|---|---|
| 1. | Is the trust one of a number of trusts created from contributions by the same individual? If yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. . . . . . . . . . . . . | [X] | [ ] |
| | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? If yes, state the year, and, if during this taxation year, attach a statement showing the changes. . . . . . . . . . . . . _____ | [X] | [ ] |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? If yes, state the year, and, if during this taxation year, attach copies of the documents effecting these changes. . . . . . . . . . | [X] | [ ] |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | [ ] | [X] |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, state the year, and, if during this taxation year, attach a statement giving the details. _____ | [X] | [ ] |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? If yes, state the year, and, if during this taxation year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. . . . . . . . . . . . . . . . . . . | [X] | [ ] |
| 7. | In any previous taxation year, did the trust file Form T1015 to elect to defer the deemed realization day? | [X] | [ ] |
| 8. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? If yes, complete Schedule 9. . . . . . . . . . . . . . . | [X] | [ ] |
| 9. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust, where the beneficial ownership of the property did not change as a result of the transfer? If yes, state the year, and, if during this taxation year, attach a statement giving details. _____ | [X] | [ ] |
| 10. | Did the trust distribute assets other than cash to a beneficiary during the taxation year? If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, also state the beneficiary's social insurance number. | [X] | [ ] |
| 11. | Did the trust receive any additional property by way of a contribution of property (as defined in the Glossary of the guide) since June 22, 2000? If yes, state the year, and, if during this taxation year, attach a statement giving details. . . . . . . . . . . . . . . . . . . . . | [X] | [ ] |

## Step 2 – Calculating total income — See lines 01 to 20 in the guide.

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | Taxable capital gains (line 21 of Schedule 1) | | | | 01 • |
| ▲ | Pension income | | | | 02 • |
| ▲ | Actual amount of dividends from taxable Canadian corporations (line 1 of Schedule 8) | | | | 03 • |
| ▲ | Foreign investment income (line 4 of Schedule 8) | | | | 04 • |
| ▲ | Other investment income (line 10 of Schedule 8) | | | 11,789,904 00 | 05 • |
| | Business income (Form T2124) | Gross | 96 | Net | 06 • |
| | Farming income (Form T2042 or CAIS program form) | Gross | 97 | Net | 07 • |
| | Fishing income (Form T2121) | Gross | 98 | Net | 08 • |
| | Rental income (Form T776) | Gross | 99 | Net | 09 • |
| | NISA Fund 2 | | | | 10 • |
| | (includes _____ NISA Fund 2 payments received while the beneficiary spouse or common-law partner is, or was, alive, or received by a communal organization) | | | | • |
| | Deemed realizations (line 42 of Form T1055) | | | | 11 • |
| ▲ | Other income (specify and attach any information slips received) | | | | |
| | _____ | _____ | | | |
| | _____ | _____ | | | |
| | _____ | _____ | | | |
| | _____ | _____ | ▶ | | 19 • |
| | Add lines 01 to 19. This is the trust's total income. | | 11,789,904 00 ▶ | 11,789,904 00 | 20 |

3

## Step 3 – Calculating net income – See lines 21 to 50 in the guide.

| | | | |
|---|---|---|---|
| Trust's total income (line 20 of page 2) | | | 11,789,904 00 20 |

| | | | | |
|---|---|---|---|---|
| ▲ | Carrying charges and interest expenses (line 15 of Schedule 8) | | 712,481 61 | 21 ● |
| | Trustee fees – See lines 22 to 24 in the guide. | 22 ● | | |
| | Trustee fees that do not relate to income or were deducted elsewhere on this return | 23 ● | | |
| | Trustee fees deductible from income (line 22 minus line 23) | ▶ | | 24 |
| | Allowable business investment losses (ABIL) | | | 25 ● |
| | Other deductions from total income (specify – see line 40 in the guide) | | | |
| | Trust Claim Premiums | 11,077,422 39 | | |
| | | 11,077,422 39 ▶ | 11,077,422 39 | 40 ● |
| ▲ | Add lines 21, 24, 25, and 40. | | 11,789,904 00 ▶ | 11,789,904 00 41 |
| ▲ | Line 20 minus line 41. | | | 0 00 42 |

| | | | | |
|---|---|---|---|---|
| | Taxable benefits – See lines 43 and 44 in the guide. | | | |
| | Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | 43 ● | | |
| | Value of other benefits to a beneficiary | 44 ● | | |
| | Total taxable benefits (line 43 plus line 44) | ▶ | | 45 |
| ▲ | Income before allocations (line 42 plus line 45) | | | 0 00 46 |

| | | | | |
|---|---|---|---|---|
| | Amounts paid or payable to beneficiaries | A ● | | |
| | Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | B ● | | |
| | Total income allocations and designations to beneficiaries (line A minus line B) | ▶ | | 47 ● |
| | Income after allocations (line 46 minus line 47) | | | 0 00 48 |
| ▲ | Gross-up amount of dividends retained or not designated by the trust (line 21 of Schedule 8) · | | | 49 ● |
| ▲ | Line 48 plus line 49. This is the trust's net income. | | | 0 00 50 ● |

## Step 4 – Calculating taxable income – See lines 51 to 56 in the guide.

| | | | | |
|---|---|---|---|---|
| | Deductions to arrive at taxable income | | | |
| | Non-capital losses of other years – See line 51 in the guide. | 51 ● | | |
| | Net capital losses of other years – See line 52 in the guide. | 52 ● | | |
| | Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 5) | 53 ● | | |
| | Other deductions to arrive at taxable income (specify – see line 54 in the guide) | | | |
| | | 54 ● | | |
| | Add lines 51 to 54. | 0 00 ▶ | 0 00 55 | |
| ▲ | Line 50 minus line 55. This is the trust's taxable income. | | 0 00 56 ● | |

If the amount is more than zero, enter the amount on line 56,
and on line 1 of Schedule 11. If the amount is zero or negative,
enter "0" on line 56, and enter the actual amount on line 23 of
Schedule 12 if minimum tax applies.

Health and
2006-03-2‍ Apr. 26. 2010ᴵᵀ 1:37PM   NORTEL         2005-12-31          No. 1533ʳᵗᵉˡ ᴬᵖ. 4ᵗˢ Health & Welfare
                                                                              T10-3433-06

4

**Step 5 – Summary of tax and credits –** See lines 81 to 100 in the guide.

| Tax: | | | | |
|---|---|---|---|---|
| ▲ | Total federal tax payable (line 41 of Schedule 11, or line 55 of Schedule 12) | | 81 ∎ | |
| | Provincial or territorial tax payable (from the applicable provincial or territorial form) | | 82 ∎ | |
| | Part XII.2 tax payable (line 12 of Schedule 10) | | 83 ∎ | |
| | Add lines 81 to 83. Total taxes payable. | 0 00 ▶ | | 0 00 84 ● |

| Credits: | | | | |
|---|---|---|---|---|
| ▲ | Tax paid by instalments | | 85 ● | |
| ▲ | Total tax deducted (see lines C, D, and 86 in the guide) | C | | |
| | Transfer to Quebec | D | | |
| | Net tax deducted (line C minus line D) | ▶ | 86 ● | |
| | Refundable Quebec abatement (line 42 of Schedule 11, or line 56 of Schedule 12) | | 87 ● | |
| | Refundable investment tax credit (Form T2038(IND)) | | 88 ● | |
| | Capital gains refund (Form T184) | | 89 ● | |
| | Part XII.2 tax credit (box 38 of T3 slip) | | 90 ● | |
| | Other credits (specify) | | 91 ● | |
| ▲ | Add lines 85 to 91. Total credits. | 0 00 ▶ | | 0 00 93 |
| ▲ | Refund or balance owing – Line 84 minus line 93. | | | 0 00 94 |

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

▲                                                    Amount enclosed                          95

**Payment:  Attach a cheque or money order payable to the Receiver General. Do not mail cash.**

▲                                                    Refund code
                                                     (see the guide for details)    ☐   100

---

▲ Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.




Fax

| | Postal code | Telephone number |
|---|---|---|

*Privacy Act* – Personal Information Bank number RCT/P-PU-015.

**Certification** (by trustee, executor, liquidator, or administrator)

I, (please print)   John Doolittle
certify that the information given on this T3 return and in any
documents attached is, to the best of my knowledge, correct,
complete, and fully discloses the income from all sources.

Authorized person's signature
Vice President, Tax
Position or title
Date   Mar 30 06

**T3 – 2005    PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX    SCHEDULE 10**

- Enter the applicable taxation year in the box above. Attach a completed copy of this schedule to the trust's return.
  \All references to "the guide" are to the *T3 Trust Guide*.

---

## Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

- Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.
- Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.
- We define designated beneficiary and specified income in the guide, under "Schedule 10 – *Part XII.2 Tax and Part XIII Non-Resident Withholding Tax*."
- Part XII.2 tax is due no later than 90 days after the trust's taxation year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.
- Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

**Specified income**

| | | |
|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 06 to 08 of the return) | 10010 | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 | 2 |
| Net income (loss) from timber resource properties | 10030 | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 | 5 |
| Total specified income (add lines 1 to 5) | | 6 |

**Calculating Part XII.2 tax**

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | |
|---|---|---|
| Resident beneficiaries (line 928, column 1 of Schedule 9) | | 7 |
| Non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 8 |
| Subtotal (line 7 plus line 8) | ▶ | 9 |
| Taxable benefits (line 44 of the return) | | 10 |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) | ▶ | 11 |

Part XII.2 tax payable (line 6 or line 11, whichever is less)         X 36% =            12
Enter the amount from line 12 on line 63 of the T3 return.

**Calculating Part XII.2 refundable tax credit for eligible beneficiaries**

| Income allocated to non-resident beneficiaries | | | | |
|---|---|---|---|---|
| Divide by amount from line 11 | x | Amount from line 12 | = | 13 |

Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13)         14

Enter the amount from line 14 on line 938 of Schedule 9, *Income Allocations and Designations to Beneficiaries*. If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit). If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

---

> **Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax.**

---

T3 SCH 10 E (05)

Canada
CRA-05-502

Health BEN
2006-03-2Apr. 26. 2010ʳ 1:37PM    NORTEL    2005-12-31    No. 1533ᵒʳᵗᵉˡ ˡᵖ. 6ᵏˢ Health & Welfare
T10-3433-06

**Part B – Calculating Part XIII non-resident withholding tax**    Payer's remittance no.  NR  505060

| | | | | |
|---|---|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 42,695 64 | | 15 |
| Adjustment for non-cash items included above (provide reconciliation) (if negative, enter in brackets) | 10210 ◆ | | | 16 |
| ....unts paid or payable (line 15 plus line 16) | | 42,695 64 ▶ | 42,695 64 | 17 |

Amounts not subject to Part XIII tax

| | | | | |
|---|---|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) | 10230 ◆ | | 18 | |
| Distributions by certain trusts established before 1949 | 10240 ◆ | | 19 | |
| Other (specify) | 10250 ◆ | | 20 | |
| Amount from line 13 in Part A | | | 21 | |
| Subtotal (add lines 18 to 21) | | | ▶ | 22 |
| Taxable Canadian property gains distributions for non-resident beneficiaries (see Note below) | | | | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | | | 42,695 64 | 24 |
| Non-resident tax payable (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same as the amount reported on the NR4 Summary and the related NR4 slip(s)) | | | 8,260 77 | 25 |
| Amounts already remitted on Form NR-76, Non-Resident Tax Statement of Account | | | 8,260 77 | 26 |
| Part XIII tax due (line 25 minus line 26) | | | | 27 |

Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

Note: If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do an additional calculation for line 18 and for line 23. Enter the amount from line 43 on line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

**TCP gains balance for the mutual fund trust**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line s of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line s.) | | | 28 |
| Trust's capital gains from dispositions of taxable Canadian property during the taxation year | | | 29 |
| ...P gains distributions received by the trust during the taxation year | | | 30 |
| Subtotal (add lines 28, 29, and 30) | | | 31 |
| Trust's capital losses from taxable Canadian property during the taxation year | | | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32). If negative, indicate the negative balance. | | | 33 |

**Pro rata portion for non-resident beneficiaries**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the taxation year | | 35 | |
| Total taxable capital gains designated by the trust to all beneficiaries for the taxation year | | 36 | |
| Line 35 divided by line 36 | | | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | | | 38 |

**Non-resident beneficiaries TCP gains distribution**

| | | | |
|---|---|---|---|
| Amount from line 35 | X 2 = | ▶ | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39. | | | 40 |

Include the amount from line 40 as code 58 on the beneficiary's NR4 slip.

**Capital gains distributions not subject to Part XIII tax**

| | | | |
|---|---|---|---|
| Amount from line 35 | | | 41 |
| Amount from line 40 | X 1/2 = | ▶ | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | | | 43 |

Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above.

**Mutual fund trust's TCP gains balance at the end of the taxation year**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | | 44 |
| Amount from line 36 | X 2 = | 45 | |
| ...tal TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | | | 46 |
| ...ust's TCP gains balance at the end of the taxation year (line 44 minus line 46). If negative, indicate the negative balance. | | | 47 |

Use this balance when determining the trust's TCP gains balance at the beginning of next year.

Health and Apr. 26. 2010ᵀᴴ 1:37PM    NORTEL        2005-12-31           No. 1533ᵗᵉˡ Nₚ. 7ˢ Health & Welfare
2005-03-2⁴                                                                              T10-3433-06

**T3 – 2005**          INVESTMENT INCOME, CARRYING CHARGES, AND              **SCHEDULE 8**
                  GROSS-UP AMOUNT OF DIVIDENDS RETAINED BY THE TRUST

- Enter the applicable taxation year in the box above. Attach a completed copy of this schedule to the trust's return.

**Part A – Calculating investment income and carrying charges**
- Attach any information slips received.
- Enter the names of the payers at the appropriate lines below. If there is not enough space, attach a separate sheet.
- Include amounts credited through agencies such as banks, trust companies, and brokers.

Actual amount of dividends from taxable Canadian corporations
(box 23 of T3 slip or box 10 of T5 slip) _____ 1
Enter the amount from line 1 on line 03 of the T3 return, and line 16 below.

**Foreign investment income**

| | | |
|---|---|---|
| Interest from foreign sources | | 2 |
| Other foreign investment income | | 3 |
| Total foreign investment income (line 2 plus line 3) | | 4 |

Enter the amount from line 4 on line 04 of the T3 return.

**Other investment income**

| Interest | Bonds, trust companies, banks | 11,789,904 00 | |
|---|---|---|---|
| | Other deposits (specify) | | 6 |
| | Mortgages, notes, and other securities | | 7 |
| Other dividends (including dividends received under a dividend rental arrangement) | | | 8 |
| Other (specify) | | | 9 |
| Total other investment income (add lines 5 to 9) | | 11,789,904 00 | 10 |

Enter the amount from line 10 on line 05 of the T3 return.

**Carrying charges and interest expenses**

| | | | |
|---|---|---|---|
| Interest on money borrowed to earn investment income (attach a statement - see the *T3 Trust Guide* for details) | 8160 ● | | 11 |
| Management, safe custody, or accounting fees (specify) | 8170 ● | | 12 |
| Investment counsel fees | 8180 ● | | 13 |
| Other (specify)   ADMINISTRATION EXPENSES | | 712,481 61 | |
| | 8190 ● | | 14 |
| Total carrying charges (add lines 11 to 14) | | 712,481 61 | 15 |

Enter the amount from line 15 on line 21 of the T3 return.

**Part B – Calculating the gross-up amount of dividends retained or not designated by the trust**

| | | | |
|---|---|---|---|
| Total dividends reported before applying expenses (line 1 above) | | | 16 |
| Dividends designated to beneficiaries (line 923, Part A of Schedule 9) | | | 17 |
| Total dividends not designated by the trust (line 16 minus line 17) | | | 18 |
| Dividends allocated, but not designated, to non-resident beneficiaries (dividends from line 926, Column 2 of Schedule 9) | 8240 ● | | 19 |
| Total dividends retained (resident beneficiaries only) or not designated by the trust (line 18 minus line 19) | | | 20 |
| Multiply line 20 by 25% | | x  25 % | |
| Gross-up amount of dividends retained or not designated by the trust | | | 21 |

Enter the amount from line 21 on line 24 of Schedule 11, *Federal Income Tax*, or on line 19 of Schedule 12, *Minimum Tax*, if applicable, and on line 49 of the T3 return.

T3 SCH 8 (04)                                                            Canada
                                                                         CRA-05-502

Health and
2006-03-28 Apr. 26. 2010 1:37PM    NORTEL           2005-12-31                No. 1533 rtel Np.    8 Health & Welfare
T10-3433-06

# Summary of Losses Carried Forward

## Non-capital losses carried forward

Desired deduction

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |
| | Current year loss | | Carried back (T3A) | |
| 2005 | | | | |
| Total | | | | |

## Non-capital losses carried forward (10 years carryforward)

| Year | Opening balance | Applied to current year | Closing balance |
|------|-----------------|-------------------------|-----------------|
| | | | |

## Farm/fish losses carried forward

Desired deduction

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1995 | | | | |
| 1996 | | | | |
| 1997 | | | | |
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |
| | Current year loss | | Carried back (T3A) | |
| 2005 | | | | |
| Total | | | | |

## Restricted farm losses carried forward

Desired deduction          Farm income

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1995 | | | | |
| 1996 | | | | |
| 1997 | | | | |
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |
| | Current year loss | | Carried back (T3A) | |
| 2005 | | | | |
| Total | | | | |

Health and
2006-03-2 Apr. 26. 2010<sup>KT</sup> 1:38PM    NORTEL        2005-12-31        No. 1533<sup>ental</sup> P. 9<sup>es</sup> Health & Welfare
T10-3433-06

## Capital losses carried forward

Claim maximum possible (including $2,000 against other income).
Claim losses needed to offset current year capital gains.
Claim losses needed to offset capital gains less capital fees.
Enter desired total deduction.

Total desired deduction.

| Year | Rate of inclusion | Opening balance | Applied to current year | Closing balance |
|------|------|------|------|------|
| Pre 1986 | 50.0000 % | | | |
| 1986-1987 | 50.0000 % | | | |
| 1988-1989 | 66.6667 % | | | |
| 1989-1999 | 75.0000 % | 832,123 00 | | 832,123 00 |
| 2000 | 75.0000 % | 555,507 00 | | 555,507 00 |
| 2001 | 50.0000 % | 67,972 00 | | 67,972 00 |
| 2002 and after | 50.0000 % | 1,318,681 50 | | 1,318,681 50 |

|  |  | Current year loss | Carried back (T3A) |  |
|------|------|------|------|------|
| 2005 | 50.0000 % | | | |

Calculation of allowable deduction (section 111(1.1)).

a) I) Taxable capital gains

II) Grossed-up losses

| | | | |
|------|------|------|------|
| Pre 1988 | x | 1.0000 | = |
| 1988-1989 | x | 0.7500 | = |
| 1989-1999 | x | 0.6667 | = |
| 2000 | x | 0.6667 | = |
| 2001 | x | 1.0000 | = |
| 2002 and after | x | 1.0000 | = |
| | | Total | |

Lesser of (i) and (ii)

b) I) Maximum deduction against other income        2,000 00

II) Pre-88 loss account balance

III) A) Total losses claimed
minus:

B) Losses required to offset gains

| | | | |
|------|------|------|------|
| Pre 1988 | x | 1.0000 | = |
| 1988-1989 | x | 0.7500 | = |
| 1989-1999 | x | 0.6667 | = |
| 2000 | x | 0.6667 | = |
| 2001 | x | 1.0000 | = |
| 2002 and after | x | 1.0000 | = |
| | Total | | |

Amount (A) minus (B)

Least of amounts I), II) and III)

Total deduction allowed [(a) + (b)]

## L.P.P losses

Balance forward
Current year loss (Schedule 1 and T1055)

Subtotal

Expired losses                                         —
Loss applied in current year (S1)                      —
Loss applied on T1055                                  —

Loss available for carry forward
Loss carried back (T3A)

Closing Balance

## Limited partnership losses

| | | |
|---|---|---|
| Balance forward | | |
| Losses from T5013 slips | | |
| Other unused current year losses | | |
| Subtotal | | |
| Less: Losses applied current year | − | |
| Closing balances | | |

2

Apr. 26. 2010 12:55PM    NORTEL    2006-12-31    No. 1530  P. 1/11

Nortel Networks Health & Welfare
T10-3433-06

Canada Revenue Agency    Agence du revenu du Canada

Do not use this area    2006

RECEIVED    REÇU
Canada Revenue Agency
Agence du revenu du Canada
MAR 30 2007
CONTENTS NOT EXAMINED
CONTENU NON EXAMINÉ

# T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the *T3 Trust Guide*.

## ▲ Step 1 – Identification and other required information

| | |
|---|---|
| Name of trust | Trust account number |
| Nortel Networks Health & Welfare Trust | T10-3433-06 |
| Name of trustee, executor, liquidator, or administrator | Do not use this area |
| The Northern Trust Company | |
| Mailing address of trustee, executor, liquidator, or administrator | Telephone number |
| 161 Bay Street, Suite 4540 | (416) 365-7161 |
| Toronto                                             Ontario | Postal code |
| | M5J 2S1 |
| Mailing address, if different than trustee (or name and mailing address of the contact person, if different) | Telephone number |
| Nortel Networks | (905) 863-6215 |
| 195 The West Mall,                    Toronto            Ontario | Postal code |
| | M9C 5K1 |

Residence of trust at end of tax year        Country (if other than Canada)

Is the trust resident on designated Aboriginal settlement lands?   No [X]  Yes [ ]   If Canada, state the province or territory.   Ontario
If yes, give the name and settlement number.

If the trust had business income in the year, state the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident of Canada in the year, give the date it:   became resident   Year Month Day    or ceased residence   Year Month Day

### Type of trust

**Testamentary**
[ ] Spousal or common-law partner
[ ] Other

Date of death   Year Month Day

Social insurance number of deceased

**Inter vivos**
[ ] Spousal or common-law partner
[ ] Unit
[ ] Mutual fund
[ ] Communal organization
[ ] Employee benefit plan

Date trust was created   Year Month Day   1980-01-01

[ ] Non-profit organization – Business Number:

[ ] Employee trust
[ ] Personal trust
[ ] Joint spousal or common-law partner trust
[ ] Alter ego trust

Insurance segregated fund
[ ] Fully or partially registered
[ ] Non-registered

[X] Other inter vivos (specify)
Health & Welfa

**Deemed resident**
Is this a deemed resident trust?   Yes [ ]   If yes, please indicate any other country in which it is also considered resident.

### Return for tax year

from   Year Month Day   2006-01-01   to   Year Month Day   2006-12-31

Is this the first year of filing a T3 return?   No [X]   Yes [ ]

If no, for what year was the last return filed?   2005   Year

If yes, attach a copy of the trust document or will, and a list of assets at death (unless filed with the deceased's final T1 return).   Attached [ ]   With T1 [ ]

Is this an amended return?   No [X]   Yes [ ]

Address on last return is same as above, or the following:   Same [ ]
8200 Dixie Road,  Suite 100

Is this the final return of the trust?   No [X]   Yes [ ]

If yes, give the date the trust wound up, or is planning to wind up.   Year Month Day

In which official language do you want to receive correspondence?   English [X]   French [ ]

### Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

If the trust dealt with a non-resident trust or corporation in the year, contact us at 1-800-959-8281 for more filing requirements.

Did the trust hold foreign property at any time in the tax year with a total cost of more than CAN$100,000?   No [X]   Yes [ ]

If yes, you may have to complete and attach Form T1135, *Foreign Income Verification Statement*. For filing requirements, see the form.

3 RET E (06)

Canada
CRA-06-503

Heal Apr. 26. 2010 12:56PM NORTEL   2006-12-31   No. 1530 artel P. 2/11 mith & Welfare
2007
T10-3433-06

| Canada Revenue Agency | Agence du revenu du Canada | | Do not use this area | 2006 |

# T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the *T3 Trust Guide*.

## ▲ Step 1 – Identification and other required information

Name of trust
**Nortel Networks Health & Welfare Trust**

Trust account number
**T10-3433-06**

Name of trustee, executor, liquidator, or administrator
**The Northern Trust Company**

Do not use this area

Mailing address of trustee, executor, liquidator, or administrator
**161 Bay Street, Suite 4540**

Telephone number
**(416) 365-7161**

**Toronto**                              **Ontario**

Postal code
**M5J 2S1**

Mailing address, if different than trustee (or name and mailing address of the contact person, if different)
**Nortel Networks**

Telephone number
**(905) 863-6215**

**195 The West Mall,**           **Toronto**                **Ontario**

Postal code
**M9C 5K1**

Residence of trust at end of tax year        Country (if other than Canada)

Is the trust resident on designated Aboriginal settlement lands?   No [X]   Yes [ ]        If Canada, state the province or territory.   **Ontario**        If yes, give the name and settlement number.

