# APPENDIX "O"

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1982

*Touche Ross & Co.*

*Chartered Accountants*

AUDITORS' REPORT

The Directors,
Northern Telecom Limited.

We have examined the Statement of Net Assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1982 and
the Statement of Changes in the Fund for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1982 and the changes in the Fund for the
year then ended in accordance with generally accepted accounting
principles applied on a basis consistent with that of the preceding
year.

*Touche Ross & Co.*

Toronto, Ontario,
April 8, 1983.                          Chartered Accountants

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31, 1982

| | 1982 | 1981 |
|---|---|---|
| Investments | | |
| Cash and short-term investments, at cost (Note 5) | $10,498,753 | $ 6,139,439 |
| Bonds and debentures, at cost (Note 5) | | |
| Canadian | 625,000 | 641,250 |
| Provincial | 500,000 | 500,000 |
| Corporate | 500,000 | 491,100 |
| | 1,625,000 | 1,632,350 |
| Mortgages (Note 6) | 2,475,155 | 1,020,708 |
| Investment fund units | 1,498,505 | 1,498,505 |
| Other (Note 7) | 2,673,840 | 5,348,680 |
| | 6,647,500 | 7,867,893 |
| | 18,771,253 | 15,639,682 |
| Accrued revenue | 455,488 | 325,047 |
| Accounts receivable | 2,488,576 | 3,615,003 |
| | 2,944,064 | 3,940,050 |
| Total assets | 21,715,317 | 19,579,732 |
| Accrued claims payable | 1,421,939 | 1,111,040 |
| Net assets as at December 31 | $20,293,378 | $18,468,692 |

On behalf of Management

See accompanying notes to financial statements.

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN THE FUND
FOR THE YEAR ENDED DECEMBER 31, 1982

|  | 1982 | 1981 |
|---|---|---|
| Balance of the Fund at January 1 | $18,468,692 | $15,743,904 |
| Additions to the Fund | | |
| Transfer of reserves from Mutual Life | 75,945 | — |
| Contributions | | |
| Companies | 6,746,553 | 5,878,685 |
| Employees | 2,219,056 | 1,986,262 |
| Investment income | 2,329,359 | 1,966,435 |
| Total additions | 11,370,913 | 9,831,382 |
| Deductions from the Fund | | |
| Claims paid and accrued | 9,401,497 | 6,970,635 |
| Administration expenses | 144,730 | 135,959 |
| Total deductions | 9,546,227 | 7,106,594 |
| Balance of the Fund at December 31 | $20,293,378 | $18,468,692 |

See accompanying notes to financial statements.

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1982

1. The Fund was established as at January 1, 1980 in order to provide a self-insured employee benefits program for all eligible employees of Northern Telecom and is comprised of:

   i.   a Dental Plan

   ii.  an Extended Health Plan

   iii. a Long-Term Disability Plan

   iv.  a Survivor Income Benefit Plan

   v.   a Survivor Transition Benefit Plan

   vi.  a Group Life Plan

   vii. a Pensioners' Insurance Plan

2. The Fund follows generally accepted accounting principles. The significant accounting policies are:

   Investments

   All investments are recorded at historical cost.

   Accrued revenue

   Interest income on investments has been accrued up to December 31.

   Accrued claims

   Accruals have been made for the claims received, under the various plans, up to January 31 but which relate to the year ended December 31. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (see Note 3).

3. Several of the benefit plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1982 in respect of claims which commenced before that date is as follows:

   | | |
   |---|---:|
   | Survivor Income Benefit | $2,270,000 |
   | Survivor Transition Benefit | 886,000 |
   | Long-Term Disability | 2,967,000 |
   | | $6,123,000 |

   The actual benefit payments will be charged against the Fund in the period in which they are payable.

*Touche Ross & Co.*          – 2 –

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1982

4.  The next triennial actuarial valuation of the Pensioners' Insurance
    Fund is due as at December 31, 1983.  An internal estimate as at
    December 31, 1982 indicated that the present value of liabilities
    exceeded the present value of assets by approximately $2 million.

5.  The market values of the investments as at December 31 are as follows:

|                                    | 1982        | 1981       |
|------------------------------------|-------------|------------|
| Cash and short-term investments    | $10,734,877 | $6,261,658 |
| **Bonds and debentures**           |             |            |
| Canadian                           | $    665,938 | $   605,938 |
| Provincial                         | 525,000     | 469,250    |
| Corporate                          | 486,250     | 429,750    |
|                                    | $ 1,677,188 | $1,504,938 |

6.  The fund has entered into agreements to advance $5,646,000 in
    mortgages.  As at December 31, 1982 funds advanced under these
    agreements totalled $1,448,406.

7.  Certain assets of the Fund have been invested with The Mutual Life
    Assurance Company of Canada and are fixed in regard to the rate of
    return and the term of investment.  The repayment of the investment
    is as follows:

| Year | Principal  |
|------|------------|
| 1984 | $2,673,840 |

Investments of $3,175,740, including $500,900 of interest, which were
to have matured January 1, 1983 were paid to the fund on December 31,
1982.

**APPENDIX "P"**

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1983

*Touche Ross & Co.*

*Chartered Accountants*

AUDITORS' REPORT

The Directors,
Northern Telecom Limited.

We have examined the Statement of Net Assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1983 and
the Statement of Changes in the Fund for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1983 and the changes in the Fund for the
year then ended in accordance with generally accepted accounting
principles applied on a basis consistent with that of the preceding
year.

*Touche Ross & Co*

Toronto, Ontario,
March 15, 1984.

Chartered Accountants

P.O. BOX 12 – FIRST CANADIAN PLACE – 100 KING STREET WEST – TORONTO, ONTARIO  M5X 1B3
TELEPHONE (416) 364-4242 – TELEX 065-24310

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31, 1983

|  | 1983 | 1982 |
|---|---|---|
| Investments | | |
| Cash and short-term investments (Note 5) | $ 8,570,656 | $10,498,753 |
| Bonds and debentures (Note 5) | | |
| Canadian | 500,000 | 625,000 |
| Provincial | 500,000 | 500,000 |
| Corporate | 500,000 | 500,000 |
| | 1,500,000 | 1,625,000 |
| Mortgages (Note 6) | 9,537,423 | 2,475,155 |
| Investment fund units | 1,498,505 | 1,498,505 |
| Other (Note 7) | - | 2,673,840 |
| | 11,035,928 | 6,647,500 |
| | 21,106,584 | 18,771,253 |
| Accrued revenue | 286,882 | 455,488 |
| Accounts receivable | 3,530,315 | 2,488,576 |
| | 3,817,197 | 2,944,064 |
| Total assets | 24,923,781 | 21,715,317 |
| Accrued claims payable | 2,008,477 | 1,421,939 |
| Net assets as at December 31 | $22,915,304 | $20,293,378 |

On behalf of Management

*[signature]*

See accompanying notes to financial statements.

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN THE FUND
FOR THE YEAR ENDED DECEMBER 31, 1983

|  | 1983 | 1982 |
|---|---|---|
| Balance of the Fund at January 1 | $20,293,378 | $18,468,692 |
| Additions to the Fund | | |
| Transfer of reserves from Mutual Life | – | 75,945 |
| Contributions | | |
| Companies | 11,054,602 | 6,746,553 |
| Employees | 3,006,624 | 2,219,056 |
| Investment income | 2,341,237 | 2,329,359 |
| Total additions | 16,402,463 | 11,370,913 |
| Deductions from the Fund | | |
| Claims paid and accrued | 13,557,298 | 9,401,497 |
| Administration expenses | 223,239 | 144,730 |
| Total deductions | 13,780,537 | 9,546,227 |
| Balance of the Fund at December 31 | $22,915,304 | $20,293,378 |

See accompanying notes to financial statements.

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1983

1. The Fund was established as at January 1, 1980 in order to provide a self-insured employee benefits program for all eligible employees of Northern Telecom and is comprised of:

    i.  a Dental Plan

    ii.  an Extended Health Plan

    iii.  a Long-Term Disability Plan

    iv.  a Survivor Income Benefit Plan

    v.  a Survivor Transition Benefit Plan

    vi.  a Group Life Plan

    vii.  a Pensioners' Insurance Plan

2. The Fund follows generally accepted accounting principles. The significant accounting policies are:

    <u>Investments</u>

    All investments are recorded at historical cost.

    <u>Accrued revenue</u>

    Interest income on investments has been accrued up to December 31.

    <u>Accrued claims</u>

    Accruals have been made for the claims received, under the various plans, up to January 31 but which relate to the year ended December 31. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (see Note 3).

3. Several of the benefit plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1983 in respect of claims which commenced before that date is as follows:

    | | |
    |---|---:|
    | Survivor Income Benefit | $3,413,257 |
    | Survivor Transition Benefit | 1,067,385 |
    | Long-Term Disability | 5,068,294 |
    | | $9,548,936 |

    The actual benefit payments will be charged against the Fund in the period in which they are payable.

*Touche Ross & Co.*                               - 2 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1983

4.  The actuarial valuation of the Pensioners' Insurance Fund as at
    December 31, 1983 indicates that the present value of liabilities
    exceeds the present value of assets by approximately $6.7 million
    assuming a 8% rate of return on assets.

5.  The market values of the investments as at December 31 are as follows:

|  | 1983 | 1982 |
|---|---|---|
| Cash and short-term investments | $8,663,473 | $10,734,877 |
| **Bonds and debentures** | | |
| Canadian | $ 535,100 | $ 665,938 |
| Provincial | 523,750 | 525,000 |
| Corporate | 496,900 | 486,250 |
| | $1,555,750 | $ 1,677,188 |

6.  The fund has entered into agreements to advance $6,398,122 in
    mortgages.  As at December 31, 1983 funds advanced under these
    agreements totalled $3,722,851.

7.  Certain assets of the Fund were invested with The Mutual Life Assurance
    Company of Canada and were fixed in regard to the rate of return and
    the term of investment.  Investments of $2,673,480 including $259,005
    of interest, which were to have matured January 1, 1984 were paid to
    the fund on December 31, 1983.

**APPENDIX "Q"**

*Touche Ross & Co.*

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1984

*Touche Ross & Co.*

Chartered Accountants

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1984 and
the statement of changes in the net assets for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1984 and the changes in net assets of the
Fund for the year then ended in accordance with generally accepted
accounting principles applied on a basis consistent with that of the
preceding year.

Toronto, Ontario,
March 30, 1985.

Chartered Accountants

*Touche Ross & Co.*

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31, 1984

|  | 1984 | 1983 |
|---|---|---|
| Investments |  |  |
| Cash and short-term investments | $ 5,533,564 | $ 8,570,636 |
| Bonds and debentures (Note 5) |  |  |
| Canadian | 500,000 | 500,000 |
| Provincial | 1,828,400 | 500,000 |
| Corporate | 4,500,000 | 500,000 |
|  | 6,828,400 | 1,500,000 |
| Mortgages (Note 6) | 12,005,106 | 9,537,423 |
| Investment fund units | 81,394 | 1,498,505 |
|  | 12,086,500 | 11,035,928 |
|  | 24,448,464 | 21,106,584 |
| Accrued revenue | 374,609 | 286,882 |
| Accounts receivable | 5,851,282 | 3,530,315 |
|  | 6,225,891 | 3,817,197 |
| Total assets | 30,674,355 | 24,923,781 |
| Accrued claims payable | 2,465,785 | 2,008,477 |
| Net assets as at December 31 | $28,208,570 | $22,915,304 |

On behalf of Management

See accompanying notes to financial statements.

*Touche Ross & Co.*

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED DECEMBER 31, 1984

|  | 1984 | 1983 |
|---|---|---|
| Balance of the Fund at January 1 | $22,915,304 | $20,293,378 |
| Additions to the Fund | | |
| Contributions | | |
| Companies | 17,686,713 | 11,054,602 |
| Employees | 3,357,297 | 3,006,624 |
| Investment income | 3,187,655 | 2,403,220 |
| Total additions | 24,231,665 | 16,464,446 |
| Deductions from the Fund | | |
| Claims paid and accrued | 18,678,845 | 13,557,298 |
| Administration expenses | 259,554 | 285,222 |
| Total deductions | 18,938,399 | 13,842,520 |
| Balance of the Fund at December 31 | $28,208,570 | $22,915,304 |

**See accompanying notes to financial statements.**

*Touche Ross & Co.*

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1984

1. The Fund was established as at January 1, 1980 in order to provide a self-insured employee benefits program for all eligible employees of Northern Telecom and is comprised of:

    i.   a Dental Plan

   ii.   an Extended Health Plan

  iii.   a Long-Term Disability Plan

   iv.   a Survivor Income Benefit Plan

    v.   a Survivor Transition Benefit Plan

   vi.   a Group Life Plan

  vii.   a Pensioners' Insurance Plan

2. The Fund follows generally accepted accounting principles. The significant accounting policies are:

**Investments**

All investments are recorded at historical cost.

**Accrued revenue**

Interest income on investments has been accrued up to December 31.

**Accrued claims**

Accruals have been made for the claims received, under the various plans, up to January 31, but which relate to the year ended December 31. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (see Note 3).

3. Several of the benefit plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1984 in respect of claims which commenced before that date is as follows:

| | |
|---|---:|
| Survivor Income Benefit | $ 5,102,298 |
| Survivor Transition Benefit | 1,532,318 |
| Long-Term Disability | 6,462,828 |
| | $13,097,444 |

The actual benefit payments will be charged against the Fund in the period in which they are payable.

*Touche Ross & Co.*                          – 2 –

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1984


4. The actuarial valuation of the Pensioners' Insurance Plan as at
   December 31, 1983 indicates that the present value of liabilities
   exceeds the present value of assets by approximately $6.7 million
   assuming a 8% rate of return on assets.

5. The market values of the under-noted quoted investments as at December
   31 are as follows:

   Bonds and debentures

   |              | 1984         | 1983        |
   |--------------|-------------:|------------:|
   | Canadian     | $   535,625  | $   535,100 |
   | Provincial   | 1,935,390    | 523,750     |
   | Corporate    | 4,570,000    | 496,900     |
   |              | $7,041,015   | $1,555,750  |

6. The fund has entered into agreements to advance $4,829,107 in
   mortgages. As at December 31, 1984 funds advanced under these
   agreements totalled $3,980,607.

**APPENDIX "R"**

△ Touche Ross

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1986

Touche Ross & Co.
Chartered Accountants
P.O. Box 12
First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B3
Telephone: 416 364-4242
Telex: 065-24310

▲ **Touche Ross**

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1985 and
the statement of changes in the net assets for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1985 and the changes in net assets of the
Fund for the year then ended in accordance with generally accepted
accounting principles applied on a basis consistent with that of the
preceding year.

*Touche Ross & Co.*

Toronto, Ontario,
April 8, 1986.

Chartered Accountants

Touche Ross International

△ **Touche Ross**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31, 1985

| | 1985 | 1984 |
|---|---|---|
| Investments | | |
| Cash and short-term investments | $ 2,050,031 | $ 5,533,564 |
| Bonds and debentures (Note 5) | | |
| Federal | 500,000 | 500,000 |
| Provincial | 1,828,400 | 1,828,400 |
| Corporate | 14,285,000 | 4,500,000 |
| | 16,613,400 | 6,828,400 |
| Mortgages | 11,428,892 | 12,005,106 |
| Investment fund units | - | 81,394 |
| | 11,428,892 | 12,086,500 |
| | 30,092,323 | 24,448,464 |
| Accrued revenue | 624,020 | 374,609 |
| Accounts receivable | 7,575,941 | 5,851,282 |
| | 8,199,961 | 6,225,891 |
| Total assets | 38,292,284 | 30,674,355 |
| Accrued claims payable | (2,709,123) | (2,465,785) |
| Net assets | $35,583,161 | $28,208,570 |

On behalf of Management

. . . . . . . . . . . . . .

See accompanying notes to financial statements.

△ **Touche Ross**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED DECEMBER 31, 1985

|  | 1985 | 1984 |
|---|---|---|
| Balance of the Fund at January 1 | $28,208,570 | $22,915,304 |
| **Additions to the Fund** | | |
| Contributions | | |
| Companies | 19,797,580 | 17,686,713 |
| Employees | 3,167,365 | 3,357,297 |
| Investment income | 3,769,681 | 3,187,655 |
| Total additions | 26,734,626 | 24,231,665 |
| **Deductions from the Fund** | | |
| Claims paid and accrued | 19,034,857 | 18,678,845 |
| Administration expenses | 325,178 | 259,554 |
| Total deductions | 19,360,035 | 18,938,399 |
| Balance of the Fund at December 31 | $35,583,161 | $28,208,570 |

See accompanying notes to financial statements.

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1985

1.  The Fund was established as at January 1, 1980 in order to provide a
    self-insured employee benefits program for all eligible employees of
    Northern Telecom and is comprised of:

    i.   a Dental Plan
    ii.  an Extended Health Plan
    iii. a Long-Term Disability Plan
    iv.  a Survivor Income Benefit Plan
    v.   a Survivor Transition Benefit Plan
    vi.  a Group Life Plan
    vii. a Pensioners' Insurance Plan

2.  The Fund follows generally accepted accounting principles.  The
    significant accounting policies are:

    Investments

    All investments are recorded at historical cost.

    Accrued revenue

    Interest income on investments has been accrued up to December 31.

    Accrued claims

    Accruals have been made for the claims received, under the various
    plans, up to January 31, but which relate to the year ended December 31.
    Accruals are not made for future payments in respect of claims received
    under benefit plans entailing a regular series of payments (see Note 3).

3.  Several of the benefit plans entail a regular series of benefit
    payments to a claimant.  The estimated present value of the future
    payments anticipated to be made after December 31, 1985 in respect of
    claims which commenced before that date is as follows:

    | | |
    |---|---|
    | Survivor Income Benefit | $ 7,673,329 |
    | Survivor Transition Benefit | 1,568,844 |
    | Long-Term Disability | 7,276,644 |
    | | $16,518,817 |

    The actual benefit payments will be charged against the Fund in the
    period in which they are payable.

△ Touche Ross

– 2 –

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1985

4.  The actuarial valuation of the Pensioners' Insurance Plan as at
    December 31, 1983 indicates that the present value of liabilities
    exceeds the present value of assets by approximately $6.7 million
    assuming a 8% rate of return on assets.

5.  The market values of the under-noted quoted investments as at December
    31 are as follows:

    Bonds and debentures

    |  | 1985 | 1984 |
    |---|---|---|
    | Federal | $    559,000 | $   535,625 |
    | Provincial | 2,204,000 | 1,935,390 |
    | Corporate | 14,548,000 | 4,570,000 |
    |  | $17,311,000 | $7,041,015 |

**APPENDIX "S"**

△ Touche Ross

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1986

Touche Ross & Co.
Chartered Accountants
P.O. Box 12
First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B3
Telephone: 416 364-4242
Telex: 065-24310

**△Touche Ross**

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1986 and
the statement of changes in net assets for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1986 and the changes in net assets of the
Fund for the year then ended in accordance with generally accepted
accounting principles applied on a basis consistent with that of the
preceding year.

Toronto, Ontario,
March 20, 1987.

*Touche Ross; Co.*

Chartered Accountants

Touche Ross International

△ ToucheRoss

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31

|  | 1986 | 1985 |
|---|---|---|
| Investments | | |
| Bonds and debentures (Note 3) | | |
| Federal | $    500,000 | $    500,000 |
| Provincial | 1,828,400 | 1,828,400 |
| Corporate | 11,263,000 | 14,285,000 |
|  | 13,591,400 | 16,613,400 |
| Cash and short-term investments | 9,263,636 | 2,050,031 |
| Mortgages | 10,916,010 | 11,428,892 |
|  | 33,771,046 | 30,092,323 |
| Accrued revenue | 660,822 | 624,020 |
| Due from sponsoring corporations | 15,390,909 | 7,575,941 |
|  | 16,051,731 | 8,199,961 |
| Total assets | 49,822,777 | 38,292,284 |
| Accrued claims payable | (2,927,651) | (2,709,123) |
| Net assets (Note 4) | $46,895,126 | $35,583,161 |

On behalf of Management

.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .

See accompanying notes to financial statements.

