# APPENDIX "SS"

November, 1993



# NORTHERN TELECOM LIMITED
# PENSIONERS' INSURANCE FUND

## Analysis of the Funding Status
### as at January 1, 1993
### and
## Projections for the Years 1993–1997

Ξⱽ SOBECO
ERNST & YOUNG

≡ⱀ SOBECO
ERNST & YOUNG

## NORTHERN TELECOM LIMITED
## PENSIONERS' INSURANCE FUND

### Analysis of the Funding Status at January 1, 1993
### and Projections for the Years 1993-1997

## Table of Contents

| Section | | Page |
|---|---|---|
| I | Introduction | 1 |
| I I | Summary of Valuation Results | 2 |
| III | Review of the Operations for the Period (1990 to 1992) | 3 |
| I V | Projection of the Funding Status (1993 to 1997) | 5 |
| V | Actuarial Assumptions and Method | 6 |
| | Actuarial Opinion | |

**Appendix**

| A | Statement of Assets |
|---|---|
| B | Description of the Plan |
| C1 | Retirement Rates |
| C2 | Termination of Employment Rates |
| C3 | Salary Scale |
| D | Summary of Retirement Data |

≡ll SOBECO
ERNST & YOUNG

## SECTION I

## INTRODUCTION

The purpose of this report is to assess the current funding status of the Northern Telecom Limited Pensioners' Insurance Fund and provide an actuarial opinion on the status of this fund as of January 1, 1993. Also, a projection of the funding status to the end of 1997 is performed.

The last valuation of this plan was effective January 1, 1990. Effective January 1, 1992, a revised schedule of insurance coverage for union employees subject to the Collective Labour Agreements was settled. For non-union employees, a revised reduction scale on their insurance amounts was also introduced effective January 1, 1991. No plan benefit changes are anticipated in the near future for employees retiring after January 1, 1993. A summary of the Plan provisions is included in Appendix B.

The actuarial assumptions have been revised to be the same as those adopted for the pension plan funding valuation as at December 31, 1992. A summary of the actuarial assumptions is included in Section V.

Valuation results are estimates based on actuarial assumptions and, as it is not possible to predict the future with accuracy, the experience will differ from the projections. Any emerging experience differing from the assumptions currently in place will result in gains or losses which will be revealed in future valuations.

≡ll SOBECO
ERNST & YOUNG

## SECTION II
## SUMMARY OF VALUATION RESULTS

(a)  Statement of Actuarial Position as of January 1, 1993

| Financial Condition | As of January 1, 1993 | | | As of January 1, 1990 |
|---|---|---|---|---|
| | NTC/L | BNR | Total | NTC/L and BNR |
| Assets ($'000) | $39,458 | $3,514 | $42,972 | $37,893 |
| Liabilities ($'000) | $44,257 | $2,343 | $46,600 | $36,280 |
| Surplus (Deficit) ($'000) | $(4,799) | $1,171 | $(3,628) | $ 1,613 |
| Funding Ratio | 89% | 150% | 92% | 104% |
| Summary of Data | | | | |
| Number of Retirees Covered | 6,658 | 191 | 6,849 | 6,024 |
| Total Insurance Amount ($'000) | $143,455 | $8,035 | $151,490 | $109,057 |
| Average Insurance Amount ($ per retiree) | $21,546 | $42,068 | $22,119 | $18,104 |

(b)  Reconciliation of Surplus (Deficit) as of January 1, 1993

| | | | Amount ($'000) |
|---|---|---|---|
| Surplus (Deficit) as of January 1, 1990 | | | $ 1,613 |
| Plus: | Interest on Surplus Amount | $  520 | |
| | Excess Investment Returns | 630 | |
| | Contributions with Required Interest | 595 | |
| | Change in Assumptions | 4,666 | |
| | Claims Lower than Expected | 843 | $ 7,254 |
| Less: | Liability for New Retirees | $ 8,319 | |
| | Retirees excluded from the last valuation | 2,328 | |
| | Administrative Expenses | 296 | |
| | Miscellaneous Loss | 1,552 | $ 12,495 |
| Surplus (Deficit) as of January 1, 1993 | | | $ (3,628) |

(c)  Assets of the Plan

For the purpose of this report, the asset values presented are as provided in reports from Northern Telecom Limited on the Northern Telecom Limited Health and Welfare Trust Fund, with no further verification.

– 2 –

ΞⅡ SOBECO
ERNST & YOUNG

## SECTION III

### REVIEW OF THE OPERATIONS OF FUND
### FOR THE PERIOD 1990-1992

The following summarizes the results of the fund (with further details provided in Appendix A):

(a) <u>Membership and Contributions</u>

Retiree data as of December 31, 1992 is derived from payroll data provided by Northern Telecom and BNR Ltd. This data was subjected to such tests of validity and resultant adjustments as were performed in the course of preparing the actuarial valuation for Pension Plan purposes as of December 31, 1992.

The actual number of retirees covered under the plan on January 1, 1993 is 6,849 for a total insurance amount of $151,490,000. This compares with 6,024 retirees covered for a total insurance amount of $109,057,000 on January 1, 1990.

Over the period 1990-1992 the allocation from active employees insurance fund and employer contributions were as follows:

|  | Employee Funding ($'000) | Employer Contribution ($'000) |
|---|---|---|
| 1990 | 191 | — |
| 1991 | 162 | — |
| 1992 | 161 | = |
| Total | 514 | — |

(b) <u>Claims</u>

The actual claim costs for the past three years are shown below. Over the period 1990-1992 actual claims amounted to 90% of expected claims. Expected claims were determined based on the mortality assumptions used in the last valuation and the actual insurance amounts in force during this period.

|  | Actual ($'000) | Expected ($'000) | Actual as % of Expected |
|---|---|---|---|
| 1990 | 2,331 | 2,631 | 89% |
| 1991 | 2,158 | 2,709 | 80% |
| 1992 | 2,802 | 2,794 | 100% |
| Total | 7,291 | 8,134 | 90% |

– 3 –

*≡II SOBECO*
*ERNST & YOUNG*

c)    <u>Yield on the Fund</u>

The valuation as of January 1, 1990 assumed returns of 10.00%, 9.75% and 9.50% in 1990, 1991 and 1992 respectively.  The actual yields earned by the fund over that three year period were:

| | |
|------|--------|
| 1990 | 10.1% |
| 1991 | 10.1% |
| 1992 | 10.6% |

(d)    <u>Fund</u>

The balance in the Pensioners' Insurance Fund as of December 31, 1992 is $42,972,000 as compared with $37,893,000 as of December 31, 1989.

≡ⅡSOBECO
ERNST & YOUNG

SECTION IV

PROJECTION OF THE FUNDING STATUS
(1993 TO 1997)

The funding status at January 1, 1993 is used as the starting point for a projection of the operations of the fund for the period January 1, 1993 to December 31, 1997, as shown below.

Estimates of the number of new retirees each year and the amounts of insurance for those retirees have been made using the same assumptions as those used in our valuation of Northern Telecom pension plans, as shown in Section V, applied to active employee data available from the December 31, 1992 Pension Plan valuations.

Based on these assumptions, our projections of retirees and insurance amounts are as follows:

| Year | Retirees at Start of Year | Retirees New | Retirees Deaths | Retirees at End of Year | End of Year Insurance in $'000 |
|------|---------------------------|--------------|-----------------|-------------------------|--------------------------------|
| 1993 | 6,849 | 390 | 164 | 7,075 | 160,234 |
| 1994 | 7,075 | 356 | 174 | 7,257 | 167,768 |
| 1995 | 7,257 | 369 | 186 | 7,440 | 176,357 |
| 1996 | 7,440 | 391 | 196 | 7,635 | 185,644 |
| 1997 | 7,635 | 403 | 208 | 7,830 | 195,238 |

For the purposes of the fund projection, the funding deficit as of the valuation date, which amounts to $3,628,000, is assumed to be amortized over a five year period commencing January 1, 1993 with an annual payment of $860,000. The trust fund's operations for the period January 1, 1993 to December 31, 1997, assuming that no future contribution allocation from the active union employees Part I insurance arrangement, would be as follows:

| Year | Employer Contributions ($'000) | Investment Income ($'000) | Claims ($'000) | Fund ($'000) | End of Year Liabilities ($'000) | Funding Ratio | Unfunded Liabilities ($'000) | Amortization Payment(*) ($'000) |
|------|--------------------------------|---------------------------|----------------|--------------|---------------------------------|---------------|------------------------------|----------------------------------|
| 1993 | 860 | 3,047 | 2,782 | 44,097 | 49,197 | 90% | 5,100 | 1,209 |
| 1994 | 1,209 | 3,132 | 3,024 | 45,414 | 51,469 | 88% | 6,055 | 1,435 |
| 1995 | 1,435 | 3,227 | 3,288 | 46,788 | 53,780 | 87% | 6,992 | 1,657 |
| 1996 | 1,657 | 3,324 | 3,574 | 48,195 | 56,125 | 86% | 7,930 | 1,880 |
| 1997 | 1,880 | 3,423 | 3,879 | 49,619 | 58,491 | 85% | 8,872 | 2,103 |

(*) Amount determined for the year which is required to amortize the unfunded liabilities over five years.

– 5 –



**SOBECO
ERNST & YOUNG**

## SECTION V

### ACTUARIAL ASSUMPTIONS AND METHOD

**Retirees**

| | |
|---|---|
| Interest Rate | 7.25% per annum |
| Expenses | None |
| Mortality | Group Annuity Mortality Tables, 1983 |

**Active Employees** (for Projection of Funding Status)

Salary Increases   a)  for inflation and productivity:

> 2.0% for 1993 and 1994, grading up by 0.1% per year to 3.5% in 2004 and by 0.15% per year to 3.75% in 2009

b)  for promotion and seniority:
    Appendix C3

| | |
|---|---|
| Retirement | Appendix C1 |
| Termination of Employment | Appendix C2 |
| Mortality | Group Annuity Mortality Tables, 1983 |
| Disability | Included in termination of employment |
| Actuarial Funding Method | The accrued benefit method was used for current retirees.  Under this method, the Actuarial Liability is equal to the present value of expected death benefits payable in respect of present pensioners, taking into account any future reductions in insurance amounts per the plan provisions.  The illustrations of projected liabilities under the plan include the projected benefits for those expected to retire prior to the respective projection dates. |



SOBECO
ERNST & YOUNG

## ACTUARIAL OPINION

### Regarding the Funding Status of the Pensioners' Insurance Fund of Northern Telecom Limited as at January 1, 1993

The purpose of this report is to prepare an actuarial estimate of the funding status of the Pensioners' Insurance Fund as at January 1, 1993. In accordance with the Employer's practice it is anticipated that the next funding status review will be performed as at January 1, 1996.

As at January 1, 1993 the total insurance amount for covered retirees is $151,490,000. The actuarial liabilities amount to $46,600,000 and the assets amount to $42,972,000. Therefore, there exists a funding deficiency of $3,628,000 as at January 1, 1993.

In our opinion,

a)   the data on which this report is based are sufficient and reliable for the purposes of the calculations,

b)   the assumptions used are reasonable and appropriate for the purpose of the calculations, and

c)   the methods employed in the calculations are consistent with sound actuarial principles.

This Actuarial Opinion is given and the report has been prepared in accordance with generally accepted actuarial principles.


November 8, 1993
_____
Date

_____
Michael Hafeman, F.S.A., F.C.I.A.

_____
Aaron Wong, A.S.A.

≡‖ SOBECO
ERNST & YOUNG

# APPENDIX A

## STATEMENT OF ASSETS
($'000)

| | Calendar Year | | |
|---|---|---|---|
| | 1990 | 1991 | 1992 |
| Balance as of January 1 | $ 37,893 | $ 39,478 | $ 41,385 |
| Plus: Contributions — Employer | — | — | — |
| — Active Employees | 191 | 162 | 161 |
| Investment Earnings | 3,824 | 3,992 | 4,336 |
| Less: Benefit Payments | 2,331 | 2,158 | 2,802 |
| Administrative Expenses | 99 | 89 | 108 |
| Balance as of December 31 | $ 39,478 | $ 41,385 | $ 42,972 |
| Effective Yield Rate* | 10.1% | 10.1% | 10.6% |

$$\text{*Effective Yield Rate} = \frac{2I}{A+B-I}$$

where 
I = Investment Earnings Less Expenses
A = Balance as of January 1
B = Balance as of December 31

*Ell SOBECO*
*ERNST & YOUNG*

## APPENDIX B

## DESCRIPTION OF THE PLAN

This insurance plan provides reducing insurance for Canadian retirees of Northern Telecom and Bell-Northern Research Ltd.

### Union Retirees

While the plan has been modified over the years, currently union retirees receive an initial amount of insurance depending upon their associated Grade Assignment.

Effective January 1, 1992, the initial amount of insurance for union retirees is based upon the retiree's Benefit Group as follows:

| Benefit Group | Amount of Insurance |
|---|---|
| 1 | $24,500 |
| 2 | 26,000 |
| 3 | 28,500 |
| 4 | 32,000 |
| 5 | 35,500 |

Effective January 1, 1991, the initial amount of insurance will reduce 5% per year for 10 years. For those who retired prior to 1991, the initial amount reduces 5% per year for 5 years.

Retirees are not required to pay contribution into the Fund. However there might be some allocation from the active employees Part I insurance arrangement if the claim experience is favourable.

### Non-Union Retirees

Currently, non-union retirees receive an initial amount of insurance equal to 100% of their final salary rounded up to the next highest thousand of insurance.

Effective January 1, 1991 for non-union retirees retiring on or after that date, the initial insurance amount will be reduced 5% per year for 15 years, subject to a minimum insurance amount of $20,000. The minimum insurance for executives below grade 25 is capped at $25,000 or 20% of final salary whichever is greater. For executives with grade 25 or above, there will be no reduction in their insurance amount. For those who retired prior to 1991, the initial amount reduces 5% per year for five years.

No retiree contributions are required.

### Employer Contributions

Annual employer contributions are made to the Pensioners' Insurance Fund in accordance with the Company's funding objectives for the Fund and with reference to the most recent actuarial analysis of the funding status.

APPENDIX C1

NORTHERN TELECOM MANAGERIAL AND NON-NEGOTIATED PLAN

RETIREMENT RATES

PERCENTAGE OF EMPLOYEES ASSUMED TO BE RETIRED

| Retirement at age | AGE AT ENTRY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 24 and under | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60 and over |
| 50 | 3 | 3 | | | | | | | |
| 51 | 6 | 6 | | | | | | | |
| 52 | 14 | 14 | | | | | | | |
| 53 | 26 | 28 | | | | | | | |
| 54 | 40 | 40 | 3 | | | | | | |
| 55 | 54 | 54 | 5 | 3 | | | | | |
| 56 | 67 | 67 | 14 | 6 | 3 | | | | |
| 57 | 78 | 78 | 26 | 14 | 6 | | | | |
| 58 | 87 | 87 | 40 | 26 | 14 | | | | |
| 59 | 92 | 92 | 54 | 40 | 26 | 3 | | | |
| 60 | 96 | 96 | 67 | 54 | 40 | 6 | | | |
| 61 | 98 | 98 | 78 | 67 | 54 | 14 | 3 | | |
| 62 | 99 | 99 | 87 | 78 | 67 | 26 | 6 | | |
| 63 | 100 | 100 | 92 | 87 | 78 | 40 | 14 | | |
| 64 | 100 | 100 | 99 | 99 | 98 | 94 | 91 | 90 | |
| 65 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

SOBECO
ERNST & YOUNG

APPENDIX C1 (Continued)

NORTHERN TELECOM NEGOTIATED PLAN

RETIREMENT RATES

PERCENTAGE OF EMPLOYEES ASSUMED TO BE RETIRED

| Retirement at age | AGE AT ENTRY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 24 and under | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60 and over |
| 50 | 2 | | | | | | | | |
| 51 | 3 | 2 | | | | | | | |
| 52 | 10 | 3 | | | | | | | |
| 53 | 21 | 10 | | | | | | | |
| 54 | 36 | 21 | 2 | | | | | | |
| 55 | 51 | 36 | 3 | 2 | | | | | |
| 56 | 66 | 51 | 10 | 3 | | | | | |
| 57 | 78 | 66 | 21 | 10 | | | | | |
| 58 | 87 | 78 | 36 | 21 | 10 | | | | |
| 59 | 93 | 87 | 51 | 36 | 21 | 2 | | | |
| 60 | 97 | 93 | 66 | 51 | 36 | 3 | | | |
| 61 | 99 | 97 | 78 | 66 | 51 | 10 | 2 | | |
| 62 | 100 | 99 | 87 | 78 | 66 | 21 | 3 | | |
| 63 | 100 | 100 | 93 | 87 | 78 | 36 | 10 | | |
| 64 | 100 | 100 | 99 | 99 | 98 | 94 | 91 | 90 | |
| 65 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Ell SOBECO
ERNST & YOUNG

≡*SOBECO*
*ERNST & YOUNG*

APPENDIX C2

NORTHERN TELECOM MANAGERIAL AND NON-NEGOTIATED PLAN

TERMINATION OF EMPLOYMENT

ANNUAL RATES PER 1000 ACTIVE MEMBERS

| AGE AT ENTRY | DURATION OF SERVICE | | | |
|---|---|---|---|---|
| | 0 YEARS | | 5 YEARS | |
| | MALES | FEMALES | MALES | FEMALES |
| 17 | 143 | 149 | 105 | 130 |
| 22 | 143 | 156 | 106 | 128 |
| 27 | 144 | 163 | 103 | 126 |
| 32 | 146 | 161 | 100 | 117 |
| 37 | 148 | 152 | 97 | 115 |
| 42 | 150 | 156 | 92 | 115 |
| 47 | 151 | 161 | 90 | 114 |
| 52 | 153 | 170 | | |
| 57 | 154 | 179 | | |

| ATTAINED AGE | DURATION OF SERVICE 10 YEARS OR MORE | |
|---|---|---|
| | MALES | FEMALES |
| 27 | 80 | 115 |
| 32 | 63 | 93 |
| 37 | 50 | 76 |
| 42 | 40 | 61 |
| 47 | 30 | 50 |
| 52 | 26 | 43 |

**ᶾ⌶ SOBECO**
**ERNST & YOUNG**

APPENDIX C2 (Continued)

NORTHERN TELECOM NEGOTIATED PLAN

TERMINATION OF EMPLOYMENT

ANNUAL RATES PER 1000 ACTIVE MEMBERS

| AGE AT ENTRY | DURATION OF SERVICE | | | |
| --- | --- | --- | --- | --- |
| | 0 YEARS | | 5 YEARS | |
| | MALES | FEMALES | MALES | FEMALES |
| 17 | 268 | 295 | 124 | 178 |
| 22 | 244 | 277 | 90 | 143 |
| 27 | 213 | 293 | 72 | 100 |
| 32 | 165 | 220 | 55 | 75 |
| 37 | 142 | 185 | 45 | 59 |
| 42 | 126 | 181 | 33 | 45 |
| 47 | 109 | 172 | 24 | 30 |
| 52 | 93 | 162 | | |
| 57 | 75 | 148 | | |

| ATTAINED AGE | DURATION OF SERVICE 10 YEARS OR MORE | |
| --- | --- | --- |
| | MALES | FEMALES |
| 27 | 63 | 183 |
| 32 | 47 | 84 |
| 37 | 31 | 59 |
| 42 | 24 | 43 |
| 47 | 15 | 28 |
| 52 | 8 | 14 |

 SOBECO
ERNST & YOUNG

APPENDIX C3

NORTHERN TELECOM MANAGERIAL AND NON-NEGOTIATED PLAN

SALARY SCALE
(development pay, promotion and merit increases)

| | Salary Scale | | | |
|---|---|---|---|---|
| | Male | | Female | |
| Age | At Entry | After 5 Years of Service | At Entry | After 5 Years of Service |
| 22 | 73 | 0 | 90 | 0 |
| 27 | 83 | 100 | 92 | 100 |
| 32 | 94 | 108 | 95 | 101 |
| 37 | 105 | 116 | 97 | 103 |
| 42 | 115 | 124 | 99 | 104 |
| 47 | 126 | 133 | 102 | 106 |
| 52 | 136 | 141 | 104 | 107 |
| 57 | 147 | 149 | 106 | 108 |
| 62 | 157 | 157 | 109 | 110 |

≡‖ SOBECO
ERNST & YOUNG

## APPENDIX D

### SUMMARY OF RETIREMENT DATA
### AS AT DECEMBER 31, 1992

| Current Age | NTC/L | | BNR | |
|---|---|---|---|---|
| | Number of Retirees | Insurance Amount | Number Retirees | Insurance Amount |
| 40-45 | 0 | $ 0 | 0 | $ 0 |
| 46-50 | 34 | 1,650,300 | 1 | 57,950 |
| 51-55 | 211 | 8,268,450 | 10 | 711,300 |
| 56-60 | 1,083 | 35,061,100 | 21 | 1,173,600 |
| 61-65 | 1,646 | 39,783,150 | 48 | 2,260,450 |
| 66-70 | 1,804 | 36,243,350 | 69 | 2,820,400 |
| 71-75 | 1,055 | 14,992,400 | 28 | 805,450 |
| 76-80 | 449 | 4,468,500 | 11 | 178,500 |
| 80+ | 376 | 2,987,250 | 3 | 27,750 |
| Total | 6,658 | $ 143,454,500 | 191 | $ 8,035,400 |

# APPENDIX "TT"

# NORTHERN TELECOM LIMITED
# PENSIONERS' INSURANCE FUND

### Analysis of the Funding Status
### As at January 1, 1998

December, 1998

# TABLE OF CONTENTS

Executive Summary

Section 1      Plan Assets ................................................................................ 1 - 1

Section 2      Summary of Valuation Results at January 1, 1998 ................................ 2 - 1

Section 3      Projection of Funded Status to December 31, 1998 .............................. 3 - 1

Section 4      Valuation Basis ........................................................................... 4 - 1

Section 5      Actuarial Opinion ........................................................................ 5 - 1

Appendix A    Summary of Plan Provisions ............................................................ A - 1

**EXECUTIVE SUMMARY**

# EXECUTIVE SUMMARY

## PURPOSE

The purpose of this report is to provide an actuarial opinion on the funded status of the Northern Telecom Limited Pensioners' Insurance Fund (the "Plan") as of January 1, 1998. We have also estimated the funded status of the Plan as of December 31, 1998, based on the employee and retiree demographic profile at January 1, 1998 projected to December 31, 1998.

