# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 01, 2010 11:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS HEARING (NOTE: Time changed to accomodate Canadian Court)

**R / M #:**   3,852 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 10/14/10 @ 10:00 am
#2 -  Adjourned to 11/9/10 @ 10:00 am
#3 -  Adjourned to 9/30/10 @ 10:00 am
#4 -  #6 -  Adjourned to 9/16/10 @ 10:00 am
#7 -  Adjourned to 9/30/10 @ 10:00 am
#8 -  Approved -  ORDER SIGNED