# SIGN-IN-SHEET

CASE NAME: NORTEL NETWORKS INC.  COURTROOM LOCATION: 3
CASE NO.: 09-10138 - KG  DATE: 9/1/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols Arsht + Tunnel | Debtors |
| Annie Cordo | " | " |
| Jim Bromley | Cleary Gottlieb Steen + Hamilton | " |
| Joe Candelorio | " | " |
| Mary Finnegan | Young Conaway Stargatt + Taylor | Joint Administrators |
| Mary Calaway | Buchanan Ingersoll · Rooney | E&Y, as Monitor |
| Rowena White | Allen & Overy | " |
| Chris Samis | Richards Layton & Finger | Committee |

# Court Conference

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin Gross
# Courtroom

Calendar Date: 09/01/2010
Calendar Time: 11:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3715556 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3712855 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3714981 | Susan S. Chen | 212-231-9446 | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3714619 | Stephen Grisanti | 602-765-3864 | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3715551 | Sarah Schultz | 214-969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3717519 | Scott Seamon | 212-705-7795 | Bingham McCutchen, LLP | Interested Party, Scott Seamon / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 3712653 | Hondo Sen | 408-852-8500 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |