**EXHIBIT B**

PERSONALIZED NOTICE PARTIES

FILED UNDER SEAL