IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: September 30, 2010 at 10:00 a.m. (ET)** |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:          Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      May 1, 2010 through July 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $1,678,101.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $44,321.72

This is (a)n: __X__ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June and July 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 6/29/10 Docket No. 3236 | 5/1/10 to 5/31/10 | $625,624.50 | $19,479.47 | $500,499.60 | $19,479.47 | $125,124.90 |
| Date Filed: 8/20/10 Docket No. 3806 | 6/1/10 to 6/30/10 | $580,135.00 | $13,183.92 | Pending Obj. Deadline $464,108.00 | Pending Obj. Deadline $13,183.92 | $116,027.00 |
| Date Filed: 8/31/10 Docket No. 3849 | 7/1/10 to 7/31/10 | $472,341.50 | $11,658.33 | Pending Obj. Deadline $377,873.20 | Pending Obj. Deadline $11,658.33 | $94,468.30 |
| **TOTALS:** | | $1,678,101.00 | $44,321.72 | $1,342,480.80 | $44,321.72 | $335,620.20 |

Summary of any Objections to Fee Applications: None.

Dated: September 1, 2010
New York, NY

_____
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., et al.