

OFFICE OF THE CITY ATTORNEY

## CITY OF COLORADO SPRINGS

August 26, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

      RE:    Nortel Networks Inc., et al. Chapter 11 Bankruptcy
                 Withdrawal of claims 1697 & 6042

To whom it may concern:

The City of Colorado Springs hereby withdraws claim numbers 1697 and 6042 totaling $66,715.80 and $6,822.35, respectively. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely,

*[signature]*

Kenneth Hodges
Attorney
City of Colorado Springs

30 S. Nevada Ave., Suite 501 • TEL 719-385-5909 FAX 719-385-5535
Mailing Address: Post Office Box 1575, Mail Code 510 • Colorado Springs, Colorado 80901-1575