IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------X
                                                :   Chapter 11
                                                :
In re                                           :   Case No. 09-10138-MFW
                                                :
Nortel Networks Inc., et al.,[1]                :   Jointly Administered
                                                :
                                Debtors.         :   SEALED PURSUANT TO [PROPOSED]
                                                :   COURT ORDER DATED _____,
                                                :   2010 (D.I.___)
                                                :
                                                :   Re: D.I. 3832
------------------------------------------------X
```

RECEIVED / FILED
SEP 01 2010
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

**CONFIDENTIAL FILED UNDER SEAL – EXHIBIT A [SCHEDULES AND EXHIBITS]
RE: DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE
STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE
BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE
PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING
A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER
SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND
APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' MULTI-SERVICE SWITCH
(FORMERLY KNOWN AS 'PASSPORT') BUSINESS FREE AND CLEAR OF
ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS (D.I. 3832)**

---

Dated:    Wilmington, Delaware
          August 27, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                 Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)               Eric D. Schwartz (No. 3134)
One Liberty Plaza                           Ann C. Cordo (No. 4817)
New York, New York 10006                    Andrew R. Remming (No. 5120)
Telephone:  (212) 225-2000                  1201 North Market Street
Facsimile:  (212) 225-3999                  P.O. Box 1347
                                            Wilmington, Delaware 19899-1347
                                            Phone:  (302) 658-9200
                                            Facsimile:  (302) 658-3989
*Counsel for the Debtors and Debtors in Possession*

*1 of 2*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks
Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596),
Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management
Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions,
which are available at http://dm.epiq11.com/nortel.