IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
 : Chapter 11
 :
*In re* : Case No. 09-10138 (KG)
 :
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
 :
 Debtors. : SEALED PURSUANT TO [PROPOSED]
 : COURT ORDER DATED _____,
 : 2010 (D.I. ____)
 :
 : Re: D.I. 3832
 :
------------------------------------------------------------X

| CONFIDENTIAL FILED UNDER SEAL – **EXHIBIT A [SCHEDULES AND EXHIBITS]** RE: DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' MULTI-SERVICE SWITCH (FORMERLY KNOWN AS 'PASSPORT') BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS (D.I. 3832) |
|---|

Dated: Wilmington, Delaware
 August 27, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)    Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)    Eric D. Schwartz (No. 3134)
One Liberty Plaza    Ann C. Cordo (No. 4817)
New York, New York 10006    Andrew R. Remming (No. 5120)
Telephone: (212) 225-2000    1201 North Market Street
Facsimile: (212) 225-3999    P.O. Box 1347
 Wilmington, Delaware 19899-1347
 Phone: (302) 658-9200
 Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

2 of 2

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3735660.1