# SCHEDULE A
## EIGHTEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE  ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/02/10 | RET | .50 | Communication with Cleary responding to their questions regarding timeline of the settlement process in the district court and laying out the various actions that occur during the process |
| 6/02/10 | RET | .30 | Communication with Hewitt regarding cost to allocate the settlement proceeds to LTIP participants |
| 6/02/10 | RET | .40 | Communication to Kate Weaver answering questions about scope of class requested by plaintiffs and recommended by magistrate |
| 6/03/10 | RET | .20 | Communication with Kate Weaver regarding status of obtaining an estimate of the settlement allocation costs and fees |
| 6/03/10 | RET | .20 | Communication with Kate Weaver regarding status of proposed agreement |
| 6/04/10 | RET | .30 | Communication with Josh Czuper at Hewitt regarding estimate of costs associated with implementation plan of allocation for settlement |
| 6/04/10 | RET | .20 | Communication with Dave Deppe regarding status of settlement |
| 6/04/10 | RET | .30 | Communication with Peter Bisio regarding timing of allocation and Hewitt's estimate of costs associated with implementation plan of allocation for settlement |
| 6/04/10 | RET | .40 | Communication with Kate Weaver regarding timing of allocation and Hewitt's estimate of costs associated with implementation plan of allocation for settlement |
| 6/07/10 | RET | .20 | Communication from Hewitt regarding updated estimated for cost associated with implementation of plan of allocation for settlement |
| 6/07/10 | RET | .20 | Communication with Cleary regarding status of their response to edits to the latest draft of the memorandum of understanding regarding settlement from Peter Bisio |
| 6/07/10 | RET | .20 | Communication with Cleary and Peter Bisio regarding updated estimated from Hewitt regarding cost associated with implementation of plan of allocation for settlement |
| 6/07/10 | RET | .50 | Receive and analyze edits to the latest draft of the memorandum of understanding regarding settlement from Peter Bisio |

1

| | | |
|---|---|---|
| 6/08/10 RET | .40 | Prepare for and call with Kate Weaver regarding Ogilvy's comments regarding settlement |
| 6/08/10 RET | .20 | Communication with Nick DeRoma regarding status of settlement |
| 6/08/10 RET | .20 | Communication with Don Powers regarding settlement and status of Cleary's response to same |
| 6/08/10 RET | .20 | Communication with Don Powers settlement |
| 6/08/10 RET | .20 | Communication with Peter Bisio regarding how costs associated with implementation of plan of allocation will be borne |
| 6/08/10 RET | .30 | Telephone call from Peter Bisio regarding who will bear the cost of implementing the plan of allocation |
| 6/08/10 RET | .10 | Telephone call from plaintiffs' counsel regarding status of side agreement between Chubb and bankruptcy estates regarding Chubb's proof of claim |
| 6/08/10 RET | .20 | Communication with Kate Weaver regarding Chubb's comments to memorandum of understanding regarding settlement |
| 6/11/10 RET | .30 | Communication with plaintiffs' counsel regarding status of side agreement between Chubb and bankruptcy estates regarding Chubb's proof of claim |
| 6/11/10 RET | .20 | Email from Peter Bisio regarding last change to memorandum of understanding regarding settlement |
| 6/14/10 RET | .30 | Communications with plaintiffs' counsel regarding status of memorandum of understanding |
| 6/15/10 RET | .10 | Communication from Tamara Britt regarding memorandum of understanding regarding settlement |
| 6/15/10 RET | .10 | Communication from Michelle Yoshida regarding status of memorandum of understanding regarding settlement |
| 6/15/10 RET | .90 | Work on latest draft of memorandum of understanding regarding settlement |
| 6/16/10 RET | .20 | Communication with Tamara Britt regarding memorandum of understanding regarding settlement |
| 6/16/10 RET | .20 | Communication with Michelle Yoshida and plaintiffs' counsel regarding memorandum of understanding regarding settlement |
| 6/16/10 RET | .10 | Communication with Tamara Britt regarding obtaining redline of memorandum of understanding |
| 6/16/10 RET | .10 | Communication with Tamara Britt regarding memorandum of understanding |
| 6/16/10 RET | .50 | Receive and analyze latest draft memorandum of understanding regarding settlement incorporating Chubb's proposed changes |
| 6/16/10 RET | .50 | Receive and analyze draft stipulation from Cleary between NNC, NNL, NNI and Chubb regarding Chubb's proofs of claim |
| 6/16/10 RET | .10 | Communication with Peter Bisio regarding communication with plaintiffs' counsel about memorandum of understanding regarding settlement |

