# SCHEDULE B
## EIGHTEENTH INTERIM FEE APPLICATION

### EXPENSE SUMMARY

### NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2010 Through June 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---:|---:|
| Photocopying | In-house | 7.98* | 3.99 |
| Photocopying (non-insurance) | In-house | 8.00 | 8.00 |
| Postage (non-insurance) | In-house | 1.56 | 1.56 |
|  |  |  |  |
| Total Expenses |  | 17.54 |  |
| **Grand Total:** |  |  | **13.55** |
|  |  |  |  |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

**TOTAL EXPENSES DUE:  $13.55**

# Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

        Photocopying        $7.98

TOTAL DISBURSEMENTS:    $7.98

**NORTEL'S 50% TOTAL:**    **$3.99**

**NORTEL (non-insurance)**

DISBURSEMENTS

        Photocopying        $8.00
        Postage        $1.56

TOTAL DISBURSEMENTS:    $9.56

**TOTAL EXPENSES DUE:**    **$13.55**

**4818-6900-4807, v. 1**