# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1, 2010 THROUGH JULY 31, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,131.34 |
| Conference Call /Telephone Charges | $6,634.57 |
| Courier Service/Postage | $29.54 |
| Duplicating (@ $0.10 per page) | $262.60 |
| Meals/Committee Meeting Expenses | $2,783.34 |
| Telephone – Court Call | $30.00 |
| Travel Expenses – Airfare | $39.00 |
| Travel Expenses – Ground Transportation | $846.85 |
| Travel Expenses – Train Fare (Credit for Prior Expenses) | ($218.70) |
| **TOTAL** | **$11,538.54** |

8324838 v1