# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1324986 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/20/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/21/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1100398 DATE: 5/5/2010 Vendor: Dial Car Voucher #: DLA3034527 Date: 04/21/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3034527 Date: 04/21/2010 Name: David Botter | $112.30 |
| 04/26/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1100398 DATE: 5/5/2010 Vendor: Dial Car Voucher #: DLA2188948 Date: 04/26/2010 Name: Ken Davis\|\|Car Service, Vendor: Dial Car Voucher #: DLA2188948 Date: 04/26/2010 Name: Ken Davis | $111.19 |
| 05/02/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Carmine's | $50.00 |
| 05/20/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmine's | $50.00 |
| 05/21/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN10-53062500000206 DATE: 6/28/2010 PASSENGER: KAHN BRAD M TICKET #: 7876392059 DEPARTURE DATE: 05/21/2010 ROUTE: NYP WIL NYP | $-218.70 |
| 05/23/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Off the Wall | $50.00 |
| 05/25/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Carmine's | $50.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1324986

Page 2  
August 20, 2010

| Date | Description | Amount |
|---|---|---|
| 06/04/10 | Meals - Business meal reimbursement; N. Persaud; Ollies | $11.60 |
| 06/09/10 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to 86th & Broadway.; Official Taxi Receipt | $20.00 |
| 06/10/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1102749 DATE: 6/30/2010 Vendor: Dial Car Voucher #: DLA3184649 Date: 06/10/2010 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3184649 Date: 06/10/2010 Name: David Botter | $66.84 |
| 06/10/10 | Meals - Business meal reimbursement; N. Persaud; Chinese | $46.50 |
| 06/10/10 | Travel - Ground Transportation ground transportation; NY Taxi | $9.94 |
| 06/10/10 | Travel - Ground Transportation ground transportation; NY Taxi | $10.30 |
| 06/14/10 | Travel - Ground Transportation ground transportation; NY Taxi | $7.56 |
| 06/16/10 | Meals - Business F. Hodara, Bromley, Schweitzer, D. Botter; Koi - NY | $208.55 |
| 06/18/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E250 DATE: 6/19/2010 TRACKING #: 1Z02E52E4451063351; PICKUP DATE: 06/18/2010; SENDER: Anita Gomez/JM; RECEIVER: David Botter - David Botter; | $27.07 |
| 06/18/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E250 DATE: 6/19/2010 TRACKING #: 1Z02E52E4451063351; PICKUP DATE: 06/18/2010; SENDER: Anita Gomez/JM; RECEIVER: David Botter - David Botter; | $1.49 |
| 06/21/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 707652 DATE: 6/27/2010 Woodson Jenny Jennifer) - Hill Country - 06/21/2010 | $21.73 |
| 06/22/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 707652 DATE: 6/27/2010 Sturm Joshua - Abigaels on Broadway - 06/22/2010 | $34.33 |
| 06/22/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1103263 DATE: 7/7/2010 Vendor: Dial Car Voucher #: DLA3154626 Date: 06/22/2010 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3154626 Date: | $145.80 |

| Date | Description | Amount |
|---|---|---|
| 06/22/10 | 06/22/2010 Name: David Botter Travel - Ground Transportation  Taxi; Taxi | $9.00 |
| 06/23/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 707652 DATE: 6/27/2010 Sturm Joshua - Abigaels on Broadway - 06/23/2010 | $40.42 |
| 06/23/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1103263 DATE: 7/7/2010  Vendor: Dial Car Voucher #: DLA2770383 Date: 06/23/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2770383 Date: 06/23/2010 Name: David Botter | $131.70 |
| 06/23/10 | Meals - Business  F. Hodara, Nortel w/Company; Aureole | $583.01 |
| 06/24/10 | Meals (100%)  6/23/10   S Thibodeaux - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800090; DATE: 6/24/2010 | $172.46 |
| 06/24/10 | Meals (100%)  6/24/10   P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800090; DATE: 6/24/2010 | $330.33 |
| 06/24/10 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 645; DATE ORDERED: 6/24/10 | $64.50 |
| 06/29/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 714120 DATE: 7/4/2010 Sturm Joshua - Cafe K - 06/29/2010 - Committee call working meal (15 people) | $51.11 |
| 06/30/10 | Travel - Ground Transportation  Working late.  Taxi from One Bryant Park to 86th & Broadway.; Taxi Receipt | $12.95 |
| 06/30/10 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 810; DATE ORDERED: 6/30/10 | $81.00 |
| 07/01/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 714120 DATE: 7/4/2010 Sturm Joshua - Eden Wok - 07/01/2010 | $32.11 |
| 07/01/10 | Meals (100%)  6/30/10: Shalinda Thibodeaux - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $181.82 |

