# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: GingerM | Date Created: 9/3/2010 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 20 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Alissa T. Gazze     agazze@mnat.com

                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Nortel Networks Inc., et al.     2221 Lakeside Boulevard     Richardson, TX 75082
frep     Allen &Overy LLP,     1221 Avenue of the Americas     New York, NY 10020
ust     Thomas Patrick Tinker     Office of the U.S. Trustee     844 King Street Suite 2207     Wilmington, DE 19801
aty     Andrew R. Remming     Morris, Nichols, Arsht &Tunnell     1201 North Market Street     P.O. Box 1347     Wilmington, DE 19899−1347
aty     Ann C. Cordo     Morris Nichols Arsht &Tunnell LLP     1201 N. Market Street     P.O. Box 1347     Wilmington, DE 19899−1347
aty     Derek C. Abbott     Morris Nichols Arsht &Tunnell     1201 N. Market Street     Wilmington, DE 19899
aty     Eric D. Schwartz     Morris, Nichols, Arsht &Tunnell     1201 N.Market Street     P. O. Box 1347     Wilmington, DE 19801
aty     James Croft     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     James L. Bromley     Cleary Gottlieb Steen &Hamilton     One Liberty Plaza     New York, NY 10006
aty     Jennifer M. Westerfield     Cleary Gottlieb Steen &Hamilton, LLP     One Liberty Plaza     New York, NY 10006
aty     Juliet A. Drake     Cleary Gottlieb Steen &Hamilton LLP     One Liberty Plaza     New York, NY 10006
aty     Mary Caloway     Buchanan Ingersoll &Rooney PC     1000 West Street     Ste 1410     Wilmington, DE 19801
aty     Mona A. Parikh     Buchanan Ingersoll &Rooney PC     1000 West Street     Suite 1410     Wilmington, DE 19801
aty     Nancy G. Everett     Winston &Strawn LLP     35 W. Wacker Drive     Chicago, IL 60601
aty     Neil P Forrest     Cleary Gottlieb Steen &Hamiton LLP     One Liberty Plaza     New York, NY 10006
aty     Peter James Duhig     Buchanan Ingersoll &Rooney PC     The Brandywine Building     1000 West Street     Suite 1410, P.O. Box 1397     Wilmington, DE 19899
aty     Robin J. Baik     Cleary Gottlieb Steen &Hamilton LLP     One Liverty Plaza     New York, NY 10006
aty     Thomas F. Driscoll, III     Morris, Nichols, Arsht &Tunnell LLP     1201 North Market Street     Wilmington, DE 19801

                 TOTAL: 18