# Appendix A

## Glossary of Defined Terms

2001-2005 APA ............................................................................................................................. 19
2007-2011 APA ............................................................................................................................. 20
363 Sale Orders ............................................................................................... as defined in the Plan
363 Sales ......................................................................................................... as defined in the Plan
ACE Facility Agreements ............................................................................................................. 37
ACE Support ................................................................................................................................. 37
Ad Hoc Group of Bondholders ..................................................................................................... 26
Administrative Expense Claims ...................................................................... as defined in the Plan
Administrative Expense Claims Bar Date ...................................................... as defined in the Plan
Affiliate ........................................................................................................... as defined in the Plan
Allocation Proceeds ........................................................................................ as defined in the Plan
Allowed .......................................................................................................... as defined in the Plan
AMT ............................................................................................................................................ 102
APAC Agreement .......................................................................................................................... 30
APAC Agreement Subsidiaries ..................................................................................................... 30
APAs .............................................................................................................................................. 19
Assets .............................................................................................................. as defined in the Plan
Available Cash ................................................................................................ as defined in the Plan
Avaya ............................................................................................................................................. 39
Avoidance Action .......................................................................................................................... 32
Ballots .............................................................................................................................................. 6
Bankruptcy Code .............................................................................................................................. i
Bankruptcy Court ............................................................................................................................. i
Bankruptcy Exception .................................................................................................................. 101
Bankruptcy Rules ............................................................................................................................. i
Bar Date Order ................................................................................................................................ 5
BNYM ........................................................................................................................................... 17
Budgets .......................................................................................................................................... iii
Business Day ................................................................................................... as defined in the Plan
CALA ............................................................................................................................................ 52
Canadian Court .............................................................................................................................. 24
Canadian Monitor .......................................................................................................................... 24
Canadian Petitioners ...................................................................................................................... 23
Cascade Beneficiaries .................................................................................................................... 37
Cascade Subsidiaries ..................................................................................................................... 37
Cascade Trust ................................................................................................................................ 37
Cascade Trust Side Agreement ..................................................................................................... 37

Cash ................................................................................................................. as defined in the Plan
Cash Collateral Agreement ............................................................................................... 36
Causes of Action ............................................................................................ as defined in the Plan
CCAA ............................................................................................................................. 24
CCAA Proceedings ....................................................................................................... 24
CDMA ............................................................................................................................ 38
CERCLA ....................................................................................................................... 56
Chapter 11 Cases ............................................................................................................ 1
Ciena ............................................................................................................................. 41
Citibank Facility Agreements ........................................................................................ 37
Citibank Support ............................................................................................................ 37
Claims ........................................................................................................... as defined in the Plan
Class ............................................................................................................. as defined in the Plan
Class 1 ............................................................................................................................. 4
Class 2 ............................................................................................................................. 4
Class 3 ............................................................................................................................. 4
Class 4 ............................................................................................................................. 5
Class 5A .......................................................................................................................... 5
Class 5B .......................................................................................................................... 5
COD ............................................................................................................................. 101
Collateral ...................................................................................................... as defined in the Plan
Collateral Agreement ..................................................................................................... 37
Confirmation Date ........................................................................................ as defined in the Plan
Confirmation Hearing ...................................................................................................... 2
Confirmation Order ....................................................................................... as defined in the Plan
Controlled Non-Debtor Affiliate .................................................................. as defined in the Plan
Corporate Group ............................................................................................................ 50
Creditor Proceeds .......................................................................................... as defined in the Plan
Creditor Protection Proceedings ..................................................................................... 3
Creditors ........................................................................................................................... 1
Creditors' Committee ...................................................................................................... 8
Cross-Border Protocol ................................................................................................... 25
CSA ................................................................................................................................ iii
CVAS ............................................................................................................................. 37
Debtors ............................................................................................................................. 1
Debtors-in-Possession .................................................................................. as defined in the Plan
Disbursing Agent .......................................................................................... as defined in the Plan
Disclosure Statement ........................................................................................................ i
Disputed Claims ............................................................................................ as defined in the Plan
Disputed Claims Reserve ............................................................................. as defined in the Plan
Distribution Record Date .............................................................................................. 69
Distributions ................................................................................................. as defined in the Plan
DTC ............................................................................................................................... 69

