# Appendix C

## Estimated Recoveries

[to be filed]