# <u>Appendix D-1</u>

## <u>Current Structure Chart of Selected Nortel Affiliates</u>

[to be filed]