# Appendix D-2

## Post-Effective Date Structure Chart of the Debtors

[to be filed]