# Appendix E

## List of Directors and Officers of the Debtors

[to be filed]

E-1