# Appendix F

## Unaudited Condensed Combined Financial Statements and Index Thereto

[to be filed]