# Appendix G

## Liquidation Analysis

[to be filed]