# Appendix H

## Budgets and Cost Analyses

[to be filed]

H-1