**EXHIBIT A**

CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2010 through August 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 8/2/2010 — End Date 8/31/2010

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 16.7 | $470.00 | $7,849.00 |
| 2 | Reviewing operational management of transition services | 6.6 | $470.00 | $3,102.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 129.8 | $470.00 | $61,006.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 25.4 | $470.00 | $11,938.00 |
| 5 | Fee Applications | 5.5 | $470.00 | $2,585.00 |
| 6 | Various Corporate Matters | 1.8 | $470.00 | $846.00 |
| 7 | Non-working Travel | 20.5 | $235.00 | $4,817.50 |
| | **Hours/Billing Amount for Period:** | **206.3** | | **$92,143.50** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/2/2010 | Call re AIP with creditor representatives | 4 | 1.2 |
| 8/2/2010 | Call with Doolittle re weekly matters | 1 | 0.5 |
| 8/2/2010 | Call with Cleary and Chilmark re interco issues | 3 | 1.3 |
| 8/2/2010 | Update to sale transactions | 3 | 0.8 |
| 8/2/2010 | Review of claims and preference updates to prepare for meetings re same | 3 | 0.5 |
| 8/2/2010 | Flight to NY for meetings | 7 | 4.0 |
| 8/2/2010 | Prepare fee application | 5 | 1.0 |
| 8/3/2010 | Call re sale transaction | 3 | 1.0 |
| 8/3/2010 | Call with Marsh re insurance matters for TSA | 3 | 0.5 |
| 8/3/2010 | Meetings with Cleary re disclosure statement, plan matters and allocation | 3 | 6.0 |
| 8/3/2010 | Review status of document retention | 3 | 1.3 |
| 8/3/2010 | Prepare for presentations with creditors re preferences and claims | 4 | 0.5 |
| 8/3/2010 | Prepare fee application | 5 | 1.3 |
| 8/4/2010 | Meetings at Cleary re update on multiple work streams including disclosure statement, budgets, liquidation analysis, claims | 3 | 8.5 |
| 8/4/2010 | Call with Marsh re insurance coverages | 2 | 0.5 |
| 8/4/2010 | Planning meeting re document management | 3 | 0.8 |
| 8/4/2010 | Prepare fee application | 5 | 0.7 |
| 8/5/2010 | Meetings with Cleary re various case management issues, including allocation, pension matters | 3 | 0.0 |
| 8/5/2010 | Meetings with Cleary and Huron re claims and preferences and follow up meetings with creditor representatives re same | 4 | 5.0 |
| 8/5/2010 | Finalize fee application | 5 | 0.5 |
| 8/6/2010 | Call with Corporate and FA's re AIP plans | 1 | 0.8 |
| 8/6/2010 | Review of monthly transactions and disbursements from NBS | 2 | 2.0 |
| 8/6/2010 | Review and approval of VC investments | 3 | 1.3 |
| 8/6/2010 | NGS billing matters | 6 | 1.0 |
| 8/6/2010 | Nonworking travel from NY meetings | 7 | 4.0 |
| 8/6/2010 | Review of draft disclosure statement and mark up to same | 3 | 2.8 |
| 8/8/2010 | Further review of disclosure statement draft | 3 | 3.5 |
| 8/8/2010 | Review of IP materials in advance of meeting with creditors | 3 | 2.0 |
| 8/9/2010 | Meeting with creditors related to Ipco | 4 | 6.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/9/2010 | Discussion with Cleary re employee benefit issues | 3 | 1.0 |
| 8/10/2010 | Travel from NY meetings | 7 | 4.0 |
| 8/10/2010 | Follow up re property insurance | 3 | 0.8 |
| 8/10/2010 | Handling retention matters | 3 | 1.5 |
| 8/10/2010 | Call with Cleary and Chilmark re allocation meetings and interco claims; follow up call same day | 3 | 2.0 |
| 8/10/2010 | Research related to interco claims | 3 | 1.5 |
| 8/10/2010 | Approval of interco payments; funding of VC investments | 3 | 0.8 |
| 8/11/2010 | 2nd half results update | 1 | 1.3 |
| 8/11/2010 | Call with J Wood and Chilmark and separate call with Cleary re Trinidad and other open issues | 3 | 3.5 |
| 8/11/2010 | Call re IT | 3 | 0.8 |
| 8/11/2010 | Call re allocation with creditor advisors | 4 | 1.5 |
| 8/12/2010 | Meeting with RLKS re document management plan | 4 | 1.3 |
| 8/12/2010 | Call with corporate group and FA's relative to AIP goals and 2nd half results | 3 | 0.8 |
| 8/12/2010 | Call with co and Chilmark re Trinidad and LRD's | 3 | 1.3 |
| 8/12/2010 | Follow up call with Chilmark and Cleary re India and other related issues | 3 | 1.8 |
