**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2010 through August 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,455.20 |
| Travel – Lodging | | 3,988.89 |
| Travel – Meals | | 469.15 |
| Travel – Car Service | | 334.68 |
| Travel – Parking | | 155.00 |
| Office supplies, shipping, and other office related expenses | | 268.08 |
| PACER | | 8.72 |
| TOTAL | | $ 6,679.72 |

# Nortel Expense Report

**PERIOD:** August 1, 2010 through August 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 8/3/2010 | New York Trip - Air fare | $ 344.40 | | | | | | | $ 344.40 |
| 8/3/2010 | New York Trip - Taxi | | | | $ 38.17 | | | | $ 38.17 |
| 8/3/2010 | New York Trip - Hotel | | $ 387.91 | | | | | | $ 387.91 |
| 8/3/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 8/3/2010 | New York Trip - Meal | | | $ 57.43 | | | | | $ 57.43 |
| 8/4/2010 | New York Trip - Hotel | | $ 387.91 | | | | | | $ 387.91 |
| 8/4/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 8/4/2010 | New York Trip - Meal | | | $ 55.97 | | | | | $ 55.97 |
| 8/5/2010 | New York Trip - Hotel | | $ 387.91 | | | | | | $ 387.91 |
| 8/5/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 8/5/2010 | New York Trip - Meal | | | $ 61.82 | | | | | $ 61.82 |
| 8/6/2010 | New York Trip - Taxi | | | | $ 40.37 | | | | $ 40.37 |
| 8/6/2010 | New York Trip - Parking | | | | | $ 49.00 | | | $ 49.00 |
| 8/8/2010 | New York Trip - Air fare | $ 353.70 | | | | | | | $ 353.70 |
| 8/8/2010 | New York Trip - Taxi | | | | $ 40.37 | | | | $ 40.37 |
| 8/8/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 8/8/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 8/8/2010 | New York Trip - Meal | | | $ 61.67 | | | | | $ 61.67 |
| 8/9/2010 | New York Trip - Hotel | | $ 422.33 | | | | | | $ 422.33 |
| 8/9/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 8/9/2010 | New York Trip - Taxi | | | | $ 18.40 | | | | $ 18.40 |
| 8/9/2010 | New York Trip - Meal | | | $ 60.00 | | | | | $ 60.00 |
| 8/10/2010 | New York Trip - Meal | | | $ 10.68 | | | | | $ 10.68 |
| 8/10/2010 | New York Trip - Transportation | | | | $ 75.00 | | | | $ 75.00 |
| 8/10/2010 | New York Trip - Air fare return | $ 223.70 | | | | | | | $ 223.70 |
| 8/10/2010 | New York Trip - Parking | | | | | $ 30.00 | | | $ 30.00 |
| 8/15/2010 | New York Trip - Air fare | $ 533.40 | | | | | | | $ 533.40 |
| 8/15/2010 | New York Trip - Transportation | | | | $ 75.00 | | | | $ 75.00 |
| 8/15/2010 | New York Trip - Hotel | | $ 391.31 | | | | | | $ 391.31 |
| 8/15/2010 | New York Trip - Internet (5 days) | | | | | | $ 59.95 | | $ 59.95 |

# Nortel Expense Report

**PERIOD:** August 1, 2010 through August 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 8/15/2010 | New York Trip - Meal | | | $ 54.60 | | | | | $ 54.60 |
| 8/16/2010 | New York Trip - Hotel | | $ 391.31 | | | | | | $ 391.31 |
| 8/16/2010 | New York Trip - Meal | | | $ 46.98 | | | | | $ 46.98 |
| 8/17/2010 | New York Trip - Hotel | | $ 391.31 | | | | | | $ 391.31 |
| 8/18/2010 | New York Trip - Hotel | | $ 391.31 | | | | | | $ 391.31 |
| 8/19/2010 | New York Trip - Hotel | | $ 391.31 | | | | | | $ 391.31 |
| 8/19/2010 | New York Trip - Meal | | | $ 60.00 | | | | | $ 60.00 |
| 8/16/2010 | New York Trip - Taxi | | | | $ 6.20 | | | | $ 6.20 |
| 8/20/2010 | New York Trip - Taxi | | | | $ 41.17 | | | | $ 41.17 |
| 8/20/2010 | New York Trip - Parking | | | | | $ 76.00 | | | $ 76.00 |
| 8/6/2010 | New york Trip - Hotel add on | | $ 23.95 | | | | | | $ 23.95 |
| 8/5/2010 | New York Trip - Aircell | | | | | | $ 34.95 | | $ 34.95 |
| 8/31/2010 | Additional cell charges | | | | | | $ 9.31 | | $ 9.31 |
| 8/31/2010 | Shipping charges | | | | | | $ 99.12 | | $ 99.12 |