IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 30, 2010 at 10:00 a.m.** |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                   Ashurst LLP

Authorized to Provide
Professional Services to:                          Official Committee of Unsecured Creditors

Date of Retention:                                     March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:                  May 01, 2010 through July 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:           £74,734.50  (US $114,343.79)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:       £234.76  (US $359.18)[4]

This is (a)n:  _X_ interim  ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, May 2010, June 2010, and July 2010 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.53 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.53 as published by Bloomberg.com on the date of the application.

17791564.01

|  |  | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 06/29/10 Docket No. 3235 | 05/01/10 – 05/31/10 | £31,657.50 | £163.27 | £25,326.00 | £163.27 | £6,331.50 |
| Date Filed: 07/30/10 Docket No. 3751 | 06/01/10 – 06/30/10 | £28,869.50 | £27.39 | £23,095.60 | £27.39 | £5,773.90 |
| Date Filed: 08/24/10 Docket No. 3818 | 07/01/10 – 07/31/10 | £14,207.50 | £44.10 | Pending Obj deadline 09/20/10 £11,366.00 | Pending Obj deadline 09/20/10 £44.10 | £2,841.50 |
| **TOTALS:** |  | £74,734.50 | £234.76 | £59,787.60[5] | £234.76[6] | £14,946.90 |

Summary of any Objections to Fee Applications: None.

Dated: September 07, 2010
London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.

2