## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date:  September 30, 2010 at 10:00 a.m.** |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:          Official Committee of Unsecured Creditors

Date of Retention:                March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:       May 1, 2010 through July 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $18,714.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $1,974.90

This is (a)n:  _X_ interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s  ("RLF") May, June and July 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed: 6/24/10 Docket No. 3226 | 5/1/10 5/31/10 | $4,552.00 | $656.31 | $3,641.60 | $656.31 | $910.40 |
| Date Filed: 7/29/10 Docket No. 3745 | 6/1/10 - 6/30/10 | $7,002.00 | $610.59 | $5,601.60 | $610.59 | $1,400.40 |
| Date Filed: 8/25/10 Docket No. 3826 | 7/1/10 - 7/31/10 | $7,160.50 | $708.00 | Pending Obj. deadline 9/14/10 $5,728.40 | Pending Obj. deadline 9/14/10 $708.00 | $1,432.10 |
| TOTALS: | | $18,714.50 | $1,974.90 | $14,971.60[3] | $1,974.90[4] | $3,742.90 |

Summary of any Objections to Fee Applications: None.

Dated: September 7, 2010
      Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

RLF1 3605191v. 1