**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2010
## (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Accommodations | $2,050.89 |
| Airfare/Travel | $7,119.15 |
| Cellular Phones | $ 59.40 |
| Fax Charges | $ 2.00 |
| Library Computer Research | $ 55.75 |
| Long Distance Telephone Calls | $ 506.25 |
| Meals & Beverages | $ 515.06 |
| Parking | $ 30.97 |
| Photocopy – External Services | $ 29.61 |
| Photocopy Charges | $ 878.30 |
| Ground Transportation (including Taxi) | $1,098.90 |

Total Non-Taxable Disbursements         $12,346.28 CDN.