**EXHIBIT D**

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010
Invoice #: 2780221
Page 25 of 30

DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 18/06/10 | Fax;4163962373;Toronto ON;HETU, Jarvis | 8 | 2.00 |
| 30/06/10 | Beck Taxi/Inv 1721-018/R.Jacobs June 16/10 | 1 | 35.20 |
| 30/06/10 | Beck Taxi/Inv 1721-018/R.Jacobs June 11/10 | 1 | 35.25 |
| 30/06/10 | Beck Taxi/Inv 1721-018/M.Wunder May 11/10 | 1 | 24.00 |
| 30/06/10 | Beck Taxi/Inv 1721-018/M.Wunder May 6/10 | 1 | 26.00 |
| 30/06/10 | Beck Taxi/Inv 1721-018/M.Wunder May 28/10 | 1 | 40.00 |
| 30/06/10 | Beck Taxi/Inv 1721-018/M.Wunder June 30/10 | 1 | 11.50 |
| 03/07/10 | Laser Copy;HETU, Jarvis | 92 | 9.20 |
| 05/07/10 | Photocopy;Damani, Amin | 1167 | 116.70 |
| 05/07/10 | Laser Copy;NELSON M | 634 | 63.40 |
| 05/07/10 | Laser Copy;Kee, Evelyn | 46 | 4.60 |
| 05/07/10 | Laser Copy;MattesL | 502 | 50.20 |
| 06/07/10 | Verizon Wireless phone charges for R. Jacobs for March 20 - April 19/10; 2010-3-20 | 1 | 12.44 |
| 06/07/10 | Verizon Wireless phone charges for R. Jacobs for May 20 - June 19/10; 2010-5-20 | 1 | 25.87 |
| 06/07/10 | Laser Copy;NELSON M | 131 | 13.10 |
| 06/07/10 | Laser Copy;MattesL | 107 | 10.70 |
| 06/07/10 | Verizon Wireless phone charges for R. Jacobs for April 20 - May 19/10; 2010-4-20 | 1 | 21.09 |
| 06/07/10 | Telephone;18603645857;Sharon CT;TO47 | 1 | 15.12 |
| 06/07/10 | Air Canada return trip to New York for R. Jacobs on June 13-16/10; 2010-6-13 | 1 | 521.84 |
| 06/07/10 | Air Canada return trip to New York for R. Jacobs on July 2-3/10; 2010-7-2 | 1 | 430.84 |
| 06/07/10 | Meal at Steve's Restaurant for R. Jacobs on June 29/10; 2010-6-29 | 1 | 20.00 |
| 06/07/10 | Meal at Cultures for R. Jacobs on June 29/10; 2010-6-29 | 1 | 13.05 |
| 06/07/10 | Meal at Mr. Sub for R. Jacobs on June 28/10; 2010-6-28 | 1 | 8.52 |
| 06/07/10 | Coffee at Starbucks for working lunch for M. Wunder on June 23/10; 2010-6-23 | 1 | 3.55 |
| 06/07/10 | Taxi in New York for R. Jacobs on June 15/10; 2010-6-15 | 1 | 12.29 |
| 07/07/10 | Laser Copy;NELSON M | 41 | 4.10 |
| 07/07/10 | Working lunch at Starbucks for M. Wunder on July 6/10; 2010-7-6 | 1 | 3.55 |
| 07/07/10 | Laser Copy;MattesL | 13 | 1.30 |
| 07/07/10 | Laser Copy;MacFarlaneA | 41 | 4.10 |
| 07/07/10 | Laser Copy;jacobsr | 113 | 11.30 |
| 07/07/10 | Air Canada return flight to New York for R. Jacobs on July 6/10; 2010-7-6 | 1 | 1,592.46 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010<br>
Invoice #:  2780221<br>
Page 26 of 30

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 07/07/10 | Photocopy;MattesL | 6 | 0.60 |
| 08/07/10 | Laser Copy;MacFarlaneA | 20 | 2.00 |
| 08/07/10 | Laser Copy;NELSON M | 110 | 11.00 |
| 08/07/10 | Laser Copy;YING C | 38 | 3.80 |
| 08/07/10 | Laser Copy;jacobsr | 26 | 2.60 |
