**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JULY 1, 2010 THROUGH JULY 31, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 5.0 | $785.00 | $3,925.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 7.8 | $775.00 | $6,045.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 46.8 | $750.00 | $35,100.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 80.2 | $750.00 | $60,150.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 0.6 | $675.00 | $405.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 8.3 | $375.00 | $3,112.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 7.1 | $310.00 | $2,201.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 9.3 | $310.00 | $2,883.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 187.2 | $600.00 | $112,320.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 2.7 | $560.00 | $1,512.00 |
| | | | | | | |
| TOTAL | | | | 355.0 | CDN. | $227,653.50 |
| | Less Non-Working Travel Time Discount (50% of $13,590.00) | | | | | ($6,795.00) |
| TOTAL | | | | 355.0 | CDN. | $220,858.50 |