# SCHEDULE A
## NINETEENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/01/10 | RET | .2 | Communication with Peter Bisio regarding plaintiffs' request to review stipulation |
| 7/01/10 | RET | .2 | Communication with plaintiffs' counsel regarding settlement |
| 7/01/10 | RET | 1.7 | Review issues related to bankruptcy to complete settlement negotiations |
| 7/01/10 | RET | .4 | Communications with plaintiffs' counsel regarding the memorandum of understanding regarding settlement |
| 7/02/10 | RET | 1.2 | Review issues related to bankruptcy, Chubb's proof of claim, and impact on settlement to complete settlement negotiations |
| 7/06/10 | RET | .2 | Communication with Don Powers regarding status of agreement |
| 7/09/10 | RET | .4 | Communications with plaintiffs' counsel regarding regarding settlement |
| 7/12/10 | RET | .3 | Communications with plaintiffs' counsel regarding regarding settlement |
| 7/15/10 | RET | 2.1 | Review settlement documents and issues related thereto |
| 7/16/10 | RET | .3 | Communication with Nick DeRoma regarding status of settlement |
| 7/19/10 | RET | .5 | Receive and analyze NNI's revisions to the Stipulation |
| 7/19/10 | RET | .3 | Receive and analyze comments from Peter Bisio to NNI's revisions to the Stipulation |
| 7/19/10 | RET | .1 | Communication from Nick DeRoma regarding settlement |
| 7/20/10 | JMS7 | .2 | Review notice of fiftieth report in bankruptcy court |
| 7/22/10 | RET | .2 | Communication with Michelle Yoshida regarding status of stipulation |
| 7/26/10 | RET | .5 | Receive and analyze latest draft from Peter Bisio of the stipulation |
| 7/26/10 | RET | .3 | Communication with Don Powers regarding status of the stipulation |

1

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/26/10 | RET | .3 | Communication with Michelle Yoshida regarding status of stipulation |
| 7/26/10 | RET | .5 | Receive and analyze latest draft from Cleary of the stipulation |
| 7/29/10 | RET | .3 | Communicate with Tamara Britt regarding stipulation |
| 7/29/10 | RET | .2 | Second communication with Tamara Britt regarding stipulation |
| 7/29/10 | RET | .6 | Receive and analyze lastest changes to stipulation from Peter Bisio |
| 7/29/10 | RET | .3 | Communication from Peter Bisio to Alan Merksey regarding stipulation |
| 7/29/10 | RET | .1 | Communication from Alan Merksey regarding stipulation |
| 7/30/10 | RET | .3 | Teleconference with plaintiffs' counsel regarding status of settlement and stipulation |
| 7/30/10 | RET | .4 | Communicate with plaintiffs' counsel regarding redline and final version of the memorandum of understanding regarding settlement |
| 7/30/10 | RET | .1 | Communication from Peter Bisio regarding stipulation |
| 7/30/10 | RET | .1 | Communication from mediator regarding stipulation |
| 7/30/10 | RET | .1 | Communication from Peter Bisio to Alan Merksey regarding stipulation |
| 7/30/10 | RET | .1 | Communication from Peter Bisio to mediator regarding stipulation |

**SUB TOTAL    6,235.00**

**ATTORNEY SERVICES**      **$6,235.00**

TOTAL HOURS: 12.50

FEE GRAND TOTAL:   $6,235.00

NORTEL'S 50% TOTAL: $3,117.50

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS         DESCRIPTION OF SERVICES RENDERED

2

## L250 Other Written Motions and Submissions

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 5/03/10 | JMS7 | .40 | Receive and analyze Order Enforcing Final Funding Order |
| 7/01/10 | RET | .30 | Receive and analyze notice of filing of forty seventh and forty ninth reports of the monitor |
| 7/06/10 | RET | .20 | Communication with Don Powers regarding audit letter to KPMG |
| 7/06/10 | RET | 1.30 | Work on issues related to bankruptcy and Chubb's proof of claim |
| 7/07/10 | RET | .20 | Communication with Don Powers regarding scope audit letter to KPMG |
| 7/07/10 | RET | .40 | Prepare audit response |
| 7/12/10 | RET | .30 | Communication with Don Powers regarding audit response |
| 7/15/10 | RET | .20 | Communications with Don Powers regarding previous audit letters to KPMG |
| 7/15/10 | RET | 1.20 | Consider bankruptcy issues on Settlement |
| 7/15/10 | RET | .90 | Work on issues related to bankruptcy |
| 7/20/10 | RET | 2.10 | Work on settlement documents and bankruptcy issues |
| 7/21/10 | RET | .50 | Receive and analyze fiftieth report of the Monitor |
| 7/28/10 | RET | .30 | Further communication with Don Powers regarding the memorandum of understanding |
| 7/28/10 | RET | .30 | Communicate with Don Powers regarding the memorandum of understanding |

**SUB TOTAL**     4,100.00

**TOTAL SERVICES**                     4,100.00

**TOTAL HOURS: 8.20**

**FEE GRAND TOTAL:**     $ 4,100.00

4844-3657-6007, v. 1