# SCHEDULE B
## NINETEENTH INTERIM FEE APPLICATION

### EXPENSE SUMMARY

### NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2010 Through July 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Expenses |  |  |  |
| **Grand Total:** |  |  | **0.00** |

\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

## TOTAL EXPENSES DUE: $0.00

- 1 -

## Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:          $0.00

**NORTEL'S 50% TOTAL:**          $0.00


**NORTEL (non-insurance)**

DISBURSEMENTS

TOTAL DISBURSEMENTS:          $0.00

**TOTAL EXPENSES DUE:**                    $0.00

4816-4336-6407, v. 1