IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: Sept. 30, 2010 at 10:00 a.m. (ET) |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2010 through July 31, 2010[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,630,246.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $53,222.36 |

This is (a)n: _X_ interim ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/1/10 Docket No. 3249 | 5/1/10 – 5/31/10 | $633,157.50 | $28,308.46 | $506,526.00 | $28,308.46 | $126,631.50 |
| Date Filed: 8/5/10 Docket No. 3760 | 6/1/10 – 6/30/10 | $591,154.50 | $13,375.36 | $472,923.60 | $13,375.36 | $118,230.90 |
| Date Filed: 9/2/10 Docket No. 3871 | 7/1/10 – 7/31/10 | $405,934.00 | $11,538.54 | Pending Obj deadline 9/22/10 $324,747.20 | Pending Obj deadline 9/22/10 $11,538.54 | $81,186.80 |
| TOTALS: | | $1,630,246.00 | $53,222.36 | $1,304,196.80[3] | $53,222.36[4] | $326,049.20 |

Summary of any Objections to Fee Applications: None.

Dated: September 7, 2010
New York, New York

/s/ Fred S. Hodara

Fred S. Hodara (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.