# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: September 30, 2010 at 10:00 a.m. |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                     Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:              Official Committee of Unsecured Creditors

Date of Retention:                     March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:           May 1, 2010 through July 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:      CDN. $737,880.08 Equivalent to USD $710,430.94[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   CDN. $30,971.07 Equivalent to USD $29,818.95[3]

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's May, 2010, June, 2010 and July, 2010 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on September 3, 2010 was CDN. $0.9628 : U.S. $1.00

8822459_1.DOC

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 07/22/10 Docket No. 3719 | 5/1/10 - 5/31/10 | $245,707.88 | $10,831.46 | $196,566.30 | $10,831.46 | $49,141.58 |
| Date Filed: 08/10/10 Docket No. 3770 | 6/1/10 - 6/30/10 | $271,313.70 | $7,793.33 | $217,050.96 | $7,793.33 | $54,262.74 |
| Date Filed: 09/07/10 Docket No. 3882 | 7/1/10 - 7/31/10 | $220,858.50 | $12,346.28 | $176,686.80 Pending Obj. Deadline September 27, 2010 | $12,346.28 Pending Obj. Deadline September 27, 2010 | $44,171.70 |
| **TOTALS:** | All amounts in CDN.$ | $737,880.08 | $30,971.07 | $590,304.06 | $30,971.07 | $147,576.02 |

Summary of any Objections to Fee Applications: None.

Dated: September 8, 2010
Wilmington, Delaware

*/s/ Michael J. Wunder*

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
Suite 3900
1 First Canadian Place
100 King Street West
Toronto, Ontario M5X 1B2
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

2