Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
June 1, 2010 – June 30, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $583.51 |
| P | $382.00 |
| Transportation – Air | $824.90 |
| Transportation – Ground | $704.33 |
| Total | $2,494.74 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| GENE CHEN | Meals | Overtime Meal | 4/13/2010 | $25.10 |
| GENE CHEN | Meals | Overtime Meal | 4/14/2010 | $25.50 |
| GUARAV KITTUR | Meals | Overtime Meal | 4/14/2010 | $25.39 |
| GENE CHEN | Meals | Overtime Meal | 4/15/2010 | $25.47 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/22/2010 | $20.67 |
| CARY S. VERASCO | Meals | Overtime Meal | 4/27/2010 | $23.05 |
| LEO J. CHANG | Meals | Overtime Meal | 4/27/2010 | $17.31 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/10/2010 | $8.90 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home (AM) | 5/10/2010 | $10.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/11/2010 | $8.16 |
| GENE CHEN | Meals | Overtime Meal | 5/11/2010 | $25.29 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/12/2010 | $9.30 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 5/12/2010 | $8.87 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 5/13/2010 | $9.50 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 5/14/2010 | $7.37 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 5/15/2010 | $7.80 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 5/16/2010 | $8.70 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 5/17/2010 | $8.62 |
| MICHAEL MORAN | Meals | Overtime Meal | 5/19/2010 | $25.30 |
| LEO J. CHANG | Transportation - Ground | Taxi- Home to Meeting | 5/20/2010 | $31.34 |
| GENE CHEN | Meals | Overtime Meal | 5/22/2010 | $40.79 |
| PATRICK T. MORROW | Meals | Overtime Meal | 5/23/2010 | $17.53 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 5/24/2010 | $8.87 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/26/2010 | $23.83 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 5/27/2010 | $10.30 |
| CARY S. VERASCO | Meals | Overtime Meal | 5/27/2010 | $18.78 |
| ROLAND SIN | Presentation Services | Create/Edit Presentation | 6/2/2010 | $46.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/2/2010 | $8.10 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 6/3/2010 | $24.84 |
| J.HALISEY KENNEDY | Transportation - Air | Flight Change Charge | 6/4/2010 | $113.70 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/4/2010 | $11.84 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 6/5/2010 | $15.83 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 6/5/2010 | $10.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Office to Home | 6/6/2010 | $8.75 |
| RYAN RANDALL STUCKERT | Transportation - Ground | Weekend Taxi- Home to Office | 6/6/2010 | $17.37 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 6/7/2010 | $23.49 |
| J.HALISEY KENNEDY | Meals | Meal While Traveling | 6/7/2010 | $9.87 |
| J.HALISEY KENNEDY | Transportation - Air | Roundtrip Coach Class Flight- NY to Chicago | 6/7/2010 | $711.20 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Meeting to Restaurant | 6/7/2010 | $10.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Meeting | 6/7/2010 | $50.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Home to Airport | 6/7/2010 | $105.60 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Meeting to Airport | 6/7/2010 | $60.00 |
| J.HALISEY KENNEDY | Transportation - Ground | Taxi- Airport to Home | 6/7/2010 | $105.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 6/7/2010 | $9.60 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 6/8/2010 | $7.90 |
| ALEX GARCIA | Presentation Services | Create/Edit Presentation | 6/9/2010 | $24.00 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/9/2010 | $9.50 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/9/2010 | $14.80 |
| LEO J. CHANG | Meals | Overtime Meal | 6/9/2010 | $17.31 |
| RYAN RANDALL STUCKERT | Transportation - Ground | OT Taxi- Office to Home | 6/10/2010 | $10.80 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/10/2010 | $22.49 |
| CARY S. VERASCO | Transportation - Ground | OT Taxi- Office to Home | 6/14/2010 | $23.28 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/14/2010 | $22.78 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/14/2010 | $25.39 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/15/2010 | $22.44 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/15/2010 | $18.60 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/16/2010 | $25.49 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/17/2010 | $25.00 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/18/2010 | $24.51 |
| RYAN RANDALL STUCKERT | Meals | Overtime Meal | 6/20/2010 | $17.33 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 6/21/2010 | $19.00 |
| LEO J. CHANG | Transportation - Ground | Taxi- Office to Meeting | 6/21/2010 | $19.60 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/22/2010 | $21.10 |
| LEO J. CHANG | Transportation - Ground | Taxi- Meeting to Office | 6/22/2010 | $16.79 |
| ROLAND SIN | Presentation Services | Create/Edit Presentation | 6/24/2010 | $272.00 |
| TED TSUI | Presentation Services | Create/Edit Presentation | 6/30/2010 | $40.00 |
| Total: | | | | $2,494.74 |