Exhibit C

# Jefferies & Company, Inc.

Summary of Hours Worked
June 1, 2010 - June 30, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 9.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 15.5 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 23.3 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 17.0 |
| Paul Zangrilli | Associate, Communication Technologies Group | 15.3 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 24.5 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 39.8 |
| Ryan Stuckert | Analyst, Communication Technologies Group | 22.8 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 15.8 |
| | **Total** | **183.3** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
**June 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 6/03/2010 | 1.25 | Review M&A presentation |
| Michael Henkin | 6/07/2010 | 0.50 | Review plan |
| Michael Henkin | 6/09/2010 | 1.50 | Review Capstone presentation and IP related documents |
| Michael Henkin | 6/14/2010 | 0.75 | Review M&A presentation and related documents |
| Michael Henkin | 6/16/2010 | 1.25 | Review M&A information |
| Michael Henkin | 6/23/2010 | 1.00 | Review M&A info/documents |
| Michael Henkin | 6/24/2010 | 1.00 | Review M&A and UCC documents |
| Michael Henkin | 6/29/2010 | 1.25 | Communicate with prospective M&A participants re: IP issues |
| Michael Henkin | 6/30/2010 | 1.00 | Review UCC presentations |
| **June 2010 Summary Hours for Michael Henkin** | | **9.50** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 6/1/2010 | 1.00 | Ciena PP Adj. Call, MEN Call |
| Phil Berkowitz | 6/2/2010 | 0.75 | Professionals Call, Reviewed Materials |
| Phil Berkowitz | 6/3/2010 | 1.00 | Committee Call |
| Phil Berkowitz | 6/8/2010 | 0.75 | Update Call |
| Phil Berkowitz | 6/9/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Phil Berkowitz | 6/10/2010 | 1.75 | Committee Call, VC & Minority Interest Call, Reviewed Materials |
| Phil Berkowitz | 6/15/2010 | 1.25 | Professionals call, Reviewed Materials |
| Phil Berkowitz | 6/16/2010 | 2.25 | Committee Call, Working Cap Call, Reviewed Materials |
| Phil Berkowitz | 6/17/2010 | 0.50 | Peter Look Call |
| Phil Berkowitz | 6/21/2010 | 0.75 | Proceeds & Other Call |
| Phil Berkowitz | 6/22/2010 | 0.50 | Biweekly Call |
| Phil Berkowitz | 6/23/2010 | 0.75 | Professionals Call |
| Phil Berkowitz | 6/24/2010 | 1.25 | Committee Call, Reviewed Materials |
| Phil Berkowitz | 6/29/2010 | 0.50 | Update Call |
| Phil Berkowitz | 6/30/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| **June 2010 Summary Hours for Phil Berkowitz** | | **15.50** | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 6/03/2010 | 1.50 | Review M&A presentation |
| Leo Chang | 6/07/2010 | 1.00 | Review plan |
| Leo Chang | 6/09/2010 | 4.00 | Review Capstone presentation and IP related documents, Call with Company advisor, Call with monitor |
| Leo Chang | 6/10/2010 | 1.50 | Call with other advisors, Committee call |
| Leo Chang | 6/14/2010 | 1.50 | Review M&A presentation and related documents |
| Leo Chang | 6/15/2010 | 0.50 | Call with other advisors, review materials |
| Leo Chang | 6/16/2010 | 1.50 | Review M&A information |
| Leo Chang | 6/23/2010 | 1.00 | Review M&A info/documents |
| Leo Chang | 6/24/2010 | 1.25 | Review M&A and UCC documents |
| Leo Chang | 6/29/2010 | 4.75 | Communicate with prospective M&A participants re: IP issues, Call with Company and other advisors |
| Leo Chang | 6/30/2010 | 4.75 | Review UCC presentations, Call with other advisors, Various correspondence |
| **June 2010 Summary Hours for Leo Chang** | | **23.25** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 6/1/2010 | 1.00 | Ciena PP Adj. Call, MEN Call |
| Gaurav Kittur | 6/2/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Gaurav Kittur | 6/3/2010 | 1.00 | Committee Call |
| Gaurav Kittur | 6/8/2010 | 1.00 | Update Call |
| Gaurav Kittur | 6/9/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Gaurav Kittur | 6/10/2010 | 1.75 | Committee Call, VC & Minority Interest Call, Reviewed Materials |
| Gaurav Kittur | 6/15/2010 | 1.50 | Professionals call, Reviewed Materials |
| Gaurav Kittur | 6/16/2010 | 2.50 | Committee Call, Working Cap Call, Reviewed Materials |
| Gaurav Kittur | 6/17/2010 | 0.50 | Peter Look Call |
| Gaurav Kittur | 6/21/2010 | 0.75 | Proceeds & Other Call |
| Gaurav Kittur | 6/22/2010 | 0.50 | Biweekly Call |
| Gaurav Kittur | 6/23/2010 | 1.00 | Professionals Call |
| Gaurav Kittur | 6/24/2010 | 1.50 | Committee Call, Reviewed Materials |
| Gaurav Kittur | 6/29/2010 | 0.50 | Update Call, Reviewed Materials |
| Gaurav Kittur | 6/30/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| **June 2010 Summary Hours for Gaurav Kittur** | | **17.00** | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 6/1/2010 | 1.00 | Ciena PP Adj. Call, MEN Call, Reviewed Materials |
| Paul Zangrilli | 6/2/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Paul Zangrilli | 6/3/2010 | 1.00 | Committee Call |
| Paul Zangrilli | 6/8/2010 | 1.00 | Update Call |
| Paul Zangrilli | 6/9/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Paul Zangrilli | 6/10/2010 | 2.00 | Committee Call, VC & Minority Interest Call, Reviewed Materials |
| Paul Zangrilli | 6/15/2010 | 1.00 | Professionals call, Reviewed Materials |
| Paul Zangrilli | 6/16/2010 | 2.00 | Committee Call, Working Cap Call, Reviewed Materials |
| Paul Zangrilli | 6/21/2010 | 1.00 | Proceeds & Other Call |
| Paul Zangrilli | 6/22/2010 | 0.75 | Biweekly Call |
| Paul Zangrilli | 6/23/2010 | 1.00 | Professionals Call |
| Paul Zangrilli | 6/24/2010 | 1.00 | Committee Call, Reviewed Materials |
| Paul Zangrilli | 6/29/2010 | 0.50 | Update Call, Reviewed Materials |
| Paul Zangrilli | 6/30/2010 | 1.00 | Professionals Pre-call, Reviewed Materials |
| **June 2010 Summary Hours for Paul Zangrilli** | | **15.25** | |

