# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
July 1, 2010 – July 31, 2010
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $47.14 |
| Presentation Services | $64.00 |
| Transportation – Ground | $93.64 |
| Total | $204.78 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/11/2010 | $12.76 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/14/2010 | $10.90 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/17/2010 | $10.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/18/2010 | $10.10 |
| J.HALISEY KENNEDY | Transportation - Ground | Roundtrip Subway- Office to Meeting | 6/21/2010 | $4.50 |
| J.HALISEY KENNEDY | Transportation - Ground | Roundtrip Subway- Office to Meeting | 6/22/2010 | $4.50 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/22/2010 | $8.00 |
| CARY S. VERASCO | Meals | Overtime Meal | 6/28/2010 | $15.46 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/30/2010 | $6.78 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 6/30/2010 | $6.90 |
| CARY S. VERASCO | Meals | Overtime Meal | 7/8/2010 | $18.60 |
| PATRICK T. MORROW | Transportation - Ground | OT Taxi- Office to Home | 7/8/2010 | $8.70 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/15/2010 | $13.08 |
| LEO J. CHANG | Transportation - Ground | OT Taxi- Office to Home | 7/23/2010 | $10.00 |
| ALEX GARCIA | Presentation Services | Create/Edit Presentation | 8/2/2010 | $64.00 |
| **Total:** | | | | $204.78 |