Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
July 1, 2010 - July 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 1.0 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 8.0 |
| Leo Chang | Senior Vice President, Recapitalization and Restructuring Group | 12.5 |
| Gaurav Kittur | Vice President, Communication Technologies Group | 12.5 |
| Paul Zangrilli | Associate, Communication Technologies Group | 7.5 |
| Cary Verasco | Associate, Recapitalization and Restructuring Group | 20.0 |
| Michael Moran | Analyst, Recapitalization and Restructuring Group | 40.5 |
| Natalie Mayslich | Analyst, Communication Technologies Group | 3.0 |
| | **Total** | **105.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

**Jefferies & Company, Inc.**
**July 2010**

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 7/1/2010 | 1.00 | Review Capstone presentation and M&A and related documents |
| July 2010 Summary Hours for Michael Henkin | | 1.00 | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 7/6/2010 | 1.00 | Call with other professionals |
| Phil Berkowitz | 7/7/2010 | 1.00 | Call with other professionals |
| Phil Berkowitz | 7/13/2010 | 1.50 | Call with other professionals |
| Phil Berkowitz | 7/15/2010 | 1.00 | Committee call |
| Phil Berkowitz | 7/22/2010 | 1.00 | Committee call |
| Phil Berkowitz | 7/28/2010 | 1.50 | Call with other professionals |
| Phil Berkowitz | 7/29/2010 | 1.00 | Committee call |
| July 2010 Summary Hours for Phil Berkowitz | | 8.00 | |
| | | | |
| *Leo Chang* | | | |
| Leo Chang | 7/1/2010 | 1.00 | Review Capstone presentation and M&A and related documents |
| Leo Chang | 7/6/2010 | 1.50 | Calls with other advisors, update analysis |
| Leo Chang | 7/8/2010 | 2.50 | Call with other advisors, review materials |
| Leo Chang | 7/15/2010 | 1.00 | Committee call |
| Leo Chang | 7/19/2010 | 2.00 | Call with other Committee advisor, review materials, various correspondence |
| Leo Chang | 7/21/2010 | 1.00 | Call with Company and other advisors, review materials |
| Leo Chang | 7/22/2010 | 1.00 | Committee call |
| Leo Chang | 7/23/2010 | 1.50 | Call with other Committee advisors and related follow up, call with interested party |
| Leo Chang | 7/29/2010 | 1.00 | Committee call |
| July 2010 Summary Hours for Leo Chang | | 12.50 | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 7/1/2010 | 0.50 | Committee call |
| Gaurav Kittur | 7/6/2010 | 1.00 | Call with other professionals |
| Gaurav Kittur | 7/6/2010 | 0.50 | Various correspondence |
| Gaurav Kittur | 7/8/2010 | 0.50 | Call with other professionals |
| Gaurav Kittur | 7/13/2010 | 1.50 | Call with other professionals |
| Gaurav Kittur | 7/15/2010 | 1.00 | Committee call |
| Gaurav Kittur | 7/21/2010 | 2.00 | Call with other professionals |
| Gaurav Kittur | 7/22/2010 | 1.00 | Committee call |
| Gaurav Kittur | 7/27/2010 | 2.00 | Call with other professionals |
| Gaurav Kittur | 7/28/2010 | 1.50 | Call with other professionals |
| Gaurav Kittur | 7/29/2010 | 1.00 | Committee call |
| July 2010 Summary Hours for Gaurav Kittur | | 12.50 | |
| | | | |
| *Paul Zangrilli* | | | |
| Paul Zangrilli | 7/1/2010 | 0.50 | Committee call |
| Paul Zangrilli | 7/6/2010 | 1.00 | Call with other professionals |
| Paul Zangrilli | 7/8/2010 | 0.50 | Call with other professionals |
| Paul Zangrilli | 7/13/2010 | 1.50 | Call with other professionals |
| Paul Zangrilli | 7/15/2010 | 0.50 | Various correspondence |
| Paul Zangrilli | 7/22/2010 | 1.00 | Committee call |
| Paul Zangrilli | 7/28/2010 | 1.50 | Call with other professionals |
| Paul Zangrilli | 7/29/2010 | 1.00 | Committee call |
| July 2010 Summary Hours for Paul Zangrilli | | 7.50 | |
| | | | |
| *Cary Verasco* | | | |
| Cary Verasco | 7/1/2010 | 1.50 | Call with other advisors, Committee call, various correspondence |
| Cary Verasco | 7/2/2010 | 1.50 | Various correspondence, review analysis, update analysis |
| Cary Verasco | 7/6/2010 | 1.50 | Calls with other advisors, update analysis |
| Cary Verasco | 7/7/2010 | 0.50 | Various correspondence |
| Cary Verasco | 7/8/2010 | 2.50 | Call with other advisors, review materials, prepare analysis |
| Cary Verasco | 7/9/2010 | 1.50 | Prepare analysis, various correspondence |
| Cary Verasco | 7/13/2010 | 0.50 | Various correspondence |
| Cary Verasco | 7/14/2010 | 1.50 | Review materials, various correspondence, update materials |
| Cary Verasco | 7/15/2010 | 1.00 | Committee call |
| Cary Verasco | 7/19/2010 | 2.00 | Call with other Committee advisor, review materials, various correspondence |
| Cary Verasco | 7/20/2010 | 0.50 | Various correspondence |
| Cary Verasco | 7/21/2010 | 1.00 | Call with Company and other advisors, review materials |
| Cary Verasco | 7/22/2010 | 1.00 | Committee call |
| Cary Verasco | 7/23/2010 | 1.50 | Call with other Committee advisors and related follow up, call with interested party, various correspondence |
| Cary Verasco | 7/26/2010 | 1.00 | Various correspondence, update analysis |
| Cary Verasco | 7/29/2010 | 1.00 | Committee call |
| July 2010 Summary Hours for Cary Verasco | | 20.00 | |

