IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                              :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :       Case No. 09-10138 (KG)
:
                       Debtors.                      :       Jointly Administered
:
:       **Hearing Date: September 30, 2010 at 10:00 am**
:
---------------------------------------------------------------X

**SIXTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2010 THROUGH JULY 31, 2010**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Sixth Quarterly Fee Application Request (the "Request") for the period May 1, 2010 through and including July 31, 2010 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for May [D.I. 3752], June [D.I. 3807] and July [D.I. 3884] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date [Docket No.] | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/30/2010 [D.I. 3752] | 5/1/10 – 5/31/10 | $5,235,168.50 | $122,250.74 | 8/23/2010 [D.I. 3816] | $ 4,188,134.80 | $122,250.74 | $1,047,033.70 |
| 8/20/2010 [D.I. 3807] | 6/1/10 – 6/30/10 | 4,658,887.50 | 125,657.93 | Pending | 3,727,110.00 | 125,657.93 | 931,777.50 |
| 9/7/2010 [D.I. 3884] | 7/1/10 – 7/31/10 | 3,807,758.00 | 61,121.85 | Pending | 3,046,206.40 | 61,121.85 | 761,551.60 |
| TOTAL | | $13,701,814.00 | $309,030.52 | | $10,961,451.20 | $309,030.52 | $2,740,362.80 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: September 8, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SALVATORE F. BIANCA | Associate | $ 630 | 590.20 | $ 371,826.00 |
| ROBIN BAIK | Associate | 515 / 570 | 579.00 | 307,194.00 |
| LOUIS LIPNER | Associate | 450 / 515 | 514.40 | 241,808.50 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation | 995 | 473.00 | 470,635.00 |
| TAMARA J. BRITT | Associate | 375 / 450 | 459.40 | 178,560.00 |
| TEMPORARY PARALEGAL | Paralegal | 240 | 454.80 | 109,152.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation | 905 | 453.40 | 410,327.00 |
| EMILY A. BUSSIGEL | Associate | 375 / 450 | 411.40 | 163,087.50 |
| MIJI KIM | Associate | 375 / 450 | 402.00 | 160,042.50 |
| DANIEL ILAN | Counsel - Intellectual Property | 675 | 398.80 | 269,190.00 |
| EBUNOLUWA TAIWO | Associate | 450 / 515 | 391.40 | 186,757.50 |
| JAMES CROFT | Associate | 515 / 570 | 377.10 | 200,421.50 |
| ANTONIA CAREW-WATTS | Associate | 375 / 450 | 369.90 | 144,945.00 |
| MEGHAN M. SERCOMBE | Associate | 570 / 605 | 369.20 | 214,773.50 |
| NEIL FORREST | Senior Attorney - Litigation | 770 | 366.40 | 282,128.00 |
| NANCY PICKNALLY | Associate | 515 / 570 | 361.80 | 191,414.50 |
| JASON RYLANDER | Temporary Attorney | 180 | 357.80 | 64,404.00 |
| ANTHONY R. CERCEO | Associate | 375 / 450 | 355.20 | 142,822.50 |
| JEREMY LACKS | Associate | 450 / 515 | 351.90 | 166,486.50 |
| KARA HAILEY | Senior Attorney - Corporate, Bankruptcy | 695 | 345.30 | 239,983.50 |
| ANTHONY RANDAZZO | Associate | 450 / 515 | 337.90 | 160,264.50 |
| DANIEL CLARKIN | Temporary Attorney | 180 | 337.30 | 60,714.00 |
| ANNA KRUTONOGAYA | Associate | 375 / 450 | 326.80 | 129,667.50 |
| KIMBERLY SPIERING | Associate | 630 | 321.50 | 202,545.00 |
| JOSEPH LANZKRON | Associate | 375 / 450 | 311.40 | 121,252.50 |
| CASEY DAVISON | Associate | 450 / 515 | 304.50 | 137,915.50 |

---

[3]  Arranged in descending order according to Total Billed Hours.
