IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

RE: D.I. 859, 860, 986, 988, 2682, 2789

----------------------------------------------------------- X

**SUPPLEMENTAL DECLARATION OF RYAN D. MCGLOTHLIN IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PALISADES CAPITAL MANAGEMENT LLC AND PUNTER SOUTHALL LLC AS PENSION CO-ADVISORS TO THE DEBTORS**

        I, Ryan D. McGlothlin, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge:

        1.     I am the Managing Director of the firm Punter Southall, LLC ("Punter Southall"), which has its principal office at 161 Worcester Road, Suite 503, Framingham, MA 01701. I am authorized to execute this supplemental declaration on behalf of Punter Southall. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

        2.     This declaration is being submitted in connection with the retention of Palisades pursuant to the *Application to Employ Punter Southall LLC as Pension Co-Advisor to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

*the Debtors and Debtors In Possession Nunc Pro Tunc to May 8, 2009* (D.I. 860) (the "Application")², the June 29, 2009 *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment of Punter Southall LLC Nunc Pro Tunc To May 8, 2009 As Pension Co-Advisor To The Debtors And Debtors in Possession* (D.I. 986), and the March 29, 2010 *Order Approving an Amendment to the Terms of Compensation and Retention of Palisades Capital Advisors LLC and Punter Southall LLC, as Pension Co-Advisors to the Debtors* (D.I. 2789).

3. Pursuant to the Engagement Letter dated May 8, 2009 (the "Engagement Letter") the total monthly cash fee ("Monthly Advisory Fee") was $200,000 for the first ten months of the engagement and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee was payable to Palisades and thirty-five percent to Punter Southall. The terms of the Engagement Letter and the Co-Advisors' retention were subsequently modified. The Monthly Advisory Fee starting December 2009 (month eight) and thereafter was reduced to $125,000. In addition, sixty-five percent of the Monthly Advisory Fee was payable to Palisades through February 2010 and thirty-five percent to Punter Southall. In March and April 2010 fifty percent was paid to Palisades and fifty percent to Punter Southall and in subsequent months thirty-five percent was paid to Palisades and sixty-five percent to Punter Southall.

4. The Debtors and Punter Southall have agreed to further modification of the terms of the Engagement Letter as follows. The Monthly Advisory Fee for June 2010 will be $30,000 with sixty-five percent payable to Punter Southall and thirty-five percent payable to

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed them in the Application.

Palisades. In subsequent months the Monthly Advisory Fee will be $19,500 with one-hundred percent payable to Punter Southall.

Dated: 9 September, 2010

PUNTER SOUTHALL, LLC

By: _____
Name: Ryan D. McGlothlin
Title: Managing Director