IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
                Debtors. : Jointly Administered
 :
 : RE:  D.I. 859, 860, 986, 988, 2682, 2789
 :
 :
 :
-----------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF BRADLEY D. BELT IN SUPPORT OF
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF PALISADES CAPITAL MANAGEMENT LLC
AND PUNTER SOUTHALL LLC AS PENSION CO-ADVISORS TO THE DEBTORS**

       I, Bradley D. Belt, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge:

       1.    I am the Chairman and Chief Executive Officer of the firm Palisades Capital Management, LLC ("<u>Palisades</u>")[2], which has its principal office at 1701 Pennsylvania Avenue NW, Washington, DC 20006.  I am authorized to execute this supplemental declaration on behalf of Palisades.  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]    Palisades Capital Management, LLC succeeded Palisades Capital Advisors, LLC as Pension Co-Advisor.

2. This declaration is being submitted in connection with the retention of Palisades pursuant to the *Application to Employ Palisades Capital Advisors, LLC as Pension Co-Advisor to Debtors and Debtors In Possession Nunc Pro Tunc to May 8, 2009* (D.I. 859) (the "Application")[3], the June 29, 2009 *Order Under 11 U.S.C. §§ 327 And 328 Authorizing Retention And Employment of Palisades Capital Advisors, LLC Nunc Pro Tunc To May 8, 2009 As Pension Co-Advisor To The Debtors And Debtors in Possession* (D.I. 988), and the March 29, 2010 *Order Approving an Amendment to the Terms of Compensation and Retention of Palisades Capital Advisors LLC and Punter Southall LLC, as Pension Co-Advisors to the Debtors* (D.I. 2789) (pursuant to which Palisades Capital Management LLC succeeded Palisades Capital Advisors LLC as Pension Co-Advisor).

3. Pursuant to the Engagement Letter dated May 8, 2009 (the "Engagement Letter") the total monthly cash fee ("Monthly Advisory Fee") was $200,000 for the first ten months of the engagement and then $125,000 thereafter. Sixty-five percent of the Monthly Advisory Fee was payable to Palisades and thirty-five percent to Punter Southall. The terms of the Engagement Letter and the Co-Advisors' retention were subsequently modified. The Monthly Advisory Fee starting December 2009 (month eight) and thereafter was reduced to $125,000. In addition, sixty-five percent of the Monthly Advisory Fee was payable to Palisades through February 2010 and thirty-five percent to Punter Southall. In March and April 2010 fifty percent was paid to Palisades and fifty percent to Punter Southall and in subsequent months thirty-five percent was paid to Palisades and sixty-five percent to Punter Southall.

4. The Debtors and Palisades have agreed to further modification of the terms of the Engagement Letter as follows. The Monthly Advisory Fee for June 2010 will be

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed them in the Application.

$30,000 with sixty-five percent payable to Punter Southall and thirty-five percent payable to Palisades. After June, 2010, Palisades will no longer be retained by the Debtors.

Dated: 9 September, 2010

                                    PALISADES CAPITAL MANAGEMENT, LLC
                                    By: _____

                                    Name: Bradley D. Belt
                                    Title: Chairman and CEO