# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Declaration Of Bradley D. Belt In Support Of Debtors' Application For Entry Of An Order Authorizing Employment And Retention Of Palisades Capital Management LLC and Punter Southall LLC As Pension Co-Advisors To The Debtors** was caused to be made on September 9, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: September 9, 2010

                                                */s/ Ann C. Cordo*
                                                  Ann C. Cordo (No. 4817)