# EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

May 1, 2010 Through July 31, 2010

## Summary of Services Rendered by Project

| Project | Project Description | May - July |
|---|---|---|
| 1 | Pension Advisory | 48.25 |
| 2 | Fee Applications | 5.75 |
| **TOTAL** | | **54.00** |

## Summary of Services Rendered by Professional

| Name | May - July |
|---|---|
| Richard Jones (Principal – London) | 13.75 |
| James Saunders (Principal – London) | 21.25 |
| Ryan McGlothlin (Managing Director – Boston) | 3.0 |
| Lorant Porkolab (Principal – London) | 8.50 |
| Chris Parlour (Associate Director – London) | 5.00 |
| Martin Hunter (Associate – London) | 1.75 |
| Dianne Tersoni (Associate – Boston) | 1.0 |
| **TOTAL** | **54.00** |

Punter Southall LLC
Time Detail
May 1, 2010 through July 31, 2010

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/20/2010 | Internal Discussions | 2.0 | 1 | RJ |
| 5/20/2010 | Internal Discussions | 2.0 | 1 | JS |
| 5/20/2010 | Internal Discussions | 2.0 | 1 | LP |
| 5/26/2010 | Conference Calls & prep/follow-up | 0.8 | 1 | JS |
| 5/26/2010 | Conference Calls & prep/follow-up | 0.8 | 1 | LP |
| 5/26/2010 | Internal Discussions | 1.0 | 1 | RJ |
| 5/26/2010 | Internal Discussions | 1.0 | 1 | JS |
| 5/26/2010 | Internal Discussions | 1.0 | 1 | LP |
| 6/1/2010 | Internal Discussions | 0.3 | 1 | JS |
| 6/1/2010 | Internal Discussions | 0.3 | 1 | CP |
| 6/17/2010 | Dealing with data request | 1.5 | 1 | CP |
| 6/17/2010 | Dealing with data request | 1.5 | 1 | RJ |
| 6/17/2010 | Dealing with data request | 2.3 | 1 | JS |
| 6/17/2010 | Internal Discussions | 1.5 | 1 | RJ |
| 6/17/2010 | Internal Discussions | 1.5 | 1 | JS |
| 6/17/2010 | Internal Discussions | 1.5 | 1 | RJ |
| 6/22/2010 | Conference Calls & prep/follow-up | 0.5 | 1 | JS |
| 6/22/2010 | Internal Discussions | 1.3 | 1 | JS |
| 6/22/2010 | Internal Discussions | 1.3 | 1 | CP |
| 6/22/2010 | Conference Calls & prep/follow-up | 0.5 | 1 | JS |
| 6/30/2010 | Internal Discussions | 0.5 | 1 | JS |
| 6/30/2010 | Internal Discussions | 0.5 | 1 | RJ |
| 6/30/2010 | Conference Calls & prep/follow-up | 0.5 | 1 | JS |
| 7/7/2010 | Financial modeling | 1.0 | 1 | CP |
| 7/9/2010 | Document Review | 3.0 | 1 | JS |
| 7/12/2010 | Document Review | 4.0 | 1 | RJ |
| 7/13/2010 | Conference Calls & prep/follow-up | 0.5 | 1 | JS |
| 7/13/2010 | Document Review | 1.5 | 1 | JS |
| 7/13/2010 | Internal Discussions | 1.0 | 1 | JS |
| 7/13/2010 | Internal Discussions | 1.0 | 1 | RJ |
| 7/14/2010 | Document Revision | 1.5 | 1 | MH |
| 7/21/2010 | Document Review | 4.0 | 1 | LP |
| 7/21/2010 | Document Review | 1.5 | 1 | JS |
| 7/21/2010 | Internal Discussions | 0.8 | 1 | JS |
| 7/21/2010 | Internal Discussions | 0.8 | 1 | RJ |
| 7/21/2010 | Internal Discussions | 0.8 | 1 | LP |
| 7/28/2010 | Document Revision | 0.8 | 1 | JS |
| 7/30/2010 | Document Revision | 0.3 | 1 | MH |
| 7/30/2010 | Document Revision | 0.3 | 1 | JS |

| Total Activity 1 | | 48.3 | | |

8

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/16/2010 | Preparation of Feb-April & Fourth Quarter filings | 3.0 | 2 | RDM |
| 5/16/2010 | Preparation of Feb-April & Fourth Quarter filings | 1.0 | 2 | DT |
| 6/23/2010 | Set up fee hearing call | 0.5 | 2 | JS |
| 6/23/2010 | Set up fee hearing call | 0.5 | 2 | CP |
| 6/24/2010 | Fee hearing call | 0.5 | 2 | JS |
| 7/7/2010 | Admin on fee hearing | 0.3 | 2 | CP |
| | Total Activity 2 | 5.8 | | |
| | Total Activity 1 & 2 | 54.00 | | |