IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., et al.,[1] <br><br>                 Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: September 30, 2010 at 10:00 a.m. <br> ) |

## NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                       Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:                                Official Committee of Unsecured Creditors

Date of Retention:                                       March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:                             May 1, 2010 through July 31, 2010[2]

Amount of Compensation sought as
actual, reasonable and necessary:                        $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                     $10,440.00

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. May, June and July 2010 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/6/10 Docket No. 3278 | 5/1/10 – 5/31/10 | $200,000.00 | $7,740.48 | CNO filed on 7/26/10 $160,000.00 | CNO filed on 7/26/10 $7,740.48 | $40,000.00 |
| Date Filed: 9/8/10 Docket No. 3888 | 6/1/10 - 6/30/10 | $200,000.00 | $2,494.74 | Pending Obj Deadline 9/28/10 $160,000.00 | Pending Obj Deadline 9/28/10 $2,494.74 | $40,000.00 |
| Date Filed: 9/8/10 Docket No. 3889 | 7/1/10 - 7/31/10 | $200,000.00 | $204.78 | Pending Obj Deadline 9/28/10 $160,000.00 | Pending Obj Deadline 9/28/10 $204.78 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $10,440.40 | $480,000.00[3] | $10,440.00[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

Summary of any Objections to Fee Applications: None.

Dated: September 9, 2010
Wilmington, Delaware

_____
Leo Chang
Senior Vice President
JEFFERIES & COMPANY, INC.
520 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 323-3391

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*