Case 09-10138-MFW   Doc 3899-2   Filed 09/09/10   Page 1 of 6

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

May 1, 2010 through July 31, 2010

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Brian Burke (2005) | Associate/Litigation | 580 | 1 | 580.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 5.4 | 2,835.00 |
| Mary Glennon | Paralegal | 245 | 25.1 | 6,149.50 |
| Ruth Sheopaul | Case Clerk | 185 | 1.1 | 203.50 |
| **Total** | | | 32.6 | 9,768.00 |
| **Grand Total:** $9,768.00 | | | | |
| **Blended Rate:** $299.63 | | | | |

NYDOCS04/524405.1

# SHEARMAN & STERLING LLP

Page (6) 6

PROFORMA GENERATED: 09/08/10  
02205-00016

PROFORMA NO.      838612  
BATCH NO.         651949  
THROUGH DATE: 07/31/10

NORTEL NETWORKS LIMITED  
RESERVES RELEASE

      Currency:  US DOLLARS

===========================================================================

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 06/08/10 | 15492 Burke, Brian | 1.00 | 580.00 | 29308069 |
| Task: | Corresponded with S. Baskin and T. Gilroy in response to inquiry from D. Powers; prepared response to same. | | | |
| 07/19/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 29448272 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 07/20/10 | 20891 Sheopaul, Ruth | .30 | 55.50 | 29453366 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 07/21/10 | 20891 Sheopaul, Ruth | .50 | 92.50 | 29457244 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| | TOTAL HOURS: | 2.10 | | |
| | TOTAL FEES: | | 783.50 | |

# SHEARMAN & STERLING LLP

Page (6) 24

PROFORMA GENERATED: 09/08/10
02205-00021

PROFORMA NO.          838614
BATCH NO.             651949
THROUGH DATE: 07/31/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS

Currency: US DOLLARS

================================================================================

## Timecard Detail

| Date | Timekeeper | | Hours | Amount | Index # |
|---|---|---|---|---|---|
| 05/03/10 | 13325 | Glennon, Mary M. | 1.20 | 294.00 | 29183629 |
| Task: | | Regulatory: filing legal files, correspondence and annual reports; updating indices. | | | |
| 05/12/10 | 13325 | Glennon, Mary M. | 2.40 | 588.00 | 29209049 |
| Task: | | Regulatory: reviewed and drafted e-mails to/from K. Whibley; review of indices regarding redacted documents. | | | |
| 05/27/10 | 13325 | Glennon, Mary M. | .40 | 98.00 | 29266702 |
| Task: | | Regulatory: Filed Bankruptcy filings. | | | |
| 06/08/10 | 13325 | Glennon, Mary M. | .80 | 196.00 | 29312301 |
| Task: | | Regulatory: reviewed files for Consent Agreement; e-mails to T. Gilroy regarding same. | | | |
| 06/18/10 | 13325 | Glennon, Mary M. | 2.40 | 588.00 | 29358807 |
| Task: | | Discussion with T. Gilroy regarding document requests from S. Fenton in regards to RCMP investigation; review of files, indices and letters regarding same. | | | |
| 06/22/10 | 13325 | Glennon, Mary M. | 3.10 | 759.50 | 29358814 |
| Task: | | Reviewed files for requests from S. Fenton in regards to RMCP Request. | | | |
| 06/23/10 | 13325 | Glennon, Mary M. | 7.90 | 1,935.50 | 29358816 |
| Task: | | Reviewed boxes of documents and pulled cover letter for request by S. Fenton in regards to RCMP investigation; PDFed and drafted e-mail to T. Gilroy regarding same. | | | |
| 06/29/10 | 13325 | Glennon, Mary M. | 3.80 | 931.00 | 29383672 |
| Task: | | Reviewed and responded to e-mails from T. Gilroy and from Ogilvy Renault; reviewed Nortel indices for Wilmer Cutler documents. | | | |
| 06/30/10 | 13325 | Glennon, Mary M. | 3.10 | 759.50 | 29392734 |
| Task: | | Regulatory: review of Nortel indices regarding WCP documents; drafted and responded to e-mails from T. Gilroy. | | | |

