# EXHIBIT B

# EXPENSE SUMMARY

All Matters

May 1, 2010 through July 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $8.50 |
| Courier | Federal Express | |
| Conference Room Dining | | $148.62 |
| Electronic Docket Information | Court Alert | $280.92 |
| Electronic Docket Information | Pacer | $25.50 |
| Electronic Docket Information | E-Law | $137.16 |
| Computer Research | ALM Media | $636.48 |
| **Total Expenses:** | | $1,237.18 |

Page (8) 26

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 09/08/10                    PROFORMA NO.          838614
02205-00021                                     BATCH NO.             651949
                                                THROUGH DATE: 07/31/10

NORTEL NETWORKS LIMITED
INVESTIGATIONS

         Currency:  US DOLLARS
================================================================================

                              Costcard Detail

         Cost
Date     Code   Charged By                              Amount   Index #   Voucher

05/13/10 CPY    13325 Glennon, Mary M.                     .10 26211975
                1 COPIES AT 599 5th Floor
                Ref:             42294876     75379

05/21/10 CPY    13325 Glennon, Mary M.                     .10 26222408
                1 COPIES AT 599 5th Floor
                Ref:             42308182     75503

06/15/10 CPY    13325 Glennon, Mary M.                     .20 26251515
                2 COPIES AT 599 5th Floor
                Ref:             42349277     75849

06/23/10 CPY    13325 Glennon, Mary M.                     .10 26264663
                1 COPIES AT 599 5th Floor
                Ref:             42367799     76021

06/28/10 CPY    13325 Glennon, Mary M.                     .20 26271667
                2 COPIES AT 599 5th Floor
                Ref:             42377047     76144

06/29/10 CPY    13325 Glennon, Mary M.                     .30 26271668
                3 COPIES AT 599 5th Floor
                Ref:             42377222     76144

06/30/10 CPY    13325 Glennon, Mary M.                     .40 26274502
                4 COPIES AT 599 5th Floor
                Ref:             42382676     76185

07/15/10 CPY    13325 Glennon, Mary M.                     .10 26296682
                1 COPIES AT 599 5th Floor
                Ref:             42408962     76403

07/27/10 CPY    13325 Glennon, Mary M.                    6.40 26312503
                64 COPIES AT 599 4th Floor Svc Ctr
                Ref:             42428133     76572

06/01/10 DHM    16476 Gilroy, Terence P.                 27.22 26258367
                INV# 318309 Conference Room Dining, Breakfast
                Ref:             42359498     75961

06/01/10 DHM    16476 Gilroy, Terence P.                121.40 26258368
```

```
                                                              Page (9) 27
                        SHEARMAN & STERLING LLP

PROFORMA GENERATED: 09/08/10                 PROFORMA NO.           838614
02205-00021                                  BATCH NO.              651949
                                             THROUGH DATE: 07/31/10
NORTEL NETWORKS LIMITED
INVESTIGATIONS
          Currency:  US DOLLARS
==========================================================================
         Cost
  Date   Code    Charged By                          Amount  Index # Voucher
                 INV# 318309 Conference Room Dining, Lunch
                 Ref:             42359504     75961

05/01/10 INF    06262 Baskin, Stuart                  15.24 26213923 31486624
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 751753

05/31/10 INF    06262 Baskin, Stuart                  34.30 26255652 31493007
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 752421

06/01/10 INF    06262 Baskin, Stuart                  15.24 26255575 31493006
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 752437

07/01/10 INF    06262 Baskin, Stuart                  15.24 26308895 31500963
                Other Information Services - - VENDOR: E- LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 753358

07/07/10 INF    06262 Baskin, Stuart                  19.00 26319824 31502429
                Other Information Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4 Check Number: 753537

06/25/10 OSD    06262 Baskin, Stuart                  35.93 26309004 31500968
                Other Outside Services - - VENDOR:
                COURTALERT.COM, INC. Other Outside Services - -
                Bank ID: CITBKNY4 Check Number: 753337

                        TOTAL                        291.47
```