## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Sixth Quarterly Fee Application Request Of Shearman & Sterling, LLP, As**

**Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-**

**Possession, For The Period May 1, 2010 Through July 31, 2010** was caused to be made on

September 9, 2010, in the manner indicated upon the entities identified below.

Date: September 9, 2010

_____
Ann C. Cordo (# 4817)

**VIA HAND DELIVERY**

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3252905.4