UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc.., *et al.*,<br><br>　　　　　　Debtors | Case No. 09-10138<br>(Jointly Administered)<br>Chapter 11<br><br>Hearing: Nov. 23, 2010 @ 10:00 a.m.<br>Objection Deadline: Nov. 8, 2010 at 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 9, 2010 Verizon Communications Inc. filed the *Motion Of The Affiliates Of Verizon Communications Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Pre-Petition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights To Be Effecuated And Satisfied By Debtor Nortel Networks, Inc.* (the "Motion") in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on **November 23, 2010 at 10:00 a.m.** before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed and served upon the below-listed attorneys so as to be received on or before **November 8, 2010, by 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

Dated: September 9, 2010

Respectfully submitted

SMITH, KATZENSTEIN & FURLOW LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller, Esq. (No. 2898)
800 Delaware Avenue, 10th Floor
P. O. Box 410
Wilmington, DE 19899
(302) 652-8405
kmiller@skfdelaware.com

-and-

ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin
Frank N. White
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
dladdin@agg.com

**ATTORNEYS FOR VERIZON COMMUNICATIONS INC.**

{10095}6576711v2