# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | **RLKS Executive Solutions**

|  | Start Date | End Date |
| --- | --- | --- |
| **Working Dates:** | **7/9/2010** | **7/29/2010** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
| --- | --- | --- | --- | --- |
| 1 | NNI Document Preservation Project | 10.10 | $450.00 | $4,545.00 |
| 2 | Richardson Facility Document Inventory | 17.10 | $450.00 | $7,695.00 |
| 3 | Human Resources - Co-Employer | | | |
| 4 | Fee Apps | | | |
| 5 | Non-working travel | 7.50 | $225.00 | $1,687.50 |
| 6 | Misc Debtor Issues and Communications | 3.80 | $450.00 | $1,710.00 |
| | **Hours/Billing Amount for Period:** | **38.50** | | **$15,637.50** |

# NORTEL TIME SHEET - July 2010

**RLKS Executive Solutions**

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/10/2010 | Review document retention materials, litigation hold schedules | Kathryn Schultea | 1 | 4.0 |
| 7/11/2010 | Review document retention materials, litigation hold schedules | Richard Lydecker | 1 | 2.5 |
| 7/28/2010 | Conference call on document retention follow-up (T.Britt, R.Lydecker) | Kathryn Schultea | 1 | 0.3 |
| 7/28/2010 | Conference call on document retention status (D.Powers, R.Dipper, T.Britt, K.Spiering, R.Lydecker) | Kathryn Schultea | 1 | 0.5 |
| 7/28/2010 | Conference call on document retention follow-up (T.Britt, K. Schultea) | Richard Lydecker | 1 | 0.3 |
| 7/28/2010 | Conference call on document retention status (D.Powers, R.Dipper, T.Britt, K.Spiering, K. Schultea) | Richard Lydecker | 1 | 0.5 |
| 7/29/2010 | Conference call on data retention (R.Lydecker, T.Britt, K.Spiering) | Kathryn Schultea | 1 | 1.0 |
| 7/29/2010 | Conference call on data retention (K. Schultea, T.Britt, K.Spiering) | Richard Lydecker | 1 | 1.0 |
| | | | | |
| 7/9/2010 | Richardson facility floor by floor walk through and discussion of findings | Kathryn Schultea | 2 | 5.5 |
| 7/9/2010 | Richardson facility floor by floor walk through and discussion of findings | Richard Lydecker | 2 | 5.5 |
| 7/11/2010 | Documentation of findings and proposal for Richardson facility document inventory and move out | Kathryn Schultea | 2 | 4.9 |
| 7/27/2010 | Documentation of discussion points on Richardson facility document inventory effort for upcoming call | Kathryn Schultea | 2 | 0.2 |
| 7/29/2010 | Conference call regarding ancillary issues at Richardson facility (R.Lydecker, T.Britt, K.Hayes, P.Ortella) | Kathryn Schultea | 2 | 0.5 |
| 7/29/2010 | Conference call regarding ancillary issues at Richardson facility (K. Schultea, T.Britt, K.Hayes, P.Ortella) | Richard Lydecker | 2 | 0.5 |
| | | | | |
| 7/9/2010 | Non-working travel to Richardson,Texas facility | Kathryn Schultea | 5 | 2.0 |
| 7/9/2010 | Non-working travel home from Richardson, Texas facility | Kathryn Schultea | 5 | 1.0 |
| 7/9/2010 | Non-working travel to Richardson,Texas facility | Richard Lydecker | 5 | 3.0 |
| 7/9/2010 | Non-working travel home from Richardson, Texas facility | Richard Lydecker | 5 | 1.5 |
| | | | | |
| 7/12/2010 | Review POR | Richard Lydecker | 6 | 1.2 |
| 7/13/2010 | Review retention draft documentation from Cleary | Richard Lydecker | 6 | 0.3 |
| 7/15/2010 | Feedback and response on retention draft documentation | Richard Lydecker | 6 | 0.3 |
| 7/16/2010 | Telecon Tamara Britt re engagement retention | Richard Lydecker | 6 | 0.2 |
| 7/21/2010 | Feedback and response on retention draft documentation | Richard Lydecker | 6 | 1.0 |
| 7/27/2010 | Review retention draft documentation from Cleary | Richard Lydecker | 6 | 0.8 |