# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**July 9, 2010 through July 31, 2010**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 655.80 |
| Travel – Lodging | | - |
| Travel – Meals | | 42.32 |
| Travel – Transportation | | 229.02 |
| Office Expenses | | - |
| | | - |
| | | - |
| TOTAL | $ | 927.14 |

# Nortel Expense Report

**PERIOD:** July 9, 2010 through July 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 7/9/2010 | Round trip to Richardson, TX for NNI facility walk-through | $ 327.90 | $ - | $ - | $ 54.62 | Kathryn Schultea |
| 7/9/2010 | Round trip to Richardson, TX for NNI facility walk-through | $ 327.90 | | $ 42.32 | $ 174.40 | Richard Lydecker |
| | | | | | | |
| | | | | | | |
| | | $ 655.80 | $ - | $ 42.32 | $ 229.02 | $ - |