**Exhibit A**

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Bott,Kimberly Mitchell (US010828066) | Executive Director | 1.3 | $540.00 | $702.00 | 7/8/2010 | Federal/State Advisory | Nortel - review CA response to amended returns |
| Bott,Kimberly Mitchell (US010828066) | Executive Director | 0.5 | $540.00 | $270.00 | 7/12/2010 | Federal/State Advisory | Nortel - Consult re FTB AIPS on processing federal adjustments |
| Gentile,Matthew Donald (US012548056) | Manager | 0.3 | $430.00 | $129.00 | 6/14/2010 | Federal/State Advisory | co - state notice assistance |
| Gentile,Matthew Donald (US012548056) | Manager | 0.6 | $430.00 | $258.00 | 6/15/2010 | Federal/State Advisory | co - state notice assistance |
| Gentile,Matthew Donald (US012548056) | Manager | 0.2 | $430.00 | $86.00 | 6/17/2010 | Federal/State Advisory | co - state notice assistance |
| Gentile,Matthew Donald (US012548056) | Manager | 1.0 | $430.00 | $430.00 | 6/21/2010 | Federal/State Advisory | review and sign revised id and al returns |
| Gentile,Matthew Donald (US012548056) | Manager | 1.0 | $430.00 | $430.00 | 6/22/2010 | Federal/State Advisory | review and sign revised id and al returns |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 7/9/2010 | Federal/State Advisory | state notices |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 7/21/2010 | Federal/State Advisory | update on status of nortel state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 8/3/2010 | Federal/State Advisory | salt returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 1.1 | $150.00 | $165.00 | 6/2/2010 | Federal/State Advisory | Nortel - ID and NM notices regarding APA amended state returns. |
| Golde,Janie Marie (US012351613) | Staff/Senior | 0.3 | $150.00 | $45.00 | 6/3/2010 | Federal/State Advisory | Nortel - ID and NM notices regarding APA amended state returns. |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.7 | $300.00 | $1,410.00 | 6/17/2010 | Federal/State Advisory | Nortel - Preparing AL and ID forms per notices for APA amended returns. |
| Golde,Janie Marie (US012351613) | Staff/Senior | 1.2 | $300.00 | $360.00 | 6/18/2010 | Federal/State Advisory | Nortel - Preparing AL and ID forms per notices for APA amended returns. |
| Golde,Janie Marie (US012351613) | Staff/Senior | 4.0 | $300.00 | $1,200.00 | 6/21/2010 | Federal/State Advisory | NOrtel - AL and ID notices/form prep |
| Gupta,John R. (US011141976) | Executive Director | 0.3 | $540.00 | $162.00 | 6/14/2010 | Federal/State Advisory | with Matt Gentile Re: CO notice of deficiency; conf with CO DOR rep |
| Gupta,John R. (US011141976) | Executive Director | 1.1 | $540.00 | $594.00 | 6/15/2010 | Federal/State Advisory | with Matt Gentile Re: CO notice of deficiency; conf with CO DOR rep |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 5/17/2010 | Federal/State Advisory | review rejection notices for Form 7004 for various entities and prepare response letter to IRS |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/18/2010 | Federal/State Advisory | review rejection notices for Form 7004 for various entities and prepare response letter to IRS |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/14/2010 | Federal/State Advisory | Assist with preparing exhibits to fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/10/2010 | Federal/State Advisory | assist kristen with cala return questions |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/13/2010 | Federal/State Advisory | assist kristen with cala return questions |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 5/18/2010 | Federal/State Advisory | review equity questions from kristen, review compliance info request emails, review k-1 question from kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/20/2010 | Federal/State Advisory | review equity questions from kristen, review compliance info request emails, review k-1 question from kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/21/2010 | Federal/State Advisory | discuss fixed asset issue with deborah for alteon g/l and fixed asset reports are not tying for state apportionment |
| Jacks,Sarah Butler (US011990278) | Manager | 4.6 | $430.00 | $1,978.00 | 5/17/2010 | Federal/State Advisory | review M-1s and write up review comments for northern telecom intl,cable solutions, coretek NNMAS,HPOCs, optical components, qtera, sonoma, xros, diamondware |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/18/2010 | Federal/State Advisory | review M-1s and write up review comments for northern telecom intl,cable solutions, coretek NNMAS,HPOCs, optical components, qtera, sonoma, xros, diamondware |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 5/19/2010 | Federal/State Advisory | review M-1s and write up review comments for northern telecom intl,cable solutions, coretek NNMAS,HPOCs, optical components, qtera, sonoma, xros, diamondware |
| Jacks,Sarah Butler (US011990278) | Manager | 6.6 | $430.00 | $2,838.00 | 5/20/2010 | Federal/State Advisory | review M-1s and write up review comments for northern telecom intl,cable solutions, coretek NNMAS,HPOCs, optical components, qtera, sonoma, xros, diamondware |
| Jacks,Sarah Butler (US011990278) | Manager | 4.5 | $430.00 | $1,935.00 | 5/21/2010 | Federal/State Advisory | review M-1s and write up review comments for northern telecom intl,cable solutions, coretek NNMAS,HPOCs, optical components, qtera, sonoma, xros, diamondware |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 5/24/2010 | Federal/State Advisory | discuss pension m-1 with kristen based on j wood prepared schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 6/2/2010 | Federal/State Advisory | review NNI m-1s |
| Jacks,Sarah Butler (US011990278) | Manager | 3.2 | $430.00 | $1,376.00 | 6/3/2010 | Federal/State Advisory | review NNI m-1s |
