**<u>EXHIBIT B</u>**

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Golde,Janie Marie (US012351613) | Staff/Senior | $36.00 | Ground - Mileage: Ground Trans | 5/3/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/5/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/6/2010 | Amended Returns and Compliance |
| Golde,Janie Marie (US012351613) | Staff/Senior | $36.00 | Ground - Mileage: Ground Trans | 5/13/2010 | Amended Returns and Compliance |
| Golde,Janie Marie (US012351613) | Staff/Senior | $37.50 | Ground - Mileage: Ground Trans | 5/21/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/17/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/20/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/19/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/24/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/21/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/27/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/14/2010 | Amended Returns and Compliance |
| Gentile,Matthew Donald (US012548056) | Manager | $10.00 | Ground - Mileage: Ground Trans | 5/26/2010 | Amended Returns and Compliance |
| Golde,Janie Marie (US012351613) | Staff/Senior | $34.50 | Ground - Mileage: Ground Trans | 5/28/2010 | Amended Returns and Compliance |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/18/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/11/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/12/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/10/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/21/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/13/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/19/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/17/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 5/20/2010 | Federal and State Advisory |
| Scott,James E | Partner | $24.00 | Ground - Mileage: | 5/18/2010 | Federal and State Advisory |

| PROFESSIONAL | RANK | EXPENSES | EXPENSE TYPE | DATE | ENGAGEMENT |
|---|---|---|---|---|---|
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/4/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/2/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/3/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/7/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/17/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/15/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/14/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/16/2010 | Federal and State Advisory |
| Golde,Janie Marie | Manager | $8.50 | Ground - Mileage: | 6/17/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/21/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/1/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/25/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/24/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/22/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 6/29/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/13/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/6/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/16/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/14/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/12/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/15/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $21.59 | Meals - Dinner | 7/19/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/19/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $13.50 | Ground - Mileage: | 7/21/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/22/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/20/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/23/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $2.00 | Sundry - | 7/19/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/26/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $14.00 | Ground - Mileage: | 7/29/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $14.00 | Ground - Mileage: | 7/27/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 7/30/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 8/6/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 8/3/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $8.00 | Ground - Mileage: | 8/4/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $13.57 | Meals - Lunch | 7/23/2010 | Federal and State Advisory |
| Jacks,Sarah Butler | Manager | $14.93 | Meals - Lunch | 8/6/2010 | Federal and State Advisory |