<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2010 Through July 31, 2010** was caused to be made on September 9, 2010, in the manner indicated upon the entities identified below:

Date: September 9, 2010

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

**<u>VIA HAND DELIVERY</u>**

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**<u>VIA FIRST CLASS MAIL</u>**

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, On M9C 5K1
(Debtor)

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)