### CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2010 Through July 31, 2010** was caused to be made on September 9, 2010, in the manner indicated upon the entities identified below.

Date: September 9, 2010            _/s/ Ann C. Cordo_
                                   Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                **VIA FIRST CLASS MAIL**

Kevin Callahan, Esq.                 Anna Ventresca
Office of the U.S. Trustee           Nortel Networks, Inc.
844 King Street                      195 The West Mall
Suite 2207, Lockbox 35               Toronto, On M9C 5K1
Wilmington, DE 19801-3519            (Debtor)
(Trustee)

Mark D. Collins, Esq.                Fred S. Hodara, Esq.
Christopher M. Samis, Esq.           Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger             One Bryant Park
One Rodney Square                    New York, NY 10036
920 N King St                        (Counsel for Official Committee
Wilmington, DE 19801                 Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

2966096.6

2966096.6