# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions

**Working Dates:** Start Date 8/4/2010   End Date 8/31/2010

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document Preservation Project | 11.90 | $450.00 | $5,355.00 |
| 2 | Richardson Facility Document Inventory | 16.40 | $450.00 | $7,380.00 |
| 3 | Human Resources - Co-Employer | 1.80 | $450.00 | $810.00 |
| 4 | Fee Apps | 8.20 | $450.00 | $3,690.00 |
| 5 | Non-working travel | 11.00 | $225.00 | $2,475.00 |
| 6 | Misc Debtor Issues and Communications | 0.20 | $450.00 | $90.00 |
| | **Hours/Billing Amount for Period:** | **49.50** | | **$19,800.00** |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/4/2010 | Conference call on data retention (Nortel IT, D.Powers, R.Lydecker, T.Britt) | Kathryn Schultea | 1 | 0.8 |
| 8/4/2010 | Conference call on data retention (J.Ray, T.Britt, R.Lydecker) | Kathryn Schultea | 1 | 1.0 |
| 8/4/2010 | Conference call on data retention (Nortel IT, D.Powers, K. Schultea, T.Britt) | Richard Lydecker | 1 | 0.8 |
| 8/4/2010 | Conference call on data retention (J.Ray, T.Britt, K. Schultea) | Richard Lydecker | 1 | 1.0 |
| 8/5/2010 | Communications review and feedback on document retention | Kathryn Schultea | 1 | 0.3 |
| 8/9/2010 | Review document disposal motion/e-mail Tamara Britt | Richard Lydecker | 1 | 1.0 |
| 8/18/2010 | Document Disposal Procedures review on flight to Richardson | Kathryn Schultea | 1 | 0.4 |
| 8/18/2010 | Iron Mountain database review and reporting | Kathryn Schultea | 1 | 0.5 |
| 8/19/2010 | Conference call on data retention (R.Lydecker, T.Britt, K.Spiering) | Kathryn Schultea | 1 | 1.3 |
| 8/19/2010 | Iron Mountain database review and reporting | Kathryn Schultea | 1 | 0.8 |
| 8/19/2010 | Iron Mountain report analysis, summary and communications | Kathryn Schultea | 1 | 2.3 |
| 8/19/2010 | Communications to J.Ray on Richardson visit and Iron Mountain review summary | Kathryn Schultea | 1 | 0.4 |
| 8/19/2010 | Conference call on data retention (K Schultea, T.Britt, K.Spiering) | Richard Lydecker | 1 | 1.3 |
| 8/11/2010 | Communication on document strategy for Richardson,TX facility | Kathryn Schultea | 2 | 0.4 |
| 8/11/2010 | Communications with vendor on document inventory for Richardson, TX facility | Kathryn Schultea | 2 | 0.3 |
| 8/12/2010 | Conference call on Richardson document project (J.Ray, R.Lydecker) | Kathryn Schultea | 2 | 0.5 |
| 8/12/2010 | Conference call on Richardson document project (J.Ray, K. Schultea) | Richard Lydecker | 2 | 0.5 |
| 8/16/2010 | Communication on document strategy for Richardson facility | Kathryn Schultea | 2 | 0.3 |
| 8/18/2010 | Follow-up Richardson facility tour with vendor to inventory and box documents | Kathryn Schultea | 2 | 2.5 |
| 8/18/2010 | Follow-up Richardson facility tour with vendor to inventory and box documents | Richard Lydecker | 2 | 2.5 |
| 8/20/2010 | Call with Tamara Britt re timing of Richardson project | Richard Lydecker | 2 | 0.3 |
| 8/24/2010 | Working meeting on Richardson document inventory project review and proposal with vendor | Kathryn Schultea | 2 | 1.8 |
| 8/24/2010 | Communications, Richardson document inventory project | Kathryn Schultea | 2 | 0.2 |
| 8/30/2010 | Conference calls and emails with internal Nortel group and Cleary on Richardson Documentation Project | Kathryn Schultea | 2 | 2.1 |
| 8/31/2010 | Review facility floor plans, analyze occupancy electronic data, and create initial protocol instructions for the 9/7/10 on-site project start-up at Richardson | Kathryn Schultea | 2 | 4.3 |
| 8/31/2010 | Meeting with PacoTech on project approach | Kathryn Schultea | 2 | 0.5 |
| 8/31/2010 | Communications to Nortel team on project status/needs | Kathryn Schultea | 2 | 0.2 |
| 8/25/2010 | Conference call with HR Head on Co-Employer Organizations | Kathryn Schultea | 3 | 0.4 |
| 8/25/2010 | Conference call with HR Head on Co-Employer Organizations | Richard Lydecker | 3 | 0.4 |
| 8/31/2010 | Conference call with HR Team and Administaff Rep on Co-Employer Organizations | Kathryn Schultea | 3 | 1.0 |
| 8/23/2010 | Working on billing instructions/review | Richard Lydecker | 4 | 0.2 |
| 8/24/2010 | Meeting on fee documentation, preparation, and submission | Kathryn Schultea | 4 | 0.5 |
| 8/24/2010 | Fee application work for July and August | Kathryn Schultea | 4 | 2.4 |
| 8/24/2010 | Meeting on fee documentation, preparation, and submission | Richard Lydecker | 4 | 0.5 |

**NORTEL TIME SHEET**
**RLKS Executive Solutions**

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/26/2010 | Discuss billing & fee app with K. Schultea (after her conservation with Roger Smith) | Richard Lydecker | 4 | 0.3 |
| 8/27/2010 | Prepare detail for fee application for July and August | Richard Lydecker | 4 | 1.3 |
| 8/31/2010 | Fee application work for July and August | Kathryn Schultea | 4 | 3.0 |
| 8/18/2010 | Non-working travel to Richardson, Texas facility | Kathryn Schultea | 5 | 1.5 |
| 8/18/2010 | Non-working travel home from Richardson, Texas facility | Kathryn Schultea | 5 | 3.0 |
| 8/18/2010 | Non-working travel to Richardson, Texas facility | Richard Lydecker | 5 | 3.0 |
| 8/18/2010 | Non-working travel home from Richardson, Texas facility | Richard Lydecker | 5 | 3.5 |
| 8/31/2010 | Find/PDF Certain tax information to John Ray | Richard Lydecker | 6 | 0.2 |