# **EXHIBIT B**

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2010 through August 31, 2010**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 655.80 |
| Travel – Transportation | 608.00 |
|  | - |
| TOTAL | $ 1,263.80 |
---

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2010 through August 31, 2010**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 655.80 |
| Travel – Transportation | 608.00 |
|  | - |
| TOTAL | $ 1,263.80 |

# Nortel Expense Report

PERIOD: **August 1, 2010 through August 31, 2010**

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 8/18/2010 | Round-trip to Richardson, TX for NNI facility walk-through with document inventory team | $ 327.90 | - | - | $ 433.60 | - | Kathryn Schultea |
| 8/18/210 | Round-trip to Richardson, TX for NNI facility walk-through with document inventory team | $ 327.90 | | | $ 174.40 | | Richard Lydecker |
| | | | | | | | |
| | | $ 655.80 | $ - | $ - | $ 608.00 | $ - | $ - |

1 of 1