# **EXHIBIT A**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

June 1, 2010 Through June 30, 2010

**Summary of Services Rendered by Project**

| Project | Project Description | June |
|---|---|---|
| 1 | Pension Advisory | 4.5 |
| 2 | Engagement/Retention/Fee Applications | 4.5 |
| **TOTAL** | | **9.0** |

**Summary of Services Rendered by Professional**

| Name | June |
|---|---|
| Bradley D. Belt (Chairman) | 3.5 |
| John L. Spencer (Senior Advisor) | 1.5 |
| Dawn M. Bizzell (Director) | 4.0 |
| **TOTAL** | **9.0** |

Palisades Capital Management LLC
Time Detail by Activity
June 2010

| Date | Notes | Time | Activity | Professional |
|---|---|---|---|---|
| 6/1/2010 | Review UK Determination Panel Statement w/PSG | 1.0 | 1 | BDB |
| 6/1/2010 | Review UK Determination Panel Statement w/PSG | 0.5 | 1 | JLS |
| 6/9/2010 | Review court docket | 0.5 | 1 | DMB |
| 6/15/2010 | Review NNI Valuation Report | 1.0 | 1 | BDB |
| 6/15/2010 | Review NNI Valuation Report | 1.0 | 1 | JLS |
| 6/23/2010 | Review court docket | 0.5 | 1 | DMB |
| | June Total - Activity 1 | 4.5 | | |
| 6/2/2010 | Review Quarterly Fee Application | 0.5 | 2 | BDB |
| 6/2/2010 | Quarterly Fee Application | 3.0 | 2 | DMB |
| 6/18/2010 | Review proposed NNI Omnibus Fee Order | 0.5 | 2 | BDB |
| 6/24/2010 | Review NNI Omnibus Fee Order | 0.5 | 2 | BDB |
| | June Total - Activity 2 | 4.5 | | |
| | **TOTAL** | **9.0** | | |