# **EXHIBIT B**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

**Palisades Capital Management LLC**

June 1, 2010 Through June 30, 2010

| Expense Category | Total Expense |
|---|---|
| TOTAL | $0.00 |