**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                        Debtors.                            :   Jointly Administered
                                                            :
                                                            :   Re: D.I. _____
                                                            :
------------------------------------------------------------X

ORDER APPROVING THIRTEENTH MONTHLY (FOR PERIOD JUNE 1, 2010
THROUGH JUNE 30, 2010) AND FINAL APPLICATION OF PALISADES CAPITAL
MANAGEMENT LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD MAY 8, 2009 THROUGH JUNE 30, 2010

Upon the Thirteenth Monthly (For The Period June 1, 2010 Through June 30, 2010) And Final Application Of Palisades Capital Management LLC ("Palisades"), Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through June 30, 2010 (the "Application");[3] and this Court having determined that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq111.com/nortel.

[2] Palisades Capital Management LLC ("Palisades") and Punter Southall are Co-Advisors to the Debtors. On March 29, 2010, this Court entered an Order approving modifications to the terms of the Engagement Letter and the Co-Advisors' retention. O September 9, 2010, the Supplemental Declaration of Bradley D. Belt in Support of Debtors' Application for Entry of an Order (D.I. 3894) was filed; this Application reflects the revised terms.

[3] Capitalized terms not defined herein are defined in the Application.

proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Palisades is allowed final compensation for reasonable, actual and necessary services rendered in the amount of $1,303,645.20.

3. Palisades is allowed final reimbursement of reasonable, actual and necessary costs and expenses in the amount of $6,055.15.

4. The Debtors are authorized and directed to pay Palisades the amount of $1,309,700.35, less any amounts previously paid to Palisades by the Debtors.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3762435.1