## CERTIFICATE OF SERVICE

I, Ann C. Cordo certify that I am not less than 18 years of age, and that service of the foregoing **Thirteenth Monthly (For Period June 1, 2010 Through June 30, 2010) And Final Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through June 30, 2010** was caused to be made on September 9, 2010, in the manner indicated upon the entities identified below. Additionally, service of the Notice only was caused to be made on the parties on the attached service list in the manner indicated.

Date: September 9, 2010

_____
Ann C. Cordo (No. 4817)

### VIA HAND DELIVERY

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA FIRST CLASS MAIL

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON  M9C 5K1
CANADA
(Debtor)

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3026412.14