# EXHIBIT A

**597495**

**BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 09/09/10 14:59

Fees and Disbursements Through 05/31/10
Last Date Billed 06/28/10 (Through 02/28/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $2,069.00 |
| Total Disbursements This Proforma | 46.98 |
| TOTAL THIS PROFORMA | $2,115.98 |

Address: Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $3,431.50 |
| YTD Disb Billed | $8.16 |
| LTD Fees Billed | $11,328.50 |
| LTD Disb Billed | $18.51 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7821263 | 03/11/10 | Hodges, H. | Participate by telephone in settlement conference. | 0.50 | $277.50 |
| 7938996 | 04/23/10 | Hodges, H. | Participate in settlement conference call with bankruptcy trustee. | 0.40 | $222.00 |
| 7936754 | 04/23/10 | Winkelman, S. | Telephone conference with Cleary bankruptcy counsel, Mr. Powers and Ms. Hodges re efforts to monetize and settle Wanland litigation, agree on approach to next overture to plaintiffs' counsel. | 0.70 | $532.00 |
| 7963917 | 04/29/10 | Hodges, H. | Conference call with bankruptcy trustee to discuss settlement strategy. | 0.50 | $277.50 |
| 8048897 | 05/03/10 | Winkelman, S. | Telephone conference with Cleary counsel, Mr. Powers, and Ms. Hodges to discuss settlement overture options. | 0.50 | $380.00 |

**597495**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302 / James J. Regan**
**Client: 105185 / Nortel Networks Corp**
**Matter: 105185.0000121 / Wanland**

Fees and Disbursements Through 05/31/10
Last Date Billed 06/28/10 (Through 02/28/10)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8053477 | 05/25/10 | Winkelman, S. | Exchange with Cleary bankruptcy counsel re efforts to resolve litigation, assess next steps in seeking settlement. | 0.50 | $380.00 |
| | | | Professional Services Total | 3.10 | $2,069.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002063 | Counsel | Hodges, H. | $555.00 | 1.40 | $777.00 |
| 000277 | Partner | Winkelman, S. | $760.00 | 1.70 | $1,292.00 |
| | | | Fees Value | 3.10 | $2,069.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5289980 | 03/04/10 | | 0051 | 1087468 | 002063 | Long Distance Telephone (312) 782 4880 | $0.47 |
| 5318407 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $0.40 |
| 5318408 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $31.20 |
| 5318409 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $9.20 |
| 5320069 | 03/26/10 | | 0004 | 1099956 | 002063 | Postage | $2.64 |
| 5367996 | 05/03/10 | | 0051 | 1121037 | 002063 | Long Distance Telephone (312) 782 4880 | $0.71 |
| 5376093 | 05/06/10 | | 0051 | 1123967 | 002063 | Long Distance Telephone (312) 782 4880 | $2.36 |
| | | | | | | Total Disbursements | $46.98 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.64 |
| 0022 | Inhouse Duplicating | $40.80 |
| 0051 | Long Distance Telephone | $3.54 |
| | Total Disbursements | $46.98 |

**589773**

**BILLABLE PROFORMA**

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 09/10/10 10:17

Fees and Disbursements Through 05/31/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $2,725.65 |
| Total Disbursements This Proforma | 0.00 |
| TOTAL THIS PROFORMA | $2,725.65 |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $48,693.10 |
| YTD Disb Billed | $29.46 |
| LTD Fees Billed | $103,594.45 |
| LTD Disb Billed | $95.66 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7984048 | 05/05/10 | Springer, R. | Begin to create databases and draft analyses for 2010 AAPs. | 2.00 | $819.00 |
| 7984057 | 05/07/10 | Springer, R. | Revise 2010 AAP data based upon feedback from Ms. Lightfoot and send revised file to Ms. Lightfoot. | 0.80 | $327.60 |
| 8013939 | 05/13/10 | Springer, R. | Review, edit and format revised data for AAPs and continue plan preparation by incorporating internal/external weightings and identifying occupational census code issues. | 2.00 | $819.00 |
| 8057821 | 05/20/10 | Springer, R. | Draft and finalize analyses for NBS AAP and post to extranet for review. | 1.50 | $614.25 |
| 8045957 | 05/28/10 | Meade, K. | Telephone conference with AAP team re status of AAPs and completion of same (0.1); conference with Ms. Springer re same and re response to | 0.30 | $145.80 |

