# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 Through May 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $3.54 |
| Duplicating | C&M In-House ($.10) | $78.80 |
| Postage | | $2.64 |
| **TOTAL** | | **$84.98** |

597495

## Crowell & Moring
## Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 05/31/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185  

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5289980 | 03/04/10 | | 0051 | 1087468 | 002063 | Long Distance Telephone (312) 782 4880 | $0.47 |
| 5318407 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $0.40 |
| 5318408 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $31.20 |
| 5318409 | 03/25/10 | | 0022 | 1099214 | 002063 | Inhouse Duplicating | $9.20 |
| 5320069 | 03/26/10 | | 0004 | 1099956 | 002063 | Postage | $2.64 |
| 5367996 | 05/03/10 | | 0051 | 1121037 | 002063 | Long Distance Telephone (312 782 4880 | $0.71 |
| 5376093 | 05/096/10 | | 0051 | 1123967 | 002063 | Long Distance Telephone (312 782 4880 | $2.36 |

Total Disbursements    $46.98

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0004 | Postage | $2.64 |
| 0022 | Inhouse Duplicating | $40.80 |
| 0051 | Long Distance Telephone | $3.54 |
| | Total Disbursements | $46.98 |

597490

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 05/31/10  
Last Date Billed 06/28/10 (Through 03/31/10)  
Proforma Joint Group # 105185  

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5403645 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $4.40 |
| 5403646 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $7.20 |
| 5403647 | 05/27/10 | | 0022 | 1135403 | 006510 | Inhouse Duplicating | $26.40 |

Total Disbursements  
$38.00

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0022 | Inhouse Duplicating | $38.00 |
| | Total Disbursements | $38.00 |