# EXHIBIT A

# 589768



## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Proforma Generation Date: 09/10/10 10:14

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Bill Cycle: M  
Matter Open Date: Jan 14, 2009  
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $35,554.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 5.67 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$35,560.17** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $3,431.50 |
| P.O. Box 280510 | | YTD Disb Billed | $8.16 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $11,328.50 |
| | | LTD Disb Billed | $18.51 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8110008 | 06/03/10 | Winkelman, S. | Review background of settlement negotiations in preparation for call with Cleary counsel (1.2); telephone conferences (2) with Ms. Westerfield, first to provide status and propose negotiation approach (0.4); telephone conference with Mr. Power to provide background and status (0.3); email report to Ms. Westerfield per her request on proposed overture to plaintiffs (0.6). | 2.50 | $1,900.00 |
| 8146219 | 06/14/10 | Parseghian, L. | Exchange emails and confer with Mr. Winkelman re settlement background and status (0.5); review case background materials (1.4). | 1.90 | $1,102.00 |
| 8110159 | 06/14/10 | Winkelman, S. | Emails with Ms. Westerfield re status of settlement overtures and efforts to bring closure to matter (0.6); confer with Ms. Parseghian for background on settlement status | 1.00 | $760.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | individual versus class-wide approaches to settlement (0.4). | | |
| 8147065 | 06/15/10 | Parseghian, L. | Prepare for and conduct telephone conferences with Mr. Winkelman and Ms. Rasche re settlement proposals (1.7); review additional background materials (0.8); telephone conference with Mr. Cheney re bankruptcy issues (0.3). | 2.80 | $1,624.00 |
| 8140217 | 06/15/10 | Winkelman, S. | Prepare for and attend telephone conference with opposing counsel to press settlement initiative (0.7); telephone conference with Ms. Parseghian re next steps in settlement efforts (0.3). | 1.00 | $760.00 |
| 8146325 | 06/16/10 | Parseghian, L. | Exchange emails and confer with Ms. Westerfield re settlement negotiations (0.8); emails with Mr. Winkelman re same (0.3); review additional background materials (0.4); conference with Mr. Cheney re bankruptcy issues relevant to settlement (0.3). | 1.80 | $1,044.00 |
| 8140225 | 06/16/10 | Winkelman, S. | Email report to Cleary counsel on settlement overture (0.2); telephone conference with Ms. Parseghian for report on call with Cleary counsel, agreement on next steps (0.3). | 0.50 | $380.00 |
| 8112574 | 06/17/10 | Cheney, M | Teleconference with Ms. Parseghian re background. | 0.40 | $226.00 |
| 8112576 | 06/17/10 | Cheney, M | Teleconference with Mr. Winkelman, Ms. Parseghian and Mr. Forrest re strategy concerning Wanland's claim. | 0.40 | $226.00 |
| 8112575 | 06/17/10 | Cheney, M | Review proof of claim, pleadings and other materials re background of dispute with Wanland. | 1.90 | $1,073.50 |
| 8146463 | 06/17/10 | Parseghian, L. | Telephone conference with Cheney bankruptcy counsel re settlement issues and planning (0.4); follow-up emails with Messrs Winkelman | 1.00 | $580.00 |

- 2 -

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | and Cheney (0.6). | | |
| 8110216 | 06/17/10 | Winkelman, S. | Telephone conference with Cleary counsel, Ms. Parseghian and Mr. Powers re status of settlement efforts, propose individualized settlement overture (0.4); call with bankruptcy counsel and opposing counsel (0.3). | 0.70 | $532.00 |
| 8111851 | 06/18/10 | Barton, D. | Telephone conference with Ms. Parseghian regarding preparation of brief on valuation of Wanland claim (0.4); review key pleadings (3.1). | 3.50 | $1,925.00 |
| 8111855 | 06/19/10 | Barton, D. | Review key pleadings and prepare themes for brief regarding valuation of Wanland claim. | 2.50 | $1,375.00 |
| 8111857 | 06/20/10 | Barton, D. | Review key pleadings and prepare themes for brief regarding valuation of Wanland claim. | 3.10 | $1,705.00 |
| 8123864 | 06/21/10 | Barton, D. | Review key pleadings and documents in preparation for preparing brief on valuation of Wanland claim (1.0); telephone conference with Ms. Parseghian regarding brief (0.5); prepare outline for brief and legal research for brief (2.4). | 4.50 | $2,475.00 |
| 8146497 | 06/21/10 | Parseghian, L. | Prepare for and participate in telephone conference with opposing counsel re settlement (1.0); emails with Ms. Hodges re case background and discovery (1.5); conference with Mr. Barton re background and re drafting outline (0.5). | 3.00 | $1,740.00 |
| 8127506 | 06/22/10 | Barton, D. | Factual and legal research for brief regarding valuation of Wanland claim (4.2); prepare outline of brief (2.2). | 6.40 | $3,520.00 |
| 8123831 | 06/22/10 | Brown, M. | Communications with D. Barton regarding access to Concordance databases (0.2); modify image cross reference files for 3 Concordance databases to provide D. Barton access to documents from remote office in preparation for | 1.40 | $392.00 |

