# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2010 Through June 30, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $8.97 |
| Miscellaneous | CourtCall | $30.00 |
| **TOTAL** | | **$38.97** |

589768

# Crowell & Moring
# Billable Proforma

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5428054 | 06/16/10 | | 0051 | 1147270 | 001425 | Long Distance Telephone (212) 225 2433 | $3.30 |
| 5434371 | 06/22/10 | | 0051 | 1150387 | 001425 | Long Distance Telephone (312) 782 4880 | $0.24 |
| 5439394 | 06/25/10 | | 0051 | 1153858 | 001425 | Long Distance Telephone (212) 225 2433 | $0.24 |
| 5439395 | 06/25/10 | | 0051 | 1153858 | 001425 | Long Distance Telephone (312) 782 4880 | $1.89 |

Total Disbursements **$5.67**

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $5.67 |
| | Total Disbursements | **$5.67** |

589769

## Crowell & Moring
## Billable Proforma

Billing Attorney: 001003 / Kris D. Meade  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000160 / AAP Preparation

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 04/30/10)  
Proforma Joint Group # 105185

### Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5429570 | 06/17/10 | | 0051 | 1147650 | 001003 | Long Distance Telephone (972) 684 5262 | $3.30 |
| | | | | | | **Total Disbursements** | **$3.30** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $3.30 |
| | **Total Disbursements** | **$3.30** |

597491

# Crowell & Moring
# Billable Proforma

Billing Attorney: 001835 / Matthew Cheney  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000189 / Fee/Employment Application - US  

Fees and Disbursements Through 06/30/10  
Last Date Billed 06/28/10 (Through 03/31/10)  
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5470949 | 06/24/10 | | 0200 | 1162413 | 001835 | Miscellaneous -- VENDOR: CourtCall Miscellaneous- VENDOR; CourtCall for telepho court appearance in U.S. Bankruptcy Court - Delaware | $30.00 |

Total Disbursements    $30.00

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $30.00 |
| | Total Disbursements | $30.00 |