# EXHIBIT A

# 597496



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Proforma Generation Date: 09/08/10 17:15

Fees and Disbursements Through 07/31/10
Last Date Billed 06/28/10 (Through 02/28/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $15,411.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 12.64 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$15,424.14** | | |
| Address: Nortel Accounts Payable | | YTD Fees Billed | $3,431.50 |
| P.O. Box 280510 | | YTD Disb Billed | $8.16 |
| Nashville, TN 37728 | | | |
| | | LTD Fees Billed | $11,328.50 |
| | | LTD Disb Billed | $18.51 |
| | | A/R Balance This Matter | $0.00 |

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8156262 | 07/01/10 | Parseghian, L. | Exchange emails with Mr. Westerfield and confer with Mr. Winkelman re settlement strategy (0.5); telephone conference with Ms. Rasche and Cleary counsel re settlement (1.0). | 1.50 | $870.00 |
| 8225050 | 07/01/10 | Winkelman, S. | Obtain report from Ms. Parseghian on call with opposing counsel and Cleary counsel. | 0.30 | $228.00 |
| 8210394 | 07/06/10 | Parseghian, L. | Exchange emails with Mr. Winkelman re case status. | 0.20 | $116.00 |
| 8210401 | 07/07/10 | Parseghian, L. | Draft status memorandum for Ms. Powers. | 0.40 | $232.00 |
| 8210403 | 07/07/10 | Parseghian, L. | Email Mr. Winkelman re same. | 0.10 | $58.00 |
| 8203147 | 07/19/10 | Barton, D. | Review documents to identify key materials for upcoming depositions. | 4.20 | $2,310.00 |
| 8203115 | 07/21/10 | Barton, D. | Correspondence with Ms. Parseghian regarding proof of claim deadline and settlement. | 0.50 | $275.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000121 / Wanland  

Fees and Disbursements Through 07/31/10  
Last Date Billed 06/28/10 (Through 02/28/10)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8224051 | 07/21/10 | Parseghian, L. | Telephone conference with Ms. Rasche re settlement negotiation (.4); email Messrs. Winkleman and Barton re same. (.3). | 0.70 | $406.00 |
| 8223952 | 07/26/10 | Barton, D. | Telephone conference with Ms. Parseghian regarding research (0.2); legal research regarding settling class action on an individual basis in the bankruptcy context (1.3). | 1.50 | $825.00 |
| 8216602 | 07/27/10 | Barton, D. | Legal research regarding whether a settlement of a purported class action on an individual basis is permitted in the bankruptcy context. | 3.60 | $1,980.00 |
| 8208566 | 07/27/10 | Plevin, M. | Conference with DB re bankruptcy proof of claim issues, including class proofs of claim, tolling of bar date, and assertion of informal proofs of claim. | 0.20 | $134.00 |
| 8222254 | 07/28/10 | Barton, D. | Legal and factual research regarding settling with plaintiff on an individual basis (4.3); prepare memoranda regarding same (4.6). | 8.90 | $4,895.00 |
| 8224140 | 07/28/10 | Parseghian, L. | Exchange emails with Mr. Barton re legal research re evaluating same and seeking follow-up. | 0.90 | $522.00 |
| 8232442 | 07/29/10 | Parseghian, L. | Request follow-up research re potential risks to plaintiff in settling individually. | 0.40 | $232.00 |
| 8226556 | 07/30/10 | Barton, D. | Correspondence with Ms. Parseghian regarding settling claims on an individual basis. | 0.40 | $220.00 |
| 8225693 | 07/30/10 | Cheney, M | Analyze issues and research from Mr. Barton re class claims. | 1.60 | $904.00 |
| 8225698 | 07/30/10 | Cheney, M | Email from/to Ms. Parseghian re Wanland's claim and potential settlement. | 0.90 | $508.50 |
| 8224172 | 07/30/10 | Parseghian, L. | Review and analyze updated research memo (.4); darft emails to Messrs. Winkleman and Cheney analyzing research and addressing next steps (.8). | 1.20 | $696.00 |

# 597496

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 07/31/10
Last Date Billed 06/28/10 (Through 02/28/10)
Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002318 | Associate | Barton, D. | $550.00 | 19.10 | $10,505.00 |
| 001425 | Counsel | Parseghian, L. | $580.00 | 5.40 | $3,132.00 |
| 001835 | Counsel | Cheney, M | $565.00 | 2.50 | $1,412.50 |
| 000277 | Partner | Winkelman, S. | $760.00 | 0.30 | $228.00 |
| 001052 | Partner | Plevin, M. | $670.00 | 0.20 | $134.00 |
| | | | Fees Value | 27.50 | $15,411.50 |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5472581 | 07/28/10 | 345713 | 0152 | 1165655 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $12.64 |
| | | | | | | Total Disbursements | $12.64 |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $12.64 |
| | Total Disbursements | $12.64 |

# 589764

## crowell moring
### BILLABLE PROFORMA

Billing Attorney: 001003 / Kris D. Meade
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000160 / AAP Preparation

Proforma Generation Date: 08/05/10 12:56

Fees and Disbursements Through 07/31/10
Last Date Billed 06/28/10 (Through 04/30/10)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $409.50 | | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$409.50** | | | |
| Address: Jeanine L. Daniluk | | | YTD Fees Billed | $48,693.10 |
| Dept. 0381 | | | YTD Disb Billed | $29.46 |
| Nortel Networks | | | | |
| 195 The West Mall | | | LTD Fees Billed | $103,594.45 |
| Toronto, Ontario | | | LTD Disb Billed | $95.66 |
| Canada M9C 5K1 | | | | |
| | | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8230605 | 07/21/10 | Springer, R. | Draft language for action oriented programs section of AAPs. | 0.50 | $204.75 |
| 8230608 | 07/22/10 | Springer, R. | Prepare materials and confer with Mr. Jahanian regarding EEO-1 reporting process. | 0.50 | $204.75 |
| | | | Professional Services Total | **1.00** | **$409.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $409.50 | 1.00 | $409.50 |
| | | Fees Value | | **1.00** | **$409.50** |

- 1 -