# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2010 Through July 31, 2010

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Pacer | Pacer Service Center | $12.64 |
| TOTAL | | $12.64 |

597496

## Crowell & Moring
## Billable Proforma

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000121 / Wanland

Fees and Disbursements Through 07/31/10
Last Date Billed 06/28/10 (Through 02/28/10)
Proforma Joint Group # 105185

## Disbursements Details

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5472581 | 07/28/10 | 345713 | 0152 | 1165655 | 007004 | Pacer Service Charge -- VENDOR: Pacer Service Center | $12.64 |

Total Disbursements  $12.64

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge: VENDOR: Pacer Service Center | $12.64 |
| | Total Disbursements | $12.64 |