## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*                                                            :          Chapter 11

Nortel Networks Inc., *et al.*,[1]                      :          Case No. 09-10138 (KG)

                                          Debtors.     :          Jointly Administered

-------------------------------------------------------
                                                                X          **Hearing date: September 30, 2010
                                                                            at 10:00 a.m. (E.T.)**

### SIXTH QUARTERLY FEE APPLICATION REQUEST OF CROWELL & MORING LLP, SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2010 THROUGH JULY 31, 2010

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For

Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Crowell

& Moring LLP hereby submits its Sixth Quarterly Fee Application Request (the "Request") for

the period May 1, 2010 through and including July 31, 2010[2] (the "Application Period").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    Exhibits A and B attached to the monthly applications Docket Item Nos. 3911, 3912, and 3913 contain the detailed listing of Crowell & Moring LLP's requested fees and expenses for the Application Period.

Crowell & Moring LLP seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Pending Allowance (80%) | Amount of Expenses Pending Allowance (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/10/10; D.I. 3911 | 5/1/10 – 5/31/10 | $12,012.65 | $84.98 | | $9,610.12 | $84.98 | $2,402.53 |
| 9/10/10; D.I. 3912 | 6/1/10 – 6/30/10 | $40,346.60 | $38.97 | | $32,277.28 | $38.97 | $8,069.32 |
| 9/10/10; D.I.3913 | 7/1/10 – 7/31/10 | $15,821.00 | $12.64 | | $12,656.80 | $12.64 | $3,164.20 |
| TOTAL | | $68,180.25 | $136.59 | | $54,544.20 | $136.59 | $13,636.05 |

In accordance with the Monthly Compensation Order, Crowell & Moring LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Crowell & Moring LLP respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Crowell & Moring LLP such other and further relief as is just and proper.

Dated: September 10, 2010
Washington, D.C.

CROWELL & MORING LLP

James J. Regan (D.C. Bar No. 967398)
Matthew W. Cheney (MD Fed. Bar No. 25299)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 508-8749
Facsimile:  (202) 628-5116

*Special Counsel for the Debtors
and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott Winkleman | Partner | $760.00 | 8.9 | $6,764.00 |
| David Schnorrenberg | Partner | $720.00 | 2.6 | $1,872.00 |
| Mark Plevin | Partner | $670.00 | 0.2 | $134.00 |
| Kris Meade | Partner | $486.00[3] | 1.6 | $777.60 |
| Richard Holbrook | Partner | $555.00 | 0.9 | $499.50 |
| Lynn Parseghian | Counsel | $580.00 | 20.5 | $11,890.00 |
| Matthew Cheney | Counsel | $565.00 | 11.8 | $6,667.00 |
| David Barton | Counsel | $550.00 | 54.8 | $30,140.00 |
| Heather Hodges | Counsel | $555.00 | 1.4 | $777.00 |
| Rebecca Springer | Counsel | $409.50[3] | 14.7 | $6,019.65 |
| Matthew Brown | Lit. Support | $280.00 | 1.4 | $392.00 |
| Francesco Howard | Paralegal | $155.00 | 14.5 | $2,247.50 |
| **GRAND TOTAL** | | | **133.30** | **$68,180.25** |

[3] One of the Applicant's matters has an alternative fee arrangement for 2010 under which the Applicant bills its "A" rates less 10%.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Wanland | 92.4 | $53,035.00 |
| AAP Preparation | 16.3 | $6,797.25 |
| Fee Employment Application | 21.1 | $5,976.50 |
| Inkra License Dispute | 3.5 | $2,371.50 |
| **GRAND TOTAL** | **133.3** | **$68,180.25** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Phone | $12.51 |
| Inhouse Duplicating | | $78.80 |
| Miscellaneous | CourtCall | $30.00 |
| Postage | | $2.64 |
| Pacer Service Charge | Pacer Service Center | $12.64 |
| **GRAND TOTAL** | | **$136.59** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]