# EXHIBIT A

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 Pensions**
**Schedule of time covering period from 1 May 2010 to 31 July 2010**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 04/05/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Review relevant documents re pensions |
| 04/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review relevant documents re pensions |
| 05/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Telephone conversation with Cleary re pensions issues |
| 05/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re pensions issues |
| 05/05/2010 | Breanna Hamilton | 7.00 | 190.00 | 1,330.00 | Research re pensions issues |
| 05/05/2010 | Parham Kouchikali | 0.70 | 495.00 | 346.50 | Delegation to trainees |
| 06/05/2010 | Breanna Hamilton | 2.00 | 190.00 | 380.00 | Research re pensions issues |
| 06/05/2010 | Graeme Tricker | 0.50 | 580.00 | 290.00 | Emails re pensions issues |
| 06/05/2010 | Graeme Tricker | 1.50 | 580.00 | 870.00 | Review relevant documents re pensions |
| 06/05/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Prep for and call re pensions issues |
| 06/05/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Review relevant documents re pensions |
| 06/05/2010 | Parham Kouchikali | 0.50 | 495.00 | 247.50 | Emails re pensions issues |
| 07/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email re pensions issues |
| 07/05/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Email and call re pensions issues |
| 07/05/2010 | Mark Blyth | 2.60 | 700.00 | 1,820.00 | Preparing documents re pensions issues |
| 10/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review relevant documents re pensions |
| 10/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Telephone conversation re pensions issues |
| 10/05/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Telephone conversation re pensions issues |
| 10/05/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Research re pensions issues |
| 10/05/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Research re pensions issues |
| 10/05/2010 | Mark Blyth | 1.10 | 700.00 | 770.00 | Revise documents and prepare for call re pensions issues |
| 10/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email re conference call |
| 10/05/2010 | Mark Blyth | 4.60 | 700.00 | 3,220.00 | Meeting re pensions issues (including prep) |
| 10/05/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Prepare document re pensions issues |
| 10/05/2010 | Parham Kouchikali | 4.00 | 495.00 | 1,980.00 | Meeting re pensions issues (including prep) |
| 13/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email re pensions issues |
| 13/05/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Emails re pensions issues |
| 14/05/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Emails re pensions issues |
| 19/05/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review papers re pensions issues |
| 24/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review documents and discuss with Parham Kouchikali |
| 24/05/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Review relevant documents re pensions |
| 24/05/2010 | Parham Kouchikali | 2.00 | 495.00 | 990.00 | Review papers re pensions issues; discussions and emails re same |
| 26/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | External email re documents; internal email re same |
| 26/05/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Review papers re pensions issues; emails re same |
| 02/06/2010 | Parham Kouchikali | 1.30 | 700.00 | 910.00 | Review papers re pensions issues and email to Cleary re same |
| 03/06/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Email to Cleary re documents |
| 03/06/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Emails re pensions issues |
| 14/06/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Emails re pensions issues |
| 23/06/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Telephone call re pensions issues |
| 24/06/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Research pensions issues and email re same |
| 28/06/2010 | Mark Blyth | 1.80 | 700.00 | 1,260.00 | Telephone calls and emails re pensions issues |

**Client: Nortel Networks Incorporated**
**Matter: L-175748 Pensions**
**Schedule of time covering period from 1 May 2010 to 31 July 2010**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 28/06/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Review documents re pensions issues |
| 29/06/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Emails re pensions issues |
| 29/06/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Email and call re pensions issues |
| 06/07/2010 | Mark Blyth | 0.50 | 700.00 | 350.00 | Conference call re pensions issues |
| 07/07/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Emails re pensions issues |
| 08/07/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Emails re pensions issues |
| 12/07/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Emails re setting up con call |
| 13/07/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Conference call re pensions issues |
| 14/07/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email re pensions issues |
| 14/07/2010 | Mark Blyth | 0.90 | 700.00 | 630.00 | Note re pensions issues |
| 15/07/2010 | Mark Blyth | 1.00 | 700.00 | 700.00 | Telephone call and emails re pensions issues |
| 16/07/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email Cleary re pensions issues |
| 19/07/2010 | Mark Blyth | 0.30 | 700.00 | 210.00 | Emails re pensions issues |
| 19/07/2010 | Mark Blyth | 0.60 | 700.00 | 420.00 | Emails re pensions issues |
| 19/07/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Email re pensions issues |
| 20/07/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Conference call re pensions issues |

