# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2010 Through August 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Counsel's fees (see breakdowns as Exhibit C) | | £116.67 |
| Photocopying | | £553.42 |
| Printing | | £2.64 |
| Binding | | £31.50 |
| Court Fees | | £20.34 |
| Courier/Delivery Services | | £5.45 |
| Meals | | £6.72 |
| Taxis | | £112.13 |
| **Grand Total Expenses** | | **£848.87** (US$1,282.60) |

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 May 2010 to 31 July 2010

## Other Service Item (OSI) Section

| Date | OSIS. Type | Quantity | OSIS.Value | Description |
|---|---|---|---|---|
| 04/05/2010 | PRINTCOPYING | 15 | 0.99 | Printing: Black & White |
| 05/05/2010 | O001_TAXIS | | 17.44 | 050510, MS B HAMILTON, N1, 2252 |
| 06/05/2010 | O002_COURIER | | 5.45 | 06.05.2010 Jared Oyston CANADA |
| 21/05/2010 | O055_MEALS_LATE_WK | | 3.36 | 23/03 EVENING MEAL WHILE WORKING LATE |
| 21/05/2010 | O055_MEALS_LATE_WK | | 3.36 | 25/03 EVENING MEAL WHILE WORKING LATE |
| 24/05/2010 | O001_TAXIS | | 23.24 | 240510, MR J OYSTON, N7, 0010 |
| 01/06/2010 | PRINTCOPYING | 7 | 0.46 | Printing: Black & White |
| 01/06/2010 | PHOTO_WHITE_A4 | 2 | 0.13 | Photocopying: Black & White A4 |
| 02/06/2010 | O001_TAXIS | | 24.16 | 020610, MR J OYSTON, N7, 0001 |
| 03/06/2010 | O001_TAXIS | | 23.59 | 030610, MR J OYSTON, N7, 0011 |
| 04/06/2010 | O001_TAXIS | | 23.70 | 040610, MR J OYSTON, N7, 2133 |
| 21/06/2010 | BINDING_STANDARD | | 31.50 | Binding |
| 21/06/2010 | PHOTO_WHITE_A4 | 8360 | 553.29 | Copying B&W A4 |
| 28/06/2010 | PRINTCOPYING | 18 | 1.19 | Printing: Black & White |
| 08/07/2010 | O013_COURT_FEES | | 20.34 | 06/07 COURT CALL UNITED STATES |
| Total | | | 732.20 | |

Printing and copying charges have been reduced to reflect a rate of no more than US$0.10 per page.