# EXHIBIT C

2725046.2

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 09 Sep 2010 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 07 May 2010 | Discussing the matter with Mr Blyth; advising by email [30 mins] | 87.50 | 15.31 |
| 10 May 2010 | Discussing the matter with Mr Blyth [10 mins] | 29.17 | 5.10 |
| | Total | £116.67 | £20.41 |
| | **Total Due** | **£137.08** | |

Please make cheques payable to James Walmsley

THIS IS NOT A TAX INVOICE    PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE

(c) Meridian Law Limited

Page: 1/1

Email · chambers@wilberforce.co.uk    Online · www.wilberforce.co.uk