# EXHIBIT D

## List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
May 1, 2010 - May 31, 2010
Summary of Services Rendered by Project

| Project # | Project Description | May |
|---|---|---|
| 1 | Interface with Company Personnel | 35.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 140.0 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 43.5 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 193.8 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 2.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **415.3** |

Summary of Services Rendered by Professional

| Name | May |
|---|---|
| Terry Savage, Managing Director | 6.5 |
| Michael Murray, Managing Director | 12.0 |
| David Descoteaux, Managing Director | 80.5 |
| Matthew Hart, Director | 34.3 |
| Sumeet Mehra, Vice President | 13.5 |
| Colin Keenan, Associate | 115.5 |
| Justin Lux, Analyst | 153.0 |
| **TOTAL** | **415.3** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/03/10 | Advisor call | 1.0 | 2 |
| 05/06/10 | Call with Jim Bromley re: legal | 0.4 | 2 |
| 05/11/10 | M&A update meeting | 0.8 | 8 |
| 05/17/10 | Advisor call | 1.0 | 2 |
| 05/18/10 | M&A update call | 1.0 | 8 |
| 05/19/10 | Call with Jim Bromley re: allocations | 0.5 | 2 |
| 05/24/10 | Advisor call | 1.1 | 2 |
| 05/25/10 | I.P. update call | 0.7 | 8 |
| | **MAY TOTALS** | **6.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/03/10 | Advisors Call | 1.0 | 8 |
| 05/04/10 | CALL- M&A & Progress on closing transactions | 1.0 | 8 |
| 05/05/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 05/10/10 | Advisors Call | 1.0 | 8 |
| 05/11/10 | CALL- M&A & Progress on closing transactions | 1.0 | 8 |
| 05/14/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 05/17/10 | Advisors Call | 1.0 | 8 |
| 05/18/10 | CALL- M&A & Progress on closing transactions | 1.0 | 8 |
| 05/18/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 05/24/10 | Advisors Call | 1.0 | 8 |
| 05/25/10 | CALL- M&A & Progress on closing transactions | 1.0 | 8 |
| 05/28/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| | **MAY HOURS** | **12.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/02/10 | mgmt prep, general process, meetings, calls | 1.0 | 2 |
| 05/03/10 | mgmt prep, general process, meetings, calls | 3.5 | 8 |
| 05/04/10 | mgmt prep, general process, meetings, calls | 5.0 | 1 |
| 05/05/10 | mgmt prep, general process, meetings, calls | 6.0 | 2 |
| 05/06/10 | mgmt prep, general process, meetings, calls | 4.0 | 8 |
| 05/07/10 | calls, general process, emails | 1.0 | 8 |
| 05/10/10 | calls, general process, emails | 1.0 | 8 |
| 05/11/10 | mgmt prep, general process, meetings, calls | 3.0 | 1 |
| 05/12/10 | mgmt prep, general process, meetings, calls | 3.5 | 1 |
| 05/13/10 | calls, general process, emails | 1.0 | 8 |
| 05/14/10 | calls, general process, emails | 1.0 | 2 |
| 05/17/10 | travel | 8.0 | 2 |
| 05/17/10 | mgmt prep, general process, meetings, calls | 2.5 | 2 |
| 05/18/10 | mgmt prep, general process, meetings, calls | 3.0 | 2 |
| 05/18/10 | travel | 2.0 | 2 |
| 05/19/10 | mgmt prep, general process, meetings, calls | 5.0 | 8 |
| 05/20/10 | mgmt prep, general process, meetings, calls | 4.0 | 2 |
| 05/21/10 | travel | 5.0 | 2 |
| 05/21/10 | mgmt prep, general process, meetings, calls | 2.0 | 2 |
| 05/24/10 | mgmt prep, general process, meetings, calls | 9.0 | 2 |
| 05/25/10 | mgmt prep, general process, meetings, calls | 7.0 | 1 |
| 05/26/10 | calls, general process, emails | 1.0 | 8 |
| 05/27/10 | calls, general process, emails | 2.0 | 8 |

