# EXHIBIT E

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

May 1, 2010 - May 31, 2010

### Fee Calculation

| Item | Amount Incurred |
| --- | --- |
| Monthly Fees: May 1, 2010 - May 31, 2010 | $250,000.00 |
| Sale Transaction Fees | $1,562,000.00 [1] |
| Less: Applicable Monthly Ceredits (Apr 10 - May 10) | (250,000.00) |
| **TOTAL** | **$1,562,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
| --- | --- |
| Car Services and Taxis | $272.90 |
| Employee Meals | 226.48 |
| Legal Fees | 5,777.00 |
| Misc. Travel Expense | 513.32 |
| Photocopying Costs | 315.00 |
| Temporary Wages | 42.83 |
| Travel | (199.70) |
| **TOTAL** | **$6,947.83** |

---

[1] *On or about January 6, 2010, this Court approved the Final Auction Offer received from Genband for the purchase of the Carrier VoIP and Application Solutions business.*

[2] *Additional expense detail will be furnished upon request.*

Nortel_May 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 5/19/2010 | Bhatia-NYC taxi: office - home 03/30/2010 | 13.00 |
| | 5/19/2010 | Bhatia-NYC taxi: office - home 04/02/2010 | 16.30 |
| | 5/19/2010 | Bhatia-NYC taxi: office - home 04/14/2010 | 11.90 |
| | 5/26/2010 | Keenan-TAXI 4/22OvernightOffice-Home 04/22/2010 | 10.20 |
| | 5/26/2010 | Keenan-TAXI 4/24 Sa. Office-Home 04/24/2010 | 14.30 |
| | 5/26/2010 | Keenan-TAXI 4/24 Sat. Home-Office 04/24/2010 | 10.60 |
| | 5/26/2010 | Keenan-TAXI 5/8 Sat. HomeToOffice 05/08/2010 | 11.10 |
| | 5/26/2010 | Keenan-TAXI 5/8 Sat. Office to Home 05/08/2010 | 13.00 |
| | 5/26/2010 | Keenan-TAXI 5/9 Sun.Office to Home 05/09/2010 | 11.90 |
| | 5/13/2010 | Lux-cab airport to Sheraton 04/20/2010 | 20.00 |
| | 5/13/2010 | Lux-cab Nortel to Airport 04/21/2010 | 24.00 |
| | 5/13/2010 | Lux-cab Sheraton hotel to meeting 04/21/2010 | 15.00 |
| | 5/13/2010 | Lux-cab sheraton to nortel 03/02/2010 | 15.00 |
| | 5/18/2010 | Murray-NYC-meeting to airport 03/10/2010 | 50.00 |
| | 5/11/2010 | Zhang-Boston-taxi-home to office-Sat 03/20/2010 | 14.60 |
| | 5/11/2010 | Zhang-Boston-taxi-office to home 03/26/2010 | 10.00 |
| | 5/11/2010 | Zhang-Boston-taxi-office to home-Sun 03/22/2010 | 12.00 |
| | | Subtotal: | 272.90 |
| **Employee Meals** | | | |
| | 5/26/2010 | Lux-DAISY MAY4/15LateDinner@Office 04/15/2010 | 24.44 |
| | 5/24/2010 | Lux-M 23-APR-2010 Kool Bloo / SEAMLESSWEB PROFESSIONAL | 24.56 |
| | 5/11/2010 | Mehra-Boston-dinner-3 attendees 03/25/2010 | 23.42 |
| | 5/10/2010 | Mehra-SAKURA BANA JAPANESE BOSTON MA 04/08/2010 | 18.37 |
| | 5/10/2010 | Mehra-SIRAJ 2355073499993 BOSTON MA 03/31/2010 | 25.00 |
| | 5/11/2010 | Zhang-Boston-dinner-3 attendees 03/25/2010 | 23.43 |
| | 5/11/2010 | Zhang-Boston-lunch-1 attendee 03/27/2010 | 13.45 |
| | 5/10/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 04/06/2010 | 25.00 |
| | 5/10/2010 | Zhang-FIGS OF CHARLES STRE CHARLESTO 04/07/2010 | 23.81 |
| | 5/10/2010 | Zhang-SIRAJ 2355073499993 BOSTON MA 03/31/2010 | 25.00 |
| | | Subtotal: | 226.48 |

Nortel_May 10.XLS

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **Legal Fees** | | | | |
| | 5/18/2010 | MAR2010 RESTRUCTURING ENGAGEME / PAUL WEISS RIFKIND WHARTON & | | 5,777.00 |
| | | | Subtotal: | 5,777.00 |
| **Meals-Meetings/Travel** | | | | |
| | 5/4/2010 | Descoteaux-dinner with Client 03/29/2010 | | 513.32 |
| | | | Subtotal: | 513.32 |
| **Photocopying Costs** | | | | |
| | 5/26/2010 | CPY CNTR JOBS DONE IN 04/10 / NON VENDOR (AP JOURNALS) | | 315.00 |
| | | | Subtotal: | 315.00 |
| **Temporary Wages** | | | | |
| | 5/18/2010 | Carey-Word processing job charges / CUSTOM STAFFING INC. | | 35.23 |
| | 5/24/2010 | Carey-Word processing job charges / CUSTOM STAFFING INC. | | 7.60 |
| | | | Subtotal: | 42.83 |
| **Travel** | | | | |
| | 5/13/2010 | Murray-US AIRWAYS NEW YORK NY 03/10/2010 | | (199.70) |
| | | | Subtotal: | (199.70) |

**CLOSING BALANCE as of 5/31/2010**   6,947.83