# EXHIBIT D

## List of Professionals and Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**
**June 1, 2010 - June 30, 2010**

**Summary of Services Rendered by Project**

| Project # | Project Description | Jun |
|---|---|---|
| 1 | Interface with Company Personnel | 15.2 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 166.4 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 27.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 177.3 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 6.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **392.4** |

**Summary of Services Rendered by Professional**

| Name | Jun |
|---|---|
| Terry Savage, Managing Director | 16.6 |
| Michael Murray, Managing Director | 10.5 |
| David Descoteaux, Managing Director | 56.0 |
| Matthew Hart, Director | 50.8 |
| Sumeet Mehra, Vice President | 51.5 |
| Colin Keenan, Associate | 113.5 |
| Justin Lux, Analyst | 93.5 |
| **TOTAL** | **392.4** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/10 | M&A update call | 1.0 | 8 |
| 06/07/10 | Advisor call | 1.1 | 2 |
| 06/08/10 | LP. update call | 0.5 | 8 |
| 06/09/10 | Call with Jim Bromley re: legal | 0.5 | 2 |
| 06/14/10 | Advisor call | 0.8 | 2 |
| 06/14/10 | Travel from New York to Toronto | 2.0 | 1 |
| 06/14/10 | Dinner meeting with Pavi Binning | 3.0 | 1 |
| 06/15/10 | Travel from Toronto to New York | 2.5 | 1 |
| 06/16/10 | Call with John Doolittle re: Corporate Structure | 1.0 | 1 |
| 06/21/10 | Advisor call | 0.9 | 2 |
| 06/22/10 | I.P. update call | 1.0 | 8 |
| 06/25/10 | Call with John Dollittle re: Allocations | 0.7 | 1 |
| 06/28/10 | Advisor call | 1.0 | 2 |
| 06/30/10 | Call with Jim Bromley re: allocations | 0.6 | 2 |
| | **JUNE TOTALS** | **16.6** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/02/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/03/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/04/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/07/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/08/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/09/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/10/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/11/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/14/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/15/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/16/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/17/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/21/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/22/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/23/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/24/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/25/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/28/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/29/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 06/30/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| | JUNE HOURS | 10.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/10 | calls, general process, emails | 2.5 | 2 |
| 06/03/10 | calls, general process, emails | 1.5 | 8 |
| 06/04/10 | mgmt prep, general process, meetings, calls | 2.0 | 1 |
| 06/04/10 | travel | 8.0 | 2 |
| 06/07/10 | calls, general process, emails | 1.0 | 2 |
| 06/08/10 | calls, general process, emails | 3.5 | 2 |
| 06/11/10 | mgmt prep, general process, meetings, calls | 3.0 | 1 |
| 06/14/10 | calls, general process, emails | 2.0 | 8 |
| 06/14/10 | travel | 4.0 | 8 |
| 06/15/10 | travel | 4.0 | 8 |
| 06/15/10 | calls, general process, emails | 1.5 | 8 |
| 06/17/10 | calls, general process, emails | 1.5 | 8 |
| 06/21/10 | calls, general process, emails | 2.5 | 8 |
| 06/22/10 | calls, general process, emails | 1.5 | 8 |
| 06/23/10 | calls, general process, emails | 1.5 | 8 |
| 06/24/10 | calls, general process, emails | 3.0 | 8 |
| 06/28/10 | calls, general process, emails | 3.0 | 8 |
| 06/29/10 | calls, general process, emails | 5.5 | 2 |
| 06/30/10 | calls, general process, emails | 4.5 | 8 |
| | **JUNE HOURS** | **56.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
*Matthew Hart - Director*

