# EXHIBIT E

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**June 1, 2010 - June 30, 2010**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: June 1, 2010 - June 30, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $743.99 |
| Courier/Shipping | 86.17 |
| Electronic Information Service | 174.20 |
| Employee Meals | 826.57 |
| Meals-Meetings/Travel | 456.90 |
| Photocopying Costs | 76.25 |
| Telephone/Telex/Fax-Usage | 12.95 |
| Temporary Wages | 108.90 |
| Travel | 7,464.31 |
| **TOTAL** | **$9,950.24** |

(1) *Additional expense detail will be furnished upon request.*

LAZARD

# DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **OPENING BALANCE** | **1/1/1900** | | | **0.00** |
| **Car Services and Taxis** | | | | |
| | 6/3/2010 | Descoteaux-05/19 SAN FRAN-meeting 170 W Tasman to Hyatt Hotel Burlingame / CAREY | | 72.20 |
| | 6/21/2010 | Descoteaux-06/04 BOSTON INTL AIRPORT to 10 Avery St. / CAREY INTERNATIONAL | | 76.31 |
| | 6/14/2010 | Descoteaux-cab frm office to Cleary 04/28/2010 | | 16.40 |
| | 6/22/2010 | Descoteaux-cab san fran mtg - hyatt 05/19/2010 | | 50.00 |
| | 6/24/2010 | Descoteaux-D 05/17/2010 04:34 JFK JFK / Origin: 301 E 62 ST M Dest: JFK JFK / DIAL CAR INC | | 93.69 |
| | 6/3/2010 | Hart-Taxi from client mtg to office 04/28/2010 | | 15.00 |
| | 6/3/2010 | Hart-Taxi from client mtg to office 05/04/2010 | | 21.00 |
| | 6/3/2010 | Hart-Taxi from office to client mtg 04/28/2010 | | 17.80 |
| | 6/3/2010 | Hart-Taxi from office to client mtg 05/04/2010 | | 21.00 |
| | 6/24/2010 | Keenan-Cab 5/20 PennStation-Home 05/20/2010 | | 9.50 |
| | 6/24/2010 | Keenan-TAXI 5/21 Fri.Late Office-Home 05/22/2010 | | 13.10 |
| | 6/24/2010 | Keenan-TAXI 5/22 Sat. Office-Home 05/23/2010 | | 19.20 |
| | 6/24/2010 | Keenan-TAXI6/11Fri.OverniteOffice-Hom 06/11/2010 | | 12.40 |
| | 6/14/2010 | Lux-cab aftr flight lga-home 04/21/2010 | | 33.08 |
| | 6/14/2010 | Lux-cab frm LAZ - LGA for flight 04/20/2010 | | 37.95 |
| | 6/14/2010 | Lux-Cab Laz-Cleary One lib plz 04/27/2010 | | 22.80 |
| | 6/24/2010 | Lux-D 04/27/2010 10:45 1 LIBERTY P / Origin: 49 W 49 ST M Dest: 1 LIBERTY PLAZA 10038 M / DIAL CAR INC | | 38.81 |
| | 6/9/2010 | Mehra-Taxi-NYC-client to LGA 05/27/2010 | | 50.00 |
| | 6/29/2010 | Mehra-Taxi-NYC-LGA to hotel 05/27/2010 | | 53.58 |
| | 6/1/2010 | Murphy-D 04/06/2010 02:56 BK11201 BK / Origin: 50 W 50 ST M Dest: BK11201 BK / DIAL CAR INC | | 41.02 |
| | 6/9/2010 | Zhang-BOSTON-taxi-work to home 04/17/2010 | | 13.40 |
| | 6/9/2010 | Zhang-BOSTON-taxi-work to home 04/19/2010 | | 15.75 |
| | | | Subtotal: | 743.99 |
| **Couriers / Shipping** | | | | |
| | 6/7/2010 | MESSENGER SERVICE / N.Y. MINUTE MESSENGER | | 33.75 |
| | 6/7/2010 | F 17-MAY-2010 1333 BAYSHORE HW / FEDERAL EXPRESS CORP | | 24.79 |
| | 6/21/2010 | F 02-JUN-2010 125 HIGH ST 21ST / FEDERAL EXPRESS CORP | | 19.36 |
| | 6/21/2010 | U 10-JUN-2010 1201 N. MARKET S / UNITED PARCEL SERVICE INC. | | 7.02 |
| | 6/21/2010 | U 10-JUN-2010 / UNITED PARCEL SERVICE INC. | | 1.25 |
| | | | Subtotal: | 86.17 |

LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Electronic Information Service** | | | |
| | 6/4/2010 | APR10 MR PROFOUND / MARKETRESEARCH.COM, INC. | 174.20 |
| | | Subtotal: | 174.20 |
| **Employee Meals** | | | |
| | 6/25/2010 | Keenan-4/25SundayLunch@Office 04/25/2010 | 11.98 |
| | 6/24/2010 | Keenan-CUCINA5/23SundayLunch@Office 05/23/2010 | 8.22 |
| | 6/24/2010 | Keenan-JUST SALAD6/2Wed.LateDinner 06/02/2010 | 17.09 |
| | 6/24/2010 | Keenan-M 01-JUN-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 24.33 |
| | 6/24/2010 | Keenan-M 03-JUN-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 24.62 |
| | 6/24/2010 | Keenan-M 04-JUN-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.79 |
| | 6/23/2010 | Keenan-M 12-MAY-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 6/24/2010 | Keenan-M 13-JUN-2010 Mr. K's / SEAMLESSWEB PROFESSIONAL | 23.10 |
| | 6/23/2010 | Keenan-M 13-MAY-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.53 |
| | 6/24/2010 | Keenan-M 19-MAY-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.33 |
| | 6/24/2010 | Keenan-M 21-MAY-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 25.96 |
| | 6/24/2010 | Keenan-M 26-MAY-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 24.18 |
| | 6/24/2010 | Keenan-TRI TIP GRILL 5/23 Sun.Dinner 05/23/2010 | 8.15 |
| | 6/24/2010 | Keenan-TRI TIP GRILL6/12 LateDinner 06/12/2010 | 8.15 |
| | 6/24/2010 | Lux-M 01-JUN-2010 Szechuan Gourmet / SEAMLESSWEB PROFESSIONAL | 26.16 |
| | 6/24/2010 | Lux-M 02-JUN-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 26.17 |
| | 6/23/2010 | Lux-M 05-MAY-2010 Aki Sushi West / SEAMLESSWEB PROFESSIONAL | 25.56 |
| | 6/23/2010 | Lux-M 10-MAY-2010 Mangia / SEAMLESSWEB PROFESSIONAL | 26.31 |
| | 6/23/2010 | Lux-M 11-MAY-2010 Mangia / SEAMLESSWEB PROFESSIONAL | 26.18 |
| | 6/23/2010 | Lux-M 12-MAY-2010 Aki Sushi West / SEAMLESSWEB PROFESSIONAL | 26.08 |
| | 6/23/2010 | Lux-M 14-MAY-2010 POP Burger / SEAMLESSWEB PROFESSIONAL | 19.42 |
| | 6/24/2010 | Lux-M 17-MAY-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 26.25 |
| | 6/24/2010 | Lux-M 23-MAY-2010 AJ Maxwell's / SEAMLESSWEB PROFESSIONAL | 23.89 |
| | 6/24/2010 | Lux-M 24-MAY-2010 Atomic Wings (2n / SEAMLESSWEB PROFESSIONAL | 26.11 |
| | 6/24/2010 | Lux-M 26-MAY-2010 Liberty Cafe & T / SEAMLESSWEB PROFESSIONAL | 26.08 |
| | 6/24/2010 | Lux-M 27-MAY-2010 Angelo's Pizza / SEAMLESSWEB PROFESSIONAL | 25.33 |
| | 6/9/2010 | Mehra-Boston-dinner-2 attendees 05/03/2010 | 23.65 |
| | 6/9/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 04/15/2010 | 24.56 |
| | 6/9/2010 | Mehra-DINING IN BOSTON BRIGHTON MA 05/13/2010 | 24.90 |
| | 6/23/2010 | Wilson-M 16-MAY-2010 Ritz Diner / SEAMLESSWEB PROFESSIONAL | 26.18 |
| | 6/9/2010 | Zhang-Boston-dinner- 1 attendee 04/23/2010 | 8.66 |

LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **Employee Meals** | 6/9/2010 | Zhang-Boston-dinner-2 attendees 05/03/2010 | | 23.65 |
| | 6/9/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 04/15/2010 | | 24.58 |
| | 6/9/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 04/30/2010 | | 24.84 |
| | 6/9/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 05/13/2010 | | 24.91 |
| | 6/9/2010 | Zhang-FIGS OF CHARLES STRE CHARLESTO 04/15/2010 | | 23.93 |
| | 6/9/2010 | Zhang-STARBUCKS USA 008755 BOSTON MA 04/17/2010 | | 14.49 |
| | | | Subtotal: | 826.57 |
| **Meals-Meetings/Travel** | | | | |
| | 6/14/2010 | Descoteaux-lunch for internal mtg - 6p 05/05/2010 | | 112.66 |
| | 6/14/2010 | Lux-meal while traveling 04/20/2010 | | 10.75 |
| | 6/24/2010 | Keenan-MANGIA 5/24 Lunch-10 at office 05/24/2010 | | 257.84 |
| | 6/24/2010 | Keenan-TIM HORTONS5/20breakfastPennSt 05/20/2010 | | 3.26 |
| | 6/25/2010 | Keenan-Dinner on Amtrak 5/20 05/20/2010 | | 9.50 |
| | 6/29/2010 | Mehra-Hotel-NYC-dinner 1p 05/27/2010 | | 50.00 |
| | 6/29/2010 | Mehra-Lunch-NYC-1 attendee 05/27/2010 | | 8.37 |
| | 6/29/2010 | Mehra-Lunch-NYC-1 attendee 05/27/2010 | | 4.52 |
| | | | Subtotal: | 456.90 |
| **Photocopying Costs** | | | | |
| | 6/28/2010 | CPY CNTR JOBS DONE IN 05/10 / NON VENDOR (AP JOURNALS) | | 76.25 |
| | | | Subtotal: | 76.25 |
| **Telephone/Telex/Fax-Usage/Re** | | | | |
| | 6/29/2010 | Mehra-Hotel-NYC-internet usage 05/27/2010 | | 12.95 |
| | | | Subtotal: | 12.95 |
| **Temporary Wages** | | | | |
| | 6/15/2010 | Lux-Graphics job charges / HR STAFFING, INC. | | 66.25 |
| | 6/17/2010 | Lux-Graphics job charges / TIGER INFORMATION SYSTEMS | | 42.65 |
| | | | Subtotal: | 108.90 |
| **Travel** | | | | |
| | 6/14/2010 | Descoteaux-united jfk-sfo coach 05/17/2010 | | 2,242.60 |
| | 6/14/2010 | Descoteaux-virgin sfo-san coach 05/17/2010 | | 214.70 |
| | 6/14/2010 | Descoteaux-united jfks-fo-san-sfo coach 05/17/2010 | | 305.80 |
| | 6/24/2010 | Keenan-AMERICAN EXPRESS RAIL TICKET F 05/20/2010 | | 36.00 |
| | 6/24/2010 | Keenan-AMTRAK BOSTON-Penn 05/20/2010 | | 95.00 |
| | 6/24/2010 | Keenan-AMTRAK5/20Penn/Boston 05/20/2010 | | 86.00 |
| | 6/14/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 04/19/2010 | | 36.00 |

LAZARD

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 6/14/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 04/19/2010 | 36.00 |
| | 6/14/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 04/22/2010 | 36.00 |
| | 6/14/2010 | Lux-AMERICAN EXPRESS E TICKET FEE 04/22/2010 | 36.00 |
| | 6/14/2010 | Lux-Hotel while traveling 04/21/2010 | 153.56 |
| | 6/14/2010 | Lux-USair coach LGA-RDU 04/20/2010 | 394.70 |
| | 6/14/2010 | Lux-USair RDU-LGA coach 04/21/2010 | 252.70 |
| | 6/29/2010 | Mehra-AMERICAN EXPRESS E TICKET FEE 05/28/2010 | 36.00 |
| | 6/29/2010 | Mehra-AMERICAN EXPRESS E TICKET FEE 05/28/2010 | 36.00 |
| | 6/29/2010 | Mehra-AmEx Travel fee 05/27/2010 | 36.00 |
| | 6/29/2010 | Mehra-AmEx Travel fee 05/27/2010 | 36.00 |
| | 6/29/2010 | Mehra-Hotel-NYC-1 night $450 night 05/27/2010 | 515.25 |
| | 6/29/2010 | Mehra-Tkt-JFK-SFO-coach 05/27/2010 | 1,440.00 |
| | 6/29/2010 | Mehra-Tkt-SFO-JFK-coach 05/26/2010 | 1,440.00 |
| | | Subtotal: | 7,464.31 |
| | | **CLOSING BALANCE as of 6/30/2010** | **9,950.24** |