## VERIFICATION

DAVID DESCOTEAUX, being duly sworn, deposes and says:

1. I am a Managing Director of Lazard Frères & Co. LLC ("Lazard"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020. Lazard has acted as an investment banker and financial advisor to and rendered professional services on behalf of Nortel Networks, Inc., et al. (the "Debtors").

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period of July 1, 2010 through and including July 31, 2010 in the amount of **$269,070.20.**

3. All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4. No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

David Descoteaux
Managing Director

Sworn to before this ____ day of September 2010

Notary Public, State of New York

HANNA MURNANE
Notary Public, State of New York
No. 01MU4729327
Qualified in Queens County
Commission Expires March 30, 20__