# EXHIBIT D

## List of Professionals and Details of Hours Expended

**Nortel Networks, Inc.**
**Lazard Frères & Co. LLC**

**July 1, 2010 - July 31, 2010**

**Summary of Services Rendered by Project**

| Project # | Project Description | Jul |
|---|---|---|
| 1 | Interface with Company Personnel | 9.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 67.7 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 40.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 116.8 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 1.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **235.5** |

**Summary of Services Rendered by Professional**

| Name | Jul |
|---|---|
| Terry Savage, Managing Director | 7.5 |
| Michael Murray, Managing Director | 9.5 |
| David Descoteaux, Managing Director | 54.5 |
| Matthew Hart, Director | 6.5 |
| Sumeet Mehra, Vice President | 6.5 |
| Colin Keenan, Associate | 80.0 |
| Justin Lux, Analyst | 71.0 |
| **TOTAL** | **235.5** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/10 | Weekly update call | 1.0 | 2 |
| 07/06/10 | M&A update call | 0.8 | 8 |
| 07/09/10 | Meeting with Chris Kearns from Capstone | 1.0 | 2 |
| 07/15/10 | Call with John Ray re: allocations | 1.0 | 2 |
| 07/16/10 | Call with Jim Bromley re: allocations | 0.6 | 2 |
| 07/19/10 | Advisor call | 1.1 | 2 |
| 07/26/10 | Advisor call | 1.0 | 2 |
| 07/27/10 | I.P. update call | 1.0 | 8 |
| | JULY TOTALS | 7.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/06/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/07/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/08/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/09/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/12/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/13/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 07/15/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 07/19/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/20/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/21/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/22/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/23/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/26/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/27/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/28/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 07/29/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| | **JULY HOURS** | 9.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/06/10 | calls, general process, emails | 4.5 | 8 |
| 07/07/10 | calls, general process, emails | 4.0 | 8 |
| 07/08/10 | calls, general process, emails | 4.5 | 8 |
| 07/12/10 | calls, general process, emails | 2.0 | 8 |
| 07/13/10 | mgmt prep, general process, meetings, calls | 6.0 | 1 |
| 07/15/10 | mgmt prep, general process, meetings, calls | 5.0 | 2 |
| 07/16/10 | calls, general process, emails | 3.0 | 8 |
| 07/19/10 | calls, general process, emails | 4.5 | 8 |
| 07/20/10 | calls, general process, emails | 1.0 | 8 |
| 07/21/10 | calls, general process, emails | 1.0 | 8 |
| 07/22/10 | calls, general process, emails | 2.5 | 8 |
| 07/23/10 | calls, general process, emails | 1.0 | 8 |
| 07/26/10 | calls, general process, emails | 2.5 | 8 |
| 07/27/10 | calls, general process, emails | 2.0 | 8 |
| 07/28/10 | calls, general process, emails | 1.0 | 8 |
| 07/29/10 | calls, general process, emails | 7.5 | 8 |
| 07/30/10 | calls, general process, emails | 2.5 | 8 |
| | **JULY HOURS** | **54.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| | | | |
|---|---|---|---|
| 7/5/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 7/6/10 | Call w/potential Project Iceberg bidder | 1.0 | 8 |
| 7/6/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 7/6/10 | Weekly IP working group call | 1.0 | 2 |
| 7/12/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 7/13/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 7/13/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 7/13/10 | Weekly IP working group call | 1.0 | 2 |
| 7/16/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 7/19/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 7/20/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 7/20/10 | Weekly IP working group call | 1.0 | 2 |
