# EXHIBIT E

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

July 1, 2010 - July 31, 2010

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fees: July 1, 2010 - July 31, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $1,408.79 |
| Employee Meals | 102.05 |
| Meals-Meetings/Travel | 871.67 |
| Telephone/Telex/Fax-Usage | 52.98 |
| Temporary Wages | 12.07 |
| Travel | 16,573.14 |
| **TOTAL** | **$19,020.70** |

---

[1] *Additional expense detail will be furnished upon request.*

Nortel_July 10.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

ALL EXPENSES

NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 7/20/2010 | Descoteaux-cab frm Hilton to SFO 05/19/2010 | 57.00 |
| | 7/20/2010 | Descoteaux-cab to airport after meeting 06/04/2010 | 27.48 |
| | 7/28/2010 | Descoteaux-D 06/04/2010 14:41 301 E 62 M / Origin: LGA Dest: 301 E 62 M / DIAL CAR INC | 79.28 |
| | 7/28/2010 | Hart-D 06/02/2010 00:50 TRAIN STATI / Origin: 49 W 49 ST M Dest: TRAIN STATION LARCHMONT10538 WE / E | 81.71 |
| | 7/28/2010 | Hart-D 06/04/2010 06:52 LGA LGA / Origin: 3 LUNDY LN LARCHMONT WE Dest: LGA LGA / DIAL CAR INC | 87.61 |
| | 7/28/2010 | Hart-D 06/08/2010 04:55 JFK JFK / Origin: 3 LUNDY LN LARCHMONT WE Dest: JFK JFK / DIAL CAR INC | 93.52 |
| | 7/28/2010 | Hart-D 06/09/2010 07:11 Origin: JFK to Larchmont to office after redeye flight / DIAL CAR INC | 312.67 |
| | 7/28/2010 | Hart-R 06/04/2010 14:45 "3 LUNDY LA / Origin: LAGUARDIA AIRPORT Dest: 3 LUNDY LANE LARCHMONT, WE | 102.70 |
| | 7/27/2010 | Keenan-TAXI 7/11Sun.Home-Office 07/11/2010 | 10.20 |
| | 7/27/2010 | Keenan-TAXI 7/11Sun.Office-Home 07/11/2010 | 12.40 |
| | 7/27/2010 | Keenan-TAXI 7/6Tues.LateOffice-Home 07/07/2010 | 13.10 |
| | 7/27/2010 | Keenan-TAXI 7/8Thurs.LateOffice-Home 07/08/2010 | 10.70 |
| | 7/27/2010 | Keenan-TAXI6/17BackToOfficeFromHome 06/18/2010 | 12.70 |
| | 7/27/2010 | Keenan-TAXI6/17Thurs.LateHomeNoRecept 06/17/2010 | 11.10 |
| | 7/27/2010 | Keenan-TAXI6/18Fri.LateOffice-Home 06/18/2010 | 11.90 |
| | 7/27/2010 | Keenan-TAXI6/27Sun.Home-Office 06/27/2010 | 12.60 |
| | 7/14/2010 | Lux-morning cab to Penn 07:45 05/20/2010 | 6.75 |
| | 7/12/2010 | Mehra-Taxi-NYC-hotel to mtg 05/27/2010 | 8.00 |
| | 7/12/2010 | Mehra-Taxi-NYC-LGA to JFK 05/27/2010 | 35.00 |
| | 7/21/2010 | Savage-Hotel/Restaurant - Toronto 06/14/2010 | 104.54 |
| | 7/21/2010 | Savage-Laguardia airport/Lazard 06/15/2010 | 96.65 |
| | 7/21/2010 | Savage-Lazard/Laguardia airport 06/14/2010 | 96.65 |
| | 7/21/2010 | Savage-Restaurant/Hotel - Toronto 06/14/2010 | 104.54 |
| | 7/23/2010 | Zhang-Boston-Taxi to work - Saturday 04/24/2010 | 20.00 |
| | | Subtotal: | 1,408.79 |
| **Employee Meals** | | | |
| | 7/26/2010 | Lux-M 22-JUN-2010 Liberty Cafe & T / SEAMLESSWEB PROFESSIONAL | 25.59 |
| | 7/26/2010 | Lux-M 30-JUN-2010 Pizza 33 (Gourme / SEAMLESSWEB PROFESSIONAL | 26.13 |
| | 7/23/2010 | Zhang-Boston-Lunch-holiday-1attendee 05/31/2010 | 11.64 |
| | 7/9/2010 | Zhang-FOODLER 877-702-2073 MA 05/24/2010 | 17.07 |
| | 7/9/2010 | Zhang-SAKURA BANA JAPANESE BOSTON MA 05/17/2010 | 21.62 |
| | | Subtotal: | 102.05 |

