**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                          :
                                                          :        Chapter 11
                                                          :
*In re*                                                   :
                                                          :        Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, [1]                       :
                                                          :        Jointly Administered
                          Debtors.                        :
                                                          :
                                                          :        **RE: D.I. _____**
                                                          :
---------------------------------------------------------X

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE
RELATING TO DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING A CROSS-BORDER PROTOCOL ON THE RESOLUTION OF CLAIMS**

Upon the motion (the "Motion to Shorten"),[2] of Nortel Networks Inc. ("NNI") and

certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion to Shorten, shortening

notice pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006, and

Local Rule 9006-1(e) with respect to the Debtors' Motion (the "Protocol Motion") for an order

approving a cross-border protocol on the resolution of claims; and it appearing that adequate

notice of the Protocol Motion having been given as set forth in the Motion to Shorten; and it

appearing that no other or further notice is necessary; and it appearing that the relief requested is

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

in the best interests of the Debtors' estates and creditors, and other parties-in-interest; and it appearing that the Court has jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    The Motion to Shorten is GRANTED.

2.    The Protocol Motion will be considered at a hearing scheduled on **September 16, 2010 at 10:00 a.m.** (prevailing Eastern Time).

3.    Objections, if any, to the Protocol Motion shall be filed and served no later than **September 15, 2010 at 12:00 p.m.** (prevailing Eastern Time).

4.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE