**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL
OF FILING OF MOTION RECORD FILED IN THE CANADIAN PROCEEDINGS
REGARDING CROSS-BORDER CLAIMS PROTOCOL**

**PLEASE TAKE NOTICE**, that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on September 13, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**") by its undersigned counsel, filed in the above-captioned cases the Motion Record of the Applicants filed in the Canadian Proceedings in support of the Canadian Nortel Group's Notice of Motion seeking the approval of a Cross-Border Claims Protocol (the "**Cross-Border Claims Protocol**") between the Canadian Nortel Group and the above-captioned Debtors. (the "**Motion Record**").  The Cross-Border Claims Protocol relates generally to coordinated examination and response with respect to claims filed by the same parties in both Canada and the United States.  A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on September 16, 2010.  A copy of the Motion Record is annexed hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion Record are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: September 13, 2010　　　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　/s/    Mona A. Parikh
　　　　　　　　　　　　　　　　　　　　Mary F. Caloway (No. 3059)
　　　　　　　　　　　　　　　　　　　　Mona A. Parikh (No. 4901)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　　1000 West Street, Suite 1410
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 552-4200
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 552-4295
　　　　　　　　　　　　　　　　　　　　Email:  mary.caloway@bipc.com
　　　　　　　　　　　　　　　　　　　　　　　　　mona.parikh@bipc.com

　　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　Ken Coleman
　　　　　　　　　　　　　　　　　　　　Lisa Kraidin
　　　　　　　　　　　　　　　　　　　　**ALLEN & OVERY LLP**
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York  10020
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 610-6300
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 610-6399
　　　　　　　　　　　　　　　　　　　　Email:  ken.coleman@allenovery.com
　　　　　　　　　　　　　　　　　　　　　　　　　lisa.kraidin@allenovery.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

**EXHIBIT A**