Gary Gervitz
36 Cypress Court
Trophy Club, TX 76262
425-256-0818

7 September 2010

RE:    Case No. 09-10138 -KG
       claim numbers 43, 1873, 1874, 1875, 1876, 1877, 6440, 6441

United States Bankruptcy Court for the District of Delaware
Office of The Clerk
824 Market Street
Wilmington, Delaware 19801

Dear Sir or Madam,

After close to 2 years in bankruptcy, it would be especially appropriate and ethical for the Court and/or legal counsel of the now defunct Nortel Networks to publish any information regarding potential payment of outstanding claims related to salaries, wages, and pensions.

It is egregious that after almost 2 years in bankruptcy, people like me with "priority claims" have received no information whatsoever either through the Court or Nortel's counsel regarding actual payment schedules or payment plans to satisfy such claims.

How much longer must people like me keep waiting for at least some information regarding our wages and salary claims that are deemed to be "prioritized"? People like me deserve some information, be it in our favor or to our detriment; but the continued silence regarding these claims is unacceptable.

Your help is greatly appreciated.

Best Regards,

Gary Gervitz