IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2010 SEP 13 AM 9: 53
CLERK
US BANKRUPTCY
DISTRICT OF DE

---------------------------------------------X
: 
*In re*                                    :   Chapter 11
                                           :
Nortel Networks Inc., *et al.*,[1]          :   Case No. 09-10138 (KG)
                                           :
            Debtors.                       :   Jointly Administered
                                           :
---------------------------------------------X

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

T3 Energy Services, Inc. hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 5462).

Dated: Houston, TX
August 30, 2010

T3 Energy Services, Inc.

Richard Safier
T3 Energy Services, Inc.
7135 Ardmore St.
Houston, TX 77054
Tel. (713) 996-4110

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.