IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
:
Debtors. : Jointly Administered
:
:
:
----------------------------------------------------------X

## SIXTH SUPPLEMENTAL AFFIDAVIT PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

James Scott, being duly sworn, deposes and says:

1.  I am a partner of Ernst & Young LLP ("E&Y LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this sixth supplemental affidavit (the "Supplemental Affidavit") on behalf of E&Y LLP in further support of the retention of E&Y LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009, as supplemented by my first supplemental affidavit filed on June 1, 2009 (the "First Supplemental Affidavit"), my second supplemental affidavit filed on July 9, 2009, my

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

third supplemental affidavit filed on November 9, 2009, my fourth supplemental affidavit filed on April 6, 2009 (the "Fourth Supplemental Affidavit") and my fifth supplemental affidavit filed on July 6, 2010.

2.   Except as otherwise indicated, all facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of E&Y LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of E&Y LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

## CONTINUED INDIRECT TAX SERVICES

3.   Among other services, the Debtors previously retained E&Y LLP pursuant to the OCP Order to provide indirect tax services (including sales and use tax compliance and consulting). The most recent prior statement of work for indirect tax services was attached to the Fourth Supplemental Affidavit as Exhibit 1 thereto. The fee structure in that statement of work extended through July 31, 2010.

4.   The Debtors and E&Y LLP have agreed to a new indirect tax services statement of work for continued sales and use tax compliance and consulting work, which statement of work is attached hereto as Exhibit 1 (the "Indirect Tax SOW").[2]

5.   The fees payable to E&Y LLP for the continuing indirect tax services under the Indirect Tax SOW are as follows:

August 1, 2010 through January 31, 2011:

---

[2] In the event of any conflict between the description of the terms of the Indirect Tax SOW in this Supplemental Affidavit and the actual terms of the Indirect Tax SOW, the latter shall control.

> For compliance services: $85 per tax return filed, with a minimum fee of $2,000 per month
>
> For consulting services: Hourly rate of $325
>
> February 1, 2011 through December 31, 2011:
>
> $65 per tax return filed, with a minimum fee of $2,000 per month; compliance support for out-of-scope matters (beyond basic return preparation) at hourly rate of $175 for Staff/Senior and $450 for Senior Manager

6. The Debtors have also agreed to reimburse E&Y LLP for any direct expenses incurred by E&Y LLP in connection with E&Y LLP's performance of the Additional Services.

7. All compensation and expenses will continue to be sought in accordance with the OCP Order.

8. In my First Supplemental Affidavit filed on June 1, 2009, E&Y LLP disclosed that its Transaction Advisory Services group ("EY-TAS") was assisting a potential purchaser with due diligence services, provided such due diligence services did not include any review or other services with respect to the services that E&Y LLP performs for the Debtors, and thus involved no adversity in respect of the services in regard of the services E&Y LLP performs for the Debtors. Moreover, E&Y LLP disclosed that such due diligence services would be performed by different personnel than the services for the Debtors and that confidentiality walls would be established. As a continuing post-closing aspect of that due diligence engagement, EY-TAS is analyzing working capital balances as of the closing date of the purchase transaction to assess their consistency with the balances analyzed during pre-closing due diligence, and to assess funding needs of the purchaser which do not affect the Debtors. This work continues to not involve the services performed for the Debtors and to be performed by a separate team subject to confidentiality walls.

                                                                                                                     */s/ James Scott*
                                                                                                                      **James Scott**

Dated: 9/7/2010

Sworn to and subscribed before me this 7 day of September, 2010.

*/s/ Peggy K. Kitts*
Notary Public

My Commission Expires: 12-1-2014

DETR_1466141.1                                               4