# Exhibit 1

**(Indirect Tax SOW)**

DETR_1466141.1



Ernst & Young LLP
4130 ParkLake Avenue Suite 500
Raleigh, NC 27612
Tel: 919-981-2800
Fax: 866-572-4914
www.ey.com

August 1, 2010

Nortel Networks Inc.
c/o Randall Izzard
2221 Lakeside Bldv.
Richardson, Texas 75082

Re: *Statement of Work and Amending Agreement*
*Indirect Tax*

Thank you for choosing the US firm of Ernst & Young LLP, a Delaware limited liability partnership, as your tax service provider. We are pleased to confirm the terms of our agreement with respect to providing Nortel Networks Inc. with the services described in Schedule A. Schedule A also describes applicable pricing.

This document constitutes a Statement of Work and Amending Agreement as such term is used in the Master Services Agreement 05-178 dated as of January 1, 2007 (the "Global Tax MSA") signed by the Canadian firm of Ernst & Young LLP (an Ontario limited liability partnership) and Nortel Networks Limited (a corporation incorporated under the laws of Canada). Except as specifically varied below, all of the terms and conditions of the Global Tax MSA are hereby incorporated by reference into this Statement of Work and Amending Agreement and shall govern the services to be provided and our respective rights and obligations arising from this engagement.

All references to "E&Y" or "Contractor" in the global MSA as incorporated herein shall be deemed to refer solely to the Ernst & Young member firm signing below. This Statement of Work and Amending Agreement shall create rights and obligations solely between the parties signing below.

The parties agree that this Statement of Work and Amending Agreement does not constitute a formal modification or amendment of any provision of the Global Tax MSA other than as may be expressly stated herein and shall not constitute or give rise to the assumption or rejection of the Global Tax MSA.

Agreed:
**Ernst & Young LLP**
a Delaware limited liability partnership

by _____
Name: James E. Scott
Title:   Partner

Agreed:
**Nortel Networks Inc.**

by _____
Name: Randal Izzard
Title: Corporate Business Services



## Schedule A

For the services set out herein Contractor will invoice Nortel Networks for the tax services described below (the "Services") in the following manner: (a) for recurring compliance activities, monthly in arrears of the services being rendered; (b) for consulting support, monthly at the end of the month in which the services are rendered; Contractor will invoice monthly for its pre-approved travel and living expenses.

Despite anything to the contrary in the Agreement, a party hereto may only terminate provision of the services provided under this Schedule A upon either (a) ninety days written notice or (b) in the event of breach of the other party's obligations hereunder, following the party's failure to cure within 30 days of receipt of written notice.

### SECTION 1: SERVICE DESCRIPTIONS

Contractor shall supply the Services on an **as-required basis**. The Services will be those requested from time to time on behalf of or as required by the applicable Nortel Networks Manager. All Services will be provided in accordance with the requirements set out in this Section

The management of Nortel Networks is responsible for establishing and maintaining its tax system and procedures and directing the tax function. Nortel Networks will: (1) Designate the appropriate individual to be responsible for the tax function. Nortel Networks' Vice-President of Taxation will be that designate; (2) Determine the scope and frequency of any tax services to be performed for Nortel Networks, including those to be performed by Contractor; (3) Provide the Contractor with accurate and timely information and other appropriate resources to enable the Contractor to perform the Services; and (4) Evaluate the adequacy of the tax procedures performed.

The Services will be provided for the Sales & Use tax consulting and compliance in the United States (US). The types of Services that may be provided include but are not limited to:

**Recurring compliance activities** – As required by Client. Such activities include the services listed in the table below and primarily relate to routine tax return preparation.

**Consulting support** – As requested by Client. Consulting support includes any activities, not related to recurring compliance activities, to support the indirect tax function of Client, which may include the defense of field audits by taxing authorities.

