## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re*                                                    :     Chapter 11
                                                           :
Nortel Networks Inc., *et al.,*[1]                         :     Case No. 09-10138 (KG)
                                                           :
                                  Debtors.                 :     Jointly Administered
                                                           :
                                                           :     **RE: D.I.s 137, 192, 224, 236, 457, 605, 1060,**
                                                           :     **1139, 1140, 1241, 1318, 1398, 1694, 1894, 2040,**
                                                           :     **2411, 2834, 3345**
-----------------------------------------------------------X

## NOTICE OF FOURTEENTH SUPPLEMENT TO
## LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in the Order

Authorizing the Debtors to Retain and Employ Professionals Used in the Ordinary Course of

Business *Nunc Pro Tunc* to the Petition Date [D.I. 236] (the "OCP Order"),[2] Nortel Networks

Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the

"Debtors"), have today filed the attached supplement to Exhibit 1 to the OCP Order for purposes

of retaining the Additional Ordinary Course Professional listed therein.

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc., (9769), Nortel AltSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]       All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

Dated:  September 14, 2010
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

        - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

____*/s/ Alissa T. Gazze*_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*