## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Fourteenth Supplement To List Of Ordinary Course Professionals** was caused to be made on September 14, 2010, in the manner indicated upon the entities on the attached service list.

Date: September 14, 2010

_/s/ Alissa T. Gazze_
Alissa T. Gazze (# 5338)

3660050.2