# **EXHIBIT A**

## **No Liability Claims**

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| COMM-WORKS HOLDINGS, LLC<br>1405 XENIUM LN N STE 120<br>MINNEAPOLIS, MN  55441-4448 | 1967<br>8/21/09<br>NO DEBTOR | Unspecified* | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: APTO SOLUTIONS INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY  10504 | 1140<br>5/11/09<br>09-10138<br>Nortel Networks Inc. | $1,264.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,264.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| DEGRAND JOHN & SON INC<br>P.O. BOX 16609<br>WEST HAVEN, CT  06516 | 1751<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$380.00 (U)<br>$380.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| DERSE, INC.<br>3800 W. CANAL STREET<br>MILWAUKEE, WI  53208 | 1102<br>5/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$43,574.57 (U)<br>$43,574.57 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| FLORIDA POWER & LIGHT COMPANY<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL  33408 | 4528<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| FPL FIBERNET LLC<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL  33408 | 4529<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA  52404 | 624<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,289.08 (U)<br>$33,289.08 (T) | No Amount Due Claim. The Debtors have returned the equipment leased under agreement, have complied with all lease terms, and therefore believe that there is no amount due and owing to the claimant with respect to such claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ITAAS, INC<br>SONJUI L KUMAR, ESQ<br>1117 PERIMETER CENTER WEST, # W311<br>ATLANTA, GA  30338 | 3466<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$18,330.00 (A)<br>- (P)<br>- (U)<br>$18,330.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA  30338 | 1366<br>6/15/09<br>NO DEBTOR | - (S)<br>$18,330.00 (A)<br>- (P)<br>$125,990.00 (U)<br>$144,320.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA  30338 | 1479<br>7/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,330.00 (P)<br>- (U)<br>$144,320.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MTS ALLSTREAM INC<br>200 WELLINGTON STREET W<br>SUITE 1200<br>TORONTO, ON  M5V 3G2<br>CANADA | 3418<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,191.16 (U)<br>$6,191.16 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MTS ALLSTREAM INC<br>1730 MCGILLIVRAY BLVD<br>BOX 6666 BW100R<br>WINNIPEG, MB  R3C 3V6<br>CANADA | 3419<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$140,493.25 (U)<br>$140,493.25 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ORIENTAL PRINTED CIRCUITS LIMITED<br>4 TAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO, NT<br>HONG KONG | 6628<br>1/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,506.40 (A)<br>- (P)<br>- (U)<br>$1,506.40 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| ROCHESTER ELECTRONICS LLC<br>16 MALCOLM HOYT DRIVE<br>NEWBURYPORT, MA  01950 | 972<br>4/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$191,125.00 (U)<br>$191,125.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TWISTED PAIR SOLUTIONS<br>3131 ELLIOTT AVENUE, SUITE 200<br>SEATTLE, WA  98121 | 6081<br>11/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| WIRELESS COMMUNICATIONS<br>1333 H STREET NW<br>WASHINGTON, DC  20005 | 2025<br>8/24/09<br>NO DEBTOR | Unspecified* | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |

|  |  |  |  |
|---|---|---|---|
| **Totals:** | **16  Claims** | $1,264.00 (S)<br>$38,166.40 (A)<br>$18,330.00 (P)<br>$547,043.06 (U)<br>$730,793.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed