# EXHIBIT B

## Reduce and Allow Claims

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ASCENTIUM CORPORATION<br>JONATHAN BUCHTER, TREASURER<br>10500 NE 8TH STREET, SUITE 1300<br>BELLEVUE, WA  98004 | 5917<br>10/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,172.00 (U)<br>$19,172.00 (T) | - (S)<br>- (A)<br>- (P)<br>$15,556.00 (U)<br>$15,556.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize certain invoices submitted by the claimant (#29367, 29350, 29885) as valid liabilities of any Debtor in these chapter 11 cases. |
| CHANNEL INTELLIGENCE, INC.<br>1180 CELEBRATION BLVD., SUITE 101<br>CELEBRATION, FL  34747 | 804<br>4/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$93,427.13 (U)<br>$93,427.13 (T) | - (S)<br>- (A)<br>- (P)<br>$61,845.00 (U)<br>$61,845.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize certain invoices submitted by the claimant (#5756, 6939) as valid liabilities of any Debtor in these chapter 11 cases. |
| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD  21094 | 505<br>3/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$152,895.18 (U)<br>$152,895.18 (T) | - (S)<br>- (A)<br>- (P)<br>$136,822.00 (U)<br>$136,822.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize certain invoices submitted by the claimant as valid liabilities of any Debtor in these chapter 11 cases. |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ  08854 | 1056<br>4/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$910.00 (U)<br>$910.00 (T) | - (S)<br>- (A)<br>- (P)<br>$530.00 (U)<br>$530.00 (T) | Partially Satisfied Claim. Claim should be modified to remove $165 for an invoice that has been fully paid on 4/14/2009, check reference #6000012859.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize certain invoices submitted by the claimant (#TG0028391) as valid liabilities of any Debtor in these chapter 11 cases. |
| INTERSYSTEMS<br>INTERSYSTEMS HOUSE<br>WINDSOR  SL4 6BB<br>UNITED KINGDOM | 1949<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,229.88 (U)<br>$33,229.88 (T) | - (S)<br>- (A)<br>- (P)<br>$31,680.00 (U)<br>$31,680.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize certain invoices submitted by the claimant (#0809002001313) as valid liabilities of any Debtor in these chapter 11 cases. |

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| TRANSPERFECT TRANSLATIONS<br>3 PARK AVENUE<br>39TH FLOOR<br>NEW YORK, NY  10016 | 2220<br>8/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$113,592.55 (U)<br>$113,592.55 (T) | - (S)<br>- (A)<br>- (P)<br>$83,174.74 (U)<br>$83,174.74 (T) | Non-Debtor Invoice Claim. Claim should be modified to remove $6,709.60 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| | | | | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $3,224.31 as valid liabilities of any Debtor in these chapter 11 cases. |
| | | | | No Supporting Documentation Claim. Claim asserts a face value of $113,592.55, but the supporting documentation provided by the claimant provides a sum of only $93,108.65. Claim is overstated by $20,483.90 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases. |
| UNISYS CORPORATION<br>C/O SIRLIN, GALLOGLY & LESSER, P. C.<br>ATTN: DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA  19102 | 3939<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$623,275.71 (U)<br>$623,275.71 (T) | - (S)<br>- (A)<br>- (P)<br>$386,571.32 (U)<br>$386,571.32 (T) | Non-Debtor Invoice Claim. Claim should be modified to remove $234,623.70 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| | | | | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2,080.69 as valid liabilities of any Debtor in these chapter 11 cases. |
| UNITED BUSINESS MEDIA LLC<br>D/A TECHWEB AND EVERYTHING CHANNEL<br>600 COMMUNITY DRIVE, 3RD FLOOR<br>MANHASSET, NY  11030 | 547<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$132,675.00 (U)<br>$132,675.00 (T) | - (S)<br>- (A)<br>- (P)<br>$128,675.00 (U)<br>$128,675.00 (T) | Redundant Invoice Claim. Claimed amount of $4,000 is redundant of claim 572 filed by Light Reading and Heavy Reading, affiliates of the claimant. |
| **Totals:** | **8  Claims** | - (S)<br>- (A)<br>- (P)<br>**$1,169,177.45 (U)**<br>**$1,169,177.45 (T)** | - (S)<br>- (A)<br>- (P)<br>**$844,854.06 (U)**<br>**$844,854.06 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.