# EXHIBIT C

## Redundant Claims

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ADEX CORPORATION<br>MARC D. FREEDMAN, ESQ.<br>FREEDMAN & GERSTEN, LLP<br>777 TERRACE AVENUE, 5TH FLOOR<br>HASBROUCK HEIGHTS, NJ 07604 | 5350<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$718,475.43 (U)<br>$718,475.43 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: ADEX CORPORATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7149<br>3/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$305,181.93 (U)<br>$305,181.93 (T) | Claim is redundant of claim 7149 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB  T1V 2C2<br>CANADA | 265<br>2/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$123,140.09 (U)<br>$123,140.09 (T) | ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB  T1V 2C2<br>CANADA | 1274<br>6/4/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$123,140.09 (U)<br>$123,140.09 (T) | Claim is redundant of claim 1274 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5500<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$64,009.49 (A)<br>- (P)<br>- (U)<br>$64,009.49 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5503<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$64,009.49 (A)<br>- (P)<br>$141,163.05 (U)<br>$205,172.54 (T) | Claim is redundant of claim 5503 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5501<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>- (U)<br>$84,061.54 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5499<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,174,975.42 (U)<br>$1,259,036.96 (T) | Claim is redundant of claim 5499 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AMPHENOL INTERCONNECT PRODUCTS CORP<br>C/O MOSES & SINGER LLP<br>ATTN ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5506<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,283.39 (U)<br>$50,283.39 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5499<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,174,975.42 (U)<br>$1,259,036.96 (T) | Claim is redundant of claim 5499 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AMPHENOL PRINTED CIRCUITS<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5504<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,828.74 (U)<br>$5,828.74 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY  10174-1299 | 5499<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,174,975.42 (U)<br>$1,259,036.96 (T) | Claim is redundant of claim 5499 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| AMPHENOL TECHNICAL PRODUCTS INT'L<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | 5502<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>- (U)<br>$84,061.54 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | 5499<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,174,975.42 (U)<br>$1,259,036.96 (T) | Claim is redundant of claim 5499 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| AMPHENOL TECHNICAL PRODUCTS INT'L<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | 5505<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,118,863.29 (U)<br>$1,202,924.83 (T) | AMPHENOL CORPORATION<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | 5499<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,061.54 (A)<br>- (P)<br>$1,174,975.42 (U)<br>$1,259,036.96 (T) | Claim is redundant of claim 5499 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ANDERSON GORECKI & MANARAS LLP<br>PO BOX 553<br>CARLISLE, MA 01741 | 2818<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$31,161.53 (A)<br>- (P)<br>- (U)<br>$31,161.53 (T) | ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA 01720-3421 | 2819<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$391,830.90 (U)<br>$391,830.90 (T) | Claim is redundant of claim 2819 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ASTEELFLASH CALIFORNIA, INC.<br>ATTN: BETTY CHOW<br>4211 STARBOARD DR.<br>FREMONT, CA 94538 | 5947<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | $102,490.00 (S)<br>- (A)<br>- (P)<br>$2,529,350.09 (U)<br>$2,631,840.09 (T) | ASTEELFLASH CALIFORNIA, INC.<br>ATTN: BETTY CHOW<br>4211 STARBOARD DR.<br>FREMONT, CA 94538 | 5512<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | $102,490.00 (S)<br>- (A)<br>- (P)<br>$2,529,350.09 (U)<br>$2,631,840.09 (T) | Claim is redundant of claim 5512 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER ESQ<br>NOSSAMAN LLP<br>915 L STREET SUITE 1000<br>SACRAMENTO, CA 95814 | 3615<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>- (U)<br>$61,290.00 (T) | BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN : ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | 5468<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>- (U)<br>$61,290.00 (T) | Claim is redundant of claim 5468 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER, ESQ<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | 3617<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>$608,614.19 (U)<br>$669,904.19 (T) | BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN: ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | 5467<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>$608,614.19 (U)<br>$669,904.19 (T) | Claim is redundant of claim 5467 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| BELL MICROPRODUCTS, INC.