# EXHIBIT D

## Satisfied Claims

# Exhibit D

## Satisfied Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| EKAHAU INC<br>PO BOX 1240<br>SANTA ROSA, CA  95402-1240 | 6905<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$9,918.00 (U)<br>$9,918.00 (T) | Claimant issued Debtor credit memo 2008252CR in December 2008 in satisfaction of the invoice asserted in the clam. |
| FREEMAN DECORATING SERVICES, INC.<br>ATTN: MARY OSWALD<br>1600 VICEROY; SUITE 100<br>DALLAS, TX  75235 | 828<br>3/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$195.19 (U)<br>$195.19 (T) | Claim asserts invoices that have been paid by a third party billing system. None of the Debtors in these chapter 11 cases are liable for those amounts. |
| **Totals:** | **2 Claims** | - (S)<br>- (A)<br>- (P)<br>$10,113.19 (U)<br>$10,113.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed