# EXHIBIT E

## Wrong Debtor Claims

## Exhibit E

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor | Total Allowed |
|---|---|---|---|---|---|
| CENTRAL GENERAL ENGINEERING AND<br>LP#52 GURAHOO TRACE<br>CHASE VILLAGE CARAPICHAIMA<br>CHAGUANAS<br>TRINIDAD AND TOBAGO | 2205<br>8/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$110,581.05 (U)<br>$110,581.05 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$110,581.05 (U)<br>$110,581.05 (T) |
| CMP AMS<br>CMP AMS (NC) LLC<br>1506 IVAC WAY<br>CREEDMOOR, NC 27522 | 6708<br>1/14/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$41,632.50 (U)<br>$41,632.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,632.50 (U)<br>$41,632.50 (T) |
| INJENTEK INJECT ENGINEERING<br>TECHNOLOGY INC<br>9-1730 MCPHERSON COURT<br>PICKERING, ON L1W 3E6<br>CANADA | 6813<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,420.14 (U)<br>$5,420.14 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,420.14 (U)<br>$5,420.14 (T) |
| MCGEE-SMITH ANALYTICS, LLC<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | 1740<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,200.00 (U)<br>$2,200.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,200.00 (U)<br>$2,200.00 (T) |
| REAL TIME MONITORS<br>REAL TIME MONITORS INC<br>711 S CARSON, SUITE 4<br>CARSON CITY, NV 89701-5292 | 2869<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$144,000.00 (U)<br>$144,000.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$144,000.00 (U)<br>$144,000.00 (T) |

# Exhibit E

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| **Totals:** | 5 Claims | - (S)<br>- (A)<br>- (P)<br>$303,833.69 (U)<br>$303,833.69 (T) | | | - (S)<br>- (A)<br>- (P)<br>$303,833.69 (U)<br>$303,833.69 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.