# **EXHIBIT F**

## **No-Basis 503(b)(9) Claims**

# Exhibit F

## No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| BALDWIN FB<br>ATTN DAVID BALDWIN<br>2420 SUNNYSTONE WAY<br>RALEIGH, NC  27613-6082 | 2463<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$191,850.00 (A)<br>- (P)<br>- (U)<br>$191,850.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2464 filed by the claimant asserting the same liability. | 2464<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$191,850.00 (U)<br>$191,850.00 (T) |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GLOBALWARE SOLUTIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY  10019 | 5740<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$118,757.33 (A)<br>- (P)<br>- (U)<br>$118,757.33 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5741 filed by the claimant asserting the same liability. | 5741<br>10/1/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$118,757.33 (U)<br>$118,757.33 (T) |
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON  K2K 2E3<br>CA | 5661<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$427,281.25 (A)<br>- (P)<br>- (U)<br>$427,281.25 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5660 filed by the claimant asserting the same liability. | 5660<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$427,281.25 (U)<br>$427,281.25 (T) |
| GLOBALWARE SOLUTIONS<br>200 WARD HILL AVENUE<br>HAVERHILL, MA  01835 | 5810<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$35,047.53 (A)<br>- (P)<br>- (U)<br>$35,047.53 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5811 filed by the claimant asserting the same liability. | 5811<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,047.53 (U)<br>$35,047.53 (T) |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER  CH4 9QU<br>UNITED KINGDOM | 4449<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$33,308.54 (A)<br>- (P)<br>- (U)<br>$33,308.54 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4448 filed by the claimant asserting the same liability. | 4448<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,308.54 (U)<br>$33,308.54 (T) |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER  CH4 9QU<br>UNITED KINGDOM | 4451<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$432.00 (A)<br>- (P)<br>- (U)<br>$432.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4450 filed by the claimant asserting the same liability. | 4450<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$432.00 (U)<br>$432.00 (T) |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER  CH4 9QU<br>UK | 4453<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,174.00 (A)<br>- (P)<br>- (U)<br>$6,174.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4452 filed by the claimant asserting the same liability. | 4452<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,174.00 (U)<br>$6,174.00 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| KUMARAN SYSTEMS, INC.<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 3044<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$142,044.00 (A)<br>- (P)<br>- (U)<br>$142,044.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2572 filed by the claimant asserting the same liability. | 2572<br>9/3/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$142,044.00 (U)<br>$142,044.00 (T) |
| REAL TIME MONITORS, INC.<br>711 S CARSON STE 4<br>CARSON CITY, NV  89701 | 2870<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$140,000.00 (A)<br>- (P)<br>- (U)<br>$140,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2869 filed by the claimant asserting the same liability. | 2869<br>9/11/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$144,000.00 (U)<br>$144,000.00 (T) |
| SS8, NETWORKS INC.<br>ATTN: DAVID GUTIERREZ<br>750 TASMAN DR<br>MILPITAS, CA  95035 | 5882<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$104,316.26 (A)<br>- (P)<br>- (U)<br>$104,316.26 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5883 filed by the claimant asserting the same liability. | 5883<br>10/5/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$104,316.26 (U)<br>$104,316.26 (T) |
| STRENGTH TEK FITNESS & WELLNESS CONSULTANTS<br>707 HIGHLAND AVENUE<br>OTTAWA, ON  K2A 2K5<br>CANADA | 1834<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$123,676.34 (A)<br>- (P)<br>- (U)<br>$123,676.34 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1835 filed by the claimant asserting the same liability. | 1835<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$123,676.34 (U)<br>$123,676.34 (T) |
| WESBELL ASSET RECOVERY CENTER<br>WESBELL GROUP OF COMPANIES INC.<br>50 DEVON ROAD<br>BRAMPTON, ON  L6T 5B5<br>CANADA | 5536<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$441,841.30 (A)<br>- (P)<br>- (U)<br>$441,841.30 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5535 filed by the claimant asserting the same liability. | 5535<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$441,841.30 (U)<br>$441,841.30 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** | | **Claim Number**<br>**Date Filed**<br>**Case Info** | **Total Amount**<br>**Claimed** |
| **Totals:** | 12  Claims | - (S)<br>$1,764,728.55 (A)<br>- (P)<br>- (U)<br>$1,764,728.55 (T) | | | - (S)<br>- (A)<br>- (P)<br>$1,768,728.55 (U)<br>$1,768,728.55 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.