# EXHIBIT G

## Misclassified 503(b)(9) Claims

# Exhibit G

## Misclassified 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Asserted Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| EQUIPTO ELECTRONICS CORP<br>351 WOODLAWN AVE<br>AURORA, IL  60506-9988 | 2638<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | $1,184.06 | Administrative / 503(b)(9) | Unsecured | None of the claimed amount satisfies the creiteria of Section 503(b)(9).  Reclassify $1,184.06 from administrative priority to general unsecured priority. |
| OFS FITEL DENMARK APS<br>C/ O FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY, SUITE 2H02<br>NORCROSS, GA  30071 | 3949<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | $6,272.00 | Administrative / 503(b)(9) | Unsecured | None of the claimed amount satisfies the creiteria of Section 503(b)(9).  Reclassify $6,272.00 from administrative priority to general unsecured priority. |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TELFUSION, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 1119<br>5/7/09<br>09-10138<br>Nortel Networks Inc. | $2,400.00 | Administrative / 503(b)(9) | Unsecured | None of the claimed amount satisfies the creiteria of Section 503(b)(9).  Reclassify $2,400.00 from administrative priority to general unsecured priority. |
| **Totals:** | **3  Claims** | **$9,856.06** | | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.