# ROSS, JORDAN & GRAY, P.C.
## Attorneys at Law
1111 Dauphin Street
Mobile, AL 36604
Telephone: (251) 432-5400
Facsimile: (251) 433-6868
jrockhold@rossandjordan.com

JAY M. ROSS
JOE CARL "BUZZ" JORDAN
MISSTY C. GRAY
FREDERICK T. "ERICK" BUSSEY
R. JASON CRANE

MAILING ADDRESS:
POST OFFICE BOX 210
MOBILE, AL 36601-0210

July 30, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

    Re:    Nortel Networks Inc., et al. Chapter 11 Bankruptcy-withdrawal of claim 1233

To whom it may concern:

The County of Mobile, AL hereby withdraws claim number 1233 in the total sum of $249.29. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely,

Missty C. Gray
As Attorney for Mobile County



# NORTEL

May 20, 2010

Mobile County License Commissioner
Attn: Kim Hastie
PO Drawer 161009
Mobile, AL 36616

To Whom It May Concern:

This letter is in regards to the outstanding assessment for Nortel Networks Inc., in the amount of $249.29, for the period of December 2007 and June 2008. We agree that the additional tax in the amount of $199.43 is due and have attached the payment accordingly. This amount is to be applied to tax only. Any additional balances outstanding will be worked thru the bankruptcy process.

At this time we request that the proof of claim 1233 be amended to reflect the penalty due if Mobile County chooses to pursue, and that claim 1233 be withdrawn. Enclosed is a withdrawal template that can be used to request the withdrawal. Please complete, sign, scan, and email directly to me at jenbanks@nortel.com and I will forward to the court for processing.

If you have any further questions, please feel free to give me a call at the number below. Thank you for your time and attention to this matter.

Sincerely,

Jennifer Banks

Sr. Tax Analyst, Nortel Networks

Jennifer Banks
Sr. Tax Analyst
Nortel Networks
MS 570/02/006
4001 E Chapel Hill Nelson Hwy, Research Triangle Park, NC, 27709-3010   T 919-992-8321 F 775-522-6155
jenbanks@nortel.com

Month Day, Year

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075


Re:   Nortel Networks Inc., et al. Chapter 11 Bankruptcy – withdrawal of claim 1233


To whom it may concern:

The County of Mobile, AL hereby withdraws claim number 1233 in the total sum of $249.29. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely,

[signature]


Printed Name
Title
Tax Jurisdiction
Contact Information

NORTEL NETWORKS 1-800-684-2228
4008 E. CHAPEL HILL-NELSON HIGHWAY
RESEARCH TRIANGLE PARK NC 27709
www.nortel.com/apinquiry



2000016 01 SD          6090          C02  03

MOBILE COUNTY
PO BOX 2207
MOBILE AL 36652-2207

Vendor No.: 0000422218

Check Date: 05/12/2010

Check Number: 0000217813

PG 1 OF 1

| INVOICE NUMBER | DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| CLAIM1233<br>FED EX AL PROOF OF CLAIM 1233 | 05/07/2010 | $199.43 | $0.00 | $199.43 |
| TOTALS | | $199.43 | $0.00 | $199.43 |

Detach and retain this stub for your records.

Check # 0000217813   Attached below

NORTEL

NORTEL NETWORKS 1-800-684-2228
4008 E. CHAPEL HILL-NELSON HIGHWAY
RESEARCH TRIANGLE PARK NC 27709

62-20
311

Check No. 0000217813

Check Date: 05/12/2010

USD   ************$199.43

PAY TO THE ORDER OF:   MOBILE COUNTY
PO BOX 2207
MOBILE AL 36652-2207

VOID OVER ************$199.43

AUTHORIZED SIGNATURE

*One Hundred Ninety Nine and 43/100 Dollars*

CITIBANK, N.A.
ONE PENN'S WAY, NEW CASTLE, DE 19720

Allen K Stout
AUTHORIZED SIGNATURE

⑈"0000217813"⑈ ⑆031100209⑆ 386964531⑈