

# DON ARMSTRONG
## PROPERTY TAX COMMISSIONER

P. O. BOX 1298
COLUMBIANA, ALABAMA 35051
TELEPHONE 205-670-6900
FAX 205-670-6908

DEBBIE SMITH
PROPERTY TAX ADMINISTRATOR

J.R. HENDERSON
CHIEF MAPPER

LISA WIDEMAN
CHIEF APPRAISER

LORI RILEY
COLLECTION SUPERVISOR

September 14, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Re: Nortel Networks Inc., et al. Chapter 11 Bankruptcy – withdrawal of claim 1699

To whom it may concern:

Shelby County Property Tax Commission hereby withdraws claim number 1699 in the total sum of $444.22. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely,

Don Armstrong,
Property Tax Commissioner
Shelby County, AL