

September 13, 2010

<u>**Debtors:** Nortel Networks Inc., et al.,
Case No. 09-10138 (KG)</u>

The Office of the Clerk
The United States Bankruptcy Court for the District of Delaware
824 Market Street, Wilmington, DE 19801

And served upon:

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Deborah M. Buell and Lisa M. Schweitzer

And

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
Attn: Derek C. Abbott

Re: The United States Bankruptcy Court for the District of Deleware
Chaper 11
Jointly Administered

<u>**Debtors:** Nortel Networks Inc., et al.,
Case No. 09-10138 (KG)</u>
Re: Response to Omnibus Objection
**Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant to 11 U.S.C. 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, And Redundant Bond Claims)**

Responses due: September 23, 2010

**Claimant:** TelStrat International LLP,
The creditor many also be know by Nortel as TelStrat, TelStrat International LTD, TelStrat LLP, and previously as Telecom Strategies, Inc.
Claim No. 4395
Description of the basis of the amount of the claim:

TelStrat sold goods to Nortel Networks supported by P.O.'s, delivered the goods, and invoiced the goods to Nortel Networks. The schedule of unpaid invoices is predominantly from the period spanning December 8, 2008 through December 30, 2008. Nortel explained at the time of collection that it had filed for bankruptcy and that these invoices need to be filed as claims in the court for bankruptcy.

**Specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection:**

The debtor identified this claim as a claim for which the Debtors are not liable because the claim asserts a liability that is not a liability of the Debtor identified in the proof of claim (if any) or a liability of any other Debtor (the "Non-Debtor Claims"). Upon careful review of the initial application, the creditor's name was incorrectly written in the space for the Debtor's name. The debtor for this claim, #4395 should be correctly identified as Nortel Networks. The billing address debtor used for business purposes was:

Nortel Networks UK LTD
ATTN: Accounts Payable
London Road
Harlow, Essex, CM17 9NA
UK

This claim should be included with the Chapter 11 Bankruptcy claims for Nortel Networks. If for some reason the Nortel Networks UK LTD is not included in the Chapter 11 filing, TelStrat would appreciate a response that this claim should be filed with another court for the UK.

All communications should be addressed to:

Jennifer Slack
6900 K Ave
Plano, TX 75074
(phone) 972-633-4512
(fax) 972-543-3450


The creditor respectfully requests that the debtor and the Court enter this objection and review claim no. 4395 to determine the claim amount is $53,792.60 unsecured.

Sincerely,

*[signature: Jennifer Slack]*

Jennifer Slack
CFO
TelStrat

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100925720*****
TELSTRAT INTERNATIONAL, LLP
6900 K AVENUE
PLANO, TX 75074

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Telephone number: 972-633-4512    Email Address: jslack@telstrat.com

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number: _____    Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 53,792.60

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** goods sold
    (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a. Debtor may have scheduled account as: TelStrat or Telecom Strategies / Telecom Strategy
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
    Describe: _____
    Value of Property: $ _____  Annual Interest Rate _____ %
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $ _____  Basis for perfection: _____
    Amount of Secured Claim: $ _____  Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

    Specify the priority of the claim:

    ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
    ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
    ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
    ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
    ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
    ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

    **Amount entitled to priority:**
    $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date:<br>9-16-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Jennifer Slack*    Jennifer Slack |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.