IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                      : Chapter 11
                                           :
Nortel Networks Inc., et al.,[1]           : Case No. 09-10138 (KG)
                                           :
            Debtors.                       : Jointly Administered
---------------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 16, 2010 AT 10:00 A.M. (ET)[3]**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

    Related Pleadings: None.

    Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

    Responses Received:

    a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

    b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Modifications to Agenda are indicated in **bold** type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)      California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)      Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

2.    Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

Related Pleadings:  None.

Objection Deadline:  May 5, 2010 at 4:00 p.m. (ET). Extended to November 19, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

Responses Received:  None at this time.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for December 8, 2010 at 10:00 a.m. (ET).

3.    Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3068, Filed 5/25/10).

Related Pleadings:  None.

    a)      Declaration Of Ebunoluwa Taiwo In Support Of Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3069, Filed 5/25/10).

Objection Deadline:  June 10, 2010 at 4:00 p.m. (ET). Extended to July 9, 2010 at 4:00 p.m. (ET).

Responses Received:

    a)      Declaration in Opposition to Objection to Claim by Ernest Demel (D.I. 3501, Filed 7/9/10).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

4.    Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3231, Filed 6/25/10).

Related Pleadings:

a) Notice Of Rescheduled Hearing (D.I. 3656, Filed 7/16/10).

Objection Deadline: July 9, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Objection Of Avaya, Inc. To Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3513, Filed 7/9/10).

Status: This matter has been resolved by the parties pending negotiation and execution of a stipulation to be filed under certification of counsel.

5. Nortel US Retirement Protection Committee's Motion For An Order Authorizing Formation Of A Voluntary Employee Benefit Association To Provide Tax Credit-Eligible Retiree Benefits (D.I. 3671, Filed 7/16/10).

Related Pleadings:

a) Amended Re-Notice Of Nortel US Retirement Protection Committees Motion For An Order Authorizing Formation Of A Voluntary Employee Benefit Association To Provide Tax Credit-Eligible Retiree Benefits (D.I. 3731, Filed 7/26/10).

Objection Deadline: August 13, 2010 at 4:00 p.m. (ET). Extended to September 24, 2010 at 4:00 p.m. (ET) for the Debtors.

Responses Received:

Status: The hearing on this matter has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

6. Debtors' Motion For An Order Authorizing And Approving Settlement Procedures To Settle Certain Prepetition Claims (D.I. 3842, Filed 8/30/10).

Related Pleadings:

a) Certificate Of No Objection (D.I. 3929, Filed 9/13/10).

Objection Deadline: September 9, 2010 at 4:00 p.m. (ET). Extended to September 10, 2010 at 4:00 p.m. (ET) for Anixter, Inc.

Responses Received: None at this time.

Status: **After the filing of the CNO, a comment was received from the Bondholders Committee regarding the proposed form of order. A revised form of order reflecting this comment will be presented at the hearing.**

UNCONTESTED MATTERS GOING FORWARD:

7.   Debtors' Tenth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Duplicate) (D.I. 3503, Filed 7/9/10).

   Related Pleadings: None.

   Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to September 9, 2010 at 4:00 p.m. (ET) for IBM (Claim No. 192).

   Responses Received: None at this time.

   Status: This matter is going forward with respect to Claim No. 192 filed by IBM.

8.   Debtors Motion For Entry Of An Order Approving A Cross-Border Protocol On The Resolution Of Claims (D.I. 3922, Filed 9/11/10).

   Related Pleadings:

   a)   Debtors Motion For An Order Under 11 U.S.C. Section 102(1) Shortening Notice Relating To Debtors Motion For Entry Of An Order Approving A Cross-Border Protocol On The Resolution Of Claims (D.I. 3923, Filed 9/11/10);

   b)   Order Under 11 U.S.C. Section 102(1) Shortening Notice Relating To Debtors Motion For Entry Of An Order Approving A Cross-Border Protocol On The Resolution Of Claims (D.I. 3924, Entered 9/13/10); and

   c)   Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record Filed In The Canadian Proceedings Regarding Cross-Border Claims Protocol (D.I. 3925, Filed 9/13/10).

   Objection Deadline: September 15, 2010 at 12:00 p.m. (ET).

   Responses Received: None at this time.

   Status: This matter is going forward.

CONTESTED MATTERS GOING FORWARD:

9.   Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

Related Pleadings:

a) Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10); and

b) Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10).

Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

Responses Received:

a) Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

b) Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

c) Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

d) Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

Status: The hearing on this matter with respect to the response filed by the Tennessee Department of Revenue has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET). The hearing on the objection to claim 3590 filed by Apani Networks has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET). **Upon agreement of the parties, the hearing on the response filed by SNMP Research International, Inc. has been adjourned to the hearing scheduled for September 30, 2010 at 10:00 a.m. (ET).**

Dated: September 15, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3771785.1

6