# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 16, 2010 10:00 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

OMNIBUS HEARING

**R / M #:**    3,949 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Matter adjourned to 10/14/10 @ 10:00 am
#2 -  Matter adjourned to 12/8/10 @ 10:00 am
#3 -  Matter adjourned to 10/14/10 @ 10:00 am
#4 -  Resolved -  a Certification of Counsel w/stipulation and agreed order will be submitted to chambers - the matter will be cont'd to 9/30/10 if resolution is not documented prior to the hearing.
#5 -  Matter adjourned to 9/30/10 @ 10:00 am
#6 -  Revised  ORDER SIGNED
#7 -  ORDER SIGNED
#8 -  Order to be submitted to Chambers, Judge Gross will sign the order after Justice Morawetz approves and signs the order.
#9 -  Continued to 9/30/10  @ 10:00 am.