**S I G N - I N - S H E E T**

CASE NAME:    Nortel Networks Inc.

CASE NO.:    09-10138 - KG

COURTROOM LOCATION: 3

DATE:    9/16/10

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Stratton | Pepper Hamilton | Avaya |
| Derek Abbott | mrris sinidral ashbstylone | Debtors |
| Annie Cordo | " | " |
| Sumon Bromley | cleary gottlieb skeen+ Manihn | " |
| Lisa Schweitzer | " | " |
| Salvadore Bianca | " | " |
| Justin Alberto | Bayard | UK Pension Plan Trustee |
| David Botter | Akin Gump | Common Hee |
| Brad Kahn | (") | (") |
| Paris Sauris | Richards, Layton + Finger | (") |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 09/16/2010
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephen Grisanti | | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brian E. O'Connor | | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Ray | | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |

Raymond Reyes

CourtConfCal2009