

# Pulaski County

Debra Buckner
Treasurer

**TAX COLLECTION DIVISION**

Telephone: (501) 340-6040
Fax: (501) 340-6077
www.co.pulaski.ar.us
email: treasurer@co.pulaski.ar.us

**REMIT TO:** P.O. Box 430
Little Rock, AR 72203

September 15, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RE: Nortel Networks, Inc., et al. Chapter 11 Bankruptcy – withdrawal of claim 7135

To Whom It May Concern:

Pulaski County Treasurer hereby withdraws claim number 7135 in the total sum of $400.80. The creditor submits this withdrawal for the purpose of notifying the court that its proof of claim is hereby withdrawn.

Sincerely,

Linda Alexander
Bankruptcy Specialist
Pulaski County Treasurer, Debra Buckner
l.alexander@pulaskicountytreasurer.net
PH# 501-340-8976
Fax# 501-340-6077

ADMINISTRATION BUILDING ♦ 201 South Broadway, Suite 150 ♦ Little Rock, Arkansas 72201