**EXHIBIT B**

**Form of Document Disposal Notice and Form of Notice Chart**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                           :    Chapter 11
                                                                :
Nortel Networks Inc., et al.,[1]                                :    Case No. 09-10138 (KG)
                                                                :
                    Debtors.                                    :    Jointly Administered
                                                                :
                                                                :
---------------------------------------------------------------X

## NOTICE OF DOCUMENTS AND ELECTRONIC DATA
## IDENTIFIED FOR DISPOSAL

**PLEASE TAKE NOTICE** that, on [October 14], 2010, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Order") approving procedures (the "Document Disposal Procedures") for the disposal of specified documents and electronic data from time to time in connection with the continued winding down of the businesses and chapter 11 cases of Nortel Networks Inc., and certain of its affiliated debtor entities (collectively, the "Debtors"). In summary, the Order allows the Debtors, in the exercise of their business judgment, to dispose of any documents or electronic data that they determine to be appropriate for disposal following twenty (20) days written notice, which notice must be served in accordance with the noticing procedures outlined in the Document Disposal Procedures motion (D.I. _____). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, unless a written objection is filed and served in accordance with the terms of the Order, the Debtors will dispose of the documents and electronic data listed on Exhibit B, attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and served upon: (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Deborah M. Buell, Esq., counsel for the Debtors; (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Suite 1800, Wilmington, Delaware 19801, Attention: Derek C. Abbott; (c) Nortel Networks Inc., 2201 Lakeside Blvd.,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Richardson, TX 75082-4399, Attention: Donald Powers, Esq.; (d) Ogilvy Renault LLP, Suite 3800 Royal Bank Plaza, South Tower, 200 Bay Street, P.O. Box 84, Toronto, Ontario M5J 2Z4 Canada, Attention: Jennifer Stam, counsel for the Canadian Debtors; and (e) Herbert Smith LLP, Exchange House, Primrose Street, London EC2A 2HS, Attention: Stephen Gale, counsel for the EMEA/UK Debtors, so that such objection is actually received not later than twenty (20) days from the date hereof, the Reorganized Debtors shall seek a hearing to consider the objection at the Court's earliest convenience.

| | |
|---|---|
| Dated: [DATE] ___, 2010<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Deborah M. Buell (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Alissa T. Gazze (No. 5338)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

## LIST OF DOCUMENTS/DATA FOR DISPOSAL

| Document/Data Description | Date Range | Storage Location | Date Submitted to Storage | Number of Boxes | General Comments |
|---|---|---|---|---|---|
| **Finance** | | | | | |
| Accounts payable/receivable | | | | | |
| Audit reports | | | | | |
| Banking records | | | | | |
| Financial reports | | | | | |
| Invoices | | | | | |
| | | | | | |
| **Human Resources** | | | | | |
| Agreements; employment | | | | | |
| Employee benefit records | | | | | |
| Payroll records | | | | | |
| | | | | | |
| **Supply Chain Operations** | | | | | |
| Agreements; shipping | | | | | |
| Agreements; vendor | | | | | |
| Inventory information | | | | | |
| Purchase orders | | | | | |
| Shipping and transportation records | | | | | |
| | | | | | |
| **Legal** | | | | | |
| Insurance claims | | | | | |
| Leases | | | | | |
| Sales information | | | | | |
| Stock ownership and transfer records | | | | | |
| Stockholder/member Meeting documents | | | | | |
| Tax returns and supporting tax records; sales | | | | | |
| | | | | | |
| **Information Technology** | | | | | |
| Hard Drives | | | | | |
| | | | | | |
| **Other** | | | | | |