IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 8th day of September, 2010, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

*Sixth Interim Fee Application Request for Fraser Milner Casgrain LLP for the Period May 1, 2010 through July 31, 2010* [Docket No. 3887]

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 20th day of September, 2010.

_____
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2012

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

RLF1 3606676v. 1

*(United States Trustee)*
Kevin Callahan, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

*(Debtors)*
Anna Ventresca
Nortel Networks Inc
195 The West Mall
Toronto, ON M9C 5K1
CANADA

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

LF1 3379681v. 1