IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
  Debtors. :
: **RE: D.I.'s 3832, 3855**
:
:
----------------------------------------------------------X

### NOTICE OF FILING OF AMENDED SIDE AGREEMENT

**PLEASE TAKE NOTICE** that on August 27, 2010, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into a Stalking Horse Asset Sale Agreement (the "Stalking Horse Agreement") with PSP Holding LLC ("PSP Holding"), (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving a Side Agreement (the "Side Agreement"), (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Multi-Service Switch (formerly known as the 'Passport') business (the "MSS Business") Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts [D.I. 3832] (the "Sale Motion")[2]

**PLEASE TAKE FURTHER NOTICE** that on September 1, 2010, the Bankruptcy Court entered an order approving the Bidding Procedures and authorizing the Debtors to, among other things, enter into the Side Agreement and file certain portions of the Side Agreement under seal [D.I. 3855] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the parties to the Side Agreement have revised certain portions of the signature pages to the Side Agreement to correct certain typographical errors and to add additional signatories.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the amended Side Agreement has been filed as <u>Exhibit A</u> hereto.  Pursuant to the Bidding Procedures Order, a portion of the Side Agreement has been redacted and the unredacted Side Agreement is being filed under seal.

| | |
|---|---|
| Dated:  September 20, 2010<br>         Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |