IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

STEVEN CUNIX, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On September 20, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Defective Transfer Notice, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the seller of the claim as listed on the annexed Exhibit B,
   b) the buyer of the claim as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Steven Cunix

Sworn to before me this
20th day of September, 2010

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT   Case 09-10138-MFW   Doc 3980   Filed 09/21/10   Page 3 of 9
District of Delaware
```

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CORRE OPPORTUNITIES FUND, L.P.
              TRANSFEROR: BASELINE CONSULTING GROUP IN
              ATTN: CLAIMS PROCESSING (BANKRUPTCY)
              1370 AVENUE OF THE AMERICAS, 29TH FLOOR
              NEW YORK NY 10019

Transferee:   UNITED STATES DEBT RECOVERY V, LP
              940 SOUTHWOOD BL, SUITE 101
              INCLINE VILLAGE NV 89451

**Your transfer   of claim #   1489   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 3966            Date 09/17/10

/s/ Steven Cunix
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 20, 2010.

**EXHIBIT B**

**Corre Opportunities Fund, L.P.**
**Attn: Claims Processing (Bankruptcy)**
**1370 Avenue of the Americas, 29th Floor**
**New York, NY 10019**

# EXHIBIT C

**United States Debt Recovery V, LP**
**940 Southwood Bl., Suite 101**
**Incline Village, NV 89451**

**EXHIBIT D**

**Cleary Gottlieb Steen & Hamilton LLP**
**Attn: James Bromley**
**One Liberty Plaza**
**New York, NY 10006**