**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**RE-DESIGNATION OF LEAD COUNSEL**

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

The undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") hereby re-designate, as set forth below, lead counsel for Glow Networks, Inc. ("GNI") and GN Claim Sub, LLC ("GN Claim Sub") in the above-styled bankruptcy cases of Nortel Networks, Inc., *et al.*, jointly administered under Case No. 09-10138-KG, and request that all future notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon Jonathan L. Howell on behalf of GNI and GN Claim Sub at the following address:

> Jonathan L. Howell
> Munsch Hardt Kopf & Harr, P.C.
> 3800 Lincoln Plaza
> 500 North Akard Street
> Dallas, Texas  75201-6659
> Telephone:  (214) 855-7500
> Facsimile:  (214) 855-7584
> E-Mail: jhowell@munsch.com

In accordance with this re-designation of lead counsel, Munsch Hardt further requests that Joseph J. Wielebinski be removed from the Court's ECF system service list, as well as all other mailing lists in these cases, as lead counsel for both GNI and GN Claim Sub and be replaced by Jonathan L. Howell for all future notices.

Respectfully submitted this 22nd day of September, 2010.

    MUNSCH HARDT KOPF & HARR, P.C.
    3800 Lincoln Plaza
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone:  (214) 855-7500
    Facsimile:  (214) 855-7584
    E-mail:  jhowell@munsch.com

By: /s/ Jonathan L. Howell
    Jonathan L. Howell
    Texas Bar No. 24053668

COUNSEL FOR GLOW NETWORKS, INC.

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing Re-Designation of Lead Counsel be electronically served on all parties requesting service via the Court's ECF noticing system on the 22nd day of September, 2010.

    /s/ Jonathan L. Howell
    Jonathan L. Howell