# CERTIFICATE OF SERVICE

I, Shanti M. Katona, Esq., of Polsinelli Shughart PC, hereby certify that on the 22nd day of September, 2010, I caused to be served a copy of the *Objection by OSS Nokalva, Inc. to Debtors' Motion for Orders (I) (A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement; (B) Authorizing and Approving the Bidding Procedures and Bid Practices; (C) Approving the Notice Procedures; (D) Approving a Side Agreement; (E) Authorizing the Filing of Certain Documents Under Seal; and (F) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors Multi-Service Switch (Formerly Known as 'Passport') Business Free and Clear of All Liens, Claims, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* upon the parties listed below via facsimile:

**Office of the United States Trustee**
Kevin Callahan, Esq.
Office of the United States Trustee for the
District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801
Fax: (302) 573-6497

**Counsel to Debtors**

| | |
|---|---|
| James L. Bromley, Esq. | Derek C. Abbott, Esq. |
| Lisa M. Schweitzer, Esq. | Morris, Nichols, Arsht & Tunnell LLP |
| Cleary Gottlieb Steen & Hamilton LLP | 1201 Market Street |
| One Liberty Plaza | Wilmington, Delaware 19801 |
| New York, New York 10006 | Fax: (302) 658-3989 |
| Fax: (212) 225-3999 | |

**Counsel to Committee**

| | |
|---|---|
| Fred S. Hodara, Esq. | Christopher M. Samis, Esq. |
| Stephen Kuhn, Esq. | Richards, Layton & Finger, P.A. |
| Kenneth Davis, Esq. | One Rodney Square |
| Akin Gump Strauss Hauer & Feld LLP | 920 North King Street |
| One Bryant Park | Wilmington, Delaware 19801 |
| New York, 10036 | Fax: (302) 651-7701 |
| Fax: (212) 872-1002 | |

**Counsel to Purchaser**
Richard A. Presutti, Esq.
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Fax: (212) 593-5955

**Counsel to Lender**
Roland Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10006
Fax: (212) 822-5735

    */s/ Shanti M. Katona*
Shanti M. Katona (Del. Bar. No. 5352)