## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on September 22, 2010, I caused one copy of the foregoing to be served upon the parties listed below list via First Class U.S. Mail, or in the manner so indicated.

**VIA U.S. MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Place
New York, NY 10006

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Andrew R. Remming, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Amanda M. Winfree (#4615)

{00381870;v1}