## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 22nd day of September, 2010, I caused copies of the foregoing *Lead Plaintiffs' Limited Objection to Debtors' Motion for Order Authorizing and Approving Sale of Certain Assets of Debtors' Multi-Service Switch Business* to be served on the parties on the attached list by first class mail or as otherwise indicated.

_____
Christopher P. Simon (No. 3697)

## Service List

**FACSIMILE: (212) 225-3999**
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

**HAND DELIVERY**
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
Wilmington, Delaware 19801

**FACSIMILE: 212-593-5955**
Richard A. Presutti, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**FACSIMILE: (212) 872-1002**
Fred Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

**HAND DELIVERY**
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801

**FACSIMILE: (212) 822-5735**
Roland Hlawaty, Esquire
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10006

**HAND DELIVERY**
Kevin Callahan, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801