IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTEL NETWORKS, INC., *et al.*,[1] | : Case No. 09-10138 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| Nortel Networks Inc., | : |
| Plaintiff, | : |
| v. | : Adv. Pro. No. 10-53065 (KG) |
| Communications Test Design, Inc., | : |
| Defendant. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Raymond H. Lemisch, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Emily A. Bussigel, Esquire of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, to represent the Debtors in each of the above-captioned cases.

Dated: September 21, 2010

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ *Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com

*Proposed Special Counsel to the Debtors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 20, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Emily A. Bussigel
Emily A. Bussigel, Esquire
One Liberty Plaza
New York, NY 10006
(212) 225-2000 telephone
(212) 225-3999 facsimile
ebussigel@cgsh.com

*Counsel to the Debtors*