IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTEL NETWORKS, INC., *et al.*, | : Case No. 09-10138 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| Nortel Networks Inc., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Pro. No. 10-53065 (KG) |
| | : |
| Communications Test Design, Inc., | : |
| | : |
| Defendant. | : |
| | : |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Emily A. Bussigel, Esquire *pro hac vice* is granted.

Dated: September_____, 2010

HONORABLE KEVIN GROSS
United States Bankruptcy Judge