## **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 22nd day of September, 2010, I caused copies of the within *Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving a Side Agreement, (E) Authorizing the Filing of Certain Documents Under Seal and (F) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors' Multi-Service Switch (Formerly Known as "Passport") Business Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* to be served upon the parties listed below in the manner indicated.

**FIRST CLASS MAIL**
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**HAND DELIVERY**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington DE 19801

**FIRST CLASS MAIL**
Roland Hlawaty
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006

**HAND DELIVERY**
Kevin Callahan
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801

**FIRST CLASS MAIL**
Fred S. Hodara
Stephen Kuhn
Kenneth Davis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**HAND DELIVERY**
Christopher M. Samis
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard A. Presutti
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Under penalty of perjury, I declare the foregoing to be true and correct.

September 22, 2010
Date

*/s/ E.E. Allinson, III*
Elihu E. Allinson, III