IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | : Jointly Administered |
| | : |
| Debtors. | : **Re: Docket No. 3993** |
| | : |

## CERTIFICATE OF SERVICE

I, Carl D. Neff, hereby certify that on this 22nd day of September, 2010, I caused a copy of the **Preliminary Objection and Reservation of Rights of SNMP Research International, Inc. to Debtors' Motion for Orders (I)(a) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving a Side Agreement, (e) Authorizing the Filing of Certain Documents Under Seal and (f) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of Debtors Multi-Service Switch (formerly known as Passport) Business Free and Clear of all Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts** to be served on the parties on the attached service list as indicated.

Dated: September 22, 2010
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Carl D. Neff*
Carl D. Neff (No. 4895)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
cneff@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*

**SERVICE LIST**
*VIA* **U.S. MAIL AND**
<u>*VIA* **ELECTRONIC MAIL**</u>

| | |
|---|---|
| James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jbromley@cgsh.com<br>lschweitzer@cgsh.com | Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>dabbott@mnat.com |
| Richard A. Presutti<br>Schulte, Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>richard.presutti@srz.com | Fred Hodara<br>Stephen Kuhn<br>Kenneth Davis<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>fhodara@akingump.com<br>skuhn@akingump.com<br>kdavis@akingump.com |
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>samis@rlf.com | Roland Hlawaty<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10006<br>rhlawaty@milbank.com |
| Kevin Callahan<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>ustpregion03.wl.ecf@usdoj.gov | |