# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $967.46 |
| Conference Call /Telephone Charges | $5,161.83 |
| Courier Service/Postage | $21.25 |
| Duplicating (@ $0.10 per page) | $585.10 |
| Meals/Committee Meeting Expenses | $4,822.93 |
| Travel Expenses – Airfare | $4,507.80 |
| Travel Expenses – Ground Transportation | $986.92 |
| Travel Expenses – Lodging | $2,505.22 |
| Travel Expenses – Parking | $108.00 |
| Travel Expenses – Train Fare | $287.00 |
| **TOTAL** | **$19,953.51** |

8324838 v1