# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1328021 |
| ATTN: JOHN DOLITTLE | Invoice Date 09/14/10 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 06/03/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Off the Wall | $50.00 |
| 06/06/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Sri Thai | $50.00 |
| 06/10/10 | Meals (100%) 6/10/10 P Sanchez - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800088; DATE: 6/10/2010 | $291.13 |
| 06/10/10 | Meals (100%) 6/10/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800088; DATE: 6/10/2010 | $402.02 |
| 06/13/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Charrito's | $47.08 |
| 06/15/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: JUL100010761500001 DATE: 7/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $10.32 |
| 06/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-061410; DATE: 6/21/2010 | $261.99 |
| 06/22/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: JUL100010761500001 DATE: 7/1/2010 | $7.00 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

| Date | Description | Amount |
|---|---|---|
| | Multi-office omnibus teleconference invoice. Account# 00107615-00001 | |
| 07/06/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 380610 DATE: 7/16/2010  Vendor: Prime Time Voucher #: 256628 Date: 07/06/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 256628 Date: 07/06/2010 Name: Lisa Beckerman | $74.62 |
| 07/06/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL10-53062500000206 DATE: 7/28/2010 PASSENGER: STURM JOSHUA TICKET #: 0524942322 DEPARTURE DATE: 07/06/2010 ROUTE: NYP WIL NYP | $37.00 |
| 07/07/10 | Travel - Ground Transportation VENDOR: PRIME TIME TRANSPORTATION INC INVOICE#: 380610 DATE: 7/16/2010  Vendor: Prime Time Voucher #: 264421 Date: 07/07/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Prime Time Voucher #: 264421 Date: 07/07/2010 Name: Lisa Beckerman | $71.05 |
| 07/07/10 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q22010; DATE: 7/7/2010 - LOGIN ID: AG1801 - Billing Cycle: 4/1/10-6/30/10 | $11.92 |
| 07/12/10 | Meals - Business  meal reimbursement; NPersaud; Tandouri North | $20.15 |
| 07/13/10 | Meals - Business  meal reimbursement; NPersaud; Starbucks | $5.98 |
| 07/14/10 | Travel - Ground Transportation  ground transportation; NYC Taxi | $4.70 |
| 07/14/10 | Travel - Ground Transportation  ground transportation; NYC Taxi | $9.90 |
| 07/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL10-53062500000206 DATE: 7/28/2010 PASSENGER: KAHN BRAD M TICKET #: 0525651961 DEPARTURE DATE: 07/15/2010 ROUTE: NYP WIL NYP | $37.00 |
| 07/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL10-53062500000206 DATE: 7/28/2010 PASSENGER: KAHN BRAD M TICKET #: 13FEF9 DEPARTURE DATE: 07/16/2010 ROUTE: NYP WIL NYP | $228.00 |
| 07/15/10 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL10-53062500000206 DATE: 7/28/2010 PASSENGER: KAHN BRAD M | $-15.00 |

| Date | Description | Amount |
|---|---|---|
| | TICKET #: 13FEF9 DEPARTURE DATE: 07/16/2010 ROUTE: NYP WIL NYP | |
| 07/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-071410; DATE: 7/21/2010 | $121.96 |
| 07/22/10 | Meals (100%) 7/22/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800094; DATE: 7/22/2010 | $34.40 |
| 07/22/10 | Meals (100%) 7/22/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800094; DATE: 7/22/2010 | $62.06 |
| 07/22/10 | Meals (100%) 7/22/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800094; DATE: 7/22/2010 | $378.12 |
| 07/27/10 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E310 DATE: 7/31/2010 TRACKING #: 1Z02E52E6649180090; PICKUP DATE: 07/27/2010; SENDER: BRAD KAHN; RECEIVER: RYAN JACOBS - FRASER MILNER CASGRAIN LLP; | $21.25 |
| 07/27/10 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E310 DATE: 7/31/2010 TRACKING #: 1Z02E52E6649180090; PICKUP DATE: 07/27/2010; SENDER: BRAD KAHN; RECEIVER: RYAN JACOBS - FRASER MILNER CASGRAIN LLP; | $14.17 |
| 07/28/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 731974 DATE: 8/1/2010 Kahn Brad - Aceluck - 07/28/2010 | $23.63 |
| 07/28/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660243 DATE: 8/6/2010 Vendor: Executive Royal Voucher #: 237472 Date: 07/28/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 237472 Date: 07/28/2010 Name: Peter Sprofera | $31.36 |
| 07/29/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660243 DATE: 8/6/2010 | $123.39 |

