# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 11 years; Admitted in 1989; Financial Restructuring Department | $950 | 32.50 | $30,875.00 |
| David H. Botter | Partner for 9 years; Admitted in 1990; Financial Restructuring Department | $875 | 73.70 | $64,487.50 |
| L. Rachael Helyar | Partner for 6 years; Admitted in 1995; Litigation Department | $605 | 17.30 | $10,466.50 |
| Fred S. Hodara | Partner for 21 years; Admitted in 1982; Financial Restructuring Department | $975 | 70.30 | $68,542.50 |
| Karol A. Kepchar | Partner for 9 years; Admitted in 1992; Intellectual Property Department | $645 | 32.40 | $20,898.00 |
| Stephen B. Kuhn | Partner for 10 years; Admitted in 1991; Corporate Department | $775 | 76.20 | $59,055.00 |
| Robert H. Pees | Partner for 14 years; Admitted in 1988; Litigation Department | $790 | 24.00 | $18,960.00 |
| David H. Quigley | Partner for 3 years; Admitted in 2000; Environmental Department | $590 | 1.70 | $1,003.00 |
| Randall N. Ratner | Partner for 24 years; Admitted in 1979; Real Estate Department | $650 | 10.20 | $6,630.00 |
| Sarah Link Schultz | Partner for 1 year; Admitted in 2001; Financial Restructuring Department | $640 | 107.00 | $68,480.00 |
| Bruce E. Simonetti | Partner for 6 years; Admitted in 1995; ERISA Department | $780 | 8.50 | $6,630.00 |
| Kevin M. Rowe | Senior Counsel for 10 years; Admitted in 1985; Tax Department | $675 | 78.00 | $52,650.00 |

8324838 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $600 | 23.40 | $14,040.00 |
| Amit Kurlekar | Counsel for 2 years; Admitted in 2005; Litigation Department | $550 | 22.30 | $12,265.00 |
| Sunny Gulati | Counsel for 2 years; Admitted in 2005; Litigation Department | $575 | 6.50 | $3,737.50 |
| David C. Vondle | Counsel for 2 years; Admitted in 2003; Intellectual Property Department | $550 | 66.90 | $36,795.00 |
| Graeme D. Bell | International Law Advisor for 2 years; Admitted in 2003; Financial Restructuring Department | $600 | 145.80 | $87,480.00 |
| Laura T. Geyer | Senior Attorney for 2 years; Admitted in 1998; Intellectual Property Department | $430 | 31.20 | $13,416.00 |
| Dawn M. Harrop | Associate for 1 year; Admitted in 2010; Litigation Department | $350 | 4.50 | $1,575.00 |
| Brad M. Kahn | Associate for 3 years; Admitted in 2008; Financial Restructuring Department | $450 | 203.90 | $91,755.00 |
| Joshua Y. Sturm | Associate for 4 years; Admitted in 2007; Financial Restructuring Department | $500 | 45.90 | $22,950.00 |
| Ashley F. Waters | Associate for 5 years; Admitted in 2006; Litigation Department | $525 | 4.10 | $2,152.50 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $325 | 18.30 | $5,947.50 |
| Jennifer L. Woodson | Associate for 1 year; Admitted in 2010; Tax Department | $350 | 44.30 | $15,505.00 |
| Alexandra R. Caleca | Legal Assistant for 1 year; Financial Restructuring Department | $200 | 3.90 | $780.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Dagmara Krasa-Berstell | Legal Assistant for 20 years; Financial Restructuring Department | $220 | 4.30 | $946.00 |
| Jerry R. Sierecki | Legal Assistant for 4 years; Litigation Department | $170 | 6.30 | $1,071.00 |
| Peter J. Sprofera | Legal Assistant for 34 years; Financial Restructuring Department | $255 | 3.70 | $943.50 |

Total Amount of Fees:     $720,036.50
Total Number of Hours:    1,167.10
Blended Hourly Rate:      $616.95