**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Date From September 30, 2010 At 10:00 a.m. (ET) To September 30, 2010 at 11:00 a.m. (ET)** was caused to be made on September 22, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date: September 22, 2010             */s/ Ann C. Cordo*
                                                                        Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Jeffrey Cianciulii, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

Daniel K. Astin
John D. McLaughlin, Jr.
Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE
(Counsel for SNMP Research)

N. Andrew Crain, Esq.
Melissa Rhoden, Esq.
Thomas, Kayden, Horstemeyer & Risley, LLP
600 Galleria Parkway, SE
Suite 1500
Atlanta, GA 30339

Gary Steven Stone
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201

**VIA FIRST CLASS MAIL**

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601

2936050.11