# Notice Recipients

District/Off: 0311−1     User: GingerM     Date Created: 9/23/2010
Case: 09−10138−KG     Form ID: ntcBK     Total: 21

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Alissa T. Gazze | agazze@mnat.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard    Richardson, TX 75082 |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas    New York, NY 10020 |
| ust | Thomas Patrick Tinker | Office of the U.S. Trustee    844 King Street Suite 2207    Wilmington, DE 19801 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht &Tunnell    1201 North Market Street    P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Ann C. Cordo | Morris Nichols Arsht &Tunnell LLP    1201 N. Market Street    P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Derek C. Abbott | Morris Nichols Arsht &Tunnell    1201 N. Market Street    Wilmington, DE 19899 |
| aty | Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC    4 East 8th Street    Suite 400    Wilmington, DE 19801 |
| aty | Eric D. Schwartz | Morris, Nichols, Arsht &Tunnell    1201 N.Market Street    P. O. Box 1347    Wilmington, DE 19801 |
| aty | James Croft | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | James L. Bromley | Cleary Gottlieb Steen &Hamilton    One Liberty Plaza    New York, NY 10006 |
| aty | Jennifer M. Westerfield | Cleary Gottlieb Steen &Hamilton, LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Juliet A. Drake | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC    1000 West Street    Ste 1410    Wilmington, DE 19801 |
| aty | Mona A. Parikh | Buchanan Ingersoll &Rooney PC    1000 West Street    Suite 1410    Wilmington, DE 19801 |
| aty | Nancy G. Everett | Winston &Strawn LLP    35 W. Wacker Drive    Chicago, IL 60601 |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Peter James Duhig | Buchanan Ingersoll &Rooney PC    The Brandywine Building    1000 West Street    Suite 1410, P.O. Box 1397    Wilmington, DE 19899 |
| aty | Robin J. Baik | Cleary Gottlieb Steen &Hamilton LLP    One Liverty Plaza    New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP    1201 North Market Street    Wilmington, DE 19801 |

TOTAL: 19