LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
JOHN E. POLICH, State Bar No. 179295
Assistant County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009-1830
Telephone: (805) 654-2592
Facsimile: (805) 654-2185
E-mail: john.polich@ventura.org

Attorneys for Creditor Ventura County
Treasurer-Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC.,<br><br>*et al.*,<br><br>Debtors. | Case No. 09-10138 (KG)<br><br>**OBJECTION OF CREDITOR VENTURA COUNTY TREASURER-TAX COLLECTOR TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS UNDER TITLE 11 UNITED STATES CODE, SECTION 502, FEDERAL R. BANKRUPTCY P. 3007 AND LOCAL RULE 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIM, AND REDUNDANT BOND CLAIMS)**<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date: 9/30/10<br>Time: 10:00 a.m. (E.D.T.)<br>Response Due: 9/23/10<br>Time: 4:00 p.m. (E.D.T.) |

## I

## INTRODUCTION

1. Debtors Nortel Networks Inc., et al. ("Nortel"), have filed a Thirteenth Omnibus Objection to Claims ("Objection") requesting, among other things, an order disallowing in full the claim of Creditor Ventura County Treasurer-Tax Collector ("Ventura County") for delinquent business property taxes. Ventura County opposes the

Objection on the basis that Nortel's argument concerning Ventura County's claim misstates the law and is materially factually incorrect. Ventura County believes that its claim is valid as submitted and should not be disallowed or reduced.

## II

## THE OBJECTION MISSTATES CALIFORNIA LAW AND THE FACTS

2. Nortel asserts that Ventura County's claim for delinquent business personal property taxes and penalties is barred by section 532 of the California Revenue and Taxation Code, which places a four-year limit on the assessment of property that initially escapes assessment or is under assessed. The factual basis for this argument is apparently that "[t]he tax [claimed by Ventura County] was not assessed on or prior to the expiry of the statute of limitations on July 1, 2007." (Objection, Exhibit A, p. 18.) The problem with Nortel's analysis is that the business personal property subject to Ventura County's claim was, in fact, timely assessed and placed on the Ventura County assessment roll for unsecured property effective January 1, 2003. (See Declaration of Mary Barnes, attached hereto as Exh. A ["Barnes Decl."], ¶ 5.) After Nortel failed to pay the assessed tax, Ventura County recorded a tax lien on the property on February 25, 2004. (Barnes Decl., ¶ 6; see Rev. & Tax. Code § 2191.3(a)(1)(E).) The lien will remain in effect for 10 years from the date of recording unless sooner released or discharged. (Rev. & Tax. Code, § 2191.4.)

## III

## RESERVATION OF RIGHTS

3. Ventura County reserves its rights to amend, modify or supplement this opposition.

## IV

## CONCLUSION

4. The Court should deny the Objection for the reasons stated above.

///

///

# V

## ADDITIONAL INFORMATION

5. Address to which Debtors must send any reply to this opposition:

> John E. Polich
> Assistant County Counsel
> Office of the County Counsel
> 800 South Victoria Avenue, L/C #1830
> Ventura, California 93009
> Telephone No.: (805) 654-2592
> Facsimile No.: (805) 654-2185

6. Person possessing ultimate authority to reconcile, settle or otherwise resolve the claim on behalf of Ventura County:

> Chief Deputy Tax Collector
> 800 South Victoria Avenue, L/C #1290
> Ventura, California 93009

Telephone: Please contact through the attorney above at (805) 654-2592.

7. Claim 6063 (Business Personal Property Tax): Nortel Networks Inc., Parcel Number 000-03-900-15/032, located at 4100 Guardian Street, Simi Valley, California, assessed at $1,655,300. Nortel seeks to reduce the tax claim to zero. (Barnes Decl., ¶ 3.)

LEROY SMITH
County Counsel, County of Ventura

Dated: 9/22/10

By *(signature)* John Polich
JOHN E. POLICH
Assistant County Counsel

Attorneys for Treasurer-Tax Collector