# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., | Hearing date: 9/30/10 |
| | Time: 10:00 a.m. |
| *et al.,* | Response Due: 9/23/10 |
| | Time: 4:00 p.m. |
| Debtors. | Chapter 11 |
| | (Jointly Administered) |

**DECLARATION OF MARY BARNES IN SUPPORT OF OBJECTION OF CREDITOR VENTURA COUNTY TREASURER-TAX COLLECTOR TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS UNDER 11 UNITED STATES CODE, SECTION 502, FEDERAL R. BANKRUPTCY P. 3007 AND LOCAL RULE 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIM AND REDUNDANT BOND CLAIMS)**

I, MARY BARNES, do hereby declare as follows:

1. My name is MARY BARNES. I am over the age of twenty-one and of sound mind. I could and would testify to the following if called to do so in a court of law.

2. I am currently employed in the office of the Ventura County Treasurer-Tax Collector ("Tax Collector"). My title is Deputy Tax Collector, and I am responsible for collecting taxes and penalties where taxpayers have declared bankruptcy.

3. I filed the claim of the Tax Collector in this proceeding and I have reviewed the files of the Tax Collector in connection with the claim. Based on that examination, the debtors owe 2003-04 tax year pre-petition property taxes to the Tax Collector as follows:

1

Claim No. 6063 (Business Personal Property Tax), Nortel Networks, Inc., Parcel Number 000-03-900-15/032, located at 4100 Guardian Street, Simi Valley, California, assessed at $1,655,300. Nortel Networks, Inc. seeks to reduce the claim to zero.

4. As of the date of the bankruptcy petition in this matter, the total due for the 2003-04 tax year is $38,936.05, including penalties and accrued interest under California law.

5. The business personal property subject to the Tax Collector's claim was assessed by the Ventura County Assessor effective January 1, 2003, and placed on the unsecured property tax roll for the 2003-2004 tax year. A copy of the page from the January 1, 2003, unsecured property tax roll showing the assessed property is attached hereto as Exhibit A-1.

6. The Tax Collector recorded a tax lien for the delinquent taxes on February 25, 2004. A copy of the tax lien is attached hereto as Exhibit A-2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this ___22___ day of September, 2010, in the City of Ventura, County of Ventura, State of California

*Mary Barnes*
MARY BARNES
Deputy Tax Collector

2