# EXHIBIT A-1

ASSESSMENT ROLL OF UNSECURED PROPERTY COUNTY OF VENTURA, CALIFORNIA

Fiscal Year 2003    Ratio of Assessed Value to Full Value 100%

Entries at 10, 25 or 35% in the columns indicate a penalty added pursuant to Sections 463 and/or 504, Revenue and Taxation Code

PROPERTY ASSESSED PURSUANT TO CONSTITUTIONAL AND STATUTORY PROVISIONS

Page 1715

PARCEL NUMBER 10TH DIGIT

FILE TYPE
0-New rows
2-Used A.
4-Rented (at. only)
6-New Equip. at at sell Minimum
8-T. P. Minimum at
0-Other

10-Business
20-Boats
30-Real Est. of Others
40-Inventory of ...
80-Oil Personal Property
90-Oil Real Est. of Others

50-Boats
81-Boats A.
95-Aircraft

EXEMPTION CODE
K  Cemetery
C  Church
E  College
D  Disab. Vet
A  Hist. Aircraft
N  Homeowners

| Assessee | File Type | File Book | Parcel Number | Acnt No | Tax Rate Area | Land & Mineral Rights | Improvements | Fixtures | Personal Property & Boats | EX COD E | Total Taxable Property / Aircraft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRANSNATION TITLE<br>LESSOR-US EQUIPMENT LEASING LL<br>445 ESPLANADE DR 2ND FL<br>OXNARD CA 93030 | 10 | 86 | 000-03-900-15 | 031 | 03001 | | | | 8,100 | | 8,100 |
| NORTEL NETWORKS INC<br>LESSOR-US EQUIPMENT LEASING LL<br>4100 GUARDIAN STREET<br>SIMI VALLEY CA 93060 | 10 | 86 | 000-03-900-15 | 032 | 09084 | | | | 1,665,300 | | 1,665,300 |
| SUBURBAN PROPANE LP<br>LESSOR-US EQUIPMENT LEASING LL<br>4680 LOS ANGELES AV<br>SIMI VALLEY CA 93063 | 10 | 86 | 000-03-900-15 | 033 | 09035 | | | | 8,800 | | 8,800 |
| KINKOS INC<br>LESSOR-US EQUIPMENT LEASING LL<br>2799 THOUSAND OAKS BLVD<br>THOUSAND OAKS CA 91362 | 10 | 86 | 000-03-900-15 | 034 | 08183 | | | | 11,100 | | 11,100 |
| CHART HOUSE<br>LESSOR-US EQUIPMENT LEASING LL<br>567 SAN JON RD<br>VENTURA CA 93001 | 10 | 86 | 000-03-900-15 | 035 | 05172 | | | | | | |

RT 2007-77 01.0 ASSESSEE 2003