# EXHIBIT A-2

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20040225-0047481
Pages: 1    Fee: $0.00
02/25/2004    4:50pm

Ventura County Recorder
Philip J. Schmit

---

## VENTURA COUNTY TAX COLLECTOR
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

**LIEN NOTICE MAILED**

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**    Lien No. 200402250047481

I, **LAWRENCE L. MATHENEY**, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| Lien notice mailed to debtor at address shown Govt Code 27297.5 | | | |
| NORTEL NETWORKS INC | 03-04 | | |
| | 000-03-900-15 | 032 | 22410.18 |
| 4100 GUARDIAN STREET | | | |
| SIMI VALLEY CA    93060 | 429373 | 09084 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).



**LAWRENCE L. MATHENEY**
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned and lien will remain in force.