IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks, Inc., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 3832 and 3855** |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esq., hereby certify that on September 23, 2010, I caused a true and correct copy of the **OBJECTION OF QWEST COMMUNICATIONS COMPANY, LLC TO (I) NOTICE OF DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS AND (II) RELATED MULTI-SERVICE SWITCH SALE** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

# SERVICE LIST

| | |
|---|---|
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: (212) 225-3999<br>(Counsel for Debtors) | **VIA FACSIMILE & HAND DELIVERY**<br>Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Facsimile: (302) 658-3989<br>(Co-Counsel for Debtors) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Facsimile: (302) 651-7701<br>(Counsel to Committee) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Fred Hodara, Esq.<br>Stephen Kuhn, Esq.<br>Kenneth Davis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Facsimile: (212) 872-1002<br>(Counsel to Committee) |
| **VIA FACSIMILE & FIRST CLASS MAIL**<br>Richard A. Presutti, Esq.<br>Schulte, Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Facsimile: (212) 593-5955<br>(Counsel to PSP Holding) | **VIA FACSIMILE & FIRST CLASS MAIL**<br>Roland Hlawaty, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10006<br>Facsimile: (212) 822-5735<br>(Counsel to Bondholder Group) |
| **VIA FACSIMILE & HAND DELIVERY**<br>Kevin Callahan, Esq.<br>Patrick Tinker, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Facsimile: (302) 573-6497<br>(United States Trustee) | |