Removed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | *Re: Docket No. 3991* |
| Nortel Networks Inc., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-53065 (KG) |
| Communications Test Design, Inc., | |
| Defendant. | *Re: Docket No. 6* |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**IT IS HEREBY ORDERED** that counsel's motion for admission of Emily A. Bussigel, Esquire *pro hac vice* is granted.

Dated: September 23, 2010

_____
HONORABLE KEVIN GROSS
United States Bankruptcy Judge