## CERTIFICATE OF SERVICE

I, Michael P. Migliore, hereby certify that, on September 23, 2010, I caused to be served a copy of the foregoing LIMITED OBJECTION OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. TO DEBTORS' REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN CONTRACTS IN CONNECTION WITH THE SALE OF THEIR MULTI-SERVICE SWITCH BUSINESS by First Class Mail, and by fax as and where indicated below, addressed as follows:

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
1 Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Richards Layton & Finger PA
Attn: Christopher M. Samis, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax: (302) 778-7845

Milbank, Tweed, Hadley & McCloy LLP
Attn: Roland Hlawaty, Esq.
One Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5735

Office of the U.S. Trustee
Attn: Kevin Callahan, Esq.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Fax: (302) 573-6497

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

Akin Gump Strauss Hauer & Feld LLP
Attn: Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002

Schulte Roth & Zabel LLP
Attn: Richard A. Presutti, Esq.
919 Third Avenue
New York, NY 10022
Fax: (212) 593-5955

This 23rd day of September, 2010.

/s/ Michael P. Migliore
Michael P. Migliore (Bar No. 4331)