

**R·M·S**

www.rmsna.com

Jorrissen Manuel
**Paralegal, Bankruptcy Services**

307 International Circle, Suite 270
Hunt Valley, Maryland 21030
Tel: 410-773-4085
Fax: 484-242-4214
Email:
Jorrissen.Manuel@rmsna.com

September 22, 2010

Clerk
US Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: Debtor: Nortel Networks, Inc., et.al. / Case #: 09-10138 / Claimant: Webex Communications
Response to the Debtors' 13th Omnibus Objection to Certain Claims Pursuant to 11 U.S.C. Section 502, Fed.R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)

Dear Clerk:
In response to the above-referenced matter, Receivable Management Services ("RMS"), Agent for Webex Communications, filed a proof of claim on behalf of Webex Communications with the Court on June 8, 2009 for $25,619.57. Per Debtors' 13th Omnibus Objection to Certain Claims Pursuant to 11 U.S.C. Section 502, Fed.R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (the "Objection"), the Debtor objects to Webex Communications' claim on the basis that the claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. The Debtor requests the Court to disallow the claim in full.

We oppose the Debtor's request to disallow Webex Communications' claim in full.

Upon careful review, it appears that Webex Communication's claim was filed under the correct case, i.e. case number 09-10164, Nortel Networks Corporation, et.al. and <u>was not filed</u> under case number 09-10138, Nortel Networks, Inc. (See Exhibit A - copy of proof of claim). Neither of the mentioned cases is associated with one another (See Exhibit B and Exhibit C).

The Objection filed under case number 09-10138 appeared to be not clear as to 1) why an Objection was filed against Webex Communications if the latter's claim was filed under the correct case (case number 09-10164) and 2) not associated with the said case number (case number 09-10164).

As Agent for Webex Communications we request that the claim be considered on its merits and be allowed under the correct bankruptcy case under Nortel Networks Corporation et.al., case number 09-10164.

Should you have any questions or concerns, please do not hesitate to contact me at 410-773-4085 or Jorrissen.Manuel@rmsna.com

Respectfully yours,

Jorrissen Manuel
RMS Bankruptcy Recovery Services
Agent for Webex Communications

Cc: Steven D. Sass, Esq. (RMS)
    Deborah M. Buell, Cleary Gottlieb Steen & Hamilton, LLP
    Derek C. Abbott, Morris, Nichols, Arsht & Tunnell LLP

*Working Capital Optimized*