| UNITED STATES BANKRUPTCY COURT   DISTRICT OF Delaware | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Nortel Networks Corporation, et al / | Case Number: 09-10164 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br>WebEx Communications<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, Maryland 21094<br>Telephone number: (410) 773-4088 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br>Same as above<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed: $ $ 25,619.57**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____Service_____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor: 1133**

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate____%
Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ $              -

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY
---|---|---
04/03/09 | [signature] Wendy Finnegan, RMS, Agent for Creditor |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# webex

9 Freedom Circle, Santa Clara, CA

**REMIT TO:** WEBEX COMMUNICATIONS, INC PO BOX 49216
SAN JOSE CA 95161 49216
United States

**Bill To:**
Debbie Adams
Nortel Networks Corp
P.O. Box 280510
Nashville TN 37228
United States

**Ship To:**
Nortel Networks Corp
P.O. Box 280510
Nashville TN 37228
United States

## Invoice

| NUMBER | 2749058 | | |
|---|---|---|---|
| DATE | 10-DEC-08 | PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | | | |
| SALES ORDER NUMBER | 2403293 | | |
| CUSTOMER NUMBER | 1133 | LOCATION NUMBER | 754789 |

| CUSTOMER CONTACT | DUE DATE | SALES PERSON | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|
| Debbie Adams | 24-JAN-09 | | 10-DEC-08 | | 0 |

| IMS | Invoice | QUANTITY ORDERED | BACK ORDERED | SHIPPED | Tax | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 5 NET | | | | | | | |
| 1 | NBR Storage 1GB | 1 | | 1 | | 0.00 | 0.00 |
| 2 | NBR Committed Storage 1GB | 1 | | 1 | | 0.00 | 0.00 |
| 3 | Support Center Ports | 75 | | 75 | | 125.00 | 9,375.00 |
| 4 | Maintenance SSL | 1 | | 1 | | 1,000.00 | 1,000.00 |
| 5 | Overage (15-min Peak) | 195 | | 195 | | 6.25 | 1,218.75 |
| 6 | Internet Phone | 7 | | 7 | | 0.02 | 0.14 |

SPECIAL INSTRUCTIONS
contact our Finance dept at 1/866-399-3239 or email us at
accountsreceivable@webex.com.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| 11,593.89 | 0.00 | 0.00 | 11,593.89 Currency: USD |

EVERGREEN DATA SYSTEMS INC

# webex

79 Freedom Circle, Santa Clara, CA

**REMIT TO:** WEBEX COMMUNICATIONS, INC  PO BOX 49216
SAN JOSE CA 95161 49216
United States

**Bill To:**
Debbie Adams
Nortel Networks Corp
P.O. Box 280510
Nashville TN 37228
United States

**Ship To:**
Nortel Networks Corp
P.O. Box 280510
Nashville TN 37228
United States

| | Invoice | |
|---|---|---|
| NUMBER | 2714584 | |
| DATE | 10-NOV-08 | PAGE 1 of 1 |
| PURCHASE ORDER NUMBER | | |
| SALES ORDER NUMBER | 2165196 | |
| CUSTOMER NUMBER | 1133 | LOCATION NUMBER 754789 |

| DUE DATE | SALES PERSON | CUSTOMER CONTACT | SHIP DATE | SHIPPING REFERENCE | SHIP VIA |
|---|---|---|---|---|---|
| 25-DEC-08 | | Debbie Adams | 10-NOV-08 | 0 | |

| # | Invoice | QUANTITY ORDERED | BACK ORDERED | SHIPPED | Tax | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | NBR Storage 1GB | 1 | | 1 | | 0.00 | 0.00 |
| 2 | NBR Committed Storage 1GB | 1 | | 1 | | 0.00 | 0.00 |
| 3 | Support Center Ports | 75 | | 75 | | 125.00 | 9,375.00 |
| 4 | Maintenance SSL | 1 | | 1 | | 1,000.00 | 1,000.00 |
| 5 | Overage (15-min Peak) | 584 | | 584 | | 6.25 | 3,650.00 |
| 6 | Internet Phone | 34 | | 34 | | 0.02 | 0.68 |

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| 14,025.68 | 0.00 | 0.00 | 14,025.68 |

Currency: USD

Contact our Finance dept at 1/866-399-3239 or email us at
accountsreceivable@webex.com.

O EVERGREEN DATA SYSTEMS INC