*Exhibit B*

**09-10164-KG** Nortel Networks Corporation, et al.,
**Case type:** bk **Chapter:** 15 **Asset:** Unknown **Vol:** v **Judge:** Kevin Gross
**Date filed:** 01/14/2009 **Date of last filing:** 09/21/2010

# Associated Cases

| Case | Associated Case | Type |
|------|-----------------|------|
| 09-10164-KG Nortel Networks Corporation, et al., | 09-10166-KG Nortel Networks Limited | Jointly Administered |
| 09-10164-KG Nortel Networks Corporation, et al., | 09-10167-KG Nortel Networks Technology Corporation | Jointly Administered |
| 09-10164-KG Nortel Networks Corporation, et al., | 09-10168-KG Nortel Networks Global Corporation | Jointly Administered |
| 09-10164-KG Nortel Networks Corporation, et al., | 09-10169-KG Nortel Networks International Corporation | Jointly Administered |
| 09-10164-KG Nortel Networks Corporation, et al., | 10-53066-KG Nortel Networks Limited v. Communications Test Design, Inc. | Adversary |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/22/2010 13:39:29 | | |
| **PACER Login:** | **Client Code:** | rms |
| **Description:** Associated Cases | **Search Criteria:** | 09-10164-KG |
| **Billable Pages:** 1 | **Cost:** | 0.08 |