**09-10138-KG** Nortel Networks Inc., et al.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Kevin Gross
**Date filed:** 01/14/2009 **Date of last filing:** 09/22/2010

# Associated Cases

| Case | Associated Case | Type |
|---|---|---|
| 09-10138-KG Nortel Networks Inc., et al. | 09-10139-KG Nortel Networks Capital Corporation | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10140-KG Alteon WebSystems, Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10141-KG Alteon Websystems International, Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10142-KG Xros, Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10143-KG Sonoma Systems | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10144-KG Qtera Corporation | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10145-KG CoreTek, Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10146-KG Nortel Networks Applications Management Solutions | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10147-KG Nortel Networks Optical Components Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10148-KG Nortel Networks HPOCS Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10149-KG Architel Systems (U.S.) Corporation | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10150-KG Nortel Networks International Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10151-KG Northern Telecom International Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-10152-KG Nortel Networks Cable Solutions Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 09-12515-KG Nortel Networks (CALA) Inc. | Jointly Administered |
| 09-10138-KG Nortel Networks Inc., et al. | 10-53065-KG Nortel Networks, Inc. v. Communications Test Design, Inc. | Adversary |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/22/2010 13:37:17 |