# EXHIBIT "A"

# Beijing 2008 Summer Olympic Games
## The Coca-Cola Company Global Hospitality VIP Program
## PACKAGE COMMITMENT FORM

Below is a summary of the confirmed package order for Group P106 – Nortel

| Commitments | Package Type | Wave | Arrival Date | Departure Date | Package Price | Extended Price |
|---|---|---|---|---|---|---|
| 5 | Guest VIP | Wave 2 | Aug. 12, 2008 | Aug. 16, 2008 | $18,000. | $18,000. |
| | | | | | Total | $90,000. |

Instructions:
- All information requested below must be provided for your order to be confirmed
- An invoice will be sent in 1st quarter 2008 with a net due date of April, 1 2008
- Questions regarding invoices should be sent to Margaret Boon (mboon@na.ko.com)
- Questions regarding packages should be sent to Lisa McGregor (lmcgregor@na.ko.com)
- **Once you have signed and returned this form, packages are non-cancelable**

Return the fully-completed forms <u>by fax</u> to Lisa McGregor (404.598.3233) no later than <u>July 23, 2008</u>

I agree to pay the total charge as listed above:

Doug Johnson
Approving Manager Name (print legibly)

Nortel
Company Name

GM Olympic Programs
Title (print legibly)

[Signature]

1 August 08
Date

Complete and fax the attached Invoice preapproval form

# Miscellaneous AR Transactions
# Pre-Approval Form

Instructions: Complete the highlighted sections of the form

| Originating Company: KO entity | Corporate |
|---|---|
| Company Name: | The Coca-Cola Company |
| Company Code Number: | 0801 |
| GL Account to be Credited: | 885101000 |
| WBS Element: | P-00034671-90100 |
| PROFIT CENTER | US09440001 |
| Person Responsible for the Cost Center: | Peter Franklin |
| Person Initiating the Charge: | Margaret Boon |
| Description of Expenses: | 2008 Beijing Global Hospitality VIP Program |
| Dollar Amount: | $90,000 |
| Currency type (i.e. USD, EUR, etc.) | USD |
| **Coding Information** | |
| Assigned Customer Account # (if known) | |
| PO # | |
| **Receiving Company: Customer** | |
| Company Name: | Nortel Networks Inc. |
| VAT Number (if applicable): | Shopping Cart Number: 1000227366 |
| Mailing Address: | C/O Accounts Payable |
| | P.O. Box 280510 |
| | Nashville, TN 37228 |
| Name of Approving Manager: | David Johnson |
| Title of Approving Manager: | General Manager, Olympic Programs |
| Phone Number: | +1 (425) 450-8618 |
| Fax Number: | |
| email: | djjohnson@nortel.com |