# EXHIBIT "B"

Page      1      Original

# *The Coca-Cola Company*

# INVOICE

P.O. Box 1734
Atlanta, Georgia  30301

| | |
|---|---|
| COMPANY CODE | 0801 |
| INVOICE DATE | 11/21/2008 |
| INVOICE NO. | 1800000039 |
| CONTRACT NO. | 08 BEIJING VIP |
| CUSTOMER | 32336 |

BILL TO:
NORTEL NETWORKS INC
ATTN: ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

| DESCRIPTION | AMOUNT USD |
|---|---|
| 2008 Beijing Global Hospitality VIP Program | 90,200.00 |
| Journal Vouchers Only | 0.00 |

| PAYMENT TERMS Due Net Within 30 Days | INVOICE TOTAL | 90,200.00 |
|---|---|---|
| DUE DATE      12/21/2008 | | |

The Coca-Cola Company
Citibank New York
399 Park Avenue
New York,  New York   10043
Bank Account# 00096639
ABA Routing#  021000089

The Coca_Cola Company
Accounts Receivable NAT718A
P.O. Box 1734
Atlanta,  Georgia    30301

**Please include customer number and invoice and/or contract number when submitting payments.**
For any inquiries please contact Shelly Robbins at 404-676-3407.

Confidential

A32253