# EXHIBIT "C"



COCA-COLA PLAZA
ATLANTA, GEORGIA

LEGAL DIVISION

ADDRESS REPLY TO
P. O. BOX 1734
ATLANTA, GA 30301

404 676-2121

Joseph A. Johnson
Attorney The Coca-Cola Company
Tel: (404) 676-4150   Fax: (404) 598-4150

June 10, 2009

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, New York 10150-5075

   Re: **Nortel Networks, Inc., et al**
      **Chapter 11 Proof of Claim Case No. 09-10138KG**

Dear Sir or Madam:

Enclosed are one (1) original and two (2) copies of the Proof of Claim herewith for filing in the above-captioned action on behalf of The Coca Cola Company. Please file the Proof of Claim and return a stamped and dated copy to me in the self-addressed, pre-paid envelope that I have enclosed.

Very truly yours,

Joseph A. Johnson
Attorney, The Coca-Cola Company

JAJ
Enclosures

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|
| In re: Nortel Networks Inc., et al | Case Number 09-10138 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" payment of an administrative expense may be filed pursuant to 11 U.S.C. '503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): The Coca-Cola Company | ☐ Check box if you are aware that anyone has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars. |
|---|---|
| Name and Addresses where notices should be sent:<br>The Coca-Cola Company<br>P.O. Box 1734<br>Attn: Joe Johnson, NAT 2008<br>Atlanta, GA. 30313 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court.   THIS SPACE IS FOR COURT USE ONLY |
| Telephone No.: 404 676-4150 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated: _____ |

1. **BASIS FOR CLAIM**
   - X Goods sold
   - X Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other (describe briefly):

   - ☐ Retiree benefits as defined in 11 U.S.C. ' 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Your social security number _____
     Unpaid compensations for services performed from (date)
     _____ to _____ (date)

2. DATE DEBT WAS INCURRED: 11/21/2008
3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, or (3) Secured. It is possible for part of a claim to be in one category and part in another.

   CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

   ☐ SECURED CLAIM.
   Attach evidence of security interest.
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicles  ☐ Other (describe briefly)

   Amount of arrearage and other charges included in secured claim above, if any: $_____

   ☐ UNSECURED NONPRIORITY CLAIM:

   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

   ☐ UNSECURED PRIORITY CLAIM: $
   Specify the priority of the claim.
   - ☐ Wages, salaries, or commissions (up to $4,300), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. ' 507(a)(3).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. ' 507(a)(4)
   - ☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. ' 507(a)(6)
   - ☐ Taxes or penalties of governmental units - 11 U.S.C. ' 507(a)(7)
   - ☐ Alimony, maintenance or support owe to a spouse, former spouse or child - 11 U.S.C. ' 507(a)(7)
   - X Other – Claim is secured by right of setoff and recoupment.

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

   $ 90,200 (UNSECURED)   $ (SECURED)   $ (PRIORITY)   **$ 90,200 (TOTAL)**

   ☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| DATE: 6/10/2009 | Sign & print the name & title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br>Joseph A. Johnson, Attorney |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. ''152 and 3571.

900200.00001/40105975v1

*The Coca-Cola Company*

P.O. Box 1734
Atlanta, Georgia 30301

Page     1     Original

# INVOICE

| | |
|---|---|
| COMPANY CODE | 0801 |
| INVOICE DATE | 11/21/2008 |
| INVOICE NO. | 1800000039 |
| CONTRACT NO. | 08 BEIJING VIP |
| CUSTOMER | 32336 |

BILL TO:
NORTEL NETWORKS INC
ATTN: ACCOUNTS PAYABLE
PO Box 280510
NASHVILLE TN  37228

| DESCRIPTION | AMOUNT USD |
|---|---|
| 2008 Beijing Global Hospitality VIP Program | 90,200.00 |
| Journal Vouchers Only | 0.00 |

| | | | |
|---|---|---|---|
| PAYMENT TERMS | Due Net Within 30 Days | INVOICE TOTAL | 90,200.00 |
| DUE DATE | 12/21/2008 | | |

The Coca-Cola Company
Citibank New York
399 Park Avenue
New York, New York   10043
Bank Account# 00096639
ABA Routing# 021000089

The Coca_Cola Company
Accounts Receivable NAT718A
P.O. Box 1734
Atlanta, Georgia   30301

Please include customer number and invoice and/or contract number when submitting payments.
For any inquiries please contact Shelly Robbins at 404-676-3407.

Confidential

A32253