## CERTIFICATE OF SERVICE

I, Theresa V. Brown-Edwards, hereby certify that I am not less than 18 years of age and that on this 23rd day of September, 2010, I caused a true and correct copy of the foregoing **Response of the Coca Cola Company to Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)** to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery**
Derek C. Abbot, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Electronic Mail and Facsimile**
Deborah M. Buell, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax : 212.225.3999
Email: dbuell@cgsh.com
          lschweitzer@cgsh.com

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: September 23, 2010
       Wilmington, Delaware

_____
Theresa V. Brown-Edwards (DE Bar No. 4225)

974229v.1/36070