Elizabeth Banda Calvo
Adrienne Hamil
Alexander Wolfe
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
FAX: (817) 860-6509
Email: ahamil@pbfcm.com

ATTORNEYS FOR:  CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD, RICHARDSON ISD

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| NORTEL NETWORKS INC., *et al.*, | § | CASE NO. 09-10138 (KG) |
| | § | |
| Debtors. | § | Jointly Administered |

OBJECTION TO DEBTORS' MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS' ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS' MULTI-SERVICE SWITCH (FORMERLY KNOWN AS 'PASSPORT') BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

## **WITHDRAWAL**

NOW COMES, CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD, RICHARDSON ISD in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw the Objection to Debtor's Sale Motion filed on or about August 30, 2010, (Docket no. 3845) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: /s/Adrienne Hamil
ELIZABETH BANDA CALVO
State Bar No. 24012238

ADRIENNE HAMIL  
State Bar No. 24069867  
ALEXANDER WOLFE  
State Bar No. 24054474  
P.O. Box 13430  
Arlington, Texas 76094-0430  
Phone: (817) 461-3344  
Fax: (817) 860-6509  
Email: ahamil@pbfcm.om

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail and/or the Court's ECF System to the following parties on this the 23rd day of September, 2010:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn: James L. Bromley & Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>Facsimile: 212-225-3999 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott<br>1201 North Market Street<br>Wilmington, DE 19801<br>Facsimile: 302-658-3989 |
| Schulte, Roth & Zabel LLP<br>Attn: Richard A. Presutti<br>919 Third Avenue<br>New York, NY 10022<br>Facsimile: 212-593-5955 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Fred Hodara, Stephen Kuhn, & Kenneth Davis<br>One Bryant Park<br>New York, NY 10036<br>Facsimile: 212-872-1002 |
| Richards, Layton & Finger, P.A.<br>Attn: Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Facsimile: 302-651-7701 | Milbank, Tweed, Hadley & McCloy<br>Attn: Roland Hlawaty<br>One Chase Manhattan Plaza,<br>New York, NY 10006<br>Facsimile: 212-8225735 |
| Office of the US Trustee<br>Attn: Kevin Callahan<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Facsimile: 302-573-6497 | Intentionally left blank. |

/s/ Adrienne Hamil  
ELIZABETH BANDA CALVO  
ADRIENNE HAMIL  
ALEXANDER WOLFE