## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Resolving Claim No. 4643 Filed By Ernest Demel** was caused to be made on September 23, 2010, in the manner indicated upon the party identified below and the parties identified on the attached service list.

Dated:  September 23, 2010

                                              */s/Ann C. Cordo*
                                              Ann C. Cordo (No. 4817)

**BY FIRST CLASS MAIL**

Gary Steven Stone, Esquire
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201