# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2010 - August 31, 2010**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | August 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 278.0 |
| 2 | Business Operations / General Corporate / Real Estate | 32.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 15.0 |
| 4 | Analysis of Historical Results | 25.0 |
| 5 | Meetings with Debtor's Counsel | 41.0 |
| 6 | Committee Matters and Creditor Meetings | 63.5 |
| 7 | Claims Administration and Analysis | 14.0 |
| 8 | Intercompany Transactions/Balances | 75.0 |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 50.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **593.5** |

**Summary of Services Rendered by Professional**

| Name | August 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 194.0 |
| Michael Kennedy, Member | 219.5 |
| Aaron Taylor, Vice President | 180.0 |
| Michael Sabo, Associate | |
| **TOTAL** | **593.5** |

**Nortel Networks, Inc**
August 1, 2010 - August 31, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | August 2010 Hours | Code |
|---|---|---|---|
| 8/2/2010 | Travel to NYC | 4.0 | 15 |
| 8/2/2010 | Meetings w/ company and advisors re Transfer Pricing and MRDA | 3.0 | 8 |
| 8/2/2010 | Review materials re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/3/2010 | Meetings w/ company and advisors re TPA and Allocation | 4.0 | 8 |
| 8/3/2010 | Prepare for all estates allocation meetings | 3.0 | 1 |
| 8/3/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/4/2010 | Travel to NYC | 5.0 | 15 |
| 8/4/2010 | Review claims materials | 2.0 | 7 |
| 8/5/2010 | Meetings w/ Company and advisors re case management and claims | 2.0 | 5 |
| 8/5/2010 | Meetings w/ UCC, Company and advisors re case management, claims and allocation | 3.0 | 6 |
| 8/5/2010 | Meetings w/ Company and advisors re TPA and LRD calculations and settlements | 2.0 | 5 |
| 8/5/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/6/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/6/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 1.0 | 1 |
| 8/9/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 2.0 | 8 |
| 8/9/2010 | Calls and analysis re asset sale | 1.0 | 1 |
| 8/9/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 3.0 | 1 |
| 8/10/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 2.0 | 8 |
| 8/10/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 4.0 | 1 |
| 8/11/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/11/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 1.0 | 1 |
| 8/12/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/12/2010 | Calls and analysis re asset sale | 1.0 | 1 |
| 8/12/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 3.0 | 1 |
| 8/13/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 2.0 | 8 |
| 8/13/2010 | Calls and analysis re asset sale | 1.0 | 1 |
| 8/13/2010 | Review materials, calls and analysis re prepare for all estates allocation meetings | 4.0 | 1 |
| 8/14/2010 | Prepare for all estates allocation meetings | 2.0 | 1 |
| 8/15/2010 | Prepare for all estates allocation meetings | 4.0 | 1 |
| 8/16/2010 | Travel to NYC | 4.0 | 15 |
| 8/16/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/16/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/17/2010 | Meetings and analysis re allocation between estates | 10.0 | 6 |
| 8/17/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 4.0 | 8 |
| 8/18/2010 | Meetings and analysis re allocation between estates | 8.0 | 6 |
| 8/18/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 4.0 | 8 |
| 8/19/2010 | Meetings w/ company and advisors re claims, budgets and liquidation analysis | 5.0 | 7 |
| 8/19/2010 | Meetings and analysis re asset sale | 3.0 | 1 |
| 8/19/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/20/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/20/2010 | Review materials re allocation | 3.0 | 1 |
| 8/23/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 4.0 | 8 |
| 8/23/2010 | Review materials re allocation | 1.0 | 1 |
| 8/24/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 8/24/2010 | Review materials, analysis and calls re TPA and LRD calculations and settlements | 2.0 | 8 |
| 8/25/2010 | Call w/ UCC re allocation | 2.0 | 6 |
| 8/25/2010 | Review and prepare materials for all estates allocation meetings | 4.0 | 1 |
| 8/26/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/27/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/28/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 8/29/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 8/30/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |

| | | | |
|---|---|---:|---:|
| 8/31/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| | **August 2010 Total** | **194.0** | |

