# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 through August 31, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 8/2/10-8/3/10 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 8/2/10-8/3/10 | Hotel (one night) | $ 251.34 |
| Matt Rosenberg | 8/2/10-8/3/10 | Ground Transportation | $ 20.00 |
| Matt Rosenberg | 8/2/10-8/3/10 | Parking | $ 31.00 |
| Matt Rosenberg | 8/2/10-8/3/10 | Meals (two breakfasts & dinners) | $ 104.18 |
| Mike Kennedy | 8/2/10-8/3/10 | Flight to New York, NY | $ 344.70 |
| Mike Kennedy | 8/2/10-8/3/10 | Hotel (one night) | $ 246.33 |
| Mike Kennedy | 8/2/10-8/3/10 | Ground transportation | $ 30.00 |
| Mike Kennedy | 8/2/10-8/3/10 | Parking | $ 31.00 |
| Mike Kennedy | 8/2/10-8/3/10 | Meals (one breakfast) | $ 5.00 |
| Matt Rosenberg | 8/4/10-8/5/10 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 8/4/10-8/5/10 | Hotel (one night) | $ 400.51 |
| Matt Rosenberg | 8/4/10-8/5/10 | Ground transportation | $ 20.00 |
| Matt Rosenberg | 8/4/10-8/5/10 | Parking | $ 22.50 |
| Matt Rosenberg | 8/4/10-8/5/10 | Meals (one breakfast and one dinner) | $ 42.50 |
| Mike Kennedy | 8/12/2010 | Meals (one lunch with five people) | $ 207.21 |
| Mike Kennedy | 8/16/10-8/19/10 | Flight to New York, NY | $ 1,611.80 |
| Mike Kennedy | 8/16/10-8/19/10 | Hotel (three nights) | $ 1,436.84 |
| Mike Kennedy | 8/16/10-8/19/10 | Ground transportation | $ 65.00 |
| Mike Kennedy | 8/16/10-8/19/10 | Parking | $ 124.00 |
| Mike Kennedy | 8/16/10-8/19/10 | Meals (three dinners) | $ 101.47 |
| Aaron Taylor | 8/16/10-8/18/10 | Flight to New York, NY | $ 554.40 |
| Aaron Taylor | 8/16/10-8/18/10 | Hotel (two nights) | $ 844.66 |
| Aaron Taylor | 8/16/10-8/18/10 | Ground transportation | $ 81.00 |
| Aaron Taylor | 8/16/10-8/18/10 | Meals (one dinner) | $ 40.00 |
| Matt Rosenberg | 8/16/10-8/19/10 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 8/16/10-8/19/10 | Hotel (three nights) | $ 1,728.41 |
| Matt Rosenberg | 8/16/10-8/19/10 | Parking | $ 124.00 |
| Matt Rosenberg | 8/16/10-8/19/10 | Meals (three breakfast, one lunch and one dinner) | $ 111.50 |
| Chilmark | various | FedEx and Office Expense | $ 74.53 |
| **Total Expenses** | | | **$ 10,578.53** |