

Finance and Administrative Services Department
***RECORDS, TAXES, AND TREASURY DIVISION / LITIGATION SECTION***
115 S. Andrews Avenue, Room A100 • Fort Lauderdale, Florida 33301 • 954-468-3422 • FAX 954-468-3410

September 14, 2010

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 N Market Street – 3rd Floor
Wilmington, DE  19801

IN RE:  NORTEL NETWORKS (CALA) INC
CASE # 09-12515-KG

Dear Sir/Madam:

By this letter, we do hereby request that our proof of claim filed on August 18, **2009** be removed from the above referenced case, as the Property Taxes for the year 2009 has been satisfied by the debtor on January 31, 2010 .

If you have any questions regarding this matter, please call me at (954) 468-3422.

Respectfully,

Hollie N. Hawn
Assistant County Attorney  Fl .Bar No. 027642
9/14/10