From:  Jackson Townsend III
       139 Dan Moody Trail
       Georgetown, TX  78633

To:
       Clerk
       U.S. Bankruptcy Court
       824 Market Street
       3rd Floor
       Wilmington, Delaware  19801

Copy:
       James L. Bromley
       Cleary Gottlieb Steen & Hamilton LLP
       One Liberty Plaza
       New York, NY  10006

This is a plea asking the U.S. Bankruptcy Court to consider former Nortel employees as the predominant creditor party involved in the actions before the court.

As a former employee with twenty plus years with Nortel, I stand to lose an important part of my retirement funds in this bankruptcy. Along with others in my particular situation, I was part and parcel of the group that built Nortel into a powerhouse telecommunications company respected worldwide. Not the group that destroyed it through fraud and mismanagement. The funds for retirement of which I speak were excess earnings not eligible for placement or deposit into the Nortel qualified pension fund. These excess earnings were to be annuities paid out in specific amounts over a period of time (10, 15, or 20 years). These payments did arrive each month until, of course, the bankruptcy was filed. Payment abruptly ceased and left me and many others with a sick feeling of an unknown future, unpreparedness not of our fault, and incredible betrayal. Some pertinent points of consideration are:

- These monies are debts to Nortel and not covered by the Pension Benefits Guaranty Corporation.
- These monies were earned by employees. They were not gifts, promises, or options. They were contracts.
- When settlement is finally reached, what is not paid to employee creditors will likely be lost to them *forever*. Corporate/business creditors may well eventually recoup some or all owed to them. And at the very least they will likely treat their losses as a financial write-off, lessening the same.

We are aware that chapter 11 is an effort to keep a company alive, people employed, and investors interested. That is an admirable goal not without merit. However, it is for the investors and employees of the future to earn this goal with their blood, sweat, and tears – not for those of us who have 'been there and done that." And we are not interested in subsidizing other's future with our retirement. This situation has become the American

Modus Operandi in every way, shape, and form. Ring all you can out of a person(s), then get rid of them.

If you ever see a company's CEO or president asked what his company's most important asset is, he will *always* say that it is his 'people' or employees (current Delta job ad on Monster.com exorts "Delta Airlines recognizes that our strength lies in our people"). If he really means this, he would care for and protect those assets in every way possible. I had the privilege of seeing General Norman Schwarzkopf speak at a Nortel Networks national sales meeting right after the first Gulf War a number of years ago. He was asked for his philosophy on military strategies. He thought for a moment and then said "Make a decision and do the right thing."

I am asking the court to force Nortel Networks to honor those non-qualified deferred compensation commitments, in their entirety, made to those retired employees. We just want to be at the front of the line this time.

Bankruptcy requires a final decision. Do the right thing.

*[signature: Jodsun Paunselmltr]*