

Finance and Administrative Services Department
*RECORDS, TAXES, AND TREASURY DIVISION / LITIGATION SECTION*
115 S. Andrews Avenue, Room A100 • Fort Lauderdale, Florida 33301 • 954-468-3422 • FAX 954-468-3410

September 14, 2010

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 N Market Street – 3rd Floor
Wilmington, DE  19801

FILED 2010 SEP 27 AM 9:30 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

IN RE:  NORTEL NETWORKS (CALA) INC
CASE # 09-12515-KG

Dear Sir/Madam:

By this letter, we do hereby request that our proof of claim filed on August 18, **2009** be removed from the above referenced case, as the Property Taxes for the year 2009 has been satisfied by the debtor on January 31, 2010.

If you have any questions regarding this matter, please call me at (954) 468-3422.

Respectfully,

Hollie N. Davis
Assistant County Attorney – Fl. Bar No. 027642
9/14/10

Broward County Board of County Commissioners
Sue Gunzburger • Kristin D. Jacobs • Albert C. Jones • Ken Keechl • Ilene Lieberman • Stacy Ritter • John E. Rodstrom, Jr. • Diana Wasserman-Rubin • Lois Wexler
www.broward.org

| Administration | Real Estate | Tangible | Business Tax | Bankruptcy | Cashiering | » Home » Logout | TaxSys.net |
|---|---|---|---|---|---|---|---|
| | Batches | Posting | Transactions | Reports | Administration | | |

| |<< < Page 64 of 337 > >>| | | | | | | |
|---|---|---|---|---|---|---|
| Transaction #5877400 | **Receipt** | | | | | |
| | Item | Actions | Details | Effective Date | Due | Paid |
| Cashier: Tomie Coates | Tangible Property | Validate, Validate Short Bill | Acc# C00006119590 Bill Yr: 2009 Due: 03/31/2010 [Print Bill] | 01/31/2010 | $36,439.82 | $36,439.82 |
| Paid By: <unknown> | | | | | | |
| Posted Date: 02/08/2010 08:25AM | | | Total: | | $36,439.82 | $36,439.82 |
| Received Via: Mail | | | | | | |
| Num. Items: 1 | **Payment** | | **Details** | | | **Paid** |
| Total Tendered: $36,439.82 | Bank Deposit Item | | Bank Deposit Item | | | $36,439.82 |
| Receipt#: LBX-09-00356593 | | | | | | |
| HSP Receipt#: 86891364 | | | Balance: | | | $0.00 |
| Batch: 451659 | | | | | | |
| Drawer: LBX | » Print Receipt | | | | | |
| Status: Complete | | | | | | |
| » View all transactions | | | | | | |

Copyright © 1997-2010, Grant Street Group. All rights reserved.



Powered by
GRANT STREET GROUP
Software That Works ®