# CERTIFICATE OF SERVICE

I, Alissa T. Gazze certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive)** was caused to be made on September 27, 2010, in the manner indicated upon the entities identified below.

Date: September 27, 2010

_____
Alissa T. Gazze (No. 5338)

## VIA HAND DELIVERY

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

Theresa V. Brown-Edwards, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
(Counsel for Coca Cola Company)

## VIA OVERNIGHT MAIL

Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON M9C 5K1
CANADA
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

3801108.1