**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



**Interim** (S)

VAT Invoice Date: **27 September 2010**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **296026**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 17,934.50 |
| For the period to 31 August 2010, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 35.32 |
| **Disbursements:** (NT) |  |  |  |
| Fares | 0.00 | 0.00 | 70.00 |
|  | 0.00 |  | 18,039.82 |
|  | VAT |  | 0.00 |
|  | Total |  | 18,039.82 |
|  | **Balance Due** |  | **18,039.82** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 296026 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI   BRUSSELS   DUBAI   FRANKFURT   HONG KONG   LONDON   MADRID   MILAN



## The Official Unsecured Creditors Committee for Nortel Networks Inc
## Re: BANKRUPTCY
## GDB/CCN01.00001
## For the period: to 31 August 2010

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.50 | 975.00 | (C0012) |
|  |  | 0.90 | 585.00 | (C0031) |
|  |  | **2.40** | **1,560.00** |  |
|  |  |  |  |  |
| Partner: | Angela Pearson | 4.30 | 2,687.50 | (C0012) |
|  |  | 4.10 | 2,562.50 | (C0019) |
|  |  | **8.40** | **5,250.00** |  |
|  |  |  |  |  |
| Partner: | Steven Hull | 0.50 | 312.50 | (C0019) |
|  |  | **0.50** | **312.50** |  |
|  |  |  |  |  |
| Senior Associate: | Marcus Fink | 0.60 | 309.00 | (C0007) |
|  |  | 1.60 | 824.00 | (C0019) |
|  |  | **2.20** | **1,133.00** |  |
|  |  |  |  |  |
| Senior Associate: | Luke Rollason | 1.30 | 637.00 | (C0007) |
|  |  | **1.30** | **637.00** |  |
|  |  |  |  |  |
| Associate: | Paul Bagon | 4.10 | 1,435.00 | (C0003) |
|  |  | 4.40 | 1,540.00 | (C0007) |
|  |  | 6.10 | 2,135.00 | (C0024) |
|  |  | 5.90 | 2,065.00 | (C0031) |
|  |  | **20.50** | **7,175.00** |  |
|  |  |  |  |  |
| Junior Associate: | Jonathan Firmston | 1.00 | 290.00 | (C0007) |
|  |  | **1.00** | **290.00** |  |
|  |  |  |  |  |
|  | Michelle Egbosimba | 1.10 | 319.00 | (C0012) |
|  |  | **1.10** | **319.00** |  |
|  |  |  |  |  |
| Trainee: | Ying Laohachewin | 6.80 | 1,258.00 | (C0031) |
|  |  | **6.80** | **1,258.00** |  |
|  |  |  |  |  |
|  | **TOTAL** | **44.20** | **17,934.50** |  |

The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2010

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Associates** | | | | |
| PDB | Paul Bagon | 4.10 | 350.00 | 1,435.00 |
| | | | Total | 1,435.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2010 | Paul Bagon | CASE | Monthly fee app. | 0.20 | 350.00 | 70.00 |
| 05/08/2010 | Paul Bagon | LETT | Ashurst fees | 0.30 | 350.00 | 105.00 |
| 20/08/2010 | Paul Bagon | DRFT | Ashurst monthly fee application. | 1.00 | 350.00 | 350.00 |
| 23/08/2010 | Paul Bagon | LETT | Ashurst monthly fee application. | 0.50 | 350.00 | 175.00 |
| 24/08/2010 | Paul Bagon | DRFT | Finalising and sending out Ashurst monthly fee application. | 2.10 | 350.00 | 735.00 |

1,435.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007    Creditors Committee Meetings

