**Exhibit C**
**DISBURSEMENT SUMMARY**
**AUGUST 01, 2010 THROUGH AUGUST 31, 2010**

| | |
|---|---:|
| Document Production | £35.32 |
| Travel Expenses – Ground Transportation | £70.00 |
| **TOTAL** | **£105.32** |