**Exhibit D**

**Disbursements Detailed Breakdown**

**Document Production**     35.32

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| Date | Description | Amount |
|---|---|---|
| 06/08/2010 | PAYEE: Pettycash; REQUEST#: 404058; DATE: 06/08/2010. - P/C PDB Taxi - 04/08/10 | 25.00 |
| 19/08/2010 | PAYEE: Pettycash; REQUEST#: 404989; DATE: 19/08/2010. - P/C PDB Cab home - 13/07/10 | 28.00 |
| 23/08/2010 | PAYEE: Petty Cash; REQUEST#: 405526; DATE: 23/08/2010. - Petty Cash for taxi home / working late | 10.00 |
| 25/08/2010 | PAYEE: Petty Cash; REQUEST#: 405787; DATE: 25/08/2010. - Petty Cash for taxi fare | 7.00 |

    105.32