**Exhibit E**
**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**AUGUST 01, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 2.40 | 1,560.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 8.40 | 5,250.00 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 0.50 | 312.50 |
| Marcus Fink | Associate for 9 years; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | 2.20 | 1,133.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | 1.30 | 637.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 20.50 | 7,175.00 |
| Jonathan Firmston | Associate for 1 year; Admitted in 2010; Restructuring and Special Situations Group, UK | £290 | 1.00 | 290.00 |
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 1.10 | 319.00 |
| Ying Laohachewin | First year trainee; Restructuring and Special Situations Group, UK | £185 | 6.80 | 1,258.00 |
| **TOTAL** | | | 44.20 | 17,934.50 |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2010 THROUGH AUGUST 31, 2010

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.10 | 1,435.00 |
| Creditors Committee Meetings | 7.30 | 2,776.00 |
| General Claims Analysis / Claims Objections | 6.90 | 3,981.50 |
| Labor Issues / Employee Benefits | 6.20 | 3,699.00 |
| Asset / Stock Transactions / Business Liquidations | 6.10 | 2,135.00 |
| European Proceedings / Matters | 13.60 | 3,908.00 |
| **TOTAL** | **44.20** | **17,934.50** |