## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                    :

*In re*
                    :

NORTEL NETWORKS INC., *et al.*,[1]
                    :

           Debtors.
                    :

---------------------------------------------------------X

|  |
|---|
| Chapter 11 |
| Case No. 09-10138 (KG) |
| Jointly Administered |
| **Hearing Date: October 14, 2010 at 10:00am (ET) (proposed)** |
| **Objections Due: October 7, 2010 at 4:00 pm (ET) (proposed)** |

### NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING DELIVERY BY CERTAIN DEBTORS AS MINORITY STOCKHOLDERS OF CONSENTS TO MERGER TRANSACTION; (II) APPROVING AN INDEMNIFICATION AND DEFERRED PAYMENT AGREEMENT; (III) AUTHORIZING CERTAIN DEBTORS TO ENTER INTO SUCH INDEMNIFICATION AND DEFERRED PAYMENT AGREEMENT AND TO CONSUMMATE RELATED TRANSACTIONS; (IV) AUTHORIZING THE DEBTORS TO FILE CERTAIN DOCUMENTS UNDER SEAL; AND (V) GRANTING RELATED RELIEF

        PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Motion For Entry Of An Order (I) Approving Delivery By Certain Debtors As Minority Stockholders Of Consents To Merger Transaction; (II) Approving An Indemnification And Deferred Payment Agreement; (III) Authorizing Certain Debtors To Enter Into Such Indemnification And Deferred Payment Agreement And To Consummate Related Transactions; (IV) Authorizing The Debtors To File Certain Documents Under Seal; And (V) Granting Related Relief** ("Motion").

        PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 7, 2010 at 4:00 p.m. (Eastern Time) (Proposed)** (the "Proposed Objection Deadline").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Proposed Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 14, 2010 AT 10:00 A.M. (EASTERN TIME) (PROPOSED)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  September 27, 2010
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Ann C. Cordo_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*