## **Exhibit B**

Merger Agreement

FILED UNDER SEAL PURSUANT TO PROPOSED ORDER AUTHORIZING THE
DEBTORS TO FILE CERTAIN DOCUMENTS UNDER SEAL