## Exhibit C

Indemnification Agreement

FILED UNDER SEAL PURSUANT TO PROPOSED ORDER AUTHORIZING THE DEBTORS TO FILE CERTAIN DOCUMENTS UNDER SEAL