IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                           Debtors.                            :   Jointly Administered
                                                               :
                                                               :   RE: D.I.'s 24, 195, 371, 686, 1046, 1367, 2191, 2349, 2830
                                                               :   and 3744
                                                               :
---------------------------------------------------------------X

## TENTH SUPPLEMENTAL DECLARATION OF JAMES L. BROMLEY IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP AS COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

I, JAMES L. BROMLEY, do hereby declare as follows:

1.  I am a member of the firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb" or the "Firm") which maintains an office for the practice of law, among other places, at One Liberty Plaza, New York, New York 10006. I am an attorney at law admitted to practice before the courts of the State of New York, the United States Court of Appeals – Second, Third and Ninth Circuits, and the United States District Courts for the District of New Jersey and the Eastern and Southern Districts of New York.

2.  I submit this declaration (the "Tenth Supplemental Declaration") to supplement the Application For an Order Authorizing Employment and Retention of Cleary Gottlieb Steen &

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Hamilton LLP <u>Nunc Pro Tunc</u> to the Petition Date [D.I. 24] (the "<u>Application</u>"), filed on January 14, 2009 (the "<u>Petition Date</u>"), the declaration of James L. Bromley in support of and annexed as Exhibit A to the Application (the "<u>Initial Declaration</u>"), the Supplemental Declaration of James L. Bromley in support of the Application [D.I. 195] (the "<u>First Supplemental Declaration</u>"), filed on February 2, 2009, the Second Supplemental Declaration of James L. Bromley in support of the Application [D.I. 371] (the "<u>Second Supplemental Declaration</u>"), filed on February 25, 2009, the Third Supplemental Declaration of James L. Bromley in support of the Application [D.I. 686] (the "<u>Third Supplemental Declaration</u>") filed on May 1, 2009, the Fourth Supplemental Declaration of James L. Bromley in support of the Application [D.I. 1046] (the "<u>Fourth Supplemental Declaration</u>") filed on July 8, 2009, the Fifth Supplemental Declaration of James L. Bromley in support of the Application [D.I. 1367] (the "<u>Fifth Supplemental Declaration</u>") filed on August 24, 2009, the Sixth Supplemental Declaration of James L. Bromley in support of the Application [D.I. 2191] (the "<u>Sixth Supplemental Declaration</u>") filed on December 22, 2009, the Seventh Supplemental Declaration of James L. Bromley in support of the Application [D.I. 2349] (the "<u>Seventh Supplemental Declaration</u>") filed on January 26, 2010, the Eighth Supplemental Declaration of James L. Bromley in support of the Application [D.I. 2830] (the "<u>Eighth Supplemental Declaration</u>"), filed on April 2, 2010, and the Ninth Supplemental Declaration of James L. Bromley in support of the Application [D.I. 3744] (the "<u>Ninth Supplemental Declaration</u>"), filed on July 28, 2010.

    3.    As set forth in the Initial Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Code (the "<u>Bankruptcy Code</u>") and the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") regarding the retention of professionals by the Debtors, Cleary Gottlieb undertook to determine whether Cleary Gottlieb

had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, I directed a list (the "<u>Conflicts Check List</u>"), attached to the Initial Declaration as Exhibit I, of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel, and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel be submitted to the Firm's Records Department. Cleary Gottlieb's Records Department ran a computerized check of each of these persons or entities against the Firm's client database (the "<u>Client Database</u>") to determine which persons or entities, if any, Cleary Gottlieb currently represents ("<u>Current Clients</u>") or has represented in three years prior to the Petition Date ("<u>Former Clients</u>"). A list of Current Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit II. A list of Former Clients matching those entities on the Conflicts Check List is attached to the Initial Declaration as Exhibit III.

4. As set forth in the Application, Cleary Gottlieb has updated and will continue to update periodically its conflicts review during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.

5. I am submitting this Tenth Supplemental Declaration to disclose that Cleary Gottlieb currently represents International Business Machines Corporation ("<u>IBM</u>"), a party in interest, in matters wholly unrelated to these chapter 11 proceedings. IBM has entered into an Agreement and Plan of Merger (the "<u>Merger</u>"), dated September 23, 2010, with Blade Network Technologies, Inc. ("<u>Blade</u>"). As a condition to that agreement, certain Blade stockholders, including Debtors NNI and Nortel Altsytems Inc. (the "<u>U.S. Debtor Stockholders</u>"), provided written consent and signed an Indemnification and Deferred Payment Agreement, dated

September 23, 2010, with IBM. The Debtors have filed a motion to approve the participation of the U.S. Debtor Stockholders in the Merger and related transactions. IBM has granted a limited conflict waiver with respect to Cleary Gottlieb's representation of the U.S. Debtor Stockholders as transaction counsel in connection with the Merger.

6. Cleary Gottlieb has fully informed the Debtors of its ongoing representation of IBM and the Debtors have consented to the Firm's continued representation of IBM in matters unrelated to these proceedings. Cleary Gottlieb believes that its representation of IBM in matters wholly unrelated to these chapter 11 proceedings is not adverse to the Firm's representation of the Debtors in the above-captioned bankruptcy cases. In the event that any adversary proceeding is required to be commenced as to IBM in connection with the Merger, Morris, Nichols Arsht & Tunnell LLP ("MNAT") will handle such matters. MNAT is also representing the Debtors in connection with customer claims filed by IBM against the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2010.

_____
JAMES L. BROMLEY