# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---:|
| 8/3/2010 | Brian Heinimann | Airfare | Travel to client site and return: Southwest: MDW / RDU 08/09/2010 to 08/12/2010. | 434.40 |
| 8/12/2010 | Brian Heinimann | Airfare | Travel to meeting in NYC and return: Southwest: MDW / LGA 08/16/2010 to 08/19/2010. | 457.40 |
| 8/16/2010 | Brian Heinimann | Airfare | Travel to client site and return: Southwest: MDW / RDU 08/23/2010 to 08/26/2010. | 424.40 |
| 8/25/2010 | Brian Heinimann | Airfare | Flight to and from client site: Southwest: MDW / RDU 08/30/2010 to 09/02/2010. | 430.40 |
| 8/11/2010 | Coley P. Brown | Airfare | Airfare to and from ORD / RDU for week of 8/23-8/26.: United: ORD / RDU 08/23/2010 to 08/26/2010. | 332.40 |
| 8/20/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 8/30-9/2.: United: ORD / RDU 08/30/2010 to 09/02/2010. | 430.40 |
| 8/26/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for weeks of 9/13-9/24.: United: ORD / RDU 09/13/2010 to 09/24/2010. | 230.40 |
| 8/26/2010 | Coley P. Brown | Airfare | Airfare to and from RDU and CMH for weeks of 9/13-9/24.: United: RDU / CMH 09/17/2010 to 09/19/2010. | 529.80 |
| 8/3/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US Airways: LGA / RDU 08/09/2010 to 08/12/2010. | 320.40 |
| 8/18/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US Airways: LGA / RDU 08/23/2010 to 08/26/2010. | 325.40 |
| 8/25/2010 | Joseph J. McKenna | Airfare | One way airfare to Chicago Office while traveling on Nortel engagement.: United Airlines: LGA / ORD 09/07/2010 to 09/07/2010. | 125.70 |
| 8/25/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement.: US Airways: LGA / RDU 08/30/2010 to 09/02/2010. | 320.40 |
| 8/11/2010 | Lee A. Sweigart | Airfare | Flight to NYC for meeting on Nortel: DELTA AIR LINES: IND/LGA 08/16/2010 to 08/19/2010. | 532.75 |
| 8/25/2010 | Lee A. Sweigart | Airfare | Flight to RDU for work at Nortel headquarters: Delta Air Lines: IND/RDU 08/30/2010 to 09/02/2010. | 733.20 |
| 8/3/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/RDU 08/09/2010 to 08/12/2010. | 379.40 |
| 8/17/2010 | Michael E. Scannella | Airfare | Airfare to client site.: Continental: EWR/RDU 08/22/2010 to 08/25/2010. | 385.40 |
| 8/24/2010 | Michael E. Scannella | Airfare | Airfare to client site.: Continental: EWR/RDU 08/30/2010 to 09/02/2010. | 355.40 |
| 8/26/2010 | Michael E. Scannella | Airfare | Airfare to Chicago office for purposes of Nortel matters.: American: LGA/ORD 09/07/2010 to 09/09/2010. | 650.40 |
| 8/9/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to client site: Yellow Cab: Residence / MDW | 45.00 |
| 8/9/2010 | Brian Heinimann | Ground Transportation | Cab to airport while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 8/12/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site: Yellow Cab: MDW / House | 45.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/16/2010 | Brian Heinimann | Ground Transportation | Cab from LGA to Huron office: Yellow Cab: LGA / Huron office | 35.00 |
| 8/16/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to visit Huron office: Yellow Cab: Residence / MDW | 45.00 |
| 8/19/2010 | Brian Heinimann | Ground Transportation | Cab from Cleary Gottlieb office to Huron office after meeting with Cleary Gottlieb: Yellow Cab: Counsel Office / LGA | 25.00 |
| 8/20/2010 | Brian Heinimann | Ground Transportation | Cab to residence from MDW after return from visit to client site: Yellow Cab: MDW / Residence | 45.00 |
| 8/20/2010 | Brian Heinimann | Ground Transportation | Cab from hotel to LGA: Yellow Cab: Hotel / LGA | 35.00 |
| 8/23/2010 | Brian Heinimann | Ground Transportation | Cab to MDW to catch flight to visit client site: Yellow Cab: Office / MDW | 30.00 |
