## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                          :
In re                                     :      Chapter 11
                                          :
Nortel Networks Inc., et al.,¹            :      Case No. 09-10138 (KG)
                                          :
              Debtors.                    :      Jointly Administered
                                          :
-----------------------------------------------------X
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 30, 2010 AT 11:00 A.M. (ET)²

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.   Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

   Related Pleadings:  None.

   Objection Deadline:  April 7, 2010 at 4:00 p.m. (ET).  Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

   Responses Received:

   a)   Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

   b)   United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

¹   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

²   The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

      c)    California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

      d)    Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

<u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

2.    Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

    <u>Related Pleadings</u>:  None.

    <u>Objection Deadline</u>:  May 5, 2010 at 4:00 p.m. (ET).  Extended to November 19, 2010 at 5:00 p.m. (ET) for Nortel and for the Committee.

    <u>Responses Received</u>:  None at this time.

    <u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for December 8, 2010 at 10:00 a.m. (ET).

3.    Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3068, Filed 5/25/10).

    <u>Related Pleadings</u>:

      a)    Declaration Of Ebunoluwa Taiwo In Support Of Debtors' Objection To Proof Of Claim No. 4643 Filed By Ernest Demel (D.I. 3069, Filed 5/25/10).

    <u>Objection Deadline</u>:  June 10, 2010 at 4:00 p.m. (ET).  Extended to July 9, 2010 at 4:00 p.m. (ET).

    <u>Responses Received</u>:

      a)    Declaration in Opposition to Objection to Claim by Ernest Demel (D.I. 3501, Filed 7/9/10).

    <u>Status</u>:  The hearing on this matter has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

4.    Debtors' Motion For Entry Of An Order Enforcing The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In, The Debtors Enterprise Solutions Business, And Directing The Release Of Certain Escrowed Funds (D.I. 3231, Filed 6/25/10).

3784098.10

Related Pleadings:

a)      Notice Of Rescheduled Hearing (D.I. 3656, Filed 7/16/10).

Objection Deadline: July 9, 2010 at 4:00 p.m. (ET).

Responses Received:

a)      Objection Of Avaya, Inc. To Debtors' Motion For Entry Of An Order Enforcing
        The Order Authorizing The Sale Of Certain Assets Of, And Equity Interests In,
        The Debtors Enterprise Solutions Business, And Directing The Release Of
        Certain Escrowed Funds (D.I. 3513, Filed 7/9/10).

Status: This matter has been resolved by the parties pending negotiation and execution of
a stipulation to be filed under certification of counsel.

5.      Nortel US Retirement Protection Committee's Motion For An Order Authorizing
        Formation Of A Voluntary Employee Benefit Association To Provide Tax Credit-Eligible
        Retiree Benefits (D.I. 3671, Filed 7/16/10).

        Related Pleadings:

        a)      Re-Notice of Nortel US Retirement Protection Committees Motion for an Order
                Authorizing Formation of a Voluntary Employee Benefit Association to Provide
                Tax Credit-Eligible Retiree Benefits (D.I. 4005, Filed 9/23/10).

        Objection Deadline: August 13, 2010 at 4:00 p.m. (ET). Extended to October 7, 2010 at
        4:00 p.m. (ET) for the Debtors.

        Responses Received: None at this time.

        Status: The hearing on this matter has been adjourned to the hearing scheduled for
        October 14, 2010 at 10:00 a.m. (ET).

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

6.      Thirteenth Monthly (For Period June 1, 2010 Through June 30, 2010) And Final
        Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The Debtors For
        Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8,
        2009 Through June 30, 2010 (D.I. 3909, Filed 9/9/10).

        Related Pleadings:

        a)      Twelfth Monthly (For Period June 1, 2010 Through June 30, 2010) And Final
                Application Of Palisades Capital Advisors LLC, Pension Co-Advisor To The
                Debtors For Allowance Of Compensation And Reimbursement Of Expenses For
                The Period May 1, 2010 Through May 31, 2010 (D.I. 3727, Filed 7/23/10;

        b)      Certificate Of No Objection [Re: D.I. 3727] (D.I. 3787, Filed 8/16/10); and

3784098.10

c)      Certificate Of No Objection [Re: D.I. 3909] (D.I. 4023, Filed 9/27/10).

Objection Deadline:  September 23, 2010 at 4:00 p.m. (ET).

Responses Received:  None.

Status:  No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

None.

CONTESTED MATTERS GOING FORWARD:

7.      Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

Related Pleadings:

a)      Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10); and

b)      Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10).

Objection Deadline:  July 28, 2010 at 4:00 p.m. (ET).  Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

Responses Received:

a)      Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

b)      Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

c)    Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

d)    Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

Status: The hearing on this matter with respect to the response relating to claim number 5896 filed by the Tennessee Department of Revenue has been adjourned to the hearing scheduled for November 23, 2010 at 10:00 a.m. (ET). The hearing on the objection to claim 3590 filed by Apani Networks is going forward and the Debtors will hand up a revised form of order. Upon agreement of the parties, the hearing on the response filed by SNMP Research International, Inc. has been adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).

8.    Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Multi-Service Switch (Formerly Known As 'Passport') Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 3832, Filed 7/27/10).

