**EXHIBIT A**

**Debtors' Sixth Ordinary Course Professional Quarterly Statement for April 1, 2010 – June 30, 2010**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $0.00 | $0.00 | $90.00 | $2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| Call Jensen & Ferrell | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $4,838.00 | $161.00 | $2,624.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,462.50 |
| DLA Piper US LLP | International trade compliance | $3,438.00 | $5,386.34 | $24,177.36[1] | $0.00 | $2,620.35 | $8.50 | $0.00 | $0.00 | $30,235.71 |

---

[1] In its invoice covering professional services provided to the Debtors during May 2010, DLA Piper US LLP included $20,855.86 for professional services provided to the Debtors by DLA Piper UK LLP. DLA Piper US LLP has indicated that it will be filing a Second Supplemental Disclosure and Statement disclosing that it may use its foreign offices to provide professional services to the Debtors and that it will include such fees in its bills.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ernst & Young LLP[2] | Indirect tax services, including sales and use tax compliance, sales and use tax audit assistance, sales and use tax consultation and refund and credit services; tax advisory and compliance assistance, and IRS account analysis | $265,434.50[3] | $858.82 | $0.00 | $0.00 | $230,428.50[4] | $674.09 | $0.00 | $0.00 | $495,863.00 |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $19,877.50 | $86.70 | $12,144.50 | $0.00 | $0.00 | $0.00 | $9,346.00[5] | $0.00 | $41,368.00 |

---

[2] Ernst & Young LLP exceeded the Annual Cap (as defined in the OCP Order) in 2010. As a result, Ernst & Young LLP has filed fee applications for 2010 in accordance with the OCP Order. Therefore, the amounts reflected for Ernst & Young LLP in this Sixth Ordinary Course Professional Quarterly Statement are those reflected in the fee applications filed by Ernst & Young LLP and the payment of Ernst & Young LLP's fees, disbursements and expenses for professional services provided to the Debtors is fully subject to the fee application process.

[3] Ernst & Young LLP filed a fee application [D.I. 3142] on June 4, 2010 seeking $265,434.50 in fees and $858.82 in disbursements and expenses for professional services provided to the Debtors from February 1, 2010 through April 30, 2010. The Fifth Omnibus Order Allowing Certain Professional Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I.3217] authorized the payment of these fees, disbursements and expenses.

[4] Ernst & Young LLP filed a fee application [D.I. 3906] on August 9, 2010 seeking $230,428.50 in fees and $674.09 in disbursements and expenses for professional services provided to the Debtors from May 1, 2010 through July 31, 2010. A certificate of no objection was not filed because the objections to the fee application are due by September 29, 2010 at 4:00 pm.

[5] Ford & Harrison LLP incurred $9,299.00 in fees for professional services provided to the Debtors during September 2009. Ford & Harrison LLP incurred $47.00 in fees for professional services provided to the Debtors during November 2009.

2

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory systems | $968.50 | $24.21 | $0.00 | $0.00 | $2,255.71 | $31.58 | $0.00 | $0.00 | $3,224.21 |
| Herzog, Fox and Neeman | Legal counsel with regard to Nortel Networks Israel (Sales and Marketing) Ltd. (in administration) scheme of arrangement; representation in various court hearings. | $8,298.63[6] | $8.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,298.63 |
| Hiscock & Barclay LLP | Legal representation in several litigations pending in New York State courts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $123.50[7] | $0.10 | $123.50 |
| Jimenez De Arechaga Viana & Brause | Corporate legal services | $1,684.00 | $66.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,684.00 |

---

[6] Herzog, Fox and Neeman incurred $8,298.63 in fees for professional services provided to the Debtors during December 2009 through April 2010. Herzog, Fox and Neeman incurred $8.00 in disbursements and expenses for professional services provided to the Debtors during December 2009 through April 2010.

[7] Hiscock & Barclay LLP incurred $123.50 in fees for professional services provided to the Debtors during March 2010. Hiscock & Barclay LLP incurred $0.10 in disbursements and expenses for professional services provided to the Debtors during March 2010.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Magill & Atkinson LLP | Litigation | $285.00 | $18.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $285.00 |
| McKenna Long & Aldridge LLP | Representation of the Debtors in bankruptcy and insolvency litigations with regard to current and former customers | $4,612.50 | $0.00 | $1,140.00 | $0.00 | $6,793.68 | $0.00 | $270.00[8] | $2.80 | $12,816.18 |
| Mercer | Advice regarding compensation and benefit plan design, governance and implementation; advice with regard to retirement plan design and pension governance; and monthly updates on pension funded status. | $12,006.00 | $0.00 | $10,121.00 | $0.00 | $6,043.00 | $0.00 | $0.00 | $0.00 | $28,170.00 |
| Moisand Boutin & Associates | French litigation services. | $1,475.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,475.82 |
| O'Bryon & Schnabel, PLC | Litigation services | $0.00 | $0.00 | $363.00 | $0.00 | $99.00 | $0.00 | $0.00 | $0.00 | $462.00 |

---

[8] McKenna Long & Aldridge LLP incurred $270.00 in fees for professional services provided to the Debtors during December 2009. McKenna Long & Aldridge LLP incurred $2.80 in disbursements and expenses for professional services provided to the Debtors during December 2009.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Riker, Danzig, Scherer, Hyland & Perretti LLP | Litigation services | $82.50 | $204.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.50 |
| Thomas A. Gigliotti | Litigation | $3,705.00 | $0.00 | $24,082.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,787.50 |