## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing And Service Of Debtors' Sixth Ordinary Course Professional Quarterly Statement** was caused to be made on September 28, 2010, in the manner indicated upon the entities identified below.

Date: September 28, 2010                             /s/ Alissa T. Gazze
                                                     Alissa T. Gazze (# 5338)


### VIA HAND DELIVERY

Kevin Callahan, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA FIRST CLASS MAIL

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(Counsel for the Debtors)

Fred S. Hodara, Esq.
RyAkin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)