# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No.: 09-10138 (KG)**<br><br>**Jointly Administered**<br><br>Related D.I.s: 3832, 4008 |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
## SAP AMERICA, INC. AND SAP CANADA, INC. TO DEBTORS'
## MOTION FOR AN ORDER APPROVING THE SALE OF
## THEIR MULTI-SERVICE SWITCH BUSINESS

PLEASE TAKE NOTICE that in light of the identity of the Purchaser, as identified and defined in the executed *Asset Sale Agreement* [D.I. 4029], SAP America, Inc. and SAP Canada, Inc. hereby withdraw their September 23, 2010 *Limited Objection of SAP America, Inc. and SAP Canada, Inc. to Debtors' Motion for an Order Approving the Sale of Their Multi-Service Switch Business* [Docket No. 4008].

Dated: September 29, 2010

**BROWN & CONNERY, LLP**

*/s/ Donald K. Ludman*
Donald K. Ludman (ID No. 4015)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com

*Attorneys for SAP America, Inc.
and SAP Canada, Inc.*

1353815.1