IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **NORTEL NETWORKS INC.,** *et al.***,** <br><br> Debtors. | **Chapter 11** <br><br> **Case No.:  09-10138 (KG)** <br><br> **Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Donald K. Ludman, Esquire, hereby certify that on this date I caused true and correct copies of the ***Notice of Withdrawal of Limited Objection of SAP America, Inc. and SAP Canada, Inc. to Debtors' Motion for an Order Approving the Sale of Their Multi-Service Switch Business*** to be served upon all parties receiving pleadings via the CM/ECF system in this case and upon the following via first class mail and email:

*Debtors' counsel*:
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary, Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
jbromley@cgsh.com
lschweitzer@cgsh.com

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware  19801
dabbott@mnat.com

*Counsel for PSP Holding*
Richard A. Presutti, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
richard.presutti@srz.com

*Counsel for the Committee*
Fred Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
One Bryant Park
New York, New York  10036
fhodara@akingump.com
skuhn@akingump.com
kdavis@akingump.com

Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
samis@rlf.com

*Counsel for the Bondholder Group*
Roland Hlawaty, Esquire
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York  10006
rhlawaty@milbank.com

*U.S. Trustee*
Kevin Callihan
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware  19801
ustpregion03.wl.ecf@usdoj.gov

Dated: September 29, 2010

**BROWN & CONNERY LLP**

/s/ Donald K. Ludman_____
Donald K. Ludman (ID No. 4015)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com

*Attorneys for SAP America, Inc.*