# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 30, 2010 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

OMNIBUS HEARING
**R / M #:**   4,042 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 10/14/10 @ 10:00 am.
#2 - Adjourned to 12/8/10 @ 10: 00 am
#3 - Adjourned to 10/14/10 @ 10:00 am
#4 - Resolved pending negotiation and execution of a stipulation to be filed under Certification of Counsel
#5 - Adjourned to 10/14/10 @ 10:00 am
#6 - CNO Filed and Order Signed
#7 - ORDER SIGNED
#8 - Approved - Revised Order Signed
#9 - ORDER SIGNED
 FEE APPLICATIONS - ORDER SIGNED