**SIGN-IN-SHEET**

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 - KG
COURTROOM LOCATION: 3
DATE: 9/30/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Diane Meyer | Pullweiss | Ericsson |
| Derek Abbott | Morris Nichols Arsht & Tunnel | Debtors |
| Annie Cordo | " | " |
| Sanae Bramley | Cleary Gottlieb Steen & Hamilton | " |
| Megan Fleming-deLaCruz | " | " |
| Salvatore Bianca | " | " |
| Brad Kahn | Akin Gump Strauss Hauer & Feld | Creditors Committee |
| Carl Neff | Ciardi Ciardi Astin | SNMP RI |
| Maris J. Finnegan | Young Conaway Stargatt & Taylor LLP | UK Joint Administrators |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Cory Falgowski | Reed Smith | Ernst Comm. Company LLC |
| Mary Caloway | Buchanan Ingersoll & Rooney | E&Y, as Monitor |
| Les Coleman | Allen & Overy | " |
| Shanti M. Katona | Polsinelli Shughart | OSS Nokalva |
| Ira Levee | Lowenstein Sandler | Lead Plaintiffs in securities litig. |
| Li Stephen McNeill | Potter Anderson & Corroon | Coca Cola |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 9/30/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KEVIN MANN | CROSS & SIMON | |
| Chris Samis | Richards Layton & Finger | |
| Elihu Allinson III | Sullivan Hazeltine Allinson LLC | |
| | | JEFFERIES & Co. |
| | | Cowan Hare |
| | | Motorola, Inc. |

# Court Conference

**Calendar Date:** 09/30/2010
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Courtroom
*Re-sent Calendar 09/29/2010 09:45 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Bradley D. Belt | Palisades Capital Advisors, LLC | Creditor, Palisades Capital Management / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Botter | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Stephen Grisanti | Tricadia Capital | Creditor, Tricidia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mark C. Haut | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Ryan Jacobs | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Stanley W. Jozefiak | True Partners Consulting | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Colin H. Keenan | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Darryl Laddin | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Joanne Lee | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Patrick Morrow | Jeffreries & Co., Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | John Ray | Avidity Partners/ Trustee | Other Prof., John Ray / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Mark Ralston | Ciardi Ciardi & Astin | Creditor, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Aaron Rosen | Archview Investment Group | Interested Party, Archview Investment Group / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | David Rosenzweig | Fulbright & Jaworski | Creditor, AT&T / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | | Michael Wunder | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |