IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
: RE: D.I. 3507, 3799
:
---------------------------------------------------------X

**FIRST SUPPLEMENTAL ORDER GRANTING DEBTORS'
TWELFTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN
CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007
AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND
ALLOW CLAIMS, NO-BASIS 503(b)(9) CLAIMS, MULTI-DEBTOR
DUPLICATE CLAIMS AND WRONG DEBTOR CLAIM)**

Upon the Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim) (the "Objection")[2] filed by the debtors and debtors–in-possession (collectively, the "Debtors") in the above-captioned cases, requesting an Order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 reducing, modifying or disallowing in full the Claims identified on Exhibits A-E to the Objection; and upon the Declaration of John Ray in Support of Debtors' Twelfth Omnibus Objection (Substantive) to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims and Wrong Debtor Claim), attached to the Objection as Exhibit F; and upon all other documentation filed in connection with the Objection and the Claims, including certain Claims filed by the Claimants as identified by the Debtors in Exhibits A-E to the Objection; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is GRANTED with respect to Claim No. 3590 filed by Apani Networks, identified on Exhibit C to the Objection.

2. Claim No. 3590 is hereby disallowed in full.

3. Claim No. 3589, a Corresponding Non-503(b)(9) Claim, will be unaffected by this Order, and Apani Networks' right to assert these liabilities against the Debtors' estates will be preserved, subject to the Debtors' reservations of their rights to object to Claim No. 3589 on all grounds, whether legal, factual, procedural, substantive or non-substantive.

4. The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: Sept. 30, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE