# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 2

Client #  732310

Matter # 165839

For services through August 31, 2010
relating to  Case Administration

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/10 | Maintain original pleadings | | | | |
| Paralegal | Amy B. Anderson | | 0.30 hrs. | 100.00 | $30.00 |
| 08/02/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 08/03/10 | Maintain original pleadings | | | | |
| Paralegal | Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 08/09/10 | Review docket (.1); Review critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 08/09/10 | Email to F. Hodara re: resolving Committee reconstitution issue (.1); Call to K. Callahan re: resolving Committee reconstitution issue (.1); Call to F. Hodara re: resolving Committee reconstitution issue (.1) | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 315.00 | $94.50 |
| 08/10/10 | Maintain original pleadings | | | | |
| Paralegal | Amy B. Anderson | | 0.30 hrs. | 100.00 | $30.00 |
| 08/10/10 | Emails to K. Callahan re: Committee professional pass-through situation and reconstitution of Committee (.2); Emails to F. Hodara and B. Kahn re: Committee professional pass-through situation and reconstitution of Committee (.2) | | | | |
| Associate | Christopher M. Samis | | 0.40 hrs. | 315.00 | $126.00 |
| 08/13/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 3

Client #  732310

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/16/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 08/17/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 08/24/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 08/30/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 08/31/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 08/31/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |

|  | Total Fees for Professional Services | $691.50 |
|---|---|---|
|  | TOTAL DUE FOR THIS INVOICE | **$691.50** |
|  |  | $369.10 |
|  | **TOTAL DUE FOR THIS MATTER** | **$1,060.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 4

Client #  732310

Matter #  165839

For services through August 31, 2010

relating to  Use, Sale of Assets

| 08/20/10 | Call to B. Kahn re: potential stalking horse and upcoming asset sales (.2); Call from S. Majid re: inquiry on upcoming asset sales (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 08/31/10 | Call from E. Williams re: representation of potential asset purchaser for MSS assets | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |

Total Fees for Professional Services            $189.00

TOTAL DUE FOR THIS INVOICE            **$189.00**

**TOTAL DUE FOR THIS MATTER**            **$189.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 5

Client #  732310

Matter #  165839

For services through August 31, 2010
relating to  Claims Administration

| 08/16/10 | Email to B. Kahn re: objection to SNMP claim | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 08/16/10 | Email to A. Cordo re: objection to SNMP claim | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 08/18/10 | Call from J. Atkins (potential claimant) on filing of claim | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |

Total Fees for Professional Services          $126.00

TOTAL DUE FOR THIS INVOICE          $126.00

**TOTAL DUE FOR THIS MATTER**          **$126.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010

Invoice 364407

Page 6

Client #  732310

Matter # 165839

For services through August 31, 2010

relating to  Court Hearings

| 08/02/10 | Retrieve re: 8/4/10 agenda (.1); E-mail to RLF team re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 08/16/10 | Review agenda for 8/18/10 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 08/16/10 | Retrieve and circulate 8/18/10 hearing agenda (.1); Call with courtcall to set up B. Kahn, S. Schultz, F. Hodara and D. Botter for a telephonic appearance for 8/18/10 hearing (.2); Circulate all confirmations to group (.1); E-mail (x2) B. Kahn regarding telephonic appearances (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.50 hrs. | 195.00 | $97.50 |
| 08/17/10 | Prepare 8/18/10 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 1.90 hrs. | 100.00 | $190.00 |
| 08/17/10 | Call from A. Cordo re: status of 8/18/10 hearing (.1); Prepare for 8/18/10 hearing (.7) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 315.00 | $252.00 |
| 08/18/10 | Prepare 8/18/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 08/18/10 | Attend 8/18/10 hearing (.8); Emails to B. Kahn re: confirmation on content of forms of order presented at 8/17/10 hearing (.2); Prepare for 8/18/10 hearing (.5) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 315.00 | $472.50 |
| 08/18/10 | Retrieve and circulate today's amended agenda. | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| 08/19/10 | Request 8/18/10 hearing transcript from transcriber on an expedited basis | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 7

