# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

September 28, 2010
Invoice 364407

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through August 31, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $4.00 |
| Court Reporter Services | $48.00 |
| Document Retrieval | $87.36 |
| Filing Fees | $30.00 |
| Long distance telephone charges | $40.31 |
| Messenger and delivery service | $177.02 |
| Photocopying/Printing 2,035 @ $.10 pg./ 1,141 @ $.10/pg. | $317.60 |
| Postage | $38.81 |

Other Charges $743.10

**TOTAL DUE FOR THIS INVOICE** $743.10

**TOTAL DUE FOR THIS MATTER** $743.10

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 28, 2010  
Invoice 364407  
Page 18  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
    Case Administration  
    Use, Sale of Assets  
    Claims Administration  
    Court Hearings  
    Litigation/Adversary Proceedings  
    Retention of Others  
    RLF Fee Applications  
    Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 08/02/10 | 2128728121 Long Distance  Amount = $6.95 | LD |
| 08/02/10 | Printing  Amount = $1.80 | DUP.10CC |
| 08/03/10 | PACER  Amount = $4.80 | DOCRETRI |
| 08/03/10 | Printing  Amount = $1.50 | DUP.10CC |
| 08/04/10 | 2128728121 Long Distance  Amount = $8.34 | LD |
| 08/04/10 | PACER  Amount = $9.28 | DOCRETRI |
| 08/05/10 | NORTEL - Messenger and delivery  Amount = $23.81 | MESS |
| 08/05/10 | Photocopies  Amount = $38.50 | DUP.10CC |
| 08/05/10 | PACER  Amount = $29.52 | DOCRETRI |
| 08/05/10 | Postage  Amount = $10.65 | POST |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 28, 2010  
Invoice 364407  
Page 19  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/06/10 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 08/09/10 | 12128728040 Long Distance | | LD |
| | Amount = | $4.17 | |
| 08/10/10 | Photocopies | | DUP.10CC |
| | Amount = | $40.00 | |
| 08/10/10 | 12128728121 Long Distance | | LD |
| | Amount = | $1.39 | |
| 08/10/10 | Postage | | POST |
| | Amount = | $10.65 | |
| 08/10/10 | Printing | | DUP.10CC |
| | Amount = | $7.40 | |
| 08/11/10 | Delivery expense 8/10/10 | | MESS |
| | Amount = | $6.40 | |
| 08/11/10 | Messenger and delivery 8/5/10 2 after hours deliveries BJW | | MESS |
| | Amount = | $12.00 | |
| 08/13/10 | 12128728121 Long Distance | | LD |
| | Amount = | $5.56 | |
| 08/17/10 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $4.00 | |
| 08/17/10 | Photocopies | | DUP.10CC |
| | Amount = | $7.20 | |
| 08/17/10 | Photocopies | | DUP.10CC |
| | Amount = | $10.70 | |
| 08/17/10 | Photocopies | | DUP.10CC |
| | Amount = | $3.40 | |
| 08/17/10 | PACER | | DOCRETRI |
| | Amount = | $20.72 | |
| 08/17/10 | Printing | | DUP.10CC |
| | Amount = | $5.80 | |
| 08/17/10 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 08/18/10 | DIAZ DATA SERVICES: Transcript of 8/18/2010 | | CTRPT |
| | Amount = | $48.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 28, 2010  
Invoice 364407  
Page 20  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 08/18/10 | Photocopies | | DUP.10CC |
| | Amount = | $2.20 | |
| 08/18/10 | 12128721056 Long Distance | | LD |
| | Amount = | $4.17 | |
| 08/18/10 | PACER | | DOCRETRI |
| | Amount = | $4.08 | |
| 08/20/10 | 12128728121 Long Distance | | LD |
| | Amount = | $9.73 | |
| 08/20/10 | Printing | | DUP.10CC |
| | Amount = | $37.00 | |
| 08/20/10 | Printing | | DUP.10CC |
| | Amount = | $6.90 | |
| 08/23/10 | COURTCALL LLC: CCDA 05-1619/Services 8/23-8/26 | | FLFEE |
| | Amount = | $30.00 | |
| 08/23/10 | Delivery expense 8/20-8/22 | | MESS |
| | Amount = | $3.20 | |
| 08/24/10 | Photocopies | | DUP.10CC |
| | Amount = | $18.00 | |
| 08/24/10 | Postage | | POST |
| | Amount = | $4.59 | |
| 08/24/10 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 08/24/10 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 08/25/10 | Delivery expense 8/24/2010 | | MESS |
| | Amount = | $6.40 | |
| 08/25/10 | Postage | | POST |
| | Amount = | $4.59 | |
| 08/25/10 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 08/25/10 | Printing | | DUP.10CC |
| | Amount = | $16.00 | |
| 08/26/10 | Delivery expense 8/25/2010 | | MESS |
| | Amount = | $6.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 28, 2010  
Invoice 364407  
Page 21  
Client #  732310

| Date | Description | Code |
|---|---|---|
| 08/30/10 | Photocopies<br>Amount = $25.00 | DUP.10CC |
| 08/30/10 | Photocopies<br>Amount = $9.40 | DUP.10CC |
| 08/30/10 | Printing<br>Amount = $2.90 | DUP.10CC |
| 08/30/10 | Printing<br>Amount = $9.70 | DUP.10CC |
| 08/30/10 | Printing<br>Amount = $1.70 | DUP.10CC |
| 08/31/10 | MILBANK TWEED HADLEY & MCCLOY - Messenger and delivery<br>Amount = $10.60 | MESS |
| 08/31/10 | HUGHES HUBBARD & REED LLP - Messenger and delivery<br>Amount = $10.60 | MESS |
| 08/31/10 | ALLEN & OVERY - Messenger and delivery<br>Amount = $10.60 | MESS |
| 08/31/10 | NORTEL - Messenger and delivery<br>Amount = $23.81 | MESS |
| 08/31/10 | CLEARY GOTTLIEB STEEN & HAMILTON - Messenger and delivery<br>Amount = $10.60 | MESS |
| 08/31/10 | WILLKIE FARR & GALLAGHER - Messenger and delivery<br>Amount = $10.60 | MESS |
| 08/31/10 | Photocopies<br>Amount = $15.00 | DUP.10CC |
| 08/31/10 | Photocopies<br>Amount = $34.10 | DUP.10CC |
| 08/31/10 | Messenger and delivery 8/31/2010, Young Conaway, BJW<br>Amount = $6.00 | MESS |
| 08/31/10 | Messenger and delivery 8/31/2010, Morris Nichols, BJW<br>Amount = $6.00 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 28, 2010  
Invoice 364407  
Page 22  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/31/10 | Messenger and delivery 8/31/2010, Pachulski Stang, BJW | | MESS |
| | Amount = | $6.00 | |
| 08/31/10 | Messenger and delivery 8/31/2010, Bayard Firm, BJW | | MESS |
| | Amount = | $6.00 | |
| 08/31/10 | Messenger and delivery 8/31/2010, US Trustee (2), BJW | | MESS |
| | Amount = | $12.00 | |
| 08/31/10 | Messenger and delivery 8/31/2010, Morris Nichols, BJW | | MESS |
| | Amount = | $6.00 | |
| 08/31/10 | PACER | | DOCRETRI |
| | Amount = | $8.48 | |
| 08/31/10 | PACER | | DOCRETRI |
| | Amount = | $10.48 | |
| 08/31/10 | Postage | | POST |
| | Amount = | $8.33 | |
| 08/31/10 | Printing | | DUP.10CC |
| | Amount = | $6.20 | |
| 08/31/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 08/31/10 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 08/31/10 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $743.10