IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                              : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
:
              Debtors.           : Jointly Administered
:
: **Re: D.I.s 1131, 1278, 1514, 3231, 3513**
---------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING STIPULATION BY AND AMONG THE SELLERS AND AVAYA INC.

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "U.S. Debtors"), hereby certify as follows regarding the *Proposed Order Approving Stipulation By And Among The Sellers And Avaya Inc.* (the "Proposed Order"), attached as **Exhibit 1** hereto:

1. On January 14, 2009 (the "Petition Date"), NNI and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court for the District of Delaware (the "U.S. Court").

2. Also on the Petition Date, Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL") (together with their affiliates, including the EMEA Debtors (as defined below) and the U.S. Debtors, "Nortel"), and certain of their Canadian affiliates

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

(collectively, the "Canadian Debtors")[2] filed an application with the Ontario Superior Court of Justice (the "Canadian Court" and together with the U.S. Court, the "Courts") under the Companies' Creditors Arrangement Act (Canada), seeking relief from their creditors (collectively, the "Canadian Proceedings").

3.      Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[3] into administration under the control of individuals from Ernst & Young LLP and Ernst & Young Chartered Accountants.[4]

4.      On July 20, 2009, the U.S. Debtors filed the *Debtors' Motion For Orders (I)(A) Authorizing The Debtors' Entry Into The Asset And Share Sale Agreement, (B) Authorizing And Approving The Bidding Procedures, (C) Authorizing And Approving A Break-Up Fee And Expense Reimbursement, (D) Approving The Notice Procedures, (E) Approving The Assumption And Assignment Procedures, (F) Authorizing The Filing Of Certain Documents Under Seal, And (G) Setting A Date For The Sale Hearing, And (II) Authorizing And Approving (A) The Sale Of Certain Assets Of, And Equity Interests In, Debtors' Enterprise Solutions Business, (B) The Assumption And Assignment Of Certain Contracts And Leases And (C) The Assumption And*

---

[2]     The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[3]     The EMEA Debtors include the following entities:  NNUK, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

[4]     Additionally, on January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited and Nortel Communications Holdings (1997) Limited (the "Israeli Companies"), filed an application with the Tel-Aviv-Jaffa District Court (the "Israeli Court"), pursuant to the Israeli Companies Law, 1999, and the regulations relating thereto for a stay of proceedings.  On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators of the Israeli Companies under the Israeli Companies Law (the "Joint Israeli Administrators").

*Sublease Of Certain Leases* [D.I. 1131] (the "Enterprise Sale Motion") seeking approval of the sale of substantially all of the assets, including the stock of certain subsidiaries of the U.S. Debtors, relating to Nortel's Enterprise Solutions Business (the "Enterprise Business") to Avaya Inc. (the "Purchaser") pursuant to a stalking-horse purchase agreement (the "Stalking Horse Agreement"), subject to the receipt of a higher and better offer at auction.

5. On July 29, 2009, the Canadian Debtors filed a motion seeking approval of the sale of substantially all of the assets of the Enterprise Business to the Purchaser pursuant to the Stalking Horse Agreement, subject to the receipt of a higher and better offer at auction.

6. Following the U.S. Court's approval of the bidding procedures by order dated August 4, 2009 [D.I. 1278], and an auction at which the Purchaser emerged as the successful bidder, the U.S. Court approved the sale of the Enterprise Business to the Purchaser pursuant to the Sale Agreement by order dated September 16, 2009 [D.I. 1514].

7. The Canadian Court likewise approved both the bidding procedures by order dated August 4, 2009, and the sale of the Enterprise Business to the Purchaser pursuant to the Sale Agreement by order dated September 16, 2009.

8. The sale of the Enterprise Business by the Sellers[5] to the Purchaser closed on December 18, 2009.

9. In connection with the sale of the Enterprise Business, Wells Fargo Bank, National Association ("Wells Fargo"), NNI, NNL, NNUK and the Purchaser entered into the Amended and Restated Escrow Agreement dated as of September 14, 2009 (the "Escrow Agreement") establishing the Escrow Account, with Wells Fargo as escrow agent, to hold the

---

[5] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Stipulation By and Among The Sellers and Avaya Inc. attached to the Proposed Order.

Escrow Amount, which amount consists of, among other things, a Purchase Price Adjustment Escrow Amount of US $30 million that relates to certain potential post-closing purchase price adjustments that could be made pursuant to section 2.2.3 of the Sale Agreement.

10. Pursuant to section 4 of the Escrow Agreement, funds may be released from escrow either by delivery of a joint written instruction by NNI, NNL, NNUK and the Purchaser to Wells Fargo directing the release of funds or by a final, non-appealable court order directing the release of funds.

11. On February 16, 2010, the Sellers delivered to the Purchaser a Closing Statement that contained their calculation of certain post-closing purchase price adjustments provided for under the Sale Agreement and provided for a net purchase price adjustment in favor of the Purchaser in the amount of $4,878,700.[6]

12. On April 19, 2010, the Purchaser delivered a Disagreement Notice to the Sellers that disputed, among other things, the Sellers' calculation of the Closing Inventory Amount.

13. On June 25, 2010, the U.S. Debtors filed the *Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of, and Equity Interests in, the Debtors' Enterprise Solutions Business, and Directing the Release of Certain Escrowed Funds* [D.I. 3231] (the "U.S. Motion").

14. On or about July 9, 2010, the Canadian Debtors filed the Motion Regarding the Avaya Disagreement Notice in the Canadian Court (the "Canadian Motion" and together with the U.S. Motion, the "Motions").

---

[6] Subsequently, on April 16, 2010, the Sellers delivered to the Purchaser a revised Closing Statement that provided for a net purchase price adjustment in favor of the Purchaser in the amount of $3,928,700.

15. On or about July 9, 2010, the Purchaser objected to the Motions by filing the Objection of Avaya Inc. to Debtors' Motion for Entry of an Order Enforcing the Order Authorizing the Sale of Certain Assets of, and Equity Interests in, the Debtors' Enterprise Solutions Business, and Directing the Release of Certain Escrowed Funds [D.I. 3513] (the "Objection") in the Courts.

16. After the filing of the Motions and the Objection, the Parties mutually agreed to release from the Purchase Price Adjustment Escrow Fund that portion of the Purchase Price Adjustment Escrow Amount not in dispute.[7]

17. After the release of the funds not in dispute, the Parties reached a consensual resolution of the relief sought in the Motions embodied in the attached stipulation (the "Stipulation"). The Official Committee of Unsecured Creditors and the ad hoc group of bondholders holding claims against certain of the Debtors and certain of the Canadian Debtors have reviewed and support the resolution of the relief sought in the Motions. The EMEA Debtors [and the Israeli Companies] have also approved the resolution of the relief sought in the Motions. The Canadian Debtors are seeking approval of the Stipulation from the Canadian Court. The terms of the Stipulation are dependent on the approval of both the U.S. and Canadian Courts. Upon approval of the U.S. and Canadian Courts, the Parties will perform their obligations under the Stipulation. If the Stipulation is not approved, the rights of all Parties will revert to the status quo ante.

---

[7] Pursuant to that agreement, the Parties delivered joint instructions to Wells Fargo dated July 15, 2010 authorizing the release of $10,583,300 to the Sellers' Distribution Agent and joint instructions dated August 5, 2010 authorizing the release of $4,986,828 to the Purchaser.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation among the Parties and (ii) grant such other and further relief as is just and proper.

Dated: September 30, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors-in-Possession*