IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          ) Chapter 11
                                )
NORTEL NETWORKS INC., et al.,   ) Case No. 09-10138 (KG)
                                )
                                ) Courtroom 3
                                ) 824 Market Street
_____Debtors._____  ) Wilmington, Delaware

                                  September 30, 2010
                                  11:10 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                Morris Nichols Arsht & Tunnell
                            BY:  DEREK C. ABBOTT, ESQ.
                            BY:  ANN C. CORDO, ESQ.
                            1201 North Market Street
                            18th Floor
                            P.O. Box 1347
                            Wilmington, DE 19899-1347
                            (302) 658-9200


                            Cleary Gottlieb Steen & Hamilton
                            BY:  JAMES L. BROMLEY, ESQ.
                            BY: MEGAN FLEMING-DELACRUZ, ESQ.
                            BY:  SALVATORE F. BIANCA, ESQ.
                            One Liberty Plaza
                            New York, NY 10006
                            (212) 225-2000

ECRO:                       STEPHEN GRANT

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording; transcript
produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For The Official Committee<br>Of Unsecured Creditors: | Richards Layton & Finger<br>BY:   CHRISTOPHER M. SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| | Akin Gump Strauss Hauer & Feld<br>BY:  BRAD M. KAHN, ESQ.<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 |
| For U.S. Trustee: | Office of the U.S. Trustee<br>BY:  PATRICK TINKER, ESQ.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| For SNMP Research<br>International, Inc.: | Ciardi Ciardi & Astin<br>BY: CARL NEFF, ESQ.<br>901 North Market Street<br>Suite 700<br>Wilmington, DE 19801-3098<br>(302) 472-9039 |
| For UK Joint Administrators: | Young Conaway Stargatt & Taylor<br>BY:  MARIS J. FINNEGAN, ESQ.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6600 |
| For Ernst & Young, Monitor: | Buchanan Ingersoll & Rooney<br>BY:  MARY CALOWAY, ESQ.<br>The Brandywine Building<br>1000 West Street Suite 1410<br>Wilmington, DE 19801-1054<br>(302) 552-4200 |
| | Allen & Overy LLP<br>BY:  KEN COLEMAN, ESQ.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6434 |

APPEARANCES:
(Continued)

For Ericsson:                        Paul, Weiss, Rifkind, Wharton &
                                     Garrison LLP
                                     BY:  DIANE MEYERS, ESQ.
                                     1285 Avenue of the Americas
                                     New York, NY 10019-6064
                                     (212) 373-3000

For Quest Communication             Reed Smith LLP
Company LLC:                        BY:  J. CORY FALGOWSKI, ESQ.
                                     1201 Market Street
                                     Suite 1500
                                     Wilmington, DE 19801
                                     (302) 778-7500

For OSS Nokalva:                     Polsinelli Shughart PC
                                     BY:  SHANTI M. KATONA, ESQ.
                                     222 Delaware Avenue
                                     Suite 1101
                                     Wilmington, DE 19801
                                     (302) 252-0920

For Lead Plaintiff in               Lowenstein Sandler PC
Securities Litigation:              BY:  IRA M. LEVEE, ESQ.
                                     65 Livingston Avenue
                                     Roseland, NJ 07068
                                     (973) 597-2500

For Coca Cola:                       Potter Anderson Corroon LLP
                                     BY:  R. STEPHEN MCNEILL, ESQ.
                                     Hercules Plaza
                                     1313 North Market Street
                                     6th Floor
                                     Wilmington, DE 19801
                                     (302) 984-6000

For Jefferies & Company:             Cross & Simon LLC
                                     BY: KEVIN S. MANN, ESQ.
                                     913 North Market Street
                                     11th Floor
                                     Wilmington, DE 19801
                                     (302) 777-4200

For Motorola, Inc.:                  Sullivan Hazeltine Allinson LLC
                                     BY:  ELIHU ALLINSON, III, ESQ.
                                     4 East 8th Street
                                     Suite 400
                                     Wilmington, DE 19801
                                     (302) 428-8191

TELEPHONIC APPEARANCES:


For Hondo Sen:                      Cetus Capital
                                    BY:  HONDO SEN
                                    (203) 552-3528


For Tricadia Capital:               BY:  STEPHEN GRISANTI
                                    (602) 769-2334


For John Ray:                       Avidity Partners/Trustee
                                    BY:  JOHN RAY
                                    (630) 613-7300


For The Official Committee          Akin Gump Strauss Hauer & Feld
Of Unsecured Creditors:             BY:  DAVID BOTTER, ESQ.
                                    One Bryant Park
                                    New York, NY 10036
                                    (212) 872-1055

                                    Jefferies & Company
                                    BY:  PATRICK MORROW, ESQ.
                                    (212) 284-2374


For Palisades Capital               BY:  BRADLEY D. BELT
Management:                         (202) 349-1414


For AT&T:                           Fulbright & Jaworski
                                    BY:  MARK C. HAUT, ESQ.
                                    BY:  DAVID ROSENZWEIG, ESQ.
                                    (212) 318-3102


For Fraser Milner &                 BY:  RYAN JACOBS, ESQ.
Casgrain                            BY:  MICHAEL WUNDER, ESQ.
                                    (416) 863-4715


For the Debtor:                     True Partners Consulting
                                    BY:  STANLEY W. JOZEFIAK
                                    (312) 235-3306


For Lazard Freres &                 BY:  COLIN H. KENNAN
Company:                            (212) 632-6197


For Verizon Communications:         Arnall Golden & Gregory LLP
                                    BY:  DARRYL LADDIN, ESQ.
                                    (404) 873-8120


For Ernst & Young:                  Foley & Lardner LLP
                                    BY:  JOANNE LEE, ESQ.
                                    (312) 832-4557

TELEPHONIC APPEARANCES:
(Continued)

For SNMP Research:            Ciardi Ciardi & Astin
                              BY:  MARK RALSTON, ESQ.
                              (214) 295-6416

For Archview Investment       BY:  AARON ROSEN
Group:                        (212) 728-2528


CANADIAN APPEARANCES:

For the Debtor:               BY:  JENNIFER STAM, ESQ.
                              (416) 216-2327

For Ernst & Young:            BY:  JOE PASQUARIELLO, ESQ.
                              BY:  CHRIS ARMSTRONG, ESQ.
                              (416) 979-2211

For Noteholders:              BY:  GAVIN FINLAYSON, ESQ.
                              (416) 777-5762

For The Official Committee    BY:  ALEX MACFARLANE, ESQ.
of Unsecured Creditors:       (416) 863-4382

For Nortel Networks UK        BY:  ROBIN B. SCHWILL
                              (416) 863-5502

For Former Employees:         BY:  ANDREA MCKINNON, ESQ.
                              (416) 595-2150

1   WILMINGTON, DELAWARE, FRIDAY, SEPTEMBER 30, 2010, 11:10 A.M.

2          THE COURT:  Good morning, everyone.  Thank you.

3   Please be seated and it's good to have you all here in --

4   during the storm -- the lull in the storm, I guess.  And I

5   thought it might be well to proceed, while we're waiting for

6   Mr. Justice Marowitz, on the matters that are separate and

7   apart from what he and I will be doing jointly.

8          MR. ABBOTT:  Thank you, Your Honor.  Derek Abbott

9   here for the Nortel Debtors.  Your Honor, I think there are --

10  other than the joint matter, three US only matters that are

11  going to go forward; a couple of claims' objections and a fee

12  proceeding.

13         THE COURT:  Yes.

14         MR. ABBOTT:  If I may cede the podium to Ms. Cordo,

15  who will handle two of those three, and then Mr. Bianca will

16  handle the third.

17         THE COURT:  Very well.  Thank you.

18         MR. ABBOTT:  Thank you, Your Honor.

19         THE COURT:  Ms. Cordo, good morning.

20         MS. CORDO:  Good morning, Your Honor.  Annie Cordo

21  of Morris Nichols Arsht and Tunnel on behalf of the debtors.

22  We did send one item under certificate of no objection, and

23  that was the final fee app of Palisades.

24         THE COURT:  Yes and that has been signed.

25         MS. CORDO:  Okay.  Thank you, Your Honor.

1          And then the next item we have is the debtors'

2    twelfth omnibus objection to claims.  This was just a holdover

3    from the last hearing.  There was one claim that we had carved

4    out because we had been worried that service hadn't gone to

5    them.  We did reserve them; 30 days has past; no response has

6    come in.  So I just have a supplemental order disallowing the

7    claims we sought to disallow --

8          THE COURT:  Yes.

9          MS. CORDO:  -- on the twelfth omnibus objection.  If

10   I may approach?

11         THE COURT:  You may.  Thank you.  All right.

12         MS. CORDO:  And just to go slightly out of order,

13   Mr. Bianca will be handling the thirteenth omnibus objection,

14   but I have the sixth omnibus fee order.

15         THE COURT:  Yes.

16         MS. CORDO:  I can just hand up a copy and I'll walk

17   you through some of the changes that we made to it.

18         THE COURT:  You certainly may, Ms. Cordo, thank you.

19         MS. CORDO:  Your Honor, in the body of the order we

20   did build in some language that you can see in Paragraphs 4 and

21   5 with regards to the professional fees requested by Lazard.

22   They sought through this quarterly fee app the CVAS Minority

23   Transaction Sale Fee.  Pursuant to the order amending their

24   retention, that is not payable until certain other items are

25   met.  So the amounts are being approved through this order,

1   however they won't be payable until the terms of the revised

2   engagement order --

3            THE COURT:  Yes.

4            MS. CORDO:  -- are met.  And that was signed off on

5   and circulated to all of the different estates, the committee

6   and the bond holders.

7            THE COURT:  All right.  Thank you.

8            MS. CORDO:  In the actual order itself, on Page 1 of

9   Exhibit A, Footnotes 2 and 3 reflect reductions at the request

10  of the United States Trustee to the fee applications of Cleary

11  and Huron and those were agreed to and taken out of the total

12  amounts.

13           THE COURT:  Very well.

14           MS. CORDO:  On Page 2 of Exhibit A we have the --

15  with regards to Mr. Ray's fees in Footnote 4, just explaining

16  that while they are being approved, they won't be payable until

17  the terms of his engagement letter are met for the 50 percent

18  holdback.  And then on Page 3 of Exhibit A are the footnotes

19  that correspond with the Lazard paragraphs in the order.

20           THE COURT:  All right.

21           MS. CORDO:  And there were no comments on the

22  committee's order on Exhibit B.

23           THE COURT:  All right.  And I am prepared to sign

24  the order.

25           MS. CORDO:  Thank you, Your Honor.  If I may turn

1  the podium over to Mr. Bianca --

2              THE COURT:  You may.

3              MS. CORDO:  -- he'll be handling the thirteenth

4  omnibus objection.

5              THE COURT:  Thank you.

6              MR. BIANCA:  Good morning, Your Honor.

7              THE COURT:  Good morning, Mr. Bianca.  How are you,

8  sir?

9              MR. BIANCA:  Very good.  Yourself?

10             THE COURT:  Very well, thank you.

11             MR. BIANCA:  Salvatore Bianca from Cleary Gottlieb

12  on behalf of the debtors.  Agenda Item Nine is the debtors'

13  thirteenth omnibus objection.  This objection covers 131

14  claims, of those claims we have received four responses that

15  are listed on the agenda.  I'll address each of the responses

16  in turn.

17             The first response is from TelStrat International,

18  regarding Claim Number 4395.  After receiving the response, we

19  discussed our objection with TelStrat and the claimant no

20  longer opposes our objection to its claim.

21             THE COURT:  All right.

22             MR. BIANCA:  The second response is from Ventura

23  County Treasurer-Tax Collector regarding Claim Number 6063.

24  The debtors and Ventura County have been discussing its claim

25  and hope to reach an amicable resolution.  Accordingly, we've

1   agreed to adjourn the objection to the Ventura County claim to

2   the October 14th hearing.

3           And I'll quickly skip to the fourth response, this

4   is from Coca Cola Company regarding Claim Number 1334.  The

5   debtors filed a reply last Monday and this objection was

6   scheduled on the agenda as going forward today, however at the

7   recent request of Coke's counsel, the debtors have agreed to

8   adjourn the objection to the October 14th hearing.

9           THE COURT:  All right.

10          MR. BIANCA:  Finally, the last response, and the

11  only one that's going forward today, is from Webex

12  Communications regarding Claim Number 1354.  Since we've been

13  unable to resolve this matter with the claimant, I'll give you

14  some of the details.  Webex incorrectly filed a claim -- a

15  proof of claim in the Chapter 15 case, asserting a claim

16  against one of the Canadian debtors for approximately $26,000.

17  I say one of the Canadian debtors because although the claimant

18  attached invoices issued to Nortel Networks Corporation, the

19  claim form doesn't specify which of the Canadian debtors the

20  claim is asserted against; it just lists Nortel Networks

21  Corporation, et al.

22          The debtors objected to this claim on the basis that

23  it's not a claim for which any of the US debtors are liable.

24  The response from Webex doesn't dispute this fact; instead the

25  response appears to have the mistaken impression that the claim

1   is valid because it was filed in the Chapter 15 case.  Well,

2   that's simply not how a Chapter 15 works and there's no process

3   for dealing with claims in Chapter 15.

4          THE COURT:  Right.

5          MR. BIANCA:  There's a separate process in the

6   Canadian proceedings for dealing with claims against the

7   Canadian debtors.

8          THE COURT:  Precisely.

9          MR. BIANCA:  Accordingly, since claims filed in the

10  US must be -- must assert a liability against one of the US

11  debtors to be valid, the debtors request that the claim be

12  disallowed in full.  And that was the last of the responses.

13         THE COURT:  All right.  All right.  Thank you, Mr.

14  Bianca.  Is there anyone here or on the telephone for Webex?

15         Well, clearly the objection is well stated and I

16  will sustain it.  There -- as indicated, this is a claim that

17  -- on its face belongs in the Canadian proceedings and not in

18  these proceedings.  And accordingly, the objection is well

19  founded.

20         MR. BIANCA:  Thank you, Your Honor.  If I may

21  approach, I have a clean and blackline copy of the revised

22  order reflecting the adjournment of the Coke and Ventura County

23  claims?

24         THE COURT:  Sure, Mr. Bianca.  Thank you.

25         MR. BIANCA:  Thank you, Your Honor.  And that

1  concludes the last of the non-joint matters up for today.

2          THE COURT:  All right.  Thank you.  Mr. Justice

3  Marowitz had indicated to me that he had another hearing that

4  might run a little bit over, so why don't I leave the bench for

5  a little bit, unless there are other matters that you wish to

6  bring to my attention at this point?

7          MR. ABBOTT:  Your Honor, I don't believe there are.

8  I think that's fine.  We'll just await his availability and see

9  Your Honor shortly.

10          THE COURT:  All right.  Thank you, Mr. Abbott.

11          MR. ABBOTT:  Thank you, Your Honor.

12          THE COURT:  And we'll stand in recess until Mr.

13  Justice Marowitz is ready.

14      (Recess taken from 11:18 a.m. to 11:28 a.m.)

15          THE CLERK:  All rise.

16          THE COURT:  Good morning again, everyone.  Justice

17  Marowitz?  Here he comes.  You may be seated, everyone.  I'm

18  sorry.

19          JUSTICE MAROWITZ:  Good morning, Judge Gross.

20          THE COURT:  Good morning, Justice Marowitz.

21          JUSTICE MAROWITZ:  And I do thank you for

22  accommodating me this morning.  And I do thank counsel, both in

23  Delaware and Toronto.  I did have another matter that detained

24  me shortly.

25          Today, I gather the matter, Ms. Stam, is the

1    approval of the investor's order in the MSS business?

2              MS. STAM:  Yes, that's correct, Your Honor.  There

3    will be also be a short update on the status of the status of

4    the [indiscernible].

5              THE COURT:  Okay.  Thank you.  This, of course, is

6    another one of our joint hearings being conducted in accordance

7    with the cross-border protocol previously approved by both

8    Courts.  It's my understanding that there have been some

9    objections filed in Delaware; there have been nothing, to my

10   knowledge, filed in Ontario.

11             MS. STAM:  That's correct.

12             JUSTICE MAROWITZ:  And on that basis, Judge Gross,

13   as we've discussed in our procedural conference, that makes

14   sense in this matter for the matters to proceed in your Court

15   first, subject to any comments by counsel.  I don't see anybody

16   volunteering any type of contrary opinion here, so over to you,

17   sir, in Delaware.

18             THE COURT:  Well, thank you.  Mr. Bromley, good

19   morning.

20             MR. BROMLEY:  Good morning, Your Honor.  And good

21   morning, Mr. Justice Marowitz.  Thank you very much for having

22   us here today in both Delaware and in Toronto.  We are here for

23   another joint hearing, another sale hearing.

24             Before we get to that, I'd like to give both Courts

25   a brief update as to something that was left open at our last

1   joint hearing, and that was the approval -- and that was on the

2   16th of February -- I'm sorry, September.  You may recall we

3   were resolving a dispute with Avaya --

4           THE COURT:  Yes.

5           MR. BROMLEY:  -- with respect to the Enterprise

6   transaction.  We had a little bit of a hiccup in terms of

7   trying to track down some inventory, but that's all been

8   resolved.  We have not yet signed -- well, I should say we have

9   not yet received every one of the signatures to the

10  stipulation.  It is our hope that we would have them by the end

11  of the day today or tomorrow, but all of the issues have been

12  resolved.  And so I'm happy to report that that is simply a

13  matter of getting it to both Courts.

14          THE COURT:  Thank you for the good news, Mr.

15  Bromley.

16          MR. BROMLEY:  And we apologize for the delay.

17          The transaction that we have before both Courts

18  today is for the sale of the -- on a global basis again, of the

19  Nortel MSS or Passport business.  We were here -- and that's

20  the multi -- MSS meaning multi-service switch business.  We had

21  a joint hearing on September 1st to approve bidding procedures.

22  We held an auction last week and we are very happy to report

23  that the auction process was once again successful and the

24  total purchase price has increased from $39 million to $65

25  million.

1          I would report as well that our winning bidder was

2    not our stalking horse bidder, but is again a familiar face,

3    Ericsson of Sweden has succeeded in winning the bidding.  We're

4    very happy about the results and we're also happy that we have

5    a history of success in closing transactions with Ericsson.  Of

6    course they have bought the CDMA business, as well as the North

7    American GSM business.

8          If I could, Your Honors, I'd like to try to shortcut

9    some of the things that we've done in the past because we do

10   have, I think, a fairly consensual hearing today.  There are a

11   number of objections in the United States, all of which I think

12   are resolved, but for two.  And hopefully before we get to it,

13   it's -- the actual objections may be just one will remain

14   outstanding.

15         And if I could, Your Honor, asking upfront to

16   incorporate the record from the bidding procedures hearing into

17   the record of this hearing.  You will recall that we had a

18   proffer of Mr. Khush Dadyburjor, who at that time was in the

19   Toronto Court; he's actually here in Delaware today in court.

20   And we also had the proffer of Mr. Murray from Lazard; he's

21   here in court today as well.

22         THE COURT:  Yes.

23         MR. BROMLEY:  So if I can incorporate the record of

24   that hearing into this one, we could shortcut a little bit.  I

25   don't know if anyone has any objection to that?

1          THE COURT:  That's what I was going to ask.  Does

2   anyone object?

3          All right.  Hearing no objection here, the -- I am

4   certainly prepared to incorporate the September 16th hearing

5   applicable to this motion into today's hearing.

6          MR. BROMLEY:  Thank you very much, Your Honor.  And

7   also, if I could note, as with all of the transactions, there

8   is a report that's filed in the Toronto Court by the Monitor.

9   It's the fifty-fourth report as it relates to this particular

10  transaction.  It has been filed in the Chapter 15 proceeding

11  here and we would ask the the fifty-fourth report of the

12  Monitor, dated September 28, 2010, also be incorporated into

13  the record for the hearing here in Delaware.

14          THE COURT:  Any objection?

15          Hearing none, it is so incorporated.

16          MR. BROMLEY:  Thank you very much, Your Honor.  If I

17  could, I'd like to move immediately to the evidence.  We have

18  again proffers from Mr. Murray and from Mr. Dadyburjor.  Again,

19  given that we've had the record of the hearing of the 16th

20  incorporated, I'll skip the background and the qualifications

21  of each of the gentlemen.

22          THE COURT:  Yes.

23          MR. BROMLEY:  The -- I should say, Your Honor,

24  picking it up, this would be for Mr. Murray, who again is

25  present in the courtroom and would testify if called  that

1  beginning in February of 2010 Nortel began to explore the

2  potential sale of the MSS business.  And in connection with

3  those efforts, Nortel and Lazard approached approximately 51

4  parties, including a mix of financial investors, strategic

5  buyers -- and strategic buyers, that Nortel executed

6  confidentiality agreements with 27 parties, gave management

7  presentation to 18 entities, and five of the interested parties

8  were given access to confidential due diligence materials,

9  resulting in discussions with three potential bidders,

10  including PSP Holding LLC, a special purpose entity established

11  by Marlin Capital, a private equity group, MSS Acquisition LLC,

12  a special purpose acquisition vehicle created by One Equity

13  Partners, another participant in a number of our sale

14  processes, and Ericsson as well.

15          Mr. Murray would testify, if called, that aside from

16  those contacted he is aware of no other obvious entities that

17  would be interested in the business and that both Lazard and

18  Nortel had conducted a comprehensive search for purchasers of

19  the business.  He would testify that last Friday in New York,

20  on the 24th, that an auction was held.  That there were three

21  bidders that were qualified, each of the three that I

22  mentioned; PSP Holding, MSS Acquisition and Ericsson.  And that

23  the auction commenced at approximately 10:30 in the morning and

24  concluded at about 6:00 o'clock in the evening.

25          He would testify that he was present at the auction

1  and is generally familiar with the events that transpired

2  there.  And that during the auction he served as an advisor to

3  the sellers, assisting them in determining whether each bid

4  received should be considered a qualified bid.  He also helped

5  to value each bid received in consultation with the other

6  advisors, with the monitor, the committee of unsecured

7  creditors, the ad hoc bond holder group, the joint

8  administrators, and all of their respective advisors.

9         And he would testify that at the end of the auction,

10  Ericsson's bid of $65 million was selected as the successful

11  bid because it represented the highest and best offer received

12  for the assets.  That PSP refused to bid in response to that

13  bid.  That OEP MSS Acquisition had retired from the bidding

14  prior to that and that as a result, Ericsson's final bid of $65

15  million was the highest and best offer received from the

16  assets.

17         The -- he would also testify that the auction was

18  adjourned while the parties attempted to finalize the

19  documentation and that by the early morning hours of September

20  25th contracts had been executed with all of the relevant

21  sellers.  And in -- as we have in other transactions, there are

22  really two main sale agreements; there's a North American asset

23  sale agreement where the main sellers are Nortel Networks

24  Incorporated, Nortel Networks Limited and Nortel Networks

25  Corporation.  And then a separate asset sale agreement with the

1  sellers that are located in the EMEA jurisdictions.

2        He would testify that -- if called, Mr. Murray would

3  testify that he believes the approval of the sale of the assets

4  would -- is in the best interest of the US debtors, as well as

5  all of the Nortel sellers and their creditors and that he

6  believes that the selection of the final bid submitted by PSP

7  at $60 million is the alternate bid, is also in the best

8  interest of the debtor and their creditors.

9        Mr. Murray would also testify that he was involved

10  in the process of negotiating the sale agreement with Ericsson,

11  as well as the original stalking horse agreement, and that he

12  is aware that these negotiations continued until signature on

13  the early morning of September 25th.

14        He would testify that during the auction, and

15  throughout the negotiations, Ericsson was represented by

16  qualified counsel and financial advisors, that the discussions

17  were vigorous and contentious at times, and at no time was he

18  aware of any facts or circumstances that led him to believe

19  that the Ericsson transaction would be at anything other than

20  an arms' length basis.  He would also testify that in his view,

21  Nortel did not prefer Ericsson over any other potential bidder.

22        Mr. Murray would also testify that it is his opinion

23  that the net value offered to the debtors' estates, as well as

24  to the Nortel debtors generally, from the transaction

25  constitutes fair and reasonable value for the assets being

1  sold.   And that would conclude the proffer for Mr. Murray.

2          THE COURT:   Does anyone wish to cross-examine Mr.

3  Murray?   Does any object to the proffer being admitted into

4  evidence?

5          All right.   It is so admitted then, Mr. Bromley.

6          MR. BROMLEY:   Thank you very much, Your Honor.

7          I will proceed now with the proffer of Mr. Khush

8  Dadyburjor.   As I mentioned, Your Honor, his testimony was

9  proffered at the bidding procedures hearing on September 1st

10 while he was present in court in Toronto.   He is here today in

11 Wilmington and available to testify if called.   Again, leaving

12 off of the testimony that has already been admitted, I will go

13 directly to the qualified bidders and the auction process that

14 took place last week.

15         Mr. Dadyburjor would testify, if called, that prior

16 to the auction, two entities other than PSP, the stalking horse

17 bidder, approached the debtor and their advisors requesting to

18 become qualified bidders; those two parties being MSS

19 Acquisition and Ericsson.   And after consulting with the

20 monitor, the committee, the bond holder group and the

21 administrators, Nortel and their advisors declared these

22 entities to be qualified bidders.

23         He would testify that he's familiar with the bidding

24 procedures approved by this Court and the Ontario Superior

25 Court to govern the auction process, and that in his view the

1    auction process was conducted in accordance with those bidding

2    procedures.

3              He would testify that pursuant to the bidding

4    procedures, three potential bidders, including PSP, submitted

5    bids for Nortel's consideration.  The first one, obviously, was

6    the stalking horse bid entered into on August 26th, 2010.  Mr.

7    Dadyburjor would testify that Ericsson submitted a bid on

8    September 20 with a purchase price of $45 million in cash, and

9    that after consulting with the committee, the monitor, the bond

10   holder group, the administrators, Nortel and its advisors

11   declared Ericsson's bid to be a qualified bid midday on

12   September 22, 2010, and informed Ericsson of that

13   determination.  And that pursuant to the bidding procedures,

14   Nortel notified PSP shortly thereafter.

15             He would testify that MSS Acquisition is a limited

16   liability company owned entirely by One Equity Partners IV, LP.

17   He would testify that OEP manages investments and commitments

18   of JPMorgan Chase and Company and direct private equity

19   investments and has a history of acquiring businesses.  And

20   also that OEP participated in the acquisition that GENBAND made

21   of the debtors' businesses.

22             He would testify that MSS Acquisition submitted a

23   bid on September 21, 2010 with a purchase price of $42,500,000

24   in cash.  And that MSS Acquisition subsequently made changes to

25   its bid so that it satisfied the standards for a qualified bid

1  set forth in the bidding procedures.  And that after

2  consultation with all of the constituents, Nortel and its

3  advisors declared MSS Acquisition's bid to be a qualified bid

4  on the evening of September 22, 2010.  That Nortel informed MSS

5  Acquisition of this determination and pursuant to the bidding

6  procedures, notified Ericsson and PSP shortly thereafter.

7          He would also testify that Nortel and its advisors

8  provided full copies of all of the bid packages to each of the

9  qualified bidders, so that when the auction began each of the

10 bidders had complete sets of all of the documents submitted by

11 each other.

12          Mr. Dadyburjor would testify that at approximately

13 1:00 p.m. on September 23rd, after consultation with all of the

14 constituents, that Nortel and its advisors declared MSS

15 Acquisition's bid to be the starting bid and communicated this

16 determination to all qualified bidders.

17          Mr. Dadyburjor would also testify that he was

18 present at the auction and is generally familiar with the

19 events that transpired.  He would testify that the auction was

20 conducted at the offices of Cleary Gottlieb in New York on

21 September 24th and that during the early evening hours of

22 September 24th, Ericsson was declared the successful bidder.

23          He would testify that the bid was selected -- that

24 MSS Acquisition's bid was selected as the starting bid and the

25 starting bid was made available to all other bidders on

1  September 23rd.  And the auction opened with the starting bid

2  and written and oral bids were submitted for six additional

3  rounds.  A new leading bid was selected at the end of each

4  round of bidding and the other qualified bidders were made

5  aware of the terms of each new leading bid.

6         In the first round, Mr. Dadyburjor would testify,

7  that Ericsson submitted a new bid with a purchase price of $45

8  million in cash and certain changes to its contract.  That PSP

9  submitted a new leading bid, with a purchase price of

10 $47,500,000 comprised of $45 million in cash and a credit of

11 $2.5 million bid protection.

12        That in round two MSS Acquisition submitted a new

13 bid of $47 million in cash and then Ericsson submitted another

14 bid with a purchase price of $55 million in cash and further

15 changes to its contract, and that Ericsson's bid was selected

16 as the leading bid.  After the second round of bidding, MSS

17 Acquisition informed Nortel and its constituents it would no

18 longer be participating in the auction.

19        In round three, PSP submitted a bid with a purchase

20 price of $54 million, comprised of $51,500,000 in cash and a

21 credit of $2.5 million, and that this bid was selected in the

22 new leading bid.  And after the third round of bidding, Nortel

23 and its constituents consulted and determined that the material

24 terms of the bid submitted by Ericsson and PSP were

25 substantially the same, that further bids would be accepted

1  live and orally, with the only variable term being the purchase

2  price.  And following consultation, Nortel and its advisors

3  increased the bid increment to $2 million from the initial

4  threshold of $1 million and such revision was communicated to

5  the qualified bidders.

6         In round four, Ericsson submitted a bid of 60,000 --

7  $60 million in cash, which was valued by Nortel and its

8  constituents at $58 million and that was selected as the new

9  leading bid.

10        In round five, PSP submitted a bid of 60 million

11 comprised of 57,500,000 in cash and 2.5 million in bid

12 protection and this was selected as the new leading bid.

13 Ericsson then submitted a new leading bid with a purchase price

14 of $65 million in cash, which was valued at 63 million in cash

15 by Nortel and its constituents.  No other bidder submitted a

16 higher bid and the auction was adjourned pending negotiation

17 and signing of final documents, and the PSP bid was selected as

18 the alternate bid at $60 million, in accordance with the terms

19 of the bidding procedures and the stalking horse documentation.

20        Mr. Dadyburjor would testify that each qualified bid

21 was valued in consultation with Nortel's advisors, the

22 committee, the bond holder group, the monitor, the

23 administrator and all estates participating, based on a number

24 of factors, including the purchase price and the net value

25 provided by the bid, the proposed revisions to the transaction

1   documents and the likelihood and timing of consummating such a

2   transaction.  He would also testify that the sellers gave

3   effect during each round to the breakup fee and expense

4   reimbursement that would be payable to PSP under the stalking

5   horse agreement.  And he would state that the unadjusted

6   purchase price of the successful bid at $65 million was valued

7   at $63 million by Nortel and its constituents as a result of

8   certain closing conditions and that the unadjusted purchase

9   price of the alternate bid is at 60 million.

