IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
                        Debtors.                            :    Jointly Administered
                                                            :
                                                            :    Re: D.I. 1131, 1278, 1514, 3231, 3513
------------------------------------------------------------X

## ORDER APPROVING STIPULATION BY AND AMONG THE SELLERS AND AVAYA INC.

Upon consideration of the *Stipulation By And Among The Sellers And Avaya Inc.* (the "Stipulation"), a copy of which is attached hereto as **Exhibit A**, as agreed among Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Inc. ("NNI"), the EMEA Sellers (as defined in the Amended and Restated Asset and Share Sale Agreement, dated September 14, 2009 (as amended, the "Sale Agreement"))[2] and the Other Sellers, each as identified in the Sale Agreement (together with NNC, NNL, NNI and the EMEA Sellers, the "Sellers") and Avaya Inc. (the "Purchaser", and together with the Sellers, the "Parties");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Agreement.

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit A** is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 1, 2010
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE