# SCHEDULE A
### TWENTIETH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**


DATE   ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 8/04/10 | RET | .5 | Receive and analyze latest draft of memorandum of understanding regarding settlement from plaintiffs' counsel |
| 8/04/10 | RET | .3 | Communicate with plaintiffs' counsel regarding their changes to latest draft of memorandum of understanding regarding settlement from plaintiffs' counsel |
| 8/05/10 | RET | .3 | Communicate with plaintiff's counsel regarding stipulation between Nortel and Chubb |
| 8/06/10 | JMS7 | .1 | Communicate with JAMS regarding Judge Weinstein's invoicing |
| 8/09/10 | RET | .2 | Email from plaintiffs' counsel to Peter Bisio regarding execution of stipulation between Nortel and Chubb |
| 8/10/10 | RET | .2 | Communication between Peter Bisio and Cleary regarding final version of memorandum of understanding |
| 8/10/10 | RET | .3 | Communicate with Jennifer Westerfield regarding final version of memorandum of understanding regarding settlement |
| 8/10/10 | RET | .3 | Communicate with plaintiffs' counsel and Peter Bisio regarding final version of memorandum of understanding regarding settlement |
| 8/10/10 | JMS7 | .2 | Discussion with Rene' Thorne regarding final version of memorandum of understanding regarding settlement (approved by Sandy Illmer) |
| 8/11/10 | RET | .4 | Communications with Peter Bisio and Cleary regarding changes to memorandum of understanding regarding settlement regarding allocation of cost of settlement administration |
| 8/11/10 | RET | .3 | Communicate with Jennifer Westerfield regarding final version of memorandum of understanding regarding settlement |
| 8/11/10 | RET | .3 | Communications with Peter Bisio regarding when the settlement administration costs would be incurred |
| 8/12/10 | RET | .3 | Communications with Peter Bisio and plaintiffs' counsel regarding when the settlement administration costs would be incurred |
| 8/13/10 | RET | .2 | Communications from Jennifer Westerfield regarding timing |

| | | | |
|---|---|---|---|
| 8/13/10 | RET | .3 | Receive and analyze latest draft of stipulation |
| 8/16/10 | RET | .2 | Communicate with Peter Bisio and Alan Merskey regarding settlement |
| 8/16/10 | RET | .2 | Further communications with Don Powers regarding status of memorandum of understanding regarding settlement |
| 8/16/10 | RET | .3 | Communicate with Don Powers regarding status of memorandum of understanding regarding settlement |
| 8/16/10 | RET | .3 | Communications with Peter Bisio and plaintiffs' counsel regarding changes to the memorandum of understanding regarding settlement regarding cost of implementation and timing thereof |
| 8/16/10 | JMS7 | .2 | Review communications between Don Powers and Rene' Thorne regarding bankruptcy issues (approved by Sandy Illmer) |
| 8/17/10 | RET | .2 | Communications with Alan Merskey regarding execution and timing |
| 8/17/10 | RET | .3 | Communications with Don Powers regarding the Memorandum of Understanding regarding Settlement |
| 8/17/10 | RET | .2 | Communications with plaintiffs' counsel regarding execution of memorandum of understanding and timing thereof |
| 8/17/10 | RET | .3 | Communicate with Peter Bisio regarding when the settlement administration costs would be incurred |
| 8/17/10 | JMS7 | .2 | Review communications with Don Powers regarding settlement (approved by Sandi Illmer) |
| 8/18/10 | RET | .3 | Communications with Ken Hashimoto regarding memorandum of understanding regarding settlement |
| 8/18/10 | RET | .5 | Call with plaintiffs' counsel regarding data they will need in connection with settlement |
| 8/18/10 | RET | .2 | Communications with Don Powers regarding memorandum of understanding regarding settlement |
| 8/18/10 | RET | .4 | Call with Don Powers regarding settlement |
| 8/18/10 | RET | .6 | Final revisions to memorandum of understanding regarding settlement and communications with all counsel regarding execution of same and confidentiality |
| 8/18/10 | RET | .3 | Communications with plaintiffs' counsel and Peter Bisio regarding execution of memorandum of understanding regarding settlement and timing thereof |
| 8/18/10 | RET | .3 | Emails with Don Powers and Anna Ventresca regarding settlement |
| 8/18/10 | RET | .3 | Communications with Alan Merskey and Jennifer Westerfield regarding settlement |
| 8/18/10 | JMS7 | .2 | Confer with Rene' Thorne regarding bankruptcy issues (approved by Sandy Illmer) |
| 8/18/10 | JMS7 | .3 | Prepare communications to individual defendants concerning settlement |

