# SCHEDULE B
**TWENTIETH INTERIM FEE APPLICATION**

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 Through August 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Postage | In-house | .78 | |
| Photocopying | In-house | 7.60 | |
| | | | |
| | | | |
| Total Expenses | | | |
| **Grand Total:** | | | **8.38** |
| | | | |

***Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

_____

**TOTAL EXPENSES DUE:  $8.38**

# Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:            $0.00

**NORTEL'S 50% TOTAL:**          **$0.00**

**NORTEL (non-insurance)**

DISBURSEMENTS

        Postage:              .78
        Photocopying       7.60

TOTAL DISBURSEMENTS:            $8.38

**TOTAL EXPENSES DUE:**          **$8.38**

**4829-9387-6999, v. 1**