# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2010 Through August 31, 2010

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | 25.00 |
| Transcripts | | 141.50 |
| Photos/Art/ Spec Duplicating | | 4,073.78 |
| Travel | | 631.00 |
| Meals | | 254.03 |
| Messenger Service | | 78.00 |
| Courier/Delivery Service | | 1,119.42 |
| Computer Research | Westlaw | 1,863.44 |
| Duplicating | In Office | 24.50 |
| Facsimile | | 1,463.05 |
| Postage | | 14.75 |
| Pacer | | 312.48 |
| Paralegal Overtime | (A. Conway – 7/12/10, 7/13/10)[6] | 30.25 |
| Paralegal Overtime Expense | | 15.00 |
| Hotel Accommodations | | 643.58 |
| Conference Calls | | 30.00 |
| **Grand Total Expenses** | | **$10,719.78** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

```
Nortel Networks, Inc.                    PRO FORMA  257735        AS OF 08/31/10                              INVOICE# ******
63989-DIP
DATE: 10/01/10 19:28:10
```

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 824819 | 08/16/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC - JULIET A. DRAKE | 503 | 597 | 172765 |
| 825855 | 08/23/10 | B | 141.50 | Transcripts - DIAZ DATA SERVICES` CASE# 09-10138 - COPY OF TRANSCRIPT | 506 | 904 | 172997 |
| 829961 | 08/09/10 | B | 564.01 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS, ENVELOPES, POSTAGE, AND HAND DELIVERY | 510 | 546 | 173855 |
| 824769 | 08/10/10 | B | 679.57 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 172730 |
| 825122 | 08/16/10 | B | 928.47 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 172858 |
| 827297 | 08/30/10 | B | 965.49 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS, ENVELOPES, HAND DELIVERY, AND POSTAGE | 510 | 546 | 173194 |
| 827299 | 08/30/10 | B | 823.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS, AIRBILLS, AND POSTAGE | 510 | 546 | 173196 |
| 827305 | 08/31/10 | B | 113.24 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BINDER, TABS, AND COPIES | 510 | 904 | 173204 |
| 825127 | 08/03/10 | B | 278.00 | Travel - UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. CULVER - AMTRAK; WILMINGTON, DE TO NY PENN - 08/03/10 | 511 | 203 | 172863 |
| 825128 | 08/03/10 | B | 278.00 | Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: D. ABBOTT - AMTRAK; WILMINGTON, DE TO NY PENN - 08/03/10 | 511 | 322 | 172863 |
| 825864 | 08/05/10 | B | 50.00 | Travel - DEREK C. ABBOTT` REIMBURSEMENT OF CAB FARE & PARKING FROM TRIP TO NEW YORK FOR MEETINGS 8/04-8/05/10 | 511 | 322 | 173010 |
| 824649 | 08/05/10 | B | 25.00 | Travel DONNA L. CULVER` REIMBURSEMENT OF PARKING AND TIPS FROM TRIP T NY TO MEET WITH CLIENTS - 08/04 - 08/05/10 | 511 O | 203 | 172672 |
| 825865 | 08/05/10 | B | 248.67 | Meals DEREK C. ABBOTT` REIMBURSEMENT OF MEAL CHARGE FROM TRIP TO NEW YORK FOR MEETINGS 8/04-8/05/10 | 512 | 322 | 173010 |
| 824650 | 08/05/10 | B | 5.36 | Meals DONNA L. CULVER` REIMBURSEMENT OF MEALS FROM TRIP TO NY TO MEE WITH CLIENTS - 08/04 - 08/05/10 | 512 T | 203 | 172672 |
| 827219 | 08/02/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827263 | 08/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827264 | 08/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827326 | 08/10/10 | B | 3.00 | Messenger Service | 513S | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/01/10 19:28:10

PRO FORMA   257735        AS OF 08/31/10                           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 827376 | 08/16/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 827378 | 08/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827400 | 08/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827402 | 08/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827423 | 08/20/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 827448 | 08/23/10 | B | 9.00 | Messenger Service | 513S | 546 | |
| 827455 | 08/23/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 827474 | 08/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827481 | 08/25/10 | B | 6.00 | Messenger Service | 513S | 546 | |
| 827482 | 08/25/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827494 | 08/25/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827519 | 08/27/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 827523 | 08/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827531 | 08/30/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 827538 | 08/30/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 826773 | 07/02/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM - 07/02/10 | 514 | 904 | 173148 |
| 826774 | 07/02/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM - 07/02/10 | 514 | 000 | 173148 |
| 824468 | 08/02/10 | B | 27.54 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 172605 |
| 828234 | 08/02/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 08/02/10 | 514 | 000 | 173438 |
| 824295 | 08/02/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 172566 |
| 824296 | 08/02/10 | B | 14.59 | Courier/Delivery Service | 514 | 597 | 172566 |
| 824297 | 08/02/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 172566 |
| 824298 | 08/02/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 172566 |
| 824299 | 08/02/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 172566 |
| 824300 | 08/02/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 172566 |
| 824487 | 08/04/10 | B | 21.58 | Courier/Delivery Service | 514 | 203 | 172607 |
| 828238 | 08/10/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 08/10/10 | 514 | 000 | 173438 |
| 825918 | 08/10/10 | B | 51.91 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 173020 |
| 824816 | 08/10/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 172764 |
| 826152 | 08/11/10 | B | 165.00 | Courier/Delivery Service TRI-STATE COURIER & CARRIAGE | 514 | 546 | 173078 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/01/10 19:28:10

