*Nortel Networks Inc., et al.*                                                                                                                                     *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 466663 | Covergence, Inc. (now Acme Packet, Inc. through merger) | N/A | 6100009951 | 1/13/2009 | 1,142,124.50 | Payment | Nortel Networks Inc. |
| 466663 | Covergence, Inc. (now Acme Packet, Inc. through merger) | N/A | 6000011640 | 12/24/2008 | 77,310.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | $1,219,434.50 | | |
| **Invoices** | | | | | | | |
| 466663 | Covergence, Inc. (now Acme Packet, Inc. through merger) | 1608 | 6100009951 | 12/31/2008 | 1,142,124.50 | Invoice | Nortel Networks Inc. |
| 466663 | Covergence, Inc. (now Acme Packet, Inc. through merger) | 1474 | 6000011640 | 9/29/2008 | 18,102.00 | Invoice | Nortel Networks Inc. |
| 466663 | Covergence, Inc. (now Acme Packet, Inc. through merger) | 1452 | 6000011640 | 9/23/2008 | 59,208.00 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | $1,219,434.50 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.