*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

## 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 452573 | Automotive Rentals, Inc. | N/A | 6100010079 | 1/13/2009 | 423.45 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100009544 | 12/19/2008 | 257,150.92 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100009809 | 12/19/2008 | 193,247.18 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100008486 | 11/25/2008 | 38,419.22 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100008997 | 11/21/2008 | 460,708.31 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100009307 | 11/21/2008 | 32,131.76 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100008382 | 10/17/2008 | 446.35 | Payment | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | N/A | 6100008474 | 10/17/2008 | 524,927.19 | Payment | Nortel Networks Inc. |
| **Total** | | | | | **$1,507,454.38** | | |
| 8 | | | | | | | |

## Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 452573 | Automotive Rentals, Inc. | B31199 | 6100010079 | 12/25/2008 | 423.45 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M46527A | 6100009809 | 11/26/2008 | 155,360.91 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M42720 | 6100009809 | 11/26/2008 | 37,886.27 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B16197 | 6100009544 | 11/26/2008 | 430.11 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B11764 | 6100009544 | 11/26/2008 | 11,100.03 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M46550 | 6100009544 | 11/26/2008 | 4,894.00 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B11739 | 6100009544 | 11/26/2008 | 240,726.78 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M24626 | 6100009307 | 11/11/2008 | 32,131.76 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 452573 | Automotive Rentals, Inc. | M28249 | 6100008997 | 10/27/2008 | 12,789.69 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M28228 | 6100008997 | 10/27/2008 | 184,048.89 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B96767 | 6100008997 | 10/25/2008 | 252,236.39 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B01240 | 6100008997 | 10/25/2008 | 442.71 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B96791 | 6100008997 | 10/25/2008 | 11,190.63 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M06448 | 6100008486 | 10/13/2008 | 38,487.57 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M74845 | 6100008486 | 7/28/2008 | (68.35) | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M09994 | 6100008474 | 9/27/2008 | 5,427.05 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M09976 | 6100008474 | 9/27/2008 | 217,629.54 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B81835 | 6100008474 | 9/26/2008 | 259,865.46 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B81858 | 6100008474 | 9/26/2008 | 11,565.13 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | M88967A | 6100008474 | 8/27/2008 | 30,440.01 | Invoice | Nortel Networks Inc. |
| 452573 | Automotive Rentals, Inc. | B86383 | 6100008382 | 9/26/2008 | 446.35 | Invoice | Nortel Networks Inc. |

Total  21  $1,507,454.38

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.