*Nortel Networks Inc., et al.*                                                                                                                                           *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 451616 | Camiant, Inc. | N/A | 6100009898 | 1/13/2009 | 504,497.00 | Payment | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | N/A | 6100009475 | 12/19/2008 | 9,943.22 | Payment | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | N/A | 6100009221 | 11/21/2008 | 250,256.78 | Payment | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | N/A | 6100008635 | 10/23/2008 | 212,800.00 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | | $977,497.00 | | |
| Invoices | | | | | | | | |
| | 451616 | Camiant, Inc. | 5456 | 6100009898 | 10/1/2008 | 504,497.00 | Invoice | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | 5419 | 6100009475 | 10/22/2008 | 9,943.22 | Invoice | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | CM1057 | 6100009221 | 11/11/2008 | (9,943.22) | Invoice | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | 5410 | 6100009221 | 9/5/2008 | 195,200.00 | Invoice | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | 5416 | 6100009221 | 8/1/2008 | 65,000.00 | Invoice | Nortel Networks Inc. |
| | 451616 | Camiant, Inc. | 5409 | 6100008635 | 8/15/2008 | 212,800.00 | Invoice | Nortel Networks Inc. |
| Total | 6 | | | | | $977,497.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.