Case 09-10138-MFW    Doc 4069-1    Filed 10/04/10    Page 1 of 2

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 424826 | CSWL, Inc. | N/A | 6100009873 | 1/13/2009 | 331,112.00 | Payment | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | N/A | 6100009431 | 12/19/2008 | 366,892.98 | Payment | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | N/A | 6100009170 | 11/21/2008 | 119,000.00 | Payment | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | N/A | 6100008858 | 11/21/2008 | 339,919.00 | Payment | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | N/A | 6100008594 | 10/23/2008 | 127,108.00 | Payment | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | N/A | 6100008323 | 10/17/2008 | 466,394.24 | Payment | Nortel Networks Inc. |
| **Total** | | | | | **$1,750,426.22** | | |
| 6 | | | | | | | |
| **Invoices** | | | | | | | |
| 424826 | CSWL, Inc. | 110451 | 6100009873 | 10/15/2008 | 331,112.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110327 | 6100009431 | 9/15/2008 | 352,292.98 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110253A | 6100009431 | 8/15/2008 | 7,300.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110253B | 6100009431 | 8/15/2008 | 7,300.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110328 | 6100009170 | 9/15/2008 | 119,000.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110252 | 6100008858 | 8/15/2008 | 339,919.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110251 | 6100008594 | 8/15/2008 | 122,500.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110197 | 6100008594 | 8/13/2008 | 4,608.00 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110122 | 6100008323 | 7/16/2008 | 129,595.24 | Invoice | Nortel Networks Inc. |
| 424826 | CSWL, Inc. | 110123 | 6100008323 | 7/15/2008 | 336,799.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*                                                                                                            *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| Total    10 | | | | | $1,750,426.22 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.