*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 433840 | Eltek Valere Inc. | N/A | 6000000431 | 4/27/2009 | 270.00 | Payment | Nortel Networks (CALA) Inc. |
| 434854 | Eltek Energy LLC | N/A | 6000011735 | 1/12/2009 | 23,257.35 | Payment | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | N/A | 6000011733 | 1/12/2009 | 270.00 | Payment | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | N/A | 6000011534 | 12/22/2008 | 109,370.28 | Payment | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | N/A | 6000011533 | 12/22/2008 | 254.82 | Payment | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | N/A | 6000011255 | 12/10/2008 | 227.55 | Payment | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | N/A | 6000011021 | 11/24/2008 | 436.99 | Payment | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | N/A | 6000010791 | 11/10/2008 | 690.00 | Payment | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | N/A | 6000010498 | 10/22/2008 | 4,995.70 | Payment | Nortel Networks Inc. |
| **Total** 9 | | | | | **$139,772.69** | | |
| **Invoices** | | | | | | | |
| 434854 | Eltek Energy LLC | CD72897 | 6000011735 | 10/27/2008 | 1,403.07 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD72898 | 6000011735 | 10/27/2008 | 1,403.07 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD72896 | 6000011735 | 10/24/2008 | 2,806.14 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD72431 | 6000011735 | 10/22/2008 | 1,403.07 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD72432 | 6000011735 | 10/22/2008 | 1,403.07 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD72433 | 6000011735 | 10/22/2008 | 1,403.07 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71723 | 6000011735 | 10/14/2008 | 7,822.30 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 434854 | Eltek Energy LLC | CD71619 | 6000011735 | 10/13/2008 | 2,806.78 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71206 | 6000011735 | 10/8/2008 | 1,403.39 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71274 | 6000011735 | 10/8/2008 | 1,403.39 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD72305 | 6000011733 | 10/20/2008 | 270.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71173 | 6000011534 | 10/7/2008 | 1,849.34 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71174 | 6000011534 | 10/7/2008 | 3,698.66 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD71019 | 6000011534 | 10/3/2008 | 1,394.39 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70788 | 6000011534 | 9/30/2008 | 62.90 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70938 | 6000011534 | 9/30/2008 | 53,490.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70772 | 6000011534 | 9/30/2008 | 227.55 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70789 | 6000011534 | 9/30/2008 | 629.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70787 | 6000011534 | 9/30/2008 | 629.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70844 | 6000011534 | 9/30/2008 | 19,499.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70786 | 6000011534 | 9/30/2008 | 629.00 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70769 | 6000011534 | 9/30/2008 | 651.74 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70578 | 6000011534 | 9/29/2008 | 455.64 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70580 | 6000011534 | 9/29/2008 | 227.82 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70579 | 6000011534 | 9/29/2008 | 455.64 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD70577 | 6000011534 | 9/29/2008 | 455.64 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD69992 | 6000011534 | 9/26/2008 | 1,463.32 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*                                          *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 434854 | Eltek Energy LLC | CD69993 | 6000011534 | 9/26/2008 | 22,088.32 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD69994 | 6000011534 | 9/26/2008 | 1,463.32 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Valere Inc. | CD66192 | 6000011533 | 8/14/2008 | 254.82 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD68626 | 6000011255 | 9/11/2008 | 227.55 | Invoice | Nortel Networks Inc. |
| 434854 | Eltek Energy LLC | CD67975 | 6000011021 | 9/3/2008 | 436.99 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66579 | 6000010791 | 8/21/2008 | 690.00 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CR2379 | 6000010498 | 9/17/2008 | (80.00) | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CR2381 | 6000010498 | 9/17/2008 | (80.00) | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CR2383 | 6000010498 | 9/17/2008 | (80.00) | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CR2384 | 6000010498 | 9/17/2008 | (80.00) | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CR2382 | 6000010498 | 9/17/2008 | (80.00) | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66102 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66101 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66191 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66100 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66190 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD66099 | 6000010498 | 8/14/2008 | 455.62 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD61007 | 6000010498 | 6/25/2008 | 535.36 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD61005 | 6000010498 | 6/25/2008 | 530.42 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD61006 | 6000010498 | 6/25/2008 | 530.42 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 433840 | Eltek Valere Inc. | CD61004 | 6000010498 | 6/25/2008 | 530.42 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD60907 | 6000010498 | 6/24/2008 | 535.36 | Invoice | Nortel Networks Inc. |
| 433840 | Eltek Valere Inc. | CD86175 | 6000000431 | 3/18/2009 | 270.00 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 50 | | | | $139,772.69 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.