*Nortel Networks Inc., et al.*                                                              *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 454085 | Gail & Rice, Inc. | N/A | 6100008912 | 11/21/2008 | 19,940.50 | Payment | Nortel Networks Inc. |
| | 454085 | Gail & Rice, Inc. | N/A | 6100009228 | 11/21/2008 | 1,250,000.00 | Payment | Nortel Networks Inc. |
| | 454085 | Gail & Rice, Inc. | N/A | 6100008640 | 10/23/2008 | 474,599.00 | Payment | Nortel Networks Inc. |
| **Total** | 3 | | | | | $1,744,539.50 | | |
| **Invoices** | | | | | | | | |
| | 454085 | Gail & Rice, Inc. | 1174 | 6100009228 | 8/28/2008 | 1,250,000.00 | Invoice | Nortel Networks Inc. |
| | 454085 | Gail & Rice, Inc. | 1160 | 6100008912 | 8/8/2008 | 19,940.50 | Invoice | Nortel Networks Inc. |
| | 454085 | Gail & Rice, Inc. | 1151 | 6100008640 | 7/29/2008 | 219,599.00 | Invoice | Nortel Networks Inc. |
| | 454085 | Gail & Rice, Inc. | 1144 | 6100008640 | 7/16/2008 | 255,000.00 | Invoice | Nortel Networks Inc. |
| **Total** | 4 | | | | | $1,744,539.50 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.