*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 297155 | Green Hills Software, Inc. | N/A | 6000011477 | 12/23/2008 | 25,740.00 | Payment | Nortel Networks Inc. |
| | 297155 | Green Hills Software, Inc. | N/A | 6000011207 | 12/11/2008 | 92,875.09 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $118,615.09 | | |
| Invoices | | | | | | | | |
| | 297155 | Green Hills Software, Inc. | 44825 | 6000011477 | 10/27/2008 | 25,740.00 | Invoice | Nortel Networks Inc. |
| | 297155 | Green Hills Software, Inc. | 44712 | 6000011207 | 10/13/2008 | 92,875.09 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $118,615.09 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.