*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 306723 | Ingram Micro Inc. | N/A | 6000011844 | 1/12/2009 | 48,750.00 | Payment | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | N/A | 6000011481 | 12/24/2008 | 14,254.66 | Payment | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | N/A | 6000011210 | 12/8/2008 | 51,534.00 | Payment | Nortel Networks Inc. |
| | 454700 | Ingram Micro Inc. | N/A | 6000010834 | 11/10/2008 | 5,000.00 | Payment | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | N/A | 6000010729 | 11/10/2008 | 48,749.00 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | | $168,287.66 | | |
| Invoices | | | | | | | | |
| | 306723 | Ingram Micro Inc. | 167293 | 6000011844 | 11/21/2008 | 21,250.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 167180 | 6000011844 | 11/21/2008 | 16,666.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 167181 | 6000011844 | 11/21/2008 | 10,834.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 163766 | 6000011481 | 9/12/2008 | 14,254.66 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 165997 | 6000011210 | 10/30/2008 | 3,200.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 165578 | 6000011210 | 10/22/2008 | 10,834.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 165212 | 6000011210 | 10/16/2008 | 37,500.00 | Invoice | Nortel Networks Inc. |
| | 454700 | Ingram Micro Inc. | POWERWEEK | 6000010834 | 10/8/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 164118 | 6000010729 | 9/23/2008 | 10,833.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 164117 | 6000010729 | 9/23/2008 | 16,666.00 | Invoice | Nortel Networks Inc. |
| | 306723 | Ingram Micro Inc. | 164116 | 6000010729 | 9/23/2008 | 21,250.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Exhibit A

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| Total 11 | | | | | $168,287.66 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.