*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

### 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 466487 | Judge Technical Services, Inc. | N/A | 6000010603 | 10/22/2008 | 142,710.00 | Payment | Nortel Networks Inc. |
| Total 1 | | | | | $142,710.00 | | |

### Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 466487 | Judge Technical Services, Inc. | NOR01 | 6000010603 | 7/17/2008 | 142,710.00 | Invoice | Nortel Networks Inc. |
| Total 1 | | | | | $142,710.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.