*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

## 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453650 | Mercury Americas USA, Corp | N/A | 6100001267 | 7/14/2009 | 8,219.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001261 | 7/13/2009 | 47,917.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001236 | 6/30/2009 | 13,076.40 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001198 | 6/16/2009 | 10,304.93 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001186 | 6/11/2009 | 8,219.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001154 | 6/2/2009 | 47,917.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001147 | 6/1/2009 | 11,112.50 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001139 | 5/27/2009 | 7,651.08 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001099 | 5/12/2009 | 8,219.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001069 | 5/4/2009 | 47,917.00 | Payment | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | N/A | 6100001051 | 4/28/2009 | 7,651.08 | Payment | Nortel Networks (CALA) Inc. |
| Total 11 | | | | | $218,203.99 | | |

## Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453650 | Mercury Americas USA, Corp | MS103709 | 6100001267 | 5/1/2009 | 8,219.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS104309 | 6100001261 | 6/1/2009 | 47,917.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS103509 | 6100001236 | 4/20/2009 | 5,220.84 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS103409 | 6100001236 | 4/20/2009 | 7,855.56 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102809 | 6100001198 | 3/20/2009 | 7,304.93 | Invoice | Nortel Networks (CALA) Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 453650 | Mercury Americas USA, Corp | MS103009 | 6100001198 | 3/20/2009 | 3,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS103309 | 6100001186 | 4/1/2009 | 8,219.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS103609 | 6100001154 | 5/1/2009 | 47,917.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102709 | 6100001147 | 3/20/2009 | 5,220.83 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102909 | 6100001147 | 3/20/2009 | 5,891.67 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102609 | 6100001139 | 3/15/2009 | 7,651.08 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102409 | 6100001099 | 3/1/2009 | 8,219.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS103209 | 6100001069 | 4/1/2009 | 47,917.00 | Invoice | Nortel Networks (CALA) Inc. |
| 453650 | Mercury Americas USA, Corp | MS102109 | 6100001051 | 2/15/2009 | 7,651.08 | Invoice | Nortel Networks (CALA) Inc. |
| Total 14 | | | | | $218,203.99 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.