*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 464830 | Nathanson and Company, LLC | N/A | 6000011627 | 1/5/2009 | 243,102.00 | Payment | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | N/A | 6000011082 | 11/24/2008 | 582,540.00 | Payment | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | N/A | 6000010589 | 10/23/2008 | 417,540.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $1,243,182.00 | | |
| Invoices | | | | | | | | |
| | 464830 | Nathanson and Company, LLC | 14100110 | 6000011627 | 10/1/2008 | 243,102.00 | Invoice | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | 1409010810 | 6000011082 | 9/1/2008 | 216,020.00 | Invoice | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | 1.409010805e+011 | 6000011082 | 9/1/2008 | 165,000.00 | Invoice | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | 14090109 | 6000011082 | 9/1/2008 | 201,520.00 | Invoice | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | 1408010809 | 6000010589 | 8/1/2008 | 216,020.00 | Invoice | Nortel Networks Inc. |
| | 464830 | Nathanson and Company, LLC | 14080108 | 6000010589 | 8/1/2008 | 201,520.00 | Invoice | Nortel Networks Inc. |
| Total | 6 | | | | | $1,243,182.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.