*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100009892 | 1/13/2009 | 45,800.00 | Payment | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100009463 | 12/19/2008 | 104,800.00 | Payment | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100009208 | 11/21/2008 | 137,400.00 | Payment | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100008897 | 11/21/2008 | 305,260.00 | Payment | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100008625 | 10/23/2008 | 274,800.00 | Payment | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | N/A | 6100008364 | 10/17/2008 | 59,800.00 | Payment | Nortel Networks Inc. |
| Total | 6 | | | | $927,860.00 | | |
| **Invoices** | | | | | | | |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103235 | 6100009892 | 10/23/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103114 | 6100009463 | 9/17/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103115 | 6100009463 | 9/17/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103097 | 6100009463 | 9/12/2008 | 5,400.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103084 | 6100009463 | 9/9/2008 | 7,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103059 | 6100009208 | 8/29/2008 | 137,400.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103045 | 6100008897 | 8/20/2008 | 91,600.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103036 | 6100008897 | 8/15/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103029 | 6100008897 | 8/12/2008 | 25,420.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103032 | 6100008897 | 8/12/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103031 | 6100008897 | 8/12/2008 | 25,420.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103030 | 6100008897 | 8/12/2008 | 25,420.00 | Invoice | Nortel Networks Inc. |

Page 2 of 3

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103025 | 6100008897 | 8/8/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103012 | 6100008625 | 8/7/2008 | 91,600.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103010 | 6100008625 | 8/7/2008 | 91,600.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 103011 | 6100008625 | 8/7/2008 | 91,600.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 102980 | 6100008364 | 7/21/2008 | 45,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 102540 | 6100008364 | 3/1/2008 | 6,800.00 | Invoice | Nortel Networks Inc. |
| 447791 | Stratalight Communications, Inc. (now Opnext Subsystems, Inc. through merger) | 102541 | 6100008364 | 3/1/2008 | 7,200.00 | Invoice | Nortel Networks Inc. |

Total 19    $927,860.00

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.