*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100010058 | 1/13/2009 | 173,075.30 | Payment | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100009486 | 12/19/2008 | 109,382.54 | Payment | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100009233 | 11/21/2008 | 180,541.82 | Payment | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100008917 | 11/21/2008 | 192,005.80 | Payment | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100008645 | 10/23/2008 | 338,098.36 | Payment | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | N/A | 6100008393 | 10/17/2008 | 225,990.27 | Payment | Nortel Networks Inc. |
| **Total** | 6 | | | | | $1,219,094.09 | | |
| **Invoices** | | | | | | | | |
| | 455164 | Pico Atlanta, Inc. | 0015805IN | 6100010058 | 12/3/2008 | 1,950.00 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015802IN | 6100010058 | 12/3/2008 | 2,325.47 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015801IN | 6100010058 | 12/3/2008 | 14,194.93 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015804IN | 6100010058 | 12/3/2008 | 7,700.00 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015803IN | 6100010058 | 12/3/2008 | 47,000.00 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015797IN | 6100010058 | 11/28/2008 | 5,900.60 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015792IN | 6100010058 | 11/28/2008 | 25,277.96 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015793IN | 6100010058 | 11/28/2008 | 5,216.94 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015783IN | 6100010058 | 11/24/2008 | 4,650.00 | Invoice | Nortel Networks Inc. |
| | 455164 | Pico Atlanta, Inc. | 0015771IN | 6100010058 | 11/21/2008 | 4,575.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 455164 | Pico Atlanta, Inc. | 0015777IN | 6100010058 | 11/21/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015772IN | 6100010058 | 11/21/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015752IN | 6100010058 | 11/19/2008 | 15,635.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015753IN | 6100010058 | 11/19/2008 | 11,818.47 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015760IN | 6100010058 | 11/19/2008 | 2,257.50 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015823IN | 6100010058 | 11/16/2008 | 17,035.90 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015825IN | 6100010058 | 11/16/2008 | 2,897.18 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015843IN | 6100010058 | 11/16/2008 | 220.35 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015689IN | 6100009486 | 10/31/2008 | 64,719.90 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015694IN | 6100009486 | 10/31/2008 | 1,950.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015789IN | 6100009486 | 10/30/2008 | 12,200.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015684IN | 6100009486 | 10/28/2008 | 6,723.90 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015661IN | 6100009486 | 10/23/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015645IN | 6100009486 | 10/22/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015636IN | 6100009486 | 10/21/2008 | 2,500.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015604IN | 6100009486 | 10/14/2008 | 6,620.98 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015599IN | 6100009486 | 10/13/2008 | 6,667.76 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015603IN | 6100009233 | 10/14/2008 | 150.04 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015605IN | 6100009233 | 10/14/2008 | 213.54 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015596IN | 6100009233 | 10/13/2008 | 10,127.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 455164 | Pico Atlanta, Inc. | 0015595IN | 6100009233 | 10/13/2008 | 1,565.72 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015598IN | 6100009233 | 10/13/2008 | 572.20 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015597IN | 6100009233 | 10/13/2008 | 96,400.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015680IN | 6100009233 | 10/10/2008 | 26,500.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015592IN | 6100009233 | 10/8/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015590IN | 6100009233 | 10/8/2008 | 15,112.82 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015591IN | 6100009233 | 10/8/2008 | 7,200.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015588IN | 6100009233 | 10/8/2008 | 17,700.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015581IN | 6100008917 | 9/30/2008 | 8,095.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015568IN | 6100008917 | 9/30/2008 | 5,294.60 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015578IN | 6100008917 | 9/30/2008 | 15,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015572IN | 6100008917 | 9/30/2008 | 601.05 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015557IN | 6100008917 | 9/24/2008 | 10,604.27 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015555IN | 6100008917 | 9/24/2008 | 6,695.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015550IN | 6100008917 | 9/23/2008 | 28,877.30 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015549IN | 6100008917 | 9/23/2008 | 578.64 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015554IN | 6100008917 | 9/23/2008 | 2,177.68 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015639IN | 6100008917 | 9/22/2008 | 42,500.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015538IN | 6100008917 | 9/18/2008 | 32,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015535IN | 6100008917 | 9/17/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 455164 | Pico Atlanta, Inc. | 0015593IN | 6100008917 | 8/29/2008 | 35,582.26 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015524IN | 6100008645 | 9/16/2008 | 401.69 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015518IN | 6100008645 | 9/16/2008 | 17,500.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015516IN | 6100008645 | 9/15/2008 | 1,155.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015507IN | 6100008645 | 9/12/2008 | 30,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015484IN | 6100008645 | 9/5/2008 | 2,556.32 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015483IN | 6100008645 | 9/5/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015478IN | 6100008645 | 9/3/2008 | 2,008.55 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015475IN | 6100008645 | 9/3/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015566IN | 6100008645 | 9/1/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015564IN | 6100008645 | 9/1/2008 | 253,563.80 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015570IN | 6100008645 | 8/29/2008 | 213.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015565IN | 6100008645 | 8/2/2008 | 17,700.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015536IN | 6100008393 | 9/1/2008 | 15,200.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015472IN | 6100008393 | 8/29/2008 | 4,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015470IN | 6100008393 | 8/29/2008 | 698.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015469IN | 6100008393 | 8/29/2008 | 4,600.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015453IN | 6100008393 | 8/26/2008 | 70,533.32 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015556IN | 6100008393 | 8/24/2008 | 7,814.96 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015532IN | 6100008393 | 8/18/2008 | 483.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 455164 | Pico Atlanta, Inc. | 0015533IN | 6100008393 | 8/18/2008 | 19,458.32 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015442IN | 6100008393 | 8/14/2008 | 1,403.72 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015435IN | 6100008393 | 8/12/2008 | 83,751.36 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015437IN | 6100008393 | 8/12/2008 | 990.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015488IN | 6100008393 | 7/18/2008 | 7,620.89 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015473IN | 6100008393 | 7/1/2008 | 9,436.70 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015476IN | 6100008393 | 5/19/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| 455164 | Pico Atlanta, Inc. | 0015386AJ | 6100008393 | 5/19/2008 | (5,000.00) | Invoice | Nortel Networks Inc. |

Total 78                                          $1,219,094.09

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.