*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 459470 | PowerSteering Software, Inc. | N/A | 6000010847 | 11/7/2008 | 132,145.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $132,145.00 | | |
| **Invoices** | | | | | | | | |
| | 459470 | PowerSteering Software, Inc. | 11718 | 6000010847 | 8/29/2008 | 132,145.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $132,145.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.