*Nortel Networks Inc., et al.*                                                  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 469347 | Springwell Capital Partners LLC | N/A | 6100001265 | 7/13/2009 | 54,250.78 | Payment | Nortel Networks (CALA) Inc. |
| | 469347 | Springwell Capital Partners LLC | N/A | 6100001250 | 7/3/2009 | 52,719.24 | Payment | Nortel Networks (CALA) Inc. |
| Total | 2 | | | | | $106,970.02 | | |
| Invoices | | | | | | | | |
| | 469347 | Springwell Capital Partners LLC | 002KLNORTEL | 6100001265 | 7/1/2009 | 54,250.78 | Invoice | Nortel Networks (CALA) Inc. |
| | 469347 | Springwell Capital Partners LLC | 001KLNORTEL | 6100001250 | 6/17/2009 | 52,719.24 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 2 | | | | | $106,970.02 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.