*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 407713 | STMicroelectronics N.V. | N/A | 6100008847 | 11/21/2008 | 47,952.00 | Payment | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | N/A | 6100009107 | 11/21/2008 | 112,896.00 | Payment | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | N/A | 6100008260 | 10/17/2008 | 726,528.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $887,376.00 | | |
| Invoices | 328564 | STMicroelectronics N.V. | 2987816223 | 6100009107 | 10/7/2008 | 112,896.00 | Invoice | Nortel Networks Inc. |
| | 407713 | STMicroelectronics N.V. | 19100061 | 6100008847 | 4/16/2008 | 47,952.00 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987812605 | 6100008260 | 8/7/2008 | 26,419.20 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987812606 | 6100008260 | 8/7/2008 | 13,209.60 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987812607 | 6100008260 | 8/7/2008 | 105,676.80 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987812608 | 6100008260 | 8/7/2008 | 198,144.00 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987809921A | 6100008260 | 6/20/2008 | 13,209.60 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987809920A | 6100008260 | 6/20/2008 | 39,628.80 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987808699A | 6100008260 | 5/30/2008 | 39,628.80 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987808697A | 6100008260 | 5/30/2008 | 250,982.40 | Invoice | Nortel Networks Inc. |
| | 328564 | STMicroelectronics N.V. | 2987808698A | 6100008260 | 5/30/2008 | 39,628.80 | Invoice | Nortel Networks Inc. |
| Total | 11 | | | | | $887,376.00 | | |

Page 1 of 1

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.