*Nortel Networks Inc., et al.*                                       *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 457888 | Ace Technologies Corp. | N/A | 6200005909 | 1/5/2009 | 283,925.60 | Payment | Nortel Networks Inc. |
| Total 1 | | | | | | $283,925.60 | | |
| **Invoices** | | | | | | | | |
| | 457888 | Ace Technologies Corp. | ACE08100801 | 6200005909 | 10/8/2008 | 29,462.80 | Invoice | Nortel Networks Inc. |
| | 457888 | Ace Technologies Corp. | ACE08100802 | 6200005909 | 10/8/2008 | 254,462.80 | Invoice | Nortel Networks Inc. |
| Total 2 | | | | | | $283,925.60 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.