Case 09-10138-MFW    Doc 4084-1    Filed 10/04/10    Page 1 of 1

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 398669 | BWCS, Ltd. | N/A | 6200005950 | 1/6/2009 | 91,000.00 | Payment | Nortel Networks Inc. |
| 398669 | BWCS, Ltd. | N/A | 6200005370 | 11/17/2008 | 107,000.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | $198,000.00 | | |
| **Invoices** | | | | | | | |
| 398669 | BWCS, Ltd. | 2343 | 6200005950 | 10/8/2008 | 91,000.00 | Invoice | Nortel Networks Inc. |
| 398669 | BWCS, Ltd. | 2319 | 6200005370 | 8/29/2008 | 107,000.00 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | $198,000.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.