*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100008822 | 11/21/2008 | 83,631.54 | Payment | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100009129 | 11/21/2008 | 143,192.66 | Payment | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100008561 | 10/23/2008 | 308,505.60 | Payment | Nortel Networks Inc. |
| 390607 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100008566 | 10/23/2008 | 3,326.85 | Payment | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100008284 | 10/17/2008 | 4,062.00 | Payment | Nortel Networks Inc. |
| 428032 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | N/A | 6100008327 | 10/17/2008 | 434,988.47 | Payment | Nortel Networks Inc. |
| **Total** 6 | | | | | $977,707.12 | | |
| **Invoices** | | | | | | | |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326405115 | 6100009129 | 8/21/2008 | 143,192.66 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326405114 | 6100008822 | 8/21/2008 | 83,044.78 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326382054 | 6100008822 | 5/24/2008 | 48.26 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326381687 | 6100008822 | 5/23/2008 | 538.50 | Invoice | Nortel Networks Inc. |
| 390607 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 331003698 | 6100008566 | 8/15/2008 | 761.90 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 390607 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 331003697 | 6100008566 | 8/15/2008 | 2,564.95 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326403009 | 6100008561 | 8/14/2008 | 267,800.00 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326403010 | 6100008561 | 8/14/2008 | 40,705.60 | Invoice | Nortel Networks Inc. |
| 428032 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 331003361 | 6100008327 | 6/27/2008 | 434,988.47 | Invoice | Nortel Networks Inc. |
| 378427 | Celestica Holdings PTE Ltd. c/o Celestica Thailand Ltd. | 326395683 | 6100008284 | 7/16/2008 | 4,062.00 | Invoice | Nortel Networks Inc. |
| Total 10 | | | | | $977,707.12 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.