*Nortel Networks Inc., et al.*   *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 465896 | Informatics International Ltd. | N/A | 6200001102 | 5/4/2009 | 24,000.00 | Payment | Nortel Networks (CALA) Inc. |
| | 465896 | Informatics International Ltd. | N/A | 6200005245 | 11/3/2008 | 127,000.09 | Payment | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | N/A | 6200005048 | 10/16/2008 | 191,200.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $342,200.09 | | |
| Invoices | 465896 | Informatics International Ltd. | ZRIL1417A | 6200005245 | 8/13/2008 | 72,000.09 | Invoice | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | ZRIL1416 | 6200005245 | 8/13/2008 | 55,000.00 | Invoice | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | ZRIL1404 | 6200005048 | 7/24/2008 | 56,200.00 | Invoice | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | ZRIL1403 | 6200005048 | 7/24/2008 | 80,800.00 | Invoice | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | ZRIL1405 | 6200005048 | 7/24/2008 | 54,200.00 | Invoice | Nortel Networks Inc. |
| | 465896 | Informatics International Ltd. | ZRIL1545 | 6200001102 | 2/23/2009 | 24,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 6 | | | | | $342,200.09 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.