*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 430276 | Maritz Canada Inc. | N/A | 6200005888 | 1/5/2009 | 232,424.00 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6000011529 | 12/24/2008 | 31,200.00 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6200005724 | 12/16/2008 | 160,000.00 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6000011246 | 12/10/2008 | 2,063,529.00 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6200005546 | 12/1/2008 | 130,000.00 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6200005380 | 11/17/2008 | 394,704.13 | Payment | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | N/A | 6200005010 | 10/16/2008 | 3,804.36 | Payment | Nortel Networks Inc. |
| **Total** | **7** | | | | **$3,015,661.49** | | |
| **Invoices** | | | | | | | |
| 430276 | Maritz Canada Inc. | 310057957 | 6200005888 | 11/20/2008 | 100,000.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML31639112008Z | 6200005888 | 11/20/2008 | 130,000.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | 310057613 | 6200005888 | 10/14/2008 | 2,424.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML31639110108 | 6200005724 | 11/1/2008 | 160,000.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | 310057373 | 6200005546 | 9/23/2008 | 130,000.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML30517110408 | 6200005380 | 11/4/2008 | (2,758.00) | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | 310057640 | 6200005380 | 10/16/2008 | (102,111.26) | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | MLNORTEL1009082 | 6200005380 | 10/9/2008 | 7,595.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | MLNORTEL100908 | 6200005380 | 10/9/2008 | 28,264.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Exhibit A

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 430276 | Maritz Canada Inc. | ML30517091708 | 6200005380 | 9/17/2008 | 616,353.24 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML30503080108 | 6200005380 | 8/1/2008 | (152,639.35) | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | 8202008 | 6200005010 | 8/20/2008 | (1,423.24) | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML31006092408 | 6200005010 | 4/4/2008 | 5,227.60 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | 330057956A | 6000011529 | 11/12/2008 | 31,200.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML318461029082 | 6000011246 | 10/29/2008 | 21,041.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML318461022081 | 6000011246 | 10/22/2008 | 31,500.00 | Invoice | Nortel Networks Inc. |
| 430276 | Maritz Canada Inc. | ML37228112108 | 6000011246 | 10/21/2008 | 2,010,988.00 | Invoice | Nortel Networks Inc. |
| Total | 17 | | | | $3,015,661.49 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.