IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                          : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]               : Case No. 09-10138 (KG)
:
           Debtors.           : Jointly Administered
------------------------------------------------------------X  RE: D.I. 4061

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 12, 2011 | 9:30 a.m. (Eastern Time) |
| January 27, 2011 | 9:30 a.m. (Eastern Time) |
| February 9, 2011 | 9:30 a.m. (Eastern Time) |
| February 22, 2011 | 9:30 a.m. (Eastern Time) |
| March 9, 2011 | 9:30 a.m. (Eastern Time) |
| March 23, 2011 | 9:30 a.m. (Eastern Time)[2] |
| April 12, 2011 | 9:30 a.m. (Eastern Time) |
| April 26, 2011 | 9:30 a.m. (Eastern Time) |
| May 10, 2011 | 9:30 a.m. (Eastern Time) |
| May 24, 2011 | 9:30 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
      October 5, 2010

                                        The Honorable Kevin Gross
                                          United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the November 1, 2010 through January 31, 2011 will be heard at the March 23, 2011 omnibus hearing at 9:30 a.m.