IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138
                                                               :
                                                               :   Jointly Administered
                                            Debtors.           :
                                                               :   SEALED PURSUANT TO COURT
                                                               :   ORDER DATED SEPTEMBER 1, 2010
                                                               :   (D.I. 3855)
                                                               :
                                                               :   Re: D.I. 3832, 3855, 3867, 3868
---------------------------------------------------------------X

*RECEIVED/FILED OCT 04 2010 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

> **CONFIDENTIAL FILED UNDER SEAL – REVISED EXHIBIT A [SCHEDULES AND EXHIBITS]**
> **RE: DEBTORS MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTORS ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND BID PROTECTIONS, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, (D) APPROVING A SIDE AGREEMENT, (E) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL AND (F) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS OF DEBTORS MULTI-SERVICE SWITCH (FORMERLY KNOWN AS PASSPORT) BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS (D.I. 3910)**

Dated:   Wilmington, Delaware
         September 28, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                    Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)                  Eric D. Schwartz (No. 3134)
One Liberty Plaza                              Ann C. Cordo (No. 4817)
New York, New York 10006                       Andrew R. Remming (No. 5120)
Telephone: (212) 225-2000                      1201 North Market Street
Facsimile: (212) 225-3999                      P.O. Box 1347
                                               Wilmington, Delaware 19899-1347
                                               Phone: (302) 658-9200
                                               Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

Part 2 of 2

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3762028.3