

Zone 4 Solutions, Inc.
25 Erskine Pl
Nepean, ON K2H 8R8
(613) 828-7811

Sept 24, 2010

To:
The Office of the Clerk
The United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware, 19801

With respect to our claim for money owed to us by Nortel Networks

Case No. 09-10138(KG)

With respect to the Objection entitled "NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. 502, FED. R. BANKR. P. 3007 AND DEL. L. R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIM, AND REDUNDANT BOND CLAIMS)

With repsect to claim number 699 filed 3/23/09 in the amount of $5,880.00 and claim number 700 filed 3/23/09 in the amount of $4,4100.00 filed by Zone 4 Solutions Inc., for services provided

We were contracted to provide services and we did so in good faith that we would be paid. There is no reason that this claim should be denied.

Please find attached documentation for two "Proofs of Claim" for moneys owed to us by Nortel Networks for services provided in 2008 including:
   Invoice # 20080129
   PO# 4320058876
   Invoice # 20080132
   PO# 43200064707
   Also included is the original cover letter sent with the proofs of claim

Council for the Debtors may communicate with
   Hope Ring
   Vice-President, Zone 4 Solutions
   25 Erskine Place
   Nepean ON , CAN
   K2H 8R8
   613-828-7811 (Office)
   613-839-2361 (Fax)

Thank you,

*[signature]*

Hope Ring
Vice-President
Zone 4 Solutions



**Zone 4 Solutions, Inc.**
25 Erskine Pl
Nepean, ON K2H 8R8
(613) 828-7811

Mar 6, 2009

To Whom It May Concern,

Please find enclosed two "Proofs of Claim" for moneys owed to us by Nortel Networks for services provided in 2008.

Invoice # 20080129 for PO# 4320058876, was sent on Oct 23, 2008 and was payable on Jan 1, 2009 making it 13 days past due when Nortel Networks filed for protection on Jan 14th. It is our opinion that since this invoice should have been paid prior to Nortel filing for protection, it should now be paid in full.

Invoice # 20080132 for PO# 43200064707 was sent on Dec 16 and would have been payable on Feb 24, 2009. The services covered on this invoice were incurred for A205 product development; a product which Nortel has subsequently sold to Radware. It is our opinion that since Nortel sold this particular product, this invoice should be paid from those proceeds.

We have had a long and successful relationship for Nortel, and we are continuing to provide services to them on an ongoing basis. We accept that the amount owed to us as a supplier is small from Nortel's perspective. However, we wish to convey to you that for our company, this is a significant burden, considering that we have already paid our suppliers for their services.

We look forward to your judgment.



Hope Ring
Vice-President
Zone 4 Solutions



**Zone 4 Solutions Inc.**
25 Erskine Place
Nepean, ON  K2H 8R8

GST # 89650 8819 RT0001

# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2008 | 20080129 |

**Bill To**

Nortel Networks
P.O. Box 280510
Nashville, TN  37228

Attn: Accounts Payable

| PO |
|---|
| 4320058876 |

| Terms | Due Date |
|---|---|
| Net 70 | 1/1/2009 |

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| BCM Thermal Support - Wk43/07 - 45/07 | 70 | Hours | 80.00 | 5,600.00T |
| Business Number:  89650 8819 RT000 | | | | |

| | |
|---|---|
| Subtotal | 5,600.00 |
| GST | 280.00 |
| PST | |
| **Total** | **$5,880.00** |

# N❍RTEL  Purchase Order

| | |
|---|---|
| Purchase Order No: 4320058876 | Order Date: 10/23/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 10/23/2008 — Page 1 of 5 |
| Supplier Contact: Michael Craven | Supplier No: 406100 |
| | Contract No: |

**Supplier:**
Zone 4 Solutions Inc
25 Erskine Pl
NEPEAN ON  K2H 8R8
CANADA
Telephone No: 613-265-3134
Fax No: 613-726-7009

**Ship to:**
NN
Nortel
3500 CARLING AVENUE
OTTAWA ON  K2H 8E9
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA Origin | Payment Terms: Net 70 Days | Buyer: Pablo Baz | | Telephone No: 5255262685517 Fax: | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

Start Date - 10/24/2008
End Date - 10/24/2008
**Shipping instructions**
***NO SHIPPING CHARGES ALLOWED*** PLEASE USE NORTEL SHIPPING METHOD/FREIGHT FORWARDER BASED ON NORTEL ROUTING GUIDE SENT WITH THIS TRANSMISSION.
**Terms of delivery**
1. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT REFERENCE THE ABOVE MENTIONED PURCHASE ORDER NUMBER AND SHIP TO INFORMATION.

