## **CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Fifteenth Supplement To List Of Ordinary Course Professionals** was caused to be made on October 6, 2010, in the manner indicated upon the entities on the attached service list.

Date: October 6, 2010                              */s/ Alissa T. Gazze*
                                                              Alissa T. Gazze (# 5338)

3660050.3