**EXHIBIT D**
**Irell & Manella LLP – Disclosure Letter**

**ALTERNATIVE
DISPUTE
RESOLUTION
  CENTER**

Irell & Manella LLP
840 Newport Center Drive
Suite 450
Newport Beach, CA 92660-6324

Telephone: (949) 760-5288
Fax: (949) 760-5289



**WRITER'S DIRECT**
TELEPHONE (949) 760-5253
FACSIMILE (949) 760-5289
LNOESEN@IRELL.COM

September 27, 2010

**VIA E-MAIL**

Jay Carfagnini, Esq.
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7, Canada
Telephone:   (416) 597-4107
Facsimile:   (416) 979-1234
E-mail:   jcarfagnini@goodmans.ca

Alan Mark, Esq.
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street - P.O. Box 84
Toronto ON, M5J 2Z4, Canada
Telephone:   (416) 216-4865
Facsimile   (416) 216-3930
E-mail:   amark@ogilvyrenault.com

Albert A. Pisa, Esq.
Michael D. Nolan, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Telephone:   (212) 530-5319
Telephone:   (202) 835-7524
Facsimile:   (212) 822-5319
Facsimile:   (212) 822-5718
Email:   apisa@milbank.com
Email:   mnolan@milbank.com

Kevin Lloyd, Esq.
Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS, England
Telephone:   44-20-7466-2271
Facsimile:   44-20-7374-0888
E-mail:   kevin.lloyd@herbertsmith.com

Howard S. Zelbo, Esq.
Craig B. Brod, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone:   (212) 225-2000
Facsimile:   (212) 225-3999
Email:   hzelbo@cgsh.com
Email:   cbrod@cgsh.com

Fred S. Hodara, Esq.
David H. Botter, Esq.
Robert H. Pees, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
Telephone:   (212) 872-1000
Facsimile:   (212) 8721-1002
Email:   fhodara@akingump.com
Email:   dbotter@akingump.com
Email:   rpees@akingump.com

Re:   Nortel Networks Mediation

2310529

**Alternative Dispute Resolution Center**

Irell & Manella LLP

September 27, 2010
Page 2

Dear Counsel:

    During his 19 years at Irell, Judge Phillips has worked as a neutral in many mediations involving Ernst & Young. There are also partners at Irell & Manella that currently have matters adverse to Ernst & Young. Judge Phillips has also served in the past as ADR settlement counsel to Ernst & Young in connection with the Cendant Securities Litigation and the HealthSouth Securities Litigation.

    Judge Phillips does not believe these disclosures represent a conflict that would disqualify him from serving as the neutral mediator in the above referenced matter. He did, however, feel it warranted disclosure to the parties.

    If you have any questions, please contact me at (949) 760-5253.

                                           Sincerely,

                                           Lora Noesen
                                           ADR Case Manager

LN

2310529