# EXHIBIT A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                        :
                                                        :      Chapter 11
                                                        :
*In re*                                                 :      Case No. 09-10138 (KG)
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :      Jointly Administered
                                                        :
                                   Debtors.             :
                                                        :      RE: D.I. _____
                                                        :
-------------------------------------------------------X

## ORDER SHORTENING NOTICE RELATING TO DEBTORS' MOTION FOR AN ORDER APPOINTING A MEDIATOR FOR RESOLVING DISPUTES CONCERNCING ALLOCATION OF SALE PROCEEDS AND GRANTING RELATED RELIEF

Upon the motion, (the "Motion to Shorten"),[2] of Nortel Networks Inc. and certain

of its affiliates, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion to Shorten, shortening

notice pursuant to sections 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local

Rule 9006-1(e) with respect to the Motion For Entry Of An Order (i) Appointing Layn R.

Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (ii) Authorizing Entry

Into An Engagement Agreement With Irell & Manella LLP; (iii) Approving The Terms Of

Engagement Agreement; (iv) Allowing Payment Of Debtors' Share Of Cost Of Engagement;

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

And (v) Granting Related Relief; and adequate notice of the Motion having been given as set forth in the Motion to Shorten; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      The Motion will be considered at a hearing scheduled on **October 14, 2010 at 10:00 a.m.** (Eastern Standard Time).

3.      Objections, is any, to the Motion shall be filed and served no later than **October 7, 2010 at 4:00 p.m.** (Eastern Standard Time).

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE