IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
*In re*                                                        :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
                                                               :
                              Debtors.                         :   Jointly Administered
                                                               :
                                                               :
                                                               :   Re: D.I. No. 3671
                                                               :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, Nortel US Retirement Protection Committee, by and through its undersigned counsel, hereby withdraws the Motion for an Order Authorizing Formation of a Voluntary Employee Benefit Association to Provide Tax Credit-Eligible Retiree Benefits [Docket No. 3671] (the "Motion") filed on July 16, 2010, without prejudice.

Dated: October 7, 2010                    CROSS & SIMON, LLC
       Wilmington, Delaware
                                          By: _____
                                              Michael J. Joyce (No. 4563)
                                              913 N. Market Street, Suite 1001
                                              P.O. Box 1380
                                              Wilmington, Delaware 19899-1380
                                              (302) 777-4200
                                              mjoyce@crosslaw.com
                                              *Counsel for Nortel US Retirement
                                              Protection Committee*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.