

**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

October 6, 2010

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market St., 3rd Fl.
Wilmington, DE 19801

    Response to Debtors' Fourteenth Omnibus Objection to Certain Claims
              In re: Nortel Networks Inc, et al. ("Debtors")
      Case No. 09-10138 (KG) (Chapter 11) (Jointly Administered)
                Claim No. 505 – Dun & Bradstreet

Dear Sir:

      As agent for the creditor, Dun & Bradstreet ("D&B"), we disagree with the Debtors' objection to reduce D&B's claim on the basis that it has been amended based on the Debtors' rejection of D&B's contract on 08/10/10. Attached is a copy of the amended claim designated as number 7406.

      In that regard, we ask that the amended general unsecured claim be evaluated on its merits and allowed in the amount of $173,947.18, with $131,477.97 be afforded the classification of priority.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Dun & Bradstreet

Enclosure
cc
Cleary Gottlieb Stein & Hamilton LLP
Attn.: James L. Bromley, Esq.
Attn.: Lisa M. Schweitzer, Esq.
One Liberty Plaza
New York, NY 10006

*Counsel for the Debtors and Debtors-in-Possession*

Morris, Nichols, Arsht & Tunnell LLP
Attn.: Ann C. Cordo, Esq.
1201 North Market St.
Wilmington, DE 19801

*Counsel for the Debtors and Debtors-in-Possession*

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   District of Delaware (Wilmington) | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **Nortel Netwoks, Inc.** (Nortel Networks, Inc.) | Case Number: **09-10138** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of a administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): **Dun & Bradstreet** | ☑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>**Dun & Bradstreet**<br>c/o Receivable Management Services ("RMS")<br>P.O. Box 5126<br>Timonium, MD 21094<br>Telephone number: (410) 773-4089 | Court Claim Number: **505**<br>(*If known*)<br><br>Filed on: **03/03/09** |
| Name and address where payment should be sent (if different from above):<br>Same as above<br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**2. Amount of Claim: $173,947.18**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ☐ GOODS SOLD   ☑ SERVICES RENDERED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(**1**).

**Amount entitled to priority:**
**$131,477.97**
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: September 10, 2010

Signature: *[signed]* Phyllis A. Hayes, RMS, Agent for Creditor

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FILED / RECEIVED
FOR COURT USE ONLY
SEP 13 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

Nortel Networks - POC Recap - 08-20-2010

| Acct Details # | Offer # | Account # | Duns # | Invoice # | Invoice Date | Invoice Amt | Service Period Starts | Service Period Ends | General Unsecured | Admin | Total Claim Based on Contract Rejection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46761 | | | | | | | | | | | |
| | 007396548 | 3137-263794916 | 05-781-2224 | 9024011 | 03/04/08 | $948,962.00 | 02/28/08 | 02/26/09 | $ 238.19 | $ 31.81 | $ 270.00 |
| | 007498627 | 3137-264795656 | 05-781-2224 | 9335980 | 10/02/08 | $ 21,052.00 | 09/29/08 | 09/28/09 | $ 6,229.08 | $ 14,822.92 | $ 21,052.00 |
| | 007498627 | 3137-264795656 | 05-781-2224 | 9437750 | 3rd yr | $ 21,052.00 | 09/29/10 | 09/28/11 | $ 21,052.00 | $ - | $ 21,052.00 |
| | 007571990 | 3137-264801832 | 05-781-2224 | 9427474 | 12/29/08 | $115,500.00 | 12/24/08 | 12/23/09 | $ 6,961.64 | $108,538.36 | $115,500.00 |
| | | | | | 12/18/08 | $ 9,114.00 | 12/03/08 | 12/02/09 | $ 1,073.70 | $ 8,040.30 | $ 9,114.00 |
| | | | | | | | | | $ 35,554.61 | $131,433.39 | $166,988.00 |
| 112311 | | | | | | | | | | | |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9113880 | 04/30/08 | $ 966.55 | 04/01/08 | 04/30/08 | $ 966.55 | $ - | $ 966.55 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9158788 | 05/31/08 | $ 1,688.73 | 05/01/08 | 05/31/08 | $ 722.18 | $ - | $ 722.18 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9205308 | 06/30/08 | $ 1,993.95 | 06/01/08 | 06/30/08 | $ 305.22 | $ - | $ 305.22 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9249311 | 07/31/08 | $ 2,146.56 | 07/01/08 | 07/31/08 | $ 152.61 | $ - | $ 152.61 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9291804 | 08/31/08 | $ 2,299.17 | 08/01/08 | 08/31/08 | $ 152.61 | $ - | $ 152.61 |
| | 006522845 | 3137-263730253 | 80-511-8671 | 9406958 | 11/30/08 | $ 2,451.78 | 11/01/08 | 11/30/08 | $ 152.61 | $ - | $ 152.61 |
| | 007503845 | 3137-279000765 | 80-511-8671 | 9192675 | 06/21/08 | $ 208.60 | 04/03/08 | 04/02/09 | $ 164.02 | $ 44.58 | $ 208.60 |
| | | | | | | | | | $ 2,615.80 | $ 44.58 | $ 2,660.38 |
| 49084 | | | | | | | | | | | |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8668989 | 07/31/07 | $ 134.46 | 07/01/07 | 07/31/07 | $ 127.77 | $ - | $ 127.77 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8818783 | 10/31/07 | $ 723.66 | 10/01/07 | 10/31/07 | $ 588.17 | $ - | $ 588.17 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 8915224 | 12/31/07 | $ 879.79 | 12/01/07 | 12/31/07 | $ 153.95 | $ - | $ 153.95 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9017053 | 02/29/08 | $ 1,030.07 | 02/01/08 | 02/29/08 | $ 155.09 | $ - | $ 155.09 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9066545 | 03/31/08 | $ 2,212.49 | 03/01/08 | 03/31/08 | $ 1,184.60 | $ - | $ 1,184.60 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9113852 | 04/30/08 | $ 3,561.93 | 04/01/08 | 04/30/08 | $ 1,349.44 | $ - | $ 1,349.44 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9158776 | 05/31/08 | $ 4,139.31 | 05/01/08 | 05/31/08 | $ 580.29 | $ - | $ 580.29 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9205310 | 06/30/08 | $ 4,294.04 | 06/01/08 | 07/30/08 | $ 154.73 | $ - | $ 154.73 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9371254 | 10/31/08 | $ 4,301.16 | 10/01/08 | 10/31/08 | $ 1.94 | $ - | $ 1.94 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9406962 | 11/30/08 | $ 4,301.17 | 11/01/08 | 11/30/08 | $ 1.50 | $ - | $ 1.50 |
| | 006522845 | 3137-263722675 | 06-313-2547 | 9440138 | 12/31/08 | $ 4,300.57 | 12/01/08 | 12/31/08 | $ 1.32 | $ - | $ 1.32 |
| | | | | | | | | | $ 4,298.80 | $ - | $ 4,298.80 |
| | | | | | | | | | $ 42,469.21 | $131,477.97 | $173,947.18 |

9/8/2010