IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., *et al.*         :   Chapter 11

           Debtors                      :   Case No. 09-10138 (KG)
                                        :   Jointly Administered

                                        :   **RE: Docket No. 3942**

## RESPONSE OF UNISYS CORPORATION TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, REDUNDANT CLAIMS, SATISFIED CLAIMS, WRONG DEBTOR CLAIMS, NO-BASIS 503(b)(9) CLAIMS AND <u>MISCLASSIFIED 503(b)(9) CLAIMS)</u>

Unisys Corporation, in response to *Debtors' Fourteenth Omnibus Objection to Certain Claims* [Docket No. 3942] (the "**Objection**"), respectfully states as follows:

1. On January 14, 2009 (the "**Petition Date**"), the above-captioned debtors (the "**Debtors**") filed voluntary petitions under chapter 11 of the Bankruptcy Code.

2. Prior to the Petition Date, on or about July 1, 2006, Unisys Corporation ("**Unisys**") and Nortel Networks Limited entered into Master Service Agreement 021797 related to onsite and related logistics services. The Master Service Agreement was amended by Amendments 1, 2, 3, and 4, and the term expires on December 31, 2011.

3. On September 28, 2009, Unisys timely filed a proof of claim against Nortel Networks, Inc., which was assigned claim number 3939 (the "**Nortel Proof of Claim**"). Unisys asserted a total claim amount of $623,275.71.

4. Unisys attached support for the Proof of Claim including Master Service Agreement 021797, Amendments 1, 2, 3, and 4, invoices, and a summary of invoices.

5. Notwithstanding, the Debtors seek to modify the Nortel Proof of Claim to remove $234,623.70 in invoices on the basis that the invoices "appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases" and because "Debtors do not recognize $2,080.69 as valid liabilities of any Debtor in these chapter 11 cases."

6. The Debtors' Objection fails to provide any support for their assertion that the Nortel Proof of Claim relates to a non-debtor entity.

7. Unisys cannot ascertain or address the Debtors' Objection without the Debtors providing further information and documentation supporting their assertions.

8. Unisys has adequately supported the Nortel Proof of Claim by attaching Master Service Agreement 021797, Amendments 1, 2, 3, and 4, invoices, and a summary of invoices.

9. On January 25, 2010, Unisys timely filed a proof of claim against Nortel Networks (CALA), Inc., which was assigned claim number 6948 (the "**CALA Proof of Claim**," and together with the Nortel Proof of Claim, the "**Claims**"). Unisys asserted a total claim amount of $377,058.65.

10. Unisys attached support for the CALA Proof of Claim including the Master Service Agreement, Amendments 1, 2, 3, and 4, invoices, and a summary of invoices.

11. Notwithstanding, the Debtors seek to expunge the CALA Proof of Claim on the basis that it is "redundant of claim 3939 filed by the claimant."

12. To the extent that the Nortel Proof of Claim [Claim No. 3939] is allowed, Unisys would agree that the CALA Proof of Claim [Claim No. 6948] may be modified or disallowed. Unisys reserves all rights until the Nortel Proof of Claim is resolved.

13. The Debtors should contact the undersigned at the address set forth below to reconcile, settle, or otherwise resolve Unisys' Claims.

14. Accordingly, the Nortel Proof of Claim and the CALA Proof of Claim should be allowed in the amounts as filed.

WHEREFORE, the Debtors' Objection to the Claims filed by Unisys Corporation should be overruled.

Dated: October 7, 2010
      Wilmington, Delaware

Respectfully submitted,

SIRLIN GALLOGLY & LESSER, P.C.

Dana S. Plon, Esq.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Telephone: (215) 864-9700
Facsimile: (215) 864-9669
dplon@sirlinlaw.com

- and –

POLSINELLI SHUGHART PC

*/s/ Christopher A. Ward*
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0922
Facsimile: (302) 252-0921
cward@polsinelli.com

*Counsel for Unisys Corporation*