# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NORTEL NETWORKS INC., *et al.* | Chapter 11 |
| Debtors | Case No. 09-10138 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esquire, do hereby certify that a true and correct copy of the *Response of Unisys Corporation to Debtors' Fourteenth Omnibus Objection* was served upon each of the persons listed below via facsimile and electronic mail on this 7th day of October 2010 as follows:

>Deborah M. Buell, Esquire
>Lisa M. Schweitzer, Esquire
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>One Liberty Plaza
>New York, NY 10006
>Via Fax – (212) 225-3999
>Via Electronic Mail - dbuell@cgsh.com; lschweitzer@cgsh.com

>Derek C. Abbott, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19801
>Via Fax – (302) 425-4664
>Via Electronic Mail - dabbott@mnat.com

1893000.1

SIRLIN GALLOGLY & LESSER, P.C.

Dana S. Plon, Esq.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Telephone: (215) 864-9700
Facsimile: (215) 864-9669
dplon@sirlinlaw.com

- and –

POLSINELLI SHUGHART PC


*/s/ Christopher A. Ward*
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0922
Facsimile: (302) 252-0921
cward@polsinelli.com

*Counsel for Unisys Corporation*