## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 the foregoing Limited Objection was served on the parties below in the manner indicated.

FIRST CLASS U.S. MAIL AND FACSIMILE
Deborah M. Buell
James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

HAND DELIVERY AND FACSIMILE
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Alissa T. Gazze
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19801

I further certify that on October 7, 2010, the foregoing Limited Objection was served by first-class mail on the attached Rule 2002 service list.

_____
Benjamin W. Keenan (#4724)

**Nortel 2002 Service Labels**
**Label# 5162**

Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Derek Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mark D. Collins, Esq.
Christopher S. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Tobey M. Daluz Esq., Leslie Heilman Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market St
12th Fl
Wilmington, DE 19801

Christopher A. Ward Esq., Justin K. Edelson Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

Joanne B. Wills Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St
Ste 1000
Wilmington, DE 19801

United States Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

EMC Corporation
Attn: Ronald Rowland, Esq.
c/o Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21094

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Mary F. Caloway, Esq.
P.J. Duhig, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

Chief Legal Officer
ITC Networks
167 Calea Floreasca, Sector 1
Bucharest, 14459
ROMANIA

| | |
|---|---|
| Chief Legal Officer<br>Luxoft<br>10-3, 1-Volokolamsky proezd<br>Moscow, 123060<br>RUSSIA | Kumudha Sridharan<br>Wipro Technologies<br>Plot 72, Keonics Electronic City<br>Hosur Main Road<br>Bangalore, 561229<br>INDIA |
| Dr. A.L. Rao<br>Wipro Technologies<br>No. 8, 7 "Main 1" Block<br>Koramangala<br>Bangalore, 560034<br>INDIA | Chief Legal Officer<br>Wipro Systems Ltd.<br>40 1A Lavelle Road<br>Bangalore, 560001<br>INDIA |
| Aaron K. Hammer, Esq.<br>Devon J. Eggert, Esq.<br>Freeborn & Peters, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Chief Legal Officer<br>GFI Inc.<br>180 Ave Labrosse<br>Pointe Claire, Quebec H9R 1A1<br>CANADA |
| Michael Clarke<br>Flextronics America LLC<br>2090 Fortune Drive<br>San Jose, CA 95131 | Michael Clarke<br>Flextronics International Europe BV<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| SEAL Consulting<br>Attn: Chief Legal Officer<br>105 Field Crest Avenue<br>Edison, NJ 08837 | Hayward D. Fisk Esq.<br>Computer Science Corporation<br>2100 East Grand Avenue<br>El Segundo, CA 90245 |
| Ned Nelson<br>Advanced Information Management<br>P.O. Box 1150<br>Collierville, TN 38027-1150 | Infosys Technologies Ltd.<br>Plot No 45 & 46 Electronics<br>Bangalore, KA 560100<br>INDIA |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Cliff Plaxco<br>Computer Science Corporation<br>3170 Fairview Park Drive<br>Falls Church, VA 22042 |

| | |
|---|---|
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Joe Adams<br>Jabil Circuit Inc (GDL)<br>10560 Dr Martin Luther King Jr. Street<br>St. Petersburg, FL 33716-3718 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Attn: President<br>Tata Consultancy Services<br>Park West II Kulupwadi Road<br>Mumbai, 400066<br>INDIA |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street<br>Ste 1600<br>Dallas, TX 75201 | Head of Sales - Communications &<br>Product Services<br>Infosys Technologies Ltd.<br>34760 Campus Drive<br>Fremont, CA 94555 |
| Doug Alteen<br>JDS Uniphase Corporation<br>3000 Merivale Road<br>Ottawa, Ontario K2G 6N7<br>CANADA | Stephane Lupien<br>Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario K1A 1K3<br>CANADA |
| Michael Clarke<br>Flextronics<br>2090 Fortune Drive<br>San Jose, CA 95131 | Gerald J. Parsons<br>Communications Test Design Inc.<br>1373 Enterprise Drive<br>West Chester, PA 19380 |
| Glow Networks<br>2140 Lake Park Boulevard<br>Richardson, TX 75080-2290 | Michael Clarke<br>Flextronics Sales & Marketing North<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| EPIQ Bankruptcy Solutions, LLC<br>Attn: Nortel Networks, Inc., et al.<br>Grand Central Station<br>P.O. Box 4601<br>New York, NY 10163-4601 | Chief Legal Officer<br>Coams Inc.<br>175 W. Jackson<br>Suite 1750<br>Chicago, IL 60604 |

{0268299;v1}

| | |
|---|---|
| Michael Clarke<br>Flextronics International<br>2090 Fortune Drive<br>San Jose, CA 95131 | Robert C. Weber<br>IBM Corporation<br>New Orchard Road<br>Armonk, NY 10504 |
| Chief Legal Officer<br>Johnson Controls Inc.<br>2215 York Road<br>Oak Brook, IL 60523 | Jane B. Stranch<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue North<br>Fourth Floor<br>Nashville, TN 37201-1631 |
| Chief Legal Officer<br>Emerson Network Power Embedded<br>2900 South Diablo Way<br>Tempe, AZ 85282-3214 | Chief Legal Officer<br>Wistron InfoComm Technology Corp.<br>800 Parker Square<br>Flower Mound, TX 75028 |
| Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>Department of Insuracne<br>Supervision and Compliance<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Michael Clarke<br>Flextronics Logistics USA Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Senior Vice President &<br>Chief Financial Officer<br>Airspan Communications Ltd.<br>777 Yamato Road<br>Suite 105<br>Boca Raton, FL 33431 |
| Internal Revenue Service<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 | Mike Cordova<br>McCann Erickson San Francisco<br>600 Battery Street<br>San Francisco, CA 94941 |
| Alistar Bambach<br>Securities & Exchange Commission<br>New York Regional Office<br>Bankruptcy Division<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Chief Legal Officer<br>TEKsystems Inc.<br>7437 Race Road<br>Hanover, MD 21076-111 |

