# EXHIBIT A

## DOCUMENTS TO BE PRESERVED

1. All documents concerning any business transactions between the Debtors and NNUK, including without limitation any agreements, contracts, licenses or other arrangements relating to manufacturing, marketing and sales, research and development, intellectual property, inventory maintenance, product delivery, customer support, pricing and/or taxes.

2. All documents concerning the Debtors' acquisition, use or licensing of technology researched or developed by or in conjunction with NNUK including documents relating to the sales of that technology by the Debtors and the revenues derived from those sales.

3. All documents concerning NNUK's acquisition, use or licensing of technology developed by the Debtors.

4. All documents regarding research and development or technology shared between or jointly-developed by the Debtors and NNUK.

5. All documents concerning work performed by NNUK to adapt products manufactured or sold by the Debtors so as to allow for their use or sale in Europe and other markets.

6. All documents reflecting efforts by NNUK to assist the Debtors' customers to expand their business in Europe and other markets.

7. All documents concerning the Nortel Group's "Friends and Family" strategy.

8. All documents concerning the Nortel Group's "Common Platform" approach to funding pension obligations.

9. All documents reflecting efforts by NNUK employees to assist the Debtors in bidding for business and/or preparing responses to bid requests from customers and any other involvement of NNUK employees with the customers of the Debtors.

10. All documents concerning efforts by NNUK employees to train the Debtors' employees or customers.

11. All documents reflecting NNUK officers and employees reporting to officers or employees of the Debtors.

12. All documents concerning NNUK's purchasing hub in Monkstown, Northern Ireland.

13. All documents concerning meetings between employees of the Debtors and NNUK.

14. All documents regarding secondments or transfers of the Debtors' employees to NNUK.

15. All documents regarding secondments or transfers of NNUK's employees to the Debtors.

16. All documents regarding the Nortel Group's transfer pricing arrangements.

5893051.5

17. All documents regarding any overlap between the management personnel and/or the boards of directors of the Debtors and NNUK.

18. All documents regarding the corporate structure of the Nortel Group.

19. All documents concerning the NNUK pension scheme including without limitation funding of the scheme and the UK Pension Fund Policy Committee.

20. All documents concerning the Debtors' pension schemes, including without limitation all documents concerning the funding of the schemes and all documents (including without limitation minutes of meetings) concerning any Pension Fund Policy Committees and Pensions Investment Committees within the Nortel Group.

21. All documents relating to inter-company loans between and/or involving NNUK, the Debtors or other entities in the Nortel Group.

22. Minutes of meetings of the boards of directors of the Debtors from 1991 onwards.

23. Minutes of any meetings of leaders of business divisions of the Nortel Group based in the United States or operated by the Debtors.

24. Minutes of the cabinet of the CEO of the Nortel Group.

25. Minutes of the cabinets of the Group Head Treasury, Group Head Tax and the heads of each of the business divisions of the Nortel Group.

26. All emails, memoranda, notes, letters and other communications to, from or by the following individuals concerning any of the pension schemes of the Nortel Group:

- Clive Allen
- Doug Beatty
- Mark Cooper
- Peter Currie
- Nick DeRoma
- Oswald D'Mello
- John Doolittle
- Charles Helm
- Terry Hungle
- Bill Kerr

5893051.5

- Bill LaSalle
- Mike McCorkle
- Don McCreesh
- MaryAnne Pahapill
- John Poos
- Allen Preece
- Kate Stevenson
- Mitch Stone
- John Williams