# EXHIBIT B

| United States Bankruptcy Court for the District of Delaware | | **PROOF OF CLAIM** |
|---|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000003418 |
| Name of Debtor Against Which Claim is Held<br>Nortel Networks Inc 09-10138 | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000069462******
MTS ALLSTREAM INC
200 WELLINGTON STREET W
SUITE 1200
TORONTO, ON M5V 3G2
CANADA

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:    Email Address:

Name and address where payment should be sent (if different from above)
MTS Allstream Inc.
200 Wellington Street West
Toronto, Ont.

Telephone number: 416-644-2385    Email Address: allan@mtsallstream.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **7737.21**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Phone Services**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $_____ Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $ **7737.21**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: Sept 21-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

(Allen Wortman)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


# STATEMENT OF ACCOUNT / ETAT DE COMPTE

Allstream - Unified Communications
7550 Birchmount Road
Markham ON   L3R 6C6
Telephone:   (905) 513-4732 Ext. 0000

| StatementDate / Date Imprimee: | 9/15/2009 |
|---|---|
| Customer No. / No. De Client: | 223362 |

Amount Paid

NORTEL
2351 BOUL. ALFRED-NOBEL
MONTREAL QUEBEC  H4S2A9

Contact Person:   SABASTIEN LANGLOIS

Credit Limit:  Unlimited
Payment Terms:
Finance Charge Currency Amount  $0.00
Deposits Received:                       $0.00

Currency ID:   CAD

| Invoice # / # Facture | Date | Code | Description | Amount / Montant | Balance / Montant Due |
|---|---|---|---|---|---|
| 314018 | 2/28/2007 | SLS | | $384.75 | $384.75 |
| 314019 | 2/3/2007 | SLS | | $641.25 | $1,026.00 |
| 314020 | 2/3/2007 | SLS | | $213.75 | $1,239.75 |
| 314021 | 2/3/2007 | SLS | | $555.75 | $1,795.50 |
| 314022 | 2/3/2007 | SLS | | $342.00 | $2,137.50 |
| 314039 | 2/28/2007 | SLS | | $769.50 | $2,907.00 |
| 314040 | 2/3/2007 | SLS | | $855.00 | $3,762.00 |
| 316757 | 5/3/2007 | SLS | | $470.25 | $4,232.25 |
| 318411 | 6/20/2007 | SLS | | $171.00 | $4,403.25 |
| 318610 | 7/3/2007 | SLS | | $256.39 | $4,659.64 |
| 319363 | 7/3/2007 | SLS | | $299.25 | $4,958.89 |
| 319529 | 7/31/2007 | SLS | | $470.04 | $5,428.93 |
| 320275 | 8/3/2007 | SLS | | $299.12 | $5,728.05 |
| 320277 | 8/3/2007 | SLS | | $213.66 | $5,941.71 |
| 321982 | 10/3/2007 | SLS | | $85.50 | $6,027.21 |
| 322725 | 10/3/2007 | SLS | | $1,710.00 | $7,737.21 |
| | | | CAD Total | | $7,737.21 |

| CAD | | | | | |
|---|---|---|---|---|---|
| Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 121 Days |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,737.21 |

Codes:
- SLS = Sales / Invoices
- SCH = Scheduled Payments
- DR = Debit Notes
- FIN = Finance Charges
- SVC = Service / Repairs
- WRN = Warranties
- CR = Credit Notes
- RTN = Returns
- PMT = Payments

As a subsidiary of MTS Allstream Inc., operating under the Allstream brand,   We now collect GST/QST under MTS Allstream's GST/QST number.
Please make sure to update your records as follows:

GST # 894164847 / # DE TPS 894164847     QST # 1020109072 / # DE TVQ 1020109072

Overdue accounts are subject to interest at a rate of 2% per month.   /   Des interets de 2% par mois s'appliqueront aux comptes en souffrance

Allstream marks, images and symbols are used by Delphi Solutions Corp. under license from Manitoba Telecom Services Inc. / Les marques, images et symboles d'Allstream sont utilises par Les Solutions Delphi Corp. en vertu d'une licence de Manitoba Telecom Services Inc.

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000065085******
MTS ALLSTREAM INC
1730 MCGILLIVRAY BLVD
BOX 6666 BW100R
WINNIPEG, MB R3C 3V6
CANADA

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____ Email Address: _____

Name and address where payment should be sent (if different from above)
MTS Allstream Inc
200 Wellington Street West
Toronto, ONT M5V-3G2

Telephone number: 416-644-2385  Email Address: allan.wortman@mtsallstream.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ 140,493.25

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Telephone Line, Circuits & Long Distance & Toll Free
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: See Statement of Accounts
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $ 140,493.25

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: Sept 14-09

Signature: [signed] (Allan Wortman)
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Allstream
200 Wellington Street West, 12th Floor
Toronto, Ontario  M5V 3G2

Services de TI
200, rue Wellington Ouest, 12e étage
Toronto (Ontario)  M5V 3G2

www.allstream.com

## Statement of Accounts

**NORTEL NETWORKS**

| Acct # | Proof of Claim Amount prior Jan. 14-09 |
|---|---:|
| 10436986 | 4,141.17 |
| 683469 | 29,364.46 |
| 3785068 | 17,406.38 |
| 3788571 | 2,108.25 |
| 4079736 | 1,187.39 |
| CW0043833 | 8,179.43 |
| 10000283430 | 1,489.73 |
| 10000290544 | 17,372.34 |
| 10000293166 | 614.70 |
| 10000298965 | 2,439.67 |
| 10000299387 | 614.70 |
| 10000299982 | 2,062.39 |
| 10000301297 | 39,097.60 |
| 10000302359 | 8,236.31 |
| 1000303496 | 6,178.73 |
| **Total** | **$140,493.25** |

Prepared by: **Allan Wortman**
**Collection Analyst & Third Party Legal Coordinator**