## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this ____7th____ day of October, 2010, a true and correct copy of the foregoing *Response of MTS Allstream, Inc. to Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims)* was hereby furnished to the addressees herein in the manner specified, and upon all interested parties so registered for electronic notification via CM/ECF:

Derek C. Abbot, Esq.- *via First Class U.S. Mail*
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Deborah M. Buell, Esq.- *via First Class U.S. Mail*
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

/s/Daniel K. Hogan
Daniel K. Hogan (#2814)
Attorney for MTS Allstream, Inc.