# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )   Chapter 11
                                            )
NORTEL NETWORKS, INC., *et al.*,            )   Case No. 09-10138 (KG)
                                            )
                      Debtors.              )   Jointly Administered
_____ )

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective October 12, 2010, the address of the Boston office of Ropes & Gray LLP, counsel for Microvision, Inc., will change as follows:

> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600

PLEASE TAKE FURTHER NOTICE that the Firm's and its lawyers' phone numbers, fax numbers and e-mail addresses have not been affected by this change.

Dated:  October 7, 2010                 Respectfully submitted,
        Wilmington, Delaware
                                        PEPPER HAMILTON LLP


                                         /s/ Evelyn J. Meltzer
                                        Evelyn J. Meltzer (DE No. 4581)
                                        Hercules Plaza, Suite 5100
                                        1313 N. Market Street
                                        P.O. Box 1709
                                        Wilmington, Delaware 19801
                                        Tel:    (302) 777-6500
                                        Fax:    (302) 421-8390

                                          - AND -

#13278260 v1

-2-

        ROPES & GRAY LLP
        James Wilton (*pro hac vice*)
        Patricia I. Chen (*pro hac vice*)
        One International Place
        Boston, MA 02110-2624
        Tel:    617.951.7000
        Fax:   617.951.7050

*Counsel for Microvision, Inc.*