-3-

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 7th day of October, 2010, I caused

the foregoing **Notice of Change of Address** to be served upon the following parties by first-

class mail.

| | |
|---|---|
| Derek C. Abbott, Esq. | James L. Bromley, Esq. |
| Eric D. Schwartz, Esq. | Lisa M. Schweitzer, Esq. |
| Thomas F. Driscoll, III, Esq. | Cleary Gottlieb Steen & |
| Ann C. Cordo, Esq. | Hamilton LLP |
| Morris, Nichols, Arsht & Tunnell LLP | One Liberty Plaza |
| 1201 North Market Street | New York, NY 10006 |
| Wilmington, DE 19801 | |
| | |
| Christopher M. Samis, Esq. | United States Trustee |
| Richards, Layton & Finger, P.A. | 844 King Street, Room 2207 |
| 920 N. King Street | Lockbox #35 |
| One Rodney Square | Wilmington, DE 19899-0035 |
| Wilmington, DE 19801 | |

 /s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)