IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **RE: D.I.'s 2446 and 2710**
---------------------------------------------------------X

### SUPPLEMENTAL DECLARATION OF MARK BLYTH IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF LINKLATERS LLP AS U.K. COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

I, Mark Blyth, do hereby declare as follows:

1.    I am a partner of the firm of Linklaters LLP ("Linklaters"), which maintains an office for the practice of law, among other places, at One Silk Street, London, EC2Y 8HQ, United Kingdom.

2.    I am admitted to practice as a solicitor by the Law Society of England and Wales.

3.    I submit this declaration (the "Supplemental Declaration") to supplement the Application for an Order Authorizing Employment and Retention of Linklaters LLP Nunc Pro Tunc to the January 26, 2010 [D.I. 2446] (the "Application"), filed on February 18, 2010 and the declaration of Mark Blyth in support of, and annexed as Exhibit B to, the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

A12474082

4.  I am submitting this Supplemental Declaration to disclose that Linklaters represents the joint administrators of certain related UK companies ("Client A") in matters unrelated to these chapter 11 cases. Linklaters also represents Client A in an application (the "Client A Action") similar to an application that the joint administrators ("EMEA Joint Administrators") of certain of the EMEA Debtors[2] in administration in the UK ("UK EMEA Debtors") which was made on September 7 2010, to the English High Court of Justice, Chancery Division, Companies Court ("EMEA Application").

5.  The EMEA Application seeks directions and consequential directions of the Court concerning whether in respect of

(i)   any financial support direction ("FSD") issued by the UK Pensions Regulator pursuant to section 43 Pensions Act 2004 to the UK EMEA Debtors:

   (a)   the EMEA Joint Administrators or the liquidators in any subsequent liquidation of the UK EMEA Debtors should take any steps to comply with the FSD;

   (b)   any liability arising in relation to that FSD will rank as an administration expense and/or will be an expense of any subsequent liquidation of the UK EMEA Debtors;

   (c)   any liability arising in relation to that FSD will be a debt provable in the current administrations of the UK EMEA Debtors or subsequent liquidations of the UK EMEA Debtors.

(ii)  any contribution notice ("CN") issued pursuant to section 38 or 47 of the Pensions Act 2004 to the UK EMEA Debtors:

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

2

(a) any liability arising in relation to that CN will rank as an administration expense and/or will be an expense of any subsequent liquidation of the UK EMEA Debtors;

(b) any liability arising in relation to that FSD will be a debt provable in the current administrations of the UK EMEA Debtors or subsequent liquidations of the UK EMEA Debtors.

6. Client A is not related to the EMEA Debtors or the EMEA Joint Administrators. Linklaters does not represent the EMEA Debtors or the EMEA Joint Administrators as joint administrators of the EMEA Debtors.

7. Client A is not a creditor or party in interest in these chapter 11 proceedings and Linklaters' representation of Client A will not be adverse to Linklaters' representation of the Debtors in the above-captioned chapter 11 cases. In connection with the Client A Action, Linklaters may coordinate procedurally with the EMEA Joint Administrators and their legal advisors in connection with the EMEA Application. At no point during such coordination will Linklaters represent the EMEA Debtors or the EMEA Joint Administrators as administrators of the EMEA Debtors.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United Staets of America that the foregoing is true and correct.

Executed on October 7, 2010.

_____
Mark Blyth

A12474082