# Exhibit A

Ministry of The Attorney General  
Crown Law Office Criminal

Ministere du Procureur general  
Bureau des avocats  
de la Couronne – droit criminal


Ontario

10th Floor  
720 Bay Street  
Toronto ON M7A 2S9

10e etage  
720 rue Bay  
Toronto ON M7A 2S9

Fax: (416) 326-4656  
Tel: (416) 326-4600

Telec: (416) 326-4656  
Tel: (416) 326-4600

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| To: | David Porter | Fax: | (416) 868 - 0673 |
| From: | Amanda Rubaszek | Date: | October 7, 2010 |
| Re: | *Nortel Networks Inc. et al.* | Pages: | 3 pgs. (including cover page) |
| Sent By Operator: | AH | Telephone: | (416) 326-2301 |

Comments:

Please see the attached letter.

PRIORITY:    Urgent        Rush        Standard

This facsimile may contain Privileged and Confidential Information only for use of the Addressee(s) named above. If you are not the intended recipient of this facsimile or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for the return or destruction of this document.

**CONFIDENTIAL**

Ministry of The Attorney General     Ministere du Procureur general

Crown Law Office - Criminal          Bureau des avocats
                                     de la Couronne – droit criminal

10th Floor                           10° etage
720 Bay Street                       720 rue Bay
Toronto ON M5G 2K1                   Toronto ON M5G 2K1

Tel: (416) 326-4600                  Tel: (416) 326-4600         Direct Line: (416) 326-4585
Fax: (416) 326-4656                  Fax: (416) 326-4656         Email: Amanda.Rubaszek@ontario.ca



October 7, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell
James L. Bromley
One Liberty Plaza
New York, New York 10006
**Sent By Facsimile: (212) 225-3999**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Alissa T. Gazze
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
**Sent By Facsimile: (302) 658-3989**

Dear Counsel:

Re:   *Nortel Networks Inc., et al., Debtors*
      Motion for an Order re: Destruction of Documents - Case No. 09-10138 (KG)

As you may know, criminal proceedings were initiated in Canada against former Nortel executives Frank Dunn, Douglas Beatty and Michael Gollogly in the summer of 2008. Although a trial date has not yet been set, it is anticipated that proceedings will commence in the fall of 2011. I am one of the three Crown counsel prosecuting the case.

On October 6, 2010 in the late afternoon, we received electronic copies of the Debtors Motion for an order approving a document disposal procedure being heard on October 14, 2010 in the United States Bankruptcy Court for the District of Deleware. The Notice stated that Objections were to be received no later than October 7, 2010 at 4 p.m. eastern time.

These electronic copies came to our attention indirectly through a third party. In the future, it would be of assistance if we could be notified directly. Indeed, it is our desire to be kept apprised of any notices and/or orders relating to the destruction of documents that may be forthcoming.

Upon receipt of these documents, the material was forwarded to counsel for Frank Dunn, Douglas Beatty and Michael Gollogly, each of whom are defendants in Canadian criminal proceedings for fraud and related illegalities.

While we do not act for the defence nor do we purport to protect their interests, we wish to alert you to the fact that they are an interested party. We urge you to correspond with their counsel directly, as we do not wish to become an intermediary, and please keep them apprised of any and all plans to dispose of documents or electronic data. Likewise, we will advise counsel for Mr. Dunn, Mr. Beatty, and Mr. Gollogly to raise their objections with you directly. They have been copied on this letter and their particulars are set out below for your reference.

Please feel free to contact me should you have any questions or concerns.

Yours truly,

Amanda Rubaszek
Crown Counsel

cc.

Mr. David Porter (*Counsel for Frank Dunn*)
McCarthy Tetrault LLP
Box 48, Suite 5300
Toronto Dominion Bank Tower
Toronto, ON M5K 1E6
(*Sent by Fax: (416) 868-0673*)

Mr. Greg Lafontaine (*Counsel for Douglas Beatty*)
Lafontaine & Associates
127 John Street
Toronto, ON M5V 2E2
(*Sent by Fax No. (416)-204-1849*)

Ms. Sharon Lavine (*Counsel for Michael Gollogly*)
Mr. Robin McKechney
Greenspan Humphrey Lavine
15 Bedford Rd.
Toronto, ON M5R 2J7
(*Sent by Fax No. (416) - 868-1990*)