Exhibit B

JUN-16-2010  17:09         TORONTO IMET                          416 790 3203      P.001

Ministry of The Attorney General     Ministere du Procureur general
Crown Law Office - Criminal          Bureau des avocats
                                     de la Couronne – droit criminel

10th Floor                           10e étage
720 Bay Street                       720 rue Bay
Toronto ON M5G 2K1                   Toronto ON M5G 2K1

Tel: (416) 326-4600                  Tel: (416) 326-4600
Fax: (416) 326-4656                  Fax (416) 326-4656


Ontario

Direct Line: (416) 326-4585
Email: Amanda.Rubaszek@ontario.ca

June 16, 2010

SENT BY COURIER AND FAX: (416) 868-0673

Mr. David Porter
McCarthy Tetrault LLP
Box 48, Suite 5300
Toronto Dominion Bank Tower
Toronto, ON M5K 1E6

Dear Mr. Porter:

Re:   *R. v. Frank Dunn, Douglas Beatty and Michael Gollogly*
      Your letter of June 1, 2010 (the 25-item chart)

We have now had an opportunity to consider the balance of your letter dated June 1, 2010. Specifically, with respect to the 25-item chart which you say summarizes the outstanding disclosure requests, please see the attached chart containing our response.

We are also attaching two documents that are responsive to items #6 and #17 on your chart and have enclosed a CD which is responsive to item #7 (the day-timer). We hope that this is of assistance to you.

Yours truly,

*A. Rubaszek*

Amanda Rubaszek
Crown Counsel

Cc.:   Mr. Greg Lafontaine
       Lafontaine & Associates
       127 John Street
       Toronto, ON M5V 2E2
       *(Sent by Courier and Fax No. (416)-204-1849)*

       Ms. Sharon Lavine
       Mr. Robin McKechney
       Greenspan Humphrey Lavine
       15 Bedford Rd.
       Toronto, ON M5R 2J7
       *(Sent by Courier and Fax No. (416) - 868-1990)*

JUN-16-2010  17:10        TORONTO IMET                                    416 790 9203      P.002

# DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| # | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 1 | Secretary's notes for the audit committee meeting of 2003-01-09 | 2008-10-31; 2009-01-27; 2009-09-24 | Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed. Request made to Nortel | 2009-01-19 | please provide Requested Disclosure (2010-06-01) |
| | | | 2003-01-09 notes: STN6020017 (NNDN00001-NND000069), which will be disclosed on 2010-07-15 | 2010-06-15 | |
| | | | Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed. Request made to Nortel | 2009-11-04 | |
| 2 | Nick DeRoma's calendar and travel plans for Jan. 2003, incl. company log for Jan. 17, 2003 | 2008-10-31; 2009-01-27; 2009-09-24 | Nortel did not meet the request. | 2009-01-19 | Please provide Requested Disclosure (2010-06-01) |
| | | | Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed. Request made to Nortel | 2009-11-04 | |
| 3 | Assessments provided to Nortel by Lovells dated Nov. 11, 2002, Dec. 17, 2002, and Dec. 20, 2002 re: 350 Networks litigation. | 2008-10-31; 2009-01-27; 2009-09-24 | These documents can be located in 5's as follows: Nov 11, 2002 STW.03380198-03380205; Dec 17, 2002 ST#.03380232-03380233; Dec 20, 2002 ST#.03380234. | 2010-06-15 | Please provide Requested Disclosure (2010-06-01) |

