IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------- X
                                                    :
*In re*                                             :   Chapter 11
                                                    :
                                                    :   Case No. 09-10138 (KG)
NORTEL NETWORKS INC., *et al.*                      :
                                                    :
            Debtors.                                :   Jointly Administered
                                                    :
                                                    :
--------------------------------------------------- X

**Declaration in Support of Request to File By Hand the
Objection of Frank A. Dunn to Debtors' Motion for an Order Approving
<u>Procedures for Document Destruction</u>**

1. I am an attorney with the law firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, New York. We represent Frank A. Dunn, a former office of Nortel. Late yesterday afternoon, we learned about a motion that affects Mr. Dunn's rights in a criminal case with an objection deadline of today at 4:00 p.m.

2. I am not admitted in this court and have not been able to associate with local counsel or apply for admission *pro hac vice*.

3. Accordingly, I respectfully request permission to file Mr. Dunn's Objection by hand.

4. I declare under penalty of perjury that the foregoing is true and correct.

October 7, 2010

_____
James R. Stovall