IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
                                                           :
                                                           :    Chapter 11
*In re*                                                    :
                                                           :    Case No. 09-10138 (KG)
NORTEL NETWORKS INC., *et al.*                             :
                                                           :
            Debtors.                                       :    Jointly Administered
                                                           :
                                                           :
---------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

     I hereby certify that I served the Objection of Frank A. Dunn to Debtors' Motion for an Order Approving Procedures for Document Destruction by email to the following parties:

| | |
|---|---|
| Derek C. Abbot | dabbott@mnat.com |
| Eric C. Schwartz | eschwartz@mnat.com |
| Deborah M. Buell | dbuell@cgsh.com |
| James L. Bromley | jbromley@cgsh.com |
| United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| Christopher M. Samis | samis@rlf.com |

*/s/ James R. Stovall*
James R. Stovall
MORVILLO, ABRAMOWITZ, GRAND,
   IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

October 7, 2010