**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on this 8th day of March, 2010, I caused copies of the *Lead Plaintiffs' Joinder to Objections to Debtors' Motion for Entry of an Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related Relief* to be served upon following individual(s) in the manner indicated.

**BY HAND DELIVERY**
Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Glazze, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL & ELECTRONIC MAIL**
Deborah M. Buell, Esquire
James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

  */s/ Christopher P. Simon*
  Christopher P. Simon (No. 3697)