## <u>EXHIBIT A</u>

## No Liability Claims

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BOYD CORPORATION<br>ATTN: ANJELA NAND<br>600 SOUTH MCCLURE ROAD<br>MODESTO, CA 95357 | 1736<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,422.40 (U)<br>$63,422.40 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 | 1824<br>8/20/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$151.31 (P)<br>- (U)<br>$151.31 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. Claimed amount was improperly based on wages earned in California. Nortel Altsystems has paid all amounts properly owed to claimant in the ordinary course. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1287<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,080.00 (U)<br>$2,080.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1288<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$22,400.00 (U)<br>$22,400.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1289<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,020.00 (U)<br>$5,020.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1291<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,280.00 (U)<br>$16,280.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | 1292<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1294<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,460.00 (U)<br>$1,460.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1297<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,880.00 (U)<br>$3,880.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA  30321 | 1344<br>4/7/09<br>09-10144<br>Qtera Corporation | - (S)<br>- (A)<br>$2,110.00 (P)<br>$375.00 (U)<br>$2,485.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. The claim is for withholding tax, however Debtor did not have any employees during the relevant period. |
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON  M5H 2Y4<br>CANADA | 5545<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,609.17 (U)<br>$11,609.17 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON  M5H 2Y4<br>CANADA | 5546<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,609.17 (A)<br>- (P)<br>- (U)<br>$11,609.17 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |
| HUNTFORD PRINTING & GRAPHICS<br>275 DEMPSEY ROAD<br>MILPITAS, CA  95035-5556 | 1999<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$629.33 (U)<br>$629.33 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| ICHIA TECHNOLOGIES INC<br>CHANG HWA COMMERCIAL BANK LTD<br>2F, NO. 57, SEC. 2<br>TAIPEI  ROC<br>TAIWAN | 5547<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$15,400.00 (U)<br>$15,400.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |

**Exhibit A**

**No Liability Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MECHATRONIC LTD<br>88 DIGENI AKRITA AVENUE<br>NICOSIA  CY 1061<br>CYPRUS | 6155<br>11/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$37,800.00 (U)<br>$37,800.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MERRILL COMMUNICATIONS<br>BROOKFIELD PLACE<br>161 BAY STREET, 24TH FLOOR<br>PO BOX 506<br>TORONTO, ON  M5J 2S1 | 1732<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,622.82 (U)<br>$19,622.82 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| MERRILL CORPORATON CANADA<br>BCE PLACE, 161 BAY STREET<br>24TH FLOOR<br>TORONTO, ON  M5J 2S1<br>CANADA | 824<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$48,901.69 (U)<br>$48,901.69 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE., SUITE 300<br>POINTE CLAIRE, QC  H9R 1A3<br>CANADA | 6649<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$37,098.47 (A)<br>- (P)<br>- (U)<br>$37,098.47 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE. SUITE 300<br>POINTE CLAIRE, QC  H9R 1A3<br>CANADA | 6650<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | $37,098.47 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,098.47 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |
| NEWFIELD WIRELESS INC<br>2907 CLAREMONT AVENUE<br>BERKELEY, CA  94705 | 2442<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,572.25 (U)<br>$3,572.25 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| NEWFIELD WIRELESS, INC<br>2855  TELEGRAPH AVENUE STE 600<br>BERKELEY, CA  94705 | 2441<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,572.25 (A)<br>- (P)<br>- (U)<br>$3,572.25 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |

# Exhibit A

## No Liability Claims

### Claim to be Expunged

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| NOVATIONS GROUP INC<br>10 GUEST STREET SUITE 300<br>BOSTON, MA 02135-2067 | 6428<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$2,130.00 (U)<br>$2,130.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| SDL INTERNATIONAL<br>1155 RUE METCALFE<br>BUREAU 1200<br>MONTREAL, QC H3B 2V6<br>CANADA | 3502<br>9/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$42,668.29 (U)<br>$42,668.29 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| STEPHEN GOULD CORP<br>45541 NORTHPORT LOOP WEST<br>FREMONT, CA 94538-6458 | 2778<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$495.34 (U)<br>$495.34 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| STEPHEN GOULD CORPORATION<br>35 S JEFFERSON ROAD<br>WHIPPANY, NJ 07981 | 2777<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$495.34 (A)<br>- (P)<br>- (U)<br>$495.34 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | 6779<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$37,000.00 (U)<br>$37,000.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that are due from a third-party billing company, which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| TANDBERG CANADA, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC  28202 | 5324<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$96,366.39 (U)<br>$96,366.39 (T) | Non-Debtor Liability Claim. Claim asserts $77,443.39 that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim.<br><br>No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to claimed invoices totalling $2,915. Further, claimant asserts $16,008 in invoices that are not a liability of Nortel Networks Inc., but rather of Nortel Networks (CALA) Inc. However, Nortel Networks (CALA) Inc. has already paid that invoice, payment reference #6200000906 on 2/5/2009. |
| THE NEU GROUP INC<br>135 KATONAH AVENUE<br>3RD FLOOR<br>KATONAH, NY  10536 | 2039<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,203.00 (U)<br>$5,203.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| UCM/SREP-CORP WOODS, LLC<br>C/O STEPHEN LEWIS, ESQ.<br>STOLTZ MANAGEMENT OF DELAWARE, INC.<br>725 CONSHOHOCKEN STATE ROAD<br>BALA CYNWYD, PA  19004 | 3058<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | No Amount Due Claim. Based on discussions with the claimant, and claimant's inability to provide support for the claim, claimant and the Debtors have agreed that the claim should be expunged. |
| UNDERWRITERS LABORATORIES INC.<br>C/O LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL  60062 | 952<br>4/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,811.23 (U)<br>$42,811.23 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| UNDERWRITERS LABORATORIESOF CANADA<br>C/O UNDERWRITERS LABORATORIES INC.<br>ATTN: LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL  60062 | 953<br>4/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$48,658.01 (U)<br>$48,658.01 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. Further, the Debtors believe the invoice was paid by an affiliate which is not a Debtor in these chapter 11 cases. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CONNECTANDSELL INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 4484 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $38,280.00 (U) $38,280.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim as the invoiced work had not been performed. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |
| USX FEDERAL CREDIT UNION PO BOX 1728 CRANBERRY TWP, PA 16066 | 2162 8/24/09 09-10138 Nortel Networks Inc. | - (S) $12,700.00 (A) - (P) - (U) $12,700.00 (T) | No Amount Due Claim. Based on the careful review of the Books and Records, the Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing to the claimant with respect to such claim. |
| YEEBO LCD LTD 7/F ON DAK INDUSTRIAL BUILDING 26 WAH SING STREET KWAI CHUNG 1 HONG KONG | 4781 9/29/09 NO DEBTOR | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. |
| YEEBO LCD LTD 7/F ON DAK INDUSTRIAL BUILDING 2 6 WAH SING STREET KWAI CHUNG 1 HONG KONG | 4782 9/29/09 09-10138 Nortel Networks Inc. | - (S) $10,000.00 (A) - (P) - (U) $10,000.00 (T) | Non-Debtor Liability Claim. Claim asserts amounts that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim. Further, the claim is redundant of another claim filed by the claimant or their affiliate asserting the same purported liability. |

**Totals:**    **35 Claims**

$37,098.47 (S)
$75,475.23 (A)
$2,261.31 (P)
$576,464.92 (U)
$691,299.93 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 6 of 6*