# EXHIBIT B

## Reduce and Allow Claims

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ADVATEL AUSTRALIA<br>133 MORAY STREET<br>SOUTH MELBOURNE VIC 3205<br>AUSTRALIA | 6795<br>1/20/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$3,896.00 (U)<br>$3,896.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,342.00 (U)<br>$1,342.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,554 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| AON CONSULTING<br>WILLIAM GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | 1387<br>6/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,390.00 (U)<br>$8,390.00 (T) | - (S)<br>- (A)<br>- (P)<br>$5,890.00 (U)<br>$5,890.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,500 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: SILICON MECHANICS, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 1661<br>7/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$67,440.00 (U)<br>$67,440.00 (T) | - (S)<br>- (A)<br>- (P)<br>$65,631.00 (U)<br>$65,631.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,809 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 3157<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,310.88 (U)<br>$4,310.88 (T) | - (S)<br>- (A)<br>- (P)<br>$3,348.45 (U)<br>$3,348.45 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $962.43 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| AVNET, INC.<br>3030 SALT CREEK LANE # 150<br>ARLINGTON HEIGHTS, IL 60005 | 503<br>3/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,984.77 (U)<br>$14,984.77 (T) | - (S)<br>- (A)<br>- (P)<br>$9,163.77 (U)<br>$9,163.77 (T) | Partial No Supporting Documentation Claim. Claim is overstated by $5,821 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases. |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: INTAX, INC.<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | 1404<br>6/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,844.75 (U)<br>$11,844.75 (T) | - (S)<br>- (A)<br>- (P)<br>$9,549.75 (U)<br>$9,549.75 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2,295 as valid liabilities of any Debtor in these chapter 11 cases. |
| CTS ELECTRONIC COMPONENTS, INC.<br>CTS CORP.<br>171 COVINGTON DRIVE<br>BLOOMINGDALE, IL 60108 | 998<br>4/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,185.00 (U)<br>$8,185.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,300.00 (U)<br>$2,300.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $5,885 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

## Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ  07836 | 1456<br>7/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,687.50 (U)<br>$9,687.50 (T) | - (S)<br>- (A)<br>- (P)<br>$8,687.50 (U)<br>$8,687.50 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,000 as valid liabilities of any Debtor in these chapter 11 cases, as claimant has overbilled Purchase Order #4320034684, related to invoice T045081AIN, by that amount. |
| DIGIKEY<br>DIGI KEY CORP<br>PO BOX 250<br>THIEF RIVER FALLS, MN  56701-0250 | 2378<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,201.44 (U)<br>$5,201.44 (T) | - (S)<br>- (A)<br>- (P)<br>$1,816.43 (U)<br>$1,816.43 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,441.33 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $943.68 as valid liabilities of any Debtor in these chapter 11 cases. |
| DTEL NETWORK SOLUTIONS INC<br>10-1642 EAST GEORGIA ST<br>VANCOUVER, BC  V5L 2B2<br>CANADA | 2140<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,500.00 (U)<br>$25,500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$22,780.00 (U)<br>$22,780.00 (T) | Partially Satisfied Claim. Claimant issued Credit Memo # INV-233 in March 2009 for $2,720 in partial satisfaction of this claim. |
| ELECTRO RENT CORPORATION<br>C/O JEFFREY KURTZMAN, ESQUIRE<br>KLEHR HARRISON HARVEY BRANZBURG & ELLERS<br>260 S BROAD STREET<br>PHILADELPHIA, PA  19102 | 159<br>2/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,235.00 (U)<br>$36,235.00 (T) | - (S)<br>- (A)<br>- (P)<br>$8,237.80 (U)<br>$8,237.80 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $25,510.80 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2486.99 as valid liabilities of any Debtor in these chapter 11 cases. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA  22911 | 7077<br>2/5/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$548,496.64 (U)<br>$548,496.64 (T) | - (S)<br>- (A)<br>- (P)<br>$125,587.64 (U)<br>$125,587.64 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $186,929 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial Redundant Invoice Claim. Claimed amount of $235,980 is redundant of an allowable amount of claim 5356 filed by claimant. |
| GEOMANT KFT.<br>F.A.O. ROBERT SIMON<br>MARTANVOLGY UT 17<br>BUDAPEST  1124<br>HUNGARY | 1166<br>5/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,466.00 (U)<br>$9,466.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,848.00 (U)<br>$2,848.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $6,618 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| GNB INDUSTRIAL POWER - A DIVISION OF<br>EXIDE TECHNOLOGIES<br>3950 SUSSEX AVENUE<br>AURORA, IL  60504-7932 | 267<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$67,992.00 (U)<br>$67,992.00 (T) | - (S)<br>- (A)<br>- (P)<br>$62,992.00 (U)<br>$62,992.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $5,000 from invoice #1189702, issued under an invalid purchase order, as valid liabilities of any Debtor in these chapter 11 cases. |
| GOLF GEORGIA<br>GOLF CLUB OF GEORGIA<br>1 GOLF CLUB DRIVE<br>ALPHARETTA, GA  30005-7426 | 4317<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,062.57 (U)<br>$2,062.57 (T) | - (S)<br>- (A)<br>- (P)<br>$776.68 (U)<br>$776.68 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,285.89 as valid liabilities of any Debtor in these chapter 11 cases. |
| HUBER SUHNER<br>HUBER & SUHNER INC<br>19 THOMPSON DRIVE<br>ESSEX JUNCTION, VT  05452-3408 | 2486<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$17,969.75 (U)<br>$17,969.75 (T) | - (S)<br>- (A)<br>- (P)<br>$580.24 (U)<br>$580.24 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $17,389.51 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| INTRANSIT TECHNOLOGIES CORP.<br>PO BOX 3020<br>SAN CLEMENTE, CA  92674-3020 | 241<br>2/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,826.43 (U)<br>$3,826.43 (T) | - (S)<br>- (A)<br>- (P)<br>$2,949.43 (U)<br>$2,949.43 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $877 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

## Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| LINEAGE POWER CORPORATION<br>601 SHILOH ROAD<br>PLANO, TX  75074 | 2305<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$31,199.48 (U)<br>$31,199.48 (T) | - (S)<br>- (A)<br>- (P)<br>$21,845.40 (U)<br>$21,845.40 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $9,354.08 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| LUMINENTOIC<br>20550 NORDHOFF STREET<br>CHATSWORTH, CA  91311-6113 | 6567<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$14,952.00 (U)<br>$14,952.00 (T) | - (S)<br>- (A)<br>- (P)<br>$552.00 (U)<br>$552.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $14,400 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases, $9,000 of which the Debtors believe to have been already satisfied by an affiliate which is not a Debtor in these chapter 11 cases (payment #6200014027, 1/4/2010). None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| NATIONAL ENVELOPE CORPORATION<br>ATTN: VALERIE SKRIVANEK<br>3211 INTERNET BLVD, STE 200<br>FRISCO, TX  75034 | 812<br>4/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,059.93 (U)<br>$7,059.93 (T) | - (S)<br>- (A)<br>- (P)<br>$3,128.40 (U)<br>$3,128.40 (T) | Partial No Supporting Documentation Claim. Claim asserts a face value of $7,059.93, but the supporting documentation provided by claimant provides a sum of only $5,153.05. Claim is overstated by $1,906.88 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases.<br><br>Partial Non-Debtor Invoice Claim. Of the remaining $5,153.05 noted above, $2,024.65 in invoices should be removed that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| NETWORK EQUIPMENT TECHNOLOGIES, INC.<br>6900 PASEO PADRE PARKWAY<br>FREMONT, CA  94555 | 1695<br>8/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$13,987.31 (U)<br>$13,987.31 (T) | - (S)<br>- (A)<br>- (P)<br>$8,632.92 (U)<br>$8,632.92 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $4,884.39 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Supporting Documentation Claim. Claim is overstated by $510 for which no support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases. |

## Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| OPTIME CONSULTING INC<br>2225 N COMMERCE PARKWAY<br>SUITE # 5<br>WESTON, FL  33326 | 1600<br>7/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,590.00 (U)<br>$10,590.00 (T) | - (S)<br>- (A)<br>- (P)<br>$590.00 (U)<br>$590.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $10,000 as valid liabilities of any Debtor in these chapter 11 cases, as claimant has overbilled the purchase order related to invoice #081246 by that amount. |
| RED HAT, INC.<br>ATTN: P. WATROUS<br>1801 VARSITY DRIVE<br>RALEIGH, NC  27606 | 3942<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,792.59 (U)<br>$19,792.59 (T) | - (S)<br>- (A)<br>- (P)<br>$6,425.99 (U)<br>$6,425.99 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $13,097.60 as valid liabilities of any Debtor in these chapter 11 cases, as claimant has overbilled the purchase order related to invoice #3235640 by that amount. In addition, based on careful review of the Debtors' Books and Records, the Debtors do not recognize $269 on invoice #3239471 as valid liabilities of any Debtor in these chapter 11 cases. |
| SIGNIANT CORP<br>515 LEGGET DRIVE<br>OTTAWA, ON  K2K 3G4<br>CANADA | 2328<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$66,810.87 (U)<br>$66,810.87 (T) | - (S)<br>- (A)<br>- (P)<br>$64,290.87 (U)<br>$64,290.87 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,520 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| SIMPLESOFT, INC.<br>257 CASTRO STREET, SUITE 220<br>MOUNTAIN VIEW, CA  94041 | 729<br>3/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,573.13 (U)<br>$36,573.13 (T) | - (S)<br>- (A)<br>- (P)<br>$32,373.13 (U)<br>$32,373.13 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $4,200 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA  3205<br>AUSTRALIA | 462<br>3/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,896.00 (U)<br>$3,896.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,342.00 (U)<br>$1,342.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $2,554 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| THEBIGWORD<br>48 WALL ST. 11TH FLOOR<br>NEW YORK, NY  10005 | 897<br>4/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,717.97 (U)<br>$2,717.97 (T) | - (S)<br>- (A)<br>- (P)<br>$2,039.23 (U)<br>$2,039.23 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $687.74 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

## Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SERVICES, PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA  23218-2156 | 641<br>3/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,404,048.56 (P)<br>- (U)<br>$1,404,048.56 (T) | - (S)<br>- (A)<br>$36,963.00 (P)<br>- (U)<br>$36,963.00 (T) | Partial No Liability Claim. Claim overstates the Debtors' liability by an amount which, based on careful review of the Books and Records, the Schedules, and the proof of claim, including supporting documentation provided by the claimant, if any, the Debtors have determined is in excess of the amount due and owing to the claimant, because the claimant did not properly calculate the amount of sales tax due.  The claimed amount is based on an audit assessment for the period from December 1, 2003 to November 30, 2006.  The claimant reviewed a sample of sales from three separate months during the audit period to arrive at its assessment.  However, the amount of tax assessed pursuant to the audit did not appropriately account for tax paid by the Debtors' customers.  Debtors produced evidence of the customers' payment of a portion of the assessed tax and the claimant accepted the evidence and reduced the amount of tax assessed due during the sample period.  However, the State of Virginia then refused to take such customer payments into account when extrapolating the sample assessment to the full audit population.  As a result, the Debtors conducted a full internal audit of the relevant period.  Based on the Debtors' internal audit of the entire population for the audit period, the Debtors' tax liability is $36,963.00. |
| Totals: | 28  Claims | - (S)<br>- (A)<br>$1,404,048.56 (P)<br>$1,053,068.01 (U)<br>$2,457,116.57 (T) | - (S)<br>- (A)<br>$36,963.00 (P)<br>$475,700.63 (U)<br>$512,663.63 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.