# EXHIBIT C

## Redundant Claims

## Exhibit C

### Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| CATER TIME<br>CATER TIME<br>430 NE 69 HIGHWAY<br>CLAYCOMO, MO  64119 | 1953<br>8/21/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$620.75 (U)<br>$620.75 (T) | CATER TIME VENDING & DISTRIBUTING, INC.<br>430 E US HWY 69<br>CLAYCOMO, MO  64119 | 1952<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$620.75 (A)<br>- (P)<br>- (U)<br>$620.75 (T) | Claim is redundant of claim 1952 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 3027<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$50,173.47 (P)<br>$10,054.68 (U)<br>$60,228.15 (T) | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 7237<br>4/28/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,441.09 (P)<br>$7,283.05 (U)<br>$11,724.14 (T) | The Corresponding Remaining Claim 7237 reflects an intervening amendment by the Claimant to the amount claimed against the Debtor with regard to the same underlying liability. |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 6306<br>12/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$39,209.50 (P)<br>$10,054.68 (U)<br>$49,264.18 (T) | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | 7237<br>4/28/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,441.09 (P)<br>$7,283.05 (U)<br>$11,724.14 (T) | The Corresponding Remaining Claim 7237 reflects an intervening amendment by the Claimant to the amount claimed against the Debtor with regard to the same underlying liability. |
| COMPUCOM SYSTEMS INC<br>COMPUCOM<br>PO BOX 951654<br>DALLAS, TX  75395-1654 | 6036<br>10/21/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$18,455.51 (U)<br>$18,455.51 (T) | COMPUCOM SYSTEMS INC<br>COMPUCOM<br>P.O. BOX 951654<br>DALLAS, TX  75395-1654 | 6790<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$18,732.35 (U)<br>$18,732.35 (T) | Claim is redundant of claim 6790 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA  01752 | 1804<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,240.61 (A)<br>- (P)<br>- (U)<br>$6,240.61 (T) | ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA  01752 | 1805<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,240.61 (U)<br>$6,240.61 (T) | Claim is redundant of claim 1805 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1282<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,872.50 (U)<br>$14,872.50 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1282, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1284<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,450.00 (U)<br>$11,450.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1284, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1285<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,175.00 (U)<br>$32,175.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1285, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1286<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,195.00 (U)<br>$21,195.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1286, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |

## Exhibit C

### Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1290<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1290, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1295<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1295, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1296<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,035.00 (U)<br>$1,035.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1296, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1283<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,452.00 (U)<br>$2,452.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7114<br>2/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,180.00 (U)<br>$92,180.00 (T) | The liabilities asserted in claim 1283, and the documentation attached thereto in support of such liabilities, are fully contained within claim 7114, also filed by the claimant or an affiliate of the claimant. |

## Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 6960<br>1/25/10<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$27,930.46 (P)<br>$4,933.50 (U)<br>$32,863.96 (T) | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 7382<br>8/16/10<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$17,323.39 (P)<br>$3,487.60 (U)<br>$20,810.99 (T) | The Corresponding Remaining Claim 7382 reflects an intervening amendment by the Claimant to the amount claimed against the Debtor with regard to the same underlying liability. |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 7273<br>6/1/10<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$19,400.46 (P)<br>$3,933.50 (U)<br>$23,333.96 (T) | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 7382<br>8/16/10<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>$17,323.39 (P)<br>$3,487.60 (U)<br>$20,810.99 (T) | The Corresponding Remaining Claim 7382 reflects an intervening amendment by the Claimant to the amount claimed against the Debtor with regard to the same underlying liability. |
| HAGEMEYER NORTH AMERICA INC<br>P.O. BOX 404753<br>ATLANTA, GA 30384-4753 | 6694<br>1/12/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$20,365.85 (U)<br>$20,365.85 (T) | HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA 30384-4753 | 5987<br>10/16/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$20,365.85 (U)<br>$20,365.85 (T) | Claim is redundant of claim 5987 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| INNOVATIONAL IP SOLUTIONS, LLC<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | 130<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,523.75 (U)<br>$7,523.75 (T) | INNOVATIONAL IP SOLUTIONS, LLC<br>DAVE DEUTSCHMAN<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | 1764<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,905.00 (A)<br>- (P)<br>- (U)<br>$8,905.00 (T) | The liabilities asserted in claim 130, and the documentation attached thereto in support of such liabilities, are fully contained within claim 1764, also filed by the claimant or an affiliate of the claimant. |
| INTECH GROUP, INC, THE<br>305 EXTON COMMONS<br>EXTON, PA 19341 | 3469<br>9/22/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$32,475.00 (U)<br>$32,475.00 (T) | INTECH GROUP, INC., THE<br>305 EXTON COMMONS<br>EXTON, PA 19341 | 6982<br>1/26/10<br>ALL DEBTORS<br>CLAIM ASSERTED AGAINST ALL DEBTORS | - (S)<br>- (A)<br>- (P)<br>$32,475.00 (U)<br>$32,475.00 (T) | Claim is redundant of claim 6982 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

