# **EXHIBIT D**

**Satisfied Claim**

# Exhibit D

## Satisfied Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH  03063 | 1293<br>6/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,700.00 (U)<br>$6,700.00 (T) | Claim was paid in full on January 5, 2009 by an affiliate of the Debtors, reference #6000002749. |
| Totals: | 1  Claim | - (S)<br>- (A)<br>- (P)<br>$6,700.00 (U)<br>$6,700.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed