# EXHIBIT E

## Wrong Debtor Claims

## Exhibit E

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: DANNEMANN SIEMSEN<br>BIGLER & I<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 3157<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,310.88 (U)<br>$4,310.88 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,348.45 (U)<br>$3,348.45 (T) |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: INTAX, INC.<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | 1404<br>6/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,844.75 (U)<br>$11,844.75 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,549.75 (U)<br>$9,549.75 (T) |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | 1456<br>7/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,687.50 (U)<br>$9,687.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,687.50 (U)<br>$8,687.50 (T) |
| DIGIKEY<br>DIGI KEY CORP<br>PO BOX 250<br>THIEF RIVER FALLS, MN 56701-0250 | 2378<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,201.44 (U)<br>$5,201.44 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,816.43 (U)<br>$1,816.43 (T) |
| GOLF GEORGIA<br>GOLF CLUB OF GEORGIA<br>1 GOLF CLUB DRIVE<br>ALPHARETTA, GA 30005-7426 | 4317<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,062.57 (U)<br>$2,062.57 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$776.68 (U)<br>$776.68 (T) |
| HUBER SUHNER<br>HUBER & SUHNER INC<br>19 THOMPSON DRIVE<br>ESSEX JUNCTION, VT 05452-3408 | 2486<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$17,969.75 (U)<br>$17,969.75 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$580.24 (U)<br>$580.24 (T) |

## Exhibit E

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| INTRANSIT TECHNOLOGIES CORP.<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | 241<br>2/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,826.43 (U)<br>$3,826.43 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,949.43 (U)<br>$2,949.43 (T) |
| NATIONAL ENVELOPE CORPORATION<br>ATTN: VALERIE SKRIVANEK<br>3211 INTERNET BLVD, STE 200<br>FRISCO, TX 75034 | 812<br>4/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,059.93 (U)<br>$7,059.93 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,128.40 (U)<br>$3,128.40 (T) |
| PACIFIC ELECTRICAL<br>PACIFIC ELECTRICAL CONTRACTORS<br>PO BOX 1430<br>MEDFORD, OR 97501 | 1753<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$632.31 (U)<br>$632.31 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$632.31 (U)<br>$632.31 (T) |
| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA 3205<br>AUSTRALIA | 462<br>3/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,896.00 (U)<br>$3,896.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,342.00 (U)<br>$1,342.00 (T) |
| THEBIGWORD<br>48 WALL ST. 11TH FLOOR<br>NEW YORK, NY 10005 | 897<br>4/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$2,717.97 (U)<br>$2,717.97 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,039.23 (U)<br>$2,039.23 (T) |
| WILSON, BOBBY<br>BOBBY WILSON ELECTRIC CO INC.<br>2 HIGHCROSS COURT<br>RALEIGH, NC 27613 | 6320<br>12/21/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$1,479.00 (U)<br>$1,479.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,479.00 (U)<br>$1,479.00 (T) |

## Exhibit E

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor | Total<br>Allowed |
|---|---|---|---|---|---|
| **Totals:** | **12 Claims** | - (S)<br>- (A)<br>- (P)<br>$70,688.53 (U)<br>$70,688.53 (T) | | | **- (S)<br>- (A)<br>- (P)<br>$36,329.42 (U)<br>$36,329.42 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.