# **EXHIBIT F**

**No-Basis 503(b)(9) Claims**

**Exhibit F**

**No-basis 503(b)(9) Claims**

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | | **Claim Number<br>Date Filed<br>Case Info** | | **Total Amount<br>Claimed** |
| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD<br>HONGSHAN DISTRICT<br>WUHAN  430074<br>CHINA | 5994<br>10/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$15,908.00 (A)<br>- (P)<br>- (U)<br>$15,908.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5993 filed by the claimant asserting the same liability. | 5993<br>10/16/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$15,908.00 (U)<br>$15,908.00 (T) |
| ADEPTRON TECHNOLOGIES CORPORATION<br>ATTN: SUDESH MEHTA<br>96 STEELCASE ROAD WEST<br>MARKHAM, ON  L3R 3J9<br>CANADA | 5937<br>10/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$28,690.00 (A)<br>- (P)<br>- (U)<br>$28,690.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5936 filed by the claimant asserting the same liability. | 5936<br>10/9/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$28,690.00 (U)<br>$28,690.00 (T) |
| ADVANTECH CORPORATION<br>ATTN PETER KIM<br>38 TESLA<br>STE 100<br>IRVINE, CA  92618 | 2496<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$26,343.48 (A)<br>- (P)<br>- (U)<br>$26,343.48 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2495 filed by the claimant asserting the same liability. | 2495<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$26,343.48 (U)<br>$26,343.48 (T) |
| ADVATEL<br>133 MORAY ST<br>SOUTH MELBOURNE  VIC 3205<br>AUSTRALIA | 6794<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$3,896.00 (A)<br>- (P)<br>- (U)<br>$3,896.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6795 filed by the claimant asserting the same liability. | 6795<br>1/20/10<br>09-12515<br>Nortel Networks (CALA), Inc. | | - (S)<br>- (A)<br>- (P)<br>$3,896.00 (U)<br>$3,896.00 (T) |
| AEROFLEX WEINSCHEL, INC.<br>5305 SPECTRUM DR<br>FREDERICK, MD  21703 | 7054<br>2/1/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$1,100.00 (A)<br>- (P)<br>- (U)<br>$1,100.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7053 filed by the claimant asserting the same liability. | 7053<br>2/1/10<br>09-12515<br>Nortel Networks (CALA), Inc. | | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) |
| AMERICANS FOR TAX REFORM<br>C/O JANE FRAZER<br>722 12TH ST NW 4TH FLOOR<br>WASHINGTON, DC  20005 | 5831<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$30,000.00 (A)<br>- (P)<br>- (U)<br>$30,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5830 filed by the claimant asserting the same liability. | 5830<br>10/2/09<br>09-10138<br>Nortel Networks Inc. | | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) |
| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PLACE, SUITE 318<br>SAN JOSE, CA  95110-1008 | 2452<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,097.50 (A)<br>- (P)<br>- (U)<br>$3,097.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2451 filed by the claimant asserting the same liability. | 2451<br>8/31/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | | - (S)<br>- (A)<br>- (P)<br>$3,097.50 (U)<br>$3,097.50 (T) |

