<table>
<tr><td>JAMES O. COBB<br>HAMLIN L. WADE<br>MARVIN A BETHUNE<br>ROBERT S. ADDEN, JR.<br>JAMES D. DUPUY</td><td align="center">RUFF, BOND, COBB, WADE & BETHUNE, L.L.P.<br>ATTORNEYS AT LAW<br>THE ADDISON BUILDING<br>831 EAST MOREHEAD STREET, SUITE 860<br>CHARLOTTE, NORTH CAROLINA 28202<br><br>TELEPHONE: (704) 377-1634</td><td>ESTABLISHED 1918<br><br>THOMAS C. RUFF<br>(1919-2009)<br>RETIRED<br>LYN BOND, JR.<br><br>TELECOPIER<br>(704) 342-3308</td></tr>
</table>

September 22, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P. O. Box 5075
New York, NY 10150-5075

    Re:    *Nortel Networks Inc., et al - Chapter 11 Bankruptcy*
             *Withdrawal of Claim 6023 and 7360*

TO WHOM IT MAY CONCERN:

    Charlotte-Mecklenburg County hereby withdraws Claim Nos. 6023 and 7360 in the total sum of $0 and $27.64, respectively. The creditor submits this withdrawal for the purpose of notifying the court that its Proof of Claim is hereby withdrawn.

                                    Yours very truly,

                                    **RUFF, BOND, COBB, WADE & BETHUNE, L.L.P.**

                                    Hamlin L. Wade
                                    Mecklenburg County Tax Attorney

HLW:sm

c:     Ms. Olga Babchenko

RBCWB: (168608).WPD\9-22-10