IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4126 & 4127 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       )  ss.:
COUNTY OF NEW YORK )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2010, I caused to be served the:

    a. "Notice of Debtors' Fifteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)," dated October 8, 2010, to which was attached the "Debtors' Fifteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims and No-basis 503(b)(9) Claims)," dated October 8, 2010 [Docket No. 4126], (the "15th Omnibus Objection"), and

    b. "Notice of Debtors' Motion for an Order Authorizing and Approving Settlement Procedures to Settle Certain Avoidance Claims," dated October 8, 2010, to which was attached the "Debtors' Motion for an Order Authorizing and Approving Settlement Procedures to Settle Certain Avoidance Claims," dated October 8, 2010 [Docket No. 4127], (the "Motion Approving Settlement Procedures"),

    by causing true and correct copies of the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\15th Omnibus Objection; Motion Approving Settlement Procedures_DI 4126 & 4127_AFF_10-8-10.doc

    i. 15th Omnibus Objection and Motion Approving Settlement Procedures, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. 15th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. Motion Approving Settlement Procedures, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
8th day of October, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP | ATTN: FRED S. HODARA ESQ.,RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ,AMANDA M WINFREE ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNNY WHITE, ESQ. COUNSEL TO GOOGLE, INC. 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036-2714 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRIER IRISH HUBBARD & ERHARD PLC | ATTN: ROBERT N. BRIER 2400 E. ARIZONA BILTMORE CIRCLE SUITE 1300 PHOENIX AZ 85016-2115 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| BUUS KIM KUO & TRAN LLP | ATTN: HUBERT H. KUO ESQ. 4675 MACARTHUR CT, STE 590 NEWPORT BEACH CA 92660 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF | LAWRENECE E. MILLER 125 WEST 55TH STREET NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ. COUNSEL TO GENBAND INC. 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST STE. 4000 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114-0126 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: THOMAS J. LEANSE ESQ.,DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ROGER G. SCHWARTZ; ADAM J. GOLDBERG 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LATHAM & WATKINS LLP | J. DOUGLAS BACON; ALICE DECKER BURKE; JOSEPH A. SIMEI 233 SOUTH WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. 370 17TH ST, STE 4650 DENVER CO 80202 |
| LAW OFFICES OF ROBERT T. VANCE JR. | ATTN: ROBERT T. VANCE JR. 100 SOUTH BROAD STREET, SUITE 1530 PHILADELPHIA PA 19110 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |

