IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re                                                                  :    Chapter 11
                                                                       :
Nortel Networks Inc., *et al.*,                                        :    Case No. 09-10138 (KG)
                                                                       :
                                                                       :    Jointly Administered
                        Debtors.                                       :
                                                                       :    Hearing Date; October 14, 2010 at 10:00
                                                                       :    Responses due October 7, 2010 at 4:00
----------------------------------------------------------------------x

**CREDITOR'S RESPONSE TO DEBTOR'S FOURTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. Sec 502**

Claimant Anderson Gorecki & Manaras LLP, a Massachusetts Limited Liability Partnership, claimant under Claims No. 2818 and 2819 ("Claimant") objects to Debtor's motion to dismiss Claim No. 2818, Claimant's Section 503(b) (9) claim for money advanced on behalf of Debtor to pay patent filing fees to the U.S. Patent and Trademark Office and other cash disbursements paid out on Debtor's behalf between December 26, 2008 and January 13, 2009.

1. Claimant acknowledges filing both claims 2818 and 2819. Claimant acknowledges that Claim 2818 for $31,161.53 is redundant with respect to a portion of Claim 2819 for the amount of $391,830.90, and that the amounts claimed in Claim 2818 are also claimed in Claim 2819.

2. Claimant was mistaken in its processes in duplicating the amounts contained in both claims and acknowledges its error, having taken the amounts from two different areas in its accounting system, and having failed to note that the amount of Claim 2818 was also included in Claim 2819.

3. Claimant moves to reduce its general claim in Claim 2819 by the Section 503(b)(9) amount of Claim 2818, from $391,830.90 to $360,669.37, while retaining the Section 503(b)(9) claim of $31,161.53 in Claim 2819.

4. Claimant believes that there is no substantive objection to Claim 2818 other than the redundancy issue which should be cured by deleting the redundant amount from Claim 2819. All amounts in both Claims were undertaken at the express instruction of the Debtor's Law Department, and in the case of the Section 503(b) (9) amounts, urging Claimant to get as many cases filed as quickly as possible at that time, including advancing filing fees to the U.S. Patent and Trademark Office and related third party fees. All supporting documentation for the correct amounts of both claims was attached to the original claims.

The name, address and contact details for the person with whom counsel for the Debtors should communicate concerning this matter and who has the authority to reconcile, settle or otherwise resolve the objection to the disputed claim is:

John T. Manaras
Anderson Gorecki & Manaras LLP
33 Nagog Park
Acton MA 01720-3427
Telephone 978-264-4001 ext 2345
Fax number 978-264-9119
Email jmanaras@smmalaw.com

Creditor respectfully requests that the Court (i) enter and order disallowing Debtor's objection to Claim No. 2818 while reducing the amount of Claimant's claim in Claim No. 2819 from $391,830.90 to $360,669.37, and (ii) take such further action as may be just and proper.

Dated October 6, 2010
Acton MA


Anderson Gorecki & Manaras LLP
John T. Manaras

*/s/ John T. Manaras*

33 Nagog Park
Acton MA 01720-3427
Telephone 978-264-4001 ext 2345