## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 8/1/10 through 8/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 554.40 | $269,524.50 |
| 05. Professional Retention/Fee Application Preparation | | 24.60 | $5,924.50 |
| 07. Interaction/Mtgs w | | 5.70 | $3,759.50 |
| 08. Interaction/Mtgs w Creditors | | 62.40 | $42,780.50 |
| 09. Employee Issues/KEIP | | 102.00 | $44,867.00 |
| 11. Claim Analysis/Accounting | | 69.00 | $30,206.50 |
| 13. Intercompany Transactions/Bal | | 33.10 | $16,956.00 |
| 14. Executory Contracts/Leases | | 5.90 | $3,125.50 |
| 17. Analysis of Historical Results | | 146.60 | $54,417.00 |
| 18. Operating and Other Reports | | 26.60 | $16,516.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 77.30 | $25,534.00 |
| 20. Projections/Business | | 49.10 | $20,167.00 |
| 24. Liquidation Analysis | | 10.90 | $4,829.00 |
| 26. Tax Issues | | 31.40 | $16,956.00 |
| 27. Plan of Reorg/Discl Stmt | | 12.00 | $7,284.00 |
| 28. Valuation Analysis | | 14.30 | $6,433.00 |
| 33. Intellectual Property | | 292.00 | $127,226.00 |
| **For the Period 8/1/2010 through 8/31/2010** | | **1,517.30** | **$696,506.00** |