**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8/1/2010 through 8/31/2010**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 8/2/2010 | J. Hyland | Airfare for NY trip. | $961.40 |
| 8/2/2010 | J. Hyland | Travel agency fee for NY trip. | $15.00 |
| 8/9/2010 | R. Conroy | Airfare for NY trip. | $1,160.40 |
| 8/9/2010 | M. Lasinski | Airfare for NY trip. | $981.40 |
| 8/9/2010 | M. Lasinski | Airfare for NY trip. | $334.00 |
| 8/16/2010 | J. Hyland | Airfare to/from NY. | $869.40 |
| 8/19/2010 | M. Lasinski | Airfare for NY trip. | $729.40 |
| 8/30/2010 | J. Hyland | Airfare to NY. | $730.40 |
| **Subtotal - Airfare/Train** | | | **$5,781.40** |
| **Auto Rental/Taxi** | | | |
| 8/2/2010 | J. Hyland | Taxi during NY trip. | $40.12 |
| 8/5/2010 | J. Hyland | Taxi to Cleary during NY trip. | $25.10 |
| 8/5/2010 | L. Ahearn | Cab ride to Nortel meeting. | $19.89 |
| 8/6/2010 | Capstone Expense | Taxis during NY trip. | $75.07 |
| 8/6/2010 | Capstone Expense | Taxis during NY trip. | $63.85 |
| 8/9/2010 | R. Conroy | Taxis: to/from home/O'Hare, and to/from NY office/LGA. | $139.89 |
| 8/9/2010 | M. Lasinski | Taxi during NY trip. | $68.00 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 8/9/2010 | M. Lasinski | Taxi during NY trip. | $68.00 |
| 8/9/2010 | M. Lasinski | Taxi during NY trip. | $33.30 |
| 8/9/2010 | M. Lasinski | Taxi during NY trip. | $29.70 |
| 8/9/2010 | D. Rothberg | Taxi due to working late. | $20.21 |
| 8/16/2010 | J. Hyland | Taxi during NY trip. | $41.84 |
| 8/17/2010 | T. Morilla | Taxi to Cleary's office. | $15.00 |
| 8/17/2010 | T. Morilla | Taxi from Cleary's office back to Capstone's office. | $14.00 |
| 8/18/2010 | T. Morilla | Taxi due to working late. | $12.70 |
| 8/19/2010 | M. Lasinski | Taxi during NY trip. | $70.00 |
| 8/19/2010 | M. Lasinski | Taxi during NY trip. | $68.00 |
| 8/19/2010 | M. Lasinski | Taxi during NY trip. | $58.00 |
| 8/19/2010 | M. Lasinski | Taxi during NY trip. | $36.00 |
| 8/30/2010 | J. Hyland | Taxi during NY trip. | $31.67 |
| 8/31/2010 | T. Morilla | Taxi due to working late. | $11.30 |

**Subtotal – Auto Rental/Taxi**      **$941.64**

**Hotel**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 8/5/2010 | J. Hyland | Hotel during NY trip. | $1,422.86 |
| 8/9/2010 | J. Hyland | Hotel in NY from 6/22 trip. | $1,040.31 |
| 8/9/2010 | M. Lasinski | Hotel during NY trip. | $298.70 |
| 8/18/2010 | J. Hyland | Hotel during portion of NY trip. | $956.31 |
| 8/19/2010 | M. Lasinski | Hotel during NY trip. | $404.33 |
| 8/19/2010 | J. Hyland | Hotel during portion of NY trip. | $403.97 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/19/2010 | M. Lasinski | Hotel during NY trip. | $50.50 |

