**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al* | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

Dina K. Whaley, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors, in the above-captioned action, and that on the 12th day of October, 2010, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

**Motion to appear pro hac vice of Thomas J. Matz of Milbank, Tweed, Headley & McCloy LLP, to Represent the Bondholder Group**

Dina K. Whaley

Sworn to and subscribed before
me this 12th day October, 2010

Notary Public
My Commission Expires: 2-20-12

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2012

1 The Debtors in these cases along with the last four digits of each of the Debtors' federal tax identification numbers are: Claim Jumper Restaurants, LLC (1053) and Claim Jumper Management, LLC (6481). The Debtors' headquarters and mailing address is: 16721 Millikan Ave., Irvine, CA 92606.

**Nortel Networks Inc., et al. 2002 Service List**
Case No. 09-10138
Document No. 147889
26 – Hand Delivery
97 – First Class Mail
04 – FOREIGN First Class Mail

(Counsel for Ad Hoc Committee of Bondholders)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Hand Delivery***
Tobey M. Daluz, Esquire
Leslie Heilman Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 Market St., 12th Fl
Wilmington, DE 19801

***Hand Delivery***
Christopher A. Ward, Esquire
Justin K. Edelson Esquire
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Ste 1101
Wilmington, DE 19801

***Hand Delivery***
David B. Stratton, Esquire
Leigh-Anne M. Raport Esquire
Pepper Hamilton LLP
1313 Market St., Ste 5100
Wilmington, DE 19801

***Hand Delivery***
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market St., Ste 5100
Wilmington, DE 19801

***Hand Delivery***
Joanne B. Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Ste 1000
Wilmington, DE 19801

***Hand Delivery***
Marla R. Eskin, Esquire
Ayesha S. Chacko Esquire
Campbell & Levine LLC
800 N King St., Ste 300
Wilmington, DE 19801

***Hand Delivery***
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 E 8th St., Ste 400
Wilmington, DE 19801

***Hand Delivery***
Mary F. Caloway, Esquire
P.J. Duhig Esquire
Buchanan Ingersoll & Rooney
1000 West Street., Suite 1410
Wilmington, DE 19801

***Hand Delivery***
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

***Hand Delivery***
Carl N. Kunz, Esquire
Michael J. Custer Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

***Hand Delivery***
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

***Hand Delivery***
Patrick Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

*Hand Delivery*
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

*Hand Delivery*
Duane D. Werb Esquire
Werb & Sullivan
300 Delaware Ave, 13th Fl
Wilmington, DE  19801

*Hand Delivery*
Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow
800 Delaware Ave., 7th Fl.
Wilmington, DE  19801

*Hand Delivery*
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes P.A.
500 Delaware Ave, 8th Fl
Wilmington, DE  19801

*Hand Delivery*
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

*Hand Delivery*
Gregory A. Taylor, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes P.A.
500 Delaware Ave, 8th Fl
Wilmington, DE  19801

*Hand Delivery*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder P.A.
1201 N Orange St., Ste 400
Wilmington, DE  19801

*Hand Delivery*
Jeffrey S. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

*Hand Delivery*
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE  19801

*Hand Delivery*
John V. Fiorella, Esquire
Archer & Greiner PC
300 Delaware Ave, Ste 1370
Wilmington, DE  19801

*Hand Delivery*
Charles J. Brown III, Esquire
Archer & Greiner PC
300 Delaware Ave, Ste 1370
Wilmington, DE  19801

*Hand Delivery*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N Market St, Ste 1500
Wilmington, DE  19801

*Hand Delivery*
James E. Huggett, Esquire
Margolis Edelstein
750 Shipyard Dr., Ste 102
Wilmington, DE  19801

*Hand Delivery*
Joseph H. Huston Jr. Esquire
Maria Aprile Sawczuk Esquire
Stevens & Lee P.C.
1105 N Market St., 7th Fl
Wilmington, DE  19801

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of State Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Sheryl L. Moreau Esquire
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO 65105-0475

*First Class Mail*
John P. Dillman Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
Rod Andrerson Esquire
Noel R. Boeke Esquire
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

