**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| -------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **SEALED PURSUANT TO COURT ORDER DATED SEPTEMBER 1, 2010 (D.I. 3855)** |
| | **Re: D.I. 3855, 4143** |
| -------------------------------------------------------------X | |

**CONFIDENTIAL FILED UNDER SEAL –EXHIBIT E
RE: AFFIDAVIT OF SERVICE (D.I. 4143)**

Dated:    Wilmington, Delaware
             October 12, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (admitted *pro hac vice*)                 Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (admitted *pro hac vice*)             Eric D. Schwartz (No. 3134)
One Liberty Plaza                                                           Ann C. Cordo (No. 4817)
New York, New York 10006                                         Alissa T. Gazze (No. 4338)
Telephone: (212) 225-2000                                          1201 North Market Street
Facsimile: (212) 225-3999                                            P.O. Box 1347
                                                                                        Wilmington, Delaware 19899-1347
                                                                                        Phone: (302) 658-9200
                                                                                        Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3735660.7