IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*:                                     :        Chapter 11
                                             :
**Nortel Networks Inc.,** *et al.*,          :        Case No. 09-10138 (KG)
                                             :
              **Debtors.**                   :        Jointly Administered
                                             :
---------------------------------------------------------X

**CERTIFICATION BY GOVERNMENT COUNSEL**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9010**

Pursuant to Local Rule 9010-1(e)(i) of the Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court; am admitted to practice law and am in good standing as an active member of the Bars of the District of Columbia and the United States District Court and Bankruptcy Court for the District of Columbia; the United States Court of Appeals for the D.C. Circuit and the United States Supreme Court; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. I am also an inactive or associate member (in good standing) of the Bars of the Commonwealth of Virginia and the State of Maryland and a former member of the New York State Bar. My New York State Bar Membership was always in good standing. I am authorized to appear in this matter pursuant to 28 U.S.C. 517 et seq.

Finally, I am also a member in good standing of the Bars of United States Court of Appeals for the Fourth Circuit, the United States District and Bankruptcy Courts for the District of Maryland, the Eastern District of Virginia and the Southern and Eastern Districts of New York.

Dated: October 13, 2010

**TONY WEST**
Assistant Attorney General

**DAVID WEISS**
United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney


 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America, on behalf of the Department of the Navy**

2

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on October 13, 2010, by electronic service through the Court's Electronic Case Filing ("ECF") system.

Dated: October 13, 2010

**TONY WEST**
Assistant Attorney General

**DAVID WEISS**
United States Attorney

**ELLEN W. SLIGHTS**
Assistant United States Attorney


 /s/ Seth B. Shapiro
**J. CHRISTOPHER KOHN**
**TRACY J. WHITAKER**
**SETH B. SHAPIRO**
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-7164
Fax: (202) 307-0494

**Attorneys for the United States of America, on behalf of the Department of the Navy**