IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
   NORTEL NETWORKS INC., et al.,                               :
                                                               :   Case No. 09-10138 (KG)
                                                               :
                                                               :   (Jointly Administered)
                              Debtors.                         :
---------------------------------------------------------------x   **Related Docket No. 4100**

**STATEMENT OF AD HOC GROUP OF BONDHOLDERS REGARDING
DEBTORS' MOTION FOR AN ORDER (I) APPOINTING LAYN R. PHILLIPS
AS NEUTRAL MEDIATOR CONCERNING ALLOCATION OF SALE PROCEEDS;
(II) AUTHORIZING ENTRY INTO AN ENGAGEMENT AGREEMENT WITH IRELL
& MANELLA LLP; (III) APPROVING THE TERMS OF ENGAGEMENT
AGREEMENT; (IV) ALLOWING PAYMENT OF DEBTORS' SHARE OF
COST OF ENGAGEMENT; AND (V) GRANTING RELATED RELIEF**

The above-captioned Debtors have filed the *Debtors' Motion For An Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief* (D.I. 4100, Filed 10/7/10) (the "Motion"). The ad hoc group of bondholders holding claims against certain of the debtors in these cases and certain of the debtors in the related Canadian proceedings (the "Bondholder Group") hereby submits this statement regarding the Motion.

The Bondholder Group supports both the mediation and the appointment of Judge Layn R. Phillips as the neutral mediator selected to conduct the mediation. The Debtors have monetized substantial portions of their assets through sales processes with which the Court is very familiar. The ultimate distribution of the sales proceeds to creditors, however, requires resolution of issues regarding the allocation of sale proceeds and the nature and extent of Inter-Estate Claims among the various Nortel entities. The Bondholder Group strongly believes that

68700-001\DOCS_DE:164496.1

an expeditious resolution of those issues is a key to maximizing creditor recoveries by opening the door for prompt distributions that will deliver the cash sale proceeds to creditors of all estates as soon as possible. Prompt resolution of those issues will also allow the parties to avoid the risk of prolonged litigation that otherwise may deprive creditors of timely recoveries and leave significant cash proceeds sitting idle and exposed to diminution due to ongoing administrative and litigation expenses. The Bondholder Group supports the mediation and the appointment of Judge Phillips as mediator as a vehicle to try to meet these companion objectives.

The Bondholder Group's support for the Motion is based upon the Bondholder Group's strong belief that time is of the essence with respect to resolving the allocation and Inter-Estate Claims so that creditor distributions can occur. The respective parties have been engaged in allocation discussions of one form or another for over a year. Consequently, the Bondholder Group's support for the Motion is not open-ended – nor should the mediation process be (or become) open-ended. If for any reason the mediation sessions scheduled for November do not yield prompt and significant progress, the mediation should not be allowed to linger on "by default." Rather, the parties should quickly and proactively explore alternatives for expediting resolution of the issues. Accordingly, notwithstanding its support for the Motion, the Bondholder Group also hereby reserves its rights to propose and pursue alternative means for resolving the sale proceeds allocation and Inter-Estate Claims issues if the Mediation Parties are unable to make satisfactory progress at the November mediation sessions currently on calendar.

Dated: October 13, 2010.

    MILBANK, TWEED, HADLEY & McCLOY LLP
    Thomas R. Kreller
    601 South Figueroa St., Suite 3000
    Los Angeles, CA 90017
    Telephone: (213) 892-4463
    Facsimile: (213) 892-4763
    Email: tkreller@milbank.com

    and

    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Laura Davis Jones*
    Laura Davis Jones (Bar No. 2436)
    Kathleen P. Makowski (Bar No. 3648)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: ljones@pszjlaw.com
           kmakowski@pszjlaw.com


    Counsel for the Bondholder Group