# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 14, 2010 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   4,155 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #2 - ADJOURNED TO 12/8 @ 10:00 AM
#3 - Adjourned to 11/23 @ 10:00 am
#4 - Withdrawn
#5 - Adjourned to 11/9 @ 10:00 am
#6 -  Adjourned to date to be determined
#7 - CNO Filed and Order Signed
#8 - Revised  ORDER SIGNED
#9 -  ORDER SIGNED
#10 -  This matter has been continued to 10/27 @ 10:00 am.