**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG

**SIGN-IN-SHEET**

**COURTROOM LOCATION:** 3
**DATE:** 10/14/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sarah Schultz | Akin Gump | Official Committee |
| Brad Kahn | Akin Gump | Official Committee |
| Ken Coleman | Allen & Overy | Ernst & Young Monitor |
| Justin Alberto | Bayard P.A. | UK Pension Plan |
| Tom Matz | MILBANK TWEED | BONDHOLDER GROUP |
| Alissa Gazze | Morris Nichols Arsht & Tunnell | Monitor |
| Derek Abbott | | " |
| James Bromley | | " |
| Salvatore Bianca | | " |
| Jane Kim | | " |
| Hyacinth DeAlmeida | | " |
| Michel R. Seal | Pachulski Stang | Bondholder Group |
| Daniel Hogan | The Hogan Firm | NTS All Shareh |
| Lisa Kreidler | Allick & Overy | Monitor |
| Chris Samis | Richards Layton & Finger | Committee |
| Ed Harron | YCJ Conaway | UK Joint Administrators |

# SIGN - IN - SHEET

CASE NAME: Nortel Networks  
CASE NO.: 09-10138-(KG)  
COURTROOM NO.: 3  
DATE: 10-14-10

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Zumbro | Cravath, Swaine & Moore | IBM |
| Mona Parikh | Buchanan Ingersoll & Rooney PC | Monitor |

# Court Conference

## U.S. Bankruptcy Court-Delaware

### Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross

Calendar Date: 10/14/2010
Calendar Time: 10:00 AM ET

Courtroom
2nd Revision 10/14/2010 06:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800581 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800461 | Stephen Grisanti | (602) 769-2241 | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800503 | Thomas Kreller | (213) 892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3799674 | James H. Lister | (202) 659-5803 | Birch, Horton, Bitner & Cherot | Creditor, ACS Cable Systems, Inc. / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3799054 | Olivia Mauro | (212) 412-6173 | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3799963 | Selinda A. Melnik | 302-425-7103 | Edwards, Angell, Palmer & Dodge | Creditor, The Pension Guarantee Fund / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3799819 | Brian O'Connor | 212-728-8045 | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800516 | Joseph Pasquariello | (416) 979-2211 | Goodmans, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800556 | Steven Robinson | (212) 842-1000 | Aristeia Capital | Representing, Aristeia Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800542 | Aaron Rosen | (212) 728-2524 | Archview Investment Group | Interested Party, Archview Investment Group / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800720 | Hondo Sen | (203) 552-3528 | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3798103 | Jennifer Stam *Maureen Edwards* | (416) 216-2327 | Ogilvy Renault, LLP. | Representing, Canadian Entities, Nortel Networks Corp. and Nortel Networks Limited / LISTEN ONLY |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3800672 | Gary Steven Stone | (718) 237-5542 | South Brooklyn Legal Services | Claimant, Ernest Demel / LIVE |