IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re : Chapter 11
:
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Nebraska Department of Revenue hereby withdraws proofs of claim numbers 1579 and 2359 with prejudice in the above-captioned cases.

Dated: Omaha, Nebraska
       October 13, 2010

                                                      Nebraska Department of Revenue

                                                      Nicholas J. Kucirek
                                                      Bankruptcy Unit Supervisor
                                                      Nebraska Department of Revenue
                                                      P.O. Box 94818
                                                      Lincoln, NE 68509-4818
                                                      Phone 402-595-2069
                                                      Fax 402-595-1721
                                                      Nick.kucirek@nebraska.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Certificate of Service

I hereby certify that on this 13th day of October, 2010, I served a copy of the foregoing WITHDRAWAL OF CLAIMS Nos. 1579 and 2359 upon the following persons by United States mail, first class postage prepaid, addressed as shown:

United States Bankruptcy Court
District of Delaware
Nortel Networks, Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Megan J. Grandinetti
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Nicholas J. Kucirek