**CERTIFICATE OF SERVICE**

   I, Ann C. Cordo, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Rescheduled Hearing Date From November 9, 2010 At 10:00 a.m. (ET) To November 8, 2010 at 12:30 p.m. (ET)** was caused to be made on October 14, 2010, in the manner indicated upon the entity identified below and those on the attached service list.

Date: October 14, 2010          */s/ Ann C. Cordo*
                   Ann C. Cordo (No. 4817)

**VIA FIRST CLASS MAIL**

John E. Polich
Assistant County Counsel
Office of the County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, CA 93009
Fax: 805-654-2592
(Counsel for Ventura County)

2936050.12