**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> No Hearing Required |

**REQUEST FOR REMOVAL FROM SPECIAL NOTICE**

**TO THE DEBTORS AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Blakeley & Blakeley LLP ("B&B"), counsel for Creditor, Google Inc., requests to be removed from receiving special notice of all matters and copies of all pleadings pertaining to the above-referenced bankruptcy proceeding.

B&B requests that the following address be removed from all notices and from the master mailing matrix:

> Scott E. Blakeley, Esq.
> Johnny White, Esq.
> Blakeley & Blakeley LLP
> 2 Park Plaza, Suite 400
> Irvine, California 92614
> Telephone: (949) 260-0611
> Facsimile: (949) 260-0613
> E-Mail: SBlakeley@BlakeleyLLP.com
> E-Mail: JWhite@BlakeleyLLP.com

Dated: October 15, 2010
Irvine, California

BLAKELEY & BLAKELEY LLP

By: /s/Johnny White
Johnny White (CA Bar No. 269306)
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613
Email: JWhite@blakeleyllp.com

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., <u>et</u> <u>al.,</u><br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>No Hearing Required |

## **CERTIFICATE OF SERVICE**

I, Ludmila Pires, hereby certify that I am not less than 18 years of age, and that on October 15, 2010, a true and correct copy of the foregoing **Request for Removal from Special Notice** was electronically transmitted through the Court's ECF system to all parties indicated on the electronic filing receipt. Additionally, the foregoing was served via U.S. Mail on October 15, 2010 upon:

See the attached list

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2010, at Irvine, California.

Dated: October 15, 2010                     /s/ Ludmila Pires
                                                              Ludmila Pires

## Service List

**Debtor's Counsel:**
Alissa T. Gazze, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mary Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street
Ste 1410
Wilmington, DE 19801

Nancy G. Everett, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

**U.S. Trustee**
Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**U.S. Claims Agent**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
3rd Floor
New York, NY 10017