**EXHIBIT C**

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2010
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $3,702.36 |
| Airfare/Travel | $2,573.90 |
| Binding Books / Documents | $    28.00 |
| Library Computer Research | $  269.30 |
| Long Distance Telephone Calls | $    31.16 |
| Meals & Beverages | $  550.13 |
| Parking | $    30.09 |
| Photocopy Charges | $1,669.80 |
| Taxi Charges (Courier) | <u>$1,208.39</u> |
| Total Non-Taxable Disbursements | $10,063.13 CDN. |

:8931620_1.DOC.