**EXHIBIT D**

:8931603_3.DOC.

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 44 of 51

TIME SUMMARY BY TASK CODE

| Task Code | Task Description | Hours | Value |
|---|---|---|---|
| 0002 | General Case Administration | 7.50 | $4,392.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 4.60 | $3,420.00 |
| 0006 | Retention of Professionals | 0.60 | $360.00 |
| 0007 | Creditors Committee Meetings | 46.90 | $29,162.00 |
| 0008 | Court Hearings | 4.40 | $3,270.00 |
| 0012 | General Claims Analysis/Claims Objections | 76.20 | $49,542.00 |
| 0018 | Tax Issues | 14.90 | $8,000.00 |
| 0019 | Labor Issues/Employee Benefits | 115.90 | $73,263.50 |
| 0020 | Real Estate Issues/Leases | 8.40 | $6,071.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Document | 8.90 | $5,395.50 |
| 0023 | Telecommunications/Regulatory | 10.80 | $7,470.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 51.90 | $35,384.50 |
| 0025 | Travel | 40.80 | $27,210.00 |
| 0029 | Intercompany Analysis | 97.60 | $58,173.00 |
| 0031 | Canadian Proceedings/Matters | 49.50 | $26,554.00 |
| 0032 | U.S. Proceedings/Matters | 3.70 | $2,602.50 |
| | Total | 542.60 | CDN $340,270.50 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 45 of 51

DISBURSEMENT DETAIL

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 03/08/10 | Laser Copy;MattesL | 1.00 | 0.10 |
| 03/08/10 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 03/08/10 | Laser Copy;KAPLAN M | 16.00 | 1.60 |
| 03/08/10 | Laser Copy;WONGLEES | 15.00 | 1.50 |
| 03/08/10 | Laser Copy;MattesL | 21.00 | 2.10 |
| 04/08/10 | Laser Copy;NELSON M | 164.00 | 16.40 |
| 04/08/10 | Laser Copy;MacFarlaneA | 81.00 | 8.10 |
| 05/08/10 | Hotel Room at Le Parker Meridien in New York for R. Jacobs on Aug. 3/10; 2010-8-3 | 1.00 | 441.93 |
| 05/08/10 | Photocopy;MattesL | 42.00 | 4.20 |
| 05/08/10 | Laser Copy;MacFarlaneA | 37.00 | 3.70 |
| 05/08/10 | Laser Copy;MattesL | 121.00 | 12.10 |
| 05/08/10 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 05/08/10 | Laser Copy;KAPLAN M | 27.00 | 2.70 |
| 05/08/10 | Laser Copy;NELSON M | 87.00 | 8.70 |
| 06/08/10 | Coffee at Starbucks for M. Wunder on Aug. 6/10; 2010-8-6 | 1.00 | 3.36 |
| 06/08/10 | Photocopy;MattesL | 12.00 | 1.20 |
| 06/08/10 | Photocopy;MattesL | 3.00 | 0.30 |
| 06/08/10 | Laser Copy;MacFarlaneA | 43.00 | 4.30 |
| 06/08/10 | Laser Copy;MattesL | 138.00 | 13.80 |
| 06/08/10 | Laser Copy;NELSON M | 175.00 | 17.50 |
| 06/08/10 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 06/08/10 | Telephone;12128728040;New YorkNY;TO47 | 1.00 | 1.02 |
| 06/08/10 | Telephone;12128728040;New YorkNY;TO47 | 1.00 | 0.51 |
| 06/08/10 | Telephone;13125887101;Chicago IL;TO68 | 1.00 | 3.24 |
| 06/08/10 | Air Canada flight change fee for R. Jacobs on Aug. 5/10; 2010-8-5 | 1.00 | 149.00 |
| 09/08/10 | Dining Room Expense - Nortel / M. Wunder | 1.00 | 12.60 |
| 09/08/10 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 09/08/10 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 10/08/10 | Photocopy;MattesL | 9.00 | 0.90 |
| 10/08/10 | Laser Copy;NELSON M | 166.00 | 16.60 |
| 10/08/10 | Laser Copy;MattesL | 4.00 | 0.40 |

Matter #: 538462-000001
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010
Invoice #: 2786139
Page 46 of 51

