**EXHIBIT E**

8931603_3.DOC.

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2010 THROUGH AUGUST 31, 2010
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 6.1 | $785.00 | $4,788.50 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 42.3 | $775.00 | $32,782.50 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | 5.5 | $750.00 | $4,125.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 43.4 | $750.00 | $32,550.00 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | 7.3 | $785.00 | $5,730.50 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 136.9 | $750.00 | $102,675.00 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | 0.5 | $675.00 | $337.50 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 4.1 | $600.00 | $2,460.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 3.0 | $520.00 | $1,560.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 0.3 | $400.00 | $120.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 34.9 | $375.00 | $13,087.50 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 46.4 | $310.00 | $14,384.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 4.2 | $310.00 | $1,302.00 |
| Shay, R. | Partner | Corporate | Ontario - 1979 | 1.5 | $800.00 | $1,200.00 |
| Brousseau, W. | Associate | Taxation | Ontario - 2001 | 2.0 | $530.00 | $1,060.00 |
| Jacobs, R.C. | Consultant | Financial Restructuring | | 193.9 | $600.00 | $116,340.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 10.3 | $560.00 | $5,768.00 |
| TOTAL | | | | 542.6 | CDN. | $340,270.50 |
| | Less Non-Working Travel Time Discount (50% of $27,210.00) | | | | | ($13,605.00) |
| TOTAL | | | | | CDN. | $326,665.50 |

:8931620_1.DOC.