IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 4163 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2010, I caused to be served the "Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims)," dated October 14, 2010 [Docket No. 4163], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
15th day of October, 2010

/s/ Notary Public
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Order Granting the 14th Omnibus Objection_DI 4163_AFF_10-14-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADEX CORPORATION | MARC D. FREEDMAN, ESQ. FREEDMAN & GERSTEN, LLP 777 TERRACE AVENUE, 5TH FLOOR HASBROUCK HEIGHTS NJ 07604 |
| ALTERNATE COMMUNICATIONS INTERNATIONAL | LTD 509B CENTRE ST SW HIGH RIVER AB T1V 2C2 CANADA |
| AMPHENOL CORPORATION | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174 |
| AMPHENOL CORPORATION | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| AMPHENOL INTERCONNECT PRODUCTS CORP | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL INTERCONNECT PRODUCTS CORP | C/O MOSES & SINGER LLP ATTN ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| AMPHENOL PRINTED CIRCUITS | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL PRINTED CIRCUITS | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| AMPHENOL TECHNICAL PRODUCTS INT'L | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL TECHNICAL PRODUCTS INT'L | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| ANDERSON GORECKI & MANARAS LLP | PO BOX 553 CARLISLE MA 01741 |
| ASCENTIUM CORPORATION | JONATHAN BUCHTER, TREASURER 10500 NE 8TH STREET, SUITE 1300 BELLEVUE WA 98004 |
| ASTEELFLASH CALIFORNIA, INC. | ATTN: BETTY CHOW 4211 STARBOARD DR. FREMONT CA 94538 |
| BALDWIN FB | ATTN DAVID BALDWIN 2420 SUNNYSTONE WAY RALEIGH NC 27613-6082 |
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | ROBERT S MCWHORTER ESQ NOSSAMAN LLP 915 L STREET SUITE 1000 SACRAMENTO CA 95814 |
| BELL MICROPRODUCTS, INC. | ROBERT S. MCWHORTER, ESQ. NOSSAMAN LLP 915 L STREET, SUITE 1000 SACRAMENTO CA 95814 |
| C. MARK CORP. | 10515 MARKISON ROAD DALLAS TX 75238 |
| CENTRAL GENERAL ENGINEERING AND | LP#52 GURAHOO TRACE CHASE VILLAGE CARAPICHAIMA CHAGUANAS TRINIDAD AND TOBAGO |
| CHANNEL INTELLIGENCE, INC. | 1180 CELEBRATION BLVD., SUITE 101 CELEBRATION FL 34747 |
| CITRIX SYSTEMS INC. | C/O LUIS GRULLON 851 W. CYPRESS CREEK RD. FORT LAUDERDALE FL 33309 |
| CMP AMS | CMP AMS (NC) LLC 1506 IVAC WAY CREEDMOOR NC 27522 |
| COMM-WORKS HOLDINGS, LLC | 1405 XENIUM LN N STE 120 MINNEAPOLIS MN 55441-4448 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: GLOBALWARE SOLUTIONS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CREDITOR LIQUIDITY, L.P. | TRANSFEROR: APTO SOLUTIONS INC 200 BUSINESS PARK DRIVE, STE 200 ARMONK NY 10504 |
| DEGRAND JOHN & SON INC | P.O. BOX 16609 WEST HAVEN CT 06516 |
| DERSE, INC. | 3800 W. CANAL STREET MILWAUKEE WI 53208 |
| DUN & BRADSTREET | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM MD 21094 |
| EASYLINK SERVICES INTERNATIONAL CORP. | 33 KNIGHTSBRIDGE ROAD PISCATAWAY NJ 08854 |
| EION INC | 320 MARCH ROAD SUITE 500 OTTAWA ON K2K 2E3 CA |
| EKAHAU INC | PO BOX 1240 SANTA ROSA CA 95402-1240 |
