## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Hearing Date: November 8, 2010 at 12:30 p.m.** |
| | : | **Objection Deadline: November 1, 2010 at 4:00 p.m.** |
| | : | |

## <u>NOTICE OF APPLICATION</u>

TO:    (1) the Office of the United States Trustee; (2) counsel to the Official Committee of
Unsecured Creditors; (3) counsel to the Bondholder Group; and (4) the general service
list established in these chapter 11 cases

The Debtors, by and through their undersigned proposed counsel, have filed the

*Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Benesch*

*Friedlander Coplan & Aronoff LLP as Special Litigation Counsel for the Debtors Nunc Pro Tunc*

*to September 17, 2010* (the "Application").

You are required to file a response, if any, to the attached Application on or before

**November 1, 2010 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon movant's attorneys:

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
222 Delaware Ave., Suite 801
Wilmington, DE 19801

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251) , CoreTek, Inc. (5722), Nortel
Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks
HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom
International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226).  Addresses for
the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

A HEARING ON THIS MATTER WILL BE HELD ON **NOVEMBER 8, 2010 AT 12:30 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 18, 2010

**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**

By:      */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

*Proposed Special Litigation Counsel to the Debtors*