# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al*.,[1] | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, RAYMOND H. LEMISCH, ESQUIRE, hereby certify that on October 18, 2010, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Regular Mail upon the parties named in the attached service list.

Dated: October 18, 2010

                                              **BENESCH, FRIEDLANDER, COPLAN**
                                                  **& ARONOFF LLP**

By:     */s/ Raymond H. Lemisch*
           Raymond H. Lemisch, Esquire (No. 4204)
           Jennifer R. Hoover, Esquire (No. 5111)
           222 Delaware Ave., Suite 801
           Wilmington, DE 19801
           302-442-7010 (telephone)
           302-442-7012 (facsimile)
           rlemisch@beneschlaw.com
           jhoover@beneschlaw.com

           *Proposed Special Litigation Counsel to the Debtors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| First Name | Last Name | Company | Addr1 | Addr2 | Addr3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| | Daluz Esq. | | | | | | | | |
| | Leslie Heilman Esq. | | | | | | | | |
| Tobey M. | David T. May | Ballard Spahr | 919 Market St | 12th Fl | | Wilmington | DE | 19801 | |
| | Ward Esq. | | | | | | | | |
| Christopher A. | Justin K. Edelson Esq. | Polsinelli Shughart PC | 222 Delaware Avenue | Ste 1101 | | Wilmington | DE | 19801 | |
| | Stratton Esq. | | | | | | | | |
| | Leigh-Anne M. Raport Esq. | | | | | | | | |
| David B. | Evelyn J. Meltzer Esq | Pepper Hamilton LLP | 1313 Market St | Ste 5100 | | Wilmington | DE | 19801 | |
| Henry | Jaffe Esq. | Pepper Hamilton LLP | 1313 Market St | Ste 5100 | | Wilmington | DE | 19801 | |
| Joanne B. | Wills Esq. | Klehr Harrison | 919 Market St | Ste 1000 | | Wilmington | DE | 19801 | |
| | Eskin Esq. | | | | | | | | |
| Marla R. | Ayesha S. Chacko Esq. | Campbell & Levine LLC | 800 N King St | Ste 300 | | Wilmington | DE | 19801 | |
| William D. | Sullivan Esq. | Sullivan Hazeltine Allinson LLC | 4 E 8th St | Ste 400 | | Wilmington | DE | 19801 | |
| | Caloway Esq. | | | | | | | | |
| Mary F. | P.J. Duhig Esq. | Buchanan Ingersoll & Rooney | 1000 West Street | Suite 1410 | | Wilmington | DE | 19801 | |
| Brett D. | Fallon Esq. | Morris James LLP | 500 Delaware Ave | Ste 1500 | | Wilmington | DE | 19801 | |
| | Kunz Esq. | | | | | | | | |
| Carl N. | Michael J. Custer Esq. | Morris James LLP | 500 Delaware Ave | Ste 1500 | | Wilmington | DE | 19801 | |
| | | US Attorney's Office | | | | | | | |
| | | District of Delaware | 1007 N. Orange Street | | | Wilmington | DE | 19801 | |
| Kevin | Callahan | Office of the U.S. Trustee | 844 King Street | Suite 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | |
| | Collins Esq. | | | | | | | | |
| Mark D. | Christopher M. Samis Esq. | Richards Layton & Finger | One Rodney Square | 920 N King St | | Wilmington | DE | 19801 | |
| Duane D. | Werb Esq. | Werb & Sullivan | 300 Delaware Ave | 13th Fl | | Wilmington | DE | 19801 | |
| Kathleen M. | Miller Esq. | Smith Katzenstein & Furlow | 800 Delaware Ave. | 7th Fl | | Wilmington | DE | 19801 | |
