DEPARTMENT OF TAXATION,
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1675

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | CASE NO. 09-10138 (KG) |
| | (Chapter 11) |
| | (Jointly Administered) |
| NORTEL NETWORKS INC., et al., | CERTIFICATE OF SERVICE |
| Debtors. | |

CERTIFICATE OF SERVICE

I hereby certify that on __OCT 1 1 2010__, copies of NOTICE OF WITHDRAWAL OF DEPARTMENT OF TAXATION, STATE OF HAWAII'S CLAIM; EXHIBIT A was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

>    DEBORAH M. BUELL, ESQ.
>    JAMES L. BROMLEY, ESQ.
>    LISA M. SCHWEITZER, ESQ.
>    Cleary Gottlieb Steen & Hamilton LLP
>    One Liberty Plaza
>    New York, NY  10006

DEREK C. ABBOTT, ESQ.
ERIC D. SCHWARTZ, ESQ.
ANN C. CORDO, ESQ.
ALISSA T. GAZZE, ESQ.
Morris, Nichols, Arsht & Tunnell, LLP
P.O. Box 1347
Wilmington, DE  19801

STEVEN K. KORTANEK, ESQ.
Womble Carlyle Sandrige & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Attorney for the Debtors and
  Debtors-in-Possession


DATED:  Honolulu, Hawaii,   OCT 1 1 2010                .


_____
ELAYNE LIU