# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

**CHILMARK PARTNERS, LLC**
September 1, 2010 - September 30, 2010

<u>Summary of Services Rendered by Project</u>

| Project Code | Nature of Services | September 2010 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 392.0 |
| 2 | Business Operations / General Corporate / Real Estate | 6.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 5.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 84.0 |
| 6 | Committee Matters and Creditor Meetings | 38.0 |
| 7 | Claims Administration and Analysis | 27.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 66.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 618.0 |

<u>Summary of Services Rendered by Professional</u>

| Name | September 2010 Hours |
|---|---|
| Matthew Rosenberg, Member | 188.0 |
| Michael Kennedy, Member | 203.0 |
| Aaron Taylor, Vice President | 202.0 |
| Michael Sabo, Associate | 25.0 |
| **TOTAL** | 618.0 |

**Nortel Networks, Inc**
September 1, 2010 - September 30, 2010 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | September 2010 Hours | Code |
|------|---------------------|:---:|:---:|
| 9/1/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 9.0 | 1 |
| 9/2/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 7.0 | 1 |
| 9/3/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 5.0 | 1 |
| 9/5/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 2.0 | 1 |
| 9/6/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 2.0 | 1 |
| 9/7/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 4.0 | 1 |
| 9/7/2010 | Travel to NYC | 4.0 | 15 |
| 9/8/2010 | Meetings w/ UCC professionals and debtor professionals re prepare for allocation meetings | 11.0 | 5 |
| 9/9/2010 | Meetings w/ Debtor and professionals re POR, allocation and claims | 6.0 | 5 |
| 9/9/2010 | Return travel to Chicago | 4.0 | 15 |
| 9/10/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 8.0 | 1 |
| 9/13/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 5.0 | 1 |
| 9/14/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 7.0 | 1 |
| 9/16/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 8.0 | 1 |
| 9/17/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 6.0 | 1 |
| 9/18/2010 | Calls, meetings and analysis re prepare for allocation meetings w/ UK and Canada | 2.0 | 1 |
| 9/20/2010 | Travel to NYC | 4.0 | 15 |
| 9/20/2010 | Review materials, meetings and calls re prepare for allocation meetings with Canada and UK | 9.0 | 1 |
| 9/21/2010 | Allocation meetings | 10.0 | 1 |
| 9/22/2010 | Allocation meeting follow-up and prepare for meetings w/ UK pension | 7.0 | 7 |
| 9/22/2010 | Return travel to Chicago | 4.0 | 15 |
| 9/23/2010 | Calls and analysis re meetings in UK; review materials for meetings in UK | 6.0 | 7 |
| 9/24/2010 | Analysis re Allocation | 2.0 | 1 |
| 9/24/2010 | Calls and analysis re meetings in UK; review materials for meetings in UK | 5.0 | 1 |
| 9/25/2010 | Travel to UK | 10.0 | 15 |
| 9/26/2010 | Prepare for meetings w/ TPR and UK pension Trustees | 4.0 | 7 |
| 9/27/2010 | Meetings w/ TPR, UK pension trustees and professionals | 10.0 | 7 |
| 9/28/2010 | Return travel to Chicago | 11.0 | 15 |
| 9/29/2010 | Calls, meetings and analysis re mediation preparation | 9.0 | 1 |
| 9/30/2010 | Calls, meetings and analysis re mediation preparation | 7.0 | 1 |

**September 2010 Total**                                                                      **188.0**

**Nortel Networks, Inc**
September 1, 2010 - September 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | September 2010 Hours | Code |
|------|---------------------|---------------------|------|
| 9/1/2010 | Review and prepare materials for all estates allocation meetings | 10.0 | 1 |
| 9/1/2010 | Conference call with Cleary re case management, claims and allocation | 1.0 | 5 |
| 9/1/2010 | Calls w/ JR and Nortel personnel | 2.0 | 5 |
| 9/2/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 9/2/2010 | Conference call with Cleary | 3.0 | 5 |
| 9/3/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/3/2010 | Call w/ Cleary re: taxes | 1.0 | 2 |
| 9/7/2010 | Conference call with Cleary re case management, claims and allocation | 1.0 | 5 |
| 9/7/2010 | Review and prepare materials for all estates allocation meetings | 2.0 | 1 |
| 9/7/2010 | Review material re: issues lists | 3.0 | 2 |
| 9/7/2010 | Travel to NY | 4.0 | 15 |
| 9/8/2010 | Calls w/ JR and Cleary re: NNI isues | 3.0 | 5 |
| 9/8/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 9/8/2010 | Meetings with UCC Advisors | 4.0 | 6 |
| 9/9/2010 | Meetings with Cleary & JR re case management, claims and allocation | 9.0 | 5 |
| 9/9/2010 | Return travel from NY | 3.0 | 15 |
| 9/10/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 9/10/2010 | Call with Capstone | 1.0 | 6 |
| 9/13/2010 | Weekly Call w/ Cleary & JR | 2.0 | 5 |
| 9/13/2010 | Review and prepare materials for all estates allocation meetings | 8.0 | 1 |
| 9/13/2010 | Review material from M Sabo | 3.0 | 1 |
| 9/13/2010 | Call with Capstone | 1.0 | 6 |
| 9/14/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 9/14/2010 | Calls with Cleary & JR re case management, claims and allocation | 2.0 | 5 |
| 9/14/2010 | Conference calls with UCC Advisors | 2.0 | 6 |
| 9/15/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/15/2010 | Call with Creditor Advisors re transaction | 1.0 | 6 |
| 9/15/2010 | Call with Capstone | 2.0 | 6 |
| 9/16/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/16/2010 | Meeting w/ Creditor Advisors | 2.0 | 6 |
| 9/16/2010 | Calls w/ JR & Cleary re case management, claims and allocation | 2.0 | 5 |
| 9/17/2010 | Calls w/ JR and Cleary re case management, claims and allocation | 3.0 | 5 |
| 9/17/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/17/2010 | Call with Capstone | 2.0 | 6 |
| 9/20/2010 | Travel to NY | 4.0 | 15 |
| 9/20/2010 | Meetings w/ Company and advisors re case management, claims and allocation | 3.0 | 5 |
| 9/20/2010 | Meetings w/ UCC Advisors re allocation meetings | 5.0 | 6 |
| 9/21/2010 | Meeting in NY with Nortel estates regarding allocation | 8.0 | 1 |
| 9/22/2010 | Meeting in NY with Nortel estates regarding allocation | 8.0 | 1 |
| 9/22/2010 | Return travel from NY | 3.0 | 15 |
| 9/23/2010 | Review and prepare materials for meetings | 7.0 | 1 |
| 9/23/2010 | Calls w/ JR and Cleary | 1.0 | 5 |
| 9/24/2010 | Review and prepare materials for meetings | 4.0 | 1 |
| 9/24/2010 | Review and prepare materials for mediation statement | 3.0 | 1 |
| 9/27/2010 | Review and prepare materials for mediation statement | 6.0 | 1 |
| 9/28/2010 | FA Monthly call | 2.0 | 3 |
| 9/28/2010 | Call w/ Cleary and Monitor re: certain issues | 2.0 | 2 |
| 9/28/2010 | Review and prepare materials for mediation statement | 7.0 | 1 |
| 9/29/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |
| 9/30/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |

