# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2010 through September 30, 2010

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 9/7/10-9/9/10 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 9/7/10-9/9/10 | Hotel (two nights) | $ 972.37 |
| Matt Rosenberg | 9/7/10-9/9/10 | Ground Transportation | $ 45.00 |
| Matt Rosenberg | 9/7/10-9/9/10 | Parking | $ 74.00 |
| Matt Rosenberg | 9/7/10-9/9/10 | Meals (one breakfast & two dinners) | $ 182.27 |
| Mike Kennedy | 9/7/10-9/9/10 | Flight to New York, NY | $ 603.40 |
| Mike Kennedy | 9/7/10-9/9/10 | Hotel (two nights) | $ 959.42 |
| Mike Kennedy | 9/7/10-9/9/10 | Ground transportation | $ 40.00 |
| Mike Kennedy | 9/7/10-9/9/10 | Parking | $ 66.00 |
| Mike Kennedy | 9/7/10-9/9/10 | Meals (one breakfast & dinner) | $ 55.11 |
| Aaron Taylor | 9/7/10-9/9/10 | Flight to New York, NY | $ 471.40 |
| Aaron Taylor | 9/7/10-9/9/10 | Hotel (two nights) | $ 849.66 |
| Aaron Taylor | 9/7/10-9/9/10 | Ground transportation | $ 112.80 |
| Aaron Taylor | 9/7/10-9/9/10 | Meals (one breakfast and one dinner) | $ 33.38 |
| Matt Rosenberg | 9/20/10-9/22/10 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 9/20/10-9/22/10 | Hotel (two nights) | $ 1,147.27 |
| Matt Rosenberg | 9/20/10-9/22/10 | Ground Transportation | $ 10.00 |
| Matt Rosenberg | 9/20/10-9/22/10 | Parking | $ 93.00 |
| Matt Rosenberg | 9/20/10-9/22/10 | Meals (one dinner for three people) | $ 145.85 |
| Mike Kennedy | 9/20/10-9/22/10 | Flight to New York, NY | $ 990.40 |
| Mike Kennedy | 9/20/10-9/22/10 | Hotel (two nights) | $ 892.81 |
| Mike Kennedy | 9/20/10-9/22/10 | Ground transportation | $ 35.00 |
| Mike Kennedy | 9/20/10-9/22/10 | Parking | $ 113.00 |
| Aaron Taylor | 9/20/10-9/22/10 | Flight to New York, NY | $ 603.40 |
| Aaron Taylor | 9/20/10-9/22/10 | Hotel (two nights) | $ 892.81 |
| Aaron Taylor | 9/20/10-9/22/10 | Ground transportation | $ 103.30 |
| Aaron Taylor | 9/20/10-9/22/10 | Meals (one dinner) | $ 15.00 |
| Matt Rosenberg | 9/26/10-9/28/10 | Flight to London (Airpass) | $ 5,042.62 |
| Matt Rosenberg | 9/26/10-9/28/10 | Hotel (two nights) | $ 1,716.17 |
| Matt Rosenberg | 9/26/10-9/28/10 | Ground Transportation | $ 1,376.50 |
| Matt Rosenberg | 9/26/10-9/28/10 | Parking | $ 93.00 |
| Matt Rosenberg | 9/26/10-9/28/10 | Meals (two breakfasts & three lunches) | $ 158.37 |
| Matt Rosenberg | 9/26/10-9/28/10 | Meals (one dinner for three people) | $ 368.63 |
| Matt Rosenberg | 9/26/10-9/28/10 | Service charges | $ 116.44 |
| Chilmark | various | FedEx and Conference Calls | $ 347.19 |
| **Total Expenses** | | | **$ 20,650.23** |