DEPARTMENT OF TAXATION,
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1675

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC.,<br>et al.,<br><br>        Debtors. | CASE NO. 09-10138 (KG)<br>(Chapter 11)<br>(Jointly Administered)<br><br>NOTICE OF WITHDRAWAL OF<br>DEPARTMENT OF TAXATION,<br>STATE OF HAWAII'S CLAIM;<br>EXHIBIT A |

394461

NOTICE OF WITHDRAWAL OF DEPARTMENT OF
TAXATION, STATE OF HAWAII'S CLAIM; EXHIBIT A

The Department of Taxation, State of Hawaii hereby WITHDRAWS its proof of claim (Exhibit A) filed on June 17, 2009, against Debtor Nortel Networks Inc. because all missing returns were filed.

DATED:  Honolulu, Hawaii, __OCT 1 1 2010_____.


_____
ELAYNE LIU

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor: NORTEL NETWORKS INC, etal, jointly administered | Case Number. 09-10138-KG |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**STATE OF HAWAII, DEPARTMENT OF TAXATION**

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent:
HAWAII STATE TAX COLLECTOR    ATTN: BANKRUPTCY UNIT (EL)
P O BOX 259
HONOLULU HI 96809

Court Claim Number: _____
(If known)

Telephone number
(808) 587-1675

Filed on: _____

Name and address where payment should be sent (if different from above):

OCT - 6 2010

Attorney General's Office
Tax Division-Legal Section

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**  $ __unknown__

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** see attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** __6332__

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $ __unknown__

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__)

Amount entitled to priority:

$ __unknown__

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date:
06/08/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

LYNNE M. KANETA, TAX COLLECTOR (el)    /s/ Lynne M. Kaneta

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT  "A"

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO: NORTEL NETWORKS INC ETAL
2221 LAKESIDE BLVD
RICHARDSON TX 75082

Case No. 09-10138 (KG)
Priority Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN #04-2486332 | PERIOD | TAX | PENALTY | INTEREST TO 01/14/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2008 | unknown | | unknown | unknown |
| **TOTAL** | | | Unknown | | Unknown | Unknown |

Date: 06/08/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: *[signature]*
LYNNE M. KANETA
Tax Collector

FORM D-5 (PC)
(REV 1994)

STATE OF HAWAII
DEPARTMENT OF TAXATION

TO:  NORTEL NETWORKS INC ETAL
     2221 LAKESIDE BLVD
     RICHARDSON TX  75082

Case No. 09-10138 (KG)
Unsecured Claim

DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX EIN #04-2486332 | PERIOD | TAX | PENALTY | INTEREST TO 01/14/09 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | Net Income | 2008 | | unknown | | unknown |
| | | | | | | |
| *TOTAL* | | | | unknown | | Unknown |

Date: 06/08/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: *[signature]*
LYNNE M. KANETA
Tax Collector

DEPARTMENT OF TAXATION,
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1675

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re | CASE NO. 09-10138 (KG) (Chapter 11) (Jointly Administered) |
|---|---|
| NORTEL NETWORKS INC., et al., | CERTIFICATE OF SERVICE |
| Debtors. | |

CERTIFICATE OF SERVICE

I hereby certify that on   OCT 1 1 2010  , copies of NOTICE OF WITHDRAWAL OF DEPARTMENT OF TAXATION, STATE OF HAWAII'S CLAIM; EXHIBIT A was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

      DEBORAH M. BUELL, ESQ.
      JAMES L. BROMLEY, ESQ.
      LISA M. SCHWEITZER, ESQ.
      Cleary Gottlieb Steen & Hamilton LLP
      One Liberty Plaza
      New York, NY  10006

DEREK C. ABBOTT, ESQ.
ERIC D. SCHWARTZ, ESQ.
ANN C. CORDO, ESQ.
ALISSA T. GAZZE, ESQ.
Morris, Nichols, Arsht & Tunnell, LLP
P.O. Box 1347
Wilmington, DE  19801

STEVEN K. KORTANEK, ESQ.
Womble Carlyle Sandrige & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Attorney for the Debtors and
  Debtors-in-Possession


DATED: Honolulu, Hawaii, ____OCT 1 1 2010____.


                                    _____
                                         ELAYNE LIU

2