# **<u>EXHIBIT B</u>**

Case 09-10138-MFW    Doc 4183-3    Filed 10/20/10    Page 2 of 10

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/7/2010 | Brian Heinimann | Airfare | Travel to and from client site in North Carolina: Southwest: MDW / RDU 09/13/2010 to 09/16/2010. | 493.40 |
| 9/14/2010 | Brian Heinimann | Airfare | Travel to and from client site in North Carolina: Southwest: MDW / RDU 09/20/2010 to 09/23/2010. | 442.40 |
| 9/21/2010 | Brian Heinimann | Airfare | Airfare to and from client site: Southwest: MDW / RDU 09/27/2010 to 09/30/2010. | 442.40 |
| 9/14/2010 | Coley P. Brown | Airfare | Airfare to and from ORD and RDU for week of 9/27-10/1.: United: ORD / RDU 09/27/2010 to 10/01/2010. | 219.40 |
| 9/29/2010 | James Lukenda | Airfare | Nortel-airfare to ORD - coach - BHJ2TV: CO: EWR - ORD 10/06/2010 to 10/07/2010. | 973.40 |
| 9/7/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement (3 nights).: US AIRWAYS: LGA / RDU 09/13/2010 to 09/16/2010. | 370.40 |
| 9/9/2010 | Joseph J. McKenna | Airfare | One-way airfare from Chicago office while traveling on Nortel engagement.: UNITED AIRLINES: ORD / LGA 09/09/2010 to 09/09/2010. | 371.70 |
| 9/14/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement (2 nights).: CONTINENTAL AIRLINES: LGA / RDU 09/21/2010 to 09/23/2010. | 511.00 |
| 9/22/2010 | Joseph J. McKenna | Airfare | Airfare while traveling on Nortel engagement (2 nights).: US AIRWAYS: LGA / RDU 09/28/2010 to 09/30/2010. | 361.40 |
| 9/23/2010 | Matthew J. Fisher | Airfare | Round trip Chicago to Raleigh, NC to visit debtors offices: Southwest: MDW/RDU 09/20/2010 to 09/23/2010. | 501.40 |
| 9/27/2010 | Matthew J. Fisher | Airfare | Round trip Chicago to Raleigh, NC to visit debtors offices: Southwest: MDW/RDU 09/27/2010 to 09/30/2010. | 501.40 |
| 9/7/2010 | Michael E. Scannella | Airfare | Airfare to clientsite.: Continental: EWR/RDU 09/13/2010 to 09/16/2010. | 575.40 |
| 9/14/2010 | Michael E. Scannella | Airfare | Airfare to/from clientsite.: Continental: EWR/RDU 09/20/2010 to 09/30/2010. | 538.40 |
| 9/14/2010 | Michael E. Scannella | Airfare | Airfare to/from clientsite.: American: RDU/MIA 09/23/2010 to 09/27/2010. | 273.40 |
| 9/28/2010 | Michael E. Scannella | Airfare | Airfare to Chicago for purposes of Nortel engagement.: Continental: EWR/ORD 10/12/2010 to 10/14/2010. | 766.10 |
| 9/29/2010 | Michael E. Scannella | Airfare | Airfare to Chicago for purposes of Nortel engagement.: Continental: EWR/RDU 10/18/2010 to 10/21/2010. | 243.40 |
| 9/2/2010 | Brian Heinimann | Ground Transportation | Taxi to airport to catch flight to MDW: RDU Taxi: Sheraton / RDU | 20.00 |
| 9/2/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site in Raleigh: Yellow Cab: MDW / Residence | 45.00 |
| 9/8/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after working late on Nortel project: Yellow Cab: Office / Residence | 20.00 |
| 9/13/2010 | Brian Heinimann | Ground Transportation | Taxi to Nortel from RDU airport: RDU Taxi: RDU / Nortel | 20.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/13/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW to visit client site: Yellow Cab: Residence / MDW | 45.00 |
| 9/16/2010 | Brian Heinimann | Ground Transportation | Taxi to residence after return from visit to client site: Yellow Cab: MDW / Residence | 45.00 |
| 9/20/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW from residence in order to catch flight to client site: Yellow Cab: Residence / MDW | 45.00 |
| 9/23/2010 | Brian Heinimann | Ground Transportation | Taxi to residence from MDW in order to catch flight to client site: Yellow Cab: MDW / Residence | 45.00 |
