## NOTICE OF CLAIMS PURCHASE AGREEMENT

**ACTUA**, a(n) **Ontario Corporation**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES FUND, LP**, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $50,000.00 (proof of claim amount, defined as the "Claim") against **NORTEL NETWORKS INC et. al.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, DISTRICT OF DELAWARE, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 09-10138** (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the _____17th_____ day of ___October_____, 2010.

_____Actua_____
(Company Name)

WITNESS _____
(Signature)

_____
(Signature of Corporate Officer)

_Virginia Hall, Director of Operations_
(Print Name and Title of Witness)

_Jennifer Flanagan, President & CEO_
(Print Name and Title of Corporate Officer)

### CORRE OPPORTUNITIES FUND, LP

WITNESS _____
(Signature)

_Kevin Barrett_

_____
(Signature of Fund Representative)

_____
(Print Name, Corre Opportunities Fund, LP)

### Exhibit "A"