

Bart L. Graham
Commissioner

State of Georgia
**Department of Revenue**
Compliance Division
Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

Edward M. Many
Deputy Commissioner for Tax

October 6, 2010

US Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Ref: Nortel Networks Applications Mgmt Solutions, Inc.
Taxpayer ID: STI# 20012138755
　　　　　　EIN# 04-3222846
Case Number: 09-10146-kg

To Whom It May Concern:

This is to notify you that our claim dated 4/30/2009 in the amount of $585.00, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

Gwyneth Zachary
Authorized Representative for the
State Revenue Commissioner

cc: File
　　Jeff Wood

An Equal Opportunity Employer