IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  
\*  
\*  
NORTEL NETWORKS  
\*  
INC., *et al.*  
\* Case No. 09-10138  
\*  
\* Chapter 11  
\*

## COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION'S RESPONSE TO DEBTORS FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

COMES NOW the Commonwealth of Virginia, Department of Taxation ("the Department"), by counsel, and files this response to the Debtors' objection and in support thereof states as follows:

1. The Department's claim constitutes a priority claim in the amount of $1,404,048.56 for a sales and use tax audit assessment for the period December 1, 2003-November 30, 2006.

2. The Department hereby rejects the Debtors' proposed modification of its claim as stated in the objection and asserts the calculations and audit methodology utilized to calculate the assessment referenced above was correct and in accordance with Virginia's tax law and regulations.

3. To the extent the Debtors are in possession of records relevant to the Department's claim and to the extent the Debtors assert that their records are inconsistent with the claim asserted herein, the Department denies that the records so asserted are an accurate reflection of the Debtors' true and correct tax liability and in opposition to any such assertion the Department responds that its assessments are presumptively correct as provided by *Code of Virginia § 58.1-205*.

Mark K. Ames, VSB #27409  
Taxing Authority Consulting Services, P.C.  
P.O. Box 71476  
Richmond, VA 23255  
(804) 649-2445

WHEREFORE, the Commonwealth of Virginia, Department of Taxation, requests that the Court overrule the Debtors' objection to its claim, as well as award any other relief to which it is entitled.

COMMONWEALTH OF VIRGINIA
Department of Taxation

BY: *[signature]*

Mark K. Ames, VSB #27409
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
(804) 649-2445
mark@taxva.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to the Debtors' Fifteenth Objection to Certain Claims was sent this 21st day of October 2010 to the Debtors' counsel and the United States Bankruptcy Court for the District of Delaware via overnight delivery at the following addresses as instructed in the notice of objection included with the Debtors 'objection.

James L. Bromley, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Clerk's Office
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Ann C. Cordo, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

*[signature]*
Mark Ames