# EXHIBIT A

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 18, 2010  
Invoice 366145  
Page 2  
Client # 732310

Matter # 165839

For services through September 30, 2010  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 09/07/10 | Maintain original pleadings | | | | |
| | Paralegal — Brenda D. Tobin | | 0.10 hrs. | 100.00 | $10.00 |
| 09/08/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 09/09/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.10 hrs. | 100.00 | $10.00 |
| 09/13/10 | Assist with preparation for 9/15/2010 hearing | | | | |
| | Paralegal — Amy B. Anderson | | 0.70 hrs. | 100.00 | $70.00 |
| 09/14/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 195.00 | $97.50 |
| 09/15/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |
| 09/17/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |
| 09/20/10 | Maintain original pleadings | | | | |
| | Paralegal — Amy B. Anderson | | 0.20 hrs. | 100.00 | $20.00 |
| 09/20/10 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 18, 2010  
Invoice 366145  
Page 3  
Client #  732310  

Matter #  165839  

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/22/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.20 hrs. | 100.00 | $20.00 |
| 09/29/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |
| 09/29/10 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/30/10 | Maintain original pleadings | | | |
| Paralegal | Amy B. Anderson | 0.10 hrs. | 100.00 | $10.00 |

Total Fees for Professional Services          $551.00

TOTAL DUE FOR THIS INVOICE          **$551.00**  
BALANCE BROUGHT FORWARD          $691.50  

**TOTAL DUE FOR THIS MATTER**          $1,242.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 4  
Client #  732310

Matter #  165839

For services through September 30, 2010  
relating to Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 09/30/10 | Meeting with C. Samis re: allocation issues | | | |
| Director | Mark D. Collins | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services   $135.00

**TOTAL DUE FOR THIS INVOICE**   **$135.00**  
BALANCE BROUGHT FORWARD   $189.00

**TOTAL DUE FOR THIS MATTER**   **$324.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 18, 2010  
Invoice 366145  
Page 5  
Client # 732310

Matter # 165839

For services through September 30, 2010  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/10 | Prepare 9/1/10 hearing binder | Paralegal — Brenda D. Tobin | 0.60 hrs. | 100.00 | $60.00 |
| 09/01/10 | Prepare for 9/1/10 hearing (.5); Attend 9/1/10 hearing (1.8); Email to D. Botter re: logistics of 9/1/10 hearing (.1); Email to B. Tobin re: additional documents for 9/1/10 hearing (.1); Emails to B. Graeme re: logistics of 9/1/10 hearing (.2) | Associate — Christopher M. Samis | 2.70 hrs. | 315.00 | $850.50 |
| 09/14/10 | Prepare 09/16/10 hearing binder | Paralegal — Brenda D. Tobin | 1.90 hrs. | 100.00 | $190.00 |
| 09/15/10 | Prepare documents for hearing per. C. Samis | Paralegal — Brenda D. Tobin | 0.40 hrs. | 100.00 | $40.00 |
| 09/15/10 | Email to B. Tobin re: preparation for 9/16/10 hearing (.1); Review agenda for 9/16/10 hearing (.2); Email to B. Kahn re: logistics of 9/16/10 hearing (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 09/16/10 | Prepare 09/16/10 hearing binder | Paralegal — Brenda D. Tobin | 0.50 hrs. | 100.00 | $50.00 |
| 09/16/10 | Prepare for 9/16/10 hearing (1.5); Attend 9/16/10 hearing (2.1) | Associate — Christopher M. Samis | 3.60 hrs. | 315.00 | $1,134.00 |
| 09/22/10 | Email to A. Cordo re: change of time of 9/30/10 hearing (.1); Email to B. Kahn re: change of time of 9/30/10 hearing (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 09/27/10 | Email to B. Tobin re: preparation for 9/30/10 hearing (.1) | Associate — Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 18, 2010  
Invoice 366145  
Page 6  
Client # 732310

