# EXHIBIT B



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

October 18, 2010
Invoice 366145

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through September 30, 2010
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $4.00 |
| Business Meals | $2.99 |
| Court Reporter Services | $97.50 |
| Filing Fees | $51.00 |
| Long distance telephone charges | $25.74 |
| Messenger and delivery service | $124.10 |
| Photocopying/Printing | $558.20 |
| 4,272 @ $.10 pg. / 1,310 @ $.10 pg. | |
| Postage | $51.41 |

Other Charges $914.94

TOTAL DUE FOR THIS INVOICE **$914.94**

BALANCE BROUGHT FORWARD $743.10

**TOTAL DUE FOR THIS MATTER** **$1,658.04**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 18, 2010
Invoice 366145
Page 18
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
        Case Administration
        Use, Sale of Assets
        Court Hearings
        Employee Issues
        Litigation/Adversary Proceedings
        RLF Fee Applications
        Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 09/01/10 | DIAZ DATA SERVICES: Invoice 6420/Transcript of 9/1/2010/165839 | CTRPT |
|  | Amount = $97.50 |  |
| 09/01/10 | RODNEY GRILLE: Invoice rg901/Food service on 9/1/2010 | MEALSCL |
|  | Amount = $2.99 |  |
| 09/01/10 | Photocopies | DUP |
|  | Amount = $2.50 |  |
| 09/01/10 | Postage | POST |
|  | Amount = $3.39 |  |
| 09/01/10 | Printing | DUP |
|  | Amount = $1.20 |  |
| 09/01/10 | Printing | DUP |
|  | Amount = $4.50 |  |
| 09/01/10 | Printing | DUP |
|  | Amount = $8.70 |  |
| 09/02/10 | Photocopies | DUP |
|  | Amount = $36.00 |  |
| 09/02/10 | Messenger and delivery9/1/2010, Morris Nichols, BJW | MESS |
|  | Amount = $6.00 |  |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 18, 2010
Invoice 366145

Page 19

Client #  732310

| | | | |
|---|---|---|---|
| 09/02/10 | Messenger and delivery9/1/2010, US Trustee, BJW | | MESS |
| | | Amount = $6.00 | |
| 09/02/10 | Postage | | POST |
| | | Amount = $9.33 | |
| 09/02/10 | Printing | | DUP |
| | | Amount = $1.50 | |
| 09/02/10 | Printing | | DUP |
| | | Amount = $1.10 | |
| 09/02/10 | Printing | | DUP |
| | | Amount = $3.10 | |
| 09/02/10 | Printing | | DUP |
| | | Amount = $2.20 | |
| 09/03/10 | Messenger and delivery9/2/2010, US Trustee, BJW | | MESS |
| | | Amount = $6.00 | |
| 09/03/10 | Messenger and delivery9/2/2010, Morris Nichols, BJW | | MESS |
| | | Amount = $6.00 | |
| 09/07/10 | Photocopies | | DUP |
| | | Amount = $1.50 | |
| 09/07/10 | Photocopies | | DUP |
| | | Amount = $40.50 | |
| 09/07/10 | Conference calls for August 2010 Long Distance | | LD |
| | | Amount = $22.96 | |
| 09/07/10 | Postage | | POST |
| | | Amount = $10.65 | |
| 09/07/10 | Postage | | POST |
| | | Amount = $3.65 | |
| 09/07/10 | Printing | | DUP |
| | | Amount = $1.70 | |
| 09/08/10 | Photocopies | | DUP |
| | | Amount = $1.50 | |
| 09/08/10 | Messenger and delivery9/7/2010, Morris Nichols (2), BJW | | MESS |
| | | Amount = $12.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 18, 2010
Invoice 366145

Page 20

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/08/10 | Messenger and delivery9/7/2010, US Trustee (2), BJW | | MESS |
| | Amount = | $12.00 | |
| 09/08/10 | Postage | | POST |
| | Amount = | $3.39 | |
| 09/09/10 | COURTCALL LLC: Acct CCDA 05-1619/Services 9/8-9/14 | | FLFEE |
| | Amount = | $51.00 | |
| 09/09/10 | 09/08/10 - TO MORRIS NICHOLS - BJW | | MESS |
| | Amount = | $6.00 | |
| 09/09/10 | 09/08/10 - TO US TRUSTEE - BJW | | MESS |
| | Amount = | $6.00 | |
| 09/14/10 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $4.00 | |
| 09/14/10 | Photocopies | | DUP |
| | Amount = | $31.00 | |
| 09/14/10 | Photocopies | | DUP |
| | Amount = | $1.20 | |
| 09/14/10 | 19734221100 Long Distance | | LD |
| | Amount = | $2.78 | |
| 09/14/10 | Printing | | DUP |
| | Amount = | $1.60 | |
| 09/14/10 | Printing | | DUP |
| | Amount = | $2.50 | |
| 09/14/10 | Printing | | DUP |
| | Amount = | $3.40 | |
| 09/14/10 | Printing | | DUP |
| | Amount = | $1.00 | |
| 09/16/10 | Photocopies | | DUP |
| | Amount = | $0.60 | |
| 09/16/10 | Photocopies | | DUP |
| | Amount = | $2.20 | |
| 09/16/10 | Printing | | DUP |
| | Amount = | $2.20 | |
| 09/16/10 | Printing | | DUP |
| | Amount = | $5.10 | |
| 09/20/10 | Printing | | DUP |
| | Amount = | $21.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 18, 2010
Invoice 366145
Page 21
Client #  732310

| Date | Description | | Type |
|------|-------------|--|------|
| 09/20/10 | Printing | | DUP |
| | Amount = $2.20 | | |
| 09/22/10 | Photocopies | | DUP |
| | Amount = $42.00 | | |
| 09/22/10 | Postage | | POST |
| | Amount = $14.61 | | |
| 09/22/10 | Printing | | DUP |
| | Amount = $1.00 | | |
| 09/22/10 | Printing | | DUP |
| | Amount = $1.60 | | |
| 09/23/10 | Delivery expense 9/22/2010 | | MESS |
| | Amount = $6.40 | | |
| 09/23/10 | Messenger and delivery9/22/2010, Post Office/New Castle, BJW | | MESS |
| | Amount = $51.30 | | |
| 09/27/10 | Photocopies | | DUP |
| | Amount = $19.00 | | |
| 09/27/10 | Postage | | POST |
| | Amount = $6.39 | | |
| 09/28/10 | Delivery expense 9/27/2010 | | MESS |
| | Amount = $6.40 | | |
| 09/29/10 | Photocopies | | DUP |
| | Amount = $176.80 | | |
| 09/29/10 | Photocopies | | DUP |
| | Amount = $28.80 | | |
| 09/29/10 | Photocopies | | DUP |
| | Amount = $43.60 | | |
| 09/29/10 | Printing | | DUP |
| | Amount = $2.50 | | |
| 09/29/10 | Printing | | DUP |
| | Amount = $6.90 | | |
| 09/29/10 | Printing | | DUP |
| | Amount = $1.80 | | |
| 09/29/10 | Printing | | DUP |
| | Amount = $7.30 | | |
| 09/29/10 | Printing | | DUP |
| | Amount = $2.90 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 18, 2010
Invoice 366145
Page 22

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/29/10 | Printing | | DUP |
| | | Amount =  $9.70 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.70 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $6.90 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 09/29/10 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $3.60 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 09/30/10 | Printing | | DUP |
| | | Amount =  $5.60 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $914.94