# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et. al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 27, 2010, at 10:00 a.m.**<br><br>**Re: D.I. 3846, 4007, 4022** |

## NOTICE OF FILING OF DECLARATION OF MARGARET BOON IN SUPPORT OF THE RESPONSE OF THE COCA COLA COMPANY TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIM, AND REDUNDANT BOND CLAIMS)

PLEASE TAKE NOTICE that on October 22, 2010, the undersigned counsel for The Coca-Cola Company ("Coke"), filed the *Declaration of Margaret Boon In Support Of The Response Of The Coca Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims)*, appended hereto as Exhibit "A".

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: October 22, 2010

        POTTER ANDERSON & CORROON LLP

By: */s/ R. Stephen McNeill*
Theresa V. Brown-Edwards (DE Bar # 4225)
R. Stephen McNeill (DE Bar # 5210)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware  19899
Tel: (302) 984-6000
Fax: (302) 658-1192
E-mail: tbrown-edwards@potteranderson.com
       rmcneill@potteranderson.com

*Attorneys for The Coca-Cola Company*

PAC #987049 / 36070