## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, Esquire, hereby certify that I am not less than 18 years of age and that on this 22nd day of October, 2010, I caused a true and correct copy of the foregoing *Notice of Filing of Declaration of Margaret Boon In Support of the Response of the Coca Cola Company to Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L. R. 3007-1 (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery**
Derek C. Abbot, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via First Class Mail**
Deborah M. Buell, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax : 212.225.3999
Email: dbuell@cgsh.com
           lschweitzer@cgsh.com

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: October 22, 2010

R. Stephen McNeill (DE Bar # 5210)

987049

-4-