## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                          :

*In re*                                 :

Nortel Networks Inc., *et al.*,[1]         :

               Debtors.          :

                                :
                                :
---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## STATEMENT OF SANTIAGO JARAMILLO PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

I, SANTIAGO JARAMILLO CARO, do hereby declare as follows:

1. I am a PARTNER of GOMEZ-PINZON ZULETA ABOGADOS S.A, located at CALLE 67 No. 7-35 OF 1204, BOGOTA COLOMBIA (the "Company" or "Firm").

2. GOMEZ-PINZON ZULETA ABOGADOS S.A. has been retained by the above-captioned Debtors (the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "Order") to provide services to the Debtors.

3. The nature and scope of the services to be provided to the Debtors by the GOMEZ-PINZON ZULETA ABOGADOS S.A are: (1) Legal advice to shareholders of NORTEL NETWORKS COLOMBIA S.A.S, which include *NORTEL NETWORKS (CALA) INC,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*NORTEL NETWORKS LIMITED ("NNL") and NORTEL NETWORKS INTERNATIONAL CORP)* relating to the liquidation of NORTEL NETWORKS COLOMBIA S.A.S,.; and (2) legal advice to *NORTEL NETWORKS (CALA) INC* for any queries related to its interest in NORTEL NETWORKS COLOMBIA S.A.S.

GOMEZ-PINZON ZULETA ABOGADOS S.A. will bill NNL for all postpetition services performed by GOMEZ-PINZON ZULETA ABOGADOS S.A. for the shareholders of NORTEL NETWORKS COLOMBIA S.A.S., in the understanding that  NNL will then seek recovery of any agreed upon amounts from the other shareholders. For all postpetition services performed by GOMEZ-PINZON ZULETA ABOGADOS S.A. relating to the provision of legal advice to NORTEL NETWORKS (CALA) INC., GOMEZ-PINZON ZULETA ABOGADOS S.A. will bill NORTEL NETWORKS (CALA) INC. directly.

4.     Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, GOMEZ-PINZON ZULETA ABOGADOS S.A. hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to the Debtors and as otherwise provided herein, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.



5.     Pursuant to the Order, the Firm hereby confirms that is does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged.

2

6.    GOMEZ-PINZON ZULETA ABOGADOS S.A may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases.  As part of its customary practice, GOMEZ-PINZON ZULETA ABOGADOS S.A. is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases.  GOMEZ-PINZON ZULETA ABOGADOS S.A does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

7.    Neither I nor any principal, partner, director or officer of, or professional retained by GOMEZ-PINZON ZULETA ABOGADOS S.A. has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of services provided to the Debtors, with any other person other than the principal and regular employees of the GOMEZ-PINZON ZULETA ABOGADOS S.A..

8.    Neither I nor any principal, partner, director or officer of, or professional retained by GOMEZ-PINZON ZULETA ABOGADOS S.A., insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this GOMEZ-PINZON ZULETA ABOGADOS S.A. is to be retained.

9.    The Debtors do not owe any amounts for services to GOMEZ-PINZON ZULETA ABOGADOS S.A. for prepetition services, (services performed prior to July 14, 2009) the payment of which is subject to limitations contained in the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

3

10.    GOMEZ-PINZON ZULETA ABOGADOS S.A. is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if GOMEZ-PINZON ZULETA ABOGADOS S.A. should discover any facts bearing on the matters described herein, GOMEZ-PINZON ZULETA ABOGADOS S.A. will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2010

GOMEZ-PINZON ZULETA ABOGADOS S.A.

Name: SANTIAGO JARAMILLO CARO

Title: PARTNER.

4