# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2010 Through September 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 50.00 |
| Transcripts | | 2,095.04 |
| Photos/Art/ Spec Duplicating | | 4,517.57 |
| Travel | | 1,011.80 |
| Meals | | 278.35 |
| Messenger Service | | 159.00 |
| Courier/Delivery Service | | 366.11 |
| Computer Research | Westlaw | 1,385.83 |
| Secretarial Overtime | | 20.00 |
| Duplicating | In Office | 1,136.10 |
| Facsimile | | 3,697.50 |
| Postage | | 50.48 |
| Paralegal Overtime | (A. Conway – 9/3/10, 9/25/10)[6] | 121.00 |
| Paralegal Overtime Expense | | 36.23 |
| Hotel Accommodations | | 3,799.42 |
| Non-Delaware Registered Agent Services | | 1,573.00 |
| Conference Calls | | 58.00 |
| **Grand Total Expenses** | | **$20,355.43** |

---

[6] Work performed by paralegal on behalf of the Debtors outside of the normal business hours with respect to document preparation, noticing, filing and service of agendas, motions, lease assumption/assignment notices and/or other related matters.

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/10 10:38:03

PRO FORMA 259188        AS OF 09/30/10        INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 833623 | 09/20/10 | B | (25.00) | )Reversal from Void Check Number: 67141 Bank ID: 01 Voucher ID: 173591 Vendor: U.S. DISTRICT COURT FOR DISTRICT OF | 503 DELA | 597 | 174122 |
| 828815 | 09/20/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC FOR TAMARA BRITT OF CLEARY GOTTLIEB | 503 | 597 | 173591 |
| 828868 | 09/21/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC - M. VANEK OF CLEARY | 503 | 597 | 173641 |
| 829151 | 09/22/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC FOR KATHERINE J. ROBERTS OF CLEARY GOTTLIEB | 503 | 597 | 173659 |
| 827707 | 09/01/10 | B | 778.04 | Transcripts - WILCOX & FETZER, LTD` ORIG E-TRANSCRIPT OF BANKRUPTCY COURT HEARING | 506 | 322 | 173284 |
| 827761 | 09/03/10 | B | 331.25 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138- COPY OF TRANSCRIPT | 506 | 904 | 173357 |
| 828837 | 09/16/10 | B | 757.80 | Transcripts - WILCOX & FETZER, LTD` BANKRUPTCY COURT HEARING TRANSCRIPTS - 09/16/ | 506 10 | 904 | 173617 |
| 829638 | 09/23/10 | B | 227.95 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPT - 09/23/1 | 506 0 | 904 | 173732 |
| 828612 | 09/08/10 | B | 450.43 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS AND ENVELOPES | 510 | 597 | 173501 |
| 828610 | 09/09/10 | B | 591.72 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS AND ENVELOPES | 510 | 597 | 173499 |
| 828611 | 09/09/10 | B | 915.39 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS AND ENVELOPES | 510 | 597 | 173500 |
| 828614 | 09/14/10 | B | 608.42 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` HAND DELIVERIES, BANKRUPTCY MAILOUTS AND ENVELOPES | 510 | 597 | 173503 |
| 829298 | 09/15/10 | B | 31.38 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES AND BANKRUTPCY MAILOUTS | 510 | 597 | 173690 |
| 829652 | 09/22/10 | B | 619.69 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 173745 |
| 829653 | 09/23/10 | B | 1,106.78 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 173746 |
| 830288 | 09/28/10 | B | 193.76 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` PRINTS AND LABOR | 510 | 904 | 174028 |

```
Nortel Networks, Inc.                           PRO FORMA  259188        AS OF 09/30/10                       INVOICE# ******
63989-DIP
DATE: 10/22/10 10:38:03

INDEX   DATE      STAT  AMOUNT   DESCRIPTION                                                              CODE    TKPER  VOUCHER
827991  09/01/10   B     86.60   Travel - ROADRUNNER EXPRESS INC.` PASSENGER: ANDREW                      511     000    173426
                                 GRAHAM; PU: MNAT/ DROP: PHL AP - 09/01/10
830243  09/23/10   B    172.00   Travel - UNIGLOBE RED CARPET TRAVEL` PASSENGER: D.                       511     322    173992
                                 ABBOTT - AMTRAK; WILMINGTON, DE TO NY - 09/23/10
830244  09/23/10   B    309.00   Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A.                         511 TO  904    173992
                                 CORDO - AMTRAK; WILMINGTON, DE NY - 09/23/10
830245  09/23/10   B    309.00   Travel UNIGLOBE RED CARPET TRAVEL` PASSENGER: A.                         511 TO  948    173992
                                 GAZZE - AMTRAK; WILMINGTON, DE NY - 09/23/10
829909  09/25/10   B     13.80   Travel ALISSA GAZZE` REIMBURSEMENT OF TAXIS FROM TRIP                    511     948    173810
                                 TO NY TO ATTEND AUCTION - 09/23 - 09/25/10
830093  09/25/10   B     20.00   Travel ANN CORDO` REIMBURSEMENT OF PARKING FROM                          511     904    173917
                                 TRIP TO NY - 09/23 - 09/25/10
830712  09/25/10   B    101.40   Travel - EAGLE TRANSPORTATION SERVICES` PASSENGER: D.                    511 -   322    174052
                                 ABBOTT; PU: PHL AP/ DROP: RIDON 09/25/10
827394  09/01/10   B    112.50   Meals - URBAN CAFE, LLC` BREAKFAST FOR 10 - 09/01/10                     512     904    173229
828795  09/16/10   B     70.00   Meals - URBAN CAFE, LLC` BREAKFAST FOR 8 - 09/16/10                      512     000    173566
830094  09/25/10   B      2.20   Meals ANN CORDO` REIMBURSEMENT OF MEALS FROM TRIP                        512 3   904    173917
                                 TO NY - 09/2 - 09/25/10
829910  09/25/10   B      6.15   Meals ALISSA GAZZE` REIMBURSEMENT OF MEALS FROM TRIP                     512     948    173810
                                 TO NY TO ATTEND AUCTION - 09/23 - 09/25/10
830269  09/30/10   B     87.50   Meals - URBAN CAFE, LLC` BREAKFAST FOR 10 - 09/30/10                     512     000    174003
830747  09/01/10   B      6.00   Messenger Service                                                        513S    546
830744  09/01/10   B      3.00   Messenger Service                                                        513S    597
830754  09/02/10   B      6.00   Messenger Service                                                        513S    597
830757  09/02/10   B      3.00   Messenger Service                                                        513S    597
830758  09/02/10   B      6.00   Messenger Service                                                        513S    597
830765  09/03/10   B      3.00   Messenger Service                                                        513S    597
830779  09/03/10   B      3.00   Messenger Service                                                        513S    597
830767  09/03/10   B      3.00   Messenger Service                                                        513S    546
830768  09/03/10   B      3.00   Messenger Service                                                        513S    546
830772  09/03/10   B      3.00   Messenger Service                                                        513S    597
830780  09/07/10   B      3.00   Messenger Service                                                        513S    597
830783  09/07/10   B      3.00   Messenger Service                                                        513S    597
830793  09/08/10   B      3.00   Messenger Service                                                        513S    597
830794  09/08/10   B      3.00   Messenger Service                                                        513S    597
830808  09/09/10   B      3.00   Messenger Service                                                        513S    597
```

