## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF MOTION RECORD FILED IN THE CANADIAN PROCEEDINGS TO APPROVE SALE OF NORTEL'S CARLING FACILITY

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Cross-Border Protocol approved in the above-captioned cases (Docket No. 18), on October 25, 2010, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Group**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**") by its undersigned counsel, filed in the above-captioned cases the Motion Record of the Applicants filed in the Canadian Proceedings in support of the approval of the sale of certain of Nortel's facilities located in Ontario, Canada (the "**Motion Record**").   A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on November 8, 2010.  A copy of the Motion Record is annexed hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion Record are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: October 25, 2010
       Wilmington, Delaware

                       ALLEN & OVERY LLP

                       Ken Coleman
                       Lisa Kraidin
                       1221 Avenue of the Americas
                       New York, New York  10020
                       Telephone (212) 610-6300
                       Facsimile (212) 610-6399
                       ken.coleman@allenovery.com
                       lisa.kraidin@allenovery.com

                       -and-

                       **BUCHANAN INGERSOLL & ROONEY PC**

                       By: /s/ Mary F. Caloway
                       Mary F. Caloway (No. 3059)
                       Mona A. Parikh (No. 4901)
                       The Brandywine Building
                       1000 West Street, Suite 1410
                       Wilmington, Delaware 19801
                       Telephone (302) 552-4200
                       Facsimile (302) 552-4295
                       mary.caloway@bipc.com

                       *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*