**<u>EXHIBIT A</u>**

Court File No. 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION
APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

### MOTION RECORD
### (Carling Facility)
### (returnable November 8, 2010)

October 22, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

# INDEX

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

## INDEX

| TAB | DOCUMENT | PAGE |
|-----|----------|------|
| 1. | Notice of Motion returnable November 8, 2010 | 001 |
| 2. | Affidavit of David Dunn, sworn October 22, 2010 | 041 |

# TAB 1

1

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION
(returnable November 8, 2010)**

Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "Applicants") will make a motion to Justice Morawetz of the Commercial List court on **Monday, November 8, 2010 at 12:30 p.m. at 393 University Avenue, Toronto, Ontario.**

PROPOSED METHOD OF HEARING: The motion is to be heard:

☐  in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐  in writing as an opposed motion under subrule 37.12.1(4);

☒  orally.

THE MOTION IS FOR AN ORDER:

(a)  Abridging the time for service of the Notice of Motion and Motion Record in respect of this motion and dispensing with further service thereof;

(b)  Approving and authorizing the transaction contemplated by an agreement of purchase and sale dated as of October 15, 2010 (the "Sale Agreement") by and among Nortel

Networks Limited ("NNL"), Nortel Networks Technology Corporation ("NNTC"), as vendors (collectively, the "Vendor"), and Her Majesty the Queen in the Right of Canada as represented by the Minister of Public Works and Government Services, as purchaser ("PWGSC" or the "Purchaser"), in respect of the Purchased Assets (as defined in the Sale Agreement);

(c)     Vesting the Applicants' right, title and interest in the Purchased Assets in the Purchaser, upon delivery by the Monitor (as defined below) of a Monitor's certificate;

(d)     Sealing the confidential appendices to the fifty-sixth report of the Monitor (as defined below) (the "Fifty-Sixth Report") pending further Order of this Court; and

(e)     Such further and other relief as counsel may request and this Honourable Court deem just.

THE GROUNDS FOR THE MOTION ARE:

**BACKGROUND**

(a)     On January 14, 2009 (the "Filing Date"), this Honourable Court made an Initial Order granting a stay of proceedings against the Applicants pursuant to the Companies' Creditors Arrangement Act, (Canada) R.S.C. 1985, c. C-36, as amended (the "CCAA") and appointing Ernst & Young Inc. as Monitor (the "Monitor") in the CCAA proceedings;

(b)     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including Nortel Networks Inc. ("NNI"), made voluntary filings under Chapter 11 of the United States Bankruptcy Code (the "Code"). On the same date, this Honourable Court granted an Order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases in the U.S. as "foreign proceedings" in Canada and giving effect to the automatic stay under the Code in Canada;

(c)     Additionally, on January 15, 2009, Nortel Networks UK Limited ("NNUK") and certain subsidiaries of Nortel incorporated in Europe, the Middle East or Africa ("EMEA") each obtained an administration order (the "Administration Proceedings") for the appointment

of administrators (the "Joint Administrators") from the High Court of England and Wales under the *Insolvency Act 1986*;

(d)     On January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited (the "Israeli Company"), filed an application with the Tel-Aviv-Jaffa District Court, (the "Israeli Court") pursuant to the *Israeli Companies Law, 1999*, and the regulations relating thereto for a stay of proceedings. On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and Avi D. Pelossof as joint administrators (the "Joint Israeli Administrators") of the Israeli Company under the *Israeli Companies Law, 1999*;

(e)     On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code;

(f)     On May 28, 2009, the Commercial Court of Versailles, France (the "French Court") ordered the commencement of secondary insolvency proceedings in respect of Nortel Networks S.A. ("NNSA"), which consist of liquidation proceedings during which NNSA was originally authorized to continue to operate as a going concern for an initial period of three months which period was subsequently extended to November 28, 2009.    In accordance with the European Union's Council Regulation (EC) No. 1346/2000 on Insolvency Proceedings, the English law proceedings (the "English Proceedings") remain the main proceedings in respect of NNSA although a French administrator and a French liquidator have been appointed and are in charge of the day-to-day affairs and continuing business of NNSA in France;

(g)     The French Court approved an order to (i) suspend the liquidation operation relating to the sale of the assets and/or business of NNSA for a renewal period of two months, subsequently extending until the earlier of May 31, 2010 or the filing by Kapsch CarrierCom AG with the French Court of a letter stating that its bid for the GSM/GSM-R assets of NNSA has become unconditional; (ii) authorize the continuation of the business of NNSA so long as the liquidation operations are suspended; and (iii) maintain the powers of the French administrator and liquidator during that period except with respect to the sale of assets and/or businesses of NNSA.  On March 25, 2010, the French Court ended the suspension of the liquidation operations.

(h)     On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for the recognition of the Administration Proceedings as they relate to NNUK and the English Proceedings under Chapter 15 of the Code.  On June 26, 2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code;

(i)     On July 14, 2009, Nortel Networks (CALA) Inc. (together with the Initial U.S. Debtors, the "U.S. Debtors") made a voluntary filing with the U.S. Court under Chapter 11 of the Code;

(j)     On March 10, 2010, Nortel Networks Telecomunicacoes do Brasil Ltda. ("NN Brazil") filed for bankruptcy protection in Brazil, and was placed under the control of a Brazilian bankruptcy trustee.  NN Brazil will no longer be participating in the Nortel global restructuring efforts;

(k)     References to "Nortel" herein shall be to the global enterprise as a whole;

(l)     Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Affidavit of David Dunn sworn October 22, 2010 (the "Dunn Affidavit");

(m)     All dollar references are CDN$ unless otherwise indicated;

**CARLING FACILITY**

(n)     The Carling facility is located at 3500 Carling Avenue, Ottawa, Ontario (the "Carling Facility") and has historically served as Nortel's Canadian Research and Development Facility ("R&D");

(o)     The Carling Facility is situated on the Freehold Lands, which are owned by NNTC and the Leasehold Lands which are leased by NNL from the National Capital Commission (a federal government entity) ("NCC"), (the "Ground Lease");

**SALES PROCESS**

(p)     Based on the advice of DTZ Barnicke ("DTZ") and in consultation with the Monitor, a marketing campaign for the Carling Facility was undertaken;

(q)     Thereafter, an extensive marketing and sale process was undertaken for the sale of the Carling Facility;

**THE SALE AGREEMENT**

(r)     On October 15, 2010, NNL, NNTC and PWGSC entered into the Sale Agreement;

(s)     The terms of the Sale Agreement include the following:

   (i)      The gross purchase price is $208 million in cash, exclusive of HST or other applicable transfer taxes and subject to certain adjustments that are typical of a commercial real estate transaction of this type;

   (ii)     The Purchased Assets are being sold on an "as-is, where-is" basis;

   (iii)    The Purchaser and Vendor are targeting a closing date of December 31, 2010 and in no event shall the Closing Date be later than March 31, 2011 without further written agreement of all parties;

   (iv)     In order to satisfy its obligations under the Transition Service Agreements with buyers of Nortel's operating businesses, Nortel requires continued use of certain space within the Carling Facility for a period of time after closing and as a result, NNL and the Purchaser will enter into the Nortel Lease on the Closing Date pursuant to which NNL will lease back a portion of the premises for a terms of three years, subject to earlier termination by NNL;

   (v)      Pursuant to the Nortel Lease, certain areas within the buildings the Vendor will continue to occupy on a rent-free basis for a period of twelve (12) months following the Closing Date; and

   (vi)     On or before Closing, the Purchaser and the Vendor will enter into a closing agreement, which, among other things, will outline certain agreements pertaining to the Closing of the Transaction and the treatment of certain realty taxes, post-closing adjustments and tenant letters of credit.