If the trust had business income in the year, state the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident of Canada in the year, give the date it:

| became resident | Year Month Day | or ceased residence | Year Month Day |

### Type of trust

**Testamentary**
[ ] Spousal or common-law partner

Date of death
Year Month Day

[ ] Other

Social insurance number of deceased

**Inter vivos**
[ ] Spousal or common-law partner

Date trust was created
Year   Month   Day
**1980-01-01**

[ ] Unit

[ ] Non-profit organization – Business Number:

[ ] Mutual fund

[ ] Employee trust

[ ] Communal organization

[ ] Personal trust

[ ] Employee benefit plan

[ ] Joint spousal or common-law partner trust

**Insurance segregated fund**
[ ] Fully or partially registered

[ ] Alter ego trust

[X] Other inter vivos (specify)
**Health & Welfa**

[ ] Non-registered

**Deemed resident**
Is this a deemed resident trust?   Yes [ ]   If yes, please indicate any other country in which it is also considered resident.

### Return for tax year

| | Year Month Day | | Year Month Day |
| from | **2006-01-01** | to | **2006-12-31** |

Is this the first year of filing a T3 return?   No [X]   Yes [ ]

If no, for what year was the last return filed?   **2005** Year

If yes, attach a copy of the trust document or will, and a list of assets at death (unless filed with the deceased's final T1 return).   Attached [ ]   With T1 [ ]

Is this an amended return?   No [X]   Yes [ ]

Address on last return is same as above, or the following:   Same [ ]

**8200 Dixie Road, Suite 100**

Is this the final return of the trust?   No [X]   Yes [ ]

If yes, give the date the trust wound up, or is planning to wind up.   Year Month Day

In which official language do you want to receive correspondence?   English [X]   French [ ]

## Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

If the trust dealt with a non-resident trust or corporation in the year, contact us at 1-800-959-8281 for more filing requirements.

Did the trust hold foreign property at any time in the tax year with a total cost of more than CAN$100,000?   No [X]   Yes [ ]

If yes, you may have to complete and attach Form T1135, *Foreign Income Verification Statement*. For filing requirements, see the form.

T3 RET E (06)

**Canada**
CRA-06-503

Health Apr. 26. 2010 12:56PM 306    NORTEL          2006-12-31          No. 1530 rte1 P. 3/11 alth & Welfare
2007                                                                                          T10-3433-06

## Other required information

|  |  | No | Yes |
|---|---|---|---|
| 1. | Is the trust one of a number of trusts created from contributions by the same individual? | | |
| | If yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. ......... | [X] | [ ] |
| 2. | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? | | |
| | If yes, state the year, and, if during this tax year, attach a statement showing the changes. ................. | [X] | [ ] |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? | | |
| | If yes, state the year, and, if during this tax year, attach copies of the documents effecting these changes. .......... | [X] | [ ] |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | [ ] | [X] |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, state the year, and, if during this tax year, attach a statement giving the details. ........... | [X] | [ ] |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? | | |
| | If yes, state the year, and, if during this tax year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. ................. | [X] | [ ] |
| 7. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? | | |
| | If yes, complete Schedule 9. ................. | [X] | [ ] |
| 8. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust where the beneficial ownership of the property did not change as a result of the transfer? | | |
| | If yes, state the year, and, if during this tax year, attach a statement giving details. ................. | [X] | [ ] |
| 9. | Did the trust distribute assets other than cash to a beneficiary during the tax year? | | |
| | If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, also state the beneficiary's social insurance number. | [X] | [ ] |
| 10. | Did the trust receive any additional property by way of a contribution of property (as defined in the Glossary of the guide) since June 22, 2000? If yes, state the year, and, if during this tax year, attach a statement giving details. ......... | [X] | [ ] |

## Step 2 – Calculating total income — See lines 01 to 20 in the guide.

| | | | Gross | | Net | |
|---|---|---|---|---|---|---|
| ▲ | Taxable capital gains (line 21 of Schedule 1) | | | | | 01 • |
| ▲ | Pension income | | | | | 02 • |
| | Total of actual amount of dividends from taxable Canadian corporations (line 3 of Schedule 8) | | | | | 03 • |
| | Actual amount of dividends other than eligible dividends from taxable Canadian corporations (line 1 of Schedule 8) | | | 3A | | |
| ▲ | Foreign investment income (line 6 of Schedule 8) | | | | | 04 • |
| ▲ | Other investment income (line 12 of Schedule 8) | | | | 7,353,127 67 | 05 • |
| | Business income (Form T2124) | Gross | | 96 | Net | 06 • |
| | Farming income (Form T2042 or CAIS program form) | Gross | | 97 | Net | 07 • |
| | Fishing income (Form T2121) | Gross | | 98 | Net | 08 • |
| | Rental income (Form T776) | Gross | | 99 | Net | 09 • |
| | NISA Fund 2 | | | | | 10 • |
| | (includes _____ NISA Fund 2 payments received while the beneficiary spouse or common-law partner is, or was, alive, or received by a communal organization) | | | | | • |
| | Deemed dispositions income or losses (line 42 of Form T1055) | | | | | |
| ▲ | Other income (specify and attach any information slips received) | | | | | 11 • |
| | | | | | | |
| | | | | | | |
| | | | | | ▶ | 19 • |
| | Add lines 01 to 19. This is the trust's total income. | | | | 7,353,127 67 ▶ | 7,353,127 67 20 |

2

3

## Step 3 – Calculating net income – See lines 21 to 50 in the guide.

|  |  |  |  |  |
|---|---|---|---|---|
| Trust's total income (line 20 of page 2) | | | 7,353,127 67 | 20 |
| ▲ Carrying charges and interest expenses (line 17 of Schedule 8) | | 371,817 96 | | 21 ● |
| Trustee fees – See lines 22 to 24 in the guide. | 22 ● | | | |
| Trustee fees that do not relate to income or were deducted elsewhere on this return | 23 ● | | | |
| Trustee fees deductible from income (line 22 minus line 23) | ► | | 24 | |
| Allowable business investment losses (ABIL) | | | 25 ● | |
| Other deductions from total income (specify – see line 40 in the guide) | | | | |
| Trust Claim Premiums | 6,981,309 71 | | | |
|  | | | | |
|  | | | | |
| 6,981,309 71 | ► | 6,981,309 71 | | 40 ● |
| Add lines 21, 24, 25, and 40. | | 7,353,127 67 | ► | 7,353,127 67 | 41 |
|  | | Line 20 minus line 41. | | 0 00 | 42 |

| | | |
|---|---|---|
| Taxable benefits – See lines 43 and 44 in the guide. | | |
| Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | 43 ● | |
| Value of other benefits to a beneficiary | 44 ● | |
| Total taxable benefits (line 43 plus line 44) | ► | 45 |
| ▲ Income before allocations (line 42 plus line 45) | | 0 00 | 46 |

| | | |
|---|---|---|
| Amounts paid or payable to beneficiaries | A ● | |
| Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | B ● | |
| ▲ Total income allocations and designations to beneficiaries (line A minus line B) | ► | 47 ● |
| ▲ Income after allocations (line 46 minus line 47) | 0 00 | 48 ● |
| ▲ Total gross-up amount of dividends retained or not designated by the trust (line 32 of Schedule 8) | | 49 ● |
| ▲ Line 48 plus line 49. This is the trust's net income. | 0 00 | 50 ● |

## Step 4 – Calculating taxable income – See lines 51 to 56 in the guide.

| | | |
|---|---|---|
| Deductions to arrive at taxable income | | |
| Non-capital losses of other years – See line 51 in the guide. | 51 ● | |
| Net capital losses of other years – See line 52 in the guide. | 52 ● | |
| Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 5) | 53 ● | |
| Other deductions to arrive at taxable income (specify – see line 54 in the guide) | | |
|  | 54 ● | |
| Add lines 51 to 54. | 0 00 | ► | 0 00 | 55 |
| ▲ Line 50 minus line 55. This is the trust's taxable income. | | 0 00 | 56 ● |

If the amount is more than zero, enter the amount on line 56, end on line 1 of Schedule 11. If the amount is zero or negative, enter "0" on line 56, and enter the actual amount on line 23 of Schedule 12 if minimum tax applies.

Health Apr. 26. 2010 12:56PM NORTEL    2008-12-31    No. 1530 P. 5/11 lth & Welfare
2007-03-27 10.27    T10-3433-06

4

## Step 5 – Summary of tax and credits – See lines 81 to 100 in the guide.

**Tax:**

| | | |
|---|---|---|
| ▲ | Total federal tax payable (line 44 of Schedule 11, or line 55 of Schedule 12) | 81 ◾ |
| ▲ | Provincial or territorial tax payable (from the applicable provincial or territorial form) | 82 ◾ |
| | Part XII.2 tax payable (line 12 of Schedule 10) | 83 ◾ |

Add lines 81 to 83. Total taxes payable.    0 00 ▶    0 00 84 ◾

**Credits:**

| | | |
|---|---|---|
| ▲ | Tax paid by instalments | 85 ◾ |
| ▲ | Total tax deducted (see lines C, D, and 86 in the guide) | C |
| | Transfer to Quebec | D |
| | Net tax deducted (line C minus line D) ▶ | 86 ◾ |
| | Refundable Quebec abatement (line 45 of Schedule 11, or line 56 of Schedule 12) | 87 ◾ |
| | Refundable Investment tax credit (Form T2038(IND)) | 88 ◾ |
| | Capital gains refund (Form T184) | 89 ◾ |
| | Part XII.2 tax credit (box 38 of T3 slip) | 90 ◾ |
| | Other credits (specify) | 91 ◾ |

Add lines 85 to 91. Total credits.    0 00 ▶    0 00 93

Refund or balance owing – Line 84 minus line 93.    0 00 94

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

Amount enclosed    95

**Payment:** Attach a cheque or money order payable to the Receiver General. Do not mail cash.

Refund code
(see the guide for details)    ☐ 100

---

▲ Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.

Fax:

| | Postal code | Telephone number |
|---|---|---|

*Privacy Act* – Personal Information Bank number CRA/P-PU-005

**Certification** (by trustee, executor, liquidator, or administrator)

I, (please print)  Peter Look

certify that the information given on this T3 return and in any documents attached is, to the best of my knowledge, correct, complete, and fully discloses the income from all sources.

Authorized person's signature

Vice President, Tax
Position or title

2007-03-28
Date

Health Apr. 26. 2010 12:56PM NORTEL    2006-12-31    No. 1530 Nortel P. 6/11 ealth & Welfare
2007          T10-3433-06

# T3 – 2006    PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX    SCHEDULE 10

Enter the applicable tax year in the box above. Include a completed copy of this schedule with the trust's return.
All references to "the guide" are to the T3 Trust Guide.

## Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

- Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.
- Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.
- We define designated beneficiary, eligible beneficiary and specified income in the guide, under "Schedule 10 – Part XII.2 Tax and Part XIII Non-Resident Withholding Tax."
- Part XII.2 tax is due no later than 90 days after the trust's tax year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.
- Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

### Specified income

| | | |
|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 06 to 08 of the return) | 10010 | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 | 2 |
| Net income (loss) from timber resource properties | 10030 | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 | 5 |
| Total specified income (add lines 1 to 5) | | 6 |

### Calculating Part XII.2 tax

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | |
|---|---|---|
| Resident beneficiaries (line 926, column 1 of Schedule 9) | | 7 |
| Non-resident beneficiaries (line 926, column 2 of Schedule 9) | | 8 |
| Subtotal (line 7 plus line 8) | ▶ | 9 |
| Taxable benefits (line 44 of the return) | | 10 |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) | ▶ | 11 |

Part XII.2 tax payable (line 6 or line 11, whichever is less)    X 36% =    12
Enter the amount from line 12 on line 83 of the T3 return.

### Calculating Part XII.2 refundable tax credit for eligible beneficiaries

Income allocated to designated beneficiaries
─────────────────────────────────────────    x    Amount from    =    13
Divide by amount from line 11                    line 12

Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13)    14
Enter the amount from line 14 on line 938 of Schedule 9, Income Allocations and Designations to Beneficiaries. If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit). If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

| Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax. |
|---|

T3 SCH 10 E (06)

Canadă
CRA-06-503

## Part B – Calculating Part XIII non-resident withholding tax

Payer's remittance no. | NR  505060 |

| | | |
|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | 42,700 64 | 15 |
| ...tment for non-cash items included above (provide reconciliation) (if negative, enter in brackets) 10210 • | | 16 |
| Amounts paid or payable (line 15 plus line 16) | 42,700 64 ▶ | 42,700 64  17 |

Amounts payable to non-resident beneficiaries that are not subject to Part XIII tax:

| | | |
|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) | 10230 • | 18 |
| Distributions by certain trusts established before 1949 | 10240 • | 19 |
| Other (specify) | 10250 • | 20 |
| Amount from line 13 in Part A | | 21 |
| Subtotal (add lines 18 to 21) | ▶ | 22 |
| Taxable Canadian property gains distributions for non-resident beneficiaries (see Note below) | | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | 42,700 64 | 24 |
| Non-resident tax due (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same as the amount reported on the NR4 Summary and the related NR4 slip(s)) | 8,260 77 | 25 |
| Amounts already remitted on Form NR-76, *Non-Resident Tax Statement of Account* | | 26 |
| Part XIII tax due (line 25 minus line 26) | 8,260 77 | 27 |

Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

Note: If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do a calculation for line 18 and for line 23. Enter the amount from line 43 on line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

### TCP gains balance for the mutual fund trust

| | | |
|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line 47 of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line 33.) | | 28 |
| Tr...t's capital gains from dispositions of taxable Canadian property during the tax year | | 29 |
| T...gains distributions received by the trust during the tax year | | 30 |
| Subtotal (add lines 28, 29, and 30) | | 31 |
| Trust's capital losses from taxable Canadian property during the tax year | | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32. If negative, indicate the negative balance. | | 33 |

### Pro rata portion for non-resident beneficiaries

| | | |
|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the tax year | 35 | |
| Total taxable capital gains designated by the trust to all beneficiaries for the tax year | 36 | |
| Line 35 divided by line 36 | ▶ | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | | 38 |

### Non-resident beneficiaries TCP gains distribution

| | | |
|---|---|---|
| Amount from line 35 _____  X 2 = | ▶ | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39. | | 40 |

Include the amount from line 40 as code 58 on the beneficiary's NR4 slip.

### Capital gains distributions not subject to Part XIII tax

| | | |
|---|---|---|
| Amount from line 35 | | 41 |
| Amount from line 40 _____  X 1/2 = | ▶ | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | | 43 |

Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above.

### Mutual fund trust's TCP gains balance at the end of the tax year

| | | |
|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | 44 |
| Amount from line 36 _____  X 2 = | ▶ | 45 |
| T... TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | | 46 |
| Trust's TCP gains balance at the end of the tax year (line 44 minus line 46). If negative, indicate the negative balance. | | 47 |

Use this balance when determining the trust's TCP gains balance at the beginning of next year.

# Summary of Losses Carried Forward



HealtApr. 26. 2010R12:56PMob NORTEL          2006-12-31          No. 1530rtel N°P....9/11lth & Welfare
2007-03-27 16:32                                                                                        T10-3433-06

## Capital losses carried forward

Claim maximum possible (including $2,000 against other income).

Claim losses needed to offset current year capital gains.

Claim losses needed to offset capital gains less capital fees.

Enter desired total deduction.

Total desired deduction.

| Year | Rate of inclusion | Opening balance | Applied to current year | Closing balance |
|------|-------------------|-----------------|-------------------------|-----------------|
| Pre 1986 | 50.0000 % | | | |
| 1986-1987 | 50.0000 % | | | |
| 1988-1989 | 66.6667 % | | | |
| 1989-1999 | 75.0000 % | 832,123 00 | | 832,123 00 |
| 2000 | 75.0000 % | 555,507 00 | | 555,507 00 |
| 2001 | 50.0000 % | 67,972 00 | | 67,972 00 |
| 2002 and after | 50.0000 % | 1,318,681 50 | | 1,318,681 50 |
| | | Current year loss | Carried back (T3A) | |
| 2006 | 50.0000 % | | | |

Calculation of allowable deduction (section 111(1.1)).

a) i)  Taxable capital gains

ii) Grossed-up losses

| | | | | |
|---|---|---|---|---|
| Pre 1986 | | x | 1.0000 | = |
| 1988-1989 | | x | 0.7500 | = |
| 1989-1999 | | x | 0.6667 | = |
| 2000 | | x | 0.6667 | = |
| 2001 | | x | 1.0000 | = |
| 2002 and after | | x | 1.0000 | = |
| | | | Total | |

Lesser of (i) and (ii)

b) i)  Maximum deduction against other income                                    2,000 00

ii) Pre-86 loss account balance

iii) A) Total losses claimed

     minus:

B) Losses required to offset gains

| | | | | |
|---|---|---|---|---|
| Pre 1986 | | x | 1.0000 | = |
| 1988-1989 | | x | 0.7500 | = |
| 1989-1999 | | x | 0.6667 | = |
| 2000 | | x | 0.6667 | = |
| 2001 | | x | 1.0000 | = |
| 2002 and after | | x | 1.0000 | = |
| | | | Total | |

Amount (A) minus (B)                                    +

Least of amounts i), ii) and iii)

Total deduction allowed [(a) + (b)]

## L.P.P losses

Balance forward

Current year loss (Schedule 1 and T1055)

     Subtotal

Expired losses

Loss applied in current year (S1)                                    —

Loss applied on T1055                                    —

Loss available for carry forward

Loss carried back (T3A)

     Closing balance

Health  Apr. 26. 2010 12:57PM  NORTEL          2006-12-31          No. 1530  del N  P.  10/11  h & Welfare
2007-03-27 16:32                                                                          T10-3433-06

## Limited partnership losses

| | | |
|---|---|---|
| Balance forward | | |
| Losses from T5013 slips | | |
| ther unused current year losses | | |
| Subtotal | | |
| Less: Losses applied current year | | |
| Closing balance | | |

Health Apr. 26. 2010 12:57PM 306   NORTEL        2006-12-31        No. 1530 rtel NP. 11/11 th & Welfare
2007-03-27 16:27                                                                      T10-3433-06

**T3 – 2006**          INVESTMENT INCOME, CARRYING CHARGES, AND          **SCHEDULE 8**
                       GROSS-UP AMOUNT OF DIVIDENDS RETAINED BY THE TRUST

- Enter the applicable tax year in the box above. Include a completed copy of this schedule with the trust's return.

### ↑ A – Calculating investment income and carrying charges

- Include any information slips received.
- Enter the names of the payers at the appropriate lines below. If there is not enough space, attach a separate sheet.
- Include amounts credited through agencies such as banks, trust companies, and brokers.

**Dividends from taxable Canadian corporations**

| | | | |
|---|---|---|---|
| Actual amount of dividends other than eligible dividends from taxable Canadian corporations (box 23 of T3 slip or box 10 of T5 slip) | 8110 ● | | 1 |
| Actual amount of eligible dividends from specified taxable Canadian corporations (box 49 of T3 slip or box 24 of T5 slip) | 8120 ● | | 2 |
| Total of the actual amount of dividends from taxable Canadian corporations (line 1 plus line 2) | | | 3 |
| Enter the amount from line 3 on line 03 of the T3 return. | | | |

**Foreign investment income**

| | | |
|---|---|---|
| Interest from foreign sources | | 4 |
| Other foreign investment income | | 5 |
| Total foreign investment income (line 4 plus line 5) | | 6 |
| Enter the amount from line 6 on line 04 of the T3 return. | | |

**Other investment income**

| | | | |
|---|---|---|---|
| Interest | Bonds, trust companies, banks | 7,353,127 67 | 7 |
| | Other deposits | | 8 |
| | Mortgages, notes, and other securities | | 9 |
| Other dividends (including dividends received under a dividend rental arrangement) | | | 10 |
| Other | | | 11 |
| Total other investment income (add lines 7 to 11) | | 7,353,127 67 | 12 |
| Enter the amount from line 12 on line 05 of the T3 return. | | | |

**Carrying charges and interest expenses**

| | | | |
|---|---|---|---|
| Interest on money borrowed to earn investment income | 8160 ● | | 13 |
| Management, safe custody, or accounting fees | 8170 ● | | 14 |
| Investment counsel fees | 8180 ● | | 15 |
| Other      ADMINISTRATION EXPENSES | | 371,817 96 | |
| | | | |
| | 8190 ● | | 16 |
| Total carrying charges (add lines 13 to 16) | | 371,817 96 | 17 |
| Enter the amount from line 17 on line 21 of the T3 return. | | | |

### Part B – Calculating the gross-up amount of dividends retained or not designated by the trust

| | | | |
|---|---|---|---|
| Total eligible dividends reported before applying expenses (line 2 above) | | | 18 |
| Eligible dividends designated to beneficiaries (line 949, Part A of Schedule 9) | | | 19 |
| Total eligible dividends not designated by the trust (line 18 minus line 19) | | | 20 |
| Eligible dividends allocated, but not designated, to non-resident beneficiaries (eligible dividends from line 926, Column 2 of Schedule 9) | 8239 ● | | 21 |
| Total eligible dividends available for gross-up (line 20 minus line 21) | | | 22 |
| Multiply line 22 by 45% | x  45 % | | 23 |
| Gross-up amount of eligible dividends retained or not designated by the trust | ▶ | | 24 |
| Total dividends other than eligible dividends reported before applying expenses (line 1 above) | | | 25 |
| Dividends other than eligible dividends designated to beneficiaries (line 923, Part A of Schedule 9) | | | 26 |
| Total dividends other than eligible dividends not designated by the trust (line 25 minus line 26) | | | 27 |
| Dividends other than eligible dividends allocated, but not designated, to non-resident beneficiaries (dividends other than eligible dividends from line 926, Column 2 of Schedule 9) | 8240 ● | | 28 |
| Total dividends other than eligible dividends available for gross-up (line 27 minus line 28) | | | 29 |
| Multiply line 29 by 25% | x  25 % | | 30 |
| Gross-up amount of dividends other than eligible dividends retained or not designated by the trust | ▶ | | 31 |
| Total gross-up amount of dividends retained or not designated by the trust (line 24 plus line 31) | | | 32 |

Enter the amount from line 24 on line 24 of Schedule 11, *Federal Income Tax*. Enter the amount from line 31 on line 25 of
Schedule 11. Enter the amount from line 32 on line 19 of Schedule 12, *Minimum Tax*, if applicable, and on line 49 of the T3 return.