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

△ Touche Ross

STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED DECEMBER 31

|  | 1986 | 1985 |
|---|---|---|
| Balance of the Fund at January 1 | $35,583,161 | $28,208,570 |
| Additions to the Fund | | |
| Contributions | | |
| Companies | 24,805,144 | 19,797,580 |
| Employees | 3,568,373 | 3,167,365 |
| Investment income | 3,987,962 | 3,769,681 |
| Total additions | 32,361,479 | 26,734,626 |
| Deductions from the Fund | | |
| Claims paid and accrued | 20,743,397 | 19,034,857 |
| Administration expenses | 306,117 | 325,178 |
| Total deductions | 21,049,514 | 19,360,035 |
| Balance of the Fund at December 31 | $46,895,126 | $35,583,161 |

**See accompanying notes to financial statements.**

△ **Touche Ross**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1986

1.  Description of the Fund

The Health and Welfare Trust Fund (the "Fund") was established by
Northern Telecom Limited and its Canadian subsidiaries on January 1,
1980 in order to provide an employee benefits program for all eligible
employees and is comprised of:

Reserved Plans

   a)  Long-term Disability Plan

   b)  Survivor Income Benefit Plan

   c)  Pensioners' Insurance Plan

   d)  employee-financed Group Life Plan (Group Life - Part II)

Paid as Incurred Plans

   e)  Dental Plan

   f)  Extended Health Plan

   g)  Survivor Transition Benefit Plan

   h)  Group Life Plan (Group Life - Part I)

2.  Summary of significant accounting policies

The Fund follows generally accepted accounting principles.  The
significant accounting policies are:

   a)  Investments

       All investments are recorded at cost.

   b)  Accrued revenue

       Interest income on investments has been accrued to the year-end
       date.

   c)  Accrued claims payable

       Accruals have been made for the unpaid claims incurred and received
       under the various plans to the year-end date.  Accruals are not made
       for future payments in respect of claims received under benefit
       plans entailing a regular series of payments (Note 4a).

△ Touche Ross

– 2 –

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1986

3.  Bonds and debentures

The market values of the bonds and debentures as at December 31 are as follows:

|  | 1986 | 1985 |
|---|---|---|
| Federal | $    558,125 | $    559,000 |
| Provincial | 2,286,250 | 2,204,000 |
| Corporate | 11,478,391 | 14,548,000 |
|  | $14,322,766 | $17,311,000 |

4.  Future benefit payments and related reserves

a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant.  The estimated present value of the future payments anticipated to be made after December 31, 1986 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | Present value of future payments | Value of reserves |
|---|---|---|
| Long-term Disability Plan | $10,665,874 | $ 9,292,138 |
| Survivor Income Benefit Plan | 9,059,300 | 8,486,566 |
| Survivor Transition Benefit Plan | 1,881,269 | – |
|  | $21,606,443 | $17,778,704 |

The actual benefit payments are charged against the Fund in the period in which they are payable.

b)  Plans requiring lump sum payments – Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of the plan, dated as at December 31, 1983, indicates that, at that date, the present value of liabilities exceeded the present value of assets reserved for this plan by approximately $6.7 million assuming an 8% rate of return.

- 3 -

△ Touche Ross

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1986

Management estimates that the present value of liabilities under the plan as at December 31, 1986 was $28,244,000. The corresponding value of the asset reserve at that time was $25,144,897.

c) Plans requiring lump sum payments – Group Life – Part II

On a voluntary basis, employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the reserves at December 31, 1986 totalled $3,971,525.

**APPENDIX "T"**

△ Touche Ross

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1987

Touche Ross & Co.
Chartered Accountants
P.O. Box 12
First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B3
Telephone: 416 364-4242
Telex: 065-24310
Telecopier: 416 361-0601

**△ Touche Ross**

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom

Health and Welfare Trust Fund (the "Fund") as at December 31, 1987 and

the statement of changes in net assets for the year then ended.  Our

examination was made in accordance with generally accepted auditing

standards, and accordingly included such tests and other procedures as we

considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets

of the Fund as at December 31, 1987 and the changes in net assets of the

Fund for the year then ended in accordance with generally accepted

accounting principles applied on a basis consistent with that of the

preceding year.

*Touche Ross & Co.*

Toronto, Ontario,
March 31, 1988.

Chartered Accountants

Touche Ross International

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31

|  | 1987 | 1986 |
|---|---|---|
| **Investments** | | |
| Bonds and debentures (Note 3) | | |
| Federal | $   500,000 | $   500,000 |
| Provincial | 1,828,400 | 1,828,400 |
| Corporate | 7,280,000 | 11,263,000 |
|  | 9,608,400 | 13,591,400 |
| Cash and short-term investments | 22,525,860 | 9,263,636 |
| Mortgages | 10,452,479 | 10,916,010 |
|  | 42,586,739 | 33,771,046 |
| Accrued revenue | 625,199 | 660,822 |
| Due from sponsoring corporations | 12,470,788 | 15,390,909 |
|  | 13,095,987 | 16,051,731 |
| Total assets | 55,682,726 | 49,822,777 |
| Accrued claims payable | (2,857,406) | (2,927,651) |
| Net assets (Note 4) | $52,825,320 | $46,895,126 |

On behalf of Management

. . . . . . . . . . . . . . .

See accompanying notes to financial statements.

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED DECEMBER 31

|  | 1987 | 1986 |
|---|---|---|
| Balance of the Fund at January 1 | $46,895,126 | $35,583,161 |
| **Additions to the Fund** | | |
| Contributions | | |
| Companies | 23,022,430 | 24,805,144 |
| Employees | 2,575,227 | 3,568,373 |
| Investment income | 4,498,022 | 3,987,962 |
| Total additions | 30,095,679 | 32,361,479 |
| **Deductions from the Fund** | | |
| Claims paid and accrued | 23,760,958 | 20,743,397 |
| Administration expenses | 404,527 | 306,117 |
| Total deductions | 24,165,485 | 21,049,514 |
| Balance of the Fund at December 31 | $52,825,320 | $46,895,126 |

**See accompanying notes to financial statements.**

△ **Touche Ross**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1987

1. Description of the Fund

The Health and Welfare Trust Fund (the "Fund") was established by
Northern Telecom Limited and its Canadian subsidiaries on January 1,
1980 in order to provide an employee benefits program for all eligible
employees and is comprised of:

Reserved Plans

a) Long-term Disability Plan

b) Survivor Income Benefit Plan

c) Pensioners' Insurance Plan

d) employee-financed Group Life Plan (Group Life – Part II)

Paid as Incurred Plans

e) Dental Plan

f) Extended Health Plan

g) Survivor Transition Benefit Plan

h) Group Life Plan (Group Life – Part I)

2. Summary of significant accounting policies

The Fund follows generally accepted accounting principles.  The
significant accounting policies are:

a) Investments

All investments are recorded at cost.

b) Accrued revenue

Interest income on investments has been accrued to the year-end
date.

c) Accrued claims payable

Accruals have been made for the unpaid claims incurred and received
under the various plans to the year-end date.  Accruals are not made
for future payments in respect of claims received under benefit
plans entailing a regular series of payments (Note 4a).

△ **Touche Ross**

– 2 –

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1987

3.  Bonds and debentures

The market values of the bonds and debentures as at December 31 are as
follows:

|  | 1987 | 1986 |
|---|---|---|
| Federal | $   530,000 | $   558,125 |
| Provincial | 2,096,250 | 2,286,250 |
| Corporate | 7,391,250 | 11,478,391 |
|  | $10,017,500 | $14,322,766 |

4.  Future benefit payments and related reserves

a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a
claimant.  The estimated present value of the future payments
anticipated to be made after December 31, 1987 in respect of claims
which commenced before that date and the related value of assets
reserved in the Fund are as follows:

|  | Present value of future payments | Value of reserves |
|---|---|---|
| Long-term Disability Plan | $13,658,793 | $10,457,061 |
| Survivor Income Benefit Plan | 10,806,161 | 10,155,434 |
| Survivor Transition Benefit Plan | 2,047,557 | – |
|  | $26,512,511 | $20,612,495 |

The actual benefit payments are charged against the Fund in the
period in which they are payable.

b)  Plan requiring lump sum payments – Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is
performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at
December 31, 1986, indicates that, at that date, the present value
of liabilities exceeded the present value of assets reserved for
this plan by approximately $7.6 million assuming rates of return of
8.5% in 1987, reducing by a quarter of a percent each year to 7% in
1993 and thereafter.

△ Touche Ross

- 3 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1987

Management estimates that the present value of liabilities under the plan as at December 31, 1987 was $32,900,000. The corresponding value of the assets reserved at that time was $28,789,471.

c) Plan requiring lump sum payments – Group Life – Part II

On a voluntary basis, employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the reserves at December 31, 1987 totalled $3,423,354.

# APPENDIX "U"

△ Touche Ross

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1988

Touche Ross & Co.
Chartered Accountants
P.O. Box 12
First Canadian Place
100 King Street West
Toronto, Ontario M5X 1B3
Telephone: 416 364-4242
Telecopier: 416 361-0601

**▲ Touche Ross**

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1988 and
the statement of changes in net assets for the year then ended.  Our
examination was made in accordance with generally accepted auditing
standards, and accordingly included such tests and other procedures as we
considered necessary in the circumstances.

In our opinion, these financial statements present fairly the net assets
of the Fund as at December 31, 1988 and the changes in net assets of the
Fund for the year then ended in accordance with generally accepted
accounting principles applied on a basis consistent with that of the
preceding year.

*Touche Ross & Co.*

Toronto, Ontario,
May 29, 1989.                          Chartered Accountants

Touche Ross International

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31

|  | 1988 | 1987 |
|---|---|---|
| Investments | | |
| Bonds and debentures (Note 3) | | |
| Federal | $ 500,000 | $ 500,000 |
| Provincial | 3,775,900 | 1,828,400 |
| Corporate | 19,993,031 | 7,280,000 |
| | 24,268,931 | 9,608,400 |
| Cash and short-term investments | 15,059,078 | 22,525,860 |
| Mortgages | 10,052,138 | 10,452,479 |
| | 49,380,147 | 42,586,739 |
| Accrued revenue | 833,255 | 625,199 |
| Due from sponsoring corporations | 14,907,132 | 12,470,788 |
| | 15,740,387 | 13,095,987 |
| Total assets | 65,120,534 | 55,682,726 |
| Accrued claims payable | (3,303,775) | (2,857,406) |
| Net assets (Note 4) | $61,816,759 | $52,825,320 |

On behalf of Management

. . . . . . . . . . . . . .

**See accompanying notes to financial statements.**

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED DECEMBER 31

|  | 1988 | 1987 |
|---|---|---|
| Balance of the Fund at January 1 | $52,825,320 | $46,895,126 |
| Additions to the Fund | | |
| Contributions | | |
| Companies | 27,073,258 | 23,022,430 |
| Employees | 3,929,728 | 2,575,227 |
| Investment income | 5,152,724 | 4,498,022 |
| Total additions | 36,155,710 | 30,095,679 |
| Deductions from the Fund | | |
| Claims paid and accrued | 26,781,360 | 23,760,958 |
| Administration expenses | 382,911 | 404,527 |
| Total deductions | 27,164,271 | 24,165,485 |
| Balance of the Fund at December 31 | $61,816,759 | $52,825,320 |

See accompanying notes to financial statements.

△ Touche Ross

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1988

1. Description of the Fund

The Health and Welfare Trust Fund (the "Fund") was established by
Northern Telecom Limited and its Canadian subsidiaries on January 1,
1980 in order to provide an employee benefits program for all eligible
employees and is comprised of:

Reserved Plans

a) Long-term Disability Plan

b) Survivor Income Benefit Plan

c) Pensioners' Insurance Plan

d) Employee-financed Group Life Plan (Group Life - Part II)

Paid as Incurred Plans

e) Dental Plan

f) Extended Health Plan

g) Survivor Transition Benefit Plan

h) Group Life Plan (Group Life - Part I)

2. Summary of significant accounting policies

The Fund follows generally accepted accounting principles. The
significant accounting policies are:

a) Investments

All investments are recorded at cost.

b) Accrued revenue

Interest income on investments has been accrued to the year-end
date.

c) Accrued claims payable

Accruals have been made for the unpaid claims incurred and received
under the various plans to the year-end date. Accruals are not made
for future payments in respect of claims received under benefit
plans entailing a regular series of payments (Note 4a).

△ **Touche Ross**

- 2 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1988

3. Bonds and debentures

The market values of the bonds and debentures as at December 31 are as
follows:

|  | 1988 | 1987 |
|---|---|---|
| Federal | $ 512,750 | $ 530,000 |
| Provincial | 4,056,250 | 2,096,250 |
| Corporate | 20,018,106 | 7,391,250 |
|  | $24,587,106 | $10,017,500 |

4. Future benefit payments and related reserves

a) Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a
claimant. The estimated present value of the future payments
anticipated to be made after December 31, 1988 in respect of claims
which commenced before that date and the related value of assets
reserved in the Fund are as follows:

|  | Present value of future payments | Value of reserves |
|---|---|---|
| Long-term Disability Plan | $18,284,396 | $13,837,110 |
| Survivor Income Benefit Plan | 12,285,270 | 11,580,920 |
| Survivor Transition Benefit Plan | 2,200,378 | – |
|  | $32,770,044 | $25,418,030 |

The actual benefit payments are charged against the Fund in the
period in which they are payable.

b) Plan requiring lump sum payments – Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is
performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at
December 31, 1986, indicates that, at that date, the present value
of liabilities exceeded the present value of assets reserved for
this plan by approximately $7.6 million assuming rates of return of
8.5% in 1987, reducing by a quarter of a percent each year to 7% in
1993 and thereafter.

△ Touche Ross

- 3 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1988

4.  Future benefit payments and related reserves (continued)

Management estimates that the present value of liabilities under
the plan as at December 31, 1988 was $38,461,000. The
corresponding value of the assets reserved at that time was
$32,636,272.

c)  Plan requiring lump sum payments - Group Life - Part II

On a voluntary basis, employees have the option to purchase
additional group life insurance coverage up to age 65. This is
fully employee funded, and the reserves at December 31, 1988
totalled $3,762,458.

# APPENDIX "V"



**NORTHERN TELECOM LIMITED**
**HEALTH AND WELFARE TRUST FUND**

## STATEMENT OF NET ASSETS AS AT DECEMBER 31, 1989*

| | | |
|---|---|---:|
| **Cash** | | ($667,655) |
| **Short Term Investments** | | |
| | Canada Treasury Bills | 0 |
| | Discount Notes | 3,361,201 |
| | | 3,361,201 |
| **Mortgages** | | |
| | National Trust | 1,472,693 |
| | Metropolitan Trust | 8,444,424 |
| | Other | 0 |
| | | 9,917,117 |
| **Bond, Debentures, and Notes** | | |
| | Canada Bonds | 9,821,173 |
| | Provincial Bonds | 9,111,941 |
| | Corp. Bond Debentures & Notes | 20,523,343 |
| | Term Deposit & Notes | 4,695,390 |
| | | 44,151,847 |
| **Accounts Receivables** | | |
| | Current | 13,248,572 |
| | Accrued Claims | 2,983,072 |
| | Accrued Interest | 1,150,524 |
| | | 17,382,168 |
| **Accounts Payable** | | |
| | Accrued Claims Payable | (3,423,319) |
| | Green Shield | (163,220) |
| | Quebec Blue Cross | 0 |
| | Other | (9,753) |
| | | (3,596,292) |
| | | $70,548,386 |

*This financial statement is unaudited and has been prepared solely for inclusion with the 1989 T3 Trust Income Tax Return and Information Return

NORTHERN TELECOM LIMITED
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN THE FUND
FOR THE YEAR ENDED DECEMBER 31, 1989*

| | |
|---|---:|
| Balance of the Fund - January 1 | $61,816,759 |
| Additions to the Fund | |
| Contributions | |
| -   Companies | 28,603,481 |
| -   Employee | 4,598,796 |
| -   Accrued | 81,843 |
| Investment Income | 6,815,166 |
| Total Additions | $40,099,286 |
| | |
| Deductions From the Fund | |
| Claims paid and accrued | 30,842,305 |
| Administration Fees | 420,740 |
| Mortgages Service Fees | 29,008 |
| Bank Charges | 75,606 |
| Miscellaneous | 0 |
| Total Deductions | $31,367,659 |
| Balance of the Fund December 31 | $70,548,386 |

*This financial statement is unaudited and has been prepared
solely for inclusion with the 1989 T3 Trust Income Tax
-Return and Information Return.

# APPENDIX "W"

NORTHERN TELECOM

HEALTH AND WELFARE TRUST FUND

REPORT AND FINANCIAL STATEMENTS

DECEMBER 31, 1990

**Deloitte &
Touche**
△

# Deloitte & Touche

**Chartered Accountants**
BCE Place
181 Bay Street
Suite 1400
Toronto, Ontario M5J 2V1

Telephone: (416) 601-6150
Telecopier: (416) 601-6151

AUDITORS' REPORT

The Directors,
Northern Telecom Limited

We have examined the statement of net assets of the Northern Telecom
Health and Welfare Trust Fund (the "Fund") as at December 31, 1990 and
the statement of changes in net assets for the year then ended.  These
financial statements are the responsibility of the Corporation's
management.  Our responsibility is to express an opinion on these
financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing
standards.  Those standards require that we plan and perform an audit to
obtain reasonable assurance whether the financial statements are free of
material misstatement.  An audit includes examining, on a test basis,
evidence supporting the amounts and disclosures in the financial
statements.  An audit also includes assessing the accounting principles
used and significant estimates made by management, as well as evaluating
the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all
material respects, the net assets of the Fund as at December 31, 1990 and
the changes in net assets of the Fund for the year then ended in
accordance with generally accepted accounting principles.

*Deloitte + Touche*

Toronto, Ontario,
June 12, 1991.

Chartered Accountants

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF NET ASSETS AS AT DECEMBER 31

| | 1990 $000's | 1989 $000's |
|---|---|---|
| **Investments** | | |
| Bonds and debentures (Note 3) | | |
| Federal | $18,640 | $ 9,821 |
| Provincial | 15,813 | 9,112 |
| Corporate | 11,766 | 25,219 |
| | 46,219 | 44,152 |
| Cash and short-term investments | 9,513 | 2,693 |
| Mortgages | 9,856 | 9,917 |
| | 65,588 | 56,762 |
| Accrued revenue | 1,549 | 1,150 |
| Due from sponsoring companies | 15,127 | 16,232 |
| | 16,676 | 17,382 |
| Total assets | 82,264 | 74,144 |
| Accrued claims payable | (3,810) | (3,596) |
| Net assets (Note 4) | $78,454 | $70,548 |

On behalf of Management

. . . . . . . . . . . . . . . .

**See accompanying notes to financial statements.**

Deloitte &
Touche
△

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

STATEMENT OF CHANGES IN NET·ASSETS
FOR THE YEAR ENDED DECEMBER 31

|  | 1990 $000's | 1989 $000's |
|---|---|---|
| Balance of the Fund at January 1 | $70,548 | $61,817 |
| Additions to the Fund | | |
| Contributions | | |
| Companies | 29,988 | 28,685 |
| Employees | 4,328 | 4,599 |
| Investment income | 7,035 | 6,815 |
| Total additions | 41,351 | 40,099 |
| Deductions from the Fund | | |
| Claims paid and accrued | 32,927 | 30,842 |
| Administration expenses | 518 | 526 |
| Total deductions | 33,445 | 31,368 |
| Balance of the Fund at December 31 | $78,454 | $70,548 |

See accompanying notes to financial statements.

Deloitte &
Touche

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 1990

1. Description of the Fund

The Health and Welfare Trust Fund (the "Fund") was established by
Northern Telecom Limited and its Canadian subsidiaries on January 1,
1980 in order to provide an employee benefits program for all eligible
employees and is comprised of:

Reserved Plans

a) Long-term Disability Plan

b) Survivor Income Benefit Plan

c) Pensioners' Insurance Plan

d) Employee-financed Group Life Plan (Group Life - Part II)

Paid as Incurred Plans

e) Dental Plan

f) Extended Health Plan

g) Survivor Transition Benefit Plan

h) Group Life Plan (Group Life - Part I)

2. Summary of significant accounting policies

The Fund follows generally accepted accounting principles. The
significant accounting policies are:

a) Investments

All investments are recorded at cost.

b) Accrued revenue

Interest income on investments has been accrued to the year-end
date.

c) Accrued claims payable

Accruals have been made for the unpaid claims incurred and received
under the various plans to the year-end date. Accruals are not made
for future payments in respect of claims received under benefit
plans entailing a regular series of payments (Note 4a).