A projection of the funding status beyond the end of 1998 has not been performed. The restructuring activity during 1998 could influence the accuracy of any results projected beyond the end of 1998, as the members included in the restructuring are not yet known.

## FINANCIAL POSITION AT JANUARY 1, 1998

The last valuation of the Plan was effective January 1, 1995. The following table presents the results of our January 1, 1998 valuation, compared to the results of the previous valuation:

### Financing Position — Funding Basis

|  | January 1, 1998 ($000's) | January 1, 1995 (000's) |
|---|---|---|
| Market Value of Assets | $54,040 | $48,657 |
| Actuarial Liability | 60,058 | 52,116 |
| Funding Excess/(Deficit) | ($6,018) | ($3,459) |
| Estimated Claims for the Year | $4,614 | $3,549 |

The financial position of the Plan has deteriorated somewhat from January 1, 1995 to January 1, 1998.

i

Executive Summary _____

The deterioration in the financial position, from January 1, 1995 to January 1, 1998, is primarily the result of the new liabilities established for employees that retired during 1995 to 1997 exceeding the sum of company contributions made to the Plan and excess investment return gains (i.e., above the 8.0% per annum assumed) for the three years.

## CONTRIBUTION REQUIREMENT FOR 1998

We understand that the Company's funding policy is to amortize any deficit over a five-year period. In accordance with our understanding of this policy, an annual payment of $1,446,000 must be made into the Plan for each of the next five years (1998 to 2002) to eliminate the funding deficit of $6,018,000 as of January 1, 1998. New gains and losses revealed in future valuations will result in adjustments to the total required contributions to the Plan.

The annual contribution amount of $1,446,000 excludes applicable provincial sales taxes and premium taxes, which we understand will be paid from outside the Plan.

This contribution recommendation assumes that there is no contribution allocation from the Active Union Employees Part 1 insurance arrangement.

## ESTIMATED FINANCIAL POSITION AT JANUARY 1, 1999

As of January 1, 1998, the Plan had a deficit of $6,018,000. If the Plan earns investment income of 8% for 1998, the financial position of the Plan is expected to deteriorate somewhat. Specifically, we estimate that the Plan would have a deficit of $7,730,000 as of December 31, 1998.

Executive Summary

## ACTUARIAL BASIS

### Plan Provisions

The valuation reflects the provisions of the Plan as of January 1, 1998. The Plan provisions reflect the improvement in the life insurance benefits for Negotiated employees that were effective in 1997. A summary of the Plan provisions is provided in Appendix A.

### Plan Membership

Since the most recent valuation, we have seen the following changes in membership:

*Number of Retirees with Life Insurance*

|  | January 1, 1998 | January 1, 1995 |
|---|---|---|
| Nortel Non-Unionized* | 3,050 | 3,064 |
| Nortel Unionized | 5,110 | 4,627 |
| BNR Non-Unionized | 326 | 264 |
| Total Number of Retirees | 8,486 | 7,955 |

\*   *Includes NEDCO retirees.*

## Executive Summary

### Life Insurance Coverage

Since the most recent valuation, average life insurance amounts for retirees have increased as follows:

*Average Life Insurance Amount*

|  | January 1, 1998 ($000's) | January 1, 1995 ($000's) |
|---|---|---|
| Nortel Non-Unionized | $35,497 | $31,458 |
| Nortel Unionized | 17,756 | 17,104 |
| BNR Non-Unionized | 50,414 | 31,458 |
| Total | $25,386 | $23,109 |

### Actuarial Assumptions

The actuarial assumptions are the same as those adopted for the pension plan funding valuations as at December 31, 1996. A summary of the actuarial assumptions that affect the valuation of the life insurance liabilities for existing retirees is included in Section 4.

A summary of the assumptions used to project the funded status of the Plan to December 31, 1998 is also included in Section 4. The assumptions used for the projection should be read in conjunction with the projection approach outlined in Section 3.

iv

# SECTION 1

# PLAN ASSETS

# SECTION 1 — PLAN ASSETS

For the purpose of this report, the asset values presented are as provided in reports from Northern Telecom Limited on the Northern Telecom Limited Pensioners' Insurance Fund, with no further verification.

## YIELD ON THE FUND

The valuation as of January 1, 1995 assumed returns of 8.0% per annum. The actuarial yields earned by the fund before expenses over the three-year period to January 1, 1998 were:

| | |
|---|---|
| 1995 | 8.3% |
| 1996 | 7.7% |
| 1997 | N/A |

## MARKET VALUE OF FUND

The balance of the Pensioners' Insurance Fund as of January 1, 1998 is $54,040,000 as compared with $48,657,000 as of January 1, 1995.

## ASSET RECONCILIATION

The following is a reconciliation of the assets in the Pensioners' Insurance Fund for the period from January 1, 1995 to December 31, 1996, as supplied to us by the Company. Information to reconcile the assets from December 31, 1996 to December 31, 1997 was not available.

## Section 1 — Plan Assets

*Asset Reconciliation*

|  | Nortel<br>($000's) | BNR<br>($000's) | Total<br>($000's) |
|---|---|---|---|
| **Balance as at January 1, 1995** | $44,398 | $4,259 | $48,657 |
| Additions: | | | |
| ➢ Contributions | 1,435 | 0 | 1,435 |
| ➢ Investment Income | 3,563 | 358 | 3,921 |
| Distributions: | | | |
| ➢ Paid Claims | (3,675) | 0 | (3,675) |
| ➢ Expenses | (131) | 0 | (131) |
| **Balance as at December 31, 1995** | $45,590 | $4,617 | $50,207 |
| Additions: | | | |
| ➢ Contributions | 1,657 | 0 | 1,657 |
| ➢ Investment Income | 3,420 | 350 | 3,770 |
| Distributions: | | | |
| ➢ Paid Claims | (4,188) | (25) | (4,213) |
| ➢ Expenses | (150) | (1) | (151) |
| **Balance as at December 31, 1996** | $46,329 | $4,941 | $51,270 |
| Additions: | | | |
| ➢ Contributions | N/A | N/A | N/A |
| ➢ Investment Income | N/A | N/A | N/A |
| Distributions: | | | |
| ➢ Paid Claims | N/A | N/A | N/A |
| ➢ Expenses | N/A | N/A | N/A |
| **Balance as at December 31, 1997** | $48,879 | $5,161 | $54,040 |

SECTION 2

SUMMARY OF VALUATION RESULTS
AT JANUARY 1, 1998

# SECTION 2 — SUMMARY OF VALUATION RESULTS AT JANUARY 1, 1998

## FUNDED STATUS

The results of the actuarial valuation as of January 1, 1998, compared with those of the previous valuation at January 1, 1995 are summarized below:

### *Financial Position*

|  | January 1, 1998 ($000's) | January 1, 1995 ($000's) |
|---|---|---|
| Market Value of Assets | $54,040 | $48,657 |
| Actuarial Liability: |  |  |
| ➤ Nortel Non-Unionized* | 32,153 | 28,334 |
| ➤ Nortel Unionized | 23,963 | 21,002 |
| ➤ BNR Non-Unionized | 3,942 | 2,780 |
| Total Liability | $60,058 | $52,116 |
| Funding Excess/(Deficit) | ($6,018) | ($3,459) |

\* *Including liabilities for the closed NEDCO group of retirees.*

2 - 1

## FUNDED STATUS AT JANUARY 1, 1998 FOR NORTEL AND BNR NON-UNIONIZED SEPARATELY

The results of the valuation at January 1, 1998 for Nortel and BNR Non-Unionized separately are summarized below:

*Financial Position by Division*

|  | Nortel ($000's) | BNR Non-Unionized ($000's) | Total ($000's) |
|---|---|---|---|
| Market Value of Assets | $48,879 | $5,161 | $54,040 |
| Actuarial Liability | 56,116 | 3,942 | 60,058 |
| Funding Excess/(Deficit) | ($7,237) | $1,219 | ($6,018) |

## RECONCILIATION OF FINANCIAL POSITION

Since information to reconcile the assets from December 31, 1996 to December 31, 1997 was not available, we were not able to fully reconcile the change in the Plan's financial position between January 1, 1995 and January 1, 1998. However, we performed a rough gain and loss analysis from the available information which has served to verify the reasonableness of the valuation results at January 1, 1998.

Liabilities for new retirees are established only on a terminal funding basis once an employee retires. The deterioration in the financial position, from a deficit of $3,459,000 as of January 1, 1995 to a deficit of $6,018,000 as of January 1, 1998, is primarily the result of the new liabilities established for employees that retired during 1995 to 1997 exceeding the sum of company contributions made to the Plan and excess investment return gains (i.e., above the 8.0% per annum assumed) for the three years.

# SECTION 3

## PROJECTION OF FUNDED STATUS
## TO DECEMBER 31, 1998

# SECTION 3 — PROJECTION OF FUNDED STATUS TO DECEMBER 31, 1998

The funded status of the Plan at January 1, 1998 is used as the starting point for a projection of the funded status to December 31, 1998.

## PROJECTION APPROACH

In projecting the funded status of the Plan to December 31, 1998, a number of assumptions in addition to those described in Section 4 were made:

➢ Employer contributions to the Plan during 1998 were assumed to equal $1,446,000.

➢ We assumed that the Plan would earn investment income (realized and unrealized) of 8% per annum during 1998, before expenses.

➢ An estimate of the liability for new retirements during the year was made using the actuarial assumptions described in Appendix A applied to active employee data as of January 1, 1998 available from the pension plan valuations, supplemented by information on life insurance amounts provided by the Company.

➢ Paid claims for 1998 were estimated based on the mortality assumption and the insurance amounts in force for 1998.

➢ Expenses were assumed to equal 3.5% of paid claims based on a review of cost experience for 1996 and 1997.

## Section 3 — Projection of Funded Status to December 31, 1998

## PROJECTION DATA

Based on this approach, our projections of the number of retirees with life insurance as of December 31, 1998 are:

| | |
|---|---|
| Number of Retirees at January 1, 1998 | 8,486 |
| New Retirees During 1998 | 352 |
| Deaths During 1998 | 226 |
| Number of Retirees at December 31, 1998 | 8,612 |

## FUNDED STATUS ESTIMATE AT DECEMBER 31, 1998

Based on the approach and projected data outlined above, the estimated financial position of the Plan at December 31, 1998 has been developed as follows:

| | Market Value of Assets ($000's) | Liabilities ($000's) |
|---|---|---|
| At January 1, 1998 | $54,040 | $60,058 |
| Plus | | |
| Employer Contributions | 1,446 | N/A |
| Investment Income/Interest | 4,192 | 4,721 |
| Liability for New Retirements | N/A | 2,468 |
| Less | | |
| Estimated Paid Claims | 4,614 | 4,614 |
| Administrative Expenses | 161 | N/A |
| At December 31, 1998 | $54,903 | $62,633 |

Section 3 — Projection of Funded Status to December 31, 1998

As a result, as of December 31, 1998, the Plan is estimated to have a deficit surplus of $7,730,000 ($54,903,000 less $62,633,000).

## SENSITIVITY OF RESULTS TO THE FUND RATE ASSUMPTION

The financial position at December 31, 1998 is highly dependent on the amount of investment income earned during 1998. Differences between the actual investment income earned during 1998 and the assumed investment income of $4,192,000 will directly impact our estimate of the funded status of the Plan at December 31, 1998.

For example, the funded status of the Plan based on various scenarios of fund rates before expenses for 1998 are as follows:

| Assumed Fund Rate of Return for 1998 | Estimated Deficit at December 31, 1998 |
|---|---|
| 0% | 11.9 million |
| 4% | 9.8 million |
| 8% | 7.7 million |

# SECTION 4

# VALUATION BASIS

# SECTION 4 — VALUATION BASIS

## MEMBERSHIP DATA

The actuarial valuation is based on membership data as of January 1, 1998, provided by Northern Telecom Limited.

The following table summarizes data on existing retirees. For comparison purposes, we have also provided corresponding data from the previous valuation.

*Membership Data*

|  | January 1, 1998 | January 1, 1995 |
|---|---|---|
| **Nortel Non-Unionized:** | | |
| ➢ Number | 3,083 | 3,102 |
| ➢ Average Age | 70.0 yrs. | 69.5 yrs. |
| ➢ Number With Life Insurance* | 3,050 | 3,064 |
| ➢ Average Insurance Amount* | $35,497 | $31,458 |
| **Nortel Unionized:** | | |
| ➢ Number | 5,227 | 4,721 |
| ➢ Average Age | 66.6 yrs. | 65.9 yrs. |
| ➢ Number With Life Insurance | 5,110 | 4,627 |
| ➢ Average Insurance Amount | $17,756 | $17,104 |
| **BNR Non-Unionized:** | | |
| ➢ Number | 353 | 264 |
| ➢ Average Age | 66.9 yrs. | 65.5 yrs. |
| ➢ Number With Life Insurance | 326 | 264 |
| ➢ Average Insurance Amount | $50,414 | $31,458** |
| **Total:** | | |
| ➢ Number | 8,663 | 8,087 |
| ➢ Average Age | 67.8 yrs. | 67.3 yrs. |
| ➢ Number With Life Insurance | 8,486 | 7,955 |
| ➢ Average Insurance Amount | $25,386 | $23,109 |

\*    *Includes NEDCO retirees.*

4 - 1

## Section 4 — Valuation Basis

** *This amount was previously estimated due to the lack of available data.*

Section 4 — Valuation Basis

Life insurance amounts were not available for all retirees with life insurance coverage. Amounts were approximated using average life insurance amounts for other retirees in the applicable group.

The following tables provide a breakdown of the life insurance amounts by year of retirement:

*Nortel Non-Unionized*

| Year of Retirement | Number of Retirees | Average Age | Current Insurance Amount |
|---|---|---|---|
| Pre-1991 | 2,079 | 74.3 | $26,193 |
| 1991 | 191 | 64.0 | $47,057 |
| 1992 | 130 | 63.6 | $48,492 |
| 1993 | 168 | 61.6 | $55,921 |
| 1994 | 146 | 60.1 | $57,809 |
| 1995 | 125 | 58.8 | $56,990 |
| 1996 | 156 | 58.2 | $62,394 |
| 1997 | 55 | 58.2 | $69,590 |
| Total | 3,050 | 69.9 | $35,497 |

*Nortel Unionized*

| Year of Retirement | Number of Retirees | Average Age | Current Insurance Amount |
|---|---|---|---|
| Pre-1991 | 2,585 | 72.1 | $13,458 |
| 1991 | 440 | 65.2 | $15,471 |
| 1992 | 289 | 64.1 | $19,839 |
| 1993 | 227 | 62.8 | $21,776 |
| 1994 | 578 | 61.1 | $23,358 |
| 1995 | 444 | 58.9 | $23,868 |
| 1996 | 420 | 56.5 | $24,857 |
| 1997 | 127 | 55.7 | $31,450 |

Section 4 — Valuation Basis

| | | | |
|---|---|---|---|
| Total | 5,110 | 66.6 | $17,756 |

Section 4 — Valuation Basis

*BNR Non-Unionized*

| Year of Retirement | Number of Retirees | Average Age | Current Insurance Amount |
|---|---|---|---|
| Pre-1991 | 142 | 72.2 | $33,827 |
| 1991 | 18 | 65.2 | $51,606 |
| 1992 | 26 | 64.4 | $57,202 |
| 1993 | 39 | 65.1 | $52,123 |
| 1994 | 32 | 60.4 | $58,464 |
| 1995 | 22 | 62.4 | $60,423 |
| 1996 | 24 | 61.5 | $88,219 |
| 1997 | 23 | 61.3 | $81,087 |
| Total | 326 | 67.0 | $50,414 |

## ACTUARIAL COST METHOD

The accrued benefit actuarial cost method was used for current retirees. Under this method, the *actuarial liability* is equal to the present value of expected death benefits payable in respect of present retirees, taking into account any future reductions in insurance amounts per the Plan provisions.

## ACTUARIAL ASSUMPTIONS

In addition to the actuarial cost method, we need to make certain actuarial assumptions regarding future events to conduct the valuation of the Plan.

## Section 4 — Valuation Basis

The assumptions used to determine the actuarial liability at January 1, 1998 are as follows:

| | |
|---|---|
| **Investment Return** | 8.0% per annum |
| **Mortality** | 1983 Group Annuity Mortality Table |
| **Administrative Expenses** | 1.5% of paid claims |
| **Taxes** | Taxes for life insurance are based on Company contributions to the Pensioners' Insurance Fund rather than actual claims and administrative expenses |

These assumptions are the same as those used in the previous valuation. Emerging experience will result in gains and losses that will be reflected in future actuarial valuations.

In addition, to project the liability from January 1, 1998 to December 31, 1998, we needed to make assumptions about retirement ages and termination rates. These are summarized below:

## Retirement Age

The percentage of members retired at any age is assumed to vary by the member's age at entry into the pension plan, as follows:

## Section 4 — Valuation Basis

Managerial Plan (Nortel Non-Unionized and BNR Non-Unionized)

### Percentage of Members Retired

| Retirement Age | Age at Entry | | | | | | |
|---|---|---|---|---|---|---|---|
| | Under 25 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 44 | 45 to 49 | 50 and over |
| 50 | 3 | | | | | | |
| 51 | 6 | 3 | | | | | |
| 52 | 14 | 6 | | | | | |
| 53 | 26 | 14 | | | | | |
| 54 | 40 | 26 | 3 | | | | |
| 55 | 54 | 40 | 6 | 3 | | | |
| 56 | 67 | 54 | 14 | 6 | 3 | | |
| 57 | 78 | 67 | 26 | 14 | 6 | | |
| 58 | 87 | 78 | 40 | 26 | 14 | | |
| 59 | 92 | 87 | 54 | 40 | 26 | 3 | |
| 60 | 96 | 92 | 67 | 54 | 40 | 6 | |
| 61 | 98 | 96 | 78 | 67 | 54 | 14 | |
| 62 | 99 | 98 | 87 | 78 | 67 | 26 | |
| 63 | 100 | 99 | 92 | 87 | 78 | 40 | |
| 64 | 100 | 100 | 99 | 99 | 98 | 94 | 90 |
| 65 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

4 - 7

## Section 4 — Valuation Basis

Negotiated Plan (Nortel Unionized)

### Percentage of Members Retired

| Retirement Age | Age at Entry | | | | | | |
|---|---|---|---|---|---|---|---|
| | Under 25 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 44 | 45 to 49 | 50 and over |
| 50 | 2 | | | | | | |
| 51 | 3 | 2 | | | | | |
| 52 | 10 | 3 | | | | | |
| 53 | 21 | 10 | | | | | |
| 54 | 36 | 21 | 2 | | | | |
| 55 | 51 | 36 | 3 | 2 | | | |
| 56 | 66 | 51 | 10 | 3 | 2 | | |
| 57 | 78 | 66 | 21 | 10 | 3 | | |
| 58 | 87 | 78 | 36 | 21 | 10 | | |
| 59 | 93 | 87 | 51 | 36 | 21 | 2 | |
| 60 | 97 | 93 | 66 | 51 | 36 | 3 | |
| 61 | 99 | 97 | 78 | 66 | 51 | 10 | |
| 62 | 100 | 99 | 87 | 78 | 66 | 21 | |
| 63 | 100 | 100 | 93 | 87 | 78 | 36 | |
| 64 | 100 | 100 | 99 | 99 | 98 | 94 | 90 |
| 65 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## Termination Rates

We have made an allowance for future terminations of employment before retirement for reasons other than death.

## Section 4 — Valuation Basis

Sample termination rates are as follows:

| | Percentage Unionized | |
|---|---|---|
| Age | Non-Unionized | Unionized |
| 20 | 12.92% | 9.18% |
| 25 | 10.86% | 9.18% |
| 30 | 9.03% | 7.49% |
| 35 | 7.34% | 5.16% |
| 40 | 5.66% | 3.70% |
| 45 | 3.97% | 2.55% |
| 50 | 3.03% | 1.48% |
| 55 | 0.0% | 0.0% |

The termination scale ends once a member attains 30 years of pensionable service.

A salary scale assumption was not needed to determine projected life insurance amounts for non-unionized Nortel and BNR employees assumed to retire during 1998, as the salaries provided by the Company were for calendar year 1998.

**SECTION 5**

**ACTUARIAL OPINION**

# SECTION 5 — ACTUARIAL OPINION

**Actuarial Opinion with Respect to the
Actuarial Valuation as of January 1, 1998
of the Northern Telecom Limited
Pensioners' Insurance Fund**

The purpose of this report is to prepare an actuarial estimate of the funding status of the Pensioners' Insurance Fund as at January 1, 1998.

As at January 1, 1998, the total insurance amount for covered retirees is $215,434,000. The actuarial liabilities amount to $60,058,000 and the assets amount to $54,040,000. Therefore, there exists a funding deficiency of $6,018,000 as at January 1, 1998.

In our opinion,

a)    the data on which this report is based are sufficient and reliable for the purposes of the calculations;

b)    the assumptions used are appropriate in aggregate for the purpose of the valuation given our understanding of the Plan's tax status; and

c)    the methods employed are consistent with sound actuarial principles for the purpose of the valuation.