| | | |
|---|---|---|
| 6/18/10 RET .40 | | Receive and analyze the latest draft and the redline of the memorandum of understanding regarding settlement and communication with Cleary with questions about same |
| 6/18/10 RET .40 | | Receive and analyze comparison from Cleary of the current and original drafts of the memorandum of understanding regarding settlement and forward to plaintiffs for review |
| 6/18/10 RET .10 | | Communication with Tamara Britt regarding the latest draft and the redline of the memorandum of understanding regarding settlement |
| 6/21/10 RET .80 | | Work on latest draft of memorandum of understanding regarding settlement |
| 6/23/10 RET .30 | | Communication with plaintiffs' counsel regarding stipulation between Chubb and Nortel regarding proofs of claim |
| 6/23/10 RET .20 | | Communication with Peter Bisio regarding status of stipulation between Chubb and Nortel |
| 6/23/10 RET .30 | | Teleconference with Peter Bisio regarding stipulation between Nortel and Chubb regarding proof of claim |
| 6/28/10 RET .10 | | Communication from Tamara Britt regarding plaintiffs' request to review stipulation between Chubb and Nortel regarding Chubb's proof of claim |
| 6/28/10 RET .50 | | Receive and analyze Chubb's changes to the draft Bankruptcy Stipulation in connection with Chubb's proof of claim and Email from Peter Bisio regarding same |
| 6/28/10 JMS7 .10 | | Review certificate of no objection |
| 6/29/10 JMS7 .10 | | Review bankruptcy court's order regarding enforcing Ontario court order and notice of filing of two reports to court |
| | **SUB TOTAL** | **6,285.00** |

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| | | |
|---|---|---|
| 6/16/10 JMS7 .10 | | Review notice from court of hearing date change |
| 6/18/10 JMS7 .20 | | Review court information regarding call with bankruptcy court |
| 6/21/10 JMS7 .20 | | Review court information regarding call with bankruptcy court |
| 6/24/10 JMS7 .20 | | Review fees filing for call with bankruptcy court |
| 6/24/10 JMS7 .10 | | Correspondence with Annie Cordo regarding bankruptcy court hearing |
| 6/24/10 JMS7 .20 | | Review correspondence from Donna Hebert and fee application in preparation for hearing |
| 6/24/10 JMS7 .40 | | Teleconference with bankruptcy court |
| | **SUB TOTAL** | **595.00** |

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

    6/18/10 DSH   .30   Review Fifth Omnibus Order Allowing Certain Professional Interim Compensation for Services Rendered and Reimbursement of Expenses drafted by Annie Cordo against our Fifth Quarterly Fee Application Request to ensure all numbers are correct for the period January 1, 2010 through April 1, 2010

                      **SUB TOTAL       45.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L230 Court Mandated Conferences

    6/24/10 DSH   .30   Calculate and calendar upcoming new case deadlines in connection with the Sixth Quarterly Fee Hearing to be heard on September 30, 2010

    6/24/10 DSH   .20   Review e-mail received from Annie Cordo along with the Fifth Omnibus Fee Order that was signed by Judge Gross today

                      **SUB TOTAL       75.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L320 Document Production

    5/13/10 JMS7   .40   Communicate with Steve Carlson at Kroll regarding electronic files

                      **SUB TOTAL       170.00**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L450 Trial and Hearing Attendance

    6/18/10 DSH   .20   Draft e-mail to Annie Cordo of Morris, Nichols, Arsht & Tunnell regarding Fifth Quarterly Fee Hearing and Fifth Omnibus Order

    6/18/10 DSH   .20   Review e-mail from Annie Cordo of Morris, Nichols Arsht & Tunnell regarding date and instructions for Fifth Quarterly Fee Hearing