| Date | Description | Amount |
|---|---|---|
| 07/01/10 | 2033800091; DATE: 7/1/2010 Meals (100%) 7/1/10: Patricia Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800091; DATE: 7/1/2010 | $358.47 |
| 07/02/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 102 page(s) | $10.20 |
| 07/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 07001-54901-10; DATE: 7/5/2010 | $6,634.57 |
| 07/06/10 | Court Cost 7/2/10 - David Botter VENDOR: COURTCALL, LLC; INVOICE#: CO070610; DATE: 7/6/2010 - acct.# CCDA-98-007 | $30.00 |
| 07/06/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 115 page(s) | $11.50 |
| 07/06/10 | Computerized Legal Research - Westlaw User: CALECA,ALEXANDRA Date: 7/6/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $215.23 |
| 07/06/10 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 7/6/2010 AcctNumber: 1000532285 ConnectTime: 0.0 | $236.84 |
| 07/06/10 | Travel - Ground Transportation Taxi from Cleary to office ($15.00 fare, $2.00 tip).; Nortel - Taxi | $17.00 |
| 07/06/10 | Travel - Airfare Trip Cancelled - Agent Fee; AA - Service Fee; Frosch Travel | $39.00 |
| 07/06/10 | Travel - Ground Transportation Medallion | $12.20 |
| 07/07/10 | Computerized Legal Research - Other Case Searches for Period of 4/1/10 to 6/30/10 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q22010; DATE: 7/7/2010 - LOGIN ID: AG0054 | $124.48 |
| 07/07/10 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 106; DATE ORDERED: 7/7/10 | $10.60 |
| 07/07/10 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q22010; DATE: 7/7/2010 - Login ID: AG0381 Billing Cycle 4/1/10 - 6/30/10 | $6.48 |
| 07/08/10 | Travel - Ground Transportation City Cab of Delaware, Inc. | $8.00 |
| 07/09/10 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 7/9/2010 AcctNumber: 1000532285 ConnectTime: 0.0 | $429.73 |
| 07/09/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH | $26.93 |

| Date | Description | Amount |
|---|---|---|
| | SERVICES, INC INVOICE#: 659620 DATE: 7/23/2010 Vendor: Executive Royal Voucher #: 225929 Date: 07/09/2010 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 225929 Date: 07/09/2010 Name: Fred Hodara | |
| 07/09/10 | Travel - Ground Transportation Medallion cab | $9.36 |
| 07/10/10 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 7/10/2010 AcctNumber: 1000532285 ConnectTime: 0.0 | $12.75 |
| 07/11/10 | Travel - Ground Transportation Taxicab Receipt | $10.00 |
| 07/12/10 | Computerized Legal Research - Westlaw User: HARRIS,DAN Date: 7/12/2010 AcctNumber: 1000532285 ConnectTime: 0.0 | $19.65 |
| 07/12/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1103799 DATE: 7/21/2010 Vendor: Dial Car Voucher #: DLA3155133 Date: 07/12/2010 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3155133 Date: 07/12/2010 Name: Lisa Beckerman | $63.91 |
| 07/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 07/13/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1104097 DATE: 7/28/2010 Vendor: Dial Car Voucher #: DLA3133442 Date: 07/13/2010 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3133442 Date: 07/13/2010 Name: Lisa Beckerman | $61.87 |
| 07/14/10 | Duplication - In House Photocopy - Caleca, Ali, NY, 392 page(s) | $39.20 |
| 07/14/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 5 page(s) | $0.50 |
| 07/15/10 | Computerized Legal Research - Westlaw User: CALECA,ALEXANDRA Date: 7/15/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $52.05 |
| 07/15/10 | Meals (100%) 7/14/10 P Sanchez - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800093; DATE: 7/15/2010 | $108.88 |
| 07/15/10 | Meals (100%) 7/14/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800093; DATE: 7/15/2010 | $402.02 |
| 07/16/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 9 page(s) | $0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1324986

Page 6  
August 20, 2010

| Date | Description | Amount |
|---|---|---|
| 07/19/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |
| 07/19/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/19/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $34.13 |
| 07/21/10 | Duplication - In House Photocopy - User # 990100, NY, 372 page(s) | $37.20 |
| 07/22/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 20 page(s) | $2.00 |
| 07/23/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 5 page(s) | $0.50 |
| 07/28/10 | Postage US Postage - Kahn, Brad, NY, 1 piece(s) | $0.98 |
| 07/29/10 | Duplication - In House Photocopy - Sprofera, Peter, NY, 24 page(s) | $2.40 |

Current Expenses                $11,538.54