EDC ................................................................................................................................. 18
EDC Facility ................................................................................................................... 18
Effective Date ............................................................................................. as defined in the Plan
EMEA ............................................................................................................................. 41
EMEA Debtors ................................................................................................................ 24
EMEA Proceedings ......................................................................................................... 24
Entity .......................................................................................................... as defined in the Plan
Epiq .................................................................................................................................. 8
Ericsson ........................................................................................................................... 39
ERISA ............................................................................................................................. 51
ES .................................................................................................................................... 39
Estate Claim .................................................................................................................... 72
Estates ........................................................................................................ as defined in the Plan
Exculpated Parties .......................................................................................................... 79
Exculpated Party ............................................................................................................ 79
FCFSA ............................................................................................................................ 29
FCFSA Claim ................................................................................................................. 35
Filed ........................................................................................................... as defined in the Plan
Final Distribution Date .............................................................................. as defined in the Plan
Final Order ................................................................................................ as defined in the Plan
First Tranche of NNL 2016 Notes .................................................................................. 18
Flextronics ....................................................................................................................... 29
Flextronics Amending Agreement .................................................................................. 29
Foreign Proceeding .................................................................................... as defined in the Plan
French Court ................................................................................................................... 24
French Proceedings ........................................................................................................ 24
FSD .................................................................................................................................. 54
GENBAND ..................................................................................................................... 42
General Securities Fraud Claims ............................................................... as defined in the Plan
General Unsecured Claims ........................................................................ as defined in the Plan
Global IP ......................................................................................................................... 49
Governmental Unit .................................................................................... as defined in the Plan
GSM ................................................................................................................................ 24
GSM-R ............................................................................................................................ 24
Hitachi ............................................................................................................................. 40
Holder ............................................................................................................................ 100
Holders .......................................................................................................................... 100
Huron .............................................................................................................................. 26
IFSA ................................................................................................................................ 34
Impaired ..................................................................................................... as defined in the Plan
Incentive Plan ................................................................................................................. 52
Indemnity Agreement ..................................................................................................... 37
Initial Petition Date .......................................................................................................... 1

Interestholders ................................................................................................................... 2
Interests ............................................................................................... as defined in the Plan
Interests Securities Fraud Claims...................................................... as defined in the Plan
Interim Distribution .......................................................................................................... 69
IP ........................................................................................................................................ 11
IRC ..................................................................................................................................... 52
IRS ..................................................................................................................................... 19
Israeli Administration Proceedings .................................................................................. 24
Israeli Court ...................................................................................................................... 24
Israeli Debtors ................................................................................................................... 24
IT........................................................................................................................................ 45
Joint Administrators ......................................................................................................... 24
JPMorgan .......................................................................................................................... 38
Kapsch ............................................................................................................................... 42
KEIP .................................................................................................................................. 53
KERP ................................................................................................................................. 53
L/C and Bonding Facilities ............................................................................................... 18
Law Debenture Trust ........................................................................................................ 17
Lazard ................................................................................................................................ 26
LGN ................................................................................................................................... 20
Lien ...................................................................................................... as defined in the Plan
Liquidating Debtors ............................................................................ as defined in the Plan
Liquidation Analysis ......................................................................................................... 89
Liquidation Value ............................................................................................................. 89
Litigation Claims ................................................................................. as defined in the Plan
Litigation Claims Settlement Procedures Order ............................................................. 31
LTD Plan ........................................................................................................................... 52
LTE .................................................................................................................................... 38
Master R&D Agreement ................................................................................................... 19
Morris Nichols .................................................................................................................. 26
MSS .................................................................................................................................... 43
NBS .................................................................................................................................... 16
NN CALA ............................................................................................................................ 1
NN CALA Bar Date Order ................................................................................................. 6
NN CALA General Bar Date .............................................................................................. 6
NNC ..................................................................................................................................... ii
NNC 2012 Notes ................................................................................................................ 18
NNC 2014 Notes ................................................................................................................ 18
NNC Form 10-K .................................................................................................................. ii
NNC Form 10-Q ................................................................................................................. iii
NNC Public Filings ............................................................................................................ iii
NNCC ................................................................................................................................... 1
NNCC 2026 Notes ............................................................................................................. 17