| 8/12/2010 | Call with Akin et al re preparation for meetings on 8/18-8/19 | 4 | 1.2 |
| 8/12/2010 | Review August Citi netting | 1 | 2.3 |
| 8/13/2010 | Claims charts for Canada; response to creditor inquiry | 3 | 0.3 |
| 8/13/2010 | Call with J Wood and Cleary re custom claims resolution and pre meeting claims review | 3 | 2.0 |
| 8/13/2010 | Calls with Cleary re Trinidad, LRD's | 3 | 1.0 |
| 8/13/2010 | Call with FA's and Akin re preparation for 8/18 meetings | 4 | 1.2 |
| 8/13/2010 | Prepare for 8/19 meeting with UCC | 4 | 2.5 |
| 8/15/2010 | Review interco monthly transactions | 3 | 1.0 |
| 8/15/2010 | Flight to NY for meetings | 7 | 4.0 |
| 8/16/2010 | Weekly status call | 3 | 1.0 |
| 8/16/2010 | Meet with Cleary and Chilmark re Pluto and prepare for 8/17/10 meetings and separate meetings re open issues re Canada estate matters | 3 | 10.5 |
| 8/17/2010 | Meet with Cleary re allocation discussions | 3 | 4.0 |
| 8/17/2010 | Meet with estates re allocation | 3 | 6.0 |
| 8/18/2010 | Meet with estates re allocation | 3 | 10.0 |
| 8/19/2010 | Prepare for and meet with UCC | 4 | 3.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/19/2010 | Meetings at Cleary re plan of reorganization and 2011 benefits issues | 3 | 6.5 |
| 8/20/2010 | Review and dialogue re monthly Citi netting and adjustments to same | 3 | 4.0 |
| 8/20/2010 | Review restructuring manager's report | 3 | 1.0 |
| 8/20/2010 | Nonworking travel from NY meetings | 7 | 4.5 |
| 8/20/2010 | Claims process term sheet and agreement review | 1 | 1.0 |
| 8/21/2010 | Weekly status call | 3 | 0.5 |
| 8/23/2010 | Review term sheet re Canada issues; provide comments; participate in subsequent call and mark up revision to term sheet | 1 | 2.8 |
| 8/23/2010 | Weekly status call | 3 | 0.5 |
| 8/23/2010 | Review of VC stock documents and loan agreement re VC stocks | 1 | 1.0 |
| 8/23/2010 | Review of claims term sheet, claims resolution order and changes to same | 1 | 2.5 |
| 8/23/2010 | Review and revise preference matrix and thresholds | 3 | 1.5 |
| 8/24/2010 | Asia cash call | 3 | 1.0 |
| 8/24/2010 | IP call report | 3 | 0.5 |
| 8/24/2010 | Corporate AIP metrics | 1 | 1.0 |
| 8/24/2010 | Call with J Doolittle | 1 | 0.3 |
| 8/24/2010 | Pluto transaction | 3 | 2.5 |
| 8/24/2010 | Call with Cleary re mediator | 3 | 0.8 |
| 8/25/2010 | Asset sale re IP | 3 | 0.7 |
| 8/25/2010 | Call with creditors re NBS and follow up with NBS | 4 | 1.5 |
| 8/25/2010 | Multiple calls with NBS and Cleary re Pluto | 3 | 6.5 |
| 8/25/2010 | NBS work related to Canada and Cala | 2 | 2.8 |
| 8/25/2010 | Discussions with Cleary re pending matter with vendor | 1 | 1.0 |
| 8/25/2010 | Call with Cleary and creditor counsel re tax matters | 3 | 1.0 |
| 8/26/2010 | Multiple conference calls; document changes for Pluto | 3 | 7.0 |
| 8/26/2010 | Call re VC stocks; minority investments | 3 | 1.0 |
| 8/26/2010 | Internet address call | 3 | 3.0 |
| 8/27/2010 | Pakistan documents | 1 | 0.3 |
| 8/27/2010 | Pluto matters | 3 | 1.5 |
| 8/30/2010 | Call re mediators | 3 | 1.3 |
| 8/30/2010 | CTDI matter | 3 | 0.3 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/30/2010 | Employee matters | 2 | 0.5 |
| 8/30/2010 | Review of status of VC stocks | 3 | 1.0 |
| 8/30/2010 | Communications re allocation; non filed entities | 3 | 1.5 |
| 8/30/2010 | Coordination with Recaute on a variety of NBS issues and matters | 2 | 0.8 |
| 8/30/2010 | Approve various claims and protocol matters | 3 | 0.5 |
| 8/30/2010 | MOR review | 1 | 0.3 |
| 8/30/2010 | Review pleadings re UK pension | 6 | 0.8 |
| 8/30/2010 | Further document retention matters | 3 | 0.3 |
| 8/31/2010 | Internet address call | 3 | 1.0 |
| 8/31/2010 | Call re Avaya and follow up communications | 3 | 1.0 |
| 8/31/2010 | Review of cala region interco and emails re same | 1 | 0.8 |
| 8/31/2010 | Call with FTI re various open matters and follow up with Cleary re tax and other matters | 4 | 0.5 |
| 8/31/2010 | Employee retention re IP | 1 | 0.8 |
| 8/31/2010 | Attending to various open matters re claims, claims protocol, headcount review, asset disposition | 3 | 1.5 |
| 8/31/2010 | Prepare quarterly fee application | 5 | 2.0 |