| 08/07/10 | Air Canada change fee for trip to New York for R. Jacobs on July 6/10; 2010-7-6 | 1 | 84.26 |
| 08/07/10 | Meal at Toronto airport for R. Jacobs on July 6/10; 2010-7-6 | 1 | 3.27 |
| 08/07/10 | Meal at Mucho Burrito for R. Jacobs on June 30/10; 2010-6-30 | 1 | 8.63 |
| 08/07/10 | Meal at Starbucks while travelling in New York for R. Jacobs on July 1/10; 2010-7-1 | 1 | 14.98 |
| 08/07/10 | Meal at Cultures for R. Jacobs on June 18/10; 2010-6-18 | 1 | 13.05 |
| 08/07/10 | Meal at Toronto airport for R. Jacobs on July 6/10; 2010-7-6 | 1 | 6.14 |
| 08/07/10 | Meal at Chipotle while travelling in New York for R. Jacobs on July 1/10; 2010-7-1 | 1 | 20.00 |
| 08/07/10 | Hotel room at W New York for R. Jacobs on July 1/10; 2010-7-1 | 1 | 439.11 |
| 08/07/10 | Laser Copy;MattesL | 12 | 1.20 |
| 08/07/10 | Taxi for R. Jacobs on July 6/10; 2010-7-6 | 1 | 49.56 |
| 08/07/10 | Taxi in New York for R. Jacobs on July 1/10; 2010-7-1 | 1 | 37.45 |
| 08/07/10 | Taxi from Toronto airport for R. Jacobs on July 6/10; 2010-7-6 | 1 | 52.13 |
| 08/07/10 | Taxi to Toronto airport for R. Jacobs on July 3/10; 2010-7-3 | 1 | 51.25 |
| 08/07/10 | Taxi in New York for R. Jacobs on July 1/10; 2010-7-1 | 1 | 12.63 |
| 08/07/10 | Taxi in New York for R. Jacobs on July 2/10; 2010-7-2 | 1 | 8.88 |
| 08/07/10 | Taxi in New York for R. Jacobs on July 3/10; 2010-7-3 | 1 | 13.61 |
| 09/07/10 | Laser Copy;MacFarlaneA | 5 | 0.50 |
| 09/07/10 | Laser Copy;NELSON M | 329 | 32.90 |
| 09/07/10 | Laser Copy;MattesL | 168 | 16.80 |
| 09/07/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 0.51 |
| 11/07/10 | Laser Copy;MacFarlaneA | 6 | 0.60 |
| 12/07/10 | Blackberry Charges - Rogers june | 1 | 137.03 |
| 12/07/10 | Laser Copy;MattesL | 6 | 0.60 |
| 12/07/10 | Laser Copy;NELSON M | 411 | 41.10 |
| 12/07/10 | Blackberry Charges - Rogers june | 1 | 232.39 |
| 12/07/10 | Laser Copy;Pascoe D | 373 | 37.30 |
| 12/07/10 | Laser Copy;MacFarlaneA | 22 | 2.20 |
| 12/07/10 | Photocopy;MattesL | 2 | 0.20 |
| 12/07/10 | Photocopy;MattesL | 7 | 0.70 |
| 13/07/10 | Laser Copy;NELSON M | 440 | 44.00 |
| 13/07/10 | Laser Copy;MacFarlaneA | 9 | 0.90 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010
Invoice #: 2780221
Page 27 of 30

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 13/07/10 | Laser Copy;MattesL | 369 | 36.90 |
| 13/07/10 | Laser Copy;jacobsr | 14 | 1.40 |
| 13/07/10 | Photocopy;MattesL | 1 | 0.10 |
| 14/07/10 | Air Canada return flight to New York for R. Jacobs on July 18-24/10; 2010-7-18 | 1 | 606.60 |
| 14/07/10 | Laser Copy;jacobsr | 10 | 1.00 |
| 14/07/10 | Meal at Burrito Bandidos for R. Jacobs on July 12/10; 2010-7-12 | 1 | 11.19 |
| 14/07/10 | Meal at Mr. Sub for R. Jacobs on July 13/10; 2010-7-13 | 1 | 8.28 |
| 14/07/10 | Laser Copy;DUNSMUIM | 3 | 0.30 |
| 14/07/10 | Laser Copy;MattesL | 127 | 12.70 |
| 14/07/10 | Photocopy;MattesL | 3 | 0.30 |