*Cary Verasco*

| Name | Date | Hours | Description |
|---|---|---|---|
| Cary Verasco | 6/1/2010 | 3.00 | Various correspondence, review materials, calls with Company and various advisors |
| Cary Verasco | 6/2/2010 | 3.00 | Meetings with Company advisors and other Committee advisors and related travel, various correspondence |
| Cary Verasco | 6/3/2010 | 1.50 | Committee call and related follow up |
| Cary Verasco | 6/7/2010 | 0.50 | Various correspondence |
| Cary Verasco | 6/8/2010 | 0.50 | Various correspondence |
| Cary Verasco | 6/9/2010 | 3.00 | Call with Company advisor, call with monitor, various correspondence, review materials, internal discussion |
| Cary Verasco | 6/10/2010 | 1.50 | Call with other advisors, Committee call |
| Cary Verasco | 6/14/2010 | 1.00 | Various correspondence, call with Company and Company's advisor |
| Cary Verasco | 6/15/2010 | 0.50 | Call with other advisors, review materials |
| Cary Verasco | 6/16/2010 | 1.00 | Review analysis, update analysis |
| Cary Verasco | 6/24/2010 | 1.50 | Committee call, various correspondence |
| Cary Verasco | 6/28/2010 | 1.00 | Internal discussion, various correspondence |
| Cary Verasco | 6/29/2010 | 3.50 | Calls with Company and other advisors, various correspondence, review materials |
| Cary Verasco | 6/30/2010 | 3.00 | Calls with other advisors, various correspondence, prepare analysis |
| **June 2010 Summary Hours for Cary Verasco** | | **24.50** | |