*Michael Moran*

| Michael Moran | | | |
|---|---|---|---|
| Michael Moran | 7/1/2010 | 0.50 | Pluto update from Nortel |
| Michael Moran | 7/1/2010 | 4.00 | Meeting with other professionals |
| Michael Moran | 7/2/2010 | 4.00 | Purchase price adjustments summary |
| Michael Moran | 7/5/2010 | 1.50 | Weekly M&A Update Presentation |
| Michael Moran | 7/6/2010 | 1.00 | Call with other professionals |
| Michael Moran | 7/7/2010 | 1.00 | Call with other professionals |
| Michael Moran | 7/8/2010 | 1.50 | Call with other professionals |
| Michael Moran | 7/8/2010 | 4.00 | Meeting with other professionals |
| Michael Moran | 7/12/2010 | 2.00 | Weekly M&A Update Presentation |
| Michael Moran | 7/13/2010 | 1.50 | Call with other professionals |
| Michael Moran | 7/13/2010 | 1.00 | Call Summary Report |
| Michael Moran | 7/14/2010 | 2.00 | Call with other professionals |
| Michael Moran | 7/15/2010 | 2.00 | Call with other professionals |
| Michael Moran | 7/19/2010 | 2.00 | Weekly M&A Update Presentation |
| Michael Moran | 7/21/2010 | 2.00 | Call with other professionals |
| Michael Moran | 7/22/140 | 4.00 | Meeting with other professionals |
| Michael Moran | 7/27/2010 | 2.00 | Call with other professionals |
| Michael Moran | 7/27/2010 | 2.00 | Weekly M&A Update Presentation |
| Michael Moran | 7/28/2010 | 1.50 | Call with other professionals |
| Michael Moran | 7/29/2010 | 1.00 | Call with other professionals |
| **July 2010 Summary Hours for Michael Moran** | | **40.50** | |

*Natalie Mayslich*

| Natalie Mayslich | 7/29/2010 | 3.00 | Preparing hours worked |
|---|---|---|---|
| **July 2010 Summary Hours for Natalie Mayslich** | | **3.00** | |