[4]  Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SARA L. GOTTLIEB | Associate | 450 / 515 | 301.30 | 141,045.00 |
| LAUREN L. PEACOCK | Associate | 605 / 630 | 300.80 | 183,594.00 |
| AARON J. MEYERS | Associate | 450 / 515 | 299.80 | 137,809.00 |
| JENNIFER WESTERFIELD | Associate | 570 / 605 | 285.30 | 164,388.50 |
| RODGER HURLEY | Temporary Attorney | 180 | 284.60 | 51,228.00 |
| CARISSA L. ALDEN | Associate | 450 / 515 | 282.30 | 130,896.00 |
| ALEXANDRA CAMBOURIS | Associate | 450 / 515 | 280.80 | 131,930.50 |
| ANDREW G. COOMBS | Associate | 375 / 450 | 271.60 | 105,150.00 |
| SANDRINE A. COUSQUER | Associate | 630 | 270.20 | 170,226.00 |
| REBECCA REEB | Associate | 375 / 450 | 267.40 | 102,210.00 |
| JUSTIN CAVANAGH | Temporary Attorney | 180 | 264.50 | 47,610.00 |
| NATHAN PIPER | Associate | 375 / 450 | 258.20 | 99,157.50 |
| STEPHEN ROSE | Temporary Attorney | 180 | 241.50 | 43,470.00 |
| JOSHUA PANAS | Associate | 630 | 240.80 | 151,704.00 |
| JAMES RIM | Temporary Attorney | 180 | 240.40 | 43,272.00 |
| CHARLES-ANTOINE WAUTERS | Associate | 605 / 630 | 231.80 | 140,946.50 |
| NIKKISHA SCOTT | Temporary Attorney | 180 | 231.50 | 41,670.00 |
| JOHN BYAM | Partner - M&A, Corporate | 995 | 229.40 | 228,253.00 |
| THEODORE GEIGER | Associate | 570 / 605 | 228.80 | 132,932.50 |
| EMILY WEISS | Associate | 375 / 450 | 228.00 | 89,265.00 |
| SANDRA J. GALVIS | Senior Attorney - Corporate | 770 | 225.90 | 173,943.00 |
| JOHN R. LOATMAN | Associate | 630 | 221.10 | 139,293.00 |
| DANIEL MALECH | Associate | 375 / 450 | 218.70 | 82,522.50 |
| BRIAN J. MORRIS | Associate | 375 / 450 | 216.10 | 85,275.00 |
| CRAIG B. BROD | Partner - Corporate | 995 | 213.20 | 212,134.00 |
| RUSSELL D. ECKENROD | Associate | 515 / 570 | 211.50 | 117,222.00 |
| JODI ERICKSON | Staff Attorney | 325 | 207.10 | 67,307.50 |
| SHIRLEY LO | Associate | 375 / 450 | 205.00 | 79,522.50 |
| IVY HERNANDEZ | Associate | 570 / 605 | 202.90 | 119,377.00 |
| CATHERINE BARNARD | Associate | 375 / 450 | 201.20 | 83,527.50 |
| JOHN MCGILL | Senior Attorney - M&A, Corporate | 770 | 198.00 | 152,460.00 |
| PAUL BOZZELLO | Associate | 375 / 450 | 189.80 | 72,150.00 |
| DAVID LEINWAND | Partner - M&A, Corporate | 980 | 186.00 | 182,280.00 |
| LEAH LAPORTE | Associate | 450 / 515 | 184.90 | 85,720.50 |
| ELIZABETH MANDELL | Associate | 630 | 183.70 | 115,731.00 |
| JUSTIN SEERY | Associate | 450 / 515 | 182.30 | 84,758.50 |
| LAURA GHIRARDI | Temporary Attorney | 180 | 180.60 | 32,508.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 515 / 570 | 177.60 | 94,824.50 |
| PATRICK MARETTE | Associate | 630 | 177.30 | 111,699.00 |
| INNA ROZENBERG | Senior Attorney - Litigation | 695 | 176.90 | 122,945.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| NORA SALVATORE | Associate | 570 | 175.50 | 100,035.00 |