Page (7) 25

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 09/08/10          PROFORMA NO.        838614
02205-00021                           BATCH NO.           651949
                                      THROUGH DATE:     07/31/10

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency: US DOLLARS

================================================================================
| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 06/01/10 | 16476 Gilroy, Terence P. | .50 | 262.50 | 29288628 |
| Task: | Canada Proceedings - Meeting with S. Fenton regarding various issues relating to proceedings in Canada. | | | |
| 06/02/10 | 16476 Gilroy, Terence P. | 2.50 | 1,312.50 | 29288629 |
| Task: | Bankruptcy - Telephone call with D. McPherson regarding fee application (.2); prepared fifth interim fee application and fifth quarterly fee application (2.3). | | | |
| 06/07/10 | 16476 Gilroy, Terence P. | .30 | 157.50 | 29305336 |
| Task: | Corresponded with S. Baskin and B. Burke regarding inquiry from D. Powers concerning document preservation issues in Brazil and Colombia (.3). | | | |
| 06/08/10 | 16476 Gilroy, Terence P. | 1.40 | 735.00 | 29305340 |
| Task: | Drafted correspondence to D. Powers regarding document preservation issues in Brazil and Colombia (.3); call with B. Burke regarding D. Powers inquiry (.2); reviewed consent agreement in SEC proceeding (.4); reviewed complaint in Domenikos action (.5). | | | |
| 06/18/10 | 16476 Gilroy, Terence P. | .70 | 367.50 | 29340564 |
| Task: | Canadian Proceedings - Prepared for and attended meeting with M. Glennon regarding request for documents from S. Fenton (.5); drafted correspondence to S. Fenton regarding same (.2). | | | |
| | TOTAL HOURS: | 30.50 | | |
| | TOTAL FEES: | | 8,984.50 | |

# SHEARMAN & STERLING LLP

Page (7) 7

PROFORMA GENERATED: 09/08/10  
02205-00016

PROFORMA NO.        838612  
BATCH NO.           651949  
THROUGH DATE: 07/31/10

NORTEL NETWORKS LIMITED  
RESERVES RELEASE

Currency: US DOLLARS

========================================================================

### Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 05/20/10 | CPY | 06262 Baskin, Stuart<br>6 COPIES AT 599 5th Floor<br>Ref:            42304427     75463 | .60 | 26220227 | |
| 05/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 751753 | 30.48 | 26213921 | 31486624 |
| 05/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 752421 | 102.90 | 26255649 | 31493007 |
| 05/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 752429 | 202.08 | 26255885 | 31493061 |
| 06/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 752437 | 30.48 | 26255573 | 31493006 |
| 06/30/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM MEDIA, INC.<br>Bank ID: CITBKNY4 Check Number: 753466 | 222.24 | 26315959 | 31501715 |
| 07/01/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E- LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 753358 | 30.48 | 26308893 | 31500963 |
| 07/07/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 753537 | 6.50 | 26319823 | 31502429 |
| 07/31/10 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM | 212.16 | 26335341 | 31504472 |

SHEARMAN & STERLING LLP

Page (8) 8

```
PROFORMA GENERATED: 09/08/10                    PROFORMA NO.         838612
02205-00016                                     BATCH NO.            651949
                                                THROUGH DATE: 07/31/10

NORTEL NETWORKS LIMITED
RESERVES RELEASE
        Currency:   US DOLLARS
==============================================================================
        Cost
 Date   Code    Charged By                           Amount   Index #  Voucher
                MEDIA, INC.
                Bank ID: CITBKNY4 Check Number: 753856

06/25/10 OSD   06262 Baskin, Stuart                  107.79 26309001 31500968
               Other Outside Services - - VENDOR:
               COURTALERT.COM, INC. Other Outside Services - -
               Bank ID: CITBKNY4 Check Number: 753337


               TOTAL                                 945.71
```