| Jacks,Sarah Butler (US011990278) | Manager | 2.5 | $430.00 | $1,075.00 | 6/4/2010 | Federal/State Advisory | review NNI m-1s |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/26/2010 | Federal/State Advisory | discuss q2 estimates with melissa and deborah, call with melissa re:trial balance to use for estimates and provision m-1s |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/27/2010 | Federal/State Advisory | discuss q2 estimates with melissa and deborah, call with melissa re:trial balance to use for estimates and provision m-1s |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/4/2010 | Federal/State Advisory | coordination of Q2 es payments |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 5/18/2010 | Federal/State Advisory | coordinate with lu and matt on intl and state review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 5/24/2010 | Federal/State Advisory | discussion with matt re: 2009 state return review pull # 9/15 vs 10/15 states for scheduling budget |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/14/2010 | Federal/State Advisory | Begin reviewing exhibits to fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 5/18/2010 | Federal/State Advisory | Draft and prepare all exhibits for fee applications. |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/19/2010 | Federal/State Advisory | Coordinate with James Scott regarding preparation and drafting of fee application. |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/2/2010 | Federal/State Advisory | Review and revise fee application. |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 5/20/2010 | Federal/State Advisory | review issue on new outstanding arms recon with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 5/24/2010 | Federal/State Advisory | documentation for arms |
| Jacks,Sarah Butler (US011990278) | Manager | 5.5 | $430.00 | $2,365.00 | 5/12/2010 | Federal/State Advisory | review taxable income projection for jwood - purpose for john ray meeting for cash taxes projects, verify m-1s for 2008 |
| Jacks,Sarah Butler (US011990278) | Manager | 2.7 | $430.00 | $1,161.00 | 5/13/2010 | Federal/State Advisory | review taxable income projection for jwood - purpose for john ray meeting for cash taxes projects, verify m-1s for 2008 |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/10/2010 | Federal/State Advisory | review fixed asset question for kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 5/10/2010 | Federal/State Advisory | work on investment account rollforward at request of J wood |
| Jacks,Sarah Butler (US011990278) | Manager | 3.2 | $430.00 | $1,376.00 | 5/11/2010 | Federal/State Advisory | work on investment account rollforward at request of J wood |
| Jacks,Sarah Butler (US011990278) | Manager | 1.6 | $430.00 | $688.00 | 6/3/2010 | Federal/State Advisory | coordinate monday morning meeting information request for jeff wood - ie m-1 review status, info request update, es pmt status, foreign bank report |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 6/4/2010 | Federal/State Advisory | coordinate monday morning meeting information request for jeff wood - ie m-1 review status, info request update, es pmt status, foreign bank report |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 5/13/2010 | Federal/State Advisory | documentation relating to issues affecting tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/19/2010 | Federal/State Advisory | documentation relating to issues affecting tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/2/2010 | Federal/State Advisory | Response to tax inquiries from Nortel business units |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 6/2/2010 | Federal/State Advisory | coordination for state amended notices with jim, janie and matt gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/4/2010 | Federal/State Advisory | call to colorado state dept of revenue re: notice for amended state return to order transcript of account |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 5/10/2010 | Federal/State Advisory | review email, pull together budget for jim, call with jim and vince to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/10/2010 | Federal/State Advisory | mon morn tax planning mtg, book conference room for meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/11/2010 | Federal/State Advisory | review email, pull together budget for jim, call with jim and vince to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 5/12/2010 | Federal/State Advisory | review email, pull together budget for jim, call with jim and vince to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 5/13/2010 | Federal/State Advisory | mon morn tax planning mtg, book conference room for meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 5/17/2010 | Federal/State Advisory | go over nortel projected budget with jim and revise accordingly, meeting with jim and jeff to discuss fees and tax tasks |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/17/2010 | Federal/State Advisory | monday morning nortel tax group meeting |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 2.3 | $430.00 | $989.00 | 5/18/2010 | Federal/State Advisory | go over nortel projected budget with jim and revise accordingly, meeting with jim and jeff to discuss fees and tax tasks |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/24/2010 | Federal/State Advisory | monday morn tax planning meeting with jeff wood and group |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/2/2010 | Federal/State Advisory | tax group meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 5/10/2010 | Federal/State Advisory | review and update Q1 provision binder with final workpapers |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 5/11/2010 | Federal/State Advisory | review and update Q1 provision binder with final workpapers |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 6/6/2010 | Federal/State Advisory | request billing analyzers |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/8/2010 | Federal/State Advisory | Work on fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 6/9/2010 | Federal/State Advisory | Continue preparing fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/10/2010 | Federal/State Advisory | Work on fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 6/14/2010 | Federal/State Advisory | Work on fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 6/29/2010 | Federal/State Advisory | clear edocs issues |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 6/7/2010 | Federal/State Advisory | follow up call to co dor re notice |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/14/2010 | Federal/State Advisory | colorado notice discussion with gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/15/2010 | Federal/State Advisory | call with matt and john gupta re: colorado amended return notice |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 6/21/2010 | Federal/State Advisory | coordinate ID and AL notice response signing with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/22/2010 | Federal/State Advisory | coordinate ID and AL notice response signing with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/24/2010 | Federal/State Advisory | review oregon refund amount with melissa for amended return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $430.00 | $645.00 | 6/29/2010 | Federal/State Advisory | get jeff to sign id and al response returns and packages - scan and document |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/6/2010 | Federal/State Advisory | coordinate review of CA notice |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 7/8/2010 | Federal/State Advisory | coordinate review of CA notice |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 7/9/2010 | Federal/State Advisory | coordinate review of CA notice |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 7/12/2010 | Federal/State Advisory | call with kim botts re: CA notice, review calculation of amt tax changes from ca auditor |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 7/13/2010 | Federal/State Advisory | call with kim botts re: CA notice, review calculation of amt tax changes from ca auditor |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/14/2010 | Federal/State Advisory | review md notice with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 6/8/2010 | Federal/State Advisory | look up MN mailing address to respond to returns being sent back because of incorrect address for melissa poormon |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/23/2010 | Federal/State Advisory | research AMT question about when to apply R&D credits for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/24/2010 | Federal/State Advisory | research AMT question about when to apply R&D credits for jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/6/2010 | Federal/State Advisory | respond to request for NNIII EIN |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 7/12/2010 | Federal/State Advisory | research deducting ftc instead of taking credit |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/14/2010 | Federal/State Advisory | research deducting ftc instead of taking credit |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $475.00 | $142.50 | 7/13/2010 | Federal/State Advisory | onesource login set up for jeff wood |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 6/7/2010 | Federal/State Advisory | mon morn tax group meeting |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 6/14/2010 | Federal/State Advisory | nortel group tax mtg, discussion of quarter 2 process |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 6/21/2010 | Federal/State Advisory | follow up with jim re: nortel |
| Jacks,Sarah Butler (US011990278) | Manager | 2.9 | $430.00 | $1,247.00 | 6/21/2010 | Federal/State Advisory | taxable income projection work with kristen per j wood's request for creditors, call with jeff wood and kristen wallace to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/21/2010 | Federal/State Advisory | mon morn mtg follow up |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/22/2010 | Federal/State Advisory | status update with Jim |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 3.5 | $430.00 | $1,505.00 | 6/22/2010 | Federal/State Advisory | taxable income projection work with kristen per j wood's request for creditors, call with jeff wood and kristen wallace to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/23/2010 | Federal/State Advisory | taxable income projection work with kristen per j wood's request for creditors, call with jeff wood and kristen wallace to discuss |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/24/2010 | Federal/State Advisory | tax group mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 0.7 | $430.00 | $301.00 | 7/1/2010 | Federal/State Advisory | call with jim and andy beakey |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/6/2010 | Federal/State Advisory | Response to tax inquiries from Nortel business units |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/12/2010 | Federal/State Advisory | Response to tax inquiries from Nortel business units |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 7/12/2010 | Federal/State Advisory | mon morn tax group mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 6/10/2010 | Federal/State Advisory | call with deborah re: how we got to Q1 tax entry amounts from provision for sox testing purposes |
| Jacks,Sarah Butler (US011990278) | Manager | 1.2 | $430.00 | $516.00 | 6/21/2010 | Federal/State Advisory | pull together binder for Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $430.00 | $1,290.00 | 6/24/2010 | Federal/State Advisory | pull together binder for Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/24/2010 | Federal/State Advisory | discuss withholding tax entry with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 6/25/2010 | Federal/State Advisory | pull together binder for Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 6/29/2010 | Federal/State Advisory | withholding tax entry update with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/29/2010 | Federal/State Advisory | q2 provision update with jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/1/2010 | Federal/State Advisory | follow up with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/6/2010 | Federal/State Advisory | review withholding tax entry for Q2 |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/6/2010 | Federal/State Advisory | discuss state payable and amended returns for purposes of q2 provision with jeff wood |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 7/6/2010 | Federal/State Advisory | Q2 provision - FIN 48 |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/12/2010 | Federal/State Advisory | Q2 discussion with jeff on tunsia FIN 48 |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/12/2010 | Federal/State Advisory | prepare tunisia fin 48 template Q2 2010 |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/12/2010 | Federal/State Advisory | follow up on withholding reclass entry with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.4 | $430.00 | $172.00 | 7/13/2010 | Federal/State Advisory | prepare tunisia fin 48 template Q2 2010 |