589773

CROWELL & MORING
BILLABLE PROFORMA

**Billing Attorney: 001003 / Kris D. Meade**
**Client: 105185 / Nortel Networks Corp**
**Matter: 105185.0000160 / AAP Preparation**

**Fees and Disbursements Through 05/31/10**
**Last Date Billed 06/28/10 (Through 04/30/10)**
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | AAP team (0.1); review of email from Ms. Doxey enclosing latest information re businesses sold (0.1). | | |
| | | | **Professional Services Total** | 6.60 | $2,725.65 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 6.30 | $2,579.85 |
| 001003 | Partner | Meade, K. | $486.00 | 0.30 | $145.80 |
| | | | **Fees Value** | 6.60 | $2,725.65 |

597490

BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 09/09/10 14:55

Fees and Disbursements Through 05/31/10
Last Date Billed 06/28/10 (Through 03/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | |
|---|---|
| Total Fees This Proforma | $4,846.50 |
| Total Disbursements This Proforma | 38.00 |
| TOTAL THIS PROFORMA | $4,884.50 |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $17,571.50 |
| YTD Disb Billed | $134.70 |
| LTD Fees Billed | $80,160.00 |
| LTD Disb Billed | $170.70 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8025760 | 05/17/10 | Cheney, M | Email from/to Mr. Howard re fee statements. | 0.20 | $113.00 |
| 8025804 | 05/18/10 | Cheney, M | Review pro formas and information re fee statements. | 1.20 | $678.00 |
| 8025809 | 05/18/10 | Cheney, M | Conference with Mr. Howard re fee statements. | 0.20 | $113.00 |
| 8022300 | 05/18/10 | Howard, F. | Meet with Mr. Cheney to discuss 5th quarterly fee applications. | 0.20 | $31.00 |
| 8022357 | 05/19/10 | Howard, F. | Draft initial fee applications for February , March and April. | 1.00 | $155.00 |
| 8045591 | 05/25/10 | Howard, F. | Review and revise February fee application. | 1.50 | $232.50 |
| 8045597 | 05/25/10 | Howard, F. | Review and revise March fee application. | 1.00 | $155.00 |
| 8045630 | 05/25/10 | Howard, F. | Review and revise April fee application. | 0.90 | $139.50 |
| 8045652 | 05/25/10 | Howard, F. | Review and revise 5th Quarterly fee application and Order. | 1.10 | $170.50 |

597490

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 001835 / Matthew Cheney**
**Client: 105185 / Nortel Networks Corp**
**Matter: 105185.0000189 / Fee/Employment Application - US**

**Fees and Disbursements Through 05/31/10**
**Last Date Billed 06/28/10 (Through 03/31/10)**
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8045232 | 05/27/10 | Cheney, M | Conference with Mr. Howard and Ms. Duffy re fee statements and application. | 0.80 | $452.00 |
| 8045260 | 05/27/10 | Cheney, M | Revise pro formas for fee statements. | 0.60 | $339.00 |
| 8045265 | 05/27/10 | Cheney, M | Review and revise February fee statement. | 0.40 | $226.00 |
| 8046077 | 05/27/10 | Howard, F. | Correspond with Mr. Cheney re changes to proformas and billing rates. | 0.30 | $46.50 |
| 8046133 | 05/27/10 | Howard, F. | Review and revise February fee application. | 0.60 | $93.00 |
| 8046135 | 05/27/10 | Howard, F. | Review and revise March fee application. | 0.60 | $93.00 |
| 8046143 | 05/27/10 | Howard, F. | Review and revise April fee application. | 0.70 | $108.50 |
| 8046153 | 05/27/10 | Howard, F. | Review and revise 5th Quarterly fee application and Order. | 0.80 | $124.00 |
| 8045899 | 05/27/10 | Howard, F. | Meet with Mr. Cheney and Ms. Duffy re fee applications. | 0.80 | $124.00 |
| 8045385 | 05/28/10 | Cheney, M | Review and revise March fee statement. | 0.40 | $226.00 |
| 8045387 | 05/28/10 | Cheney, M | Review and revise April fee statement. | 0.40 | $226.00 |
| 8046220 | 05/28/10 | Howard, F. | Review, revise, and finalize February fee application. | 1.30 | $201.50 |
| 8046223 | 05/28/10 | Howard, F. | Review, revise, and finalize March fee application. | 1.10 | $170.50 |
| 8046229 | 05/28/10 | Howard, F. | Review, revise, and finalize April fee application. | 0.90 | $139.50 |
| 8046232 | 05/28/10 | Howard, F. | Review, revise, and finalize 5th Quarterly fee application and Order. | 1.70 | $263.50 |
| 8045411 | 05/29/10 | Cheney, M | Review and revise quarterly fee application. | 0.40 | $226.00 |
| | | | **Professional Services Total** | 19.10 | $4,846.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 4.60 | $2,599.00 |
| 006510 | Paralegal | Howard, F. | $155.00 | 14.50 | $2,247.50 |