# CROWELL & MORING
# BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | filing (1.2). | | |
| 8127672 | 06/23/10 | Barton, D. | Prepare outline of brief regarding valuation of Wanland claim. | 2.30 | $1,265.00 |
| 8120540 | 06/23/10 | Parseghian, L. | Emails with Ms. Hodges re background and discovery issues (0.6); call Ms. Rasche (0.9). | 1.50 | $870.00 |
| 8120383 | 06/24/10 | Parseghian, L. | Review and revise merits/class outline (0.6); emails with team re settlement negotiations (0.4). | 1.00 | $580.00 |
| 8127709 | 06/25/10 | Barton, D. | Review produced documents to develop factual basis for brief on valuation of Wanland claim. | 5.10 | $2,805.00 |
| 8143995 | 06/28/10 | Barton, D. | Review produced documents to determine factual basis for brief regarding valuation of claim; prepare outline of brief. | 6.10 | $3,355.00 |
| 8144166 | 06/29/10 | Barton, D. | Prepare outline of brief regarding valuation of claim (0.9); correspondence with Ms. Parseghian regarding same (0.2); telephone conference with bankruptcy counsel regarding strategy (1.1). | 2.20 | $1,210.00 |
| 8146745 | 06/29/10 | Parseghian, L. | Review and revise updated outline of arguments (0.8); email same to Mr. Forrest and Ms. Westerfield (0.2); prepare for and conduct telephone conference with Mr. Forrest and Ms. Westerfield re settlement negotiations and bankruptcy issues (1.1). | 2.10 | $1,218.00 |
| 8144125 | 06/29/10 | Winkelman, S. | Prepare for and attend call with Cleary counsel, Ms. Parseghian and Mr. Barton to strategize in preparation for plaintiffs' counsel, bankruptcy issues raised by plaintiffs' counsel, possible settlement proposals. | 1.20 | $912.00 |
| | | | **Professional Services Total** | **61.80** | **$35,554.50** |

# 589768

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 06/30/10
Last Date Billed 06/28/10 (Through 02/28/10)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002318 | Associate | Barton, D. | $550.00 | 35.70 | $19,635.00 |
| 001425 | Counsel | Parseghian, L. | $580.00 | 15.10 | $8,758.00 |
| 001835 | Counsel | Cheney, M. | $565.00 | 2.70 | $1,525.50 |
| 006457 | Lit Support | Brown, M. | $280.00 | 1.40 | $392.00 |
| 000277 | Partner | Winkelman, S. | $760.00 | 6.90 | $5,244.00 |
|  |  |  | Fees Value | 61.80 | $35,554.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5428054 | 06/16/10 |  | 0051 | 1147270 | 001425 | Long Distance Telephone (212) 225 2433 | $3.30 |
| 5434371 | 06/22/10 |  | 0051 | 1150387 | 001425 | Long Distance Telephone (312) 782 4880 | $0.24 |
| 5439394 | 06/25/10 |  | 0051 | 1153858 | 001425 | Long Distance Telephone (212) 225 2433 | $0.24 |
| 5439395 | 06/25/10 |  | 0051 | 1153858 | 001425 | Long Distance Telephone (312) 782 4880 | $1.89 |
|  |  |  |  |  |  | Total Disbursements | $5.67 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $5.67 |
|  | Total Disbursements | $5.67 |

-5-

# 589769



## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 09/10/10 10:15

Fees and Disbursements Through 06/30/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $3,662.10 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 3.30 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$3,665.40** | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $48,693.10 |
| Dept. 0381 | | YTD Disb Billed | $29.46 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $103,594.45 |
| Toronto, Ontario | | LTD Disb Billed | $95.66 |
| Canada M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8079782 | 06/04/10 | Meade, K. | Review of files for copies of 2008 analyses per request of Ms. Doxey (0.1); email exchanges with Ms. Aukstikalnis and Ms. Doxey re same (0.1). | 0.20 | $97.20 |
| 8084797 | 06/10/10 | Meade, K. | Review of letter from OFCCP re approval of modification to FAAP agreement (0.1); forward same to Mses. Doxey, Lightfoot, and Elro; attention to email from Ms. Lightfoot re same (0.1). | 0.20 | $97.20 |
| 8090899 | 06/11/10 | Springer, R. | Review data and consider appropriate departments for workforce analyses of NBS and CGS AAPs (0.6); draft e-mail to Ms. Lightfoot and Ms. Elro regarding same (0.2); prepare for and participate in weekly status conference call (0.5). | 1.30 | $532.35 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation  