**Fee Applications**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 19/05/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review emails re fee application |
| 21/05/2010 | Jared Oyston | 0.10 | 360.00 | 36.00 | Printing costs app papers for weekend |
| 24/05/2010 | Jared Oyston | 1.20 | 360.00 | 432.00 | Preparing March-April fee application; reviewing timelines |
| 25/05/2010 | Jared Oyston | 2.00 | 360.00 | 720.00 | Drafting fee application |
| 27/05/2010 | Jared Oyston | 0.90 | 360.00 | 324.00 | Drafting fee application |
| 28/05/2010 | Jared Oyston | 0.40 | 360.00 | 144.00 | Preparing second monthly fee application |
| 28/05/2010 | Jared Oyston | 1.90 | 360.00 | 684.00 | Preparing second monthly fee application |
| 28/05/2010 | Jared Oyston | 1.20 | 360.00 | 432.00 | Preparing second monthly fee application |
| 01/06/2010 | Edward Rasp | 0.30 | 381.00 | 114.30 | Review and comment on fee application. |
| 01/06/2010 | Jared Oyston | 0.10 | 360.00 | 36.00 | Drafting second monthly fee application |
| 01/06/2010 | Jared Oyston | 1.20 | 360.00 | 432.00 | Drafting second monthly fee application |
| 01/06/2010 | Jared Oyston | 1.60 | 360.00 | 576.00 | Drafting second monthly fee application |
| 01/06/2010 | Jared Oyston | 0.60 | 360.00 | 216.00 | Drafting second monthly fee application |
| 01/06/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Review draft application - internal email re same |
| 02/06/2010 | Jared Oyston | 2.50 | 360.00 | 900.00 | Finalising and filing second monthly costs application |
| 02/06/2010 | Jared Oyston | 2.20 | 360.00 | 792.00 | Drafting first quarterly fee application |
| 02/06/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Review fee application |
| 03/06/2010 | Edward Rasp | 0.10 | 381.00 | 38.10 | Review and comment on fee application. |
| 03/06/2010 | Jared Oyston | 0.60 | 360.00 | 216.00 | Drafting quarterly costs application |
| 03/06/2010 | Parham Kouchikali | 1.00 | 495.00 | 495.00 | Reviewing emails |
| 04/06/2010 | Jared Oyston | 0.10 | 360.00 | 36.00 | Drafting quarterly fee app |
| 04/06/2010 | Jared Oyston | 0.50 | 360.00 | 180.00 | Drafting quarterly fee application |
| 04/06/2010 | Jared Oyston | 0.70 | 360.00 | 252.00 | Revising fee application |
| 04/06/2010 | Jared Oyston | 0.70 | 360.00 | 252.00 | Revising fee application |

**Client: Nortel Networks Incorporated**
**Matter: L-175748 Pensions**
**Schedule of time covering period from 1 May 2010 to 31 July 2010**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 18/06/2010 | Jared Oyston | 0.60 | 360.00 | 216.00 | Reviewing instructions for attending court hearing by telephone; making appropriate arrangements |
| 21/06/2010 | Jared Oyston | 0.20 | 360.00 | 72.00 | Reviewing draft omnibus order |
| 21/06/2010 | Jared Oyston | 0.10 | 360.00 | 36.00 | Reviewing draft omnibus fee order |
| 23/06/2010 | Jared Oyston | 0.10 | 360.00 | 36.00 | Reviewing process for dialling in to fee hearing |
| 24/06/2010 | Jared Oyston | 3.40 | 360.00 | 1,224.00 | Preparing for fee hearing: arranging dial-in; reviewing papers |
| 24/06/2010 | Mark Blyth | 0.20 | 700.00 | 140.00 | Prep for hearing - discuss with Jared Oyston |
| 24/06/2010 | Mark Blyth | 0.10 | 700.00 | 70.00 | Internal email re hearing - discuss with Jared Oyston |
| 24/06/2010 | Mark Blyth | 0.40 | 700.00 | 280.00 | Attend court hearing re fee orders (by telephone) |
| 06/07/2010 | Jared Oyston | 0.30 | 360.00 | 108.00 | Processing counsel fee notes |
| | | **73.80** | | **35,903.40** | |