**MAY HOURS**                                                                                          80.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 5/3/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 5/3/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 5/4/10 | Meeting re. allocation protocol | 4.0 | 2 |
| 5/4/10 | Weekly IP working group call | 1.0 | 2 |
| 5/4/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 5/4/10 | Weekly M&A update call | 0.5 | 8 |
| 5/5/10 | Call w/mgmt, Jefferies re. GDNT | 1.0 | 2 |
| 5/5/10 | Meeting w/Admin, mgmt, GIP re. IP | 2.0 | 2 |
| 5/5/10 | Meeting w/mgmt, GIP re. IP | 3.0 | 8 |
| 5/6/10 | Call w/mgmt, Gleary, GIP re. IP | 0.5 | 8 |
| 5/7/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 5/10/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 5/10/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 5/11/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 5/11/10 | Call w/mgmt, creditors' advisors re. Pluto bids | 1.0 | 2 |
| 5/11/10 | Weekly IP working group call | 1.0 | 2 |
| 5/11/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 5/11/10 | Weekly M&A update call | 0.5 | 8 |
| 5/12/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 5/14/10 | Call w/mgmt, GIP re. IP | 0.8 | 8 |
| 5/17/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 5/18/10 | Weekly IP working group call | 1.0 | 2 |
| 5/18/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 5/18/10 | Weekly M&A update call | 0.5 | 8 |
| 5/19/10 | Call w/mgmt, Gleary, GIP re. IP | 0.5 | 8 |
| 5/24/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 5/24/10 | Meeting w/mgmt, GIP, potential acquirer re. IP | 2.0 | 8 |
| 5/24/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 5/25/10 | Weekly IP working group call | 1.0 | 2 |
| 5/25/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 5/25/10 | Weekly M&A update call | 0.5 | 8 |
| 5/27/10 | Call w/mgmt re. GDNT | 0.5 | 8 |
| 5/31/10 | Weekly Nortel advisors call | 1.0 | 2 |

**MAY HOURS**                                                                     34.3

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 05/06/10 | Bid Discussion | 1.0 | 8 |
| 05/11/10 | Team Call | 1.0 | 2 |
| 05/11/10 | Strategy Discussion | 0.5 | 2 |
| 05/11/10 | Team Call | 1.0 | 2 |
| 05/13/10 | Finance Call | 0.5 | 8 |
| 05/14/10 | Diligence Call | 3.0 | 8 |
| 05/14/10 | Team Call | 0.5 | 2 |
| 05/17/10 | Diligence Call | 1.5 | 8 |
| 05/20/10 | Review Call | 1.0 | 8 |
| 05/25/10 | Team Call | 0.5 | 2 |
| 05/27/10 | Strategy Discussion | 3.0 | 8 |
| **MAY HOURS** | | **13.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/04/10 | Review of IPCo. Model | 5.0 | 3 |
| 05/04/10 | Allocation protocol meeting | 4.0 | 2 |
| 05/05/10 | IP process internal debrief | 2.0 | 2 |
| 05/05/10 | Review of IPCo. Model | 2.5 | 3 |
| 05/05/10 | GDNT discussion | 0.5 | 2 |
| 05/06/10 | Review of IP NDA | 1.5 | 3 |
| 05/06/10 | Counterclaim risk discussion | 1.0 | 1 |
| 05/06/10 | Review of IPCo. Model | 3.0 | 3 |
| 05/06/10 | Review of contact log | 1.5 | 3 |
| 05/06/10 | IPCo. coordination and logistics | 2.5 | 2 |
| 05/07/10 | Review of IPCo. Model | 2.0 | 3 |
| 05/07/10 | Management presentation review | 3.5 | 3 |
| 05/08/10 | IP coordination and logistics | 2.0 | 1 |
| 05/09/10 | Review of contact log | 1.5 | 3 |
| 05/09/10 | Management presentation review | 1.0 | 3 |
| 05/11/10 | Pluto bids discussion | 1.0 | 2 |
| 05/11/10 | EDR prep | 2.5 | 1 |
| 05/11/10 | IP NLT and FA calls | 1.5 | 2 |
| 05/12/10 | Management presentation review | 1.5 | 3 |
| 05/12/10 | Process update | 1.5 | 2 |
| 05/14/10 | IP coordination and logistics | 3.5 | 3 |
| 05/15/10 | EDR prep | 1.5 | 1 |
| 05/16/10 | IP coordination and logistics | 1.5 | 2 |
| 05/16/10 | Review of contact log | 2.0 | 3 |
| 05/17/10 | IP coordination and logistics | 2.5 | 2 |
| 05/17/10 | IPCo. Modeling and presentation | 1.5 | 2 |
| 05/18/10 | Process update | 1.5 | 2 |
| 05/18/10 | IP NLT and FA calls | 1.5 | 2 |
| 05/19/10 | Process update | 1.0 | 2 |
| 05/19/10 | IP coordination and logistics | 2.0 | 2 |
| 05/20/10 | IpCo. model meeting with FAs (inlcuding travel time) | 10.0 | 1 |
| 05/21/10 | IPCo. Modeling and discussion | 2.5 | 2 |
| 05/21/10 | Review of contact log | 1.5 | 3 |
| 05/21/10 | Process update | 2.0 | 2 |
| 05/23/10 | Process update | 3.0 | 2 |
| 05/23/10 | Process letter drafting | 3.0 | 3 |
| 05/24/10 | IP modeling sources | 3.5 | 3 |
| 05/24/10 | Process letter drafting | 3.0 | 3 |
| 05/25/10 | IP Management presentations | 8.0 | 2 |
| 05/25/10 | IP Management presentation | 1.5 | 2 |
| 05/26/10 | IP coordination and logistics | 3.0 | 2 |
| 05/26/10 | Process letter drafting | 2.5 | 3 |
| 05/27/10 | IP coordination and logistics | 2.5 | 2 |
| 05/29/10 | Process letter updates and coordination | 2.5 | 2 |
| 05/29/10 | Process update | 2.0 | 2 |
| 05/31/10 | Process letter updates and coordination | 2.5 | 2 |
| 05/31/10 | Process update | 2.5 | 2 |