| | | | |
|---|---|---|---|
| 6/1/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 6/1/10 | Weekly IP working group call | 1.0 | 2 |
| 6/4/10 | Meeting w/potential Project Iceberg bidder, inc. travel time | 9.5 | 8 |
| 6/7/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 6/8/10 | Call w/potential Project Iceberg bidder | 0.5 | 8 |
| 6/8/10 | Meeting w/potential Project Iceberg bidder, inc. travel time | 19.5 | 8 |
| 6/8/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 6/8/10 | Weekly IP working group call | 1.0 | 2 |
| 6/9/10 | Meeting w/potential Project Iceberg bidder, inc. travel time | 7.0 | 8 |
| 6/10/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 6/11/10 | Call w/potential Project Iceberg bidder | 0.8 | 8 |
| 6/11/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 6/14/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 6/15/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 6/15/10 | Weekly IP working group call | 1.0 | 2 |
| 6/21/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 6/22/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 6/22/10 | Weekly IP working group call | 1.0 | 2 |
| 6/28/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 6/29/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| | **JUNE HOURS** | 50.8 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/10 | Diligence call | 2.0 | 8 |
| 06/01/10 | Call | 0.5 | 2 |
| 06/01/10 | Team Call | 1.0 | 8 |
| 06/03/10 | Kick-off Call | 3.0 | 2 |
| 06/04/10 | Team Call | 0.5 | 8 |
| 06/04/10 | Diligence call | 2.0 | 8 |
| 06/04/10 | Team Call | 1.0 | 2 |
| 06/07/10 | Markup discussion | 1.0 | 3 |
| 06/07/10 | Customer Call | 0.5 | 8 |
| 06/07/10 | Diligence call | 1.0 | 8 |
| 06/07/10 | Customer Call | 0.5 | 8 |
| 06/08/10 | Tax call | 2.0 | 2 |
| 06/08/10 | IT call | 0.5 | 2 |
| 06/08/10 | Customer Call | 0.5 | 8 |
| 06/09/10 | Diligence calls | 7.0 | 8 |
| 06/10/10 | Finance Call | 2.0 | 8 |
| 06/11/10 | Customer Call | 0.5 | 8 |
| 06/14/10 | Markup discussion | 3.0 | 2 |
| 06/15/10 | Team Call | 2.0 | 2 |
| 06/16/10 | Call | 1.5 | 2 |
| 06/17/10 | Diligence Call | 0.5 | 8 |
| 06/17/10 | Customer Call | 0.5 | 2 |
| 06/17/10 | Real Estate Call | 0.5 | 2 |
| 06/18/10 | Drafting call | 1.5 | 2 |
| 06/21/10 | Audit call | 0.5 | 2 |
| 06/21/10 | Working Capital Call | 1.0 | 2 |
| 06/22/10 | Document Call | 3.0 | 2 |
| 06/22/10 | Operations call | 3.0 | 2 |
| 06/22/10 | Tax diligence call | 0.5 | 2 |
| 06/23/10 | Update call | 0.5 | 2 |
| 06/24/10 | Working Capital Call | 0.5 | 2 |
| 06/24/10 | Working Capital Call | 1.0 | 2 |
| 06/24/10 | Status call | 1.0 | 8 |
| 06/24/10 | Flex call | 1.0 | 2 |
| 06/24/10 | Diligence call | 1.0 | 2 |
| 06/29/10 | Tax diligence call | 1.0 | 8 |
| 06/30/10 | Team Call | 2.5 | 2 |
| | **JUNE HOURS** | 51.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/10 | IP coordination and logistics | 1.5 | 2 |
| 06/01/10 | IP NLT and FA calls | 1.5 | 2 |
| 06/02/10 | Fee app prep & discussion | 3.0 | 11 |
| 06/02/10 | Encumbrances review | 2.5 | 3 |
| 06/02/10 | Review of contact log | 1.0 | 3 |
| 06/03/10 | Management presentation | 2.5 | 2 |
| 06/03/10 | Process update | 3.0 | 2 |
| 06/03/10 | IP coordination and logistics | 1.5 | 2 |
| 06/04/10 | Management presentation | 3.0 | 2 |
| 06/04/10 | IP coordination and logistics | 2.0 | 2 |
| 06/04/10 | Process letter updates and coordination | 3.0 | 2 |
| 06/05/10 | Encumbrances review | 2.5 | 3 |
| 06/07/10 | IP coordination and logistics | 2.0 | 2 |
| 06/07/10 | Process letter updates and coordination | 3.5 | 2 |
| 06/08/10 | IP coordination and logistics | 2.5 | 2 |
| 06/08/10 | Review of contact log | 1.0 | 3 |
| 06/08/10 | Process letter updates and coordination | 2.0 | 2 |
| 06/09/10 | IP model discussion & prep | 1.5 | 2 |
| 06/10/10 | Process update | 1.0 | 2 |
| 06/10/10 | Process letter updates and coordination | 2.5 | 2 |
| 06/10/10 | Review of IP tax attributes | 2.5 | 3 |
| 06/10/10 | Process letter updates and coordination | 3.0 | 2 |
| 06/11/10 | Process update | 3.0 | 2 |
| 06/11/10 | Management presentation | 3.0 | 2 |
| 06/12/10 | IP coordination and logistics | 2.0 | 2 |
| 06/12/10 | Review of contact log | 2.5 | 2 |
| 06/13/10 | Encumbrances review | 2.5 | 3 |
| 06/13/10 | Review of contact log | 1.5 | 3 |
| 06/14/10 | Process update | 2.0 | 2 |
| 06/15/10 | IP coordination and logistics | 1.5 | 2 |
| 06/15/10 | Process letter updates and coordination | 1.5 | 2 |
| 06/15/10 | Process update | 3.0 | 2 |
| 06/15/10 | Review of contact log | 1.5 | 2 |
| 06/15/10 | IP NLT and FA calls | 1.0 | 2 |
| 06/16/10 | IP coordination and logistics | 3.0 | 2 |
| 06/16/10 | Process letter updates and coordination | 2.5 | 2 |
| 06/17/10 | IP coordination and logistics | 2.5 | 2 |
| 06/18/10 | Process update | 2.0 | 2 |
| 06/19/10 | Review of contact log | 1.5 | 3 |
| 06/19/10 | Process letter prep and send | 5.0 | 2 |
| 06/19/10 | Process update | 2.5 | 2 |
| 06/20/10 | Review of IP tax attributes | 2.0 | 3 |
| 06/20/10 | IP coordination and logistics | 1.5 | 2 |
| 06/21/10 | Process update | 1.5 | 2 |
| 06/23/10 | Management presentation | 2.5 | 2 |
| 06/23/10 | Encumbrances review discussion | 1.0 | 2 |
| 06/25/10 | IP coordination and logistics | 1.0 | 2 |
| 06/27/10 | IP coordination and logistics | 2.5 | 2 |
| 06/28/10 | IP coordination and logistics | 2.0 | 2 |
| 06/28/10 | IPCo. Modeling and discussion | 2.0 | 3 |
| 06/28/10 | Review of contact log | 1.0 | 3 |
| 06/29/10 | IP coordination and logistics | 1.0 | 2 |
| 06/29/10 | IP NLT and FA calls | 1.5 | 2 |
| 06/30/10 | IP coordination and logistics | 1.5 | 2 |
| | JUNE HOURS | 113.5 | |