| 7/22/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 7/26/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 7/27/10 | Weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 7/27/10 | Weekly IP working group call | 1.0 | 2 |
| 7/28/10 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| | **JULY HOURS** | **16.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/08/10 | Update call | 1.0 | 2 |
| 07/14/10 | Liquidation analysis call | 1.0 | 8 |
| 07/19/10 | Management presentation | 2.0 | 1 |
| 07/21/10 | Update call | 1.0 | 2 |
| 07/21/10 | Management presentation | 1.5 | 1 |
| | **JULY HOURS** | 6.5 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/02/10 | IP coordination and logistics | 2.0 | 2 |
| 07/02/10 | IPCo. Modeling and discussion | 1.5 | 3 |
| 07/04/10 | Process update | 1.0 | 3 |
| 07/05/10 | Review of IP tax attributes | 1.5 | 2 |
| 07/06/10 | Process update | 2.0 | 3 |
| 07/07/10 | IPCo. Modeling and discussion | 1.0 | 3 |
| 07/07/10 | Process update | 1.5 | 2 |
| 07/08/10 | IP coordination and logistics | 2.0 | 2 |
| 07/09/10 | Process update | 2.5 | 2 |
| 07/12/10 | Process update | 1.5 | 2 |
| 07/12/10 | IP discussion with UKA and FL | 2.5 | 2 |
| 07/13/10 | Management presentation | 3.0 | 2 |
| 07/13/10 | IP NLT and FA calls | 1.5 | 2 |
| 07/13/10 | IP coordination and logistics | 2.0 | 2 |
| 07/14/10 | Process update | 2.5 | 2 |
| 07/15/10 | Management presentation | 6.5 | 2 |
| 07/16/10 | Process update | 4.5 | 2 |
| 07/16/10 | Review of IP tax attributes | 1.5 | 3 |
| 07/19/10 | Process update | 1.0 | 2 |
| 07/21/10 | Process update | 1.0 | 2 |
| 07/21/10 | IP modeling and FA diligence response | 2.5 | 3 |
| 07/22/10 | IP coordination and logistics | 1.5 | 2 |
| 07/23/10 | Process update | 1.0 | 2 |
| 07/24/10 | IP modeling and FA diligence response | 2.5 | 3 |
| 07/25/10 | IP modeling and FA diligence response | 4.5 | 3 |
| 07/26/10 | Process update | 2.5 | 2 |
| 07/26/10 | IP coordination and logistics | 1.0 | 2 |
| 07/27/10 | IP modeling and FA diligence response | 5.0 | 3 |
| 07/27/10 | IP NLT and FA calls | 1.0 | 2 |
| 07/28/10 | Process update | 2.0 | 2 |
| 07/28/10 | Review of NLT slides | 1.5 | 3 |
| 07/29/10 | IP modeling and FA diligence response | 4.5 | 3 |
| 07/30/10 | IP coordination and logistics | 3.0 | 2 |
| 07/30/10 | IP modeling and FA diligence response | 2.5 | 3 |
| 07/30/10 | Management presentation | 2.5 | 3 |
|  | **JULY HOURS** | **80.0** |  |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/10 | General process/contact log/correspondence re. IP | 1.5 | 8 |
| 07/02/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 07/06/10 | General process/contact log/correspondence re. IP | 4.0 | 8 |
| 07/06/10 | IP modeling and diligence | 2.5 | 3 |
| 07/07/10 | Process update | 2.0 | 3 |
| 07/07/10 | Process update | 1.5 | 2 |
| 07/07/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 07/08/10 | IPCo. Modeling and discussion | 1.0 | 3 |
| 07/09/10 | Debt Pricing Update | 0.5 | 8 |
| 07/09/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 07/12/10 | General process/contact log/correspondence re. IP | 5.0 | 8 |
| 07/13/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 07/13/10 | IP modeling and diligence | 4.0 | 8 |
| 07/14/10 | Process update | 1.0 | 8 |
| 07/14/10 | IP modeling and diligence | 3.0 | 8 |
| 07/15/10 | General process/contact log/correspondence re. IP | 4.0 | 8 |
| 07/16/10 | Debt Pricing Update | 0.5 | 8 |
| 07/17/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 07/19/10 | IP modeling and diligence | 1.5 | 8 |
| 07/22/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 07/23/10 | Debt Pricing Update | 0.5 | 8 |
| 07/23/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 07/26/10 | IP modeling and diligence | 4.0 | 8 |
| 07/26/10 | General process/contact log/correspondence re. IP | 2.5 | 8 |
| 07/27/10 | IP Update Call w/ advisors | 1.0 | 2 |
| 07/27/10 | FA Monthly Review-Call | 1.0 | 3 |
| 07/28/10 | Fee Application Prep | 1.5 | 11 |
| 07/28/10 | Financial Analysis/model | 3.0 | 8 |
| 07/28/10 | Internal call re. IPCo. Modeling | 1.0 | 3 |
| 07/29/10 | General process/contact log/correspondence re. IP | 1.0 | 8 |
| 07/29/10 | Financial Analysis/model | 3.0 | 8 |
| 07/30/10 | General process/contact log/correspondence re. IP | 1.5 | 8 |
| | **JULY HOURS** | 71.0 | |