Nortel_July 10.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---:|
| **Meals-Meetings/Travel** | | | |
| | 7/20/2010 | Descoteaux-bfast while traveling 05/17/2010 | 19.55 |
| | 7/20/2010 | Descoteaux-bfast while traveling 05/21/2010 | 20.00 |
| | 7/20/2010 | Descoteaux-bfast while traveling 05/21/2010 | 14.15 |
| | 7/20/2010 | Descoteaux-lunch w/ client 05/25/2010 | 14.87 |
| | 7/20/2010 | Descoteaux-lunch while traveling 05/19/2010 | 25.00 |
| | 7/20/2010 | Descoteaux-lunch while traveling 05/20/2010 | 25.00 |
| | 7/26/2010 | Descoteaux-lunch while traveling 06/15/2010 | 10.13 |
| | 7/26/2010 | Descoteaux-lunch while traveling to boston 06/04/2010 | 4.44 |
| | 7/20/2010 | Descoteaux-meal w/ Client (3 ppl) 05/20/2010 | 150.00 |
| | 7/20/2010 | Descoteaux-meal w/ Client (3ppl) 05/18/2010 | 150.00 |
| | 7/26/2010 | Descoteaux-room service - bfast 06/14/2010 | 13.44 |
| | 7/20/2010 | Descoteaux-room service - dinner 05/18/2010 | 40.10 |
| | 7/26/2010 | Descoteaux-room service - dinner 06/14/2010 | 13.43 |
| | 7/14/2010 | Hart-Friday Lunch while traveling1p 06/04/2010 | 25.00 |
| | 7/14/2010 | Lux-lunch meeting - 15 attendees 05/20/2010 | 346.56 |
| | | Subtotal: | 871.67 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 7/20/2010 | Descoteaux-business center fax use 05/17/2010 | 24.00 |
| | 7/20/2010 | Descoteaux-phone use 05/18/2010 | 19.98 |
| | 7/20/2010 | Descoteaux-fax use 05/19/2010 | 9.00 |
| | | Subtotal: | 52.98 |
| **Temporary Wages** | | | |
| | 7/29/2010 | Lux-Word processing job charges / HR STAFFING, INC. | 12.07 |
| | | Subtotal: | 12.07 |
| **Travel** | | | |
| | 7/20/2010 | Descoteaux-AA Miami-BOS coach 06/03/2010 | 574.90 |
| | 7/20/2010 | Descoteaux-AA SFO-Chicago coach 05/21/2010 | 1,056.29 |
| | 7/20/2010 | Descoteaux-AC LGA-Tor-LGA coach 06/14/2010 | 2,601.00 |
| | 7/20/2010 | Descoteaux-AMERICAN EXPRESS AXCESS EXPRESS 06/07/2010 | 19.00 |
| | 7/20/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/03/2010 | 36.00 |
| | 7/20/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/07/2010 | 36.00 |
| | 7/20/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/07/2010 | 36.00 |
| | 7/20/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/07/2010 | 36.00 |
| | 7/26/2010 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/14/2010 | 36.00 |

Nortel_July 10.xlsx

# LAZARD

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

**NYC03833 - Nortel Networks Corp.**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 7/20/2010 | Descoteaux-conf. room for Nortel mtg 05/17/2010 | 160.00 |
| | 7/20/2010 | Descoteaux-delta bos-lga coach 06/04/2010 | 263.68 |
| | 7/20/2010 | Descoteaux-Hilton Hotels - 1 night - LaJol La Jolla 05/19/2010 | 167.63 |
| | 7/20/2010 | Descoteaux-HYATT HOTELS 3 nights SF AIRP BURLINGAM 05/21/2010 | 638.97 |
| | 7/20/2010 | Descoteaux-pricedif chngtripfrmRT2 1 way 05/18/2010 | 56.30 |
| | 7/26/2010 | Descoteaux-SHERATON GATEWAY - 1 night - HOT MISSISSAU 06/16/2010 | 276.81 |
| | 7/20/2010 | Descoteaux-USAIR bos-lga coach 06/04/2010 | 288.70 |
| | 12/22/2009 | Mombru-Travel: Hotel Marriot - 10 nights @$317 Trans: GBP 2,308.86 / American Express | 3,618.55 |
| | 12/24/2009 | Healey-MARRIOTT - 10 nights @ $317 Trans: GBP 2,394.67 / American Express | 3,618.55 |
| | 7/14/2010 | Hart-1way Flt BOSLGA, Coach 06/04/2010 | 263.68 |
| | 7/14/2010 | Hart-1way Flt LGABOS, Coach 06/04/2010 | 288.70 |
| | 7/14/2010 | Hart-AMEX After Hours Fee 06/08/2010 | 19.00 |
| | 7/14/2010 | Hart-AMEX After Hours Fee 06/08/2010 | 19.00 |
| | 7/14/2010 | Hart-AMEX Flight Fee 06/08/2010 | 36.00 |
| | 7/14/2010 | Hart-Flt MIABOS, Coach 06/03/2010 | 459.70 |
| | 7/14/2010 | Hart-RT Flt JFKSFJFK, coach 06/08/2010 | 1,419.00 |
| | 7/14/2010 | Lux-AMERICAN EXPRESS RAIL TICKET F 05/20/2010 | 36.00 |
| | 7/14/2010 | Lux-AMERICAN EXPRESS RAIL TICKET F 05/20/2010 | 36.00 |
| | 7/14/2010 | Lux-amtrak bos-ny 05/20/2010 | 86.00 |
| | 7/14/2010 | Lux-amtrak ny-bos 05/20/2010 | 86.00 |
| | 7/21/2010 | Savage-Sheraton/Toronto 1nt @ $268.74 06/16/2010 | 303.68 |
| | | Subtotal: | 16,573.14 |

**CLOSING BALANCE as of 7/31/2010**     19,020.70