Following is the intended scope of services:

| | Sales & Use Tax Compliance (United States) | Contractor | Client |
|---|---|---|---|
| 1 | Provide monthly data required to prepare all sales and use tax returns in consistent format no later than the 5th business day of the filing month. Other matters relating to tax data, remittances and mailings are set out in Schedule B | | X |
| 2 | Import data files into tax compliance system. | X | |
| 3 | Payment, application, and tracking of prepayments at the jurisdiction level. | X | |
| 4 | Application, reporting, and tracking of credits at the invoice level. | X | |



| | | | |
|---|---|---|---|
| 5 | Prepare and process all required sales and use tax returns and payments including 505(b) notifications related to Client's Chapter 11 bankruptcy proceedings. | X | |
| 6 | Determine the monthly cash required for Client to pay its tax liabilities and notify Client of required funds at least two business days prior to the expected payment date. | X | |
| 7 | Provide timely approval and funding of tax liabilities. | | X |
| 8 | Provide monthly reconciliation of data provided by Client to payments made with the sales and use tax returns. | X | |
| 9 | Imaging and electronic storage of returns and all related supporting documentation. | X | |
| 10 | Provide access to filed tax returns on an as needed basis (filed tax returns remain the property of Client). | X | |
| 11 | Management and timely resolution of notices and routine jurisdictional correspondence. | X | |
| 12 | Provide reasonable access to a designated individual to respond to requests for information or clarification. | | X |
| 13 | Provide summary level data (or actual time sheets if requested) on time spent on consulting support by all Contractors employees on a monthly basis. | X | |

**Out-Of-Scope Services**

Any activities not described as Services, as indicated above under Service Descriptions, are not covered by the fees stated herein. These Services will be considered outside the scope of this SOW and are the responsibility of Client to perform on a timely basis unless otherwise agreed by the parties in writing.

**Responsibilities**

Client shall make all management decisions and perform all management functions in connection with the Services under this SOW. EY may assist Client in rendering management decisions or carrying out management functions in connection with the Services, including by providing advice, research material or recommendations, but EY will not make any such decisions or perform any such functions. In its sole discretion, EY may refuse to take any action to the extent it might be construed as a management decision or a management function.

Client accepts responsibility for the results of the Services. Client's approval of any Services shall not constitute a waiver of any of its rights under this SOW. Client further agrees to establish and maintain internal controls in connection with the Services, including monitoring EY's performance under this SOW.

Client shall designate an employee possessing the skill, knowledge and/or experience (but not necessarily the experience to perform the Services) to (1) oversee, (2) evaluate the effectiveness of, and (3) approve, the Services.



**Fees**

| US | 8/1/10 through 1/31/11 | 2/1/11 through 12/31/11 |
|---|---|---|
| Recurring compliance fee flat fee) | US $85 per tax return filed; minimum fee of $2,000 per month | US $65 per tax return filed; minimum fee of $2,000 per month; hourly compliance support for out-of-scope matters (beyond basic return preparation) at $175 for Staff/Senior and $450 for Senior Manager |
| Consulting support | US $325 / hour | US $325 / hour |

In addition, Client shall reimburse EY for direct expenses incurred in connection with the performance of the Services. Direct expenses include reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses specifically related to this engagement. EY shall bill Client for its fees and expenses on a monthly basis. Payment is due within thirty days of receipt of EY's invoice. EY shall reduce its monthly compliance fee by the amount Client paid to its third party vendor for check printing related to recurring compliance activities.

The Internal Revenue Code, related IRS guidance, and professional standards require that tax advisors advise clients regarding their penalty exposure with respect to the advice they render and the disclosures that may avoid such penalties. Our tax opinions, memoranda, and similar documents will address disclosures we believe are appropriate to comply with applicable taxpayer and tax advisor/return preparer obligations, including our views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.



## Schedule B

### 1  General Info

On behalf of Nortel Networks, Contractor will prepare all of the required domestic state and local sales and use tax returns.