<br>ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA  95814 | 1432<br>6/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>$528,809.98 (U)<br>$590,099.98 (T) | BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN: ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA  95814 | 5467<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>$608,614.19 (U)<br>$669,904.19 (T) | Claim is redundant of claim 5467 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BELL MICROPRODUCTS, INC.<br>ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA  95814 | 1433<br>6/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>- (U)<br>$61,290.00 (T) | BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN : ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA  95814 | 5468<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$61,290.00 (A)<br>- (P)<br>- (U)<br>$61,290.00 (T) | Claim is redundant of claim 5468 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| C. MARK CORP.<br>10515 MARKISON ROAD<br>DALLAS, TX  75238 | 3733<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$95,030.00 (A)<br>- (P)<br>- (U)<br>$95,030.00 (T) | C-MARK CORP<br>10515 MARKISON ROAD<br>DALLAS, TX  75238 | 1373<br>6/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$992,966.00 (U)<br>$992,966.00 (T) | Claim is redundant of claim 1373 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| CITRIX SYSTEMS INC.<br>C/O LUIS GRULLON<br>851 W. CYPRESS CREEK RD.<br>FORT LAUDERDALE, FL 33309 | 743<br>3/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,087.00 (U)<br>$45,087.00 (T) | CITRIX SYSTEMS, INC.<br>ATTN: CORPORATE COUNSEL<br>4988 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA  95054 | 6772<br>1/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,253.40 (U)<br>$427,253.40 (T) | Claim is redundant of claim 6772 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA 22911 | 5356<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$235,980.00 (A)<br>- (P)<br>- (U)<br>$235,980.00 (T) | GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA  22911 | 7077<br>2/5/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$548,496.64 (U)<br>$548,496.64 (T) | Claim is redundant of claim 7077 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA 22911 | 5358<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$548,496.64 (U)<br>$548,496.64 (T) | GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA  22911 | 7077<br>2/5/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$548,496.64 (U)<br>$548,496.64 (T) | Claim is redundant of claim 7077 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | 4098<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$400,528.64 (A)<br>- (P)<br>- (U)<br>$400,528.64 (T) | HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | 4099<br>9/28/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | $400,528.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400,528.64 (T) | Claim is redundant of claim 4099 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MCGEE-SMITH ANALYTICS<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | 230<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,200.00 (P)<br>- (U)<br>$2,200.00 (T) | MCGEE-SMITH ANALYTICS, LLC<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | 1740<br>8/17/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,200.00 (U)<br>$2,200.00 (T) | Claim is redundant of claim 1740 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | 1594<br>7/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$614,914.25 (A)<br>- (P)<br>- (U)<br>$614,914.25 (T) | MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT, PRESIDENT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | 1593<br>7/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$615,914.25 (U)<br>$615,914.25 (T) | Claim is redundant of claim 1593 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MOTOR CITY ELECTRIC TECHNOLOGIES, INC.<br>9440 GRINNELL ST.<br>DETROIT, MI 48213-1151 | 622<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$373,668.69 (U)<br>$373,668.69 (T) | HENDERSON ELECTRIC INC<br>18427 W MCNICHOLS<br>DETROIT, MI 48219-4113 | 2857<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$373,668.69 (U)<br>$373,668.69 (T) | Claim is redundant of claim 2857 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| NETIQ CORPORATION<br>1233 WEST LOOP SOUTH, SUITE 810<br>ATTN: CREDIT DEPARTMENT<br>HOUSTON, TX 77027 | 297<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$528,354.94 (U)<br>$528,354.94 (T) | NETIQ CORP<br>1233 WEST LOOP SOUTH, SUITE 810<br>ATTN: CREDIT DEPT<br>HOUSTON, TX 77027 | 1702<br>8/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$441,288.52 (U)<br>$441,288.52 (T) | Claim is redundant of claim 1702 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| NUANCE COMMUNICATIONS<br>1380 WILLOW ROAD<br>MENLO PARK, CA 94025-1516 | 3307<br>9/21/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$940,000.00 (U)<br>$940,000.00 (T) | NUANCE COMMUNICATIONS, INC<br>TIM STEVENSON<br>ONE WAYSIDE RD<br>BURLINGTON, MA 01803-4609 | 3266<br>9/21/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$961,637.94 (U)<br>$961,637.94 (T) | Claim is redundant of claim 3266 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| NUANCE COMMUNICATIONS, INC.