| Date | Description | Amount |
|---|---|---|
| 07/29/10 | Vendor: Executive Royal Voucher #: 237254 Date: 07/29/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 237254 Date: 07/29/2010 Name: Stephen Kuhn Meals (100%) 7/28/10 - P Sanchez- Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800095; DATE: 7/29/2010 | $97.44 |
| 07/29/10 | Meals (100%) 7/29/10 - P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800095; DATE: 7/29/2010 | $378.12 |
| 07/30/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/30/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $28.16 |
| 07/31/10 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E320 DATE: 8/7/2010 TRACKING #: 1Z02E52E6649180090; PICKUP DATE: 07/31/2010; SENDER: BRAD KAHN; RECEIVER: Unknown - Unknown; | $-14.17 |
| 08/02/10 | Duplication - In House Photocopy - Botter, David, NY, 13 page(s) | $1.30 |
| 08/03/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1105079 DATE: 8/18/2010 Vendor: Dial Car Voucher #: DLA3140931 Date: 08/03/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3140931 Date: 08/03/2010 Name: David Botter | $150.55 |
| 08/03/10 | Travel - Ground Transportation Taxi - Med# 1J29 | $34.52 |
| 08/04/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660413 DATE: 8/13/2010 Vendor: Executive Royal Voucher #: RVW79361S9 Date: 08/04/2010 Name: Dagmara Krasa-Berstell\|\|Car Service, Vendor: Executive Royal Voucher #: RVW79361S9 Date: 08/04/2010 Name: Dagmara Krasa-Berstell | $57.42 |
| 08/04/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660413 DATE: 8/13/2010 Vendor: Executive Royal Voucher #: 227577 Date: 08/04/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 227577 Date: | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 08/04/10 | 08/04/2010 Name: Brad Kahn<br>Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 736146 DATE: 8/8/2010<br>KrasaBerstell Dagmara - Ravagh - 08/04/2010 | $21.58 |
| 08/04/10 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 736146 DATE: 8/8/2010<br>Kahn Brad - Aki Sushi West - 08/04/2010 | $32.56 |
| 08/04/10 | Meals - Business  S. Schultz, A. Preiz; COSI #025 | $13.36 |
| 08/05/10 | Meals (100%)  8/2/10  P Sanchez - Professionals' call working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800096; DATE: 8/5/2010 | $82.53 |
| 08/05/10 | Meals (100%)  8/2/10  B Kahn - Team meeting working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800096; DATE: 8/5/2010 | $97.44 |
| 08/05/10 | Meals (100%)  8/2/10  P Sanchez - Professionals' call working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800096; DATE: 8/5/2010 | $234.73 |
| 08/05/10 | Travel - Parking  DFW Parking; NTTA | $51.00 |
| 08/05/10 | Travel - Airfare  AA; Frosch Travel | $2,310.40 |
| 08/05/10 | Travel - Lodging (Hotel, Apt, Other)  Omni; Omni Hotels & Resorts | $1,106.30 |
| 08/05/10 | Meals - Business  Sarah Schultz; Omni Hotels & Resorts | $76.96 |
| 08/05/10 | Travel - Ground Transportation  Taxi - Med# 6C17 | $24.72 |
| 08/05/10 | Audio and Web Conference Services  VENDOR: DERAVENTURES, INC; INVOICE#: 08001-54901-10; DATE: 8/5/2010 | $4,760.56 |
| 08/09/10 | Duplication - In House  Photocopy - Kahn, Brad, NY, 19 page(s) | $1.90 |
| 08/11/10 | Duplication - In House  Photocopy - Kahn, Brad, NY, 854 page(s) | $85.40 |
| 08/11/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/11/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $221.53 |
| 08/12/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/12/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $107.94 |
| 08/12/10 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: KAHN BRAD; Charge Type: | $296.10 |