**Nortel Networks, Inc**
August 1, 2010 - August 31, 2010 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | August 2010 Hours | Code |
|---|---|---|---|
| 8/2/2010 | Travel to NY | 4.0 | 15 |
| 8/2/2010 | Meetings w/ company and advisors re Transfer Pricing and MRDA | 3.0 | 8 |
| 8/2/2010 | Review materials re TPA and LRD calculations and settlements | 3.0 | 8 |
| 8/3/2010 | Meetings w/ company and advisors re TPA and Allocation | 4.0 | 8 |
| 8/3/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 8/3/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/4/2010 | Calls w/ Cleary & JR re: prep for allocation meeting | 2.0 | 7 |
| 8/5/2010 | Travel to NY | 5.0 | 15 |
| 8/5/2010 | Meetings w/ Company and advisors re case management and claims | 2.0 | 5 |
| 8/5/2010 | Meetings w/ UCC, Company and advisors re case management, claims and allocation | 3.0 | 6 |
| 8/5/2010 | Meetings w/ Company and advisors re TPA and LRD calculations and settlements | 2.0 | 5 |
| 8/5/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/6/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 8/9/2010 | Calls w/ Captone | 2.0 | 6 |
| 8/9/2010 | Calls w/ Cleary & JR re: prep for allocation meeting | 2.0 | 1 |
| 8/9/2010 | Review and prepare materials for all estates allocation meetings | 2.0 | 1 |
| 8/10/2010 | Calls w/ Cleary & JR re: issues list | 2.0 | 1 |
| 8/10/2010 | Call w/ JW re: tax issues | 1.0 | 2 |
| 8/10/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 8/11/2010 | Call w/ Nortel on financial results | 1.0 | 2 |
| 8/11/2010 | Call w/ JR re: tax issues | 1.0 | 2 |
| 8/11/2010 | Calls w/ Cleary & JR re: issues list | 3.0 | 1 |
| 8/11/2010 | Review and prepare materials for all estates allocation meetings | 2.0 | 1 |
| 8/12/2010 | Meeting w/ MO & MG re: transfer pricing | 6.0 | 2 |
| 8/12/2010 | Call w/ UCC advisors | 1.5 | 6 |
| 8/12/2010 | Calls w/ JB and JR re: issues list | 3.0 | 2 |
| 8/13/2010 | Call w/ UCC advisors & Cleary | 2.0 | 6 |
| 8/13/2010 | Calls w/ JB and JR re: issues list | 2.0 | 2 |
| 8/13/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 8/16/2010 | Travel to NY | 4.0 | 15 |
| 8/16/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/16/2010 | Review financial materials and transfer pricing | 3.0 | 8 |
| 8/17/2010 | Meetings and analysis re allocation between estates | 10.0 | 6 |
| 8/17/2010 | Review financial materials and transfer pricing | 4.0 | 8 |
| 8/18/2010 | Meetings and analysis re allocation between estates | 8.0 | 6 |
| 8/18/2010 | Review financial materials and transfer pricing | 4.0 | 8 |
| 8/19/2010 | Meetings w/ company and advisors re claims, budgets and liquidation analysis | 5.0 | 7 |
| 8/19/2010 | Meetings and analysis re asset sale | 3.0 | 1 |
| 8/19/2010 | Return travel to Chicago | 4.0 | 15 |
| 8/20/2010 | Review and discuss items on issues list | 2.0 | 2 |
| 8/20/2010 | Review financial materials and transfer pricing | 3.0 | 3 |
| 8/20/2010 | Calls w/ JB and JW re: tax issues | 1.0 | 2 |
| 8/20/2010 | Calls w/ JB and Monitor re: issues list | 1.0 | 2 |
| 8/23/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 8/23/2010 | Calls w/ JB and Monitor re: issues list | 1.0 | 1 |
| 8/23/2010 | Calls w/ JR re: issues list | 3.0 | 2 |
| 8/23/2010 | Call re: Carling campus sale | 1.0 | 3 |
| 8/24/2010 | ARA monthly review | 2.0 | 3 |
| 8/24/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/25/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 8/25/2010 | Call w/ UCC re allocation | 2.0 | 6 |
| 8/25/2010 | Calls w/ JB and Monitor re: issues list | 3.0 | 1 |