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 1.30 | 490.00 | 637.00 |
| MDF | Marcus Fink | 0.60 | 515.00 | 309.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 4.40 | 350.00 | 1,540.00 |
| **Junior Associate** | | | | |
| JWF | Jonathan Firmston | 1.00 | 290.00 | 290.00 |
| | | | Total | 2,776.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/08/2010 | Jonathan Firmston | ATTD | Attend creditors committee meeting call / Paul Bagon | 1.00 | 290.00 | 290.00 |
| 05/08/2010 | Paul Bagon | PHON | Weekly UCC call (in part). | 0.50 | 350.00 | 175.00 |
| 12/08/2010 | Marcus Fink | LETT | Attend update call to listen to pensions section | 0.60 | 515.00 | 309.00 |
| 12/08/2010 | Paul Bagon | LETT | UCC weekly meeting. | 0.90 | 350.00 | 315.00 |
| 19/08/2010 | Paul Bagon | PHON | UCC in person meeting attending by phone | 3.00 | 350.00 | 1,050.00 |
| 26/08/2010 | Luke Rollason | PHON | Committee call. Reviewing presentations as prep for call. | 1.30 | 490.00 | 637.00 |
| | | | | | | 2,776.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 4.30 | 625.00 | 2,687.50 |
| GDB | Giles Boothman | 1.50 | 650.00 | 975.00 |
| **Junior Associate** | | | | |
| MVE | Michelle Egbosimba | 1.10 | 290.00 | 319.00 |
| | | | Total | 3,981.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 18/08/2010 | Angela Pearson | RSCH | Receiving emails/submission | 1.00 | 625.00 | 625.00 |
| 26/08/2010 | Giles Boothman | SUPE | Team re proprietary claims research | 0.30 | 650.00 | 195.00 |
| 27/08/2010 | Giles Boothman | LETT | Brad Kahn re. proprietary claims | 0.20 | 650.00 | 130.00 |
| 27/08/2010 | Giles Boothman | SUPE | Angela re. proprietary claims | 0.30 | 650.00 | 195.00 |
| 31/08/2010 | Angela Pearson | LETT | Discussion Giles Boothman | 0.30 | 625.00 | 187.50 |
| 31/08/2010 | Angela Pearson | LETT | Prep for con call | 1.50 | 625.00 | 937.50 |
| 31/08/2010 | Angela Pearson | LETT | Brief Michelle Egbosimba | 0.50 | 625.00 | 312.50 |
| 31/08/2010 | Angela Pearson | LETT | Conference call with Akin Gump | 0.50 | 625.00 | 312.50 |
| 31/08/2010 | Angela Pearson | LETT | Discussion with Michelle Egbosimba | 0.30 | 625.00 | 187.50 |
| 31/08/2010 | Angela Pearson | LETT | Email to Michelle Egbosimba | 0.20 | 625.00 | 125.00 |
| 31/08/2010 | Giles Boothman | ATTD | Brad Kahn - con call re. proprietary claims | 0.40 | 650.00 | 260.00 |
| 31/08/2010 | Giles Boothman | INTD | Angela Pearson | 0.30 | 650.00 | 195.00 |
| 31/08/2010 | Michelle Egbosimba | PHON | Reading in/Discussions with AMP re proprietary claims/Con with Akin Gump/AMP/GDB | 1.10 | 290.00 | 319.00 |
| | | | | | | 3,981.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0019** | **Labor Issues/Employee Benefits** | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| AMP | Angela Pearson | | 4.10 | 625.00 | 2,562.50 |
| SEH | Steven Hull | | 0.50 | 625.00 | 312.50 |
| **Senior Associate** | | | | | |
| MDF | Marcus Fink | | 1.60 | 515.00 | 824.00 |
| | | | | Total | 3,699.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/08/2010 | Angela Pearson | READ | Review Motion, etc. | 1.70 | 625.00 | 1,062.50 |
| 05/08/2010 | Steven Hull | READ | Review Joshua Sturn email and review attached report filed by Delaware Magistrate Judge re: affirmation of Delaware Bankruptcy Court Order enforcing automatic stay. | 0.30 | 625.00 | 187.50 |
| 09/08/2010 | Marcus Fink | LETT | Review order of District Court affirming the Delaware Bankruptcy Court's order enforcing the automatic stay against the NNUK Pension Plan Trustee and the PPF | 1.10 | 515.00 | 566.50 |
| 12/08/2010 | Angela Pearson | PHON | Conference call | 0.60 | 625.00 | 375.00 |
| 12/08/2010 | Angela Pearson | LETT | Email to P Bagan | 0.20 | 625.00 | 125.00 |
| 12/08/2010 | Steven Hull | READ | Review Paul Bagon e-mail and review attachments in preparation for weekly committee call and consider pensions issues; review e-mail correspondence regarding the same. | 0.20 | 625.00 | 125.00 |
| 31/08/2010 | Angela Pearson | LETT | t/c Linklaters | 0.50 | 625.00 | 312.50 |
| 31/08/2010 | Angela Pearson | LETT | t/c Chambers | 0.30 | 625.00 | 187.50 |
| 31/08/2010 | Angela Pearson | LETT | Check Tribunal website | 0.30 | 625.00 | 187.50 |
| 31/08/2010 | Angela Pearson | LETT | Email to Lisa Beckerman | 0.30 | 625.00 | 187.50 |
| 31/08/2010 | Angela Pearson | LETT | Review emails | 0.20 | 625.00 | 125.00 |
| 31/08/2010 | Marcus Fink | LETT | Review email re EMEA appeals vs tPR determination panel and consider process for obtaining update on progress. Email to A Pearson re the same | 0.50 | 515.00 | 257.50 |