| 8/23/2010 | Brian Heinimann | Ground Transportation | Cab to hotel from RDU while visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 8/26/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site: Yellow Cab: MDW / Residence | 45.00 |
| 8/30/2010 | Brian Heinimann | Ground Transportation | Cab to airport to catch flight to RDU to visit client site: Yellow Cab: Residence / MDW | 45.00 |
| 8/30/2010 | Brian Heinimann | Ground Transportation | Cab to hotel in Durham wile visiting client site: RDU Taxi: RDU / Sheraton | 20.00 |
| 8/2/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: residence / ORD | 40.00 |
| 8/2/2010 | Coley P. Brown | Ground Transportation | Cab from LGA to Huron NY office for travel on Nortel.: Cab: LGA / NY Office | 40.00 |
| 8/4/2010 | Coley P. Brown | Ground Transportation | Cab from Cleary office to Huron NY office after Nortel meeting.: Cab: NY Office / Cleary | 30.00 |
| 8/4/2010 | Coley P. Brown | Ground Transportation | Cab from Huron NY office to Cleary office for Nortel meeting.: Cab: NY Office / Cleary | 30.00 |
| 8/5/2010 | Coley P. Brown | Ground Transportation | Cabs to and from Four Points hotel and Huron NY office for week of 8/2-8/5 to transport Nortel documents.: Cab: hotel / Huron NY office | 30.00 |
| 8/5/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / residence | 40.00 |
| 8/5/2010 | Coley P. Brown | Ground Transportation | Cab from Huron NY office to Cleary office for Nortel meeting.: Cab: NY Office / Cleary | 30.00 |
| 8/9/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for Nortel.: Cab: RDU / hotel | 20.00 |
| 8/9/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 8/13/2010 | Coley P. Brown | Ground Transportation | Car service from Newark to hotel after travel on Nortel.: Cab: Newark / hotel | 95.00 |
| 8/15/2010 | Coley P. Brown | Ground Transportation | Train and cab from Morristown, NJ to NY for travel on Nortel.: NJ Transit / Cab: NJ / NY | 30.00 |
| 8/19/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / residence | 40.00 |
| 8/19/2010 | Coley P. Brown | Ground Transportation | Cabs to and from Manhattan hotel and Huron NY office for week of 8/15-8/19.: Cab: hotel / Huron NY office | 30.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/19/2010 | Coley P. Brown | Ground Transportation | Cab from Cleary office in NY to LGA after Nortel meeting.: Cab: NY / LGA | 45.00 |
| 8/19/2010 | Coley P. Brown | Ground Transportation | Cab from Huron NY office to Cleary office for Nortel meeting.: Cab: NY Office / Cleary | 30.00 |
| 8/23/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 8/23/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for Nortel.: Cab: RDU / hotel | 20.00 |
| 8/26/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 8/30/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh for Nortel.: Cab: RDU / hotel | 20.00 |
| 8/30/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 8/5/2010 | James Lukenda | Ground Transportation | Nortel-cab from office to counsel's office for meeting 3 riders: yellow cab: office to liberty place | 20.00 |
| 8/5/2010 | James Lukenda | Ground Transportation | Nortel-Subway from counsel's office: MTA: Liberty Pl-PABT | 2.25 |
| 8/5/2010 | James Lukenda | Ground Transportation | Nortel-cab from PABT to office with files: yellow cab: NYC | 7.00 |
| 8/19/2010 | James Lukenda | Ground Transportation | Nortel-subway from CG meetings, 1 Liberty plaza: MTA: 1 Libery - uptown | 2.25 |
| 8/19/2010 | James Lukenda | Ground Transportation | Nortel-early am cab to office-meeting prep: yellow cab: PABT-office | 6.00 |
| 8/19/2010 | James Lukenda | Ground Transportation | Nortel-cab for two to CG meetings, 1 Liberty plaza: yellow cab: office to 1 liberty | 18.00 |
| 8/9/2010 | Joseph J. McKenna | Ground Transportation | Cab to airport while traveling on Nortel engagement.: ALL TAXI MANAGEMENT INC: Manhattan / LGA | 38.74 |