Related Pleadings:

a)    Order (A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing (D.I. 3855, Entered 9/1/10);

b)    Notice Of (I) Solicitation Of Initial Bids; (II) Public Auction And Sale Hearing; And (III) Related Relief And Dates (D.I. 3865, Filed 9/2/10);

c)    Confidential Filed Under Seal - Exhibit H [Unredacted] (D.I. 3866, Filed 9/1/10);

d)    Confidential Filed Under Seal - Exhibit A [Schedules And Exhibits] (D.I. 3867, Filed 9/1/10);

e)    Confidential Filed Under Seal - Exhibit A [Schedules And Exhibits] (D.I. 3868, Filed 9/1/10) (Part 2 of 2);

f)    Notice of Debtors' Request For Authority To Assume And Assign Certain Contracts (D.I. 3890, Filed 9/8/10);

g)      Notice of Publication of Financial Times (D.I. 3930, Filed 9/13/10);

h)      Notice of Publication of The Globe and Mail (D.I. 3931, Filed 9/13/10);

i)      Notice of Publication of The Wall Street Journal (D.I. 3932, Filed 9/13/10);

j)      Notice of Filing of Amended Side Agreement (D.I. 3979, Filed 9/20/10);

k)      Notice Of Filing Of Successful Bid (D.I. 4013, Filed 9/25/10); and

l)      Notice Of Filing Of Executed Agreement (DI. 4029, Filed 9/28/10).

<u>Objection Deadline</u>:  August 31, 2010 at 4:00 p.m. (ET).  Extended to September 23, 2010 at 4:00 p.m. (ET) for Verizon, SAP and Qwest.

<u>Responses Received</u>:

a)      Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Multi-Service Switch (Formerly Known As 'Passport') Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts, Filed by Grapevine-Colleyville ISD, City of Grapevine, Richardson ISD (D.I. 3845, Filed 8/30/10);

b)      Objection To Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Multi-Service Switch (Formerly Known As Passport) Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts, Filed by OSS Nokalva, Inc. (D.I. 3988, Filed 9/22/10);

c)      Limited Objection to Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Multi-Service Switch (Formerly Known As Passport) Business Free And Clear Of All Liens, Claims

And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts, Filed by AT&T (D.I. 3989, Filed 9/22/10);

d)    Lead Plaintiffs' Limited Objection To Debtors Motion For Order Authorizing And Approving Sale Of Certain Assets Of Debtors Multi-Service Switch Business, Filed By Kien Chen, Moreno Minto (D.I. 3990, Filed 9/22/10);

e)    Objection To Debtors' Motion For Orders (I)(A) Authorizing Debtors' Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors' Multi-Service Switch (Formerly Known As 'Passport') Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts, Filed by Motorola, Inc. (D.I. 3992, Filed 9/22/10);

f)    Preliminary Objection And Reservation Of Rights Of SNMP Research International, Inc. To Debtors Motion For Orders (I)(A) Authorizing Debtors Entry Into The Stalking Horse Asset Sale Agreement, (B) Authorizing And Approving The Bidding Procedures And Bid Protections, (C) Approving The Notice Procedures And The Assumption And Assignment Procedures, (D) Approving A Side Agreement, (E) Authorizing The Filing Of Certain Documents Under Seal And (F) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of Debtors Multi-Service Switch (Formerly Known As Passport) Business Free And Clear Of All Liens, Claims And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts (D.I. 3993, Filed 9/22/10);

g)    Objection Of Qwest Communications Company, LLC To (I) Notice Of Debtor's Request For Authority To Assume And Assign Certain Contracts And (II) Related Multi-Service Switch Sale, Filed by Qwest Communications Corporation and Qwest Corporation (D.I. 4002, Filed 9/23/10);

h)    Limited Objection Of The Affiliates Of Verizon Communications Inc. To Debtors' Request For Authority To Assume And Assign Certain Contracts In Connection With The Sale Of Their Multi-Service Switch Business, Filed by Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless (D.I. 4004, Filed 9/23/10);

i)    Limited Objection Of SAP America, Inc. And SAP Canada, Inc. To Debtors' Motion For An Order Approving The Sale Of Their Multi-Service Switch Business (D.I. 4008, Filed 9/23/10);

j)    Notice Of Withdrawal [Re: D.I. 3845] Filed by Grapevine-Colleyville ISD, City of Grapevine, Richardson ISD (D.I. 4009, Filed 9/23/10);

Status:  The hearing on this matter is going forward.

3784098.10

9.     Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed 8/31/10).

Related Pleadings:

a)     Debtors Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10).

Objection Deadline:  September 23, 2010 at 4:00 p.m. (ET).

Responses Received:

a)     Objection To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims Filed by TelStrat International LLP (D.I. 3945, Filed 9/15/10);

b)     Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors' Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10);

c)     Response To Debtors' Thirteenth Omnibus Objection To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims Filed by RMS Bankruptcy Recovery Services Agent for Webex Communications (D.I. 4006, Filed 9/23/10); and

d)     Response To Debtors Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims), Filed by The Coca Cola Company (D.I. 4007, Filed 9/23/10).

Status:   The Debtors and Telstrat have resolved Telstrat's objection to the Omnibus Objection with respect to claim number 4395.  The hearing with respect to the Objection filed by the Ventura County Treasurer-Tax Collector will be adjourned to the hearing scheduled for October 14, 2010 at 10:00 a.m. (ET).  The hearing is going forward with respect to the responses filed by Webex Communications and The Coca Cola Company.

PROFESSIONALS FEE APPLICATIONS:

See attached Exhibit A

3784098.10

Dated:  September 28, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3784098.10

9