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/23/10 | Retrieve and circulate 8/18/10 hearing transcript. | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| | | | | |
| 08/27/10 | Retrieve and circulate Notice of Adjourned/Rescheduled Hearing for 9/1/10. | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| | | | | |
| 08/30/10 | Retrieve and review 9/1/10 agenda (.2); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearances for D. Botter and S. Schultz (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| | | | | |
| 08/30/10 | Prepare 9/1/10 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 0.90 hrs. | 100.00 | $90.00 |
| | | | | |
| 08/30/10 | Review agenda for 9/1/10 hearing (.2); Emails to F. Hodara, D. Botter, B. Kahn and others re: attendance at and logistical preparation for 9/1/10 hearing (.2); Email to B. Witters re: telephonic appearances for 9/1/10 hearing (.1); Email to B. Tobin re: preparation of hearing binders for 9/1/10 hearing (.1); Email to G. Bell re: preparation for 9/1/10 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| | | | | |
| 08/31/10 | Prepare 9/1/10 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| | | | | |
| 08/31/10 | Prepare for 9/1/10 hearing | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |

|  | |
|---|---|
| Total Fees for Professional Services | $1,897.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,897.00** |
| | $916.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,813.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 28, 2010
Invoice 364407

Page 8

Client # 732310

Matter # 165839

For services through August 31, 2010
relating to Litigation/Adversary Proceedings

| 08/18/10 | Research ability to respond to objections to magistrate's recommendation in U.K. Pension dispute (.3); Call to J. Sturm re: ability to respond to objections to magistrate's recommendation in U.K. Pension dispute (.2); Email to S. Fineman re: background information on Judge Stark for U.K. Pension dispute (.1); Email to J. Sturm re: background information on Judge Stark for U.K. Pension dispute (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| | | | | |
| 08/26/10 | Email to J. Sturm re: service of response to objections to Magistrate's recommendation in U.K. pension appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| | | | | |
| 08/31/10 | Finalize, file and coordinate service re: response of appellee objections to magistrate judges report and recommendation (.3); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 08/31/10 | Review, revise and finalize opposition to objection to magistrate's recommendation in U.K. Pension appeal (.5); Email to J. Sturm re: status of opposition to objection to magistrate's recommendation in U.K. Pension appeal (.1); Email to B. Witters re: filing and service of opposition to objection to magistrate's recommendation in U.K. Pension appeal (.1); Email to A. Kurlekar re: finalizing opposition to objection to magistrate's recommendation in U.K. Pension appeal (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 315.00 | $252.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $601.50 |

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $601.50 |
| | $281.40 |

|  |  |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$882.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010

Invoice 364407

Page 9

Client #  732310

Matter #  165839

For services through August 31, 2010

relating to  Retention of Others

| 08/17/10 | Email to B. Kahn re: obtaining agreed RLKS retention order (.1); Review modified RLKS retention order (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $94.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$94.50** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$94.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 10

Client #  732310

Matter # 165839

For services through August 31, 2010
relating to  RLF Fee Applications

| 08/04/10 | Review email from B. Kahn re: expected July fees (.1); Review email from B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 08/05/10 | Attention to e-mail from D. Woollett re: RLF May invoice (.1); Prepare revised invoice of same (.2); E-mail to D. Woollett re: same (.1); Coordinate to D. Woollett re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 08/13/10 | Review RLF July bill memo (.3); Prepare cno re: RLF June fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 08/16/10 | Review July 2010 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |
| 08/20/10 | Review and execute certificate of no objection re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 08/20/10 | File CNO regarding RL&F 17th monthly fee application | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| 08/25/10 | Review and execute RLF monthly fee application (.3); Review and execute notice of filing same (.1); Discussion with M. DeCarli re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 08/25/10 | Draft notice of 18th monthly RL&F fee application (.2); Prepare 18th monthly RL&F fee application for filing (.2); File same (.1); Serve same (.2) | | | |
| Paralegal | Marisa C. DeCarli | 0.70 hrs. | 195.00 | $136.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 28, 2010  
Invoice 364407  