10          He would testify that it's his belief that the

11  Ericsson bid constituted the highest and best offer received

12  for the MSS business assets and maximizes the value to the --

13  all of the Nortel estates, including the US estates.  He would

14  testify that the auction process and all the discussions with

15  the bidders were at arms' length and negotiations were

16  vigorous.  He would testify that there was not any evidence in

17  his view that the sale price was controlled by an agreement

18  amongst the bidders, that Ericsson is not an insider of Nortel

19  and no members of Ericsson's negotiation team were insiders of

20  Nortel.

21          He would testify that he's familiar with the sale

22  agreement.  He would testify that the terms of the final sale

23  agreement are substantially the same as those involved in the

24  stalking horse sale agreement.  He would testify that it's his

25  belief that the approval and consummation of the sale agreement

1    between the Nortel sellers and Ericsson is in the best interest

2    of the various Nortel estates around the world and their

3    creditors.

4              He would also testify that certain schedules and

5    exhibits to the sale agreement contain sensitive commercial

6    information and it would be to the disadvantage of the debtors

7    and their creditors, and now Ericsson as purchaser, were such

8    information to be made public.

9              He would testify that he's familiar with the terms

10    of the alternate bid at $60 million submitted by PSP and that

11    the terms of the final PSP sale agreement are substantially the

12    same as the Ericsson sale agreement.

13              He would testify that he's generally familiar with

14    the ancillary agreements entered into by Nortel and Ericsson in

15    connection with the successful bid and that the terms of the

16    ancillary agreements are substantially the same as those

17    involved in the stalking horse agreement and that these

18    agreements have been filed with the Court under seal due to

19    their confidential nature, but that the U.S. Trustee, the

20    creditor's committee, the ad hoc bond holders group and their

21    respective advisors have access to those agreements.

22              In addition, Your Honor, the -- Mr. Dadyburjor would

23    testify that the established relationships the debtors maintain

24    with their customers are a significant aspect of the value of

25    the business.  That access to the list of customer

1  counterparties, absent appropriate confidentiality

2  restrictions, would entail releasing valuable confidential

3  information critical to Ericsson, and thus releasing the names

4  of counterparties would have a detrimental impact on the value

5  of the assets.  And therefore, the notices identifying customer

6  contracts have been filed under seal.

7            There are also procedures that have been approved by

8  this Court, Your Honor, in connection with the potential

9  assumption and assignment process for contracts.  The -- I

10  should note, Your Honor, off the proffer, that at the present

11  time we are not seeking authorization to assume and assign any

12  contracts under Section 365.  So while those procedures have

13  been put in place, and we have the right to use them if

14  necessary, at this point there have been no contracts that have

15  been identified for -- that are US only contracts for

16  assumption and assignment.

17            So with that, Your Honor -- and I would note that in

18  connection with that, we have obviously the point of adequate

19  assurance, in the event that any contracts were to be assumed

20  and assigned.  If we do make any motions for the assumption and

21  assignment of contracts under 365, we will at that time make

22  representations with respect to Ericsson's ability to perform

23  under those contracts, though I would say that in light of

24  Ericsson's position in the marketplace and their successful

25  completion of prior transactions, that it's something the Court

1    could take judicial notice of.

2            And with that, Your Honor, I would conclude the

3    proffer of Mr. Dadyburjor.

4            THE COURT:  All right. Does anyone wish to cross-

5    examine Mr. Dadyburjor?  All right, hearing no one I will --

6    does anyone object to his proffer being admitted into evidence

7    in support of the motion?  It is so admitted then, Mr. Bromley.

8            MR. BROMLEY:  Thank you very much, Your Honor.  And

9    I would note, Your Honor, that as we have with other

10   transactions, notice of the sale has been published in the Wall

11   Street Journal, the Globe and Mail and Financial Times, and

12   certificates of publication have been filed with the Court.

13           At this point, Your Honor, I think it would be

14   appropriate, unless there's anything to be added from Canada,

15   to move into the objections, but I think at this point there

16   are no objections in Canada.

17           THE COURT:  That's correct.

18           MR. BROMLEY:  But I leave it, of course, to Ms. Stam

19   and Justice Marowitz.

20           THE COURT:  Shall we just proceed with our

21   objections here, Mr. Justice Marowitz?  All right.  Yes?

22           JUSTICE MAROWITZ:  Yes.  Ms. Stam is in agreement

23   with that.

24           THE COURT:  All right.  Thank you, sir.

25           MR. BROMLEY:  We have received a number of

1   objections, Your Honor, and let me go through the ones that

2   have been withdrawn or resolved and we can, at that point, deal

3   with what I think -- it does appear to be two that remain open.

4            The first objection, which we have resolved and has

5   been withdrawn, is an objection that was filed by the City of

6   Grapevine -- the Grapevine-Colleyville ISD taxing units in

7   Richardson, Texas.  The taxing units claimed a pre-petition tax

8   lien and a post-petition tax lien in connection with property

9   taxes that are payable with respect to the Richardson Facility.

10  The taxing units requested that either the liens be paid off at

11  the time of sale or that a separate escrow be established.

12           We have been in communication with the City of

13  Grapevine and have provided them information about the assets -

14  - the very, very small assets that I could carry in my

15  briefcase actually -- that are in Richardson that would be

16  resulted, and as a result of that they have withdrawn their

17  objection.  It is noted at the docket at Item 4009.

18           THE COURT:  I saw that.  Thank you.

19           MR. BROMLEY:  The next objection, Your Honor, is one

20  from SAP.  SAP is a large provider of IT systems, in particular

21  systems relating to billing and the like.  The -- I'm happy to

22  say, just the mere presence of Ericsson has led them to

23  withdraw their objection.  So the fact that Ericsson became the

24  winning bidder has led SAP to be satisfied that their concerns

25  would be addressed by the winning bidder.  And I believe that

1    is noted at Docket Item 4039.

2            There are a number of objections, Your Honor, that

3    have -- and, of course, I invite counsel for SAP or Grapevine

4    if they're present to chime in or tell me I'm wrong, but I

5    don't think they're --

6            THE COURT:  I don't think they're in the courtroom.

7            MR. BROMLEY:  Okay.  There are a number of

8    objections, Your Honor, that have been filed by contract

9    counterparties.  Many of them you will find familiar, as they

10   have appeared in many of the prior sale hearings as well.

11           THE COURT:  Yes.

12           MR. BROMLEY:  And the language that we propose to

13   add to the sale order will also sound familiar because it is

14   reminiscent of, if not entirely taken from other sale orders,

15   and let me just go through the objecting contract

16   counterparties, whose objections I believe are resolved by the

17   addition of this language.

18           The first is OSS Nokalva, Inc.  Their objection is

19   at Docket Item 3988.  Verizon at Docket Item 4004.  Motorola,

20   Inc., Docket Item 3992.  AT&T Services, Inc., Docket Item 3989.

21   And those are the ones who are going to be resolved with the

22   following language, if I could read it in, and I believe

23   counsel for these parties are present, and I'll read two pieces

24   of language because Verizon has two additions.  I'll read the

25   second one separately.

1          The language that we will insert to resolve these

2    objections are,

3              "Nothing in this order authorizes or otherwise

4              provides for the assumption, assignment or

5              rejection, in whole or part of any objecting party

6              agreement."

7              That's a defined term, defined below.

8              "Other than the rights and obligations between the

9              parties to the sale agreement, nothing herein or in

10             the sale agreement shall affect the rights of any

11             party to an objecting party agreement.  All of which

12             rights are hereby preserved, including without

13             limitation the right of any objecting party to seek,

14             oppose or support A, any assumption, assignment or

15             rejection of an objecting party agreement on any

16             legal or factual basis; B, adequate assurance of

17             future performance; C, the estimation or assertion

18             of any proposed cure amounts; D, the assumption by

19             the purchaser of all obligations and liabilities

20             under any objecting party agreement by virtue of the

21             assumption and assignment of the objecting party

22             agreement under Section 365 and other applicable

23             law.  Including, to the extent applicable,

24             contingent, unmatured or un-liquidated claims,

25             warranties, non-cash incentives, credits,

1          indemnifications, requests to provide product

2          support and maintenance services and whether such

3          arise or arose pre- or post-closing.  E, adequate

4          assurance for payments of such obligations and

5          liabilities, and F, any right to challenge any

6          rejection of, or to preserve the intellectual

7          property rights provided by a license under which

8          the debtors are licensors, whether pursuant to 11

9          USC Section 365(n) or otherwise.

10         "For purposes of this order, objecting party

11         agreement means any written contract agreement,

12         license or other document that creates binding

13         contractual obligations between an objecting party

14         or one or more of the debtors.

15         "Objecting party means OSS Nokalva, Inc., AT&T

16         Services, Inc. and its subsidiaries and affiliates,

17         the affiliates of Verizon Communications, Inc., and

18         Motorola, Inc.

19         "Nothing in this order or the sale agreement shall

20         prejudice, estop, bar, impair or otherwise limit in

21         any respect any parties' rights under Section 365 of

22         the bankruptcy code, with respect to the objecting

23         party agreements, including without limitation, the

24         rights set forth above in subparts A through F."

25         That, Your Honor, is language only a lawyer could

1  love and there are several here who, I believe, love it, and

2  would like to say so.

3          THE COURT:  Does anyone wish to comment on that

4  poetry?

5      (Laughter)

6          MR. ALLINSON:  Good morning, Your Honor.

7          THE COURT:  Good morning.

8          MR. ALLINSON:  Elihu Allinson from Motorola.  The

9  language at Paragraph 42 does resolve our objection at Docket

10  Item 3992.  I would point out that there does appear to be a

11  typographical error in Section F, where it refers to 11 U.S.

12  Code.  It looks like we've got a couple of Capital I's there

13  instead of the Number 11, but I think it's pretty clear what

14  the intent was.

15          THE COURT:  Very well.  Thank you.

16          MR. ALLINSON:  Thank you.

17          THE COURT:  Thank you, sir.  Anyone else?  Or on the

18  telephone; anyone on the telephone who wishes to comment?

19          MR. BOTTER:  Your Honor, this is David Botter on

20  behalf of the committee.  We're fine with that language.  Thank

21  you.

22          THE COURT:  Thank you.

23          MR. LADDIN:  And, Your Honor, this is Darryl Laddin

24  on behalf of Verizon.  That language is fine with us, together

25  with the language that Mr. Bromley will read in a moment, with

1    respect to Paragraph 43 that will be inserted in the order.

2            THE COURT:  All right.  Thank you, Mr. Laddin.  If

3    you hear anything you don't like about the insertion for the

4    next paragraph, please speak up.

5            MR. ROSENZWEIG:  Your Honor, David Rosenzweig.

6    We're in accordance for AT&T.

7            THE COURT:  All right, sir.  Thank you.

8            MR. BROMLEY:  Moving on to resolve part two of the

9    Verizon objection.  There's a reservation of rights that would

10   be inserted, as Mr. Laddin, said into Paragraph 43, which

11   states that Verizon reserves its pre-petition setoff rights --

12   oh, wait a second, that's the wrong one.  Oh, here it is.

13   Sorry, that's telling me what they wanted.

14           THE COURT:  Oh.

15           MR. BROMLEY:  Here's what we've agreed to give them.

16           "Nothing in this order shall be deemed to waive,

17           release or extinguish any valid claim with respect

18           to set off that the affiliates of Verizon

19           Communications, Inc. may have against the debtors."

20           THE COURT:  All right.  Mr. Laddin?

21           MR. LADDIN:  That language is correct.  Thank you.

22           THE COURT:  Thank you.

23           MR. BROMLEY:  Moving on, Your Honor, we also have an

24   objection from Quest Communications Company, LLC, and we have

25   separate language, which we're agreeing to insert into the

1  order to deal with that objection, which is somewhat similar to

2  the language I just read, but is bespoke, as our British

3  friends say, for Quest.

4           "Nothing in this order provides for the assumption

5           and assignment of any contract with Quest

6           Communications Company, LLC, pursuant to Section 365

7           of the bankruptcy code.  If the purchaser elects to

8           have the debtors assign to the purchaser any

9           contract request relating to the assets in whole or

10          in part, any rights Quest may have to object to such

11          assignment are expressly preserved.

12          "Nothing in this order or the sale agreement shall

13          prejudice, estop, bar, impair or otherwise limit in

14          any respect any parties' rights under Section 365 of

15          the bankruptcy code, with respect to any contract

16          between any of the debtors and Quest."

17          THE COURT:  All right.  Mr. Falgowski, good

18  afternoon.

19          MR. FALGOWSKI:  Good afternoon, Your Honor.  Cory

20  Falgowski for Quest Communications Company, LLC.  Your Honor,

21  we -- Quest did not like the language as much as some of the

22  others, so we decided we'd propose our own additional provision

23  to the sale order, but the intent here is just to preserve all

24  of Quest's rights and objections in connection with sale or

25  assumption and assignment issues, and we think that this

1  language does that.  Thank you.

2              THE COURT:  All right.  Thank you, sir.  Thank you.

3              MR. BROMLEY:  That, Your Honor, brings us to the

4  unresolved objections.  The -- and there are two remaining; one

5  filed by SNMP Research International Incorporated and another

6  by the Lead Plaintiffs in the Lucescu Securities Class Action.

7  If I could, Your Honor, I'd like to deal with the Lucescu

8  objection first --

9              THE COURT:  Very well.

10             MR. BROMLEY:  -- and then SNMP.

11             You may recall, Your Honor, that there is a pending

12  class action that had been filed in the Southern District of

13  New York against two officers of the Canadian parents, Mr.

14  Benning -- former officers, I should say -- Mr. Benning and Mr.

15  Zafirovski, and it has been the subject of prior objections for

16  prior transactions and it relates entirely to the preservation

17  of documents that may be relevant to that litigation.

18             And I would note, Your Honor, that we have made

19  certain statements on the record in connection with prior

20  objections, but there have been some that I think are worth

21  noting.  Since the last time we had to deal with the Lucescu

22  Plaintiffs a couple of things have happened.

23             You may recall, Your Honor, that in the Chapter 15

24  proceeding a motion to lift the stay and to issue document

25  preservation subpoenas was addressed by Your Honor.

1              THE COURT:  Yes.

2              MR. BROMLEY:  And that that motion was denied with

3    prejudice and it has been appealed.  I believe papers were

4    filed yesterday or the day before with the district court in

5    connection with that appeal.

6              In addition, the debtors here in the United States

7    have retained, pursuant to court order that was signed in the

8    middle of August, a consulting firm to review the documents,

9    the many, many, many documents that the US debtors have, and to

10   coordinate policies with respect to the retention or

11   destruction of those documents.  So the -- and that's

12   particularly important at this point in a case like this where

13   we started out with thousands upon thousands of employees and

14   we're down to hundreds.  And as the year progresses and in to

15   next year, we're going to be reduced even further.

16             So we have gone out of our way, hired consultants

17   who are specialists in this to review the documents and

18   coordinate a procedure.  We've also filed a motion, which is

19   scheduled to be heard on the 14th of October, to approve

20   procedures for the retention and destruction of documents. In

21   particular, one of the things that I would note is that these

22   procedures are consistent with procedures that have been

23   approved in other case where the debtors' businesses have been

24   reduced substantially or were indeed being liquidated.

25             And so the procedures that we have put in place do

1  propose that before anything is disposed of, that 20 days'

2  notice will be given.  So not only have we gone out to hire

3  professionals who know how to do this, we have a process that

4  we're going to put in place that will provide notice.  And

5  indeed, if anyone wants to take responsibility for the

6  documents that we are seeking to destroy under the procedures,

7  they're entitled to do so.

8          So I would also note that the asset sale agreement

9  that we have here in Section 5.22 does provide specifically

10 that there will be a five year hold with respect to documents

11 relating to the business.  Now, as we've told the Court before,

12 and we've communicated to the Lucescu Plaintiffs on a number of

13 occasions, the businesses that have been sold, and in

14 particular this business, are international businesses so the

15 only thing that this Court can do is give us guidance or

16 direction with respect to what's present in the United States.

17         And indeed, this contract has been signed and we do

18 agree that with respect to the business, we will be maintaining

19 the documents related to the business for five years.  But that

20 is not to say that we don't have lots of other documents, which

21 are in the process of being reviewed, because the cost of

22 storing these materials is enormous.

23         So what we have, Your Honor, is not only a contract,

24 which specifically provides that documents relating to this

25 business will be preserved for a specific period of time, we

1  continue to have the issue that these documents are only part

2  of the universe, that they have sought particular permission to

3  deal with the fact that the two officers they're suing in New

4  York are also officers of the Canadian entity.

5       (Court and Clerk confer)

6            THE COURT:  Justice Marowitz, there may be someone

7  with a BlackBerry or other piece of equipment that is causing

8  the disruption or interference.

9            JUSTICE MAROWITZ:  I'm certain, Judge Gross, that

10 there are numerous smart phones, Apple phones in the courtroom,

11 and for the sake of the clarity transmission, you can either

12 throw them outside or turn them off.  Thank you.

13           THE COURT:  Thank you.  I'm sorry, Mr. Bromley.

14           JUSTICE MAROWITZ:  I now have 52 people reaching

15 into their pockets.

16      (Laughter)

17      (Court and Clerk confer)

18           THE COURT:  Oh, if our people on the telephone in

19 the Delaware proceedings would also mute their phones that

20 might be helpful as well.  I'm sorry, Mr. Bromley.

21           MR. BROMLEY:  That's okay, Your Honor.  Thank you

22 very much.

23           THE COURT:  Technology.

24           MR. BROMLEY:  The -- so with respect to Lucescu

25 Plaintiffs, the objection, we believe, is the same objection

1    we've dealt with in the past.  There's been some water under

2    the bridge, so to speak, including process and procedure that

3    have been put in place that should give them, not only full

4    comfort that documents are being dealt with appropriately, but

5    also to the extent that anything is going to be destroyed, they

6    have the right to know what it is and they will have the right

7    to show up and object, and if necessary, take possession of

8    things that they feel so critical to their case.

9            But again, Your Honor, we do believe that the issues

10    have been addressed, and addressed fully, and that the

11    objection should be overruled.

12            THE COURT:  And with respect to documents outside of

13    the United States, we don't have any authority over those

14    documents.

15            MR. BROMLEY:  We don't.  Not here, Your Honor --

16            THE COURT:  Yes.

17            MR. BROMLEY:  -- but I would note in the asset sale

18    agreement, the notice parties are all there, they can call up

19    the joint administrators if they like and communicate with

20    them.  They obviously have already taken steps in the Chapter

21    15, but they keep coming to this Court and only objecting in

22    this proceeding.  We believe that what we have in place is

23    appropriate and sufficient.

24            THE COURT:  Thank you, Mr. Bromley.  Mr. Levee, good

25    morning.  Good afternoon, excuse me.

1          MR. LEVEE:  Good afternoon.  Ira Levee, Lowenstein

2     Sandler for the Lead Plaintiffs in the Securities Litigation.

3     The one thing I'd just like to point out, the -- a point that

4     Mr. Bromley made, the motion that was brought in the 15 --

5     Chapter 15 proceeding for relief from the stay was denied

6     without prejudice, not with prejudice.  It sounded like he said

7     with prejudice from where I was sitting, so I don't know if

8     that was it or not.  But anyway, I just wanted to make it clear

9     that was without prejudice and that appeal is pending.

10          Our concern, as it's been in the past, is, you know,

11     strictly with the documents in the United States and that they

12     are not destroyed without giving notice.  Yes, Section 5.22 of

13     the asset sale agreement says that the sellers and the

14     purchasers will maintain the documents for five years, but

15     there's also a provision that says the documents can be

16     destroyed, but notice will only be given to the other parties

17     of the transaction, not to anybody else.  I'm aware of the

18     motion filed by the debtors for a document destruction

19     protocol, and that protocol, as I understand it, will give Lead

20     Plaintiffs notice -- they're on the 2002 list, so we'll get

21     notice.  We'll have an opportunity to object.

22          So the concern then, with respect to this sale is,

23     are the debtors retaining the original documents or not?  It

24     was not clear because one of the provisions of the asset sale

25     agreement says that the debtors can retain copies as opposed to

1  the originals.  In the past we were told that originals would

2  be retained and that was one of the concerns.  If we get a

3  representation that the debtor is retaining the original

4  documents and that they -- any destruction of them will be the

5  subject of the protocol once it's approved, I think that would

6  resolve our objection.

7          THE COURT:  Mr. Bromley?

8          MR. BROMLEY:  Your Honor, we can make no such

9  representation.  The idea that we're going to sit down and go

10  through every document and decide which is an original and

11  which is a copy -- and my suspicion is most of the originals we

12  have our copies -- at this point is just overly burdensome.

13  You know, I should note as well that the only time we see the

14  Lucescu Plaintiffs is at this podium.  They've never called up

15  and said let's talk about documents you might need or might not

16  need and frankly, it's not all that surprising in the way that

17  securities class actions proceed, but we have a process we need

18  to follow.

19          We've asked for permission to approve that.  They've

20  never said anything remotely connecting any of the transactions

21  -- any of the allegations in their complaint.  And until they

22  do, Your Honor, I just -- and are able to demonstrate that in a

23  convincing way, I don't see that the debtor should be doing

24  anything other than what the contract allows them to do and

25  what our procedures will allow us to do if approved on the

1   14th.

2            THE COURT:  Mr. Levee?

3            MR. LEVEE:  In response to that, Your Honor, the

4   Lead Plaintiffs are bound by the PSLR discovery stay.  They

5   can't do anything until motions to dismiss are denied, motions

6   to dismiss can't be filed because of the stay imposed by this

7   Court and the Canadian Court, so we can't even take discovery

8   to determine what documents are where.  So our concern that the

9   documents not be destroyed.

10           THE COURT:  I am satisfied that the debtors are not

11  destroying documents.  I don't think that -- I do think that it

12  is an undue burden to place upon the debtors here to determine

13  which documents are originals, which are copies and I just

14  don't think that there is any showing that there is a real risk

15  of destruction of the documents.  And under those

16  circumstances, I will deny the motion -- or the objection,

17  forgive me.  It's an objection and I will overrule the

18  objection.

19           MR. BROMLEY:  Thank you very much, Your Honor.  The

20  last matter that we have -- last objection is an objection that

21  we've been trying to resolve.  It's an objection that's been

22  filed by a company, SNMP Research International.  It is at

23  Docket 3993.  It is a familiar objection because it is an

24  objection that has been filed in most, if not all, of our prior

25  sales.

1          SNMP provides an internet protocol that allows

2    certain parts of the equipment that Nortel has marketed and

3    invented to connect to the internet.  It's a relatively small

4    part of the panaplea of things that goes on in terms of any of

5    Nortel's businesses.  Indeed, prior to this, Your Honor, we

6    just asked our clients to give us a sense of the total amount

7    of money that was paid to SNMP on an annual basis when the

8    company was running, you know, globally, full force, and that's

9    about 40 or $50,000 a year in licensing fees, and there's no

10   question that there are licenses.

11         The objection that SNMP has filed is an objection

12   that we believe is resolved by the language that I read -- I

13   believe it's resolved by the language that Quest requested and

14   we're happy to repeat that or put in Quest and SNMP, we're

15   happy to add SNMP into the objecting party list.  We've even

16   talked about separate language for SNMP and we have been

17   rebuffed on that.  It seems that the key point that SNMP is

18   making in its objection -- well, there are two.

19         One is a complaint -- and I use that with a small

20   "c" -- that in connection with a prior deal, the sale to

21   GENBAND, that they believe they have evidence of some sort

22   which indicates that after the closing that their licenses have

23   continued to be used by GENBAND post-acquisition.  It's just an

24   allegation in the objection.  There's no evidence presented,

25   there's no motion that's been filed to seek enforcement of the

1  prior order.  There's no mention of whether they have been in

2  contact with GENBAND in connection with that or any way of

3  connecting GENBAND to this situation.  And, Your Honor, it's

4  not a -- the debtors are not in a position to actually confirm

5  or deny anything, because frankly nothing has been put before

6  us or before you that allows us to actually confirm or deny.

7  And I do believe that that is really what's driving the

8  objection.

9          The other request is for an audit.  An audit to

10 determine whether or not the intellectual property, the

11 licenses are implicated by the MSS business that's up for sale.

12 And I would note that, while we have asked for confidential

13 treatment of the exhibits and schedules, on this point the

14 debtors have conferred with Ericsson and we are going to peek

15 out behind the confidentiality a bit.

16          We have confirmed prior to coming into court with

17 SNMP that there is a schedule, Schedule 4.5(g)(1) -- sellers'

18 disclosure schedule 4.5(g)(1), which relates to Section 4.5(g)

19 of the sale agreement.  Section 4.5(g) of the sale agreement

20 references inbound license agreements.  Inbound license

21 agreements are licenses that Nortel has entered into -- and I

22 use Nortel in the broadest sense of the word --

23          THE COURT:  Okay.

24          MR. BROMLEY:  -- entered into with respect to

25 intellectual property that it uses in connection with the

1  business that's being sold.  There's nothing in the sale

2  agreement which attempts to transfer any of Nortel's rights by

3  operation of law in any of these inbound licenses, and that

4  includes SNMP's.  So we are not seeking to assume or assign

5  without SNMP's consent, or even with it.  We're not seeking any

6  permission from the Courts, either Court, whatsoever to do

7  anything to SNMP.

8          Indeed, the schedule lists two inbound licenses with

9  SNMP and notes that it's Ericsson's responsibility for dealing

10 with SNMP.  And when I say dealing with it, that could be

11 entering into a separate license, it could be agreeing that the

12 licenses that are in place with Nortel are transferred over and

13 assigned, the names are changed, it could be that Ericsson

14 decides that they don't need SNMP at all and replace it with

15 something else.

16          What the schedule is intended to do is to provide

17 notice that -- to Ericsson and also to absolve the sellers of

18 responsibility for having to transfer these things.  This is a

19 format that we've used in other sales, but the question that

20 SNMP asked in its objection was, please tell us whether or not

21 any of our licenses are implicated in the business being sold.

22 Let us audit.  The answer is, you don't need to audit.  The

23 answer is, yes.  It's on a schedule, Ericsson knows it, we're

24 now telling -- we've told them before we came in here and now

25 we're telling you, Your Honor.  So in terms of the relief that

1    they're asking, that I'm happy to say we've granted.

2            The question though is whether or not the Court is

3    authorizing in connection with the sale order anything with

4    respect to their licenses.  And the answer is we're not seeking

5    the Court to do anything.  We're not asking that it be assumed

6    or assigned in any way, shape or form.  Indeed, we recognize in

7    this sale and other sales that intellectual property licenses

8    require consent and this is actually one that is even more

9    complicated than that because at times we do forget what Nortel

10   was.

11           And I do have, actually, a copy of the license.  And

12   it's a license agreement made and entered into by and between

13   Nortel Networks Corporation, and a corporation existing and

14   organized under the laws of Canada, and SNMP Research

15   International, Inc.  Now, the contract is between NNC and it's

16   on behalf of itself and all of its affiliates, so it does

17   include Nortel Networks Incorporated, but we're not talking

18   about a -- simply a US contract.  This is a contract that in

19   our jargon has been a bundled contract; it related to multiple

20   businesses.  It's an international contract, meaning that is

21   not resident solely in one jurisdiction.  We don't believe that

22   there's a court in the world that could tell us that -- or tell

23   SNMP that they have to perform under this contract with our

24   purchaser and we've never said anything different.

25           We talk a lot in bankruptcy court about reservations

1  of rights, and indeed Mr. Reedle (phonetic) sent me an email

2  during one hearing with the translation into Latin of

3  reservation of rights and suggested that I get a tattoo saying

4  that.  The question though is what are we trying to do here?

5  We are not asking for permission to transfer this license.

6  We're not asking for them to consent to.  We're not

7  conditioning the sale on the -- on an agreement with them.

8  We've simply told our purchaser that this license relates to

9  the business and you've got to deal with it.

10          Ericsson is here; they're willing to deal with it.

11  What happened -- whether it happened or didn't happen in

12  connection with the GENBAND transaction is really irrelevant.

13  It's irrelevant for a couple of reasons because one, there's

14  nothing procedurally before the Court to address.  There's no

15  evidence been put in.  It may be right, it may be wrong; I

16  simply don't know.  And even if it is correct, I'm not sure how

17  it has anything to do with the transaction today with Ericsson.

18  If GENBAND is using something they shouldn't be using, they

19  have a right to go against GENBAND.  The reservation of rights

20  that was placed in prior sale orders made it clear that this

21  Court was not ordering that anything happen with respect to

22  their licenses.

23          And then finally, Your Honor, when you come back to

24  it, this is again something that is -- with respect to dollars,

25  very small.  We have sold over $3 billion worth of assets; the

1   majority of the businesses that we have sold had some

2   relationship to SNMP, and to think that for 20 or 30 or $50,000

3   at most a year on a global basis, that we're going to have an

4   evidentiary hearing about this and that the reservation of

5   rights isn't sufficient, is somewhat frustrating.

6           What we have here is a very specific transaction.

7   We're not asking for any relief with respect to SNMP and all of

8   their rights are preserved.  If they think that something has

9   happened that shouldn't have happened in connection with prior

10  transactions, first of all, they're more than welcome to tell

11  us what they are.  The first we've ever heard of it was in the

12  one or two sentences contained in the objection.  And they're

13  certainly free to file a motion, but I don't think that the

14  objection is well placed.

15          I'm happy to give them their reservation of rights.

16  I don't think that anything that we're doing anyway implicates

17  it, but at this point I'm not sure what we can do.  We're not

18  -- we've given them their audit, we've told them in effect that

19  the licenses are already related to the products, that

20  purchaser has counsel here, they know this fact, the

21  transaction is not going to close for a couple months, they

22  have plenty of time to talk to each other about it.

23          And so with a reservation of rights and a

24  confirmation that the businesses do involve -- you know, do

25  relate -- have products that relate to these licenses, I think

1  that everything that they could want is here, other than a

2  point to complain about a prior transaction.  So that -- I cede

3  the podium to counsel to SNMP and would -- eager to hear what

4  they have to say.

5          THE COURT:  All right.  Thank you, Mr. Bromley.

6  Good afternoon, Mr. Neff.

7          MR. NEFF:  Thank you, Your Honor.  Carl Neff of

8  Ciardi, Ciardi and Astin, on behalf of SNMP.  I'm joined

9  telephonically by Mark Ralston, also of Ciardi, Ciardi and

10  Astin, whose pro hac vice has been granted by the Court.

11          THE COURT:  Thank you, Mr. Neff.  Mr. Ralston?

12          MR. RALSTON:  Your Honor, good afternoon.

13          THE COURT:  Good afternoon.

14          MR. RALSTON:  I'm here in Texas and it's sunny and

15  mid-80s.  Is it the same up there in Delaware?