| | | | |
|---|---|---|---|
| 8/18/10 | JMS7 | .2 | Draft communication to all individual employees regarding settlement |
| 8/18/10 | JMS7 | .2 | Review communications between Don Powers and Rene' Thorne regarding bankruptcy issues (approved by Sandy Illmer) |
| 8/18/10 | JMS7 | .3 | Confer with Rene' Thorne regarding preparing communications concerning settlement (approved by Sandy Illmer) |
| 8/19/10 | RET | 1.2 | Analyze confidentiality obligations under the memorandum of understanding regarding settlement |
| 8/19/10 | RET | .2 | Communications with Laurel Van Allen regarding settlement |
| 8/19/10 | RET | .4 | Communications with Don Powers regarding settlement |
| 8/20/10 | RET | .2 | Communications with Laurel Van Allen and plaintiffs' counsel regarding data we will need for settlement |
| 8/20/10 | RET | .3 | Communications with Ken Hashimoto and Peter Bisio regarding settlement |
| 8/24/10 | RET | .3 | Communications with plaintiffs' counsel and Laurel Van Allen regarding participant data |
| 8/25/10 | RET | .6 | Prepare for and call with plaintiffs' counsel and Laurel Van Allen regarding participant data needed for allocation of settlement |
| 8/25/10 | RET | .1 | Receive and analyze signature pages from plaintiffs' counsel to memorandum of understanding regarding settlement |
| 8/26/10 | RET | .2 | Communication from Peter Bisio to Ken Hashimoto regarding settlement |
| 8/26/10 | RET | .3 | Communicate with Jennifer Westerfield, Alan Merskey, and Peter Bisio regarding settlement |
| 8/30/10 | RET | .2 | Receive and analyze fully executed copy of the Bankruptcy Stipulation |
| 8/30/10 | RET | .3 | Email from plaintiffs' counsel discussing long form settlement agreement |

**SUB TOTAL     7,357.50**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| | | | |
|---|---|---|---|
| 8/23/10 | JMS7 | .1 | Review notice regarding withdrawal of plaintiff's counsel |

**SUB TOTAL     42.50**

**ATTORNEY SERVICES**              **$7,400.00**

**TOTAL HOURS: 15.10**
**FEE GRAND TOTAL:     $7,400.00**
**NORTEL'S 50% TOTAL:  $3,700.00**

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS          DESCRIPTION OF SERVICES RENDERED

L250 Other Written Motions and Submissions

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 8/09/10 | DSH | .20 | Receive and review e-mail from Annie Cordo with new dates, deadlines and instructions for the Sixth Quarterly Fee Hearing and calendar same |
| 8/10/10 | RET | .20 | Communicate with Annie Cordo and Donna Hebert regarding Six Quarterly Fee Hearing |
| 8/12/10 | DSH | .80 | Begin working on the Seventeenth Interim Fee Application for the Delaware bankruptcy court |
| 8/18/10 | RET | .30 | Communications with Don Powers regarding information he needs for financial statements |
| 8/19/10 | JMS7 | .50 | Edit bankruptcy fee application |
| 8/19/10 | DSH | .30 | Begin drafting Exhibit B to Seventeenth Interim Fee Application for May 2010 |
| 8/19/10 | DSH | .80 | Begin drafting Exhibit A to Seventeenth Interim Fee Application for May 2010 |
| 8/20/10 | DSH | .20 | Draft e-mail to Annie Cordo in connection with Jackson Lewis' Seventeenth Interim Fee Application for May 2010 |
| 8/20/10 | DSH | .40 | Finalize Seventeenth Interim Fee Application for May 2010 to forward to Annie Cordo to be filed Delaware Bankruptcy court |
| 8/20/10 | DSH | .40 | Finalize Exhibit A to Seventeenth Interim Fee Application for May 2010 to forward to Annie Cordo to be filed with the Delaware bankruptcy court |
| 8/20/10 | DSH | .20 | Finalize Exhibit B to Seventeenth Interim Fee Application for May 2010 to forward to Annie Cordo to be filed with the Delaware Bankruptcy court |
| 8/25/10 | DSH | .20 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' seventeenth interim fee application |
| 8/25/10 | DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' seventeenth interim fee application |
| 8/30/10 | DSH | .90 | Begin drafting the Eighteenth Interim Fee Application for the Delaware bankruptcy court |
| 8/30/10 | DSH | .50 | Begin drafting Exhibit B to Eighteenth Interim Fee Application for June 2010 |

| | | | |
|---|---|---|---|
| 8/30/10 | DSH | 1.10 | Begin drafting Exhibit A to the Eighteenth Interim Fee Application to be filed in the Delaware bankruptcy court |
| 8/31/10 | DSH | .30 | Finalize Exhibit B to Eighteenth Interim Fee Application for June 2010 |
| 8/31/10 | DSH | 1.20 | Continue working on the Eighteenth Interim Fee Application for the Delaware bankruptcy court |

                     **SUB TOTAL**     1,632.50

**TOTAL SERVICES**                                    1,632.50

**TOTAL HOURS:  8.80**

**FEE GRAND TOTAL:**     $ 1,632.50

4824-7109-6327, v.  1