PRO FORMA   257735           AS OF 08/31/10                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 828241 | 08/16/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS` USPS.COM CLICK - 08/16/10 | 514 | 000 | 173438 |
| 826225 | 08/16/10 | B | 27.54 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 173123 |
| 826394 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173138 |
| 826395 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 173138 |
| 826396 | 08/16/10 | B | 14.59 | Courier/Delivery Service | 514 | 597 | 173138 |
| 826397 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 173138 |
| 826398 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173138 |
| 826399 | 08/16/10 | B | 12.62 | Courier/Delivery Service | 514 | 597 | 173138 |
| 826400 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 173138 |
| 826401 | 08/16/10 | B | 10.60 | Courier/Delivery Service | 514 | 597 | 173138 |
| 827940 | 08/20/10 | B | 134.84 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 173412 |
| 827941 | 08/21/10 | B | 15.45 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 597 | 173412 |
| 826256 | 08/24/10 | B | 38.54 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 173132 |
| 827961 | 08/28/10 | B | 28.33 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 173413 |
| 828876 | 08/30/10 | B | 210.00 | Courier/Delivery Service TRI-STATE COURIER & CARRIAGE | 514 | 546 | 173649 |
| 828261 | 08/31/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173442 |
| 828262 | 08/31/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173442 |
| 828263 | 08/31/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173442 |
| 828264 | 08/31/10 | B | 10.60 | Courier/Delivery Service | 514 | 000 | 173442 |
| 828265 | 08/31/10 | B | 13.29 | Courier/Delivery Service | 514 | 000 | 173442 |
| 825000 | 08/04/10 | B | 73.49 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 825001 | 08/05/10 | B | 40.32 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 825002 | 08/05/10 | B | 13.86 | Computer Research - Westlaw Search Performed by: HARVEY,MATT | 515 | 924 | |
| 825003 | 08/06/10 | B | 160.10 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 825004 | 08/06/10 | B | 30.24 | Computer Research - Westlaw Search Performed by: CATCHPOLE,NATHAN | 515 | 975 | |
| 825005 | 08/06/10 | B | 150.55 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 825006 | 08/06/10 | B | 27.72 | Computer Research - Westlaw Search Performed by: HARVEY,MATT | 515 | 924 | |
| 825785 | 08/09/10 | B | 28.99 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 825786 | 08/10/10 | B | 38.53 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 825787 | 08/11/10 | B | 111.65 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 825788 | 08/11/10 | B | 77.55 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 825789 | 08/12/10 | B | 42.71 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |

```
Nortel Networks, Inc.                                PRO FORMA   257735              AS OF 08/31/10                                          INVOICE# ******
63989-DIP
DATE: 10/01/10 19:28:10

INDEX   DATE      STAT  AMOUNT   DESCRIPTION                                                              CODE  TKPER  VOUCHER

825790  08/13/10   B    110.88   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S         515   942
826658  08/16/10   B      8.69   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S         515   942
826659  08/16/10   B     25.99   Computer Research - Westlaw Search Performed by: GAZZE,ALISSA            515   948
826660  08/16/10   B     93.15   Computer Research - Westlaw Search Performed by: REMMING,ANDREW          515   961
826661  08/17/10   B     38.93   Computer Research - Westlaw Search Performed by: CORDO,ANN               515   904
826662  08/18/10   B    787.57   Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S         515   942
826900  08/26/10   B      2.52   Computer Research - Westlaw Search Performed by: HARVEY,MATT             515   924
823420  08/02/10   B      3.60   In-House Duplicating                                                     519   597
823421  08/02/10   B      1.70   In-House Duplicating                                                     519   597
823422  08/02/10   B     13.60   In-House Duplicating                                                     519   670
823985  08/03/10   B      1.20   In-House Duplicating                                                     519   670
823986  08/03/10   B      4.40   In-House Duplicating                                                     519   381
826529  08/18/10   B     11.12   Postage                                                                  520   597
829518  08/25/10   B      3.63   Postage                                                                  520   597
824584  08/02/10   B    774.25   Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX      522H  597   172632
825129  08/16/10   B    688.80   Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX      522H  597   172864
825153  07/31/10   B    186.80   Pacer charges for the month of July                                      529   000
829195  08/31/10   B    125.68   Pacer charges for the month of August                                    529   000
827157  07/12/10   B     19.25   Paralegal Overtime                                                       530S  594
827159  07/13/10   B     11.00   Paralegal Overtime                                                       530S  594
828590  07/09/10   B     15.00   Paralegal Overtime Expense PETTY CASH` E. CAMPBELL OT MEAL - 07/09/10    531   597   173479
824648  08/05/10   B    324.51   Hotel Accommodations - DONNA L. CULVER` REIMBURSEMENT OF HOTEL CHARGES
                                 FROM TRIP TO N TO MEET WITH CLIENTS - 08/04 - 08/05/10                   549 Y 203   172672
824616  08/05/10   B    319.07   Hotel Accommodations - DEREK C. ABBOTT` REIMBURSEMENT OF HOTEL CHARGES
                                 FROM TRIP TO N TO ATTEND COMPANY MEETINGS - 08/04 - 08/05/10             549 Y 322   172639
828232  07/29/10   B     30.00   Conference Calls AMERICAN EXPRESS` COURTCALL - 07/29/10                  552H  904   173438
                     ─────────
                     10,719.78
```

Nortel Networks, Inc.
63989-DIP
DATE: 10/01/10 19:28:10

PRO FORMA  257735                    AS OF 08/31/10                    INVOICE# ******