2. INVOICES SUBMITTED WITHOUT A PURCHASE ORDER NUMBER WILL BE TREATED AS A DISPUTED INVOICE SUBJECT TO BEING RETURNED UNPAID FOR YOUR CORRECTION AND RESUBMISSION.

3. INVOICES MAY BE SENT VIA EMAIL DIRECTLY TO THE ACCOUNTS PAYABLE DEPARTMENT AT: naapexpl@nortel.com ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO ACCOUNTS PAYABLE DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry

4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

5. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | CAD | 0.00 |
|---|---|---|---|

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

Pablo Baz
BUYER

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No: 4320058876<br>This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 10/23/2008<br>Last Change Date: 10/23/2008    Page 2 of 5 |
| Supplier Contact:<br>Michael Craven | Supplier No: 406100<br>Contract No: |

**Supplier:** Zone 4 Solutions Inc
25 Erskine Pl
NEPEAN ON K2H 8R8
CANADA
Telephone No: 613-265-3134
Fax No: 613-726-7009

**Ship to:** NN
Nortel
3500 CARLING AVENUE
OTTAWA ON K2H 8E9
CANADA

**Bill to:** Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms:<br>FCA Origin | | Payment Terms:<br>Net 70 Days | Buyer:<br>Pablo Baz | | Telephone No: 52552268517<br>Fax: | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00010 | 1.000 | EA<br>5.000% GST | | BCM450 Thermal Analysis | 10/24/2008 | 5,600.00 | A3 | 280.00 | 5,600.00 |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| | Page Total | CAD  5,600.00 |
| | Tax Amount<br>Total Amount | CAD    280.00<br>CAD  5,880.00 |

Pablo Baz
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada



**Zone 4 Solutions Inc.**
25 Erskine Place
Nepean, ON  K2H 8R8

GST # 89650 8819 RT0001

# Invoice

| Date | Invoice # |
|---|---|
| 12/16/2008 | 20080132 |

**Bill To**

Nortel Networks
P.O. Box 280510
Nashville, TN  37226

Attn: Accounts Payable

| PO |
|---|
| 4320064707 |

| Terms | Due Date |
|---|---|
| Net 70 | 2/24/2009 |

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| M.Craven<br>Design Services - A205 - Mech Support / MM Respin | 52.5 | Hours | 80.00 | 4,200.00T |
|  |  |  |  | 4,200.00 |
| Business Number:  89650 8819 RT000 |  |  |  |  |

| | |
|---|---|
| Subtotal | 4,200.00 |
| GST | 210.00 |
| PST |  |
| **Total** | **$4,410.00** |

# NORTEL
## Release Order
### 4600012086

| | |
|---|---|
| Purchase Order No: 4320064707<br>This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 12/18/2008<br>Last Change Date: 12/18/2008    Page 1 of 1 |
| Supplier Contact:<br>Michael Craven | Supplier No: 406100<br>Contract No: |

Supplier: Zone 4 Solutions Inc
25 Erskine Pl
NEPEAN ON K2H 8R8
CANADA
Telephone No: 613-265-3134
Fax No: 613-726-7009

Ship to: NN
Nortel
3500 CARLING AVENUE
OTTAWA ON K2H 8E9
CANADA

Bill to: Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms:<br>FCA ORIGIN | Payment Terms:<br>Net 70 Days | Buyer:<br>Magdalena Moreno | | Telephone No: 52552268719<br>Fax: | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | PO Delivery Date - 12/18/2008 | | | | | | |
| 00010 | 1 | EA | | VSS 5000 Mech Sup. (Oct, Nov and Dec) | 12/18/2008 | 4,200.00 | A3 | 210.00 | 4,200.00 |
| | | 5.000% GST | | | | | | | |
| | | | | Goods Recipient: HENDERSON BRUCE<br>This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by<br>Nortel. | | | | | |
| | | | | | Page Total | | CAD | | 4,200.00 |
| | | | | | Tax Amount<br>Total Amount | | CAD<br>CAD | | 210.00<br>4,410.00 |

*signature*
Magdalena Moreno
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

Nortel Networks TP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    ES