{0268299;v1}

| | |
|---|---|
| Steven J. Reisman, Esq.<br>James V. Drew Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Chief Legal Officer<br>Covergence Inc.<br>One Clock Tower Place<br>Maynard, MA 01754 |
| Dennis Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 | Ken Coleman, Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| David G. Aelvoet Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>Travis Bldg<br>711 Navarro, Ste 300<br>San Antonio, TX 78205 | Darryl S. Laddin Esq.<br>Frank N. White Esq.<br>Arnall Golden Gregory LLP<br>171 17th St NW, Ste 2100<br>Atlanta, GA 30363-1031 |
| Nicholas Skiles Esq.<br>John A. Wetzel Esq.<br>Swartz Campbell LLC<br>One S. Church St, Ste 400<br>West Chester, PA 19382 | Frank F. McGinn Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St, 9th Fl<br>Boston, MA 02110 |
| Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154-1192 | Michael L. Schein Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Fl<br>New York, NY 10019 |
| David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd, Ste 1800<br>McLean, VA 22102-4215 | Raniero D'Aversa Jr. Esq.<br>Laura D. Metzger Esq.<br>Weston T. Eguchi Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001 |
| Merle C. Meyers Esq.<br>Michele Thompson Esq.<br>Meyers Law Group P.C.<br>44 Montgomery Street, Ste 1010<br>San Francisco, CA 94104 | David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Kristin S. Elliott, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109 |
| Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Ave<br>Ste 1900<br>Phoenix, AZ 85004 | David S. Curry Esq.<br>Craig E. Reimer Esq.<br>Mayer Brown LLP<br>71 South Wacker Dr<br>Chicago, IL 60606 |
| Terry Zale<br>Flextronics International<br>305 Interlocken Pkwy<br>Broomfield, CO 80021 | Andrew D. Shaffer Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Ste 1800<br>Houston, TX 77010 | Ramona Neal Esq.<br>Hewlett-Packard Company<br>11311 Chinden Blvd<br>Mailstop 314<br>Boise, ID 83714 |
| Michael W. Binning Esq.<br>Law Office of Michael W. Binning<br>200 Oceangate, Ste 845<br>Long Beach, CA 90802-4353 | Nicholas Vianna<br>The Interpublic Group of Companies<br>1114 Avenue of the Americas, 19th Floor<br>New York, NY 10036 |
| Norman L. Pernick, Esq.<br>Sanjay Bhatnagar, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Jennifer Feldsher, Esq.<br>Bracewell & Giuliani LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 |
| Dana S. Plon<br>Sirlin Gallogly & Lesser, .P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102 | Gregg M. Galardi<br>Sarah E. Pierce<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 |

| | |
|---|---|
| N. Lynn Hiestand<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Robert N. Brier<br>Brier, Irish, Hubbard & Erhart, P.L.C.<br>2400 E. Arizona Biltmore Circle, Suite 1300<br>Phoenix, AZ 85016 |
| Seth B. Shapiro<br>Trial Attorney<br>U.S. Dept. of Justice – Civil Division<br>Commercial Litigation Branch<br>1100 L. Street, NW, Room 10012<br>Washington, DC 20044 | Marc D. Youngelson<br>Cosner Cosner & Youngelson<br>197 Highway 18, Suite 308<br>East Brunswick, NJ 08816 |
| Robert E. Nies<br>Wolff & Samson PC<br>The Offices at Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 | Christopher A. Ward<br>Justin K. Edelson<br>Polsinelli Shughart PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |
| Devin Lawton Palmer<br>Boylan, Brown, Code, Vigdor & Wilson, LLP<br>2400 Chase Square<br>Rochester, NY 14604 | Brett D. Fallon<br>Michael J. Custer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| Lawrence M. Schwab<br>Thomas M. Gaa<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 | Mohsin N. Khambatti<br>Dewey & LeBoeuf, LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue, Suite 3700<br>Chicago, IL 60601-6710 |
| Jennifer Feldsher<br>Bracewell & Giuliani LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | David B. Stratton, Esq. & Evelyn J. Meltzer, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801 |
| Mark I Bane<br>Anne H. Pak<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Kell C. Mercer<br>Afton Sands-Puryear<br>Brown McCarroll, L.L.P.<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701 |

Denise A. Mertz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
625 Cherry Street-Room 203
Reading, PA 19602-1184

Susan R. Fuertes
14910 Aldine-Westfield Road
Houston, TX 77032

Lee W. Stremba
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Jeffrey B. Rose
Tishler & Wald, Ltd.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Joe M. Fears
Barber & Bartz
800 Park Centre
525 South Main Street
Tulsa, OK 74103-4511

James E. Van Horn
McGuire Woods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-4468

Jan M. Geht
Trial Attorney/Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

William Bradley Russell, Jr.
Trial Attorney/Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Robert S. McWhorter
Nossaman LLP
915 L. Street, Suite 1000
Sacramento, CA 95814

James M. Wilton, Esq.
Patricia I. Chen, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110