Page 1

## DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| # | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 4 | Notes relating to all RCMP Interviews with WCP incl. RCMP meeting with Laura Wertheimer on Oct. 3-4, 2006 in Washington; RCMP meeting with WCP on Jan 23-24 2006; RCMP, SEC, OSC and DOJ meeting with WCP on Nov 18, 2004 | 2008-10-31; 2009-01-27 | Super Text Item Num [279] contains 2006-10-03 and 2006-10-04 RCMP Interview related documents of Laura Wertheimer, which includes binder with questions and documents referred to during the interview - documents were disclosed on 2008-06-26; IMET Attendees for 2006-10-03,04 meetings DOJ Beverly Wilton, Sgt. Marini, Sgt. Burk; Sgt. Saunders, FA John Douglas. Sgt. Burk's note found in ST#91061244 (Disclosed on 2008-06-26) Sgt. Saunders' note found in ST#91080158 (Disclosed on 2008-12-01) Sgt. Marini's note found in ST#81D70082 (Disclosed on 2008-06-26); ST#90200416 contains investigative planning for the 2006-01-23,24 meeting. ST#90200420 contains list of meeting attendees. ST#91061152 contains Sgt. Burk's interview notes.; In attendance at meeting with WCP on Nov 18, 2004, Supt. Hannaford, Sgt. O. Bone, Sgt. L. Lebowits and John Douglas at offices of SEC. Notes located ST#91030001 - 91030011. | 2010-06-16 | Please provide requested disclosure. Please identify the individuals who attended the meetings, and if their notes have been disclosed, the location of their notes in the disclosure. (2010-06-01) |
| | | 2009-01-27 | Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed. | 2009-01-19 | |
| 5 | All materials pertaining to all interviews conducted by WCP, including transcripts and notes, incl. telephone interviews | 2008-10-31; 2009-01-27; 2005-09-24 | Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed | 2009-01-19 | |
| | | | Request made to Nortel | 2009-11-04 | |
| | | | Nortel did not meet the request. | 2010-06-16 | Please provide Requested Disclosure (2010-06-01) |

JUN-16-2010  17:10       TORONTO IMET                              416 790 3203    P.004

## DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| # | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 6 | Transcripts of meetings with Harrison on Nov. 23 and Nov 30, 2007 | 2008-10-31 | this information is contained within the notes of Kevin Burk | 2009-01-19 | The notes of Kevin Burk do not include the "presentation" given to Harrison on these dates. Please provide the requested disclosure. (2010-06-01) |
| | 11 Mary Cross Daytimer | 2008-10-31; 2009-01-27; 2009-09-24 | Index of Brian Harrison Interview Binder is attached. Refusal to identify specific items. All this information which is in the possession of the Crown has been disclosed. Have identified the document by searching in Summation - Item #375. Request to Norcel for other dates | 2010-06-16 2009-01-19 2009-01-19 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| 7 | | 2009-01-27 | See S1#5020043 (To be disclosed on 2010-07-15). A CD containing day-timer is attached; Concordance, but only 1 of 3 pages was located. Norcel does not have March 2003 to Dec 2003 day-timer. | 2010-07-15 · 2010-06-16 | Please confirm with D&T that this is the correct attachment and please provide all 3 pages. (2010-06-01) |
| 8 | Attachment to the June 13, 2003 email from Chris Allen to Don Hathaway, Cawthorne, and Tomassini. (p. S00074481). which states 'attached is the most recent outlook/forecast for discussion at our meeting next Tuesday.' | 2009-01-27 | Crown provided route to finding the attachment in 2003-02-09 | 2010-06-16 | |
| 9 | Item #112, p. 00120168 appears to be a D&T working paper. Under the heading "Genuity Product Credits $1.3M", the document states in the last line: "This amount has been brought up in the Scoresheet (sk) @2340 as a soft provision." please provide the document which includes the "Scoresheet" | 2009-01-27 | Not available Crown states IMET searched for but could not locate such a document. "Based on the above, this item is not in IMET's possession." | 2009-02-09 | Please follow up with D&T. (2010-06-01) |
| 10 | Exhibit Item 5, Pg. Serial 101352 ff. is the Wireless Q1 2003 balance sheet review. Please provide the D&T summary notes/memo of this session. The D&T summary notes/memo for the Optical, Wireline, and Enterprise balance sheet reviews have been disclosed. | 2009-01-27 | Not available Crown states that searches have failed to identify the D&T summary notes of this session. "Based on the above, these items are not in IMET's possession." | 2010-06-16 2009-02-09 | Please follow up with D&T. (2010-06-01) |
| 11 | Disclose all material in possession or control of Crown in relation to proposed witnesses from WCP, Huron, E&Y, BCD, and other proposed Crown witnesses for whom we have received nothing. | 2009-04-08; 2009-12-12 | As additional statements are obtained they will be disclosed Ken Taylor, Ken Crosson and Darline Blandino Interview transcripts will be disclosed on 2010-07-15 | 2009-12-17 2010-06-16 | Please take steps to obtain and disclose these materials. (2010-06-01) |

# DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 12 | Provide clear copy of these documents (poor quality scan) Doc#02040408-13, John Cawthorne's notes from February 27, and March 8, 2004; Doc#02040480-5, John Cawthorne's notes from April 13, 2004. | 2009-04-08 | No Response | | Please provide requested disclosure. (2010-06-01) |
| 13 | Please obtain from Nortel and disclose to the defence the original electronic version of "Adjustments: Data for 2003" found at p. serial 01180043 | 2009-09-24 | Crown received the documents as they appear in SuperText database. Request made to Nortel | 2010-06-16  2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| 14 | Please obtain from Nortel and disclose to the defence the items requested by IMET from Nortel under cover of letter dated December 3, 2007 (pg. serial 95700026). Point #4 of the letter includes the following: - list of telephone interviews completed by WCP; - summaries completed for WCP telephone interviews; - document binders presented during each interview. | 2009-09-24 | Nortel did not meet the request. Request made to Nortel | 2010-06-16  2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| 15 | The above referenced letter from IMET to Nortel dated December 3, 2007 (pg. serial 95700026) at Point #12 states: "Question: Computer Continuity, re: Harrison to Dunn, Mozon to Sledge: Who will say they assumed control." Please disclose all material provided by Nortel in response to this request. | | Nortel did not meet the request. Request made to Nortel | 2010-06-16  2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| 16 | Please obtain from Nortel and disclose to the defence the missing Secretary's notes for the NNC Audit Committee meetings. In addition to those from January 9, 2003 (already requested), please seek the following notes from Nortel, which we could not locate in the disclosure: - Secretary's notes from the NNC Audit Committee meeting of February 27, 2003; - Secretary's notes from the NNC Audit Committee meeting of March 10, 2003; - Secretary's notes from the NNC Audit Committee meeting of May 9, 2003. | 2009-09-24 | 2003-01-09 notes: ST#6029017 (NND000001-NND000006) 2003-02-27 notes: ST#6020025 (NND000007-NND000010) 2003-03-10 notes: ST#60200030 (NND000011-NND000017) 2003-05-09 notes: ST#6020038 (NND000038-NND000021) *All documents mentioned above will be disclosed on 2010-07-15 | 2010-06-16 | Please provide requested disclosure. (2010-06-01) |
| 17 | Please provide a clean original copy from Nortel of the Secretary's notes from the NNC Audit Committee meeting of April 23, 2003. The version in Concordance, at p. 4 (NNE 00877714), appears to be poorly copied or to have a portion of the text covered up, and is difficult to read. | 2009-09-24 | Crown states it is easily viewed, same as other pages. Concordance copy is the only copy we received from Nortel. Copy is attached. | 2009-11-04  2010-06-26 | Please provide requested disclosure. (2010-06-01) |

# DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 18 | We have come across several documents with illogical dates, which bring into question the accuracy and/or integrity of the electronic disclosure materials. Please seek the original version from Nortel of the following documents, and please seek from Nortel an explanation as to how the dates came to be changed on these documents: <br> - pg. serial 3500119-3300126, "LF Mezon - List of action Items". This item is dated 1/5/2003, and is from John Cawlthorne's files(DT Production to RCMP #DT5008161). Please request and provide the original from Nortel and/or p&t. <br> - Nortel document "LF Mezon - List of Action Items" listed as NNE 000391562, with the date 4/29/2032, found in the Concordance disclosure. Please request and provide the original from Nortel. <br> - NNE 010225650, Nortel document entitled "Q3 Priorities". This document shows the date of "9/5/2003" corssed out and replaced with "5/28/2032". The document is found in the 26th Concordance database (linked to item/turn 105) | 2009-09-24 | Request made to Nortel | 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| 19 | Please produce Brian Harrison's calendar and/or day planner. A search of the Supertext disclosure for these terms reveals only the RCMP "Assistance Request Technological Crime" report dated October 13, 2006, which lists "Harrison & Calendar", and "Harrison & Day Planner" as terms to be used to search the received database, hard drives, CD's, etc. If his calendar is not included in the disclosure materials, please request same from Nortel on an urgent basis. | 2009-09-24 | Crown does not believe calendar or day planner has been produced by Nortel for Harrison; 3 pages of a calendar attached to letter request forwarded to Nortel | 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| | | | Nortel did not meet the request. | 2010-06-16 | |
| 20 | Please request from Nortel the information relating to the D&T review of the releases from the Optical business unit during the charge period, and from the Wireless business unit in Q4 2002 (this information, relating to Wireless Q1 2003, is included in the disclosure). | 2009-09-24 | Request made to Nortel | 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| | | | Nortel did not meet the request. | 2010-06-16 | |
| 21 | Please request that Nortel provide the complete set of original charts which were part of the December 17, 2002 Wireless Cabinet meeting presented by Jim Kinney. Whereas pg. serial 00150501 indicates that "Q4 provision release/management" would be discussed, there is no chart attached on this subject. | 2009-09-24 | Request made to Nortel | 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| | | | Nortel did not meet the request. | 2010-06-16 | |
| 22 | Please provide a copy of the original Certification Letters, Representation Letters, and SOX Certification letters from Q2 2003 relating to Frank Dunn, as requested from Nortel by IMET on July 10 2008 (pg. serial 53250663) | | Nortel did not meet the request. | 2010-06-16 | |

JUN-16-2010 17:11        TORONTO IMET                     416 790 3203        P.007

## DISCLOSURE REQUESTS AS ITEMIZED IN JUNE 1, 2010 DEFENCE CHART

| | Disclosure Requested by Defence | Date(s) of Request | Crown Response | Date of Crown Response | Follow Up by Defence |
|---|---|---|---|---|---|
| 23 | Please confirm (1) that the RCMP and/or the Crown has requested from Nortel all the information that Nortel has provided to the Ontario Securities Commission (the "OSC"), and to the U.S. Securities Exchange Commission (the "SEC"), (2) that the RCMP and/or the Crown has, to the best of your knowledge, received same, and (3) that all of this material has been disclosed to the defence. | 2009-09-24 | No Response | 2009-11-04 | Please provide requested disclosure. (2010-06-01) |
| | | | We already have received all the requested information that Nortel has provided to the OSC and the SEC from Nortel, and we disclosed all the information received from Nortel. | 2010-06-16 | |
| 24 | Location in Supertext of materials from imaged hard drives of accused that has already been disclosed. | 2010-03-25 | No Response | | Please provide requested disclosure. (2010 06 01) |
| | | | SuperText [ItemNum]539 to [ItemNum]524) contain Integrated Technological Crime Unit (ITCU) reports, which is to be disclosed on 2010-07-15. The reports will fulfill the request. | 2010-06-16 | |
| 25 | Please provide us with the number of documents from the imaged hard drives that still need to be manually reviewed by the IMET investigator/s, when the task will be complete, and when we will receive this disclosure. | 2010-03-25 | No Response | | Please provide requested disclosure. (2010-06-01) |
| | | | All of the manually reviewed documents from the imaged hard drives have been printed. Printouts can be found in the ITCU reports (ItemNum 539 - 524) previously mentioned in Request #24. | 2010-06-16 | |

TOTAL P.007