## Exhibit C

### Redundant Claims

| | **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| INTRANSIT TECHNOLOGIES CORP<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | 2606<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,949.43 (U)<br>$2,949.43 (T) | INTRANSIT TECHNOLOGIES CORP.<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | 241<br>2/9/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,826.43 (U)<br>$3,826.43 (T) | The liabilities asserted in claim 2606, and the documentation attached thereto in support of such liabilities, are fully contained within claim 241, also filed by the claimant or an affiliate of the claimant. |
| LOS ANGELES COUNTY TREASURER & TAX COLLECTOR<br>ATTN: B SANDOZ<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 1429<br>6/16/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | Unspecified* | L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 1325<br>6/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$39,939.88 (P)<br>- (U)<br>$39,939.88 (T) | Claim 1429 does not contain a proof of claim cover page to specify the total amount claimed, however, upon careful review of the documentation logged as claim 1429, the Debtors have determined that such documentation asserts the same underlying tax liability as contained in claim 1325, also filed by the claimant. |
| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE. SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | 6650<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | $37,098.47 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,098.47 (T) | MITACOR INDUSTRIES INC<br>189 LABROSSE AVE., SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | 6649<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$37,098.47 (A)<br>- (P)<br>- (U)<br>$37,098.47 (T) | Claim is redundant of claim 6649 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | 1854<br>8/20/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$4,375.00 (U)<br>$4,375.00 (T) | OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | 1355<br>6/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,375.00 (U)<br>$4,375.00 (T) | Claim is redundant of claim 1355 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1696<br>8/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$151,747.62 (P)<br>$626.16 (U)<br>$152,373.78 (T) | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1676<br>8/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$151,747.62 (P)<br>$626.16 (U)<br>$152,373.78 (T) | Claim is redundant of claim 1676 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

**Exhibit C**

**Redundant Claims**

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| SENA TECHNOLOGIES INC<br>3150 ALMADEN EXPY STE 233<br>SAN JOSE, CA  95118-1250 | 2492<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$4,082.81 (U)<br>$4,082.81 (T) | SENA TECHNOLOGIES, INC.<br>3150 ALMADEN EXPY<br>SUITE 233<br>SAN JOSE, CA  95118-1250 | 2491<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$4,082.81 (A)<br>- (P)<br>- (U)<br>$4,082.81 (T) | Claim is redundant of claim 2491 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| VIRTUAL CONSOLE LLC<br>7035 LOUBET ST<br>FOREST HILLS, NY  11375-5847 | 1772<br>8/18/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,098.00 (U)<br>$3,098.00 (T) | VIRTUAL CONSOLE, LLC<br>70-35 LOUBET ST.<br>FOREST HILLS, NY  11375 | 1773<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,098.00 (A)<br>- (P)<br>- (U)<br>$3,098.00 (T) | Claim is redundant of claim 1773 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>2 6 WAH SING STREET<br>KWAI CHUNG  1<br>HONG KONG | 4782<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) | YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>26 WAH SING STREET<br>KWAI CHUNG  1<br>HONG KONG | 4781<br>9/29/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim is redundant of claim 4781 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| Totals: | 26  Claims | $37,098.47 (S)<br>$16,240.61 (A)<br>$288,461.51 (P)<br>$215,728.12 (U)<br>$557,528.71 (T) | | | - (S)<br>$53,805.03 (A)<br>$235,216.46 (P)<br>$855,622.70 (U)<br>$1,144,644.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.