# Exhibit F

## No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1734<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$35,450.00 (A)<br>- (P)<br>- (U)<br>$35,450.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1735 filed by the claimant asserting the same liability. | 1735<br>8/17/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$35,450.00 (U)<br>$35,450.00 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KEYTECH USA, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1822<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,015.00 (A)<br>- (P)<br>- (U)<br>$8,015.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1821 filed by the claimant asserting the same liability. | 1821<br>8/19/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$8,015.00 (U)<br>$8,015.00 (T) |
| BERKEMEYER ATTORNEYS & COUNSELORS<br>BENJAMIN CONSTAT 835<br>JACARANDA BLDG<br>ASUNCION<br>PARAGUAY | 5776<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,220.00 (A)<br>- (P)<br>- (U)<br>$2,220.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5775 filed by the claimant asserting the same liability. | 5775<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,220.00 (U)<br>$2,220.00 (T) |
| CALA TELECOM SERVICES<br>CALA TELECOM SERVICES LTD<br>UNIT 27 SEYMOUR PARK<br>KINGSTON 6<br>JAMAICA | 6858<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$37,181.50 (A)<br>- (P)<br>- (U)<br>$37,181.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6857 filed by the claimant asserting the same liability. | 6857<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$37,181.50 (U)<br>$37,181.50 (T) |
| CBL DATA RECOVERY TECHNOLOGIES INC.<br>590 ALDEN ROAD, UNIT 105<br>MARKHAM, ON  L3R 8N2<br>CANADA | 1832<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,320.00 (A)<br>- (P)<br>- (U)<br>$1,320.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1831 filed by the claimant asserting the same liability. | 1831<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,320.00 (U)<br>$1,320.00 (T) |
| CHENMING USA INC.<br>30631 SAN ANTONIO ST.<br>HAYWARD, CA  94544 | 6497<br>12/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$59,100.00 (A)<br>- (P)<br>- (U)<br>$59,100.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6498 filed by the claimant asserting the same liability. | 6498<br>12/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$59,100.00 (U)<br>$59,100.00 (T) |
| CLICK COMMERCE, INC<br>C/O MIKE GIBLIN<br>3600 W. LAKE AVENUE<br>ATLANTA, GA  30339-8426 | 3484<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$77,475.00 (A)<br>- (P)<br>- (U)<br>$77,475.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3485 filed by the claimant asserting the same liability. | 3485<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$77,475.00 (U)<br>$77,475.00 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim Claim Number Date Filed Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| DTEL NETWORK SOLUTIONS INC<br>10-1642 EAST GEORGIA ST<br>VANCOUVER, BC  V5L 2B2<br>CANADA | 2141<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$25,500.00 (A)<br>- (P)<br>- (U)<br>$25,500.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2140 filed by the claimant asserting the same liability. | 2140<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,500.00 (U)<br>$25,500.00 (T) |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA  01752 | 1804<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,240.61 (A)<br>- (P)<br>- (U)<br>$6,240.61 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1805 filed by the claimant asserting the same liability. | 1805<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,240.61 (U)<br>$6,240.61 (T) |
| ETAG<br>CHUCK DRAKE OF PWCS EDU<br>8217 SUNSET DRIVE<br>MANASSAS, VA  20110-3813 | 6942<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$500.00 (A)<br>- (P)<br>- (U)<br>$500.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6941 filed by the claimant asserting the same liability. | 6941<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) |
| EXPHIL CALIBRATION LABS INC<br>415 CENTRAL AVENUE<br>BOHEMIA, NY  11716 | 6426<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$410.60 (A)<br>- (P)<br>- (U)<br>$410.60 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6427 filed by the claimant asserting the same liability. | 6427<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$410.60 (U)<br>$410.60 (T) |
| FDR FORENSIC DATA RECOVERY INC<br>612 VIEW STREET<br>SUITE 410<br>VICTORIA, BC  V8W 1J5<br>CANADA | 2412<br>9/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$32,394.95 (A)<br>- (P)<br>- (U)<br>$32,394.95 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2397 filed by the claimant asserting the same liability. | 2397<br>9/1/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$32,394.95 (U)<br>$32,394.95 (T) |
| GINTEL<br>1601 N PALM AVE SUITE 304 D<br>PEMBROKE PINES, FL  33026 | 5939<br>10/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$17,200.00 (A)<br>- (P)<br>- (U)<br>$17,200.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5938 filed by the claimant asserting the same liability. | 5938<br>10/9/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$17,200.00 (U)<br>$17,200.00 (T) |
| GOLF CLUB OF GEORGIA, INC.<br>1 GOLF CLUB DRIVE<br>ALPHARETTA, GA  30005-7426 | 4316<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$2,062.57 (A)<br>- (P)<br>- (U)<br>$2,062.57 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4317 filed by the claimant asserting the same liability. | 4317<br>9/28/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$2,062.57 (U)<br>$2,062.57 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON  M5H 2Y4<br>CANADA | 5546<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,609.17 (A)<br>- (P)<br>- (U)<br>$11,609.17 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5545 filed by the claimant asserting the same liability. | 5545<br>9/30/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$11,609.17 (U)<br>$11,609.17 (T) |
| HIFN, INC.<br>48720 KATO RD<br>FREMONT, CA  945387312 | 1230<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$50,000.00 (A)<br>- (P)<br>- (U)<br>$50,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1229 filed by the claimant asserting the same liability. | 1229<br>5/1/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| HUBERT SUHNER, INC.<br>SEAN THOMAS<br>19 THOMPSON DR.<br>ESSEX JUNCTION, VT  05452 | 2485<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$17,969.75 (A)<br>- (P)<br>- (U)<br>$17,969.75 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2486 filed by the claimant asserting the same liability. | 2486<br>8/31/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$17,969.75 (U)<br>$17,969.75 (T) |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PUCAN TRADING<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ  07601 | 1922<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$856.00 (A)<br>- (P)<br>- (U)<br>$856.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1921 filed by the claimant asserting the same liability. | 1921<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$856.00 (U)<br>$856.00 (T) |