| Claim Name | Address Information |
|---|---|
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| MUNSCH HARDT KOPF & HARR P.C. | ATTN: JONATHAN L. HOWELL 3800 LINCOLN PLAZA, 500 N AKARD ST DALLAS TX 75201-6659 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HILLA URIBE; RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. ONE INTERNATIONAL PLACE BOSTON MA 02110-2624 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER | ATTN: DANA S. PLON ESQ. 123 S. BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: JOSEPH H HUSTON JR,MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VAL MANDEL P.C. | ATTN: VAL MANDEL ESQ. 80 WALL ST, STE 1115 NEW YORK NY 10005 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 1001 PO BOX 708 WILMINGTON DE 19899 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  182**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ACCELINK TECHNOLOGIES CO LTD | 88 YOUKEYUAN ROAD HONGSHAN DISTRICT WUHAN 430074 CHINA |
| ADEPTRON TECHNOLOGIES CORPORATION | ATTN: SUDESH MEHTA 96 STEELCASE ROAD WEST MARKHAM ON L3R 3J9 CANADA |
| ADVANTECH CORPORATION | ATTN PETER KIM 38 TESLA STE 100 IRVINE CA 92618 |
| ADVATEL | 133 MORAY ST SOUTH MELBOURNE VIC 3205 AUSTRALIA |
| ADVATEL | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ADVATEL AUSTRALIA | 133 MORAY STREET SOUTH MELBOURNE VIC 3205 AUSTRALIA |
| AEROFLEX WEINSCHEL, INC. | 5305 SPECTRUM DR FREDERICK MD 21703 |
| AMERICANS FOR TAX REFORM | C/O JANE FRAZER 722 12TH ST NW 4TH FLOOR WASHINGTON DC 20005 |
| AON CONSULTING | WILLIAM GRUBBS 1100 REYNOLDS BLVD. WINSTON SALEM NC 27105 |
| APPLIED SIMULATION TECHNOLOGY INC | 2025 GATEWAY PLACE, SUITE 318 SAN JOSE CA 95110-1008 |
| ASM CAPITAL, L.P. | TRANSFEROR: SILICON MECHANICS, INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: KEYTECH USA, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: QUARRY INTEGRATED COMMUNICAT ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| AVNET, INC. | 3030 SALT CREEK LANE # 150 ARLINGTON HEIGHTS IL 60005 |
| BERKEMEYER ATTORNEYS & COUNSELORS | BENJAMIN CONSTAT 835 JACARANDA BLDG ASUNCION PARAGUAY |
| BOYD CORPORATION | ATTN: ANJELA NAND 600 SOUTH MCCLURE ROAD MODESTO CA 95357 |
| CALA TELECOM SERVICES | CALA TELECOM SERVICES LTD UNIT 27 SEYMOUR PARK KINGSTON 6 JAMAICA |
| CALA TELECOM SERVICES | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CATER TIME | CATER TIME 430 NE 69 HIGHWAY CLAYCOMO MO 64119 |
| CBL DATA RECOVERY TECHNOLOGIES INC. | 590 ALDEN ROAD, UNIT 105 MARKHAM ON L3R 8N2 CANADA |
| CHENMING USA INC. | 30631 SAN ANTONIO ST. HAYWARD CA 94544 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: INTAX, INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLICK COMMERCE, INC | C/O MIKE GIBLIN 3600 W. LAKE AVENUE ATLANTA GA 30339-8426 |
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE PO BOX 9564 BOSTON MA 02114-9564 |
| COMPUCOM SYSTEMS INC | COMPUCOM PO BOX 951654 DALLAS TX 75395-1654 |
| CTS ELECTRONIC COMPONENTS, INC. | CTS CORP. 171 COVINGTON DRIVE BLOOMINGDALE IL 60108 |
| DATA-COM TELECOMMUNICATIONS | 354 ROUTE 206 SOUTH FLANDERS NJ 07836 |
| DIGIKEY | DIGI KEY CORP PO BOX 250 THIEF RIVER FALLS MN 56701-0250 |
| DTEL NETWORK SOLUTIONS INC | 10-1642 EAST GEORGIA ST VANCOUVER BC V5L 2B2 CANADA |
| ELECTRO RENT CORPORATION | C/O JEFFREY KURTZMAN, ESQUIRE KLEHR HARRISON HARVEY BRANZBURG & ELLERS 260 S BROAD STREET PHILADELPHIA PA 19102 |
| ELECTRONIC ENVIRONMENTS CORPORATION | C/O JANICE RONAN 410 FOREST STREET MARLBOROUGH MA 01752 |
| EMPLOYMENT SECURITY COMMISSION OF NORTH | CAROLINA UNEMPLOYMENT INSURANCE DIVISION PO BOX 26504 RALEIGH NC 27611-6504 |
| ETAG | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ETAG | CHUCK DRAKE OF PWCS EDU 8217 SUNSET DRIVE MANASSAS VA 20110-3813 |
| EXPHIL CALIBRATION LABS INC | 415 CENTRAL AVENUE BOHEMIA NY 11716 |
| FDR FORENSIC DATA RECOVERY INC | 612 VIEW STREET SUITE 410 VICTORIA BC V8W 1J5 CANADA |
| FREEDOM CAD SERVICES, INC | 20 COTTON ROAD, SUITE 201 NASHUA NH 03063 |
| GE FANUC INTELLIGENT PLATFORMS | ATTN: NATHAN B. SMITH, ESQ. 2500 AUSTIN DRIVE CHARLOTTESVILLE VA 22911 |
| GEOMANT KFT. | F.A.O. ROBERT SIMON MARTANVOLGY UT 17 BUDAPEST 1124 HUNGARY |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION PO BOX 161108 ATLANTA GA 30321 |
| GINTEL | 1601 N PALM AVE SUITE 304 D PEMBROKE PINES FL 33026 |