**Subtotal - Hotel** $4,576.98

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 8/3/2010 | J. Hyland | Meal during NY trip. | $9.20 |
| 8/3/2010 | J. Hyland | Meal during NY trip. | $4.50 |
| 8/4/2010 | J. Hyland | Meal in NY. | $4.50 |
| 8/5/2010 | J. Hyland | Meal during NY trip. | $13.38 |
| 8/6/2010 | D. Rothberg | Meal due to working late. | $11.01 |
| 8/9/2010 | T. Morilla | Meal due to working late. | $24.00 |
| 8/9/2010 | M. Lasinski | Meal during NY trip. | $13.19 |
| 8/9/2010 | R. Conroy | Meal during NY trip. | $8.04 |
| 8/9/2010 | M. Lasinski | Meal during NY trip. | $6.14 |
| 8/11/2010 | T. Morilla | Meal for J. Peterson, D. Rothberg and T. Morilla due to working late. | $53.89 |
| 8/12/2010 | C. Kearns | Lunch with F. Hodara, D. Botter (Akin), J. Borow, A. Pisa (Milbank), and M. Kazenstein (FTI) to discuss key Nortel issues. | $419.29 |
| 8/16/2010 | J. Hyland | Meal during NY trip. | $7.86 |
| 8/17/2010 | J. Peterson | Dinner - T. Morilla and J. Peterson. | $31.58 |
| 8/18/2010 | M. Lasinski | Meal during travel to NY for meeting with UCC. | $76.18 |
| 8/18/2010 | J. Hyland | Meal during NY trip. | $16.33 |
| 8/19/2010 | M. Lasinski | Meal during NY trip. | $16.54 |
| 8/19/2010 | J. Hyland | Meal during NY trip. | $12.39 |
| 8/22/2010 | T. Morilla | Meal due to working on the weekend. | $18.00 |
| 8/23/2010 | T. Morilla | Meal due to working late. | $16.60 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 8/24/2010 | T. Morilla | Meal for J. Peterson, D. Rothberg and T. Morilla due to working late. | $55.32 |
| 8/25/2010 | T. Morilla | Meal due to working late. | $13.50 |
| 8/30/2010 | T. Morilla | Meal for J. Peterson and T. Morilla due to working late. | $18.51 |
| 8/30/2010 | J. Hyland | Meal during NY trip. | $11.16 |
| 8/30/2010 | J. Hyland | Meal during NY trip. | $6.79 |
| 8/31/2010 | T. Morilla | Meal for J. Peterson, D. Rothberg and T. Morilla. | $70.95 |
| 8/31/2010 | J. Hyland | Meal during NY trip. | $5.18 |

**Subtotal - Meals**      **$944.03**

**Mileage**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 8/2/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 8/5/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 8/16/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 8/19/2010 | J. Hyland | Local mileage to airport. | $21.00 |
| 8/30/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |

**Subtotal - Mileage**      **$105.00**

**Parking/Tolls**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 8/2/2010 | J. Hyland | Local tolls to airport for NY trip. | $1.60 |
| 8/5/2010 | J. Hyland | Local tolls to airport for NY trip. | $1.60 |
| 8/16/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 8/19/2010 | J. Hyland | Local tolls to airport. | $1.60 |
| 8/30/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |

**Subtotal - Parking/Tolls**      **$8.00**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Research** | | | |
| 8/30/2010 | J. Schad | Monthly access to Delphion patent database used to obtain information for Debtors' patent portfolio for revenue allocation calculations. | $292.60 |
| **Subtotal - Research** | | | **$292.60** |
| **Telecom** | | | |
| 8/1/2010 | Capstone Expense | Long distance calls for Nortel. | $326.00 |
| 8/7/2010 | Capstone Expense | Conference call expense for Nortel | $39.78 |
| 8/8/2010 | Capstone Expense | Long distance calls for Nortel. | $1,788.78 |
| 8/27/2010 | J. Hyland | Long distance calls for Nortel. | $15.68 |
| 8/27/2010 | J. Hyland | Long distance calls for Nortel. | $1.84 |
| **Subtotal - Telecom** | | | **$2,172.08** |
| **For the Period 8/1/2010 through 8/31/2010** | | | **$14,821.73** |