*First Class Mail*
Amos U. Priester IV Esquire
Anna B. Osterhout Esquire
Smith Anderson Blount Dorsett Mitchell &
Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

*First Class Mail*
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Ste 600
Philadelphia, PA 19102

*First Class Mail*
Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC 20005-4026

*First Class Mail*
Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

*First Class Mail*
Alan D. Smith, Esquire
Chun M. Ng, Esquire
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099

*First Class Mail*
Joseph E. Shickich Jr. Esquire
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

*First Class Mail*
Christopher M. Alston Esquire
Foster Pepper PLLC
1111 3rd Ave, Ste 3400
Seattle, WA 98101-3299

*First Class Mail*
Ramona Neal Esquire
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID 83714

*First Class Mail*
David G. Aelvoet Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste 300
San Antonio, TX 78205

*First Class Mail*
David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

*First Class Mail*
Carren B. Shulman Esquire
Kimberly K. Smith Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Fl
New York, NY 10112

*First Class Mail*
Alistar Bambach
SEC NY Regional Office
Bankruptcy Div, Ste 400
3 World Financial Center
New York, NY 10281-1022

*First Class Mail*
Michael L. Schein Esquire
Vedder Price P.C.
1633 Broadway, 47th Fl
New York, NY 10019

*First Class Mail*
Raniero D'Aversa Jr. Esquire
Laura D. Metzger Esquire
Weston T. Eguchi Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

*First Class Mail*
Dennis Dunne, Esquire
Thomas R. Kreller, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

*First Class Mail*
Michelle McMahon Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*First Class Mail*
N. Thodore Zink Jr. Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*First Class Mail*
Alan Kolod, Esquire
Christopher J. Caruso, Esquire
Kent C. Kolbig, Esquire
Moses & Singer LLP
The Crysler Building
405 Lexington Avenue
New York, NY 10174

*First Class Mail*
Ken Coleman, Esquire
Lisa J.P. Kraidin. Esquire
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY 10020

*First Class Mail*
Val Mandel, Esquire
Val Mandel P.C.
80 Wall St, Ste 1115
New York, NY 10005

*First Class Mail*
Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave, 31st Fl
New York, NY 10017

*First Class Mail*
Steven J. Reisman, Esquire
James V. Drew Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

*First Class Mail*
Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

***First Class Mail***
Alan J. Lipkin, Esquire
Jeremy E. Crystal Esquire
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

***First Class Mail***
Robert J. Rosenberg, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

***First Class Mail***
Michael J. Riela, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

***First Class Mail***
Zachary N. Goldstein, Esquire
Latham & Watkins LLP
885 Third Avenue, Ste 1000
New York, NY 10022-4068

***First Class Mail***
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

***First Class Mail***
Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
Akin Gump
One Bryant Park
New York, NY 10036

***First Class Mail***
Kenneth E. Noble, Esquire
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

***First Class Mail***
Stephen C. Stapleton, Esquire
Dykema Gossett PLLC
1717 Main St, Ste 2400
Dallas, TX 75201

***First Class Mail***
William L. Siegel, Esquire
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, TX 75202

***First Class Mail***
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place, Ste 3700
Dallas, TX 75202-2799

***First Class Mail***
Joseph J. Wielebinski, Esquire
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

***First Class Mail***
Robert T. Vance Jr., Esquire
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110

***First Class Mail***
Carol E. Momjian, Esquire
PA Senior Deputy Atty Gen
21 S 12th St., 3rd Fl
Philadelphia, PA 19107-3603

***First Class Mail***
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

***First Class Mail***
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

***First Class Mail***
Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH 44114

***First Class Mail***
Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO 80124

***First Class Mail***
Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

***First Class Mail***
Edward T. Attanasio, Esquire
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Fl
Los Angeles, CA 90067-6049

***First Class Mail***
Joon M. Khang, Esquire
Khang & Khang LLP
1901 Avenue of the Stars, 2nd Fl
Los Angeles, CA 90067

***First Class Mail***
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA 90067-3012

***First Class Mail***
John C. Vigano, Esquire
Patricia J. Fokuo, Esquire
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