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 10/08/10 | Photocopy;MattesL | 3.00 | 0.30 |
| 11/08/10 | Taxi from meeting to New York airport for M. Wunder on Aug. 5/10 (see Visa for exchange); 2010-8-5 | 1.00 | 20.76 |
| 11/08/10 | Laser Copy;MattesL | 127.00 | 12.70 |
| 11/08/10 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 11/08/10 | Laser Copy;DUNSMUIM | 4.00 | 0.40 |
| 11/08/10 | Laser Copy;NELSON M | 118.00 | 11.80 |
| 11/08/10 | Photocopy;YING C | 495.00 | 49.50 |
| 11/08/10 | Taxi from Eglinton to Toronto airport for M. Wunder on Aug. 3/10; 2010-8-3 | 1.00 | 41.59 |
| 11/08/10 | Telephone;19024956385;Halifax NS;TO34 | 1.00 | 0.46 |
| 11/08/10 | Telephone;16135984365;Ottawa ON;TO44 | 1.00 | 0.82 |
| 11/08/10 | Air Canada return flight to New York for M. Wunder for Aug. 3-5/10; 2010-8-3 | 1.00 | 674.07 |
| 11/08/10 | Laser Copy;GRASSI J | 1.00 | 0.10 |
| 11/08/10 | Working lunch for M. Wunder on Aug. 9/10; 2010-8-9 | 1.00 | 5.74 |
| 11/08/10 | Working Lunch from Mrcatto for J. Hetu, A. MacFarlane and R. Jacobs; 2010-8-6 | 1.00 | 44.04 |
| 11/08/10 | Snack at Starbucks; 2010-8-5 | 1.00 | 7.22 |
| 11/08/10 | Dinner with M. Wunder, B. Kahn & J. Schultz (Akin) and J. Hyland (Capstone); 2010-8-3 | 1.00 | 92.45 |
| 11/08/10 | Breakfast at Starbucks in New York for M. Wunder on Aug. 4/10; 2010-8-4 | 1.00 | 15.46 |
| 11/08/10 | Breakfast at Starbucks in New York for M. Wunder on Aug. 5/10; 2010-8-5 | 1.00 | 12.75 |
| 11/08/10 | Dinner at Famiglia at New York airport while travelling for M. Wunder and R. Jacobs on Aug. 5/10; 2010-8-5 | 1.00 | 13.01 |
| 11/08/10 | Dinner at HB Burger in New York for M. Wunder and R. Jacobs on Aug. 4/10 (see Visa for exchange); 2010-8-4 | 1.00 | 55.00 |
| 11/08/10 | Laser Copy;MacFarlaneA | 9.00 | 0.90 |
| 11/08/10 | Hotel Accommodation at The Westin New York at Times Square; 2010-8-5 | 1.00 | 460.38 |
| 11/08/10 | Hotel room at The Westin New York for M. Wunder on Aug. 4/10 (see Visa for exchange); 2010-8-4 | 1.00 | 473.53 |
| 11/08/10 | Hotel room at Le Parker Meridien in New York for M. Wunder on Aug. 3/10 (see Visa for exchange); 2010-8-3 | 1.00 | 432.86 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 47 of 51