| EQUIPTO ELECTRONICS CORP | 351 WOODLAWN AVE AURORA IL 60506-9988 |
| FLORIDA POWER & LIGHT COMPANY | C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL FIBERNET LLC | C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FREEMAN DECORATING SERVICES, INC. | ATTN: MARY OSWALD 1600 VICEROY; SUITE 100 DALLAS TX 75235 |
| GE FANUC INTELLIGENT PLATFORMS | ATTN: NATHAN B. SMITH, ESQ. 2500 AUSTIN DRIVE CHARLOTTESVILLE VA 22911 |
| GENERAL ELECTRIC CAPITAL CORP | 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS IA 52404 |
| GLOBALWARE SOLUTIONS | 200 WARD HILL AVENUE HAVERHILL MA 01835 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CALLIDUS SOFTWARE 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK |

| Claim Name | Address Information |
|---|---|
| HAIN CAPITAL HOLDINGS, LLC | RUTHERFORD NJ 07070 |
| INJENTEK INJECT ENGINEERING | TECHNOLOGY INC 9-1730 MCPHERSON COURT PICKERING ON L1W 3E6 CANADA |
| INJENTEK INJECT ENGINEERING | TECHNOLOGY INC. 1 YONGE STREET TORONTO ON M5E 1W7 CANADA |
| INNINGS TELECOM EUROPE LTD | ITEL HOUSE, SANDPIPER COURT CHESTER BUSINESS PARK CHESTER CH4 9QU UK |
| INNINGS TELECOM EUROPE LTD | ITEL HOUSE, SANDPIPER COURT CHESTER BUSINESS PARK CHESTER CH4 9QU UNITED KINGDOM |
| INTERSYSTEMS | INTERSYSTEMS HOUSE WINDSOR SL4 6BB UNITED KINGDOM |
| INTERSYSTEMS | INTERSYSTEMS CORPORATION ATTN: JOSEPH MARSHALL ONE MEMORIAL DRIVE CAMBRIDGE MA 02142 |
| ITAAS, INC | SONJUI L KUMAR, ESQ 1117 PERIMETER CENTER WEST, # W311 ATLANTA GA 30338 |
| ITAAS, INC. | C/O SONJUI L. KUMAR KUMAR PATHAK, LLC 1117 PERIMETER CENTER WEST, SUITE W311 ATLANTA GA 30338 |
| KUMARAN SYSTEMS, INC. | 701 EVANS AVENUE SUITE 509 TORONTO ON M9C 1A3 CANADA |
| MCGEE-SMITH ANALYTICS | 87 HORACE GREELEY RD AMHERST NH 30311612 |
| MCGEE-SMITH ANALYTICS, LLC | 87 HORACE GREELEY RD AMHERST NH 30311612 |
| MOBILENET SERVICES, INC | ATTN: RICHARD GRANT 18 MORGAN, SUITE 200 IRVINE CA 92614 |
| MOTOR CITY ELECTRIC TECHNOLOGIES, INC. | 9440 GRINNELL ST. DETROIT MI 48213-1151 |
| MTS ALLSTREAM INC | 200 WELLINGTON STREET W SUITE 1200 TORONTO ON M5V 3G2 CANADA |
| MTS ALLSTREAM INC | 1730 MCGILLIVRAY BLVD BOX 6666 BW100R WINNIPEG MB R3C 3V6 CANADA |
| NETIQ CORPORATION | 1233 WEST LOOP SOUTH, SUITE 810 ATTN: CREDIT DEPARTMENT HOUSTON TX 77027 |
| NUANCE COMMUNICATIONS | ATTN: TIM STEVENSON ONE WAYSIDE ROAD BURLINGTON MA 01803 |
| NUANCE COMMUNICATIONS, INC. | ATTN: TIM STEVENSON ONE WAYSIDE ROAD BURLINGTON MA 01803 |
| OCLARO (NORTH AMERICA), INC. | GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO (NORTH AMERICA), INC. | GEORGE W. SHUSTER, JR. WILMER CUTLER PICERING HALE & DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO (NORTH AMERICA), INC. | F/K/A AVANEX CORPORATION ATTN: JERRY TURIN 40919 ENCYCLOPEDIA CIRCLE FREMONT CA 94538 |