| | Bowden Esq. | | | | | | | | |
| William P. | Amanda M. Winfree Esq. | Ashby & Geddes P.A. | 500 Delaware Ave | 8th Fl | | Wilmington | DE | 19801 | |
| Ricardo | Palacio Esq. | Ashby & Geddes P.A. | 500 Delaware Ave | | | Wilmington | DE | 19801 | |
| | Taylor Esq. | | | | | | | | |
| Gregory A. | Benjamin W. Keenan Esq. | Ashby & Geddes P.A. | 500 Delaware Ave | 8th Fl | | Wilmington | DE | 19801 | |
| | | Monzack Mersky McLaughlin | | | | | | | |
| Rachel B. | Mersky Esq. | and Browder P.A. | 1201 N Orange St | Ste 400 | | Wilmington | DE | 19801 | |
| | Wisler Esq. | | | | | | | | |
| Jeffrey S. | Marc J. Phillips Esq. | Connolly Bove | The Nemours Building | 1007 N Orange St | | Wilmington | DE | 19801 | |
| | Davis Esq. | | | | | | | | |
| | Daniel A. O'Brien Esq. | | | | | | | | |
| Charlene D. | Justin R. Alberto | Bayard P.A. | 222 Delaware Ave | Ste 900 | | Wilmington | DE | 19801 | |
| John V. | Fiorella Esq. | Archer & Greiner PC | 300 Delaware Ave | Ste 1370 | | Wilmington | DE | 19801 | |
| Charles J. | Brown III Esq. | Archer & Greiner PC | 300 Delaware Ave | Ste 1370 | | Wilmington | DE | 19801 | |
| | Gwynne Esq. | | | | | | | | |
| Kurt F. | J. Cory Falgowski Esq. | Reed Smith LLP | 1201 N Market St | Ste 1500 | | Wilmington | DE | 19801 | |
| | Huston Jr. Esq. | | | | | | | | |
| Joseph H. | Maria Aprile Sawczuk Esq. | Stevens & Lee P.C. | 1105 N Market St | 7th Fl | | Wilmington | DE | 19801 | |
| | Jones | | | | | | | | |
| Laura Davis | Timothy P. Cairns | Pachulski Stang | 919 N. Market St. 17th Fl. | | | Wilmington | DE | 19899-8705 | |
| | Patton | | | | | | | | |
| James L. | Edwin J. Harron | Young Conaway | The Brandywine Bldg 17th Fl. | 1000 West Street | | Wilmington | DE | 19801 | |
| | Connor Bifferato | | | | | | | | |
| Ian | Kevin G. Collins | Bifferato LLC | 800 N. King Street | First Floor | | Wilmington | DE | 19801 | |
| | Galardi | Skadden Arps Slate | | | | | | | |
| Gregg M. | Sarah E. Pierce | Meagher & Flom LLP | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | |
| | Pernick | | | | | | | | |
| Norman L. | Sanjay Bhatnagar | Cole Schotz Meisel Forman & Leonard | 500 Delaware Ave | Suite 1410 | | Wilmington | DE | 19801 | |
| Christopher P. | Simon | Cross & Simon LLC | 913 N. Market Street | 11th Floor | | Wilmington | DE | 19801 | |
| Stuart M. | Brown | Edwards Angell Palmer & dodge | 919 N. Market St. Suite 1500 | | | Wilmington | DE | 19801 | |
| Michael R. | Lastowski | Duane Morris LLP | 1100 N. Market Street | Suite 1200 | | Wilmington | DE | 19801 | |
| Jennifer | Stam | Ogilvy Renault LLP | 200 Bay Street Suite 3800 | Royal Bank Plaza South Tower | | Toronto | Ontario | M5J 2Z4 | CANADA |
| | Wunder | | | | | | | | |
| | R. Snayne Kukulowicz | | | | | | | | |
| Michael J. | Alex L. MacFarlane | Fraser Milner Casgrain LLP | 1 First Canadian Place - Floor 42 | 100 King St West | | Toronto | Ontario | M5X 1B2 | CANADA |
| Derek | Austin | Export Development Canada | 151 O'Connor Street | | | Ottawa | Ontario | K1A 1K3 | CANADA |