**September 2010 Total**                                                203.0

**Nortel Networks, Inc**
September 1, 2010 - September 30, 2010 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | September 2010 Hours | Code |
|---|---|---|---|
| 9/1/2010 | Review and prepare materials for all estates allocation meetings | 10.0 | 1 |
| 9/1/2010 | Conference call with Cleary | 1.0 | 5 |
| 9/2/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 9/2/2010 | Conference call with Cleary | 3.0 | 5 |
| 9/7/2010 | Travel to NY | 4.0 | 15 |
| 9/7/2010 | Meetings with Cleary, JR | 7.0 | 5 |
| 9/8/2010 | Review and prepare materials for all estates allocation meetings | 3.0 | 1 |
| 9/8/2010 | Meetings with UCC Advisors | 3.0 | 6 |
| 9/8/2010 | Conference call with Debtor | 1.0 | 3 |
| 9/8/2010 | Meetings with Cleary, JR | 3.0 | 5 |
| 9/9/2010 | Meetings with Cleary | 7.0 | 5 |
| 9/9/2010 | Return travel from NY | 4.0 | 15 |
| 9/10/2010 | Review and prepare materials for all estates allocation meetings | 10.0 | 1 |
| 9/10/2010 | Call with Capstone | 1.0 | 6 |
| 9/13/2010 | Conference call with Cleary, JR | 1.0 | 5 |
| 9/13/2010 | Review and prepare materials for all estates allocation meetings | 9.0 | 1 |
| 9/14/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 9/14/2010 | Conference calls with UCC Advisors | 2.0 | 6 |
| 9/14/2010 | Conference call with Cleary, JR | 2.0 | 5 |
| 9/15/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 9/15/2010 | Call with Creditor Advisors re transaction | 1.0 | 6 |
| 9/15/2010 | Call with Capstone | 2.0 | 6 |
| 9/16/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| 9/16/2010 | Meeting w/ Creditor Advisors | 2.0 | 6 |
| 9/16/2010 | Calls w/ JR & Cleary re case management, claims and allocation | 2.0 | 5 |
| 9/17/2010 | Calls w/ JR and Cleary re case management, claims and allocation | 3.0 | 5 |
| 9/17/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/17/2010 | Call with Capstone | 2.0 | 6 |
| 9/20/2010 | Travel to NY | 4.0 | 15 |
| 9/20/2010 | Meetings w/ Company and advisors re case management, claims and allocation | 3.0 | 5 |
| 9/20/2010 | Meetings w/ UCC Advisors re allocation meetings | 5.0 | 6 |
| 9/21/2010 | Meeting in NY with Nortel estates regarding allocation | 8.0 | 1 |
| 9/22/2010 | Meeting in NY with Nortel estates regarding allocation | 8.0 | 1 |
| 9/22/2010 | Return travel from NY | 3.0 | 15 |
| 9/23/2010 | Review and prepare materials for meetings | 7.0 | 1 |
| 9/23/2010 | Calls w/ JR and Cleary | 1.0 | 5 |
| 9/24/2010 | Review and prepare materials for mediation statement | 9.0 | 1 |
| 9/27/2010 | Review and prepare materials for mediation statement | 9.0 | 1 |
| 9/28/2010 | FA Monthly call | 2.0 | 3 |
| 9/28/2010 | Review and prepare materials for mediation statement | 6.0 | 1 |
| 9/28/2010 | Conference calls with Cleary | 2.0 | 5 |
| 9/29/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |
| 9/30/2010 | Review and prepare materials for mediation statement | 10.0 | 1 |

**September 2010 Total**                                                                                      **202.0**

**Nortel Networks, Inc**
September 1, 2010 - September 30, 2010 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | September 2010 Hours | Code |
|------|---------------------|----------------------|------|
| 9/13/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 9/14/2010 | Review and prepare materials for all estates allocation meetings | 5.0 | 1 |
| 9/15/2010 | Review and prepare materials for all estates allocation meetings | 7.0 | 1 |
| 9/16/2010 | Review and prepare materials for all estates allocation meetings | 6.0 | 1 |
| | **September 2010 Total** | **25.0** | |