| 9/27/2010 | Brian Heinimann | Ground Transportation | Taxi to Nortel from airport while visiting client site: RDU Taxi: RDU / Nortel | 20.00 |
| 9/27/2010 | Brian Heinimann | Ground Transportation | Taxi to MDW from residence in order to catch flight to client site: Yellow Cab: Residence / MDW | 45.00 |
| 9/30/2010 | Brian Heinimann | Ground Transportation | Cab to residence after return from visit to client site: Yellow Cab: MDW / Residence | 45.00 |
| 9/2/2010 | Coley P. Brown | Ground Transportation | Cab from Sheraton Imperial hotel in Raleigh to RDU.: Cab: hotel / RDU | 20.00 |
| 9/2/2010 | Coley P. Brown | Ground Transportation | Cab from ORD to residence after travel on Nortel.: Cab: ORD / Residence | 40.00 |
| 9/7/2010 | Coley P. Brown | Ground Transportation | Cab from Huron Chicago office to residence after working late on Nortel matters.: Cab: Chicago Office / Residence | 20.00 |
| 9/8/2010 | Coley P. Brown | Ground Transportation | Cab from Huron Chicago office to residence after working late on Nortel matters.: Cab: Chicago Office / Residence | 25.00 |
| 9/10/2010 | Coley P. Brown | Ground Transportation | Cab from Huron Chicago office to residence after working late on Nortel matters.: Cab: Chicago Office / Residence | 20.00 |
| 9/13/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh.: Cab: RDU / Hotel | 20.00 |
| 9/13/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 9/17/2010 | Coley P. Brown | Ground Transportation | Cab from airport to residence after travel on Nortel.: Cab: Airport / Residence | 40.00 |
| 9/19/2010 | Coley P. Brown | Ground Transportation | Cab from residence to airport for travel on Nortel.: Cab: Residence / Airport | 40.00 |
| 9/24/2010 | Coley P. Brown | Ground Transportation | Cab from airport to residence after travel on Nortel.: Cab: Airport / Residence | 40.00 |
| 9/27/2010 | Coley P. Brown | Ground Transportation | Cab from residence to ORD for travel on Nortel.: Cab: Residence / ORD | 40.00 |
| 9/27/2010 | Coley P. Brown | Ground Transportation | Cab from RDU to hotel in Raleigh.: Cab: RDU / hotel | 20.00 |
| 9/7/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from Chicago office to the hotel while traveling on Nortel engagement.: Globe Taxi Chicago: Chicago Office / W Lakeshore | 15.00 |
| 9/7/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Chicago office from the airport while traveling on Nortel engagement.: Globe Taxi Chicago: ORD / Chicago Office | 42.00 |
| 9/9/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Chicago office from the hotel while traveling on Nortel engagement.: Checker Yellow Cab: W Lakeshore / Chicago Office | 13.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/12/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from LaGuardia Airport to residence in Manhattan while traveling on Nortel engagement.: ALL TAXI MANAGEMENT INC: LGA / Manhattan | 39.69 |
| 9/13/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to LaGuardia Airport from residence in Manhattan while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Manhattan / LGA | 53.50 |
| 9/14/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to LaGuardia Airport from residence in Manhattan while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Manhattan / LGA | 42.00 |
| 9/14/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Nortel office from the airport while traveling on Nortel engagement.: RDU Airport Taxi Service: RDU / Nortel Offices | 18.00 |
| 9/17/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from LaGuardia Airport to residence in Manhattan while traveling on Nortel engagement.: MALCOLM MANAGEMENT CORP: LGA / Manhattan | 40.96 |