Matter # 165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 09/28/10 | Retrieve and review 9/30/10 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 09/28/10 | Review agenda for 9/30/10 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 09/29/10 | Telephone call to Courtcall re: telephonic appearance for D. Botter (.1); E-mail to D. Botter re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 09/29/10 | Prepare 09/30/10 hearing binder | | | |
| Paralegal | Brenda D. Tobin | 2.80 hrs. | 100.00 | $280.00 |
| 09/29/10 | E-mail to B. Tobin re: preparation for 9/30/10 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 09/30/10 | Retrieve and review re: 9/30/10 amended agenda (.2); Revise 9/30/10 hearing binders x3 (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/30/10 | Prepare for 9/30/10 hearing (.8); Attend 9/30/10 hearing (3.3) | | | |
| Associate | Christopher M. Samis | 4.10 hrs. | 315.00 | $1,291.50 |

Total Fees for Professional Services    $4,386.50

**TOTAL DUE FOR THIS INVOICE**    $4,386.50  
BALANCE BROUGHT FORWARD    $1,897.00

**TOTAL DUE FOR THIS MATTER**    $6,283.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 7  
Client #  732310

Matter #  165839

For services through September 30, 2010  
relating to Employee Issues

| | | | | |
|---|---|---|---|---|
| 09/01/10 | Finalize and file AOS re: joinder to motion to terminate certain retiree disability plans | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |

| | |
|---|---|
| Total Fees for Professional Services | $39.00 |
| TOTAL DUE FOR THIS INVOICE | **$39.00** |
| **TOTAL DUE FOR THIS MATTER** | **$39.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 8  
Client #  732310  

Matter #  165839

For services through September 30, 2010  
relating to  Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/10 | Finalize and file AOS re: UK response of appellee to appellants objections to magistrate judges report and recommendation | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 09/01/10 | Email to J. Bromley re: review of complaint for potential litigation | Associate — Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 09/02/10 | Review conflict check for potential litigation | Associate — Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 09/03/10 | Check conflicts on potential litigation (.2); Emails to J. Bromley re: inability to pursue potential litigation due to conflict (.2); Emails to S. Fineman re: inability to pursue potential litigation due to conflict (.2); Call to J. Moyer re: inability to pursue potential litigation due to conflict (.1) | Associate — Christopher M. Samis | 0.70 hrs. | 315.00 | $220.50 |
| 09/17/10 | Email to R. Stearn re: collecting unreported allocation/valuation opinions (.2); Emails to R. Silberglied re: collecting unreported allocation/valuation opinions (.1); Email to M. Collins re: collecting unreported allocation/valuation opinions (.1) | Associate — Christopher M. Samis | 0.40 hrs. | 315.00 | $126.00 |
| 09/17/10 | Emails with C. Samis re: valuation issues | Director — Robert J. Stearn, Jr | 0.10 hrs. | 600.00 | $60.00 |
| 09/20/10 | Meet with D. Sloan re: picking up various preference actions (.2); Email to D. Sloan re: conflict information (.1) | Associate — Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 09/20/10 | Discussion with C. Samis re: preference actions (.2); Review email from C. Samis re: same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 9  
Client #  732310

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/21/10 | Email to B. Kahn re: query on valuation/allocation jurisprudence in Third Circuit | Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 09/22/10 | Review conflict check with respect to potential preference defendants and communicate internally to clear conflicts | Associate | Christopher M. Samis | 1.00 hrs. | 315.00 | $315.00 |
| 09/22/10 | Review conflicts search results re: potential preference actions (.5); Discussion with C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.60 hrs. | 315.00 | $189.00 |
| 09/23/10 | Email to M. Collins re: clearance of preference conflicts (.1); Attention to clearance of preference conflicts (.4) | Associate | Christopher M. Samis | 0.50 hrs. | 315.00 | $157.50 |
| 09/27/10 | Meet with M. Collins re: clearance of preference conflicts (.1); Email to D. Abbot re: clearance of conflicts on potential preference actions (.1); Email to D. Abbot re: clearance of conflicts with respect to various potential preference defendants (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |