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/10 10:38:03

PRO FORMA 259188          AS OF 09/30/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 830815 | 09/09/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830819 | 09/09/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 830809 | 09/09/10 | B | 3.00 | Messenger Service | 513S | 546 | |
| 830839 | 09/13/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830842 | 09/13/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830847 | 09/13/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830865 | 09/14/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830885 | 09/16/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830867 | 09/17/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 830910 | 09/21/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831215 | 09/22/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831222 | 09/22/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831227 | 09/23/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831228 | 09/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831240 | 09/24/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831245 | 09/27/10 | B | 9.00 | Messenger Service | 513S | 597 | |
| 831279 | 09/27/10 | B | 3.00 | Messenger Service | 513S | 322 | |
| 831275 | 09/27/10 | B | 3.00 | Messenger Service | 513S | 322 | |
| 831278 | 09/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831299 | 09/28/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 831291 | 09/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831295 | 09/28/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 831298 | 09/29/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831305 | 09/29/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 831308 | 09/30/10 | B | 3.00 | Messenger Service | 513S | 948 | |
| 831316 | 09/30/10 | B | 3.00 | Messenger Service | 513S | 948 | |
| 831320 | 09/30/10 | B | 3.00 | Messenger Service | 513S | 904 | |
| 831322 | 09/30/10 | B | 3.00 | Messenger Service | 513S | 904 | |
| 831324 | 09/02/10 | B | 37.62 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 173411 |
| 827922 | | | | | | | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/10 10:38:03