**SEALING**

(t)     The confidential appendices to the Fifty-Sixth Report contain commercially sensitive and competitive information which is appropriate to be sealed in the circumstances; and

(u)     Such further and other grounds as counsel may advise and this Honourable Court permit.

THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the motion:

(a)     The Affidavit of David Dunn sworn October 22, 2010;

(b)     The Fifty-Sixth Report; and

(c)     Such further and other relief as counsel may request and this Honourable Court deem just.

October 22, 2010

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4  CANADA

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930
Lawyers for the Applicants


TO:     Attached Service List

Court File No.  09-CL-7950

### ONTARIO
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

### SERVICE LIST

TO:     **OGILVY RENAULT LLP**
        Royal Bank Plaza, South Tower
        200 Bay Street, Suite 3800
        Toronto, Ontario M5J 2Z4

        Derrick Tay
        Tony Reyes
        Jennifer Stam

        Email:    dtay@ogilvyrenault.com
                  treyes@ogilvyrenault.com
                  jstam@ogilvyrenault.com

        Tel:      416.216.4000
        Fax:      416.216.3930

        Lawyers for the Applicants

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, ON  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:    nortel.monitor@ca.ey.com

Tel:      416.943.3016
Fax:      416.943.3300

AND
TO:  **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:    jcarfagnini@goodmans.ca
          jpasquariello@goodmans.ca
          grubenstein@goodmans.ca
          fmyers@goodmans.ca
          carmstrong@goodmans.ca

Tel:      416.597.4107
Fax:      416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:  **OSLER HOSKIN AND HARCOURT
LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, ON  M5X 1B8

Lyndon Barnes
Rupert Chartrand
Edward Sellers
Adam Hirsh

Email:    lbarnes@osler.com
          rchartrand@osler.com
          esellers@osler.com
          ahirsh@osler.com

Tel:      416.362.2111
Fax:      416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO:  **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, ON  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Edmond Lamek
Jon Levin

Email:    dmilner@fasken.com
          akauffman@fasken.com
          elamek@fasken.com
          jlevin@fasken.com

Tel:      416.868.3538
Fax:      416.364.7813

Lawyers for Export Development Canada

<table>
<tbody>
<tr><td>

AND TO:

**EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON  K1A 1K3

Jennifer Sullivan

Email:   jsullivan@edc.ca

Tel:     613.597.8651
Fax:    613.598.3113

</td><td>

AND TO:

**THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, ON  M5K 1K7

Robert I. Thornton
Rachelle Moncur
Leanne M. Williams

Email:   rthornton@tgf.ca
         rmoncur@tgf.ca
         lwilliams@tgf.ca

Tel:     416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

</td></tr>
</tbody>
</table>

**AND TO:** **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:   john.stringer@mcinnescooper.com
         stephen.kingston@mcinnescooper.com

Tel:     902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited

**AND TO:** **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart

Email:   jcarhart@millerthomson.com

Tel:     416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank

**AND TO:** **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, ON M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

Tel.:    416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

**AND TO:** **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:   hharrison@boughton.ca

Tel:     604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd.,
in its capacity as duly authorized agent for
Holdings 1506 Enterprises Ltd.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, ON  M5H 3Y4

Michael J. MacNaughton
Roger Jaipargas
Sam P. Rappos

Email:  mmacnaughton@blgcanada.com
Tel:    416. 367.6646
Fax:    416. 682.2837

Email:  rjaipargas@blgcanada.com
Tel:    416.367.6266
Fax:    416.361.7067

Email:  srappos@blgcanada.com
Tel:    416.367.6033
Fax:    416.361.7306

Lawyers for Bell Canada

AND
TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

John Contini
Aaron Rousseau

Email   jcontini@langmichener.ca
Tel:    416.307.4148
Fax:    416.304.3767

Email   arousseau@langmichener.ca
Tel:    416.307.4081
Fax:    416.365.1719

Lawyers for ABN AMRO Bank N.V.

AND
TO:

**SISKINDS LLP**
680 Waterloo Street
London, ON  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Monique L. Radlein

Email:  ray.leach@siskinds.com
        dimitri.lascaris@siskinds.com
        monique.radlein@siskinds.com

Tel:    519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers Pension
Trust Fund IBEW, Laborers Local 100 and 397
Pension Fund, and Bruce William Lapare

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, ON  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson

Email:  zychk@bennettjones.com
Tel:    416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:    416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:    416.777.5762
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

| | | | | |
|---|---|---|---|---|
| AND<br>TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON  M5H 3R3 | | AND<br>TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, ON  M5H 3R3 |

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:      416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:      416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:      416.595.2130
Fax:      416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:      416.595.2150
Fax:      416.204.2874

Email:   cpoltak@kmlaw.ca
Tel:      416.595.2701
Fax:      416.204.2909

Lawyers for the Former Employees of Nortel

Mark Zigler
Susan Philpott
Demetrios Yiokaris
Andrea McKinnon
Celeste Poltak

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:      416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:      416.204.2882

Email:   dyiokaris@kmlaw.ca
Tel:      416.595.2130
Fax:      416.204.2810

Email:   amckinnon@kmlaw.ca
Tel:      416.595.2150
Fax:      416.204.2874

Email:   cpoltak@kmlaw.ca
Tel:      416.595.2701
Fax:      416.204.2909

Lawyers for the LTD Beneficiaries

AND
TO:

**MILLER THOMSON LLP**

Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims
James Klotz

Email:  jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:     416.595.8695

Email:  msims@millerthomson.com
Tel:      416.595.8577
Fax:     416.595.8695

Email:  jmklotz@millerthomson.com
Tel:      416.595.4373
Fax:     416.595.8695

Lawyers for LG Electronics Inc.

AND
TO:

**MILLER THOMSON LLP**

Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Jeffrey Carhart
Margaret Sims

Email:  jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:     416.595.8695

Email   msims@millerthomson.com
Tel:      416.595.8577
Fax:     416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision Communication
Services, Inc.

AND
TO:

**LG ELECTRONICS INC.**

11/F, LG Twin Towers (West)
20 Yeouido-dong, Yeongduengpo-gu
Seoul 150-721, Korea

Joseph Kim

Email:  joseph.kim@lge.com

Tel:      +82.2.3777.3171
Fax:     +82.2.3777.5345

AND
TO:

**CHAITONS LLP**

185 Sheppard Avenue West
Toronto, ON  M2N 1M9

Harvey G. Chaiton

Email:  harvey@chaitons.com

Tel:      416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, ON  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:    ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:      416.646.4301

Email:    max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:      416.646.4301

Email:    lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:      416.646.4301

Email:    tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:      416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

E. Patrick Shea

Email:    patrick.shea@gowlings.com

Tel:      416.369.7399
Fax:      416.862.7661

Lawyers for Westcon Group

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, ON  M5X 1B2

R. Shayne Kukulowicz
Alex MacFarlane
Michael J. Wunder
Ryan Jacobs

Email:    Shayne.kukulowicz@fmc-law.com
          Alex.macfarlane@fmc-law.com
          Michael.wunder@fmc-law.com
          ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, ON  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:    rslattery@mindengross.com
          dullmann@mindengross.com
Tel:      416.369.4149
Fax:      416.864.9223

Lawyers for Verizon Communications Inc.