T3 SCH 8 (06)

Canadä
CRA-06-503

Hearn an
2006-03-Apr. 26. 2010 ur 12:57PM    NORTEL    2005-12-31    No. 1531 tel Ntp. 1/10 th & Welfare
T10-3433-06

|+|  Canada Customs and Revenue Agency    Agence des douanes et du revenu du Canada

Do not use this area — 2005

# T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the *T3 Trust Guide.*

## ▲ Step 1 – Identification and other required information

| Name of trust | Trust account number |
|---|---|
| Nortel Networks Health & Welfare Trust | T10-3433-06 |

| Name of trustee, executor, liquidator, or administrator | Do not use this area |
|---|---|
| The Northern Trust Company | |

| Mailing address of trustee, executor, liquidator, or administrator | Telephone number |
|---|---|
| 161 Bay Street, Suite 4540 | (416) 365-7161 |

| Toronto | Ontario | Postal code M5J 2S1 |
|---|---|---|

| Mailing address, if different than trustee (or name and mailing address of the contact person, if different) | Telephone number |
|---|---|
| Nortel Networks | (905) 863-6215 |

| 8200 Dixie Road, Suite 100 | Brampton | Ontario | Postal code L6T 5P6 |
|---|---|---|---|

Residence of trust at end of taxation year    Country (if other than Canada)    Ontario

Is this a Yukon First Nation (FN) trust?  No [X]  Yes [ ]  If *yes*, give the FN name and identification number.
If the trust had business income in the year, state the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident of Canada in the year, give the date it:    became resident   Year  Month  Day    or ceased residence   Year  Month  Day

### Type of trust

**Testamentary**
[ ] Spousal or common-law partner
Date of death   Year  Month  Day
[ ] Other
Social insurance number of deceased

**Inter vivos**
[ ] Spousal or common-law partner
Date trust was created   Year  Month  Day   1980-01-01
[ ] Unit
[ ] Non-profit organization – Business Number:
[ ] Mutual fund
[ ] Employee trust
[ ] Communal organization
[ ] Personal trust
[ ] Employee benefit plan
[ ] Joint spousal or common-law partner trust
**Insurance segregated fund**
[ ] Alter ego trust
[ ] Fully or partially registered
[X] Other inter vivos (specify)
[ ] Non-registered
Health & Welfa

| Deemed resident | If yes, please indicate any other country in which it is also considered resident. |
|---|---|
| Is this a deemed resident trust?  Yes [ ] | |

### Return for taxation year

from   Year  Month  Day   2005-01-01   to   Year  Month  Day   2005-12-31

Is this the first year of filing a T3 return?   No [X]   Yes [ ]

If *no*, for what year was the last return filed?   Year

If *yes*, attach a copy of the trust document or will, and a list of assets at death (unless filed with the deceased's final T1 return).   Attached [ ]   With T1 [ ]

Is this an amended return?   No [X]   Yes [ ]

Address on last return is same as above, or the following:   Same [ ]

Is this the final return of the trust?   No [X]   Yes [ ]
If *yes*, give the date the trust wound up, or is planning to wind up.   Year  Month  Day

In which official language do you want to receive correspondence?   English [X]   French [ ]

### Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

s trust dealt with a non-resident trust or corporation in the year, contact us at **1-800-959-8281** for more filing requirements.

Did the trust hold foreign property at any time in the taxation year with a total cost of more than CAN$100,000?   No [X]   Yes [ ]

If *yes*, attach a completed Form T1135, *Foreign Income Verification Statement.*

Canada

T3 RET E (05)
CRA-05-502

Health at Apr. 26. 2010 12:57PM    NORTEL    2005-12-31    No. 1531 P. 2/10 lth & Welfare
2006-03                                                                    T10-3433-06

2

## Other required information

|  |  | No | Yes |
|---|---|---|---|
| 1. | Is the trust one of a number of trusts created from contributions by the same individual? If yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. | X | ☐ |
|  | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? If yes, state the year, and, if during this taxation year, attach a statement showing the changes. | X | ☐ |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? If yes, state the year, and, if during this taxation year, attach copies of the documents effecting these changes. | X | ☐ |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | ☐ | X |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, state the year, and, if during this taxation year, attach a statement giving the details. | X | ☐ |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? If yes, state the year, and, if during this taxation year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. | X | ☐ |
| 7. | In any previous taxation year, did the trust file Form T1015 to elect to defer the deemed realization day? | X | ☐ |
| 8. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? If yes, complete Schedule 9. | X | ☐ |
| 9. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust where the beneficial ownership of the property did not change as a result of the transfer? If yes, state the year, and, if during this taxation year, attach a statement giving details. | X | ☐ |
| 10. | Did the trust distribute assets other than cash to a beneficiary during the taxation year? If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, also state the beneficiary's social insurance number. | X | ☐ |
| 11. | Did the trust receive any additional property by way of a contribution of property (as defined in the Glossary of the guide) since June 22, 2000? If yes, state the year, and, if during this taxation year, attach a statement giving details. | X | ☐ |

## Step 2 – Calculating total income – See lines 01 to 20 in the guide.

| | | | | |
|---|---|---|---|---|
| ▲ | Taxable capital gains (line 21 of Schedule 1) | | | 01 • |
| ▲ | Pension income | | | 02 • |
| ▲ | Actual amount of dividends from taxable Canadian corporations (line 1 of Schedule 8) | | | 03 • |
| ▲ | Foreign investment income (line 4 of Schedule 8) | | | 04 • |
| ▲ | Other investment income (line 10 of Schedule 8) | | 11,789,904 00 | 05 • |

| | | | | | |
|---|---|---|---|---|---|
| Business income (Form T2124) | Gross | | 96 Net | | 06 • |
| Farming income (Form T2042 or CAIS program form) | Gross | | 97 Net | | 07 • |
| Fishing income (Form T2121) | Gross | | 98 Net | | 08 • |
| Rental income (Form T776) | Gross | | 99 Net | | 09 • |

NISA Fund 2                                                                10 •
(Includes _____ NISA Fund 2 payments received while the beneficiary
spouse or common-law partner is, or was, alive, or received by a communal organization)    •

Deemed realizations (line 42 of Form T1055)                                 11 •

▲ Other income (specify and attach any information slips received)

_____   _____
_____   _____
_____   _____                              ▶          19 •

Add lines 01 to 19. This is the trust's total income.    11,789,904 00  ▶  11,789,904 00  20

3

## Step 3 – Calculating net income – See lines 21 to 50 in the guide.

|  |  |  |  |  |
|---|---|---|---|---|
| Trust's total income (line 20 of page 2) |  | | 11,789,904|00 20 |
| ▲ Carrying charges and interest expenses (line 15 of Schedule 8) | | 712,481|61 21 • |
| Trustee fees – See lines 22 to 24 in the guide. | 22 • | | | |
| Trustee fees that do not relate to income or were deducted elsewhere on this return | 23 • | | | |
| Trustee fees deductible from income (line 22 minus line 23) | ► | | 24 | |
| Allowable business investment losses (ABIL) | | | 25 • | |
| Other deductions from total income (specify – see line 40 in the guide) | | | | |
| Trust Claim Premiums | 11,077,422|39 | | | |
| | 11,077,422|39 | 11,077,422|39 40 • | |
| ▲ Add lines 21, 24, 25, and 40. | | 11,789,904|00 ► | 11,789,904|00 41 |
| ▲ | | Line 20 minus line 41. | 0|00 42 |

|  |  |  |
|---|---|---|
| Taxable benefits – See lines 43 and 44 in the guide. | | |
| Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | 43 • | |
| Value of other benefits to a beneficiary | 44 • | |
| Total taxable benefits (line 43 plus line 44) | ► | | 45 |
| ▲ Income before allocations (line 42 plus line 45) | | 0|00 46 |
| Amounts paid or payable to beneficiaries | A • | |
| Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | B • | |
| Total income allocations and designations to beneficiaries (line A minus line B) | ► | | 47 • |
| Income after allocations (line 46 minus line 47) | | 0|00 48 |
| ▲ Gross-up amount of dividends retained or not designated by the trust (line 21 of Schedule 8) | | 49 • |
| ▲ | Line 48 plus line 49. This is the trust's net income. | 0|00 50 • |

## Step 4 – Calculating taxable income – See lines 51 to 56 in the guide.

|  |  |  |
|---|---|---|
| Deductions to arrive at taxable income | | |
| Non-capital losses of other years – See line 51 in the guide. | 51 • | |
| Net capital losses of other years – See line 52 in the guide. | 52 • | |
| Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 5) | 53 • | |
| Other deductions to arrive at taxable income (specify – see line 54 in the guide) | 54 • | |
| Add lines 51 to 54. | 0|00 ► | 0|00 55 |
| ▲ | Line 50 minus line 55. This is the trust's taxable income. | 0|00 56 • |

If the amount is more than zero, enter the amount on line 56,
and on line 1 of Schedule 11. If the amount is zero or negative,
enter "0" on line 56, and enter the actual amount on line 23 of
Schedule 12 if minimum tax applies.

Health an Apr. 26. 2010ʳ12:57PM    NORTEL        2005-12-31        No. 1531ˡᵉˡ Nᵉᴾ.  4/10ᵗʰ & Welfare
2006-03-     T10-3433-06

4

## Step 5 – Summary of tax and credits – See lines 81 to 100 in the guide.

**Tax:**

|  |  |  |  |
|---|---|---|---|
| Total federal tax payable (line 41 of Schedule 11, or line 55 of Schedule 12) | | 81 | |
| Provincial or territorial tax payable (from the applicable provincial or territorial form) | | 82 | |
| Part XII.2 tax payable (line 12 of Schedule 10) | | 83 | |
| Add lines 81 to 83. Total taxes payable. | 0 00 ▶ | | 0 00 84 |

**Credits:**

|  |  |  |  |
|---|---|---|---|
| Tax paid by instalments | | 85 | |
| Total tax deducted (see lines C, D, and 86 in the guide) | C | | |
| Transfert to Quebec | D | | |
| Net tax deducted (line C minus line D) | ▶ | 86 | |
| Refundable Quebec abatement (line 42 of Schedule 11, or line 5G of Schedule 12) | | 87 | |
| Refundable investment tax credit (Form T2038(IND)) | | 88 | |
| Capital gains refund (Form T184) | | 89 | |
| Part XII.2 tax credit (box 38 of T3 slip) | | 90 | |
| Other credits (specify) | | 91 | |
| Add lines 85 to 91. Total credits. | 0 00 ▶ | | 0 00 93 |
| Refund or balance owing – Line 84 minus line 93. | | | 0 00 94 |

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

Amount enclosed _____ | 95

**Payment:** Attach a cheque or money order payable to the Receiver General. Do not mail cash.

Refund code
(see the guide for details) [  ] 100

---

Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.

_____

_____

Fax

| | Postal code | Telephone number |
|---|---|---|
| | | |

*Privacy Act* – Personal Information Bank number RCT/P-PU-015.

Certification (by trustee, executor, liquidator, or administrator)

I, (please print)  John Doolittle

certify that the information given on this T3 return and in any documents attached is, to the best of my knowledge, correct, complete, and fully discloses the income from all sources.

_Authorized person's signature_

Vice President, Tax
Position or title

Mar 30/02
Date

Health ar Apr. 26. 2010 12:57PM    NORTEL        2005-12-31        No. 1531 lel Nrp.  5/10 lth & Welfare
2006-03—                                                                              T10-3433-05

## T3 – 2005    PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX    SCHEDULE 10

- Enter the applicable taxation year in the box above. Attach a completed copy of this schedule to the trust's return.
- \*If references to "the guide" are to the *T3 Trust Guide*.

### Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

- Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.
- Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.
- We define designated beneficiary and specified income in the guide, under "Schedule 10 – *Part XII.2 Tax and Part XIII Non-Resident Withholding Tax*."
- Part XII.2 tax is due no later than 90 days after the trust's taxation year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.
- Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

**Specified income**

| | | | |
|---|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 06 to 08 of the return) | 10010 • | | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 • | | 2 |
| Net income (loss) from timber resource properties | 10030 • | | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 • | | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 ▾ | | 5 |
| Total specified income (add lines 1 to 5) | | | 6 |

**Calculating Part XII.2 tax**

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | |
|---|---|---|
| Resident beneficiaries (line 928, column 1 of Schedule 9) | | 7 |
| Non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 8 |
| Subtotal (line 7 plus line 8) ▶ | | 9 |
| Taxable benefits (line 44 of the return) | | 10 |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) ▶ | | 11 |

| | | |
|---|---|---|
| Part XII.2 tax payable (line 6 or line 11, whichever is less, | x 36%) • = | 12 |

Enter the amount from line 12 on line 83 of the T3 return.

**Calculating Part XII.2 refundable tax credit for eligible beneficiaries**

| | | | |
|---|---|---|---|
| Income allocated to non-resident beneficiaries | x | Amount from | = 13 |
| Divide by amount from line 11 | | line 12 | |

| | | |
|---|---|---|
| Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13) | | 14 |

Enter the amount from line 14 on line 838 of Schedule 9, *Income Allocations and Designations to Beneficiaries*. If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit).
If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

| Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax. |
|---|

**Canada**

T3 SCH 10 E (05)                                                                        CRA-05-502

Health a  Apr. 26. 2010 12:58PM    NORTEL        2005-12-31              No. 1531    lth & Welfare
2006-03                                                                          Np. 6/10
                                                                                 T10-3433-06

## Part B – Calculating Part XIII non-resident withholding tax

Payer's remittance no. | NR 505060

| | | | |
|---|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 42,695 64 | 15 |
| Adjustment for non-cash items included above (provide reconciliation) (if negative, enter in brackets) 10210 ♦ | | | 16 |
| ounts paid or payable (line 15 plus line 16) | | 42,695 64 ▶ | 42,695 64 17 |

Amounts not subject to Part XIII tax

| | | | |
|---|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) 10230 ♦ | | | 18 |
| Distributions by certain trusts established before 1949 10240 ♦ | | | 19 |
| Other (specify) 10250 ♦ | | | 20 |
| Amount from line 13 in Part A | | | 21 |
| Subtotal (add lines 18 to 21) | | ▶ | 22 |
| Taxable Canadian property gains distributions for non-resident beneficiaries (see Note below) | | | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | | 42,695 64 | 24 |
| Non-resident tax (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same as the amount reported on the NR4 Summary and the related NR4 slip(s)) | | 8,260 77 | 25 |
| Amounts already remitted on Form NR-76, *Non-Resident Tax Statement of Account* | | 8,260 77 | 26 |
| Part XIII tax due (line 25 minus line 26) | | | 27 |

Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

Note: If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do an additional calculation for line 18 and for line 23. Enter the amount from line 43 on line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

### TCP gains balance for the mutual fund trust

| | | | |
|---|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line s of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line e) | | | 28 |
| Trust's capital gains from dispositions of taxable Canadian property during the taxation year | | | 29 |
| ? gains distributions received by the trust during the taxation year | | | 30 |
| Subtotal (add lines 28, 29, and 30) | | | 31 |
| Trust's capital losses from taxable Canadian property during the taxation year | | | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32). If negative, indicate the negative balance. | | | 33 |

### Pro rata portion for non-resident beneficiaries

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the taxation year | 35 | | |
| Total taxable capital gains designated by the trust to all beneficiaries for the taxation year | 36 | | |
| Line 35 divided by line 36 | | ▶ | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | | | 38 |

### Non-resident beneficiaries TCP gains distribution

| | | | |
|---|---|---|---|
| Amount from line 35 | X 2 = | ▶ | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39, | | | 40 |

Include the amount from line 40 as code 58 on the beneficiary's NR4 slip.

### Capital gains distributions not subject to Part XIII tax

| | | | |
|---|---|---|---|
| Amount from line 35 | | | 41 |
| Amount from line 40 | X 1/2 = | ▶ | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | | | 43 |

Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above.

### Mutual fund trust's TCP gains balance at the end of the taxation year

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | | 44 |
| Amount from line 36 | X 2 = | ▶ | 45 |
| Total TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | | | 46 |
| Trust's TCP gains balance at the end of the taxation year (line 44 minus line 46). If negative, indicate the negative balance. | | | 47 |

Use this balance when determining the trust's TCP gains balance at the beginning of next year.

Health and
2006-03-2  Apr. 26. 2010 12:58PM    NORTEL    2005-12-31    No. 1531 st Nep.  7/10 th & Welfare
T10-3433-06

**T3 – 2005**          **INVESTMENT INCOME, CARRYING CHARGES, AND**          **SCHEDULE 8**
**GROSS-UP AMOUNT OF DIVIDENDS RETAINED BY THE TRUST**

- Enter the applicable taxation year in the box above. Attach a completed copy of this schedule to the trust's return.

**Part A – Calculating investment income and carrying charges**
- Attach any information slips received.
- Enter the names of the payers at the appropriate lines below. If there is not enough space, attach a separate sheet.
- Include amounts credited through agencies such as banks, trust companies, and brokers.

**Actual amount of dividends from taxable Canadian corporations**
(box 23 of T3 slip or box 10 of T5 slip) _____ |_____|__| 1
Enter the amount from line 1 on line 03 of the T3 return, and line 16 below.

**Foreign investment income**

Interest from foreign sources _____ |_____|__| 2
Other foreign investment income _____ |_____|__| 3
**Total foreign investment income (line 2 plus line 3)** _____ |_____|__| 4
Enter the amount from line 4 on line 04 of the T3 return.

**Other investment income**

| Interest | Bonds, trust companies, | | | |
|---|---|---|---|---|
| | banks | | 11,789,904 00 | 5 |
| | Other deposits (specify) | | | 6 |
| | Mortgages, notes, and | | | |
| | other securities | | | 7 |

Other dividends (including dividends received under a dividend rental arrangement) _____ |_____|__| 8
Other (specify) _____ |_____|__| 9
**Total other investment income (add lines 5 to 9)** _____ ·11,789,904 00 10
Enter the amount from line 10 on line 05 of the T3 return.

**Carrying charges and interest expenses**

Interest on money borrowed to earn investment income (attach a statement – see the *T3 Trust Guide* for
details) _____ | 8160 ● | |_____|__| 11
Management, safe custody, or accounting fees (specify) _____ | 8170 ● | |_____|__| 12
Investment counsel fees _____ | 8180 ● | |_____|__| 13
Other (specify)    ADMINISTRATION EXPENSES _____ 712,481 61
_____
_____
_____ | 8190 ● | |_____|__| 14
**Total carrying charges (add lines 11 to 14)** _____ 712,481 61 15
Enter the amount from line 15 on line 21 of the T3 return.

**Part B – Calculating the gross-up amount of dividends retained or not designated by the trust**

Total dividends reported before applying expenses (line 1 above) _____ |_____|__| 16
Dividends designated to beneficiaries (line 923, Part A of Schedule 9) _____ |_____|__| 17
Total dividends not designated by the trust (line 16 minus line 17) _____ |_____|__| 18
Dividends allocated, but not designated, to non-resident beneficiaries
(dividends from line 926, Column 2 of Schedule 9) _____ | 8240 ● | |_____|__| 19
Total dividends retained (resident beneficiaries only) or not designated by the trust (line 18 minus line 19) ___ |_____|__| 20
Multiply line 20 by 26% _____ x    25  % |_____|__|
**Gross-up amount of dividends retained or not designated by the trust** _____ |_____|__| 21
Enter the amount from line 21 on line 24 of Schedule 11, *Federal Income Tax*, or on line 19 of Schedule 12,
*Minimum Tax*, if applicable, and on line 49 of the T3 return.

Canada

T3 SCH 8 (04)          CRA-05-502

Health and Welfare
2006-03-2    Apr. 26. 2010  12:58PM    NORTEL    2005-12-31    No. 1531 et Nep.  8/10th & Welfare
T10-3433-06

# Summary of Losses Carried Forward

## Non-capital losses carried forward
Desired deduction

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |

| Year | Current year loss | | Carried back (T3A) | |
|------|-------------------|--|--------------------|--|
| 2005 | | | | |
| Total | | | | |

## Non-capital losses carried forward (10 years carryforward)

| Year | Opening balance | Applied to current year | Closing balance |
|------|-----------------|-------------------------|-----------------|
| | | | |

## Farm/fish losses carried forward
Desired deduction

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1995 | | | | |
| 1996 | | | | |
| 1997 | | | | |
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |

| Year | Current year loss | | Carried back (T3A) | |
|------|-------------------|--|--------------------|--|
| 2005 | | | | |
| Total | | | | |

## Restricted farm losses carried forward
Desired deduction                    Farm income

| Year | Opening balance | Applied to current year | Expired | Closing balance |
|------|-----------------|-------------------------|---------|-----------------|
| 1995 | | | | |
| 1996 | | | | |
| 1997 | | | | |
| 1998 | | | | |
| 1999 | | | | |
| 2000 | | | | |
| 2001 | | | | |
| 2002 | | | | |
| 2003 | | | | |
| 2004 | | | | |

| Year | Current year loss | | Carried back (T3A) | |
|------|-------------------|--|--------------------|--|
| 2005 | | | | |
| Total | | | | |

Health and Apr. 26. 2010 12:58PM    NORTEL        2005-12-31        No. 1531 tel Ne P.  9/10 th & Welfare
2006-03-    T10-3433-06

## Capital losses carried forward

Claim maximum possible (including $2,000 against other income).

Claim losses needed to offset current year capital gains.

Claim losses needed to offset capital gains less capital fees.

ter desired total deduction.

Total desired deduction.

| Year | Rate of inclusion | Opening balance | Applied to current year | Closing balance |
|---|---|---|---|---|
| Pre 1986 | 50.0000 % | | | |
| 1986-1987 | 50.0000 % | | | |
| 1988-1989 | 66.6667 % | | | |
| 1989-1999 | 75.0000 % | 832,123 00 | | 832,123 00 |
| 2000 | 75.0000 % | 555,507 00 | | 555,507 00 |
| 2001 | 50.0000 % | 67,972 00 | | 67,972 00 |
| 2002 and after | 50.0000 % | 1,318,681 50 | | 1,318,681 50 |

|  |  | Current year loss | Carried back (T3A) | |
|---|---|---|---|---|
| 2005 | 50.0000 % | | | |

Calculation of allowable deduction (section 111(1.1)).

a) i)   Taxable capital gains

ii)   Grossed-up losses

| | | | | | |
|---|---|---|---|---|---|
| Pre 1988 | | x | 1.0000 | = | |
| 1988-1989 | | x | 0.7500 | = | |
| 1989-1999 | | x | 0.6667 | = | |
| 2000 | | x | 0.6667 | = | |
| 2001 | | x | 1.0000 | = | |
| 2002 and after | | x | 1.0000 | = | |
| | | | | Total : | |

Lesser of (i) and (ii)

b) i)   Maximum deduction against other income        2,000 00

ii)   Pre-86 loss account balance

iii) A) Total losses claimed

minus:

B) Losses required to offset gains

| | | | | | |
|---|---|---|---|---|---|
| Pre 1988 | | x | 1.0000 | = | |
| 1988-1989 | | x | 0.7500 | = | |
| 1989-1999 | | x | 0.6667 | = | |
| 2000 | | x | 0.6667 | = | |
| 2001 | | x | 1.0000 | = | |
| 2002 and after | | x | 1.0000 | = | |
| Total | | | | | |

Amount (A) minus (B)

Least of amounts i), ii) and iii)

Total deduction allowed [(a) + (b)]

## L.P.P losses

Balance forward

Current year loss (Schedule 1 and T1055)

Subtotal

Expired losses                                    —

Loss applied in current year (S1)                 —

Loss applied on T1055                             —

ss available for carry forward

Loss carried back (T3A)

Closing Balance

### Limited partnership losses

| | | |
|---|---|---|
| Balance forward | | |
| Losses from T5013 slips | | |
| Other unused current year losses | | |
| **Subtotal** | | |
| Less: Losses applied current year | − | |
| **Closing balances** | | |

**3**

Canada Revenue    Agence du revenu
Agency    du Canada

Do not use this area    2007

# T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the publication T4013, *T3 Trust Guide*.

## ▲ Step 1 – Identification and other required information

| | |
|---|---|
| Name of trust | Trust account number |
| Nortel Networks Health & Welfare Trust | T10-3433-06 |
| Name of trustee, executor, liquidator, or administrator | Do not use this area |
| The Northern Trust Company | |
| Mailing address of trustee, executor, liquidator, or administrator | Telephone number |
| 145 King Street West, Suite 1910 | (416) 365-7161 |
| | Postal code |
| Toronto                              Ontario | M5H 1J8 |
| Mailing address, if different than trustee (or name and mailing address of the contact person, if different) | Telephone number |
| Nortel Networks | (905) 863-6108 |
| | Postal code |
| 195 The West Mall          Toronto          Ontario | M9C 5K1 |

Residence of trust at end of tax year     Country (if other than Canada)

Is the trust resident on designated
Aboriginal settlement lands?     No [X]   Yes [ ]     If Canada, enter than the province or territory.   Ontario     If yes, enter the name and settlement number.

If the trust had business income in the year, enter the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident
of Canada in the year, enter the date.     Became resident   Year Month Day     Ceased to be resident   Year Month Day

### Type of trust

**Testamentary**
[ ] Spousal or common-law partner     Date of death   Year Month Day
[ ] Other     Social insurance number of deceased

**Inter vivos**
[ ] Spousal or common-law partner     Date trust was created   Year Month Day   1980-01-01
[ ] Unit     [ ] Non-profit organization – Business Number:
[ ] Mutual fund
[ ] Communal organization     [ ] Employee trust
[ ] Employee benefit plan     [ ] Personal trust
   [ ] Joint spousal or common-law partner trust
Insurance segregated fund     [ ] Alter ego trust
[ ] Fully or partially registered     [X] Other inter vivos (specify)
[ ] Non-registered     Health & Welfa

**Deemed resident**
Is this a deemed resident trust?   Yes [ ]     If yes, please indicate any other country in which it is also considered resident.