Deloitte &
Touche

- 2 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1990

3.  Bonds and debentures

The market values of the bonds and debentures as at December 31 were as
follows:

|  | 1990 $000's | 1989 $000's |
|---|---|---|
| Federal | $18,101 | $ 9,764 |
| Provincial | 15,180 | 9,163 |
| Corporate | 11,333 | 25,707 |
|  | $44,614 | $44,634 |

4.  Future benefit payments and related reserves

a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a
claimant.  The estimated present value of the future payments
anticipated to be made after December 31, 1990 in respect of claims
which commenced before that date and the related value of assets
reserved in the Fund are as follows:

|  | 1990 | | 1989 |
|---|---|---|---|
|  | Present value of future payments $000's | Value of reserves $000's | Value of reserves $000's |
| Long-term Disability Plan | $26,764 | $19,538 | $15,625 |
| Survivor Income Benefit Plan | 15,613 | 15,111 | 13,623 |
| Survivor Transition Benefit Plan | 2,793 | - | - |
|  | $45,170 | $34,649 | $29,248 |

The actual benefit payments are charged against the Fund in the
period in which they are payable.

Deloitte &
Touche
△

- 3 -

Northern Telecom
Health and Welfare Trust Fund
Notes to financial statements
December 31, 1990

4. Future benefit payments and related reserves (continued)

b) Plan requiring lump sum payments – Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is
performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at
January 1, 1990, indicates that, at that date, the reserved assets
exceeded the present value of liabilities for this plan by
approximately $1.6 million assuming rates of return of 10% in 1990,
reducing by a quarter of a percent each year to 7%.

Management estimates that the present value of liabilities under
the plan as at December 31, 1990 was $39,999,000 (1989 –
$45,594,000).  The corresponding value of the assets reserved at
that time was $39,479,000 (1989 – $37,893,000).

c) Plan requiring lump sum payments – Group Life – Part II

On a voluntary basis, employees have the option to purchase
additional group life insurance coverage up to age 65.  This is
fully employee funded, and the reserves at December 31, 1990
totalled $4,326,000 (1989 – $3,407,000).

Deloitte &
Touche
△

**APPENDIX "X"**

**NORTHERN TELECOM**
**HEALTH AND WELFARE TRUST FUND**

**FINANCIAL STATEMENTS**

December 31, 1991



**Deloitte &
Touche**

---

Chartered Accountants
BCE Place
181 Bay Street
Suite 1400
Toronto, Ontario M5J 2V1

Telephone: (416) 601-6150
Telecopier: (416) 601-6151

## AUDITORS' REPORT

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets of the Northern Telecom Health and Welfare Trust Fund (the "Fund") as at December 31, 1991 and the statement of changes in net assets for the year then ended. These financial statements are the responsibility of the plan's Administrator. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the plan Administrator, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets of the Fund as at December 31, 1991 and the changes in its net assets for the year then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
April 9, 1992

**Deloitte Touche
Tohmatsu
International**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
STATEMENT OF NET ASSETS
December 31, 1991

|  | 1991 | 1990 |
|---|---|---|
|  | \$000's | |
| **INVESTMENTS (Note 3)** | | |
| Bonds and debentures | | |
| Federal | \$20,133 | \$18,640 |
| Provincial | 23,806 | 15,813 |
| Corporate | 11,712 | 11,766 |
|  | 55,651 | 46,219 |
| Cash and short-term investments | 2,367 | 9,513 |
| Mortgages | 14,259 | 9,856 |
|  | 72,277 | 65,588 |
| **ACCRUED REVENUE** | 1,945 | 1,549 |
| **DUE FROM SPONSORING COMPANIES** | 14,500 | 15,127 |
|  | 16,445 | 16,676 |
| **TOTAL ASSETS** | 88,722 | 82,264 |
| **ACCRUED CLAIMS PAYABLE** | (4,100) | (3,810) |
| **NET ASSETS (Note 4)** | \$84,622 | \$78,454 |

ON BEHALF OF MANAGEMENT

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 1991

|  | 1991 | 1990 |
|---|---|---|
|  | | $000's |
| FUND BALANCE, JANUARY 1 | $78,454 | $70,548 |
| **ADDITIONS TO THE FUND** | | |
| Contributions | | |
| Companies | 28,731 | 29,988 |
| Employees | 5,395 | 4,328 |
| Investment income | 7,832 | 7,035 |
|  | 41,958 | 41,351 |
| **DEDUCTIONS FROM THE FUND** | | |
| Claims paid and accrued | 35,180 | 32,927 |
| Administration expenses | 610 | 518 |
|  | 35,790 | 33,445 |
| FUND BALANCE, DECEMBER 31 | $84,622 | $78,454 |

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
NOTES TO THE FINANCIAL STATEMENTS
December 31, 1991

1. **DESCRIPTION OF THE FUND**

The Health and Welfare Trust fund (the "Fund") was established by Northern Telecom Limited and its Canadian subsidiaries on January 1, 1980 in order to provide an employee benefits program for all eligible employees and is comprised of:

Reserved Plans

(a)  Long-term Disability Plan

(b)  Survivor Income Benefit Plan

(c)  Pensioners' Insurance Plan

(d)  Employee-financed Group Life Plan (Group Life - Part II)

Paid as Incurred Plans

(e)  Dental Plan

(f)  Extended Health Plan

(g)  Survivor Transition Benefit Plan

(h)  Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The Fund follows generally accepted accounting principles. The significant accounting policies are:

(a)  Investments

All investments are recorded at cost.

(b)  Accrued revenue

Interest income on investments has been accrued to the year-end date.

(c)  Accrued claims payable

Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

- 2 -

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
NOTES TO THE FINANCIAL STATEMENTS
December 31, 1991

3. INVESTMENTS

The market values of the bonds and debentures as at December 31 were as follows:

|  | 1991 | 1990 |
|---|---|---|
|  | $000's | |
| Federal | $21,389 | $18,101 |
| Provincial | 25,646 | 15,180 |
| Corporate | 12,318 | 11,333 |
|  | $59,353 | $44,614 |

During the year, the Fund purchased mortgage investments totalling $5,787,000 from the Northern Telecom Pension Trust Fund.

4. FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

(a) Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1991 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 1991 | | 1990 |
|---|---|---|---|
|  | Present Value of Future Payments | Value of Reserves | Value of Reserves |
|  | $000's | | $000's |
| Long-term Disability Plan | $31,775 | $19,990 | $19,538 |
| Survivor Income Benefit Plan | 16,002 | 16,660 | 15,111 |
| Survivor Transition Benefit Plan | 2,779 | - | - |
|  | $50,556 | $36,650 | $34,649 |

The actual benefit payments are charged against the Fund in the period in which they are payable.

(b) Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

- 3 -

**NORTHERN TELECOM**
**HEALTH AND WELFARE TRUST FUND**
**NOTES TO THE FINANCIAL STATEMENTS**
December 31, 1991

4. FUTURE BENEFIT PAYMENTS AND RELATED RESERVES (continued)

(b) (continued)

The most recent actuarial valuation of this plan, dated as at January 1, 1990, indicates that, at that date, the reserved assets exceeded the present value of liabilities for this plan by approximately $1.6 million assuming rates of return of 10% in 1990, reducing by a quarter of a percent each year to 7% in 2002 and thereafter.

Management estimates that the present value of liabilities under the plan as at December 31, 1991 was $43,052,000 (1990 - $39,999,000). The corresponding value of the assets reserved at that time was $41,637,000 (1990 - $39,479,000).

(c) Plan requiring lump sum payments - Group Life - Part II

On a voluntary basis, employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the reserves at December 31, 1991 totalled $6,335,000 (1990 - $4,326,000).

# APPENDIX "Y"

**NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND**

FINANCIAL STATEMENTS

December 31, 1992



**Deloitte &
Touche**

**Chartered Accountants**
BCE Place                                    Telephone: (416) 601-6150
181 Bay Street                               Telecopier: (416) 601-6151
Suite 1400
Toronto, Ontario M5J 2V1

## AUDITORS' REPORT

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets of the Northern Telecom Health and Welfare Trust Fund (the "Fund") as at December 31, 1992 and the statement of changes in net assets for the year then ended. Those financial statements are the responsibility of the management of Northern Telecom Limited. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets of the Fund as at December 31, 1992 and the changes in its net assets for the year then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
March 31, 1993

**Deloitte Touche
Tohmatsu
International**

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
STATEMENT OF NET ASSETS
December 31, 1992

|  | 1992 | 1991 |
|---|---|---|
|  | $000's | |
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $36,882 | $20,133 |
| Provincial | 27,258 | 23,806 |
| Corporate | 9,525 | 11,712 |
|  | 73,665 | 55,651 |
| Cash and short-term investments | (172) | 2,367 |
| Mortgages | 1,985 | 14,259 |
|  | 75,478 | 72,277 |
| ACCRUED REVENUE | 1,746 | 1,945 |
| DUE FROM SPONSORING COMPANIES | 17,622 | 14,500 |
|  | 19,368 | 16,445 |
| TOTAL ASSETS | 94,846 | 88,722 |
| ACCRUED CLAIMS PAYABLE | (4,662) | (4,100) |
| NET ASSETS (Note 4) | $90,184 | $84,622 |

ON BEHALF OF NORTHERN TELECOM LIMITED

............................................

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
STATEMENT OF CHANGES IN NET ASSETS
Year ended December 31, 1992

|  | 1992 | 1991 |
|---|---|---|
|  | \$000's | |
| **FUND BALANCE, JANUARY 1** | $84,622 | $78,454 |
| **ADDITIONS TO THE FUND** | | |
| Contributions | | |
| Sponsoring companies | 33,817 | 28,731 |
| Employees | 5,315 | 5,395 |
| Investment income | | |
| Interest | 7,559 | 7,393 |
| Realized gain on disposition | 1,231 | 439 |
| | 47,922 | 41,958 |
| **DEDUCTIONS FROM THE FUND** | | |
| Claims paid and accrued | 41,558 | 35,180 |
| Administration expenses | 802 | 610 |
| | 42,360 | 35,790 |
| **FUND BALANCE, DECEMBER 31** | $90,184 | $84,622 |

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
NOTES TO THE FINANCIAL STATEMENTS
December 31, 1992

1. DESCRIPTION OF THE FUND

The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian subsidiaries under the following plans:

Reserved Plans

(a)  Long-term Disability Plan

(b)  Survivor Income Benefit Plan

(c)  Pensioners' Insurance Plan

(d)  Employee-financed Group Life Plan (Group Life - Part II)

Paid-as-Incurred Plans

(e)  Dental Plan

(f)  Extended Health Plan

(g)  Survivor Transition Benefit Plan

(h)  Group Life Plan (Group Life - Part I)

2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The Fund follows generally accepted accounting principles. The significant accounting policies are:

(a)  Investments

All investments are recorded at cost.

(b)  Accrued revenue

Interest income on investments has been accrued to the year-end date.

(c)  Accrued claims payable

Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

- 2 -

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
NOTES TO THE FINANCIAL STATEMENTS
December 31, 1992

3. INVESTMENTS

The market values of the bonds and debentures as at December 31 were as follows:

|  | 1992 | 1991 |
|---|---|---|
|  | $000's | |
| Federal | $37,972 | $21,389 |
| Provincial | 28,985 | 25,646 |
| Corporate | 9,967 | 12,318 |
|  | $76,924 | $59,353 |

Included in corporate bonds and debentures in 1992 is a Bell Canada debenture in the amount of $2,037,000 (market value - $1,940,000). During 1991, the Fund purchased mortgage investments totalling $5,787,000 from the Northern Telecom Pension Trust Fund.

4. FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

(a) Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1992 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 1992 | | 1991 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Value of Reserves | Present Value of Future Payments | Value of Reserves |
|  | $000's | | $000's | |
| Long-term Disability Plan | $46,794 | $20,080 | $31,775 | $19,990 |
| Survivor Income Benefit Plan | 19,185 | 18,251 | 16,002 | 16,660 |
| Survivor Transition Benefit Plan | 3,056 | - | 2,779 | - |
|  | $69,035 | $38,331 | $50,556 | $36,650 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b) Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

- 3 -

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
NOTES TO THE FINANCIAL STATEMENTS
December 31, 1992

4.  FUTURE BENEFIT PAYMENTS AND RELATED RESERVES (continued)

(b)  (continued)

The most recent actuarial valuation of this plan, dated as at January 1, 1990, indicates that, at that date, the reserved assets exceeded the present value of liabilities for this plan by approximately $1.6 million assuming rates of return of 10% in 1990, reducing by a quarter of one percent each year to 7% in 2002 and thereafter.

Management estimates that the present value of liabilities under the plan as at December 31, 1992 was $46,159,000 (1991 - $43,052,000). The corresponding value of the assets reserved at that time was $43,231,000 (1991 - $41,637,000).

(c)  Plan requiring lump sum payments - Group Life - Part II

On a voluntary basis, employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the reserves at December 31, 1992 totalled $8,622,000 (1991 - $6,335,000).

**APPENDIX "Z"**

*Financial Statements of*

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND

*December 31, 1993*

**Deloitte &
Touche**

△

Chartered Accountants
BCE Place
181 Bay Street                    Telephone: (416) 601-6150
Suite 1400                        Telecopier: (416) 601-6151
Toronto, Ontario M5J 2V1

## Auditors' Report

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets of the Northern Telecom Health and Welfare
Trust Fund (the "Fund") as at December 31, 1993 and the statement of changes in net
assets for the year then ended. These financial statements are the responsibility of the
management of Northern Telecom Limited. Our responsibility is to express an opinion on
these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those
standards require that we plan and perform an audit to obtain reasonable assurance
whether the financial statements are free of material misstatement. An audit includes
examining, on a test basis, evidence supporting the amounts and disclosures in the
financial statements. An audit also includes assessing the accounting principles used and
significant estimates made by management, as well as evaluating the overall financial
statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net
assets of the Fund as at December 31, 1993 and the changes in its net assets for the year
then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
March 21, 1994

**Deloitte Touche
Tohmatsu
International**

## TABLE OF CONTENTS

|                                      | PAGE |
| ------------------------------------ | ---- |
| Statement of Net Assets              | 1    |
| Statement of Changes in Net Assets   | 2    |
| Notes to the Financial Statements    | 3-5  |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets
December 31, 1993
(in thousands of dollars)

|  | 1993 | 1992 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 24,615 | $ 36,882 |
| Provincial | 15,382 | 27,258 |
| Corporate | 7,489 | 9,525 |
|  | 47,486 | 73,665 |
| Insured contracts | 18,105 | - |
| Cash and short-term investments | 11,015 | (172) |
| Mortgages | 5,417 | 1,985 |
|  | 82,023 | 75,478 |
| ACCRUED INTEREST | 1,312 | 1,746 |
| DUE FROM SPONSORING COMPANIES | 24,550 | 17,622 |
|  | 25,862 | 19,368 |
| TOTAL ASSETS | 107,885 | 94,846 |
| ACCRUED CLAIMS PAYABLE | (4,735) | (4,662) |
| NET ASSETS (Note 4) | $103,150 | $ 90,184 |

ON BEHALF OF NORTHERN TELECOM LIMITED

..................................................................

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets
**Year ended December 31, 1993**
**(in thousands of dollars)**

|  | 1993 | 1992 |
|---|---:|---:|
| FUND BALANCE, JANUARY 1 | $ 90,184 | $ 84,622 |
| | | |
| ADDITIONS TO THE FUND | | |
| Contributions | | |
| Sponsoring companies | 43,226 | 33,817 |
| Employees | 5,262 | 5,315 |
| Investment income | | |
| Interest | 8,418 | 7,559 |
| Realized gain on disposition | 1,866 | 1,231 |
| | 58,772 | 47,922 |
| | | |
| DEDUCTIONS FROM THE FUND | | |
| Claims paid and accrued (Note 4) | 44,956 | 41,558 |
| Administrative expenses | 850 | 802 |
| | 45,806 | 42,360 |
| FUND BALANCE, DECEMBER 31 | $103,150 | $ 90,184 |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 1993

1.  **DESCRIPTION OF THE FUND**

    The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

    Reserved Plans

    (a)  Long-term Disability Plan

    (b)  Survivor Income Benefit Plan

    (c)  Pensioners' Insurance Plan

    (d)  Employee-financed Group Life Plan (Group Life - Part II)

    Paid-as-Incurred Plans

    (e)  Dental Plan

    (f)  Extended Health Plan

    (g)  Survivor Transition Benefit Plan

    (h)  Group Life Plan (Group Life - Part I)

2.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

    The significant accounting policies of the Fund are:

    (a)  *Investments*

        All investments are recorded at cost.

    (b)  *Accrued claims payable*

        Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1993

---

### 3.  INVESTMENTS

The market values of the bonds and debentures as at December 31 are as follows:

|  | 1993 | 1992 |
|---|---|---|
|  | \$000's | |
| Bonds and debentures | | |
| Federal | \$ 27,054 | \$ 37,972 |
| Provincial | 18,974 | 28,985 |
| Corporate | 8,628 | 9,967 |
| | \$ 54,656 | \$ 76,924 |

During 1993, the Fund purchased assets, including insured contracts and mortgages, at their market value of \$25,192,000 from the Northern Telecom Supplemental Pension Fund for Retired Employees.

### 4.  FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

At December 31, 1993, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund.  The funding status of the Reserved Plans and the Survivor Transition Benefit Plan at year-end are as follows:

(a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant.  The estimated present value of the future payments anticipated to be made after December 31, 1993 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 1993 | | 1992 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Value of Reserves | Present Value of Future Payments | Value of Reserves |
|  | \$000's | | \$000's | |
| Long-term Disability Plan | \$ 51,366 | \$ 24,845 | \$ 46,794 | \$ 20,080 |
| Survivor Income Benefit Plan | 19,332 | 20,271 | 19,185 | 18,251 |
| Survivor Transition Benefit Plan | 3,152 | - | 3,056 | - |
| | \$ 73,850 | \$ 45,116 | \$ 69,035 | \$ 38,331 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

Page 4 of 5

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1993

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES** (continued)

(b) Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at January 1, 1993, indicates that, at that date, the actuarial liabilities amounted to $46,600,000 and the assets amount to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000. The interest rate actuarial assumption is 7.25% per annum.

Management estimates that the present value of liabilities under the plan as at December 31, 1993 was $49,197,000 (1992 - $46,159,000). The corresponding value of the assets reserved at that time was $46,552,000 (1992 - $43,231,000).

(c) Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 1993 totalled $11,482,000 (1992 - $8,622,000).

# APPENDIX "AA"

*Financial Statements of*

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND

*December 31, 1994*



**Deloitte &
Touche**

**Chartered Accountants**
BCE Place
181 Bay Street
Suite 1400
Toronto, Ontario M5J 2V1

Telephone: (416) 601-6150
Telecopier: (416) 601-6151

## Auditors' Report

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets of the Northern Telecom Health and Welfare
Trust Fund (the "Fund") as at December 31, 1994 and the statement of changes in net
assets for the year then ended. These financial statements are the responsibility of the
management of Northern Telecom Limited. Our responsibility is to express an opinion on
these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those
standards require that we plan and perform an audit to obtain reasonable assurance
whether the financial statements are free of material misstatement. An audit includes
examining, on a test basis, evidence supporting the amounts and disclosures in the
financial statements. An audit also includes assessing the accounting principles used and
significant estimates made by management, as well as evaluating the overall financial
statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net
assets of the Fund as at December 31, 1994 and the changes in its net assets for the year
then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
March 22, 1995

**Deloitte Touche
Tohmatsu
International**

# TABLE OF CONTENTS

|                                        | PAGE |
|----------------------------------------|------|
| Statement of Net Assets                | 1    |
| Statement of Changes in Net Assets     | 2    |
| Notes to the Financial Statements      | 3-5  |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets
December 31, 1994
(in thousands of dollars)

|  | 1994 | 1993 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 31,149 | $ 24,615 |
| Provincial | 24,686 | 15,382 |
| Corporate | 7,985 | 7,489 |
|  | 63,820 | 47,486 |
| Insured contracts | 16,537 | 18,105 |
| Cash and short-term investments | 5,360 | 11,015 |
| Mortgages | 5,164 | 5,417 |
|  | 90,881 | 82,023 |
| ACCRUED INTEREST | 1,471 | 1,312 |
| DUE FROM SPONSORING COMPANIES | 22,401 | 24,550 |
|  | 23,872 | 25,862 |
| TOTAL ASSETS | 114,753 | 107,885 |
| ACCRUED CLAIMS PAYABLE | (4,908) | (4,735) |
| NET ASSETS (Note 4) | $109,845 | $103,150 |

ON BEHALF OF NORTHERN TELECOM LIMITED

..................................................................