Emerging experience differing from the assumptions will result in gains and losses which will be revealed by future valuations.

## Section 5 — Actuarial Opinion

This certificate and report have been prepared and the opinions given in accordance with generally accepted actuarial principles.

_____          _____
Loyd Zadorozny, F.S.A., F.C.I.A.          Date


_____          _____
Ellen Whelan, A.S.A.                      Date

5 - 2

# APPENDIX A

## SUMMARY OF PLAN PROVISIONS

# APPENDIX A — SUMMARY OF PLAN PROVISIONS

The post-retirement benefits sponsored by Northern Telecom Limited (Nortel) and Bell Northern Research (BNR) are summarized below. Only those benefits for which Nortel or BNR assumes some or all of the cost are included. In general, the Plan provides reducing insurance for Canadian retirees of Northern Telecom Limited and BNR.

## POST-RETIREMENT GROUP LIFE INSURANCE PLANS

### Northern Telecom Limited and Bell Northern Non-Unionized Employees

The initial amount of insurance at retirement is equal to the employee's basic annual salary at retirement rounded to the next higher $1,000.

For employees retiring prior to 1991, the initial insurance amount decreases by 5% per year to an ultimate level of 75% of the initial amount after five years.

For employees retiring in 1991 and beyond, the initial insurance amount decreases by 5% per year to an ultimate level of 25% of the initial amount after 15 years with a minimum insurance amount of $20,000.

For retirees on private payroll whose Band is 12 and above, and NEDCO retirees, the initial amount of insurance stays level after retirement.

### Unionized Employees

The initial amount of insurance is dependent upon the employee's job grade at retirement. The initial amount of insurance has been modified over the years. Effective March 1, 1997, the initial amount of insurance is based upon the Benefit Group as follows:

A-1

Appendix A — Summary of Plan Provisions

| Benefit Group | Amount of Insurance |
| --- | --- |
| 1 | $32,500 |
| 2 | $34,000 |
| 3 | $36,500 |
| 4 | $40,000 |
| 5 | $43,500 |

For employees retiring prior to 1991, the initial amount decreases by 5% per year to an ultimate level of 75% of the initial amount after five years.

For employees retiring in 1991 and later, the initial insurance amount decreases by 5% per year to an ultimate level of 50% of the initial amount after ten years with a minimum insurance amount of $10,000.

## RETIREE CONTRIBUTIONS

The full cost of this life insurance coverage is paid by the Company. No retiree contributions are required.

M:\NORTEL\PENINSFU\1998\REPORT.DOC

A - 2

# APPENDIX "UU"

12 September 2002

# Analysis of the Funding Status of the Pensioners' Insurance Fund as at January 1, 2002

## Nortel Networks Limited

# MERCER
### Human Resource Consulting

MMC  Marsh & McLennan Companies

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002

Nortel Networks Limited

# Contents

1.  Summary of Results ................................................................ 1

2.  Report on the Actuarial Valuation as at January 1, 2002 .................. 3

3.  Financial Position of the Plan ..................................................... 5

4.  Projection of Funded Status to December 31, 2002 ......................... 8

5.  Actuarial Opinion .................................................................. 11

6.  Plan Assets .......................................................................... 12

7.  Actuarial Methods and Assumptions ......................................... 14

8.  Membership Data ................................................................. 18

9.  Summary of Plan Provisions .................................................... 22

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002

Nortel Networks Limited



# Summary of Results

## Financial Position at January 1, 2002

The last valuation of the Pensioners' Insurance Fund (the "Plan") was as at January 1, 1998
The following table presents the results of the January 1, 2002 valuation, compared to the
results of the previous valuation:

| | All Amounts in $000 Cdn. | |
| Financial Position – Funding Basis | Jan 1/02 | Jan 1/98 |
|---|---|---|
| Actuarial value of assets | $63,551 | $54,040 |
| Actuarial liability | $74,931 | $60,058 |
| Funding excess (unfunded liability) | ($11,380) | ($6,018) |
| Estimated claims for the year | $5,296 | $4,614 |

---

[1] The asset value reported as at Jan 1/98 is the book value of assets. We have used the market value for the determination of
the financial position as at Jan 1/02

**Analysis of the Funding Status of the Pensioners'**                    Nortel Networks Limited
**Insurance Fund as at January 1, 2002**

The deterioration in the financial position, from January 1, 1998 to January 1, 2002, is primarily the result of the new liabilities established for employees who retired from 1998 to 2000. These new retirement liabilities exceed the sum of company contributions made to the Plan and excess investment return gains (i.e., above the 8.0% per annum assumed) over the four years. There has been a net gain due to favourable mortality and interest experience but this gain is offset by the impact of a change in the actuarial assumptions. A reconciliation of the funded status from January 1, 1998 to January 1, 2002 is provided in Section 3 of this report.

## Contribution Requirement for 2003

Currently, there is no legislative requirement on the funding of company paid retiree life insurance plans.

We understand that the Company has not contributed to the Plan since December 31, 1999 and does not expect to contribute to the fund in the near future. Hence, we have not determined the amount required to eliminate the unfunded liability as at January 1, 2002.

## Estimated Financial Position at December 31, 2002

As of January 1, 2002, the Plan had an unfunded liability of $11,380,000. Based on an extrapolation of these results, if the Plan earns investment income of 7% per annum for 2002, we anticipate that the financial position of the Plan will continue to deteriorate. Specifically, we estimate that the unfunded liability will reach $15,600,000 by December 31, 2002.



# Report on the Actuarial Valuation as at January 1, 2002

An actuarial valuation of the Nortel Networks Limited (the "Company") Pensioners' Insurance Fund (the "Plan") as at January 1, 2002 has been completed and the results are contained in this report.

The purpose of this valuation is to determine:

- the funded status of the Plan as at January 1, 2002, and

- the projected funded status of the Plan as at December 31, 2002

The report will disclose any events that have affected or will affect the Plan's funded status.

## Plan Assets

The Plan's asset value used in the assessment of the funded status is based on the market value as at January 1, 2002 An analysis of the investment return and a reconciliation of the Plan's assets are provided in Section 6.

## Plan Provisions

This valuation reflects the provisions of the Plan as at January 1, 2002 The Plan has been modified since the date of the previous valuation. Effective May 1, 2000, the Company introduced the Capital Accumulation and Retirement Program (CARP) to non-union employees. Similarly, the Savings Accumulation Retirement Program (SARP) was introduced to union employees effective January 1, 2001 Both of these programs allow the employee to elect to either remain in the current (grandfathered) retirement plan or to

change the benefits provided to them upon retirement. Concurrent changes were made to the retiree life and healthcare benefits offered to retiring employees. As at January 1, 2002, none of the retirees under the new programs have met the eligibility criteria for post-retirement benefits, and hence, there is no impact on the actuarial liability used for funding the Pensioners' Insurance Fund  A summary of the Plan provisions is provided in Section 9

## Membership Data

The valuation reflects the membership data as at January 1, 2002  An analysis of the membership data is provided in Section 8

## Actuarial Methods and Assumptions

We have used the same valuation assumptions and methods as were used for the valuation as at January 1, 1998, except for the assumed mortality rates and investment return on the Plan's assets  The mortality assumption has been changed from the Group Annuity Mortality Table (GAM) 1983 to the GAM 1994 Table, consistent with the assumption used for the funding valuation of Company's pension plans  The expected rate of investment return has been reduced from 8% to 7% per annum.  The change of the mortality and interest rate assumptions has resulted in a net increase of approximately $2.9 million in the actuarial liability  The assumptions used for purposes of this valuation are described in detail in Section 7

The valuation does not account for the impact of the optimization and divestiture activities occurring in 2002, as we do not have sufficient information at this time to estimate the impact  To the best of my knowledge, there have been no other events subsequent to the valuation date which, in my opinion, would have a material impact on the results of the valuation

Respectfully submitted,

_____

Amy Chow
Fellow of Society of Actuaries
Fellow of Canadian Institute of Actuaries

_____

Date

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002

Nortel Networks Limited



# Financial Position of the Plan

## Valuation Results — Going-Concern Basis

When conducting a valuation on a going-concern basis, the relationship between the respective values of assets and accumulated benefits is determined, assuming the plan will be maintained indefinitely.

### Financial Position

The results of the valuation as at January 1, 2002, in comparison with those of the previous valuation as at January 1, 1998, are summarized on the following page.

**Analysis of the Funding Status of the Pensioners'**
**Insurance Fund as at January 1, 2002**                    Nortel Networks Limited

## Financial Position — Going-Concern Basis

|  | Jan 1/02 | Jan 1/98 |
|---|---|---|
| Actuarial value of assets[2] | $53,551 | $54,040 |
| Actuarial liability |  |  |
| Present value of accrued benefits for |  |  |
| ▪  Nortel Networks Non-Unionized | $38,224 | $32,153 |
| ▪  Nortel Networks Unionized | $30,766 | $23,963 |
| ▪  Nortel Technology Non-Unionized[3] | $5,841 | $3,942 |
| Total liability[4] | $74,931 | $60,058 |
| Funding excess (unfunded liability) | ($11,380) | ($6,018) |

## Funded Status at January 1, 2002 for Nortel Networks and Nortel Technology Separately

The results of the valuation at January 1, 2002 for Nortel Networks and Nortel Technology separately are summarized below:

|  | Nortel Networks | Nortel Technology | Total |
|---|---|---|---|
| Market value of assets | $55,873 | $6,678 | $63,551 |
| Actuarial liability | $69,090 | $5,841 | $74,931 |
| Funding excess (unfunded liability) | ($12,217) | $837 | ($11,380) |

---

[2] The asset value reported as at Jan 1/98 is the book value of assets. We have used the market value for the determination of the financial position as at Jan 1/02.

[3] Including liabilities for the closed NEDCO group of retirees.

[4] Excluding provincial sales taxes and premium taxes

**Analysis of the Funding Status of the Pensioners'**
**Insurance Fund as at January 1, 2002**                    Nortel Networks Limited

## Reconciliation of Financial Position

An unfunded liability of $11,380,000 as at January 1, 2002, is reconciled with the unfunded
liability of $6,018,000 as at January 1, 1998, as follows:

| | |
|---|---|
| Funding excess (unfunded liability) as at Jan 1/98 | ($6,018) |
| Interest on funding unfunded liability at 6.00% per year to Jan 1/02 | ($2,169) |
| Contribution from Jan 1/98 to Jan 1/02 with Interest | $3,502 |
| Gain/(Loss) on return on assets | 51,769 |
| Gain/(Loss) on new retirees since Jan 1/98 | ($11,843) |
| Gain/(Loss) on mortality experience | $6,283 |
| Impact of changes in assumptions (mortality and interest) | (2,924) |
| Funding excess (unfunded liability) as at Jan 1/02 | ($11,380) |

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002                      Nortel Networks Limited



## Projection of Funded Status to December 31, 2002

The funded status of the Plan at January 1, 2002 is used as the starting point for a projection of the funded status to December 31, 2002

## Projection Approach

In projecting the funded status of the Plan to December 31, 2002, the following assumptions were made:

- Employer contributions to the Plan during 2002 were assumed to be nil

- The Plan would earn investment income (realized and unrealized) of 7% per annum during 2002, after expenses

- An estimate of the liability for new retirements during the year was made based on the average liability generated by new retirees in the last three years, projected forward to 2002 assuming that the average initial life insurance amount increases by 2% per annum.

- Claim payments for 2002 were estimated based on the mortality assumption and the insurance amounts in-force for 2002

- Claim expenses were assumed to equal 1 5% of claim payments  Provincial sales taxes and premium taxes have been excluded as these amounts are paid outside the fund

Analysis of the Funding Status of the Pensioners'          Nortel Networks Limited
Insurance Fund as at January 1, 2002

## Projection Data

Based on this approach, our projections of the number of retirees with life insurance as of December 31, 2002 are:

| | |
|---|---|
| Number of Retirees covered at January 1, 2002 | 9,258 |
| Expected New Retirees During 2002 | 505 |
| Expected Deaths During 2002 | (251) |
| Expected Number of Retirees covered at December 31, 2002 | 9,512 |

## Funded Status Estimate at December 31, 2002

Based on the approach and projected data outlined above, the estimated financial position of the Plan at December 31, 2002 is as follows:

| | Market Value of Assets | Liabilities |
|---|---|---|
| | ($000's) | ($000's) |
| At January 1, 2002 | $63,551 | $74,931 |
| Plus | | |
| Employer Contributions | 0 | N/A |
| Investment Income/Interest | 4,263 | 5,284 |
| Liability for New Retirements | N/A | 3,200 |
| Less | | |
| Estimated Paid Claims and claims expenses | (5,296) | (5,296) |
| Provincial Sales and Premium Taxes | 0 | N/A |
| At December 31, 2002 | $62,518 | $78,119 |

Analysis of the Funding Status of the Pensioners'          Nortel Networks Limited
Insurance Fund as at January 1, 2002

As a result, as of December 31, 2002, the Plan is estimated to have an unfunded liability of
$15,601,000 ($62,518,000 less $78,119,000).

## Sensitivity of Results to the Fund Rate Assumption

The financial position at December 31, 2002 is highly dependent on the amount of
investment income earned during 2002  Differences between the actual investment income
earned during 2002 and the assumed investment income of $4,263,000 will directly impact
our estimate of the funded status of the Plan at December 31, 2002.

For example, estimates of the funded status of the Plan based on various scenarios of fund
rates before expenses for 2002 are as follows:

| Assumed Fund Rate of Return for 2002 | Estimated Unfunded Liability at December 31, 2002 |
|---|---|
| 6% | $23.7 million |
| 7% | $15 6 million |
| 8% | $8.1 million |



**5**

# Actuarial Opinion

- In my opinion,

    - the data on which the valuation is based are sufficient and reliable for the purposes of the valuation,

    - the assumptions are, in aggregate, appropriate for the purposes of determining the funded status of the plan as at January 1, 2002 on a going-concern basis, and

    - the methods employed in the valuation are appropriate for the purposes of determining the funded status of the plan as at January 1, 2002 on a going-concern basis.

- This report has been prepared, and my opinion given, in accordance with accepted actuarial practice.

---

Amy Chow
Fellow of Society of Actuaries
Fellow of Canadian Institute of Actuaries

---

Date

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002

Nortel Networks Limited



## Plan Assets

### Sources of Plan Asset Data

The asset values presented are as provided by Nortel, as reported on the Nortel Networks Limited Pensioners' Insurance Fund, with no further verification.

### Yield on the Fund

The valuation as of January 1, 1998 assumed returns of 8.0% per annum. The actuarial yields earned by the fund (based on market value) after expenses over the four-year period to January 1, 2002 were:

| | |
|---|---|
| 1998 | N/A |
| 1999 | (2.7%) |
| 2000 | 9 8% |
| 2001 | 6.3% |
| Average 1999-2001 | 4 3% |

### Market Value of Fund

The market value of the Pensioners' Insurance Fund as of January 1, 2002 is $63,551,000 as compared with $50,040,000 as of January 1, 1998.

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002

Nortel Networks Limited

## Reconciliation of Plan Assets

The fund transactions for the period from January 1, 1998 to January 1, 2002 are summarized as follows:

## Reconciliation of Plan Assets (Market Value)

|  | Nortel Networks | Nortel Technology | Total |
|---|---|---|---|
| Book Value as at January 1, 1998 | $48,879 | $5,161 | $54,040 |
| Market Value as at January 1, 1998 | N/A | N/A | N/A |
| Company's contributions | $1,466 | $0 | $1,466 |
| Investment income | $3,408 | $374 | $3,782 |
| Net capital gains (losses) | N/A | N/A | N/A |
| Claims paid | ($3,569) | ($113) | ($3,682) |
| Accrued Claims | ($6) | $9 | $3 |
| Administration fees | ($130) | ($3) | ($133) |
| Market Value as at January 1, 1999 | $57,093 | $6,192 | $63,285 |
| Company's contributions | $1,452 | $0 | $1,452 |
| Investment income | $3,521 | $384 | $3,905 |
| Net capital gains (losses) | ($4,808) | ($829) | ($5,637) |
| Claims paid | ($1,061) | $261 | ($800) |
| Accrued Claims | $296 | $7 | $303 |
| Administration fees | ($4) | $0 | ($4) |
| Market Value as at January 1, 2000 | $56,489 | $6,015 | $62,504 |
| Company's contributions | $0 | $0 | $0 |
| Investment income | $3,286 | $352 | $3,638 |
| Net capital gains (losses) | $2,021 | $234 | $2,255 |
| Claims paid | ($4,297) | ($228) | ($4,525) |
| Accrued Claims | $0 | $0 | $0 |
| Administration fees | $0 | $0 | $0 |
| Market Value as at January 1, 2001 | $57,499 | $6,373 | $63,872 |
| Company's contributions | $0 | $0 | $0 |
| Investment income | $3,352 | $373 | $3,725 |
| Net capital gains (losses) | $131 | $43 | $174 |
| Claims paid | ($4,109) | ($111) | ($4,220) |
| Accrued Claims | $0 | $0 | $0 |
| Administration fees | $0 | $0 | $0 |
| Market Value as at January 1, 2002 | $56,873 | $6,678 | $63,551 |

Mercer Human Resource Consulting

12 September 2002 — 13



# Actuarial Methods and Assumptions

## Actuarial Valuations Methods — Going-Concern Basis

### Valuation of Assets

We have used market value of the assets in our report, as provided by the Company.

### Valuation of Actuarial Liabilities

The *actuarial liability* is the present value of benefits, including claims cost expenses, accrued for current retirees. The liability for active employees is not considered for funding.

The *funding excess* or *unfunded liability*, as the case may be, is the difference between the market value of assets and the actuarial liability

## Actuarial Assumptions — Going-Concern Basis

The actuarial value of benefits is based on economic and demographic assumptions At each valuation, we determine whether, in our opinion, the actuarial assumptions are still appropriate for the purposes of the valuation, and we revise them if necessary

In this valuation, we have used the same assumptions as in the previous valuation except as noted Emerging experience will result in gains or losses that will be revealed and considered in future actuarial valuations For this valuation, we have used the following assumptions:

Analysis of the Funding Status of the Pensioners'          Nortel Networks Limited
Insurance Fund as at January 1, 2002

## Economic Assumptions

Investment Return

We have assumed that the investment return on the actuarial value of the fund, net of
investment expenses charged to the fund, will average 7% per year over the long term.

Salary Increases

Not applicable.

## Demographic Assumptions

Retirement Age

We have assumed that active members and members on layoff or leave will retire as per the
following tables.  Members currently in receipt of LTD benefits are assumed to retire at age
65.

| Program | Retirement Scale |
|---|---|
| Traditional (Grandfathered and Non-Grandfathered) Programs | |
| • Managerial plan (Part I) | 5% per year from Company-Initiated Retirement Age [1] to Employee-Initiated Retirement Age |
| | 40% at Employee-Initiated Retirement Age |
| | 15% per year from Employee-Initiated Retirement Age to Age 65 |
| | 100% at Age 65 |
| • Managerial plan (Part II) | 5% per year from Age 55 to Age 59 |
| | 25% per year from Age 60 to Age 64 |
| | 100% at Age 65 |

Analysis of the Funding Status of the Pensioners'        Nortel Networks Limited
Insurance Fund as at January 1, 2002

| Program | Retirement Scale |
|---|---|
| **■** Negotiated plan | 15% per year from Company-Initiated Retirement Age [1] to Employee-Initiated Retirement Age [2] |
| | 40% at Employee-Initiated Retirement Age |
| | 15% per year from Employee-Initiated Retirement Age to Age 65 |
| | 100% at Age 65 |

Balanced Program

| | |
|---|---|
| **■** Managerial plan only | Same as Managerial Plan for Part II members |

SARP Program

| | |
|---|---|
| **■** Negotiated plan only | Same as Negotiated Plan for Traditional Programs |

[1] Company-Initiated Retirement Age refers to the earlier of:
- age 55 with 25 years of pensionable service, and
- 30 years of pensionable service

[2] Employee-Initiated Retirement Age refers to the earlier of:
- age 65,
- age 60 with age plus pensionable service equal to 80 or more, and
- age 55 with age plus pensionable service equal to 85 or more; or
- age 55 with 20 years of pensionable service for female members, in service with Nortel Networks on May 31, 1973.


## Termination of Employment

Not applicable.

## Mortality

The 1994 Group Annuity Mortality Table has been adopted as the measure of mortality for Plan members  According to this table, the life expectancy at age 65 is **17.9** years for a man and **21.3** years for a woman.

## Disability Incidence and Recovery

Not applicable

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002                    Nortel Networks Limited

## Claims Expenses

We have made an allowance for the administrative expenses of 1 5% of claim payments

## Taxes

We have made no allowances for provincial sales taxes and premium taxes as we
understand these are paid outside the Plan

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002
Nortel Networks Limited



## Membership Data

### Analysis of Membership Data

The actuarial valuation is based on membership data as at January 1, 2002, provided by Nortel Networks Limited

We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation  The results of these tests were satisfactory.

Plan membership data is summarised below  For comparison, we have also summarised corresponding data from the previous valuation.