    6/18/10 DSH   .20   Telephone communication with Darnell of CourtCall to schedule live telephonic court appearance for Rene' Thorne for the Fifth Quarterly Fee Hearing on June 24, 2010

                      **SUB TOTAL       90.00**

    **ATTORNEY SERVICES**        **$7,260.00**

**TOTAL HOURS: 15.80**
**FEE GRAND TOTAL:**    **$7,260.00**
**NORTEL'S 50% TOTAL: $3,630.00**

    **NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS        DESCRIPTION OF SERVICES RENDERED

L210 Pleadings

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 5/28/10 | JMS7 | .30 | Edit Nortel - Exhibit A - Fifteenth Interim Fee Application - March 2010 |
| 5/31/10 | JMS7 | .40 | Edit 16th interim report to bankruptcy court |
| 6/01/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Sixteenth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 6/01/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Fifteenth Interim Fee Application, Exhibit A and Exhibit B to be filed with the US Bankruptcy Court in Delaware |
| 6/02/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with our Fifth Quarterly Fee Application to be filed with the US Bankruptcy Court in Delaware |
| 6/02/10 | DSH | 1.90 | Finalize Fifth Quarterly Fee Application for request for withheld 20% of fees |

DATE ATTY   HRS        DESCRIPTION OF SERVICES RENDERED

L230 Court Mandated Conferences

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/03/10 | RET | .20 | Communication with Annie Cordo regarding filing date for all monthly applications through April 30, 2010 and the fifth quarterly application |

5

| | | |
|---|---|---|
| 6/17/10 RET .20 | | Communication with Annie Cordo regarding fifth quarterly fee hearing and communication with Donna Hebert regarding same |
| 6/23/10 RET .30 | | Communication with Annie Cordo regarding upcoming fee hearing and communication with Jason Stein regarding covering same |
| 6/23/10 RET .30 | | Second communication with Annie Cordo regarding upcoming fee hearing and communication with Jason Stein updating him regarding same |
| 6/23/10 JMS7 .30 | | Communication with Annie Cordo and Rene' Thorne regarding upcoming fee hearing |
| 6/24/10 RET .30 | | Communication from Annie Cordo regarding Fifth Omnibus Fee Order that was entered by Judge Gross and next quarterly fee hearing on September 30, 2010 at 10:00 a.m. and last day to file an quarterly application |
| 6/24/10 RET .20 | | Communication from Donna Hebert regarding next quarterly fee hearing on September 30, 2010 at 10:00 a.m. and last day to file a quarterly application |

DATE ATTY   HRS          DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

| | | |
|---|---|---|
| 5/03/10 JMS7 .40 | | Receive and analyze Order Enforcing Final Funding Order |
| 5/04/10 JMS7 .50 | | Receive and analyze forty fourth report of the monitor of the Canadian Nortel companies in the Canadian proceedings |
| 5/07/10 JMS7 .20 | | Provide response for Kate Weaver regarding case status at time of stay |
| 6/02/10 RET 1.40 | | Analyze issues related to Chubb's proof of claim and the impact on the ERISA litigation |
| 6/04/10 JMS7 1.40 | | Review and provide Don Powers historical document preservation notices |
| 6/08/10 RET 1.60 | | Analyze issues related to Chubb's proof of claim and the impact on the ERISA litigation |
| 6/09/10 RET .30 | | Receive and analyze motion for an order enforcing the order of the Ontario court approving the sale of the Nortel-LGE joint venture |
| 6/09/10 JMS7 .10 | | Review order on hearing from court |
| 6/10/10 RET 1.10 | | Analyze issues related to Chubb's proof of claim and the impact on the ERISA litigation |

| | | | |
|---|---|---|---|
| 6/14/10 | RET | 1.30 | Analyze issues related to Chubb's proof of claim and the impact on the ERISA litigation |
| 6/14/10 | JMS7 | .30 | Discuss with Rene' Thorne issues related to Chubb's proof of claim and the impact on the ERISA litigation |
| 6/15/10 | RET | .30 | Communication with Peter Bisio regarding fees |
| 6/15/10 | RET | .30 | Communication with Dave Deppe regarding fees |

**TOTAL HOURS: 14.20**

**FEE GRAND TOTAL:** $ 5,932.50

4829-0257-3063, v. 1