NNCC Notes Guarantee Obligation ............................................................. as defined in the Plan
NNCC Notes Indenture ................................................................................. as defined in the Plan
NNI ................................................................................................................................... 1
NNI Consolidated Group ............................................................................................... 19
NNL ................................................................................................................................. 12
NNL 2011 Notes ............................................................................................................. 18
NNL 2013 Notes ............................................................................................................. 18
NNL 2016 Notes ............................................................................................................. 18
NNSA .............................................................................................................................. 19
NNUK .............................................................................................................................. 19
Nokia ............................................................................................................................... 38
NOLs .............................................................................................................................. 102
Nortel ................................................................................................................................ 3
Northern Electric ........................................................................................................... 11
Notice Parties ................................................................................................................. 31
NYSE ............................................................................................................................... 21
Ordinary Course Actions .............................................................................................. 31
Ordinary Course Professional Order ......................................................... as defined in the Plan
Original Bar Date ............................................................................................................. 5
Packet Core Assets ........................................................................................................ 40
PBGC .............................................................................................................................. 51
Person ............................................................................................................... as defined in the Plan
Petition Date ..................................................................................................................... 1
Plan ................................................................................................................................... i
Plan Administration Agreement ................................................................. as defined in the Plan
Plan Administrator ....................................................................................... as defined in the Plan
Plan Advisory Committee ............................................................................................ 67
Plan Supplement ............................................................................................................... i
PPF .................................................................................................................................. 54
Pre-petition Intercompany Debt .................................................................................. 30
Priority Non-Tax Claims .............................................................................. as defined in the Plan
Priority Tax Claims ...................................................................................... as defined in the Plan
Pro Rata Share ............................................................................................... as defined in the Plan
Professional ................................................................................................... as defined in the Plan
Professional Claims ...................................................................................... as defined in the Plan
PSP Holding ................................................................................................................... 43
Radware .......................................................................................................................... 38
Reclamation Procedures Order .................................................................................... 31
Rejection Procedures Order .......................................................................................... 27
Remaining Contracts ..................................................................................................... 74
Reorganized Debtor ..................................................................................... as defined in the Plan
Reorganized Debtor Group .......................................................................................... 93
Reorganized NNI .......................................................................................... as defined in the Plan

Residual Assets ................................................................................................ as defined in the Plan
Retiree Welfare Plans ............................................................................................................ 52
Retirement Income Plan......................................................................................................... 51
Retirement Plan Committee ................................................................................................... 51
Scheduled ......................................................................................................... as defined in the Plan
Schedules .......................................................................................................... as defined in the Plan
SEC .......................................................................................................................................... ii
Section 382........................................................................................................................... 103
Secured Claims ................................................................................................ as defined in the Plan
Security ........................................................................................................... as defined in the Plan
Senior Notes........................................................................................................................... 18
Senior Notes Indenture .................................................................................... as defined in the Plan
Senior Notes NNI Guarantee Claims .............................................................. as defined in the Plan
Senior Notes NNI Guarantee Obligations....................................................... as defined in the Plan
Short-Term Support Agreement ............................................................................................ 36
Solicited Creditor ..................................................................................................................... 6
Special Incentive Plan............................................................................................................ 53
Standby L/C Agreement ........................................................................................................ 37
Subordinated Claims........................................................................................ as defined in the Plan
Superfund............................................................................................................................... 56
Supplemental Bar Date ............................................................................................................ 6
Sureties................................................................................................................................... 37
Tax .................................................................................................................. as defined in the Plan
The Pensions Regulator ......................................................................................................... 54
TPA Payments ....................................................................................................................... 19
Transfer Pricing Agreements ................................................................................................ 19
TSAs ...................................................................................................................................... 44
U.K. Court.............................................................................................................................. 24
U.K. Pension Trustee ............................................................................................................. 54
U.S. Debtor Licensees............................................................................................................ 39
Unimpaired ...................................................................................................... as defined in the Plan
Unsecured Claim.............................................................................................. as defined in the Plan
VEBA..................................................................................................................................... 52
VoIP ....................................................................................................................................... 11