| 14/07/10 | Laser Copy;NELSON M | 406 | 40.60 |
| 15/07/10 | Laser Copy;DUNSMUIM | 104 | 10.40 |
| 15/07/10 | Laser Copy;MacFarlaneA | 9 | 0.90 |
| 15/07/10 | Laser Copy;MattesL | 76 | 7.60 |
| 15/07/10 | Laser Copy;NELSON M | 135 | 13.50 |
| 15/07/10 | Photocopy;MattesL | 22 | 2.20 |
| 15/07/10 | Laser Copy;KAPLAN M | 17 | 1.70 |
| 16/07/10 | Photocopy;YING C | 128 | 12.80 |
| 16/07/10 | Telephone;14505627676;Lachute QC;TO45 | 1 | 0.44 |
| 16/07/10 | Telephone;14505627976;Lachute QC;TO45 | 1 | 1.32 |
| 16/07/10 | Telephone;14505627976;Lachute QC;TO45 | 1 | 0.88 |
| 16/07/10 | Laser Copy;DUNSMUIM | 79 | 7.90 |
| 17/07/10 | Laser Copy;MacFarlaneA | 13 | 1.30 |
| 18/07/10 | Laser Copy;CHINJ | 8 | 0.80 |
| 18/07/10 | Bell Conferencing/Inv.106227148/M Wunder | 1 | 37.52 |
| 18/07/10 | Bell Conferencing/Inv.106227148/A MacFarlane | 1 | 26.85 |
| 19/07/10 | Laser Copy;NELSON M | 5 | 0.50 |
| 19/07/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 27.44 |
| 19/07/10 | Laser Copy;MattesL | 79 | 7.90 |
| 20/07/10 | ECarswell | 1 | 55.75 |
| 20/07/10 | Telephone;12123501950;New YorkNY;TO47 | 1 | 0.51 |
| 20/07/10 | Laser Copy;MacFarlaneA | 5 | 0.50 |
| 20/07/10 | Laser Copy;NELSON M | 235 | 23.50 |
| 20/07/10 | Laser Copy;NORTH, Alexandra | 33 | 3.30 |
| 20/07/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 21/07/10 | Water taxi from Algonquin Island to Queens Quay for Alex MacFarlane; 2010-7-6 | 1 | 44.25 |
| 21/07/10 | Laser Copy;NORTH, Alexandra | 9 | 0.90 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010
Invoice #: 2780221
Page 28 of 30

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 21/07/10 | Taxi from Pearson International to Queens Quay while travelling for Alex MacFarlane- July 6, 2010; 2010-7-6 | 1 | 63.81 |
| 21/07/10 | Laser Copy:MattesL | 27 | 2.70 |
| 21/07/10 | Laser Copy:NELSON M | 103 | 10.30 |
| 21/07/10 | Telephone:12123501950;New YorkNY;TO47 | 1 | 4.08 |
| 21/07/10 | Telephone:19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 21/07/10 | Telephone:19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 21/07/10 | Telephone;17192347615;ColoradoCO; TO45 | 1 | 14.00 |
| 21/07/10 | Airfare to New York City May 6 and return flight to Toronto May 7, 2010; A. MacFarlane | 1 | 1,534.43 |
| 21/07/10 | Change fee for flight to Toronto for Alex MacFarlane May 7, 2010 | 1 | 83.39 |
| 21/07/10 | Airfare to New York City, May 3 and return to Toronto, May 4, 2010; for Alex MacFarlane | 1 | 593.43 |
| 21/07/10 | Airfare to New York City and return to Toronto - July 6, 2010; for Alex MacFarlane | 1 | 1,589.21 |
| 21/07/10 | Change fee charged to obtain earlier flightfor Alex MacFarlane- July 6, 2010; 2010-7-6 | 1 | 82.69 |
| 21/07/10 | Meal at Mr. Sub for R. Jacobs on July 14/10; 2010-7-14 | 1 | 8.28 |
| 21/07/10 | Food for working group meeting (Maxims) (Wunder/MacFarlane/Jacobs/Hetu) | 1 | 32.56 |