*Michael Moran*

| Name | Date | Hours | Description |
|---|---|---|---|
| Michael Moran | 6/1/2010 | 1.00 | Call with other professionals |
| Michael Moran | 6/1/2010 | 1.50 | Purchase price adjustment work |
| Michael Moran | 6/1/2010 | 2.50 | M&A weekly update presentation |
| Michael Moran | 6/2/2010 | 2.00 | Call with other professionals |
| Michael Moran | 6/3/2010 | 1.75 | Call with other professionals |
| Michael Moran | 6/8/2010 | 2.00 | M&A weekly update presentation |
| Michael Moran | 6/9/2010 | 1.50 | Call with other professionals |
| Michael Moran | 6/9/2010 | 1.00 | Call with other professionals |
| Michael Moran | 6/11/2010 | 1.50 | Call with other professionals |
| Michael Moran | 6/15/2010 | 1.00 | Bond pricing analysis |
| Michael Moran | 6/15/2010 | 1.50 | M&A weekly update presentation |
| Michael Moran | 6/16/2010 | 2.00 | Call with other professionals |
| Michael Moran | 6/17/2010 | 4.00 | Break-up Fee analysis |
| Michael Moran | 6/18/2010 | 2.50 | Call with other professionals |
| Michael Moran | 6/22/2010 | 1.50 | M&A weekly update presentation |
| Michael Moran | 6/23/2010 | 2.00 | Call with other professionals |
| Michael Moran | 6/24/2010 | 4.00 | Meeting with other professionals |
| Michael Moran | 6/29/2010 | 2.00 | M&A weekly update presentation |
| Michael Moran | 6/29/2010 | 2.00 | Call with other professionals |
| Michael Moran | 6/30/2010 | 2.50 | Call with other professionals |
| **June 2010 Summary Hours for Michael Moran** | | **39.75** | |

*Ryan Stuckert*

| Name | Date | Hours | Description |
|---|---|---|---|
| Ryan Stuckert | 6/1/2010 | 1.50 | Ciena PP Adj. Call, MEN Call, Reviewed Materials, Administrative |
| Ryan Stuckert | 6/2/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Ryan Stuckert | 6/3/2010 | 1.50 | Committee Call, Administrative Work |
| Ryan Stuckert | 6/8/2010 | 1.25 | Update Call, Administrative Work |
| Ryan Stuckert | 6/9/2010 | 1.50 | Professionals Call, Reviewed Materials |
| Ryan Stuckert | 6/10/2010 | 2.50 | Committee Call, VC & Minority Interest Call, Reviewed Materials |
| Ryan Stuckert | 6/15/2010 | 1.50 | Professionals call, Reviewed Materials |
| Ryan Stuckert | 6/16/2010 | 2.50 | Committee Call, Working Cap Call, Reviewed Materials |
| Ryan Stuckert | 6/17/2010 | 1.50 | Peter Look Call, Administrative Work, Reviewed Materials |
| Ryan Stuckert | 6/21/2010 | 1.00 | Proceeds & Other Call, Reviewed Materials |
| Ryan Stuckert | 6/22/2010 | 1.00 | Biweekly Call, Administrative |
| Ryan Stuckert | 6/23/2010 | 1.50 | Professionals Call, Reviewed Materials |
| Ryan Stuckert | 6/24/2010 | 2.00 | Committee Call, Reviewed Materials, Administrative |
| Ryan Stuckert | 6/29/2010 | 1.00 | Update Call, Reviewed Materials, Administrative |
| Ryan Stuckert | 6/30/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| **June 2010 Summary Hours for Ryan Stuckert** | | **22.75** | |

*Natalie Mayslich*

| Name | Date | Hours | Description |
|---|---|---|---|
| Natalie Mayslich | 6/1/2010 | 1.00 | Ciena PP Adj. Call, MEN Call, Administrative |
| Natalie Mayslich | 6/2/2010 | 0.75 | Professionals Call |
| Natalie Mayslich | 6/3/2010 | 1.00 | Committee Call |
| Natalie Mayslich | 6/8/2010 | 1.00 | Update Call |
| Natalie Mayslich | 6/9/2010 | 1.00 | Professionals Call, Reviewed Materials |
| Natalie Mayslich | 6/10/2010 | 2.00 | Committee Call, VC & Minority Interest Call, Reviewed Materials |
| Natalie Mayslich | 6/15/2010 | 1.00 | Professionals call, Reviewed Materials |
| Natalie Mayslich | 6/16/2010 | 2.00 | Committee Call, Working Cap Call, Reviewed Materials |
| Natalie Mayslich | 6/17/2010 | 0.50 | Peter Look Call |
| Natalie Mayslich | 6/21/2010 | 0.75 | Proceeds & Other Call |
| Natalie Mayslich | 6/22/2010 | 0.50 | Biweekly Call |
| Natalie Mayslich | 6/23/2010 | 0.75 | Professionals Call |
| Natalie Mayslich | 6/24/2010 | 1.50 | Committee Call, Reviewed Materials |
| Natalie Mayslich | 6/29/2010 | 0.50 | Update Call, Reviewed Materials |
| Natalie Mayslich | 6/30/2010 | 1.50 | Professionals Pre-call, Reviewed Materials |
| **June 2010 Summary Hours for Natalie Mayslich** | | **15.75** | |