| MEGAN GRANDINETTI | Associate | 450 / 515 | 168.90 | 79,645.00 |
| KEVIN CUNNINGHAM | Associate | 515 / 570 | 168.10 | 87,737.50 |
| COREY M. GOODMAN | Associate | 515 / 570 | 167.80 | 87,522.50 |
| HEE SON HONG | Temporary Attorney | 180 | 165.30 | 29,754.00 |
| JENNIFER MOCKLER | Paralegal | 215 / 240 | 156.80 | 34,212.00 |
| KATHERINE CURRIE | Associate | 375 / 450 | 154.60 | 60,480.00 |
| JOHN W. KONSTANT | Associate | 630 | 143.00 | 90,090.00 |
| PAUL D. MARQUARDT | Partner - M&A, Corporate, Regulatory | 950 | 142.90 | 135,755.00 |
| STEVE BOWNE | Summer Law Clerk | 305 | 142.00 | 43,310.00 |
| MARCEL ANDERSON | Associate | 515 / 570 | 141.10 | 74,729.00 |
| JEAN LEE | Associate | 570 | 136.90 | 78,033.00 |
| NEIL WHORISKEY | Partner - M&A, Corporate | 980 | 133.50 | 130,830.00 |
| WILLIAM MCRAE | Partner - Tax | 950 | 132.00 | 125,400.00 |
| TREVOR F. BERRETT | Associate | 375 / 450 | 130.40 | 50,962.50 |
| HOWARD S. ZELBO | Partner - Litigation | 995 | 128.70 | 128,056.50 |
| IAN QUA | Paralegal | 215 / 240 | 128.20 | 29,040.50 |
| JOSEPH ROBERTSON | Associate | 375 / 450 | 128.10 | 48,840.00 |
| KATHERINE WEAVER | Associate | 450 | 127.10 | 57,195.00 |
| ANGELA F. HAMARICH | Summer Law Clerk | 305 | 126.80 | 38,674.00 |
| ELI K. BEST | Summer Law Clerk | 305 | 126.30 | 38,521.50 |
| SHANNON DELAHAYE | Associate | 450 / 515 | 125.00 | 58,141.50 |
| JEFFREY PENN | Associate | 515 / 570 | 124.90 | 66,177.00 |
| NESLIHAN GAUCHIER | Associate | 450 / 515 | 122.10 | 56,245.00 |
| RENEE AHLERS | Summer Law Clerk | 295 | 119.80 | 35,341.00 |
| NATHALIE RYCKAERT | Associate | 375 | 115.30 | 43,237.50 |
| CHRISTOPHER S. CONDLIN | Associate | 375 / 450 | 111.60 | 45,945.00 |
| DAPHNEY FRANCOIS | Associate | 375 / 450 | 111.30 | 42,412.50 |
| KERRIN T. KLEIN | Associate | 375 / 450 | 110.40 | 41,400.00 |
| MARIO MENDOLARO | Associate | 570 / 605 | 109.40 | 63,558.50 |
| ARON M. ZUCKERMAN | Summer Law Clerk | 305 | 108.30 | 33,031.50 |
| DEBORAH M. BUELL | Partner - Litigation | 995 | 106.20 | 105,669.00 |
| NATALYA SHNITSER | Associate | 375 / 450 | 102.20 | 40,080.00 |
| IVY STEMPEL | Staff Attorney | 325 | 90.90 | 29,542.50 |
| RICARDO BERNARD | Associate | 515 / 570 | 90.50 | 46,822.00 |
| EVAN SCHWARTZ | Associate | 630 | 85.60 | 53,928.00 |
| NICOLO NOURAFCHAN | Summer Law Clerk | 305 | 82.70 | 25,223.50 |
| PETER O'KEEFE | Paralegal | 240 | 77.00 | 18,480.00 |
| ALYSSON FORD OUOBA | Summer Law Clerk | 305 | 76.70 | 23,393.50 |
| HANG XU | Summer Law Clerk | 305 | 76.50 | 23,332.50 |
| JADE WAGNER | Associate | 570 / 605 | 76.20 | 43,871.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JESSICA L. UZIEL | Summer Law Clerk | 305 | 72.00 | 21,960.00 |