| Jacks,Sarah Butler (US011990278) | Manager | 2.3 | $430.00 | $989.00 | 7/13/2010 | Federal/State Advisory | Q2 provision, review continuity schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 3.5 | $430.00 | $1,505.00 | 7/14/2010 | Federal/State Advisory | Q2 provision, review continuity schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 7.8 | $430.00 | $3,354.00 | 7/15/2010 | Federal/State Advisory | Q2 provision, review continuity schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 5.0 | $430.00 | $2,150.00 | 7/16/2010 | Federal/State Advisory | Q2 provision, review continuity schedules |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 7/19/2010 | Federal/State Advisory | nortel mon morn tax mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 1.3 | $430.00 | $559.00 | 7/26/2010 | Federal/State Advisory | Work on fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 7/26/2010 | Federal/State Advisory | tax group mtg |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $430.00 | $129.00 | 7/27/2010 | Federal/State Advisory | Work on fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $430.00 | $43.00 | 7/27/2010 | Federal/State Advisory | pull nortel networks technology ltd ein |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/30/2010 | Federal/State Advisory | review iowa refund and how to book with melissa |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/30/2010 | Federal/State Advisory | discuss franchise expense budget with deborah |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 8/2/2010 | Federal/State Advisory | required documentation to support tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | $430.00 | $774.00 | 8/3/2010 | Federal/State Advisory | required documentation to support tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 8/6/2010 | Federal/State Advisory | documentation |
| Jacks,Sarah Butler (US011990278) | Manager | 8.0 | $430.00 | $3,440.00 | 7/19/2010 | Federal/State Advisory | Q2 provision |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 8.0 | $430.00 | $3,440.00 | 7/20/2010 | Federal/State Advisory | Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 7.8 | $430.00 | $3,354.00 | 7/21/2010 | Federal/State Advisory | Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 5.8 | $430.00 | $2,494.00 | 7/22/2010 | Federal/State Advisory | Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 3.9 | $430.00 | $1,677.00 | 7/23/2010 | Federal/State Advisory | Q2 provision |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 7/26/2010 | Federal/State Advisory | arms schedules - fill out template - revise continuity schedules as necessary for Q2, discuss arms with melissa that need to be completed, review all arms before submission to jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 2.2 | $430.00 | $946.00 | 7/26/2010 | Federal/State Advisory | Q2 income tax provision |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $430.00 | $860.00 | 7/27/2010 | Federal/State Advisory | Q2 income tax provision |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 7/27/2010 | Federal/State Advisory | arms schedules - fill out template - revise continuity schedules as necessary for Q2, discuss arms with melissa that need to be completed, review all arms before submission to jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/29/2010 | Federal/State Advisory | Q2 income tax provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $430.00 | $86.00 | 7/30/2010 | Federal/State Advisory | Q2 income tax provision |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 7/30/2010 | Federal/State Advisory | arms schedules - fill out template - revise continuity schedules as necessary for Q2, discuss arms with melissa that need to be completed, review all arms before submission to jeff |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 8/2/2010 | Federal/State Advisory | status update with melissa poormon |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $475.00 | $950.00 | 7/22/2010 | Federal/State Advisory | assist kristen on gain loss m-1 and investment m 1 on nni, assist melissa with various questions, assist deborah with short year depreciation issue on act/iitc/ngsi, assist with depreciation m-1 for avaya sale |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 2.3 | $475.00 | $1,092.50 | 7/23/2010 | Federal/State Advisory | assist kristen on gain loss m-1 and investment m 1 on nni, assist melissa with various questions, assist deborah with short year depreciation issue on act/iitc/ngsi, assist with depreciation m-1 for avaya sale |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $475.00 | $950.00 | 7/28/2010 | Federal/State Advisory | review cala m-1s, ngsi review m-1s, review jeff nni review comments with kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 3.3 | $475.00 | $1,567.50 | 7/29/2010 | Federal/State Advisory | review cala m-1s, ngsi review m-1s, review jeff nni review comments with kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 1.8 | $475.00 | $855.00 | 7/30/2010 | Federal/State Advisory | review cala m-1s, ngsi review m-1s, review jeff nni review comments with kristen |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $475.00 | $142.50 | 7/30/2010 | Federal/State Advisory | call with jim re: update on return |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 7/30/2010 | Federal/State Advisory | review affiliated debt difference with melissa to identify |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $475.00 | $1,900.00 | 7/31/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $475.00 | $1,900.00 | 8/1/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | 1.6 | $475.00 | $760.00 | 8/3/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | 2.0 | $475.00 | $950.00 | 8/3/2010 | Federal/State Advisory | discuss state tax expense addback with melissa and deborah and m-1 for 09 return |