**597490**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 001835 / Matthew Cheney**
**Client: 105185 / Nortel Networks Corp**
**Matter: 105185.0000189 / Fee/Employment Application - US**

Fees and Disbursements Through 05/31/10
Last Date Billed 06/28/10 (Through 03/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | | Fees Value | 19.10 | $4,846.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5403645 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $4.40 |
| 5403646 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $7.20 |
| 5403647 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $26.40 |
| | | | | | | Total Disbursements | $38.00 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $38.00 |
| | Total Disbursements | $38.00 |

PROFORMA

474476

BILLABLE PROFORMA

Billing Attorney: 001099 / David M. Schnorrenberg
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000193 / Inkra License Dispute

Proforma Generation Date: 09/09/10 14:54

Fees and Disbursements Through 05/31/09
Last Date Billed 07/13/09 (Through 06/30/09)
Bill Cycle: M
Matter Open Date: May 27, 2009
Proforma Joint Group #

| | |
|---|---|
| Total Fees This Proforma | $2,371.50 |
| Total Disbursements This Proforma | 0.00 |
| TOTAL THIS PROFORMA | $2,371.50 |

Address: Nortel Networks Corp

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $0.00 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $0.00 |
| LTD Disb Billed | $0.00 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7014411 | 05/27/09 | Holbrook, R. | Conference call with Messrs. Powers and Hearn of Nortel re Inkra response.` | 0.30 | $166.50 |
| 7014426 | 05/27/09 | Holbrook, R. | Conference call with Mr. Schnorrenberg re Inkra response and background on Inkra matter.` | 0.30 | $166.50 |
| 7006491 | 05/28/09 | Schnorrenberg, D. | Review correspondence between Inkra and Nortel received from Mr. Holbrook. | 0.80 | $576.00 |
| 7006662 | 05/28/09 | Schnorrenberg, D. | Draft letter to Inkra. | 1.20 | $864.00 |
| 7006665 | 05/28/09 | Schnorrenberg, D. | Telephone conferences with Mr. Powers. | 0.30 | $216.00 |
| 7013723 | 05/29/09 | Holbrook, R. | Telephone conference with Ms. Polizzi re response letter.` | 0.10 | $55.50 |

474476

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 001099 / David M. Schnorrenberg**
**Client: 105185 / Nortel Networks Corp**
**Matter: 105185.0000193 / Inkra License Dispute**

**Fees and Disbursements Through 05/31/09**
**Last Date Billed 07/13/09 (Through 06/30/09)**
**Proforma Joint Group #**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 7013696 | 05/29/09 | Holbrook, R. | Review of draft Inkra response letter.` | 0.10 | $55.50 |
| 7013712 | 05/29/09 | Holbrook, R. | Telephone conference with Mr. Schnorrenberg re response letter.` | 0.10 | $55.50 |
| 7006676 | 05/29/09 | Schnorrenberg, D. | Draft email to Mr. Powers forwarding draft letter to Inkra. | 0.10 | $72.00 |
| 7006680 | 05/29/09 | Schnorrenberg, D. | Finalize and transmit letter to Inkra's counsel. | 0.10 | $72.00 |
| 7006673 | 05/29/09 | Schnorrenberg, D. | Telephone conference with Mr. Holbrook re draft letter to Inkra. | 0.10 | $72.00 |
| | | | **Professional Services Total** | 3.50 | $2,371.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001099 | Partner | Schnorrenberg, D. | $720.00 | 2.60 | $1,872.00 |
| 001492 | Partner | Holbrook, R. | $555.00 | 0.90 | $499.50 |
| | | | **Fees Value** | 3.50 | $2,371.50 |