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 04/30/10)  
Proforma Joint Group # 105185  

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8113058 | 06/14/10 | Springer, R. | Edit CGS AAP analyses and draft narrative for NBS AAP and post both to extranet for review. | 3.50 | $1,433.25 |
| 8113060 | 06/15/10 | Springer, R. | Review data for AAPs and confer with Ms. Lightfoot regarding departmental designations. | 0.80 | $327.60 |
| 8100423 | 06/17/10 | Meade, K. | Begin preparation of cover letter to Mr. Pierce of the OFCCP enclosing executed copy of FAAP agreement modification (0.4); telephone conference with AAP team re status of AAPs and next steps (0.2). | 0.60 | $291.60 |
| 8134193 | 06/17/10 | Springer, R. | Prepare for and participate in status call to discuss AAPs (0.5); follow-up conversation with Ms. Lightfoot (0.3). | 0.80 | $327.60 |
| 8118052 | 06/23/10 | Meade, K. | Begin preparation of cover letter to OFCCP enclosing executed modification to the FAAP agreement, finalize same, and transmit same. | 0.30 | $145.80 |
| 8132218 | 06/25/10 | Springer, R. | Prepare for and participate in conference call to discuss AAPs (.50); review information from Ms. Lightfoot and confer with her regarding AAPs and FAAP agreement (.50) | 1.00 | $409.50 |
| | | | **Professional Services Total** | **8.70** | **$3,662.10** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 7.40 | $3,030.30 |
| 001003 | Partner | Meade, K. | $486.00 | 1.30 | $631.80 |
| | | **Fees Value** | | **8.70** | **$3,662.10** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5429570 | 06/17/10 | | 0051 | 1147650 | 001003 | Long Distance Telephone (972) 684 5262 | $3.30 |

**589769**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 04/30/10)  
Proforma Joint Group # 105185

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Total Disbursements | $3.30 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $3.30 |
| | Total Disbursements | $3.30 |

# 597491



## BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Proforma Generation Date: 09/09/10 14:57

Fees and Disbursements Through 06/30/10
Last Date Billed 06/28/10 (Through 03/31/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $1,130.00 | |
| Total Disbursements This Proforma | 30.00 | |
| **TOTAL THIS PROFORMA** | **$1,160.00** | |

| | | |
|---|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $17,571.50 |
| YTD Disb Billed | $134.70 |
| LTD Fees Billed | $80,160.00 |
| LTD Disb Billed | $170.70 |
| A/R Balance This Matter | $0.00 |

Address: Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8072296 | 06/01/10 | Cheney, M | Finalize monthly fee statements for February, March and April. | 0.50 | $282.50 |
| 8072297 | 06/01/10 | Cheney, M | Finalize quarterly fee application. | 0.30 | $169.50 |
| 8090261 | 06/11/10 | Cheney, M | Attention to pro formas. | 0.30 | $169.50 |
| 8112600 | 06/18/10 | Cheney, M | Review proposed order on quarterly fee applications. | 0.20 | $113.00 |
| 8133686 | 06/23/10 | Cheney, M | Prepare for hearing on fee application. | 0.40 | $226.00 |
| 8133711 | 06/24/10 | Cheney, M | Attend hearing on fee applications. | 0.30 | $169.50 |
| | | | Professional Services Total | **2.00** | **$1,130.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|

# 597491

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 001835 / Matthew Cheney
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000189 / Fee/Employment Application - US

Fees and Disbursements Through 06/30/10
Last Date Billed 06/28/10 (Through 03/31/10)
Proforma Joint Group # 105185

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $565.00 | 2.00 | $1,130.00 |
| | | Fees Value | | 2.00 | $1,130.00 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5470949 | 06/24/10 | 10399 | 0200 | 1162413 | 001835 | Miscellaneous - - VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall for telepho court appearance in U.S. Bankruptcy Court-Delaware | 30.00 nic |
| | | | | | | Total Disbursements | $30.00 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $30.00 |
| | Total Disbursements | $30.00 |

- 2 -