**MAY HOURS**     **115.5**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/01/10 | IP Process Materials | 3.0 | 8 |
| 05/02/10 | IP Process Materials/Dataroom | 4.0 | 8 |
| 05/02/10 | General process/emails re. IP | 3.0 | 8 |
| 05/03/10 | IP Process Materials/prep | 6.0 | 8 |
| 05/03/10 | Financial Modeling | 4.0 | 8 |
| 05/04/10 | General process, calls | 5.0 | 2 |
| 05/04/10 | IP Process Materials/financial model | 5.0 | 8 |
| 05/05/10 | IP Process Materials/Correspondence | 7.0 | 8 |
| 05/05/10 | Financial Modeling | 2.0 | 8 |
| 05/06/10 | IP Process Materials/Correspondence | 9.0 | 8 |
| 05/06/10 | Internal Call re. IP | 1.0 | 2 |
| 05/07/10 | General process/contact log/emails re. IP | 8.0 | 8 |
| 05/07/10 | Prep/Internal Call re. IP | 1.0 | 8 |
| 05/14/10 | Debt Pricing Update | 0.5 | 8 |
| 05/08/10 | General process, calls, emails | 5.5 | 8 |
| 05/10/10 | General process/contact log/emails re. IP | 6.0 | 8 |
| 05/11/10 | General process/contact log/emails re. IP | 5.0 | 8 |
| 05/11/10 | IP Update Call w/ advisors | 1.0 | 2 |
| 05/12/10 | Internal Call re. IP | 1.0 | 2 |
| 05/12/10 | General process/contact log/emails re. IP | 6.0 | 8 |
| 05/13/10 | Internal Call re. IP | 1.5 | 2 |
| 05/13/10 | General process/contact log/emails re. IP | 5.5 | 8 |
| 05/14/10 | General process/contact log/emails re. IP | 5.0 | 8 |
| 05/14/10 | Debt Pricing Update | 0.5 | 8 |
| 05/14/10 | Financial Modeling | 2.5 | 8 |
| 05/15/10 | General process/contact log/emails re. IP | 1.5 | 8 |
| 05/17/10 | General process/contact log/emails re. IP | 5.0 | 8 |
| 05/18/10 | General process/contact log/emails re. IP | 4.0 | 8 |
| 05/19/10 | General process/contact log/emails re. IP | 6.0 | 8 |
| 05/20/10 | Meeting in Boston with advisors/monitor re. IP (Incl. Travel) | 10.0 | 8 |
| 05/21/10 | General process/contact log/emails re. IP | 1.0 | 8 |
| 05/21/10 | Debt Pricing Update | 0.5 | 8 |
| 05/23/10 | General process, calls, prep, materials | 2.0 | 8 |
| 05/24/10 | General process, calls, meeting prep | 5.0 | 8 |
| 05/25/10 | General process/contact log/emails re. IP | 2.5 | 8 |
| 05/25/10 | Compiling Lazard Team Hours/Fee Application Prep | 2.5 | 11 |
| 05/25/10 | Internal IP Update Call w/ mgmt and counsel | 1.0 | 2 |
| 05/25/10 | IP Update Call w/ advisors | 1.0 | 2 |
| 05/26/10 | General process/contact log/emails re. IP | 3.0 | 8 |
| 05/26/10 | FA Monthly Review-Call | 1.5 | 3 |
| 05/27/10 | General process/contact log/emails re. IP | 2.0 | 8 |
| 05/28/10 | General process/contact log/emails re. IP | 4.0 | 8 |
| 05/28/10 | Debt Pricing Update | 0.5 | 8 |
| 05/31/10 | General process/contact log/emails re. IP | 2.0 | 8 |

**MAY HOURS**                                                                          153.0