**Nortel Networks, Inc.**
*Time Detail*
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/02/10 | Internal call re. IP Process | 1.5 | 8 |
| 06/02/10 | Preparing fee application | 2.0 | 11 |
| 06/02/10 | Analysis re. IP Process/encumbrances | 2.5 | 8 |
| 06/02/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 06/03/10 | Analysis re. IP Process/encumbrances | 2.0 | 8 |
| 06/04/10 | Hours/Fee Application Prep | 1.5 | 11 |
| 06/07/10 | General process/contact log/correspondence re. IP | 6.0 | 8 |
| 06/08/10 | Internal IP Update Call w/ mgmt and counsel | 1.0 | 2 |
| 06/08/10 | IP Update Call w/ advisors | 1.0 | 2 |
| 06/08/10 | General process/contact log/correspondence re. IP | 2.0 | 8 |
| 06/09/10 | General process/contact log/correspondence re. IP | 5.0 | 8 |
| 06/09/10 | IP Diligence | 3.0 | 8 |
| 06/10/10 | Call with Creditor FA | 1.0 | 2 |
| 06/10/10 | General process/contact log/correspondence re. IP | 4.0 | 8 |
| 06/11/10 | Internal call re. IP Process | 1.0 | 2 |
| 06/11/10 | General process/contact log/correspondence re. IP | 2.0 | 8 |
| 06/11/10 | Debt Pricing Update | 0.5 | 8 |
| 06/14/10 | General process/contact log/correspondence re. IP | 5.0 | 8 |
| 06/15/10 | General process/contact log/correspondence re. IP | 5.0 | 8 |
| 06/15/10 | Internal IP Update Call w/ mgmt and counsel | 1.0 | 2 |
| 06/16/10 | General process/contact log/correspondence re. IP | 3.5 | 8 |
| 06/17/10 | General process/contact log/correspondence re. IP | 4.0 | 8 |
| 06/18/10 | Research/other diligence | 1.0 | 1 |
| 06/18/10 | IPCo. Modeling | 2.0 | 3 |
| 06/18/10 | Debt Pricing Update | 0.5 | 8 |
| 06/21/10 | General process/contact log/correspondence re. IP | 4.5 | 8 |
| 06/22/10 | Internal IP Update Call w/ mgmt and counsel | 1.5 | 2 |
| 06/22/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 06/23/10 | Call with Creditor FA | 0.5 | 2 |
| 06/23/10 | General process/contact log/correspondence re. IP | 3.5 | 8 |
| 06/24/10 | General process/contact log/correspondence re. IP | 4.0 | 8 |
| 06/24/10 | IPCo. Modeling | 3.0 | 3 |
| 06/25/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 06/28/10 | Debt Pricing Update | 0.5 | 8 |
| 06/29/10 | General process/contact log/correspondence re. IP | 4.5 | 8 |
| 06/29/10 | FA Monthly Review-Call | 1.0 | 3 |
| 06/30/10 | General process/model | 3.0 | 8 |
| 06/30/10 | Internal call re. IP Process | 1.0 | 2 |
| | **JUNE HOURS** | 93.5 | |