Nortel is responsible for notifying Contractor of new filing obligations no less than 15 days prior to their due dates. Contractor will register Nortel Networks in new jurisdictions and add or drop locations from existing sales and use tax registrations as directed by Nortel Networks.

Contractor will report and remit the amount of tax collected by Nortel Networks as indicated in the tax data files.

Contractor will review and attempt to resolve routine taxing agency inquiries and notices related to returns filed by Contractor. Nortel Networks management is required to explicitly approve any such resolution whereby additional tax or payment liability (interest, penalties, etc.) would be incurred by Nortel Networks.

### 2  Tax Data

Returns prepared by Contractor on behalf of Nortel Networks will be based on information contained in data files to be provided to Contractor no later than the 5th business day of each new accounting period (in accordance with the accounting period schedule provided to Contractor). Contractor will make reasonable efforts to report tax data that is provided after the 5th business day of the accounting period.

Nortel Networks will provide the tax information, in computer readable files. At a minimum the files will contain data indicating:

- Taxing jurisdiction Zip code (or vertex™ Geocode)
- Taxing jurisdiction city
- Taxing jurisdiction state
- Store or location number
- Amount of tax collected
- Total sales

Contractor will determine taxing jurisdiction based on the zip code, city and state fields. When this method results in ambiguities, or when any of these fields are null, tax situs will be determined programmatically using a "best-fit" algorithm unless specifically directed otherwise by Nortel Networks. The algorithm will assign the tax to the taxing jurisdiction that encompasses the greatest number of addresses that meet the specifications indicated in the tax data record.

The tax data will be analyzed through an automated process to identify net negative tax amounts. The process will analyze the sum of tax for all taxing authority levels with the same jurisdiction location identifiers (e.g. zip-code, city, etc.). These negative tax amounts will be carried forward to subsequent reporting periods and used to offset tax records with the same jurisdiction location identifiers to the extent that the offset does not create a negative tax record.

Contractor will be responsible for filing returns based on information provided by Nortel Networks. Contractor will not independently verify such information. Contractor will not be responsible for the accuracy of the information provided to us or any liability resulting from inaccuracies that it contains.



Should Nortel Networks assert that it incurred penalties or interest as a result of Contractor's negligence in performing the services described herein, Contractor has the right to defend and/or attempt to mitigate, any such penalties and/or interest by exercising, at its expense, any available remedies, with Nortel Networks approval, prior to Nortel Networks paying or agreeing to pay any amount in settlement of the assessment

Contractor will provide Nortel Networks with a schedule summarizing the tax data by state. Unless otherwise specified in this proposal, special requests for additional reports will be accommodated at reasonable standard hourly rates.

## 3 *Remittance Information*

Contractor will provide Nortel Networks with remittance information in either a computer readable format or printout as directed by Nortel Networks (e.g. ASCII, Excel, and Access).

## 4 Contractor *Mailing and Remittances*

Nortel Networks will be responsible for preparing checks to satisfy obligations indicated in the returns prepared by Contractor under this agreement. Nortel Networks will also be responsible for delivering all checks to Contractor's Office at 18006 Skypark Circle, Ste. 106, Irvine, CA 92614 by 12:00PM Pacific Time one or more days before the deadline of the tax return related to each check.

Contractor will be responsible for effectuating electronic funds transfers and for mailing tax returns and checks to taxing agencies. With respect to this responsibility:

> Contractor will be considered to have timely completed all of its obligations in the absence of definitive documentary evidence to the contrary.

> Contractor will prepare remittance information and mail returns and remittances four or more times per month, generally on the 10th, 15th, 20th and 30th. Returns and remittances will be mailed on the mail date that immediately precedes the due date of the return.

> Contractor will send all Sales and Use Tax returns requiring remittance greater than $20,000 via U.S. Postal Service Certified mail.

In any case, Contractor will exert reasonable efforts to resolve and mitigate any such adverse actions or levies regardless of the cause.