<br>ATTN: TIM STEVENSON<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA  01803 | 3308<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$143,523.60 (A)<br>- (P)<br>- (U)<br>$143,523.60 (T) | NUANCE COMMUNICATIONS, INC<br>TIM STEVENSON<br>ONE WAYSIDE RD<br>BURLINGTON, MA  01803-4609 | 3266<br>9/21/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$961,637.94 (U)<br>$961,637.94 (T) | Claim is redundant of claim 3266 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4686<br>9/28/09<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4687<br>9/28/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4688<br>9/28/09<br>09-10141<br>Alteon WebSystems International, Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4689<br>9/28/09<br>09-10152<br>Nortel Networks Cable Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA  94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4690 9/28/09 09-10151 Northern Telecom International Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4685 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4691 9/28/09 09-10150 Nortel Networks International Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4685 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4692 9/28/09 09-10149 Architel Systems (U.S.) Corporation | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4685 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4693 9/28/09 09-10148 Nortel Networks HPOCS Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4685 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4694 9/28/09 09-10146 Nortel Networks Applications Management Solutions Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | OCLARO (NORTH AMERICA), INC. F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT, CA 94538 | 4685 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $177,805.00 (U) $177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| OCLARO (NORTH AMERICA), INC.<br>2584 JUNCTION AVE<br>SAN JOSE, CA 95134-1902 | 4695<br>9/28/09<br>09-10147<br>Nortel Networks Optical Components Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4696<br>9/28/09<br>09-10142<br>Xros, Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4697<br>9/28/09<br>09-10143<br>Sonoma Systems | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4698<br>9/28/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4699<br>9/28/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | 4685<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$177,805.00 (U)<br>$177,805.00 (T) | Claim is redundant of claim 4685 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4654 9/28/09 09-10139 Nortel Networks Capital Corporation | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653 9/28/09 09-10138 Nortel Networks Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4655 9/28/09 09-10140 Nortel Altsystems, Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653 9/28/09 09-10138 Nortel Networks Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4656 9/28/09 09-10141 Alteon WebSystems International, Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653 9/28/09 09-10138 Nortel Networks Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4657 9/28/09 09-10142 Xros, Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653 9/28/09 09-10138 Nortel Networks Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORR LLP 60 STATE STREET BOSTON, MA 02109 | 4658 9/28/09 09-10143 Sonoma Systems | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653 9/28/09 09-10138 Nortel Networks Inc. | - (S) $769,328.00 (A) - (P) - (U) $769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

# Exhibit C

## Redundant Claims

| | Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4659<br>9/28/09<br>09-10144<br>Qtera Corporation | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4660<br>9/28/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4661<br>9/28/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4662<br>9/28/09<br>09-10147<br>Nortel Networks Optical Components Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4663<br>9/28/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4679<br>9/28/09<br>09-10143<br>Sonoma Systems | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4680<br>9/28/09<br>09-10142<br>Xros, Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4681<br>9/28/09<br>09-10141<br>Alteon WebSystems International, Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4682<br>9/28/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4683<br>9/28/09<br>09-10139<br>Nortel Networks Capital Corporation | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC -<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4664<br>9/28/09<br>09-10152<br>Nortel Networks Cable Solutions Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC -<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4665<br>9/28/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA  02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE DORR LLP 60 STATE STREET BOSTON, MA 02109 | 4666<br>9/28/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE DORR LLP 60 STATE STREET