| Date | Description | Amount |
|---|---|---|
| 08/12/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 3.0 | $78.75 |
| 08/12/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | |
| 08/12/10 | Meals (100%) 8/7/10 P Sanchez - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800097; DATE: 8/12/2010 | $97.44 |
| 08/12/10 | Meals (100%) 8/7/10 B Kahn - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800097; DATE: 8/12/2010 | $136.09 |
| 08/12/10 | Meals (100%) 8/7/10 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800097; DATE: 8/12/2010 | $330.33 |
| 08/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 13 page(s) | $1.30 |
| 08/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |
| 08/13/10 | Duplication - In House Photocopy - Beckerman, Lisa, NY, 1 page(s) | $0.10 |
| 08/17/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660833 DATE: 8/27/2010 Vendor: Executive Royal Voucher #: 237638 Date: 08/17/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 237638 Date: 08/17/2010 Name: Brad Kahn | $26.93 |
| 08/17/10 | Travel - Ground Transportation Akin to Cleary offices; Taxi - Med#4D58 | $22.80 |
| 08/18/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 6 page(s) | $0.60 |
| 08/18/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 174 page(s) | $17.40 |
| 08/18/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 84 page(s) | $8.40 |
| 08/18/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 3124 page(s) | $312.40 |
| 08/18/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 740295 DATE: 8/22/2010 Woodson Jenny Jennifer) - Croton Reservoir Tavern - 08/18/2010 | $22.14 |
| 08/18/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660833 DATE: 8/27/2010 Vendor: Executive Royal Voucher #: | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 08/18/10 | 241775 Date: 08/18/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 241775 Date: 08/18/2010 Name: Brad Kahn Travel - Ground Transportation  Akin to Cleary Offices; Taxi - MED# 3C35 | $15.12 |
| 08/18/10 | Travel - Ground Transportation  Airport to Hotel; Taxi - Med# | $32.24 |
| 08/19/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660833 DATE: 8/27/2010  Vendor: Executive Royal Voucher #: RVV69371R9 Date: 08/19/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVV69371R9 Date: 08/19/2010 Name: Brad Kahn | $59.63 |
| 08/19/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660833 DATE: 8/27/2010  Vendor: Executive Royal Voucher #: RVJ69371E8 Date: 08/19/2010 Name: Sarah Schultz\|\|Car Service, Vendor: Executive Royal Voucher #: RVJ69371E8 Date: 08/19/2010 Name: Sarah Schultz | $70.72 |
| 08/19/10 | Meals (100%)  8/13/10: Brad Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | $49.65 |
| 08/19/10 | Meals (100%)  8/13/10: Brad Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | $130.65 |
| 08/19/10 | Meals (100%)  8/16/10: Stephanie Fullam - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | $130.65 |
| 08/19/10 | Meals (100%)  8/19/10: Patricia Sanchez - Committee in-person meeting working meal breakfast (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | $129.02 |
| 08/19/10 | Meals (100%)  8/19/10: Patricia Sanchez - Committee in-person meeting working meal lunch (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | $762.13 |
| 08/19/10 | Meals (100%)  8/19/10: Patricia Sanchez - Committee in-person meeting working meal (25 people) | $545.46 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800098; DATE: 8/19/2010 | |
| 08/19/10 | Travel - Airfare AA; Frosch Travel | $2,172.40 |
| 08/19/10 | Travel - Airfare Change Fee; AA - Change Fee; Frosch Travel | $25.00 |
| 08/19/10 | Travel - Parking Parking; NTTA | $57.00 |
| 08/19/10 | Travel - Lodging (Hotel, Apt, Other) Sofitel; Sofitel Hotel | $1,398.92 |
| 08/19/10 | Meals - Business S, Schultz; Sofitel Hotel | $73.66 |
| 08/19/10 | Meals - Business S. Schultz; American Airlines - LAG | $11.79 |
| 08/19/10 | Meals - Business S. Schultz; Starbucks | $4.63 |
| 08/20/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 08/20/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 08/20/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 08/20/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 08/23/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 660833 DATE: 8/27/2010 Vendor: Executive Royal Voucher #: 230176 Date: 08/23/2010 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 230176 Date: 08/23/2010 Name: Stephen Kuhn | $123.39 |
| 08/25/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/25/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $5.97 |
| 08/27/10 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 8/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $17.06 |
| 08/27/10 | Computerized Legal Research - Westlaw User: HARROP,DAWN Date: 8/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $32.85 |
| 08/31/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 624 page(s) | $62.40 |
| 08/31/10 | Duplication - In House Photocopy - Sprofera, Peter, NY, 6 page(s) | $0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1328021

Page 9  
September 14, 2010

| | | |
|---|---|---|
| 08/31/10 | Duplication - In House Photocopy - Sprofera, Peter, NY, 5 page(s) | $0.50 |
| 08/31/10 | Duplication - In House Photocopy - Woodson, Jenny, NY, 927 page(s) | $92.70 |
| | Current Expenses | $19,953.51 |