| Date | Description | Hours | Code |
|---|---|---|---|
| 8/26/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 8/26/2010 | Calls w/ JR re: issues list | 2.0 | 2 |
| 8/26/2010 | Calls w/ Captone re: prep for allocation meeting | 2.0 | 6 |
| 8/27/2010 | Meetings w/ Debtor and professionals re allocation, case mgmt, asset sales | 2.0 | 5 |
| 8/27/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 8/30/2010 | Review and prepare materials for all estates allocation meetings | 11.0 | 1 |
| 8/31/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 8/31/2010 | Calls w/ Captone re: prep for allocation meeting | 2.0 | 6 |
| 8/31/2010 | FA Monthly call | 2.0 | 3 |
| 8/31/2010 | Call w/ Cleary re: side letters | 2.0 | 5 |
| | **August 2010 Total** | **219.5** | |

**Nortel Networks, Inc**
August 1, 2010 - August 31, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | August 2010 Hours | Code |
|---|---|---:|:---:|
| 8/9/2010 | Diligence re Company, Claims & allocation | 8.0 | 4 |
| 8/10/2010 | Discussion with JR and Cleary | 4.0 | 5 |
| 8/10/2010 | Diligence re Company, Claims & allocation | 5.0 | 4 |
| 8/11/2010 | Review of Company's financial results | 1.0 | 2 |
| 8/11/2010 | Diligence re Company, Claims & allocation | 8.0 | 4 |
| 8/12/2010 | Diligence re Company, Claims & allocation | 4.0 | 4 |
| 8/12/2010 | Conference Calls with JR and Cleary | 3.0 | 5 |
| 8/12/2010 | Conference Call with UCC Advisors | 2.0 | 6 |
| 8/13/2010 | Diligence re Company, Claims & allocation | 9.0 | 8 |
| 8/16/2010 | Travel to NY | 5.0 | 1 |
| 8/16/2010 | Meetings with JR and Cleary | 8.0 | 5 |
| 8/17/2010 | Meetings and analysis re allocation between estates | 10.0 | 1 |
| 8/17/2010 | Meetings with JR and Cleary | 4.0 | 5 |
| 8/18/2010 | Meetings and analysis re allocation between estates | 4.0 | 1 |
| 8/18/2010 | Meetings with JR and Cleary | 6.0 | 5 |
| 8/18/2010 | Travel from NY | 5.0 | 1 |
| 8/19/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/20/2010 | Review and prepare materials for all estates allocation meetings | 4.0 | 1 |
| 8/20/2010 | Review and discuss items on issues list | 2.0 | 2 |
| 8/20/2010 | Review financial materials and transfer pricing | 2.0 | 3 |
| 8/20/2010 | Conference Call with JB and JW | 1.0 | 2 |
| 8/23/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/23/2010 | Call with JR on issues list | 3.0 | 2 |
| 8/23/2010 | FA Conference Call on Carling campus sale | 1.0 | 3 |
| 8/24/2010 | ARA monthly review | 2.0 | 3 |
| 8/24/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/25/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/25/2010 | Conference Call with UCC Advisors | 2.0 | 6 |
| 8/26/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 8/26/2010 | Call with JR on issues list | 2.0 | 2 |
| 8/26/2010 | Conference Call with Capstone | 2.0 | 6 |
| 8/27/2010 | Meetings with Company and professionals | 2.0 | 5 |
| 8/27/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/30/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 8/31/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 8/31/2010 | Conference Call with Capstone | 2.0 | 6 |
| 8/31/2010 | FA Monthly call | 2.0 | 3 |
| 8/31/2010 | Conference Call with Cleary | 2.0 | 5 |
| | **August 2010 Total** | **180.0** | |