3,699.00

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0024**</u>     <u>**Asset/Stock Transaction/Business Liquidations**</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 6.10 | 350.00 | 2,135.00 |
| | | | Total | 2,135.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 20/08/2010 | Paul Bagon | LETT | Emails re Pluto emea asa. | 0.20 | 350.00 | 70.00 |
| 23/08/2010 | Paul Bagon | READ | Reviewing Pluto ASA | 3.20 | 350.00 | 1,120.00 |
| 24/08/2010 | Paul Bagon | READ | Reviewing Pluto ASA and sending note to AG re the same. | 2.70 | 350.00 | 945.00 |
| | | | | | | 2,135.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0031 | European Proceedings/Matters | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.90 | 650.00 | 585.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 5.90 | 350.00 | 2,065.00 |
| **Trainee** | | | | |
| YLAOHA | Ying Laohachewin | 6.80 | 185.00 | 1,258.00 |
| | | | Total | 3,908.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/08/2010 | Paul Bagon | PHON | Professionals' pre-call (in part). | 0.80 | 350.00 | 280.00 |
| 11/08/2010 | Paul Bagon | PHON | Professionals pre-call. | 0.80 | 350.00 | 280.00 |
| 13/08/2010 | Paul Bagon | RSCH | Query re fair market value and related calls and emails with AG | 2.50 | 350.00 | 875.00 |
| 13/08/2010 | Ying Laohachewin | MISC | Research to find a cases which serve as authority that 'fair market value' is the standard adhered to by English courts when having assets; conference call with associate from Akin Gump; discuss with Paul; draft e-mail to Akin Gump | 6.80 | 185.00 | 1,258.00 |
| 18/08/2010 | Paul Bagon | READ | Allocation slides and pensions docs | 1.50 | 350.00 | 525.00 |
| 24/08/2010 | Giles Boothman | LETT | PDB re EMEA issues | 0.30 | 650.00 | 195.00 |
| 24/08/2010 | Giles Boothman | READ | Emails | 0.30 | 650.00 | 195.00 |
| 24/08/2010 | Paul Bagon | PHON | Catch-up call with Brad at AG. | 0.30 | 350.00 | 105.00 |
| 31/08/2010 | Giles Boothman | PREP | For call with Akin | 0.30 | 650.00 | 195.00 |
| | | | | | | 3,908.00 |