| 8/12/2010 | Joseph J. McKenna | Ground Transportation | Cab from airport to residence in Manhattan while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 44.87 |
| 8/23/2010 | Joseph J. McKenna | Ground Transportation | Car to the airport while traveling on Nortel engagement.: Dial 7 Car: Manhattan / LGA | 58.50 |
| 8/26/2010 | Joseph J. McKenna | Ground Transportation | Car from airport to residence while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 48.40 |
| 8/30/2010 | Joseph J. McKenna | Ground Transportation | Car to airport from New York office while traveling on Nortel engagement.: NYC Taxi: Manhattan / LGA | 36.25 |
| 8/2/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from LGA: TSERING TASHI-7E15: LGA/NYC | 47.17 |
| 8/3/2010 | Lee A. Sweigart | Ground Transportation | Roundtrip cab from office / hotel / dinner: NYC cab: NYc | 30.00 |
| 8/16/2010 | Lee A. Sweigart | Ground Transportation | Roundtrip cab ride from office / dinner / hotel: NYC Cab: NYC | 24.00 |
| 8/16/2010 | Lee A. Sweigart | Ground Transportation | Ride to Huron office from LGA: EXECUTIVE PICKUPS INC: LGA/NYC | 75.50 |
| 8/19/2010 | Lee A. Sweigart | Ground Transportation | Car service from Cleary office to LGA: NYC car service: LGA | 65.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---:|
| 8/30/2010 | Lee A. Sweigart | Ground Transportation | Ride from RDU to hotel in RTP: RDU cab: RDU/RTP | 16.00 |
| 8/3/2010 | Michael E. Scannella | Ground Transportation | Cab home after working late on Nortel matters.: JC Taxi: PATH / Jersey City | 15.00 |
| 8/9/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1: Jersey City/EWR | 78.00 |
| 8/12/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR/Jersey City | 54.00 |
| 8/12/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site including gratuities: Sheraton: Raleigh Durham 08/09/2010 to 08/12/2010, 3 nights. | 470.68 |
| 8/20/2010 | Brian Heinimann | Hotel/Lodging | Visit to hotel while visiting counsel's office in NY: Manhattan at Time Square: NYC 08/16/2010 to 08/20/2010, 4 nights. | 1,502.47 |
| 8/26/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay and gratuities while visiting client site in RTP: Sheraton: Durham 08/23/2010 to 08/26/2010, 3 nights. | 470.68 |
| 8/5/2010 | Coley P. Brown | Hotel/Lodging | Four Points Times Square New York from 8/2-8/5 (3 nights).: Four Points: New York 08/02/2010 to 08/05/2010, room + tips. | 719.00 |
| 8/13/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for 8/9-8/13 (4 nights).: Sheraton Imperial: Raleigh 08/09/2010 to 08/13/2010, room + tips. | 634.24 |
| 8/19/2010 | Coley P. Brown | Hotel/Lodging | Manhattan Times Square hotel in New York from 8/15-8/19 (4 nights).: Manhattan Times Square: New York 08/15/2010 to 08/19/2010, room + tips. | 1,104.04 |
| 8/26/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 8/23-8/26 (3 nights).: Sheraton Imperial: Raleigh 08/23/2010 to 08/26/2010, rooms + tips. | 480.68 |
| 8/13/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Sheraton Imperial: Durham, NC 08/09/2010 to 08/12/2010, 3 nights. | 460.68 |
| 8/26/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel: Durham, NC 08/23/2010 to 08/26/2010, 3 nights. | 469.68 |
| 8/6/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in NYC for meetings on Nortel: WESTIN NY AT TIME SQUARE: NEW YORK 08/02/2010 to 08/05/2010, 3 nights. | 1,452.93 |
| 8/20/2010 | Lee A. Sweigart | Hotel/Lodging | Hotel in NYC for meetings on Nortel: WESTIN NY AT TIME SQUARE: NEW YORK 08/16/2010 to 08/19/2010, 3 nights. | 1,005.39 |
| 8/12/2010 | Michael E. Scannella | Hotel/Lodging | Hotel whilte at clientsite, 3 nights, room + tip.: Sheraton: RTP 08/09/2010 to 08/12/2010. | 470.68 |
| 8/25/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 08/22/2010 to 08/25/2010. | 473.18 |
| 8/31/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at cliensite, 2 nights.: Sheraton: RTP 08/30/2010 to 09/01/2010, room + tip. | 307.12 |