Page 11  

Client #  732310  

Matter #  165839  

---

| 08/31/10 | Prepare letter to D. Woollett re: RLF June fee application (.2); Coordinate service to D. Woollett re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |

|  | Total Fees for Professional Services | $724.50 |
|---|---|---|

|  | TOTAL DUE FOR THIS INVOICE | **$724.50** |
|---|---|---|
|  |  | $441.60 |

| **TOTAL DUE FOR THIS MATTER** | **$1,166.10** |
|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 28, 2010
Invoice 364407

Page 12

Client # 732310

Matter # 165839

For services through August 31, 2010
relating to Fee Applications of Others

| 08/02/10 | Update fee status chart (.3); Attention to e-mail re: Akin Gump May fee application expenses amount (.1); Prepare revise cno re: same (.2); E-mail to D. Sloan re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 08/02/10 | Email to T. Tinker re: resolving Capstone consultant pass-through issue (.1); Email to B. Kahn re: resolving Capstone consultant pass-through issue (.1); Meet with D. Sloan re: revised CNO for May 2010 Akin fees (.1); Email to B. Kahn re: revised CNO for May 2010 Akin fees (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 08/02/10 | Review email from B. Kahn re: filing revised Akin certificate of no objection (.1); Call with B. Kahn re: same (.2); Discussion with C. Samis re: same (.1); Review and revise draft certificate of no objection re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 08/03/10 | Update fee status chart (.8); Finalize and file revised cno re: Akin Gump May fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 08/03/10 | Review email from B. Kahn re: revised certificate of no objection re: Akin Gump monthly fee application (.1); Review and revise draft certification of no objection re: same (.1); Email to B. Kahn and C. Samis re: same (.1); Discussion with B. Witters re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 08/04/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 195.00 | $234.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 13

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 08/04/10 | Call to B. Kahn re: conversation with UST on passing through consultant fees in retained professional fee applications (.2); Email to B. Kahn re: contact at UST for discussion on passing through consultant fees in retained professional fee applications (.1); Call from B. Kahn re: conversation with Committee professional on fee pass through proposal (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 08/05/10 | Update fee status chart (1.0); Attention to e-mail re: Akin Gump June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 195.00 | $390.00 |
| 08/05/10 | Call from Capstone re: passing through consulting fees in fee applications (.6); Call from B. Kahn re: outcome of conversation with Capstone on passing through consulting fees in fee applications (.2); Draft footnote for Capstone fee application to address pass-through issue (.3); Email to B. Kahn re: draft footnote for Capstone fee application to address pass-through issue (.1) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 315.00 | $378.00 |
| 08/05/10 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 08/09/10 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 08/09/10 | Call to K. Callahan re: resolving Committee professional consultant fee pass-through issue (.1); Call to B. Kahn re: resolving Committee professional consultant fee pass-through issue (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

September 28, 2010
Invoice 364407

Page 14

Client # 732310

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/10/10 | Attention to e-mail re: Fraser Milner June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 08/11/10 | Conference call with F. Hodara, B. Kahn and K. Callahan re: pass-through professional fee payments arrangement for Capstone consultant and status of Committee (.5); Research examples of pass-through professional fee payment arrangements (.6); Email to F. Hodara re: outcome of conference call with F. Hodara, B. Kahn and K. Callahan on pass-through professional fee payments arrangement for Capstone consultant and status of Committee (.1); Email to K. Callahan re: examples of pass-through professional fee payment arrangements (.1); Email to B. Kahn re: examples of pass-through professional fee payment arrangements (.1) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 315.00 | $441.00 |
| 08/13/10 | Update fee status chart (.2); Prepare cno re: Akin Gump June fee application (.2); Prepare cno re: Ashurst June fee application (.2); Prepare cno re: Fraser Milner May fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |
| 08/13/10 | Call to B. Kahn re: UST position on Capstone consultant fee pass-through issue | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 08/16/10 | Review and execute certification of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 08/16/10 | Email (x2) group regarding objections to 16th monthly Fraser Milner fee application (.1); File same (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 15