16          THE COURT:  Far from it.

17          MR. RALSTON:  Your Honor, I think that -- we're not

18  here opposing the sale of Nortel and the debtors' assets, and

19  quite far from it.  We're a vendor, we appreciate the efforts

20  that the debtor has made to maximize the recovery and applaud

21  them for it.  Our basic concern, Your Honor, is that we don't

22  want the debtors selling what they don't own and what is

23  essentially SNMP's assets.  It's quite simple.

24          And let me -- I'd just like to address a couple of

25  the points made my Mr. Bromley, which I don't think are on

1    point to our issues.  Now, first off, we appreciate the 365

2    protection that has been afforded to Verizon and other parties

3    and we certainly want to be part of that.  That has been fairly

4    standard in prior sales.

5         Second, the dollar amount, Your Honor, is subject to

6    dispute.  We believe -- and I think as the Court recalls, I

7    appeared before Your Honor in person some weeks ago when the

8    debtor objected to our proof of claim and indicated that we got

9    evidence -- we think very strong evidence -- that the debtor

10   has been using SNMP intellectual property outside the bounds of

11   the licenses between the parties.  So the dollar amount -- we

12   don't know what the dollar amount is at this point.

13        As the Court recalls, Juliet Drake of Cleary

14   Gottlieb appeared and we've had further communications with

15   debtors' counsel regarding performing an audit.  And it's not

16   an audit of licenses.  It's an audit of code retained in the

17   repository of the software maintained by the debtors.  I don't

18   want to get too far into it because I'm a bankruptcy lawyer,

19   but we have had communications, we've had a conference call

20   with counsel and tech specialists from both sides, and I'm

21   pleased to say that I think the debtor is cooperating.  The

22   process is taking a bit longer than we like, but the audit is

23   not of the licenses.  It's of what -- it's the stuff that

24   Nortel is seeking to transfer and we have evidence, and I've

25   provided to Ms. Drake, the connection with GENBAND.  And we

1   have reason to believe that the same issues have arisen in

2   these other transactions.

3          The long and short of it is, in addition to the 365

4   protection that we want, we would like simply the order to

5   state that the debtor will not transfer SNMP intellectual

6   property, which consists of software code, to Ericsson.

7   Obviously Ericsson and SNMP come to an agreement, then either

8   SNMP or the debtors can transfer essentially SNMP's property to

9   Ericsson at that time or if there's an assumption and

10  assignment by order of this Court; same thing.  But until such

11  time as either of those two events occur, the debtor should not

12  be transferring what it doesn't own.  And we think that it's a

13  fairly simple request and a fairly reasonable one.  And in

14  fact, in prior orders regarding these types of sales, the

15  debtor has agreed to such a provision.  So it hasn't been

16  outside the bounds of what the parties have agreed to in the

17  past.

18          The second issue that we have raised is the need to

19  conduct this software audit.  It's not a difficult process and,

20  as I described earlier, the debtors and SNMP have been working

21  together on a voluntary basis to have this accomplished.  Given

22  the fact that this transaction is not closing for -- I think --

23  approximately eight weeks, this should not be an issue that we

24  just have the debtors do what essentially they appear to be

25  doing or have agreed to do already and do so in the near term.

1              So I don't think what we're asking for is

2    unreasonable.  I think it's especially reasonable in the light

3    of the fact that [indiscernible] prior sales and that we

4    prevent it from happening in this particular sale.  I think

5    it's in the best interest of the estate, in addition to that,

6    that the debtor not engage in the unauthorized transfer of

7    intellectual property.

8              THE COURT:  Just so I'm clear.  You've indicated

9    that you want the debtor to do what they're doing; is that

10   correct?  Mr. Ralston?  Are you still with us, Mr. Ralston?

11             MR. RALSTON:  Your Honor, I'm here.  Can you hear

12   me?

13             THE COURT:  Oh, yes.  Can you hear me?

14             MR. RALSTON:  Yes, I can hear you.

15             THE COURT:  Okay.  I just want to make -- be clear

16   that what you've indicated is you're asking the debtor to do

17   what they have been doing?

18             MR. RALSTON:  Well, we are at the preliminary stages

19   of having them do what they've been doing.  We would just like

20   to get it done, Your Honor, and if there's an issue, obviously

21   be able to come back to the Court and have the Court resolve

22   the issue.  We're asking them to get it done, essentially, Your

23   Honor, and I'm indicating that it's obviously not a burdensome

24   issue because the debtor essentially has -- is negotiating with

25   us regarding what needs to be done.

1          And I can describe the process itself.  Basically

2     there's a repository of Nortel software and Nortel through Ms.

3     Drake's communications to me, has indicated it's all contained

4     in some sort of application called Clear Case and it

5     essentially requires regular manpower to run to -- essentially

6     to an e-discovery protocol, running some search terms through

7     that Clear Case system.  We just want to get it done, Your

8     Honor.  We want to essentially get it done before the sale so

9     are we are assured that our property is not being conveyed.

10          THE COURT:  All right.  Thank you, Mr. Ralston.  Mr.

11     Bromley?

12          MR. BROMLEY:  I think, Your Honor, I'm having a

13     little bit of difficulty parsing through exactly what's going

14     on, but let me try to break apart what I see as some of the

15     issues.  One is there have been multiple proofs of claim filed

16     by SNMP, both in the United States and in Canada.  Every one of

17     those proofs of claim are against multiple debtors and everyone

18     is exactly the same.  We, in the United States, working

19     together with our colleagues in Canada, have been trying to go

20     through the proofs of claim, figuring out which ones belong in

21     the US and which ones belong in Canada.

22          Ms. Drake of my firm has been dealing with the

23     resolution of the issues relating to the proof of claim.  In

24     connection with the resolution of the issues of the proof of

25     claim, which relates very specifically to any claims that arose

1   prior to January 14th, 2009 pre-petition claims, that is the

2   process that we've been going through.  That is the objection

3   that it relates to.  In response to that, Mr. Ralston has made

4   certain allegations that relate to post-filing, post-petition

5   questions.  We do not have proofs of claim filed with respect

6   to the post-petition issues, all right.  So what we have are

7   pre-petition proofs of claim documented that have a process now

8   in both Courts to address and we have certain, simple

9   allegations, nothing more, with respect to post-petition

10  activity.

11          So when we talk about -- I think on one front Mr.

12  Ralston is talking about reconciling his claims, reconciling

13  the pre-petition claims which have been filed.  There's a

14  process, those claims are in existence, and that is what we're

15  trying to work on now.  There's been no administrative bar

16  date.  There's nothing that prevents him from filing a claim

17  for administrative expense damages; that has not been filed.

18  There's nothing that would prevent him from filing a claim

19  against GENBAND or any other purchaser; that has not been done.

20  None of that.

21          The Court has -- this Court, very specifically, with

22  respect to the United States, has retained jurisdiction with

23  respect to any alleged breaches or -- of any prior sale order

24  and Mr. Ralston has not brought anything before this Court with

25  any sort of supporting evidence, any kind of documentation, any

1  affidavits saying that anything in particular is wrong.  So

2  that is on the claims side of the register, in my mind.  And

3  yes, it's true, if those claims are made on a post-petition

4  basis, we should all try to work through them and find out

5  whether they have a basis or not and who's responsible for them

6  or not, but I don't see how that relates specifically to the

7  sale.

8            When I look at the objection it says SNMP RI

9  requests that the debtors perform an audit as a condition of

10  the sale to determine if SNMP RI intellectual property will be

11  transferred to the purchaser as part of the sale.  Now, this is

12  where we get a little metaphysical about what intellectual

13  property is and what code is, all right.  Mr. Ralston is

14  describing it as if it's a Lego block that we can simply remove

15  and put on a shelf someplace.  Intellectual property is, in

16  this particular case, not something that is physical, right?

17  And it's manifested by a license.

18            So what we're saying is that we have a license to

19  use this intellectual property it relates to the business.  We

20  have told Mr. Ralston now that two of the licenses do relate to

21  this business.  We have told Ericsson, as the purchaser, that

22  these two licenses relate to the business, along with others

23  that are on that list, and that they need to deal with it, all

24  right.

25            So it would seem to me --

1        THE COURT:  That you're not assigning those

2   licenses.

3        MR. BROMLEY:  I'm not assigning those licenses.  Now

4   I'm not hearing from Mr. Ralston that there's a -- so I'm not

5   giving them those licenses.  So post-closing, Ericsson will not

6   have a right to use those licenses.  Right?  And as I said,

7   they're worldwide licenses, right, so it's not simply an issue

8   for us here in Delaware, it's an issue for the EMEA debtors,

9   it's an issue for the Canadian debtors, it's an issue anywhere

10  this business is operating.

11       What we're trying to do though is identify, right,

12  what Ericsson needs to do in order to operate the business; we

13  have done that.

14       THE COURT:  Right.

15       MR. BROMLEY:  So and I'm -- so he's saying what

16  intellectual property is being transferred?  The intellectual

17  property, in my mind, is the license agreement; we are not

18  transferring the license agreement.  We are telling Ericsson

19  we're not transferring it, because we can't transfer it without

20  SNMP's consent.  We know that.

21       So what Ericsson and what SNMP need to do is to go

22  in and actually work on getting a new agreement, all right.

23  And if Ericsson uses SNMP intellectual property after the

24  closing and they're not allowed to, Ericsson is not supposed to

25  do that, and they would have a claim against Ericsson.

1          THE COURT:  Correct.

2          MR. BROMLEY:  Not against us.

3          THE COURT:  Correct.

4          MR. BROMLEY:  So we're telling everybody right now,

5   if they use it after closing, she's the one to sue, not us, and

6   SNMP knows that.  So -- and if that hasn't been clear in other

7   transactions, you know, I can understand.  These are very

8   complicated transactions and there's a lot of things that we've

9   learned as each one of those has gone down the pike, but I

10  would encourage SNMP and Ericsson to get in a room and figure

11  this out.  As I said, what we're talking about are relatively

12  small dollar license issues and I would think that a big

13  company like Ericsson and SNMP should be able to get in a room

14  and figure this out fairly quickly.  Ericsson has the form of

15  licenses that we had in place.  Ericsson is a huge company;

16  they may already have a license with SNMP; I don't know and I'm

17  not -- I don't think Ericsson's counsel in the room here today

18  knows it either.

19          So, you know, it's easy for somebody to say Nortel

20  can go, you know, run through some e-discovery, but that

21  relates to the claims process in my mind, not relating to the

22  sale.  And so, we don't want any permission, we're not seeking

23  any permission, and I think if Ericsson is using their

24  intellectual property without permission after the closing,

25  then that is something that they have to take up with Ericsson.

1    They shouldn't do it -- don't do it.

2        (Laughter)

3        THE COURT:  Mr. Ralston, anything further, briefly

4    if you will?

5        MR. RALSTON:  And again, I -- this may be a small

6    matter for the debtor, it's not a small matter for my client.

7    But that said, this is how I analogize it, Your Honor.  If I

8    have Microsoft Word, whether it's under a license or whether

9    it's not under a license on my computer, and I'm not authorized

10   by law to convey that package of software to another person,

11   and I sell my computer without taking the software off, then

12   that's -- I'm essentially transferring what is not rightfully

13   mine to transfer.  It may be licensed to me, it may not be, I

14   may be using without a license and -- but I shouldn't give it

15   to another person unless I'm permitted to do so, and that

16   essentially is all we're asking.

17       As for the software audit, I think it's a distinct

18   issue that's been -- that's arisen in our minds because of the

19   past discovery of transfer of our intellectual property.  That

20   said, I understand that this Court believes that it's not

21   appropriate to order debtors to conduct that audit and we're

22   certainly able to request that the Court compel it, if we can't

23   get it voluntarily to the debtors.

24       THE COURT:  That's right.

25       MR. RALSTON:  But as to -- I think it's important

1  point, Your Honor, and they -- and Nortel has agreed to it in

2  the past, the orders state that they're not permitted to

3  transfer our property because of the Ericsson issue.  Nortel is

4  not authorized to transfer intellectual property at this point

5  in time and they ought not to do so.  And they ought to take

6  reasonable efforts to make sure that what they are conveying to

7  Ericsson is what they own or otherwise are authorized to

8  transfer.  That's it, Your Honor.  It's not complicated.  It's

9  not burdensome and it's right.  Thank you.

10          THE COURT:  All right.  Thank you.  Under the

11  circumstances, I think that having heard the language that

12  Quest requested in its reservation of rights, I am going to

13  rule that -- that similar language should be inserted into the

14  sale agreement -- or the sale order.  And to the extent that

15  SNMP is unable to reach agreement with Ericsson they can bring

16  the matter back before me, but in the meantime I don't think

17  that it is an appropriate sale objection and I will overrule it

18  as modified as I've just ruled.

19          MR. BROMLEY:  Thank you very much, Your Honor.

20          THE COURT:  Yes.

21          MR. RALSTON:  Thank you, Your Honor.

22          MR. BROMLEY:  We'll make that change to the order.

23          THE COURT:  Very well.

24          MR. BROMLEY:  I think with that, Your Honor, we've

25  gone through all of our objections.  Obviously, we'd like to

1   give our Canadian colleagues an opportunity to be heard and

2   make presentations to Justice Marowitz.

3           THE COURT:  All right.  Thank you.

4           MR. BROMLEY:  Unless anyone else here wants to be

5   heard.

6           THE COURT:  Thank you.  We'll turn it over now to

7   the Canadians, who seem to get along better than we Americans.

8           JUSTICE MAROWITZ:  Well, we can at least inform Mr.

9   Ralston that it's sunny and 74 degrees in Toronto.

10          THE COURT:  We're afraid to look outside here,

11  Justice Marowitz.

12          JUSTICE MAROWITZ:  And now for the rest of the

13  story, Ms. Stam.

14          MS. STAM:  Hi.  Good afternoon, Your Honor, Judge

15  Gross.

16          THE COURT:  Good afternoon.

17          MS. STAM:  Notice there's no microphone here at the

18  podium, so hopefully you can hear me in Delaware.

19          THE COURT:  Yes, we can.

20          MS. STAM:  Very good.  Thank you.  Your Honor, I

21  intend to be brief.  Mr. Bromley has gone through and

22  summarized both the sale process and the auction process.  Your

23  Honor also has the applicant's motion record, which contains

24  the affidavit of Mr. Dadyburjor, as well as the monitor's

25  fifty-fourth report, both of which set out the -- where we

1  started with the stalking horse bid and where we ended up with

2  the final ASA with Ericsson, which reflects an increase in

3  purchase price by a significant margin.

4         JUSTICE MAROWITZ:  I can tell you I've been through

5  the record, the affidavit and the fifty-fourth reports and

6  they're very comprehensive in their detail.

7         MS. STAM:  Thank you, Your Honor.

8         JUSTICE MAROWITZ:  I take it that based on the

9  submissions in the Delaware Court and I'm sure the reading time

10 that people have had, everybody is up to speed.

11        MS. STAM:  Very good, Your Honor.  So based on that,

12 I would just point out a few other things, which are one,

13 there's -- PSP isn't, as the stalking horse bidder, entitled to

14 a [indiscernible] circumstances and Paragraph 34 of the

15 monitor's report does set out that in the event that that

16 becomes payable, we will be working with the US debtors, the

17 EMEA debtors and others to sort that out.

18        And the last thing is just that we are asking for a

19 sealing of the exhibit -- the schedules as we have previously

20 in our submission, that the test in Sierra Club has been met.

21 Subject to that, Your Honor, I really don't have any other

22 submissions, unless you have any questions.

23        JUSTICE MAROWITZ:  The only question is, I was just

24 following along and I know that SNMP did not file an objection

25 here, but would there be any modifications required to either

1  Paragraph 6 or 7 of the draft order?  And for those in Delaware

2  that [indiscernible] license agreements and the trademark

3  license agreements.

4          MS. STAM:  Your Honor, I don't believe so.  I've had

5  no conversations or correspondence with anyone from SNMP about

6  this or any requests.  The intellectual property license

7  agreement, the approval of it in Paragraph 6 is what it is and

8  the -- and similarly, the reference to the sale agreement and

9  the ancillary agreements and the licenses and the lack of

10 repudiation is really for the benefit of Ericsson and not of

11 anyone else.

12         JUSTICE MAROWITZ:  All right.  That's what I

13 expected.  To the extent that that changes, I assume that when

14 Judge Gross and I take a recess prior to ruling on this, that

15 you can get it -- the issue sorted out.

16         MS. STAM:  Certainly, Your Honor.

17         JUSTICE MAROWITZ:  By that point you can turn the

18 BlackBerry back on.

19         MS. STAM:  The only thing I would point out, Your

20 Honor, is there is a minor typo in Paragraph 7, so we have

21 corrected that.  It's in the greater certainty language, it

22 refers to Paragraph 6, which should be a reference to Paragraph

23 7, so you'll see the handwritten change when I hand the order

24 up.

25         JUSTICE MAROWITZ:  Thank you.  Mr. Pasquariello,

1    I've been through the fifty-fourth report, and again reviewed

2    the fifty-second and noted the recommendations of the monitor.

3            MR. PASQUARIELLO:  Thank you, Your Honor.  Given

4    that, the only thing I wanted to then mention -- and good

5    afternoon, Judge Gross.

6            THE COURT:  Good afternoon.

7            MR. PASQUARIELLO:  In dealing with the Lucescu

8    objection in the US proceedings, reference was made to an

9    October 14th US motion for the destruction of documents in the

10   US.  I can -- I'll advise both Courts that obviously we came

11   out with this and the monitor are very interested in that

12   motion and we're working with US debtors and our colleagues in

13   the US to -- towards hopefully an acceptable procedure

14   regarding the destruction of -- or proposed destruction of

15   documents in the US, especially taking into account the very

16   intertwined degree of operations between Canada and the US, but

17   we are hopeful that we will end with an acceptable procedure,

18   but given that we did touch upon it in the US motion, I thought

19   I'd at least provide that update to both Courts.

20           JUSTICE MAROWITZ:  Thank you.

21           MR. PASQUARIELLO:  Thank you.

22           JUSTICE MAROWITZ:  Any other party wishing to make

23   submissions in connection with this transaction?  And Ms. Stam,

24   if you could provide me with a form of the draft order.  Thank

25   you.

1          MS. STAM:  Your Honor, there were no changes to the

2    order, other than the small correction.

3          JUSTICE MAROWITZ:  Thank you.  Judge Gross, we are

4    now in a position to recess if that is convenient for you?

5          THE COURT:  Yes, it is, and we will do so.  We will

6    stand in recess.

7          JUSTICE MAROWITZ:  All right.  We will be in touch

8    momentarily.

9          THE COURT:  Thank you.

10          JUSTICE MAROWITZ:  Thank you.

11       (Recess taken from 12:47 p.m. to 12:56 p.m.)

12          THE CLERK:  All rise.

13          THE COURT:  Thank you, everyone.  Please be seated.

14   Justice Marowitz, shall I proceed?

15          JUSTICE MAROWITZ:  Yes, Judge Gross, if you would

16   issue your ruling and then I will follow.

17          THE COURT:  All right.  Well, this is not a

18   complicated matter and I am prepared to say in summary, I have

19   reviewed the order and prepared -- I'm prepared to make the --

20   all of the findings set forth in the order and essentially that

21   the notice of the proposed sale was adequate and sufficient

22   under the facts of the case, that the negotiations were at

23   arms' length and the auction yielded the highest and best price

24   for these assets.  That the transaction and sale are entitled

25   to be free of all claims and liens and other interests pursuant

1  to Section 363(f) 1 through 5.  That the sale is in the

2  exercise of the debtors' sound business judgment.  That the

3  purchaser has established adequate assurance for the assumed

4  and assigned contracts, as required -- and that the purchaser

5  is entitled to a finding of good faith pursuant to Section

6  363(m).

7         The cause has been established for the filing under

8  seal of the schedules that have been supplied to the Court.

9  And therefore, I am going to approve the sale and sign the

10 order and wish Ericsson success.  Justice Marowitz?

11        JUSTICE MAROWITZ:  Thank you, Judge Gross.  As is

12 customary, the reading from this Court will be a little --

13 slightly longer than yours, but I think we've streamlined them

14 as much as we can.

15        The following is my endorsement in respect of the

16 motion to approve the sale today to MSS.  The applicants move

17 for approval of the sale agreement dated September 24 among

18 Ericsson as purchaser and the various Nortel entities as

19 sellers, with respect to certain assets relating to the MSS

20 business.

21        The applicants also seek a related vesting order and

22 approval of the bid submitted by PSP Holdings LLC as the

23 alternate bid.  The applicants have also requested a sealing

24 order in respect of confidential Appendix D to the fifty-fourth

25 report of the monitor.

1                On September 1, 2010 a joint hearing was held

2      between this Court and the US Court, and as part of that joint

3      hearing the asset sale agreement dated August 26, 2009, among

4      PSP Holding as the sellers and -- sorry, PSP Holdings and the

5      sellers and the bidding procedures were approved.  The factual

6      developments subsequent to the approval of the bidding

7      procedures are described in the affidavit of Mr.

8      [indiscernible] September 27th, and the fifty-fourth report of

9      the monitor.

10                The affidavit and the report, with a comprehensive

11      review of the background to the transaction and the bidding

12      procedures and the auction process.  In the sixth round of

13      bidding, Ericsson bid $65 million, was selected as the winning

14      bid, and PSP's offer in round five of the auction was declared

15      to be the alternative bid.

16                There were a number of objections filed with respect

17      to the US proceedings that have been addressed in the ruling by

18      Judge Gross.  There is no opposition to the motion for approval

19      and the monitor, in its report, has provided its recommendation

20      that the transaction be approved.

21                I'm satisfied that in bringing this motion the

22      applicants have complied with the requirements and principals

23      [indiscernible] Ontario and Royal Bank and Soundair

24      [indiscernible] standards set out by this Court and Crown Trust

25      [indiscernible].  The test, as set out in Soundair and Crown

1  Trust have also been adopted in CCAA proceedings in <u>Tiger Brand</u>

2  <u>Knitting Company</u>.   The duties of the Court in reviewing a

3  proposed sale of assets have been covered in other Nortel

4  proceedings, and in particular I reference the oral reasons of

5  July 28th, 2009 in the CDMA business.

6          I'm satisfied that the sale process has

7  [indiscernible] in good faith and according with the bidding

8  procedures and the principals set out in both Soundair and

9  Crown Trust.   I'm also satisfied that the consideration

10 provided by Ericsson constitutes fair consideration for the

11 assets involved in the transaction.   I'm also satisfied that

12 the applicants have established that the Ericsson bid is the

13 best bid.   The sale agreement as between Ericsson and Nortel is

14 accordingly approved.

15         The applicants and the monitor are authorized to

16 take the necessary steps to execute the required transaction

17 documents.   The alternate bid is also approved and the proceeds

18 from the sale of the transaction are to be paid into the escrow

19 agreement as provided for in the draft order.

20         With respect to the request for the sealing order,

21 I'm satisfied that the confidential -- Appendix D does contain

22 confidential and sensitive commercial information, the

23 disclosure of which could be harmful to the estate

24 [indiscernible] based on the principals set out in <u>Sierra Club</u>

25 test case.   I am prepared to grant the sealing order.

1          An order shall issue to give effect to the foregoing

2   and two copies of the order have been signed.  Ms. Stam, I do

3   know there is a slight blackline on Page 5, if you do require a

4   clean order, I trust that you can provide that later this

5   afternoon.

6          MS. STAM:  The end of Paragraph 12?  I think that

7   was intentional underlining.

8          JUSTICE MAROWITZ:  Oh, intentional blacklining

9   underlining.

10         MS. STAM:  Yes.  Highlighting.

11         JUSTICE MAROWITZ:  Emphasize what might already be

12  there.

13         MS. STAM:  Yes.

14         JUSTICE MAROWITZ:  Okay.  This concludes the

15  endorsement.  I believe that this also brings to an end the

16  joint hearing for today, subject to your final sign off.

17         THE COURT:  Yes, sir, Mr. Justice Marowitz.  Thank

18  you.  It's been a pleasure once again and we will stand in

19  recess.

20         JUSTICE MAROWITZ:  Thank you very much.  Likewise,

21  Judge Gross.

22         THE COURT:  Thank you, sir.  Good day.  Mr. Abbott?

23         MR. ABBOTT:  Thank you, Your Honor.  Your Honor, we

24  did have one matter come up -- an objection that we became

25  aware of to one of the omnibus objections Your Honor had ruled

1  on at the beginning of the hearing.  It came to our attention

2  during the hearing.

3              THE COURT:  Okay.

4              MR. ABBOTT:  I'd like Mr. Bianca just to approach

5  and explain to the Court what that is.  We've left copies of

6  the claims and the response up on --

7              THE COURT:  That's what that --

8              MR. ABBOTT:  -- Your Honor's bench for that reason,

9  Your Honor.

10             THE COURT:  Very well.  Thank you.

11             MR. ABBOTT:  Thank you.

12             THE COURT:  Mr. Bianca?

13             MR. BIANCA:  Hello again, Judge Gross.

14             THE COURT:  Yes.

15             MR. BIANCA:  As Mr. Abbott mentioned, during the

16 hearing we received a response to the thirteenth omnibus

17 objection from Zone Four Solutions regarding Claim Numbers 699

18 and 700.  Obviously the time to file a response is long past,

19 but we're prepared to go forward on our objection at this time.

20             THE COURT:  All right.  This is the time that was

21 noticed for the hearing.

22             MR. BIANCA:  Exactly.  And the response is fairly

23 straightforward.  Zone Four simply argues that it doesn't think

24 its claims should be disallowed.  It doesn't give any response

25 to our objection, other than it disagrees.

1            And to give you the background, we objected to Claim

2    Numbers 699 and 700 on the basis that they are claims for which

3    none of the US debtors are liable.  The -- as you can see from

4    the proofs of claim and the response, they both attach purchase

5    orders from Nortel Networks Technology Corporation, one of the

6    Canadian debtors.

7            THE COURT:  Yes.

8            MR. BIANCA:  And on that basis, we don't believe

9    that there's any liability to the US debtors and the claim

10   should be disallowed.

11           THE COURT:  All right.  Does anyone wish to be heard

12   from Zone Four Solutions?  All right, hearing no one, Mr.

13   Bianca I quite agree that the proofs of claim are not properly

14   filed against these debtors, and on that basis I will sustain

15   the objection.

16           MR. BIANCA:  Thank you, Your Honor.

17           THE COURT:  I think -- they were already listed on

18   the order; is that correct?

19           MR. BIANCA:  They were.

20           THE COURT:  Okay.  Fine.  So there's no amendment

21   necessary.

22           MR. BIANCA:  Exactly.

23           THE COURT:  Very well.  Thank you, Mr. Bianca.

24           MR. BIANCA:  Thank you.

25           MR. ABBOTT:  Your Honor, we have a sale order

1   revised as described in the hearing on the way over.  It's not

2   here quite yet.  If Your Honor would allow, perhaps we could

3   adjourn and just knock on --

4              THE COURT:  That's fine.

5              MR. ABBOTT:  -- Your Honor's chambers and let your

6   staff know that -- when it's ready?

7              THE COURT:  Absolutely.  That will be -- that is

8   perfectly fine and no certification or anything of that nature

9   necessary.

10             MR. ABBOTT:  Terrific, Your Honor.  Thank you and

11  that concludes the matters for today.

12             THE COURT:  Very well.  Thank you.  It was good to

13  see you all.  I hope it's dry traveling home and we will stand

14  in recess.

15             MR. ABBOTT:  Thank you very much, Your Honor.

16         (Whereupon at 1:07 p.m., the hearing was adjourned)

17                        CERTIFICATION

18         I   certify   that   the   foregoing   is   a   correct

19  transcript   from   the   electronic   sound   recording   of   the

20  proceedings in the above-entitled matter.