| LUMINENT / SOURCE PHOTONICS<br>20550 NORDHOFF ST<br>CHATSWORTH, CA  91311 | 6568<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$14,952.00 (A)<br>- (P)<br>- (U)<br>$14,952.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6567 filed by the claimant asserting the same liability. | 6567<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$14,952.00 (U)<br>$14,952.00 (T) |
| M1 PROFESSIONAL SERVICES INC<br>PO BOX 1032<br>COOKSTOWN, ON  L0L 1L0<br>CANADA | 2381<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$50,271.95 (A)<br>- (P)<br>- (U)<br>$50,271.95 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2380 filed by the claimant asserting the same liability. | 2380<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,271.95 (U)<br>$50,271.95 (T) |
| MASSACHUSETTS MATERIALS RESEARCH INC<br>1500 CENTURY DRIVE<br>WEST BOYLSTON, MA  01583-2115 | 1737<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,087.50 (A)<br>- (P)<br>- (U)<br>$5,087.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1738 filed by the claimant asserting the same liability. | 1738<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,087.50 (U)<br>$5,087.50 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** |
| NEARMUG<br>11 DOUGAL LANE<br>E. NORTHPORT, NY 11731 | 6850<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$5,514.10 (A)<br>- (P)<br>- (U)<br>$5,514.10 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6851 filed by the claimant asserting the same liability. | 6851<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$5,514.10 (U)<br>$5,514.10 (T) |
| NEW COMM 2000, CORP<br>PO BOX 1040<br>SABANA SECA, PR 00952 | 6544<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$21,879.50 (A)<br>- (P)<br>- (U)<br>$21,879.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6543 filed by the claimant asserting the same liability. | 6543<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$21,879.50 (U)<br>$21,879.50 (T) |
| NEWFIELD WIRELESS, INC<br>2855 TELEGRAPH AVENUE STE 600<br>BERKELEY, CA 94705 | 2441<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,572.25 (A)<br>- (P)<br>- (U)<br>$3,572.25 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2442 filed by the claimant asserting the same liability. | 2442<br>8/31/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$3,572.25 (U)<br>$3,572.25 (T) |
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | 1526<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$42,060.31 (A)<br>- (P)<br>- (U)<br>$42,060.31 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1525 filed by the claimant asserting the same liability. | 1525<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,060.31 (U)<br>$42,060.31 (T) |
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY #100<br>IRVINE, CA 92618-2351 | 3560<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$38,591.00 (A)<br>- (P)<br>- (U)<br>$38,591.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3559 filed by the claimant asserting the same liability. | 3559<br>9/24/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$38,591.00 (U)<br>$38,591.00 (T) |
| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | 3083<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$59,500.00 (A)<br>- (P)<br>- (U)<br>$59,500.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3084 filed by the claimant asserting the same liability. | 3084<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,500.00 (U)<br>$59,500.00 (T) |
| REVELWOOD INCORPORATED<br>14 WALSH DR. STE 303<br>PARSIPPANY, NJ 07054 | 2604<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$14,280.32 (A)<br>- (P)<br>- (U)<br>$14,280.32 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2603 filed by the claimant asserting the same liability. | 2603<br>9/4/09<br>NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$14,280.32 (U)<br>$14,280.32 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| RFMW, LTD.<br>90 GREAT OAKS BLVD, STE 107<br>SAN JOSE, CA 95119 | 2310<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,333.36 (A)<br>- (P)<br>- (U)<br>$1,333.36 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2311 filed by the claimant asserting the same liability. | 2311<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,333.36 (U)<br>$1,333.36 (T) |
| STEPHEN GOULD CORP<br>45541 NORTHPORT LOOP WEST<br>FREMONT, CA 94538-6458 | 2778<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$495.34 (U)<br>$495.34 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2777 filed by the claimant asserting the same liability. | 2777<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$495.34 (A)<br>- (P)<br>- (U)<br>$495.34 (T) |
| THERMOTRON INDUSTRIES<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | 2747<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,332.32 (A)<br>- (P)<br>- (U)<br>$8,332.32 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2695 filed by the claimant asserting the same liability. | 2695<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,332.32 (U)<br>$8,332.32 (T) |
| TOLLY GROUP INC.<br>PO BOX 812333<br>BOCA RATON, FL 33481 | 6107<br>11/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$51,250.00 (A)<br>- (P)<br>- (U)<br>$51,250.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6106 filed by the claimant asserting the same liability. | 6106<br>11/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$40,300.00 (U)<br>$51,250.00 (T) |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1 VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100<br>INDIA | 4391<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$3,595.52 (A)<br>- (P)<br>- (U)<br>$3,595.52 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4390 filed by the claimant asserting the same liability. | 4390<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,595.52 (U)<br>$3,595.52 (T) |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR:<br>CONNECTANDSELL, INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 4485<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$38,280.00 (A)<br>- (P)<br>- (U)<br>$38,280.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4484 filed by the claimant asserting the same liability. | 4484<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,280.00 (U)<br>$38,280.00 (T) |
| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | 3359<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$15,000.00 (A)<br>- (P)<br>- (U)<br>$15,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3358 filed by the claimant asserting the same liability. | 3358<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |

## Exhibit F

### No-basis 503(b)(9) Claims

| No-basis 503(b)(9) Claim to be Expunged | | | Reason for Disallowance | Corresponding Non-503(b)(9) Claim | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** |
| WASHINGTON RESOURCE ASSOCIATES, INC.<br>8200 GREENSBORO DR.<br># 525<br>MCLEAN, VA  22102 | 1720<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$25,310.50 (A)<br>- (P)<br>- (U)<br>$25,310.50 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1721 filed by the claimant asserting the same liability. | 1721<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| ZOMAX, INC.<br>KOHNER MANN & KAILAS, S.C.<br>WASHINGTON BUILDING,<br>BARNABAS BUSINESS<br>CENTER, 4650 N. PORT<br>WASHINGTON ROAD<br>MILWAUKEE, WI  53212-1059 | 3087<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$1,944.60 (A)<br>- (P)<br>- (U)<br>$1,944.60 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1111 filed by the claimant asserting the same liability. | 1111<br>4/21/09<br>09-10149<br>Architel Systems<br>(U.S.) Corporation | - (S)<br>- (A)<br>- (P)<br>$1,944.60 (U)<br>$1,944.60 (T) |
| **Totals:** | **44  Claims** | - (S)<br>$895,295.36 (A)<br>- (P)<br>$495.34 (U)<br>$895,790.70 (T) | | | - (S)<br>$495.34 (A)<br>$10,950.00 (P)<br>$884,034.86 (U)<br>$895,480.20 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.