| Claim Name | Address Information |
| --- | --- |
| GNB INDUSTRIAL POWER - A DIVISION OF | EXIDE TECHNOLOGIES 3950 SUSSEX AVENUE AURORA IL 60504-7932 |
| GOLF CLUB OF GEORGIA, INC. | 1 GOLF CLUB DRIVE ALPHARETTA GA 30005-7426 |
| GOLF GEORGIA | GOLF CLUB OF GEORGIA 1 GOLF CLUB DRIVE ALPHARETTA GA 30005-7426 |
| GREENBERG TURNER | 401 BAY STREET, SUITE 3000 TORONTO ON M5H 2Y4 CANADA |
| HAGEMEYER NORTH AMERICA INC | P.O. BOX 404753 ATLANTA GA 30384-4753 |
| HIFN, INC. | 48720 KATO RD FREMONT CA 945387312 |
| HUBER SUHNER | HUBER & SUHNER INC 19 THOMPSON DRIVE ESSEX JUNCTION VT 05452-3408 |
| HUBERT SUHNER, INC. | SEAN THOMAS 19 THOMPSON DR. ESSEX JUNCTION VT 05452 |
| HUNTFORD PRINTING & GRAPHICS | 275 DEMPSEY ROAD MILPITAS CA 95035-5556 |
| ICHIA TECHNOLOGIES INC | CHANG HWA COMMERCIAL BANK LTD 2F, NO. 57, SEC. 2 TAIPEI ROC TAIWAN |
| INNOVATIONAL IP SOLUTIONS, LLC | 19328 89TH AVE NE BOTHELL WA 98011 |
| INTECH GROUP, INC, THE | 305 EXTON COMMONS EXTON PA 19341 |
| INTRANSIT TECHNOLOGIES CORP. | PO BOX 3020 SAN CLEMENTE CA 92674-3020 |
| LINEAGE POWER CORPORATION | 601 SHILOH ROAD PLANO TX 75074 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PUCAN TRADING ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LOS ANGELES COUNTY TREASURER & TAX | COLLECTOR ATTN: B SANDOZ PO BOX 54110 LOS ANGELES CA 90054-0110 |
| LUMINENT / SOURCE PHOTONICS | 20550 NORDHOFF ST CHATSWORTH CA 91311 |
| LUMINENTOIC | 20550 NORDHOFF STREET CHATSWORTH CA 91311-6113 |
| M1 PROFESSIONAL SERVICES INC | PO BOX 1032 COOKSTOWN ON L0L 1L0 CANADA |
| MASSACHUSETTS MATERIALS RESEARCH INC | 1500 CENTURY DRIVE WEST BOYLSTON MA 01583-2115 |
| MECHATRONIC LTD | 88 DIGENI AKRITA AVENUE NICOSIA CY 1061 CYPRUS |
| MERRILL COMMUNICATIONS | BROOKFIELD PLACE 161 BAY STREET, 24TH FLOOR PO BOX 506 TORONTO ON M5J 2S1 |
| MERRILL CORPORATON CANADA | BCE PLACE, 161 BAY STREET 24TH FLOOR TORONTO ON M5J 2S1 CANADA |
| MITACOR INDUSTRIES INC | 189 LABROSSE AVE., SUITE 300 POINTE CLAIRE QC H9R 1A3 CANADA |
| NATIONAL ENVELOPE CORPORATION | ATTN: VALERIE SKRIVANEK 3211 INTERNET BLVD, STE 200 FRISCO TX 75034 |
| NEARMUG | JAMES BROMLEY AND LISA SCHWEITZER CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NEARMUG | 11 DOUGAL LANE E. NORTHPORT NY 11731 |
| NETWORK EQUIPMENT TECHNOLOGIES, INC. | 6900 PASEO PADRE PARKWAY FREMONT CA 94555 |
| NEW COMM 2000, CORP | PO BOX 1040 SABANA SECA PR 00952 |
| NEWFIELD WIRELESS INC | 2907 CLAREMONT AVENUE BERKELEY CA 94705 |
| NEWFIELD WIRELESS, INC | 2855 TELEGRAPH AVENUE STE 600 BERKELEY CA 94705 |
| NOVATIONS GROUP INC | 10 GUEST STREET SUITE 300 BOSTON MA 02135-2067 |
| NUI SOLUTIONS | 18N269 NORTHWIND LANE DUNDEE IL 60118 |
| OPSWAT, INC. | 640 2ND ST, 2ND FL SAN FRANCISCO CA 94107 |
| OPTIME CONSULTING INC | 2225 N COMMERCE PARKWAY SUITE # 5 WESTON FL 33326 |
| PACIFIC ELECTRICAL | PACIFIC ELECTRICAL CONTRACTORS PO BOX 1430 MEDFORD OR 97501 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| RAND TECHNOLOGY INC | 15225 ALTON PARKWAY #100 IRVINE CA 92618-2351 |
| RED HAT, INC. | ATTN: P. WATROUS 1801 VARSITY DRIVE RALEIGH NC 27606 |
| RED HAT, INC. | C/ O MOORE & VAN ALLEN PLLC ATTN: LUIS M. LLUBERAS- OLIVER 100 N. TRYON STREET, SUITE 4700 CHARLOTTE NC 28202 |
| RERATE LIMITED INC. | 3340 N.E. 190 ST., #909 MIAMI FL 33180 |
| REVELWOOD INCORPORATED | 14 WALSH DR. STE 303 PARSIPPANY NJ 07054 |
| RFMW, LTD. | 90 GREAT OAKS BLVD, STE 107 SAN JOSE CA 95119 |
| SDL INTERNATIONAL | 1155 RUE METCALFE BUREAU 1200 MONTREAL QC H3B 2V6 CANADA |
| SENA TECHNOLOGIES INC | 3150 ALMADEN EXPY STE 233 SAN JOSE CA 95118-1250 |
| SIGNIANT CORP | 515 LEGGET DRIVE OTTAWA ON K2K 3G4 CANADA |
| SIMPLESOFT, INC. | 257 CASTRO STREET, SUITE 220 MOUNTAIN VIEW CA 94041 |