***First Class Mail***
Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL 60601

***First Class Mail***
Melissa A. Mickey, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

***First Class Mail***
Jill L. Murch, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark St., Ste 2800
Chicago, IL 60654-5313

***First Class Mail***
Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO 63102

***First Class Mail***
David L. Uranga
Bell Microproducts Inc.
201 Monroe Street, Suite 300
Montgomery, AL 36104

***First Class Mail***
Jeffrey B. Ellman, Esquire
Robbin S. Rahman, Esquire
Jones Day
1420 Peachtree St NE, Ste 800
Atlanta, GA 30309

*First Class Mail*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

*First Class Mail*
Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue, 6th Fl
Orlando, FL 32801

*First Class Mail*
Joyce A. Kuhns, Esquire
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202

*First Class Mail*
Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*First Class Mail*
Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI 53202

*First Class Mail*
Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market St., 25th Fl
San Francisco, CA 94105-2126

*First Class Mail*
Merle C. Meyers, Esquire
Michele Thompson Esquire
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

*First Class Mail*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201

*First Class Mail*
James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5630

*First Class Mail*
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

*First Class Mail*
Scott K. Brown, Esquire
Lewis and Roca LLP
40 North Central Ave., Ste 1900
Phoenix, AZ 85004

*First Class Mail*
Nicholas Skiles, Esquire
John A. Wetzel, Esquire
Swartz Campbell LLC
One S. Church St., Ste 400
West Chester, PA 19382

*First Class Mail*
Laura L. McCloud, Esquire
Tennessee Dept of Revenue
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

*First Class Mail*
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal St., 9th Fl
Boston, MA 02110

***First Class Mail***
Lawrence M. Schwab, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA 94306

***First Class Mail***
David M. Schilli, Esquire
Ty E. Shaffer, Esquire
Robinson Bradshaw & Hinson P.A.
101 North Tryon St., Ste 1900
Charlotte, NC 28246

***First Class Mail***
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Ste 1800
McLean, VA 22102-4215

***First Class Mail***
J. Scott Douglass, Esquire
909 Fannin, Ste 1800
Houston, TX 77010

***First Class Mail***
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 N 2nd St., 12th Fl
Harrisburg, PA 17101-1601

***First Class Mail***
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
370 17th St., Ste 4650
Denver, CO 80202

***First Class Mail***
Parag P. Patel, Esquire
33 Wood Avenue South, 2nd Fl
P.O. Box 81
Iselin, NJ 08830-0081

***First Class Mail***
Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX 76013

***First Class Mail***
Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

***First Class Mail***
Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad St, Ste 1000
Woodbury, NJ 08096

***First Class Mail***
Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

***First Class Mail***
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave.
New York, NY 10022

***First Class Mail***
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604

***First Class Mail***
Robert S. McWhorter, Esquire
Nossaman LLP
915 L St., Ste 1000
Sacramento, CA 95814

***First Class Mail***
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

***First Class Mail***
Ann Groninger, Esquire
Patterson Harkavy
521 East Boulevard
Charlotte, NC 28203

***First Class Mail***
Hubert H. Kuo, Esquire
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct., Ste 590
Newport Beach, CA 92660

***First Class Mail***
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Fl
Dallas, TX 75234

***First Class Mail***
Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

***First Class Mail***
David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

***First Class Mail***
Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

***First Class Mail***
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

***First Class Mail***
Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

***First Class Mail***
Deborah B. Waldmeir, Esquire
State of MI Dept of Treasury
3030 W Grand Blvd, Ste 10-200
Cadillac Place
Detroit, MI 48202

***First Class Mail***
Ernie Holling, President
The InTech Group, Inc.
305 Exton Commons
Exton, PA 19341

***Foreign First Class Mail***
Jennifer Stam, Esquire
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto, Ontario M5J 2Z4
Canada

***Foreign First Class Mail***
Michael J. Wunder, Esquire
R. Snayne Kukulowicz, Esquire
Alex L. MacFarlane, Esquire
Fraser Milner Casgrain LLP
1 First Canadian Place -Floor 42
100 King St West
Toronoto, Ontario M5X 1B2
Canada

***Foreign First Class Mail***
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK EC2A 2HS
England

***Foreign First Class Mail***
Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
Canada