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 11/08/10 | Taxi cab; R. Jacobs 2010-8-4 | 1.00 | 15.23 |
| 11/08/10 | Taxi from meeting to hotel in New York for M. Wunder on Aug. 4/10; 2010-8-4 | 1.00 | 15.75 |
| 11/08/10 | Taxi from hotel to meeting in New York for M. Wunder on Aug. 4/10; 2010-8-4 | 1.00 | 9.45 |
| 11/08/10 | Taxi from New York airport to hotel for M. Wunder on Aug. 3/10; 2010-8-3 | 1.00 | 36.75 |
| 11/08/10 | Taxi from Toronto Airport to Eglinton for M. Wunder on Aug. 5/10; 2010-8-5 | 1.00 | 50.36 |
| 12/08/10 | Laser Copy;NELSON M | 658.00 | 65.80 |
| 12/08/10 | Laser Copy;MattesL | 760.00 | 76.00 |
| 12/08/10 | Air Canada return flight to New York for R. Jacobs for Aug. 16-19/10; 2010-8-16 | 1.00 | 435.95 |
| 12/08/10 | Laser Copy;GOUGEON | 12.00 | 1.20 |
| 12/08/10 | Laser Copy;KAPLAN M | 18.00 | 1.80 |
| 12/08/10 | Photocopy;WUNDER M | 9.00 | 0.90 |
| 12/08/10 | Laser Copy;MacFarlaneA | 19.00 | 1.90 |
| 12/08/10 | Laser Copy;jacobsr | 98.00 | 9.80 |
| 13/08/10 | Laser Copy;NELSON M | 124.00 | 12.40 |
| 13/08/10 | Laser Copy;MattesL | 111.00 | 11.10 |
| 13/08/10 | ECarswell | 1.00 | 30.75 |
| 13/08/10 | Dinner at Subway for M. Wunder on Aug. 11/10; 2010-8-11 | 1.00 | 6.99 |
| 13/08/10 | ECarswell | 1.00 | 227.50 |
| 13/08/10 | Laser Copy;jacobsr | 44.00 | 4.40 |
| 13/08/10 | Quick Law | 1.00 | 11.05 |
| 13/08/10 | Laser Copy;NELSON M | 410.00 | 41.00 |
| 15/06/10 | Dining Room Expense - Nortel / M. Wunder | 1.00 | 16.60 |
| 16/08/10 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 16/08/10 | Laser Copy;NELSON M | 169.00 | 16.90 |
| 16/08/10 | Laser Copy;MattesL | 141.00 | 14.10 |
| 16/08/10 | Laser Copy;jacobsr | 171.00 | 17.10 |
| 17/08/10 | Meals and Beverages - Maxim 300040 M Wunder AUg 5/10 Nortel lunch | 1.00 | 25.90 |
| 17/08/10 | Meal at Freshii for R. Jacobs on Aug. 13/10; 2010-8-13 | 1.00 | 10.73 |
| 17/08/10 | Meal at Longo's for R. Jacobs on Aug. 10/10; 2010-8-10 | 1.00 | 4.99 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 48 of 51

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 17/08/10 | /Bell Conferencing/Ryan Jacobs/Inv. 106316751 | 1.00 | 14.94 |
| 17/08/10 | /Bell Conferencing/Mark Dunsmuir/Inv. 106316751 | 1.00 | 8.64 |
| 17/08/10 | Meal at Freshii for R. Jacobs on Aug. 10/10; 2010-8-10 | 1.00 | 11.73 |
| 18/08/10 | Taxi Charges - Diamond Taxicab Association /delivery from M.Wunder July 30/10 | 1.00 | 28.89 |
| 18/08/10 | Laser Copy;DUNSMUIM | 205.00 | 20.50 |
| 18/08/10 | Laser Copy;NELSON M | 274.00 | 27.40 |
| 19/08/10 | Laser Copy;KAPLAN M | 20.00 | 2.00 |
| 19/08/10 | Laser Copy;NELSON M | 68.00 | 6.80 |
| 20/08/10 | Laser Copy;GRASSI J | 1.00 | 0.10 |
| 20/08/10 | Laser Copy;MattesL | 27.00 | 2.70 |
| 22/08/10 | Laser Copy;MATHESON | 2.00 | 0.20 |
| 23/08/10 | Laser Copy;MacFarlaneA | 57.00 | 5.70 |
| 23/08/10 | Laser Copy;NELSON M | 533.00 | 53.30 |
| 23/08/10 | Laser Copy;HETU, Jarvis | 6.00 | 0.60 |
| 23/08/10 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 23/08/10 | Laser Copy;MattesL | 257.00 | 25.70 |
| 24/08/10 | Taxi from Toronto airport for R. Jacobs on Aug. 19/10; 2010-8-19 | 1.00 | 51.75 |
| 24/08/10 | Taxi to Toronto airport for R. Jacobs on Aug. 15/10; 2010-8-15 | 1.00 | 51.25 |
| 24/08/10 | Airport taxi for R. Jacobs on July 24/10; 2010-7-24 | 1.00 | 51.25 |
| 24/08/10 | Taxi in New York for R. Jacobs on Aug. 4/10; 2010-8-4 | 1.00 | 14.11 |
| 24/08/10 | Laser Copy;MacFarlaneA | 151.00 | 15.10 |
| 24/08/10 | Laser Copy;MattesL | 14.00 | 1.40 |
| 24/08/10 | Laser Copy;NELSON M | 382.00 | 38.20 |
| 24/08/10 | Laser Copy;YING C | 61.00 | 6.10 |
| 24/08/10 | Laser Copy;CHINJ | 16.00 | 1.60 |
| 24/08/10 | Laser Copy;DUNSMUIM | 51.00 | 5.10 |
| 24/08/10 | Taxi in New York for R. Jacobs on Aug. 17/10; 2010-8-17 | 1.00 | 42.42 |
| 24/08/10 | Meal at Freshii for R. Jacobs on Aug. 13/10; 2010-8-13 | 1.00 | 10.73 |
| 24/08/10 | Meal at Oasis in New York for R. Jacobs on July 3/10; 2010-7-3 | 1.00 | 20.00 |
| 24/08/10 | Meal at Hale & Hearty Soups in New York for R. Jacobs on July 2/10; 2010-7-2 | 1.00 | 23.65 |
| 24/08/10 | Meal at Uncle Nick's Greek Cuisine in New York for R. Jacobs on Aug. 18/10; 2010-8-18 | 1.00 | 22.69 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 49 of 51