| OCLARO (NORTH AMERICA), INC. | 2584 JUNCTION AVE SAN JOSE CA 95134-1902 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC | ATTN: GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORE LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC | GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE & DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC | GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE AND DORR LP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC | ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE CA 95134 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM | TECHNOLOGY PLC - GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM | GEORGE W. SHUSTER, JR. WILMER CUTLER PICKERING HALE DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM | GEORGE W. SHUSTER, JR. WILMER CUTER PICKERING HALE DORR LLP 60 STATE STREET BOSTON MA 02109 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM | TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE CA 95134 |
| OFS FITEL DENMARK APS | C/ O FITEL, LLC ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY, SUITE 2H02 NORCROSS GA 30071 |
| ORIENTAL PRINTED CIRCUITS LIMITED | 4 TAI SHUN STREET TAI PO INDUSTRIAL ESTATE TAI PO NT HONG KONG |
| RADIO FREQUENCY SYSTEMS | PETER HOLEWINSKI, GLOBAL CREDIT HEAD ALCATEL-LUCENT 600 MOUNTAIN AVENUE 6E210 MURRAY HILL NJ 07974 |
| RADIO FREQUENCY SYSTEMS | ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF CREDIT, ALCATEL LUCENT 600 MOUNTAIN AVE MURRAY HILL NJ 07974 |
| RADIO FREQUENCY SYSTEMS | 200 PONDVIEW DR MERIDEN CT 06450 |

| Claim Name | Address Information |
|---|---|
| REAL TIME MONITORS | REAL TIME MONITORS INC 711 S CARSON, SUITE 4 CARSON CITY NV 89701-5292 |
| REAL TIME MONITORS, INC. | 711 S CARSON STE 4 CARSON CITY NV 89701 |
| ROCHESTER ELECTRONICS LLC | 16 MALCOLM HOYT DRIVE NEWBURYPORT MA 01950 |
| SS8, NETWORKS INC. | ATTN: DAVID GUTIERREZ 750 TASMAN DR MILPITAS CA 95035 |
| STRENGTH TEK FITNESS & WELLNESS | CONSULTANTS 707 HIGHLAND AVENUE OTTAWA ON K2A 2K5 CANADA |
| SUN MICROSYSTEMS OF CANADA INC | C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/THOMAS M. GAA 2600 EL CAMINO REAL, SUITE 300 PALO ALTO CA 94306 |
| SUN MICROSYSTEMS, INC | C/O BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| TANDBERG, INC. | C/O SHANNON E. HOFF, ESQ POYNER SPRUILL LLP 301 SOUTH COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| TRANSPERFECT TRANSLATIONS | METRO GROUP OF NEW YORK, INC. 61 BROADWAY, STE 1410 NEW YORK NY 10006 |
| TRANSPERFECT TRANSLATIONS | 3 PARK AVENUE 39TH FLOOR NEW YORK NY 10016 |
| TWISTED PAIR SOLUTIONS | 3131 ELLIOTT AVENUE, SUITE 200 SEATTLE WA 98121 |
| UNISYS CORPORATION | C/O SIRLIN, GALLOGLY & LESSER, P. C. ATTN: DANA S. PLON, ESQ. 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| UNISYS CORPORATION | C/O DANA S. PLON, ESQUIRE SIRLIN GALLOGLY & LESSER, P.C. 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| UNITED BUSINESS MEDIA LLC | D/A TECHWEB AND EVERYTHING CHANNEL 600 COMMUNITY DRIVE, 3RD FLOOR MANHASSET NY 11030 |
| UNITED STATES DEBT RECOVERY IV, LLC | TRANSFEROR: TELFUSION, INC. 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: ADEX CORPORATION 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| WESBELL ASSET RECOVERY CENTER | WESBELL GROUP OF COMPANIES INC. 50 DEVON ROAD BRAMPTON ON L6T 5B5 CANADA |
| WIRELESS COMMUNICATIONS | 1333 H STREET NW WASHINGTON DC 20005 |

**Total Creditor count  91**