| Stephen | Gale | Herbert Smith | Exchange House | Primrose Streeet | | London | UK | EC2A 2HS | ENGLAND |
| | | Secretary of Treasury | P.O. Box 7040 | | | Dover | DE | 19903 | |

| First Name | Last Name | Firm/Organization | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | | Secretary of State Division of Corporations | Franchise Tax | P.O. Box 7040 | | Dover | DE | 19903 |
| Sheryl L. | Moreau Esq. | Missouri Dept of Revenue | P.O. Box 475 | Bankruptcy Division | Jefferson City | MO | 65105-0475 |
| John P. | Dillman Esq. | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064 | | Houston | TX | 77253-3064 |
| Rod | Anderson Esq. Noel R. Boeke Esq. | Holland & Knight LLP | P.O. Box 1288 | | Tampa | FL | 33601-1288 |
| Amos U. | Priester IV Esq. Anna B. Osterhout Esq. | Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | P.O. Box 2611 | | Raleigh | NC | 27602-2611 |
| | Centralized | Insolvency Operation | Internal Revenue Service | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| | | | L.A. County Treasurer & Tax Collector | P.O. Box 54110 | | Los Angeles | CA | 90054-0110 |
| Laura L. | McCloud Esq. | Assistant Attorney General | P.O. Box 20207 | | Nashville | TN | 37202 |
| Seth B. | Shapiro Esq. | U.S. Dept of Justice Civil Div | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044 |
| Jan M. | Geht, Esquire | U.S. Dept of Justice Tax Div | P.O. Box 227 | | Washington | DC | 20044 |
| Janet | Fitzpatrick | Unisys Corporation | P.O. Box 500 | M/S E8-108 | Blue Bell | PA | 19424 |
| Judy D. | Thompson | JD Thompson Law | P.O. Box 33127 | | Charlotte | NC | 28233 |
| Dana S. | Plon Esq. | Sirlin Gallogly & Lesser | 123 S. Broad Street | Suite 2100 | Philadelphia | PA | 19109 |
| Vicente Matias | Murrell Esq. Stephen D. Schreiber Esq. | Pension Benefit Guaranty Corp | 1200 K Street NW | | Washington | DC | 20005-4026 |
| Edward C. | Wetmore VP & Gen Counsel | Amphenol Corporation | 358 Hall Avenue | | Wallingford | CT | 06492 |
| Joseph E. | Shickich Jr. Esq. | Riddell Williams P.S. | 1001 4th Ave | Ste 4500 | Seattle | WA | 98154-1192 |
| Ramona | Neal Esq. | HP Company | 11307 Chinden Blvd | MS 314 | Boise | ID | 83714 |
| David G. | Aelvoet Esq. | Linebarger Goggan Blair & Sampson LLP | Travis Bldg Suite 300 | 711 Navarro | San Antonio | TX | 78205 |
| David A. | Rosenzweig Esq. | Fulbright & Jaworski LLP | 666 5th Ave | | New York | NY | 10103-3198 |
| Carren B. | Shulman Esq. Kimberly K. Smith Esq. | Sheppard Mullin Richter & Hampton LLP | 30 Rockefeller Plaza | 24th Fl | New York | NY | 10112 |
| Alistar | Bambach | SEC NY Regional Office | Bankruptcy Div_Ste 400 | 3 World Financial Center | New York | NY | 10281-1022 |
| Michael L. | Schein Esq. | Vedder Price P.C. | 1633 Broadway | 47th Fl | New York | NY | 10019 |
| Raniero | D'Aversa Jr. Esq. Laura D. Metzger Esq. Weston T. Eguchi Esq. | Orrick Herrington & Sutcliffe LLP | 666 Fifth Avenue | | New York | NY | 10103-0001 |
| Dennis | Dunne Esq. | Milbank Tweed Hadley & McCloy LLP | One Chase Manhattan Plaza | | New York | NY | 10005-1413 |