| 9/21/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Nortel office from the airport while traveling on Nortel engagement.: RDU Airport Taxi Service: RDU / Nortel Offices | 18.00 |
| 9/21/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to Newark Airport from residence in Manhattan while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Manhattan / EWR | 70.00 |
| 9/23/2010 | Joseph J. McKenna | Ground Transportation | Cab fare from LaGuardia Airport to residence in Manhattan while traveling on Nortel engagement.: GOTHAM YELLOW LLC GOTHAM: LGA / Manhattan | 42.71 |
| 9/28/2010 | Joseph J. McKenna | Ground Transportation | Cab fare to LaGuardia Airport from residence in Manhattan while traveling on Nortel engagement.: DIAL 7 CAR & LIMOUSINE: Manhattan / LGA | 50.50 |
| 9/30/2010 | Joseph J. McKenna | Ground Transportation | Taxi from LaGuardia Airport to residency while traveling on Nortel engagement.: NYC Taxi: LGA / Manhattan | 38.50 |
| 9/20/2010 | Matthew J. Fisher | Ground Transportation | Fare from residence to Midway airport.: Taxi: residence/airport. | 30.00 |
| 9/23/2010 | Matthew J. Fisher | Ground Transportation | Fare from Midway airport to residence: Taxi: residence/airport. | 30.00 |
| 9/27/2010 | Matthew J. Fisher | Ground Transportation | Fare from residence to Midway airport.: Taxi: residence/airport. | 30.00 |
| 9/30/2010 | Matthew J. Fisher | Ground Transportation | Fare from Midway airport to residence: Taxi: residence/airport. | 30.00 |
| 9/2/2010 | Michael E. Scannella | Ground Transportation | Ride from hotel to airport for flight.: RTP: Sheraton / RTP | 15.00 |
| 9/7/2010 | Michael E. Scannella | Ground Transportation | Roundtrip cab from hotel to dinner while in Chicago.: Chicago Taxi: Hotel/Dinner | 25.00 |
| 9/7/2010 | Michael E. Scannella | Ground Transportation | Car service to airport for flight.: A1: Jersey City/LGA | 120.00 |
| 9/7/2010 | Michael E. Scannella | Ground Transportation | Cab from office to hotel while at Chicago office.: Chicago Taxi: Huron/Hotel | 13.00 |
| 9/8/2010 | Michael E. Scannella | Ground Transportation | Roundtrip cab from hotel to dinner while in Chicago.: Chicago Taxi: Hotel/Office | 14.00 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/9/2010 | Michael E. Scannella | Ground Transportation | Car service home after flight.: Dial 7: EWR/Jersey City | 56.00 |
| 9/9/2010 | Michael E. Scannella | Ground Transportation | Cab to office from hotel.: Chicago Taxi: Hotel/Office | 13.00 |
| 9/9/2010 | Michael E. Scannella | Ground Transportation | Roundtrip CTA fares to/from airport to Huron office.: CTA: Chicago/ORD | 6.00 |
| 9/20/2010 | Michael E. Scannella | Ground Transportation | Car service to airport.: A1 Limo: Jersey City/EWR | 78.00 |
| 9/30/2010 | Michael E. Scannella | Ground Transportation | Car home after flight.: A1: EWR/Jersey City | 78.00 |
| 9/2/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay including gratuity while visiting client site (3 nights): Sheraton: Raleigh-Durham 08/30/2010 to 09/02/2010. | 470.68 |
| 9/16/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay including gratuities while visiting client site in Raleigh-Durham (3 nights): Sheraton: Raleigh 09/13/2010 to 09/16/2010. | 470.68 |
| 9/23/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site in North Carolina, including gratuity (3 nights): Sheraton: Raleigh 09/20/2010 to 09/23/2010. | 465.68 |
| 9/30/2010 | Brian Heinimann | Hotel/Lodging | Hotel stay while visiting client site and gratuities: Sheraton (3 nights): Raleigh 09/27/2010 to 09/30/2010. | 470.68 |