Total Fees for Professional Services     $1,548.00

TOTAL DUE FOR THIS INVOICE     **$1,548.00**  
     $601.50

**TOTAL DUE FOR THIS MATTER**     **$2,149.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 10  
Client #  732310

Matter #  165839

For services through September 30, 2010  
relating to  RLF Fee Applications

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/10 | Prepare RLF sixth interim fee application | Paralegal — Barbara J. Witters | 0.50 hrs. | 195.00 | $97.50 |
| 09/07/10 | E-mail to B. Kahn re: RLF estimated August fees and expenses (.1); Review re: RLF sixth interim fee application (.1); Finalize, file and coordinate service re:s ame (.2); Prepare aos re: same (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 09/14/10 | Review RLF August bill memo | Paralegal — Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 09/16/10 | Prepare cno re: RLF July fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |
| 09/16/10 | Review and execute certification of no objection re: RLF monthly fee application | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 09/20/10 | Prepare letter to D. Woollett re: RLF July invoice (.1); E-mail to D. Woollett re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 09/20/10 | Review August 2010 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | Associate — Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 09/24/10 | Review emails (x2) from B. Witters re: draft proposed interim fee order (.1); Review same (.2); Email to C. Samis and B. Witters re: same (.1); Review email from B. Kahn re: same (.1) | Associate — Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 11  
Client # 732310  

Matter # 165839

---

| 09/30/10 | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 09/30/10 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |

|  | Total Fees for Professional Services | $1,026.00 |
|---|---|---|
|  | **TOTAL DUE FOR THIS INVOICE** | **$1,026.00** |
|  |  | $724.50 |
|  | **TOTAL DUE FOR THIS MATTER** | **$1,750.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 12  
Client #  732310  

Matter #  165839

For services through September 30, 2010  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/10 | Attention to e-mail re: Capstone sixth interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 09/01/10 | Review email from B. Kahn re: Capstone interim fee application (.1); Review interim application re: same (.1); Discussion with B. Witters re: filing same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 315.00 | $94.50 |
| 09/02/10 | Attention to e-mail re: Akin Gump July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare aos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Fraser Milner June fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 1.40 hrs. | 195.00 | $273.00 |
| 09/02/10 | Review email from B. Kahn re: filing Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 09/07/10 | Update fee status chart (.2); Attention to e-mail re: Ashurst sixth interim fee application (.1); Retrieve and review re: same (.1); Finalize, file and coordinate service re: same (.2); Prepare AOS re: same (.2); Attention to e-mail re: Fraser Milner July fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Akin Gump sixth interim fee application (.1); Retrieve and review re: same (.1) Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 2.20 hrs. | 195.00 | $429.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 18, 2010  
Invoice 366145  
Page 13  

Client #  732310  

Matter #  165839  

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/10 | Review email from B. Kahn re: Ashurst interim fee application (.1); Review same (.1); Review RLF interim fee application (.2); Review monthly fee application of Fraser Milner (.2); Review and execute notice of filing same (.1); Discussion with B. Witters re: filing same (.1); Review email from B. Kahn re: Akin Gump interim fee application for filing (.1); Review same (.1); Email to B. Witters re: same (.1) | Associate — Drew G. Sloan | 1.10 hrs. | 315.00 | $346.50 |
| 09/08/10 | Attention to e-mail re: Fraser Milner sixth interim fee application (.1); Retrieve and review re: same (.1); Finalize, file and coordinate service re: same (.2); Prepare AOS re: same (.2); E-mail to M. Wunder re: confirmation of same (.1) | Paralegal — Barbara J. Witters | 0.70 hrs. | 195.00 | $136.50 |
| 09/08/10 | Email to D. Sloan re: assisting Frasner with quarterly fee application | Associate — Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |
| 09/08/10 | Review email from C. Samis re: filing of Fraser Milner interim fee application (.1); Email to C. Samis re: same (.1); Discussion with B. Witters re: same (.1); Review Fraser Milner interim fee application (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate — Drew G. Sloan | 0.50 hrs. | 315.00 | $157.50 |
| 09/13/10 | Prepare cno re: Capstone June fee application | Paralegal — Barbara J. Witters | 0.20 hrs. | 195.00 | $39.00 |
| 09/13/10 | File certification of no objection re: Capstone Advisory sixteenth fee application | Paralegal — Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 09/13/10 | Review and execute certificate of no objection re: Capstone monthly fee application | Associate — Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |
| 09/14/10 | Update fee status chart | Paralegal — Barbara J. Witters | 0.40 hrs. | 195.00 | $78.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 14  
Client #  732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/10 | Prepare cno re: Ashurst July fee application (.2); Finalize and file cno re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 09/15/10 | Review certificate of no objection re: Ashurst monthly fee application | | | | |
| Associate | Drew G. Sloan | | 0.10 hrs. | 315.00 | $31.50 |
| 09/17/10 | Finalize and file aos re: Akin Gump July fee application (.2); Finalize and file aos re: sixth interim fee applications (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 195.00 | $78.00 |
| 09/20/10 | Finalize and file aos re: sixth interim fee application of Fraser Milner | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 195.00 | $39.00 |
| 09/20/10 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 195.00 | $19.50 |
| 09/21/10 | Prepare exhibit B re: sixth interim fee order | | | | |
| Paralegal | Barbara J. Witters | | 1.60 hrs. | 195.00 | $312.00 |
| 09/22/10 | Prepare cno re: Capstone July fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Akin Gump August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| Paralegal | Barbara J. Witters | | 1.40 hrs. | 195.00 | $273.00 |
| 09/22/10 | Email to B. Kahn re: preparing exhibit for interim fee order for Committee professionals | | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 315.00 | $31.50 |
| 09/22/10 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice of filing same (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1) | | | | |
| Associate | Drew G. Sloan | | 0.50 hrs. | 315.00 | $157.50 |