PRO FORMA   259188          AS OF 09/30/10                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 829917 | 09/09/10 | B | 10.82 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 173835 |
| 829931 | 09/11/10 | B | 15.45 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 597 | 173835 |
| 828738 | 09/14/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 173542 |
| 828739 | 09/14/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 173542 |
| 828743 | 09/14/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 173543 |
| 828750 | 09/14/10 | B | 27.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 173543 |
| 828740 | 09/14/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173542 |
| 828741 | 09/14/10 | B | 14.52 | Courier/Delivery Service | 514 | 597 | 173542 |
| 834630 | 09/14/10 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/14/10 | 514 | 597 | 174357 |
| 828742 | 09/14/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173542 |
| 830188 | 09/27/10 | B | 15.76 | Courier/Delivery Service | 514 | 948 | 173986 |
| 830545 | 09/27/10 | B | 38.41 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 174035 |
| 830189 | 09/27/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173986 |
| 830209 | 09/28/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173988 |
| 830210 | 09/28/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173988 |
| 830211 | 09/28/10 | B | 14.52 | Courier/Delivery Service | 514 | 597 | 173988 |
| 830212 | 09/28/10 | B | 10.55 | Courier/Delivery Service | 514 | 597 | 173988 |
| 830213 | 09/28/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 173988 |
| 830214 | 09/28/10 | B | 10.55 | Courier/Delivery Service | 514 | 000 | 173988 |
| 830543 | 09/28/10 | B | 27.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 174035 |
| 830595 | 09/30/10 | B | 13.34 | Courier/Delivery Service | 514 | 904 | 174036 |
| 828168 | 09/08/10 | B | 43.92 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 828169 | 09/09/10 | B | 143.54 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 829424 | 09/13/10 | B | 113.04 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 829425 | 09/14/10 | B | 194.49 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 829426 | 09/14/10 | B | 154.78 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 829427 | 09/17/10 | B | 50.29 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 830340 | 09/23/10 | B | 363.77 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |
| 830341 | 09/23/10 | B | 107.53 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 830342 | 09/24/10 | B | 176.44 | Computer Research - Westlaw Search Performed by: BROSTOFF,SETH S | 515 | 942 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/10 10:38:03

PRO FORMA 259188          AS OF 09/30/10          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 830444 | 09/30/10 | B | 38.03 | Computer Research - Westlaw Search Performed by: BIRD,L JOHN | 515 | 941 | |
| 829778 | 09/13/10 | B | 20.00 | Secretarial Overtime | 516S | 578 | |
| 831469 | 08/10/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 831470 | 08/10/10 | B | 3.60 | In-House Duplicating | 519 | 597 | |
| 831508 | 08/11/10 | B | 1.30 | In-House Duplicating | 519 | 546 | |
| 831554 | 08/12/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 831594 | 08/13/10 | B | 0.50 | In-House Duplicating | 519 | 597 | |
| 831640 | 08/16/10 | B | 6.20 | In-House Duplicating | 519 | 597 | |
| 831641 | 08/16/10 | B | 15.20 | In-House Duplicating | 519 | 670 | |
| 831681 | 08/17/10 | B | 15.20 | In-House Duplicating | 519 | 676 | |
| 831679 | 08/17/10 | B | 0.30 | In-House Duplicating | 519 | 597 | |
| 831680 | 08/17/10 | B | 5.40 | In-House Duplicating | 519 | 597 | |
| 831764 | 08/19/10 | B | 28.00 | In-House Duplicating | 519 | 605 | |
| 831807 | 08/20/10 | B | 10.00 | In-House Duplicating | 519 | 605 | |
| 831806 | 08/20/10 | B | 1.20 | In-House Duplicating | 519 | 597 | |
| 831883 | 08/23/10 | B | 18.40 | In-House Duplicating | 519 | 546 | |
| 831929 | 08/24/10 | B | 3.20 | In-House Duplicating | 519 | 546 | |
| 831930 | 08/24/10 | B | 1.80 | In-House Duplicating | 519 | 594 | |
| 831931 | 08/24/10 | B | 10.40 | In-House Duplicating | 519 | 623 | |
| 831962 | 08/25/10 | B | 3.60 | In-House Duplicating | 519 | 623 | |
| 831963 | 08/25/10 | B | 2.80 | In-House Duplicating | 519 | 597 | |
| 832048 | 08/27/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 832049 | 08/27/10 | B | 21.80 | In-House Duplicating | 519 | 626 | |
| 832109 | 08/30/10 | B | 0.30 | In-House Duplicating | 519 | 546 | |
| 832110 | 08/30/10 | B | 1.20 | In-House Duplicating | 519 | 546 | |
| 832111 | 08/30/10 | B | 3.10 | In-House Duplicating | 519 | 546 | |
| 832186 | 08/31/10 | B | 16.20 | In-House Duplicating | 519 | 594 | |
| 832228 | 09/01/10 | B | 2.40 | In-House Duplicating | 519 | 546 | |
| 832229 | 09/01/10 | B | 24.20 | In-House Duplicating | 519 | 904 | |
| 832283 | 09/02/10 | B | 2.40 | In-House Duplicating | 519 | 546 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/22/10 10:38:03