AND TO:  **AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:     416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:     416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
         smitra@airdberlis.com

Tel:     416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited
and Tata America International Corporation

AND TO:  **ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca
Tel:     604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products Ltd.

AND TO:  **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:  jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:    416.865.6636

Email:  vdare@foglers.com
Tel:     416.865.6641
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND TO:  **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:     416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:     416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:  **MILLER THOMSON LLP**
Scotia Plaza
40 King Street, West, Suite 5800
P.O. Box 1011
Toronto, ON  M5H 3S1

Maurice Fleming

Email:  mfleming@millerthomson.com
Tel:     416.595.8686
Fax:    416.595.8695

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Email:   jdavissydor@davis.ca
Tel:      416.941.5397
Fax:      416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:   dgrieve@casselsbrock.com
Tel:      416.860.5219
Fax:      416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:   andrew.kent@mcmillan.ca
Tel:      416.865.7160
Fax:      416.865.7048

Email:   hilary.clarke@mcmillan.ca
Tel:      416.865.7286
Fax:      416.865.7048

Email:   tushara.weerasooriya@mcmillan.ca
Tel:      416.865.7262
Fax:      416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Lawrence J. Crozier
Adam C. Maerov

Email:   lawrence.crozier@mcmillan.ca
Tel:      416.865.7178
Fax:      416.865.7048

Email:   adam.maerov@mcmillan.ca
Tel:      416.865.7285
Fax:      416.865.7048

Lawyers for Citibank

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Domenico Magisano

Email:   dmagisano@blaney.com
Tel:      416.593.2996
Fax:      416.593.5437

Lawyers for Expertech Network Installation Inc.

AND TO:    **GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley
Vern W. DaRe

Email:    jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:      416.865.6636

Email:    vdare@foglers.com
Tel:      416.865.6641
Fax:      416.865.6636

Lawyers for Amphenol Corporation

AND TO:    **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:    smitra@airdberlis.com

Tel:      416.863.1500
Fax:      416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND TO:    **LANG MICHENER LLP**
Brookfield Place
Suite 2500, 181 Bay Street
P.O. Box 747
Toronto, Ontario  M5J 2T7

Aaron Rousseau

Email:    arousseau@langmichener.ca
Tel:      416.307.4081
Fax:      416.365.1719

Lawyer for Right Management Inc.

AND TO:    **CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
Harvey Garman
Michael Casey

Email:    bleonard@casselsbrock.com
          hgarman@casselsbrock.com
          mcasey@casselsbrock.com

Tel:      416.860.6455
Fax:      416.640.3054

Lawyers for the UK Pension Protection Fund and
Nortel Networks UK Pension Trust Limited

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:    pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:      613.233.3774

Lawyers for Iron Mountain Canada Corporation
and Iron Mountain Information Management,
Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Thomas G. Heintzman
Junior Sirivar

Email:    theintzm@mccarthy.ca
Tel:      416.601.7627
Fax:      416.868.0673

Email:    jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:      416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**COLBY, MONET DEMERS, DELAGE &
CREVIER LLP**
Tour McGill College
1501 McGill College Avenue
Suite 2900
Montreal, Quebec  H3A 3M8

David J. Dropsy

Email:    ddropsy@colby-monet.com
Tel:      514.284.3663
Fax:      514.284.1961

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham

Email:    janice.payne@nelligan.ca
          steven.levitt@nelligan.ca
          christopher.rootham@nelligan.ca

Tel:      613.231.8245
Fax:      613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:   416.865.2318
Fax:   416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:   416.865.6944
Fax:   416.863.6275

Lawyers for Jabil Circuit Inc.

AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
         mgaggino@schneidergaggino.com

Tel:   514.631.8787
Fax:   514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND
TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:   nanci@eurodata.ca
Tel:   613.745.0921
Fax:   613.745.1172

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:   ryanbellr@bennettjones.com
         laugesenm@bennettjones.com

Tel:   416.863.1200
Fax:   416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:   tdunn@mindengross.com
Tel:   416.369.4335
Fax:   416.864.9223

Lawyers for 2748355 Canada Inc.

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:   lbrady@baldwinlaw.ca
Tel:   613.771.9991
Fax:   613.771.9998

Lawyers for Sydney Street Properties Corp.

AND TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc.

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009

AND TO:

**LAVERY, DE BILLY, LLP**
Barristers & Solicitors
Suite 2400, 600 de la Gauchetière West
Montreal, Quebec H3B 4L8

Jean-Yves Simard

Email :  jysimard@lavery.ca
Tel :     514.871.1522
Fax :    514.871.8977

Lawyers for Texas Landlords to Nortel
Networks Inc.

AND TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:   raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:   david.cohen@gowlings.com

Tel:      416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada Equipment
Finance G.P. and GE Capital Canada Leasing
Services Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:    bdarlington@davis.ca
Tel:       416.365.3529
Fax:      416.369.5210

Email:    jdavissydor@davis.ca
Tel:       416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company of
Canada

AND
TO:

**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Matthew P. Gottlieb

Email:   rschwill@dwpv.com
Tel:      416.863.0900
Fax:     416.863.0871

Email:   mgottlieb@dwpv.com
Tel:      416.863.0900
Fax:     416.863.0871

Lawyers for Nortel Networks UK Limited (In
Administration)

AND
TO:

**LAX O'SULLIVAN SCOTT LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:       416.598.1744
Fax:      416.598.3730

Email:    slaubman@counsel-toronto.com
Tel:       416.598.1744
Fax:      416.598.3730

Lawyers for William A. Owens

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Lydia Salvi

Email:    lydia.salvi@bakernet.com

Tel:      416.865.6944
Fax:      416.863.6275

Lawyers for Wipro Limited

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:    sgraff@airdberlis.com
Tel:      416.865.7726
Fax:      416.863.1515

Email:    iaversa@airdberlis.com
Tel:      416.865.3082
Fax:      416.863.1515

Lawyers for the Current and Former Employees
of Nortel Networks Inc. who are or were
Participants in the Long-Term Investment Plan
Sponsored by Nortel Networks Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:    hmeredith@mccarthy.ca
Tel:      416.601.8342
Fax:      416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**TORYS LLP**
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Scott Bomhof

Email:    sbomhof@torys.com
Tel:      416.865.7370
Fax:      416.865.7380

Lawyers for Nokia Siemens Networks B.V.