**Return for tax year**

from   Year Month Day   2007-01-01   to   Year Month Day   2007-12-31

Is this the first year of filing a T3 return?     No [X]   Yes [ ]

If no, for what year was the last return filed?     2006   Year

If yes, attach a copy of the trust document or will, or a list of assets at death (unless filed with the deceased's final T1 return).     Attached [ ]   With T1 [ ]

Is this an amended return?     No [X]   Yes [ ]

Address on last return is same as above, or the following:     Same [X]

Is this the final return of the trust?     No [X]   Yes [ ]

If yes, enter the trust wind up date.   Year Month Day

Your language of correspondence:     English [X]   French [ ]

### Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

If the trust dealt with a non-resident trust or corporation in the year, contact us at 1-800-959-8281 for more filing requirements.

Did the trust hold foreign property at any time in the tax year with a total cost of more than CAN$100,000?     No [X]   Yes [ ]

If yes, you may have to complete and attach Form T1135, *Foreign Income Verification Statement*. For filing requirements, see the form.

Canada

T3 RET E (07)     CRA-07-504

2007 He Apr. 26. 2010 L 12:54PM    NORTEL    2007-12-31    No. 1529   P. 2
2008-03-25 09:28

Nortel Networks Health & Welfare
T10-3433-06

2

## Other required information

| | | No | Yes |
|---|---|---|---|
| 1. | Is the trust one of a number of trusts created from contributions by the same individual? yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. | X | |
| 2. | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? If yes, enter the year, and, if during this tax year, attach a statement showing the changes. | X | |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? If yes, enter the year, and, if during this tax year, attach copies of the documents effecting these changes. | X | |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | | X |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, enter the year, and, if during this tax year, attach a statement giving the details. | X | |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? If yes, enter the year, end, if during this tax year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. | X | |
| 7. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? If yes, complete Schedule 9. | X | |
| 8. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust where the beneficial ownership of the property did not change as a result of the transfer? If yes, enter the year, and, if during this tax year, attach a statement giving details. | X | |
| 9. | Did the trust distribute assets other than cash to a beneficiary during the tax year? If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, provide the beneficiary's social insurance number. | X | |
| 10. | Did the trust receive any additional property by way of a contribution of property (as defined in the "Definitions" of the guide) since June 22, 2000? If yes, enter the year, and, if during this tax year, attach a statement giving details. | X | |

## Step 2 – Calculating total income – See lines 01 to 20 in the guide.

| | | | | | |
|---|---|---|---|---|---|
| ▲ | Taxable capital gains (line 21 of Schedule 1) | | | | 01 • |
| ▲ | Pension income | | | | 02 • |
| | Total of actual amount of dividends from taxable Canadian corporations (line 3 of Schedule 8) | | | | 03 • |
| | Actual amount of dividends other than eligible dividends from taxable Canadian corporations (line 1 of Schedule 8) | | 3A | | |
| ▲ | Foreign investment income (line 6 of Schedule 8) | | | | 04 • |
| | Other investment income (line 12 of Schedule 8) | | | 6,407,301 39 | 05 • |
| | Business income | Gross | 96 Net | | 06 • |
| | Farming income | Gross | 97 Net | | 07 • |
| | Fishing income | Gross | 98 Net | | 08 • |
| | Rental income | Gross | 99 Net | | 09 • |
| | NISA Fund 2 | | | | 10 • |
| | (includes ____ NISA Fund 2 payments received while the beneficiary spouse or common-law partner is, or was, alive, or received by a communal organization.) | | | | • |
| ▲ | Deemed dispositions income or losses (line 42 of Form T1055) | | | | 11 • |
| | Other income (specify and attach any information slips received.) | | | | |
| ▲ | | Add lines 01 to 19. This is the trust's total income. ► | | 6,407,301 39 ► | 19 • |
| | | | | | 6,407,301 39 20 |

2008-03-25 09:28                                                                        Health & Welfare
                                                                                        T10-3433-06

3

## Step 3 – Calculating net income – See lines 21 to 50 in the guide.

| | | | |
|---|---|---|---|
| | Trust's total income (line 20 of page 2) | | 6,407,301 39 20 |
| Carrying charges and interest expenses (line 17 of Schedule 8) | | 401,218 77 21 • | |
| Trustee fees (see lines 22 to 24 in the guide) | 22 • | | |
| Trustee fees that do not relate to income or were deducted elsewhere on this return | 23 • | | |
| Trustee fees deductible from income (line 22 minus line 23) | ▶ | 24 | |
| Allowable business investment losses (ABIL) | | 25 • | |
| Other deductions from total income (specify – see line 40 in the guide) | | | |
| Trust Claim Premiums | 6,006,082 62 | | |
| | | | |
| | 6,006,082 62 ▶ | 6,006,082 62 40 • | |
| Add lines 21, 24, 25, and 40. | | 6,407,301 39 ▶ | 6,407,301 39 41 |
| Line 20 minus line 41 | | | 0 00 42 |

Taxable benefits – See lines 43 and 44 in the guide.

| | | | |
|---|---|---|---|
| Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | | 43 • | |
| Value of other benefits to a beneficiary | | 44 • | |
| Total taxable benefits (line 43 plus line 44) | | ▶ | 45 |
| Income before allocations (line 42 plus line 45) | | | 0 00 46 |

| | | | |
|---|---|---|---|
| Amounts paid or payable to beneficiaries | | A • | |
| Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | | B • | |
| Total deductible income allocations (line A minus line B) | | ▶ | 47 |
| Income after allocations (line 46 minus line 47) | | | 0 00 48 |
| Total gross-up amount of dividends retained or not designated by the trust (line 32 of Schedule 8) | | | 49 • |
| Line 48 plus line 49. This is the trust's net income. | | | 0 00 50 • |

## Step 4 – Calculating taxable income – See lines 51 to 56 in the guide.

Deductions to arrive at taxable income

| | | | |
|---|---|---|---|
| Non-capital losses of other years – See line 51 in the guide. | | 51 • | |
| Net capital losses of other years – See line 52 in the guide. | | 52 • | |
| Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 5) | | 53 • | |
| Other deductions to arrive at taxable income (specify – see line 54 in the guide.) | | 54 • | |
| | | | |
| Add lines 51 to 54. | 0 00 ▶ | | 0 00 55 |
| Line 50 minus line 55. This is the trust's taxable income. | | | 0 00 56 • |

If the amount is more than zero, enter the amount on line 56, and on line 1 of Schedule 11. If the amount is zero or negative, enter "0" on line 56, and enter the actual amount on line 23 of Schedule 12 if minimum tax applies.

2007 H Apr. 26. 2010 ᴸ 12:54PM    NORTEL    2007-12-31    No. 1529    P. 4
2008-03-25 09:28    Nortel Networks Health & Welfare
T10-3433-06

4

## Step 5 – Summary of tax and credits – See lines 81 to 100 in the guide.

**Tax:**

| | | |
|---|---|---|
| Total federal tax payable (see line 81 in the guide) | | 81 • |
| Provincial or territorial tax payable (from the applicable provincial or territorial form) | | 82 • |
| Part XII.2 tax payable (line 12 of Schedule 10) | | 83 • |
| Add lines 81 to 83. Total taxes payable. | 0 00 ▶ | 0 00 84 • |

**Credits:**

| | | |
|---|---|---|
| Tax paid by instalments | | 85 • |
| Total tax deducted (see lines C, D, and 86 in the guide) | C | |
| Transfer to Quebec | D | |
| Net tax deducted (line C minus line D) | ▶ | 86 • |
| Refundable Quebec abatement (line 45 of Schedule 11, or line 56 of Schedule 12) | | 87 • |
| Refundable investment tax credit [Form T2038(IND)] | | 88 • |
| Capital gains refund (Form T184) | | 89 • |
| Part XII.2 tax credit (box 38 of T3 slip) | | 90 • |
| Other credits (specify) | | 91 • |
| Add lines 85 to 91. Total credits. | 0 00 ▶ | 0 00 93 • |
| Refund or balance owing – Line 84 minus line 93 | | 0 00 94 |

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

Amount enclosed    | 95

**Payment: Attach a cheque or money order payable to the Receiver General. Do not mail cash.**

Refund code
(see the guide for details.)    ☐ 100

---

**Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.**

Fax

| | Postal code | Telephone number |
|---|---|---|

Privacy Act, Personal Information Bank number CRA/P-PU-005

---

**Certification (by trustee, executor, liquidator, or administrator)**

I, (please print)  PETER LOOK

certify that the information given on this T3 return and in any documents attached is, to the best of my knowledge, correct, complete, and fully discloses the income from all sources.

Authorized person's signature

Vice President, Tax
Position or title

March 25, 2008
Date

2007 H~Apr. 26.  2010, 12:54PM    NORTEL        2007-12-31        No. 1529   P. 5
2008-03-25 09:28                                                  Nortel Networks Health & Welfare
                                                                  T10-3433-06

T3 – 2007    **PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX**    **SCHEDULE 10**

‐ include a completed copy of this schedule with the trust's return.
‐ All references to "the guide" are to the *T3 Trust Guide.*

---

### Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

• Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.

• Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.

• We define designated beneficiary, eligible beneficiary and specified income in the guide, under "Schedule 10 – *Part XII.2 Tax and Part XIII Non-Resident Withholding Tax.*"

• Part XII.2 tax is due no later than 90 days after the trust's tax year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.

• Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

**Specified income**

| | | |
|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 06 to 08 of the return) | 10010 ● | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 ● | 2 |
| Net income (loss) from timber resource properties | 10030 ● | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 ● | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 ● | 5 |
| Total specified income (add lines 1 to 5) | | 6 |

**Calculating Part XII.2 tax**

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | |
|---|---|---|
| Resident beneficiaries (line 926, column 1 of Schedule 9) | | 7 |
| Non-resident beneficiaries (line 926, column 2 of Schedule 9) | | 8 |
| Subtotal (line 7 plus line 8) ▶ | | 9 |
| Taxable benefits (line 44 of the return) | | 10 |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) ▶ | | 11 |

Part XII.2 tax payable (line 6 or line 11, whichever is less,    × 36%) =    12
Enter the amount from line 12 on line 83 of the T3 return.

**Calculating Part XII.2 refundable tax credit for eligible beneficiaries**

Income allocated to designated beneficiaries
—————————————————————   x   Amount from   =    13
Divide by amount from line 11                line 12

Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13)    14

Enter the amount from line 14 on line 938 of Schedule 9, *Income Allocations and Designations to Beneficiaries.* If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit). If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

---

| Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax. |
|---|

T3 SCH 10 E (06)

**Canada**
CRA-07-504

**Part B – Calculating Part XIII non-resident withholding tax**    Payer's remittance no.  NR J505060

| | | | | |
|---|---|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 42,695 64 | 15 | |
| Adjustment for non-cash items included above (provide reconciliation) (if negative, enter in brackets) | 10210 • | | 16 | |
| Amounts paid or payable (line 15 plus line 16) | | 42,695 64 ▶ | | 42,695 64  17 |

Amounts payable to non-resident beneficiaries that are not subject to Part XIII tax:

| | | | | |
|---|---|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) | 10230 • | | 18 | |
| Distributions by certain trusts established before 1949 | 10240 • | | 19 | |
| Other (specify) | 10250 • | | 20 | |
| Amount from line 13 in Part A | | | 21 | |
| Subtotal (add lines 18 to 21) | | ▶ | | 22 |
| Taxable Canadian property gains distributions for non-resident beneficiaries (see Note below) | | | | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | | | | 42,695 64  24 |
| Non-resident tax payable (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same as the amount reported on the NR4 Summary and the related NR4 slip(s)) | | | | 8,381 38  25 |
| Amounts already remitted on Form NR-76, Non-Resident Tax Statement of Account | | | | 8,381 38  26 |
| Part XIII tax due (line 25 minus line 26) | | | | 27 |

Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

Note: If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do a calculation for line 23. Enter the amount from line 43 on line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

**TCP gains balance for the mutual fund trust**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line 47 of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line 33.) | | | 28 |
| Trust's capital gains from dispositions of taxable Canadian property during the tax year | | | 29 |
| TCP gains distributions received by the trust during the tax year | | | 30 |
| Subtotal (add lines 28, 29, and 30) | | | 31 |
| Trust's capital losses from taxable Canadian property during the tax year | | | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32). If negative, indicate the negative balance. | | | 33 |

**Pro rata portion for non-resident beneficiaries**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the tax year | | 35 | |
| Total taxable capital gains designated by the trust to all beneficiaries for the tax year | | 36 | |
| Line 35 divided by line 36 | | ▶ | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | | | 38 |

**Non-resident beneficiaries TCP gains distribution**

| | | | |
|---|---|---|---|
| Amount from line 35 _____ X 2 = | | ▶ | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39. | | | 40 |

Include the amount from line 40 as code 58 on the beneficiary's NR4 slip.

**Capital gains distributions not subject to Part XIII tax**

| | | | |
|---|---|---|---|
| Amount from line 35 | | | 41 |
| Amount from line 40 _____ X 1/2 = | | ▶ | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | | | 43 |

Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above.

**Mutual fund trust's TCP gains balance at the end of the tax year**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | | 44 |
| Amount from line 36 _____ X 2 = | | 45 | |
| TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | | | 46 |
| Trust's TCP gains balance at the end of the tax year (line 44 minus line 46). If negative, indicate the negative balance. | | | 47 |

Use this balance when determining the trust's TCP gains balance at the beginning of next year.

2007 H.&..............                Apr. 26. 2010. 12:54PM    NORTEL        2007-12-31                    No. 1529   P. 7
2008-03-25 09:28                                                                                   Nortel Networks Health & Welfare
                                                                                                  T10-3433-06

**T3 – 2007**                          **DISPOSITIONS OF CAPITAL PROPERTY**                        **SCHEDULE 1**

* For information on completing this schedule, see Chapter 3 in the publication T4013, *T3 Trust Guide*.
* If the trust is reporting a deemed disposition, complete Form T1055 first.
  If you need more space, attach a separate sheet of paper. Include a completed copy of this schedule with the trust's return.

| Note: Do not use this schedule to claim an allowable business investment loss from disposing of shares or debts of a small business corporation (see Line 25 in the *T3 Trust Guide*). | 1 Year of acquisition | 2 Proceeds of disposition | 3 Adjusted cost base | 4 Outlays and expenses (from dispositions) | 5 Gain (or loss) (column 2 minus columns 3 and 4) |
|---|---|---|---|---|---|

**Qualified small business corporation shares**
Before March 18, 2007

| No. of shares | Name of corporation and class of shares | | | | | |
|---|---|---|---|---|---|---|

After March 18, 2007

|  |  |  |  |  | 1013 • | A |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | B |

Total of A and B  **1011 •**            Total of A and B (Gain (or loss))  **1012 •**    **1**

**Qualified farm or fishing property**
Before March 18, 2007

| Address or legal description | | | | | | |
|---|---|---|---|---|---|---|

After March 18, 2007

|  |  |  |  |  | 1023 • | C |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | D |

Total of C and D  **1021 •**            Total of C and D (Gain (or loss))  **1022 •**    **2**

**Mutual fund units and other shares**
(report capital gains or losses shown on an information slip on line 10 below)

| No. of shares | Name of fund or corporation and class of shares | | | | | |
|---|---|---|---|---|---|---|
|  |  | 1031 • |  | Gain (or loss) 1032 • |  | 3 |

**Bonds, debentures, promissory notes, and other similar properties**

| Face value | Maturity date | Name of issuer | | | | |
|---|---|---|---|---|---|---|
|  |  | See Schedule |  |  |  |  |
|  |  | 1041 • | 11,275,060 00 | 11,536,586 50 | Gain (or loss) 1042 • -261,526 50 | 4 |
|  |  |  | 11,275,060 00 |  |  |  |

**Real estate and depreciable property** (do not include losses on depreciable property)
Address of legal description

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 1051 • |  |  | Gain (or loss) 1052 • |  | 5 |

**Personal-use property** (full description)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 1061 • |  | (if negative, enter "0") 1062 • |  |  | 6 |

**Listed personal property (LPP)** (full description)

Note: You can only apply LPP losses against LPP gains.  **1071 •**                                              **1072 •**    **7**
Enter LPP losses from line 7 of Form T1055, and unapplied LPP losses from other years (give details).  **1080 •**    **8**
Net gain (line 7 minus line 8)    **9**

**Information slips – Capital gains (or losses)** (attach T3, T5, T4PS, T5013, and T5013A slips.)  **1100 •**    **10**
Subtotal (Add lines 1 to 6, 9, and 10.)  -261,526 50  **11**
Capital losses from a reduction in business investment loss  **1130 •**    **12**
Total of amounts in column 5 before reserves (line 11 minus line 12)  -261,526 50  **14**
Reserves from line 9, column 3 of Schedule 2 (if negative, show it in brackets and subtract it from the amount on line 2363 of Schedule 2)  **1170 •**    **15**
Subtotal (line 14 plus line 15)  -261,526 50  **16**
Amount from line 9 of Schedule 1A (attach Schedule 1A)    **17**
Subtotal (line 16 minus line 17)  -261,526 50  **17A**
Capital gains from gifts of other capital property (see Schedule 1, line 18 in the guide)  **1191 •**    **18**
Total capital losses transferred under subsection 164(6) (do not put this amount in brackets)  **1646 •**    **19**
Total capital gains (or losses) (line 17A plus line 19)  -261,526 50  **20**
Multiply line 20 by 1/2                                                                    x  1/2
**Total taxable capital gains (or net capital losses)**  **1220 •**  -130,763 25  **21**
If the amount on line 21 is positive, enter it on line D1 of the return. If the amount is negative, see line D1 in the *T3 Trust Guide*.

T3 SCH 1 (07)

**Canada**
CRA-07-504

**Bonds, debentures, promissory notes, and other similar properties (continued)**

| Face value | Maturity date | Name of issuer | 1 Year of acqui-sition | 2 Proceeds of disposition | 3 Adjusted cost base | 4 Outlays and expenses (from dispositions) | 5 Gain (or loss) (column 2 minus columns 3 and 4) |
|---|---|---|---|---|---|---|---|
| 1,000,000 | 2008-07-18 | Ontario Hydro | | 1,017,250 00 | 945,000 00 | | 72,250 00 |
| 1,000,000 | 2008-07-18 | Ontario Hydro | | 1,013,800 00 | 945,000 00 | | 68,800 00 |
| 1,000,000 | 2008-06-01 | Canada Government Ser H74 | | 1,055,450 00 | 1,164,750 00 | | -109,300 00 |
| 1,000,000 | 2008-06-01 | Canada Government Ser H74 | | 1,037,200 00 | 1,164,750 00 | | -127,550 00 |
| 2,000,000 | 2008-06-01 | Canada Government Ser H74 | | 2,067,300 00 | 2,329,500 00 | | -262,200 00 |
| 1,000,000 | 2013-07-22 | Bank of Nova Scotia | | 1,014,000 00 | 985,500 00 | | 28,500 00 |
| 2,000,000 | 2013-07-22 | Bank of Nova Scotia | | 2,009,000 00 | 1,971,000 00 | | 38,000 00 |
| 1,000,000 | 2008-04-22 | Royal Bank of Canada | | 1,014,500 00 | 999,200 00 | | 15,300 00 |
| 1,000,000 | 2008-04-22 | Royal Bank of Canada | | 1,013,560 00 | 999,200 00 | | 14,360 00 |
| 33,000 | 2009-01-19 | Societe D Habitation | | 33,000 00 | 32,686 50 | | 313 50 |
| | | Total | | 11,275,060 00 | 11,536,586 50 | | -261,526 50 |

**T3 – 2007**  **INVESTMENT INCOME, CARRYING CHARGES, AND GROSS-UP AMOUNT OF DIVIDENDS RETAINED BY THE TRUST**  **SCHEDULE 8**

- Include a completed copy of this schedule with the trust's return.

### A – Calculating Investment income and carrying charges
- Include any information slips received.
- Enter the names of the payers at the appropriate lines below. If there is not enough space, attach a separate sheet.
- Include amounts credited through agencies such as banks, trust companies, and brokers.

**Dividends from taxable Canadian corporations**

| | | |
|---|---|---|
| Actual amount of dividends other than eligible dividends from taxable Canadian corporations (box 23 of T3 slip or box 10 of T5 slip) | 8110 • | 1 |
| Actual amount of eligible dividends from specified taxable Canadian corporations (box 49 of T3 slip or box 24 of T5 slip) | 8120 • | 2 |
| Total of the actual amount of dividends from taxable Canadian corporations (line 1 plus line 2) | | 3 |
| Enter the amount from line 3 on line 03 of the T3 return. | | |

**Foreign Investment Income**

| | | |
|---|---|---|
| Interest from foreign sources | | 4 |
| Other foreign investment income | | 5 |
| Total foreign investment income (line 4 plus line 5) | | 6 |
| Enter the amount from line 6 on line 04 of the T3 return. | | |

**Other Investment income**

| | | | |
|---|---|---|---|
| Interest | Bonds, trust companies, banks | 6,331,810 22 | 7 |
| | Other deposits | 18,625 74 | |
| | Mortgages, notes, and other securities | 56,865 43 | 8 |
| | | | 9 |
| Other dividends (including dividends received under a dividend rental arrangement) | | | 10 |
| Other | | | 11 |
| Total other investment income (add lines 7 to 11) | | 6,407,301 39 | 12 |
| Enter the amount from line 12 on line 05 of the T3 return. | | | |

**Carrying charges and interest expenses**

| | | | |
|---|---|---|---|
| Interest on money borrowed to earn investment income | 8160 • | | 13 |
| Management, safe custody, or accounting fees | 8170 • | | 14 |
| Investment counsel fees | 8180 • | | 15 |
| Other        Administration Expenses | | 401,218 77 | |
| | 8190 • | | 16 |
| Total carrying charges (add lines 13 to 16) | | 401,218 77 | 17 |
| Enter the amount from line 17 on line 21 of the T3 return. | | | |

### Part B – Calculating the gross-up amount of dividends retained or not designated by the trust

| | | | |
|---|---|---|---|
| Total eligible dividends reported before applying expenses (line 2 above) | | | 18 |
| Eligible dividends designated to beneficiaries (line 949, Part A of Schedule 9) | | | 19 |
| Total eligible dividends not designated by the trust (line 18 minus line 19) | | | 20 |
| Eligible dividends allocated, but not designated, to non-resident beneficiaries (eligible dividends from line 926, Column 2 of Schedule 9) | 8239 • | | 21 |
| Total eligible dividends available for gross-up (line 20 minus line 21) | | | 22 |
| Multiply line 22 by 45% | x 45 % | | 23 |
| Gross-up amount of eligible dividends retained or not designated by the trust | ▶ | | 24 |
| Total dividends other than eligible dividends reported before applying expenses (line 1 above) | | | 25 |
| Dividends other than eligible dividends designated to beneficiaries (line 923, Part A of Schedule 9) | | | 26 |
| Total dividends other than eligible dividends not designated by the trust (line 25 minus line 26) | | | 27 |
| Dividends other than eligible dividends allocated, but not designated, to non-resident beneficiaries (dividends other than eligible dividends from line 926, Column 2 of Schedule 9) | 8240 • | | 28 |
| Total dividends other than eligible dividends available for gross-up (line 27 minus line 28) | | | 29 |
| Multiply line 29 by 25% | x 25 % | | 30 |
| Gross-up amount of dividends other than eligible dividends retained or not designated by the trust | ▶ | | 31 |
| Total gross-up amount of dividends retained or not designated by the trust (line 24 plus line 31) | | | 32 |

Enter the amount from line 24 on line 24 of Schedule 11, *Federal Income Tax*. Enter the amount from line 31 on line 25 of Schedule 11. Enter the amount from line 32 on line 19 of Schedule 12, *Minimum Tax*, if applicable, and on line 49 of the T3 return.

T3 SCH 8 (06)

Canada
CRA-07-504

4

2008 He
2009-03 Apr. 26. 2010 12:49PM    NORTEL    2008-12-31    No. 1528rtel NP.    1³ Health & Welfare
T10-3433-06

Canada Revenue    Agence du revenu
Agency    du Canada

Do not use this area    2008

# T3 TRUST INCOME TAX AND INFORMATION RETURN

Relative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
References to "the guide" on this return refer to the publication T4013, *T3 Trust Guide*.