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets
**Year ended December 31, 1994**
**(in thousands of dollars)**

|                                            | 1994       | 1993       |
|--------------------------------------------|-----------:|-----------:|
| FUND BALANCE, JANUARY 1                    | $103,150   | $ 90,184   |
|                                            |            |            |
| ADDITIONS TO THE FUND                      |            |            |
| Contributions                              |            |            |
| Sponsoring companies                       | 44,923     | 43,226     |
| Employees                                  | 2,558      | 5,262      |
| Investment income                          |            |            |
| Interest                                   | 8,161      | 8,418      |
| Realized (loss) gain on disposition        | (152)      | 1,866      |
|                                            | 55,490     | 58,772     |
|                                            |            |            |
| DEDUCTIONS FROM THE FUND                   |            |            |
| Claims paid and accrued (Note 4)           | 48,110     | 44,956     |
| Administrative expenses                    | 685        | 850        |
|                                            | 48,795     | 45,806     |
| FUND BALANCE, DECEMBER 31                  | $109,845   | $103,150   |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 1994

**1.   DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

Reserved Plans

(a)   Long-term Disability Plan

(b)   Survivor Income Benefit Plan

(c)   Pensioners' Insurance Plan

(d)   Employee-financed Group Life Plan (Group Life - Part II)

Paid-as-Incurred Plans

(e)   Dental Plan

(f)   Extended Health Plan

(g)   Survivor Transition Benefit Plan

(h)   Group Life Plan (Group Life - Part I)

**2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)   *Investments*

All investments are recorded at cost.

(b)   *Accrued claims payable*

Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date.  Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

Page 3 of 5

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1994

### 3. INVESTMENTS

The market values of the bonds and debentures as at December 31 are as follows:

|  | 1994 | 1993 |
|---|---|---|
|  | \$000's | |
| Bonds and debentures |  |  |
| Federal | \$ 29,252 | \$ 27,054 |
| Provincial | 23,966 | 18,974 |
| Corporate | 8,062 | 8,628 |
|  | \$ 61,280 | \$ 54,656 |

During 1993, the Fund purchased assets, including insured contracts and mortgages, at their market value of \$25,192,000 from the Northern Telecom Supplemental Pension Fund for Retired Employees.

### 4. FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

At December 31, 1994, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and the Survivor Transition Benefit Plan at year-end are as follows:

(a) Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1994 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 1994 | | 1993 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Value of Reserves | Present Value of Future Payments | Value of Reserves |
|  | \$000's | | \$000's | |
| Long-term Disability Plan | \$ 59,570 | \$ 28,197 | \$ 51,366 | \$ 24,845 |
| Survivor Income Benefit Plan | 18,617 | 20,784 | 19,332 | 20,271 |
| Survivor Transition Benefit Plan | 3,229 | - | 3,152 | - |
|  | \$ 81,416 | \$ 48,981 | \$ 73,850 | \$ 45,116 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

Page 4 of 5

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1994

4. **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES** (continued)

(b)  Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at January 1, 1993, indicates that, at that date, the actuarial liabilities amounted to $46,600,000 and the assets amounted to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000. The interest rate actuarial assumption is 7.25% per annum.

Management estimates that the present value of liabilities under the plan as at December 31, 1994 was $51,469,000 (1993 - $49,197,000). The corresponding value of the assets reserved at that time was $48,586,000 (1993 - $46,552,000).

(c)  Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 1994 totalled $12,278,000 (1993 - $11,482,000).

**APPENDIX "BB"**

*Financial Statements of*

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND

*December 31, 1995*

**Deloitte & Touche**
△

Chartered Accountants
BCE Place
181 Bay Street
Suite 1400
Toronto, Ontario M5J 2V1

Telephone: (416) 601-6150
Telecopier: (416) 601-6151

## Auditors' Report

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets available for benefits of the Northern Telecom Health and Welfare Trust Fund (the "Fund") as at December 31, 1995 and the statement of changes in net assets available for benefits for the year then ended. These financial statements are the responsibility of the management of Northern Telecom Limited. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available for benefits of the Fund as at December 31, 1995 and the changes in net assets available for benefits for the year then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
June 12, 1996

**Deloitte Touche
Tohmatsu
International**

# TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 1995
(in thousands of dollars)

|  | 1995 | 1994 |
|---|---|---|
| **INVESTMENTS (Note 3)** | | |
| Bonds and debentures | | |
| Federal | $ 44,242 | $ 31,149 |
| Provincial | 23,731 | 24,686 |
| Corporate | 6,979 | 7,985 |
|  | 74,952 | 63,820 |
| Insured contracts | 15,071 | 16,537 |
| Mortgages | 3,930 | 5,164 |
| Cash and short-term investments | 1,997 | 5,360 |
|  | 95,950 | 90,881 |
| **ACCRUED INTEREST** | 1,821 | 1,471 |
| **DUE FROM SPONSORING COMPANIES** | 21,666 | 22,401 |
|  | 23,487 | 23,872 |
| **TOTAL ASSETS** | 119,437 | 114,753 |
| **ACCRUED CLAIMS PAYABLE** | (4,165) | (4,908) |
| **NET ASSETS AVAILABLE FOR BENEFITS (Note 4)** | $115,272 | $109,845 |

ON BEHALF OF NORTHERN TELECOM LIMITED

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 1995
(in thousands of dollars)

|  | 1995 | 1994 |
|---|---|---|
| FUND BALANCE, JANUARY 1 | $109,845 | $103,150 |
| **ADDITIONS TO THE FUND** | | |
| Contributions | | |
| Sponsoring companies | 48,047 | 44,923 |
| Employees | 4,049 | 2,558 |
| Investment income | | |
| Interest | 8,798 | 8,161 |
| Realized loss on disposition | (259) | (152) |
| | 60,635 | 55,490 |
| **DEDUCTIONS FROM THE FUND** | | |
| Claims paid and accrued (Note 4) | 54,143 | 48,110 |
| Administrative expenses | 1,065 | 685 |
| | 55,208 | 48,795 |
| FUND BALANCE, DECEMBER 31 | $115,272 | $109,845 |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1995

---

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   Reserved Plans

   (a)  Long-term Disability Plan

   (b)  Survivor Income Benefit Plan

   (c)  Pensioners' Insurance Plan

   (d)  Employee-financed Group Life Plan (Group Life - Part II)

   Paid-as-Incurred Plans

   (e)  Dental Plan

   (f)  Extended Health Plan

   (g)  Survivor Transition Benefit Plan

   (h)  Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)  *Investments*

   All investments are recorded at cost.

   (b)  *Accrued claims payable*

   Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

Page 3 of 5

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1995

3. **INVESTMENTS**

The fair values of the investments as at December 31 are as follows:

|  | 1995 | 1994 |
|---|---|---|
|  | $000's | |
| Bonds and debentures | | |
| Federal | $ 46,640 | $ 29,252 |
| Provincial | 26,464 | 23,966 |
| Corporate | 7,735 | 8,062 |
|  | 80,839 | 61,280 |
| Insured contracts | 15,071 | 13,219 |
| Mortgages | 3,954 | 5,097 |
| Cash and short-term investments | 1,997 | 5,360 |
|  | $ 101,861 | $ 84,956 |

4. **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

At December 31, 1995, the estimated present value of obligations under the various benefit plans exceeded the cost value of reserved assets in the Fund. The funding status of the Reserved Plans and the Survivor Transition Benefit Plan at year-end are as follows:

(a) Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1995 in respect of claims which commenced before that date and the related cost value of assets reserved in the Fund are as follows:

|  | 1995 | | 1994 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Cost Value of Reserves | Present Value of Future Payments | Cost Value of Reserves |
|  | $000's | | $000's | |
| Long-term Disability Plan | $ 72,012 | $ 29,554 | $ 59,570 | $ 28,197 |
| Survivor Income Benefit Plan | 20,008 | 20,536 | 18,617 | 20,784 |
| Survivor Transition Benefit Plan | 4,041 | | 3,229 | - |
|  | $ 96,061 | $ 50,137 | $ 81,416 | $ 48,981 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

Page 4 of 5

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1995

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES** (continued)

   (b) Plan requiring lump sum payments - Pensioners' Insurance Plan

   An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

   The most recent actuarial valuation of this plan, dated as at January 1, 1993, indicates that, at that date, the actuarial liabilities amounted to $46,600,000 and the fair value of assets amounted to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000. The interest rate actuarial assumption is 7.25% per annum.

   Management estimates that the present value of liabilities under the plan as at December 31, 1995 was $53,780,000 (1994 - $51,469,000). The corresponding cost value of the assets reserved at that time was $50,207,000 (1994 - $48,586,000).

   (c) Plan requiring lump sum payments - Group Life - Part II

   Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the cost value of the assets reserved at December 31, 1995 totalled $14,975,000 (1994 - $ 12,278,000).

# APPENDIX "CC"

*Financial Statements of*

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND

*December 31, 1996*



**Deloitte &
Touche**

**Chartered Accountants**
BCE Place
181 Bay Street
Suite 1400
Toronto, Ontario M5J 2V1

Telephone: (416) 601-6150
Telecopier: (416) 601-6151

## Auditors' Report

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets available for benefits of the Northern Telecom Health and
Welfare Trust Fund (the "Fund") as at December 31, 1996 and the statement of changes in net assets
available for benefits for the year then ended. These financial statements are the responsibility of the
management of Northern Telecom Limited. Our responsibility is to express an opinion on these
financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards
require that we plan and perform an audit to obtain reasonable assurance whether the financial
statements are free of material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit also includes assessing
the accounting principles used and significant estimates made by management, as well as evaluating
the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets
available for benefits of the Fund as at December 31, 1996 and the changes in net assets available for
benefits for the year then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
March 28, 1997

**Deloitte Touche
Tohmatsu
International**

# NORTHERN TELECOM HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
**December 31, 1996**
**(in thousands of dollars)**

|  | 1996 | 1995 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $  40,696 | $  44,242 |
| Provincial | 27,337 | 23,731 |
| Corporate | 11,975 | 6,979 |
|  | 80,008 | 74,952 |
| Insured contracts | 13,689 | 15,071 |
| Mortgages | 2,773 | 3,930 |
| Cash and short-term investments | 3,208 | 1,997 |
|  | 99,678 | 95,950 |
| ACCRUED INTEREST | 1,671 | 1,821 |
| DUE FROM SPONSORING COMPANIES | 27,771 | 21,666 |
| TOTAL ASSETS | 129,120 | 119,437 |
| ACCRUED CLAIMS PAYABLE | (4,170) | (4,165) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 124,950 | $ 115,272 |

ON BEHALF OF NORTHERN TELECOM LIMITED

# NORTHERN TELECOM HEALTH AND
# WELFARE TRUST FUND

## Statement of Changes in Net Assets Available for Benefits

**Year ended December 31, 1996**
**(in thousands of dollars)**

|                                        | 1996      | 1995      |
|----------------------------------------|-----------|-----------|
| FUND BALANCE, JANUARY 1                | $ 115,272 | $ 109,845 |
|                                        |           |           |
| ADDITIONS TO THE FUND                  |           |           |
| Contributions                          |           |           |
|   Sponsoring companies       | 53,757    | 48,047    |
|   Employees                  | 3,654     | 4,049     |
| Investment income                      |           |           |
|   Interest                   | 8,843     | 8,798     |
|   Realized loss on disposition | (39)    | (259)     |
|                                        | 66,215    | 60,635    |
|                                        |           |           |
| DEDUCTIONS FROM THE FUND               |           |           |
|   Claims paid and accrued (Note 4) | 55,431 | 54,143 |
|   Administrative expenses    | 1,106     | 1,065     |
|                                        | 56,537    | 55,208    |
| FUND BALANCE, DECEMBER 31              | $ 124,950 | $ 115,272 |

# NORTHERN TELECOM HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1996

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   Reserved Plans

   (a)  Long-term Disability Plan

   (b)  Survivor Income Benefit Plan

   (c)  Pensioners' Insurance Plan

   (d)  Employee-financed Group Life Plan (Group Life - Part II)

   Paid-as-Incurred Plans

   (e)  Dental Plan

   (f)  Extended Health Plan

   (g)  Survivor Transition Benefit Plan

   (h)  Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)  *Investments*

   All investments are recorded at cost.

   (b)  *Accrued claims payable*

   Accruals have been made for the unpaid claims incurred and received under the various plans to the year-end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

   (c)  *Use of estimates*

   The preparation of the Fund's financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of changes in the fund balance during the reporting period. Actual results could differ from those estimates.

# NORTHERN TELECOM HEALTH AND
# WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1996

3.  **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding insured contracts for which fair values are not readily available) as at December 31 are as follows:

|  | 1996 | 1995 |
|---|---|---|
|  | $000's | |
| Bonds and debentures | | |
| Federal | $ 44,942 | $ 46,640 |
| Provincial | 32,053 | 26,464 |
| Corporate | 13,142 | 7,735 |
|  | 90,137 | 80,839 |
| Mortgages | 2,839 | 3,954 |
| Cash and short-term investments | 3,208 | 1,997 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates will decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to February, 2031 and coupon rates between 6.375% and 12.000%. The insured contracts have effective interest rates between 11.875% and 11.92%.

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

At December 31, 1996, the estimated present value of obligations under the various benefit plans exceeded the cost value of reserved assets in the Fund. The funding status of the Reserved Plans and the Survivor Transition Benefit Plan at year-end are as follows:

# NORTHERN TELECOM HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1996

4.   FUTURE BENEFIT PAYMENTS AND RELATED RESERVES (continued)

(a)   Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, in respect of claims which commenced before that date and the related cost value of assets reserved in the Fund are as follows:

| | 1996 | | 1995 | |
|---|---|---|---|---|
| | Present Value of Future Payments | Cost Value of Reserves | Present Value of Future Payments | Cost Value of Reserves |
| | $000's | | $000's | |
| Long-term Disability Plan | $ 73,362 | $ 35,001 | $ 72,012 | $ 29,554 |
| Survivor Income Benefit Plan | 21,009 | 20,309 | 20,008 | 20,536 |
| Survivor Transition Benefit Plan | 4,105 | - | 4,041 | - |
| | $ 98,476 | $ 55,310 | $ 96,061 | $ 50,090 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)   Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at January 1, 1993, indicates that, at that date, the actuarial liabilities amounted to $46,600,000 and the fair value of assets amounted to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000. The interest rate actuarial assumption is 7.25% per annum.

Management estimates that the present value of liabilities under the plan as at December 31, 1996 as $56,125,000 (1995 - $53,780,000). The corresponding cost value of the assets reserved at that time was $51,711,000 (1995 - $50,207,000).

(c)   Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the cost value of the assets reserved at December 31, 1996 totalled $17,929,000 (1995 - $14,975,000).

**APPENDIX "DD"**

*Financial Statements of*

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND

*December 31, 1997*



**Deloitte &
Touche**

| | |
|---|---|
| Chartered Accountants<br>BCE Place<br>181 Bay Street<br>Suite 1400<br>Toronto, Ontario  M5J 2V1 | Telephone: (416) 601-6150<br>Facsimile: (416) 601-6151<br>www.deloitte.ca |

## Auditors' Report

To the Board of Directors of
Northern Telecom Limited

We have audited the statement of net assets available for benefits of the Northern Telecom Health and Welfare Trust Fund (the "Fund") as at December 31, 1997 and the statement of changes in net assets available for benefits for the year then ended. These financial statements are the responsibility of the management of Northern Telecom Limited. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available for benefits of the Fund as at December 31, 1997 and the changes in net assets available for benefits for the year then ended in accordance with generally accepted accounting principles.

*Deloitte & Touche*

Chartered Accountants

Toronto, Ontario
May 15, 1998

**Deloitte Touche
Tohmatsu**

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
**December 31, 1997**
**(in thousands of dollars)**

|  | 1997 | 1996 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 42,101 | $ 40,696 |
| Provincial | 28,428 | 27,337 |
| Corporate | 18,807 | 11,975 |
|  | 89,336 | 80,008 |
| Insured contracts | 12,386 | 13,689 |
| Mortgages | 616 | 2,773 |
| Cash and short term investments | 3,145 | 3,208 |
|  | 105,483 | 99,678 |
| ACCRUED INTEREST | 1,747 | 1,671 |
| DUE FROM SPONSORING COMPANIES | 32,213 | 27,771 |
|  | 33,960 | 29,442 |
| TOTAL ASSETS | 139,443 | 129,120 |
| ACCRUED CLAIMS PAYABLE | (5,934) | (4,170) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 133,509 | $ 124,950 |

ON BEHALF OF NORTHERN TELECOM LIMITED

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
**Year ended December 31, 1997**
**(in thousands of dollars)**

|                                           | 1997       | 1996      |
|-------------------------------------------|-----------:|----------:|
| **FUND BALANCE, JANUARY 1**               | $  124,950 | $ 115,272 |
|                                           |            |           |
| ADDITIONS TO THE FUND                     |            |           |
| Contributions                             |            |           |
| Sponsoring companies                      | 57,954     | 53,757    |
| Employees                                 | 3,171      | 3,654     |
| Investment income                         |            |           |
| Interest                                  | 9,295      | 8,843     |
| Realized loss on disposition              | (92)       | (39)      |
|                                           | 70,328     | 66,215    |
|                                           |            |           |
| DEDUCTIONS FROM THE FUND                  |            |           |
| Claims paid and accrued (Note 4)          | 60,674     | 55,431    |
| Administration expenses                   | 1,095      | 1,106     |
|                                           | 61,769     | 56,537    |
|                                           |            |           |
| **FUND BALANCE, DECEMBER 31**             | $  133,509 | $ 124,950 |

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 1997

**1.  DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Northern Telecom Limited on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Northern Telecom Limited and its Canadian Subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans*

(a)   Long-term Disability Plan

(b)   Survivor Income Benefit Plan

(c)   Pensioners' Insurance Plan

(d)   Employee - financed Group Life Plan (Group Life - Part 11)

*Paid as Incurred Plans*

(e)   Dental Plan

(f)   Extended Health Plan

(g)   Survivor Transition Benefit Plan

(h)   Group Life Plan (Group Life - Part 1)

**2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)   Investments

    All investments are recorded at cost.

(b)   Accrued claims payable

    Accruals have been made for the unpaid claims incurred and received under the various plans to year end date.  Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1997

---

3.  **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company.  The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks.  The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time.  The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 1997 are as follows:

|  | 1997 $'000 | 1996 $'000 |
|---|---|---|
| Federal | $  48,630 | $  44,942 |
| Provincial | 36,513 | 32,053 |
| Corporate | 20,728 | 13,142 |
|  | $  105,871 | $  90,137 |
| Mortgages | $      616 | $    2,839 |
| Cash and short-term investments | $    3,145 | $    3,208 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income.  An increase in interest rates will decrease the fair value of the Fund's investments.  The bonds and debentures have maturities up to February, 2031 and coupon rates between 6.25% and 12%.  The insured contracts have effective interest rates between 11.875% and 11.92%.