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002                    Nortel Networks Limited

## Membership Data

|  | Jan 1/02 | Jan 1/98 |
|---|---|---|
| **Nortel Networks Non-Unionized:** | | |
| ■ Number | 3,687 | 3,083 |
| ■ Number With Life Insurance | 3,188 | 3,050 |
| ■ Average Age | 70.4 yr. | 70.0 yr. |
| ■ Average Insurance Amount | $42,571 | $35,487 |
| **Nortel Networks Unionized:** | | |
| ■ Number | 6,003 | 5,227 |
| ■ Number With Life Insurance | 5,590 | 5,110 |
| ■ Average Age | 68.0 yr. | 66.6 yr. |
| ■ Average Insurance Amount | $18,420 | $17,756 |
| **Nortel Technology Non-Unionized:** | | |
| ■ Number | 547 | 353 |
| ■ Number With Life Insurance | 480 | 326 |
| ■ Average Age | 66.4 yr. | 65.9 yr. |
| ■ Average Insurance Amount | $57,855 | $50,414 |
| **Total:** | | |
| ■ Number | 10,237 | 8,663 |
| ■ Number With Life Insurance | 9,258 | 8,486 |
| ■ Average Age | 68.8 yr. | 67.8 yr. |
| ■ Average Insurance Amount | $28,781 | $25,386 |

---

[3] Includes NEDCO retirees.

Analysis of the Funding Status of the Pensioners'         Nortel Networks Limited
Insurance Fund as at January 1, 2002

## Valuation Basis

The following tables provide a breakdown of the average life insurance amounts by year of
retirement:

| Year of Retirement | Number of Retirees | Average Age | Current Average Insurance Amount |
|---|---|---|---|
| **Nortel Networks Non-Unionized** | | | |
| Pre-1991 | 1,661 | 77 7 | $28,120 |
| 1991 | 175 | 67 8 | $36,119 |
| 1992 | 118 | 67.3 | $36,178 |
| 1993 | 155 | 65 5 | $44,356 |
| 1994 | 131 | 63 8 | $46,545 |
| 1995 | 113 | 62 7 | $45,084 |
| 1996 | 143 | 61.9 | $50,269 |
| 1997 | 52 | 62.1 | $59,474 |
| 1998 | 71 | 62 8 | $57 352 |
| 1999 | 156 | 60 0 | $77,605 |
| 2000 | 200 | 59 4 | $78,045 |
| 2001 | 213 | 57.8 | $85,840 |
| Total | 3,188 | 70.4 | $42,571 |
| **Nortel Networks Unionized** | | | |
| Pre-1991 | 2,194 | 75 7 | $13 650 |
| 1991 | 415 | 69 1 | $11,480 |
| 1992 | 281 | 68 1 | $15,199 |
| 1993 | 225 | 66 8 | $16,468 |
| 1994 | 568 | 65.0 | $18,108 |
| 1995 | 425 | 62 8 | $18 607 |
| 1996 | 418 | 60 5 | $19,601 |
| 1997 | 120 | 59 5 | $25,916 |
| 1998 | 161 | 60.8 | $29,456 |
| 1999 | 232 | 59 4 | $30 235 |
| 2000 | 316 | 57 9 | $33,911 |
| 2001 | 235 | 57 6 | $35,361 |
| Total | 5,590 | 68.0 | $18,420 |

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002                    Nortel Networks Limited

| Year of Retirement | Number of Retirees | Average Age | Current Average Insurance Amount |
|---|---|---|---|
| Nortel Technology Non-Unionized | | | |
| Pre-1991 | 112 | 75 9 | $34 520 |
| 1991 | 16 | 69 1 | $36,019 |
| 1992 | 23 | 68 6 | $41 746 |
| 1993 | 34 | 68 7 | $39,941 |
| 1994 | 29 | 64 8 | $47 291 |
| 1995 | 25 | 65 1 | $50,505 |
| 1996 | 25 | 65 4 | $65 002 |
| 1997 | 23 | 65 3 | $63,824 |
| 1998 | 31 | 63.5 | $45,044 |
| 1999 | 58 | 61.9 | $73,904 |
| 2000 | 46 | 59 9 | $85,452 |
| 2001 | 58 | 58 7 | $97,745 |
| Total | 480 | 66.4 | $57,855 |
| Grand Total | 9,258 | 68.8 | $28,781 |

## Reconciliation of Membership

| | Pensioners with Life Insurance Coverage |
|---|---|
| Total at Jan 1/98 | 8,486 |
| New entrants | 1,777 |
| Deaths | (1,005) |
| Total at Jan 1/02 | 9,258 |

Analysis of the Funding Status of the Pensioners'
Insurance Fund as at January 1, 2002                    Nortel Networks Limited



## Summary of Plan Provisions

The post-retirement benefits sponsored by Nortel Networks (the "Company") and Nortel Technology are summarized below Only those benefits for which the Company assumes some or all of the cost are included. In general, the Plan provides reducing insurance for Canadian retirees of the Company.

## Post-Retirement Group Life Insurance Plans

### Nortel Networks and Nortel Technology Employees

Grandfathered Traditional Program

The initial amount of insurance at retirement is equal to the employee's basic annual salary at retirement rounded to the next higher $1,000

For employees retiring prior to 1991, the initial insurance amount decreases by 5% per year to an ultimate level of 75% of the initial amount after five years.

For employees retiring in 1991 and beyond, the initial insurance amount decreases by 5% per year to an ultimate level of 25% of the initial amount after 15 years with a minimum insurance amount of $20,000.

For retirees on private payroll whose Band was 12 and above, and NEDCO retirees, the initial amount of insurance stays level after retirement.

**Analysis of the Funding Status of the Pensioners'**
**Insurance Fund as at January 1, 2002**

Nortel Networks Limited

## Non-Grandfathered Traditional Program

For employees who participate in the Non-Grandfathered Traditional Program (effective May 1, 2000), the retiree, upon retirement can choose between a $35,000 company paid life insurance or a $10,000 death benefit

## Balanced Program

For employees who participate in the Balanced Program (effective May 1, 2000), the retiree life benefit is the same as described in the Non-Grandfathered Traditional Program above.

## Investor Program

There are no retiree life benefits provided under the Investor Program.

## Unionized Employees

## Grandfathered Traditional Program

The initial amount of insurance is dependent upon the employee's job grade at retirement. The initial amount of insurance has been modified over the years. For all CAW retirees and for COEU retirees who retired before March 1, 2000, the initial amount of insurance is based upon the Benefit Group as follows:

| Benefit Group | Amount of Insurance |
|:---:|:---:|
| 1 | $32,500 |
| 2 | $34,000 |
| 3 | $36,500 |
| 4 | $40,000 |
| 5 | $43,500 |

For COEU employees who retire on or after March 1, 2000, the initial amount of insurance is $43,500 for all Benefit Groups.

For employees retiring prior to 1991, the initial amount decreases by 5% per year to an ultimate level of 75% of the initial amount after five years.

**Analysis of the Funding Status of the Pensioners'**
**Insurance Fund as at January 1, 2002**                    Nortel Networks Limited

For employees retiring in 1991 and later, the initial insurance amount decreases by 5% per year to an ultimate level of 50% of the initial amount after ten years with a minimum insurance amount of $10,000

## SARP Program

For employees belonging to the CAW and COEU Unions (Program II Unions), the SARP program was introduced as at January 1, 2001  The life insurance coverage is as follows:

- $30,000 in company paid life insurance or $10,000 death benefit for CAW retirees

- $35,000 in company paid life insurance or $10,000 death benefit for COEU retirees

## Retiree Contributions

The full cost of this life insurance coverage is paid by the Company. No retiree contributions are required

# MERCER
## Human Resource Consulting

161 Bay Street  PO Box 501
Toronto  Ontario
Canada M5J 2S5
416 868 2000

MMC  Marsh & McLennan Companies

APPENDIX "VV"

# MERCER
Human Resource Consulting

161 Bay Street  PO Box 501
Toronto  Ontario
Canada M5J 2S5
416 868 2000  Fax  416 868 7671
amy chow@mercer com
www mercerHR com

15 December 2003

Monica Lester
Nortel Networks Corporation
200 Athens Way
Nashville, TN
37228

**Private & Confidential**

Subject:
**Valuation of Post-Employment Benefit Liabilities for Accounting Purposes as
at September 30, 2003**

Dear Monica,

As requested, we have completed the valuation of post-employment benefits provided by Nortel
Networks Limited as at September 30, 2003.  All amounts shown in the attached document are in
Canadian dollars

## Background

The purpose of the valuation is to estimate the unfunded liability related to the post-employment
benefits provided by Nortel Networks Limited.  The results of the valuation are used for financial
reporting purposes and may not be appropriate for other purposes

Post-employment benefits refer to benefits provided to employees who are not actively at work,
but not yet retired.  Examples of post-employment benefits include benefits provided during
disability or leave of absence.  Under both the U.S  and Canadian benefit accounting standards
(SFAS 112 and CICA 3461), the liabilities for post-employment benefits are generally
determined on a terminal basis, meaning that a liability is not determined until the event, such as
a disability, actually occurs.

The last formal valuation of the post-employment benefits was conducted in 2001, based on data
as at December 31, 2000.  We understand that the current accrued benefit liability recorded is
$51.6 million, about $1 2 million higher than the unfunded liability estimated as at December 31,
2000

# MERCER
### Human Resource Consulting

Page 2
15 December 2003
Monica Lester
Nortel Networks Corporation

## Financial Results

The estimated post-employment liabilities as of September 30, 2003 by benefit type and the amount of assets reported in the Trust are provided below. We have also provided the results at the last valuation, as at December 31, 2000, for comparison purposes.

| | All amounts in '000 (Cdn.) | | |
|---|---|---|---|
| | At September 30, 2003 | At December 31, 2000 | Change |
| **Assets:** | | | |
| - Short-Term Disability (STD) | $0 | $0 | $0 |
| - Long-Term Disability (LTD) | $73,500 | $63,900 | $9,600 |
| - Life, Medical and Dental Benefits during LTD | $0 | $0 | $0 |
| - Survivor Benefits | $19,400 | $18,900 | $500 |
| - Uninsured Premium Waiver on Optional Life Insurance during LTD | $0 | $0 | $0 |
| **Total Assets** | **$92,900** | **$82,800** | **$10,100** |
| | | | |
| **Liabilities:** | | | |
| - STD | $1,100 | $1,700 | ($600) |
| - LTD | $103,200 | $87,900 | $15,300 |
| - Life, Medical and Dental Benefits during LTD | $23,600 | $16,600 | $7,000 |
| - Survivor Benefits | $21,500 | $19,000 | $2,500 |
| - Uninsured Premium Waiver on Optional Life Insurance during LTD | $9,000 | $8,000 | $1,000 |
| **Total Liabilities** | **$158,400** | **$133,200** | **$25,200** |
| | | | |
| **Net Assets/(Liabilities)** | **($65,500)** | **($50,400)** | **($15,100)** |

A detailed breakdown of the assets and liability by Nortel Technology and Nortel Networks is provided in Appendix A.

# MERCER
### Human Resource Consulting

Page 3
15 December 2003
Monica Lester
Nortel Networks Corporation

## Reconciliation of the Unfunded Liability

The increase in the unfunded liability of $15.1 million (from $50.4 million at December 31, 2000 to $65.5 million at September 30, 2003) is attributed to the following:

|  | All amounts in '000 (Cdn.) |
|---|---|
| **Increases arising from:** | |
| **Change in Demographic Data** | $6,700 |
| **Change in Assumptions** | |
| - Discount rate changed from 6.5% to 5.5% | $8,700 |
| - Increase in the per capita health care costs for LTD claimants | $7,800 |
| - Increase in expense and tax | $2,000 |
| **Total Change in Assumptions** | **$18,500** |
| **Change in the Market Value of Assets** | **($10,100)** |
| **Total Changes in the Unfunded Liability** | **$15,100** |

A more detailed commentary on the changes in the data and assumptions is provided in the Data, Assumptions and Methodology section of this letter.

## Fiscal 2003 Expense

Under U.S. GAAP accounting requirements, the annual expense is determined as the sum of the change in the unfunded liability during the year plus the actual cash payments for post-employment benefits made in the year. This is because any gains or losses occurring in the year are recognized immediately under SFAS 112. Under Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. As we understand that Nortel has adopted the accounting policy to recognize gains and losses immediately for post-employment benefits in 2001, the expense provided in this letter for U.S. financial reporting would also apply be appropriate for Canadian financial reporting.

# MERCER
### Human Resource Consulting

Page 4
15 December 2003
Monica Lester
Nortel Networks Corporation


As we understand that the actual benefit payments or employer contributions to the Trust are already recorded as an expense, we are providing the incremental expense (i e  the change in the unfunded liability) that Nortel will need to record  Based on the accrued benefit liability recorded as at September 30, 2003 and the estimated unfunded liability as at September 30, 2003 (measurement date), the development of the fiscal 2003 expense is as follows:

| | **All amounts in '000 (Cdn.)** | | |
| --- | --- | --- | --- |
| | **Nortel Technology** | **Nortel Networks** | **Total** |
| Unfunded Liability as at September 30, 2003* | $9,800 | $55,700 | $65,500 |
| - Accrued Liability as at September 30, 2003** | | | |
| - Post Employment | $7,359 | $44,245 | $51,604 |
| - LTD | $2,625 | $9,000 | $11,625 |
| - Total Accrued Liability | $9,984 | $53,245 | $63,229 |
| = Incremental Expense (to be recorded in Q4 2003) | ($184) | $2,455 | $2,271 |
| + Fiscal Expense (already recorded in Q1-Q3) | $2,625 | $9,000 | $11,625 |
| = Fiscal 2003 Expense | $2,441 | $11,455 | $13,896 |

*Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimant did not include the legal entity indicator
** As provided by Nortel  Represents amounts already recorded in Nortel's accounts as of September 30, 2003

## Disclosure Information as at December 31, 2003

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[1] or expense  This is somewhat different than the requirements under CICA 3461 for post-employment benefits whereby, subject to materiality considerations, the same type of detailed

---

[1] However, if there are significant obligations that have not been measured or accrued because they cannot be reasonably determined, SFAS 112 would require disclosure of this fact

# MERCER

Human Resource Consulting

Page 5
15 December 2003
Monica Lester
Nortel Networks Corporation

disclosure is required for post-employment benefits as for pension benefits and post-retirement non-pension benefits[2]

Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461 than for U.S. reporting purposes.

## Accounting Treatment of the Trust Assets

Under the accounting standards, the post-employment liabilities for "employer-paid" benefits would be offset by the amount of plan assets that exist to cover these liabilities[3]. We have assumed that the assets held in the Health and Welfare Trust would qualify as assets for benefit accounting purposes. Nortel may want to obtain confirmation with the external auditors before recording the expense provided in this letter. Similarly, the post-employment liabilities for "employee-paid" benefits can also be offset by the amount of plan assets that exist to cover these liabilities. We understand that there is currently about $21.2 million of "surplus" assets associated with the employee-paid optional life plan and that this surplus can only be used for employee-paid benefits and cannot be accessed by Nortel for its own corporate benefit. While we understand that the "surplus" assets cannot be used to offset "employer-paid" post-employment liabilities, it is unclear to us if the "surplus" assets on the employee-paid optional life plan can be used to meet the premium waiver liability on the optional life insurance for the currently disabled employees. For the purposes of this valuation, we have assumed that the "surplus" assets cannot be used to offset the uninsured premium waiver for optional life insurance for accounting purposes.

## Benefit Provisions

Our estimate of the post-employment liabilities reflects provisions for:

---

[2] This would include disclosure of the expense and reconciliation of liabilities from the beginning to the end of the fiscal period

[3] Generally speaking, plan assets that are segregated and restricted (usually in a trust) to pay only for post-employment benefits meet the definition of a "plan asset" for financial reporting purposes. If the assets are available to meet other obligations not related to post-employment benefits, they would not be classified as plan assets for benefit accounting purposes

# MERCER
Human Resource Consulting

Page 6
15 December 2003
Monica Lester
Nortel Networks Corporation

- Future income payments to members on short-term and long-term disability;

- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);

- The continuance of basic life and optional life insurance to disabled members and their dependents; and

- The continuance of medical and dental benefits to disabled members and their dependents; and

- The continuance of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65.

There are a number of other types of post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 apply including employer-provided supplemental unemployment benefits, severance benefits[4], and workers' compensation benefits  We understand that Nortel provides these benefits to its employees. However, we have not valued these benefits at this time as we are uncertain if the liability is currently being accounted for already or may not be specifically accounted for, due to materiality reasons  However, if you would like us to assess the magnitude of the liabilities for these or any other post-employment benefits, please let us know so that we can arrange to collect data to estimate the liabilities.

Finally, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us  There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

We understand that there have been some changes in the plan provisions for Survivor Transition Benefits since our last valuation; however, the changes do not affect the existing claimants prior to the effective date  To the extent that the changes affect new STB claimants, these changes

---

[4] If severance payments are related to years of service and can be predicted with reasonable accuracy, strictly speaking accrual accounting requirements could apply  However, SFAS 88 special termination benefits would not be considered severance benefits and could be accounted for separately

# MERCER
Human Resource Consulting

Page 7
15 December 2003
Monica Lester
Nortel Networks Corporation

have already been reflected in our valuation and no special accounting is required to recognize the plan provision changes.

A brief summary of the plan provisions valued is provided in Appendix B.

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are also documented in Appendix B

The data used in our valuation is based on the listing of the LTD, SIB, and STB claimants as at September 30, 2003 provided by the insurers, supplemented by life insurance information provided by Nortel  We have made assumptions with respect to the basic life insurance amounts for unionized members as the life insurance amounts were not readily available  Each member was assumed to have $40,000 of basic life coverage, based on input from Nortel  The changes in the demographic data from 2000 to 2003 resulted in a loss of $6.7 million, primarily as a result of the increase in the average net monthly LTD income benefit for the LTD claimants.

The discount rate is set based on the duration of the underlying liability and the bond rates as at the measurement date.  Based on the prevailing rates, we have revised the discount rate from 6 5% per annum as at December 31, 2000 to 5 5% per annum as at September 30, 2003.  As post-employment benefits tend to have shorter durations than post-retirement benefits, the discount rate used tends to be about 0.5-1 00% per annum lower than used for the post-retirement benefits valuation   The decrease in the discount rate resulted in a loss of $8.7 million.

The health care trend rate assumptions have been revised to be consistent with those used for the valuation of non-pension post-retirement benefits provided by Nortel  The per capita medical and dental claim costs assumptions have also been revised based the current deemed self-insured rates for the active employee benefit plans  We have adjusted the rates for the expected substandard health of disabled members compared to active employees  We have used this approach as disabled claims experience was not readily available   We have assumed that the average medical cost for a disabled employee is about three times as large as the average medical cost for an active employee.  The increase in the per capita claims cost assumption resulted in a loss of $7 8 million

# MERCER
Human Resource Consulting

Page 8
15 December 2003
Monica Lester
Nortel Networks Corporation

We have also explicitly added an expense and tax load in the calculation of the SIB and STB liabilities   Previously, we had used the reserves as calculated by the insurer as we did not receive sufficient information to determine the liability.  The inclusion of the taxes and expenses resulted in a loss of $2 million.

The market value of the assets increased by $10.1 million from December 31, 2000 to September 30, 2003.  The losses due to changes in data and assumptions are offset by the gains due to the increase in the market value of assets, resulting in a net loss of $15.1 million.

All other assumptions are consistent with those used in our last valuation.  Emerging experience different than the expected assumptions will be reflected in future valuations

## Certification

We have prepared the actuarial valuation of Nortel Network's Post Employment benefits as at September 30, 2003.

The purpose of this valuation is to account for the costs of the plans for the fiscal year beginning January 1, 2003 and ending December 31, 2003 to enable the company to satisfy the accounting requirements under FAS 112 and CICA 3461.

## Plan Provisions

The results of the valuation reflect the provisions of the plan as of the date of the valuation and any substantive commitments contemplated under FAS 112  and CICA 3461 that have been reported to us by the Management of Nortel.

A summary of the plan provisions is included in Appendix B.

## Data

This valuation and extrapolations are based on the membership data as at September 30, 2003 provided by Nortel   The membership data is summarized in Appendix B

# MERCER
### Human Resource Consulting

Page 9
15 December 2003
Monica Lester
Nortel Networks Corporation

## Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a material impact on the results of this valuation and extrapolations.

Actuarial computations under FAS 112 and CICA 3461 are for the purposes of fulfilling employer accounting requirements. Determination for purposes other than meeting employer financial accounting requirements may be significantly different from the results reported herein.

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations. They are Management's best-estimate assumptions, selected for accounting purposes, in accordance with FAS 112 and CICA 3461

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with the requirements of FAS 112 and CICA 3461.