| 21/07/10 | Breakfast at Starbucks in New York City; A. MacFarlane May 7, 2010 | 1 | 8.23 |
| 21/07/10 | Beverage at StarBucks at Pearson Airport while travelling for Alex MacFarlane - July 6, 2010; 2010-7-6 | 1 | 3.89 |
| 21/07/10 | Breakfast at SSP America Upper Crust Mode at Pearson Airport - July 6, 2010; | 1 | 4.99 |
| 21/07/10 | Lunch with J. Borow and colleague (Capstone) and R. Jacobs and A. MacFarlane at Nebraska Steakhouse in New York - July 6, 2010; 2010-7-6 | 1 | 120.00 |
| 21/07/10 | Food while travelling for Alex MacFarlane on May 4, 2010 | 1 | 7.51 |
| 21/07/10 | Photocopies by FedEx Office Business Center while in New York City; 2010-4-20 | 1 | 29.61 |
| 21/07/10 | Hotel accommodations for Alex MacFarlane on May 4, 2010 | 1 | 525.01 |
| 21/07/10 | Hotel accommodations for A. MacFarlane US$599.05 (exchange rate on VISA $1.062882); 2010-5-6 | 1 | 536.77 |
| 21/07/10 | Taxi from Pearson International to office for Alex MacFarlane on May 4, 2010 | 1 | 59.38 |
| 21/07/10 | Taxi fare from Airport to Hotel; 2010-5-6 | 1 | 8.72 |
| 21/07/10 | Taxi from Manhattan to Laguardia Airport while travelling Alex MacFarlane; 2010-5-4 | 1 | 37.80 |
| 21/07/10 | Taxi cab to Laguardia Aiport for Alex MacFarlane- July 6, 2010; 2010-7-6 | 1 | 42.00 |
| 21/07/10 | Taxi cab in New York City for Alex MacFarlane - July 6, 2010; 2010-7-6 | 1 | 41.55 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010
Invoice #: 2780221
Page 29 of 30

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 21/07/10 | Taxi from Queens Quay to Pearson Airport while travelling for Alex MacFarlane - July 6, 2010; 2010-7-6 | 1 | 63.81 |
| 22/07/10 | Laser Copy;MattesL | 60 | 6.00 |
| 22/07/10 | Laser Copy;KAPLAN M | 16 | 1.60 |
| 22/07/10 | Laser Copy;NELSON M | 114 | 11.40 |
| 22/07/10 | Telephone;19175447922;New YorkNY;TO47 | 1 | 0.51 |
| 23/07/10 | Laser Copy;NELSON M | 20 | 2.00 |
| 23/07/10 | Laser Copy;NORTH, Alexandra | 6 | 0.60 |
| 23/07/10 | Laser Copy;MattesL | 609 | 60.90 |
| 23/07/10 | Laser Copy;MacFarlaneA | 23 | 2.30 |
| 24/07/10 | Laser Copy;MacFarlaneA | 12 | 1.20 |
| 26/07/10 | Telephone;12128728020;New YorkNY;TO45 | 1 | 2.55 |
| 26/07/10 | Laser Copy;HETU, Jarvis | 9 | 0.90 |
| 26/07/10 | Laser Copy;jacobsr | 35 | 3.50 |
| 26/07/10 | Laser Copy;NELSON M | 46 | 4.60 |
| 26/07/10 | Laser Copy;MacFarlaneA | 7 | 0.70 |
| 26/07/10 | Laser Copy;NORTH, Alexandra | 70 | 7.00 |
| 26/07/10 | Laser Copy;MattesL | 36 | 3.60 |
| 27/07/10 | Taxi to Toronto airport for R. Jacobs on July 16/10; 2010-7-16 | 1 | 51.75 |
| 27/07/10 | Photocopy;Flancia A | 111 | 11.10 |
| 27/07/10 | Telephone;12127929390;New YorkNY;TO47 | 1 | 3.57 |
| 27/07/10 | Working dinner at Duff's for M. Wunder on July 22/10; 2010-7-22 | 1 | 20.00 |
| 27/07/10 | Working dinner at Mashu Mashu for M. Wunder on July 25/10; 2010-7-25 | 1 | 22.04 |