| EUGENE S. KIM | Associate | 375 / 450 | 71.00 | 27,255.00 |
| MARY E. ALCOCK | Counsel - Employee Benefits | 835 | 68.70 | 57,364.50 |
| MEE-JUNG JANG | Associate | 375 | 68.70 | 25,762.50 |
| EVAN J. LEITCH | Associate | 375 / 450 | 68.50 | 27,547.50 |
| MACEY LEVINGTON | Associate | 375 / 450 | 68.10 | 27,615.00 |
| HELEN A. SKINNER | Associate | 450 / 515 | 64.70 | 30,025.00 |
| PAUL CONNOLLY | Staff Attorney | 325 | 62.80 | 20,410.00 |
| DAVID L. SUGERMAN | Partner - Corporate | 995 | 61.30 | 60,993.50 |
| JONAH C. ABRAMOWITZ | Summer Law Clerk | 305 | 60.60 | 18,483.00 |
| TIM PHILLIPS | Associate | 375 / 450 | 60.10 | 23,752.50 |
| SU CHEUNG | Assistant Managing Clerk | 140 | 59.20 | 8,288.00 |
| IAN BEARDSLEY | Paralegal | 215 / 240 | 57.10 | 12,626.50 |
| BORIS KHENTOV | Associate | 375 / 450 | 56.40 | 22,185.00 |
| DAVID C. RAMSEY | Summer Law Clerk | 305 | 55.30 | 16,866.50 |
| LAURA BAGARELLA | Associate | 375 / 450 | 54.50 | 21,982.50 |
| DENNIS BODDEN | Temporary Attorney | 180 | 53.00 | 9,540.00 |
| LEONARD C. JACOBY | Partner - Intellectual Property | 970 | 51.40 | 49,858.00 |
| KEVIN C. JONES | Associate | 570 / 605 | 51.20 | 29,761.50 |
| ANGELA K. CHEN | Summer Law Clerk | 305 | 49.40 | 15,067.00 |
| ALAN AUDI | Associate | 605 | 48.00 | 29,040.00 |
| SEAN MULLEN | Summer Law Clerk | 305 | 45.80 | 13,969.00 |
| WILLIAM FITZGERALD | Paralegal | 215 / 240 | 45.50 | 9,920.00 |
| SOO-YEUN LIM | Associate | 450 / 515 | 44.60 | 20,070.00 |
| STANLEY SEURADGE | Paralegal | 285 | 44.50 | 12,682.50 |
| DAVID H. HERRINGTON | Counsel - Litigation | 835 | 43.60 | 36,406.00 |
| JOHNATHAN A. JENKINS | Associate | 450 / 515 | 43.40 | 19,777.00 |
| DANIEL P. RILEY | Associate | 450 / 515 | 42.40 | 19,723.50 |
| REBECCA D. WEINSTEIN | Associate | 375 / 450 | 40.40 | 16,020.00 |
| BRENDAN H. GIBBON | Associate | 605 | 40.30 | 24,381.50 |
| SOFIA VICKERY | Summer Law Clerk | 305 | 39.20 | 11,956.00 |
| ANNE LIEBERMAN | Summer Law Clerk | 305 | 38.20 | 11,651.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225 | 37.60 | 8,460.00 |
| JOSHUA KALISH | Associate | 450 | 37.00 | 16,650.00 |
| ROBERT J. RAYMOND | Partner - Employee Benefits | 970 | 34.50 | 33,465.00 |
| VICTORIA MARRE | Paralegal | 215 | 33.90 | 7,288.50 |
| WANDA OLSON | Partner - Corporate | 995 | 32.90 | 32,735.50 |
| ANDREA G. PODOLSKY | Partner - Corporate | 995 | 32.70 | 32,536.50 |
| ANASTASIYA S. RODINA | Associate | 375 | 32.30 | 12,112.50 |
| ARTHUR KOHN | Partner - Employee Benefits | 995 | 32.30 | 32,138.50 |
| JULIET A. DRAKE | Associate | 630 | 31.90 | 20,097.00 |
| SANDRA FLOW | Partner - Corporate | 950 | 31.30 | 29,735.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DAVID OLIWENSTEIN | Associate | 450 | 31.20 | 14,040.00 |