| Jacks,Sarah Butler (US011990278) | Manager | 3.8 | $475.00 | $1,805.00 | 8/4/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $475.00 | $712.50 | 8/5/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | (4.0) | $475.00 | ($1,900.00) | 8/1/2010 | Federal/State Advisory | review proforma 1120s - cala, altsystems |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $475.00 | $1,900.00 | 8/8/2010 | Federal/State Advisory | review proforma 1120s |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $475.00 | $1,425.00 | 8/9/2010 | Federal/State Advisory | review proforma 1120s |
| Jacks,Sarah Butler (US011990278) | Manager | 4.0 | $475.00 | $1,900.00 | 8/10/2010 | Federal/State Advisory | review proforma 1120s |
| Jacks,Sarah Butler (US011990278) | Manager | 3.0 | $475.00 | $1,425.00 | 8/11/2010 | Federal/State Advisory | review proforma 1120s |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 8/12/2010 | Federal/State Advisory | review proforma 1120s |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 5.5 | $475.00 | $2,612.50 | 8/13/2010 | Federal/State Advisory | review proforma 1120s |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $475.00 | $475.00 | 7/22/2010 | Federal/State Advisory | call with marlee tart and steve re: intl review of 09 return, send info requested to marlee, scan and pull together 08 return for marlee |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 7/23/2010 | Federal/State Advisory | call with marlee tart and steve re: intl review of 09 return, send info requested to marlee, scan and pull together 08 return for marlee |
| Jacks,Sarah Butler (US011990278) | Manager | 1.5 | $475.00 | $712.50 | 7/24/2010 | Federal/State Advisory | pull together 2008 return for marlee, develop reviewer tasks - email to steve |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $475.00 | $95.00 | 7/26/2010 | Federal/State Advisory | send el to marlee, call with marlee to go over intl review budget, scoping, and tasks, call with steve tutor to discuss material return issues, send to marlee foreign k-1s for 8865, 5472 info request, schedule call with lu for intl review, call with chris anderson re: review NNI consolidated return, go over high level the material issues |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $475.00 | $142.50 | 7/27/2010 | Federal/State Advisory | discuss 8865s with melissa and k-1s for tax return |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $475.00 | $475.00 | 7/27/2010 | Federal/State Advisory | send el to marlee, call with marlee to go over intl review budget, scoping, and tasks, call with steve tutor to discuss material return issues, send to marlee foreign k-1s for 8865, 5472 info request, schedule call with lu for intl review, call with chris anderson re: review NNI consolidated return, go over high level the material issues |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 7/28/2010 | Federal/State Advisory | send el to marlee, call with marlee to go over intl review budget, scoping, and tasks, call with steve tutor to discuss material return issues, send to marlee foreign k-1s for 8865, 5472 info request, schedule call with lu for intl review, call with chris anderson re: review NNI consolidated return, go over high level the material issues |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 7/29/2010 | Federal/State Advisory | send el to marlee, call with marlee to go over intl review budget, scoping, and tasks, call with steve tutor to discuss material return issues, send to marlee foreign k-1s for 8865, 5472 info request, schedule call with lu for intl review, call with chris anderson re: review NNI consolidated return, go over high level the material issues |
| Jacks,Sarah Butler (US011990278) | Manager | 1.3 | $475.00 | $617.50 | 7/30/2010 | Federal/State Advisory | send el to marlee, call with marlee to go over intl review budget, scoping, and tasks, call with steve tutor to discuss material return issues, send to marlee foreign k-1s for 8865, 5472 info request, schedule call with lu for intl review, call with chris anderson re: review NNI consolidated return, go over high level the material issues |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $475.00 | $380.00 | 8/2/2010 | Federal/State Advisory | call with marlee and lu - international review, meet and get lu started on international review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.3 | $475.00 | $142.50 | 8/3/2010 | Federal/State Advisory | call with marlee and lu - international review, meet and get lu started on international review |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $475.00 | $475.00 | 8/4/2010 | Federal/State Advisory | call with marlee and lu - international review, meet and get lu started on international review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 8/5/2010 | Federal/State Advisory | call with marlee and lu - international review, meet and get lu started on international review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.1 | $475.00 | $47.50 | 8/6/2010 | Federal/State Advisory | call with marlee and lu - international review, meet and get lu started on international review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 7/21/2010 | Federal/State Advisory | state review discussion with matt gentile |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $475.00 | $237.50 | 8/2/2010 | Federal/State Advisory | call with matt to discuss nortel state review |
| Jacks,Sarah Butler (US011990278) | Manager | 0.2 | $475.00 | $95.00 | 8/3/2010 | Federal/State Advisory | call with matt to discuss nortel state review |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Perez,Jose R (US012938912) | Staff/Senior | 2.0 | $150.00 | $300.00 | 8/2/2010 | Federal/State Advisory | Discussions with German Ojeda regarding special work for Mr. Erwin Fellemire. Communication with colleges from EY and employees from Nortel to acquire information necessary to resolve Mr. Fellemire's deficiency. The PRTD has not accepted the filing of the client's income tax return due to being incomplete (missing original w2, which was amended before the filing of the return). |
| Scott,James E (US011119307) | Partner | 1.8 | $640.00 | $1,152.00 | 5/11/2010 | Federal/State Advisory | Mtg. w/Sarah reviewing the task list and timing of projects/resources to complete specialty issues. |