BOSTON, MA 02109 | 4667<br>9/28/09<br>09-10149<br>Architel Systems (U.S.) Corporation | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON, MA 02109 | 4653<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>- (U)<br>$769,328.00 (T) | Claim is redundant of claim 4653 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4670<br>9/28/09<br>09-10152<br>Nortel Networks Cable Solutions Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4671<br>9/28/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4672<br>9/28/09<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4673<br>9/28/09<br>09-10149<br>Architel Systems (U.S.) Corporation | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4674<br>9/28/09<br>09-10148<br>Nortel Networks HPOCS Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4675<br>9/28/09<br>09-10147<br>Nortel Networks Optical Components Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4676<br>9/28/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4677<br>9/28/09<br>09-10145<br>CoreTek, Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4678<br>9/28/09<br>09-10144<br>Qtera Corporation | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA  95134 | 4684<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$769,328.00 (A)<br>- (P)<br>$99,084.00 (U)<br>$868,412.00 (T) | Claim is redundant of claim 4684 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT  06450 | 112<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$99,957.49 (U)<br>$99,957.49 (T) | RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT  06450 | 1109<br>5/4/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,823,330.49 (U)<br>$1,823,330.49 (T) | Claim is redundant of claim 1109 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| RADIO FREQUENCY SYSTEMS<br>PETER HOLEWINSKI, GLOBAL CREDIT HEAD<br>ALCATEL-LUCENT<br>600 MOUNTAIN AVENUE 6E210<br>MURRAY HILL, NJ 07974 | 3776<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,482,259.49 (U)<br>$1,482,259.49 (T) | RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT 06450 | 1109<br>5/4/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,823,330.49 (U)<br>$1,823,330.49 (T) | Claim is redundant of claim 1109 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| RADIO FREQUENCY SYSTEMS<br>ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF CREDIT, ALCATEL LUCENT<br>600 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974 | 4135<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,800.00 (U)<br>$7,800.00 (T) | RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT 06450 | 1109<br>5/4/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,823,330.49 (U)<br>$1,823,330.49 (T) | Claim is redundant of claim 1109 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | 5515<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | 5425<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | Claim is redundant of claim 5425 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 5046<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>- (U)<br>$903,722.44 (T) | SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | 5425<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | Claim is redundant of claim 5425 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 5430<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>- (U)<br>$903,722.44 (T) | SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | 5425<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$903,722.44 (A)<br>- (P)<br>$18,035,538.27 (U)<br>$18,939,260.71 (T) | Claim is redundant of claim 5425 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| TANDBERG, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC 28202 | 5325<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$297,650.76 (U)<br>$297,650.76 (T) | TANDBERG, INC.<br>C/O SHANNON E. HOFF, ESQ.<br>POYNER SPRUILL LLP<br>301 S. COLLEGE ST, SUITE 2300<br>CHARLOTTE, NC 28202 | 1646<br>8/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$297,650.76 (A)<br>- (P)<br>- (U)<br>$297,650.76 (T) | Claim is redundant of claim 1646 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| UNISYS CORPORATION<br>C/O DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA 19102 | 6948<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$377,058.65 (U)<br>$377,058.65 (T) | UNISYS CORPORATION<br>C/O SIRLIN, GALLOGLY & LESSER, P. C.<br>ATTN: DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA 19102 | 3939<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$623,275.71 (U)<br>$623,275.71 (T) | Claim is redundant of claim 3939 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 7150<br>3/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$413,293.50 (U)<br>$413,293.50 (T) | UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 7283<br>6/9/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$387,503.42 (U)<br>$387,503.42 (T) | Claim is redundant of claim 7283 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| **Totals:** | **76 Claims** | $102,490.00 (S)<br>$26,334,843.45 (A)<br>$2,200.00 (P)<br>$32,708,976.63 (U)<br>$59,148,510.08 (T) | | | $503,018.64 (S)<br>$25,279,479.27 (A)<br>- (P)<br>$80,920,162.97 (U)<br>$106,702,660.88 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.