| 8/9/2010 | Brian Heinimann | Meals | Dinner in MDW airport while en route to client site: Harry Caray's: Chicago, 1 person. | 18.78 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/10/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Mez: Raleigh Attendees: Brian Heinimann, Joseph J. McKenna, 2 people. | 58.70 |
| 8/10/2010 | Brian Heinimann | Meals | Breakfast at cafe while visiting client site: Nortel: Raleigh, 1 person. | 8.22 |
| 8/11/2010 | Brian Heinimann | Meals | Breakfast at cafe while visiting client site: Nortel: Raleigh, 1 person. | 3.80 |
| 8/11/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Mez: Raleigh, 1 person. | 22.58 |
| 8/12/2010 | Brian Heinimann | Meals | Dinner at airport while en route to residence after visit to client site: Greenleaf's: Raleigh, 1 person. | 11.87 |
| 8/12/2010 | Brian Heinimann | Meals | Breakfast at cafe while visiting client site: Nortel: Raleigh, 1 person. | 6.52 |
| 8/16/2010 | Brian Heinimann | Meals | Dinner at Applebee's in NYC while visiting Huron office: Applebees: NYC, 1 person. | 22.16 |
| 8/16/2010 | Brian Heinimann | Meals | Breakfast in MDW airport while en route to client: Potbelly's: Chi, 1 person. | 7.62 |
| 8/17/2010 | Brian Heinimann | Meals | Diner for team while visiting Huron office in NY: Bar Americain: NYC Attendees: Brian Heinimann, Lee A. Sweigart, Coley P. Brown (3 people) | 150.00 |
| 8/17/2010 | Brian Heinimann | Meals | Breakfast in NYC while visiting Huron office: Starbucks: NYC, 1 person. | 3.82 |
| 8/18/2010 | Brian Heinimann | Meals | Dinner while visiting Huron office in New York: Playwright Celtic: NYC, 1 person. | 33.31 |
| 8/18/2010 | Brian Heinimann | Meals | Breakfast in NYC while visiting Huron office: Starbucks: NYC, 1 person. | 6.24 |
| 8/19/2010 | Brian Heinimann | Meals | Dinner at Basso56 while visiting Huron office in New York: Basso56: NYC, 1 person. | 50.00 |
| 8/19/2010 | Brian Heinimann | Meals | Breakfast in NYC while visiting Huron office: Starbucks: NYC, 1 person. | 6.21 |
| 8/20/2010 | Brian Heinimann | Meals | Breakfast in NYC while visiting Huron office: Au Bon Pain: NYC, 1 person. | 15.00 |
| 8/23/2010 | Brian Heinimann | Meals | Dinner at MDW Airport while en route to visit to client site: Harry Caray's: Chicago, 1 person. | 18.61 |
| 8/24/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Raleigh, 1 person. | 7.81 |
| 8/25/2010 | Brian Heinimann | Meals | Dinner at Angus Barn while visiting client site: Angus Barn: Durham Attendees: Brian Heinimann, Joseph J. McKenna, 2 people. | 100.00 |
| 8/25/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Raleigh, 1 person. | 3.80 |
| 8/26/2010 | Brian Heinimann | Meals | Dinner in airport while en route from client site to residence: Greenleaf's: Raleigh, 1 person. | 11.24 |
| 8/26/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Raleigh, 1 person. | 8.26 |
| 8/30/2010 | Brian Heinimann | Meals | Dinner at MDW Airport while en route to visit to client site: Potbelly's: Chicago, 1 person. | 10.99 |
| 8/31/2010 | Brian Heinimann | Meals | Breakfast at client cafe: Nortel: Raleigh, 1 person. | 3.90 |
| 8/2/2010 | Coley P. Brown | Meals | Dinner at Cafe O 42 for Coley Brown (1 person).: CAFE O 42: New York. | 23.88 |
| 8/2/2010 | Coley P. Brown | Meals | Breakfast at Starbucks for Coley Brown (1 person).: Starbucks: Chicago | 12.48 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/3/2010 | Coley P. Brown | Meals | Dinner at BXL Cafe for Coley Brown, Lee Sweigart, Mike Scannella and Joe McKenna (4 people). | 200.00 |
| 8/3/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 14.87 |
| 8/4/2010 | Coley P. Brown | Meals | Dinner at Cafe O 42 for Coley Brown (1 person).: CAFE O 42: New York | 22.55 |
| 8/4/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 14.23 |