Client #  732310

Matter #  165839

---

| 08/19/10 | Call from B. Kahn re: Lasinski payment footnote for Capstone fee application (.2); Revise Lasinski payment footnote for Capstone fee application (.2); Email to B. Kahn and J. Borrow re: comments to Lasinski payment footnote for Capstone fee application (.1); Email to B. Kahn re: comments to Lasinski payment footnote for Capstone fee application (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 315.00 | $189.00 |
| | | | | |
| 08/20/10 | Call to K. Callahan re: passing through consultant fees in Capstone fee applications (.1); Call to D. Sloan re: revisions to 17th monthly fee application of Capstone (.1); Emails to J. Borow and B. Kahn  re: revisions to 17th monthly fee application of Capstone (.2); Email to D. Sloan re: revisions to 17th monthly fee application of Capstone and filing of same (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| | | | | |
| 08/20/10 | Review emails (x2) from C. Samis re: Capstone monthly fee application (.1); Review and revise same (.2); Discussion with C. Samis re: same (.1); Review revised draft of same for filing (.2); Review and execute notice re: same (.1); Discussion with M. DeCarli re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 315.00 | $252.00 |
| | | | | |
| 08/20/10 | Revise notice of Capstoone 17th monthly fee application (.2); Prepare 17th monthly Capstone fee application to filing (.1); File same (.1); Serve same (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 08/24/10 | Meet with D. Sloan re: timing of filing of next round of interim fee applications | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| | | | | |
| 08/24/10 | Review email from B. Kahn re: filing of Ashurst monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Discussion with M. DeCarli re: filing and service of same (.1); Review emails (x3) from B. Kahn re: filing of interim fee applications (.1); Research re: same (.2); Discussion with C. Samis re: same (.1); Emails (x3) to B. Kahn re: same (.1) | | | |
| Associate | Drew G. Sloan | 1.00 hrs. | 315.00 | $315.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 16

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 08/24/10 | Draft notice of 18th monthly Ashurst fee application (.1); Prepare same for filing (.1); Draft COS regarding service of same (.1); File same (.2); Serve same (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.60 hrs. | 195.00 | $117.00 |
| | | | | |
| 08/25/10 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| | | | | |
| 08/25/10 | Email group regarding CNO regarding 17th monthly Ashurst fee application (.1); File same (.1) | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| | | | | |
| 08/27/10 | File CNO re: 17th monthly Akin Gump fee app. | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| | | | | |
| 08/31/10 | Attention to e-mail re: Capstone July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| | | | | |
| 08/31/10 | Review, revise and finalize 18th Capstone monthly fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| | | | | |
| 08/31/10 | Review email from B. Kahn re: Capstone monthly fee application (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 315.00 | $63.00 |

Total Fees for Professional Services                $4,675.50

TOTAL DUE FOR THIS INVOICE                          **$4,675.50**

                                                    $1,500.60

**TOTAL DUE FOR THIS MATTER**                       **$6,176.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 28, 2010
Invoice 364407

Page 17

Client #  732310

## Summary of Hours

|                      | Hours | Rate/Hr | Dollars  |
|----------------------|-------|---------|----------|
| Amy B. Anderson      | 1.20  | 100.00  | 120.00   |
| Barbara J. Witters   | 12.40 | 195.00  | 2,418.00 |
| Brenda D. Tobin      | 4.00  | 100.00  | 400.00   |
| Christopher M. Samis | 12.60 | 315.00  | 3,969.00 |
| Drew G. Sloan        | 4.60  | 315.00  | 1,449.00 |
| Marisa C. DeCarli    | 3.30  | 195.00  | 643.50   |
| TOTAL                | 38.10 | $236.21 | 8,999.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$9,742.60**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310