21

22  _____          October 1, 2010

23  Stephanie McMeel

24  AAERT Cert. No. 452

25  Certified Court Transcriptionist

| Word | Page:Line |
|------|-----------|
| **4.5(g)(1(2)** 45:17 45:18 | |
| **debtors.__** 1:13 | |
| **a.m(4)** 1:16 6:1 12:14 12:14 | |
| **aaron(1)** 5:8 | |
| **abbott(18)** 1:26 6:8 6:8 6:14 6:18 12:7 12:10 12:11 69:22 69:23 70:4 70:8 70:11 70:15 71:25 72:5 72:10 72:15 | |
| **ability(1)** 27:22 | |
| **able(4)** 42:22 53:21 58:13 59:22 | |
| **about(17)** 15:4 17:24 29:13 34:3 42:15 44:9 44:16 47:18 47:25 49:4 49:22 50:2 55:11 55:12 56:12 58:11 63:5 | |
| **above(1)** 32:24 | |
| **above-entitled(1)** 72:20 | |
| **absent(1)** 27:1 | |
| **absolutely(1)** 72:7 | |
| **absolve(1)** 46:17 | |
| **acceptable(2)** 64:13 64:17 | |
| **accepted(1)** 23:25 | |
| **access(3)** 17:8 26:21 26:25 | |
| **accommodating(1)** 12:22 | |
| **accomplished(1)** 52:21 | |
| **accordance(4)** 13:6 21:1 24:18 34:6 | |
| **according(1)** 68:7 | |
| **accordingly(4)** 9:25 11:9 11:18 68:14 | |
| **account(1)** 64:15 | |
| **acquiring(1)** 21:19 | |
| **acquisition(12)** 17:11 17:12 17:22 18:13 20:19 21:15 21:20 21:22 21:24 22:5 23:11 23:17 | |
| **acquisition's(3)** 22:3 22:15 22:24 | |
| **action(2)** 36:6 36:12 | |
| **actions(1)** 42:17 | |
| **activity(1)** 55:10 | |
| **actual(2)** 8:8 15:13 | |
| **actually(7)** 15:19 29:15 45:4 45:6 47:8 47:11 57:22 | |
| **add(2)** 30:13 44:15 | |
| **added(1)** 28:14 | |
| **addition(5)** 26:22 30:17 37:6 52:3 53:5 | |
| **additional(2)** 23:2 35:22 | |
| **additions(1)** 30:24 | |
| **address(4)** 9:15 48:14 50:24 55:8 | |
| **addressed(5)** 29:25 36:25 40:10 40:10 | |
| **adequate(5)** 27:18 31:16 32:3 65:21 66:3 | |
| **adjourn(3)** 10:1 10:8 72:3 | |
| **adjourned(3)** 18:18 24:16 72:16 | |
| **adjournment(1)** 11:22 | |
| **administrativ(2)** 55:15 55:17 | |
| **administrator(1)** 24:23 | |
| **administrators(5)** 2:31 18:20 21:10 40:19 | |
| **admitted(5)** 20:3 20:5 20:12 28:6 28:7 | |
| **adopted(1)** 68:1 | |
| **advise(1)** 64:10 | |
| **advisor(1)** 18:2 | |
| **advisors(12)** 18:6 18:8 19:16 20:17 20:21 21:10 21:23 22:7 22:14 24:2 24:21 26:21 | |
| **aert(1)** 72:24 | |
| **affect(1)** 31:10 | |
| **affidavit(4)** 61:24 62:5 67:7 67:10 | |
| **affidavits(1)** 56:1 | |
| **affiliates(4)** 32:16 32:17 34:18 47:16 | |
| **afforded(1)** 51:2 | |
| **afraid(1)** 61:10 | |
| **after(11)** 9:18 20:19 21:9 22:1 22:13 23:16 23:22 44:22 57:23 58:5 58:24 | |
| **afternoon(12)** 35:18 35:19 40:25 41:1 50:6 50:12 50:13 61:14 61:16 64:5 64:6 69:5 | |
| **again(14)** 12:16 14:18 14:23 15:2 16:18 16:18 16:24 20:11 40:9 48:24 59:5 64:1 69:18 70:13 | |
| **against(12)** 10:16 10:20 11:6 11:10 34:19 36:13 48:19 54:17 55:19 57:25 58:2 71:14 | |
| **agenda(3)** 9:12 9:15 10:6 | |
| **ago(1)** 51:7 | |
| **agree(2)** 38:18 71:13 | |
| **agreed(8)** 8:11 10:1 10:7 34:15 52:15 52:16 52:25 60:1 | |
| **agreeing(2)** 34:25 46:11 | |
| **agreement(47)** 18:23 18:25 19:10 19:11 25:5 25:17 25:22 25:23 25:24 25:25 26:5 26:11 26:12 26:17 28:22 31:6 31:9 31:10 31:11 31:15 31:20 31:22 32:12 32:19 35:12 38:8 40:18 41:13 41:25 45:19 45:19 46:2 47:12 48:7 52:7 57:17 57:18 57:22 60:14 60:15 63:7 63:8 66:17 67:3 68:13 68:19 | |
| **agreements(12)** 17:6 18:22 26:14 26:16 26:18 26:21 32:23 45:20 45:21 63:2 63:3 63:9 | |
| **akin(2)** 2:11 4:16 | |
| **alex(1)** 5:24 | |
| **all(72)** 6:3 7:11 8:5 8:7 8:20 8:23 9:21 10:9 11:11 11:13 12:2 12:10 12:15 14:7 14:11 15:11 16:3 16:7 18:8 18:20 19:5 20:25 22:2 22:8 22:10 22:13 22:16 22:25 24:23 25:13 25:14 28:4 28:5 28:21 28:24 31:11 31:19 34:2 34:7 34:20 35:17 35:23 36:2 40:18 42:16 43:24 46:14 47:16 49:7 49:10 50:5 54:3 54:10 55:6 56:4 56:13 56:23 57:22 59:16 60:10 60:25 61:3 63:11 65:7 65:12 65:17 65:20 65:25 70:20 71:1 71:12 72:13 | |
| **allegation(1)** 44:24 | |
| **allegations(3)** 44:21 55:4 55:9 | |
| **alleged(1)** 55:23 | |
| **allen(1)** 2:46 | |
| **allinson(6)** 3:46 3:47 33:6 33:8 33:8 33:16 | |
| **allow(2)** 42:25 72:2 | |
| **allowed(1)** 57:24 | |
| **allows(3)** 42:24 44:1 45:6 | |
| **along(5)** 51:6 52:2 61:7 62:24 | |
| **already(7)** 20:12 40:20 49:19 52:25 58:16 69:11 71:17 | |
| **also(35)** 13:3 15:4 15:20 16:7 16:12 18:4 18:17 19:7 19:9 19:20 19:22 21:20 22:7 22:17 25:2 26:4 27:7 30:13 34:23 37:18 38:8 39:4 39:19 40:5 41:15 46:17 50:9 61:23 66:21 66:23 68:1 68:9 68:11 68:17 69:15 | |
| **alternate(6)** 19:7 24:18 25:9 26:10 66:23 68:17 | |
| **alternative(1)** 67:15 | |
| **although(1)** 10:17 | |
| **amending(1)** 7:23 | |
| **amendmen(1)** 71:20 | |
| **american(2)** 15:7 18:22 | |
| **americans(1)** 61:7 | |
| **americas(2)** 2:48 3:7 | |
| **amicable(1)** 67:25 | |
| **among(3)** 66:17 67:3 | |
| **amongst(1)** 25:18 | |
| **amount(4)** 44:6 51:5 51:11 51:12 | |
| **amounts(3)** 7:25 8:12 31:18 | |
| **analogize(1)** 59:7 | |
| **ancillary(3)** 24:16 26:16 63:9 | |
| **and(301)** 6:3 6:4 6:6 6:7 6:11 6:15 6:21 6:22 6:24 7:1 7:12 7:16 7:20 8:4 8:5 8:6 8:9 8:11 8:11 8:11 8:18 8:21 8:23 9:19 9:24 9:25 10:3 10:5 10:10 11:2 11:12 11:15 11:17 11:18 11:21 11:22 11:25 12:4 12:12 12:21 12:22 12:23 13:12 13:20 13:22 14:1 14:1 14:12 14:16 14:19 14:22 14:23 15:4 15:12 15:15 15:20 16:6 16:11 16:18 16:20 16:25 17:2 17:3 17:5 17:7 17:14 17:17 17:17 17:22 17:22 17:23 18:2 18:2 18:8 18:9 18:11 18:14 18:15 18:19 18:21 18:24 18:25 19:5 19:5 19:8 19:11 19:14 19:16 19:17 19:17 19:25 20:1 20:1 20:13 20:17 20:19 20:19 20:20 20:20 20:24 20:25 21:8 21:10 21:12 21:13 21:17 21:18 21:18 21:19 21:19 21:24 22:1 22:2 22:5 22:6 22:7 22:14 22:15 22:18 22:21 22:24 23:1 23:2 23:2 23:4 23:8 23:10 23:13 23:14 23:15 23:17 23:20 23:21 23:22 23:23 23:23 23:24 24:1 24:2 24:2 24:4 24:7 24:8 24:11 24:12 24:15 24:16 24:17 24:19 24:23 24:24 25:1 25:1 25:3 25:5 25:7 25:8 25:11 25:12 25:14 25:15 25:19 25:25 26:1 26:2 26:4 26:6 26:7 26:10 26:14 26:15 26:17 26:20 27:3 27:5 27:9 27:11 27:13 27:16 27:17 27:20 27:20 27:24 28:2 28:8 28:11 28:11 28:11 28:19 29:1 29:2 29:4 29:8 29:13 29:16 29:21 29:25 30:3 30:12 30:15 30:22 30:22 30:23 31:8 31:19 31:21 31:22 32:3 32:4 32:5 32:16 32:16 32:17 33:1 33:1 33:23 34:24 35:5 35:16 35:24 35:25 35:25 36:4 36:5 36:10 36:14 36:15 36:16 36:18 36:24 37:2 37:3 37:9 37:11 37:13 37:14 37:14 37:17 37:20 37:25 38:4 38:1 38:13 38:17 38:19 39:5 39:11 39:17 40:2 40:6 40:7 40:7 40:10 40:10 40:12 40:19 40:21 40:23 41:9 41:11 41:13 41:19 42:2 42:4 42:9 42:10 42:10 42:11 42:15 42:16 42:21 42:22 42:24 43:7 43:13 43:15 43:17 44:2 44:8 44:9 44:13 44:14 44:16 44:19 45:3 45:7 45:12 45:13 45:14 45:21 46:3 46:9 46:10 46:12 46:14 46:17 46:24 47:4 | |
| **and(193)** 47:7 47:8 47:11 47:11 47:12 47:12 47:13 47:13 47:14 47:15 47:16 47:24 48:1 48:3 48:9 48:16 48:23 49:2 49:4 49:7 49:12 49:23 49:23 50:3 50:8 50:9 50:14 50:14 50:18 50:18 50:20 50:24 51:2 51:3 51:6 51:8 51:14 51:15 51:20 51:20 51:24 51:24 51:25 52:3 52:7 52:9 52:12 52:13 52:13 52:19 52:20 52:25 53:3 53:20 53:21 53:23 54:1 54:2 54:4 54:6 54:17 54:21 55:8 55:14 55:24 56:2 56:4 56:5 56:13 56:15 56:17 56:23 57:6 57:15 57:21 57:22 57:23 57:24 57:25 58:5 58:8 58:8 58:10 58:10 58:12 58:13 58:14 58:16 58:22 58:23 59:5 59:9 59:11 59:14 59:15 59:21 60:1 60:1 60:5 60:5 60:9 60:14 60:17 61:1 61:9 61:12 61:21 61:22 62:1 62:5 62:5 62:9 62:14 62:17 62:18 62:24 63:1 63:2 63:3 63:8 63:9 63:9 63:10 63:14 64:1 64:2 64:4 64:11 64:12 64:12 64:16 64:23 65:5 65:16 65:18 65:15 65:20 65:21 65:23 65:24 65:25 65:25 66:4 66:4 66:9 66:9 66:10 66:18 66:21 67:2 67:2 67:4 67:4 67:5 67:8 67:10 67:11 67:12 67:14 67:19 67:22 67:23 67:23 67:24 67:25 68:4 68:7 68:8 68:8 68:13 68:15 68:17 68:22 69:2 69:18 70:5 70:6 70:18 70:22 71:1 71:2 71:4 71:8 71:9 71:14 72:3 72:5 72:8 72:10 72:13 | |
| **anderson(1)** 3:31 | |
| **andrea(1)** 5:30 | |
| **ann(1)** 1:27 | |
| **annie(1)** 6:20 | |
| **annual(1)** 44:7 | |
| **another(10)** 12:3 12:23 13:6 13:23 13:23 17:13 23:13 36:5 59:10 59:15 | |
| **answer(3)** 46:22 46:23 47:4 | |
| **any(61)** 10:23 13:15 13:16 15:25 16:14 19:18 19:21 20:3 25:16 27:11 27:19 27:20 31:5 31:10 31:13 31:14 31:15 31:18 31:20 32:5 32:5 32:11 32:21 32:21 32:21 34:17 35:5 35:8 35:10 35:14 35:14 35:15 35:16 40:13 42:4 42:20 42:21 43:14 44:4 45:2 46:2 46:3 46:5 46:21 47:6 49:7 54:25 55:19 55:23 55:23 55:25 55:25 55:25 58:22 58:23 62:21 62:22 62:25 63:6 64:22 70:24 71:9 | |
| **anybody(2)** 13:15 41:17 | |
| **anyone(14)** 11:14 15:25 16:2 20:2 28:4 28:6 33:3 33:17 33:18 38:5 61:4 63:5 63:11 71:11 | |
| **anything(20)** 19:19 28:14 34:3 38:1 40:5 42:20 42:24 43:5 45:5 46:7 47:3 47:5 47:24 48:17 48:21 49:16 55:24 56:1 59:3 72:8 | |
| **anyway(2)** 41:8 49:16 | |
| **anywhere(1)** 57:9 | |
| **apart(2)** 6:7 54:14 | |
| **apologize(1)** 14:16 | |
| **app(2)** 6:23 7:22 | |
| **appeal(2)** 37:5 41:9 | |
| **appealed(1)** 37:3 | |
| **appear(3)** 29:3 33:10 52:24 | |
| **appearances(3)** 4:2 5:1 5:12 | |
| **appeared(3)** 30:10 51:7 51:14 | |
| **appears(1)** 10:25 | |
| **appendix(2)** 66:24 68:21 | |
| **applaud(1)** 50:20 | |
| **apple(1)** 39:10 | |
| **applicable(3)** 16:5 31:22 31:23 | |
| **applicant's(1)** 61:23 | |
| **applicants(6)** 66:16 66:21 66:23 67:22 68:12 68:15 | |
| **application(1)** 54:4 | |
| **applications(1)** 8:10 | |
| **appreciate(2)** 50:19 51:1 | |
| **approach(3)** 7:10 11:21 70:4 | |
| **approached(2)** 17:3 20:17 | |
| **appropriate(5)** 27:1 28:14 40:23 59:21 60:17 | |
| **appropriately(1)** 40:4 | |
| **approval(9)** 13:1 14:1 19:3 25:25 63:7 66:17 66:22 67:6 67:18 | |
| **approve(5)** 14:21 37:19 42:19 66:9 66:16 | |
| **approved(12)** 7:25 8:16 13:7 20:24 27:7 37:23 42:5 42:25 67:5 67:20 68:14 68:17 | |
| **approximately(5)** 10:16 17:3 17:23 22:12 52:23 | |
| **archiview(1)** 5:8 | |
| **are(107)** 6:6 6:9 6:10 7:24 7:25 8:4 8:16 8:17 8:18 9:7 9:15 10:23 12:5 12:7 13:22 14:22 15:10 15:12 18:23 18:23 19:1 25:23 26:11 26:16 26:24 27:7 27:11 27:15 28:16 29:9 29:15 30:2 30:7 30:16 30:21 30:21 30:23 31:2 31:12 32:8 33:1 35:11 36:4 36:20 37:17 37:22 38:6 38:14 38:21 39:1 39:4 39:10 40:4 40:18 41:12 41:23 42:22 43:4 43:5 43:8 43:10 43:13 43:13 44:10 44:18 45:4 45:11 45:14 45:21 46:4 46:12 46:12 46:13 46:21 48:4 48:5 49:8 49:11 49:15 50:25 53:10 53:18 54:9 54:9 54:17 55:6 55:14 56:3 56:23 57:17 57:18 58:7 58:11 60:6 60:7 62:12 62:18 64:11 64:17 65:3 65:24 67:7 68:15 68:18 71:2 71:3 71:13 | |
| **argues(1)** 70:23 | |
| **arise(1)** 32:3 | |
| **arisen(2)** 52:1 59:18 | |
| **arms(3)** 19:20 25:15 65:23 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**armstrong**(1) 5:18
**arnall**(1) 4:45
**arose**(2) 32:3 54:25
**around**(1) 26:2
**arsht**(2) 1:25 6:21
**asa**(1) 62:2
**aside**(1) 17:15
**ask**(2) 16:1 16:11
**asked**(4) 42:19 44:6 45:12 46:20
**asking**(11) 15:15 47:1 47:5 48:5 48:6 49:7 53:1 53:16 53:22 59:16 62:18

**aspect**(1) 26:24
**assert**(1) 11:10
**asserted**(1) 10:20
**asserting**(1) 10:15
**assertion**(1) 31:17
**asset**(5) 7:18 18:22 18:25 38:8 40:17 41:13 41:24 67:3

**assets**(18) 18:12 18:16 19:3 19:25 25:12 27:5 29:13 29:14 35:9 48:25 50:18 50:23 65:24 66:19 68:3 68:11

**assign**(3) 27:11 35:8 46:4
**assigned**(4) 27:20 46:13 47:6 66:4
**assigning**(2) 57:1 57:3
**assignment**(10) 27:9 27:16 27:21 31:4 31:14 31:21 35:5 35:11 35:25 52:10

**assisting**(1) 18:3
**assume**(3) 27:11 46:4 63:13
**assumed**(3) 27:19 47:5 66:3
**assumption**(10) 27:9 27:16 27:20 31:4 31:14 31:18 31:21 35:4 35:25 52:9

**assurance**(4) 27:19 31:16 32:4 66:3
**assured**(1) 54:9
**astin**(4) 2:24 5:4 50:8 50:10
**att** (4) 4:29 30:20 32:15 34:6
**attach**(1) 71:4
**attached**(1) 10:18
**attempted**(1) 18:18
**attempts**(1) 46:2
**attention**(2) 12:6 70:1
**auction**(24) 14:22 14:23 17:20 17:23 17:25 18:2 18:9 18:17 19:14 20:13 20:16 20:25 21:1 22:9 22:18 22:19 23:1 23:18 24:16 25:14 61:22 65:23 67:12 67:14

**audit**(13) 45:9 45:9 46:22 46:22 49:18 51:15 51:16 51:16 52:12 52:19 56:9 59:17 59:21

**august**(3) 21:6 37:8 67:3
**authority**(1) 40:13
**authorization**(1) 27:11
**authorized**(4) 59:9 60:4 60:7 68:15
**authorizes**(1) 31:3
**authorizing**(1) 47:3
**availability**(1) 12:8
**available**(2) 20:11 22:25
**avaya**(1) 14:3
**avenue**(4) 2:48 3:7 3:20 3:27
**avidity**(1) 4:12
**await**(1) 12:8
**aware**(6) 17:16 19:12 19:18 23:5 41:17 69:25

**back**(4) 48:23 53:21 60:16 63:13
**background**(3) 16:20 67:11 71:1
**bank**(1) 67:23
**bankruptcy**(7) 1:1 1:21 32:22 35:7 35:15 47:25 51:18

**bar**(3) 32:20 35:13 55:15
**based**(4) 24:23 62:8 62:11 68:24
**basic**(1) 50:21
**basically**(1) 54:1

**basis**(13) 10:22 13:12 14:18 19:20 31:16 44:7 49:3 52:21 56:4 56:5 71:2 71:8 71:14

**became**(2) 29:23 69:24
**because**(19) 7:4 10:17 11:1 15:9 18:11 30:13 30:24 38:21 41:24 43:6 43:23 45:5 47:9 48:13 51:18 53:24 57:19 59:18 60:3

**become**(1) 20:18
**becomes**(1) 62:16
**been**(72) 6:24 7:4 9:24 10:12 13:8 13:9 14:7 14:11 16:10 18:20 20:12 26:18 27:6 27:7 27:13 27:14 27:15 28:10 28:12 29:7 29:5 29:12 30:8 36:12 36:15 36:20 37:3 37:22 37:23 38:13 38:17 40:1 40:3 40:10 41:10 43:21 43:21 43:24 44:16 44:25 45:5 45:47 47:19 48:15 50:10 51:2 51:3 51:10 52:15 52:20 53:17 53:19 54:15 54:19 54:22 55:2 55:13 55:15 55:17 55:19 58:6 59:18 62:4 62:20 64:1 66:7 66:8 67:17 68:1 68:3 69:2 69:18

**before**(15) 1:20 13:24 14:17 15:12 37:4 38:1 38:11 45:5 45:6 46:24 48:14 51:7 54:8 55:24 60:16

**began**(2) 17:1 22:9
**beginning**(1) 70:1
**behalf**(6) 6:21 9:12 33:20 33:24 47:16
**behind**(1) 45:15
**being**(11) 7:25 8:16 13:6 19:25 20:3 20:18 24:1 28:6 37:24 38:21 40:4 46:1 46:21 54:9 57:16

**belief**(2) 25:10 25:25
**believe**(20) 12:7 19:18 29:25 30:16 30:22 33:1 37:3 39:25 40:9 40:22 44:12 44:13 44:21 45:7 47:21 51:6 52:1 63:4 69:15 71:8

**believes**(3) 19:3 19:6 59:20
**belong**(2) 54:20 54:21
**belongs**(1) 11:17
**below**(1) 31:7
**belt**(1) 4:26
**bench**(2) 12:6 70:8
**benefit**(1) 63:10
**benning**(2) 36:14 36:14
**bespoke**(1) 35:2
**best**(9) 18:11 18:15 19:4 19:7 25:11 26:1 53:5 65:23 68:13

**better**(1) 61:7
**between**(10) 26:1 31:8 32:13 35:16 47:12 47:15 51:11 64:16 67:2 68:13

**bianca**(29) 1:37 6:15 7:13 9:1 9:6 9:7 9:9 9:11 9:11 9:22 10:10 11:5 11:14 11:20 11:24 11:25 70:4 70:12 70:13 70:15 70:22 71:8 71:13 71:16 71:19 71:22 71:23 71:24

**bid**(66) 18:3 18:4 18:5 18:10 18:11 18:12 18:13 18:14 19:6 19:7 21:6 21:7 21:11 21:11 21:23 21:25 21:25 22:3 22:3 22:8 22:15 22:15 22:23 22:24 22:24 22:25 23:3 23:3 23:5 23:7 23:9 23:11 23:13 23:14 23:15 23:16 23:19 23:21 23:22 23:24 24:3 24:6 24:9 24:10 24:11 24:12 24:13 24:16 24:17 24:18 24:20 24:25 26:9 25:9 25:11 26:10 26:15 62:1 66:22 66:23 67:13 67:15 68:12 68:13 68:17

**bidder**(9) 15:1 15:2 19:21 20:17 22:22 22:24 29:24 29:25 62:13

**bidders**(14) 17:9 17:21 20:13 20:18 20:22 21:4 22:9 22:10 22:16 22:25 23:4 24:5 25:15 25:18

**bidding**(20) 14:21 15:3 15:16 18:13 20:9 20:23 21:1 21:3 21:13 22:1 22:5 23:4 23:16 23:22 24:19 67:5 67:6 67:11 67:13 68:7

**bids**(3) 21:5 23:2 23:25
**big**(1) 58:12
**billing**(1) 19:21
**billion**(1) 48:25
**binding**(1) 32:12
**bit**(7) 12:4 12:5 14:6 15:24 45:15 51:22 54:13

**blackberry**(2) 39:7 63:18
**blackline**(2) 11:21 69:3
**blacklining**(1) 69:8
**block**(1) 56:14
**body**(1) 7:19
**bond**(6) 8:6 18:7 20:20 21:9 24:22 26:20
**both**(16) 12:22 13:7 13:22 13:24 14:13 14:17 17:17 51:20 54:16 55:8 61:22 61:22 64:10 64:19 68:8 71:4

**botter**(3) 4:17 33:19 33:19
**bought**(1) 15:6
**bound**(1) 43:4
**bounds**(2) 51:10 52:16
**box**(2) 1:30 2:35
**brad**(1) 2:12
**bradley**(1) 4:26
**brand**(1) 68:1
**brandywine**(2) 2:33 2:41
**breaches**(1) 55:23
**break**(1) 54:14
**breakup**(1) 25:3
**bridge**(1) 40:2
**brief**(2) 13:25 61:21
**briefcase**(1) 29:15
**briefly**(1) 59:3
**bring**(2) 12:6 60:15
**bringing**(1) 67:21
**brings**(2) 36:3 69:15
**british**(1) 35:2
**broadest**(1) 45:22
**bromley**(51) 1:35 13:18 13:20 14:5 14:15 14:16 15:23 16:6 16:16 16:23 20:5 20:6 28:7 28:8 28:18 28:25 29:19 30:7 30:12 33:25 34:8 34:15 34:23 36:3 36:10 37:2 39:13 39:20 39:21 39:24 40:17 40:24 41:4 42:7 42:8 43:19 45:24 50:5 50:25 54:11 54:12 57:3 57:15 58:2 58:4 60:19 60:22 60:24 61:4 61:21

**brought**(2) 41:4 55:24
**bryant**(2) 2:13 4:18
**buchanan**(1) 2:39
**build**(1) 7:20
**building**(2) 2:33 2:41
**bundled**(1) 47:19
**burden**(1) 43:12
**burdensome**(3) 42:12 53:23 60:9
**business**(27) 13:1 14:19 14:20 15:6 15:7 17:2 17:17 17:19 25:12 38:6 38:11 38:14 38:18 38:19 38:25 45:11 46:1 46:21 48:9 56:19 56:21 56:22 57:10 57:12 66:2 66:20 68:5

**businesses**(9) 21:19 21:21 37:23 38:13 38:14 44:5 47:20 49:1 49:24
**but**(42) 7:14 14:7 14:11 15:2 15:12 26:19 28:15 28:18 30:4 33:13 35:2 35:23 36:20 38:19 40:4 40:9 40:17 40:21 41:8 41:14 41:16 42:17 46:19 47:17 49:13 49:17 51:19 51:22 52:10 54:14 56:6 58:9 58:20 59:7 59:14 59:25 60:16 62:25 64:16 64:18 66:13 70:19

**buyers**(2) 17:5 17:5
**call**(2) 40:18 51:19

**called**(7) 16:25 17:15 19:2 20:11 20:15 42:14 54:4

**caloway**(1) 2:40
**came**(3) 46:24 64:10 70:1
**can**(30) 7:16 7:20 15:23 29:2 38:15 39:11 40:18 41:15 41:25 42:8 49:17 52:8 53:11 53:13 53:14 54:1 56:14 58:7 58:20 60:15 61:8 61:18 61:19 62:4 63:15 63:17 64:10 66:14 69:4 71:3

**can't**(5) 43:5 43:6 43:7 57:19 59:22
**canada**(7) 28:14 28:16 47:14 54:16 54:19 54:21 64:16
**canadian**(13) 5:12 10:16 10:17 10:19 11:6 11:7 11:17 36:13 39:4 43:7 57:9 61:1 71:6

**canadians**(1) 61:7
**capital**(5) 4:5 4:9 4:26 17:11 33:12
**carl**(2) 2:25 50:7
**carry**(1) 29:14
**carved**(1) 7:3
**case**(11) 1:9 10:15 11:1 37:12 37:23 40:8 54:4 54:7 56:16 65:22 68:25

**casgrain**(1) 4:35
**cash**(11) 21:8 21:24 23:8 23:10 23:13 23:14 23:20 24:7 24:11 24:14 24:14
**cause**(1) 66:7
**causing**(1) 39:7
**ccaa**(1) 68:1
**cdma**(2) 15:6 68:5
**cede**(1) 64 50:2
**cert**(1) 72:24
**cetus**(1) 4:5
**challenge**(1) 32:5
**chambers**(1) 72:5
**change**(2) 60:22 63:23
**changed**(1) 46:13
**changes**(6) 7:17 21:24 23:8 23:15 63:13 65:1

**chapter**(9) 1:7 10:15 11:1 11:2 11:3 16:10 36:23 40:20 41:5

**chase**(1) 21:18
**chime**(1) 30:4
**chris**(1) 5:18
**christopher**(1) 2:5
**ciardi**(8) 2:24 2:24 5:4 5:4 50:8 50:8 50:9 50:9

**circulated**(1) 8:5
**circumstance**(4) 19:18 43:16 60:11 62:14
**city**(2) 29:5 29:12
**claim**(35) 7:3 9:18 9:20 9:23 9:24 10:1 10:4 10:12 10:14 10:15 10:15 10:19 10:22 10:22 10:23 10:25 11:11 11:16 34:17 51:8 54:15 54:17 54:20 54:23 54:25 55:5 55:7 55:16 55:18 57:25 70:17 71:1 71:4 71:9 71:13

**claimant**(3) 9:19 10:13 10:17
**claimed**(1) 29:7
**claims**(22) 6:11 7:2 7:7 9:14 9:14 11:3 11:6 11:9 11:23 31:24 54:25 55:12 55:13 55:14 56:2 56:3 58:21 65:25 70:6 70:24 71:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**clarity**(1) 39:11
**class**(3) 36:6 36:12 42:17
**clean**(1) 11:21 69:4
**clear**(9) 33:13 41:8 41:24 48:20 53:8 53:15 54:4 54:7 58:6

**clearly**(1) 11:15
**cleary**(5) 1:34 8:10 9:11 22:20 51:13
**clerk**(4) 12:15 39:5 39:17 65:12
**client**(1) 59:6
**clients**(1) 44:6
**close**(1) 49:21
**closing**(7) 15:5 25:8 44:22 52:22 57:24 58:5 58:24

**club**(2) 62:20 68:24
**coca**(2) 3:31 10:4
**code**(7) 32:22 33:12 35:7 35:15 51:16 52:6 56:13

**coke**(1) 11:22
**coke's**(1) 10:7
**cola**(2) 3:31 10:4
**coleman**(1) 2:47
**colin**(1) 4:42
**colleagues**(3) 54:19 61:1 64:12
**collector**(1) 9:23
**come**(5) 7:6 48:23 52:7 53:21 69:24
**comes**(1) 12:17
**comfort**(1) 40:4
**coming**(2) 40:21 45:16
**commenced**(1) 17:23
**comment**(2) 33:3 33:18
**comments**(2) 8:21 13:15
**commercial**(2) 26:5 68:22
**commitments**(1) 21:7
**committee**(10) 2:4 4:16 5:24 8:5 18:6 20:20 21:9 24:22 26:20 33:20

**committee's**(1) 8:22
**communicate**(1) 40:19
**communicated**(3) 22:15 24:4 38:12
**communication**(2) 3:11 29:12
**communication**(10) 4:45 10:12 32:17 34:19 34:24 35:6 35:20 51:14 51:19 54:3

**company**(15) 3:12 3:39 4:22 4:43 10:4 21:16 21:18 34:24 35:6 35:20 43:22 44:8 58:13 58:15 68:2

**compel**(1) 59:22
**complain**(1) 50:2
**complaint**(2) 42:21 44:19
**complete**(1) 22:10
**completion**(1) 27:25
**complicated**(4) 47:9 58:8 60:8 65:18
**complied**(1) 67:22
**comprehensive**(2) 17:18 62:6 67:10
**comprised**(3) 23:10 23:20 24:11
**computer**(2) 59:9 59:11
**conaway**(1) 2:31

**concern**(4) 41:10 41:22 43:8 50:21
**concerns**(2) 29:24 42:2
**conclude**(2) 20:1 28:2
**concluded**(1) 17:24
**concludes**(3) 12:1 69:14 72:11
**condition**(1) 56:9
**conditioning**(1) 48:7
**conditions**(1) 25:8
**conduct**(2) 52:19 59:10
**conducted**(4) 13:6 17:18 21:1 22:20
**confer**(2) 39:5 39:17
**conference**(2) 13:13 51:19
**conferred**(1) 45:14
**confidential**(7) 17:8 26:19 27:2 45:12 66:24 68:21 68:22

**confidentiality**(3) 17:6 27:1 45:15 45:4 45:6

**confirmation**(1) 49:24
**confirmed**(1) 45:16
**connect**(1) 44:3
**connecting**(2) 42:20 45:3
**connection**(17) 17:2 26:15 27:8 27:18 29:8 35:24 36:19 37:5 44:20 45:2 45:25 47:3 48:12 49:9 51:25 54:24 64:23

**consensual**(1) 15:10
**consent**(4) 46:5 47:8 48:6 57:20
**consideration**(3) 21:5 68:9 68:10
**considered**(1) 18:4
**consistent**(1) 37:22
**consists**(1) 52:6
**constituents**(7) 22:2 22:14 23:17 23:23 24:8 24:15 25:7

**constituted**(1) 25:11
**constitutes**(2) 19:25 68:10
**consultants**(1) 37:16
**consultation**(5) 18:5 22:2 22:13 24:2 24:21
**consulted**(1) 23:23
**consulting**(4) 4:38 20:19 21:9 37:8
**consummating**(1) 25:1
**consummation**(1) 25:25
**contact**(1) 45:2
**contacted**(1) 17:16
**contain**(2) 26:5 68:21
**contained**(2) 49:12 54:3
**contains**(1) 61:23
**contentious**(1) 19:17
**contingent**(1) 31:24
**continue**(1) 39:1
**continued**(2) 3:2 3:2 5:2 19:12 44:23
**contract**(17) 23:8 23:15 30:8 30:15 32:11 35:5 35:9 35:15 38:17 38:23 42:24 47:15 47:18 47:18 47:19 47:20 47:23