| Claim Name | Address Information |
|---|---|
| STEPHEN GOULD CORP | 45541 NORTHPORT LOOP WEST FREMONT CA 94538-6458 |
| STEPHEN GOULD CORPORATION | 35 S JEFFERSON ROAD WHIPPANY NJ 07981 |
| SUNRISE CONTRACTING SERVICES, LLC | 4603 HILLSBOROUGH RD STE H DURHAM NC 27705 |
| TANDBERG CANADA, INC. | C/O SHANNON E. HOFF, ESQ POYNER SPRUILL LLP 301 SOUTH COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| TELEMATIC COMMUNICATIONS PTY LTD | T/AS ADVATEL 133 MORAY STREET SOUTH MELBOURNE VICTORIA 3205 AUSTRALIA |
| THE NEU GROUP INC | 135 KATONAH AVENUE 3RD FLOOR KATONAH NY 10536 |
| THEBIGWORD | 48 WALL ST. 11TH FLOOR NEW YORK NY 10005 |
| THERMOTRON INDUSTRIES | 291 KOLLEN PARK DRIVE HOLLAND MI 49423 |
| TOLLY GROUP INC. | PO BOX 812333 BOCA RATON FL 33481 |
| TVSNET TECHNOLOGIES LIMITED | 7TH FLOOR MPL SILICON TOWERS NO. 23/1 VELACHERY TAMBARAM ROAD PALLIKARANAI CHENNAI-600100 INDIA |
| UCM/SREP-CORP WOODS, LLC | C/O STEPHEN LEWIS, ESQ. STOLTZ MANAGEMENT OF DELAWARE, INC. 725 CONSHOHOCKEN STATE ROAD BALA CYNWYD PA 19004 |
| UCM/SREP-CORP WOODS, LLC | JEFFREY C. WISLER, ESQ. C/O CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 N. ORANGE ST. WILMINGTON DE 19801 |
| UNDERWRITERS LABORATORIES INC. | C/O LEGAL DEPT. 333 PFINGSTEN RD. NORTHBROOK IL 60062 |
| UNDERWRITERS LABORATORIESOF CANADA | C/O UNDERWRITERS LABORATORIES INC. ATTN: LEGAL DEPT. 333 PFINGSTEN RD. NORTHBROOK IL 60062 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: CONNECTANDSELL INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| USX FEDERAL CREDIT UNION | PO BOX 1728 CRANBERRY TWP PA 16066 |
| VIRGINIA DEPARTMENT OF TAXATION | TAXING AUTHORITY CONSULTING SERVICES, PC BANKRUPTCY COUNSEL PO BOX 2156 RICHMOND VA 23218-2156 |
| VIRTUAL CONSOLE LLC | 7035 LOUBET ST FOREST HILLS NY 11375-5847 |
| WAINHOUSE RESEARCH, LLC | ATTN: MARC BEATTIE 34 DUCK HILL TERRACE DUXBURY MA 02332 |
| WASHINGTON RESOURCE ASSOCIATES, INC. | 8200 GREENSBORO DR. # 525 MCLEAN VA 22102 |
| WILSON, BOBBY | BOBBY WILSON ELECTRIC CO INC. 2 HIGHCROSS COURT RALEIGH NC 27613 |
| YEEBO LCD LTD | 7/F ON DAK INDUSTRIAL BUILDING 26 WAH SING STREET KWAI CHUNG 1 HONG KONG |
| ZOMAX, INC. | KOHNER MANN & KAILAS, S.C. WASHINGTON BUILDING, BARNABAS BUSINESS CENTER, 4650 N. PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 |