| Date | Description | Qty. | Amount |
|---|---|---:|---:|
| 24/08/10 | Hotel room at The Westin New York for R. Jacobs on Aug. 16-19/10; 2010-8-16 | 1.00 | 1,775.04 |
| 24/08/10 | Taxi in New York for R. Jacobs on Aug. 17/10; 2010-8-17 | 1.00 | 20.81 |
| 25/08/10 | Laser Copy;HETU, Jarvis | 169.00 | 16.90 |
| 25/08/10 | Laser Copy;Rosalind Ballanger | 128.00 | 12.80 |
| 25/08/10 | Laser Copy;NELSON M | 106.00 | 10.60 |
| 25/08/10 | Laser Copy;DUNSMUIM | 3.00 | 0.30 |
| 25/08/10 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 25/08/10 | Laser Copy;MacFarlaneA | 139.00 | 13.90 |
| 25/08/10 | Laser Copy;MattesL | 7.00 | 0.70 |
| 25/08/10 | Photocopy;YING C | 111.00 | 11.10 |
| 26/08/10 | Dining Room Expense - Nortel / M. Wunder | 1.00 | 8.40 |
| 26/08/10 | Photocopy;MattesL | 6.00 | 0.60 |
| 26/08/10 | Telephone;12128087573;New YorkNY;TO45 | 1.00 | 1.02 |
| 26/08/10 | Laser Copy;MattesL | 178.00 | 17.80 |
| 26/08/10 | Laser Copy;LEGAULT | 24.00 | 2.40 |
| 26/08/10 | Laser Copy;YING C | 144.00 | 14.40 |
| 26/08/10 | Laser Copy;MacFarlaneA | 167.00 | 16.70 |
| 26/08/10 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 26/08/10 | Laser Copy;NELSON M | 552.00 | 55.20 |
| 27/08/10 | Laser Copy;MATHESON | 3.00 | 0.30 |
| 27/08/10 | Laser Copy;NELSON M | 277.00 | 27.70 |
| 28/07/10 | Telephone;12128728040;New YorkNY;TO47 | 1.00 | 0.51 |
| 30/08/10 | Meals and Beverages - Saisons Restaurant & Catering /Working Lunch for A. MacFarlane, M Wunder, R. Jacobs & J. Hetu -Aug 12/10/Inv. 2010-194 | 1.00 | 46.00 |
| 30/08/10 | Laser Copy;HETU, Jarvis | 1.00 | 0.10 |
| 30/08/10 | Laser Copy;Amaral, Rui | 4108.00 | 410.80 |
| 30/08/10 | Laser Copy;NELSON M | 1228.00 | 122.80 |
| 30/08/10 | Laser Copy;MattesL | 1339.00 | 133.90 |
| 30/08/10 | Laser Copy;KARTASHM | 19.00 | 1.90 |
| 30/08/10 | Laser Copy;DUNSMUIM | 59.00 | 5.90 |
| 31/07/10 | Beck Taxi/Inv 1721-019/R.Jacobs July 7/10 | 1.00 | 21.14 |
| 31/07/10 | Beck Taxi/Inv 1721-019/R.Jacobs July 7/10 | 1.00 | 21.14 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 50 of 51