| Michelle | McMahon Esq. | Bryan Cave LLP | 1290 Avenue of the Americas | | New York | NY | 10104 |
| N. Thodore | Zink Jr. Esq. | Chadbourne & Parke LLP | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Alan | Kolod Christopher J. Caruso Kent C. Kolbig Coleman Esq | Moses & Singer LLP | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 |
| Ken | Lisa J.P. Kraidin. Esq. | Allen & Overy LLP | 1221 Avenue of the Americas | 20th Floor | New York | NY | 10020 |
| Val | Mandel Esq. | Val Mandel P.C. | 80 Wall St | Ste 1115 | New York | NY | 10005 |
| Edmond P. | O'Brien Esq. | Stempel Bennett Claman & Hochberg P.C. | 675 Third Ave | 31st Fl | New York | NY | 10017 |
| Steven J. | Reisman Esq. James V. Drew Esq. | Curtis Mallet-Prevost Colt & Mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Nicholas | Vianna | The Interpublic Group of Companies | 1114 Avenue of the Americas | 19th Floor | New York | NY | 10036 |
| Jeremy E. | Crystal Esq. | Willkie Farr & Gallagher LLP | 787 7th Ave | | New York | NY | 10019 |
| Marc | Abrams Brian E. O'Connor Sameer Advani Rosenberg | Willkie Farr & Gallagher LLP | 787 7th Ave | | New York | NY | 10019-6099 |
| Robert J. | Michael J. Riela Zachary N. Goldstein Allinson Thomas Malone | Latham & Watkins LLP | 885 Third Avenue | Ste 1000 | New York | NY | 10022-4068 |
| David S. | Alexandra Croswell | Latham & Watkins LLP | 885 Third Avenue | Ste 1000 | New York | NY | 10022-4068 |
| Kristin S. | Elliott | Kelley Drye & Warren LLP | 101 Park Avenue | | New York | NY | 10178 |
| Fred S. | Hodara Esq. Ryan C. Jacobs Esq. David H. Botter Esq. | Akin Gump | One Bryant Park | | New York | NY | 10036 |
| Kenneth E. | Noble Esq. | Katten Muchin Rosenman LLP | 575 Madison Ave | | New York | NY | 10022-2585 |
| Stephen C. | Stapleton | Dykema Gossett PLLC | 1717 Main St | Ste 4000 | Dallas | TX | 75201-7332 |
| Lynnette R. | Warman | Hunton & Williams | 1445 Ross Ave | Rountain Place Ste 3700 | Dallas | TX | 75202-2799 |
| Jonathan L. | Howell Esq. | Munsch Hardt Kopf & Harr P.C. | 3800 Lincoln Plaza | 500 N Akard St | Dallas | TX | 75201-6659 |
| Robert T. | Vance Jr. | Law Offices of Robert T. Vance Jr. | 100 South Broad Street | Suite 1530 | Philadelphia | PA | 19110 |
| Carol E. | Momjian Esq. | PA Senior Deputy Atty Gen | 21 S 12th St | 3rd Fl | Philadelphia | PA | 19107-3603 |

| First | Last | Firm | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| David L. | Pollack Esq. Jeffrey Meyers Esq. Robert McL. Boote1 Kopit Esq. | Ballard Spahr Andrews & Ingersoll LLP | 51st Fl Mellon Bank Ctr | 1735 Market St | Philadelphia | PA | 19103 |
| Alan S. | Christopher W. Peer Esq. | Hahn Loeser & Parks LLP | 200 Public Square | Ste 2800 | Cleveland | OH | 44114 |
| Linda | Boyle | tw telecom inc. | 10475 Park Meadows Dr | Ste 400 | Littleton | CO | 80124 |
| Terry | Zale | Flextronics International | 305 Interlocken Pkwy | | Broomfield | CO | 80021 |
| Thomas J. | Leanse Esq. Dustin P. Branch Esq. Vigano Esq. | Katten Muchin Rosenman LLP | 2029 Century Park East | Ste 2600 | Los Angeles | CA | 90067-3012 |