| 9/2/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh for 8/30-9/2 (3 nights).: Sheraton Imperial: Raleigh 08/30/2010 to 09/02/2010. | 480.68 |
| 9/17/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 9/13-9/17 (4 nights).: Sheraton Imperial: Raleigh 09/13/2010 to 09/17/2010. | 634.24 |
| 9/24/2010 | Coley P. Brown | Hotel/Lodging | Sheraton Imperial hotel in Raleigh from 9/19-9/24 (5 nights).: Sheraton Imperial: Raleigh 09/19/2010 to 09/24/2010. | 787.80 |
| 9/2/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (3 nights).: Sheraton Imperial Hotel & Convention Center: Durham, NC 08/30/2010 to 09/02/2010. | 460.68 |
| 9/9/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (2 nights).: W Hotel Lakeshore: Chicago, IL 09/07/2010 to 09/09/2010. | 361.78 |
| 9/17/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (4 nights).: Sheraton Imperial Hotel & Convention Center: Durham, NC 09/13/2010 to 09/16/2010. | 614.24 |
| 9/24/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement (2 nights).: Sheraton Imperial Hotel & Convention Center: Durham, NC 09/21/2010 to 09/23/2010. | 307.12 |
| 9/30/2010 | Joseph J. McKenna | Hotel/Lodging | Lodging while traveling on Nortel engagement.: Sheraton Imperial Hotel & Convention Center (2 nights): Durham, NC 09/28/2010 to 09/30/2010. | 307.12 |
| 9/2/2010 | Lee A. Sweigart | Hotel/Lodging | Stay at RTP for work at Nortel's headquarters: IMPERIAL HOTEL GROUP INC (2 nights): DURHAM 08/30/2010 to 09/01/2010. | 345.16 |
| 9/23/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in NC during trip to visit Debtors' offices: Sheraton (3 nights): Durham, NC 09/20/2010 to 09/23/2010. | 480.68 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/30/2010 | Matthew J. Fisher | Hotel/Lodging | Lodging in NC during trip to visit Debtors' offices: Sheraton (3 nights): Durham, NC 09/27/2010 to 09/30/2010. | 460.68 |
| 9/2/2010 | Michael E. Scannella | Hotel/Lodging | Hotel, 1 night, room + tip.: Sheraton: RTP 09/01/2010 to 09/02/2010. | 163.56 |
| 9/9/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while in Chicago to be with Huron team, 2 nights, room + tip.: W Lakeshore: Chicago 09/07/2010 to 09/09/2010. | 371.78 |
| 9/16/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at cliensite, 3 nights, room + tip.: Sheraton: RTP 09/13/2010 to 09/16/2010. | 470.68 |
| 9/23/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 09/20/2010 to 09/23/2010. | 470.68 |
| 9/30/2010 | Michael E. Scannella | Hotel/Lodging | Hotel while at clientsite, 3 nights, room + tip.: Sheraton: RTP 09/27/2010 to 09/30/2010. | 470.68 |
| 9/1/2010 | Brian Heinimann | Meals | Dinner for team while visiting client site in Raleigh: 42nt St. Oyster Bar: Raleigh, 4 people. | 200.00 |
| 9/1/2010 | Brian Heinimann | Meals | Breakfast while visiting client site: Nortel: Raleigh, 1 person. | 6.27 |
| 9/2/2010 | Brian Heinimann | Meals | Breakfast in airport en route to Chicago after visit to client site: Cinnabon: Raleigh, 1 person. | 7.18 |
| 9/13/2010 | Brian Heinimann | Meals | Breakfast in airport en route to Nortel: Pot Belly's: Chicago, 1 person. | 8.24 |
| 9/14/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 7.52 |
| 9/15/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 3.80 |
| 9/16/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Sheraton: Raleigh Attendees: Brian Heinimann, Michael E. Scannella, 2 people. | 97.14 |
| 9/16/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 4.92 |
| 9/16/2010 | Brian Heinimann | Meals | Dinner while en route from client site to residence: Greenleaf's: Raleigh, 1 person. | 13.22 |
| 9/16/2010 | Brian Heinimann | Meals | Dinner while visiting client site: Sheraton: Raleigh, 1 person. | 33.29 |