| | | |
|---|---|---|
| Nortel Creditors Committee | | October 18, 2010 |
| c/o Fred S. Hodara, Esq. | | Invoice 366145 |
| Akin Gump Strauss Hauer Feld LLP | | Page 15 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |
| | | |
| | | Matter # 165839 |

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/23/10 | Review exhibit B re: sixth interim fee order (.5); E-mail to C. Samis and D. Sloan re: same (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 195.00 | $117.00 |
| 09/24/10 | E-mail to B. Kahn re: exhibit B to sixth interim fee order (.1); Prepare cno re: Akin Gump July fee application (.2); Finalize and file cno re: same (.2); Telephone call to Courtcall re: telephonic appearances for M. Wunder & R. Jacobs re: same (.2); E-mail to distribution re: same (.1); Finalize and file aos re: Akin Gump August fee application (.2) | Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 09/27/10 | Attention to e-mail re: Ashurst August fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Revise sixth interim fee exhibit B to the order (.3); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 1.30 hrs. | 195.00 | $253.50 |
| 09/27/10 | Review changes to interim fee exhibit for Committee professionals (.2); Email to B. Kahn re: finalizing interim fee exhibit for Committee professionals (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 315.00 | $94.50 |
| 09/27/10 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 315.00 | $126.00 |
| 09/28/10 | E-mail to A. Cordo re: exhibit B to interim fee order | Paralegal | Barbara J. Witters | 0.10 hrs. | 195.00 | $19.50 |
| 09/28/10 | Email to B. Kahn re: approval of interim fees (.1); Email to B. Witters re: approval of interim fees (.1) | Associate | Christopher M. Samis | 0.20 hrs. | 315.00 | $63.00 |
| 09/29/10 | Prepare cno re: Fraser Milner July fee application (.2); Finalize and file cno re: same (.2); Update fee status chart (.4) | Paralegal | Barbara J. Witters | 0.80 hrs. | 195.00 | $156.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 16  
Client #  732310

Matter #  165839

---

| 09/29/10 | E-mail to B. Witters re: checking interim fee order | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 315.00 | $31.50 |

| 09/29/10 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.10 hrs. | 315.00 | $31.50 |

|  | Total Fees for Professional Services | $4,057.50 |
|---|---|---|
|  | **TOTAL DUE FOR THIS INVOICE** | **$4,057.50** |
|  |  | $4,675.50 |
|  | **TOTAL DUE FOR THIS MATTER** | **$8,733.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 18, 2010  
Invoice 366145  
Page 17  
Client #  732310

Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amy B. Anderson | 1.90 | 100.00 | 190.00 |
| Barbara J. Witters | 19.60 | 195.00 | 3,822.00 |
| Brenda D. Tobin | 6.30 | 100.00 | 630.00 |
| Cathy M. Greer | 0.20 | 195.00 | 39.00 |
| Christopher M. Samis | 15.90 | 315.00 | 5,008.50 |
| Drew G. Sloan | 5.90 | 315.00 | 1,858.50 |
| Mark D. Collins | 0.20 | 675.00 | 135.00 |
| Robert J. Stearn, Jr | 0.10 | 600.00 | 60.00 |
| TOTAL | 50.10 | $234.39 | 11,743.00 |

**TOTAL DUE FOR THIS INVOICE**                                          $12,657.94

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310