PRO FORMA 259188          AS OF 09/30/10                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 832284 | 09/02/10 | B | 3.20 | In-House Duplicating | 519 | 546 | |
| 832285 | 09/02/10 | B | 10.00 | In-House Duplicating | 519 | 605 | |
| 832328 | 09/03/10 | B | 7.20 | In-House Duplicating | 519 | 546 | |
| 832377 | 09/07/10 | B | 50.00 | In-House Duplicating | 519 | 605 | |
| 832378 | 09/07/10 | B | 16.10 | In-House Duplicating | 519 | 605 | |
| 832376 | 09/07/10 | B | 9.20 | In-House Duplicating | 519 | 670 | |
| 830522 | 09/08/10 | B | 46.40 | In-House Duplicating | 519 | 637 | |
| 832420 | 09/08/10 | B | 9.60 | In-House Duplicating | 519 | 605 | |
| 832480 | 09/09/10 | B | 22.40 | In-House Duplicating | 519 | 605 | |
| 832481 | 09/09/10 | B | 52.90 | In-House Duplicating | 519 | 605 | |
| 832478 | 09/09/10 | B | 48.40 | In-House Duplicating | 519 | 546 | |
| 832479 | 09/09/10 | B | 3.00 | In-House Duplicating | 519 | 597 | |
| 832530 | 09/10/10 | B | 14.20 | In-House Duplicating | 519 | 597 | |
| 832528 | 09/10/10 | B | 23.60 | In-House Duplicating | 519 | 605 | |
| 832529 | 09/10/10 | B | 86.40 | In-House Duplicating | 519 | 605 | |
| 832695 | 09/14/10 | B | 14.40 | In-House Duplicating | 519 | 670 | |
| 832688 | 09/14/10 | B | 12.60 | In-House Duplicating | 519 | 597 | |
| 832689 | 09/14/10 | B | 2.90 | In-House Duplicating | 519 | 597 | |
| 832690 | 09/14/10 | B | 6.20 | In-House Duplicating | 519 | 597 | |
| 832691 | 09/14/10 | B | 11.10 | In-House Duplicating | 519 | 597 | |
| 832692 | 09/14/10 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 832693 | 09/14/10 | B | 9.00 | In-House Duplicating | 519 | 597 | |
| 832694 | 09/14/10 | B | 8.50 | In-House Duplicating | 519 | 546 | |
| 830655 | 09/15/10 | B | 2.70 | In-House Duplicating | 519 | 622 | |
| 832817 | 09/16/10 | B | 19.10 | In-House Duplicating | 519 | 622 | |
| 830675 | 09/17/10 | B | 15.50 | In-House Duplicating | 519 | 597 | |
| 832919 | 09/20/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 833023 | 09/22/10 | B | 7.20 | In-House Duplicating | 519 | 605 | |
| 833083 | 09/23/10 | B | 13.00 | In-House Duplicating | 519 | 605 | |
| 833144 | 09/24/10 | B | 5.50 | In-House Duplicating | 519 | 670 | |

```
Nortel Networks, Inc.                    PRO FORMA   259188       AS OF 09/30/10                        INVOICE# ******
63989-DIP
DATE: 10/22/10 10:38:03

INDEX   DATE      STAT  AMOUNT     DESCRIPTION                                                    CODE  TKPER  VOUCHER
830711  09/24/10  B       53.90   In-House Duplicating                                             519   597
830723  09/24/10  B       57.20   In-House Duplicating                                             519   597
833200  09/27/10  B        4.80   In-House Duplicating                                             519   670
833251  09/28/10  B       14.40   In-House Duplicating                                             519   670
833252  09/28/10  B        4.40   In-House Duplicating                                             519   605
833248  09/28/10  B        4.20   In-House Duplicating                                             519   597
833249  09/28/10  B       28.00   In-House Duplicating                                             519   597
833250  09/28/10  B       15.20   In-House Duplicating                                             519   597
833247  09/28/10  B       13.70   In-House Duplicating                                             519   623
833309  09/29/10  B        0.80   In-House Duplicating                                             519   597
833310  09/29/10  B       51.00   In-House Duplicating                                             519   605
833308  09/29/10  B       58.20   In-House Duplicating                                             519   670
833370  09/30/10  B       25.50   In-House Duplicating                                             519   670
833371  09/30/10  B        0.40   In-House Duplicating                                             519   597
833372  09/30/10  B       39.00   In-House Duplicating                                             519   622
833373  09/30/10  B       33.40   In-House Duplicating                                             519   626
835228  08/21/10  B       34.65   Postage                                                          520   597
829527  09/08/10  B       13.73   Postage                                                          520   597
834255  09/29/10  B        2.10   Postage                                                          520   597
831331  09/30/10  B        1.00   Facsimile                                                        522   597