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:    dwinters@justice.gc.ca
Tel:      416.973.3172
Fax:      416.973.0810

AND
TO:

**LANG MICHENER LLP**
Brookfield Place
181 Bay Street, Suite 2500
Toronto, Ontario, M5J 2T7

Sheryl E. Seigel

Email:    sseigel@langmichener.ca
Tel:      416.307.4063
Fax:      416.365.1719

Lawyers for The Bank of New York Mellon

AND TO:   **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:     416.863.2572
Fax:     416.863.2653

Email:  marc.flynn@blakes.com
Tel:     416.863.2685
Fax:     416.863.2653

Lawyers for Telefonaktiebolaget L M Ericsson (publ)

AND TO:   **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  milly.chow@blakes.com
Tel:     416.863.2594
Fax:     416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:     416.863.2426
Fax:     416.863.2653

Email:  craig.thorburn@blakes.com
Tel:     416.863.2965
Fax:     416.863.2653

Lawyers for MatlinPatterson Global Advisers LLC, MatlinPatterson Global Opportunities Partners III L.P. and MatlinPatterson Opportunities Partners (Cayman) III L.P.

AND TO:   **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran
Ryan Stabile

Email:  kmcelcheran@mccarthy.ca
Tel:     416.601.7730
Fax:     416.868.0673

Email:  rstabile@mccarthy.ca
Tel:     416.601.8335
Fax:     416.868.0673

Lawyers for Avaya Inc.

AND TO:   **SACK GOLDBLATT MITCHELL LLP**
20 Dundas Street West
Suite 1100
Toronto, Ontario  M5G 2G8

James McDonald
Darrell Brown

Email:  jmcdonald@sgmlaw.com
Tel:     416.979.6425
Fax:     416.591.7333

Email:  dbrown@sgmlaw.com
Tel:     416.979.4050
Fax:     416.591.7333

Lawyers for Edmund Fitzgerald

AND
TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:     416.864.9700
Fax:     416.941.8852

Lawyers for Belden (Canada) Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:     212.845.7464
Fax:     212.371.7087

Email:   rferguson@stikeman.com
Tel:     212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

AND
TO:

**STIKEMAN ELLIOTT LLP**
5300 Commerce Court West
199 Bay Street
Toronto, ON  M5L 1B9

Sean F. Dunphy

Email:   sdunphy@stikeman.com
Tel:     416.869.5662
Fax:     416.947.0866

Lawyers for GENBAND Inc.

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:     416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:     416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:     613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du Quebec

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:     416.363.1867
Fax:     416.363.0263

Lawyers for the Opposing LTD Employees

- 18 -

24

AND
TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:    pamela.huff@blakes.com
Tel:      416.863.2958
Fax:      416.863.2653

Email:    jeremy.forgie@blakes.com
Tel:      416.863.3888
Fax:      416.863.2653

Lawyers for The Northern Trust Company,
Canada

AND
TO:

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer

Email:    lschweitzer@cgsh.com
          jbromley@cgsh.com
Tel:      212.225.2000
Fax:      212.225.3999

Lawyers for Nortel Networks Inc.

AND
TO:

**LERNERS LLP**
130 Adelaide St. West
Suite 2400
Toronto, ON  M5H 3P5

William E. Pepall

Email:    wpepall@lerners.ca
Tel:      416.601.2352
Fax:      416.867.2415

Lawyers for the Former Employees in Respect
of the Distribution of the Corpus of the Health
and Welfare Trust

AND
TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
T2P 4H2

Kyle D. Kashuba

Email:    kyle.kashuba@macleoddixon.com
Tel:      403.267.8399
Fax:      403.264.5973

Constellation NewEnergy Canada Inc.

AND
TO:

**SACK GOLDBLATT MITCHELL**
500 – 30 rue Metcalfe St.
Ottawa, ON  K1P 5L4

Peter Engelmann
Fiona Campbell

Email:    pengelmann@sgmlaw.com
Tel:      613-482-2452
Fax:      613-235-3041

Email:    fcampbell@sgmlaw.com
Tel:      613-482-2451
Fax:      613-235-3041

Lawyers for the LTD Beneficiaries in Respect of the
Distribution of the Corpus of the Health and Welfare
Trust

AND
TO:

**LANG MICHENER LLP**
Brookfield Place, Suite 2500
181 Bay Street
Toronto, ON  M5J 2T7

D. Brent McPherson

Email:    bmcpherson@langmichener.ca
Tel:      416.307.4103
Fax:      416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to Wachovia
Bank, N.A., in its capacity as Servicer for the Nortel
Networks Pass-Through Trust, Series 1-1

AND    **McCARTHY TETRAULT LLP**
TO:     Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage

E-mail:  bboake@mccarthy.ca
Tel:      416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:      416.601.7539
Fax:     416.686.0673

Lawyers for Morneau Sobeco Limited
Partnership

## COURTESY COPIES:

| | | | |
|---|---|---|---|
| AND TO: | **LEWIS AND ROCA**<br>40 North Central Avenue<br>Phoenix, Arizona<br>USA 85004-4429 | AND TO: | **AKIN GUMP STRAUSS HAUER &**<br>**FELD LLP**<br>One Bryant Park<br>New York, NY 10036 |

AND TO: **LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA 85004-4429

Scott K. Brown

Email: sbrown@lrlaw.com

Tel: 602.262.5321
Fax: 602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND TO: **CURTIS, MALLET-PREVOST, COLT &**
**MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail: sreisman@curtis.com
jdrew@curtis.com

Tel: 212.696.6000
Fax: 212-697-1559

Lawyers for Flextronics International

AND TO: **AKIN GUMP STRAUSS HAUER &**
**FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara

Email: fhodara@akingump.com

Tel: 212.872.1000
Fax: 212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND TO: **MILBANK, TWEED, HADLEY**
**McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Dennis F. Dunne
Andrew M. Leblanc
Albert A. Pisa

Email: DDunne@milbank.com
Tel: 212.530.5770
Fax: 212.530.5219

Email: ALeblanc@milbank.com
Tel: 212.835.7574
Fax: 212.530.5219

Email: APisa@milbank.com
Tel: 212.530.5319
Fax: 212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

AND TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York 10019

Michael L. Schein

Email:   mschein@vedderprice.com

Tel:      212.407.6920
Fax:     212.407.7799

U.S. Lawyers for Telmar Network Technology,
Inc. and Precision Communication Services, Inc.

AND TO:

**MACLEOD DIXON LLP**
3700 Canterra Tower
400, 3rd Avenue N.W.
Calgary, Alberta  T2P 4H2

Andrew Robertson
Caylee M. Rieger

Email :   andrew.robertson@macleoddixon.com
           caylee.rieger@macleoddixon.com

Tel :     403.267.8222
Fax :    403.264.5973

Agent for Nelligan O'Brien Payne LLP, lawyers
for the Steering Committee of Recently Severed
Canadian Nortel Employees and lawyers for the
Steering Committee of Nortel Canadian
Continuing Employees – Post CCAA as at
January 14, 2009

AND TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel:      312.602.5033
Fax:     312.602.5050

U.S. Lawyers for Tellabs, Inc.