## ▲ Step 1 – Identification and other required information

**Residence of trust at end of tax year**
Indicate Country (if other than Canada)

If Canada, enter the province or territory    Ontario

**Name of trust**
Nortel Networks Health & Welfare Trust

**Trust account number**
T10-3433-06

**Name of trustee, executor, liquidator, or administrator**
The Northern Trust Company

Do not use this area

**Mailing address of trustee, executor, liquidator, or administrator**
145 King Street West, Suite 1910

**Telephone number**
(416) 365-7161

Toronto    Ontario

**Postal code**
M5H 1J8

**Mailing address, if different than trustee (or name and mailing address of the contact person, if different)**
Nortel

**Telephone number**
(905) 863-7762

195 The West Mall    Toronto    Ontario

**Postal code**
M9C 5K1

Is the trust resident on designated Aboriginal settlement lands?    No [X]    Yes [ ]    If yes, enter the name and settlement number.
If the trust had business income in the year, enter the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident of Canada in the year, enter the date.
Became resident    Year  Month  Day
Ceased to be resident    Year  Month  Day

### Type of Trust

**Testamentary**
[ ] Spousal or common-law partner
Date of death    Year  Month  Day
Social insurance number of deceased
[ ] Other

**Inter vivos**
[ ] Spousal or common-law partner
Date trust was created    Year  Month  Day    1980-01-01
[ ] Unit
[ ] Non-profit organization — Business Number:
[ ] Mutual fund
[ ] Communal organization
[ ] Employee trust
[ ] Employee benefit plan
[ ] Personal trust
[ ] SIFT trust (Specified investment flow-through trust)
[ ] Joint spousal or common-law partner trust
Insurance segregated fund:
[ ] Alter ego trust
[ ] Fully or partially registered
[ ] Non-registered
[X] Other inter vivos (specify)    Health & Welfa

**Deemed resident**
Is this a deemed resident trust?    Yes [ ]    If yes, please indicate any other country in which it is also considered resident.

### Return for tax year

from    Year  Month  Day    2008-01-01    to    Year  Month  Day    2008-12-31

Is this the first year of filing a T3 return?    No [X]    Yes [ ]

If no, for what year was the last return filed?    2007    Year

If yes, attach a copy of the trust document or will, and a list of assets at death (unless filed with the deceased's final T1 return).    Attached [ ]    With T1 [ ]

Is this an amended return?    No [X]    Yes [ ]

Address on last return is same as above, or the following:    Same [X]

Is this the final return of the trust?    No [X]    Yes [ ]

If yes, enter the trust wind up date.    Year  Month  Day

Your language of correspondence:    English [X]    French [ ]

### Reporting foreign income and property

If the trust is resident in Canada, you have to report its income from all sources, both inside and outside Canada.

In the trust dealt with a non-resident trust or corporation in the year, contact us at 1-800-959-8281 for more filing requirements.

Did the trust hold foreign property at any time in the tax year with a total cost of more than CAN$100,000?    No [X]    Yes [ ]
If yes, you may have to complete and attach Form T1135, *Foreign Income Verification Statement.* For filing requirements, see the form.

Canada

T3 RET E (08)

CRA-08-504

2009-03 Apr. 26. 2010 12:49PM    NORTEL    2008-12-31    No. 1528 Tel N P. 2 ª Health & Welfare
T10-3433-06

2

## Other required information

| | | No | Yes |
|---|---|---|---|
| 1. | Is the trust one of a number of trusts created from contributions by the same individual? | | |
| | If yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. . . . . . . . . . . . . | X | ☐ |
| 2. | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? | | |
| | If yes, enter the year, and, if during this tax year, attach a statement showing the changes. . . . . . . . . . | X | ☐ |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? | | |
| | If yes, enter the year, and, if during this tax year, attach copies of the documents effecting these changes. . . . . . . . . | X | ☐ |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | ☐ | X |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, enter the year, and, if during this tax year, attach a statement giving the details. . . . . . . . . . . | X | ☐ |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? If yes, enter the year, and, if during this tax year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. . . . . . . . . . . | X | ☐ |
| 7. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? If yes, complete Schedule 9. | X | ☐ |
| 8. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust where the beneficial ownership of the property did not change as a result of the transfer? | | |
| | If yes, enter the year, and if during this tax year, attach a statement giving details. . . . . . . . . . | X | ☐ |
| 9. | Did the trust distribute assets other than cash to a beneficiary during the tax year? If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, provide the beneficiary's social insurance number. . . . . . . . . . . | X | ☐ |
| 10. | Did the trust receive any additional property by way of a contribution of property (as defined in the "Definitions" of the guide) since June 22, 2000? If yes, enter the year, and, if during this tax year, attach a statement giving details. . . . . . . . . . | X | ☐ |
| | Does the trust qualify as a public trust or public investment trust that is required to post information relating to the trust on the Internet website CDS Innovations Inc under section 204.1 of the Income Tax Regulations? . . . . . . . . . | X | ☐ |

## Step 2 – Calculating total income — See lines 01 to 20 in the guide.

| | | | | |
|---|---|---|---|---|
| ▲ | Taxable capital gains (line 21 of Schedule 1) | | 290,402 50 | 01 • |
| ▲ | Pension income | + | | 02 • |
| ▲ | Total of actual amount of dividends from taxable Canadian corporations (line 3 of Schedule 8) | + | | 03 ▪ |
| | Actual amount of dividends other than eligible dividends from taxable Canadian corporations (line 1 of Schedule 8)   3A | | | |
| ▲ | Foreign investment income (line 6 of Schedule 8) | + | | 04 • |
| | Other investment income (line 12 of Schedule 8) | + | 5,665,306 00 | 05 • |
| | Business income    Gross    96  Net | + | | 06 • |
| | Farming income    Gross    97  Net | + | | 07 • |
| | Fishing income    Gross    98  Net | + | | 08 • |
| | Rental income    Gross    99  Net | + | | 09 • |
| | NISA Fund 2 | + | | 10 • |
| | (includes    NISA Fund 2 payments received while the beneficiary spouse or common-law partner is, or was, alive, or received by a communal organization.) | | | |
| | Deemed dispositions income or losses (line 42 of Form T1055) | + | | 11 • |
| ▲ | Other income (specify and attach any information slips received.) | | | |
| | | + | | |
| | | + | | |
| | | = | ▶ + | 19 • |
| ▲ | Add lines 01 to 19. This is the trust's total income. | = | 5,955,708 50 ▶ | 5,955,708 50 20 |

2008 filed
2009-03-2△Ap r. 26. 2010⁻12:50PM    NORTEL    2008-12-31    No. 1528⁻ᵗ ᴺᵒ. P. 3 ⁻Hᵉᵃˡᵗʰ & Welfare
T10-3433-06

3

## Step 3 – Calculating net income — See lines 21 to 50 in the guide.

| | | | |
|---|---|---|---|
| Trust's total income (line 20 of page 2) | | 5,955,708 50 | 20 |

| | | | | |
|---|---|---|---|---|
| ▲ Carrying charges and interest expenses (line 17 of Schedule 8) | | | 324,000 00 | 21 • |
| Trustee fees (see lines 22 to 24 in the guide) · | | 22 • | | |
| Trustee fees that do not relate to income or were deducted elsewhere on this return | — | 23 • | | |
| Trustee fees deductible from income (line 22 minus line 23) | = | ▶ + | | 24 |
| Allowable business investment losses (ABIL) | | + | | 25 • |

Other deductions from total income (specify – see line 40 in the guide)

| | | | | |
|---|---|---|---|---|
| Trust Claim Premiums | 5,341,306 00 | | | |
| | + | | | |
| | + | | | |
| | = 5,341,306 00 | ▶ + | 5,341,306 00 | 40 • |
| ▲ | Add lines 21, 24, 25, and 40. | = | 5,665,306 00 ▶ | — 5,665,306 00 | 41 |
| ▲ | | | Line 20 minus line 41 | = 290,402 50 | 42 |

Taxable benefits — See lines 43 and 44 in the guide.

| | | | | |
|---|---|---|---|---|
| Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | | | 43 • | |
| Value of other benefits to a beneficiary | + | | 44 • | |
| Total taxable benefits (line 43 plus line 44) | = | ▶ + | | 45 |

| | | | |
|---|---|---|---|
| ▲ Income before allocations (line 42 plus line 45) | | = 290,402 50 | 46 |

| | | | | |
|---|---|---|---|---|
| Amounts paid or payable to beneficiaries | | | A • | |
| Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | — | | B • | |
| ▲ Total deductible income allocations (line A minus line B) | | ▶ — | | 47 • |
| Income after allocations (line 46 minus line 47) | | = 290,402 50 | 48 | |
| ▲ Total gross-up amount of dividends retained or not designated by the trust (line 32 of Schedule 8) | | + | | 49 • |
| Line 48 plus line 49. This is the trust's net income. | | = 290,402 50 | 50 • | |

## Step 4 – Calculating taxable income — See lines 51 to 56 in the guide.

Deductions to arrive at taxable income

| | | | | |
|---|---|---|---|---|
| Non-capital losses of other years — See line 51 in the guide | | | 51 • | |
| Net capital losses of other years — See line 52 in the guide | + | 290,402 50 | 52 • | |
| Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 5) | + | | 53 • | |
| Other deductions to arrive at taxable income (specify – see line 54 in the guide.) | | | | |
| | + | | 54 • | |
| ▲ | Add lines 51 to 54. | = 290,402 50 ▶ | — 290,402 50 | 55 |
| ▲ | Line 50 minus line 55. This is the trust's taxable income. | | = 0 00 | 56 • |

If the amount is more than zero, enter the amount on line 56,
and on line 1 of Schedule 11.
If the amount is negative, enter "0" on line 56.
If minimum tax applies, enter the positive or negative result
from line 56 on line 23 of Schedule 12.

4

**Step 6 – Summary of tax and credits** -- See lines 81 to 100 in the guide.

**Tax:**

| | | |
|---|---|---|
| Total federal tax payable (see line 81 in the guide) | | 81 ● |
| Provincial or territorial tax payable (from the applicable provincial or territorial form) | + | 82 ● |
| Part XII.2 tax payable (line 12 of Schedule 10) | + | 83 ● |
| Add lines 81 to 83. Total taxes payable. | = 0 00 ▶ | 0 00 84 ● |

**Credits:**

| | | |
|---|---|---|
| Tax paid by instalments | | 85 ● |
| Total tax deducted (see lines C, D, and 86 in the guide) | C | |
| Transfer to Quebec | – | D |
| Net tax deducted (line C minus line D) | = ▶ + | 86 ● |
| Refundable Quebec abatement (line 45 of Schedule 11, or line 56 of Schedule 12) | + | 87 ● |
| Refundable investment tax credit (Form T2038(IND)) | + | 88 ● |
| Capital gains refund (Form T184) | + | 89 ● |
| Part XII.2 tax credit (box 38 of T3 slip) | + | 90 ● |
| Other credits (specify) | + | 91 ● |
| Add lines 85 to 91. Total credits. | = 0 00 ▶ – | 0 00 93 |
| Refund or balance owing -- Line 84 minus line 93 | = | 0 00 94 |

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

| Amount enclosed | | 95 ● |
|---|---|---|

**Payment: Attach a cheque or money order payable to the Receiver General. Do not mail cash.**

Refund code
(see the guide for details.)    ☐  100

---

**Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.**

| | | |
|---|---|---|
| | | |
| | | |
| Fax: | | |
| | Postal code | Telephone number |

*Privacy Act.* Personal Information Bank number CRA/P-PU-005

**Certification** (by trustee, executor, liquidator, or administrator)

I,    PETER LOOK
                                    (please print)

certify that the information given on this T3 return and in any documents attached is, to the best of my knowledge, correct, complete, and fully discloses the income from all sources.

Authorized person's signature

Vice President, Tax
Position or title
3/25/09
Date

2009-03-Apr. 26. 2010 12:50PM    NORTEL                    No. 1528   P. 5   T10-3433-05

T3 – 2008                        **MINIMUM TAX**                    SCHEDULE 12
                                                                   Page 1 of 6

- **Include a completed copy of this schedule with the trust's return.**
- Use this schedule to calculate a trust's minimum tax and minimum tax carryover.
  See page 4 for trusts not subject to minimum tax in the tax year.
- For information on how to complete this schedule, see the instructions on pages 4 and 5.
- To calculate provincial or territorial minimum tax, see pages 5 and 6. To calculate the Ontario minimum tax carryover, see
  Schedule 12A, *Chart 2 – Ontario Minimum Tax Carryover for 2008 (Trusts)*, on our Web site at www.cra.gc.ca/forms.

## Part 1 – Calculating net adjusted taxable income for minimum tax
Complete sections C, D, and E only if the trust is claiming losses from these sources.

**A. Calculating the non-taxable portion of capital gains reported in the year and kept in the trust**
Do not include taxable capital gains from mortgage foreclosures or conditional sales repossessions. If the trust is reporting deemed dispositions of capital property on Form T1055, *Summary of Deemed Dispositions*, or capital gains from donated property, you will need to make an adjustment for line 3. Use Chart 1 on page 4.

| | | | |
|---|---|---|---|
| Taxable capital gains (line 21 of Schedule 1) | | 290,402 50 | 1 |
| Taxable capital gains allocated and designated to beneficiaries (line 921 of Schedule 9) | – | | 2 |
| Capital gains kept in the trust (line 1 minus line 2) | = | 290,402 50 | 2A |
| Capital gains conversion rate | x | 3/5 | 2B |
| Non-taxable portion of capital gains kept in the trust (line 2A multiplied by line 2B) **12030** | = | 174,241 50 | 3    174,241 50   3 |

**B.** The elected portion of pension benefits under ITAR 40    **12040** +                    4

**C. Rental and leasing property**
Capital cost allowance (CCA) and carrying charges claimed on rental and
leasing property    **12050**                    5
Net income from rental and leasing property before CCA and related carrying
charges (if a loss, enter "0"). See the Note on page 4.    **12060** –        6
Loss, if any, created or increased by CCA and related carrying charges
(line 5 minus line 6)    =    ▶ +                    7

**D. Film property**
CCA and carrying charges claimed on certified film property acquired after 1987
and before March 1996    **12080**                    8
Net income reported from certified film property before CCA and related carrying
charges (if a loss, enter "0"). See the Note on page 4.    **12090** –        9
Loss, if any, created or increased by CCA and related carrying charges
(line 8 minus line 9)    =    ▶ +                    10

**E. Resource property, royalties, and flow-through shares**
Total of all resource deductions, allowances, depletion allowances, and
carrying charges related to resource property and flow-through shares    **12110**    11
Income from production of petroleum, gas,
and minerals, including royalties before
resource deductions and allowances and
depletion allowances and related carrying
charges (if a loss, enter "0")    **12120**            12
Income from dispositions of foreign resource
properties and recovery of exploration and
development expenses (if a loss, enter "0")    **12130** +    13
Total resource income (line 12 plus line 13)    ▶    –        14
Loss, if any, created or increased by resource deductions and allowances,
depletion allowances, and related carrying charges (line 11 minus line 14)    =    ▶ +                    15

**F.** Limited partnership and tax shelter losses – Include the trust's total share of the partnership loss.    **12160** +                    16

**G.** Limited and specified member partnership interest – Amount, if any, by which carrying charges related
to acquiring a partnership interest are more than the trust's income from the partnership interest.    **12170** +                    17

Total additions to taxable income for minimum tax purposes
(add lines 3, 4, 7, 10, 15, 16, and 17)    =    174,241 50   18

T3 SCH 12 E (08)                                        Canada
                                                        CRA-08-504

2009-03-Apr. 26. 2010 12:50PM    NORTEL    No. 1528   P.  6    T10-3433-06

### Part 1 (continued)

Page 2 of 6

| | | |
|---|---|---|
| Total additions to taxable income for minimum tax purposes (from line 18 on page 1) | | 174,241 50 18 |
| Total gross-up amount of dividends kept by the trust (line 49 of the return) | 19 | |
| ...able business investment losses ...5 of the return) | 20A | |
| Capital gains conversion rate    x    3/5 | 20B | |
| Line 20A multiplied by line 20B    =    + ► | 20 | |
| Total deductions from taxable income for minimum tax purposes (line 19 plus line 20)    =    ► | − | 21 |
| Net additions to taxable income for minimum tax purposes (line 18 minus line 21)    = | 174,241 50 22 | |
| Taxable income (line 56 of the return; if a loss, enter the amount in brackets) | 23 | |
| Adjusted non-capital losses of other years used in the current year (see "Line 24" on page 4)  12220 ●  + | 24 | |
| Subtotal (add lines 22 to 24)    = | 174,241 50 25 | |
| Net capital losses of other years used in the current year (see "Line 26" on page 5)  12240 ●  290,417 02 26A | | |
| Capital gains conversion rate    x    3/5 | 26B | |
| Line 26A multiplied by line 26B    =    174,250 21  ► | − | 174,250 21 26 |
| Adjusted taxable income for minimum tax (line 25 minus line 26) | −8 71 27 | |
| Basic exemption (see "Line 28" on page 5)  12260 ●  − | 28 | |
| Net adjusted taxable income for minimum tax (line 27 minus line 28; if negative, enter "0")  12270 ●  = | 29 | |

If the amount on line 29 is more than zero, continue completing this schedule.
If the amount on line 29 is zero, the trust is not subject to minimum tax. However, you should complete Part 7 to determine the amount of minimum tax carryover available for this year and for future years. Enter "0" on line 70. Include Schedule 12 with the return.
If the trust has:
* taxable income on line 56 of the return, complete Schedule 11; or
* no taxable income on line 56 of the return, enter "0" on line 81 of the return.

### Part 2 – Calculating the special foreign tax credit
(Complete only if the trust kept foreign income.)

| | | | |
|---|---|---|---|
| ...n non-business income for which the trust paid foreign non-business income tax | | | 30 |
| Foreign business income | | +  | 31 |
| Total foreign income (line 30 plus line 31) | | =  | 32 |
| Foreign income limit for special foreign tax credit    (line 32    x    15 %)  = | | | 33 |
| Foreign non-business income tax paid    34    x    66.67 % = | | | 35 |
| Foreign business income tax paid | | +  | 36 |
| Total foreign taxes paid for special foreign tax credit (line 35 plus line 36) | | =  | 37 |
| Line 33 or line 37, whichever is less | | | 38 |
| Deductible amount of federal foreign tax credit (line 10 of Form T2209) | | | 39 |
| Special foreign tax credit (line 38 or line 39, whichever is more)  12290 ● | | | 40 |

### Part 3 – Obligation to pay minimum tax

| | | | |
|---|---|---|---|
| Net adjusted taxable income for minimum tax    (line 29    x    15 %)  = | | −  | 41 |
| Total donations and gifts tax credit (line 20 of Schedule 11) | | −  | 42 |
| Minimum amount (line 41 minus line 42)    =    ► | | | 43 |
| Special foreign tax credit (line 40) | | −  | 44 |
| Net minimum tax payable (line 43 minus line 44)    = | | | 45 |
| Federal tax payable (line 44 of Schedule 11) | | 46 | |
| 48% surtax on income not subject to provincial or territorial tax (line 32 of Schedule 11) | | 47 | |
| Federal tax before surtax (line 46 minus line 47)    =    ► | | − | 48 |
| Amount by which minimum amount is more than regular federal tax payable (line 45 minus line 48; if negative, enter "0")    = | | | 49 |

' ...amount on line 49 is more than zero, complete the rest of this schedule.
l.. amount on line 49 is zero, the trust is not subject to minimum tax. However, you should complete Part 7 to determine the amount of minimum tax carryover available for this year and for future years. Include Schedule 12 with the return.
If the trust has:
* taxable income on line 56 of the return, complete Schedule 11; or
* no taxable income on line 56 of the return, enter "0" on line 81 of the return.

2009-03 Apr. 26. 2010 12:50PM   NORTEL   No. 1528   P. 7   T1C-3433-06

Page 3 of 6

## Part 4 – Basic federal tax for the year

| | | |
|---|---|---|
| Basic federal tax (line 31 of Schedule 11) | | 50 |
| ...num amount (from line 43) | | 51 |
| basic federal tax for the year (line 50 or line 51, whichever is more) | **12420 •** | 52 |

## Part 5 – Calculating federal tax payable (minimum tax)

Net minimum tax payable (from line 45) ........................................ 53

Surtax on income not subject to provincial or territorial tax
(portion of line 52 not subject to
provincial or territorial tax        X   48 %)  =   +   54

Federal tax payable (line 53 plus line 54)   **12550 •**  =   ▶   55

Enter this amount on line 81 of the return.

To calculate provincial or territorial minimum tax, use Chart 3 on page 6.

Refundable Quebec abatement (see "Line 56" on page 5)   (line 52   X   16.5 %)  =   56

Enter the amount from line 56 on line 87 of the return.

## Part 6 – Calculating this year's additional taxes paid for minimum tax carryover

| | | |
|---|---|---|
| Minimum amount (from line 43) | | 57 |
| Basic federal tax (line 31 of Schedule 11) | | 58 |
| Special foreign tax credit (from line 40) | | 59 |
| Deductible amount of federal foreign tax credit (line 39) | | 60 |
| Subtotal (line 59 minus line 60) = | | 61 |
| Amount from line 34 | | 62 |
| Amount from line 36 + | | 63 |
| Total (line 62 plus line 63) = | | 64 |

line 61 _____ X  line 37 _____ / line 64  =  +  65

Total (line 58 plus line 65)  =  ▶  66

Additional taxes available to carry over to later years (line 57 minus line 66; if negative, enter "0")   **12670 •**  =  67

## Part 7 – Calculating the total minimum tax carryover

| | | |
|---|---|---|
| Minimum tax carryover from previous years (2001 to 2007) | **12680 •** | 68 |
| Tax payable before carryover (line 29 of Schedule 11) | | 69 |
| Minimum amount (from line 43) | − | 70 |
| Maximum carryover that can be applied this year (line 69 minus line 70; If negative, enter "0") If the trust is subject to minimum tax, enter "0". | = | 71 |

Minimum tax carryover applied this year:

| | | |
|---|---|---|
| Claim an amount that is not more than line 71, whichever is less, and enter it on line 30 of Schedule 11. | − | 72 |
| Balance of minimum tax carryover (line 68 minus line 72) | = | 73 |
| Additional taxes available from this year (from line 67) | + | 74 |
| Line 73 plus line 74 | = | 75 |
| ...tional 2001 taxes not applied | **12760 •** − | 76 |
| ...num tax carryover available for next year (line 75 minus line 76) | **12690 •** = | 77 |

## Is the trust subject to minimum tax?

The following trusts are not subject to minimum tax:

- a mutual fund trust;
- a related segregated fund trust; master trust; and

- a spousal or common-law partner trust, a joint spousal or common-law partner trust, or an alter ego trust if it reports in the year its first deemed disposition on Form T1055, *Summary of Deemed Dispositions*.

Any other trust is liable to pay minimum tax if the net minimum tax payable on line 45 is more than the regular federal tax payable on line 48. A trust may have to pay minimum tax for the year if it:

- reports taxable capital gains (line 01 of the return);
- reports taxable dividends (line 03 of the return);
- claims a loss resulting from, or increased by, resource expenditures, or claims resource and depletion allowances on resource properties (line 06 or line 19 of the return);
- makes an election on pension benefits under ITAR 40 (line 02 of the return and line 22 of Schedule 11);
- claims a loss resulting from, or increased by, capital cost allowance (CCA) or carrying charges claimed on a rental or leasing property (line 09 of the return), or certified films or videotapes (line 06 of the return);
- has certain losses that limited partners, specified members of a partnership, or partners of a tax shelter deduct for their partnership interest (for this purpose, losses allocated from a partnership are applied against gains from the same partnership source);
- has losses from tax shelters; or
- has carrying charges for interests in limited partnerships, tax shelters, rental and leasing properties, or film and resource properties, that increase or create a loss from these sources.

**Note**
Net income from rental and leasing property, and film property includes income from these investments (before CCA and related carrying charges) plus any net taxable capital gains from the disposition of these investments minus any losses from these investments (before CCA and related carrying charges). You also have to subtract allocated partnership losses from gains from the same partnership source.

### Line 3 – Non-taxable part of capital gains kept in the trust

This amount usually equals three-fifths of the taxable capital gains kept in the trust after the allocation and designation of net taxable capital gains to beneficiaries. Do not include taxable capital gains from mortgage foreclosures and conditional sales repossessions. Only the taxable portion of a capital gain from the donation or gift of property is included in the base for determining minimum tax. If the trust reports a capital gain from donated property, you have to make an adjustment for the non-taxable portion of capital gains as well. To make the adjustment, use the following chart. If you have completed Form T1055, you should also use the following chart to make the adjustment.