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 1997, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund.  The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)   Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant.  The estimated present value of the future payments anticipated to be made after December 31, 1997 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

# NORTHERN TELECOM
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1997

4. **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES** (continued)

   (a) Plans requiring a series of benefit payments (continued)

| | 1997 | | 1996 | |
|---|---|---|---|---|
| | Present value of future payments | Cost value of reserves | Present value of future payments | Cost value of reserves |
| | ($'000) | | ($'000) | |
| Long-term Disability Plan | $ 77,316 | $ 39,821 | $ 73,362 | $ 35,001 |
| Survivor Income Benefit Plan | 20,615 | 20,056 | 21,009 | 20,309 |
| Survivor Transition Benefit Plan | 3,052 | - | 4,105 | - |
| | $ 100,983 | $ 59,877 | $ 98,476 | $ 55,310 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

   (b) Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioner' Insurance Plan is performed by an independent actuary. The most recent actuarial valuation of this plan, dated as at January 31, 1993, indicates that, at that date, the actuarial liabilities amounted to $46,600,000 and the assets amount to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000. The interest rate actuarial assumption is 7.25% per annum.

Management estimates that the present value of liabilities under the plan as at December 31, 1997 was $58,491,000 (1996 - $56,125,000). The corresponding value of the assets reserved at that time was $54,040,000 (1996 - $51,711,000).

   (c) Plan requiring lump sum payments - Group Life - Part 11

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 1997 totalled $19,592,000 (1996 - $17,929,000).

# APPENDIX "EE"

(UNAUDITED)

Financial Statements of

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND

December 31, 1998

TABLE OF CONTENTS

PAGE

Statement of Net Assets                                    1

Statement of Changes in Net Assets                         2

Notes to the Financial Statements                          3-5

(UNAUDITED)

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
Statement of Net Assets Available for Benefits
December 31 , 1998 .
(in thousands of dollars)

| | 1998 | 1997 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $43,719 | $42,101 |
| Provincial | 31,412 | 28,428 |
| Corporate | 24,496 | 18,807 |
| | 99,627 | 89,336 |
| Insured contracts | 11,491 | 12,386 |
| Mortgages | 550 | 616 |
| Cash and short term investments | 4,214 | 3,145 |
| | 115,782 | 105,483 |
| ACCRUED INTEREST | 2,071 | 1,747 |
| DUE FROM SPONSORING COMPANIES | 33,756 | 32,213 |
| | 35,827 | 33,960 |
| TOTAL ASSETS | 151,609 | 139,443 |
| ACCRUED CLAIMS PAYABLE | (7,401) | (5,934) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note | $144,208 | $133,509 |

ON BEHALF OF NORTHERN TELECOM LIMITED

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Page 1 of 5

(UNAUDITED)

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 1998
(in thousands of dollars)

| | 1998 | 1997 |
|---|---|---|
| FUND BALANCE , JANUARY 1 | $133,509 | $124,950 |
| ADDITION TO THE FUND | | |
| Contributions | | |
| Sponsoring Companies | 63,386 | 57,954 |
| Employees | 4,043 | 3,171 |
| Investment income | | |
| Interest | 9,586 | 9,295 |
| Realized gain (loss) on disposition | (568) | (92) |
| | 76,447 | 70,328 |
| DEDUCTION FROM THE FUND | | |
| Claims paid and accrued (Note 4) | 64,599 | 60,674 |
| Administration expenses | 1,149 | 1,095 |
| | 65,748 | 61,769 |
| FUND BALANCE , DECEMBER 31 | $144,208 | $133,509 |

Page 2 of 5

(UNAUDITED)

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
Notes to the Financial Statements
December 31, 1998

1.  DESCRIPTION OF THE FUND

The Health and Welfare Trust Fund (the "Fund") was established by
Northern Telecom Limited  on January 1,1980 in order to fund the employee
benefits program for all eligible employees of Northern Telecom Limited
and its Canadian Subsidiaries (collectively, the "Company") under the
following plans:

    Reserved Plans

    a)   Long-term Disability Plan

    b)   Survivor Income Benefit Plan

    c)   Pensioners' Insurance Plan

    d)   Employee-financed Group Life Plan (Group Life - Part 11)

    Paid as Incurred Plans

    e)   Dental Plan

    f)   Extended Health Plan

    g)   Survivor Transition Benefit Plan

    h)   Group Life Plan (Group Life - Part 1)

.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The significant accounting policies of the Fund are:

    a)   Investments

        All investments are recorded at cost.

    b)   Accrued claims payable

        Accruals have been made for the unpaid claims incurred and received
        under the various plans to year end date. Accruals are not made
        for future payments in respect of claims received under benefit
        plans entailing a regular series of payments (Note 4a).

                                        Page 3 of 5

(UNAUDITED)

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
Notes to the Financial Statements
December 31, 1998

3.  INVESTMENTS

The purpose of the Fund is to fund the employee benefit program for all eligible employes of the Company. The Company has established investment objectives and guidlines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time . The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31,1998 are as follow:

| | 1998 | 1997 |
|---|---|---|
| | $000's | |
| Federal | $51,720 | $48,630 |
| Provincial | 41,519 | 36,513 |
| Corporate | 26,665 | 20,728 |
| | $119,904 | $105,871 |
| Mortgages | $550 | $616 |
| Cash and short-term investments | $4,114 | $3,208 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund cash flows, financial position and income. An increase in interest rate will decrease the fair value of  the Fund's investments. The bonds and debentures have maturities up to February 2031 and coupon rates between 5.1% and 12% . The insured contracts have effective interest rates between 11.875% and 11.92%.

4.  FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

At December 31, 1998, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved  Plans and Survivor Transition Benefit Plan at year end is as follows:

a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1998 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

| | 1998 | | 1997 | |
|---|---|---|---|---|
| | Present value of future payments | Value of Reserves | Present value of future payments | Value of Reserves |
| | $000's | | $000's | |
| Long-term Disability Plan | $81,330 | $48,046 | $77,316 | $39,821 |
| Survivor Income Benefit Plan | 20,529 | 19,692 | 20,615 | 20,056 |
| Survivor Transition Benefit Plan | 4,345 | - | 3,052 | |
| | $106,204 | $67,738 | $100,983 | $59,877 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

Page 4 of 5

(UNAUDITED)

NORTHERN TELECOM
HEALTH AND WELFARE TRUST FUND
Notes to the Financial Statements
December 31, 1998

4.  FUTURE BENEFIT PAYMENTS AND RELATED RESERVES (continued)

b)  Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioner' Insurance Plan is
performed by an independent actuary every three years.

The most recent actuarial valuation of this plan, dated as at
January 01, 1998, indicates that, at that date, the actuarial liabilities
amounted to $60,058,000 and the assets amount to $54,040,000. Therefore,
there exists a funding deficiency of $6,018,000
The interest rate actuarial assumption is 8.0% per annum.

Management estimates that the present value of liabilities under
the plan as at December 31, 1998 was $62,633,000 (1997-$60,058,000). The
corresponding value of the assets reserved at that time was $55,476,000
(1997 - $54,040,000)

c)  Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance
coverage up to age 65. This is fully employee funded, and the value of the
assets reserved at December 31,1998 totaled $ 20,994,000  (1997 -
$19,592,000).

Page 5 of 5

# APPENDIX "FF"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 1999*

Deloitte & Touche LLP
BCE Place
181 Bay Street, Suite 1400
Toronto, ON M5J 2V1
Canada

Tel: (416) 601 6150
Fax: (416) 601 6151
www.deloitte.ca

# Deloitte
# & Touche

## Auditors' Report

To the Board of Directors of
Nortel Networks Corporation

We have audited the statement of net assets available for benefits of the Nortel Networks Health and
Welfare Trust Fund (the "Fund") as at December 31, 1999 and the statement of changes in net assets
available for benefits for the year then ended. These financial statements are the responsibility of the
management of Nortel Networks Corporation. Our responsibility is to express an opinion on these
financial statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those
standards require that we plan and perform an audit to obtain reasonable assurance whether the
financial statements are free of material misstatement. An audit includes examining, on a test basis,
evidence supporting the amounts and disclosures in the financial statements. An audit also includes
assessing the accounting principles used and significant estimates made by management, as well as
evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available
for benefits of the Fund as at December 31, 1999 and the changes in net assets available for benefits for
the year then ended in accordance with Canadian generally accepted accounting principles.

*Deloitte & Touche LLP*

Chartered Accountants

Toronto, Ontario
May 12, 2000

**Deloitte
Touche
Tohmatsu**

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 1999

|  | PAGE |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 1999
(in thousands of dollars)

|  | 1999 | 1998 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 44,119 | $ 43,719 |
| Provincial | 51,367 | 31,412 |
| Corporate | 27,426 | 24,496 |
|  | 122,912 | 99,627 |
| Insured contracts | 9,521 | 11,491 |
| Mortgages | 482 | 550 |
| Cash and short term investments | 7,683 | 4,114 |
|  | 140,598 | 115,782 |
| ACCRUED INTEREST | 2,199 | 2,071 |
| DUE FROM SPONSORING COMPANY | 34,706 | 33,756 |
|  | 36,905 | 35,827 |
| TOTAL ASSETS | 177,503 | 151,609 |
| ACCRUED CLAIMS PAYABLE | (10,169) | (7,401) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 167,334 | $ 144,208 |

ON BEHALF OF NORTEL NETWORKS CORPORATION

Page 1 of 5

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 1999
(in thousands of dollars)

|  | 1999 | 1998 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 144,208 | $ 133,509 |
|  |  |  |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 79,797 | 63,386 |
| Employees | 3,927 | 4,043 |
| Investment income |  |  |
| Interest | 9,855 | 9,056 |
| Realized gain (loss) on disposition | 29 | (38) |
|  | 93,608 | 76,447 |
|  |  |  |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 69,611 | 64,599 |
| Administration expenses | 871 | 1,149 |
|  | 70,482 | 65,748 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 167,334 | $ 144,208 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
**December 31, 1999**

1. **DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Corporation (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Corporation and its Canadian subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans*

(a)    Long-term Disability Plan

(b)    Survivor Income Benefit Plan

(c)    Pensioners' Insurance Plan

(d)    Employee - financed Group Life Plan (Group Life - Part II)

*Paid as Incurred Plans*

(e)    Dental Plan

(f)    Extended Health Plan

(g)    Survivor Transition Benefit Plan

(h)    Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)    Investments

All investments are recorded at cost.

(b)    Accrued claims payable

Accruals have been made for the unpaid claims incurred and received under the various plans to the year end date.  Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
**December 31, 1999**

3. **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 1999 are as follows:

|  | 1999 | 1998 |
|---|---|---|
|  | $'000 | $'000 |
| Bonds and debentures |  |  |
| Federal | $ 47,010 | $ 51,720 |
| Provincial | 55,413 | 41,519 |
| Corporate | 27,344 | 26,665 |
|  | $ 129,767 | $ 119,904 |
| Mortgages | $ 482 | $ 550 |
| Cash and short-term investments | $ 7,683 | $ 4,114 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates will decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to February, 2031 and coupon rates between 5.0% and 12%. The insured contracts have effective interest rates between 11.875% and 11.92%.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 1999

4.   **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 1999, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)   Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1999 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 1999 | | 1998 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Cost Value of Reserved Assets | Present Value of Future Payments | Cost Value of Reserved Assets |
|  | ($'000) | | ($'000) | |
| Long-term Disability Plan | $ 84,742 | $ 58,169 | $ 81,330 | $ 48,046 |
| Survivor Income Benefit Plan | 20,115 | 19,417 | 20,529 | 19,692 |
| Survivor Transition Benefit Plan | 4,070 | - | 4,345 | - |
|  | $ 108,927 | $ 77,586 | $ 106,204 | $ 67,738 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)   Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioner' Insurance Plan is performed by an independent actuary. The most recent actuarial valuation of this plan, dated as at January 1, 1998, indicates that, at that date, the actuarial liabilities amounted to $60,058,000 and the assets amount to $54,040,000. Therefore, there exists a funding deficiency of $6,018,000. The interest rate actuarial assumption is 8% per annum.

Management's estimate of the present value of liabilities as at December 31, 1999 is $62,633,000 (1998 - $62,633,000). The corresponding value of the assets reserved as at December 31, 1999 was $60,030,000 (1998 - $55,476,000).

Contributions are made with respect to funding this plan in accordance with actuarial recommendations.

(c)   Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 1999 totalled $25,175,502 (1998 - $20,994,000).

**APPENDIX "GG"**

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2000*

Deloitte & Touche LLP
BCE Place
181 Bay Street, Suite 1400
Toronto, ON M5J 2V1
Canada

Tel: (416) 601 6150
Fax: (416) 601 6151
www.deloitte.ca

# Deloitte & Touche

## Auditors' Report

To the Board of Directors of
Nortel Networks Limited

We have audited the statement of net assets available for benefits of the Nortel Networks Health and Welfare Trust Fund (the "Fund") as at December 31, 2000 and the statement of changes in net assets available for benefits for the year then ended. These financial statements are the responsibility of the management of Nortel Networks Limited. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available for benefits of the Fund as at December 31, 2000 and the changes in net assets available for benefits for the year then ended in accordance with Canadian generally accepted accounting principles.

*Deloitte & Touche LLP*

Chartered Accountants

Toronto, Ontario
June 13, 2001

**Deloitte**
**Touche**
**Tohmatsu**

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
### December 31, 2000

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2000
(in thousands of dollars)

|  | 2000 | 1999 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 38,675 | $ 44,119 |
| Provincial | 59,831 | 51,367 |
| Corporate | 28,425 | 27,426 |
| | 126,931 | 122,912 |
| Insured contracts | 8,278 | 9,521 |
| Mortgages | 421 | 482 |
| Cash and short-term investments | 7,250 | 7,683 |
| | 142,880 | 140,598 |
| ACCRUED INTEREST | 2,657 | 2,199 |
| DUE FROM SPONSORING COMPANY | 29,697 | 34,706 |
| | 32,354 | 36,905 |
| TOTAL ASSETS | 175,234 | 177,503 |
| ACCRUED CLAIMS PAYABLE | (8,933) | (10,169) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 166,301 | $ 167,334 |

ON BEHALF OF NORTEL NETWORKS LIMITED

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2000
(in thousands of dollars)

|  | 2000 | 1999 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 167,334 | $ 144,208 |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 61,300 | 79,797 |
| Employees | 2,015 | 3,927 |
| Investment income |  |  |
| Interest | 10,623 | 9,855 |
| Realized (loss) gain on disposition | (744) | 29 |
|  | 73,194 | 93,608 |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 73,422 | 69,611 |
| Administration expenses | 805 | 871 |
|  | 74,227 | 70,482 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 166,301 | $ 167,334 |

Page 2 of 5

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2000

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   *Reserved plans*

   (a)   Long-term Disability Plan

   (b)   Survivor Income Benefit Plan

   (c)   Pensioners' Insurance Plan

   (d)   Employee - financed Group Life Plan (Group Life - Part II)

   *Paid as Incurred Plans*

   (e)   Dental Plan

   (f)   Extended Health Plan

   (g)   Survivor Transition Benefit Plan

   (h)   Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)   Investments

   All investments are recorded at cost.

   (b)   Accrued claims payable

   Accruals have been made for the unpaid claims incurred and received under the various plans to the year end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 2000

3.  **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 2000 are as follows:

|  | 2000 $'000 | 1999 $'000 |
|---|---|---|
| Bonds and debentures |  |  |
| Federal | $ 43,559 | $ 47,010 |
| Provincial | 67,462 | 55,413 |
| Corporate | 29,177 | 27,344 |
|  | $ 140,198 | $ 129,767 |
| Mortgages | $ 421 | $ 482 |
| Cash and short-term investments | $ 7,250 | $ 7,683 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June, 2031 and coupon rates between 5.00% and 12.00%. The insured contracts have effective interest rates between 11.87% and 11.92%.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 2000

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 2000, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2000 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2000 | | 1999 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Cost Value of Reserved Assets | Present Value of Future Payments | Cost Value of Reserved Assets |
|  | ($'000) | | ($'000) | |
| Long-term Disability Plan | $  75,742 | $  63,900 | $  84,742 | $  58,169 |
| Survivor Income Benefit Plan | 18,583 | 18,859 | 20,115 | 19,417 |
| Survivor Transition Benefit Plan | 3,841 | - | 4,070 | - |
|  | $  98,166 | $  82,759 | $  108,927 | $  77,586 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)  Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioner' Insurance Plan is performed by an independent actuary. The most recent actuarial valuation of this plan, dated as at January 1, 1998, indicates that, at that date, the actuarial liabilities amounted to $60,058,000 and the assets amount to $54,040,000. Therefore, there exists a funding deficiency of $6,018,000. The interest rate actuarial assumption is 8.00% per annum.

Management's estimate of the present value of liabilities as at December 31, 2000 is $62,633,000 (1999 - $62,633,000). The corresponding value of the assets reserved as at December 31, 2000 was $59,143,000 (1999 - $60,030,000).

Contributions are made with respect to funding this plan in accordance with actuarial recommendations.

(c)  Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 2000 totalled $24,399,000 (1999 - $25,176,000).

APPENDIX "HH"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2001*

Deloitte & Touche LLP
BCE Place
181 Bay Street, Suite 1400
Toronto, ON M5J 2V1
Canada

Tel: (416) 601 6150
Fax: (416) 601 6151
www.deloitte.ca

**Deloitte**
**& Touche**

## Auditors' Report

To the Board of Directors of
Nortel Networks Limited

We have audited the statement of net assets available for benefits of the Nortel Networks Health and
Welfare Trust Fund (the "Fund") as at December 31, 2001 and the statement of changes in net assets
available for benefits for the year then ended. These financial statements are the responsibility of the
management of Nortel Networks Limited. Our responsibility is to express an opinion on these financial
statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those
standards require that we plan and perform an audit to obtain reasonable assurance whether the financial
statements are free of material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit also includes assessing the
accounting principles used and significant estimates made by management, as well as evaluating the
overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available
for benefits of the Fund as at December 31, 2001 and the changes in net assets available for benefits for
the year then ended in accordance with Canadian generally accepted accounting principles.

*Deloitte & Touche LLP*

Chartered Accountants

Toronto, Ontario
May 6, 2002

**Deloitte**
**Touche**
**Tohmatsu**

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
### December 31, 2001

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
**December 31, 2001**
**(in thousands of dollars)**

|  | 2001 | 2000 |
|---|---|---|
| **INVESTMENTS (Note 3)** | | |
| Bonds and debentures | | |
| Federal | $ 39,626 | $ 38,675 |
| Provincial | 65,635 | 59,831 |
| Corporate | 27,430 | 28,425 |
|  | 132,691 | 126,931 |
| Insured contracts | 7,150 | 8,278 |
| Mortgages | 374 | 421 |
| Cash and short-term investments | 4,545 | 7,250 |
|  | 144,760 | 142,880 |
| **ACCRUED INTEREST** | 2,018 | 2,657 |
| **DUE FROM SPONSORING COMPANY** | 29,825 | 29,697 |
|  | 31,843 | 32,354 |
| **TOTAL ASSETS** | 176,603 | 175,234 |
| **ACCRUED CLAIMS PAYABLE** | (9,113) | (8,933) |
| **NET ASSETS AVAILABLE FOR BENEFITS (Note 4)** | $ 167,490 | $ 166,301 |

ON BEHALF OF NORTEL NETWORKS LIMITED

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits

**Year ended December 31, 2001**
**(in thousands of dollars)**

|  | 2001 | 2000 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 166,301 | $ 167,334 |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 71,319 | 61,300 |
| Employees | 2,107 | 2,015 |
| Investment income |  |  |
| Interest | 10,233 | 10,623 |
| Realized loss on disposition | (136) | (744) |
|  | 83,523 | 73,194 |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 81,616 | 73,422 |
| Administration expenses | 718 | 805 |
|  | 82,334 | 74,227 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 167,490 | $ 166,301 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2001

1. **DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans*

(a)    Long-term Disability Plan

(b)    Survivor Income Benefit Plan

(c)    Pensioners' Insurance Plan

(d)    Employee - financed Group Life Plan (Group Life - Part II)

*Paid as Incurred Plans*

(e)    Dental Plan

(f)    Extended Health Plan

(g)    Survivor Transition Benefit Plan

(h)    Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)    Investments

All investments are recorded at cost.