This report has been prepared and my opinion given, in accordance with accepted actuarial practice

Please call us if you have any questions or would like to meet to discuss the content of this letter

Yours truly

Amy Chow
Fellow of the Society of Actuaries
Fellow Canadian Institute of Actuaries

Copy:
Linda Hall, Nortel Networks Corporation
Janet Warren, Nortel Networks Corporation
Tony Gosio, Nortel Networks Limited
Alyssa Ker, Mercer Human Resource Consulting
Paule Desaulniers, Mercer Human Resource Consulting

# MERCER
Human Resource Consulting

Page 10
15 December 2003
Monica Lester
Nortel Networks Corporation


Karen Lockridge, Mercer Human Resource Consulting
Marg French, Mercer Human Resource Consulting
Arnold Yudell, Mercer Human Resource Consulting
Allyson Gilholm, Mercer Human Resource Consulting
Vishul Shah, Mercer Human Resource Consulting

# MERCER
Human Resource Consulting

## Appendix A

Financial Overview of Assets and Liabilities by Benefit Type

|  | All amounts in '000 (Cdn.) | | |
| --- | --- | --- | --- |
| Assets | Nortel Technology | Nortel Networks | Total |
| **Short Term Disability (STD) Claimants** | | | |
| - Income replacement  medical and dental benefits | Nil | Nil | Nil |
| **Long Term Disability (LTD) Claimants** | | | |
| - Income replacement | $17,600 | $55,900 | $73,500 |
| - Medical and Dental | Nil | Nil | Nil |
| - Uninsured Premium Waiver on Basic Life Insurance (employer paid) | Nil | Nil | Nil |
| **Survivor Benefits Claimants (upon death of employee)** | | | |
| - Survivor Income Benefits (SIB) | $8,700 | $10,700 | $19,400 |
| - Survivor Transition Benefits (STB) | Nil | Nil | Nil |
| **Uninsured Premium Waiver on Optional Life Insurance during LTD (employee Paid)** | Nil | Nil | Nil |
| **Total Assets** | **$26,300** | **$66,600** | **$92,900** |

### Liabilities

|  | Nortel Technology | Nortel Networks | Total |
| --- | --- | --- | --- |
| **Short Term Disability (STD) Claimants** | | | |
| - Income replacement, medical and dental benefits | 800 | 300 | $1,100 |
| **Long Term Disability (LTD) Claimants** | | | |
| - Income replacement | $22,400 | $80,800 | $103,200 |
| - Medical and Dental | $2,400 | $16,700 | $19,100 |
| - Uninsured Premium Waiver on Basic Life Insurance (employer paid) | $900 | $3,600 | $4,500 |
| **Survivor Benefits Claimants (upon death of employee)** | | | |
| - Survivor Income Benefits (SIB)* | 7,600 | 13,400 | $21,000 |
| - Survivor Transition Benefits (STB) | Nil | 500 | $500 |
| **Uninsured Premium Waiver on Optional Life Insurance during LTD (Employee Paid)** | $2,000 | $7,000 | $9,000 |
| **Total Liabilities** | **$36,100** | **$122,300** | **$158,400** |

*Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimants did not include the legal entity indicator

# MERCER
Human Resource Consulting

## Appendix B

## Summary of Data and Assumptions

### 1. STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

**Plan Provision**

Short-Term Disability (STD) benefits are provided for up to one year for most union employees and for up to six months for non-union employees (COEU effective Jan 1, 2004 – have non-union STD plan design)

For the non-union employees, the income benefit is 100% for the first 26 weeks, followed by either 70% or 90%.

Except for COEU, for the union plan, the benefit level ranges between 90% and 66-2/3%, depending on service   For example, for a union employee with 2 years of service, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks.

For both groups, medical and dental benefits and life insurance are continued during STD

**Data**

|  | Number | 2003 Annual STD Payments* |
|---|---|---|
| Union | 287 | $2.3 million |
| Non-Union | 232 | $3.9 million |
| Total | 519 | $6.2 million |

\* These amounts exclude the first five days of STD payments, as Nortel does not track these amounts

**Assumptions**

Reserve Factor (for known and unreported claims)

| Income Benefit | |
|---|---|
| - Union | 20% of annual STD payments |
| - Non-Union | 15% of annual STD payments |
| Medical and Dental Benefit and Life Insurance | 3% of STD reserve |

# MERCER
Human Resource Consulting

## 2. LTD – Income Payments and Continuation of Medical and Dental Benefits

### Plan Provisions

Long-Term Disability (LTD) benefits are provided after the STD benefits end

For most union employees, the income benefit is a flat amount based on their benefit group Effective January 1, 2004, members of the COEU will have the non-union LTD FLEX plan design. Until this time, the benefit ranges from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 and $3,050 and after April 1, 2003 the range is $1,950 to $3,150 There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 70% of salary, with or without Cost of Living Adjustment (COLA) benefit COLA is set at 60% of CPI with a maximum of 6% per annum Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6% This COLA feature does not apply if the employee is covered under the core LTD option only.

For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65

### Data

Data was provided by Sun Life as of September 30, 2003

| | | Averages | | |
|---|---|---|---|---|
| | Number | Age at Disability | Duration of Disability (Years) | Monthly Benefit |
| Union | 252 | 43 1 | 11 3 | $1,562 |
| Non-Union | 282 | 42.8 | 7.3 | $2,618 |
| **Total** | **534** | **42.9** | **9.2** | **$2,120** |

# MERCER
### Human Resource Consulting

## Assumptions

| | |
|---|---|
| *Discount Rate* | 5.5% per annum |
| *COLA Increase* | 1 5% per annum for non-union employees (based on 60% of the assumed CPI rate of 2.0%).<br>None for union employees. |
| *Medical Trend Rate* | 8.5% per annum grading down to 4.75% per annum after 6 years. |
| *Dental Trend Rate* | 5.75% per annum grading down to 4.75% after 3 years. |
| *CPP Offset* | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| *Termination (Mortality and Recovery Assumption)* | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications |
| *Percentage Married* | 74% of union and 75% of non-union employees are assumed to be married, based on data provided for the LTD claimants. |
| *Expense and Taxes on LTD Income Benefit* | 15% on the future contribution amounts. |
| *Assumed 2003 Claim Cost per Disabled Employee per Year (includes taxes and expenses)* | <table><tr><td></td><td>Union</td><td>Non-Union</td></tr><tr><td>Medical</td><td>$4,267</td><td>$2,060</td></tr><tr><td>Dental</td><td>$825</td><td>$1,045</td></tr></table>For the non-union group, medical and dental claim costs were based on the 2003 actual experience for all active employees in the Comprehensive plan<br><br>For the union group, medical and dental claim costs were approximated using deemed deposit rates as provided by Sun Life for Dental, and Mercer estimates for the other benefits using Green Shield claims data. As for the non-union group, employee costs were assumed to be 3 times the cost for active employees. |

# MERCER
Human Resource Consulting

| Incurred But Not Reported Reserve (IBNR) | The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims   The number of IBNR claims is roughly estimated based on a level review of Nortel's actual disability experience.  The key assumptions used are as follows: | |
|---|---|---|
| | **Union** | **Non-Union** |
| Disability Incidence Rates | 4/1,000 employees | 3/1,000 employees |
| Reporting Lag on Claims | 1 year | 6 months |
| Number of Employees | 1,258 | 10,573 |
| Average Gross Benefit | $2,500/month | $4,350/month |
| Reserve Factors (years) | | |
| – Income | 5 | 5 |
| – Medical | 6 5 | 6 5 |
| – Dental | 6 | 6 |

# MERCER
### Human Resource Consulting

## 3. Life Insurance for Employees on LTD

### Plan Provisions

There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for both the basic and optional life insurance is continued and paid by Nortel.

For most union employees, the basic coverage is a flat amount for members of the CUCW and COEU (effective January 1, 2004, members of the COEU will have the FLEX non union basic life and optional life coverage) and it varies by benefit group for members of the CAW. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group. All union groups have optional life coverage available to them.

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as for the LTD's definition.

### Data

Census data was provided by Sun Life as of September 30, 2003. Nortel provided the total insurance volume for all employees.

| | Averages | | | |
|---|---|---|---|---|
| | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 252 | $40,000* | 219 | $60,600 |
| Non-Union | 282 | $56,000 | 222 | $169,700 |

* This average is based on available Mercer estimates, as insured life amounts were not provided for the union group.

# MERCER
### Human Resource Consulting

### Assumptions

| | |
|---|---|
| *Reserve Factor* | The liabilities for future life claims (including administrative expenses and taxes) for LTD disabled were assumed to be 16 5% of the life coverage We have assumed that all employees on Worker's Compensation benefits have been included in the claim listing provided to us by Sun Life. |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR reserve is calculated by applying a reserve factor on the number of LTD IBNR claims, as described in the previous section Reserve factor is estimated as 16 5% of the estimated life insurance amount   The average basic and optional life insurance coverage for union and non-union are assumed as follows: |

| | Union | Non-Union |
|---|---|---|
| Average Basic Life | $43,500 | $90,000 |
| Average Optional Life | $61,000 | $216,000 |

## 4. Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees  This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees   In the case of an occupation-related death of an employee, the benefit also provided an additional lump sum benefit  The monthly benefit is provided to the surviving spouse for 60 months following the death

Coverage for the three union groups is as follows:

CUCW – no change to the above description.

CAW – effective April 1, 2003, there will be no STB for active or future retirees.  Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

# MERCER

Human Resource Consulting

COEU – effective January 1, 2004, active employees will be covered under the non union Flex plan, and there will be no STB benefits for current of for future retirees  Until this time, the STB benefit is as described above

Current retirees retain the STB coverage

**Data**

Census data was provided by Sun Life as of September 30, 2003.

|  | Number | Monthly Benefit Amount |
|---|---|---|
| Union (STB) – Active * | 35 | $609 |
| Non-Union (SIB) | 96 | $1,358 |

\* A split of SIB recipients by Active/Retiree status was not available, hence the number of active lives in receipt has been estimated to be 35

The number of retired lives in receipt of STB benefits is estimated to be 269  The associated liability for the retired lives is considered a post-retirement benefit and hence, is not included in the post-employment liability estimates

**Assumptions**

| Interest Rate | 5.5% per annum |
|---|---|
| Mortality Table | GAM94 |
| Expenses and Taxes on Income Payments | 11 7% of claims |
| Incurred But Not Reported Reserve (IBNR) | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small  There is no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees.  The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |

Finance\Mart112,2003\assraspedantstevised assessment of post liabilities.doc

# APPENDIX "WW"

# MERCER
Human Resource Consulting

161 Bay Street  PO Box 501
Toronto  Ontario
Canada M5J 2S5
416 868 2694  Fax  416 868 7694
bruce langstroth@mercer com
www mercerHR com

04 February 2005

Monica Lester
Nortel Networks Corporation
200 Athens Way
Nashville, TN
37228

**Private & Confidential**

Subject:
**Estimation of Post-Employment Benefit Liabilities for Accounting Purposes
as at September 30, 2004**

Dear Monica,

This letter is a follow-up to our letter of January 19  In that letter we provided you with you with
key financial information related to post-employment benefits for the 2004 fiscal year  This
letter provides the complete documentation promised in that letter

All amounts are expressed in Canadian dollars

## Background

The purpose of our valuation of Nortel Networks Corporation's ("Nortel") post-employment
benefits was to determine the unfunded liability related to those benefits  The results of this
determination are used for financial reporting purposes and may not be appropriate for other
purposes.

Post-employment benefits refer to benefits provided to employees who are not actively at work,
but not yet retired  Benefits provided to employees during disability or leave of absence is an
example of post-employment benefits  Under both the US and Canadian benefit accounting
standards – Statement of Financial Accounting Standards Number 112 ("SFAS 112") and
Section 3461 of the Canadian Institute of Chartered Accountants' Handbook ("CICA 3461") –
the liabilities for post-employment benefits are generally determined on a terminal basis,
meaning that a liability is not determined until the event, such as a disability, actually occurs

# MERCER
Human Resource Consulting

Page 2
04 February 2005
Monica Lester
Nortel Networks Corporation

The last valuation of the post-employment benefits was conducted in 2003, based on data as at September 30, 2003. Based on that valuation, the accrued benefit liability at December 31, 2003, ought to be $65 5 million

## Financial Results

The table below presents post-employment liabilities and reported Trust assets by benefit type as of September 30, 2004 and September 30, 2003

| | All amounts in '000 (Cdn.) | | |
|---|---|---|---|
| | At September 30, 2004 | At September 30, 2003 | Change |
| **Assets:** | | | |
| – Short-Term Disability (STD) | $0 | $0 | $ |
| – Long-Term Disability (LTD) | $74,500 | $73,500 | $1,00 |
| – Life, Medical and Dental Benefits during LTD | $0 | $0 | $ |
| – Survivor Benefits | $18,700 | $19,400 | ($70 |
| – Uninsured Premium Waiver on Optional Life Insurance during LTD | $0 | $0 | $ |
| **Total Assets** | **$93,200** | **$92,900** | **$30** |
| | | | |
| **Liabilities:** | | | |
| – STD | $1,100 | $1,100 | $ |
| – LTD | $100,400 | $103,200 | ($2,80 |
| – Life, Medical and Dental Benefits during LTD | $23,400 | $23,600 | ($20 |
| – Survivor Benefits | $20,400 | $21,500 | ($1,10 |
| – Uninsured Premium Waiver on Optional Life Insurance during LTD | $8,500 | $9,000 | ($50 |
| **Total Liabilities** | **$153,800** | **$158,400** | **($4,60** |
| | | | |
| **Net Assets/(Liabilities)** | **($60,600)** | **($65,500)** | **($4,90** |

# MERCER
### Human Resource Consulting

Page 3
04 February 2005
Monica Lester
Nortel Networks Corporation

The September 30, 2004 assets and liability are split between Nortel Networks and Nortel Technology in Appendix A.

## Reconciliation of the Unfunded Liability

The unfunded liability decreased $4.9 million between September 30, 2003 and September 30, 2004. This decrease is attributed to the following causes:

|  | Amount<br>('000's of $Cdn) |
|---|---|
| Unfunded liability at September 30, 2003 | $65,500 |
| Plus decrease in market value of assets | ($300) |
| Plus increase in liability due to change in assumptions | $0 |
| Plus increase in liability due to change in demographics | ($4,600) |
| Unfunded liability at September 30, 2004 | $60,600 |

The dominant factor influencing the drop in the unfunded liability was demographics. Between September 30, 2003 and December 31, 2004 the number of disabled employees dropped from 534 to 497. This reduction was responsible for approximately $3.5 million of the $4.6 million reduction in liability. The balance of the $4.6 million was largely attributable to a reduction in the number and aging of surviving spouses to whom SIB payments are made. Details regarding the data is provided in Appendix B.

## Fiscal 2004 Incremental Expense

Under U.S. GAAP accounting requirements, the annual expense is determined as the sum of the change in the unfunded liability during the year plus the actual cash payments for post-employment benefits made in the year. This is because any gains or losses occurring in the year are recognized immediately under SFAS 112. Under Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. As we understand that Nortel has adopted the accounting policy to recognize gains and losses immediately for post-employment benefits in 2001, the expense provided in this letter for U.S. financial reporting would also be appropriate for Canadian financial reporting.



## MERCER
Human Resource Consulting

Page 4
04 February 2005
Monica Lester
Nortel Networks Corporation

We understand that the actual benefit payments or employer contributions to the Trust are
recorded as an expense as they occur and so we are providing the incremental expense (the
change in the unfunded liability) that Nortel will need to record  The following table presents
the development of the incremental fiscal 2004 expense  This expense is based on the unfunded
liability determined in our valuation at September 30, 2003, and the unfunded liability as at
September 30, 2004 (the measurement date) from our current determination:

|  | All amounts in '000 (Cdn.) | | |
| --- | --- | --- | --- |
|  | Nortel Technology | Nortel Networks | Total |
| Unfunded Liability as at September 30, 2004[1] | 11,300 | 49,300 | 60,600 |
| - Unfunded Liability as at September 30, 2003[1] | $9,800 | $55,700 | $65,500 |
| = Incremental Fiscal 2004 Expense | $1,500 | ($6,400) | ($4,900) |

### Disclosure Information as at December 31, 2004

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[2] or
expense. This is somewhat different than the requirements under CICA 3461 for post-
employment benefits where, subject to materiality considerations, the same type of detailed
disclosure is required for post-employment benefits as for pension benefits and post-retirement
non-pension benefits[3].

Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461 than
for U S. reporting purposes

---

[1] *Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as
data provided for the SIB claimant did not include the legal entity indicator*

[2] However, if there are significant obligations that have not been measured or accrued because they cannot be
reasonably determined, SFAS 112 would require disclosure of this fact

[3] This would include disclosure of the expense and reconciliation of liabilities from the beginning to the end of the
fiscal period

# MERCER
## Human Resource Consulting

Page 5
04 February 2005
Monica Lester
Nortel Networks Corporation

## Accounting Treatment of the Trust Assets

Under the accounting standards, the post-employment liabilities for "employer-paid" benefits would be offset by the amount of plan assets that exist to cover these liabilities[4]. We have assumed that the assets held in the Health and Welfare Trust would qualify as assets for benefit accounting purposes. Nortel may want to obtain confirmation with the external auditors before recording the expense provided in this letter. Similarly, the post-employment liabilities for "employee-paid" benefits can also be offset by the amount of plan assets that exist to cover these liabilities. We understand that there is currently significant "surplus" assets associated with the employee-paid optional life plan ($21.2 million as of September 30, 2003) and that this surplus can only be used for employee-paid benefits and cannot be accessed by Nortel for its own corporate benefit. While we understand that the "surplus" assets cannot be used to offset "employer-paid" post-employment liabilities, it is unclear to us if the "surplus" assets on the employee-paid optional life plan can be used to meet the premium waiver liability on the optional life insurance for the currently disabled employees. For the purposes of this determination, and consistent with last year, we have assumed that the "surplus" assets cannot be used to offset the uninsured premium waiver for optional life insurance for accounting purposes.

## Benefit Provisions

Our estimate of the post-employment liabilities reflects provisions for:

- Future income payments to members on short-term and long-term disability;

- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);

- The continuance of basic life and optional life insurance to disabled members and their dependents; and

---

[4] Generally speaking, plan assets that are segregated and restricted (usually in a trust) to pay only for post-employment benefits meet the definition of a "plan asset" for financial reporting purposes. If the assets are available to meet other obligations not related to post-employment benefits, they would not be classified as plan assets for benefit accounting purposes.

# MERCER
Human Resource Consulting

Page 6
04 February 2005
Monica Lester
Nortel Networks Corporation

- The continuance of medical and dental benefits to disabled members and their dependents; and

- The continuance of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65

There are a number of other types of post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 apply including employer-provided supplemental unemployment benefits, severance benefits[5], and workers' compensation benefits  We **understand that Nortel provides these benefits to its employees**  However, we have not valued these benefits at this time as we are uncertain if the liability is currently being accounted for already or may not be specifically accounted for, due to materiality reasons. However, if you would like us to assess the magnitude of the liabilities for these or any other post-employment benefits, we would be happy to discuss this with you.

Finally, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us. There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

A brief summary of the plan provisions valued is provided in Appendix B

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are documented in Appendix B

Our determination of the post-employment liabilities at September 30, 2004, was based on an extrapolation of the September 30, 2003 valuation supplemented by disabled life claim listings as of December 31, 2004.  The discount rate used in our determination was 5 50% (the same rate used in the 2003 valuation) reflecting prevailing market conditions at September 30, 2004  All other assumptions remained unchanged.  Emerging experience different than the expected assumptions will be reflected in future valuations.

---

[5] If severance payments are related to years of service and can be predicted with reasonable accuracy, strictly speaking accrual accounting requirements could apply  However, SFAS 88 special termination benefits would not be considered severance benefits and could be accounted for separately

# MERCER
Human Resource Consulting

Page 7
04 February 2005
Monica Lester
Nortel Networks Corporation

## Certification

We have prepared the actuarial valuation of Nortel's Post-Employment benefits as at September 30, 2004.

The purpose of the valuation is to account for the costs of the plans for the fiscal year beginning January 1, 2004 and ending December 31, 2004 in accordance with the provisions of SFAS 112 and CICA 3461

## Plan Provisions

The results of our valuation reflect the provisions of the plan as of the date of the valuation and any substantive commitments contemplated under SFAS 112 and CICA 3461 that have been reported to us by Nortel Management.

A summary of the plan provisions is provided in Appendix B

## Data

This valuation and extrapolation is based on membership data as at September 30, 2003 supplemented by membership data as at September 30, 2004. The data was supplied by Nortel and Sun Life   The membership data is summarized in Appendix B.

## Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a material impact on the results of this valuation and extrapolations.

Actuarial computations under SFAS 112 and CICA 3461 are for the purposes of fulfilling employer accounting requirements   Determinations for purposes other than meeting employer financial accounting requirements may produce results that are significantly different from the results reported herein.

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations.  They are Management's best-estimate assumptions, selected for

# MERCER
### Human Resource Consulting

Page 8
04 February 2005
Monica Lester
Nortel Networks Corporation


accounting purposes, in accordance with SFAS 112 and CICA 3461.

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with the requirements of SFAS 112 and CICA 3461

This report has been prepared and our opinion given, in accordance with accepted actuarial practice

Please call us if you have any questions or would like to meet to discuss the content of this letter

Yours truly,


Amy Chow
Fellow of the Society of Actuaries
Fellow of the Canadian Institute of Actuaries

Bruce Langstroth
Fellow of the Society of Actuaries
Fellow of the Canadian Institute of Actuaries


Copy:
Brian Buckles, Nortel Networks Limited
Betty O'Neil, Nortel Networks Limited
Jean Stejskal, Nortel Networks Limited
Alyssa Ker, Mercer Human Resource Consulting
Paule Desaulniers, Mercer Human Resource Consulting
Vishul Shah, Mercer Human Resource Consulting
Amy Chow, Mercer Human Resource Consulting

E:\marketFas117\2004\reports\2005 02 04 letter to monica lester re 2004 post-employment valuation (long term).doc

# MERCER
### Human Resource Consulting

Page 9
04 February 2005
Monica Lester
Nortel Networks Corporation

## Appendix A

| | All amounts in '000 (Cdn.) | | |
| --- | --- | --- | --- |
| | Nortel Technology | Nortel Networks | Total |
| **Assets:** | | | |
| - Short-Term Disability (STD) | $0 | $0 | $0 |
| - Long-Term Disability (LTD) | $17,600 | $56,900 | $74,500 |
| - Life, Medical and Dental Benefits during LTD | $0 | $0 | $0 |
| - Survivor Benefits | $8,900 | $9,800 | $18,700 |
| - Uninsured Premium Waiver on Optional Life Insurance during LTD | $0 | $0 | $0 |
| **Total Assets** | **$26,500** | **$66,700** | **$93,200** |
| | | | |
| **Liabilities:** | | | |
| - STD | $300 | $800 | $1,100 |
| - LTD | $24,300 | $76,100 | $100,400 |
| - Life, Medical and Dental Benefits during LTD | $3,500 | $19,900 | $23,400 |
| - Survivor Benefits | $7,700 | $12,700 | $20,400 |
| - Uninsured Premium Waiver on Optional Life Insurance during LTD | $2,000 | $6,500 | $8,500 |
| **Total Liabilities** | **$37,800** | **$116,000** | **$153,800** |
| | | | |
| **Net Assets/(Liabilities)** | **($11,300)** | **($49,300)** | **($60,600)** |

# MERCER
Human Resource Consulting

Page 10
04 February 2005
Monica Lester
Nortel Networks Corporation

## Appendix B

## Summary of Data and Assumptions

## STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

Plan Provisions

Short-Term Disability (STD) benefits are provided for up to one year for most union employees The benefit level ranges between 90% and 66-2/3%, depending on service and the duration of the claim. For example, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks for a union employee with 2 years of service.