| 27/07/10 | Meal at Food World in New York for R. Jacobs on July 22/10; 2010-7-22 | 1 | 11.62 |
| 27/07/10 | Meal at Chinatown Restaurant in New York for R. Jacobs on July 23/10; 2010-7-23 | 1 | 15.75 |
| 27/07/10 | Meal at Schnipper's Quality Kitchen in New York for R. Jacobs on July 23/10; 2010-7-23 | 1 | 16.84 |
| 27/07/10 | Meal at Fetch in New York for R. Jacobs on July 21/10; 2010-7-21 | 1 | 20.00 |
| 27/07/10 | Meal at Mustang Grill in New York for R. Jacobs on July 20/10; 2010-7-20 | 1 | 22.54 |
| 27/07/10 | Meal at Whole Foods in New York for R. Jacobs on July 21/10; 2010-7-21 | 1 | 14.11 |
| 27/07/10 | Parking for M. Wunder on July 7/10; 2010-7-7 | 1 | 5.31 |
| 27/07/10 | Taxi to airport for trip to New York for R. Jacobs on July 24/10; 2010-7-24 | 1 | 51.25 |
| 27/07/10 | Taxi to Toronto airport for R. Jacobs on July 11/10; 2010-7-11 | 1 | 22.12 |
| 27/07/10 | Taxi in New York for R. Jacobs on July 18/10; 2010-7-18 | 1 | 47.78 |
| 27/07/10 | Taxi in New York for R. Jacobs on July 21/10; 2010-7-21 | 1 | 13.86 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: August 30, 2010
Invoice #: 2780221
Page 30 of 30

| Date | Description | Qty. | Amount |
|------|-------------|------|--------|
| 27/07/10 | Taxi in New York for R. Jacobs on July 21/10; 2010-7-21 | 1 | 16.88 |
| 27/07/10 | Taxi in New York for R. Jacobs on July 24/10; 2010-7-24 | 1 | 30.41 |
| 27/07/10 | Taxi in New York for R. Jacobs on July 21/10; 2010-7-21 | 1 | 12.35 |
| 28/07/10 | Taxi for R. Jacobs on June 10/10 (see Visa - original receipt misplaced); 2010-6-10 | 1 | 43.33 |
| 28/07/10 | Laser Copy:NELSON M | 98 | 9.80 |
| 28/07/10 | Parking for M. Wunder on June 26/10; 2010-7-26 | 1 | 25.66 |
| 28/07/10 | Laser Copy:MacFarlaneA | 8 | 0.80 |
| 28/07/10 | Taxi for R. Jacobs on June 17/10 (see Visa - original receipt misplaced); 2010-6-17 | 1 | 38.10 |
| 28/07/10 | Laser Copy:MattesL | 92 | 9.20 |
| 28/07/10 | Laser Copy:HETU, Jarvis | 26 | 2.60 |
| 28/07/10 | Hotel room at W Hotel in New York for R. Jacobs on June 10/10; 2010-6-10 | 1 | 550.00 |
| 28/07/10 | Laser Copy:jacobsr | 15 | 1.50 |
| 28/07/10 | Working Group meeting from Saisons Restaurant & Catering (Wunder/MacFarlane/Hetu/Jacobs) July 7/10 | 1 | 52.49 |
| 29/07/10 | Laser Copy:KAPLAN M | 16 | 1.60 |
| 29/07/10 | Laser Copy:NELSON M | 170 | 17.00 |
| 29/07/10 | Laser Copy:HETU, Jarvis | 8 | 0.80 |
| 29/07/10 | Laser Copy:WALKER R | 56 | 5.60 |
| 29/07/10 | Laser Copy:MacFarlaneA | 5 | 0.50 |
| 29/07/10 | Laser Copy:MattesL | 105 | 10.50 |
| 30/07/10 | Laser Copy:HETU, Jarvis | 20 | 2.00 |
| 30/07/10 | Laser Copy:NELSON M | 39 | 3.90 |
| 30/07/10 | Laser Copy:Kee, Evelyn | 4 | 0.40 |
| 30/07/10 | Laser Copy:MattesL | 19 | 1.90 |
| 30/07/10 | Laser Copy:MacFarlaneA | 31 | 3.10 |
| | **Total** | **CDN** | **$12,346.28** |