| KATHLEEN M. O'NEILL | Associate | 605 | 29.90 | 18,089.50 |
| ALEXANDRA DEEGE | Associate | 610 | 29.20 | 17,812.00 |
| W. RICHARD BIDSTRUP | Counsel - Environmental, M&A | 835 | 28.60 | 23,881.00 |
| MELISSA MARTIN | Paralegal | 215 / 240 | 28.00 | 6,070.00 |
| TEMIDAYO AGANGA-WILLIAMS | Summer Law Clerk | 305 | 25.30 | 7,716.50 |
| MELISSA K. MARLER | Associate | 630 | 25.10 | 15,813.00 |
| KIMBERLY BROWN BLACKLOW | Partner - Real Estate | 970 | 24.90 | 24,153.00 |
| EMILY LIU | Associate | 450 / 515 | 22.80 | 10,429.00 |
| SANJEET MALIK | Associate | 630 | 22.50 | 14,175.00 |
| ROBERT A. MCNAMEE | Summer Law Clerk | 305 | 21.20 | 6,466.00 |
| LILIANE KANG | Paralegal | 240 | 20.00 | 4,800.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140 | 19.80 | 2,772.00 |
| MICHAEL KAGAN | Associate | 450 / 515 | 19.80 | 9,898.00 |
| JOSIAH P.B. CHILD | Summer Law Clerk | 305 | 19.60 | 5,978.00 |
| ANA C. BOKSAY | Summer Law Clerk | 305 | 18.90 | 5,764.50 |
| ERIC LAUT | Associate | 620 / 640 | 17.60 | 11,002.00 |
| RYAN R. WRIGHT | Paralegal | 245 | 17.20 | 4,214.00 |
| MICAELA DAVIS | Associate | 375 | 16.50 | 6,187.50 |
| LIANG LI | Associate | 580 | 15.70 | 9,106.00 |
| MARGARET E. SHEER | Associate | 515 | 15.20 | 7,828.00 |
| JOHN OLSON | Associate | 560 / 620 | 14.50 | 8,456.00 |
| ELIZABETH L. BROOMFIELD | Summer Law Clerk | 305 | 14.00 | 4,270.00 |
| NATALI SEGOVIA | Paralegal | 215 / 240 | 13.30 | 3,109.50 |
| OLGA TSEYTKIN | Associate | 375 | 13.20 | 4,950.00 |
| PATRICIA PAK | Paralegal | 240 | 13.00 | 3,120.00 |
| ZACHARY KOLKIN | Associate | 450 | 12.60 | 5,670.00 |
| CATHERINE WU | Paralegal | 215 | 12.50 | 2,687.50 |
| GEOFFROY RENARD | Associate | 640 | 12.30 | 7,872.00 |
| PAUL J. SHIM | Partner - M&A, Corporate | 995 | 12.10 | 12,039.50 |
| VIOLETTA BOURT | Associate | 440 | 11.80 | 5,192.00 |
| AARON GINGRANDE | Paralegal | 240 | 11.50 | 2,760.00 |
| FABRICE BAUMGARTNER | Partner - Corporate | 980 | 11.20 | 10,976.00 |
| ANTHONY SHULTS | Summer Law Clerk | 305 | 9.50 | 2,897.50 |
| CAROL WHATLEY | Assistant Managing Clerk | 140 | 9.50 | 1,330.00 |
| IOANNIS THANOS | Stagiaire | 300 | 9.40 | 2,820.00 |
| AMARILYS BERNACET | Paralegal | 240 | 8.80 | 2,112.00 |
| LINDSAY DUNN | Associate | 570 | 8.70 | 4,959.00 |
| JASON FACTOR | Partner - Tax | 950 | 8.60 | 8,170.00 |
| NAWAL LACHGUAR | Associate | 470 | 8.20 | 3,854.00 |

7

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ALETHEA GROSS | Paralegal | 215 | 7.80 | 1,677.00 |
| JENNIFER MONIZ | Paralegal | 200 | 7.50 | 1,500.00 |
| CARSTEN FIEGE | Associate | 630 | 7.00 | 4,410.00 |
| BRITTANY TAYLOR | Paralegal | 240 | 6.50 | 1,560.00 |
| KATHLEEN M. EMBERGER | Counsel - Employee Benefits | 760 | 6.40 | 4,864.00 |