| Scott,James E (US011119307) | Partner | 1.6 | $640.00 | $1,024.00 | 5/18/2010 | Federal/State Advisory | Mtg. @ Nortel w/Sarah Jacks and with Jeff Wood to review task list and est. of hours by task to locate resources. |
| Scott,James E (US011119307) | Partner | 1.3 | $640.00 | $832.00 | 7/15/2010 | Federal/State Advisory | Provision work |
| Scott,James E (US011119307) | Partner | 0.6 | $640.00 | $384.00 | 7/29/2010 | Federal/State Advisory | Conf. call Jacks on review of return & disclosure |
| Scott,James E (US011119307) | Partner | 0.7 | $640.00 | $448.00 | 8/13/2010 | Federal/State Advisory | Disc. w/Tutor & Jacks on signing & disclosure |
| Tart,Marta P (US011115812) | Manager | 1.0 | $475.00 | $475.00 | 7/22/2010 | Federal/State Advisory | int'l forms |
| Tart,Marta P (US011115812) | Manager | 4.5 | $475.00 | $2,137.50 | 7/26/2010 | Federal/State Advisory | review addtl info |
| Tart,Marta P (US011115812) | Manager | 1.0 | $475.00 | $475.00 | 7/27/2010 | Federal/State Advisory | review addtl info |
| Tart,Marta P (US011115812) | Manager | 1.0 | $475.00 | $475.00 | 7/29/2010 | Federal/State Advisory | review addtl info |
| Tart,Marta P (US011115812) | Manager | 1.7 | $475.00 | $807.50 | 8/2/2010 | Federal/State Advisory | review addtl info and status call |
| Tart,Marta P (US011115812) | Manager | 1.0 | $475.00 | $475.00 | 8/5/2010 | Federal/State Advisory | review addtl info and status call |
| Zhang,Lu (US012540371) | Staff/Senior | 1.0 | $150.00 | $150.00 | 8/3/2010 | Federal/State Advisory | International tax compliance (ITC) review |
| Zhang,Lu (US012540371) | Staff/Senior | 7.0 | $150.00 | $1,050.00 | 8/4/2010 | Federal/State Advisory | International tax compliance (ITC) review |
| Zhang,Lu (US012540371) | Staff/Senior | 4.5 | $150.00 | $675.00 | 8/5/2010 | Federal/State Advisory | International tax compliance (ITC) review |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Zhang,Lu (US012540371) | Staff/Senior | 3.0 | $150.00 | $450.00 | 8/9/2010 | Federal/State Advisory | int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 2.0 | $150.00 | $300.00 | 8/11/2010 | Federal/State Advisory | int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 4.0 | $150.00 | $600.00 | 8/12/2010 | Federal/State Advisory | int'l form review |
| Zhang,Lu (US012540371) | Staff/Senior | 2.0 | $150.00 | $300.00 | 8/13/2010 | Federal/State Advisory | int'l form review |
| | | | | | | | |
| | | | | | | | |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Manager | 5.7 | $430.00 | $2,451.00 | 5/13/2010 | Amended State Returns | amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 1.0 | $430.00 | $430.00 | 5/13/2010 | Amended State Returns | amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 2.0 | $430.00 | $860.00 | 5/17/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 2.5 | $430.00 | $1,075.00 | 5/19/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 7.5 | $430.00 | $3,225.00 | 5/20/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 3.7 | $430.00 | $1,591.00 | 5/21/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 5.0 | $430.00 | $2,150.00 | 5/24/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 1.5 | $430.00 | $645.00 | 5/25/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 7.5 | $430.00 | $3,225.00 | 5/26/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 7.0 | $430.00 | $3,010.00 | 5/27/2010 | Amended State Returns | review amended state returns |
| Gentile,Matthew Donald (US012548056) | Manager | 2.0 | $430.00 | $860.00 | 6/1/2010 | Amended State Returns | amended state return work; discuss amended state return notices (id and nm) w/ janie |
| Gentile,Matthew Donald (US012548056) | Manager | 0.5 | $430.00 | $215.00 | 6/2/2010 | Amended State Returns | amended state return work; discuss amended state return notices (id and nm) w/ janie |
| Golde,Janie Marie | Staff/Senior | 6.5 | $150.00 | $975.00 | 5/10/2010 | Amended State Returns | Nortel amended returns |
| Golde,Janie Marie | Staff/Senior | 3.9 | $150.00 | $585.00 | 5/11/2010 | Amended State Returns | Nortel amended returns |
| Golde,Janie Marie | Staff/Senior | 7.3 | $150.00 | $1,095.00 | 5/12/2010 | Amended State Returns | Nortel - NOL analysis 2006-2008 |
| Golde,Janie Marie | Staff/Senior | 1.2 | $150.00 | $180.00 | 5/12/2010 | Amended State Returns | Nortel amended returns |
| Golde,Janie Marie | Staff/Senior | 5.7 | $150.00 | $855.00 | 5/13/2010 | Amended State Returns | Nortel amended returns |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.6 | $150.00 | $990.00 | 5/17/2010 | Amended State Returns | Nortel amended returns and 2008 NOL rollforwards |
| Golde,Janie Marie (US012351613) | Staff/Senior | 6.2 | $150.00 | $930.00 | 5/18/2010 | Amended State Returns | Nortel amended returns and 2008 NOL rollforwards |
| Golde,Janie Marie (US012351613) | Staff/Senior | 5.6 | $150.00 | $840.00 | 5/19/2010 | Amended State Returns | Nortel amended returns and 2008 NOL rollforwards |
| Golde,Janie Marie (US012351613) | Staff/Senior | 8.8 | $150.00 | $1,320.00 | 5/20/2010 | Amended State Returns | Nortel amended returns and 2008 NOL rollforwards |
| Golde,Janie Marie (US012351613) | Staff/Senior | 7.2 | $150.00 | $1,080.00 | 5/21/2010 | Amended State Returns | Nortel amended returns and 2008 NOL rollforwards |
| Golde,Janie Marie | Staff/Senior | 9.4 | $150.00 | $1,410.00 | 5/24/2010 | Amended State Returns | Nortel amended returns and NOL analysis |
| Golde,Janie Marie | Staff/Senior | 9.2 | $150.00 | $1,380.00 | 5/25/2010 | Amended State Returns | Nortel amended returns and NOL analysis |
| Golde,Janie Marie | Staff/Senior | 9.1 | $150.00 | $1,365.00 | 5/26/2010 | Amended State Returns | Nortel amended returns and NOL analysis |
| Golde,Janie Marie | Staff/Senior | 7.6 | $150.00 | $1,140.00 | 5/27/2010 | Amended State Returns | Nortel amended returns and NOL analysis |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Golde,Janie Marie | Staff/Senior | 10.0 | $150.00 | $1,500.00 | 6/1/2010 | Amended State Returns | Nortel amended returns |
| Golde,Janie Marie | Staff/Senior | 3.5 | $150.00 | $525.00 | 6/2/2010 | Amended State Returns | Nortel amended returns |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/17/2010 | Amended State Returns | help melissa with colorado prior payment issue - response to notices from amended returns filed |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/18/2010 | Amended State Returns | help melissa with colorado prior payment issue - response to notices from amended returns filed |