| 8/5/2010 | Coley P. Brown | Meals | Dinner at LGA Airport restaurant for Coley Brown and Lee Sweigart (2 people).: LGA Airport Restaurant: New York Attendees: Coley P. Brown, Lee A. Sweigart | 74.06 |
| 8/5/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 13.77 |
| 8/9/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person).: Berghoff Cafe: Chicago | 23.74 |
| 8/10/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 40.77 |
| 8/11/2010 | Coley P. Brown | Meals | Dinner at Tobacco Road for Coley Brown, Joe McKenna and Brian Heinimann (3 people).: Tobacco Road: Durham Attendees: Coley P. Brown, Brian Heinimann, Joseph J. McKenna | 87.09 |
| 8/12/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh | 24.04 |
| 8/13/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 8/9-8/13 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |
| 8/15/2010 | Coley P. Brown | Meals | Dinner at Mercury for Coley Brown (1 person).: Mercury: New York | 50.00 |
| 8/16/2010 | Coley P. Brown | Meals | Dinner at 51st Cafe for Coley Brown (1 person).: 51st Cafe: New York | 21.99 |
| 8/16/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 13.95 |
| 8/17/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 14.36 |
| 8/18/2010 | Coley P. Brown | Meals | Dinner at 51st Cafe for Coley Brown (1 person).: 51st Cafe: New York | 24.03 |
| 8/18/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 14.48 |
| 8/19/2010 | Coley P. Brown | Meals | Dinner at LGA Airport for Coley Brown (1 person).: LGA: New York | 23.41 |
| 8/19/2010 | Coley P. Brown | Meals | Breakfast at New York Cafe for Coley Brown (1 person).: New York Cafe: New York | 13.01 |
| 8/24/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 46.43 |
| 8/25/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial for Coley Brown (1 person).: Sheraton Imperial: Raleigh | 50.00 |
| 8/26/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 8/23-8/26 for Coley Brown (1 person).: Nortel Cafe: Raleigh | 24.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/26/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster Bar for Coley Brown (1 person).: 42nd Street Oyster Bar: Raleigh | 22.38 |
| 8/9/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: McDonald's LGA: FLUSHING, 1 person | 11.09 |
| 8/12/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: Varsity Grill: RDU, 1 person | 22.49 |
| 8/23/2010 | Joseph J. McKenna | Meals | Dinner while traveling on Nortel engagement.: McDonald's LGA: Queens, NY, 1 person | 10.83 |
| 8/24/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafe: RTP, NC, 1 person | 5.11 |
| 8/25/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafe: Durham, NC, 1 person | 4.02 |
| 8/26/2010 | Joseph J. McKenna | Meals | Dinner at airport while traveling on Nortel engagement.: Greenleaf's: Durham, NC, 1 person | 21.51 |
| 8/26/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: Nortel Cafe: RTP, NC, 1 person | 5.92 |
| 8/30/2010 | Joseph J. McKenna | Meals | Individual dinner while traveling on Nortel engagement.: Bojangles: Durham, NC, 1 person | 8.18 |
| 8/5/2010 | Lee A. Sweigart | Meals | Breakfasts for week of 8/2 in NYC: Starbucks: NYC, 1 person | 23.07 |
| 8/6/2010 | Lee A. Sweigart | Meals | Dinner at hotel - 8/4: WESTIN NY AT TIME SQUARE: NEW YORK, 1 person. | 50.00 |
| 8/6/2010 | Lee A. Sweigart | Meals | Dinner at hotel on 8/2: WESTIN NY AT TIME SQUARE: NEW YORK, 1 person | 42.93 |
| 8/16/2010 | Lee A. Sweigart | Meals | Dinner in NYC: 77 WARREN FOODS LLC: NEW YORK, 1 person. | 50.00 |
| 8/16/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport: Starbucks: IND, 1 person | 5.64 |
| 8/18/2010 | Lee A. Sweigart | Meals | Dinner in NYC: KYMA RESTAURANT: NEW YORK Attendees: Lee A. Sweigart, Brian Heinimann, 2 people | 92.30 |
| 8/9/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Famous Famiglia: EWR | 10.35 |