**contracts**(10) 18:20 27:6 27:9 27:12 27:14 27:15 27:19 27:21 27:23 66:4

**contractual**(1) 32:13
**contrary**(1) 13:16
**controlled**(1) 25:17
**convenient**(1) 65:4
**conversations**(1) 63:5
**convey**(1) 59:10
**conveyed**(1) 54:9
**conveying**(1) 60:6
**convincing**(1) 42:23
**cooperating**(1) 51:21
**coordinate**(2) 37:10 37:18
**copies**(6) 22:8 41:25 42:12 43:13 69:2 70:?
**copy**(4) 7:16 11:21 42:11 47:11
**cordo**(17) 1:27 6:14 6:19 6:20 6:20 6:25 7:9 7:12 7:16 7:18 7:19 8:4 8:8 8:14 8:21 8:25 9:3

**corporation**(6) 10:18 10:21 18:25 47:13 47:13 71:5

**correct**(10) 13:2 13:11 28:17 34:21 48:16 53:10 58:1 58:3 71:18 72:18

**corrected**(1) 63:21
**correction**(1) 65:2
**correspond**(1) 8:19
**correspondence**(1) 63:5
**corroon**(1) 3:31
**cory**(2) 3:32 35:19
**cost**(1) 38:21
**could**(18) 15:8 15:15 15:15 15:24 16:7 16:17 28:1 29:14 30:22 32:25 36:7 46:10 46:11 46:13 47:22 50:1 64:24 68:23 72:2

**counsel**(11) 10:7 12:22 13:15 19:16 30:3 30:23 49:20 50:3 51:15 51:20 58:17

**counterparties**(4) 27:1 27:4 30:9 30:16

**county**(4) 9:23 9:24 10:1 11:22
**couple**(6) 6:11 33:12 36:22 48:13 49:21 50:24

**course**(162) 1:1 6:2 6:13 6:17 6:19 6:24 7:8 7:11 7:15 7:18 8:3 8:7 8:13 8:20 8:23 9:2 9:5 9:7 9:10 9:22 10:9 11:4 11:8 11:13 11:24 12:2 12:10 12:12 12:16 12:20 13:5 13:14 13:18 14:4 14:14 15:19 15:19 15:21 15:22 16:1 16:8 16:14 16:22 20:2 20:10 20:24 20:25 26:18 27:8 27:25 28:4 28:12 28:17 28:20 28:24 29:18 30:6 30:11 33:3 33:7 33:15 33:17 34:2 34:7 34:14 34:20 34:22 35:17 36:2 36:9 37:1 37:4 37:7 38:11 38:15 39:5 39:6 39:13 39:17 39:19 39:23 40:12 40:16 40:21 40:24 42:7 43:2 43:7 43:7 43:10 45:16 45:23 46:6 47:2 47:5 47:7 47:22 47:25 48:14 48:21 50:5 50:10 50:16 51:6 51:13 52:10 53:8 53:13 53:15 53:21 53:23 54:11 55:21 55:21 55:24 57:1 57:14 58:1 58:3 59:3 59:20 59:22 59:24 60:10 60:20 60:23 61:3 61:6 61:10 61:16 61:19 62:9 64:6 65:5 65:9 65:13 65:17 66:8 66:12 67:2 67:2 67:24 68:2 69:17 69:22 70:3 70:5 70:7 70:10 70:12 70:14 70:22 71:7 71:11 71:17 71:20 71:23 72:4 72:7 72:12

**courtroom**(1) 1:11 16:25 30:6 39:10
**courts**(8) 13:8 13:24 14:13 14:17 46:6 55:8 64:10 64:19

**covered**(1) 68:3
**covers**(1) 9:13
**created**(1) 17:12
**creates**(1) 32:12
**credit**(2) 23:10 23:21
**creditor's**(1) 26:20
**creditors**(8) 2:5 4:17 5:25 18:7 19:5 19:8 26:3 26:7

**credits**(1) 31:25
**critical**(2) 27:3 40:8
**cross**(2) 3:39 28:4
**cross-border**(1) 13:7
**cross-examine**(1) 20:2
**crown**(5) 67:24 67:25 68:9
**cure**(1) 31:18
**customary**(1) 66:12
**customer**(2) 26:25 27:5
**customers**(1) 26:24
**cvas**(1) 7:22

**dadyburjor**(13) 15:18 16:18 20:8 20:15 21:7 22:12 22:17 23:6 24:20 26:22 28:3 28:5 61:24

**damages**(1) 55:17
**darryl**(2) 4:46 33:23
**data**(1) 1:44
**date**(1) 55:16
**dated**(3) 16:12 66:17 67:3
**david**(4) 4:17 4:31 33:19 34:5
**day**(3) 14:11 37:4 69:22
**days**(2) 7:5 38:1
**deal**(9) 29:2 35:1 36:7 36:21 39:3 44:20 48:9 48:16 56:23

**dealing**(6) 11:3 11:6 46:9 46:10 54:22 64:?
**dealt**(2) 40:1 40:4
**debtor**(18) 4:38 5:14 19:8 20:17 42:3 42:23 50:20 51:8 51:9 51:21 52:5 52:11 52:15 53:6 53:9 53:16 53:24 59:6

**debtors**(59) 1:25 6:9 6:21 7:1 9:12 9:12 9:24 10:5 10:7 10:16 10:17 10:19 10:22 10:23 11:7 11:11 11:11 19:4 19:23 19:24 21:21 26:6 26:23 32:8 32:14 34:19 35:8 35:16 37:6 37:9 37:23 41:18 41:23 41:25 43:10 43:12 45:4 45:14 50:8 50:22 51:15 51:17 52:8 52:20 52:24 54:17 56:9 57:8 57:9 59:21 59:23 62:16 62:17 64:12 66:2 71:3 71:6 71:9 71:14

**decide**(1) 42:10
**decided**(1) 35:22
**decides**(1) 46:14
**declared**(6) 20:21 21:11 22:3 22:14 22:22 67:14

**deemed**(1) 34:16
**defined**(2) 31:7 31:7
**degree**(1) 64:16
**degrees**(1) 61:9
**delaware**(16) 1:2 1:13 3:20 6:1 12:23 13:9 13:17 13:22 15:19 16:13 39:19 50:15 57:8 61:18 62:9 63:1

**delay**(1) 14:16
**demonstrate**(1) 42:22
**denied**(3) 37:2 41:5 43:5
**deny**(3) 43:16 45:5 45:6
**derek**(2) 1:26 6:8
**describe**(1) 54:1
**described**(3) 52:20 67:7 72:1
**describing**(1) 56:14
**destroy**(1) 38:6
**destroyed**(4) 40:5 41:12 41:16 43:9
**destroying**(1) 43:11
**destruction**(8) 37:11 37:20 41:18 42:4 43:15 64:9 64:14 64:14

**detail**(1) 62:6
**details**(1) 10:14
**detained**(1) 12:23
**determination**(3) 21:13 22:5 22:16
**determine**(4) 43:8 43:12 45:10 56:10
**determined**(1) 23:23
**determining**(1) 27:4
**detrimental**(1) 67:6
**developments**(1) 67:6
**diane**(1) 3:6
**diaz**(1) 1:44
**did**(9) 6:22 7:5 7:20 12:23 19:21 35:21 62:24 64:18 69:24

**didn't**(1) 48:11
**different**(2) 8:5 47:24
**difficult**(1) 52:19
**difficulty**(1) 54:13
**diligence**(1) 17:8
**direct**(1) 21:18
**direction**(1) 38:16
**directly**(1) 20:13
**disadvantage**(1) 26:6
**disagrees**(1) 70:?
**disallow**(1) 7:7
**disallowed**(3) 11:12 70:24 71:10
**disallowing**(1) 7:6
**disclosure**(2) 45:18 68:23
**discovery**(3) 43:4 43:7 59:19
**discussed**(2) 9:19 13:13
**discussing**(1) 9:24
**discussions**(3) 17:9 19:16 25:14
**dismiss**(2) 43:5 43:6
**disposed**(1) 38:1
**dispute**(3) 10:24 14:3 51:6
**disruption**(1) 39:8
**distinct**(1) 59:17
**district**(3) 1:2 36:12 37:4
**docket**(8) 29:17 30:19 30:19 30:20 30:20 33:9 43:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**document**(4) 32:12 36:24 41:18 42:10
**documentation**(3) 18:19 24:19 55:25
**documented**(1) 55:7
**documents**(32) 22:10 24:17 25:1 36:17 37:8 37:9 37:11 37:17 37:20 38:6 38:10 38:19 38:20 38:24 39:1 40:4 40:12 41:11 41:14 41:15 41:23 42:4 42:15 43:8 43:9 43:11 43:13 43:15 64:9 64:15 68:17
**does**(15) 16:1 20:2 20:3 28:4 28:6 29:3 33:3 33:9 33:10 36:1 38:9 47:16 62:15 68:21 71:11
**doesn't**(5) 10:19 10:24 52:12 70:23 70:24
**doing**(6) 7 42:23 49:16 52:25 53:9 53:31 53:19
**dollar**(4) 51:5 51:11 51:12 58:12
**dollars**(1) 48:24
**don't**(35) 12:4 12:7 13:15 15:25 30:5 30:6 34:3 38:20 40:13 40:15 41:7 42:23 43:11 43:14 46:14 46:22 47:21 48:16 49:13 49:16 50:21 50:22 50:25 51:12 51:17 53: 56:6 58:16 58:17 58:22 59:1 60:16 62:21 63:4 71:8
**done**(8) 15:9 53:20 53:22 53:25 54:7 54:8 55:19 57:13
**down**(4) 14:7 37:14 42:9 58:9
**draft**(3) 63:1 64:24 68:19
**drake**(3) 51:13 51:25 54:22
**drake's**(1) 54:3
**driving**(1) 45:7
**dry**(1) 72:13
**due**(2) 17:8 26:18
**during**(8) 6:4 18:2 19:14 22:21 25:3 48:2 70:2 70:15
**duties**(1) 68:2
**e-discovery**(2) 54:6 58:20
**each**(14) 9:15 16:21 17:21 18:3 18:5 22:8 22:9 22:11 23:6 24:20 25:3 49:22 58:9
**eager**(1) 50:3
**earlier**(1) 52:20
**early**(3) 18:19 19:13 22:21
**east**(1) 3:48
**easy**(1) 58:19
**ecro**(1) 1:42
**effect**(3) 25:3 49:18 69:1
**efforts**(3) 17:3 50:19 60:6
**eight**(1) 52:23
**either**(7) 29:10 39:11 46:6 52:7 52:11 58:18 62:25
**electronic**(2) 1:51 72:19
**elects**(1) 35:7
**elihu**(2) 3:47 33:8
**else**(5) 33:17 41:17 46:15 61:4 63:11
**email**(1) 48:1
**emea**(3) 19:1 57:8 62:17
**emphasize**(1) 69:11
**employees**(2) 5:30 37:13
**encourage**(1) 58:10
**end**(6) 14:10 18:9 23:3 64:17 69:6 69:15
**ended**(1) 62:1
**endorsement**(2) 66:15 69:15
**enforcement**(1) 44:25
**engage**(1) 53:6
**engagement**(2) 8:2 8:17
**enormous**(1) 38:22
**entail**(1) 27:2
**entered**(5) 21:6 26:14 45:21 45:24 47:12
**entering**(1) 46:11
**enterprise**(1) 14:5
**entirely**(3) 5:30 30:14 36:16
**entities**(5) 17:7 17:16 20:16 20:22 66:18
**entitled**(4) 38:7 62:13 65:24 66:5
**entity**(2) 17:10 39:4

**equipment**(2) 39:7 44:2
**equity**(4) 17:11 17:12 21:16 21:18
**ericsson**(62) 3:4 15:3 15:5 17:14 17:22 19:10 19:15 19:19 19:21 20:19 21:7 21:12 22:6 22:22 23:7 23:13 23:24 24:6 24:13 25:11 25:18 26:1 26:7 26:12 26:14 27:3 27:12 28:19 28:24 46:13 46:17 46:23 48:10 48:17 52:6 52:7 52:9 56:21 57:5 57:12 57:18 57:21 57:23 57:24 57:25 58:10 58:13 58:14 58:15 58:23 58:25 60:7 60:15 62:2 63:10 66:10 66:18 67:13 68:10 68:12 68:13
**ericsson's**(9) 18:10 18:14 21:11 23:15 25:19 27:22 27:24 46:9 58:17
**ernst**(3) 2:39 4:49 5:17
**error**(1) 33:11
**escrow**(2) 29:11 68:18
**especially**(2) 53:2 64:15
**esg**(34) 1:26 1:27 1:35 1:36 1:37 2:5 2:12 2:18 2:25 2:32 2:40 2:47 3:6 3:12 3:19 3:26 3:32 3:40 3:47 4:17 4:23 4:30 4:31 4:34 4:35 4:46 4:50 5:5 5:14 5:17 5:18 5:24 5:30
**essentially**(11) 50:23 52:8 52:24 53:22 53:24 54:5 54:5 54:8 59:12 59:16 65:20
**established**(6) 17:10 26:23 29:11 66:3 66:7 66:13
**estate**(2) 53:5 68:23
**estates**(6) 8:5 19:23 24:23 25:13 25:13
**estimation**(1) 31:17
**estop**(2) 32:20 35:13
**even**(6) 37:15 43:7 44:15 46:5 47:8 48:16
**evening**(1) 17:24 22:4 22:21
**event**(2) 27:19 62:15
**events**(3) 18:1 22:19 52:11
**ever**(1) 49:11
**every**(3) 14:9 42:10 54:16
**everybody**(2) 58:4 62:10
**everyone**(5) 6:2 12:16 12:17 54:17 65:13
**everything**(1) 50:1
**evidence**(11) 16:17 20:4 25:16 28:6 44:21 44:24 48:15 51:9 51:9 51:24 55:25
**evidentiary**(1) 49:4
**exactly**(4) 54:13 54:18 70:22 71:22
**examine**(1) 28:5
**excuse**(1) 40:25
**execute**(1) 68:16
**executed**(2) 17:5 18:20
**exercise**(1) 66:2
**exhibit**(5) 8:9 8:14 8:18 8:22 62:19
**exhibits**(2) 26:5 45:13
**existence**(1) 55:14
**existing**(1) 47:13
**expected**(1) 63:1
**expense**(2) 25:3 55:17
**explain**(1) 70:5
**explaining**(1) 8:15
**explore**(1) 17:1
**expressly**(1) 35:11
**extent**(4) 31:23 40:5 60:14 63:13
**extinguish**(1) 34:17
**face**(2) 11:17 15:2
**facility**(1) 29:9
**fact**(7) 10:24 29:23 39:3 49:20 52:14 52:22 53:3
**factors**(1) 24:24
**facts**(2) 19:18 65:22
**factual**(2) 31:16 67:5
**fair**(2) 19:25 68:10
**fairly**(5) 15:10 51:3 52:13 52:13 58:14 70:22

**faith**(2) 66:5 68:7
**falgowski**(4) 3:12 35:17 35:19 35:20
**familiar**(10) 15:2 18:1 20:23 21:18 25:21 26:9 26:13 30:9 30:13 43:23
**far**(3) 50:16 50:19 51:18
**february**(1) 14:2 17:1
**fee**(7) 6:11 6:23 7:14 7:22 7:23 8:10 25:3
**feel**(1) 40:8
**fees**(3) 7:21 8:15 44:9
**feld**(2) 2:11 4:16
**few**(1) 62:12
**fifty-fourth**(7) 16:9 16:11 61:25 62:5 64:1 66:24 67:8
**fifty-second**(1) 64:2
**figure**(2) 58:10 58:14
**file**(1) 49:17 51:18
**filed**(29) 10:5 10:14 11:1 11:9 13:9 13:10 16:8 16:10 26:18 27:6 28:12 29:5 30:8 36:5 36:12 37:4 37:18 41:18 43:6 43:22 43:24 44:11 44:25 54:15 55:5 55:13 55:1 67:16 71:14
**filing**(3) 55:16 55:18 66:7
**final**(8) 6:23 18:14 19:6 24:17 25:22 26:11 62:2 69:16
**finalize**(1) 18:18
**finally**(2) 10:10 48:23
**financial**(3) 17:4 19:16 28:11
**find**(2) 30:9 56:4
**finding**(1) 66:5
**findings**(1) 65:20
**fine**(6) 12:8 33:20 33:24 71:20 72:4 72:8
**finger**(1) 2:4
**finlayson**(1) 5:21
**finnegan**(1) 2:32
**firm**(2) 37:8 54:22
**first**(10) 9:17 13:15 21:5 23:6 29:4 30:18 36:8 49:10 49:11 51:1
**five**(6) 17:7 24:10 38:10 38:19 41:14 67:14
**fleming-delacru**(1) 1:36
**floor**(4) 1:29 2:34 3:35 3:42
**foley**(1) 4:49
**follow**(2) 43:18 65:16
**following**(4) 24:2 30:22 62:24 66:15
**footnote**(1) 8:15
**footnotes**(2) 8:9 8:18
**for**(129) 1:2 1:25 2:4 2:17 2:24 2:31 2:39 3:4 3:11 3:18 3:25 3:31 3:39 3:46 4:5 4:9 4:12 4:16 4:26 4:29 4:34 4:38 4:42 4:45 4:49 5:4 5:8 5:14 5:17 5:21 5:24 5:27 5:30 6:5 6:9 8:17 10:16 10:23 11:3 11:6 11:14 12:1 12:4 12:21 13:14 13:21 13:22 14:14 14:16 14:18 15:12 16:13 16:24 17:18 18:12 19:25 20:1 21:5 21:25 23:2 25:12 27:9 27:15 27:15 27:20 30:6 30:13 31:4 32:4 32:10 34:3 34:6 35:3 35:4 35:20 36:15 37:20 38:5 38:19 38:25 39:1 41:2 41:5 41:14 41:18 42:19 44:16 45:9 45:11 45:12 46:9 46:18 48:5 48:6 48:13 49:2 49:7 49:21 50:21 50:22 53:1 55:17 56:5 57:8 57:8 57:19 59:6 59:6 59:17 61:12 62:18 63:1 63:10 64:9 68:19 65:24 66:3 66:7 66:17 67:18 68:10 68:19 68:20 69:16 70:8 70:21 71:2 72:11
**force**(1) 44:8
**foregoing**(2) 69:1 72:18
**forget**(1) 47:9
**forgive**(1) 43:17
**form**(4) 10:19 47:6 58:14 64:24
**format**(1) 46:19
**former**(2) 5:30 36:14
**forth**(3) 22:1 32:24 65:20
**forward**(4) 6:11 10:6 10:11 70:19

**founded**(1) 11:19
**four**(5) 9:14 24:6 70:17 70:23 71:12
**fourth**(1) 10:3
**frankly**(2) 42:16 45:5
**fraser**(1) 4:34
**free**(2) 49:13 65:25
**freres**(1) 4:42
**friday**(2) 6:1 17:19
**friends**(1) 35:3
**from**(43) 6:7 7:3 9:11 9:17 9:22 10:4 10:11 10:24 12:14 14:24 15:16 15:20 16:18 16:18 17:15 18:13 18:15 19:24 24:3 28:14 29:20 30:14 33:8 34:24 41:5 41:7 46:6 50:16 50:19 51:20 53:4 55:16 55:18 57:4 63:5 65:11 66:12 68:18 70:17 71:3 71:5 71:12 72:19
**front**(1) 55:11
**frustrating**(1) 49:5
**fulbright**(1) 4:29
**full**(4) 11:12 22:8 40:3 44:8
**fully**(1) 40:10
**further**(5) 23:14 23:25 37:15 51:14 59:3
**future**(1) 31:17
**garrison**(1) 3:5
**gather**(1) 12:25
**gave**(2) 17:6 25:2
**gavin**(1) 5:21
**genband**(10) 21:20 44:21 44:23 45:2 45:3 48:12 48:18 48:19 51:25 55:19
**generally**(4) 18:1 19:24 22:18 26:13
**gentlemen**(1) 16:21
**get**(16) 13:24 15:12 41:20 42:2 48:3 51:18 53:20 53:22 54:7 54:8 56:12 58:10 58:13 59:23 61:7 63:15
**getting**(2) 14:13 57:22
**give**(13) 10:13 13:24 34:15 38:15 40:3 41:19 44:6 49:15 59:14 61:1 69:1 70:24 71:1
**given**(8) 16:19 17:8 38:2 41:16 49:18 52:21 64:3 64:18
**giving**(2) 41:12 57:5
**global**(2) 14:18 49:3
**globally**(1) 44:8
**globe**(1) 28:11
**goes**(1) 44:14
**going**(16) 6:11 10:6 10:11 16:1 30:21 37:15 38:4 40:5 42:9 45:14 49:3 49:21 54:13 55:2 60:12 66:9
**golden**(1) 4:45
**gone**(6) 7:4 37:16 38:2 58:9 60:25 61:21
**good**(34) 6:2 6:3 6:19 6:20 9:6 9:7 9:9 12:16 12:19 12:20 13:18 13:20 13:20 14:14 33:6 33:7 35:15 39:14 40:24 40:25 41:1 50:6 50:12 50:13 61:14 61:16 61:20 62:11 64:4 64:6 66:5 68:7 69:22 72:12
**got**(3) 33:12 48:9 51:8
**gottlieb**(4) 1:34 9:11 22:20 51:14
**govern**(1) 20:25
**grant**(2) 1:42 68:25
**granted**(2) 47:1 50:10
**grapevine**(3) 29:6 29:13 30:3
**grapevine-colleyvill**(1) 29:6
**greater**(1) 63:21
**gregory**(1) 4:45
**grisanti**(1) 4:9
**gross**(13) 1:20 12:19 13:12 39:9 61:15 63:14 64:5 65:3 65:15 66:11 67:18 69:21 70:13
**group**(7) 5:9 17:11 18:7 20:20 21:10 24:22 26:20
**gsm**(1) 15:7
**guess**(1) 6:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| guidance(1) 38:15 | | here(38) 6:3 6:9 11:14 12:17 13:16 13:22 | | iii(1) 3:47 | | invoices(1) 10:18 | |
| gump(2) 2:11 4:16 | | 13:22 14:19 15:19 15:21 16:3 16:11 16:13 | | immediately(1) 16:17 | | involve(1) 49:24 | |
| hac(1) 50:10 | | 20:10 28:21 33:1 34:12 35:23 37:6 38:9 | | impact(1) 27:4 | | involved(4) 19:9 25:23 26:17 68:11 | |
| had(23) 7:3 7:4 12:3 12:3 14:6 14:20 | | 40:15 43:12 46:24 48:4 48:10 49:6 49:20 | | impair(2) 32:20 35:13 | | ira(2) 3:26 41:1 | |
| 15:17 15:20 16:19 17:18 18:13 18:20 | | 50:1 50:14 50:18 53:11 57:8 58:17 61:4 | | implicated(2) 45:11 46:21 | | irrelevant(2) 48:12 48:13 | |
| 22:10 36:12 36:21 49:1 51:14 51:19 51:19 | | 61:10 61:17 62:25 72:2 | | implicates(1) 49:16 | | isd(1) 29:6 | |
| 58:15 62:10 63:4 69:25 | | | | important(2) 37:12 59:25 | | isn't(2) 49:5 62:13 | |
| | | here's(1) 34:15 | | imposed(1) 43:6 | | | |
| hadn't(1) 7:4 | | hereby(1) 31:12 | | impression(1) 10:25 | | issue(16) 36:24 39:1 52:18 52:23 53:20 | |
| hamilton(1) 1:34 | | herein(1) 31:9 | | inbound(1) 45:20 45:20 46:3 46:8 | | 53:22 53:24 57:7 57:8 57:9 57:9 59:18 | |
| hand(2) 7:16 63:23 | | hiccup(1) 14:6 | | inc(12) 1:9 2:25 3:46 30:18 30:20 30:20 | | 60:3 63:15 65:16 69:1 | |
| handle(2) 6:15 6:16 | | higher(1) 24:16 | | 32:15 32:16 32:17 32:18 34:19 47:15 | | | |
| handling(2) 7:13 9:3 | | highest(4) 18:11 18:15 25:11 65:23 | | | | issued(1) 10:18 | |
| handwritten(1) 63:23 | | highlighting(1) 69:10 | | incentives(1) 31:25 | | issues(10) 14:11 35:25 40:9 51:1 52:1 | |
| happen(2) 48:11 48:21 | | him(3) 19:18 55:16 55:18 | | include(1) 47:17 | | 54:15 54:23 54:24 55:6 58:12 | |
| happened(5) 36:22 48:11 48:11 49:9 49:9 | | hire(1) 38:2 | | includes(1) 46:4 | | | |
| happening(1) 53:4 | | hired(1) 37:16 | | including(9) 17:4 17:10 21:4 24:24 25:13 | | it's(59) 6:3 10:23 13:8 15:13 16:9 25:10 | |
| happy(9) 14:12 14:22 15:4 15:4 29:21 | | his(11) 8:17 12:8 19:20 19:22 20:8 20:25 | | 31:12 31:23 32:23 40:2 | | 25:24 27:25 33:13 41:10 42:5 42:16 43:17 | |
| 44:14 44:15 47:1 49:15 | | 25:10 25:17 25:24 28:6 55:12 | | | | 43:21 44:3 44:13 44:23 45:3 46:9 46:23 | |
| | | | | incorporate(3) 15:16 15:23 16:4 | | 47:12 47:15 47:20 48:13 50:14 50:23 | |
| harmful(1) 68:23 | | history(2) 15:5 21:19 | | incorporated(6) 16:12 16:15 16:20 18:24 | | 51:15 51:16 51:23 51:23 52:12 52:19 53:2 | |
| harrisburg(1) 1:46 | | hoc(2) 18:7 26:20 | | 36:5 47:17 | | 53:5 53:23 54:3 56:3 56:14 56:17 57:7 | |
| has(51) 6:24 7:5 7:5 14:24 15:3 15:25 | | hold(1) 38:10 | | | | 57:8 57:9 57:9 58:19 59:6 59:8 59:9 | |
| 16:10 20:12 21:19 28:10 29:4 29:22 29:24 | | holdback(1) 8:18 | | incorrectly(1) 10:14 | | 59:17 59:20 59:25 60:8 60:8 60:9 61:9 | |
| 30:24 36:15 37:3 38:17 43:24 44:2 44:5 | | holder(4) 18:7 26:20 21:10 24:22 | | increase(1) 62:2 | | 63:21 69:18 72:1 72:6 72:13 | |
| 45:5 45:21 47:1 48:17 49:8 49:20 50:10 | | holders(6) 8:6 26:20 | | increased(2) 14:24 24:3 | | | |
| 50:20 51:2 51:3 51:10 52:15 53:24 54:3 | | holding(3) 17:10 17:22 67:4 | | increment(1) 24:3 | | item(10) 6:22 7:1 9:12 29:17 30:1 30:19 | |
| 54:22 55:3 55:17 55:19 55:21 55:22 55:24 | | holdings(2) 66:22 67:4 | | | | 30:19 30:20 30:20 33:10 | |
| 58:9 58:14 60:1 61:21 61:23 62:20 66:3 | | holdover(1) 7:2 | | indeed(7) 37:24 38:5 38:17 44:5 46:8 47:6 | | | |
| 66:7 67:19 68:6 | | home(1) 72:13 | | 48:1 | | items(1) 7:24 | |
| | | hondo(2) 4:5 4:6 | | | | its(25) 9:20 9:24 11:17 21:10 21:25 22:2 | |
| hasn't(2) 52:15 58:6 | | honor(96) 6:9 6:18 6:20 6:25 7:19 | | indemnifications(1) 32:1 | | 22:7 22:14 23:8 23:17 23:23 24:2 | |
| hauer(2) 2:11 4:16 | | 8:25 9:6 11:20 11:25 12:7 12:9 12:11 | | indicated(6) 11:16 12:3 51:8 53:8 53:16 | | 24:7 24:15 25:7 32:16 34:11 44:18 46:20 | |
| haut(1) 4:30 | | 13:2 13:20 15:15 16:6 16:16 16:23 20:6 | | 54:3 | | 47:16 60:12 67:19 67:19 70:24 | |
| have(141) 6:3 7:1 7:6 7:14 8:14 9:14 9:24 | | 20:8 26:22 27:8 27:10 27:17 28:2 28:8 | | | | | |
| 10:7 10:25 11:21 12:23 13:8 13:9 14:8 | | 28:9 28:13 29:1 29:19 30:2 30:8 32:25 | | indicates(1) 44:22 | | itself(3) 8:8 47:16 54:1 | |
| 14:8 14:10 14:11 14:17 15:4 15:6 15:10 | | 33:6 33:19 33:23 34:5 34:23 35:19 35:20 | | indicating(1) 53:23 | | jacobs(1) 4:34 | |
| 16:17 18:21 26:18 26:21 27:4 27:6 27:7 | | 36:3 36:7 36:11 36:18 36:23 36:25 38:23 | | indiscernible(10) 13:4 53:3 62:14 63:2 | | james(1) 1:35 | |
| 27:12 27:13 27:14 27:14 27:18 28:9 28:13 | | 39:21 40:9 40:15 42:8 42:22 43:3 43:19 | | 67:8 67:23 67:24 67:25 68:7 68:24 | | january(1) 55:1 | |
| 28:25 29:2 29:4 29:12 29:13 29:16 30:3 | | 44:5 45:3 46:25 48:23 50:7 50:12 50:17 | | | | jargon(1) 47:19 | |
| 30:8 30:10 34:19 34:23 34:24 35:8 35:15 | | 54:12 59:7 60:1 60:8 60:19 60:21 60:24 | | inform(1) 61:8 | | jaworski(1) 4:29 | |
| 36:18 36:20 36:22 37:7 37:9 37:16 37:22 | | 61:14 61:20 61:23 62:7 62:13 62:16 63:4 | | information(5) 26:6 26:8 27:3 29:13 68:22 | | jefferies(2) 3:39 4:22 | |
| 37:23 37:25 38:2 38:3 38:9 38:13 38:14 | | 63:16 63:20 64:3 65:1 69:23 69:23 69:25 | | informed(3) 21:12 22:4 23:17 | | jennifer(1) 5:14 | |
| 38:23 39:1 39:2 39:14 40:3 40:6 40:6 | | 70:9 71:16 71:25 72:2 72:10 72:15 | | ingersoll(1) 2:39 | | joanne(1) 4:50 | |
| 40:10 40:13 40:20 40:22 41:21 42:12 | | | | initial(1) 24:3 | | joe(1) 5:17 | |
| 42:17 43:20 44:16 44:21 44:22 45:1 45:12 | | honor's(2) 70:8 72:5 | | | | john(2) 4:12 4:13 | |
| 45:14 45:16 48:17 48:19 48:25 49: | | honorable(1) 1:20 | | insert(2) 31:1 34:25 | | joined(1) 50:8 | |
| 49:3 49:6 49:9 49:22 49:25 50:4 51:19 | | honors(1) 15:8 | | inserted(3) 34:1 34:10 60:13 | | joint(11) 2:31 6:10 13:6 13:23 14:1 14:21 | |
| 51:24 52:1 52:1 52:16 52:18 52:20 52:21 | | hope(1) 9:25 14:10 72:13 | | insertion(1) 34:3 | | 18:7 40:19 67:1 67:2 69:16 | |
| 52:24 52:25 53:17 53:21 54:15 54:19 55: | | hopeful(1) 64:17 | | insider(1) 25:18 | | | |
| 55:6 55:7 55:8 55:13 56:5 56:18 58:25 | | hopefully(5) 15:12 61:18 64:13 | | insiders(1) 25:19 | | jointly(1) 6:7 | |
| 62:10 62:19 62:21 62:22 63:20 65:18 66: | | horse(10) 15:2 19:11 20:16 21:6 24:19 | | instead(2) 10:24 33:13 | | journal(1) 28:11 | |
| 66:23 67:17 67:22 68:1 68:3 68:12 69:2 | | 25:5 25:24 26:1 60:7 62:1 62:13 | | intellectual(18) 32:6 45:10 45:25 47:7 | | jozefiak(1) 4:39 | |
| 69:24 71:25 | | | | 51:10 52:5 53:7 56:10 56:12 56:15 56:19 | | jpmorgan(1) 21:18 | |
| | | hours(2) 18:19 22:21 | | 57:16 57:16 57:23 58:24 59:19 60:4 63:6 | | judge(13) 1:21 12:19 13:12 39:9 61:14 | |
| having(5) 13:21 46:18 53:19 54:12 60:11 | | how(6) 9:7 11:2 38:3 48:16 56:6 59:7 | | | | 63:14 64:5 65:3 65:15 66:11 67:18 69:21 | |
| hazeltine(1) 3:46 | | however(2) 8:1 10:6 | | intend(1) 61:21 | | 70:13 | |
| he'll(1) 9:3 | | huge(1) 58:15 | | intended(1) 46:16 | | | |
| he's(7) 15:19 15:20 20:23 25:21 26:9 | | hundreds(1) 37:14 | | intent(2) 33:14 35:23 | | judgment(1) 66:2 | |
| 26:13 57:15 | | huron(1) 8:11 | | intentional(2) 69:7 69:8 | | judicial(1) 28:1 | |
| | | | | interest(4) 19:4 19:8 26:1 53:5 | | juliet(1) 51:13 | |
| hear(6) 34:3 50:3 53:11 53:13 53:14 61:18 | | i'd(8) 13:24 15:8 16:17 36:7 41:3 50:24 | | interested(3) 17:7 17:17 64:11 | | july(1) 68:5 | |
| heard(6) 37:19 49:11 60:11 61:1 61:5 | | 64:19 70:4 | | interests(1) 65:25 | | jurisdiction(2) 47:21 55:22 | |
| hearing(33) 7:3 10:2 10:8 12:3 13:21 | | | | interference(1) 39:8 | | jurisdictions(1) 19:1 | |
| 13:23 14:1 14:21 15:10 15:16 15:17 15:24 | | i'll(8) 7:16 9:15 10:3 10:13 16:20 30:23 | | international(7) 2:25 9:17 36:5 38:14 | | just(32) 7:2 7:6 7:12 7:16 8:15 10:20 12:8 | |
| 16:3 16:4 16:5 16:5 16:15 16:19 20:9 | | 33:25 34:6 | | 43:22 47:15 47:20 | | 15:13 28:20 29:22 30:15 35:2 35:23 41:3 | |
| 28:5 48:2 49:4 57:4 67:1 67:3 69:16 70:1 | | | | | | 41:8 42:12 42:22 43:13 44:6 44:23 50:24 | |
| 70:2 70:16 70:21 71:12 72:1 72:16 | | i'm(36) 12:17 14:2 14:12 29:21 30:4 39:9 | | internet(2) 44:1 44:3 | | 52:24 53:8 53:15 53:19 54:7 60:18 62:12 | |
| | | 39:13 39:20 41:17 47:1 48:16 49:15 49:1 | | intertwined(1) 64:16 | | 62:18 62:23 70:4 72:3 | |
| hearings(2) 13:6 30:10 | | 50:8 50:14 51:18 51:20 53:8 53:11 53:23 | | into(23) 15:16 15:24 16:5 16:12 20:3 21:6 | | | |
| held(3) 14:22 17:20 67:1 | | 54:12 57:3 57:4 57:4 57:15 58:16 59:9 | | 26:14 28:6 28:15 34:10 34:25 39:15 44:1 | | justice(39) 6:6 12:2 12:13 12:16 12:19 | |
| hello(1) 70:13 | | 59:12 59:15 62:9 65:19 67:21 68:6 68:9 | | 45:16 45:21 45:24 46:11 47:12 48:2 51:1 | | 12:20 12:21 13:12 13:21 28:19 28:21 | |
| helped(1) 18:4 | | 68:11 68:21 | | 60:13 64:15 68:18 | | 28:22 39:6 39:9 39:14 61:2 61:8 61:11 | |
| helpful(1) 39:20 | | | | | | 61:12 62:4 62:8 62:23 63:12 63:17 63:25 | |
| hercules(1) 3:33 | | i's(1) 33:12 | | invented(1) 44:3 | | 64:20 64:22 65:3 65:7 65:10 65:14 65:15 | |
| | | i've(5) 51:24 60:18 62:4 63:4 64:1 | | inventory(1) 14:7 | | 66:10 66:11 69:8 69:11 69:14 69:17 69:20 | |
| | | idea(1) 42:9 | | investment(1) 5:8 | | | |
| | | identified(1) 27:15 | | investments(2) 21:17 21:19 | | kahn(1) 2:12 | |
| | | identify(1) 57:11 | | investors(1) 17:4 | | katona(1) 3:19 | |
| | | identifying(1) 27:5 | | investor's(1) 13:1 | | keep(1) 40:21 | |
| | | | | invite(1) 30:3 | | ken(1) 2:47 | |
| | | | | | | kennan(1) 4:42 | |