**Total Creditor count  112**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACME PACKET, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 100 CROSBY DRIVE BEDFORD MA 01730 |
| ACME PACKET, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| ASTEELFLASH CALIFORNIA, INC. | C/O SULLIVAN HAZELTINE ALLINSON LLC ATTN: WILLIAM D. SULLIVAN 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| ASTEELFLASH CALIFORNIA, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 4050 STARBOARD DRIVE FREMONT CA 94538 |
| ASTEELFLASH CALIFORNIA, INC. | ATTN: GEORGE GARIC 4211 STARBOARD DRIVE FREMONT CA 94538 |
| AUTOMOTIVE RENTALS, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 9000 MIDLANTIC DRIVE MT. LAUREL NJ 08054 |
| AUTOMOTIVE RENTALS, INC. | C/O KATHERINE A. MULLIN 7411 MAPLE AVENUE P. O. BOX 1400 PENNSAUKEN NJ 08109 |
| CAMIANT, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 200 NICKERSON ROAD 2ND FLOOR MARLBOROUGH MA 01752-4603 |
| CAMIANT, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CSWL, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 39465 PASEO PADRE PARKWAY SUITE 2900 FREMONT CA 94538 |
| CSWL, INC. | C/O SREEDHAR SANTOSH 39465 PASEO PADRE PARKWAY FREMONT CA 94538 |
| ELTEK ENERGY LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT 115 ERICK STREET CRYSTAL LAKE IL 60014 |
| ELTEK VALERE INC. | C/O N.PERNICK, S.BHATNAGAR, ESQS. COLE,SCHOTZ,MEISEL,FORMAN & LEONARD, PA 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| ELTEK VALERE INC. | C/O CHRISTOPHER J. HORVAY, ESQ. GOULD & RATNER LLP 222 N. LASALLE STREET, SUITE 800 CHICAGO IL 60601 |
| ELTEK VALERE INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1303 EAST ARAPAHO ROAD RICHARDSON TX 75081 |
| GAIL & RICE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 21301 CIVIC CENTER DRIVE SOUTHFIELD MI 48076 |
| GAIL & RICE, INC. | C/O TIMOTHY RICE 21301 CIVIC CENTER DRIVE SOUTHFIELD MI 48076 |
| GREEN HILLS SOFTWARE, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREEN HILLS SOFTWARE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 30 SOLA STREET SANTA BARBARA CA 93101 |
| GREEN HILLS SOFTWARE, INC. | C/O DANIEL O'DOWD 30 SOLA STREET SANTA BARBARA CA 93101 |
| INGRAM MICRO INC. | C/O CT CORPORATION SYSTEM 818 W. 7TH STREET LOS ANGELES CA 90017 |
| INGRAM MICRO INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1600 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| JUDGE TECHNICAL SERVICES, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 300 CONSHOHOCKEN STATE ROAD WEST CONSHOHOCKEN PA 19428 |
| JUDGE TECHNICAL SERVICES, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 2 BALA PLAZA, SUITE 800 BALA CYNWYD PA 19004 |