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 31/07/10 | "Beck Taxi/Inv 1721-019/R.Jacobs x3 July 15 | 1.00 | 37.02 |
| 31/07/10 | Beck Taxi/Inv 1721-019/R.Jacobs July 7/10 | 1.00 | 21.14 |
| 31/07/10 | "Beck Taxi/Inv 1721-019/R.JacobsJuly 13 | 1.00 | 37.01 |
| 31/07/10 | "Beck Taxi/Inv 1721-019/R.Jacobs x3 July 14 | 1.00 | 37.01 |
| 31/07/10 | Beck Taxi/Inv 1721-019/M.Wunder June 29/10 | 1.00 | 16.73 |
| 31/07/10 | Beck Taxi/Inv 1721-019/R.Jacobs June 28/10 | 1.00 | 28.35 |
| 31/07/10 | Beck Taxi/Inv 1721-019/R.Jacobs June 30/10 | 1.00 | 28.11 |
| 31/08/10 | Binding Books / Documents/cerlox bind | 1.00 | 28.00 |
| 31/08/10 | Laser Copy;MattesL | 507.00 | 50.70 |
| 31/08/10 | Beck Taxi/Inv 1721-020/W MacIntosh x 2 Aug 19 an | 1.00 | 73.67 |
| 31/08/10 | Beck Taxi/Inv 1721-020/Ryan Jacobs July 28/10 | 1.00 | 34.36 |
| 31/08/10 | Beck Taxi/Inv 1721-020/Ryan Jacobs x 2 Aug 3-9 | 1.00 | 89.05 |
| 31/08/10 | Beck Taxi/Inv 1721-020/Ryan Jacobs x 2 Aug 11 an | 1.00 | 60.77 |
| 31/08/10 | Hotel room at Four Points for travel to New York for M. Wunder on Aug. 18/10; 2010-8-18 | 1.00 | 118.62 |
| 31/08/10 | "Beck Taxi/Inv 1721-020/Ryan Jacobs x 3 -Aug 16, | 1.00 | 114.30 |
| 31/08/10 | Beck Taxi/Inv 1721-020/Ryan Jacobs Aug 24 - to a | 1.00 | 55.63 |
| 31/08/10 | Air Canada return flight from Toronto to New York for M. Wunder on Aug. 19/10; 2010-8-19 | 1.00 | 894.53 |
| 31/08/10 | Air Canada return flight to New York for R. Jacobs on Sept. 13-14/10; 2010-9-13 | 1.00 | 420.35 |
| 31/08/10 | Laser Copy;MattesL | 14.00 | 1.40 |
| 31/08/10 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 31/08/10 | Photocopy;MattesL | 30.00 | 3.00 |
| 31/08/10 | Dining Room Expense - Nortel / M. Wunder | 1.00 | 12.60 |
| 31/08/10 | Laser Copy;NELSON M | 355.00 | 35.50 |
| 31/08/10 | Working lunch for M. Wunder on Aug. 30/10; 2010-8-30 | 1.00 | 7.59 |
| 31/08/10 | Working dinner at Ferro for M. Wunder on Aug. 13/10; 2010-8-13 | 1.00 | 20.00 |
| 31/08/10 | Meals and Beverages - Maxim /Working lunch for R. Jacobs, J. Hetu and M Wunder-Aug 9/10-Nortel/Inv. 300056 | 1.00 | 39.90 |
| 31/08/10 | Parking for M. Wunder on Aug. 31/10; 2010-8-31 | 1.00 | 5.31 |
| 31/08/10 | Parking at Toronto airport for M. Wunder on Aug. 19/10; 2010-8-19 | 1.00 | 24.78 |
| 31/08/10 | Taxi from meeting to New York airport for M. Wunder on Aug. 19/10 (see Visa for exchange); 2010-8-19 | 1.00 | 38.30 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.  
Invoice Date: September 30, 2010  
Invoice #: 2786139  
Page 51 of 51

| Date | Description | Qty. | Amount |
|---|---|---|---|
| 31/08/10 | Taxi from New York airport to meeting for M. Wunder on Aug. 19/10 (see Visa for exchange); 2010-8-19 | 1.00 | 44.29 |
| | Total | CDN | $10,063.13 |