| John C. | Patricia J. Fokuo Esq. | Schiff Hardin LLP | 6600 Sears Tower | | Chicago | IL | 60606-6473 |
| Eric S. | Prezant Esq. | Bryan Cave LLP | 161 N Clark St | Ste 4300 | Chicago | IL | 60601 |
| Melissa A. | Mickey Murch Esq. | Mayer Brown LLP | 71 S. Wacker Drive | | Chicago | IL | 60604-1404 |
| Jill L. | Lars A. Peterson Esq. | Foley & Lardner LLP | 321 North Clark St | Ste 2800 | Chicago | IL | 60654-5313 |
| Cullen K. | Kuhn Esq. | Bryan Cave LLP | 211 N Broadway | Ste 3600 | St. Louis | MO | 63102 |
| David L. | Uranga | Bell Microproducts Inc | 201 Monroe Street | Suite 300 | Montgomery | AL | 36104 |
| Jeffrey B. | Ellman Esq. Robbin S. Rahman Esq. Laddin Esq. | Jones Day | 1420 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 |
| Darryl S. | Frank N. White Esq. | Arnall Golden Gregory LLP | 171 17th St NW | Ste 2100 | Atlanta | GA | 30363-1031 |
| Doug | Goin CFO | APC Workforce Solutions LLC | 420 South Orange Avenue | 6th Fl | Orlando | FL | 32801 |
| Joyce A. | Kuhns Kremen Esq. | Saul Ewing LLP | 500 E. Pratt Street | 8th Floor | Baltimore | MD | 21202 |
| Richard M. | Dale K. Cathell Esq. | DLA Piper LLP (US) | 6225 Smith Avenue | | Baltimore | MD | 21209 |
| Randall D. | Crocker Esq. | VonBriesen & Roper S.C. | 411 E Wisconsin Ave | Ste 700 | Milwaukee | WI | 53202 |
| Shawn M. | Christianson Esq. Meyers Esq. | Buchalter Nemer | 333 Market St | 25th Fl | San Francisco | CA | 94105-2126 |
| Merle C. | Michele Thompson Esq. | Meyers Law Group P.C. | 44 Montgomery Street | Ste 1010 | San Francisco | CA | 94104 |
| Elizabeth | Weller Esq. | Linebarger Goggan Blair & Sampson LLP | 2323 Bryan Street | Ste 1600 | Dallas | TX | 75201 |
| James C. | Waggoner Esq. | Davis Wright Tremaine LLP | 1300 SW 5th Ave | Ste 2300 | Portland | OR | 97201-5630 |
| Rachel S. | Budke Esq. | FPL Law Department | 700 Universe Blvd | | Juno Beach | FL | 33408 |
| Scott K. | Brown Esq. Skiles Esq. | Lewis and Roca LLP | 40 North Central Ave | Ste 1900 | Phoenix | AZ | 85004 |
| Nicholas | John A. Wetzel Esq. | Swartz Campbell LLC | One S. Church St | Ste 400 | West Chester | PA | 19382 |
| Jennifer V. | Doran Esq. | Hinckley Allen & Snyder LLP | 28 State St | | Boston | MA | 02109 |
| Frank F. | McGinn Esq. Schwab Esq. Thomas M. Gaa Esq. | Bartlett Hackett Feinberg P.C. | 155 Federal St | 9th Fl | Boston | MA | 02110 |
| Lawrence M. | Patrick M. Costello Esq. Schilli Esq. | Bialson Bergen & Schwab | 2600 El Camino Real | Ste 300 | Palo Alto | CA | 94306 |
| David M. | Ty E. Shaffer Esq. Swan Esq. | Robinson Bradshaw & Hinson P.A. | 101 North Tryon St | Ste 1900 | Charlotte | NC | 28246 |
| David I. | Kenneth M. Misken Esq. | McGuireWoods LLP | 1750 Tysons Blvd | Ste 1800 | McLean | VA | 22102-4215 |
| J. Scott | Douglass Esq. | | 909 Fannin | Ste 1800 | Houston | TX | 77010 |
| Brian W. | Bisignani Esq. | Post & Schell P.C. | 17 N 2nd St | 12th Fl | Harrisburg | PA | 17101-1601 |
| Stephen K. | Dexter Esq. | Lathrop & Gage LLP | 370 17th St | Ste 4650 | Denver | CO | 80202 |