| 9/21/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 3.80 |
| 9/22/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 7.22 |
| 9/23/2010 | Brian Heinimann | Meals | Dinner at RDU en route to residence after visit to client site: Greenleaf's: Raleigh, 1 person. | 13.72 |
| 9/23/2010 | Brian Heinimann | Meals | Breakfast at client site: Nortel: Raleigh, 1 person. | 6.33 |
| 9/23/2010 | Brian Heinimann | Meals | Team dinner at Sheraton Imperial while visiting client site: Sheraton: Raleigh Attendees: Brian Heinimann, Matthew J. Fisher, 2 people. | 64.50 |
| 9/27/2010 | Brian Heinimann | Meals | Dinner while visiting client site in Raleigh: Capital City Chop House: Raleigh, 3 people. | 150.00 |
| 9/27/2010 | Brian Heinimann | Meals | Breakfast in MDW airport en route to visit to client site: Potbelly's: Chicago, 1 person. | 8.22 |
| 9/28/2010 | Brian Heinimann | Meals | Room service dinner for B. Heinimann while visiting client: Sheraton: Raleigh, 1 person. | 39.52 |
| 9/28/2010 | Brian Heinimann | Meals | Breakfast in client cafe: Nortel: RTP, 1 person. | 4.90 |
| 9/29/2010 | Brian Heinimann | Meals | Breakfast in client cafe: Nortel: RTP, 1 person. | 7.22 |
| 9/30/2010 | Brian Heinimann | Meals | Dinner in airport en route to residence after visit to client site: Greenleaf's: Raleigh, 1 person. | 8.22 |
| 9/30/2010 | Brian Heinimann | Meals | Breakfast in client cafe: Nortel: RTP, 1 person. | 3.80 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 8/30/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 28.89 |
| 8/31/2010 | Coley P. Brown | Meals | Dinner room service at Sheraton Imperial hotel for Coley Brown (1 person).: Sheraton Imperial: Raleigh. | 39.77 |
| 9/2/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 8/30-9/2 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 9/2/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster Bar in RDU for Coley Brown (1 person).: 42nd Street Oyster Bar: Raleigh. | 23.33 |
| 9/7/2010 | Coley P. Brown | Meals | Dinner at Sushi Mura for Coley Brown (1 person) while working late on Nortel matters.: Sushi Mura: Chicago. | 23.84 |
| 9/8/2010 | Coley P. Brown | Meals | Dinner at Rivers for Coley Brown and Joe Mckenna (2 people).: Rivers: Chicago Attendees: Coley P. Brown, Joseph J. McKenna. | 44.38 |
| 9/10/2010 | Coley P. Brown | Meals | Dinner at Pockets for Coley Brown (1 person) while working late on Nortel matters.: Pockets: Chicago. | 19.28 |
| 9/13/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago. | 22.49 |
| 9/16/2010 | Coley P. Brown | Meals | Dinner at San Sui for Coley Brown (1 person).: San Sui: Raleigh. | 24.67 |
| 9/17/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for week of 9/13-9/17 for Coley Brown (1 person).: Nortel Cafe: Raleigh. | 24.00 |
| 9/17/2010 | Coley P. Brown | Meals | Dinner at 42nd Street Oyster Bar for Coley Brown (1 person) while traveling on Nortel.: 42nd Street Oyster Bar: Raleigh. | 23.74 |
| 9/19/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh. | 21.88 |
| 9/20/2010 | Coley P. Brown | Meals | Dinner at Champs for Coley Brown (1 person).: Champs: Raleigh. | 24.07 |
| 9/21/2010 | Coley P. Brown | Meals | Dinner at Randy's Pizza for Coley Brown (1 person).: Randy's Pizza: Raleigh. | 22.59 |
| 9/23/2010 | Coley P. Brown | Meals | Dinner at Mez for Coley Brown (1 person).: Mez: Raleigh. | 20.94 |
| 9/24/2010 | Coley P. Brown | Meals | Breakfast at Nortel Cafe for Coley Brown (1 person) for week of 9/20-9/24 (5 days).: Nortel Cafe: Raleigh. | 24.00 |
| 9/27/2010 | Coley P. Brown | Meals | Dinner at Berghoff Cafe for Coley Brown (1 person) while traveling on Nortel.: Berghoff Cafe: Chicago. | 21.76 |