827733  09/01/10  B      623.20   Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE          522H   546   173319
                                  SENT VIA FAX
829299  09/15/10  B      693.50   Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX                522H   597   173691
830123  09/28/10  B    1,047.80   Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE          522H   546   173945
                                  SENT VIA FAX
830275  09/29/10  B    1,332.00   Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX                522H   904   174010
829729  09/03/10  B       28.83   Paralegal Overtime                                              530S   594
829769  09/03/10  B       28.83   Paralegal Overtime                                              530S   594
833769  09/25/10  B       63.34   Paralegal Overtime                                              530S   594
827809  09/03/10  B       15.00   Paralegal Overtime Expense - PETTY CASH' A. CONWAY OT MEAL       531   594   173383
                                  - 09/03/10
```

```
Nortel Networks, Inc.                             PRO FORMA  259188      AS OF 09/30/10                              INVOICE# ******
63989-DIP
DATE: 10/22/10 10:38:03

INDEX   DATE     STAT  AMOUNT    DESCRIPTION                                                                    CODE      TKPER   VOUCHER
834598  09/10/10  B      21.23   Paralegal Overtime Expense GROTTO'S PIZZA` E. CAMPBELL OT                       531        597    174354
                                 MEAL - 09/10/10
830110  09/24/10  B   1,476.18   Hotel Accommodations - DEREK C. ABBOTT` REIMBURSEMENT                          549 Y       322    173928
                                 OF HOTEL CHARGES FROM TRIP TO N TO ATTEND NSS
                                 AUCTION - 09/23 - 09/24/10
829908  09/25/10  B   1,161.62   Hotel Accommodations - ALISSA GAZZE` REIMBURSEMENT OF                          549 Y       948    173810
                                 HOTEL CHARGES FROM TRIP TO N TO ATTEND AUCTION -
                                 09/23 - 09/25/10
830092  09/25/10  B   1,161.62   Hotel Accommodations - ANN CORDO` REIMBURSEMENT OF                             549 Y       904    173917
                                 HOTEL CHARGES FROM TRIP TO N - 09/23 - 09/25/10
829666  09/17/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION` ACE                    551        642    173761
                                 TECHNOLOGIES CORP. - CORPORATE/LTD PARTNERSHIP
829667  09/17/10  B     484.00   Non-Delaware Registered Agent Services - CT CORPORATION`                        551        642    173762
                                 AVEA ILESTISIM HIZMETLERI A.S., BWCS LTD., CELESTICA,
                                 AND GRAFIKOM - CORPORATE/LTD PARTNERSHIP
829296  09/21/10  B     242.00   Non-Delaware Registered Agent Services - CT CORPORATION`                       551        642    173686
                                 LEDEFYL S.A. - CORPORATE/LTD PARTNERSHIP                                       NAME
829662  09/21/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION`                        551        642    173757
                                 RAYA NETWORK SERVICES - CORPORATE/LTD PARTNERSHIP
829913  09/21/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION`                        551        642    173833
                                 KINNARPS PROJECT SOLUTIONS - CORPORATE/LTD
                                 PARTNERSHIP
829663  09/21/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION`                        551        642    173758
                                 PRIME CARRIER - CORPORATE/LTD PARTNERSHIP
829664  09/21/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION`                        551        642    173759
                                 INFORMATICS INTERNATIONAL - CORPORATE/LTD
                                 PARTNERSHIP
829665  09/21/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION` RSM                    551        642    173760
                                 RICHTER - CORPORATE/LTD PARTNERSHIP
829668  09/22/10  B     121.00   Non-Delaware Registered Agent Services - CT CORPORATION` ST                     551        642    173763
                                 MICROELECTRONICS, NV - CORPORATE/LTD PARTNERSHIP
834640  09/23/10  B      58.00   Conference Calls AMERICAN EXPRESS` COURTCALL - 09/23/10                        552H        904    174357
                     ---------
                     20,355.43
```