AND TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :    212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

28

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL
NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF PPSA REGISTRANTS**

TO:      **OGILVY RENAULT LLP**
         Royal Bank Plaza, South Tower
         200 Bay Street, Suite 3800
         Toronto, Ontario M5J 2Z4

         Derrick Tay
         Mario Forte
         Jennifer Stam

         Email:      dtay@ogilvyrenault.com
                     mforte@ogilvyrenault.com
                     jstam@ogilvyrenault.com

         Tel:      416.216.4000
         Fax:      416.216.3930

         Lawyers for the Applicants

**29**

### BY EMAIL:

| | |
|---|---|
| AND TO: | **ARI FINANCIAL SERVICES INC.**<br>600-1270 Central Parkway West<br>Mississauga, ON L5C 4P4 |

Tel:    905-803-8000
Fax:   905-803-8644

Email:  ldearborn@arifleet.ca
          jmcmullin@arifleet.ca

AND TO: **GENERAL ELECTRIC CAPITAL EQUIPMENT FINANCE INC.**
5420 North Service Road
Burlington, ON L7L 6C7

Christopher Rankin

Tel:    514.394.2919
Fax:   514.397.5300

Email : christopher.rankin@ge.com

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
1 Place Ville Marie
Suite 1401
Montreal, QC H3B 2B2

Christopher Rankin

Tel:    514.394.2919
Fax:   514.397.5300

Email : christopher.rankin@ge.com

---

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, ON  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:    613.597.8651
Fax:   613.598.3113

AND TO: **GE CAPITAL CANADA LEASING SERVICES INC.**
5420 North Service Road
4th Floor
Burlington, ON L7L 6C7

Christopher Rankin

Tel:    514.394.2919
Fax:   514.397.5300

Email : christopher.rankin@ge.com

AND TO: **GENERAL ELECTRIC CANADA EQUIPMENT FINANCE G.P.**
500 North Service Road
8th Floor
Burlington, ON L7L 6W6

Christopher Rankin

Tel:    514.394.2919
Fax:   514.397.5300

Email : christopher.rankin@ge.com

30

AND   **NEXCAP FINANCE**
TO:   **CORPORATION**
      3027 Harvester Road
      Suite 212
      Burlington, ON L7N 3G7


      Scott Lowes


      Tel:    905.637.4467 ext. 117
      Fax:    905-637-1882


      Email:  slowes@nexcap.com


AND   **THE BANK OF NOVA SCOTIA**
TO:   44 King Street West,
      Toronto, ON M5H 1H1


      Attn:    CSRS Queue


      Tel:    1.888.855.1234


      Email:  bsc@scotiabank.com

AND   **STEELCASE FINANCIAL SERVICES**
TO:   **LTD.**
      1 Steelcase Rd. W.
      Markham, ON L3R 0T3


      Janeen Treur


      Tel:    616.246.4389


      Email:  jtreur@steelcase.com

31

**BY FAX:**

AND   **ABN AMRO BANK N.V.**
TO:   Canada Branch
     79 Wellington Street West
     Suite 1500
     Toronto, ON M5K 1G8

     Tel:     416-367-0850
     Fax:    416-367-1485

AND   **ABN AMRO BANK N.V.**
TO:   600 De Maissonneuve Blvd. W.
     Suite 1500
     Montreal, QC H3A 3J2

     Tel:     514.284.1133
     Fax:    514.284.2357

AND   **DELL FINANCIAL SERVICES**
TO:   **CANADA LIMITED**
     155 Gordon Baker Road
     Suite 501
     North York, ON M2H 3N5

     Tel:     1.877.814.4142
     Fax:    1.888.438..1117

AND   **GENERAL ELECTRIC CAPITAL**
TO:   **CANADA INC.**
     2300 Meadowvale Boulevard
     Suite 200
     Mississauga, ON L5N 5P9

     Bethany St. Pierre

     Tel:     1.866.329.4323
     Fax:    1.866.993.1902

AND   **ST MICROELECTRONICS**
TO:   **(CANADA), INC.**
     1310 Electronics Drive
     Carrollton, Texas 75006

     Tel:     613.768.9011
     Fax:    613.768.9001

AND   **HEWLETT-PACKARD FINANCIAL**
TO:   **SERVICES CANADA COMPANY**
     5150 Spectrum Way
     Mississauga, ON L4W 5G1

     Attn:     Legal Department

     Tel:     905.206.4725
     Fax:    905.206.4191

AND   **PRODAIR CANADA LTEE**
TO:   291 Rue Quinlan
     Ville Lasalle, QC H8R 3W4

     Alain Cote

     Tel:     1.800.363.3572
     Fax:    418.878.3235

32

**BY COURIER:**

AND   **CIT TECHNOLOGIES INC.**
TO:   181 Bay Street
      Suite 3500
      Toronto, ON M5J 2T3

AND   **HOLMAN CANADA LIMITED**
TO:   **PARTNERSHIP**

      9000 Midlantice Drive
      Mt. Laurel, New Jersey
      USA  08054

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**SUPPLEMENTARY SERVICE LIST OF
PROVINCIAL TAX AUTHORITIES**

TO:      **OGILVY RENAULT LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Derrick Tay
Mario Forte
Jennifer Stam

Email:    dtay@ogilvyrenault.com
mforte@ogilvyrenault.com
jstam@ogilvyrenault.com

Tel:     416.216.4000
Fax:     416.216.3930

Lawyers for the Applicants

34

**BY EMAIL:**

**ALBERTA**

AND
TO:

**ALBERTA MINISTRY OF FINANCE**
The Tax and Revenue Administration
9811-109 Street
Edmonton, Alberta  T5K 2L5

Sue Jamieson, Assistant Deputy Minister

Email: sue.jamieson@gov.ab.ca
Tel:    780.427.9403
Fax:    780.427.0348

**MANITOBA**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF MANITOBA AS
REPRESENTED BY THE MINISTER OF
FINANCE**

450 Broadway
Winnipeg, Manitoba  R3C 0V8

Barry Draward

E-mail: barry.draward@gov.mb.ca
Tel:    204.945.3758
Fax:    204.948.2360

35

**NEW BRUNSWICK**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEW BRUNSWICK AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Centennial Building
Room: 371, Floor: 3
P. O. Box 6000
Fredericton, New Brunswick
E3B 5H1

Lynn Noel

Email:  lynn.noel@gnb.ca
Tel:      506.457.3550
Fax:     506.444.4920


**NEWFOUNDLAND**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NEWFOUNDLAND AS
REPRESENTED BY THE MINISTER OF
FINANCE**

Department of Finance
3rd Floor, East Block, Confederation Complex
P.O. Box 8700, St. John's, Newfoundland
A1B 4J6

Keith Rees

Email:  krees@gov.nl.ca
Tel:      709.729.6297
Fax:     709.729.2856

**NOVA SCOTIA** 36

AND
TO:
**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF NOVA SCOTIA AS
REPRESENTED BY THE MINISTER OF
FINANCE**

P.O. Box 187
1723 Hollis St.
Halifax, Nova Scotia  B3J 2N3

Doug Moodie

Email:   moodiedj@gov.ns.ca
Tel:      902.424.5720
Fax:      902.424.6635

**ONTARIO**

AND
TO:
**ONTARIO MINISTRY OF FINANCE**
Legal Services Branch
6th Floor
33 King Street West
Oshawa, Ontario
L1H 8H5