**─────── Chart 1 – Adjusted Line 3 ───────**

| | | |
|---|---|---|
| Taxable capital gains from line 21 of Schedule 1 | | a |
| Amount from line 25 of Form T1055 (include this amount only if the deemed disposition arises on a day described in D to I of that form) | + | b |
| Subtotal (line a plus line b) | = | x 3/5 = c |
| Net taxable capital gains allocated and designated (3/5 of line 921 from Schedule 9) | | d |
| 30% of reduced capital gains on gifts of certain capital property from line 17 of Schedule 1 | + | e |
| 30% of capital gains on other donated property from line 18 of Schedule 1 | + | f |
| Subtotal (add lines d to f) | = ▶ | g |
| Total (line c minus line g). Enter this amount on line 3. | | h |

### Line 24 – Adjusted non-capital losses of other years used in the current year

If the trust claimed non-capital losses of other years, you may have to reduce the non-capital losses for minimum tax purposes. This reduction is any portion of the non-capital losses attributable to:

- capital cost allowance or carrying charges claimed on:
  - rental or leasing property; or
  - films certified by the Canadian Film and Videotape Certification Office;
- resource expenditures; or
- resource and depletion allowances.

Enter the reduction on line 24.

For minimum tax purposes, a non-capital loss that is carried forward is calculated according to the minimum tax rules in effect for the year in which the loss was incurred.

**Line 26 – Net capital losses of other years used in the current year**
You may have claimed a capital loss from previous years on line 52 of the return. If this is the case, you will have to adjust the trust's income for minimum tax purposes. On line 26A, enter the net capital losses of other tax years that you claimed in the current on line 52 of the return. Do not include capital losses on mortgage foreclosures and conditional sales repossessions.

If the amount on line 52 of the return is less than the capital gains remaining in the trust after allocation to beneficiaries, and the trust has additional unapplied losses of other years, you may be able to increase the amount on line 26A. Call us for details.

**Line 28 – Basic exemption**
We allow a basic exemption of $40,000 to testamentary and grandfathered inter vivos trusts. Allocate the $40,000 basic exemption among the trusts if more than one qualifying trust is formed from contributions by the same individual. To allocate the basic exemption, complete Schedule 6, *Trusts' Agreement to Allocate the Basic Exemption From Minimum Tax*. On line 28, enter the basic exemption, or the trust's allocated amount of the exemption from Schedule 6. For a definition of testamentary and grandfathered inter vivos trusts, see the publication T4013, *T3 Trust Guide*.

**Note**
For all other inter vivos trusts, enter "0" on line 28 of this schedule.

**Part 5 – Calculating federal tax payable (minimum tax)**
**Line 56 – Refundable Quebec abatement**
For information, see the instructions for line 45 of Schedule 11 in the *T3 Trust Guide*.

**Part 6 – Calculating this year's additional taxes paid for minimum tax carryover**
**Lines 57 to 67**
Use Part 6 to calculate the amount of any additional minimum tax payable by the trust for this year that you can carry over to a future year. You may be able to deduct this amount from the trust's regular tax liability on line 30 of Schedule 11 in future years. You can claim a carryforward for a period of seven years.

**Part 7 – Calculating the total minimum tax carryover**
**Lines 68 to 77**
Use Part 7 to calculate the minimum tax carryover from previous years that you can claim on Schedule 11 in this year. You can carry minimum tax from the seven previous tax years. In the trust's best interests, apply the oldest available carryover first. For example, apply any carryover from 2003 before any carryover from 2004. Also use Part 7 to calculate the total minimum tax carryover, if any, that may be carried forward to later years.

**Provincial and territorial minimum tax payable**
Use Chart 3 – *Calculating Provincial and Territorial Minimum Tax*, on the next page, to calculate the trust's provincial and territorial minimum tax payable.

**Ontario minimum tax carryover**
To calculate your Ontario minimum tax carryover, use Schedule 12A, *Chart 2 – Ontario Minimum Tax Carryover for 2008 (Trusts)*, available on our Web site at www.cra.gc.ca/forms. If one of the following situations applies to the trust, call us for information on how to calculate the Ontario minimum tax carryover.

- The trust is resident in Ontario in 2008 and:
  - It is subject to tax in multiple jurisdictions (with taxable income in Ontario); or
  - In a year after 2001, it was not resident in Ontario, and minimum tax was payable in that year.
- The trust is not resident in Ontario in 2008, but has business income in Ontario.
- The trust was subject to tax in multiple jurisdictions in a year after 2001, and it was subject to Ontario minimum tax.

**Note**
You cannot claim a minimum tax carryover if the trust has to pay minimum tax.

## Chart 3 – Calculating Provincial and Territorial Minimum Tax

**Newfoundland and Labrador**
Line 67 _____ 1
Newfoundland and Labrador rate    × 54.7 % 2
Newfoundland and Labrador additional
minimum tax (line 1 multiplied by line 2).
Enter amount A on line 20 of Form T3NL.    = _____ A

**Saskatchewan**
Line 57 _____
    minus line 58 _____    = _____ 1
Saskatchewan rate    × 50 % 2
Saskatchewan additional minimum tax
(line 1 multiplied by line 2).
Enter amount H on line 22 of Form T3SK.    = _____ H

**Nova Scotia**
Line 67 _____ 1
Nova Scotia rate    × 57.5 % 2
Nova Scotia additional minimum tax
(line 1 multiplied by line 2).
Enter amount B on line 20 of Form T3NS.    = _____ B

**Alberta**
Line 57 _____
    minus line 58 _____    = _____ 1
Alberta rate    × 35 % 2
Alberta additional minimum tax
(line 1 multiplied by line 2).
Enter amount I on line 13 of Form T3AB.    = _____ I

**New Brunswick**
Line 57 _____
    minus line 58 _____    = _____ 1
New Brunswick rate    × 57 % 2
New Brunswick additional minimum tax
(line 1 multiplied by line 2).
Enter amount C on line 20 of Form T3NB.    = _____ C

**British Columbia**
Line 67 _____ 1
British Columbia rate    × 33.7 % 2
British Columbia additional minimum tax
(line 1 multiplied by line 2).
Enter amount J on line 20 of Form T3BC.    = _____ J

**Prince Edward Island**
Line 67 _____ 1
Prince Edward Island rate    × 57.5 % 2
Prince Edward Island additional minimum
tax (line 1 multiplied by line 2).
Enter amount D on line 20 of Form T3PE.    = _____ D

**Nunavut**
Line 67 _____ 1
Nunavut rate    × 45 % 2
Nunavut additional minimum tax
(line 1 multiplied by line 2).
Enter amount K on line 20 of Form T3NU.    = _____ K

**Ontario**
Line 49 _____ 1
Ontario rate    × 40.33 % 2
Ontario additional minimum tax
(line 1 multiplied by line 2).
Enter amount E on line 20 of Form T3ON.    = _____ E

**Northwest Territories**
Line 67 _____ 1
Northwest Territories rate    × 45 % 2
Northwest Territories additional minimum tax
(line 1 multiplied by line 2).
Enter amount L on line 20 of Form T3NT.    = _____ L

**Manitoba**
Line 57 _____
    minus line 58 _____    = _____ 1
Manitoba rate    × 50 % 2
Manitoba additional minimum tax
(line 1 multiplied by line 2).
Enter amount G on line 21 of Form T3MB.    = _____ G

**Yukon**
Line 67 _____ 1
Yukon rate    × 44 % 2
Yukon additional minimum tax
(line 1 multiplied by line 2).
Enter amount M on line 20 of Form T3YT.    = _____ M

2009-03-Apr. 26. 2010 12:51PM    NORTEL                    No. 1528   P. 11   T10-3433-09

**T3 – 2008**    **PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX**    **SCHEDULE 10**

- Include a completed copy of this schedule with the trust's return.
  - references to "the guide" are to the *T3 Trust Guide*.

## Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

- Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.
- Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.
- We define designated beneficiary, eligible beneficiary and specified income in the guide, under "Schedule 10 – *Part XII.2 Tax and Part XIII Non-Resident Withholding Tax*."
- Part XII.2 tax is due no later than 90 days after the trust's tax year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.
- Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

### Specified income

| | | | |
|---|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 06 to 08 of the return) | 10010 • | + | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 • | + | 2 |
| Net income (loss) from timber resource properties | 10030 • | + | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 • | + | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 • | + | 5 |
| Total specified income (add lines 1 to 6) | | = | 6 |

### Calculating Part XII.2 tax

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | | |
|---|---|---|---|
| Resident beneficiaries (line 928, column 1 of Schedule 9) | | | 7 |
| Non-resident beneficiaries (line 928, column 2 of Schedule 9) | + | | 8 |
| Subtotal (line 7 plus line 8) | = | ▶ | 9 |
| Taxable benefits (line 44 of the return) | | – | 10 |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) | | = ▶ | 11 |

Part XII.2 tax payable (line 6 or line 11, whichever is less,                X 36%) =                           12
Enter the amount from line 12 on line 83 of the T3 return.

### Calculating Part XII.2 refundable tax credit for eligible beneficiaries

| | | | |
|---|---|---|---|
| Income allocated to designated beneficiaries | x | Amount from | = | – | 13 |
| Divide by amount from line 11 | | line 12 | | | |

Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13)                    =                    14

Enter the amount from line 14 on line 938 of Schedule 9, *Income Allocations and Designations to Beneficiaries*. If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit). If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

---

**Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax.**

---

T3 SCH 10 E (08)

**Canadä**
CRA-08-504

2008 FM
2009-03 Apr. 26. 2010 12:51PM    NORTEL    2008-12-31    No. 1528 Tel No. P. 12 Health & Welfare
T10-3433-06

**Part B – Calculating Part XIII non-resident withholding tax**    Payer's remittance no. [ NR  J505060 ]

| | | | |
|---|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | | 43,848 95 | 15 |
| ...tment for non-cash items included above (provide reconciliation) (if negative, ... in brackets) | 10210 ● + | | 16 |
| Amounts paid or payable (line 15 plus line 16) | = | 43,848 95 ► | 43,848 95  17 |

Amounts payable to non-resident beneficiaries that are not subject to Part XIII tax

| | | | |
|---|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) | 10230 ● + | | 18 |
| Distributions by certain trusts established before 1949 | 10240 ● + | | 19 |
| Other (specify) | 10250 ● + | | 20 |
| Amount from line 13 in Part A | + | | 21 |
| Subtotal (add lines 18 to 21) | = | ► | – |  22 |
| Taxable Canadian property gains distributions for non-resident beneficiaries (see Note below) | + | | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | = | 43,848 95 | 24 |
| Non-resident tax payable (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same as the amount reported on the NR4 Summary and the related NR4 slip(s)). | | 6,321 26 | 25 |
| Amounts already remitted on Form NR-76, Non-Resident Tax Statement of Account | – | 6,321 26 | 26 |
| Part XIII tax due (line 25 minus line 26) | = | | 27 |

Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

Note: If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do a calculation for line 18 and for line 23. Enter the amount from line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

**TCP gains balance for the mutual fund trust**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line 47 of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line 33.) | | | 28 |
| ...t's capital gains from dispositions of taxable Canadian property during the tax year | + | | 29 |
| TCP gains distributions received by the trust during the tax year | + | | 30 |
| Subtotal (add lines 28, 29, and 30) | = | | 31 |
| Trust's capital losses from taxable Canadian property during the tax year | – | | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32). If negative, indicate the negative balance. | = | | 33 |

**Pro rata portion for non-resident beneficiaries**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the tax year | | | 35 |
| Total taxable capital gains designated by the trust to all beneficiaries for the tax year | + | | 36 |
| Line 35 divided by line 36 | ► x | | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | = | | 38 |

**Non-resident beneficiaries TCP gains distribution**

| | | | |
|---|---|---|---|
| Amount from line 35 | X 2 = | ► | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39. | | | 40 |

Include the amount from line 40 as code 58 on the beneficiary's NR4 slip.

**Capital gains distributions not subject to Part XIII tax**

| | | | |
|---|---|---|---|
| Amount from line 35 | | | 41 |
| Amount from line 40 | X 1/2 = | ► – | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | = | | 43 |

Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above.

**Mutual fund trust's TCP gains balance at the end of the tax year**

| | | | |
|---|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | | 44 |
| ...nt from line 36 | X 2 = | ► | 45 |
| ...t TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | – | | 46 |
| Trust's TCP gains balance at the end of the tax year (line 44 minus line 46). If negative, indicate the negative balance. | = | | 47 |

Use this balance when determining the trust's TCP gains balance at the beginning of next year.

**T3 – 2008**

# DISPOSITIONS OF CAPITAL PROPERTY

**SCHEDULE 1**

- For information on completing this schedule, see Chapter 3 in the publication T4013, *T3 Trust Guide*.
- If the trust is reporting a deemed disposition, complete Form T1055, *Summary of Deemed Dispositions*, first.
- ** you need more space, attach a separate sheet of paper. Include a completed copy of this schedule with the trust's return.

**Note:** Do not use this schedule to claim an allowable business investment loss from disposing of shares or debts of a small business corporation (see Line 25 in the *T3 Trust Guide*).

| | 1 Year of acquisition | 2 Proceeds of disposition | 3 Adjusted cost base | 4 Outlays and expenses (from dispositions) | 5 Gain (or loss) (column 2 minus columns 3 and 4) |
|---|---|---|---|---|---|

**Qualified small business corporation shares**
Before March 19, 2007

| No. of shares | Name of corporation and class of shares | | | | |
|---|---|---|---|---|---|

After March 18, 2007

| | | | | 1013 ● | | A |
| | | | | | | B |
| Total of A and B | 1011 ● | | Total of A and B (Gain (or loss)) | 1012 ● | | 1 |

**Qualified farm or fishing property**
Before March 19, 2007

| Address or legal description | | | | | |
|---|---|---|---|---|---|

After March 18, 2007

| | | | | 1023 ● | | C |
| | | | | | | D |
| Total of C and D | 1021 ● | | Total of C and D (Gain (or loss)) | 1022 ● | + | 2 |

**Mutual fund units and other shares** (report capital gains or losses shown on an information slip on line 10 below)

| No. of shares | Name of corporation and class of shares | | | | |
|---|---|---|---|---|---|
| | | 1031 ● | | Gain (or loss) | 1032 ● | 3 |

**Bonds, debentures, promissory notes, and other similar properties**

| Face value | Maturity date | Name of issuer | | | |
|---|---|---|---|---|---|
| | | See Schedule | 8,979,191 00 | 8,398,386 00 | | 580,805 00 |
| | | | 1041 ● | 8,979,191 00 | Gain (or loss) | 1042 ● | + | 580,805 00 | 4 |

**Real estate and depreciable property** (do not include losses on depreciable property)

| Address or legal description | | | | |
|---|---|---|---|---|
| | 1051 ● | | Gain (or loss) | 1052 ● | | 5 |

**Personal-use property** (full description)

| | 1061 ● | | (If negative, enter "0") | 1062 ● | | 6 |
|---|---|---|---|---|---|---|

**Listed personal property (LPP)** (full description)

| | 1071 ● | | | 1072 ● | | 7 |
|---|---|---|---|---|---|---|

**Note:** You can only apply LPP losses against LPP gains.

Enter LPP losses from line 7 of Form T1055, and unapplied LPP losses from other years (give details).    1080 ● – | | 8

Net gain (line 7 minus line 8)    | | 9

Information slips – Capital gains (or losses) (attach T3, T5, T4PS, T5013, and T5013A slips)    1100 ● +    | | 10

| Subtotal (add lines 1 to 6, 9, and 10) | = | 580,805 00 | 11 |

Capital losses from a reduction in business investment loss    1130 ● –    | | 12

Total of amounts in column 5 before reserves (line 11 minus line 12)    = | 580,805 00 | 14

Reserves from line 9, column 3 of Schedule 2 (if negative, show it in brackets)    1170 ● +    | | 15

| Subtotal (line 14 plus line 15) | = | 580,805 00 | 16 |

Amount from line 3 of Schedule 1A (attach Schedule 1A)    – | | 17

| Subtotal (line 16 minus line 17) | = | 580,805 00 | 17A |

Capital gains from gifts of other capital property (see Schedule 1, line 18 in the *T3 Trust Guide*)    1191 ●    | 18

Total capital losses transferred under subsection 164(6) (do not put this amount in brackets)    1649 ● +    | | 19

| Total capital gains (or losses) (line 17A plus line 19) | = | 580,805 00 | 20 |

Multiply line 20 by 1/2.    x    1/2

Total taxable capital gains (or net capital losses)    1220 ● =    290,402 50 | 21

If the amount on line 21 is positive, enter it on line 01 of the return. If the amount is negative, see line 01 in the *T3 Trust Guide*.

T3 SCH 1 (08)

Canada
CRA-08-504

2008 Rel
2009-03-Apr. 26. 2010 12:51PM    NORTEL    2008-12-31    No. 1528 tel No. 14 Health & Welfare
T10-3433-06

**Bonds, debentures, promissory notes, and other similar properties (continued)**

| Face value | Maturity date | Name of issuer | 1 Year of acqui-sition | 2 Proceeds of disposition | | 3 Adjusted cost base | | 4 Outlays and expenses (from dispositions) | | 5 Gain (or loss) (column 2 minus column 3 and 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,000,000 | 2009-07-15 | HYDRO QUEBEC | | 2,061,000 | 00 | 1,925,000 | 00 | | | 135,000 | 00 |
| 1,000,000 | 2010-06-01 | CANADA GOVERNMENT | | 1,114,000 | 00 | 992,442 | 00 | | | 121,558 | 00 |
| 2,000,000 | 2011-12-01 | PROVINCE OF NEW BRUNSWICK | | 2,170,000 | 00 | 1,988,400 | 00 | | | 181,600 | 00 |
| 731,000 | 2009-01-19 | SOCIETE D HABITATI | | 769,231 | 00 | 724,056 | 00 | | | 45,175 | 00 |
| 2,000,000 | 2013-07-22 | BANK OF NOVA SCOTIA | | 2,008,400 | 00 | 1,971,000 | 00 | | | 37,400 | 00 |
| 800,000 | 2028-05-19 | CONSUMERS GAS | | 856,560 | 00 | 797,488 | 00 | | | 59,072 | 00 |
| | | | Total | 8,979,191 | 00 | 8,398,386 | 00 | | | 580,805 | 00 |

2009-03-Apr. 26. 2010 12:51PM    NORTEL    No. 1528    P. 15    T10-3433-06

**T3 – 2008**

## INVESTMENT INCOME, CARRYING CHARGES, AND
## GROSS-UP AMOUNT OF DIVIDENDS RETAINED BY THE TRUST

**SCHEDULE 8**

* Include a completed copy of this schedule with the trust's return.

### Part A – Calculating investment income and carrying charges

- clude any information slips received.
- _nter the names of the payers at the appropriate lines below. If there is not enough space, attach a separate sheet.
- Include amounts credited through agencies such as banks, trust companies, and brokers.

**Dividends from taxable Canadian corporations**

| | | | | |
|---|---|---|---|---|
| Actual amount of dividends other than eligible dividends from taxable Canadian corporations (box 23 of T3 slip or box 10 of T5 slip) | **8110** ● | | | 1 |
| Actual amount of eligible dividends from specified taxable Canadian corporations (box 49 of T3 slip or box 24 of T5 slip) | **8120** ● + | | | 2 |
| Total of the actual amount of dividends from taxable Canadian corporations (line 1 plus line 2) | = | | | 3 |

Enter the amount from line 3 on line 03 of the T3 return.

**Foreign investment income**

| | | | |
|---|---|---|---|
| Interest from foreign sources | | | 4 |
| Other foreign investment income | + | | 5 |
| Total foreign investment income (line 4 plus line 5) | = | | 6 |

Enter the amount from line 6 on line 04 of the T3 return.

**Other investment income**

| | | | | |
|---|---|---|---|---|
| Interest | Bonds, trust companies, | | 5,646,869 00 | |
| | banks | | 9,959 00 | 7 |
| | Other deposits | + | 8,478 00 | 8 |
| | Mortgages, notes, and other | + | | |
| | securities | | | 9 |
| Other dividends (including dividends received under a dividend rental arrangement) | + | | 10 |
| Other | + | | 11 |
| Total other investment income (add lines 7 to 11) | = | 5,665,306 00 | 12 |

Enter the amount from line 12 on line 05 of the T3 return.

**Carrying charges and interest expenses**

| | | | | |
|---|---|---|---|---|
| Interest on money borrowed to earn investment income | **8160** ● | | | 13 |
| ‗gement, safe custody, or accounting fees | **8170** ● + | | | 14 |
| Investment counsel fees | **8180** ● + | | | 15 |
| Other | Administration Expenses | + | 324,000 00 | |
| | | + | | |
| | | + | | |
| | | **8190** ● = | | 16 |
| Total carrying charges (add lines 13 to 16) | = | 324,000 00 | 17 |

Enter the amount from line 17 on line 21 of the T3 return.

### Part B – Calculating the gross-up amount of dividends retained or not designated by the trust

| | | | | |
|---|---|---|---|---|
| Total eligible dividends reported before applying expenses (line 2 above) | | | | 18 |
| Eligible dividends designated to beneficiaries (line 949, Part A of Schedule 9) | – | | | 19 |
| Total eligible dividends not designated by the trust (line 18 minus line 19) | = | | | 20 |
| Eligible dividends allocated, but not designated, to non-resident beneficiaries (eligible dividends from line 926, Column 2 of Schedule 9) | **8239** ● | | | 21 |
| Total eligible dividends available for gross-up (line 20 minus line 21) | = | | | 22 |
| Multiply line 22 by 45% | x | **45 %** | | 23 |
| Gross-up amount of eligible dividends retained or not designated by the trust | = | | ► | 24 |
| Total dividends other than eligible dividends reported before applying expenses (line 1 above) | | | | 25 |
| Dividends other than eligible dividends designated to beneficiaries (line 923, Part A of Schedule 9) | – | | | 26 |
| Total dividends other than eligible dividends not designated by the trust (line 25 minus line 26) | = | | | 27 |
| Dividends other than eligible dividends allocated, but not designated, to non-resident beneficiaries (dividends other than eligible dividends from line 926, Column 2 of Schedule 9) | **8240** ● | | | 28 |
| Total dividends other than eligible dividends available for gross-up (line 27 minus line 28) | = | | | 29 |
| Multiply line 29 by 25% | x | **25 %** | | 30 |
| Gross-up amount of dividends other than eligible dividends retained or not designated by st | = | | ► + | 31 |
| Total gross-up amount of dividends retained or not designated by the trust (line 24 plus line 31) | | = | | 32 |

Enter the amount from line 24 on line 24 of Schedule 11, *Federal Income Tax*. Enter the amount from line 31 on line 25 of Schedule 11. Enter the amount from line 32 on line 19 of Schedule 12, *Minimum Tax*, if applicable, and on line 49 of the T3 return.

T3 SCH 8 (06)

**Canadä**
CRA-08-504

**5**

Apr. 26. 2010  1:06PM    NORTEL                                    No. 1532    P. 1

2009 Health & Welfare Trust.309                    2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                 T10-3433-06

**I+I** Canada Revenue    Agence du revenu
Agency                    du Canada

                                                                Do not use this area        2008

## T3 TRUST INCOME TAX AND INFORMATION RETURN

Legislative references on this return refer to the *Income Tax Act* and *Income Tax Regulations*.
All references to "the guide" on this return refer to the publication T4013, *T3 Trust Guide*.

### ▲ Step 1 – Identification and other required information

Residence of trust at end of tax year
Indicate Country (if other than Canada)

If Canada, enter the province or territory                 Ontario

| | |
|---|---|
| Name of trust<br>**Nortel Networks Health & Welfare Trust** | Trust account number<br>T10-3433-06 |
| Name of trustee, executor, liquidator, or administrator<br>The Northern Trust Company | Do not use this area |
| Mailing address of trustee, executor, liquidator, or administrator<br>145 King Street West, Suite 1910 | Telephone number<br>(416) 365-7161 |
| Toronto                                    Ontario | Postal code<br>M5H 1J8 |
| Mailing address, if different than trustee (or name and mailing address of the contact person, if different)<br>Nortel | Telephone number<br>(905) 863-6215 |
| 5945 Airport Rd, Suite 360            Mississauga            Ontario | Postal code<br>L4V 1R9 |

Is the trust resident on designated          No [X]  Yes [ ]
Aboriginal settlement lands?                                   If yes, enter the name and settlement number.
If the trust had business income in the year, enter the province(s) or territory(ies) where that income was earned.