(b)    Accrued claims payable

Accruals have been made for the unpaid claims incurred and received under the various plans to the year end date. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 2001

3. **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 2001 are as follows:

|  | 2001 $'000 | 2000 $'000 |
|---|---|---|
| Bonds and debentures | | |
| Federal | $  44,318 | $  43,559 |
| Provincial | 73,466 | 67,462 |
| Corporate | 28,915 | 29,177 |
| | $ 146,699 | $ 140,198 |
| Mortgages | $      374 | $      421 |
| Cash and short-term investments | $   4,545 | $   7,250 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.00% and 12.00%. The insured contracts have effective interest rates between 11.87% and 11.92%.

Cash and short-term investments includes a refundable deposit of $200,000 (2000 - $200,000) that has been deposited as security with Standard Life.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2001

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 2001, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2001 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2001 | | 2000 | |
| --- | --- | --- | --- | --- |
|  | Present Value of Future Payments | Cost Value of Reserved Assets | Present Value of Future Payments | Cost Value of Reserved Assets |
|  | ($'000) | | ($'000) | |
| Long-term Disability Plan | $    97,082 | $    67,620 | $    75,742 | $    63,900 |
| Survivor Income Benefit Plan | 19,335 | 18,315 | 18,583 | 18,859 |
| Survivor Transition Benefit Plan | 2,861 | - | 3,841 | - |
|  | $  119,278 | $    85,935 | $    98,166 | $    82,759 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)  Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioner' Insurance Plan is performed by an independent actuary. The most recent actuarial valuation of this plan, dated as at January 1, 1998, indicates that, at that date, the actuarial liabilities amounted to $60,058,000 and the assets amount to $54,040,000. Therefore, there exists a funding deficiency of $6,018,000. The interest rate actuarial assumption is 8.00% per annum.

The value of the assets reserved as at December 31, 2001 was $58,711,000 (2000 - $59,143,000).

Contributions are made with respect to funding this plan in accordance with actuarial recommendations.

(c)  Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 2001 totalled $22,844,000 (2000 - $24,399,000).

**APPENDIX "II"**

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2002*

## Auditors' Report

To the Board of Directors of
Nortel Networks Limited

We have audited the statement of net assets available for benefits of the Nortel Networks Health and
Welfare Trust Fund (the "Fund") as at December 31, 2002 and the statement of changes in net assets
available for benefits for the year then ended. These financial statements are the responsibility of the
management of Nortel Networks Limited. Our responsibility is to express an opinion on these financial
statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those
standards require that we plan and perform an audit to obtain reasonable assurance whether the financial
statements are free of material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit also includes assessing the
accounting principles used and significant estimates made by management, as well as evaluating the
overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available
for benefits of the Fund as at December 31, 2002 and the changes in net assets available for benefits for
the year then ended in accordance with Canadian generally accepted accounting principles.

Chartered Accountants

Toronto, Ontario
June 27, 2003

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2002

| | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-6 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2002
(in thousands of dollars)

|  | 2002 | 2001 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $  32,081 | $   39,626 |
| Provincial | 74,839 | 65,635 |
| Corporate | 25,462 | 27,430 |
|  | 132,382 | 132,691 |
| | | |
| Insured contracts | 6,803 | 7,150 |
| Mortgages | 321 | 374 |
| Cash and short-term investments | 5,332 | 4,545 |
|  | 144,838 | 144,760 |
| | | |
| ACCRUED INTEREST | 2,938 | 2,018 |
| | | |
| DUE FROM SPONSORING COMPANY | 27,759 | 29,825 |
|  | 30,697 | 31,843 |
| | | |
| TOTAL ASSETS | 175,535 | 176,603 |
| | | |
| ACCRUED CLAIMS PAYABLE (Note 2) | (7,859) | (9,113) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $  167,676 | $   167,490 |

ON BEHALF OF NORTEL NETWORKS LIMITED

.....................................................................................

.....................................................................................

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
**Year ended December 31, 2002**
**(in thousands of dollars)**

|  | 2002 | 2001 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 167,490 | $ 166,301 |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 58,277 | 68,835 |
| Employees | 3,694 | 4,591 |
| Investment income |  |  |
| Interest | 8,143 | 10,097 |
|  | 70,114 | 83,523 |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 68,394 | 81,616 |
| Administration expenses (Note 5) | 1,534 | 718 |
|  | 69,928 | 82,334 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 167,676 | $ 167,490 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2002

1. **DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans*

(a)   Long-term Disability Plan

(b)   Survivor Income Benefit Plan

(c)   Pensioners' Insurance Plan

(d)   Employee - financed Group Life Plan (Group Life - Part II)

*Paid as Incurred Plans*

(e)   Dental Plan

(f)   Extended Health Plan

(g)   Survivor Transition Benefit Plan

(h)   Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)   Investments

All investments are recorded at cost. Interest income on investments is recorded on an accrual basis.

(b)   Accrued claims payable

Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2002

3.    INVESTMENTS

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 2002 are as follows:

|  | 2002 $'000 | 2001 $'000 |
|---|---|---|
| Bonds and debentures | | |
| Federal | $ 39,058 | $ 44,318 |
| Provincial | 86,397 | 73,466 |
| Corporate | 28,349 | 28,915 |
| | $ 153,804 | $ 146,699 |
| Mortgages | $ 321 | $ 374 |
| Cash and short-term investments | $ 5,332 | $ 4,545 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.00% and 12.00%. The insured contracts have effective interest rates between 11.87% and 11.92%.

Cash and short-term investments include refundable deposits of $200,000 (2001 - $200,000) and $120,000 (2001 - nil) that have been deposited as security with Standard Life and Green Shield respectively.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2002

**4.   FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 2002, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)   Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2002 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2002 | | 2001 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Cost Value of Reserved Assets | Present Value of Future Payments | Cost Value of Reserved Assets |
|  | ($'000) | | ($'000) | |
| Long-term Disability Plan | $ 108,229 | $ 72,283 | $ 97,082 | $ 67,620 |
| Survivor Income Benefit Plan | 18,104 | 17,606 | 19,335 | 18,315 |
| Survivor Transition Benefit Plan | 1,670 | - | 2,861 | - |
|  | $ 128,003 | $ 89,889 | $ 119,278 | $ 85,935 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)   Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this Plan, dated as at January 1, 2002, indicates that, at that date, the actuarial liabilities amounted to $74,931,000 and the market value of the assets amount to $63,551,000. Therefore, there exists a funding deficiency of $11,380,000. The interest rate actuarial assumption is 7.0% per annum.

The Plan, as at December 31, 2002, has assets reserved with a book value of $57,757,000 (2001 – $58,647,000).

Contributions are made with respect to funding this plan in accordance with actuarial recommendations.

(c)   Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 2002 totalled $21,211,000 (2001 - $22,844,000).

**NORTEL NETWORKS**
**HEALTH AND WELFARE TRUST FUND**
Notes to the Financial Statements
December 31, 2002

5.  **ADMINISTRATION EXPENSES**

Included in administration expenses is an amount of $799,000 (2001 - $ nil) representing alternative minimum taxes paid in the year. An amendment letter has been filed with the Canada Customs and Revenue Agency to recover the taxes paid.

6.  **COMPARATIVE FIGURES**

Certain comparative figures have been reclassified to conform to the current year presentation.

# APPENDIX "JJ"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2003*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2003

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-6 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
**December 31, 2003**
**(in thousands of dollars)**

|  | 2003 | 2002 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 29,712 | $ 32,081 |
| Provincial | 88,720 | 74,839 |
| Corporate | 23,575 | 25,462 |
| | 142,007 | 132,382 |
| Insured contracts | - | 6,803 |
| Mortgages | - | 321 |
| Cash and short-term investments | 9,160 | 5,332 |
| | 151,167 | 144,838 |
| ACCRUED INTEREST | 2,401 | 2,938 |
| TAXES RECOVERABLE | - | 799 |
| DUE FROM SPONSORING COMPANY | 19,991 | 27,759 |
| | 22,392 | 31,496 |
| TOTAL ASSETS | 173,559 | 176,334 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (7,995) | (7,859) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 165,564 | $ 168,475 |

ON BEHALF OF NORTEL NETWORKS LIMITED

..........................................................................................

..........................................................................................

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2003
(in thousands of dollars)

|  | 2003 | 2002 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 168,475 | $ 167,490 |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 52,787 | 58,277 |
| Employees | - | 3,694 |
| Investment income |  |  |
| Interest | 9,975 | 8,143 |
|  | 62,762 | 70,114 |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 65,023 | 68,394 |
| Administration expenses | 650 | 735 |
|  | 65,673 | 69,129 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 165,564 | $ 168,475 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### December 31, 2003

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   *Reserved plans*

   (a)    Long-term Disability Plan

   (b)    Survivor Income Benefit Plan

   (c)    Pensioners' Insurance Plan

   (d)    Employee - financed Group Life Plan (Group Life - Part II)

   *Paid as Incurred Plans*

   (e)    Dental Plan

   (f)    Extended Health Plan

   (g)    Survivor Transition Benefit Plan

   (h)    Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)    Investments

   All investments are recorded at cost  Interest income on investments is recorded on an accrual basis.

   (b)    Accrued claims payable

   Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year.  Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2003

3.  INVESTMENTS

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 2003 are as follow:

|  | 2003 | 2002 |
|---|---|---|
|  | $'000 | $'000 |
| Bonds and debentures |  |  |
| Federal | $   36,617 | $   39,058 |
| Provincial | 101,140 | 86,397 |
| Corporate | 25,734 | 28,349 |
|  | $  163,491 | $  153,804 |
| Mortgages | $       - | $       321 |
| Cash and short-term investments | $    9,160 | $    5,332 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 4.75% and 12.00%.

Cash and short-term investments include refundable deposits of $200,000 (2002 - $200,000), $120,442 (2002 – 120,442), and 200,182 (2002- Nil) that have been deposited as security with Standard Life, Green Shield and Sun Life respectively.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
**Notes to the Financial Statements**
December 31, 2003

---

4.  **FUTURE BENEFIT PAYMENTS AND RELATED RESERVES**

As at December 31, 2003, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)  Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2003 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

| | 2003 | | 2002 | |
|---|---|---|---|---|
| | **Present Value of Future Payments** | **Cost Value of Reserved Assets** | **Present Value of Future Payments** | **Cost Value of Reserved Assets** |
| | ($'000) | | ($'000) | |
| Long-term Disability Plan | $  102,641 | $  66,735 | $  108,229 | $  72,283 |
| Survivor Income Benefit Plan | 18,198 | 17,026 | 18,104 | 17,606 |
| Survivor Transition Benefit Plan | 1,055 | - | 1,670 | - |
| | $  114,392 | $  83,761 | $  128,003 | $  89,889 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)  Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this Plan, dated as at January 1, 2002, indicates that, at that date, the actuarial liabilities amounted to $74,931,000 and the market value of the assets amount to $63,551,000. Therefore, there exists a funding deficiency of $11,380,000. The interest rate actuarial assumption is 7.0% per annum.

The Plan, as at December 31, 2003, has assets reserved with a book value of $57,059,000 (2002 – $57,757,000).

(c)  Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 2003 totaled $18,744,000 (2002 - $21,211,000).

**APPENDIX "KK"**

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2004*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2004

| | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-6 |

W: T:\TaxDept\Canada\2004\Tax Return\Health and Welfare Trust\2004\FSnotesHealth—Welfare.doc: 3/31/05; 9:19 AM

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2004
(In thousands of dollars)

|  | 2004 | 2003 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 23,568 | $ 29,712 |
| Provincial | 85,297 | 88,720 |
| Corporate | 30,083 | 23,575 |
|  | 138,948 | 142,007 |
| Cash and short-term investments | 6,563 | 8,639 |
|  | 145,510 | 150,646 |
| ACCRUED INTEREST | 2,190 | 2,401 |
| DUE FROM SPONSORING COMPANY | 20,290 | 19,991 |
| LONG-TERM RECEIVABLE (NOTE 3) | 521 | 521 |
|  | 23,000 | 22,913 |
| TOTAL ASSETS | 168,510 | 173,559 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (8,012) | (7,995) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 160,499 | $ 165,564 |

ON BEHALF OF NORTEL NETWORKS LIMITED

.................................................................................

.................................................................................

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2004
(in thousands of dollars)

|  | 2004 | 2003 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 165,564 | $ 168,475 |
| INCREASE IN NET ASSETS | | |
| Contributions | | |
| Sponsoring company | 47,993 | 48,450 |
| Employees | 4,971 | 4,337 |
| Investment income | | |
| Interest | 9,344 | 9,975 |
|  | 62,308 | 62,762 |
| DECREASE IN NET ASSETS | | |
| Claims paid and accrued (Note 4) | 66,874 | 65,023 |
| Administration expenses | 500 | 650 |
|  | 67,374 | 65,673 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 160,499 | $ 165,564 |

**NORTEL NETWORKS
HEALTH AND WELFARE TRUST FUND**
Notes to the Financial Statements
December 31, 2004

---

1.  **DESCRIPTION OF THE FUND**

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans*

(a)  Long-term Disability Plan

(b)  Survivor Income Benefit Plan

(c)  Pensioners' Insurance Plan

(d)  Employee - financed Group Life Plan (Group Life - Part II)

*Paid as Incurred Plans*

(e)  Dental Plan

(f)  Extended Health Plan

(g)  Survivor Transition Benefit Plan

(h)  Group Life Plan (Group Life - Part I)

2.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The significant accounting policies of the Fund are:

(a)  Investments

All investments are recorded at cost   Interest income on investments is recorded on an accrual basis.

(b)  Accrued claims payable

Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year.   Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2004

3.  **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company. The Company has established investment objectives and guidelines for the Fund.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments (excluding the insured contracts for which fair values are not readily available) as at December 31, 2004 are as follow:

|  | 2004 $'000 | 2003 $'000 |
|---|---|---|
| Bonds and debentures | | |
| Federal | $ 31,038 | $ 36,617 |
| Provincial | 99,810 | 101,140 |
| Corporate | 32,038 | 25,734 |
| | $ 162,885 | $ 163,491 |
| Cash and short-term investments | $ 7,083 | $ 9,160 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 4.75% and 12.00%.

Cash and short-term investments include refundable deposits of $200,000 (2003 - $200,000), $120,442 (2003 – 120,442), and 200,182 (2003- Nil) that have been deposited as security with Standard Life, Green Shield and Sun Life respectively.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2004

4.    FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

As at December 31, 2004, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans and Survivor Transition Benefit Plan at year end is as follows:

(a)    Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2004 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2004 | | 2003 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Cost Value of Reserved Assets | Present Value of Future Payments | Cost Value of Reserved Assets |
|  | ($'000) | | ($'000) | |
| Long-term Disability Plan | $ 104,138 | $ 73,516 | $ 102,641 | $ 72,735 |
| Survivor Income Benefit Plan | 17,068 | 16,490 | 18,198 | 17,026 |
| Survivor Transition Benefit Plan | 359 | - | 1,055 | - |
|  | $ 121,565 | $ 90,006 | $ 121,894 | $ 89,761 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)    Plan requiring lump sum payments - Pensioners' Insurance Plan

An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years.

The most recent actuarial valuation of this Plan, dated as at January 1, 2002, indicates that, at that date, the actuarial liabilities amounted to $74,931,000 and the market value of the assets amount to $63,551,000. Therefore, there exists a funding deficiency of $11,380,000. The interest rate actuarial assumption is 7.0% per annum.

The Plan, as at December 31, 2004, has assets reserved with a book value of $53,918,000 (2003 – $57,059,000).

(c)    Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the value of the assets reserved at December 31, 2004 totaled $16,576,000 (2003 – $18,744,000).

APPENDIX "LL"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2005*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2005

|                                                         | Page |
|---------------------------------------------------------|------|
| Auditor's Report                                        | 1    |
| Statement of Net Assets Available for Benefits          | 2    |
| Statement of Changes in Net Assets Available for Benefits | 3  |
| Notes to the Financial Statements                       | 4-6  |

# Auditors' Report

To the Board of Directors of
Nortel Networks Limited

We have audited the statement of net assets available for benefits of the Nortel Networks Health and Welfare Trust Fund (the "Fund") as at December 31, 2005 and the statement of changes in net assets available for benefits for the year then ended. These financial statements are the responsibility of the management of Nortel Networks Limited. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the net assets available for benefits of the Fund as at December 31, 2005 and the changes in net assets available for benefits for the year then ended in accordance with Canadian generally accepted accounting principles.

Chartered Accountants

Toronto, Ontario

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2005
(in thousands of dollars)

|  | 2005 | 2004 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | S   19,471 | S   20,573 |
| Government Agencies | 23,823 | 23,948 |
| Provincial/Municipal | 47,362 | 64,344 |
| Corporate | 22,603 | 30,083 |
|  | 113,259 | 138,948 |
| Cash (indebtedness) and short-term investments | (548) | 5,001 |
|  | 112,710 | 143,948 |
| ACCRUED INTEREST | 1,824 | 2,190 |
| DUE FROM SPONSORING COMPANY | 31,121 | 20,290 |
| DEPOSITS | 321 | 521 |
|  | 33,266 | 23,000 |
| TOTAL ASSETS | 145,976 | 166,948 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (6,058) | (6,450) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $   139,919 | $   160,499 |

ON BEHALF OF NORTEL NETWORKS LIMITED

- 2 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2005
(in thousands of dollars)

| | 2005 | 2004 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | S 160,499 | S 165,564 |
| | | |
| INCREASE IN NET ASSETS | | |
| Contributions | | |
| Sponsoring company | 25,544 | 47,993 |
| Employees | 2,131 | 4,971 |
| Investment income | | |
| Interest | 11,492 | 9,344 |
| | 39,167 | 62,308 |
| | | |
| DECREASE IN NET ASSETS | | |
| Claims paid and accrued (Note 4) | 59,332 | 66,874 |
| Administration expenses | 415 | 500 |
| | 59,747 | 67,374 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | S 139,919 | S 160,499 |

- 3 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2005
(all amounts in thousands of dollars)

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   *Reserved plans*

   (a)  Long-term Disability Plan

   (b)  Survivor Income Benefit Plan

   (c)  Pensioners' Insurance Plan

   (d)  Employee - financed Group Life Plan (Group Life - Part II)

   *Paid as Incurred Plans*

   (e)  Dental Plan

   (f)  Extended Health Plan

   (g)  Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)  Investments

   All investments are recorded at cost, less amortized bond premiums. Interest income on investments is recorded on an accrual basis.

   (b)  Accrued claims payable

   Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

- 4 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2005
(all amounts in thousands of dollars)

3.  INVESTMENTS

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments as at December 31, 2004 and 2005 are as follow:

|  | 2005 | 2004 |
|---|---|---|
| Bonds and debentures | | |
| Federal | $ 27,696 | $ 27,929 |
| Government Agencies | 25,907 | 36,582 |
| Provincial/Municipal | 59,512 | 66,336 |
| Corporate | 24,693 | 32,038 |
|  | $ 137,808 | $ 162,885 |
| Cash (Indebtedness) and short-term investments | $ (548) | $ 7,083 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 4.75% and 11.25%.

Deposits represent refundable cash advances of $121 (2004 - $121), $200 (2004- $200), and $NIL (2004 - $200), that have been deposited as security with Green Shield, Sun Life, and Standard Life, respectively.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2005
(all amounts in thousands of dollars)

4.    FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

As at December 31, 2005, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans at year end is as follows:

(a)    Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2005 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2005 | | 2004 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Book Value of Reserved Assets | Present Value of Future Payments | Book Value of Reserved Assets |
| Long-term Disability Plan | $   103,877 | $   55,740 | $   104,138 | $   73,516 |
| Survivor Income Benefit Plan | 22,129 | 16,165 | 17,068 | 16,490 |
|  | $   126,006 | $   71,905 | $   121,206 | $   90,006 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)    Plan requiring lump sum payments - Pensioners' Insurance Plan

The most recent actuarial valuation of this Plan, dated as at September 30, 2005, indicates that, at that date, the actuarial liabilities amounted to $138,500 and the market value of the assets amount to $61,500. Therefore, there exists a funding deficiency of $77,000. The interest rate actuarial assumption is 5.17% per annum.

The Plan, as at December 31, 2005, has assets reserved with a book value of $50,953 (2004 – $53,918).

(c)    Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the book value of the assets reserved at December 31, 2005 totaled $17,061 (2004 - $16,575).