Non-union employees are entitled to STD benefits for up to six months. The STD income benefit is 100% of salary for the entire benefit period

Effective January 1, 2004, STD benefits for COEU members are the same as for non-union employees.

Medical and dental benefits and life insurance are continued during STD for both union and non-union employees

Data

|  | Number | 2003 Annual STD Payments[6] |
|---|---|---|
| Union | 287 | $2.3 million |
| Non-Union | 232 | $3.9 million |
| Total | 519 | $6.2 million |

---

[6] *These amounts exclude benefits provided in the first five days of STD payments as this period is not tracked by Nortel.*

# MERCER
Human Resource Consulting

Page 11
04 February 2005
Monica Lester
Nortel Networks Corporation

## Assumptions

Reserve Factor (for known and unreported claims)

| Income Benefit | |
|---|---|
| - Union | 20% of 103.25%[7] of 2003 annual STD payments |
| - Non-Union | 15% of 103.25%[7] of 2003 annual STD payments |
| Medical and Dental Benefit and Life Insurance | 3% of STD reserve |

## LTD – Income Payments and Continuation of Medical and Dental Benefits

### Plan Provisions

Long-Term Disability (LTD) benefits are provided after the STD benefits end

For most union employees, the income benefit is a flat amount based on their benefit group. Effective January 1, 2004, members of the COBU will have the non-union LTD FLEX plan design.  Until this time, the benefit ranges from $1,850 to $3,050 per month.  The current benefit range for members of the CUCW is $1,975 to $2,250  The benefit for members of the CAW before April 1, 2003 ranged from $1,850 and $3,050 and after April 1, 2003 the range is $1,950 to $3,150  There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 70% of salary, with or without Cost of Living Adjustment (COLA) benefit.  COLA is set at 60% of CPI with a maximum of 6% per annum  Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%  This COLA feature does not apply if the employee is covered under the core LTD option only.

---

[7] *2004 annual STD payments were estimated by increasing 2003 annual STD payments by assumed inflation and productivity increases (3 25%)*

# MERCER
### Human Resource Consulting

Page 12
04 February 2005
Monica Lester
Nortel Networks Corporation


For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65

## Data

The following table presents a summary of the data provided by Sun Life as of December 31, 2004 and September 30, 2003

|  | Averages | | | |
|---|---|---|---|---|
|  | Number | Age at Disability | Duration of Disability (Years) | Monthly Benefit |
| September 30, 2003 | 534 | 42.9 | 9.2 | $2,120 |
| December 31, 2004 | 497 | 42.6 | 10.1 | $2,169 |

## Assumptions

| | |
|---|---|
| *Discount Rate* | 5.5% per annum |
| *COLA Increase* | 1.5% per annum for non-union employees (based on 60% of the assumed CPI rate of 2 0%)<br>None for union employees. |
| *Medical Trend Rate* | 7.88% per annum in 2004 grading down to 4.75% per annum in 2009. |
| *Dental Trend Rate* | 5.42% per annum in 2004 grading down to 4.75% per annum in 2006. |
| *CPP Offset* | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| *Termination (Mortality and Recovery Assumption)* | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications |
| *Percentage Married* | 74% of union and 75% of non-union employees are assumed to be married, based on data provided for the LTD claimants. |
| *Expense and Taxes on LTD Income Benefit* | 15% on the future contribution amounts. |
| *Assumed 2003 Claim* | Union        Non-Union |

# MERCER
Human Resource Consulting

Page 13
04 February 2005
Monica Lester
Nortel Networks Corporation

| Cost per Disabled Employee per Year (includes taxes and expenses) | Medical | $4,267 | $2,060 |
|---|---|---|---|
| | Dental | $825 | $1,045 |

For the non-union group, medical and dental claim costs were based on the 2003 actual experience for all active employees in the Comprehensive plan

For the union group, medical and dental claim costs were approximated using deemed deposit rates as provided by Sun Life for Dental, and Mercer estimates for the other benefits using Green Shield claims data. As for the non-union group, employee costs were assumed to be 3 times the cost for active employees.

**Incurred But Not Reported Reserve (IBNR)**

The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims. The number of IBNR claims is roughly estimated based on a level review of Nortel's actual disability experience  The key assumptions used are as follows:

| | Union | Non-Union |
|---|---|---|
| Disability Incidence Rates | 4/1,000 employees | 3/1,000 employees |
| Reporting Lag on Claims | 1 year | 6 months |
| Number of Employees | 1,258 | 10,573 |
| Average Gross Benefit | $2,500/month | $4,350/month |
| Reserve Factors (years) | | |
| - Income | 5 | 5 |
| - Medical | 6 5 | 6 5 |
| - Dental | 6 | 6 |

# MERCER
### Human Resource Consulting

Page 14
04 February 2005
Monica Lester
Nortel Networks Corporation

## Life Insurance for Employees on LTD

### Plan Provisions
There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for both the basic and optional life insurance is continued and paid by Nortel

For most union employees, the basic coverage is a flat amount for members of the CUCW and COEU (effective January 1, 2004, members of the COEU will have the FLEX non union basic life and optional life coverage) and it varies by benefit group for members of the CAW. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group   All union groups have optional life coverage available to them

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as for the LTD's definition

# MERCER
### Human Resource Consulting

Page 15
04 February 2005
Monica Lester
Nortel Networks Corporation

## Data

Census data was provided by Sun Life as of September 30, 2003. Nortel provided the total insurance volume for all employees  The September 30, 2004 liability was extrapolated from the September 30, 2003 liability based on changes in the number of disabled lives

| | Averages | | | |
|---|---|---|---|---|
| | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 252 | $40,000[a] | 219 | $60,600 |
| Non-Union | 282 | $56,000 | 222 | $169,700 |

## Assumptions

| | |
|---|---|
| *Reserve Factor* | The liabilities for future life claims (including administrative expenses and taxes) for LTD disabled were assumed to be 16 5% of the life coverage. We have assumed that all employees on Worker's Compensation benefits have been included in the claim listing provided to us by Sun Life. |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR reserve is calculated by applying a reserve factor on the number of LTD IBNR claims, as described in the previous section Reserve factor is estimated as 16 5% of the estimated life insurance amount  The average basic and optional life insurance coverage for union and non-union are assumed as follows: |

| | Union | Non-Union |
|---|---|---|
| Average Basic Life | $43,500 | $90,000 |
| Average Optional Life | $61,000 | $216,000 |

---

[a] *The average is based on available Mercer estimates as insured life amounts were not provided for the union group.*

# MERCER
### Human Resource Consulting

Page 16
04 February 2005
Monica Lester
Nortel Networks Corporation

## Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses  The payment of benefits is provided for the lifetime of the surviving spouse

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees.  In the case of an occupation-related death of an employee, the benefit also provided an additional lump sum benefit. The monthly benefit is provided to the surviving spouse for 60 months following the death

Coverage for the three union groups is as follows:

CUCW – no change to the above description.

CAW – effective April 1, 2003, there will be no STB for active or future retirees.  Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

COEU – effective January 1, 2004, active employees will be covered under the non union Flex plan, and there will be no STB benefits for current of for future retirees  Until this time, the STB benefit is as described above.

Current retirees retain the STB coverage

# MERCER
Human Resource Consulting

Page 17
04 February 2005
Monica Lester
Nortel Networks Corporation

## Data

The following table presents the data provided by Sun Life as of September 30, 2003 and December 31, 2004.

|  | September 30, 2003 | | December 31, 2004 | |
|---|---|---|---|---|
|  | Number | Monthly Benefit Amount | Number | Monthly Benefit Amount |
| Union (STB) – Active[9] | 35 | $609 | 35 | $632 |
| Non-Union (SIB) | 96 | $1,358 | 91 | $1,362 |

## Assumptions

| | |
|---|---|
| *Interest Rate* | 5.5% per annum |
| *Mortality Table* | GAM94 |
| *Expenses and Taxes on Income Payments* | 11 7% of claims |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small There is no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees.  The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |

---

[9] *A split of STB recipients by status (active/retired) was not available  The number of active lives in receipt of STB has been estimated to be 35  The number of retired lives in receipt of STB has been estimated to be 269.  STB paid to retired lives is a post-retirement benefit and is not included in the post-employment liability estimates*

# APPENDIX "XX"

# MERCER
### Human Resource Consulting

161 Bay Street, PO Box 501
Toronto, Ontario
Canada M5J 2S5
416 868 2694 Fax 416 868 7694
bruce.langstroth@mercer.com
www.mercerHR.com

23 January 2007

Fabrice Jestin
Nortel Networks Corporation
195 The West Mall
Toronto ON M9C 5K1

**Private & Confidential**

Subject:
**Valuation of Post-Employment Benefit Liabilities for Accounting Purposes as
at September 30, 2006**

Dear Fabrice,

This letter is a follow-up to our email of January 5. In that email we provided you with key
financial information related to post-employment benefits for the 2006 fiscal year. This letter
provides the complete documentation promised in that email.

All amounts are expressed in Canadian dollars.

## Background

The purpose of our valuation of Nortel Networks Corporation's ("Nortel") post-employment
benefits is to determine the unfunded liability related to those benefits. The results of this
determination are used for accounting for the costs of the benefits discussed in this document in
Nortel's financial statements and may not be appropriate for other purposes.

"Post-employment benefits" refers to benefits provided to employees who are not actively at
work but have not retired. Benefits provided to employees during disability or leave of absence
are examples of post-employment benefits. Under both US and Canadian GAAP – Statement of
Financial Accounting Standards Number 112 ("SFAS 112") and Section 3461 of the Canadian
Institute of Chartered Accountants' Handbook ("CICA 3461") -- the liabilities for post-
employment benefits are generally determined on a terminal basis, meaning that a liability is not
determined until the event giving rise to the liability, such as a disability, actually occurs.

The last valuation of the post-employment benefits was performed as at September 30, 2005,
based on data as at September 30, 2005. The unfunded liability determined at that time was
$147,300,000.

MMC  Marsh & McLennan Companies

# MERCER
Human Resource Consulting

Page 2
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

Our estimate of the post-employment liabilities reflects provisions for:

- Future income payments to members on short-term and long-term disability;
- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);
- The continuance of basic life insurance to disabled members;
- The continuance of medical and dental benefits to disabled members and their dependents; and
- The continuance of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65.

There are a number of other types of post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 apply including employer-provided supplemental unemployment benefits, severance benefits[1], and workers' compensation benefits. We understand that Nortel provides post-employment benefits to its employees beyond the scope of what we have included in our valuation. We also understand that Nortel determines its obligation for these benefits through another process or does not account for them on the grounds of materiality. Therefore, we have not valued any benefits beyond those described above. If you would like us to assess the magnitude of the liabilities for these or any other post-employment benefits, we would be happy to discuss this with you.

Finally, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us. There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

A brief summary of the plan provisions valued is provided in Appendix B.

The unfunded liability reported in this letter does not include any liability with respect to the continuation of employee-paid optional life insurance during the employee's disability. In prior years we have included this obligation in our determination of the unfunded liability and understand that Nortel has accounted for the obligation in those years as Nortel's obligation. The inclusion of a liability for this benefit was based on uncertainty as to whether Nortel possessed any obligation with respect to these benefits. We understand that Nortel has obtained legal advice that they have no obligation with respect to these benefits. We further understand that

---

[1] If severance payments are related to years of service and can be predicted with reasonable accuracy, strictly speaking accrual accounting requirements could apply. However, SFAS 88 special termination benefits would not be considered severance benefits and could be accounted for separately.

# MERCER
### Human Resource Consulting

Page 3
23 January 2007
Fabrice Jestin
Nortel Networks Corporation


Nortel has made adjustments to its accounting prior to year end and, at their direction, we have excluded the obligation from our September 30, 2006 valuation and revised figures for prior periods correspondingly.

The obligation with respect to the uninsured continuation of optional life insurance was $4.4 million as at September 30, 2005.

For your reference, the September 30, 2006 liability for this benefit is split between Nortel Networks and Nortel Technology in Appendix A.

## Valuation Results

The table below presents the post-employment liabilities by benefit type as of September 30, 2006 and September 30, 2005.

| | All amounts in '000 (Cdn.) | | |
|---|---|---|---|
| | At September 30, 2006 | At September 30, 2005 | Change |
| Total Assets | $0 | $0 | $0 |
| | | | |
| Liabilities: | | | |
| - STD | $400 | $300 | $100 |
| - LTD | $95,500 | $103,700 | ($8,200) |
| - Life, Medical and Dental Benefits during LTD | $23,900 | $22,100 | $1,800 |
| - Survivor Benefits | $19,500 | $21,200 | ($1,700) |
| Total Liabilities | $139,300 | $147,300[2] | ($8,000) |
| | | | |
| Net Assets/(Liabilities) | ($139,300) | ($147,300)[2] | ($8,000) |

Appendix A provides a breakdown of the September 30, 2006 liabilities between Nortel Networks and Nortel Technology.

---

[2] *This figure differs from the figures presented in our letter of March 24, 2006 due to the removal of the $4.4 million liability for the continuation of optional life insurance during employees' disability.*

# MERCER
### Human Resource Consulting

Page 4
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

The obligation with respect to the uninsured continuation of optional life insurance was $4.7 million as at September 30, 2006.

## Reconciliation of the Unfunded Liability

The unfunded liability decreased $8 million between September 30, 2005 and September 30, 2006. This increase is attributed to the following causes:

| | Amount ('000's of $Cdn) |
|---|---|
| Unfunded liability at September 30, 2005[2] | $147,300 |
| Plus increase in liability due to change in assumptions | ($3,100) |
| Plus increase in liability due to change in demographics | ($4,900) |
| Unfunded liability at September 30, 2006 | $139,300 |

The change due to changes in assumptions was mainly related to a reduction in LTD claims administration expenses, assumed in the valuation.

## Fiscal 2006 Incremental Expense

For US GAAP purposes, the annual expense for post-employment benefits is determined as the sum of the change in the unfunded liability during the year plus actual cash payments (contributions or benefit payments) for post-employment benefits made in the year. Gains or losses occurring in the year are recognized immediately under SFAS 112.

For Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. We understand that Nortel has elected to recognize gains and losses immediately for post-employment benefits. As a result, the expense provided in this letter for US financial reporting would also be appropriate for Canadian financial reporting.

We understand that the actual benefit payments are recorded as an expense as they occur and so we are providing the incremental expense (the change in the unfunded liability) that Nortel will need to record. The following table presents the development of the incremental fiscal 2006 expense. This expense is based on the unfunded liability determined in our valuation at September 30, 2005, and the unfunded liability as at September 30, 2006 (the measurement date) from our current determination:

# MERCER
### Human Resource Consulting

Page 5
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

| | All amounts in '000 (Cdn.) | | |
|---|---|---|---|
| | Nortel Technology | Nortel Networks | Total |
| Unfunded Liability as at September 30, 2006 | $40,300 | $99,000 | $139,300 |
| - Unfunded Liability as at September 30, 2005 | $40,300 | $107,000 | $147,300 |
| = Incremental Fiscal 2006 Expense[3] | $0 | ($8,000) | ($8,000) |

## Disclosure Information as at December 31, 2006

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[4] or expense. Consistent with these requirements (or lack of requirements), we have provided information required by Nortel to account for the costs of the plans but have not provided disclosure information.

Disclosure requirements under CICA 3461 are more rigorous than those under SFAS 112. Subject to materiality considerations, CICA 3461 requires the same type of detailed disclosure as is required for post-retirement non-pension benefits[5]. Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461.

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are documented in Appendix B.

Our determination of the post-employment liabilities at September 30, 2006, was based on data as at September 30, 2006. The discount rate used in our determination as at September 30, 2006 was 4.78% per annum reflecting prevailing yields on high-quality Corporate bonds with characteristics similar to the liabilities at September 30, 2006. The discount rate used in the valuation as at September 30, 2005 was 4.75% per annum. Emerging experience different than the expected assumptions will be reflected in future valuations.

---

[3] Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimants did not include the legal entity indicator. These approximations were consistent year over year.

[4] However, if there are significant obligations that have not been measured or accrued because they cannot be reasonably determined, SFAS 112 would require disclosure of this fact.

[5] This would include disclosure of the expense and reconciliation of liabilities from the beginning to the end of the fiscal period.

# MERCER
Human Resource Consulting

Page 6
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

It should be noted that future health care costs trends are especially difficult to predict (largely due to government cost-shifting and continued medical developments), and actual experience is likely to differ from expected.

## Certification

We have prepared an actuarial valuation of Nortel's Post-Employment benefits as at September 30, 2006. The purpose of this valuation is to account for the costs of Nortel's post-employment benefits for the fiscal year beginning January 1, 2006 and ending December 31, 2006 in accordance with the provisions of SFAS 112 and CICA 3461.

### Plan Provisions

The results of our valuation reflect the provisions of the plan as of the date of the valuation and any substantive commitments contemplated under SFAS 112 and CICA 3461 that have been reported to us by Management.

A summary of the plan provisions is provided in Appendix B.

### Data

This valuation is based on membership data as at September 30, 2006. We have used and relied on financial and membership data supplied by Nortel and Sun Life. Membership data would customarily not be verified by a plan's actuary. We have reviewed the membership data for internal consistency and reasonableness and have no reason to doubt its substantial accuracy. We have also used and relied upon the plan documents and assertions provided by Nortel. Nortel is solely responsible for the validity and completeness of this information. The membership data is summarized in Appendix B.

### Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a material impact on the results of this valuation and extrapolations.

Actuarial computations under SFAS 112 and CICA 3461 are for the purposes of accounting for the costs of post-employment benefits. Determinations for other purposes may produce results that are significantly different from the results reported herein.

# MERCER
Human Resource Consulting

Page 7
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations. They are Management's best-estimate assumptions, selected for accounting purposes, in accordance with SFAS 112 and CICA 3461.

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with the requirements of SFAS 112 and CICA 3461.

This report has been prepared and my opinion given, in accordance with accepted actuarial practice.

Please call us if you have any questions or would like to meet to discuss the content of this letter.

Yours truly,

Bruce Langstroth
Fellow of the Society of Actuaries
Fellow of the Canadian Institute of Actuaries

Copy:
Elizabeth Smith, Nortel Networks Corporation
Jean Stejskal, Nortel Networks Corporation
Tony Grewal, Nortel Networks Corporation
Doug Johnson, Mercer Human Resource Consulting
Paul Forestell, Mercer Human Resource Consulting
Alyssa Ker, Mercer Human Resource Consulting
Vishul Shah, Mercer Human Resource Consulting
Tiffany Maynard, Mercer Human Resource Consulting

I:\nortel\ss112\2008\reports\2007 01 23 2006 post-employment valuation (draft).doc

# MERCER
Human Resource Consulting

Page 8
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Appendix A

|  | All amounts in '000 (Cdn.) | | |
|---|---|---|---|
|  | Nortel Technology | Nortel Networks | Total |
| Total Assets | $0 | $0 | $0 |
| Liabilities: |  |  |  |
| - STD | $200 | $200 | $400 |
| - LTD | $28,600 | $66,900 | $95,500 |
| - Life, Medical and Dental Benefits during LTD | $4,100 | $19,800 | $23,900 |
| - Survivor Benefits | $7,400 | $12,100 | $19,500 |
| Total Liabilities | $40,300 | $99,000 | $139,300 |
| Net Assets/(Liabilities) | ($40,300) | ($99,000) | ($139,300) |

### Continuation of Optional Life Insurance during LTD

| All amounts in '000 (Cdn.) | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Liability as at September 30, 2006 | $1,600 | $3,100 | $4,700 |
| Liability as at September 30, 2005 | $1,200 | $3,200 | $4,400 |

**MERCER**
Human Resource Consulting

Page 9
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Appendix B

### Summary of Data and Assumptions

### STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

#### Plan Provisions

Short-Term Disability (STD) benefits are provided for up to one year for most union employees. The benefit level ranges between 90% and 66-2/3%, depending on service and the duration of the claim. For example, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks for a union employee with 2 years of service.

Non-union employees are entitled to STD benefits for up to six months. The STD income benefit is 100% of salary for the first 13 weeks and 70% of salary for the remainder of the benefit period. Employee-paid optional STD is available to increase the STD benefit to 90% of salary for weeks 14 – 26.

Effective January 1, 2004, STD benefits for CQEU members are the same as for non-union employees.

Medical and dental benefits and life insurance are continued during STD for both union and non-union employees.

#### Data

| Number | STD Payments January to November 2005[6] |
|--------|-------------------------------------------|
| 327    | $2.9 million                              |

---

[6] These amounts exclude benefits provided in the first five days of STD payments as this period is not tracked by Nortel.

# MERCER
### Human Resource Consulting

Page 10
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

### Assumptions

Reserve Factor (for known and unreported claims)

| | |
|---|---|
| Income Benefit | 8.3% of 2005 annualized STD payments |
| Medical and Dental Benefit and Life Insurance | 15% of reserve for income payments |

## *LTD – Income Payments and Continuation of Medical and Dental Benefits*

### Plan Provisions

Long-Term Disability (LTD) benefits are provided after the STD benefits end.