| KELLY ADAMS | Paralegal | 215 | 6.20 | 1,333.00 |
| STEVEN WILNER | Partner - Real Estate | 995 | 6.10 | 6,069.50 |
| LYNN ZOUBOK | Research Specialist | 265 | 6.00 | 1,590.00 |
| JESSICA MCBRIDE | Summer Law Clerk | 305 | 5.80 | 1,769.00 |
| MICHAEL BREMS | Counsel - Corporate | 920 | 5.50 | 5,060.00 |
| JOAN KIM | Paralegal | 215 | 5.40 | 1,161.00 |
| ALEXANDER J. TALSMA | Associate | 375 / 450 | 5.00 | 2,040.00 |
| ERBER HERNANDEZ | Paralegal | 215 | 5.00 | 1,075.00 |
| NATHALIE SCHWARTZ | Associate | 470 / 560 | 5.00 | 2,710.00 |
| JESSIE GAYNOR | Paralegal | 240 | 4.50 | 1,080.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 140 | 4.30 | 602.00 |
| JOHN CORNELIUS | Associate | 375 | 4.20 | 1,575.00 |
| GREGORY COATES | Assistant Managing Clerk | 140 | 4.00 | 560.00 |
| EMMANUEL RONCO | Associate | 650 | 3.50 | 2,275.00 |
| PAUL S. HAYES | Associate | 630 | 3.30 | 2,079.00 |
| FEI XIE | Associate | 555 | 3.20 | 1,776.00 |
| FRANCISCO GARAY | Associate | 450 | 3.20 | 1,440.00 |
| SARAH BERMAN | Associate | 630 | 3.10 | 1,953.00 |
| ANDREW SINNENBERG | Paralegal | 215 | 2.90 | 623.50 |
| TRISTAN OSTROWSKI | Associate | 570 | 2.90 | 1,653.00 |
| LIZ J. STAFFORD | Assistant Managing Clerk | 140 | 2.80 | 392.00 |
| LAURENT ALPERT | Partner - M&A, Corporate | 995 | 2.70 | 2,686.50 |
| KEITH CARPENTER | Paralegal | 215 | 2.50 | 537.50 |
| LAURA PADGETT | Paralegal | 240 | 2.50 | 600.00 |
| NICOLE VANELLA | Assistant Managing Clerk | 140 | 2.50 | 350.00 |
| MARIA B. RODRIGUEZ | Paralegal | 295 | 2.30 | 678.50 |
| LAWRENCE B. FRIEDMAN | Partner - Litigation | 995 | 2.20 | 2,189.00 |
| CORY ESKENAZI | Practice Support Manager | 275 | 2.00 | 550.00 |
| MAN LI | Associate | 580 | 2.00 | 1,160.00 |
| ROBERT GRUSZECKI | Associate | 605 | 2.00 | 1,210.00 |
| DAVID DIXTER | Associate | 630 | 1.90 | 1,197.00 |
| TOMMAS BALDUCCI | Assistant Managing Clerk | 140 | 1.80 | 252.00 |
| JACE LIPSTEIN | Assistant Managing Clerk | 140 | 1.60 | 224.00 |
| SCOTT LARSON | Associate | 605 | 1.60 | 968.00 |
| PETER GOLDBERG | Associate | 375 | 1.50 | 562.50 |
| PIERRE AMARIGLIO | Associate | 375 | 1.50 | 562.50 |
| JONATHAN KELLY | Partner - Litigation | 995 | 1.20 | 1,194.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JUSTIN BROWN | Assistant Managing Clerk | 140 | 1.10 | 154.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140 | 1.00 | 140.00 |
| ELIZABETH HERRON-SWEET | Paralegal | 215 | 1.00 | 215.00 |
| JARED LEVY | Paralegal | 215 | 1.00 | 215.00 |
| JONATHAN GIFFORD | Associate | 605 | 1.00 | 605.00 |
| GARRY MANLEY | Associate | 460 | 0.90 | 414.00 |
| MICHAEL FALTER | Associate | 530 | 0.90 | 477.00 |
| ALIDA LASKER | Associate | 515 | 0.80 | 412.00 |