| Jacks,Sarah Butler (US011990278) | Manager | 0.6 | $430.00 | $258.00 | 5/24/2010 | Amended State Returns | review ID state notice for amended return, communicate to janie and matt, scan get into edocs |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 5/10/2010 | Amended State Returns | amended return follow up, get Janie started on NOL c/f schedule for Jeff, book conference rooms |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/13/2010 | Amended State Returns | assist janie finding evidence of whether 1998 indiana refund was in fact received |
| Jacks,Sarah Butler | Manager | 0.5 | $430.00 | $215.00 | 5/14/2010 | Amended State Returns | Assist with preparation of fee application |
| Jacks,Sarah Butler (US011990278) | Manager | 0.8 | $430.00 | $344.00 | 5/19/2010 | Amended State Returns | help look for 2008 nyc binders, review 1998 tax paid deduction for purposes of alabama return and whether the federal tax was refunded as a result of the 01 nol c/b |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 5/20/2010 | Amended State Returns | help look for 2008 nyc binders, review 1998 tax paid deduction for purposes of alabama return and whether the federal tax was refunded as a result of the 01 nol c/b |
| Jacks,Sarah Butler (US011990278) | Manager | 1.0 | $430.00 | $430.00 | 6/2/2010 | Amended State Returns | documentation of amended returns in edocs and nortel network |
| Jacks,Sarah Butler (US011990278) | Manager | 0.5 | $430.00 | $215.00 | 6/2/2010 | Amended State Returns | pull BA detail for invoices for Jeff Hendrickson for court presentation |
| Jacks,Sarah Butler (US011990278) | ES Payments | 1.5 | $430.00 | $645.00 | 6/7/2010 | Amended State Returns | review Q2 estimated tax payment calculation |
| Jacks,Sarah Butler (US011990278) | Foreign Bank Reports | 0.2 | $475.00 | $95.00 | 6/10/2010 | Amended State Returns | research & clarify due date and filing requirement for for filing foreign bank report |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 1.5 | $430.00 | $645.00 | 6/29/2010 | Amended State Returns | review fixed asset m-1 with kristen for jeff, set up call with allen stout, discuss with jeff, call with allen stout and jeff wood |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 0.5 | $430.00 | $215.00 | 7/1/2010 | Amended State Returns | review fixed asset m-1 with kristen for jeff, set up call with allen stout, discuss with jeff, call with allen stout and jeff wood |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | M-1 Review | 0.5 | $430.00 | $215.00 | 7/13/2010 | Amended State Returns | fixed asset discussion with allen stout j wood and k wallace |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 2.0 | $475.00 | $950.00 | 6/7/2010 | Amended State Returns | review NNI M-1s, updated m-1 tracker, pull together return comments for Jeff |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 1.0 | $475.00 | $475.00 | 6/14/2010 | Amended State Returns | 09 return - discussion with jeff on m-1-prof fees, gain/loss, etc, review NNI m-1s, pull together book to tax at request of jeff |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 4.3 | $475.00 | $2,042.50 | 6/15/2010 | Amended State Returns | 09 return - discussion with jeff on m-1-prof fees, gain/loss, etc, review NNI m-1s, pull together book to tax at request of jeff |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 2.2 | $475.00 | $1,045.00 | 6/16/2010 | Amended State Returns | 09 return - discussion with jeff on m-1-prof fees, gain/loss, etc, review NNI m-1s, pull together book to tax at request of jeff |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 1.3 | $475.00 | $617.50 | 6/17/2010 | Amended State Returns | 09 return - discussion with jeff on m-1-prof fees, gain/loss, etc, review NNI m-1s, pull together book to tax at request of jeff |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 0.1 | $475.00 | $47.50 | 6/21/2010 | Amended State Returns | review K-1 and related Ms questions/binder with melissa |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 3.0 | $475.00 | $1,425.00 | 6/25/2010 | Amended State Returns | review m-1s, review foreign bank account reports |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 1.2 | $475.00 | $570.00 | 6/28/2010 | Amended State Returns | review m-1s |
| Jacks,Sarah Butler (US011990278) | M-1 Review | 1.5 | $475.00 | $712.50 | 6/29/2010 | Amended State Returns | review investment (k-1) M-1 analysis for jeff, call misty to get consult on partnership k-1 analysis, review with jeff |
| Jacks,Sarah Butler (US011990278) | Planning | 1.0 | $475.00 | $475.00 | 7/7/2010 | Amended State Returns | call with jim to discuss reviewer/signor of nortel fed return - coordinate call with steve tudor to discuss, pre-call questions from steve tudor, revise budget for 09 return |
| Jacks,Sarah Butler (US011990278) | Planning | 0.2 | $475.00 | $95.00 | 7/8/2010 | Amended State Returns | call with jim to discuss reviewer/signor of nortel fed return - coordinate call with steve tudor to discuss, pre-call questions from steve tudor, revise budget for 09 return |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Jacks,Sarah Butler (US011990278) | Planning | 2.2 | $475.00 | $1,045.00 | 7/12/2010 | Amended State Returns | follow up with steve tudor on nortel review/sign, email to jim for update mtg wtih jeff wood, set up mtg wtih jeff wood and jim, scan 2008 return for steve, pull togehter list of foreign forms for steve and budget for intl review, scheduling with nortel tax team for compliance timeline |
| Jacks,Sarah Butler (US011990278) | Planning | 0.1 | $475.00 | $47.50 | 7/13/2010 | Amended State Returns | follow up with steve tudor on nortel review/sign, email to jim for update mtg wtih jeff wood, set up mtg wtih jeff wood and jim, scan 2008 return for steve, pull togehter list of foreign forms for steve and budget for intl review, scheduling with nortel tax team for compliance timeline |