| 8/10/2010 | Michael E. Scannella | Meals | Dinner while traveling, 2 people.: Mez: RTP Attendees: Michael E. Scannella, Coley P. Brown | 58.00 |
| 8/11/2010 | Michael E. Scannella | Meals | Dinner while traveling, 1 person.: Sansui/Sheraton: Durham | 35.65 |
| 8/12/2010 | Michael E. Scannella | Meals | Breakfast for week of 8/9/10, 1 person.: Nortel Cafe: RTP | 20.00 |
| 8/12/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Popeye's: RDU | 13.35 |
| 8/22/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: La Famiglia: EWR | 8.47 |
| 8/23/2010 | Michael E. Scannella | Meals | Dinner, 1 person.: McDonald's: RTP | 6.53 |
| 8/24/2010 | Michael E. Scannella | Meals | Dinner, 3 people.: Mez: RTP Attendees: Michael E. Scannella, Brian Heinimann, Joseph J. McKenna | 66.22 |
| 8/25/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person.: Nortel Cafe: RTP | 18.00 |
| 8/25/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Varsity Grill: RDU | 21.00 |
| 8/30/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Gallaghers: EWR | 28.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/31/2010 | Michael E. Scannella | Meals | Team dinner while traveling, 4 people.: Sansui: RTP Attendees: Michael E. Scannella, Lee A. Sweigart, Joseph J. McKenna, Brian Heinimann | 200.00 |
| 8/5/2010 | James Lukenda | Mileage | Nortel-Mileage net of normal commute to NYC from Lavallette regarding meeting in NYC with financial advisors: Lavallette-NYC-Lavallette 08/04/2010 to 08/05/2010. | 76.50 |
| 8/19/2010 | James Lukenda | Mileage | Nortel-early am to office for meeting preparation, mileage (34) less commute cost (11.50): Mont-NYC 08/19/2010 to 08/19/2010. | 5.50 |
| 8/6/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport from home: IND airport 08/02/2010 to 08/05/2010. | 25.00 |
| 8/19/2010 | Lee A. Sweigart | Mileage | Roundtrip mileage to IND airport from home: IND airport 08/16/2010 to 08/19/2010. | 25.00 |
| 8/25/2010 | Michael E. Scannella | Mileage | Mileage to/from airport.: Jersey City / EWR 08/22/2010 to 08/25/2010. | 11.50 |
| 8/5/2010 | James Lukenda | Parking & Tolls | Nortel-Parking PABT: PABT: NYC 08/05/2010 to 08/05/2010. | 22.50 |
| 8/5/2010 | James Lukenda | Parking & Tolls | Nortel-GSP tolls-to NY meeting: GSP: various 08/04/2010 to 08/05/2010. | 4.05 |
| 8/5/2010 | James Lukenda | Parking & Tolls | Nortel-LT Toll: PANYNJ: Weehawken 08/05/2010 to 08/05/2010. | 6.00 |
| 8/19/2010 | James Lukenda | Parking & Tolls | Nortel-Parking PABT: PABT: NYC 08/19/2010 to 08/19/2010. | 22.50 |
| 8/19/2010 | James Lukenda | Parking & Tolls | Nortel-LT toll: PANYNJ: Weehawkin 08/19/2010 to 08/19/2010. | 6.00 |
| 8/5/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 08/02/2010 to 08/05/2010, 4 days. | 90.00 |
| 8/19/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport: PARKING SOLUTIONS INC: CARMEL 08/16/2010 to 08/19/2010, 4 days. | 86.00 |
| 8/25/2010 | Michael E. Scannella | Parking & Tolls | Parking for 4 days + tolls.: EWR: EWR 08/22/2010 to 08/25/2010. | 100.00 |
| 8/10/2010 | Accounts Payable | Postage and Freight | Postage and freight related to shipment of documents and support files related to Nortel. | 20.05 |
| 8/13/2010 | Joseph J. McKenna | Rental Car | Rental car for engagement team traveling on Nortel engagement.: AVIS RENT A CAR CORP: RDU, NC 08/09/2010 to 08/13/2010, 5 days. | 263.37 |
| 8/26/2010 | Joseph J. McKenna | Rental Car | Rental car for team traveling on Nortel engagement.: Avis: RDU, NC 08/23/2010 to 08/26/2010, 4 days. | 192.49 |
| 8/12/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RDU 08/09/2010 to 08/12/2010. | 192.49 |
| 8/25/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RTP 08/22/2010 to 08/25/2010. | 192.49 |
| 8/9/2010 | James Lukenda | Research | Nortel-RMA Annual Statement Studies for 08-09 period-Industry analysis research for use in preference analysis preparation. | 300.96 |

$  23,255.45