| Word | Page:Line |
|---|---|

kevin(2) 1:20 3:40
key(1) 44:17
khush(2) 15:18 20:7
kind(1) 55:25
king(2) 2:7 2:19
knitting(1) 68:2
knock(1) 72:3
know(19) 15:25 38:3 40:6 41:7 41:10 42:13 44:8 48:16 49:20 49:24 51:12 57:20 58:7 58:16 58:19 58:20 62:24 69:3 72:6

knowledge(1) 13:10
knows(3) 46:23 58:6 58:18
lack(1) 63:9
laddin(7) 4:46 33:23 33:23 34:2 34:10 34:20 34:21

language(22) 7:20 30:12 30:17 30:22 30:24 31:1 32:25 33:9 33:20 33:24 33:25 34:21 34:25 35:2 35:21 36:1 44:12 44:13 44:16 60:11 60:13 63:21

lardner(1) 4:49
large(1) 29:20
last(17) 7:3 10:5 10:10 11:12 12:1 13:25 14:22 17:19 20:14 36:21 43:20 43:20 62:18
later(1) 69:4
latin(1) 48:2
laughter(3) 33:5 39:16 59:2
law(3) 31:23 46:3 59:10
laws(1) 47:14
lawyer(2) 53:24 70:18
layton(1) 2:4
lazard(6) 4:42 7:21 8:19 15:20 17:3 17:17
lead(5) 3:25 36:6 41:2 41:19 43:4
leading(3) 23:3 23:5 23:9 23:16 23:22 24:9 24:12 24:13

learned(1) 58:9
least(6) 61:8 64:19
leave(2) 12:4 28:18
leaving(1) 20:11
led(3) 19:18 29:22 29:24
lee(1) 4:50
left(2) 13:25 70:5
legal(1) 31:16
lego(1) 56:14
length(3) 19:20 25:15 65:23
let(6) 29:1 30:15 46:22 50:24 54:14 72:5
let's(1) 42:15
letter(1) 8:17
levee(3) 6:26 40:24 41:1 41:1 43:2 43:3
liabilities(2) 31:19 32:5
liability(3) 11:10 21:16 71:9
liable(2) 10:23 71:3
liberty(1) 1:38
license(21) 32:7 32:12 45:20 45:20 46:11 47:11 47:12 48:5 48:8 56:17 56:18 57:17 57:18 58:12 58:16 59:8 59:9 59:14 63:2 63:3 63:6

licensed(1) 59:13
licenses(25) 44:10 44:22 45:11 45:21 46:3 46:8 46:16 46:21 47:4 47:7 47:7 48:22 49:19 49:25 51:11 51:16 51:23 56:20 56:22 57:2 57:3 57:5 57:6 57:7 58:15 63:9

licensing(1) 44:9
licensors(1) 32:8
lien(2) 29:8 29:8
liens(2) 29:10 65:25
lift(1) 36:24
light(2) 27:23 53:2
like(20) 13:24 15:8 16:17 29:21 33:2 33:12 34:3 35:21 36:7 37:12 40:19 41:3 41:6 50:24 51:22 52:4 53:19 58:13 60:25 70:4
likelihood(1) 25:1

likewise(1) 69:20
limit(1) 32:20 35:13
limitation(2) 31:13 32:23
limited(2) 18:24 21:15
liquidated(1) 37:24
list(4) 26:25 41:20 44:15 56:23
listed(2) 9:15 71:17
lists(2) 10:20 46:8
litigation(3) 3:26 36:17 41:2
little(7) 12:4 12:5 14:6 15:24 54:13 56:12 66:12

live(1) 24:1
livingston(1) 3:27
llc(9) 3:12 3:39 3:46 17:10 17:11 34:24 35:6 35:20 66:22

llp(6) 2:46 3:5 3:11 3:31 4:45 4:49
located(1) 19:1
lockbox(1) 2:20
long(2) 52:3 70:18
longer(4) 9:20 23:18 51:22 66:13
look(2) 56:8 61:10
looks(1) 33:12
lot(2) 47:25 58:8
lots(1) 38:20
love(2) 33:1 33:1
lowenstein(1) 3:25 41:1
lucescu(7) 36:6 36:7 36:21 38:12 39:24 42:14 64:7

lull(1) 6:4
macfarlane(1) 5:24
made(15) 7:17 21:20 21:24 22:25 23:4 26:8 36:18 41:14 47:12 48:20 50:20 50:25 55:3 56:3 64:8

mail(1) 28:11
main(2) 18:22 18:23
maintain(2) 26:23 41:14
maintained(1) 51:17
maintaining(1) 38:18
maintenance(1) 32:2
majority(1) 49:1
make(10) 27:20 27:21 41:8 42:8 53:15 60:6 60:22 61:2 64:22 65:19

makes(1) 13:13
making(1) 44:18
management(2) 4:27 17:6
manages(1) 21:17
manifested(1) 56:17
mann(1) 3:40
manpower(1) 54:5
many(5) 30:9 30:10 37:9 37:9 37:9
margin(1) 62:3
maris(1) 2:32
mark(3) 4:30 5:5 50:9
market(6) 1:12 1:28 2:26 3:13 3:34 3:41
marketed(1) 44:2
marketplacc(1) 27:24
marlin(1) 17:11
marowitz(39) 6:6 12:3 12:13 12:17 12:19 12:20 12:21 13:12 13:21 28:19 28:21 28:22 39:6 39:9 39:14 61:2 61:6 61:13 62:4 62:8 62:8 62:23 63:17 65:10 65:14 65:15 66:10 66:11 69:8 69:11 69:14 69:17 69:21

mary(1) 2:40
material(1) 23:23
materials(2) 17:18 38:22
matter(13) 6:10 10:13 12:23 12:25 13:14 14:13 43:20 59:6 59:6 60:16 65:18 69:24 72:20
matters(6) 6:6 6:10 12:1 12:5 13:14 72:11
maximize(1) 50:20
maximizes(1) 25:12

may(23) 6:14 7:10 7:11 7:18 8:25 9:2 11:20 12:17 14:2 15:3 34:19 35:10 36:1 36:17 36:23 39:6 48:15 48:15 58:16 59:5 59:13 59:13 59:14

mckinnon(1) 5:30
mcmeel(1) 7:22
mcneill(1) 3:32
meaning(2) 14:20 47:20
means(2) 32:11 32:15
meantime(1) 60:16
megan(1) 1:36
members(1) 25:19
mention(2) 45:1 64:4
mentioned(3) 17:22 20:8 70:15
mere(1) 29:22
met(4) 7:25 8:4 8:17 62:20
metaphysical(1) 56:12
meyers(1) 3:6
michael(1) 4:35
microphone(1) 61:17
microsoft(1) 59:8
mid-80s(1) 50:15
midday(1) 21:11
middle(1) 37:8
might(6) 6:5 12:4 39:20 42:15 42:15 69:11
million(27) 14:24 14:25 18:10 18:15 19:7 21:8 23:8 23:10 23:11 23:13 23:14 23:20 23:21 24:3 24:4 24:7 24:8 24:10 24:11 24:14 24:14 24:18 25:6 25:7 26:10 67:13
milner(1) 4:34
mind(3) 56:2 57:17 58:21
minds(1) 59:18
mine(1) 59:13
minor(1) 63:20
minority(1) 7:22
mistaken(1) 10:25
mix(1) 17:4
modifications(1) 62:25
modified(1) 60:18
moment(1) 33:25
momentarily(1) 65:8
monday(1) 10:5
money(1) 44:7
monitor(13) 2:39 16:8 16:12 18:6 20:20 21:9 24:22 64:2 64:11 66:25 67:9 67:19 68:15
monitor's(2) 61:24 62:15
months(1) 49:21
more(4) 32:14 47:8 49:10 55:9
morning(18) 6:2 6:19 6:26 9:6 9:7 12:16 12:19 12:20 12:22 13:19 13:20 13:21 17:23 18:19 19:13 33:6 33:7 40:25

morris(1) 1:25 6:21
morrow(1) 4:23
most(3) 42:11 43:24 49:3
motion(17) 16:5 28:7 36:24 37:2 37:18 41:4 41:18 43:16 44:25 49:13 61:23 64:9 64:12 64:18 66:16 67:18 67:21

motions(3) 27:20 43:5 43:5
motorola(3) 3:46 30:19 32:18 33:8
move(3) 16:17 28:15 66:16
moving(2) 34:8 34:23
mss(21) 13:1 14:19 14:20 17:2 17:11 17:22 18:13 20:18 21:15 21:22 21:24 22:22:4 22:14 22:24 23:12 23:16 25:12 45:11 66:16 66:19

much(12) 13:21 16:6 16:16 20:6 28:8 35:21 39:22 43:19 60:19 66:14 69:20
multi(1) 14:20
multi-servicc(1) 14:20
multiple(3) 47:19 54:15 54:17

murray(9) 15:20 16:18 16:24 17:15 19:2 19:9 19:22 20:1 20:3

must(2) 11:10 11:10
mute(1) 39:19
names(2) 27:3 46:13
nature(2) 26:19 72:8
near(1) 52:25
necessary(5) 27:14 40:7 68:16 71:21 72:9
need(8) 42:15 42:16 42:17 46:14 46:22 52:18 56:23 57:21

needs(2) 53:25 57:12
neff(5) 2:25 50:6 50:7 50:7 50:11
negotiating(2) 19:10 53:24
negotiation(2) 24:16 25:19
negotiations(4) 19:12 19:15 25:15 65:22
net(2) 19:23 24:9
networks(10) 1:9 5:27 10:18 10:20 18:23 18:24 18:24 47:13 47:17 71:5

never(3) 42:14 42:20 47:24
new(19) 1:39 2:14 2:49 3:48 4:19 17:19 22:20 23:3 23:5 23:7 23:9 23:12 23:22 24:8 24:12 24:13 36:13 39:3 57:22

news(1) 14:14
next(4) 7:1 29:19 34:4 37:15
nichols(2) 1:25 6:21
nine(1) 9:12
nnc(1) 47:15
nokalva(3) 3:18 30:18 32:12
non-cash(1) 31:25
non-joint(1) 12:1
none(3) 16:15 55:20 71:3
nortel(53) 1:9 5:27 6:9 10:18 10:20 14:19 17:1 17:3 17:5 17:18 18:23 18:24 18:24 19:5 19:21 19:24 20:21 21:10 21:14 22:2 22:4 22:7 22:14 23:17 23:22 24:2 24:7 24:15 25:7 25:13 25:18 25:20 26:1 26:2 26:14 44:2 45:21 45:22 46:12 47:9 47:13 47:17 50:18 51:24 54:2 54:2 58:19 60:1 60:3 66:18 68:3 68:13 71:5

nortel's(4) 21:5 24:21 44:5 46:2
north(7) 2:17 2:26 3:34 3:41 15:6 18:22
not(98) 7:24 10:23 11:2 11:17 14:8 14:9 15:2 19:21 25:16 25:18 27:11 30:14 35:21 38:2 38:20 38:23 40:3 40:15 41:6 41:8 41:12 41:17 41:23 41:24 42:15 42:16 43:9 43:10 43:24 45:4 45:4 45:10 46:4 46:5 46:20 47:2 47:4 47:5 47:17 47:21 48:5 48:6 48:16 48:21 49:7 49:17 49:17 49:21 50:17 51:15 51:23 52:5 52:11 52:19 52:22 52:23 53:6 53:23 54:9 55:5 55:17 55:19 55:24 56:5 56:6 56:16 57:1 57:3 57:4 57:4 57:5 57:7 57:17 57:19 57:24 57:24 58:2 58:5 58:17 58:21 58:22 59:6 59:9 59:9 59:12 59:20 60:2 60:4 60:5 60:8 60:9 62:24 63:10 65:17 71:13 72:1

note(10) 16:7 27:10 27:17 28:9 36:18 37:21 38:8 40:17 42:13 45:12
noted(3) 29:17 30:1 64:2
noteholders(1) 5:21
notes(1) 46:9
nothing(13) 13:9 31:3 31:9 32:19 34:16 35:4 35:12 45:5 46:1 48:14 55:9 55:16 55:18
notice(12) 28:1 28:10 38:2 38:4 40:18 41:12 41:16 41:20 41:21 46:17 61:17 65:21
noticed(1) 70:21
notices(1) 27:5
notified(2) 21:14 22:6
noting(1) 36:21

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **now**(17) 20:7 26:7 38:11 39:14 46:24 46:24 47:15 51:1 55:7 55:15 56:11 56:20 57:3 58:4 61:6 61:12 65:4 | | **opposing**(1) 50:18 **opposition**(1) 67:18 **oral**(2) 23:2 68:4 **orally**(2) 24:1 | | **parties**(14) 17:4 17:6 17:7 18:18 20:18 20:23 31:9 32:21 35:14 40:18 41:16 51:2 51:11 52:16 | | **prefer**(1) 19:21 **prejudice**(5) 37:20 35:13 37:3 41:6 41:6 41:7 41:9 | |
| **number**(13) 9:18 9:23 10:4 10:12 15:11 17:13 24:23 28:25 30:2 30:7 33:13 38:12 67:16 | | **order**(50) 7:6 7:12 7:14 7:19 7:23 7:25 8:2 8:8 8:19 8:22 8:24 11:22 13:1 30:13 31:3 32:10 32:19 34:1 34:16 35:1 35:4 35:12 35:23 37:7 45:1 47:3 52:4 52:10 | | **partners**(3) 4:38 17:13 21:16 **partners/trustee**(1) 4:12 **parts**(1) 44:2 **party**(13) 31:5 31:11 31:11 31:13 31:15 | | **preliminary**(1) 53:18 **prepared**(9) 8:23 16:4 65:18 65:19 65:19 68:25 70:19 | |
| **numbers**(2) 70:17 71:2 **o'clock**(1) 17:24 | | 55:23 57:12 59:21 60:14 60:22 63:1 63:2 64:24 65:2 65:19 65:20 66:10 66:21 66:24 68:19 68:20 68:25 69:1 69:2 69:4 71:18 | | 31:20 31:21 32:10 32:13 32:15 32:15 44:15 64:22 | | **presence**(1) 29:22 **present**(8) 16:25 17:25 20:10 22:18 27:10 30:4 30:23 38:16 | |
| **object**(6) 16:2 20:3 28:6 35:10 40:7 41:21 **objected**(3) 10:22 51:8 71:1 **objecting**(9) 30:15 31:5 31:11 31:13 31:15 31:20 31:21 32:10 32:13 32:15 32:22 40:21 44:15 | | 71:25 **ordering**(1) 48:21 **orders**(5) 30:14 48:20 52:14 60:2 71:5 **organized**(1) 47:14 | | **pasquariello**(5) 5:17 63:25 64:3 64:7 64:21 **passport**(1) 14:19 **past**(9) 7:5 15:9 40:1 41:10 42:1 52:17 59:19 60:2 70:18 | | **presentation**(1) 17:7 **presentations**(1) 61:2 **presented**(1) 44:24 **preservation**(2) 36:16 36:25 **preserve**(2) 32:6 35:23 | |
| **objection**(58) 6:22 7:22 7:9 7:13 9:4 9:13 9:13 9:19 9:20 10:1 10:5 10:8 11:15 11:18 15:25 16:3 16:14 29:4 29:5 29:17 29:19 29:23 30:18 33:9 34:9 34:24 35:1 36:8 39:25 39:25 40:11 42:6 43:16 43:17 43:18 43:20 43:20 43:21 43:23 43:24 44:11 44:11 44:18 44:24 45:8 46:20 49:12 49:14 55:2 56:8 60:17 62:24 64:8 69:24 70:17 70:19 70:25 71:15 | | **original**(4) 19:11 41:23 42:3 42:10 **originals**(4) 42:1 42:1 42:11 43:13 **oss**(3) 3:18 30:18 32:15 **other**(39) 6:10 7:24 12:5 17:16 18:5 18:21 19:19 19:21 20:16 22:11 22:25 23:4 24:1 28:9 30:14 31:8 31:22 32:12 37:23 38:20 39:7 41:16 42:24 45:9 46:19 47:7 49:22 50:1 51:2 52:2 55:19 58:6 62:12 62:21 64:22 65:2 65:25 68:3 70:25 | | **patrick**(2) 2:18 4:23 **paul**(1) 3:4 **payable**(6) 7:24 8:1 8:16 25:4 29:9 62:16 **payments**(1) 32:4 **peek**(1) 45:14 **pending**(4) 24:16 36:11 41:9 **pennsylvania**(1) 1:46 **people**(3) 39:14 39:18 62:10 **percent**(1) 8:17 | | **preserved**(4) 31:12 35:11 38:25 49:8 **pretty**(1) 33:13 **prevent**(2) 53:4 55:18 **prevents**(1) 55:16 **previously**(2) 13:7 62:19 **price**(15) 14:24 21:8 21:23 23:7 23:9 23:20 24:2 24:13 24:24 25:6 25:9 25:17 62:3 65:23 | |
| **objections**(19) 6:11 13:9 15:11 15:13 28:15 28:16 28:21 29:1 30:2 30:8 30:16 31:2 35:24 36:4 36:16 56:20 60:25 67:16 69:25 | | **others**(3) 35:22 56:22 62:17 **otherwise**(5) 31:3 32:9 32:20 35:13 60:7 **ought**(2) 60:5 60:5 **our**(41) 9:19 9:20 13:6 13:13 13:13 14:10 15:1 15:2 17:13 28:20 33:9 35:2 35:22 37:16 39:18 41:10 41:10 42:6 42:17 43:18 | | **percent**(1) 8:17 **perfectly**(1) 72:8 **perform**(3) 27:22 47:23 56:9 **performance**(1) 31:17 **performing**(1) 51:15 **perhaps**(1) 72:2 **period**(1) 38:25 **permission**(7) 39:2 42:19 46:6 48:5 58:22 58:23 58:24 | | **principals**(3) 67:22 68:8 68:24 **prior**(21) 18:14 20:15 27:25 30:10 36:15 36:16 36:19 43:24 44:5 44:20 45:1 45:16 48:20 49:9 50:2 51:4 52:14 53:3 55:1 55:23 63:14 | |
| **obligations**(4) 31:8 31:19 32:4 32:13 **obvious**(1) 17:16 **obviously**(9) 21:5 27:18 40:20 52:7 53:20 53:23 60:25 64:10 70:18 | | 43:24 44:6 46:21 47:19 47:23 48:8 50:21 51:11 51:8 54:9 54:19 59:18 59:19 60:3 60:25 61:1 62:20 64:12 70:1 70:19 70:25 | | **permitted**(2) 59:15 60:2 **person**(4) 51:7 59:10 59:10 59:15 **phones**(3) 39:10 39:10 39:19 **phonetic**(1) 48:1 **physical**(1) 56:16 **picking**(1) 16:24 | | **private**(2) 17:11 21:18 **pro**(1) 50:10 **procedural**(1) 13:13 **procedurally**(1) 48:14 **procedure**(4) 37:18 40:2 64:13 64:17 **procedures**(22) 14:21 15:16 20:9 20:24 | |
| **occasions**(1) 38:13 **occur**(1) 52:11 **october**(5) 10:2 10:8 37:19 64:9 72:22 **oep**(3) 18:13 21:17 21:20 **off**(9) 8:4 20:12 27:10 29:10 34:18 39:12 51:1 59:11 69:16 | | **out**(24) 7:4 7:12 8:11 33:10 37:13 37:16 38:2 41:3 45:15 54:20 56:4 58:1 58:14 61:25 62:12 62:15 62:17 63:15 63:19 64:11 67:24 67:25 68:8 68:24 **outside**(5) 39:12 40:12 51:10 52:16 61:10 **outstanding**(1) 15:14 | | **piece**(1) 39:7 **pieces**(1) 30:23 **pike**(1) 58:9 **place**(9) 20:14 27:13 37:25 38:4 40:3 40:22 43:12 46:12 58:15 | | 21:2 21:4 21:13 22:1 22:6 24:19 27:7 27:12 37:20 37:22 37:22 37:25 38:6 42:25 67:5 67:7 67:12 68:8 **proceed**(6) 6:5 13:14 20:7 28:20 42:17 65:14 | |
| **offer**(4) 18:11 18:15 25:11 67:14 **offered**(1) 19:23 **office**(1) 2:17 **officers**(4) 36:13 36:14 39:3 39:4 **offices**(1) 22:20 **official**(3) 2:4 4:16 5:24 **okay**(9) 6:25 13:5 30:7 39:21 45:23 53:15 69:14 70:3 71:20 | | **over**(9) 9:1 12:4 13:16 19:21 40:13 46:12 48:25 61:6 72:1 **overly**(1) 42:12 **overrule**(2) 43:17 60:17 **overruled**(1) 40:11 **overy**(1) 2:46 **own**(4) 35:22 50:22 52:12 60:7 **owned**(1) 21:16 | | **placed**(2) 48:20 49:14 **plaintiff**(1) 3:25 **plaintiffs**(8) 36:6 36:22 38:12 39:25 41:2 41:20 42:14 43:4 **plaza**(2) 1:38 3:33 **please**(4) 6:3 34:4 46:20 65:13 **pleased**(1) 51:21 | | **proceeding**(5) 6:12 16:10 36:24 40:22 41:5 **proceedings**(11) 1:19 1:51 11:6 11:17 11:18 39:19 64:8 67:17 68:1 68:4 72:20 **proceeds**(1) 68:17 **process**(24) 11:2 11:5 14:23 19:10 20:13 20:25 21:1 25:14 27:9 38:3 38:21 40:2 42:17 51:22 52:19 54:1 55:2 55:7 55:4 58:21 61:22 61:22 67:12 68:6 | |
| **omnibus**(8) 7:2 7:9 7:13 7:14 9:4 9:13 69:25 70:16 | | **p.m**(4) 22:13 65:11 65:11 72:16 **p.o**(1) 1:30 2:35 **package**(1) 59:10 **packages**(1) 22:8 **page**(4) 8:8 8:14 8:18 69:3 | | **pleasure**(1) 69:18 **plenty**(1) 49:22 **pockets**(1) 39:15 **podium**(5) 6:14 9:1 42:14 50:3 61:18 **poetry**(1) 33:4 | | **processes**(1) 17:14 **produced**(1) 1:52 **product**(1) 32:1 **products**(2) 49:19 49:25 **professional**(1) 7:21 **professionals**(1) 38:3 | |
| **once**(1) 14:23 42:5 69:18 **one**(44) 1:38 2:6 2:13 4:18 6:22 7:3 10:11 10:16 10:17 11:10 13:6 14:9 15:13 15:24 17:12 15:1 21:16 28:5 29:19 30:25 32:14 34:12 36:4 37:21 41:3 41:24 42:2 44:19 47:8 47:21 48:2 48:13 49:12 52:13 54:15 54:16 55:11 58:5 58:9 62:12 69:24 69:25 71:5 71:12 | | **paid**(3) 29:10 44:7 68:18 **palisades**(2) 4:26 6:23 **panaplea**(1) 44:4 **papers**(1) 37:3 **paragraph**(11) 33:9 34:1 34:4 34:10 62:14 63:1 63:17 63:20 63:22 63:22 69:6 | | **point**(22) 12:6 27:14 27:18 28:13 28:15 29:2 33:10 37:12 41:3 41:3 42:12 44:17 45:13 49:17 50:2 51:1 51:12 60:1 60:4 62:12 63:17 63:19 | | **proffer**(8) 15:18 15:20 20:1 20:3 20:7 27:10 28:3 28:6 **proffered**(1) 20:9 **proffers**(1) 16:18 **progresses**(1) 37:14 | |
| **ones**(4) 29:1 30:21 54:20 54:21 **only**(16) 6:10 10:11 24:1 27:15 29:20 38:2 38:15 38:23 39:1 40:3 40:21 41:16 42:13 62:23 63:19 64:4 | | **paragraphs**(2) 7:20 8:19 **parents**(1) 36:13 **park**(2) 2:13 4:18 **parsing**(1) 54:13 **part**(4) 31:5 34:8 35:10 39:1 44:4 51:3 56:11 67:2 | | **points**(1) 50:25 **policies**(1) 37:10 **polsinelli**(1) 3:18 **position**(5) 27:24 45:4 65:4 **possession**(1) 40:7 **post-acquisition**(1) 44:23 | | **proof**(4) 10:15 51:8 54:23 54:24 **proofs**(5) 54:15 54:17 54:20 55:5 55:7 71:4 71:13 **properly**(1) 71:13 **property**(22) 29:8 32:7 45:10 45:25 47:7 51:10 52:6 52:8 53:7 54:9 56:10 56:15 56:15 56:19 57:16 57:17 57:23 58:24 59:19 60:3 60:4 63:6 | |
| **ontario**(3) 13:10 20:24 67:23 **open**(3) 13:25 29:3 **opened**(1) 23:1 **operate**(1) 57:12 **operating**(1) 57:10 **operation**(1) 46:3 **operations**(1) 64:16 **opinion**(2) 13:16 19:22 **opportunity**(2) 41:21 61:1 **oppose**(1) 31:14 **opposed**(1) 41:25 **opposes**(1) 9:20 | | **participant**(1) 17:13 **participated**(1) 21:20 **participating**(2) 23:18 24:23 **particular**(4) 16:9 29:20 37:21 38:14 39:2 53:4 56:1 56:16 68:4 **particularly**(1) 37:12 | | **post-closing**(2) 32:3 57:5 **post-filing**(1) 55:4 **post-petition**(5) 29:8 55:4 55:6 55:9 56:3 **potential**(5) 17:2 17:9 19:21 21:4 27:8 **potter**(1) 3:31 **ppearances**(3) 1:23 2:1 3:1 **pre**(1) 32:3 **pre-petition**(5) 29:7 34:11 55:1 55:7 55:13 **precisely**(1) 11:8 | | **propose**(3) 30:12 35:22 38:1 **proposed**(5) 24:25 31:18 64:14 65:21 66:8 **protection**(4) 23:11 24:12 51:2 52:4 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **protocol**(6) 13:7 41:19 41:19 42:5 44:1 | | **recognize**(1) 47:6 | | **resolution**(3) 9:25 54:23 54:24 | | **sake**(1) 39:11 | |