| MERCURY AMERICAS USA, CORP. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 21225 ESCONDIDO WAY NORTH BOCA RATON FL 33433-2507 |
| MERCURY AMERICAS USA, CORP. | C/O MANUEL DREYFUS 21225 ESCONDIDO WAY NORTH BOCA RATON FL 33433-2507 |
| NATHANSON AND COMPANY, LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT 10 MINUTEMAN HILL WESTPORT CT 06880-2700 |
| NATHANSON AND COMPANY, LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| OPNEXT SUBSYSTEMS, INC. | C/O CORPORATION SERVICE COMPANY 2730 GATEWAY OAKS DRIVE, SUITE 100 SACRAMENTO CA 95833 |
| OPNEXT SYSTEMS, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| OPNEXT SYSTEMS, INC. | F/K/A STRATALIGHT COMMUNICATIONS INC. ATTN: OFFICER, MANAGING OR GENERAL AGENT 151 ALBRIGHT WAY LOS GATOS CA 95032 |
| PICO ATLANTA, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 5361 ROYAL WOODS PARKWAY TUCKER GA 30084 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| POWERSTEERING SOFTWARE, INC. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| POWERSTEERING SOFTWARE, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 25 FIRST STREET, SUITE 201 CAMBRIDGE MA 02141 |
| SPRINGWELL CAPITAL PARTNERS LLC | ATTN: OFFICER, MANAGING OR GENERAL AGENT SIX LANDMARK SQUARE, 4TH FLOOR STAMFORD CT 06901-2701 |
| SPRINGWELL CAPITAL PARTNERS LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| STMICROELECTRONICS N.V. | ATTN: OFFICER, MANAGING OR GENERAL AGENT WTC SCHIPHOL AIRPORT SCHIPHOL BOULEVARD 265 1118 BH SCHIPHOL AIRPORT NETHERLANDS |
| STMICROELECTRONICS N.V. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 39 CHEMIN DU CHAMP DES FILLES 1228 PLAN-LES-OUATES GENEVA SWITZERLAND |
| STMICROELECTRONICS N.V. | C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207 |
| STMICROELECTRONICS N.V. | C/O J. MARK CHEVALLIER MCGUIRE, CRADDOCK & STROTHER, P.C. 2501 N. HARWOOD STREET, SUITE 1800 DALLAS TX 75201 |
| STMICROELECTRONICS, INC. | ATTN: OFFICER, MANAGING OR GENERAL AGENT 1310 ELECTRONICS DRIVE CARROLLTON TX 75006 |

**Total Creditor count  41**

AVEA İLETIŞIM HIZMETLERI A.Ş.
Abdi İpekçi Cad. No. 75
Maçka – Şişli
34367  İstanbul,
Turkey

MARITZ CANADA INC.
6900 Maritz Drive
Mississauga, Ontario
L5W 1L8
Canada

CELESTICA HOLDINGS PTE LTD.
1 Sophia Road
#05-03  Peace Centre
Singapore (228149)

BWCS, Ltd.
6 Worcester Road
Ledbury
Herfordshire
HR8 1PL
United Kingdom

CELESTICA THAILAND LTD.
49/18 Moo 5,
Laem Chabang Industrial Estate, Tungsukla
Sriracha, Chon Buri
Thailand 20230

INFORMATICS INTERNATIONAL LTD
104, Kitulwatta Road,
Colombo 8
Sri Lanka

ACE TECHNOLOGIES CORP.
24B-4L Namdong Industrial Complex
Nonhyeon-dong
Namdong-gu
Incheon-si, 405-849
South Korea

ACE TECHNOLOGIES CORP.
156B 6L, 727-5, Kojan-Dong
Namdong-Gu
Incheon Kwangyuk-Shi, 405-310
South Korea