| Elizabeth | Banda Esq. | Perdue Brandon Fielder Collins & Mott LLP | 4025 Woodland Park Blvd | Ste 300 | Arlington | TX | 76013 |
| Beverly H. | Shideler BS8399 | IBM Corporation | Two Lincoln Centre | | Oakbrook Terrace | IL | 60181 |
| Donald K. | Ludman Esq. | Brown & Connery LLP | 6 North Broad St | Ste 1000 | Woodbury | NJ | 08096 |
| Attn: Chantel | Pinnock | Travelers | 1 Tower Square | 5MN | Hartford | CT | 06183-4044 |
| Andrew | Herenstein | Monarch Alternative Capital LP | 535 Madison Ave. | | New York | NY | 10022 |
| Mark G. | Ledwin Esq. | Wilson Elser Moskowitz Edelman & Dicker LLP | 3 Gannett Dr | | White Plains | NY | 10604 |
| Robert S. | McWhorter Esq. | Nossaman LLP | 915 L St | Ste 1000 | Sacramento | CA | 95814 |
| Chris | Finch Credit Manager | Sumitomo Electric | 78 Alexander Drive | PO Box 13445 | Triangle Park | NC | 27709 |
| Ann | Groninger Esq. | Patterson Harkavy | 225 E. Worthington Ave | Suite 200 | Charlotte | NC | 28203 |
| Hubert H. | Kuo Esq. | Buus Kim Kuo & Tran LLP | 4675 MacArthur Ct | Ste 590 | Newport Beach | CA | 92660 |
| R. S. | Stahel | IBM Corp. Legal Dept | 1503 LBJ Freeway | 3rd Fl | Dallas | TX | 75234 |
| Vincent A. | D'Agostino Esq. Etkin | Lowenstein Sandler PC | 65 Livingston Ave | | Roseland | NJ | 07068 |
| Michael S. | Ira M. Levee Rudman | Lowenstein Sandler PC | 65 Livingston Ave | | Roseland | NJ | 07068 |
| Samuel H. | David A. Rosenfeld | Coughlin Stoia Geller Rudman & Robbins | 58 S. Service Road | Suite 200 | Melville | NY | 11747 |
| David N. | Crapo Esq. | Gibbons P.C. | One Gateway Center | | Newark | NJ | 07102-5310 |

| First | Last | Firm | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| | | Securities & Exchange Commission | 100 F Street NE | | Washington | DC | 20549 | |
| Attn: Nathan | Fuchs | SEC NY Regional Office | 233 Broadway | | New York | NY | 10279 | |
| Deborah B. | Waldmeir Esq. | State of MI Dept of Treasury | 3030 W Grand Blvd. Ste. 10-200 | Cadillac Place | Detroit | MI | 48202 | |
| Ernie | Holling President | The InTech Group Inc. | 305 Exton Commons | | Exton | PA | 19341 | |
| Dennis F. | Dunne Esq. Thomas R. Kreller Esq. Albert A. Pisa Esq. Andrew M. Leblanc Esq. Hammer Esq. | Milbank Tweed Hadley & McCloy LLP | One Chase Manhattan Plaza | | New York | NY | 10005 | |
| Aaron L. | Devon J. Eggert Esq. | Freeborn & Peters LLP | 311 South Wacker Dr | Ste 3000 | Chicago | IL | 60606 | |
| Soren E. | Gisleson | Herman Herman Katz & Cotlar | 820 O'Keefe Avenue | | New Orelans | LA | 70113 | |
| Shannon E. | Hoff | Poyner Spruill LLP | 301 S. College Street | Suite 2300 | Charlotte | NC | 28202 | |
| Michael | Luskin Derek J.T. Adler | Hughes Hubbard | One Battery Park Plaza | | New York | NY | 10004 | |
| Christopher J. | Horvay Esq. | Gould & Ratner LLP | 222 N Lasalle St | Ste 800 | Chicago | IL | 60601 | |
| Robert N. | Brier | Brier Irish Hubbard & Erhard PLC | 2400 E. Arizona Biltmore Circle | Suite 1300 | Phoenix | AZ | 85016-2115 | |
| Stephen C. | Tingey, Esq. | Ray Quinney & Nebeker P.C. | 36 South State Street | Suite 1400 | Salt Lake City | UT | 84145-0385 | |