| 9/29/2010 | Coley P. Brown | Meals | Dinner at Angus Barn for Coley Brown, Matt Fisher, Brian Heinimann, Joe McKenna and Mike Scannella (5 people).: Angus Barn: Raleigh Attendees: Coley P. Brown, Matthew J. Fisher, Brian Heinimann, Joseph J. McKenna, Michael E. Scannella. | 250.00 |
| 9/2/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: ANTON-RDU-AIRPORT: RALEIGH, 1 person. | 11.51 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/7/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: AU BON PAIN HARVARD VNGRD: FLUSHING, 1 person. | 10.08 |
| 9/7/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: Alonti: CHICAGO, 1 person. | 6.94 |
| 9/7/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: BMK Burger: CHICAGO, 1 person. | 49.43 |
| 9/8/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: STARBUCKS 2565: CHICAGO, 1 person. | 5.33 |
| 9/9/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: HMS HOST CORP: CHICAGO, 1 person. | 16.91 |
| 9/9/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: STARBUCKS 2565: CHICAGO, 1 person. | 6.44 |
| 9/14/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RESEARCH TRIA, 1 person. | 6.71 |
| 9/15/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.03 |
| 9/16/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.72 |
| 9/17/2010 | Joseph J. McKenna | Meals | Dinner - room service, four nights, Sheraton Imperial, 1 person. | 120.11 |
| 9/17/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: PARADIES AIRPORT SHOPS 90: RALEIGH, 1 person. | 4.18 |
| 9/21/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RTP, NC, 1 person. | 4.78 |
| 9/21/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: THE GRAIN STATION - A1: NEWARK, 1 person. | 5.13 |
| 9/22/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RTP, NC, 1 person. | 9.18 |
| 9/23/2010 | Joseph J. McKenna | Meals | Breakfast at Nortel office while traveling on Nortel engagement.: SODEXO SERVICES INC.: RTP, NC, 1 person. | 5.68 |
| 9/23/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: Greenleaf's RDU: Raleigh-Durham, NC, 1 person. | 13.41 |
| 9/24/2010 | Joseph J. McKenna | Meals | Dinner - room service, two nights, Sheraton Imperial, 1 person. | 40.64 |
| 9/28/2010 | Joseph J. McKenna | Meals | Individual travel meal while traveling on Nortel engagement.: McDonald's: Flushing, NY, 1 person. | 8.15 |
| 9/30/2010 | Joseph J. McKenna | Meals | Individual airport meal while traveling on Nortel engagement.: Greenleaf's RDU: Durham, NC, 1 person. | 12.17 |

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/30/2010 | Joseph J. McKenna | Meals | Breakfast while traveling on Nortel engagement.: RTP Cafeteria: RTP, NC, 1 person. | 7.20 |
| 8/30/2010 | Lee A. Sweigart | Meals | Dinner at Randy's Pizza for stay in RTP: Randy's Pizza: RTP, 1 person. | 24.62 |
| 8/30/2010 | Lee A. Sweigart | Meals | Breakfast at IND airport before flight: Starbucks: IND, 1 person. | 2.83 |
| 9/1/2010 | Lee A. Sweigart | Meals | Dinner at RDU airport before flight: Carolina Ale House: RDU, 1 person. | 25.32 |
| 9/1/2010 | Lee A. Sweigart | Meals | Breakfast at RTP for week of 8/30: Sheraton Imperial: RTP, 1 person. | 24.06 |
| 9/2/2010 | Michael E. Scannella | Meals | Breakfast, 2 days.: Nortel Cafe: RTP, 1 person. | 14.00 |
| 9/7/2010 | Michael E. Scannella | Meals | Dinner while traveling, 1 person.: Rockit: Chicago | 50.00 |
| 9/7/2010 | Michael E. Scannella | Meals | Breakfast while waiting for flight.: Au Bon Pain: EWR, 1 person. | 7.93 |
| 9/8/2010 | Michael E. Scannella | Meals | Team dinner, 2 people.: Lou Malnati's: Chicago Attendees: Michael E. Scannella, Joseph J. McKenna | 70.75 |