Kevin O'Hara

Email:   kevin.ohara@ontario.ca
Tel:      905.433.6934
Fax:      905.436.4510

**PRINCE EDWARD ISLAND**

37

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF PRINCE EDWARD
ISLAND AS REPRESENTED BY THE
PROVINCIAL TREASURY**

Shaw Building, 1st Floor
95 Rochford Street
PO Box 2000
Charlottetown, PE  C1A 7N8

Mary Hennessey

Email:  mihennessey@gov.pe.ca
Tel:      902.368.4070
Fax:     902.368.6164

**SASKATCHEWAN**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF
THE PROVINCE OF SASKATCHEWAN AS
REPRESENTED BY THE MINISTER OF
FINANCE**

2350 Albert Street
Regina, Saskatchewan  S4P 4A6

Margaret Johannsson, Assistant Deputy Minister

Email:  Margaret.johannsson@gov.sk.ca
Tel:      306.787.6685
Fax:     306.787.0241

**FEDERAL**

38

AND
TO:

**CANADA REVENUE AGENCY**
c/o Department of Justice
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email: diane.winters@justice.gc.ca
Tel:    416.973.3172
Fax:   416.973.0810

39

**BY FAX:**

**BRITISH COLUMBIA**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF BRITISH COLUMBIA, AS REPRESENTED BY THE MINISTER OF FINANCE, REVENUE DIVISION**

3rd Floor, 1802 Douglas Street
Victoria, British Columbia  V8T 4K6

Michael Ford

Fax:    250.356.0065

**QUEBEC**

AND
TO:

**HER MAJESTY THE QUEEN IN RIGHT OF THE PROVINCE OF QUEBEC AS REPRESENTED BY THE MINISTER OF FINANCE**

**Ministère des Finances**
12, rue Saint-Louis
Québec (Québec) G1R 5L3

Tel:    418.528.9323
Fax:    418.646.1631

40

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

Applicants

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

NOTICE OF MOTION
(returnable November 8, 2010)

OGILVY RENAULT LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario M5J 2Z4
CANADA

**Derrick Tay LSUC# 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC# 46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants

# TAB 2

41

Court File No: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL**
**NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL**
**CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AFFIDAVIT OF DAVID DUNN**
**(sworn October 22, 2010)**

I, **David Dunn**, of the Municipality of North Grenville in the Province of Ontario,
MAKE OATH AND SAY:

1.  I am the Leader – Global Nortel Real Estate of the Applicants (as defined below) and
    have held that position since March 2009. I have also held previous positions with Nortel
    and, in total, have over 30 years of experience working for Nortel. As such, I have
    personal knowledge of the matters to which I hereinafter depose in this Affidavit. Where
    I do not possess personal knowledge, I have stated the source of my information and, in
    all such cases, believe it to be true. References to "**Nortel**" herein shall refer to the
    global enterprise as a whole.

2.  I swear this Affidavit in support of a motion by the Applicants (as defined below) for an
    Order, among other things:

    (a)   Approving and authorizing the transaction contemplated by an agreement of
          purchase and sale dated as of October 15, 2010 (the "**Sale Agreement**") by and
          among Nortel Networks Limited ("**NNL**"), Nortel Networks Technology

Case 09-10138-MFW    Doc 4194-1    Filed 10/25/10    Page 50 of 62

- 2 -

Corporation ("**NNTC**"), as vendors (collectively, the "**Vendor**"), and Her Majesty the Queen in Right of Canada as represented by the Minister of Public Works and Government Services, as purchaser (**"PWGSC"** or the "**Purchaser**"), in respect of the Purchased Assets (as defined below);

(b)     Vesting in the Purchaser all of the right, title and interest of the Vendor in and to the Purchased Assets; and

(c)     Sealing the confidential appendices to the Monitor's Fifty-Sixth Report (as defined below).

3.     Capitalized terms used herein that are not otherwise defined shall have meanings ascribed to such terms in the Sale Agreement. A copy of the Sale Agreement will be attached as an appendix to the fifty-sixth report (the "**Monitor's Fifty-Sixth Report**") that will be filed by Ernst & Young Inc. (the "**Monitor**") in connection with this motion.

## BACKGROUND

4.     On January 14, 2009 (the "**Filing Date**"), Nortel Networks Corporation, NNL, NNTC Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "**Applicants**") were granted protection under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pursuant to an initial order (as subsequently amended and restated, the "**Initial Order**") of this Honourable Court and the Monitor was appointed in the proceedings (the "**CCAA Proceedings**").

5.     Also on January 14, 2009, certain of NNC's U.S. subsidiaries, including its principal U.S. operating subsidiary Nortel Networks Inc. ("**NNI**" and together with the other U.S. filing entities, the "**Initial U.S. Debtors**"), made voluntary filings in  the United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**") under Chapter 11 of the United States Bankruptcy Code (the "**Code**").  On the same date, this Honourable Court granted an order pursuant to Section 18.6(4) of the CCAA recognizing the Chapter 11 cases as "foreign proceedings" in Canada and giving effect in Canada to the automatic stay under the Code.

6.    Additionally, on January 15, 2009, Nortel Networks UK Limited ("**NNUK**") and certain subsidiaries (the "**EMEA Debtors**") of the Nortel group incorporated in Europe, the Middle East and Africa ("**EMEA**") each obtained an administration order for the appointment of administrators (the "**Joint Administrators**") from the High Court of England and Wales under the *Insolvency Act* 1986.

7.    On February 27, 2009, the U.S. Court granted petitions recognizing these proceedings as "foreign main proceedings" pursuant to Chapter 15 of the Code.

8.    On May 28, 2009, the Commercial Court of Versailles, France (the "**French Court**") ordered the commencement of secondary insolvency proceedings in respect of Nortel Networks S.A. ("**NNSA**"), which consist of liquidation proceedings during which NNSA was originally authorized to continue to operate as a going concern for an initial period of three months which period was subsequently extended to November 28, 2009. In accordance with the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings, the English law proceedings remain the main proceedings in respect of NNSA although a French administrator and a French liquidator have been appointed and are in charge of the day-to-day affairs and continuing business of NNSA in France.

9.    The French Court approved an order to (i) suspend the liquidation operation relating to the sale of the assets and/or business of NNSA for a renewal period of two months, subsequently extending until the earlier of May 31, 2010 or the filing by Kapsch CarrierCom AG with the French Court of a letter stating that its bid for the GSM/GSM-R assets of NNSA has become unconditional; (ii) authorize the continuation of the business of NNSA so long as the liquidation operations are suspended; and (iii) maintain the powers of the French administrator and liquidator during that period except with respect to the sale of assets and/or businesses of NNSA. On March 25, 2010, the French Court ended the suspension of the liquidation operations.

10.   On January 18, 2009, certain Nortel affiliates, including Nortel Networks Israel (Sales and Marketing) Limited, filed an application with the Tel-Aviv-Jaffa District Court, pursuant to the Israeli Companies Law, 1999, and the regulations relating thereto for a stay of proceedings. On January 19, 2009, the Israeli Court appointed Yaron Har-Zvi and

- 4 -

44

Avi D. Pelossof as joint administrators of the Israeli Company under the Israeli Companies Law.