If the trust became or ceased to be a resident    Became    Year  Month  Day        Ceased to    Year  Month  Day
of Canada in the year, enter the date.            resident                          be resident

---

**Type of Trust**

**Testamentary**

[ ] Spousal or common-law          Date of death
    partner                        Year  Month  Day

[ ] Other

                                   Social insurance number of deceased

**Inter vivos**

[ ] Spousal or common-law          Date trust was created
    partner                        Year  Month  Day
                                   1980-01-01

[ ] Unit                           [ ] Non-profit organization – Business
                                       Number:

[ ] Mutual fund

[ ] Communal organization          [ ] Employee trust

[ ] Employee benefit plan          [ ] Personal trust

[ ] SIFT trust (Specified          [ ] Joint spousal or common-law partner
    investment flow-through trust)     trust

Insurance segregated fund:         [ ] Alter ego trust

[ ] Fully or partially             [X] Other inter vivos (specify)
    registered                         Health & Welfa
[ ] Non-registered

Deemed resident        If yes, please indicate
Is this a deemed   Yes [ ]  any other country in
resident trust?           which it is also
                          considered resident.

**Return for tax year**

| | | |
|---|---|---|
| from | Year  Month  Day<br>2009-01-01 | to    Year  Month  Day<br>2009-12-31 |

Is this the first year of filing a T3 return?          No [X]   Yes [ ]

If no, for what year was the last return filed?
                                                       2008
                                                       Year

If yes, attach a copy of the trust document or          Attached [ ]   With T1 [ ]
will, and a list of assets at death (unless filed
with the deceased's final T1 return).

Is this an amended return?                             No [X]   Yes [ ]

Address on last return is same as above,                                      Same [ ]
or the following:

195 The West Mall, Toronto,ON

Is this the final return of the trust?                No [X]   Yes [ ]
                                                       Year  Month  Day
If yes, enter the trust wind up date.

Your language of correspondence:          English [X]    French [ ]

---

### Reporting foreign income and property

If the trust is resident in Canada, you have to report its income      Did the trust hold foreign property at any
from all sources, both inside and outside Canada.                      time in the tax year with a total cost of      No [X]   Yes [ ]
                                                                       more than CAN$100,000?
   the trust dealt with a non-resident trust or corporation in the     If yes, you may have to complete and attach Form T1135,
year, contact us at 1-800-959-8281 for more filing requirements.       *Foreign Income Verification Statement.* For filing requirements,
                                                                       see the form.

T3 RET E (08)                                                                          **Canada**
                                                                                       CRA-08-504

Apr. 26. 2010  1:07PM    NORTEL                                              No. 1532   P. 2

2009 Health & Welfare Trust.309                    2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                 T10-3433-05

2

## Other required information

|  |  | No | Yes |
|---|---|---|---|
| | Is the trust one of a number of trusts created from contributions by the same individual? If yes, complete Schedule 6 and attach a list of the names, addresses, and account numbers of the other trusts. . . . . . . . . . . . . | [X] | [ ] |
| 2. | For any trust (other than a unit trust), did the ownership of capital or income interests change since 1984? If yes, enter the year, and, if during this tax year, attach a statement showing the changes. . . . . . . . . . . . . . | [X] | [ ] |
| 3. | Were the terms of the trust amended or varied since June 18, 1971? If yes, enter the year, and, if during this tax year, attach copies of the documents effecting these changes. . . . . . . . . . | [X] | [ ] |
| 4. | Has the trust continuously resided in Canada since it was established (or since June 18, 1971, if it was established before that date)? | [ ] | [X] |
| 5. | Did the trust receive any additional capital property by way of gift since June 18, 1971? (Do not include the original property settled on the trust.) If yes, enter the year, and, if during this tax year, attach a statement giving the details. | [X] | [ ] |
| 6. | Did the trust borrow money, or incur a debt, in a non-arm's length transaction since June 18, 1971? If yes, enter the year, and, if during this tax year, attach a statement showing the amount of the loan, the lender's name, and the lender's relationship to the beneficiaries. . . . . . . . . . . . . . . . . . | [X] | [ ] |
| 7. | Does the will, trust document, or court order require the payment of trust income earned in the current year to beneficiaries? If yes, complete Schedule 9. | [X] | [ ] |
| 8. | Did the trust receive, after December 17, 1999, any property as a transfer from a non-grandfathered inter vivos trust where the beneficial ownership of the property did not change as a result of the transfer? If yes, enter the year, and, if during this tax year, attach a statement giving details. | [X] | [ ] |
| 9. | Did the trust distribute assets other than cash to a beneficiary during the tax year? If yes, attach a statement giving a complete description of the property, the name and address of the beneficiary to whom the property was distributed, and the date the property was distributed. If the beneficiary is an individual, provide the beneficiary's social insurance number. . . . . . . . . . . | [X] | [ ] |
| 10. | Did the trust receive any additional property by way of a contribution of property (as defined in the "Definitions" of the guide) since June 22, 2000? If yes, enter the year, and, if during this tax year, attach a statement giving details. | [X] | [ ] |
| | Does the trust qualify as a public trust or public investment trust that is required to post information relating to the trust on the internet website CDS Innovations Inc under section 204.1 of the *Income Tax Regulations*? . . . . . . . . . . . . . | [X] | [ ] |

## Step 2 – Calculating total income — See lines 01 to 20 in the guide.

| | | | | | | |
|---|---|---|---|---|---|---|
| ▲ | Taxable capital gains (line 21 of Schedule 1) | | | | 373,002 50 | 01 • |
| ▲ | Pension income | | | + | | 02 • |
| ▲ | Total of actual amount of dividends from taxable Canadian corporations (line 3 of Schedule 8) | | | + | | 03 ■ |
| | Actual amount of dividends other than eligible dividends from taxable Canadian corporations (line 1 of Schedule 8) | | 3A | | | |
| ▲ | Foreign investment income (line 6 of Schedule 8) | | | + | | 04 • |
| ▲ | Other investment income (line 12 of Schedule 8) | | | + | 4,909,638 68 | 05 • |
| | Business income | Gross | | 96 Net | + | | 06 • |
| | Farming income | Gross | | 97 Net | + | | 07 • |
| | Fishing income | Gross | | 98 Net | + | | 08 • |
| | Rental income | Gross | | 99 Net | + | | 09 • |
| | NISA Fund 2 | | | | + | | 10 • |
| | (includes ___ NISA Fund 2 payments received while the beneficiary spouse or common-law partner is, or was, alive, or received by a communal organization.) | | | | | | • |
| | Deemed dispositions income or losses (line 42 of Form T1055) | | | | + | | 11 • |
| ▲ | Other income (specify and attach any information slips received.) | | | | | | |
| | | + | | | | | |
| | | + | | | | | |
| | | = | | ▶ | + | | 19 • |
| ▲ | Add lines 01 to 19. This is the trust's total income. | = | 5,282,641 18 | ▶ | 5,282,641 18 | 20 |

2009 Health & Welfare Trust.309                    2009-12-31              Nortel Networks Health & Welfare
2010-03-23 13:37                                                          T10-3433-06

3

## Step 3 – Calculating net income — See lines 21 to 50 in the guide.

| | | | |
|---|---|---|---|
| Trust's total income (line 20 of page 2) | | 5,282,641 18 | 20 |
| Carrying charges and interest expenses (line 17 of Schedule 8) | | 304,000 00 | 21 ● |
| Trustee fees (see lines 22 to 24 in the guide) | 22 ● | | |
| Trustee fees that do not relate to income or were deducted elsewhere on this return | − | 23 ● | |
| Trustee fees deductible from income (line 22 minus line 23) | = | ▶ + | 24 |
| Allowable business investment losses (ABIL) | | + | 25 ● |

Other deductions from total income (specify – see line 40 in the guide)

| | | | |
|---|---|---|---|
| Trust Claim Premiums | 4,605,638 68 | | |
| | + | | |
| | + | | |
| | = 4,605,638 68 ▶ + | 4,605,638 68 | 40 ● |
| Add lines 21, 24, 25, and 40. | = | 4,909,638 68 ▶ − | 4,909,638 68 | 41 |
| | | Line 20 minus line 41 | = | 373,002 50 | 42 |

## Taxable benefits – See lines 43 and 44 in the guide.

| | | | |
|---|---|---|---|
| Upkeep, maintenance, and taxes of a property used or occupied by a beneficiary | | 43 ● | |
| Value of other benefits to a beneficiary | + | 44 ● | |
| Total taxable benefits (line 43 plus line 44) | = | ▶ + | 1 | 45 |
| Income before allocations (line 42 plus line 45) | | = | 373,002 50 | 46 |

| | | | |
|---|---|---|---|
| Amounts paid or payable to beneficiaries | | A ● | |
| Less: Amounts claimed under subsections 104(13.1) and (13.2) (attach a statement) | − | B ● | |
| Total deductible income allocations (line A minus line B) | | ▶ − | 47 ● |
| Income after allocations (line 46 minus line 47) | | = | 373,002 50 | 48 ● |
| Total gross-up amount of dividends retained or not designated by the trust (line 32 of Schedule 8) | | + | 49 ● |
| Line 48 plus line 49. This is the trust's net income. | | = | 373,002 50 | 50 ● |

## Step 4 – Calculating taxable income — See lines 51 to 56 in the guide.

**Deductions to arrive at taxable income**

| | | | |
|---|---|---|---|
| Non-capital losses of other years – See line 51 in the guide | | 51 ● | |
| Net capital losses of other years – See line 52 in the guide | + | 373,002 50 | 52 ● |
| Capital gains deduction for resident spousal or common-law partner trust only (line 10 of Schedule 6) | + | 53 ● | |
| Other deductions to arrive at taxable income (specify – see line 54 in the guide.) | + | 54 ● | |
| Add lines 51 to 54. | = | 373,002 50 ▶ − | 373,002 50 | 55 |
| Line 50 minus line 55. This is the trust's taxable income. | | = | 0 00 | 56 ● |

If the amount is more than zero, enter the amount on line 56,
and on line 1 of Schedule 11.
If the amount is negative, enter "0" on line 56.
If minimum tax applies, enter the positive or negative result
from line 53 on line 23 of Schedule 12.

2009 Health & Welfare Trust.309                    2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                 T10-3433-06

4

## Step 5 – Summary of tax and credits — See lines 81 to 100 in the guide.

**Tax:**

| | | | |
|---|---|---|---|
| Total federal tax payable (see line 81 in the guide) | | 81 ▪ | |
| Provincial or territorial tax payable (from the applicable provincial or territorial form) | + | 82 ▪ | |
| Part XII.2 tax payable (line 12 of Schedule 10) | + | 83 ▪ | |
| Add lines 81 to 83. Total taxes payable. | = 0 00 ▶ | | 0 00 84 ▪ |

**Credits:**

| | | | |
|---|---|---|---|
| Tax paid by instalments | | 85 ▪ | |
| Total tax deducted (see lines C, D, and 86 in the guide) | C | | |
| Transfer to Quebec | D | | |
| Net tax deducted (line C minus line D) | ▶ + | 86 ▪ | |
| Refundable Quebec abatement (line 45 of Schedule 11, or line 55 of Schedule 12) | + | 87 ▪ | |
| Refundable investment tax credit [Form T2038(IND)] | + | 88 ▪ | |
| Capital gains refund (Form T184) | + | 89 ▪ | |
| Part XII.2 tax credit (box 38 of T3 slip) | + | 90 ▪ | |
| Other credits (specify) | + | 91 ▪ | |
| Add lines 85 to 91. Total credits. | = 0 00 | = | 0 00 93 |
| Refund or balance owing – Line 84 minus line 93 | | | 0 00 94 |

If the result is negative, you have a refund.
If the result is positive, you have a balance owing.

Generally, we do not refund or charge a difference of $2 or less.

Amount enclosed                           95 ▪

**Payment:** Attach a cheque or money order payable to the Receiver General. Do not mail cash.

Refund code
(see the guide for details.)        □   100

---

**Name and address of person or company (other than trustee, executor, liquidator, or administrator) who prepared this return.**

Fax

Postal code          Telephone number

*Privacy Act,* Personal Information Bank number CRA/P-PU-005

---

**Certification (by trustee, executor, liquidator, or administrator)**

I,  JOHN DOOLITTLE
                                    (please print)

certify that the information given on this T3 return and in any
documents attached is, to the best of my knowledge, correct,
complete, and fully discloses the income from all sources.

Authorized person's signature

VICE PRESIDENT, TAX
Position or title

March 30/10
Date

Apr. 26. 2010  1:07PM    NORTEL                                    No. 1532    P. 5

2009 Health & Welfare Trust.309                2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                             T10-3433-05

**T3 – 2009**                            **MINIMUM TAX**                     **SCHEDULE 12**
                                                                            Page 1 of 6

Include a completed copy of this schedule with the trust's return.
- Use this schedule to calculate a trust's minimum tax and minimum tax carryover.
- See page 4 for trusts not subject to minimum tax in the tax year.
- For information on how to complete this schedule, see the instructions on pages 4 and 5.
- To calculate provincial or territorial minimum tax, see pages 5 and 6. To calculate the Ontario minimum tax carryover, see Schedule 12A, Chart 2 – Ontario Minimum Tax Carryover for 2008 (Trusts), on our Web site at www.cra.gc.ca/forms.

## Part 1 – Calculating net adjusted taxable income for minimum tax
Complete sections C, D, and E only if the trust is claiming losses from these sources.

**A.** Calculating the non-taxable portion of capital gains reported in the year and kept in the trust
- Do not include taxable capital gains from mortgage foreclosures or conditional sales repossessions. If the trust is reporting deemed dispositions of capital property on Form T1055, Summary of Deemed Dispositions, or capital gains from donated property, you will need to make an adjustment for line 3. Use Chart 1 on page 4.

| | | |
|---|---|---|
| Taxable capital gains (line 21 of Schedule 1) | 373,002 50 | 1 |
| Taxable capital gains allocated and designated to beneficiaries (line 921 of Schedule 9) | | 2 |
| Capital gains kept in the trust (line 1 minus line 2) = | 373,002 50 | 2A |
| Capital gains conversion rate x | 3/5 | 2B |
| Non-taxable portion of capital gains kept in the trust (line 2A multiplied by line 2B) **12030 •** = | 223,801 50 | 223,801 50  3 |

**B.** The elected portion of pension benefits under JTAR 40          **12040 •** +                              4

**C.** Rental and leasing property
| | | |
|---|---|---|
| Capital cost allowance (CCA) and carrying charges claimed on rental and leasing property **12050 •** | | 5 |
| Net income from rental and leasing property before CCA and related carrying charges (if a loss, enter "0"). See the Note on page 4. **12060 •** − | | 6 |
| Loss, if any, created or increased by CCA and related carrying charges (line 5 minus line 6) = | ▶ + | 7 |

**D.** Film property
| | | |
|---|---|---|
| CCA and carrying charges claimed on certified film property acquired after 1987 and before March 1996 **12080 •** | | 8 |
| Net income reported from certified film property before CCA and related carrying charges (if a loss, enter "0"). See the Note on page 4. **12090 •** − | | 9 |
| Loss, if any, created or increased by CCA and related carrying charges (line 8 minus line 9) = | ▶ + | 10 |

**E.** Resource property, royalties, and flow-through shares
| | | |
|---|---|---|
| Total of all resource deductions, allowances, depletion allowances, and carrying charges related to resource property and flow-through shares **12110 •** | | 11 |
| Income from production of petroleum, gas, and minerals, including royalties before resource deductions and allowances and depletion allowances and related carrying charges (if a loss, enter "0") **12120 •** | 12 | |
| Income from dispositions of foreign resource properties and recovery of exploration and development expenses (if a loss, enter "0") **12130 •** + | 13 | |
| Total resource income (line 12 plus line 13) ▶ | 14 | |
| Loss, if any, created or increased by resource deductions and allowances, depletion allowances, and related carrying charges (line 11 minus line 14) = | ▶ + | 15 |

**F.** Limited partnership and tax shelter losses – include the trust's total share of the partnership loss,    **12160 •** +              16

**G.** Limited and specified member partnership interest – Amount, if any, by which carrying charges related to acquiring a partnership interest are more than the trust's income from the partnership interest.    **12170 •** +              17

Total additions to taxable income for minimum tax purposes
(add lines 3, 4, 7, 10, 15, 16, and 17) =                                    223,801 50  18

**Canada**
CRA-08-504

T3 SCH 12 E (08)

Apr. 26. 2010. 1:07PM    NORTEL                                      No. 1532    P. 6

2009 Health & Welfare Trust.309                2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                             T10-3433-06

## Part 1 (continued)

Page 2 of 8

| | | | |
|---|---|---|---|
| Total additions to taxable income for minimum tax purposes (from line 18 on page 1) | | 223,801 50 | 18 |
| Tal gross-up amount of dividends kept by the trust (line 49 of the return) | | | 19 |
| Allowable business investment losses (line 26 of the return) | 20A | | |
| Capital gains conversion rate | x | 3/5 | 20B |
| Line 20A multiplied by line 20B | ► | | 20 |
| Total deductions from taxable income for minimum tax purposes (line 19 plus line 20) | ► | | 21 |
| Net additions to taxable income for minimum tax purposes (line 18 minus line 21) | − | 223,801 50 | 22 |
| Taxable income (line 56 of the return; if a loss, enter the amount in brackets) | + | | 23 |
| Adjusted non-capital losses of other years used in the current year (see "Line 24" on page 4) | 12220 ● | | 24 |
| Subtotal (add lines 22 to 24) | = | 223,801 50 | 25 |

| | | | |
|---|---|---|---|
| Net capital losses of other years used in the current year (see "Line 26" on page 5) | 12240 ● | 373,015 71 | 26A |
| Capital gains conversion rate | x | 3/5 | 26B |
| Line 26A multiplied by line 26B | = | 223,809 43 ► | 26 |
| Adjusted taxable income for minimum tax (line 25 minus line 26) | = | 223,809 43 ► | 27 |
| Basic exemption (see "Line 28" on page 5) | 12260 ● | -7 93 | 28 |
| Net adjusted taxable income for minimum tax (line 27 minus line 28; if negative, enter "0") | 12270 ● | | 29 |

If the amount on line 29 is more than zero, continue completing this schedule.

If the amount on line 29 is zero, the trust is not subject to minimum tax. However, you should complete Part 7 to determine the amount of minimum tax carryover available for this year and for future years. Enter "0" on line 70. Include **Schedule 12** with the return.

If the trust has:
* taxable income on line 56 of the return, complete Schedule 11; or
* no taxable income on line 56 of the return, enter "0" on line 81 of the return.

## Part 2 − Calculating the special foreign tax credit
(Complete only if the trust kept foreign income.)

| | | | |
|---|---|---|---|
| Foreign non-business income for which the trust paid foreign non-business income tax | | | 30 |
| Foreign business income | + | | 31 |
| Total foreign income (line 30 plus line 31) | = | | 32 |
| Foreign income limit for special foreign tax credit (line 32) | x | 15 % = | 33 |
| Foreign non-business income tax paid | 34 | x  66.67% = | 35 |
| Foreign business income tax paid | + | | 36 |
| Total foreign taxes paid for special foreign tax credit (line 35 plus line 36) | = | | 37 |
| Line 33 or line 37, whichever is less | | | 38 |
| Deductible amount of federal foreign tax credit (line 10 of Form T2209) | | | 39 |
| Special foreign tax credit (line 38 or line 39, whichever is more) | 12280 ● | | 40 |

## Part 3 − Obligation to pay minimum tax

| | | | |
|---|---|---|---|
| Net adjusted taxable income for minimum tax (line 29) | x  15 % = | | 41 |
| Total donations and gifts tax credit (line 20 of Schedule 11) | − | | 42 |
| Minimum amount (line 41 minus line 42) | = | ► | 43 |
| Special foreign tax credit (line 40) | | | 44 |
| Net minimum tax payable (line 43 minus line 44) | = | | 45 |
| Federal tax payable (line 44 of Schedule 11) | | | 46 |
| 48% surtax on income not subject to provincial or territorial tax (line 32 of Schedule 11) | | | 47 |
| Federal tax before surtax (line 46 minus line 47) | = | ► | 48 |
| Amount by which minimum amount is more than regular federal tax payable (line 45 minus line 48; if negative, enter "0") | = | | 49 |

*If the amount on line 49 is more than zero, complete the rest of this schedule.

If the amount on line 49 is zero, the trust is not subject to minimum tax. However, you should complete Part 7 to determine the amount of minimum tax carryover available for this year and for future years. Include **Schedule 12** with the return.

If the trust has:
* taxable income on line 56 of the return, complete Schedule 11; or
* no taxable income on line 56 of the return, enter "0" on line 61 of the return.

Apr. 26. 2010  1:07PM    NORTEL                                    No. 1532   P. 7

2009 Health & Welfare Trust.309                    2009-12-31              Nortel Networks Health & Welfare
2010-03-23 13:37                                                          T10-3433-06

                                                                         Page 3 of 6

## Part 4 – Basic federal tax for the year

| | | |
|---|---|---|
| Basic federal tax (line 31 of Schedule 11) | | 50 |
| Minimum amount (from line 43) | | 51 |
| Basic federal tax for the year (line 50 or line 51, whichever is more) | 12420 ▾ | 52 |

## Part 5 – Calculating federal tax payable (minimum tax)

Net minimum tax payable (from line 45) ........................................ 53

Surtax on income not subject to provincial or territorial tax
(portion of line 52 not subject to
provincial or territorial tax _____ x  48 %) =  + _____ ▶ 54

Federal tax payable (line 53 plus line 54) ........ | 12660 ▪ | = _____ 55
Enter this amount on line 81 of the return.

To calculate provincial or territorial minimum tax, use Chart 3 on page 6.

Refundable Quebec abatement (see "Line 56" on page 5)    (line 52 ____ x  16.5 %) = _____ 56
Enter the amount from line 56 on line 87 of the return.

## Part 6 – Calculating this year's additional taxes paid for minimum tax carryover

| | | |
|---|---|---|
| Minimum amount (from line 43) | | 57 |
| Basic federal tax (line 31 of Schedule 11) | | 58 |
| Special foreign tax credit (from line 40) | 59 | |
| Deductible amount of federal foreign tax credit (from line 39) | 60 | |
| Subtotal (line 59 minus line 60) = | 61 | |
| Amount from line 34 | 62 | |
| Amount from line 36 + | 63 | |
| Total (line 62 plus line 63) = | 64 | |

line 61 _____  x  line 37 / line 64 _____  = + _____ ▶ 65

Total (line 58 plus line 65) ........ = _____ ▶ _____ 66
Additional taxes available to carry over to later years (line 57 minus line 66; if negative, enter "0")   12670 ▪   67

## Part 7 – Calculating the total minimum tax carryover

| | | |
|---|---|---|
| Minimum tax carryover from previous years (2001 to 2007) | 12680 ▾ | 68 |
| Tax payable before carryover (line 29 of Schedule 11) | | 69 |
| Minimum amount (from line 43) − | | 70 |
| Maximum carryover that can be applied this year (line 69 minus line 70; if negative, enter "0") If the trust is subject to minimum tax, enter "0". = | | 71 |

Minimum tax carryover applied this year:

| | | |
|---|---|---|
| Claim an amount that is not more than line 68 or line 71, whichever is less, and enter it on line 30 of Schedule 11. − | | 72 |
| Balance of minimum tax carryover (line 68 minus line 72) | | 73 |
| Additional taxes available from this year (from line 67) + | | 74 |
| Line 73 plus line 74 | | 75 |
| Additional 2001 taxes not applied | 12760 ▪ − | 76 |
| Minimum tax carryover available for next year (line 75 minus line 76) | 12690 ▪ | 77 |

2009 Health & Welfare Trust.309                          2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                       T10-3433-00
                                                                                       Page 4 of 6

## Is the trust subject to minimum tax?

The following trusts are not subject to minimum tax:

- a mutual fund trust;
  a related segregated fund trust;
- a master trust; and

- a spousal or common-law partner trust, a joint spousal or common-law partner trust, or an alter ego trust if it reports in the year its first deemed disposition on Form T1055, *Summary of Deemed Dispositions*.