APPENDIX "MM"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2006*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2006

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-5 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2006
(in thousands of dollars)

| | 2006 | 2005 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $ 19,377 | $ 19,471 |
| Government Agencies | 13,740 | 23,823 |
| Provincial/Municipal | 45,306 | 47,362 |
| Corporate | 11,772 | 22,603 |
| | 90,195 | 113,259 |
| Cash (Indebtedness) and short-term investments | (94) | (548) |
| | 90,101 | 112,711 |
| ACCRUED INTEREST | 1,471 | 1,824 |
| DUE FROM SPONSORING COMPANY | 42,518 | 31,121 |
| DEPOSITS | - | 321 |
| | 43,989 | 33,266 |
| TOTAL ASSETS | 134,090 | 145,977 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (6,107) | (6,058) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $ 127,983 | $ 139,919 |

ON BEHALF OF NORTEL NETWORKS LIMITED

- 1 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2006
(in thousands of dollars)

|  | 2006 | 2005 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 139,919 | $ 160,499 |
| INCREASE IN NET ASSETS | | |
| Contributions | | |
| Sponsoring company | 38,288 | 24,949 |
| Employees | 4,785 | 2,726 |
| Investment income | | |
| Interest | 7,136 | 11,492 |
| | 50,209 | 39,167 |
| DECREASE IN NET ASSETS | | |
| Claims paid and accrued (Note 4) | 61,789 | 59,332 |
| Administration expenses | 356 | 415 |
| | 62,145 | 59,747 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 127,983 | $ 139,919 |

- 2 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
**December 31, 2006**
**(all amounts in thousands of dollars)**

---

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   *Reserved plans*

   (a)   Long-term Disability Plan

   (b)   Survivor Income Benefit Plan

   (c)   Pensioners' Insurance Plan

   (d)   Employee - financed Group Life Plan (Group Life - Part II)

   *Paid as Incurred Plans*

   (e)   Dental Plan

   (f)   Extended Health Plan

   (g)   Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)   Investments

   All investments are recorded at cost, less amortized bond premiums. Interest income on investments is recorded on an accrual basis.

   (b)   Accrued claims payable

   Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2006
(all amounts in thousands of dollars)

3.  **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The fair values of the investments as at December 31, 2005 and 2006 are as follow:

|  | | 2006 | | 2005 |
|---|---|---|---|---|
| Bonds and debentures | | | | |
| Federal | $ | 26,841 | $ | 27,696 |
| Government Agencies | | 15,304 | | 25,907 |
| Provincial/Municipal | | 56,510 | | 59,512 |
| Corporate | | 13,354 | | 24,693 |
| | $ | 112,009 | $ | 137,808 |
| | | | | |
| Cash (Indebtedness) and short-term investments | $ | (94) | $ | (548) |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.25% and 11.25%.

Deposits represent refundable cash advances of $0 (2005 - $121), $0 (2005- $200), that had been deposited as security with Green Shield and Sun Life, respectively.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2006
(all amounts in thousands of dollars)

4.    FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

As at December 31, 2006, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans at year end is as follows:

(a)    Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2006 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follow0.s:

|  | 2006 | | 2005 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Book Value of Reserved Assets | Present Value of Future Payments | Book Value of Reserved Assets |
| Long-term Disability Plan | $  100,631 | $  47,013 | $  103,877 | $  55,740 |
| Survivor Income Benefit Plan | 21,760 | 15,550 | 22,129 | 16,165 |
|  | $  122,391 | $  62,563 | $  126,006 | $  71,905 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)    Plan requiring lump sum payments - Pensioners' Insurance Plan

The most recent actuarial valuation of this Plan, dated as at September 30, 2006, indicates that, at that date, the actuarial liabilities amounted to $133,393 and the market value of the assets amount to $54,888. Therefore, there exists a funding deficiency of $78,505. The interest rate actuarial assumption is 4.78% per annum (2005 - 5.17%).

The Plan, as at December 31, 2005, has assets reserved with a book value of $47,256 (2005 – $50,953).

(c)    Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the book value of the assets reserved at December 31, 2006 totaled $18,165 (2005 - $17,061).

# APPENDIX "NN"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2007*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2007

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 1 |
| Statement of Changes in Net Assets Available for Benefits | 2 |
| Notes to the Financial Statements | 3-6 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2007
(in thousands of dollars)

|  | 2007 | 2006 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $   22,284 | $   26,841 |
| Government Agencies | 12,993 | 15,304 |
| Provincial/Municipal | 55,457 | 56,510 |
| Corporate | 7,977 | 13,354 |
|  | 98,711 | 112,009 |
| Cash (Indebtedness) and short-term investments | 2,719 | (94) |
|  | 101,430 | 111,915 |
| ACCRUED INTEREST | 1,232 | 1,471 |
| DUE FROM SPONSORING COMPANY | 40,643 | 42,518 |
|  | 41,875 | 43,989 |
| TOTAL ASSETS | 143,305 | 155,904 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (7,508) | (6,107) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 5) | $  135,797 | $  149,797 |

ON BEHALF OF NORTEL NETWORKS LIMITED

*Wasim H Haque*

WASIM HAQUE - CONTROLLER, CANADA

- 1 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
**Year ended December 31, 2007**
**(in thousands of dollars)**

|  | 2007 | 2006 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 149,797 | $ 164,468 |
| **INCREASE IN NET ASSETS** |  |  |
| Contributions |  |  |
| Sponsoring company | 223 | 160 |
| Employees | 1,750 | 4,785 |
| Investment Income |  |  |
| Interest | 6,071 | 7,136 |
|  | 8,044 | 12,081 |
| **DECREASE IN NET ASSETS** |  |  |
| Claims paid and accrued | 19,956 | 23,661 |
| Administration expenses | 326 | 356 |
| Unrealized Gain and Losses | 1,762 | 2,735 |
|  | 22,044 | 26,752 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 135,797 | $ 149,797 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2007
(all amounts in thousands of dollars)

1. **DESCRIPTION OF THE FUND**

   The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

   *Reserved plans (plans for which the Fund holds assets)*

   (a)  Long-term Disability Plan

   (b)  Survivor Income Benefit Plan

   (c)  Pensioners' Insurance Plan

   (d)  Employee - financed Group Life Plan (Group Life - Part II)

   *Paid as Incurred Plans (to be reimbursed by Nortel Networks on an ongoing basis)*

   (e)  Dental Plan

   (f)  Extended Health Plan

   (g)  Group Life Plan (Group Life - Part I)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

   The significant accounting policies of the Fund are:

   (a)  Basis of presentation

   Except as noted below, these financial statements have been prepared by management in accordance with Canadian generally accepted accounting principles for not-for-profit entities. As noted in Note 2(b), (c) and 4 below, the statements are presented at fair market value, with adjustments to the investments' fair value being presented as part of the Statement of Changes in Net Assets.

   (b)  Investments

   Investments are recorded at market value, established by the closing sale price for a security on the recognized exchange on which it is principally traded. This value, together with accrued interest, approximates their market value.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2007
(all amounts in thousands of dollars)

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)**

   (c) Departure from Canadian GAAP

   As of January 1, 2007 the new pronouncements from the Canadian Institute of Chartered Accountants (CICA) in respect of comprehensive income and financial instruments became effective. The application of these new standards resulted in the following insignificant difference between the Fund's statements and Canadian GAAP:

   The straight line method was used instead of the effective interest method in calculating the amount of the unamortized bond premium/discount balance that needed to be written-off to equity at the beginning of the year. The statement of comprehensive income has been combined with the Statement of Changes in Net Assets Available for Benefits, in accordance with GAAP for not-for-profit entities, however that amount has been adjusted in the 2007 statements to include the amount written-off, which is not in accordance with GAAP.

   (d) Financial Instruments

   The CICA has issued pronouncements in respect of Financial Instruments – Disclosure and Capital Disclosure that will become effective for fiscal periods commencing after October 1, 2007. These pronouncements are concerned primarily with disclosure and the Company is assessing what impact, if any, they will have on amounts reported in its financial statements when adopted effective January 1, 2008.

   (e) Accrued claims payable

   Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (Note 4(a)).

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2007
(all amounts in thousands of dollars)

### 3.    INVESTMENTS

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The Fair Values of the Investments are presented on the face of the financial statements. The related cost of investments, as at December 31, 2006 and 2007 are as follow (please see Note 2 (c) for departure from Canadian GAAP).

|                                               |     | 2007   |     | 2006    |
| --------------------------------------------- | --- | ------ | --- | ------- |
| Bonds and debentures                          |     |        |     |         |
| Federal                                       | $   | 15,375 | $   | 20,034  |
| Government Agencies                           |     | 12,425 |     | 14,315  |
| Provincial/Municipal                          |     | 45,217 |     | 45,250  |
| Corporate                                     |     | 6,786  |     | 11,741  |
|                                               | $   | 79,803 | $   | 91,340  |
|                                               |     |        |     |         |
| Cash (Indebtedness) and short-term investments | $   | 2,399  | $   | (94)    |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.25% and 11.25%.

### 4.    COMPARATIVE AMOUNTS

Due to the implementation of the basis of presentation as outlaid in note 2(c) above, comparative amounts for 2006 have been materially changed to reflect current accounting methodology. 2006 investment in bonds were increased by $21,814 to reflect the market value of these investments. 2006 "change in unrealized gains" were increased by $2,735 to reflect the decrease, year-over-year in the "unrealized gain and losses", and the balance of $19,086 was added to "Opening Net Assets Available for Benefits".

In addition, the comparative figures in the statement of changes in net assets has been changed to exclude from sponsor company contributions and from benefits paid the amount relating to medical, dental and company paid group life, as these are not benefits for which the Fund has assets. In 2007, the Fund changed its policy to billing the sponsor company directly for the benefits paid on its behalf rather than recording benefits paid and a matching contribution. Accordingly 2006 contributions and benefits paid were reduced by $38,128.

# APPENDIX "OO"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2008*

# Management's Report

The financial statements of the Nortel Networks Health and Welfare Trust Fund have been prepared in accordance with Canadian generally accepted accounting principles ("GAAP") and to file with the Company's corporate income tax returns. As such, these financial statements do not include all the necessary note disclosures required by Canadian GAAP. The financial statements are expressed in Canadian dollars, have been prepared by management from internal data and are unaudited.

*Wasim u Haque*

Wasim Haque
Controller, Canada

Toronto, Ontario
March 25, 2009

- 0 -

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2008

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 2 |
| Statement of Changes in Net Assets Available for Benefits | 3 |
| Notes to the Financial Statements | 4-7 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
December 31, 2008
(In thousands of dollars)

|  | 2008 | 2007 |
|---|---|---|
| INVESTMENTS (Note 3) | | |
| Bonds and debentures | | |
| Federal | $   22,384 | $   22,284 |
| Government Agencies | 10,645 | 12,993 |
| Provincial/Municipal | 51,463 | 55,457 |
| Corporate | 4,518 | 7,977 |
| | 89,010 | 98,710 |
| Cash (Indebtedness) and short-term investments | 2,163 | 2,719 |
| | 91,173 | 101,429 |
| ACCRUED INTEREST | 1,119 | 1,232 |
| GROUP LIFE INSURANCE SURPLUS ESTIMATE | 1,702 | - |
| DUE FROM SPONSORING COMPANY | 37,064 | 40,643 |
| | 39,884 | 41,875 |
| TOTAL ASSETS | 131,058 | 143,304 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (7,741) | (7,507) |
| NET ASSETS AVAILABLE FOR BENEFITS (Note 4) | $   123,317 | $   135,797 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2008
(in thousands of dollars)

|  | 2008 | 2007 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 135,796 | $ 149,797 |
|  |  |  |
| INCREASE IN NET ASSETS |  |  |
| Contributions |  |  |
| Sponsoring company | 173 | 223 |
| Employees | 2,066 | 1,750 |
| Investment Income |  |  |
| Interest | 7,548 | 6,071 |
|  | 9,787 | 8,044 |
|  |  |  |
| DECREASE IN NET ASSETS |  |  |
| Claims paid and accrued (Note 4) | 20,641 | 19,956 |
| Administration expenses | 324 | 326 |
| Unrealized Gain and Losses | 1,302 | 1,762 |
|  | 22,267 | 22,044 |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 123,317 | $ 135,797 |

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

### 1.    DESCRIPTION OF THE FUND

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to fund the employee benefits program for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

*Reserved plans (plans for which the Fund holds assets)*

(a)    Long-term Disability Plan

(b)    Survivor Income Benefit Plan

(c)    Pensioners' Insurance Plan

(d)    Employee - financed Group Life Plan (Group Life - Part II)

*Paid as Incurred Plans (to be reimbursed by Nortel Networks on an ongoing basis)*

(e)    Dental Plan

(f)    Extended Health Plan

(g)    Group Life Plan (Group Life - Part I)

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2008
**(all amounts in thousands of dollars)**

2.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The significant accounting policies of the Fund are:

(a)   Basis of presentation

Except as noted below, these financial statements have been prepared by management in accordance with Canadian generally accepted accounting principles. These financial statements are prepared using the same accounting policies and methods of application as those disclosed in note 2 (a) to the Company's financial statements for the period from inception to December 31, 2008. The disclosures contained herein are incremental to, and should be read in conjunction with, those annual financial statements.

(b)   Investments

Investments are recorded at market value, established by the closing sale price for a security on the recognized exchange on which it is principally traded. This value, together with accrued interest, approximates their market value.

(c)   Departure from Canadian GAAP

As of January 1, 2007 the new pronouncements from the Canadian Institute of Chartered Accountants (CICA) in respect of comprehensive income and financial instruments became effective. The application of these new standards resulted in the following insignificant difference between the Fund's statements and Canadian GAAP:

While Canadian GAAP requires use of the effective interest method in calculating the amount of the unamortized bond premium/discount balance, standard practice concerning the Health and Welfare Trust has been to utilize the mark to market method.

(d)   Accrued claims payable

Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year.  Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments [Note 4(a)].

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

3.   **INVESTMENTS**

The purpose of the Fund is to fund the employee benefits program for all eligible employees of the Company.  Management intent and historical practice has been to hold bonds to maturity.

The Fund's performance is subject to market and other risks.  The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time.  The Fair Values of the Investments are presented on the face of the financial statements.  The related cost of investments, as at December 31, 2008 and 2007 are as follow (please see Note 2 (c) for departure from Canadian GAAP).

| Bonds and debentures | | 2008 | | 2007 |
|---|---|---|---|---|
| Federal | $ | 14,382 | $ | 15,375 |
| Government Agencies | | 10,500 | | 12,425 |
| Provincial/Municipal | | 42,505 | | 45,217 |
| Corporate | | 4,018 | | 6,786 |
| | $ | 71,405 | $ | 79,803 |
| | | | | |
| Cash (Indebtedness) and short-term investments | $ | 2,163 | $ | 2,719 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income.  An increase in interest rates is likely to decrease the fair value of the Fund's investments.  The bonds and debentures have maturities up to June 2031 and coupon rates between 5.25% and 11.25%.

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
December 31, 2008
(all amounts in thousands of dollars)

4.   FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

As at December 31, 2008, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans at year end is as follows:

(a)   Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2008 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

|  | 2008 | | 2007 | |
|---|---|---|---|---|
|  | Present Value of Future Payments | Market Value of Reserved Assets | Present Value of Future Payments | Market Value of Reserved Assets |
| Long-term Disability Plan | $ 100,800 | $ 30,653 | $ 100,893 | $ 42,980 |
| Survivor Income Benefit Plan | 22,800 | 17,056 | 23,905 | 17,458 |
|  | $ 123,600 | $ 47,709 | $ 124,798 | $ 60,438 |

The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)   Plan requiring lump sum payments - Pensioners' Insurance Plan

The most recent actuarial valuation of this Plan, dated as at December 31, 2008, indicates that, at that date, the actuarial liabilities amounted to $134,559 and the market value of the assets amount to $49,620. Therefore, there exists a funding deficiency of $84,940. The interest rate actuarial assumption is 7.37% per annum (2007 - 5.6%).

(c)   Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the market value of the assets reserved at December 31, 2008 totaled $25,988 (2007 - $23,421).

# APPENDIX "PP"

*Financial Statements of*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND

*December 31, 2009*

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Table of Contents
December 31, 2009

|  | Page |
|---|---|
| Statement of Net Assets Available for Benefits | 2 |
| Statement of Changes in Net Assets Available for Benefits | 3 |
| Notes to the Financial Statements | 4-8 |

1

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Net Assets Available for Benefits
### As of December 31, 2009 and 2008
### (in thousands of dollars)

|  | 2009 | 2008 |
|---|---|---|
| INVESTMENTS (Note 3) |  |  |
| Bonds and debentures |  |  |
| Federal | $ 20,591 | $ 22,384 |
| Government Agencies | 10,451 | 10,645 |
| Provincial/Municipal | 40,172 | 51,463 |
| Corporate | 4,871 | 4,518 |
|  | 76,085 | 89,010 |
| Cash and short-term investments | 3,897 | 2,163 |
|  | 79,982 | 91,173 |
| ACCRUED INTEREST | 961 | 1,119 |
| GROUP LIFE INSURANCE SURPLUS (Note 5) | - | 1,702 |
| EMPLOYEE CONTRIBUTIONS | 92 | - |
| DUE FROM SPONSORING COMPANY (Note 4) | 1,358 | 37,064 |
|  | 2,411 | 39,884 |
| TOTAL ASSETS | 82,393 | 131,058 |
| ACCRUED CLAIMS PAYABLE (Note 2) | (5,967) | (7,741) |
| NET ASSETS AVAILABLE FOR BENEFITS | $ 76,426 | $ 123,317 |

Subsequent Event (Note 1)

See accompanying notes to the Financial Statements

2

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Statement of Changes in Net Assets Available for Benefits
Year ended December 31, 2009, with Comparative Totals for the Year End December 31, 2008
(in thousands of dollars)

|  | 2009 | 2008 |
|---|---|---|
| OPENING NET ASSETS AVAILABLE FOR BENEFITS | $ 123,317 | $ 135,796 |
| | | |
| INCREASE IN NET ASSETS | | |
| Contributions | | |
| Sponsoring company | 95 | 173 |
| Employees | 1,583 | 2,066 |
| Investment income | | |
| Interest | 5,654 | 7,548 |
| | 7,332 | 9,787 |
| | | |
| DECREASE IN NET ASSETS | | |
| Claims paid and accrued | (23,891) | (20,641) |
| Change in Provision - Due from Sponsoring Company | (26,985) | - |
| Administration expenses | (291) | (304) |
| Bank Fees | (13) | (20) |
| Unrealized Losses | (3,043) | (1,302) |
| | (54,223) | (22,267) |
| Decrease in net assets for the year | (46,891) | (12,480) |
| CLOSING NET ASSETS AVAILABLE FOR BENEFITS | $ 76,426 | $ 123,317 |

See accompanying notes to the Financial Statements

3

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
Year Ended December 31, 2009
(in thousands of dollars)

## 1.    DESCRIPTION OF THE FUND

The Health and Welfare Trust Fund (the "Fund") was established by Nortel Networks Limited (the "Administrator") on January 1, 1980 in order to provide a funding vehicle for the employee benefits programs for all eligible employees of Nortel Networks Limited and its Canadian subsidiaries (collectively, the "Company") under the following plans:

Reserved plans (plans for which the Fund holds assets)

(a)    Long-term Disability Plan

(b)    Survivor Income Benefit Plan

(c)    Pensioners' Insurance Plan

(d)    Employee - financed Group Life Plan (Group Life - Part II)

Paid as Incurred Plans (to be reimbursed by Nortel Networks Limited on an ongoing basis)

(e)    Dental Plan

(f)    Extended Health Plan

(g)    Group Life Plan (Group Life - Part I)

The Company oversees and manages the operation and administration of the Fund. Northern Trust ("Trustee") serves as the trustee of the Fund. The Fund was established as a health and welfare trust under the Income Tax Act.

The assets of the Fund are held with the Trustee, are under its responsibility and control, and are therefore, unavailable to the creditors of the Company.