For most union employees, the income benefit is a flat amount based on their benefit group. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 70% of salary with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. This COLA feature does not apply if the employee is covered under the core LTD option only.

For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65.

# MERCER
### Human Resource Consulting

Page 11
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Data

The following table presents a summary of the data provided by Sun Life as of September 30, 2006 and September 30, 2005.

| | | Averages | | |
|---|---|---|---|---|
| | Number | Age at Disability | Duration of Disability (Years) | Net Monthly Benefit |
| September 30, 2005 | 479 | 42.3 | 10.4 | $1,973 |
| September 30, 2006 | 459 | 42.1 | 11.0 | $1,945 |

## Assumptions

| | |
|---|---|
| *Discount Rate* | 4.78% per annum |
| *COLA Increase* | 1.5% per annum for non-union employees (based on 60% of the assumed CPI rate of 2.5%). None for union employees. |
| *Medical Trend Rate* | 8% per annum in 2005 grading down to 4.5% per annum in 2015. |
| *Dental Trend Rate* | 4.75% per annum |
| *CPP Offset* | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| *Termination (Mortality and Recovery Assumption)* | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications. |
| *Percentage Married* | 74% of union and 75% of non-union employees are assumed to be married, based on data provided for the LTD claimants. |
| *Expense and Taxes on LTD Income Benefit* | 10.95% on the future contribution amounts. |

# MERCER
Human Resource Consulting

Page 12
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Assumptions *(continued)*

| *Assumed 2006 Claim Cost per Disabled Employee per Year (includes taxes and expenses)* | | Union | Non-Union |
|---|---|---|---|
| | Medical | $6,076 | $2,411 |
| | Dental | $993 | $1,202 |

| *Incurred But Not Reported Reserve (IBNR)* | The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims. The key assumptions used are as follows: | | |
|---|---|---|---|

| | Nortel Networks | Nortel Technology |
|---|---|---|
| Disability Incidence Rates | 3/1,000 employees | 3/1,000 employees |
| Reporting Lag on Claims | 7 months | 6 months |
| Number of Employees | 5,368 | 4,017 |
| Average Gross Benefit | $3,500/month | $3,500/month |
| Reserve Factors (years) | | |
| - Income | 5.0 | 5.0 |
| - Medical | 7.5 | 7.5 |
| - Dental | 7.1 | 7.1 |

# MERCER
Human Resource Consulting

Page 13
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Life Insurance for Employees on LTD

### Plan Provisions

There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for the basic life insurance is continued and paid by Nortel. The cost of the continuation of optional life insurance is effectively paid for by active employees.

For most union employees, the basic coverage is a flat amount for members of the CUCW and COEU (effective January 1, 2004, members of the COEU will have the FLEX non union basic life and optional life coverage) and it varies by benefit group for members of the CAW. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group. All union groups have optional life coverage available to them.

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as for the LTD's definition.

### Data

Census data was provided by Sun Life as of September 30, 2006. Nortel provided the total insurance volume for all employees.

| | | Averages | | |
|---|---|---|---|---|
| | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 197 | $62,600[7] | 162 | $60,400 |
| Non-Union | 262 | $58,300 | 208 | $169,900 |

We have assumed that all employees on worker's compensation benefits have been included in the claim listing provided to us by Sun Life.

---

[7] The average is based on available Mercer estimates as insured life amounts were not provided for the union group.

# MERCER
### Human Resource Consulting

Page 14
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Assumptions

| | |
|---|---|
| *Discount Rate* | 4.78% per annum |
| *Mortality Assumption & Recovery* | Disability claim mortality assumptions were based on the Kreiger Basic table modified by the 1988-94 CIA study factors. |
| *Expense and Taxes on Life Waiver Benefit* | 7.95% of reserve |

## Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees. In the case of an occupation-related death of an employee, the benefit also provided an additional lump sum benefit. The monthly benefit is provided to the surviving spouse for 60 months following the death.

Coverage for the three union groups is as follows:

CUCW – as described above.

CAW – effective April 1, 2003, there were no STB for active or future retirees. Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

COEU – effective January 1, 2004, active employees were covered under the non union Flex plan, and STB benefits for current or future retirees were estimated.

Current retirees retain the STB coverage.

# MERCER
Human Resource Consulting

Page 15
23 January 2007
Fabrice Jestin
Nortel Networks Corporation

## Data

The following table presents the data provided by Sun Life as of September 30, 2005 and September 30, 2006.

|  | September 30, 2005 | | September 30, 2006 | |
| --- | --- | --- | --- | --- |
|  | Number | Monthly Benefit Amount | Number | Monthly Benefit Amount |
| Union (STB) – Active[8] | 33 | $583 | 30 | $520 |
| Non-Union (SIB) | 90 | $1,366 | 86 | $1,376 |

## Assumptions

| | |
| --- | --- |
| *Interest Rate* | 4.78% per annum |
| *Mortality Table* | Uninsured Pensioner mortality projected to 2005. |
| *Expenses and Taxes on Income Payments* | 9.46% of claims |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small. There is no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees. The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |

We have split the STB obligation between that for active employees and that for retired employees by age at death of the employee.

---

[8] A split of STB recipients by status (active/retired) was not available. The number of active lives in receipt of STB has been estimated to be 30. The number of retired lives in receipt of STB has been estimated to be 267. STB paid to retired lives is a post-retirement benefit and is not included in the post-employment liability estimates.

# APPENDIX "YY"



**MERCER**

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

**Darryl Leach**
National Partner

161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
416 868 7275  Fax 416 868 8999
darryl.leach@mercer.com
www.mercer.ca

15 January 2008

Fabrice Jestin
Nortel Networks Corporation
195 The West Mall
Toronto, Ontario
M9C 5K1

**Private & Confidential**

**Subject:** Valuation of Post-Employment Benefit Liabilities for Accounting Purposes as at
September 30, 2007

Dear Fabrice,

This letter provides the results of our post-employment benefits valuation as at
September 30, 2007.  The 2008 expense estimate is being sent under separate cover.

All amounts are expressed in Canadian dollars.

## Background

The purpose of our valuation of Nortel Networks Corporation's ("Nortel") post-employment
benefits is to determine the unfunded liability related to those benefits. The results of this
determination are used for accounting for the costs of the benefits included in our valuation
in Nortel's financial statements and may not be appropriate for other purposes.

"Post-employment benefits" are benefits provided to employees who are not actively at work
but have not retired. Benefits provided to employees during disability or leave of absence
are examples of post-employment benefits. Under both US and Canadian GAAP –
Statement of Financial Accounting Standards Number 112 ("SFAS 112") and Section 3461
of the Canadian Institute of Chartered Accountants' Handbook ("CICA 3461") -- the liabilities
and expense for post-employment benefits are generally determined on a terminal
accounting basis, meaning that liabilities and expense are not determined until the event
giving rise to the liability and the expense, such as a disability, actually occurs.

Mercer (Canada) Limited



Consulting. Outsourcing. Investments.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 2
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

The previous valuation of the post-employment benefits was performed as at September 30, 2006, based on data as at September 30, 2006. The unfunded liability determined at that time was $139,300,000.

The following benefits have been included in our valuation of post-employment liabilities:

- Future income payments to members on short-term and long-term disability;
- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);
- Continuation of basic life insurance fo disabled members;
- Continuation of medical and dental benefits to disabled members and their dependents; and
- Continuation of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65.

**We understand that Nortel provides post-employment benefits to its employees beyond the scope of what we have included in our valuation.**

We also understand that Nortel determines its obligation for these benefits through another process or does not account for them on the grounds of materiality. Therefore, we have not valued any benefits other than those described above. If you would like us to assess the magnitude of the liabilities for any other post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 might apply, (e.g. employer-provided supplemental unemployment benefits, severance benefits and workers' compensation benefits), we would be pleased to discuss this with you.

Also, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us. There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

A summary of the plan provisions valued is provided in Appendix B.

As discussed in last year's report, our calculation of the unfunded liability for post-employment liabilities does not include any liability for the continuation of employee-paid optional life insurance for disabled employees.

# MERCER



**MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN**

Page 3
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

However, we have, as requested, for your information, calculated that the amount of this obligation has increased from $4.7 million as at September 30, 2006 to $5.1 million as at September 30, 2007. The breakdown of this liability between Nortel Networks and Nortel Technology, as at September 30, 2007 is in Appendix A.

## Valuation Results

The table below presents the post-employment liabilities by benefit type as of September 30, 2006 and September 30, 2007.

All amounts in $000s (Cdn.)

|  | At Sep 30/06 | At Sep 30/07 | Change |
|---|---|---|---|
| **Assets** | **$0** | **$0** | **$0** |
| **Liabilities:** | | | |
| ▪  STD | $400 | $400 | $0 |
| ▪  LTD | 95,500 | 101,800 | 6,300 |
| ▪  Life, Medical and Dental Benefits during LTD | 23,900 | 24,200 | 300 |
| ▪  Survivor Benefits | 19,500 | 20,500 | 1,000 |
| **Total Liabilities** | **$139,300** | **$146,900** | **$7,600** |
| **Net Assets/(Liabilities)** | **($139,300)** | **($146,900)** | **$7,600** |

Appendix A provides a breakdown of the September 30, 2007 liabilities between Nortel Networks and Nortel Technology.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 4
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

## Reconciliation of the Unfunded Liability

The unfunded liability increased by $7.6 million between September 30, 2006 and September 30, 2007. The breakdown of this increase is shown in the table below:

All amounts in $000s (Cdn.)

| | |
|---|---:|
| **Unfunded liability at September 30, 2006** | **$139,300** |
| Decrease in liability due to change in assumptions | (1,400) |
| Decrease in sales tax  liability due to change in asset value | (800) |
| Increase in liability due to change in demographics | 2,200 |
| Increase in liability due to change in discount rate | 7,600 |
| **Unfunded liability at September 30, 2007** | **$146,900** |

The decrease due to changes in assumptions was mainly due to the result of a reduction in the LTD medical and dental claims assumptions (except for union medical) used in the valuation. The increase in liability due to demographic change is primarily attributable to the 23 new claims having an average monthly benefit of $4,900 compared to the expected average of $3,452.

## Fiscal 2007 Incremental Expense

For US GAAP purposes, the annual expense for post-employment benefits is determined as the sum of the change in the unfunded liability during the year plus actual cash payments (contributions or benefit payments) for post-employment benefits made in the year.  Gains or losses occurring in the year are recognized immediately under SFAS 112.

For Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. We understand that Nortel has elected to recognize gains and losses immediately for post-employment benefits. As a result, the expense provided in this letter for US financial reporting would also be appropriate for Canadian financial reporting.

We understand that the actual benefit payments are recorded as an expense as they occur and so we are providing the incremental expense (the change in the unfunded liability) that Nortel will need to record. The following table presents the development of the incremental

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 5
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

fiscal 2007 expense. This expense, based on the unfunded liability determined in our valuation at September 30, 2006, and the unfunded liability determined in our valuation as at September 30, 2007, is shown in the following table:

All amounts in $000s (Cdn.)

|  | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Unfunded liability as at September 30, 2007 | $42,600 | $104,300 | $146,900 |
| Minus unfunded liability as at September 30, 2006 | 40,300 | 99,000 | 139,300 |
| Incremental fiscal 2007 expense[1] | $2,300 | $5,300 | $7,600 |

## Disclosure Information as at December 31, 2007

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[2] or expense.  Accordingly, we have provided information required by Nortel to account for the costs of the plans but have not provided disclosure information.

Disclosure requirements under CICA 3461 are more rigorous than those under SFAS 112. Subject to materiality considerations, CICA 3461 requires the same detailed disclosure as is required for post-retirement non-pension benefits.  Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461.

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are documented in Appendix B.

Our valuation of the post-employment liabilities at September 30, 2007, was based on data as at September 30, 2007. The discount rate used in our determination as at September 30, 2007 was 4.00% per annum reflecting prevailing yields on high-quality "risk-free"

---

[1] Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimants did not include the legal entity indicator. These approximations were consistent year over year.

[2] However, if there are significant obligations that have not been measured or accrued because they cannot be reasonably determined, SFAS 112 would require disclosure of this fact.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 6
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

Government of Canada bonds, at September 30, 2007, with durations similar to the liabilities
The discount rate used in the valuation as at September 30, 2006 was 4.78% per annum.

Emerging experience different than expected will be reflected in future valuations. In this
regard, it should be noted that future health care costs trends are especially difficult to
predict, and actual experience is likely to differ from expected.

## Certification

We have prepared an actuarial valuation of Nortel's Post-Employment benefits as at
September 30, 2007. The purpose of this valuation is to account for the costs of Nortel's
post-employment benefits for the fiscal year beginning January 1, 2007 and ending
December 31, 2007 in accordance with the provisions of SFAS 112 and CICA 3461.

### Plan Provisions

The results of our valuation reflect the provisions of the plan as of the date of the valuation
and any substantive commitments contemplated under SFAS 112 and CICA 3461 that have
been reported to us by Management.

A summary of the plan provisions is provided in Appendix B.

### Data

This valuation is based on membership data as at September 30, 2007. We have used and
relied on financial and membership data supplied by Nortel and Sun Life. Membership data
would customarily not be verified by a plan's actuary. We have reviewed the membership
data for internal consistency and reasonableness and have no reason to doubt its substantial
accuracy. We have also used and relied upon the plan documents and assertions provided
by Nortel. Nortel is solely responsible for the validity and completeness of this information.
The membership data is summarized in Appendix B.

### Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a
material impact on the results of this valuation.



# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 7
15 January 2008
Fabrice Jestin
Nortel Networks Corporation

Actuarial computations under SFAS 112 and CICA 3461 are for the purposes of accounting for the costs of post-employment benefits. Determinations for other purposes may produce results that are significantly different from the results reported herein.

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations. They are Management's best-estimate assumptions, selected for accounting purposes, in accordance with SFAS 112 and CICA 3461.

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with our understanding of the requirements of SFAS 112 and CICA 3461.

This report has been prepared and my opinion given, in accordance with accepted actuarial practice.

Please call me if you have any questions or would like to meet to discuss the content of this letter.

Sincerely,

Darryl Leach, FSA, FCIA
National Partner

Copy:
Elizabeth Smith, Nortel Networks Corporation
Tiffany Maynard, Mercer
Doug Johnson, Mercer
Paul Forestall, Mercer
Vishul Shah, Mercer

t:\nortel\post employment benefits\2007\post-employment\reports\2008 01 12 2007 post-employment valuation updated asset values (client) - rev jan 15.doc



# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## Appendix A

### Breakdown of Liability between Nortel Technology and Nortel Networks as at September 30, 2007

All amounts in $000s (Cdn.)

|  | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Assets | $0 | $0 | $0 |
| Liabilities: |  |  |  |
| ▪ STD | $200 | $200 | $400 |
| ▪ LTD | 31,200 | 70,600 | 101,800 |
| ▪ Life, Medical and Dental Benefits during LTD | 3,600 | 20,600 | 24,200 |
| ▪ Survivor Benefits | 7,600 | 12,900 | 20,500 |
| Total Liabilities | $42,600 | $104,300 | $146,900 |
| Net Assets/(Liabilities) | ($42,600) | ($104,300) | ($146,900) |

### Continuation of Optional Life Insurance during LTD (Provided for information purposes only)

|  | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Liability as at September 30, 2006 | $1,600 | $3,100 | $4,700 |
| Liability as at September 30, 2007 | $2,100 | $3,000 | $5,100 |

Mercer (Canada) Limited

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## Appendix B

## Summary of Data and Assumptions

### STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

*Plan Provisions*

Short Term Disability (STD) benefits are provided for up to one year for most union employees. The benefit level ranges between 90% and 66-2/3%, depending on service and the duration of the claim. For example, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks for a union employee with 2 years of service.

Non-union employees are entitled to STD benefits for up to six months. Effective January 1, 2006, the STD income benefit is 100% of salary for the first 6 weeks and 67% of salary for the remainder of the benefit period (20 weeks). Employee-paid optional STD is available to increase the STD benefit to 90% of salary for weeks 7 – 26.

Effective January 1, 2004, STD benefits for COEU members are the same as for non-union employees.

Medical and dental benefits and life insurance are continued during STD for both union and non-union employees.

*Data*

| Number | STD Payments January to November 2005[3] |
|---|---|
| 327 | $2.9 million |

### Assumptions

Reserve Factor (for known and unreported claims)

| Income Benefit | 8.3% of 2005 annualized STD payments adjusted for assumed salary increases to 2007 |
|---|---|
| Medical and Dental Benefit and Life Insurance | 11% of reserve for income payments |

---

[3] These amounts exclude benefits provided in the first five days of STD payments as this period is not tracked by Nortel.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## LTD – Income Payments and Continuation of Medical and Dental Benefits

### Plan Provisions

Long Term Disability (LTD) benefits are provided after the STD benefits end.

For most union employees, the income benefit is a flat amount based on their benefit group. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 67% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. This COLA feature does not apply if the employee is covered under the core LTD option only.

For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## Data

The following table presents a summary of the data provided by Sun Life as of September 30, 2006 and September 30, 2007.

| | | Averages | | |
|---|---|---|---|---|
| | Number | Age at Disability | Duration of Disability (Years) | Net Monthly Benefit |
| September 30, 2007 | 443 | 41.8 | 11.4 | $2,371 |
| September 30, 2006 | 459 | 42.1 | 11.0 | $2,241 |

## Assumptions

| | |
|---|---|
| **Discount Rate** | 4.00% per annum |
| **COLA Increase** | 1.35% per annum for non-union employees (based on 60% of the assumed CPI rate of 2.25%). |
| | None for union employees. |
| **Medical Trend Rate** | 10% per annum in 2007 grading down to 4.5% per annum in 2017. |
| **Dental Trend Rate** | 4.75% per annum |
| **CPP Offset** | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| **Termination (Mortality and Recovery Assumption)** | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications. |
| **Percentage Married** | 80% of union employees are assumed to be married. Actual flex election used for non-union. |
| **Expense and Taxes on LTD Income Benefit** | 10.95% on the future contribution amounts. Liability for payment of provincial sales tax reduced to reflect amounts prepaid to the government in previous years on deposits to the Health & Welfare Trust. |



# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

### Assumptions (continued)

| Assumed 2007 Claim Cost per Disabled Employee per Year (includes taxes and expenses) | | Union | Non-Union |
|---|---|---|---|
| | Medical | $7,783 | $1,717 (average of flex options) |
| | Dental | $851 | $1,084 |

| Incurred But Not Reported Reserve (IBNR) | The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims. The key assumptions used are as follows: | | |
|---|---|---|---|
| | | Nortel Networks | Nortel Technology |
| | Disability Incidence Rates | 3.5/1,000 employees | 3.5/1,000 employees |
| | Reporting Lag on Claims | 7 months | 6 months |
| | Number of Employees | 3,288 | 3,412 |
| | Average Gross Benefit | $4,500/month | $4,500/month |
| | Reserve Factors (years) | | |
| | • Income | 6.2 | 6.2 |
| | • Medical | 8.2 | 8.2 |
| | • Dental | 9.2 | 9.2 |

## Life Insurance for Employees on LTD

### Plan Provisions

There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for the basic life insurance is continued and paid by Nortel.

For most union employees, the basic coverage is a flat amount for members of the CUCW and COEU (effective January 1, 2004, members of the COEU will have the FLEX non union basic life and optional life coverage) and it varies by benefit group for members of the CAW. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group. All union groups have optional life coverage available to them.

Nortel has no liability for the continuation of employee-paid optional life coverage. Information about optional life coverage is included herein for ease of reference.

# MERCER




MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as for the LTD's definition.

### Data

Census data was provided by Sun Life as of September 30, 2007. Nortel provided the total insurance volume for all employees.

| | | Averages | | |
|---|---|---|---|---|
| | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 183 | $61,400[4] | 171 | $65,900 |
| Non-Union | 260 | $59,200 | 183 | $202,100 |

We have assumed that all employees on worker's compensation benefits have been included in the claim listing provided to us by Sun Life.

### Assumptions

| | |
|---|---|
| Discount Rate | 4.00% per annum |
| Mortality Assumption & Recovery | Disability claim mortality assumptions were based on the Kreiger Basic table modified by the 1988-94 CIA study factors. |
| Expense and Taxes on Life Waiver Benefit | 7.95% of reserve |

## Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees. In the case of an occupation-

---

[4] The average is based on available Mercer estimates as insured life amounts were not provided for the union group.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

related death of an employee, the benefit also provided an additional lump sum benefit. The monthly benefit is provided to the surviving spouse for 60 months following the death. Coverage for the three union groups is as follows:

- CUCW – as described above.

- CAW – effective April 1, 2003, there were no STB for active or future retirees. Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – effective January 1, 2004, active employees were covered under the non union Flex plan, and STB benefits for current or future retirees were estimated.

Current retirees retain the STB coverage.

### Data

The following table presents the data provided by Sun Life as of September 30, 2007 and September 30, 2006.

|  | September 30, 2007 | | September 30, 2006 | |
|---|---|---|---|---|
|  | Number | Monthly Benefit Amount | Number | Monthly Benefit Amount |
| Union (STB) -- Active[5] | 27 | $528 | 30 | $520 |
| Non-Union (SIB) | 85 | $1,378 | 86 | $1,376 |

---

[5] A split of STB recipients by status (active/retired) was not available. The number of active lives in receipt of STB has been estimated to be 27. The number of retired lives in receipt of STB has been estimated to be 260. STB paid to retired lives is a post-retirement benefit and is not included in the post-employment liability estimates.



# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## *Assumptions*

| | |
|---|---|
| *Interest Rate* | 4.00% per annum |
| *Mortality Table* | Uninsured Pensioner mortality projected to 2005. |
| *Expenses and Taxes on Income Payments* | 9.46% of claims |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small. There is no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees. The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |

We have split the STB obligation between that for active employees and that for retired employees by age at death of the employee.