| COLIN D. LLOYD | Associate | 515 | 0.80 | 412.00 |
| FRANCOIS COLIN DE VERDIERE | Associate | 680 | 0.80 | 544.00 |
| MAUREEN E. MCDONALD | Research Specialist | 265 | 0.80 | 212.00 |
| JAMES R. MODRALL | Partner - M&A, International Competition | 995 | 0.70 | 696.50 |
| JOSHUA FRANKEL | Associate | 525 | 0.70 | 367.50 |
| MARK W. NELSON | Partner - Antitrust, M&A | 970 | 0.70 | 679.00 |
| MICHAEL J. ALBANO | Partner - Employee Benefits | 765 | 0.60 | 459.00 |
| JOON HUR | Associate | 570 | 0.50 | 285.00 |
| GEORG BONGARTZ | Associate | 570 | 0.30 | 171.00 |
| LESLIE B. SAMUELS | Partner - Tax | 995 | 0.30 | 298.50 |
| JAMES A. DUNCAN | Partner - Tax | 995 | 0.20 | 199.00 |
| JOEL MOSS | Associate | 630 | 0.20 | 126.00 |
| KUANG TAN | Associate | 375 | 0.20 | 75.00 |
| MARTINE KLIMEK | Paralegal | 270 | 0.20 | 54.00 |
| THOMAS BUHL | Partner - Litigation | 995 | 0.20 | 199.00 |
| JAIME PHILLIP | Associate | 630 | 0.10 | 63.00 |
| VICTOR CHIU | Associate | 630 | 0.10 | 63.00 |
| **TOTAL HOURS:** | | | 27, 491.20 | |
| **GRAND TOTAL:** | | | | $13,701,814.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE COMPENSATION BY PROJECT CATEGORY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 2,277.80 | $ 1,071,001.50 |
| Case Administration | 8,389.90 | 3,634,849.00 |
| Claims Administration and Objections | 4,234.50 | 2,258,787.00 |
| Debtor in Possession Financing | 100.30 | 45,842.00 |
| M&A Advice | 3,768.40 | 2,078,993.00 |
| Employee Matters | 1,908.80 | 1,059,437.00 |
| Customer Issues | 149.70 | 70,194.50 |
| Supplier Issues | 71.70 | 33,185.50 |
| Plan of Reorganization & Disclosure Statement | 2,026.30 | 1,058,790.00 |
| Tax | 591.70 | 350,823.50 |
| Intellectual Property | 1,590.60 | 853,729.00 |
| Regulatory | 229.80 | 114,734.00 |
| Fee and Employment Applications | 346.00 | 153,297.50 |
| Litigation | 351.60 | 169,943.50 |
| Real Estate | 1,454.10 | 748,207.00 |
| **TOTAL** | **27,491.20** | **$ 13,701,814.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 through July 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 7,738.79 |
| Travel – Transportation | | 39,250.25 |
| Travel – Lodging | | 9,531.32 |
| Travel – Meals | | 746.96 |
| Mailing and Shipping Charges | | 2,196.97 |
| Scanning Charges (at $0.10/page) | | 598.00 |
| Duplicating Charges (at $0.10/page) | | 15,797.60 |
| Color Duplicating Charges (at $0.65/page) | | 8,034.65 |
| Facsimile Charges (at $1.00/page) | | 456.00 |
| Legal Research | Lexis | 44,866.06 |
| | Westlaw | 60,892.65 |
| Late Work – Meals | | 17,978.11 |
| Late Work – Transportation | | 45,635.24 |
| Conference Meals | | 42,363.04 |
| Other Charges | | 12,944.88 |
| **Grand Total Expenses** | | **$ 309,030.52** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]