| Jacks,Sarah Butler (US011990278) | Planning | 0.7 | $475.00 | $332.50 | 7/14/2010 | Amended State Returns | follow up with steve tudor on nortel review/sign, email to jim for update mtg wtih jeff wood, set up mtg wtih jeff wood and jim, scan 2008 return for steve, pull togehter list of foreign forms for steve and budget for intl review, scheduling with nortel tax team for compliance timeline |
| Jacks,Sarah Butler (US011990278) | Planning | 0.6 | $475.00 | $285.00 | 7/15/2010 | Amended State Returns | follow up with steve tudor on nortel review/sign, email to jim for update mtg wtih jeff wood, set up mtg wtih jeff wood and jim, scan 2008 return for steve, pull togehter list of foreign forms for steve and budget for intl review, scheduling with nortel tax team for compliance timeline |
| Kennedy,Diana Lynn (US012436403) | Manager | 0.5 | $430.00 | $215.00 | 5/20/2010 | Amended State Returns | Discussion/changes for Syreeta's schedule to ensure time for Nortel wrap-up |
| Mills,Syreeta Nikko | Staff/Senior | 7.5 | $150.00 | $1,125.00 | 5/10/2010 | Amended State Returns | Tax years 1998-2005 |
| Mills,Syreeta Nikko | Staff/Senior | 9.0 | $150.00 | $1,350.00 | 5/12/2010 | Amended State Returns | Tax years 1998-2005 |
| Mills,Syreeta Nikko | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 5/13/2010 | Amended State Returns | Tax years 1998-2005 |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 6.0 | $150.00 | $900.00 | 5/19/2010 | Amended State Returns | Amend state returns - 1998-2005 tax years. |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 7.0 | $150.00 | $1,050.00 | 5/20/2010 | Amended State Returns | Amend state returns - 1998-2005 tax years. |
| Mills,Syreeta Nikko (US012323078) | Staff/Senior | 4.0 | $150.00 | $600.00 | 5/21/2010 | Amended State Returns | Amend state returns - 1998-2005 tax years. |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Mills,Syreeta Nikko | Staff/Senior | 9.5 | $150.00 | $1,425.00 | 5/24/2010 | Amended State Returns | tax years 1998-2005 |
| Mills,Syreeta Nikko | Staff/Senior | 8.0 | $150.00 | $1,200.00 | 5/25/2010 | Amended State Returns | tax years 1998-2005 |
| Riollano,Maria Teresa (US011433327) | Puerto Rico | 0.4 | $540.00 | $216.00 | 6/7/2010 | Amended State Returns | Assistance & coordination 2009 Additional Extension Puerto Rico Corporate Annual Report |
| Scott,James E (US011119307) | Partner | 1.8 | $640.00 | $1,152.00 | 5/18/2010 | Amended State Returns | Mtg. @ Nortel w/Sarah Jacks and with Jeff Wood to review task list and est. of hours by task to locate resources. |
| | | | | | | | |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.7 | $325.00 | $877.50 | 6/14/2010 | Indirect Taxes | TX audit meeting with B. Short and J. Banks re: transition of data and management of audits to EY |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 1.5 | $325.00 | $487.50 | 6/16/2010 | Indirect Taxes | Review fo TX audit data provided to auditors and analysis of tentative tax liability by auditor for 06-08 audit period as well as post-petition periods |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 0.5 | $325.00 | $162.50 | 6/17/2010 | Indirect Taxes | Review fo TX audit data provided to auditors and analysis of tentative tax liability by auditor for 06-08 audit period as well as post-petition periods |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 0.8 | $325.00 | $260.00 | 6/18/2010 | Indirect Taxes | Review fo TX audit data provided to auditors and analysis of tentative tax liability by auditor for 06-08 audit period as well as post-petition periods |
| Hendrickson, Jeffrey | Senior | 0.6 | $325.00 | $195.00 | 6/21/2010 | Indirect Taxes | Review of TX schedules |
| Hendrickson, Jeffrey | Senior | 1.5 | $325.00 | $487.50 | 6/23/2010 | Indirect Taxes | Review of TX schedules |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.5 | $325.00 | $812.50 | 6/24/2010 | Indirect Taxes | Discussions with auditor and analysis of TX schedules |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.0 | $325.00 | $650.00 | 6/28/2010 | Indirect Taxes | Texas audit review and FVAR analysis and support |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 1.2 | $325.00 | $390.00 | 6/29/2010 | Indirect Taxes | Texas audit review and FVAR analysis and support |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 1.8 | $325.00 | $585.00 | 6/30/2010 | Indirect Taxes | Texas audit review and FVAR analysis and support |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.5 | $325.00 | $812.50 | 7/1/2010 | Indirect Taxes | Texas audit review and FVAR analysis and support |
| Hendrickson, Jeffrey | Senior | 1.5 | $325.00 | $487.50 | 7/6/2010 | Indirect Taxes | Review of TX assessment items |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.0 | $325.00 | $650.00 | 7/7/2010 | Indirect Taxes | Reivew of invoices and research for FVAR 10/02 |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.2 | $325.00 | $715.00 | 7/8/2010 | Indirect Taxes | Reivew of invoices and research for FVAR 10/02 |
| Hendrickson, Jeffrey | Senior | 0.5 | $325.00 | $162.50 | 7/12/2010 | Indirect Taxes | FVAR review and monitoring |
| Hendrickson, Jeffrey | Senior | 0.7 | $325.00 | $227.50 | 7/14/2010 | Indirect Taxes | Texas FVAR analysis |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.0 | $325.00 | $650.00 | 7/15/2010 | Indirect Taxes | Texas audit and FVAR review of documents, status and responses |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 0.8 | $325.00 | $260.00 | 7/16/2010 | Indirect Taxes | Texas audit and FVAR review of documents, status and responses |
| Hendrickson, Jeffrey | Senior | 1.8 | $325.00 | $585.00 | 7/22/2010 | Indirect Taxes | TX review for responses to auditor |
| Hendrickson, Jeffrey | Senior | 1.0 | $325.00 | $325.00 | 7/23/2010 | Indirect Taxes | TX review |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 1.5 | $325.00 | $487.50 | 7/26/2010 | Indirect Taxes | TX audit months - purchase orders for expense items |

| PROFESSIONAL | RANK | HOURS | RATE | FEES | INCUR DATE | ENGAGEMENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Hendrickson, Jeffrey | Senior | 1.0 | $325.00 | $325.00 | 7/27/2010 | Indirect Taxes | TX FVAR analysis |
| Hendrickson, Jeffrey Thomas (US011501661) | Senior Manager | 2.2 | $325.00 | $715.00 | 7/29/2010 | Indirect Taxes | TX FVAR analysis and responses to auditor |
| | | | | | | | |