protocol(6) 13:7 41:19 41:19 42:5 44:1

provide(7) 32:1 38:4 38:9 46:16 64:19 64:24 69:4

provided(8) 22:8 24:25 29:13 32:7 51:25 67:19 68:10 68:19

provider(1) 29:20
provides(4) 31:4 35:4 38:24 44:1
provision(3) 35:22 41:15 52:15
provisions(1) 41:24
pslr(1) 43:4
psp(20) 17:10 17:22 18:12 19:6 20:16 21:4 21:14 22:6 23:8 23:19 23:24 24:10 24:17 25:4 26:10 26:11 62:13 66:22 67:4 67:4
psp's(1) 67:14
public(1) 26:8
publication(1) 28:12
published(1) 28:10
purchase(14) 14:24 21:8 21:23 23:7 23:9 23:14 23:19 24:1 24:13 24:24 25:6 25:8 62:3 71:4

purchaser(13) 26:7 31:19 35:7 35:8 47:24 48:8 49:20 55:19 56:11 56:21 66:3 66:4 66:18
purchasers(2) 17:18 41:14
purpose(2) 17:10 17:12
purposes(1) 32:10
pursuant(9) 7:23 21:3 21:13 21:13 22:5 32:8 35:6 37:7 65:25 66:5
put(8) 27:13 37:25 38:4 40:3 44:14 45:5 48:15 56:15

qualifications(1) 16:20
qualified(14) 17:21 18:4 19:16 20:13 20:18 20:22 21:11 21:25 22:3 22:9 22:16 23:4 24:5 24:20

quarterly(1) 7:22
quest(11) 3:11 34:24 35:3 35:5 35:10 35:16 35:20 35:21 44:13 44:14 60:12

quest's(1) 35:24
question(5) 44:10 46:19 47:2 48:4 62:23
questions(1) 55:5 62:22
quickly(2) 10:3 58:14
quite(4) 50:19 50:23 71:13 72:1
raised(1) 52:18
ralston(23) 5:5 50:9 50:11 50:12 50:14 50:17 53:10 53:10 53:11 53:14 53:18 54:10 55:3 55:12 55:24 56:13 56:20 57:4 59:3 59:5 59:25 60:21 61:9

ray(2) 4:12 4:13
ray's(1) 8:15
reach(2) 9:25 60:15
reaching(1) 39:14
read(6) 30:22 30:23 30:24 33:25 35:2
reading(2) 62:9 66:12
ready(2) 12:13 72:6
real(1) 43:4
really(5) 18:22 45:7 48:12 62:21 63:10
reason(2) 52:1 70:8
reasonable(4) 19:25 52:13 53:2 60:6
reasons(2) 48:13 68:4
rebuffed(1) 44:17
recall(4) 14:2 15:17 36:11 36:23
recalls(2) 51:6 51:13
received(9) 9:14 14:9 18:14 18:5 18:11 18:15 25:11 28:25 70:16

receiving(1) 9:18
recent(1) 10:7
recess(8) 12:12 12:14 63:14 65:4 65:6 65:11 69:19 72:14

recognize(1) 47:6
recommendation(1) 67:19
recommendation(1) 64:2
reconciling(2) 55:12 55:12
record(8) 15:16 15:17 15:23 16:13 16:19 36:19 61:23 62:5

recorded(1) 1:51
recording(2) 1:51 72:19
recovery(1) 50:20
reduced(2) 37:15 37:24
reductions(1) 8:9
reed(1) 3:11
needle(1) 48:1
reference(4) 63:8 63:22 64:8 68:4
references(1) 45:20
refers(2) 33:11 63:22
reflect(1) 8:9
reflecting(1) 11:22
reflects(1) 62:2
refused(1) 18:12
regarding(9) 9:18 9:23 10:4 10:12 51:15 52:14 53:25 64:14 70:17

regards(2) 7:21 8:15
register(1) 56:2
regular(1) 54:5
reimbursement(1) 25:4
rejection(3) 31:5 31:15 32:6
relate(5) 49:25 49:25 55:4 56:20 56:22
related(4) 38:19 47:19 49:19 66:21
relates(5) 16:9 36:16 45:18 48:8 54:25 55:3 56:6 56:19 58:21

relating(7) 9:21 35:9 38:11 38:24 54:23 58:21 66:19

relationship(1) 49:2
relationships(1) 26:23
relatively(2) 44:3 58:11
release(1) 34:17
releasing(2) 27:2 27:3
relevant(2) 18:20 36:17
relief(3) 41:5 46:25 49:7
remain(2) 15:13 29:3
remaining(1) 36:4
reminiscent(1) 30:14
remotely(1) 42:20
remove(1) 56:14
repeat(1) 44:14
replace(1) 46:14
reply(1) 10:5
report(13) 14:12 14:22 15:1 16:8 16:9 16:11 61:25 62:15 64:1 66:25 67:8 67:12 67:19

reports(1) 62:5
repository(2) 51:17 54:2
representation(2) 42:3 42:9
representations(1) 27:22
represented(2) 18:11 19:15
repudiation(1) 63:10
request(8) 8:9 10:7 11:11 35:9 45:9 52:13 59:22 68:20

requested(5) 7:21 29:10 44:13 60:12 66:22
requesting(1) 20:17
requests(3) 32:1 56:9 63:6
require(2) 47:8 69:3
required(3) 62:25 66:4 68:16
requirements(1) 67:22
requires(1) 54:5
research(5) 2:24 5:4 36:5 43:22 47:14
reservation(7) 34:9 48:3 48:19 49:4 49:15 49:23 60:12

reservations(1) 47:25
reserve(1) 7:5
reserves(1) 34:11
resident(1) 47:21

resolution(3) 9:25 54:23 54:24
resolve(7) 10:13 31:1 33:9 34:8 42:6 43:21 53:21

resolved(9) 14:8 14:12 15:12 29:2 29:4 30:16 30:21 44:12 44:13

resolving(1) 14:3
respect(30) 14:5 27:22 29:9 32:21 32:22 34:1 34:17 35:14 35:15 37:10 38:10 38:15 38:18 39:24 40:12 41:22 45:24 47:4 48:2 48:24 49:7 55:5 55:9 55:22 55:23 66:15 66:19 66:24 67:16 68:20

respective(2) 18:8 26:21
response(17) 7:5 9:17 9:18 9:22 10:3 10:10 10:24 10:25 18:12 43:3 55:3 70:6 70:16 70:18 70:22 70:24 71:4

responses(3) 9:14 9:15 11:12
responsibility(3) 38:5 46:9 46:18
responsible(1) 56:5
rest(1) 61:12
restrictions(1) 27:2
result(3) 18:14 25:7 29:16
resulted(1) 29:16
resulting(1) 17:9
results(1) 15:4
retain(1) 41:25
retained(4) 37:7 42:2 51:16 55:22
retaining(2) 41:23 42:3
retention(3) 7:24 37:10 37:20
retired(1) 18:13
review(3) 37:8 37:17 67:11
reviewed(3) 38:21 64:1 65:19
reviewing(1) 68:2
revised(3) 8:1 11:21 72:1
revision(1) 24:4
revisions(1) 24:25
richards(1) 2:4
richardson(3) 29:7 29:9 29:15
rifkind(1) 3:4
right(52) 7:11 8:7 8:20 8:23 9:21 10:9 11:4 11:13 11:13 12:2 12:10 16:3 20:5 27:13 28:4 28:5 28:21 28:24 31:13 32:5 34:2 34:7 34:20 35:17 36:2 40:6 40:6 48:15 48:19 50:5 54:10 56:14 56:24 56:24 57:6 57:6 57:7 57:11 57:14 57:22 58:4 59:24 60:9 60:10 61:3 63:12 65:7 65:17 70:20 71:11 71:12

rightfully(1) 59:12
rights(20) 31:8 31:10 31:12 32:7 32:21 32:24 34:9 34:11 35:10 35:10 35:14 35:24 46:2 48:1 48:3 48:19 49:5 49:8 49:15 49:23 60:12
rise(2) 12:15 65:12
risk(1) 43:14
robin(1) 5:27
rodney(1) 2:6
room(3) 58:10 58:13 58:17
rooney(1) 2:39
roseland(1) 3:28
rosen(1) 5:8
rosenzweig(3) 4:31 34:5 34:5
round(11) 23:4 23:6 23:12 23:16 23:19 23:22 24:6 24:10 25:3 67:12 67:14
rounds(1) 23:3
royal(1) 4:34
rule(1) 60:13
ruled(2) 60:18 69:25
ruling(3) 63:14 65:16 67:17
run(3) 12:4 54:5 58:20
running(2) 44:8 54:6
ryan(1) 4:34
said(9) 34:10 41:6 42:15 42:20 47:24 57:6 58:11 59:7 59:20

sake(1) 39:11
sale(98) 7:23 13:23 14:18 17:2 17:13 18:22 18:23 18:25 19:3 19:10 19:10 25:17 25:21 25:22 25:24 25:25 26:5 26:11 26:12 28:10 29:11 30:10 30:13 30:14 30:17 30:19 31:10 32:19 35:12 35:23 35:24 38:8 40:17 41:13 41:24 41:24 44:20 45:11 45:19 45:19 46:1 47:3 47:7 48:7 48:20 50:18 53:4 54:8 55:23 56:7 56:10 56:11 58:22 60:14 60:14 60:17 61:22 63:8 65:21 65:24 66:1 66:9 66:16 66:17 67:3 68:3 68:6 68:13 68:18 71:25

sales(6) 43:25 46:19 47:7 51:4 52:14 53:3
salvatore(1) 1:37 9:11
same(5) 23:25 25:23 26:12 26:16 39:25 50:15 52:1 52:10 54:18

samis(1) 2:5
sandler(2) 3:25 41:2
sap(4) 29:20 29:20 29:24 30:3
satisfied(8) 21:25 29:24 43:10 67:21 68:6 68:9 68:11 68:21

saw(1) 29:18
say(15) 10:17 14:8 16:23 27:23 29:22 33:2 35:3 36:14 38:20 46:10 47:1 50:4 51:21 58:19 65:18

saying(4) 48:3 56:1 56:18 57:19
says(4) 41:13 41:15 41:25 56:8
schedule(6) 45:17 45:17 45:18 46:8 46:16 46:23

scheduled(2) 10:6 37:19
schedules(4) 26:4 45:13 62:19 66:8
schuylkill(1) 1:45
schwill(1) 5:27
seal(3) 26:18 27:6 66:8
sealing(4) 62:19 66:23 68:20 68:25
search(2) 17:18 54:6
seated(3) 6:3 12:17 65:13
second(6) 9:22 23:16 30:25 34:12 51:5 52:18

section(13) 27:12 31:22 32:9 32:21 33:11 35:6 35:14 38:9 41:12 45:18 45:19 66:1 66:5

securities(4) 3:26 36:6 41:2 42:17
see(10) 7:20 12:8 13:15 42:13 42:23 54:14 56:6 63:25 72:13

seek(3) 31:13 44:25 66:21
seeking(7) 27:11 38:6 46:4 46:5 47:4 51:24 58:22

seem(2) 56:25 61:7
seems(1) 44:12
selected(10) 18:10 22:23 22:24 23:3 23:15 23:21 24:8 24:12 24:17 67:13

selection(1) 19:6
sell(1) 59:11
sellers(13) 18:3 18:21 18:23 19:1 19:5 25:2 26:1 41:13 45:17 46:17 66:19 67:4 67:5

selling(1) 50:22
sen(2) 4:5 4:6
send(1) 6:22
sense(3) 13:14 44:6 45:22
sensitive(2) 26:5 68:22
sent(1) 48:1
sentences(1) 49:12
separate(7) 6:6 11:5 18:25 29:11 34:25 44:16 46:11

separately(1) 30:25
september(20) 1:15 6:1 14:2 14:21 16:4 16:12 18:19 19:13 20:9 21:8 21:12 21:23 22:4 22:13 22:21 22:22 23:1 66:17 67:1 67:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| served(1) 18:2 | | someone(1) 39:6 | | substantially(5) 23:25 25:23 26:11 26:16 37:24 | | thank(81) 6:2 6:8 6:17 6:18 6:25 7:11 7:18 8:7 8:25 9:5 9:10 11:13 11:20 11:24 | |
| service(3) 1:44 1:52 7:4 | | someplace(1) 56:15 | | | | 11:25 12:10 12:11 12:21 12:22 13:5 | |
| services(4) 1:44 30:20 32:2 32:16 | | something(8) 13:25 27:25 46:15 48:18 | | succeeded(1) 15:3 | | 13:18 13:21 14:14 16:6 16:16 20:6 28:8 | |
| set(10) 22:1 32:24 34:18 61:25 62:15 | | 48:24 49:8 56:16 58:25 | | success(2) 15:5 66:10 | | 28:24 29:18 33:15 33:16 33:17 33:20 | |
| 65:20 67:24 67:25 68:8 68:24 | | | | successful(6) 14:23 18:10 22:22 25:6 | | 33:22 34:2 34:7 34:21 34:22 36:1 36:2 | |
| | | somewhat(2) 35:1 49:5 | | 26:15 27:24 | | 36:2 39:12 39:13 39:21 40:24 43:19 50:5 | |
| setoff(1) 34:11 | | sorry(6) 12:18 14:2 34:13 39:13 39:20 | | | | 50:7 50:11 54:10 60:9 60:10 60:19 60:21 | |
| sets(1) 22:10 | | sort(4) 44:21 54:4 55:25 62:17 | | such(9) 24:4 25:1 26:7 32:2 32:4 35:10 | | 61:3 61:6 61:20 62:7 63:25 64:3 64:20 | |
| several(1) 33:1 | | sorted(1) 63:15 | | 42:8 52:10 52:15 | | 64:21 64:24 65:3 65:9 65:10 65:13 66:11 | |
| shall(7) 28:20 31:10 32:19 34:16 35:12 | | sought(3) 7:7 7:22 39:2 | | | | 69:17 69:20 69:22 69:23 70:10 70:11 | |
| 65:14 69:1 | | sound(1) 1:51 30:13 66:2 72:19 | | sue(1) 58:5 | | 71:16 71:23 71:24 72:10 72:12 72:15 | |
| | | soundair(3) 67:23 67:25 68:8 | | sufficient(3) 40:23 49:5 65:21 | | | |
| shanti(1) 3:19 | | sounded(1) 41:6 | | suggested(1) 48:3 | | that(301) 6:6 6:10 6:23 6:24 7:3 7:4 7:17 | |
| shape(1) 47:6 | | southern(1) 36:12 | | suing(1) 39:3 | | 7:20 7:24 8:4 8:16 8:19 9:14 10:22 10:25 | |
| she's(1) 58:5 | | speak(2) 34:4 40:2 | | suite(6) 2:19 2:27 2:42 3:14 3:21 3:49 | | 11:11 11:12 11:16 11:25 12:3 12:3 12:5 | |
| shelf(1) 56:15 | | special(2) 17:10 17:12 | | sullivan(1) 3:46 | | 12:23 13:8 13:12 13:13 13:24 13:25 14:1 | |
| short(2) 13:3 52:3 | | specialists(2) 37:17 51:20 | | summarized(1) 61:22 | | 14:1 14:10 14:12 14:12 14:17 14:23 15:1 | |
| shortcut(2) 15:8 15:24 | | specific(2) 38:25 49:6 | | summary(1) 65:18 | | 15:4 15:9 15:17 15:18 15:24 15:25 16:19 | |
| shortly(4) 12:9 12:24 21:14 22:6 | | specifically(5) 38:9 38:24 54:25 55:21 56:6 | | sunny(2) 50:14 60:9 | | 16:25 17:5 17:15 17:16 17:17 17:19 17:20 | |
| should(17) 14:8 16:23 18:4 27:10 36:14 | | specify(1) 10:19 | | superior(1) 20:24 | | 17:20 17:21 17:21 17:22 17:25 18:1 18:2 | |
| 40:3 40:11 42:13 42:23 52:11 52:23 56:4 | | speed(1) 62:10 | | supplemental(1) 7:6 | | 18:9 18:12 18:12 18:13 18:14 18:14 18:17 | |
| 58:13 60:13 63:22 70:24 71:10 | | square(1) 2:6 | | supplied(1) 66:8 | | 18:19 19:1 19:2 19:3 19:5 19:6 19:9 | |
| | | staff(1) 72:6 | | support(3) 28:7 31:14 32:2 | | 19:11 19:12 19:14 19:16 19:18 19:19 | |
| shouldn't(4) 48:18 49:9 59:1 59:14 | | stages(1) 53:18 | | supporting(1) 55:25 | | 19:20 19:22 19:23 20:1 20:12 20:13 20:15 | |
| show(1) 40:7 | | stalking(10) 15:2 19:11 20:16 21:6 24:19 | | supposed(1) 57:24 | | 20:23 20:25 21:3 21:7 21:9 21:12 21:13 | |
| showing(1) 43:14 | | 25:4 25:24 26:17 62:1 62:13 | | sure(5) 11:24 48:16 49:17 60:6 62:9 | | 21:15 21:17 21:20 21:20 21:22 21:24 | |
| shughart(1) 3:18 | | | | surprising(1) 42:16 | | 21:25 22:1 22:4 22:7 22:9 22:12 22:14 | |
| side(1) 56:2 | | stam(21) 5:14 12:25 13:2 13:11 28:18 | | suspicion(1) 42:11 | | 22:17 22:19 22:19 22:21 22:23 22:23 23:7 | |
| sides(1) 51:20 | | 28:22 61:13 61:14 61:17 61:20 62:7 62:1 | | sustain(2) 11:16 71:14 | | 23:8 23:12 23:15 23:21 23:23 23:25 24:8 | |
| sierra(2) 62:20 68:24 | | 63:4 63:16 63:19 64:23 65:1 69:2 69:6 | | sweden(1) 15:3 | | 24:20 25:2 25:4 25:5 25:8 25:10 25:10 | |
| sign(3) 8:23 66:9 69:16 | | 69:10 69:13 | | switch(1) 14:20 | | 25:14 25:16 25:17 25:18 25:21 25:22 | |
| signature(1) 19:12 | | stand(4) 12:12 65:6 69:18 72:13 | | system(1) 54:7 | | 25:24 25:25 26:4 26:9 26:10 26:13 26:15 | |
| signatures(1) 14:9 | | standard(1) 51:4 | | systems(2) 29:20 29:21 | | 26:17 26:19 26:23 26:25 27:7 27:10 27:14 | |
| signed(6) 6:24 8:4 14:8 37:7 38:17 69:2 | | standards(2) 21:25 67:24 | | | | 27:15 27:17 27:17 27:18 27:19 27:21 | |
| significant(2) 26:24 62:3 | | stanley(1) 4:39 | | take(9) 28:1 38:5 40:7 43:7 58:25 60:5 | | 27:23 27:25 28:2 28:9 28:23 29:1 29:2 | |
| signing(1) 24:17 | | stargatt(1) 2:31 | | 62:8 63:14 68:16 | | 29:3 29:5 29:9 29:10 29:11 29:14 29:15 | |
| similar(2) 35:1 60:13 | | started(2) 37:13 62:1 | | | | 29:15 29:16 29:18 29:23 29:24 29:25 30:2 | |
| similarly(1) 63:8 | | starting(4) 22:15 22:24 22:25 23:1 | | taken(5) 8:11 12:14 30:14 40:20 65:11 | | 30:8 30:12 31:1 32:12 32:25 33:3 33:10 | |
| simon(1) 3:39 | | state(3) 25:5 52:5 60:2 | | taking(3) 51:22 59:11 64:15 | | 33:20 33:24 33:25 34:1 34:9 34:11 34:18 | |
| simple(3) 50:23 52:13 55:8 | | stated(1) 11:15 | | talk(4) 42:15 47:25 49:22 55:11 | | 34:21 35:1 35:25 36:1 36:3 36:11 36:12 | |
| simply(9) 11:2 14:12 47:18 48:8 48:16 | | statements(1) 36:19 | | talked(1) 44:16 | | 36:17 36:17 36:18 36:20 36:23 37:2 37:2 | |
| 52:4 56:14 57:7 70:23 | | states(12) 1:1 1:21 8:10 15:11 34:11 37:6 | | talking(3) 47:17 55:12 58:11 | | 37:5 37:7 37:9 37:21 37:21 37:22 37:25 | |
| | | 38:16 40:13 41:11 54:16 54:18 55:22 | | tattoo(1) 48:3 | | 38:1 38:1 38:4 38:6 38:8 38:9 38:10 | |
| since(3) 10:12 11:9 36:21 | | | | tax(2) 29:7 29:8 | | 38:13 38:15 38:18 38:19 38:20 38:24 39:1 | |
| sir(8) 9:8 13:17 28:24 33:17 34:7 36:2 | | status(2) 13:3 13:3 | | taxes(1) 29:9 | | 39:2 39:3 39:7 39:9 39:19 40:2 40:3 40:4 | |
| 69:17 69:22 | | stay(4) 36:24 41:5 43:4 43:6 | | taxing(3) 29:6 29:7 29:10 | | 40:5 40:8 40:9 40:10 40:22 41:3 41:4 | |
| | | steen(1) 1:34 | | taylor(1) 2:31 | | 41:8 41:9 41:9 41:11 41:13 41:15 41:19 | |
| sit(1) 42:9 | | stephanie(1) 72:23 | | team(1) 25:19 | | 41:25 42:1 42:2 42:3 42:4 42:5 42:9 | |
| sitting(1) 41:7 | | stephen(3) 1:42 3:32 4:9 | | tech(1) 51:20 | | 42:13 42:16 42:16 42:19 42:22 42:23 43:3 | |
| situation(1) 45:3 | | steps(2) 40:20 68:16 | | technology(2) 39:23 71:5 | | 43:8 43:11 43:11 43:11 43:14 43:14 43:20 | |
| six(1) 23:2 | | still(1) 53:10 | | telephone(4) 11:14 33:18 33:18 39:18 | | 43:20 43:24 44:1 44:2 44:4 44:7 44:10 | |
| sixth(2) 7:14 67:12 | | stipulation(1) 14:10 | | telephonic(2) 4:2 5:1 | | 44:11 44:12 44:12 44:13 44:14 44:17 | |
| skip(2) 10:3 16:20 | | storing(1) 38:22 | | telephonically(1) 50:9 | | 44:17 44:17 44:19 44:21 44:22 44:22 | |
| slight(1) 69:3 | | storm(2) 6:4 6:4 | | tell(6) 30:4 46:20 47:22 47:22 49:10 62:4 | | 44:22 45:6 45:6 45:7 45:7 45:12 45:17 | |
| slightly(2) 7:12 66:13 | | story(1) 61:13 | | telling(5) 34:13 46:24 46:25 57:18 58:4 | | 45:21 45:25 46:3 46:9 46:10 46:11 46:12 | |
| small(8) 29:14 44:3 44:19 48:25 58:12 | | straightforward(1) 70:23 | | telstrat(2) 9:17 9:19 | | 46:13 46:14 46:17 | |
| 59:5 59:6 65:2 | | strategic(2) 17:4 17:5 | | term(3) 24:1 31:7 52:25 | | | |
| | | strauss(2) 2:11 4:16 | | terms(13) 8:1 8:17 14:6 23:5 23:24 24:18 | | | |
| smart(1) 39:10 | | streamlined(1) 66:13 | | 25:22 26:9 26:11 26:15 44:4 46:25 54:6 | | | |
| smith(1) 3:11 | | street(13) 1:12 1:28 1:45 2:7 2:19 2:26 | | | | | |
| snmp(41) 2:24 5:4 36:5 36:10 43:22 44:1 | | 2:34 2:42 3:13 3:34 3:41 3:48 28:11 | | terrific(1) 72:10 | | | |
| 44:7 44:11 44:14 44:15 44:16 44:17 45:17 | | | | test(3) 62:20 67:25 68:25 | | | |
| 46:7 46:9 46:10 46:14 46:20 47:14 47:23 | | strictly(1) 41:11 | | testify(38) 16:25 17:15 17:19 17:25 18:9 | | | |
| 49:2 49:7 50:3 50:8 51:10 52:5 52:7 52:8 | | strong(1) 51:9 | | 18:17 19:2 19:3 19:14 19:20 19:22 | | | |
| 52:20 54:16 56:8 56:10 57:21 57:23 58:6 | | stuff(1) 51:23 | | 20:11 20:15 20:23 21:3 21:7 21:15 21:17 | | | |
| 58:10 58:13 58:16 60:15 62:24 63:5 | | subject(6) 13:15 36:15 42:5 51:5 62:21 | | 21:22 22:7 22:12 22:17 22:19 22:23 23:6 | | | |
| | | 69:16 | | 24:20 25:2 25:10 25:14 25:16 25:21 25:22 | | | |
| snmp's(5) 46:4 46:5 50:23 52:8 57:20 | | | | 25:24 26:4 26:9 26:13 26:23 | | | |
| software(7) 51:17 52:6 52:19 54:2 59:10 | | submission(1) 62:20 | | | | | |
| 59:11 59:17 | | submissions(3) 62:9 62:22 64:23 | | testimony(2) 20:8 20:12 | | | |
| | | submitted(18) 19:6 21:4 21:7 21:22 22:10 | | texas(2) 29:7 50:14 | | | |
| sold(6) 20:1 38:13 46:1 46:21 48:25 49:1 | | 23:2 23:7 23:9 23:12 23:13 23:19 23:24 | | than(13) 6:10 19:19 20:16 31:8 42:24 | | | |
| solely(1) 47:21 | | 24:6 24:10 24:14 24:15 26:10 66:22 | | 47:9 49:10 50:1 51:22 61:7 65:2 66:13 | | | |
| solutions(2) 70:17 71:12 | | | | 70:25 | | | |
| some(16) 7:17 7:20 10:14 13:8 14:7 15:9 | | subparts(1) 32:24 | | | | | |
| 35:21 36:20 40:1 44:21 49:1 51:7 54:4 | | subpoenas(1) 36:25 | | | | | |
| 54:6 54:14 58:20 | | subsequent(1) 67:6 | | | | | |
| | | subsequently(1) 21:24 | | | | | |
| somebody(1) 58:19 | | subsidiaries(1) 32:16 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(186)** 46:19 46:19 46:25 47:1 47:5 47:7 47:8 47:9 47:18 47:20 47:21 47:22 47:22 47:23 48:3 48:4 48:8 48:20 48:21 48:24 49:1 49:2 49:3 49:4 49:8 49:9 49:13 49:16 49:16 49:18 49:19 49:22 49:25 50:1 50:1 50:2 50:17 50:20 50:21 51:2 51:3 51:3 51:8 51:9 51:21 51:23 52:1 52:4 52:5 52:9 52:12 52:18 52:22 52:23 53:3 53:3 53:5 53:6 53:9 53:9 53:16 53:23 54:7 54:9 54:25 55:1 55:2 55:2 55:3 55:3 55:4 55:7 55:14 55:16 55:17 55:18 55:19 55:20 56:1 56:2 56:6 56:9 56:14 56:16 56:18 56:20 56:21 56:23 56:23 56:23 57:1 57:4 57:13 57:20 57:25 58:6 58:6 58:8 58:12 58:15 58:20 58:25 58:25 59:7 59:10 59:15 59:19 59:20 59:21 59:22 60:2 60:6 60:11 60:11 60:13 60:13 60:14 60:17 60:22 60:24 61:9 62:8 62:10 62:11 62:15 62:15 62:15 62:17 62:18 62:20 62:21 62:24 63:2 63:13 63:13 63:14 63:17 63:21 64:4 64:10 64:17 64:17 64:18 64:19 65:4 65:20 65:22 65:24 66:1 66:2 66:4 66:8 67:2 67:17 67:20 67:21 68:6 68:9 68:11 68:12 68:21 69:4 69:4 69:6 69:15 69:24 70:5 70:7 70:8 70:20 70:23 71:2 71:9 71:13 71:14 71:18 72:6 72:7 72:7 72:8 72:11 72:18

**that's(28)** 10:11 11:2 12:8 13:2 13:11 14:7 14:19 16:1 16:8 28:17 31:7 34:12 34:13 37:11 39:21 43:21 44:8 44:25 45:11 46:1 59:12 59:18 59:18 59:24 60:8 63:12 70:7 72:4

**the(301)** 1:1 1:2 1:20 2:4 2:17 2:33 2:41 2:48 3:7 4:16 4:38 5:14 5:24 6:2 6:4 6:4 6:4 6:6 6:9 6:10 6:13 6:14 6:16 6:17 6:19 6:21 6:23 6:24 7:1 7:1 7:3 7:6 7:8 7:9 7:11 7:13 7:14 7:15 7:17 7:18 7:19 7:19 7:21 7:22 7:23 7:25 8:1 8:1 8:3 8:5 8:5 8:6 8:7 8:8 8:9 8:10 8:10 8:11 8:13 8:14 8:17 8:17 8:18 8:19 8:19 8:20 8:21 8:23 8:24 9:1 9:2 9:3 9:5 9:7 9:10 9:12 9:12 9:15 9:15 9:17 9:18 9:19 9:21 9:22 9:24 10:1 10:1 10:2 10:3 10:4 10:6 10:6 10:7 10:8 10:8 10:9 10:10 10:10 10:13 10:14 10:15 10:16 10:17 10:17 10:18 10:19 10:19 10:22 10:22 10:23 10:24 10:24 10:25 10:25 11:1 11:4 11:5 11:6 11:8 11:9 11:10 11:11 11:11 11:12 11:12 11:13 11:14 11:15 11:17 11:18 11:21 11:22 11:22 11:24 12:1 12:1 12:2 12:4 12:10 12:12 12:15 12:16 12:20 12:25 12:25 13:1 13:1 13:3 13:3 13:4 13:5 13:7 13:14 13:18 14:1 14:1 14:4 14:5 14:9 14:9 14:10 14:11 14:11 14:14 14:14 14:16 14:17 14:18 14:18 14:18 14:20 14:23 14:23 15:3 15:4 15:6 15:6 15:9 15:9 15:11 15:13 15:16 15:16 15:17 15:18 15:20 15:22 15:23 16:1 16:3 16:4 16:7 16:8 16:8 16:9 16:10 16:11 16:11 16:13 16:13 16:14 16:17 16:19 16:19 16:19 16:20 16:20 16:21 16:22 16:23 16:25 17:1 17:2 17:7 17:17 17:19 17:20 17:21 17:23 17:23 17:24 17:25 18:1 18:2 18:3 18:5 18:6 18:6 18:7 18:7 18:9 18:9 18:10 18:11 18:12 18:13 18:15 18:15 18:17 18:17 18:18 18:18 18:19 18:20 18:23 18:25 19:1 19:3 19:3 19:3 19:4 19:4 19:5 19:6 19:6 19:7 19:7 19:8 19:10 19:10 19:11 19:13 19:14 19:15 19:16 19:19 19:23 19:23 19:24 19:24 19:25 20:1 20:2 20:3 20:7 20:9 20:12 20:13 20:13 20:16 20:16 20:17 20:19 20:20 20:20 20:20 20:23 20:24 20:25 20:25 21:3 21:5 21:6 21:9 21:9 21:10 21:13 21:20 21:21