| Devin | Lawton Palmer | Boylan Brown | 2400 Chase Square | | Rochester | NY | 14604 | |
| Robert E. | Nies Esq. | Wolff & Samson PC | The Offices at Crystal Lake | One Boland Drive | West Orange | NJ | 07052 | |
| Max | Taylor Asst. City Atty. | Municipal Operations | 201 W. Colfax Avenue | Dept. 1207 | Denver | CO | 80202-5332 | |
| Jennifer | Feldsher | Bracewell & Guiliani LLP | 1177 Avenue of the Americas | | New York | NY | 10036-2714 | |
| Mark I. | Bane Anne H. Pak | Ropes & Gray LLP | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | |
| David | Capozzi Acting General Counsel | Universal Service Administrative Co | 2000 L Street NW | Suite 200 | Washington | DC | 20036 | |
| Kell C. | Mercer | Brown McCarroll LLP | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | |
| Denise A. | Afton Sands-Puryear Mertz UC Tax Agent/Bankruptcy Rep | PA Department of Labor & Industry | Reading Bankrutpcy & Complaince Unit | 625 Cherry Street Room 203 | Reading | PA | 19602-1184 | |
| Susan R. | Fuertes Esquire | Aldine Independent School District | 14910 Aldine-Westfield Road | | Houston | TX | 77032 | |
| James E. | Van Horn | McGuireWoods LLP | 7 Saint Paul Street | Suite 1000 | Baltimore | MD | 21202-1671 | |
| Office of Unemplmt Insurance Contributions Div. | | MD Department of Labor Licensing & Reg. | 1100 N. Eutaw Street, Room 401 | Litigation Prosecution Unit | Baltimore | MD | 21201 | |
| Jeffrey B. | Rose | Tishler & Walk, Ltd. | 200 S. Wacker Drive | Suite 3000 | Chicago | IL | 60606 | |
| Mohsin N. | Khambati | Dewey & LeBoeuf LLP | Two Prudential Plaza | 180 N. Stetson Avenue    Suite 3700 | Chicago | IL | 60601-6710 | |
| Lawrence E. | Miller Esq. | Dewey & LeBoeuf LLP | 125 W. 55th Street | | New York | NY | 10019 | |
| James H. | Lister | Birch Horton Bittner & Cherot | 1155 Connecticut Avenue NW | Suite 1200 | Washington | DC | 20036 | |
| Tiffany | Strelow Cobb | Vorys Sater Seymour and Pease | 55 East Gay Street | | Columbus | OH | 43215 | |
| Judith W. | Ross | Baker Botts LLP | 2001 Ross Avenue | | Dallas | TX | 75201 | |
| Ronald | Rowland Esquire Shimshak | EMC Corporation | c/o Receivable Management Servs | 307 International Circle    Suite 270 | Hunt Valley | MD | 21094 | |
| Stephen J. | Marilyn Sobel | Paul Weiss Rifking Wharton & Garrison | 1285 Avenue of the Americas | | New York | NY | 100019 | |
| Minoru | Inayoshi, Gen Mgr of M&A Bacon Alice Decker Burke | Hitachi, Lt. | Telecommunicatons & Network Systems Division | 216 Totsuka-cho | Totsuka-ku | Yokohama-shi | 244-8567 | JAPAN |
| J. Douglas | Joseph A. Simei | Latham & Watkins LLP | 233 South Wacker Drive | Suite 5800 | Chicago | IL | 60606 | |
| Ernest S. | Wechsler Wilton | Kramer Levin Naftalis Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | |
| James M. | Patricia I. Chen Uribe | Ropes & Gray LLP | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-2600 | |
| Hilla | Richard Chesley | Paul Hastings Janofsky & Walker LLP | 191 N. Wacker Drive, 30th Floor | | Chicago | IL | 60606 | |