| 9/8/2010 | Michael E. Scannella | Meals | Breakfast while traveling, 1 person.: Starbucks: Chicago | 5.77 |
| 9/9/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: McDonalds: ORD | 5.27 |
| 9/9/2010 | Michael E. Scannella | Meals | Breakfast, 1 person.: Starbucks: Chicago | 7.99 |
| 9/14/2010 | Michael E. Scannella | Meals | Team dinner while at clientsite, 3 people.: Mez: RDP Attendees: Michael E. Scannella, Coley P. Brown, Brian Heinimann | 65.63 |
| 9/15/2010 | Michael E. Scannella | Meals | Team dinner while at clientsite, 2 people.: Capital City: RTP Attendees: Michael E. Scannella, Coley P. Brown | 100.00 |
| 9/16/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person.: Nortel Cafe: RTP | 20.00 |
| 9/21/2010 | Michael E. Scannella | Meals | Team dinner, 4 people.: Ruth's Chris: Cary Attendees: Michael E. Scannella, Matthew J. Fisher, Joseph J. McKenna, Brian Heinimann | 200.00 |
| 9/22/2010 | Michael E. Scannella | Meals | Dinner while at clientsite, 4 people.: Sansui: Raleigh Attendees: Michael E. Scannella, Coley P. Brown, Brian Heinimann, Matthew J. Fisher | 176.01 |
| 9/23/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Carolina Ale House: RDU | 23.98 |
| 9/23/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person.: Nortel Cafe: RTP | 18.00 |
| 9/27/2010 | Michael E. Scannella | Meals | Meal while waiting for flight, 1 person.: Starbucks: MIA | 5.48 |
| 9/28/2010 | Michael E. Scannella | Meals | Team dinner, 4 people.: Sitti: Raleigh Attendees: Michael E. Scannella, Coley P. Brown, Matthew J. Fisher, Joseph J. McKenna | 162.25 |
| 9/30/2010 | Michael E. Scannella | Meals | Dinner while waiting for flight, 1 person.: Greenleafs: RDU | 9.98 |
| 9/30/2010 | Michael E. Scannella | Meals | Breakfast for the week, 1 person.: Nortel Cafe: RTP | 18.00 |
| 9/1/2010 | Lee A. Sweigart | Mileage | Roundtrip commute to IND airport: Home/IND 08/30/2010 to 09/01/2010. | 25.00 |
| 9/2/2010 | Michael E. Scannella | Mileage | Mileage to/from airport.: EWR/Jersey City 08/30/2010 to 09/02/2010. | 11.50 |

Case 09-10138-MFW    Doc 4183-3    Filed 10/20/10    Page 10 of 10

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 9/16/2010 | Michael E. Scannella | Mileage | Round trip mileage to/from airport.: Jersey City/EWR 09/13/2010 to 09/16/2010. | 11.50 |
| 9/1/2010 | Lee A. Sweigart | Parking & Tolls | Parking at IND airport for trip to RTP: INDIANAPOLIS AIRPORT AUTH: INDIANAPOLIS 08/30/2010 to 09/01/2010. | 54.00 |
| 9/2/2010 | Michael E. Scannella | Parking & Tolls | Parking, 4 days, tolls.: EWR: EWR 08/30/2010 to 09/02/2010. | 88.00 |
| 9/16/2010 | Michael E. Scannella | Parking & Tolls | Parking + tolls, 4 days.: EWR: EWR 09/13/2010 to 09/16/2010. | 115.00 |
| 9/23/2010 | Coley P. Brown | Rental Car | Avis rental car in Raleigh from 9/19-9/23 (5 days).: Avis: Raleigh 09/19/2010 to 09/23/2010. | 282.58 |
| 9/2/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement.: AVIS RENT A CAR CORP: RDU, NC 08/30/2010 to 09/02/2010. | 192.49 |
| 9/30/2010 | Joseph J. McKenna | Rental Car | Rental car for team while traveling on Nortel engagement (3 days).: Avis Raleigh-Durham: RDU, NC 09/28/2010 to 09/30/2010. | 192.49 |
| 9/1/2010 | Michael E. Scannella | Rental Car | Rental car, 3 days.: Avis: RTP 08/30/2010 to 09/01/2010. | 134.21 |
| 9/16/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RTP 09/13/2010 to 09/16/2010. | 250.78 |
| 9/23/2010 | Michael E. Scannella | Rental Car | Rental car, 5 days.: Avis: RDU 09/20/2010 to 09/24/2010. | 263.37 |
| 9/30/2010 | Michael E. Scannella | Rental Car | Rental car, 4 days.: Avis: RDU 09/27/2010 to 09/30/2010. | 192.49 |

**Total**     **$23,019.81**