11.    On June 8, 2009, the Joint Administrators appointed in respect of NNUK filed a petition with the U.S. Court for the recognition of the Administration Proceedings as they relate to NNUK (the **"English Proceedings"**) under Chapter 15 of the Code.  On June 26, 2009, the U.S. Court entered an order recognizing the English Proceedings as foreign main proceedings under Chapter 15 of the Code.

12.    On July 14, 2009, Nortel Networks (CALA) Inc. (together with the Initial U.S. Debtors, the **"U.S. Debtors"**) made a voluntary filing with the U.S. Court under Chapter 11 of the Code.

13.    On March 10, 2010, Nortel Networks Telecomunicacoes do Brasil Ltda filed for voluntary bankruptcy proceedings.  The Brazilian court issued an order and appointed a bankruptcy trustee on March 30, 2010.  On April 15, 2010, Nortel Networks de Colombia S.A. was placed into liquidation.

14.    Further details regarding the background to these proceedings are set out in the affidavit of John Doolittle sworn January 14, 2009 previously filed in the CCAA Proceedings and are therefore not repeated herein.

15.    All dollar references are CDN$ unless otherwise indicated.

## CARLING FACILITY

16.    Nortel's research and development (**"R&D"**) function in Canada is conducted through NNTC.  NNTC's purpose is to carry on R&D for Nortel's various business units.  NNTC does not produce any third party revenue and relies on NNL for all of its funding, including for payroll and R&D.

17.    Prior to the Filing Date, NNTC employed approximately 3,000 employees at its executive office and R&D facility located at 3500 Carling Avenue, Ottawa, Ontario (the **"Carling Facility"**).  The Carling Facility was the global headquarters for all of Nortel's R&D, and at one time the Carling Facility housed up to 6,500 workers.

18.    The Carling Facility is situated on the Freehold Lands and the Leasehold Lands.  The Freehold Lands are owned by NNTC.  The Leasehold Lands are leased by NNL from the National Capital Commission (a federal government entity) ("**NCC**") pursuant to the terms of an amended and restated ground lease agreement dated as of January 2, 1998 by and between NNL, as tenant, and NCC, as landlord, for the Leasehold Lands upon which has been developed the Leasehold Premises (the "**Ground Lease**").

19.    The Ground Lease term is for a period of ninety-nine (99) years, running from January 1, 1990 through December 31, 2088.

20.    The Carling Facility is composed of eleven (11) interconnected buildings, making up ten (10) R&D laboratories (the "**Labs**").  Labs 6, 7, 8 and 9 are located on the Leasehold Lands, while Labs 1, 2, 3, 4, 5 and 10, as well as the administration building are located on the Freehold Lands.

21.    Nortel currently occupies certain parts of the Complex and it intends to continue to be an occupant for some time following a sale of the Purchased Assets.

22.    While certain parts of the Complex have been vacated by Nortel and remain vacant, NNL, and/or NNTC, as applicable, have leased out certain other parts of the Complex to the following purchasers of Nortel business units in the CCAA Proceedings: Avaya Canada Corporation, Ciena Canada, Inc., Ericsson Canada Inc., Genband Canada ULC and LG-Ericsson Canada Inc.  Rogers Communications Inc., Videotron Ltd. and Bell Mobility also have antennae licensing arrangements.

## SALES PROCESS

23.     On June 19, 2009, Nortel announced that it was advancing in its discussions with external parties to sell its businesses and assets.  As with Nortel's other assets and businesses, a review was undertaken with respect to the Carling Facility, which led to the conclusion that a sale of the Complex, the Furniture and Equipment, the Ground Lease and the Leases, (collectively, the "**Purchased Assets**") by the Vendor to a purchaser, and a lease back of the Nortel Premises by such a purchaser to NNL,   was the best

opportunity to maximize the value of the Carling Facility and reduce the continuing costs related to it.

24. Based on DTZ's advice and in consultation with the Monitor, a marketing campaign was undertaken which included the placement of advertisements in the Globe and Mail, the preparation and distribution of an information package to interested parties and direct contact with parties (both primary users and financial investors) that have an interest in real estate assets of this nature.

25. For those qualified parties that expressed interest in the opportunity and who signed a non-disclosure agreement, a confidential information memorandum dated June 2010 prepared on behalf of the Vendor by DTZ and BMO was provided to them. An electronic data room was set up and site visits were arranged for those parties.

26. A form of agreement of purchase and sale providing for the purchase and sale of the Purchased Assets and the lease of the Nortel Premises as contemplated in the Nortel Lease (collectively, the "**Transaction**") was made available to the parties in the data room, and potential purchasers were asked to use it as the basis of any offer made.

27. A deadline of August 9, 2010 was set for the receipt of initial offers for the purchase of the Purchased Assets. A total of six parties submitted letters of intent in response to the request for offers (the "**First Round Offers**").

28. As a result of discussions between the Vendor and Monitor in regards to the First Round Offers, it was decided that a second round bidding process should be undertaken with five of the parties that submitted First Round Offers.

29. On August 23, 2010, DTZ and BMO sent a letter to five of the parties that submitted First Round Offers, advising each such party that its submission along with a select number of other competing offers remained under serious consideration, and invited each such party to refine and clarify its offer in a second round bid process so that the Vendor would be in a better position to assess and compare the offers in terms of price, deal structure and conditionality. Accordingly, each such party was asked to submit its best offer, by no later than 4:00 p.m. EST on September 1, 2010 (the "**Second Round Deadline**"). The

letter further requested that each party submitting a second round offer give consideration to the details outlined in the letter and make a second round offer in the form suggested by the letter. Four potential purchasers submitted revised offers by the Second Round Deadline (the "**Second Round Offers**").

30. Following a review of the Second Round Offers, the Vendor and the Monitor determined that it made sense to pursue the two leading bidders, as the purchase prices offered by these bidders were significantly greater than the purchase prices offered by the other two bidders. The two leading bidders, one being an investor and the other a primary user (ultimately the successful bidder), were notified that their offers were being considered and they were each asked to make certain revisions to their offers.

31. The Vendor, DTZ, BMO and the Monitor engaged in extensive negotiations with the two leading bidders over the course of the following weeks in respect of each such bid.

32. DTZ and BMO made a request to the two leading bidders that they each make a further best offer by no later than 5:30 p.m. EST on September 16, 2010. Both bidders submitted revised offers (the "**Third Round Offers**").

33. Based upon a review of the Third Round Offers, the Vendor and the Monitor concluded that efforts should be made to negotiate the terms of a definitive agreement with PWGSC, as PWGSC's offer represented the best value for the Purchased Assets.

34. The Vendor, the Monitor, DTZ and BMO met with representatives of PWGSC on September 24, 2010 to negotiate the terms of an agreement. As a result of this meeting and further meetings and discussions over the following weeks, an agreement was reached and the Sale Agreement was executed.