Any other trust is liable to pay minimum tax if the net minimum tax payable on line 45 is more than the regular federal tax payable on line 48. A trust may have to pay minimum tax for the year if it:

- reports taxable capital gains (line 01 of the return);
- reports taxable dividends (line 03 of the return);
- claims a loss resulting from, or increased by, resource expenditures, or claims resource and depletion allowances on resource properties (line 06 or line 19 of the return);
- makes an election on pension benefits under ITAR 40 (line 02 of the return and line 22 of Schedule 11);
- claims a loss resulting from, or increased by, capital cost allowance (CCA) or carrying charges claimed on a rental or leasing property (line 09 of the return), or certified films or videotapes (line 06 of the return);
- has certain losses that limited partners, specified members of a partnership, or partners of a tax shelter deduct for their partnership interest (for this purpose, losses allocated from a partnership are applied against gains from the same partnership source);
- has losses from tax shelters; or
- has carrying charges for interests in limited partnerships, tax shelters, rental and leasing properties, or film and resource properties, that increase or create a loss from these sources.

**Note**
Net income from rental and leasing property, and film property includes income from these investments (before CCA and related carrying charges) plus any net taxable capital gains from the disposition of these investments minus any losses from these investments (before CCA and related carrying charges). You also have to subtract allocated partnership losses from gains from the same partnership source.

### Line 3 – Non-taxable part of capital gains kept in the trust

This amount usually equals three-fifths of the taxable capital gains kept in the trust after the allocation and designation of net taxable capital gains to beneficiaries. Do not include taxable capital gains from mortgage foreclosures and conditional sales repossessions. Only the taxable portion of a capital gain from the donation or gift of property is included in the base for determining minimum tax. If the trust reports a capital gain from donated property, you have to make an adjustment for the non-taxable portion of capital gains as well. To make the adjustment, use the following chart. If you have completed Form T1055, you should also use the following chart to make the adjustment.

| Chart 1 – Adjusted Line 3 | | |
|---|---|---|
| Taxable capital gains from line 21 of Schedule 1 | | a |
| Amount from line 25 of Form T1055 (include this amount only if the deemed disposition arises on a day described in D (o) of that form) | + | b |
| Subtotal (line a plus line b) | = | x 3/5 = ____ c |
| Net taxable capital gains allocated and designated (3/5 of line 921 from Schedule 9) | | d |
| 30% of reduced capital gains on gifts of certain capital property from line 17 of Schedule 1 | + | e |
| 30% of capital gains on other donated property from line 18 of Schedule 1 | + | f |
| Subtotal (add lines d to f) | = | ▶ ____ g |
| Total (line c minus line g). Enter this amount on line 3. | | = h |

### Line 24 – Adjusted non-capital losses of other years used in the current year

If the trust claimed non-capital losses of other years, you may have to reduce the non-capital losses for minimum tax purposes. This reduction is any portion of the non-capital losses attributable to:

- capital cost allowance or carrying charges claimed on:
  - rental or leasing property; or
  - films certified by the Canadian Film and Videotape Certification Office;
- resource expenditures; or
- resource and depletion allowances.

Enter the reduction on line 24.

For minimum tax purposes, a non-capital loss that is carried forward is calculated according to the minimum tax rules in effect for the year in which the loss was incurred.

Apr. 26. 2010 1:07PM    NORTEL                                    No. 1532    P. 9

2009 Health & Welfare Trust.309                    2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                  T10-3433-06
                                                                                 Page 5 of 6

**Line 26 – Net capital losses of other years used in the current year**
You may have claimed a capital loss from previous years on line 52 of the return. If this is the case, you will have to adjust the trust's income for minimum tax purposes. On line 26A, enter the net capital losses of other tax years that you claimed in the current year on line 52 of the return. Do not include capital losses on mortgage foreclosures and conditional sales repossessions.

If the amount on line 52 of the return is less than the capital gains remaining in the trust after allocation to beneficiaries, and the trust has additional unapplied losses of other years, you may be able to increase the amount on line 26A. Call us for details.

**Line 28 – Basic exemption**
We allow a basic exemption of $40,000 to testamentary and grandfathered inter vivos trusts. Allocate the $40,000 basic exemption among the trusts if more than one qualifying trust is formed from contributions by the same individual. To allocate the basic exemption, complete Schedule 6, *Trusts' Agreement to Allocate the Basic Exemption From Minimum Tax*. On line 28, enter the basic exemption, or the trust's allocated amount of the exemption from Schedule 6. For a definition of testamentary and grandfathered inter vivos trusts, see the publication T4013, *T3 Trust Guide*.

**Note**
For all other inter vivos trusts, enter "0" on line 28 of this schedule.

**Part 5 – Calculating federal tax payable (minimum tax)**
**Line 55 – Refundable Quebec abatement**
For information, see the instructions for line 45 of Schedule 11 in the *T3 Trust Guide*.

**Part 6 – Calculating this year's additional taxes paid for minimum tax carryover**
**Lines 57 to 67**
Use Part 6 to calculate the amount of any additional minimum tax payable by the trust for this year that you can carry over to a future year. You may be able to deduct this amount from the trust's regular tax liability on line 30 of Schedule 11 in future years. You can claim a carryforward for a period of seven years.

**Part 7 – Calculating the total minimum tax carryover**
**Lines 68 to 77**
Use Part 7 to calculate the minimum tax carryover from previous years that you can claim on Schedule 11 in this year. You can carry over minimum tax from the seven previous tax years. In the trust's best interests, apply the oldest available carryover first. For example, apply any carryover from 2003 before any carryover from 2004. Also use Part 7 to calculate the total minimum tax carryover, if any, that may be carried forward to later years.

**Provincial and territorial minimum tax payable**
Use Chart 3 – *Calculating Provincial and Territorial Minimum Tax*, on the next page, to calculate the trust's provincial and territorial minimum tax payable.

**Ontario minimum tax carryover**
To calculate your Ontario minimum tax carryover, use Schedule 12A, *Chart 2 – Ontario Minimum Tax Carryover for 2008 (Trusts)*, available on our Web site at www.cra.gc.ca/forms. If one of the following situations applies to the trust, call us for information on how to calculate the Ontario minimum tax carryover.

* The trust is resident in Ontario in 2008 and:
  – it is subject to tax in multiple jurisdictions (with taxable income in Ontario); or
  – in a year after 2001, it was not resident in Ontario, and minimum tax was payable in that year.
* The trust is not resident in Ontario in 2008, but has business income in Ontario.
* The trust was subject to tax in multiple jurisdictions in a year after 2001, and it was subject to Ontario minimum tax.

**Note**
You cannot claim a minimum tax carryover if the trust has to pay minimum tax.

2009 Health & Welfare Trust.309                    2009-12-31          Nortel Networks Health & Welfare
2010-03-23 13:37                                                      T10-3433-06

## Chart 3 – Calculating Provincial and Territorial Minimum Tax

**Newfoundland and Labrador**
Line 67 _____ **1**
Newfoundland and Labrador rate          x  51.33 %  **2**
Newfoundland and Labrador additional
minimum tax (line 1 multiplied by line 2).
Enter amount A on line 20 of Form T3NL. _____ **A**

**Saskatchewan**
Line 57 _____ **1**
     minus line 58 _____
Saskatchewan rate                       x  50 %  **2**
Saskatchewan additional minimum tax
(line 1 multiplied by line 2).
Enter amount H on line 22 of Form T3SK. _____ **H**

**Nova Scotia**
Line 67 _____ **1**
Nova Scotia rate                        x  57.5 %  **2**
Nova Scotia additional minimum tax
(line 1 multiplied by line 2).
Enter amount B on line 20 of Form T3NS. _____ **B**

**Alberta**
Line 57 _____ **1**
     minus line 58 _____
Alberta rate                            x  35 %  **2**
Alberta additional minimum tax
(line 1 multiplied by line 2).
Enter amount I on line 13 of Form T3AB. _____ **I**

**New Brunswick**
Line 57 _____ **1**
     minus line 58 _____
New Brunswick rate                      x  57 %  **2**
New Brunswick additional minimum tax
(line 1 multiplied by line 2).
Enter amount C on line 20 of Form T3NB. _____ **C**

**British Columbia**
Line 67 _____ **1**
British Columbia rate                   x  33.7 %  **2**
British Columbia additional minimum tax
(line 1 multiplied by line 2).
Enter amount J on line 20 of Form T3BC. _____ **J**

**Prince Edward Island**
Line 67 _____ **1**
Prince Edward Island rate               x  57.5 %  **2**
Prince Edward Island additional minimum
tax (line 1 multiplied by line 2).
Enter amount D on line 20 of Form T3PE. _____ **D**

**Nunavut**
Line 67 _____ **1**
Nunavut rate                            x  45 %  **2**
Nunavut additional minimum tax
(line 1 multiplied by line 2).
Enter amount K on line 20 of Form T3NU. _____ **K**

**Ontario**
Line 49 _____ **1**
Ontario rate                            x  40.33 %  **2**
Ontario additional minimum tax
(line 1 multiplied by line 2).
Enter amount E on line 20 of Form T3ON. _____ **E**

**Northwest Territories**
Line 67 _____ **1**
Northwest Territories rate              x  45 %  **2**
Northwest Territories additional minimum tax
(line 1 multiplied by line 2).
Enter amount L on line 20 of Form T3NT. _____ **L**

**Manitoba**
Line 57 _____ **1**
     minus line 58 _____
Manitoba rate                           x  50 %  **2**
Manitoba additional minimum tax
(line 1 multiplied by line 2).
Enter amount G on line 21 of Form T3MB. _____ **G**

**Yukon**
Line 67 _____ **1**
Yukon rate                              x  44 %  **2**
Yukon additional minimum tax
(line 1 multiplied by line 2).
Enter amount M on line 20 of Form T3YT. _____ **M**

2009 Health & Welfare Trust.309                2009-12-31                Nortel Networks Health & Welfare
2010-03-23 13:37                                                        T10-3433-06

**T3 – 2009    PART XII.2 TAX AND PART XIII NON-RESIDENT WITHHOLDING TAX    SCHEDULE 10**

Include a completed copy of this schedule with the trust's return.

• All references to "the guide" are to the *T3 Trust Guide.*

## Part A – Calculating Part XII.2 tax and the refundable Part XII.2 tax credit

• Part XII.2 tax does not apply to testamentary trusts, mutual fund trusts, or most trusts exempt from tax under Part I. For a complete list of trusts to which Part XII.2 tax does not apply, and for more information on completing this schedule, see Chapter 3 in the guide.

• Part XII.2 tax is calculated on income allocated by trusts to designated beneficiaries where the trust has specified income.

• We define designated beneficiary, eligible beneficiary and specified income in the guide, under "Schedule 10 – *Part XII.2 Tax and Part XIII Non-Resident Withholding Tax.*"

• Part XII.2 tax is due no later than 90 days after the trust's tax year-end. Trustees are personally liable for any Part XII.2 tax not paid by the due date.

• Eligible beneficiaries will receive a refundable tax credit for Part XII.2 tax that the trust paid.

### Specified Income

| | | |
|---|---|---|
| Net business income (loss) from businesses carried on in Canada (lines 05 to 08 of the return) | 10010 • | 1 |
| Net income (loss) from real properties (land and buildings) located in Canada (line 09 of the return) | 10020 • + | 2 |
| Net income (loss) from timber resource properties | 10030 • + | 3 |
| Net income (loss) from Canadian resource properties the trust acquired after 1971 | 10040 • + | 4 |
| Taxable capital gains and allowable capital losses from the disposition of certain properties | 10050 • + | 5 |
| Total specified income (add lines 1 to 5) | = | 6 |

### Calculating Part XII.2 tax

Amounts allocated and designated to beneficiaries other than by preferred beneficiary election

| | | |
|---|---|---|
| Resident beneficiaries (line 928, column 1 of Schedule 9) | 7 | |
| Non-resident beneficiaries (line 928, column 2 of Schedule 9) | + 8 | |
| Subtotal (line 7 plus line 8) | = ► 9 | |
| Taxable benefits (line 44 of the return) | – 10 | |
| Adjusted amounts allocated and designated to beneficiaries (line 9 minus line 10) | = ► | 11 |

Part XII.2 tax payable (line 6 or line 11, whichever is less,      x 36%) =                    12

Enter the amount from line 12 on line 83 of the T3 return.

### Calculating Part XII.2 refundable tax credit for eligible beneficiaries

$$\frac{\text{Income allocated to designated beneficiaries}}{\text{Divide by amount from line 11}} \quad \text{X} \quad \begin{array}{c}\text{Amount from}\\\text{line 12}\end{array} = \quad - \quad 13$$

Part XII.2 refundable tax credit for eligible beneficiaries (line 12 minus line 13)                =        14

Enter the amount from line 14 on line 938 of Schedule 9, *Income Allocations and Designations to Beneficiaries.* If there is only one eligible beneficiary, enter the amount from line 14 in box 38 of that beneficiary's T3 slip (Part XII.2 tax credit). If there is more than one eligible beneficiary, see the instructions for Line 14 of Schedule 10 in the guide to calculate the box 38 amount for each eligible beneficiary.

┌─────────────────────────────────────────────────────────────────────────────┐
│        Complete Part B on page 2 if the trust is required to submit Part XIII non-resident withholding tax.        │
└─────────────────────────────────────────────────────────────────────────────┘

T3 SCH 10 E (09)

**Canada**
CRA-08-504

2009 Health & Welfare Trust.309                2009-12-31                Nortel Networks Health & Welfare
2010-03-23 13:37                                                        T10-3433-06

**Part B -- Calculating Part XIII non-resident withholding tax**      Payer's remittance no.   NR  J505060

| | | | | |
|---|---|---|---|---|
| Total income paid or payable to non-resident beneficiaries (line 928, column 2 of Schedule 9) | | | 43,754 68 | 15 |
| Adjustment for non-cash items included above (provide reconciliation) (if negative, enter in brackets) | 10210 ● | + | | 16 |
| Amounts paid or payable (line 15 plus line 16) | | = | 43,754 68 ▶ | 43,754 68 17 |

Amounts payable to non-resident beneficiaries that are not subject to Part XIII tax

| | | | |
|---|---|---|---|
| Taxable capital gains distributions designated as payable by a mutual fund trust (see Note below) | 10230 ● | | 18 |
| Distributions by certain trusts established before 1949 | 10240 ● | + | 19 |
| Other (specify) | 10250 ● | + | 20 |
| Amount from line 13 in Part A | | + | 21 |
| Subtotal (add lines 18 to 21) | | = | ▶ − | 22 |
| Taxable Canadian property distributions for non-resident beneficiaries (see Note below) | | | + | 23 |
| Amount subject to non-resident tax (subtract line 22 from line 17, then add line 23) | | | 43,754 68 24 |

Non-resident tax payable (Multiply the amount on line 24 by the appropriate rate of tax. This amount has to be the same
as the amount reported on the NR4 Summary and the related NR4 slip(s))                              6,572 55 25
Amounts already remitted on Form NR-76, *Non-Resident Tax Statement of Account*                     6,572 55 26
**Part XIII tax due (line 25 minus line 26)**                                                         = 27
Remit the Part XIII tax with your Form NR-76, NR4 Summary, and NR4 slip(s).

**Note:** If more than 5% (.05) of a mutual fund trust's taxable capital gains distributions are designated to non-resident beneficiaries (including a partnership that is not a Canadian partnership), the trust must do a calculation for line 18 and for line 23. Enter the amount on line 43 on line 18 and the amount from line 42 on line 23. To determine the trust's opening taxable Canadian property (TCP) gains balance at the beginning of the following year, complete lines 44 to 47. If the amount at line 37 is less than 5% (.05), do not complete the rest of this area. Instead, enter the amount from line 921, column 2, of Schedule 9 at line 18 and enter "0" at line 23.

**TCP gains balance for the mutual fund trust**

| | | |
|---|---|---|
| Trust's TCP gains balance at the end of the previous year (Line 47 of previous year's Schedule 10. If the trust did not exceed the 5% distribution rule, use the amount from line 33.) | | 28 |
| Trust's capital gains from dispositions of taxable Canadian property during the tax year | + | 29 |
| TCP gains distributions received by the trust during the tax year | + | 30 |
| Subtotal (add lines 28, 29, and 30) | ▶ | 31 |
| Trust's capital losses from taxable Canadian property during the tax year | − | 32 |
| Mutual fund trust's TCP gains balance for the year (line 31 minus line 32). If negative, indicate the negative balance. | = | 33 |

**Pro rata portion for non-resident beneficiaries**

| | | |
|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, enter "0". | | 34 |
| Taxable capital gains designated to non-resident beneficiaries for the tax year | 35 |
| Total taxable capital gains designated by the trust to all beneficiaries for the tax year | + | 36 |
| Line 35 divided by line 36 | = | x | 37 |
| Non-resident beneficiaries' pro rata portion (line 34 multiplied by line 37) | = | 38 |

**Non-resident beneficiaries TCP gains distribution**

| | | |
|---|---|---|
| Amount from line 35 | x 2 = | ▶ | 39 |
| Non-resident beneficiaries TCP gains distribution. Enter the lesser of lines 38 and 39. | | 40 |
| Include the amount from line 40 as code 58 on the beneficiary's NR4 slip. | | |

**Capital gains distributions not subject to Part XIII tax**

| | | |
|---|---|---|
| Amount from line 35 | | 41 |
| Amount from line 40 | x 1/2 = | ▶ − | 42 |
| Capital gains distributions not subject to Part XIII tax (line 41 minus line 42) | = | 43 |
| Enter the amount from line 42 on line 23 above, and the amount from line 43 on line 18 above. | | |

**Mutual fund trust's TCP gains balance at the end of the tax year**

| | | |
|---|---|---|
| Trust's TCP gains balance for the year (line 33 above). If negative, indicate the negative balance. | | 44 |
| Amount from line 36 | x 2 = | 45 |
| Total TCP gains distributions to all beneficiaries. Enter the lesser of lines 44 and 45. If negative, enter "0". | − | 46 |
| Trust's TCP gains balance at the end of the tax year (line 44 minus line 46). If negative, indicate the negative balance. | = | 47 |
| Use this balance when determining the trust's TCP gains balance at the beginning of next year. | | |

Apr. 26. 2010  1:08PM    NORTEL                                    No. 1532   P. 13

2009 Health & Welfare Trust.309                    2009-12-31                    Nortel Networks Health & Welfare
2010-03-23 13:37                                                                 T10-3433-08

**T3 -- 2009**                    **DISPOSITIONS OF CAPITAL PROPERTY**                    **SCHEDULE 1**

- For information on completing this schedule, see Chapter 3 in the publication T4013, *T3 Trust Guide.*
  If the trust is reporting a deemed disposition, complete Form T1055, *Summary of Deemed Dispositions*, first.
- If you need more space, attach a separate sheet of paper. Include a completed copy of this schedule with the trust's return.

Note: Do not use this schedule to claim an allowable business investment loss from disposing of shares or debts of a small business corporation (see Line 25 in the *T3 Trust Guide).*

| | 1 Year of acquisition | 2 Proceeds of disposition | 3 Adjusted cost base | 4 Outlays and expenses (from dispositions) | 5 Gain (or loss) (column 2 minus columns 3 and 4) | |
|---|---|---|---|---|---|---|

**Qualified small business corporation shares**
Before March 19, 2007

| No. of shares | Name of corporation and class of shares | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

After March 18, 2007                                                                  1013 •                      A
                                                                                                                   B
| | Total of A and B | 1011 | | Total of A and B (Gain (or loss)) | 1012 • | 1 |

**Qualified farm or fishing property**
Before March 19, 2007

| | Address or legal description | | | | | |
|---|---|---|---|---|---|---|

After March 18, 2007                                                                  1023 •                      C
                                                                                                                   D
| | Total of C and D | 1021 • | | Total of C and D (Gain (or loss)) | 1022 • | 2 |

**Mutual fund units and other shares** (report capital gains or losses shown on an information slip on line 10 below)

| No. of shares | Name of corporation and class of shares | | | | | |
|---|---|---|---|---|---|---|
| | | 1031 • | | Gain (or loss) | 1032 • | 3 |

**Bonds, debentures, promissory notes, and other similar properties**

| Face value | Maturity data | Name of issuer | | | | |
|---|---|---|---|---|---|---|
| | | See Schedule | 10,627,857 50 | 9,881,852 50 | 746,005 00 | |
| | | 1041 • | 10,627,857 50 | Gain (or loss) 1042 • | 746,005 00 | 4 |

**Real estate and depreciable property** (do not include losses on depreciable property)

| | Address or legal description | | | | | |
|---|---|---|---|---|---|---|
| | | 1051 • | | Gain (or loss) 1052 • | • | 5 |

**Personal-use property** (full description)

| | | 1061 • | | (if negative, enter "0") 1062 • | | 6 |
|---|---|---|---|---|---|---|

**Listed personal property (LPP)** (full description)

| | | 1071 • | | 1072 • | | 7 |
|---|---|---|---|---|---|---|

Note: You can only apply LPP losses against LPP gains.
Enter LPP losses from line 7 of Form T1055, and unapplied LPP losses from other years (give details).    1080 •    8
                                                                        Net gain (line 7 minus line 8).                          9

| | | | | | | |
|---|---|---|---|---|---|---|
| Information slips – Capital gains (or losses) (attach T3, T5, T4PS, T5013, and T5013A slips) | | | | 1100 • + | | 10 |
| | | Subtotal (add lines 1 to 6, 9, and 10) | | = | 746,005 00 | 11 |
| Capital losses from a reduction in business investment loss | | | | 1130 • | | 12 |
| Total of amounts in column 5 before reserves (line 11 minus line 12) | | | | | 746,005 00 | 14 |
| Reserves from line 9, column 3 of Schedule 2 (if negative, show it in brackets) | | | | 1170 • + | | 15 |
| | | Subtotal (line 14 plus line 15) | | = | 746,005 00 | 16 |
| Amount from line 3 of Schedule 1A (attach Schedule 1A) | | | | | | 17 |
| | | Subtotal (line 16 minus line 17) | | = | 745,005 00 | 17A |
| Capital gains from gifts of other capital property (see Schedule 1, line 18 in the *T3 Trust Guide*) | | 1191 • | | 18 | | |
| Total capital losses transferred under subsection 164(6) (do not put this amount in brackets) | | | | 1646 • + | | 19 |
| | | Total capital gains (or losses) (line 17A plus line 19) | | = | 746,005 00 | 20 |
| Multiply line 20 by 1/2. | | | | x | 1/2 | |
| Total taxable capital gains (or net capital losses) | | | | 1220 • = | 373,002 50 | 21 |

If the amount on line 21 is positive, enter it on line 01 of the return. If the amount is negative, see *line 01* in the *T3 Trust Guide.*

T3 SCH 1 (08)                                                                         Canadä
                                                                                      CRA-08-504

2009 Health & Welfare Trust.309                2009-12-31              Nortel Networks Health & Welfare
2010-03-23 13:37                                                      T10-3433-06

**Bonds, debentures, promissory notes, and other similar properties (continued)**

| Face value | Maturity date | Name of Issuer | 1 Year of acqui-sition | 2 Proceeds of disposition | | 3 Adjusted cost base | | 4 Outlays and expenses (from dispositions) | | 5 Gain (or loss) (column 2 minus columns 3 and 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 | 2011-02-21 | PROVINCE OF BRITISH COLUMBI |  | 1,123,200 | 00 | 997,000 | 00 |  |  | 126,200 | 00 |
| 4,000,000 | 2009-03-02 | PROVINCE OF MANITOBA |  | 4,020,320 | 00 | 3,701,200 | 00 |  |  | 319,120 | 00 |
| 3,000,000 | 2009-06-01 | MUN FIN AUTHORITY |  | 3,035,100 | 00 | 2,944,590 | 00 |  |  | 90,510 | 00 |
| 1,250,000 | 2009-06-22 | PROVINCE OF NEW BRUNSWICK |  | 1,277,037 | 50 | 1,239,062 | 50 |  |  | 37,975 | 00 |
| 1,000,000 | 2011-09-19 | PRINCE EDWARD IS. |  | 1,172,200 | 00 | 1,000,000 | 00 |  |  | 172,200 | 00 |
|  |  | Total |  | 10,627,857 | 50 | 9,881,852 | 50 |  |  | 746,005 | 00 |