<u>Creditor Protection Proceedings</u>

On January 14, 2009, after extensive consideration of all other alternatives, with the unanimous authorization of the Nortel's board of directors after thorough consultation with advisors, certain Nortel entities, including Nortel Network Corporation ("NNC") and Nortel Networks Limited ("NNL"), initiated creditor protection proceedings in multiple jurisdictions under the respective restructuring regimes of Canada, the U.S., the U.K., and subsequently in Israel and France.

*CCAA Proceedings*

On January 14, 2009 ("Petition Date"), Nortel, NNL and certain other Canadian subsidiaries ("Canadian Debtors") obtained an initial order ("Initial Order") from the Ontario Superior Court of Justice ("Canadian Court") for creditor protection for 30 days, pursuant to the provisions of the

1

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
Year Ended December 31, 2009
(in thousands of dollars)

Companies' Creditors Arrangement Act ("CCAA"), which has since been extended to July 22, 2010 and is subject to further extension by the Canadian Court ("CCAA Proceedings"). There is no guarantee that the Canadian Debtors will be able to obtain court orders or approvals with respect to motions the Canadian Debtors may file from time to time to extend further the applicable stays of actions and proceedings against them. Pursuant to the Initial Order, the Canadian Debtors received approval to continue to undertake various actions in the normal course in order to maintain stable and continuing operations during the CCAA Proceedings.

As a consequence of the CCAA Proceedings, generally, all actions to enforce or otherwise effect payment or repayment of liabilities of any Canadian Debtor arising prior to the Petition Date and substantially all pending claims and litigation against the Canadian Debtors and their officers and directors have been stayed until July 22, 2010, or such later date as may be ordered by the Canadian Court. In addition, the CCAA Proceedings have been recognized by the United States Bankruptcy Court for the District of Delaware ("U.S. Court") as "foreign proceedings" pursuant to the provisions of Chapter 15 of the U.S. Bankruptcy Code, giving effect in the U.S. to the stay granted by the Canadian Court. A cross-border court-to-court protocol (as amended) has also been approved by the U.S. Court and the Canadian Court. This protocol provides the U.S. Court and the Canadian Court with a framework for the coordination of the administration of the Chapter 11 Proceedings (as defined below) and the CCAA Proceedings on matters of concern to both courts.

For further information on the CCAA Proceedings, see the annual report on Form 10-K of NNC for the year ended December 31, 2009.

*Settlement Agreement with Former and Disabled Canadian Employee Representatives*

On February 8, 2010, the Canadian Debtors reached an agreement on certain employment related matters regarding former Canadian Nortel employees, including Nortel's Canadian registered pension plans and benefits for Canadian pensioners and Nortel employees on long term disability ("LTD"). Nortel entered into a settlement agreement with court-appointed representatives of its former Canadian employees, pensioners and LTD beneficiaries, Representative Counsel, the Canadian Auto Workers' union and the Canadian Monitor ("Settlement Agreement"). The Settlement Agreement, as amended, was approved by the Canadian Court on March 31, 2010.

The Settlement Agreement provides, among other things, for the remainder of 2010, Nortel will continue to pay medical and dental benefits to Nortel pensioners and survivors and Nortel LTD beneficiaries in accordance with the current benefit plan terms and conditions. Life insurance benefits will continue unchanged until December 31, 2010 and will continue to be funded consistent with 2009 funding. Further, Nortel will pay income benefits to the LTD beneficiaries and to those receiving survivor income benefits and survivor transition benefits through December 31, 2010. The employment of the LTD beneficiaries will terminate on December 31, 2010. The parties have agreed to work toward a court-approved distribution, in 2010, of the assets of this Fund.

A charge in the maximum amount of $57 million against the Canadian Debtors' assets will be established as security in support of the payments to be made by Nortel under the Settlement Agreement, which amount will be reduced by the amount of payments made. The Settlement Agreement also sets out the relative priority for claims to be made in respect of the deficiency in the Fund. Under the Settlement Agreement, these claims will rank as ordinary unsecured claims in the CCAA Proceedings.

2

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
Year Ended December 31, 2009
(in thousands of dollars)

2.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

(a)  Basis of presentation

These financial statements have been prepared in accordance with Canadian generally accepted accounting principles ("GAAP"), with certain exceptions, primarily for the purposes of providing financial information to the beneficiaries of the Health and Welfare Trust and to support the preparation and filing of the Nortel Networks Health and Welfare Trust tax return. These financial statements are expressed in Canadian dollars, have been prepared by management from internal data and are unaudited. Subsequent events have been reflected through June 1, 2010.

(b)  Investments

Investments are recorded at fair value. Fair value is the amount of the consideration that would be agreed upon in an arm's-length transaction between knowledgeable, willing parties who are under no compulsion to act. Fair value for investments in the Trust is determined by the closing sale price for a security on the recognized exchange on which it is principally traded. This value, together with accrued interest, approximates fair value.

(c)  Accrued claims payable

Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense and any expected experience gain or loss is accrued to the year-end date. Accruals are made for incurred but not reported claims ("IBNR Claims") as of the balance sheet date. The estimate is based on a study of claims during the year and is specific to the type of benefit being provided.

(d)  Use of estimates

In preparing these financial statements, management must make certain estimates and assumptions which can affect the reported values of assets and liabilities. Actual results could differ from these estimates.

(e)  Income recognition

Realized gains and losses on sale of investments of the Fund during the year are included in the statement of changes in net assets available for benefits as "Investment Income".

The change in the difference between fair value and the cost of the investments of the Fund at the beginning and end of each year is reflected in the statement of changes in net assets available for benefits as "Unrealized losses".

3.  INVESTMENTS

3

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
Year Ended December 31, 2009
(in thousands of dollars)

The purpose of the Fund is to fund the employee benefits programs for all eligible employees of the Company.

The Fund's performance is subject to market and other risks. The maximum market and credit exposure of the Fund is represented by the fair value of the investments at that point in time. The Fair values of the Investments are presented on the face of the financial statements. While Canadian GAAP requires use of the effective interest method in calculating the amount of the unamortized bond premium/discount balance, standard practice concerning the Health and Welfare Trust has been to utilize the mark to market method, which is an insignificant difference. The related cost of investments, as at December 31, 2009 and 2008 are as follows:

|  | 2009 | | 2008 |
|---|---|---|---|
| **Bonds and debentures** | | | |
| Federal | $  14,382 | $ | 14,382 |
| Government Agencies | 10,500 | | 10,500 |
| Provincial/Municipal | 32,623 | | 42,505 |
| Corporate | 4,018 | | 4,018 |
| | $  61,523 | $ | 71,405 |
| Cash and short-term investments | $  3,897 | $ | 2,163 |

Interest rate risk refers to the adverse consequences of interest rate changes on the Fund's cash flows, financial position and income. An increase in interest rates is likely to decrease the fair value of the Fund's investments. The bonds and debentures have maturities up to June 2031 and coupon rates between 5.25% and 11.25%.

In response to the Settlement Agreement's term respecting distribution of assets in 2010, the Company made a decision to move the long-term bonds into shorter-term investments subsequent to December 31, 2009.

4.    DUE FROM SPONSORING COMPANY

|  | 2009 | 2008 |
|---|---|---|
| Due from Sponsoring Company | $28,343 | $37,064 |
| Less: provision for doubtful accounts | (26,985) | - |
| Due from Sponsoring Company – net | $1,358 | $37,064 |

The Due from Sponsoring Company gross balance of $28,343 ($37,064 – 2008) represents claims incurred by the Fund for Paid as Incurred Plans, as described in Note 1 above. The balance

4

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
### Year Ended December 31, 2009
### (in thousands of dollars)

includes $26,985 in claims incurred and $1,358 in IBNR claims. The gross balance decreased $8,721 primarily as a result of $43,389 in funding to the Fund, partially offset by $35,510 of claims incurred.

Historically, there has been a time lag in the funding of claims incurred by the Fund which has resulted in an amount due from the Sponsoring Company. In 2005, Nortel undertook a valuation of the Fund to determine the funded status of the plans. As such, during that time it suspended contributions to the Fund for a period of 12 months, resulting in an increase in the Due from Sponsoring Company. Nortel resumed its funding of Paid as Incurred Plan claims in 2006.

As a result of the commencement of creditor protection proceedings by the Administrator, the Fund undertook an assessment of the collectability of the Due from Sponsoring Company balance. This assessment resulted in the recording of a reserve of $26,985. The $1,358 net balance represents IBNR Claims that, as reported, will be paid by the Administrator pursuant to the Settlement Agreement. At the instruction of Nortel management, the Trustee has filed a claim against the Administrator. This claim is a general unsecured claim, the recovery of which is dependent upon the recovery received by all other similarly situated creditors in the CCAA Proceedings.

5.    GROUP LIFE INSURANCE SURPLUS

Annual financial results reflecting the actual group life experience for the plan year are prepared for the Pensioners Insurance Plan, the Employee-financed Group Life Plan (Group Life – Part II), and the Group Life Plan (Group Life – Part I). If the result is a surplus, the Fund receives a refund. If the result is a deficit, the Fund pays the deficit. At December 31, 2009, an estimated deficit for the Pensioners Insurance and Group Life – Part II Plans of $82 is recorded in Accrued Claims Payable. At December 31, 2008, an estimated refund for these same plans of $1,702 is recorded in Group Life Insurance Surplus.

6.    FUTURE BENEFIT PAYMENTS AND RELATED RESERVES

As at December 31, 2009, the estimated present value of future obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The unfunded status of the Reserved Plans at year end is shown below. Liability values are calculated using actuarial methodologies and assumptions in accordance with GAAP. Asset values include a pro rata allocation of Interest Income, Unrealized Gains/Losses, and 2009 Change in Provision based on the Plan's percent of total assets.

(a)    Plans requiring a series of benefit payments

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 2009 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

5

# NORTEL NETWORKS
# HEALTH AND WELFARE TRUST FUND
## Notes to the Financial Statements
Year Ended December 31, 2009
(in thousands of dollars)

| | 2009 | | 2008 | |
|---|---|---|---|---|
| | Present Value of Future Payments | Market Value of Reserved Assets | Present Value of Future Payments | Market Value of Reserved Assets |
| Long-term Disability Plan | $ 103,100 | $ 15,742 | $ 100,800 | $ 30,653 |
| Survivor Income Benefit Plan | 19,600 | 12,105 | 22,800 | 17,056 |
| | $ 122,700 | $ 27,847 | $ 123,600 | $ 47,709 |

The interest rate assumption at December 31, 2009 and 2008 is 3.1% and 2.1% per annum, respectively. The actual benefit payments are charged against the Fund in the period in which they are paid.

(b)    Plan requiring lump sum payments - Pensioners' Insurance Plan

The actuarial liability is $128,402 and $134,559 and the market value of the assets is $30,673 and $49,620 at December 31, 2009 and 2008, respectively. Therefore, there exists a deficit of $97,729 and $84,940 at December 31, 2009 and 2008, respectively. The interest rate actuarial assumption a t December 31, 2009 and 2008 is 6.09% and 7.37% per annum, respectively.

(c)    Plan requiring lump sum payments - Group Life - Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the market value of the assets reserved at December 31, 2009 and 2008 totaled $17,906 and $25,988, respectively.

6

# APPENDIX "QQ"

APPENDIX "QQ"

**Summary re: HWT Financial Statements**

Below is a summary from the years in which certain notes to the HWT financial statements first appeared.

**1982 HWT Financial Statements**

1.     The 1982 financial statements disclose total assets of $20,293,378 (including an account receivable, from the plan sponsor, of $2,488,576), total claims paid and accrued of $9,401,497, employer contributions of $6,746,553 and employee contributions of $2,329,359.

2.     Relevant notes are:

    (a)     Note 1 describes the Fund as providing a "self-insured employee benefits program" and lists seven components, being: a Dental Plan, Extended Health Plan, Long-Term Disability Plan, Survivor Income Benefit Plan, Survivor Transition Benefit Plan, Group Life Plan and Pensioners' Insurance Plan.

    (b)     Note 2 states in part that:

Accruals have been made for the claims received, under the various plans, up to January 31 but which relate to the year ended December 31. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments (see Note 3).

    (c)     Note 3 states that:

Several of the benefit plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1982 in respect of claims which commenced before that date is as follows:

| | |
|---|---|
| Survivor Income Benefit | $2,270,000 |
| Survivor Transition Benefit | 866,000 |
| Long-Term Disability | 2,967,000 |
| | $6,123,000 |

The actual benefit payments will be charged against the Fund in the period in which they are payable.

- 2 -

## 1986 HWT Financial Statements

3.  The 1986 financial statements disclose net assets of $46,895,126 (including $15,390,909 "due from sponsoring corporations"), total claims paid and accrued of $20,743,397, employer contributions of $24,805,144 and employee contributions of $3,568,373.  A chart showing the receivables and amounts due from sponsoring corporations is attached as Appendix "RR".

4.  The notes to the 1986 financial statements differ from the 1982 financial statements:

   (a)  Note 1 distinguishes between two categories of benefit plan: (i) "Reserved Plans" (Long-term Disability Plan, Survivor Income Benefit Plan, Pensioners' Insurance Plan and employee-financed Group Life Plan (Group Life – Part II)); and (ii) "Paid as Incurred Plans" (Dental Plan, Extended Health Plan, Survivor Transition Benefit Plan and Group Life Plan (Group Life – Part I)).

   (b)  Note 4 states:

      (a)  Plans requiring a series of benefit payments

      Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made after December 31, 1986 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

| | Present value of future payments | Value of reserves |
|---|---|---|
| Long-term Disability Plan | $10,665,874 | $9,292,138 |
| Survivor Income Benefit Plan | 9,059,300 | 8,486,566 |
| Survivor Transition Benefit Plan | 1,881,269 | – |
| | $21,606,443 | $17,778,704 |

      The actual benefit payments are charged against the Fund in the period in which they are payable.

      (b)  Plans requiring lump sum payments – Pensioners' Insurance Plan

      An actuarial valuation of the Pensioners' Insurance Plan is performed by an independent actuary every three years. The most recent actuarial valuation of the plan, dated as at December 31, 1983, indicates that, at that date, the present value of liabilities exceeded the present value of assets

reserved for this plan by approximately $6.7 million assuming an 8% rate of return. Management estimates that the present value of liabilities under the plan as at December 31, 1986 was $28,244,000. The corresponding value of the asset reserve at that time was $25,144,897.

(c)     Plans requiring lump sum payments – Group Life – Part II

On a voluntary basis, employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the reserves at December 31, 1986 totalled $3,971,525.

## HWT Financial Statements from 1987 through 2002

5.     The dollar figures differ but the notes are substantially the same as in 1986 (other than 1989 where there are no notes).

## HWT Financial Statements from 2003 through 2008

6.     In this period the dollar figures differ and starting in 2005, there is no reference to STBs. The notes are otherwise substantially the same. The relevant ones being referred to below are taken from the 2008 financial statement:

(a)     The significant accounting treatment under "Accrued Claims Payable":

Accruals are made for the unpaid claims incurred under the various plans to the year-end date. For experience rated plans, such as the Group Life Plans, premium expense is accrued to the year-end date and any experience gain or loss is reflected in the accounts when settled in the following calendar year. Accruals are not made for future payments in respect of claims received under benefit plans entailing a regular series of payments. (section 2(d))

(b)     Note 4(a) on page 7 provides:

Future Benefit Payments and Related Reserves

As at December 31, 2008, the estimated value of obligations under the various benefit plans exceeded the value of reserved assets in the Fund. The funding status of the Reserved Plans at year end is as follows:

(a)     Plans requiring a series of benefit payments:

Certain plans entail a regular series of benefit payments to a claimant. The estimated present value of the future payments anticipated to be made

- 4 -

after December 31, 2008 in respect of claims which commenced before that date and the related value of assets reserved in the Fund are as follows:

[A table summarizing the Long Term Disability Plan and the Survivor Income Benefit Plan [and for 2003 and 2004 the Survivor Transition Benefit Plan], present value of future payments and market value of reserved assets for 2008. The Long Term Disability Plan present value of future payments in 2008 was $100,800,000 and the present value of future Survivor Income Benefit Plan future payments was $22,800,000.]

The actual benefit payments are charged against the Fund in the period in which they are paid.

    (b)    Plan requiring lump sum payments – Pensioners' Insurance Plan

The most recent actuarial valuation of this Plan, dated as at December 31, 2008, indicates that, at that date, the actuarial liabilities amounted to $134,559 and the market value of the asset amount to $49,620. Therefore, there exists a funding deficiency of $84,940. The interest rate actuarial assumption is 7.37% per annum (2007 – 5.6%).

    (c)    Plan requiring lump sum payments – Group Life – Part II

Employees have the option to purchase additional group life insurance coverage up to age 65. This is fully employee funded, and the market value of the assets reserved at December 31, 2008 totaled (sic) $25,988 (2007 – $23,421).

## The 2009 HWT Financial Statements

7.    The 2009 financial statements disclose cash and investments of $79,982,000, net assets available for benefits of $76,426,000, total claims paid and accrued of $23,891,000, employer contributions of $95,000 and employee contributions of $1,583,000. For purposes of the 2009 financial statements, certain amounts are included in cash and investments that were excluded from the $78 million reported in the Thirty-Ninth Report. These amounts predominantly related to stale-dated cheques.

- 5 -

8.   The notes to the 2009 financial statements explain the history of the due from sponsoring

company amount as follows:

> Historically, there has been a time lag in the funding of claims incurred by the Fund which has resulted in an amount due from the Sponsoring Company. In 2005, Nortel undertook a valuation of the Fund to determine the funded status of the plans. As such, during that time it suspended contributions to the Fund for a period of 12 months, resulting in an increase in the Due from Sponsoring Company. Nortel resumed its funding of Paid as Incurred Plan claims in 2006.

9.   The notes to the 2009 financial statements also refer to the cross rating of the group life

insurance policies as follows:

> Annual financial results reflecting the actual group life experience for the plan year are prepared for the Pensioners Insurance Plan, the Employee-financed Group Life Plan (Group Life – Part II), and the Group Life Plan (Group Life – Part I). If the result is a surplus, the Fund receives a refund. If the result is a deficit, the Fund pays the deficit. At December 31, 2009, an estimated deficit for the Pensioners Insurance and Group Life – Part II Plans of $82 is recorded in Accrued Claims Payable. At December 31, 2008, an estimated refund for these same plans of $1,702 is recorded in Group Life Insurance Surplus.

APPENDIX "RR"

APPENDIX "RR"

## Health & Welfare Trust Fund
### Debt Due from Sponsoring Company(ies) as shown on the HWT financial statements

| Year | Amount ($) |
|------|------------|
| 1981 | 3,615,003 |
| 1982 | 2,488,576 |
| 1983 | 3,530,315 |
| 1984 | 5,851,282 |
| 1985 | 7,575,941 |
| 1986 | 15,390,909 |
| 1987 | 12,470,788 |
| 1988 | 14,907,132 |
| 1989 | 16,232,000 |
| 1990 | 15,127,000 |
| 1991 | 14,500,000 |
| 1992 | 17,622,000 |
| 1993 | 24,550,000 |
| 1994 | 22,401,000 |
| 1995 | 21,666,000 |
| 1996 | 27,771,000 |
| 1997 | 32,213,000 |
| 1998 | 33,756,000 |
| 1999 | 34,706,000 |
| 2000 | 29,697,000 |
| 2001 | 29,825,000 |
| 2002 | 27,759,000 |
| 2003 | 19,991,000 |
| 2004 | 20,290,000 |
| 2005 | 31,121,000 |
| 2006 | 42,518,000[1] |
| 2007 | 40,643,000 |

[1] As reported in the notes to the 2009 HWT financial statements, in 2005 Nortel undertook a valuation of the fund to determine the funded status of the plans. Nortel suspended contributions to the HWT for a 12 month period over 2005 and 2006, resulting in an increase in the Due from Sponsoring Company amount.

- 2 -

| Year | Amount ($) |
|------|------------|
| 2008 | 37,064,000 |
| 2009 | 1,358,000[2] |

---

[2] Note 4 of the 2009 HWT financial statements shows an amount due from sponsoring company of $28,343,000, against which a provision for doubtful accounts of $26,985,000 has been taken. The $1,358,000 net balance represents IBNR claims that, as reported, will be paid by the administrator pursuant to the Settlement Agreement.