# APPENDIX "ZZ"

**Darryl Leach**
National Partner

161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
416 868 7275  Fax 416 868 8999
darryl.leach@mercer.com
www.mercer.ca

# MERCER

**MARSH  MERCER  KROLL**
**GUY CARPENTER   OLIVER WYMAN**

08 January 2009

Delivered via e-mail

Malti Sadarangani
Nortel Networks Corporation
maltisa@nortel.com

**Private & Confidential**

**Subject:** Valuation of Post-Employment Benefit Liabilities for Accounting Purposes as at
December 31, 2008

Dear Malti,

This letter provides the results of our post-employment benefits valuation as at
December 31, 2008.  The 2009 expense estimate is being sent under separate cover.

All amounts are expressed in Canadian dollars.

## Background

The purpose of our valuation of Nortel Networks Corporation's ("Nortel") post-employment
benefits is to determine the unfunded liability related to those benefits. The results of this
determination are used for accounting for the costs of the benefits included in our valuation
in Nortel's financial statements and may not be appropriate for other purposes.

"Post-employment benefits" are benefits provided to employees who are not actively at work
but have not retired. Benefits provided to employees during disability or leave of absence
are examples of post-employment benefits. Under both US and Canadian GAAP –
Statement of Financial Accounting Standards Number 112 ("SFAS 112") and Section 3461
of the Canadian Institute of Chartered Accountants' Handbook ("CICA 3461") – the liabilities
and expense for post-employment benefits are generally determined on a terminal
accounting basis, meaning that liabilities and expense are not determined until the event
giving rise to the liability and the expense, such as a disability, actually occurs.

The previous valuation of the post-employment benefits was performed as at September 30,
2007, based on data as at September 30, 2007. The unfunded liability determined at that
time was $146,900,000.

Mercer (Canada) Limited

# MERCER

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 2
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

The following benefits have been included in our valuation of post-employment liabilities:

- Future income payments to members on short-term and long-term disability;
- Future income payments to surviving dependents of deceased employees (under the SIB and STB programs);
- Continuation of basic life insurance to disabled members;
- Continuation of DC pension plan contributions to eligible disabled members;
- Continuation of medical and dental benefits to disabled members and their dependents; and
- Continuation of medical and dental benefits to surviving dependents for a period up to the date the deceased employee would be age 65.

**We understand that Nortel provides post-employment benefits to its employees beyond the scope of what we have included in our valuation.**

We also understand that Nortel determines its obligation for these benefits through another process or does not account for them on the grounds of materiality. Therefore, we have not valued any benefits other than those described above. If you would like us to assess the magnitude of the liabilities for any other post-employment benefits for which the accounting requirements under SFAS 112 and CICA 3461 might apply, (e.g. employer-provided supplemental unemployment benefits, severance benefits and workers' compensation benefits), we would be pleased to discuss this with you.

Also, please note that our calculations are for the Canadian post-employment benefit programs only, as currently known to us. There is no provision in our liability estimates for any post-employment benefit plans outside Canada.

A summary of the plan provisions valued is provided in Appendix B.

Our calculation of the unfunded liability for post-employment liabilities does not include any liability for the continuation of employee-paid optional life insurance for disabled employees.

However, we have, as requested, for your information, calculated that the amount of this obligation has increased from $5.1 million as at September 30, 2007 to $5.2 million as at December 31, 2008. The breakdown of this liability between Nortel Networks and Nortel Technology, as at December 31, 2008 is in Appendix A.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 3
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Valuation Results

The table below presents the post-employment liabilities by benefit type as of September 30, 2007 and December 31, 2008.

All amounts in $000s (Cdn.)

|  | At Sep 30/07 | At Dec 31/08 | Change |
|---|---|---|---|
| **Assets** | **$0** | **$0** | **$0** |
| **Liabilities:** | | | |
| ▪  STD including continuation of Life, Medical and Dental | $400 | $200 | ($200) |
| ▪  LTD | 101,800 | 104,600 | 2,800 |
| ▪  Life, Medical and Dental Benefits during LTD | 24,200 | 30,000 | 5,800 |
| ▪  Survivor Benefits | 20,500 | 23,000 | 2,500 |
| ▪  DC contributions | N/A | 1,000 | 1,000 |
| **Total Liabilities** | **$146,900** | **$158,800** | **$11,900** |
| **Net Assets/(Liabilities)** | **($146,900)** | **($158,800)** | **($11,900)** |

Appendix A provides a breakdown of the December 31, 2008 liabilities between Nortel Networks and Nortel Technology.

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 4
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Reconciliation of the Unfunded Liability

The unfunded liability increased by $11.9 million between September 30, 2007 and December 31, 2008, from $146.9 million to $158.8 million. In our correspondence to Fabrice Jestin of January 15th, 2008 we indicated that the expected unfunded liability as of September 30th, 2008 was $144.3 million, a decrease of $2.6 million. The expected decrease of $2.6 million was the net effect of an assumed reduction in the number of claimants on LTD for NN and an assumed increase in the number of claimants on LTD for NT at September 30, 2008, with no change in the discount rate. The breakdown of the $11.9 million increase is shown in the table below:

All amounts in $000s (Cdn.)

|  | Population / Data[a] | Update Medical Claims[b] | Update Medical Trend[c] | Update Mortality[d] | Update COLA[e] | Update discount rate[f] | Total (gain)/loss |
|---|---|---|---|---|---|---|---|
| Income (LTD +STD) | ($7,200) | - | - | - | ($2,200) | $12,000 | $2,600 |
| Life | (500) | - | - | - | - | 200 | (300) |
| Medical/Dental | (100) | $1,200 | $1,600 | - | - | 3,400 | 6,100 |
| SIB | (1,100) | - | - | ($100) | - | 4,000 | 2,800 |
| STB | (300) | - | - | - | - | - | (300) |
| DC contributions | 900 | - | - | - | - | 100 | 1,000 |
| Total | ($8,300) | $1,200 | $1,600 | ($100) | ($2,200) | $19,700 | $11,900 |

[a] New population and data:
    All benefits showed gains due to decrease in number of claimants
    DC contributions were not included at year end 2007 and the entire obligation is shown as a loss
[b] Medical claims updated based on recent union and non-union claims experience
[c] Medical trend updated and grading period extended to 20 years consistent with FAS106 valuation
[d] Mortality table used for STB/SIB recipients updated in accordance with the FAS106 valuation
[e] COLA assumption changed from 60% of 2.25% to 60% of 1.25% creating a gain on indexed benefits
[f] Discount rate changed from 4% to 2.1% creating a loss on all benefits

As indicated in column "a" in the above table, the net impact of the changes in the number of claimants on LTD was a gain of $9.2 million (excluding the $0.9 million loss for the DC contributions), compared to the estimate of $2.6 million. The $11.9 million overall loss is primarily attributable to the net effect of this gain and the $19.7 million loss resulting from the reduction in the discount rate to 2.1%. The other sources of gain and loss, including the

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 5
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

$0.9 million loss for the DC contributions, account for only $1.4 million of the $11.9 million loss.

## Fiscal 2008 Incremental Expense

For US GAAP purposes, the annual expense for post-employment benefits is determined as the sum of the change in the unfunded liability during the year plus actual cash payments (contributions or benefit payments) for post-employment benefits made in the year.  Gains or losses occurring in the year are recognized immediately under SFAS 112.

For Canadian GAAP accounting, gains and losses can be amortized or recognized immediately under CICA 3461. We understand that Nortel has elected to recognize gains and losses immediately for post-employment benefits. As a result, the expense provided in this letter for US financial reporting would also be appropriate for Canadian financial reporting.

We understand that the actual benefit payments are recorded as an expense as they occur and so we are providing the incremental expense (the change in the unfunded liability) that Nortel will need to record. The following table presents the development of the incremental fiscal 2008 expense. This expense, based on the unfunded liability determined in our valuation at September 30, 2007, and the unfunded liability determined in our valuation as at December 31, 2008, is shown in the following table:
All amounts in $000s (Cdn.)

|  | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Unfunded liability as at December 31, 2008 | $48,000 | $110,800 | $158,800 |
| Minus unfunded liability as at September 30, 2007 | $42,600 | $104,300 | $146,900 |
| Incremental fiscal 2008 expense[1] | $5,400 | $6,500 | $11,900 |

---

[1]  Some approximations were made in the allocation of the unfunded liability between Nortel Technology and Nortel Networks as data provided for the SIB claimants did not include the legal entity indicator. These approximations are consistent year over year.



**MERCER**

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

Page 6
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Disclosure Information as at December 31, 2008

Generally, SFAS 112 does not require any disclosure of post-employment benefit obligations[2] or expense.  Accordingly, we have provided information required by Nortel to account for the costs of the plans but have not provided disclosure information.

Disclosure requirements under CICA 3461 are more rigorous than those under SFAS 112. Subject to materiality considerations, CICA 3461 requires the same detailed disclosure as is required for post-retirement non-pension benefits.  Please let us know if Nortel will require more detailed disclosure schedules for CICA 3461.

## Data, Assumptions and Methodologies

The data, assumptions and methodologies used in our estimates are documented in Appendix B.

Our valuation of the post-employment liabilities at December 31, 2008, was based on data as at September 30, 2008. The discount rate used in our determination as at December 31, 2008 was 2.10% per annum reflecting prevailing yields on high-quality "risk-free" Government of Canada bonds, at December 31, 2008, with durations similar to the liabilities The discount rate used in the valuation as at September 30, 2007 was 4.00% per annum.

Emerging experience different than expected will be reflected in future valuations. In this regard, it should be noted that future health care costs trends are especially difficult to predict, and actual experience is likely to differ from expected.

## Certification

We have prepared an actuarial valuation of Nortel's Post-Employment benefits as at December 31, 2008. The purpose of this valuation is to provide liability and expense information to enable Nortel to account for the costs of Nortel's post-employment benefits for the fiscal year beginning January 1, 2008 and ending December 31, 2008 in accordance with the provisions of SFAS 112 and CICA 3461.

---

[2] However, if there are significant obligations that have not been measured or accrued because they cannot be reasonably determined, SFAS 112 would require disclosure of this fact.





# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 7
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

## Plan Provisions

The results of our valuation reflect the provisions of the plan as of the date of the valuation and any substantive commitments contemplated under SFAS 112 and CICA 3461 that have been reported to us by Management.

A summary of the plan provisions is provided in Appendix B.

## Data

This valuation is based on membership data as at September 30, 2008. We have used and relied on financial and membership data supplied by Nortel and Sun Life. Membership data would customarily not be verified by a plan's actuary. We have reviewed the membership data for internal consistency and reasonableness and have no reason to doubt its substantial accuracy. We have also used and relied upon the plan documents and assertions provided by Nortel. Nortel is solely responsible for the validity and completeness of this information. The membership data are summarized in Appendix B.

## Subsequent Events

To our knowledge, there have been no significant events which, in our opinion, would have a material impact on the results of this valuation.

Actuarial computations under SFAS 112 and CICA 3461 are for the purposes of providing liability and expense information to enable Nortel to account for the costs of post-employment benefits. Determinations for other purposes may produce results that are significantly different from the results reported herein.

## Statement of Opinion

The preparers of the financial statements have selected the assumptions used in the valuation of the plan costs and obligations. They are Management's best-estimate assumptions, selected for accounting purposes, in accordance with SFAS 112 and CICA 3461.

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Page 8
08 January 2009
Malti Sadarangani
Nortel Networks Corporation

The data on which the valuation is based are sufficient and reliable for the purpose of the valuation, and the calculations have been made in accordance with our understanding of the requirements of SFAS 112 and CICA 3461.

This report has been prepared and my opinion given, in accordance with accepted actuarial practice.

Please call me if you have any questions or would like to meet to discuss the content of this letter.

Sincerely,

Darryl Leach, FSA, FCIA
National Partner

Copy:
Elizabeth Smith, Nortel Networks Corporation
Greg Palmer, Nortel Networks Corporation
Paul Kennedy, Mercer
Arnold Yudell, Mercer
Tiffany Maynard, Mercer
Doug Johnson, Mercer
Paul Forestall, Mercer
Vishul Shah, Mercer

I:\nortel\post employment benefits\2008\post employment\report\2009 01 08 2008 post-employment valuation.doc



# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## Appendix A

### Breakdown of Liability between Nortel Technology and Nortel Networks as at December 31, 2008

All amounts in $000s (Cdn.)

| | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Assets | $0 | $0 | $0 |
| **Liabilities:** | | | |
| ▪ STD including continuation of Life, Medical and Dental | $100 | $100 | $200 |
| ▪ LTD | 32,600 | 68,200 | 100,800 |
| ▪ LTD – IBNR | 1,800 | 2,000 | 3,800 |
| ▪ Life, Medical and Dental Benefits during LTD | 3,800 | 25,100 | 28,900 |
| ▪ Life, Medical and Dental Benefits during LTD -IBNR | 300 | 800 | 1,100 |
| ▪ Survivor Benefits | 8,400 | 14,600 | 23,000 |
| ▪ Survivor Benefits - IBNR | N/A | N/A | N/A |
| ▪ DC Contributions | 500 | 500 | 1,000 |
| ▪ DC Contributions - IBNR | 0 | 0 | 0 |
| **Total Liabilities** | $48,000 | $110,800 | $158,800 |
| **Net Assets/(Liabilities)** | ($48,000) | ($110,800) | ($158,800) |

### Continuation of Optional Life Insurance during LTD (Provided for information purposes only)

| | Nortel Technology | Nortel Networks | Total |
|---|---|---|---|
| Liability as at September 30, 2007 | $2,100 | $3,000 | $5,100 |
| Liability as at December 31, 2008 | $2,000 | $3,200 | $5,200 |

# MERCER


MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

## Appendix B

## Summary of Data and Assumptions

### STD – Income Payments and Continuation of Medical and Dental Benefits and Life Insurance

#### Plan Provisions

Short Term Disability (STD) benefits are provided for up to one year for most union employees. The benefit level ranges between 90% and 66-2/3%, depending on service and the duration of the claim. For example, the benefit level is 90% for the first 5 weeks and 66-2/3% for the next 47 weeks for a union employee with 2 years of service.

Non-union employees are entitled to STD benefits for up to six months. Effective January 1, 2006, the STD income benefit is 100% of salary for the first 6 weeks and 67% of salary for the remainder of the benefit period (20 weeks). Employee-paid optional STD is available to increase the STD benefit to 90% of salary for weeks 7 – 26.

Effective January 1, 2004, STD benefits for COEU members are the same as for non-union employees.

Medical and dental benefits and life insurance are continued during STD for both union and non-union employees.

#### Data

| Estimated STD Payments October 2007 to September 2008[3] |
| --- |
| $2.3 million |

#### Assumptions

Reserve Factor (for known and unreported claims)

| | |
| --- | --- |
| Income Benefit | 8.3% of October 2007 to September 2008 STD payments |
| Medical and Dental Benefit and Life Insurance | 13% of reserve for income payments |

---

[3] These amounts exclude benefits provided in the first five days of STD payments as this period is not tracked by Nortel.

# MERCER



MARSH · MERCER · KROLL
GUY CARPENTER   OLIVER WYMAN

## LTD – Income Payments and Continuation of Medical and Dental Benefits

### Plan Provisions

Long Term Disability (LTD) benefits are provided after the STD benefits end.

For most union employees, the income benefit is a flat amount based on their benefit group. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union employees, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 67% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. This COLA feature does not apply if the employee is covered under the core LTD option only.

For both union and non-union LTD employees, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65.

# MERCER



**MARSH   MERCER   KROLL**
**GUY CARPENTER   OLIVER WYMAN**

## Data

The following table presents a summary of the data provided by Sun Life and supplemented by Nortel as of September 30, 2007 and September 30, 2008.

|  | | Averages | | |
|---|---|---|---|---|
|  | Number | Age at Disability | Duration of Disability (Years) | Net Monthly Benefit |
| September 30, 2007 | 443 | 41.8 | 11.4 | $2,371 |
| September 30, 2008 | 404 | 41.3 | 12.4 | $2,313 |

## Assumptions

| | |
|---|---|
| **Discount Rate** | 2.10% per annum |
| **COLA Increase** | 0.8% per annum for non-union employees (based on 60% cf the assumed CPI rate of 1.25%).<br><br>None for union employees. |
| **Medical Trend Rate** | 10% per annum in 2008 grading down to 4.5% per annum in 2028. |
| **Dental Trend Rate** | 4.75% per annum |
| **CPP Offset** | 35% of LTD claimants that are within the first three years of disability are assumed to be approved for a CPP disability payment in the future. |
| **Termination (Mortality and Recovery Assumption)** | Disability claim termination assumptions were based on the 1987 GLTD Table with modifications. |
| **Percentage Married** | 80% of union employees are assumed to be married. Actual flex election used for non-union. |
| **Expense and Taxes on LTD Income Benefit** | 10.95% on the future contribution amounts. Liability for payment of provincial sales tax reduced to reflect amounts prepaid to the government in previous years on deposits to the Health & Welfare Trust. |

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

## Assumptions (continued)

| Assumed 2008 Claim Cost per Disabled Employee per Year (includes taxes and expenses) | | Union | Non-Union |
|---|---|---|---|
| | Medical | $10,211 | $1,779 (average of flex options) |
| | Dental | $876 | $1,136 |

| Incurred But Not Reported Reserve (IBNR) | The IBNR reserve was estimated by applying a reserve factor on the assumed number of IBNR claims. The key assumptions used are as follows: | | |
|---|---|---|---|
| | | Nortel Networks | Nortel Technology |
| | Disability Incidence Rates | 3.5/1,000 employees | 3.5/1,000 employees |
| | Reporting Lag on Claims | 7 months | 6 months |
| | Number of Employees | 3,088 | 3,173 |
| | Average Gross Benefit | $3,700/month | $3,700/month |
| | Reserve Factors (years) | | |
| | ▪ Income | 7.4 | 7.4 |
| | ▪ Medical | 10.2 | 10.2 |
| | ▪ Dental | 9.5 | 9.5 |

## Life Insurance for Employees on LTD

### Plan Provisions

There is employer-paid basic coverage and employee-paid optional coverage for life insurance. The premium on the basic and optional life insurance is waived for the employee during LTD. Premium for the basic life insurance is continued and paid by Nortel.
For union employees, the basic coverage is a flat amount for members of the CUCW; a flat amount that varies by benefit group for members of the CAW; and the FLEX non union basic life and optional life coverage for members of the COEU). The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any employee not on LTD to range from $76,000 to $87,000 depending on benefit group. All union groups have optional life coverage available to them.

Nortel has no liability for the continuation of employee-paid optional life coverage. Information about optional life coverage is included herein for ease of reference.



# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

For the non-union employees, the basic coverage is one-time salary and the optional coverage ranges from one to five times salary.

For both groups, the definition of disability is the same as the LTD definition.

### Data

Census data was provided by Sun Life and Nortel as of September 30, 2008. Nortel provided the insurance volumes for disabled employees.

|  | | Averages | | |
|---|---|---|---|---|
|  | Number | Basic Life Insurance | Number | Optional Life Insurance |
| Union | 158 | $45,800 | 137 | $62,800 |
| Non-Union | 236 | $61,500 | 185 | $184,000 |

We have assumed that all employees on worker's compensation benefits have been included in the claim listing provided to us by Sun Life.

### Assumptions

| Discount Rate | 2.10% per annum |
|---|---|
| Mortality Assumption & Recovery | Disability claim mortality assumptions were based on the Kreiger Basic table modified by the 1988-94 CIA study factors. |
| Expense and Taxes on Life Waiver Benefit | 7.95% of reserve |

## Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

### Plan Provisions

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of a non-union employees. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union employees or certain retired union employees. In the case of an occupation-related death of an employee, an additional lump sum benefit is also provided. The monthly benefit is provided to the surviving spouse for 60 months following the death of the employee.



Mercer (Canada) Limited

B-5

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Coverage for the three union groups is as follows:

- CUCW – as described above.

- CAW – effective April 1, 2003, there is no STB for active or future retirees. Employees on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – effective January 1, 2004, active employees were covered under the non union Flex plan, and STB benefits for current or future retirees were estimated.

Current retirees retain the STB coverage.

## Data

The following table presents the data provided by Sun Life as of September 30, 2008 and September 30, 2007.

| | September 30, 2008 | | September 30, 2007 | |
| | Number | Monthly Benefit Amount | Number | Monthly Benefit Amount |
|---|---|---|---|---|
| Union (STB) – Active[4] | 16 | . $566 | 27 | $528 |
| Non-Union (SIB) | 83 | $1,386 | 85 | $1,378 |

---

[4] A split of STB recipients by status (active/retired) was not available. The number of active lives in receipt of STB has been estimated to be 16. The number of retired lives in receipt of STB has been estimated to be 299. STB paid to retired lives is a post-retirement benefit and is not included in the post-employment liability estimates. We have split the STB obligation between that for active employees and that for retired employees by age at death of the employee.

# MERCER

 MARSH  MERCER  KROLL
GUY CARPENTER . OLIVER WYMAN

## Assumptions

| | |
|---|---|
| *Interest Rate* | 2.10% per annum |
| *Mortality Table* | RP2000 projected to 2017 |
| *Expenses and Taxes on Income Payments* | 9.46% of claims |
| *Incurred But Not Reported Reserve (IBNR)* | The IBNR Reserve is estimated to be negligible as there would only be a liability for STB and the liability for this five-year benefit is estimated to be small. There are no IBNR reserves related to SIB as the benefit is no longer provided to non-union employees. The reserve for the known claimants is assumed to be sufficient to cover IBNR reserves. |