**the(301)** 21:25 22:1 22:2 22:4 22:5 22:8 22:8 22:9 22:9 22:10 22:13 22:15 22:18 22:18 22:19 22:20 22:21 22:22 22:23 22:24 22:24 23:1 23:1 23:3 23:4 23:5 23:6 23:16 23:16 23:18 23:21 23:22 23:22 23:24 23:25 24:1 24:1 24:3 24:3 24:5 24:8 24:12 24:16 24:17 24:18 24:18 24:19 24:21 24:22 24:22 24:22 24:24 24:24 24:25 24:25 25:2 25:3 25:4 25:5 25:5 25:6 25:8 25:9 25:10 25:11 25:12 25:12 25:12 25:13 25:14 25:14 25:15 25:17 25:18 25:21 25:22 25:22 25:23 25:23 25:25 25:25 26:1 26:1 26:2 26:2 26:5 26:6 26:6 26:9 26:10 26:11 26:11 26:11 26:12 26:14 26:15 26:15 26:16 26:16 26:17 26:18 26:19 26:19 26:20 26:22 26:23 26:23 26:24 26:25 26:25 27:3 27:4 27:5 27:5 27:8 27:9 27:10 27:10 27:13 27:18 27:19 27:20 27:24 27:25 28:2 28:4 28:7 28:10 28:10 28:11 28:12 28:15 28:17 28:20 28:24 29:1 29:4 29:5 29:6 29:7 29:9 29:10 29:10 29:11 29:12 29:13 29:14 29:17 29:18 29:19 29:21 29:21 29:22 29:23 29:23 29:25 30:6 30:6 30:10 30:11 30:12 30:13 30:15 30:16 30:18 30:21 30:24 31:1 31:4 31:8 31:8 31:9 31:10 31:10 31:13 31:17 31:18 31:19 31:20 31:21 31:23 32:2 32:8 32:14 32:17 32:19 32:22 32:22 32:25 32:25 33:1 33:3 33:3 33:3 33:13 33:14 33:15 33:17 33:17 33:18 33:20 33:22 33:25 34:1 34:2 34:3 34:4 34:5 34:7 34:8 34:12 34:14 34:18 34:19 34:20 34:22 34:25 35:2 35:4 35:7 35:16 35:17 35:21 35:21 35:23 35:23 36:2 36:3 36:4 36:6 36:6 36:7 36:9 36:12 36:13 36:15 36:16 36:19 36:21 36:23 36:24 37:1 37:4 37:4 37:6 37:6 37:7 37:8 37:9 37:9 37:10 37:11 37:14 37:17 37:19 37:20 37:21 37:23 37:25 38:5 38:6 38:8 38:11 38:11 38:12 38:13 38:14 38:16 38:18 38:19 38:19 38:21 38:21 39:1 39:2 39:3 39:3 39:4 39:6 39:8 39:10 39:11 39:11 39:13 39:18 39:18 39:19 39:23 39:24 39:25 39:25 40:1 40:2

**the(208)** 62:8 62:9 62:9 62:13 62:14 62:15 62:16 62:16 62:18 62:19 62:19 62:20 62:23 63:1 63:2 63:6 63:7 63:8 63:8 63:8 63:9 63:9 63:9 63:10 63:13 63:15 63:17 63:19 63:21 63:23 63:23 64:1 64:2 64:2 64:2 64:4 64:6 64:7 64:8 64:9 64:9 64:11 64:13 64:14 64:15 64:15 64:16 64:18 64:24 65:1 65:2 65:5 65:9 65:12 65:13 65:17 65:19 65:19 65:20 65:20 65:21 65:21 65:22 65:22 65:22 65:23 65:23 65:24 66:1 66:1 66:2 66:2 66:3 66:4 66:7 66:7 66:8 66:8 66:9 66:9 66:12 66:15 66:15 66:16 66:16 66:17 66:18 66:19 66:21 66:22 66:22 66:23 66:24 66:25 67:2 67:3 67:4 67:4 67:5 67:5 67:6 67:6 67:7 67:8 67:9 67:10 67:10 67:11 67:11 67:11 67:12 67:12 67:13 67:14 67:15 67:17 67:17 67:18 67:19 67:20 67:21 67:22 67:25 68:2 68:4 68:5 68:6 68:7 68:8 68:9 68:10 68:11 68:12 68:12 68:12 68:13 68:15 68:15 68:16 68:16 68:17 68:17 68:18 68:18 68:18 68:20 68:21 68:22 68:23 68:24 68:25 69:1 69:2 69:6 69:14 69:15 69:17 69:22 69:25 70:1 70:1 70:2 70:3 70:5 70:6 70:6 70:7 70:10 70:12 70:14 70:15 70:16 70:18 70:20 70:20 70:21 70:22 71:1 71:2 71:3 71:3 71:4 71:4 71:5 71:7 71:9 71:11 71:13 71:15 71:17 71:18 71:20 71:23 72:1 72:4 72:7 72:11 72:12 72:16 72:18 72:19 72:19 72:20

**the(301)** 40:5 40:6 40:6 40:9 40:10 40:12 40:13 40:16 40:17 40:18 40:19 40:20 40:24 41:2 41:2 41:3 41:3 41:4 41:4 41:5 41:10 41:11 41:11 41:13 41:13 41:13 41:14 41:15 41:16 41:17 41:17 41:18 41:20 41:22 41:23 41:23 41:24 41:24 41:25 42:1 42:1 42:2 42:3 42:3 42:4 42:7 42:9 42:11 42:13 42:13 42:16 42:20 42:23 42:23 42:24 42:25 43:2 43:3 43:4 43:6 43:7 43:8 43:10 43:10 43:12 43:15 43:16 43:16 43:17 43:19 44:2 44:3 44:4 44:6 44:7 44:11 44:12 44:13 44:15 44:17 44:20 44:22 44:24 44:25 45:4 45:7 45:9 45:10 45:10 45:11 45:13 45:13 45:15 45:19 45:19 45:22 45:22 45:23 45:25 46:6 46:8 46:11 46:13 46:16 46:17 46:19 46:21 46:22 46:22 46:25 47:2 47:2 47:3 47:4 47:5 47:11 47:14 47:15 47:22 48:2 48:4 48:7 48:9 48:12 48:14 48:17 48:19 48:25 49:1 49:4 49:11 49:11 49:12 49:13 49:19 49:19 49:19 49:20 49:24 50:3 50:5 50:10 50:11 50:13 50:15 50:16 50:18 50:18 50:19 50:20 50:22 50:25 51:1 51:5 51:6 51:7 51:9 51:10 51:11 51:11 51:11 51:12 51:13 51:16 51:17 51:17 51:21 51:22 51:23 51:23 51:25 52:3 52:3 52:4 52:5 52:8 52:11 52:14 52:16 52:16 52:18 52:18 52:18 52:20 52:24 52:25 52:25 53:2 53:3 53:5 53:5 53:6 53:6 53:8 53:9 53:13 53:15 53:16 53:18 53:21 53:21 53:22 53:24 54:1 54:8 54:10 54:14 54:16 54:18 54:18 54:20 54:21 54:22 54:23 54:23 54:24 54:24 54:25 55:1 55:2 55:6 55:13 55:21 55:22 56:1 56:2 56:6 56:8 56:9 56:10 56:11 56:11 56:19 56:20 56:21 56:22 57:1 57:8 57:9 57:12 57:14 57:16 57:17 57:18 57:22 58:1 58:3 58:5 58:9 58:14 58:21 58:21 58:24 59:3 59:6 59:11 59:17 59:18 59:22 59:23 59:24 60:2 60:2 60:3 60:10 60:10 60:11 60:14 60:14 60:16 60:16 60:20 60:20 60:23 61:3 61:6 61:7 61:10 61:12 61:12 61:16 61:17 61:19 61:22 61:22 61:23 61:24 61:25 62:2 62:5 62:5 62:5

**their(28)** 7:23 18:8 19:5 19:8 20:17 20:21 26:2 26:7 26:19 26:20 26:24 27:24 29:16 29:23 29:24 30:18 39:15 39:19 40:8 42:21 44:22 47:4 48:22 49:8 49:15 49:18 58:23 62:6

**them(28)** 7:5 7:5 14:10 18:3 27:13 29:13 29:22 30:9 34:15 39:12 39:12 40:3 40:20 42:4 42:24 46:24 46:8 48:7 49:15 49:18 49:18 50:21 53:19 53:22 56:4 56:5 57:5 66:13

**there(45)** 6:9 7:3 8:21 11:14 11:16 12:5 12:7 13:2 13:8 13:9 15:10 16:7 17:20 18:2 18:21 25:16 27:7 27:14 28:15 30:2 30:7 33:1 33:10 33:12 34:3 36:11 36:20 38:10 39:6 39:10 40:18 43:14 43:14 44:10 44:18 45:17 50:5 54:15 62:25 63:20 65:1 67:16 67:18 69:3 69:12

**there's(28)** 11:2 11:5 18:22 28:14 34:9 40:1 41:15 44:9 44:24 44:25 45:1 46:1 47:22 48:13 48:14 52:9 53:20 54:2 55:13 55:15 55:16 55:18 57:4 58:8 61:17 62:13 71:9 71:20

**thereafter(2)** 21:14 22:6

**therefore(2)** 27:5 66:9

**these(18)** 11:18 19:12 20:21 26:17 30:23 31:1 37:21 38:22 39:1 46:3 46:18 49:25 52:2 52:14 56:22 58:7 65:24 71:14

**they(53)** 7:22 8:1 8:16 8:16 15:6 29:16 40:19 40:20 40:21 41:11 42:4 42:21 43:4 44:21 44:21 45:1 44:14 47:23 48:18 48:18 49:8 49:11 49:20 49:21 50:1 50:4 50:22 52:24 53:17 56:5 56:23 57:25 58:5 58:16 58:25 59:1 60:1 60:5 60:5 60:6 60:7 60:15 71:2 71:4 71:7 71:17 71:19

**they're(15)** 30:4 30:5 30:6 38:7 39:3 41:20 47:1 48:10 49:10 49:12 53:9 57:7 57:24 60:2 62:6

**they've(3)** 42:14 42:19 53:19

**thing(6)** 38:15 41:3 52:10 62:18 63:19

**things(8)** 15:9 36:22 37:21 40:8 44:4 46:18 58:8 62:12

**think(45)** 6:9 12:8 15:10 15:11 28:13 28:15 29:3 30:5 30:6 33:13 35:25 36:20 42:5 43:11 43:11 43:14 49:2 49:8 49:13 49:16 49:25 50:17 50:25 51:6 51:9 51:21 52:12 52:22 53:1 53:2 53:4 54:12 55:11 58:12 58:17 58:23 59:17 59:25 60:11 60:16 60:24 66:13 69:6 70:23 71:17

**third(2)** 6:16 23:22

**thirteenth(4)** 7:13 9:3 9:13 70:16

**this(101)** 7:2 7:22 7:25 9:13 10:3 10:5 10:13 10:22 10:24 11:6 11:16 12:6 12:22 13:5 13:14 15:17 15:24 16:5 16:9 16:24 20:24 22:5 22:15 23:21 24:12 27:8 27:14 28:13 28:15 30:17 31:3 32:10 32:19 33:19 33:23 34:16 35:4 35:12 35:13 35:18 37:16 38:3 38:14 38:15 38:17 38:24 40:21 40:22 41:22 42:12 42:14 42:14 43:6 44:5 45:3 45:13 44:5 45:8 48:20 48:24 49:4 49:17 49:20 51:12 52:19 52:21 52:22 52:23 53:4 54:12 55:21 56:11 56:16 56:19 58:14 59:5 59:7 59:20 60:4 63:6 63:14 64:11 64:23 65:17 66:12 67:2 67:21 67:24 69:4 69:14 69:15 70:19 70:20

| Word | Page:Line |
| --- | --- |

**those**(26) 6:15 8:11 9:14 17:3 17:16 20:18 21:1 25:23 26:16 26:21 27:12 27:23 30:2 37:11 40:13 43:15 52:11 54:17 55:14 56:1 57:1 57:3 57:5 57:6 58:9 63:1

**though**(4) 27:23 47:2 48:4 57:11

**thought**(2) 6:5 64:18

**thousands**(2) 37:13 37:13

**three**(7) 6:10 6:15 17:9 17:20 17:21 21:4 23:19

**threshold**(1) 24:4

**through**(19) 7:17 7:22 7:25 29:1 30:15 32:24 42:10 54:2 54:6 54:13 54:20 55:2 56:4 58:20 60:25 62:1 62:4 64:1 66:1

**throughout**(1) 19:15

**throw**(1) 39:12

**thus**(1) 27:3

**tiger**(1) 68:1

**time**(16) 15:18 19:17 27:11 27:21 29:11 36:21 38:25 42:13 49:22 52:9 52:11 60:5 62:9 70:18 70:19 70:20

**times**(3) 19:17 28:11 47:9

**timing**(1) 25:1

**tinker**(1) 2:18

**today**(16) 10:6 10:11 12:1 12:25 13:22 14:11 14:18 15:10 15:19 15:21 20:10 48:17 58:17 66:16 69:16 72:11

**today's**(1) 16:5

**together**(1) 33:24 52:21 54:19

**told**(7) 38:11 42:1 46:24 48:8 49:18 56:20 56:21

**tomorrow**(1) 14:11

**too**(1) 51:18

**took**(1) 20:14

**toronto**(6) 12:23 13:22 15:19 16:8 20:10 61:9

**total**(3) 8:11 14:24 44:6

**touch**(2) 64:18 65:7

**towards**(1) 64:13

**track**(1) 14:7

**trademark**(1) 63:2

**transaction**(22) 7:23 14:6 14:17 16:10 19:19 19:24 24:25 25:2 41:17 48:12 48:17 49:6 49:21 50:2 52:22 64:23 65:24 67:11 67:20 68:11 68:16 68:18

**transactions**(11) 15:5 16:7 18:21 27:25 28:10 36:16 42:20 49:10 52:2 58:7 58:8

**transcript**(3) 1:19 1:51 72:19

**transcription**(2) 1:44 1:52

**transfer**(13) 46:2 46:18 48:5 51:24 52:5 52:8 53:6 57:19 59:13 59:19 60:3 60:4 60:8

**transferred**(3) 46:12 56:11 57:16

**transferring**(4) 52:12 57:18 57:19 59:12

**translation**(1) 48:2

**transmission**(1) 39:11

**transpired**(2) 18:1 22:19

**traveling**(1) 72:13

**treasurer-tax**(1) 9:23

**treatment**(1) 45:13

**tricadia**(1) 4:9

**true**(2) 4:38 56:3

**trust**(4) 67:24 68:1 68:9 69:4

**trustee**(4) 2:17 2:17 8:10 26:19

**try**(3) 15:8 54:14 56:4

**trying**(6) 14:7 43:21 48:4 54:19 55:15 57:11

**tunnel**(1) 6:21

**tunnell**(1) 1:25

**turn**(5) 8:25 9:16 39:12 61:6 63:17

---

**twelfth**(1) 7:2 7:9

**two**(20) 6:15 15:12 18:22 20:16 20:18 23:12 29:3 30:23 30:24 34:8 36:4 36:13 39:3 44:18 46:8 49:12 52:11 56:20 56:22 69:2

**type**(1) 13:16

**types**(1) 52:14

**typo**(1) 63:20

**typographical**(1) 33:11

**u.s.**(4) 2:17 2:17 26:19 33:11

**un-liquidated**(1) 31:24

**unable**(2) 10:13 60:15

**unadjusted**(2) 25:5 25:8

**unauthorized**(1) 53:6

**under**(22) 6:22 25:4 26:18 27:6 27:12 27:21 27:23 31:20 31:22 32:7 32:21 35:14 38:6 40:1 43:15 47:14 47:23 59:8 59:9 60:10 65:22 66:7

**underlining**(2) 69:7 69:9

**understand**(3) 41:19 58:7 59:20

**understanding**(1) 13:8

**undue**(1) 43:12

**united**(11) 1:1 1:21 8:10 15:11 37:6 38:16 40:13 41:11 54:16 54:18 55:22

**units**(3) 29:6 29:7 29:10

**universe**(1) 39:2

**unless**(5) 12:5 28:14 59:15 61:4 62:22

**unmatured**(1) 31:24

**unreasonable**(1) 53:2

**unresolved**(1) 36:4

**unsecured**(4) 2:5 4:17 5:25 18:6

**until**(8) 7:24 8:1 8:16 12:12 19:12 42:21 43:5 52:10

**update**(1) 13:3 13:25 64:19

**upfront**(1) 15:15

**upon**(3) 37:13 43:12 64:18

**usc**(1) 32:9

**use**(6) 27:13 44:19 45:22 56:19 57:6 58:5

**used**(2) 44:23 46:19

**uses**(2) 45:25 57:23

**using**(5) 48:18 48:18 51:10 58:23 59:14

**valid**(3) 11:1 11:11 34:17

**valuable**(1) 27:2

**value**(7) 18:5 19:23 19:25 24:24 25:12 26:24 27:4

**valued**(4) 24:7 24:14 24:21 25:6

**variable**(1) 24:1

**various**(2) 26:2 66:18

**vehicle**(1) 17:12

**vendor**(1) 50:19

**ventura**(4) 9:22 9:24 10:1 11:22

**verizon**(9) 4:45 30:19 30:24 32:17 33:24 34:9 34:11 34:18 51:2

**very**(35) 6:17 8:13 9:9 9:10 13:21 14:22 15:4 16:6 16:16 20:6 28:8 29:14 29:14 33:15 36:9 39:22 43:19 48:25 49:6 51:9 54:25 55:21 58:7 60:19 60:23 61:20 62:6 62:11 64:11 64:15 69:20 70:10 71:23 72:12 72:15

**vesting**(1) 66:21

**vice**(1) 50:10

**view**(3) 19:20 20:25 25:17

**vigorous**(2) 19:17 25:16

**virtue**(1) 31:20

**voluntarily**(1) 59:23

**voluntary**(1) 52:21

**volunteering**(1) 13:16

**wait**(1) 34:12

**waiting**(1) 6:5

**waive**(1) 34:16

**walk**(1) 7:16

**wall**(1) 28:10

---

**want**(10) 50:1 50:22 51:3 51:18 52:4 53:9 53:15 54:7 54:8 58:22

**wanted**(3) 34:13 41:8 64:4

**wants**(2) 38:5 61:4

**warranties**(1) 31:25

**was**(75) 6:23 7:2 7:3 8:4 10:5 11:1 11:12 13:25 14:1 14:1 14:23 15:1 15:18 16:1 17:20 17:25 18:10 18:15 18:17 19:9 19:15 19:17 20:8 20:10 21:1 21:5 22:17 22:19 22:22 22:23 22:24 22:25 23:3 23:15 23:21 24:4 24:7 24:8 24:12 24:14 24:16 24:17 24:21 25:6 25:16 25:17 29:5 33:14 36:25 37:2 37:7 41:4 41:5 41:7 41:8 41:9 41:24 42:2 44:7 44:8 46:20 47:10 48:20 48:21 49:11 62:23 64:8 65:21 67:1 67:13 67:14 69:7 70:20 72:12 72:16

**water**(1) 40:1

**way**(6) 30:11 37:16 42:16 42:23 45:2 47:6 72:1

**we'd**(2) 35:22 60:25

**we'll**(6) 12:8 12:12 41:20 41:21 60:22 61:6

**we're**(6) 6:5 15:3 15:4 33:20 34:6 34:25 37:14 37:15 38:4 42:9 44:14 44:14 46:5 46:23 46:25 47:4 47:5 47:17 48:6 48:6 49:3 49:7 49:16 49:17 50:17 50:19 53:1 53:22 55:14 56:18 57:11 57:19 58:4 58:1 58:22 59:16 59:21 61:10 64:12 70:19

**we've**(29) 9:25 10:12 13:13 15:9 16:19 33:12 34:15 37:18 38:11 38:12 40:1 42:19 43:21 44:15 46:19 46:24 47:1 47:24 48:8 49:11 49:18 49:18 51:14 51:19 55:2 58:8 60:24 66:13 70:5

**webex**(4) 10:11 10:14 10:24 11:14

**week**(2) 14:1 20:14

**weeks**(2) 51:7 52:23

**weiss**(1) 3:4

**welcome**(1) 49:10

**well**(32) 6:5 6:17 8:13 9:10 11:1 11:15 11:15 11:18 13:18 14:8 15:1 15:6 15:21 17:14 19:4 19:11 19:13 30:10 33:15 36:9 39:20 42:13 44:18 49:14 53:18 60:23 61:24 65:17 70:10 71:23 72:12

**were**(25) 8:11 8:21 14:3 14:19 17:8 17:20 17:21 19:17 23:2 23:4 23:24 25:15 25:15 25:19 26:7 27:19 37:3 37:24 42:1 65:1 65:22 67:5 67:16 71:17 71:19

**west**(2) 2:34 2:42

**wharton**(1) 3:4

**what**(53) 6:7 16:1 29:3 33:13 34:13 34:15 38:23 40:6 40:22 42:24 42:25 43:8 46:16 47:9 48:4 48:11 49:6 49:11 49:17 50:3 50:22 50:22 51:12 51:23 52:12 52:16 52:24 53:1 53:9 53:16 53:17 53:19 53:25 54:14 55:6 55:14 56:12 56:13 56:18 57:1 57:12 57:15 57:21 57:21 58:11 59:12 60:6 60:7 63:7 63:12 69:11 70:5 70:7

**what's**(3) 38:16 45:7 54:13

**whatsoever**(1) 46:6

**when**(10) 22:9 44:7 46:10 48:23 51:7 55:11 56:8 63:13 63:23 72:6

**where**(9) 18:23 33:11 37:12 37:23 41:7 43:8 56:12 61:25 62:1

**whereupon**(1) 72:16

**whether**(11) 18:3 32:2 32:8 45:1 45:10 46:20 47:2 48:11 56:5 59:8 59:8

---

**which**(34) 10:19 10:23 15:11 24:7 24:16 29:4 31:11 32:7 34:10 34:25 35:1 37:18 38:20 38:24 42:10 42:11 43:13 43:13 44:22 45:18 46:22 50:25 52:6 54:20 54:21 54:25 55:13 61:23 61:25 62:2 62:12 63:22 68:23 71:2

**while**(6) 5:6 8:16 18:18 20:10 27:12 45:12

**who**(9) 6:15 15:18 16:24 30:21 33:1 33:18 37:17 38:3 61:7

**who's**(1) 6:15

**whole**(2) 31:5 35:9

**whose**(2) 30:16 50:10

**why**(1) 12:4

**will**(46) 6:7 6:15 6:15 7:13 11:16 13:3 15:13 15:17 20:7 20:12 27:21 28:5 30:9 30:13 31:1 33:25 34:1 38:2 38:4 38:10 38:18 38:25 40:6 41:14 41:16 41:19 42:4 42:25 43:16 43:17 52:5 56:10 57:5 59:4 60:17 62:16 64:17 65:5 65:5 65:7 65:16 66:12 69:18 71:14 72:7 72:13

**willing**(1) 48:10

**wilmington**(14) 1:13 1:31 2:8 2:21 2:28 2:36 2:43 3:15 3:22 3:36 3:43 3:50 6:1 20:11

**winning**(5) 15:1 15:3 29:24 29:25 67:13

**wish**(6) 12:5 20:2 28:4 33:3 66:10 71:11

**wishes**(1) 33:18

**wishing**(1) 64:22

**with**(159) 7:21 8:15 8:19 9:19 10:13 11:3 11:6 13:7 14:3 14:5 15:5 16:7 17:2 17:6 17:9 18:1 18:5 18:6 18:20 18:25 19:10 20:7 20:19 20:23 21:1 21:8 21:9 21:23 23:19 24:1 24:13 24:18 24:21 25:14 25:21 26:9 26:15 26:18 26:24 27:8 27:17 27:18 27:22 28:2 28:9 28:12 28:20 28:23 29:3 29:8 29:9 29:12 30:21 32:22 33:20 33:24 33:25 33:25 34:17 35:1 35:5 35:15 35:24 36:7 36:19 36:21 37:2 37:4 37:5 37:10 37:13 37:22 38:10 38:18 38:19 39:7 39:24 40:1 40:4 40:12 40:19 41:6 41:7 41:11 41:22 44:19 44:20 45:2 45:2 45:14 45:16 45:24 45:25 46:5 46:8 46:10 46:10 46:12 46:14 47:3 47:3 47:23 48:2 48:7 48:9 48:10 48:12 48:17 48:17 48:21 48:24 49:7 49:9 49:23 51:14 51:20 51:25 53:10 53:24 54:19 54:22 54:24 55:5 55:9 55:21 55:22 55:24 56:22 56:23 58:16 58:25 60:15 60:24 62:1 62:1 62:2 62:16 63:5 64:7 64:11 64:12 64:17 64:23 64:24 66:19 67:10 67:16 67:22 68:7 68:20

**withdraw**(1) 29:23

**withdrawn**(3) 29:2 29:5 29:16

**without**(10) 31:12 32:23 41:6 41:9 41:12 46:5 57:19 58:24 59:11 59:14

**won't**(2) 8:1 8:16

**word**(2) 45:22 59:8

**work**(3) 55:15 56:4 57:22

**working**(4) 52:20 54:18 62:16 64:12

**works**(1) 11:2

**world**(2) 26:2 47:22

**worldwide**(1) 57:7

**worried**(1) 7:4

**worth**(2) 36:20 48:25

---

| Word | Page:Line |
|---|---|

**would**(83) 14:10  15:1  16:11  16:24  16:25
17:15  17:17  17:19  17:25  18:9  18:17  19:2
19:2  19:4  19:9  19:14  19:19  19:20  19:22
20:1  20:15  20:23  21:3  21:7  21:15  21:17
21:22  22:7  22:12  22:17  22:19  22:23  23:6
23:17  23:25  24:20  25:2  25:4  25:5  25:10
25:13  25:16  25:21  25:22  25:24  26:4  26:6
26:9  26:13  26:22  27:2  27:4  27:17  27:23
28:2  28:9  28:13  29:15  29:25  33:2  33:10
34:9  36:18  37:21  38:8  39:19  40:17  42:1
42:5  45:12  50:3  52:4  53:19  55:18  56:25
57:25  58:10  58:12  62:12  62:25  63:19
65:15  72:2

**written**(2) 23:2  32:11
**wrong**(4) 30:4  34:12  48:15  56:1
**wunder**(1) 4:35
**www.diazdata.com**(1) 1:48
**year**(5) 37:14  37:15  38:10  44:9  49:3
**years**(2) 38:19  41:14
**yes**(28) 6:13  6:24  7:8  7:15  8:3  13:2  14:4
15:22  16:22  28:21  28:22  30:11  37:1  40:16
41:12  46:23  53:13  53:14  56:3  60:20  61:19
65:5  65:15  69:10  69:13  69:17  70:14  71:7

**yesterday**(1) 37:4
**yet**(3) 14:8  14:9  72:2
**yielded**(1) 65:23
**york**(9) 1:39  2:14  2:49  3:8  4:19  17:19
22:20  36:13  39:4

**you**(130) 6:2  6:3  6:8  6:17  6:18  6:25  7:11
7:11  7:17  7:18  7:18  7:20  8:7  8:25  9:2  9:5
9:7  9:10  10:13  11:13  11:20  11:24  11:25
12:2  12:5  12:10  12:11  12:17  12:21  13:5
13:16  13:18  13:21  14:2  14:14  15:17  16:6
16:16  20:6  28:8  28:24  29:18  30:9  33:15
33:16  33:17  33:21  33:22  34:2  34:3  34:3
34:7  34:21  34:22  36:1  36:2  36:2  36:11
36:23  39:11  39:12  39:13  39:21  40:24
41:10  42:13  42:15  43:19  44:8  45:6  46:22
46:25  48:23  49:24  50:5  50:7  50:11  53:9
53:10  53:11  53:13  53:14  54:10  58:7  58:19
58:20  59:4  60:9  60:10  60:19  60:21  61:3
61:6  61:18  61:20  62:4  62:7  62:22  63:15
63:17  63:25  64:3  64:20  64:21  64:24  64:25
65:3  65:4  65:9  65:10  65:13  65:15  66:11
69:3  69:4  69:18  69:20  69:22  69:23  70:10
70:11  71:1  71:3  71:16  71:23  71:24  72:10
72:12  72:13  72:15

**you'll**(1) 63:23
**you're**(2) 53:16  57:1
**you've**(3) 48:9  53:8  53:16
**young**(4) 2:31  2:39  4:49  5:17
**your**(103) 6:8  6:9  6:18  6:20  6:25  7:19
8:25  9:6  11:20  11:25  12:7  12:9  12:11
13:2  13:14  13:20  15:8  15:15  16:6  16:16
16:23  20:6  20:8  26:22  27:8  27:10  27:17
28:2  28:8  28:9  28:13  29:1  29:19  30:2
30:8  32:25  33:6  33:19  33:23  34:5  34:23
35:19  35:20  36:3  36:7  36:11  36:18  36:23
36:25  38:23  39:21  40:9  40:15  42:8  42:22
43:3  43:19  44:5  45:3  46:25  48:23  50:7
50:12  50:17  50:21  51:5  51:7  53:11  53:20
53:22  54:7  54:12  59:7  60:1  60:8  60:19
60:21  60:24  61:14  61:20  61:22  62:7  62:11
62:21  63:4  63:16  63:19  64:3  65:1  65:16
69:16  69:23  69:23  69:25  70:8  70:9  71:16
71:25  72:2  72:5  72:5  72:10  72:15

**yours**(1) 66:13
**yourself**(1) 9:9
**zafirovski**(1) 36:15
**zone**(3) 70:17  70:23  71:12