35. The Monitor was involved at all materials times throughout the sales process conducted post-filing.

## THE SALE AGREEMENT

36.     I am aware that the Monitor's Report that will be filed in connection with this motion will contain a summary of the terms of the Sale Agreement.  Some of the more significant features are as follows:

    (a)     *Purchased Assets.* The assets being divested are the Complex (consisting of the Lands together with the buildings and improvements thereon), the Furniture and Equipment, the Ground Lease, and the Leases;

    (b)     *Purchase Price.* The Purchase Price is $208 million, exclusive of HST or any other applicable transfer taxes and subject to adjustments typical of this type of real estate transaction;

    (c)     *Early Termination Right with respect to Ciena's leases.* The Vendor is directed to exercise the Vendor's Early Termination Right pursuant to the terms of the Ciena Leases and accordingly NNTC will provide the Early Termination Notice to Ciena Canada, Inc. ("**Ciena**") in respect of the Ciena Leases, and will direct the agent holding escrow funds in respect of the MEN divestiture transaction completed March 19, 2010 to pay to Ciena the Early Termination Fee of USD$33,500,000, from such escrow funds;

    (d)     *Nortel Lease and Nortel Premises.* NNL and the Purchaser will enter into the Nortel Lease on the Closing Date, pursuant to which NNL will lease back the Nortel Premises, being parts of the administration building, Labs 2, 3 and 6, as outlined in Schedule A-2 to the Nortel Lease, for a term of 3 years, subject to partial surrender and earlier termination rights of NNL.  Pursuant to the Nortel Lease, there are certain areas within the Lab 5 and Lab 6 buildings in the Complex that Vendor will continue to occupy on a rent-free basis for a period of twelve (12) months following the Closing Date while Vendor vacates and removes whatever lab and specialty equipment that it wishes to remove from such space, and  there are certain areas within the Lab 5 building in the Complex that Vendor will continue to occupy on a rent-free basis for ninety (90) days following the Closing Date while it migrates Vendor employees and service providers from

49

such space into the Nortel Premises. Such areas are outlined in Schedule A-3 to the Nortel Lease. Pursuant to the Nortel Lease, Vendor will have, among other things, rights of transfer, assignment and sublease, including the right to sublease or license a portion of the Nortel Premises to the MSS business unit and any potential purchaser of the "IP Law" business unit for a term not exceeding the term of the Nortel Lease once those business units are divested;

(e)     *Assumption of Leases.*  All Leases are to be assumed by Purchaser at Closing;

(f)     *Documents and Title Due Diligence Date.*  On or before the Documents and Title Due Diligence Date, being November 1, 2010, Purchaser must be satisfied with a number of matters, including the results of various due diligence investigations, the terms and conditions of the Ground Lease Amendment Agreement and the anticipated terms and conditions of the NCC Consent and the final form of the Nortel Lease;

(g)     *Environmental and Physical Plant Condition Date.*  On or before the Environmental and Physical Plant Condition Date, being November 30, 2010, the parties must have agreed to the terms of an Interim Transition Services Agreement for the transition of operational control of the Complex to the purchaser through the existing property manager, while preserving Nortel control over the IT network serving the Complex, and the Purchaser must be satisfied with the environmental condition of the lands and that the condition, repair and maintenance of the Complex is not materially different from that represented in the Due Diligence Materials, or the Third Party Prepared Reports;

(h)     *Treasury Board Approval.*  On or before December 17, 2010, the Purchaser must have obtained approval of the Treasury Board of Canada to complete the Transaction, with any conditions that may be imposed by the Treasury Board to be satisfied or waived by the Purchaser prior to the Closing Date;

(i)     *NCC Consent and Ground Lease.*  Within five (5) Business Days after the execution of Sale Agreement, the Purchaser must meet with the NCC to discuss its requested minor modifications to the Ground Lease and its future fencing and

security requirements for the Complex. Following this, the Purchaser's Solicitor must deliver to the Vendor's Solicitor for review and discussion with the NCC the Purchaser's requested minor modifications to the Ground Lease, which modifications are subject to certain qualifications. Vendor and Purchaser must each make diligent efforts to obtain, and if required, cooperate in jointly approaching the NCC to seek approval of, such minor modifications to the Ground Lease in the Ground Lease Amending Agreement by the November 1, 2010 Documents and Title Due Diligence Date. The Vendor must have obtained the consent of the NCC to the Ground Lease Amendment Agreement, and to the assignment of the Ground Lease to the Purchaser, to the Nortel Lease, to the Permitted Leases and to the Assignment and Assumption of Leases (the "**NCC Consent**") prior to Closing;

(j)    *Deposit.*  An initial deposit of $2 million is to be paid on October 21, 2010 to the Vendor's Solicitors in trust. I have been advised by D. John Naccarato of Ogilvy Renault LLP that the initial deposit has been received by the Vendor's Solicitors. Provided all of the Purchaser's Condition Precedents except the Treasury Board Condition have been satisfied or waived by the Purchaser, an additional deposit of $7 million is to be paid within three (3) Business Days next following November 30, 2010 to the Vendor's Solicitors in trust. If Purchaser fails to complete the Transaction, or repudiates the Sale Agreement after all of the Purchaser's Conditions Precedent have been satisfied or waived, then the Deposit together with interest thereon must be held by the Vendor's Solicitors, in trust, as security for any claims for damages which are made or to be made by the Vendor. If Vendor fails to complete the Transaction or repudiates this Agreement after all Vendor's Conditions Precedent have been satisfied or waived, the Deposit together with accrued interest thereon must forthwith be refunded to Purchaser, without prejudice to any other claims, damages or remedies which Purchaser may have or be entitled at law or in equity, against Vendor; and

(k)    *Closing Date.*  The Closing Date is the later of (i) December 31, 2010 and (ii) ten (10) Business Days following satisfaction or waiver of all Conditions Precedent to

Closing, but not later than March 31, 2011 without further written agreement of the parties.

## CARLING PROCEEDS

37.     I am aware that the Monitor's Fifty-Sixth Report will contain further details regarding the proposed use of the net sale proceeds.

## SEALING

38.     I am aware that the Monitor's Fifty-Sixth Report that will be filed in connection with this motion will include one or more confidential appendices including, among other things, a summary of the bids received. I believe disclosure of this commercially sensitive information could be detrimental to subsequent efforts to market the Carling Facility in the event the transactions contemplated by the Sale Agreement do not close and therefore I believe the sealing of the confidential appendices is appropriate in the circumstances.

## CONCLUSION

39.     I am of the view that the Vendor's efforts to market the Carling Facility were comprehensive and numerous potential purchasers were contacted. The sales process was conducted by the Vendor in consultation with DTZ, BMO and the Monitor, and the Monitor was involved at all stages of the sales process.

40.     I am of the view that terms and conditions of the Sale Agreement are fair and reasonable and the maximum value for the Purchased Assets has been achieved as a result of the sales process, which process included multiple rounds of offers. I believe that the proposed transaction as set out in the Sale Agreement is the best offer available for the Purchased Assets.

- 12 -

52

**SWORN BEFORE ME** at the City of
Ottawa on this 22nd day of October,
2010.

_____
Commissioner for Taking Affidavits or
Notary Public

_____
David Dunn

53

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**AFFIDAVIT OF DAVID DUNN**
**(sworn October 22, 2010)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario
M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com
Fax: (416) 216-3930
Lawyers for the Applicants

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

**MOTION RECORD**
**(Carling Facility)**
**(returnable November 8, 2010)**

**OGILVY RENAULT LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: dtay@ogilvyrenault.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jstam@ogilvyrenault.com

Fax: (416) 216-3930

Lawyers for the Applicants