## Inclusion / Exclusion FF&E  Asset List

| Lab7N8 | | | |
|---|---|---|---|
| **Item** | **Total Number** | | **Furniture Type** |
| Meeting / Conference Room | 4 | | Misc. |

| **Typical set up includes:** | Series of tables joined to make one large one or one single table |
|---|---|
| | 4-20 chairs depending on room size |
| | 1 Electronic White Board |
| | Meeting/Conference Rooms may include an LCD Projector |

| Workstation | 191 | | Herman Miller Etho Space panels with Arrio Surfaces |
|---|---|---|---|
| **Typical set up includes:** | | | 1 corner |
| | | | 2 Straight Worksurfaces   24x48 |
| | | | OR |
| | | | 1 corner |
| | | | 1 Straight Worksurfaces   24x48 |
| | | | 1 Small worksurface 24x24 |
| | | | The above options may include the following: |
| | | | Task Light |
| | | | 1 Keyboard Tray |
| | | | 1 Pedestool |
| | | | 1 Pencil Tray |
| | | | 1 Filling Cabinet |
| | | | 1 Tool Rail with accessories |
| | | | 1 Personal Chair |

| Enclosed Office | 5 | | Freestanding Arrio Furniture |
|---|---|---|---|
| **Typical set up includes:** | | | 1  Corner Surface |
| | | | 2  Straight Worksurfaces   24x48 |
| | | | The above option may include the following: |
| | | | Task Light |
| | | | 1 Keyboard Tray |
| | | | 1 Tool Rail with accessories |
| | | | 1 Filling Cabinet |
| | | | 1 Pedestool |
| | | | 1 Pencil Tray |
| | | | 1 Personal Chair |
| | | | 1 Electronic White Board |
| | | | 1 Round Table |
| | | | 2 Guest Chairs |

**Campus Notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not  all  of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

## Inclusion / Exclusion FF&E  Asset List

**Lab7S1**

| Item | Total Number | | Furniture Type |
|---|---|---|---|
| Meeting / Conference Room | 3 | | Misc. |
| Typical set up includes: | Series of tables joined to make one large one or one single table | | |
| | 4-20 chairs depending on room size | | |
| | 1 Electronic White Board | | |
| | Meeting/Conference Rooms may include an LCD Projector | | |
| | | | |
| Workstation | 112 | | Herman Miller Etho Space panels with Arrio Surfaces |
| Typical set up includes: | | 1 corner | |
| | | 2  Straight Worksurfaces   24x48 | |
| | The above | option may include the following: | |
| | | Task Light | |
| | | 1 Keyboard Tray | |
| | | 1 Pedestool | |
| | | 1 Pencil Tray | |
| | | 1 Filling Cabinet | |
| | | 1 Tool Rail with accessories | |
| | | 1 Personal Chair | |
| | | | |
| Enclosed Office | 6 | | Freestanding Arrio Furniture |
| Typical set up includes: | | 1  Corner Surface | |
| | | 2  Straight Worksurfaces   24x48 | |
| | The above | option may include the following: | |
| | | Task Light | |
| | | 1 Keyboard Tray | |
| | | 1 Tool Rail with accessories | |
| | | 1 Filling Cabinet | |
| | | 1 Pedestool | |
| | | 1 Pencil Tray | |
| | | 1 Personal Chair | |
| | | 1 Electronic White Board | |
| | | 1 Round Table | |
| | | 2 Guest Chairs | |

**Campus Notes:**

Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.

Items listed in the "Typical set up " are for the majority of the spaces but not  all  of them.

Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.

A walk-thru verification was not completed for this exercise.

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| **Lab752** | | |
| **Item** | **Total Number** | **Furniture Type** |
| Meeting / Conference Room | 5 | Misc. |
| Typical set up includes: | | Series of tables joined to make one large one or one single table |
| | | 4-20 chairs depending on room size |
| | | 1 Electronic White Board |
| | | Meeting/Conference Rooms may include an LCD Projector |
| **Workstation** | 98 | Herman Miller Etho Space panels with Arrio Surfaces |
| Typical set up includes: | | 1 corner |
| | | 2  Straight Worksurfaces   24x48 |
| | | OR |
| | | 1 corner |
| | | 1  Straight Worksurfaces   24x48 |
| | | 1  Small worksurface 24x24 |
| | | The above options may include the following: |
| | | Task Light |
| | | 1 Keyboard Tray |
| | | 1 Pedestool |
| | | 1 Pencil Tray |
| | | 1 Filling Cabinet |
| | | 1 Tool Rail with accessories |
| | | 1 Personal Chair |
| **Enclosed Office** | 5 | Freestanding Arrio Furniture |
| Typical set up includes: | | 1  Corner Surface |
| | | 2  Straight Worksurfaces   24x48 |
| | | The above option may include the following: |
| | | Task Light |
| | | 1 Keyboard Tray |
| | | 1 Tool Rail with accessories |
| | | 1 Filling Cabinet |
| | | 1 Pedestool |
| | | 1 Pencil Tray |
| | | 1 Personal Chair |
| | | 1 Electronic White Board |
| | | 1 Round Table |
| | | 2 Guest Chairs |

**Campus Notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not  all  of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| Lab7S3 | | |
| *There are no FF&E Assets on this floor.* | | |
| | | |
| Item | Total Number | Furniture Type |
| Meeting / Conference Room | 0 | n/a |
| **Typical set up includes:** | | |
| | | |
| | | |
| Workstation | 0 | n/a |
| **Typical set up includes:** | | |
| | | |
| | | |
| Enclosed Office | 0 | n/a |
| **Typical set up includes:** | | |
| | | |
| | | |

**Campus Notes:**
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| Lab8N4 | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |
| | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not all of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

## Inclusion / Exclusion FF&E Asset List

Lab8N2 1

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| Lab3N3 | | |

**FF&E Assets have been transferred to the tenant as part of the lease agreement.**
**Therefore all FF&E assets are excluded from our counts.**

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |
| | | |

**Campus notes:**
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

## Inclusion / Exclusion FF&E  Asset List

**Lab8S1**

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | | Furniture Type |
|---|---|---|---|
| Meeting / Conference Room | 0 | | n/a |

Typical set up includes:

| | | | |
|---|---|---|---|
| Workstation | 0 | | n/a |

Typical set up includes:

| | | | |
|---|---|---|---|
| Enclosed Office | 0 | | n/a |

Typical set up includes:

| | |
|---|---|
| Specialty Area | Cafeteria Seating |
| | 46 square tables (seats 4) |
| | 19 rectangular tables (seat 2) |
| | 222 chairs |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not  all of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| **Lab852** | | |
| **Item** | **Total Number** | **Furniture Type** |
| **Meeting / Conference Room** | 5 | Misc. |
| **Typical set up includes:** | Series of tables joined to make one large one or one single table | |
| | 4-20 chairs depending on room size | |
| | 1 Electronic White Board | |
| | Meeting/Conference Rooms may include an LCD Projector | |
| **Workstation** | 201 | Herman Miller Etho Space panels with Arrio Surfaces |
| **Typical set up includes:** | | 1 corner |
| | | 2  Straight Worksurfaces   24x48 |
| | | **OR** |
| | | 1 corner |
| | | 1  Straight Worksurfaces  24x48 |
| | | 1  Small worksurface 24x24 |
| | | The above options may include the following: |
| | | Task Light |
| | | 1 Keyboard Tray |
| | | 1 Pedestool |
| | | 1 Pencil Tray |
| | | 1 Filling Cabinet |
| | | 1 Tool Rail with accessories |
| | | 1 Personal Chair |
| **Enclosed Office** | 19 | Freestanding Arrio Furniture |
| **Typical set up includes:** | | 1  Corner Surface |
| | | 2  Straight Worksurfaces   24x48 |
| | | The above option may include the following: |
| | | Task Light |
| | | 1 Keyboard Tray |
| | | 1 Tool Rail with accessories |
| | | 1 Filling Cabinet |
| | | 1 Pedestool |
| | | 1 Pencil Tray |
| | | 1 Personal Chair |
| | | 1 Electronic White Board |
| | | 1 Round Table |
| | | 2 Guest Chairs |

**Campus Notes:**

Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.

Items listed in the "Typical set up " are for the majority of the spaces but not *all* of them.

Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.

A walk-thru verification was not completed for this exercise.

## Inclusion / Exclusion FF&E  Asset List

**Lab8S9**

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 7 | Misc. |

**Typical set up includes:**
- Series of tables joined to make one large one or one single table
- 4-20 chairs depending on room size
- 1 Electronic White Board
- Meeting/Conference Rooms may include an LCD Projector

| Item | Total Number | Furniture Type |
|---|---|---|
| Workstation | 157 | Herman Miller Etho Space panels with Arrio Surfaces |

**Typical set up includes:**
- 1 corner
- 2  Straight Worksurfaces   24x48
- **OR**
- 1 corner
- 1  Straight Worksurfaces   24x48
- 1 Small worksurface 24x24

The above **options may include the following:**
- Task Light
- 1 Keyboard Tray
- 1 Pedestool
- 1 Pencil Tray
- 1 Filling Cabinet
- 1 Tool Rail with accessories
- 1 Personal Chair

| Item | Total Number | Furniture Type |
|---|---|---|
| Enclosed Office | 14 | Freestanding Arrio Furniture |

**Typical set up includes:**
- 1  Corner Surface
- 2  Straight Worksurfaces   24x48

The above **option may include the following:**
- Task Light
- 1 Keyboard Tray
- 1 Tool Rail with accessories
- 1 Filling Cabinet
- 1 Pedestool
- 1 Pencil Tray
- 1 Personal Chair
- 1 Electronic White Board
- 1 Round Table
- 2 Guest Chairs

**Campus Notes:**

Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.

Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.

Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.

A walk-thru verification was not completed for this exercise.

| Inclusion / Exclusion FF&E Asset List | | |
|---|---|---|
| Lab9S1 | | |
| FF&E Assets have been transferred to the tenant as part of the lease agreement. Therefore all FF&E assets are excluded from our counts. | | |
| Item | Total Number | Furniture Type |
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

Campus notes:

Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.

Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.

Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.

A walk-thru verification was not completed for this exercise.

## Inclusion / Exclusion FF&E Asset List

**Lab9S2**

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts. The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List |||
|---|---|---|
| Lab953 |||

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |
| | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E Asset List | | |
|---|---|---|
| Lab9N-1 | | |

FF&E Assets have been transferred to the tenant as part of the lease agreement.
Therefore all FF&E assets are excluded from our counts.

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |
| | | |

**Campus notes:**

Additional misc. furniture not included in the above counts. The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.

Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.

Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.

A walk-thru verification was not completed for this exercise.

| Inclusion / Exclusion FF&E Asset List | | |
|---|---|---|
| Lab9N2 | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

## Inclusion / Exclusion FF&E  Asset List

**Lab9N3**

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | | |
|---|---|---|---|
| L10E1 | | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | | Furniture Type |
|---|---|---|---|
| Meeting / Conference Room | 0 | | n/a |
| Typical set up includes: | | | |
| | | | |
| Workstation | 0 | | n/a |
| Typical set up includes: | | | |
| | | | |
| Enclosed Office | 0 | | n/a |
| Typical set up includes: | | | |
| | | | |

Campus notes:
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as*
*such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not  all of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best*
*guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| L10E2 | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| **Typical set up includes:** | | |
| | | |
| Workstation | 0 | n/a |
| **Typical set up includes:** | | |
| | | |
| Enclosed Office | 0 | n/a |
| **Typical set up includes:** | | |
| | | |

**Campus notes:**
*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not  **all**  of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | | |
| --- | --- | --- | --- |
| L10W1 | | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | | Total Number | Furniture type |
| --- | --- | --- | --- |
| Meeting / Conference Room | | 0 | n/a |
| **Typical set up includes:** | | | |
| | | | |
| Workstation | | 0 | n/a |
| **Typical set up includes:** | | | |
| | | | |
| Enclosed Office | | 0 | n/a |
| **Typical set up includes:** | | | |
| | | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as*
*such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best*
*guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

| Inclusion / Exclusion FF&E  Asset List | | |
|---|---|---|
| L10W2 | | |

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts.  The furniture in question resides in areas such as such as  Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not **all** of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

## Inclusion / Exclusion FF&E Asset List

**BToW3**

*FF&E Assets have been transferred to the tenant as part of the lease agreement.*
*Therefore all FF&E assets are excluded from our counts.*

| Item | Total Number | Furniture Type |
|---|---|---|
| Meeting / Conference Room | 0 | n/a |
| Typical set up includes: | | |
| Workstation | 0 | n/a |
| Typical set up includes: | | |
| Enclosed Office | 0 | n/a |
| Typical set up includes: | | |

**Campus notes:**

*Additional misc. furniture not included in the above counts. The furniture in question resides in areas such as*
*such as Collaboration, Wellness, Security, Fitness & Atrium spaces.*

*Items listed in the "Typical set up " are for the majority of the spaces but not all of them.*

*Nortel counts number of spaces not individual parts within a space, therefore the typical layout is a best*
*guess and not an actual inventory of parts.*

*A walk-thru verification was not completed for this exercise.*

- 56 -

## SCHEDULE F
## NORTEL RETAINED ASSETS

See lists and descriptions attached. The parties agree that the said lists and descriptions will be reviewed and may be amended by agreement of the parties prior to the Documents and Title Due Diligence Date, evidenced by a replacement list and description initialled on behalf of the parties. In the event that the parties fail to reach agreement on an amended list or description of the Nortel Retained Assets by the Documents and Title Due Diligence Date despite good faith and diligent efforts to achieve such agreement, the lists and descriptions attached hereto shall be the Nortel Retained Assets for the purposes of this Agreement. The lists will be effective as of the Closing Date, as there may be items that Vendor brings into the Complex or removes from the Complex prior to Closing (by way of example, prior to Closing, Vendor shall be removing the office furniture that is, as at the date of this Agreement, warehoused in Labs 1 and 4). In respect of the Nortel Retained Assets located in the Nortel Premises (and ultimately portions of which shall form part of the "Passport" and "IP Law" business units), the intent is that such Nortel Retained Assets shall continue to be owned and used by Vendor (and/or the purchaser of the "Passport" and "IP Law" business units) during the respective terms of the Nortel Lease or the sublease/license arrangement with the purchaser of the "Passport" and "IP Law" business units, as the case may be, and then if left in place at the end of the applicable term, shall be deemed abandoned and shall become the property of Purchaser without payment therefore. For clarity, the Nortel Lease and any sublease/license arrangement with the purchaser of the "Passport" and "IP Law" business units shall provide that the tenant, sublessee or licensee, as the case may be, shall have no obligation to remove or pay for the removal of such Nortel Retained Assets at the end of their respective terms..

| Assets Not Included in Sale - Excluded Assets | In all cases, the description/list of Furniture and Equipment is effective as of the Closing Date |
|---|---|
| Tenant Space | All Tenant FF&E |
| IT | Desktop computers, telephone sets |
| Tenant Services Equipment | Ricoh copy print devices, coffee makers, All leased equipment. |
| Miscellaneous | postal machine(s) |

**Pioneer House Asset List**

| IT |
|---|
| NIL |
|  |
|  |
|  |
|  |
|  |

**Wildlife Center Asset List**

| IT |
|---|
| NIL |
|  |
|  |
|  |
|  |
|  |
|  |

**Service Center Asset List**

| IT | IT Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| ES 470 | 1 | 0 | |
| ES 460 | 1 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PAV Asset List

| IT | IT Quantities(NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| Baystack 450 | 1 | 0 | |
| ES 460 | 2 | 0 | |
| ES 470 | 7 | 0 | |
| | | | |
| | | | |

## Chiller Building Asset List

| IT |
|---|
| Nil |
|  |
|  |
|  |
|  |

## Lab 1 Asset List

| IT | IT  Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| BS 450 | 1 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Lab 2 Asset List

| IT | IT Quantities (NBS) | IT Assets (NBS | IT Assets (Tenant) |
|---|---|---|---|
| BPS 2000 | 9 | 0 | |
| Baystack 450 | 50 | 0 | |
| ES 460 | 9 | 0 | |
| ES 470 | 29 | 0 | |
| ERS 5510 | 6 | 0 | |
| ERS 5520 | 26 | 0 | |
| ERS 5530 | 9 | 0 | |
| ERS 4524GT | 2 | 0 | |
| ERS 45xx | 3 | 0 | |
| ERS 8600 | 12 | 0 | |
| ES  8100 | 4 | 0 | |
| Accelar 1200 | 9 | 0 | |
| Juniper M10/J series | 2 | 0 | |
| Contvity 5000 | 5 | 0 | |
| Contvity 1750 | 1 | 0 | |
| Passport 7k | 4 | 0 | |
| Passport 15k | 1 | 0 | |
| Alteon 3408 | 3 | 0 | |
| Alteon 2424 | 2 | 0 | |
| Alteon 184 | 6 | 0 | |
| Alteon Firewall 6600 | 2 | 0 | |
| SR4134 | 3 | 0 | |
| SNAS | 1 | 0 | |
| WSS 2380 | 1 | 0 | |
| WSS 2360 | 5 | 0 | |
| BLN Backbone link Node | 5 | 0 | |
| BCN Backnode node | 2 | 0 | |
| Oc48 Classic | 3 | 0 | |
| Oc12TBM | 3 | 0 | |
| Oc192 | 1 | 0 | |
| OM3500 | 2 | 0 | |
| Om3400 | 4 | 0 | |
| DSM | 2 | 0 | |
| DMS Voice switch | 1 | 0 | |
| Call Pillot | 1 | 0 | |
| Cs1k voice switch | 1 | 0 | |
| Audio Code servers | 5 | 0 | |
| MCS Voice Server | 10 | 0 | |
| DC Power Plant | 1 | $80,000 | |
| MAS Audio Conference Server | 1 | 0 | |
| Digital Link 551A | 4 | 0 | |
| Digital Link 551VX | 18 | 0 | |
| Digital Link 3100 | 1 | 0 | |
| Digi RPM + CM | 2 | 0 | |
| Niksun Server | 6 | 0 | |
| Network General Infinistream 8port | 1 | 0 | |
| Brocade 2800 | 2 | 0 | |

# Lab 3 Asset List

| IT | IT Assets (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| | | | |
| BPS 2000 | 1 | 0 | |
| Baystack 450 | 20 | 0 | |
| ES 460 | 16 | 0 | |
| ES 470 | 43 | 0 | |
| Accelar 1200 | 1 | 0 | |
| Oc48 Classic | 1 | 0 | |
| Oc12TBM | 5 | 0 | |
| OM3500 | 1 | 0 | |
| Om3400 | 1 | 0 | |
| DSM | 1 | 0 | |
| | | | |
| | | | |
| | | | |

# Lab 4 Asset List

| IT | IT Quantities  (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| BS 450 | 1 | 0 | |
| ES 460 | 1 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Lab 5 Asset List

| IT | IT Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| BPS 2000 | 8 | 0 | |
| Baystack 450 | 53 | 0 | |
| ES 460 | 26 | 0 | |
| ES 470 | 78 | 0 | |
| ERS 5510 | 4 | 0 | |
| ERS 5520 | 4 | 0 | |
| ERS 5530 | 1 | 0 | |
| ERS 4524GT | 0 | 0 | |
| ERS 45xx | 0 | 0 | |
| ERS 8600 | 6 | 0 | |
| ES 8100 | 3 | 0 | |
| Accelar 1200 | 5 | 0 | |
| Juniper M10/J series | 1 | 0 | |
| Contivty 5000 | 3 | 0 | |
| Contvity 1750 | 1 | 0 | |
| Contvity 4500 | 1 | 0 | |
| Passport 7k | 7 | 0 | |
| Passport 15k | 3 | 0 | |
| Alteon 3408 | 1 | 0 | |
| Alteon 2424 | 0 | 0 | |
| Alteon 184 | 1 | 0 | |
| Alteon Firewall 6600 | 0 | 0 | |
| SR4134 | 0 | 0 | |
| SNAS | 1 | 0 | |
| WSS 2380 | 2 | 0 | |
| WSS 2360 | 0 | 0 | |
| WSS 2270 | 2 | 0 | |
| BLN Backbone link Node | 3 | 0 | |
| BCN Backnode node | 0 | 0 | |
| ASN | 1 | 0 | |
| ARN | 1 | 0 | |
| Oc48 Classic | 3 | 0 | |
| Oc12TBM | 4 | 0 | |
| Oc192 | 2 | 0 | |
| OM3500 | 2 | 0 | |
| Om3400 | 3 | 0 | |
| DSM | 2 | 0 | |
| DMS Voice switch | 1 | 0 | |
| Call Pillot | 0 | 0 | |
| Cs1k voice switch | 0 | 0 | |
| Audio Code servers | 4 | 0 | |
| MCS Voice Server | 4 | 0 | |
| DC Power Plant | 1 | 0 | |
| MAS Audio Conference Server | 1 | 0 | |
| Digital Link 551A | 18 | 0 | |
| Digital Link 551VX | 0 | 0 | |
| Digital Link 3100 | 2 | 0 | |
| Digi RPM + CM | 4 | 0 | |
| Niksun Server | 1 | 0 | |
| Network General Infinistream 8port | 0 | 0 | |
| Brocade 2800 | 4 | 0 | |
| Nortel TPS | 1 | 0 | |
| Multitech Systems Terminal Server | 1 | 0 | |
| Cisco 500-CS Terminal Server | 1 | 0 | |
| Athena 2000 X.25 Switch | 1 | 0 | |
| Amdahl 983 Modem Rack +12 modems | 1 | 0 | |
| GDC 28.8 Modem Rack + 16 modems | 1 | 0 | |
| Microcom Modem Rack + 10 modems | 1 | 0 | |
| Gandalf RLAN | 6 | 0 | |
| Cisco Catalyst 5000 | 1 | 0 | |
| Cisco 7200 Router | 1 | 0 | |
| Cisco 2600 | 1 | 0 | |
| Access Node | 1 | 0 | |

# Lab 6 Asset List

| IT | IT Quantities (NBS) | IT Assets (NBS | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| BPS 2000 | 1 | 0 | |
| Baystack 450 | 9 | 0 | |
| ES 460 | 10 | 0 | |
| ES 470 | 36 | 0 | |
| ERS 8600 | 4 | 0 | |
| ES 8100 | 5 | 0 | |
| Oc48 Classic | 1 | 0 | |
| Oc12TBM | 1 | 0 | |
| Oc192 | 0 | 0 | |
| OM3500 | 1 | 0 | |
| Om3400 | 2 | 0 | |
| DSM | 1 | 0 | |
| Dc Power Plant | 1 | $25,000 | |
| DMS Voice switch | 1 | 0 | |

# Lab 7 Asset List

| Nortel Base Building Operational Asset | IT Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| BPS 2000 |  |  |  |
| Baystack 450 | 1 | 0 |  |
| ES 460 | 8 | 0 |  |
| ES 470 | 34 | 0 | . |
| Oc12TBM | 1 | 0 |  |
| Om3400 | 1 | 0 |  |

| IT | IT Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| BPS 2000 | 12 | 0 |  |
| Baystack 450 | 11 | 0 |  |
| ES 460 | 13 | 0 |  |
| ES 470 | 40 | 0 |  |
| ERS 5530 | 2 | 0 |  |
| ERS 8600 | 5 | 0 |  |
| Alteon 6600 Firewall | 2 | 0 |  |
| Oc48 Classic | 1 | 0 |  |
| Oc12TBM | 1 | 0 |  |
| Oc192 | 0 | 0 |  |
| OM3500 | 1 | 0 |  |
| Om3400 | 3 | 0 |  |
| DSM | 1 | 0 |  |
| DC Power Plant | 1 | 0 |  |
| DMS Voice switch | 1 | 0 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# Lab 9 Asset List

| IT | IT Quantities (NBS) | IT Assets (NBS) | IT Assets (Tenant) |
|---|---|---|---|
| | | | |
| | | | |
| BPS 2000 | 2 | 0 | |
| ES 460 | 12 | 0 | |
| ES 470 | 42 | 0 | |
| Om3400 | 1 | 0 | |
| VAV's | | | |
| Roof Anchors | | | |
| Kitchen Range Hoods | | | |
| Ladders - Fixed | | | |

- 73 -

**SCHEDULE J**
draft FORM OF APPROVAL AND VESTING ORDER

**[NTD: FINAL FORM TO BE MODIFIED AND AGREED BY THE PARTIES PRIOR TO DOCUMENTS AND TITLE DUE DILIGENCE DATE]**

Court File No.: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST**

| | | |
|---|---|---|
| THE HONOURABLE MR. | ) | ●, THE ● |
| | ) | |
| JUSTICE MORAWETZ | ) | DAY OF ●, 2010 |

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**APPROVAL AND VESTING ORDER
(Carling Complex)**

THIS MOTION, made by Nortel Networks Corporation, Nortel Networks Limited ("NNL"), Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") for the relief set out in the Applicants' Notice of Motion dated _____ including, the approval of a transaction (the "Transaction") pursuant to an agreement of purchase and sale dated as of ●, 2010 (the "Sale Agreement) between NNTC and NNL, as vendor (collectively, the "Vendor") and _____ (the "Purchaser") for the purchase of the Purchased Assets (as defined in the Sale Agreement) was heard this day at 330 University Avenue, Toronto, Ontario.

ON READING the affidavit of ● sworn ●, 2010 and the ● report of Ernst & Young Inc. in its capacity as monitor (the "Monitor") dated ●, 2010 (the "● Report") and on hearing the

- 74 -

submissions of counsel for the Applicant, the Monitor and those other parties present, no one appearing for any other Person on the service list, although properly served as appears from the affidavit of ● sworn ● filed:

1.      THIS COURT ORDERS that the time for the service of the Notice of Motion, the ● Report and the Motion Record is hereby abridged so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.      THIS COURT ORDERS that the capitalized terms used but not otherwise defined herein have the meaning given to them in the Sale Agreement.

3.      THIS COURT ORDERS AND DECLARES that the Transaction is hereby approved. The execution of the Sale Agreement by the Vendor is hereby authorized and approved, and the Applicants are hereby authorized and directed to take such additional steps and execute such additional documents as may be necessary or desirable for the completion of the Transaction (including, without limitation, the Nortel Lease) and for the conveyance of the Purchased Assets to the Purchaser.

4.      THIS COURT ORDERS AND DECLARES that upon the delivery of a Monitor's certificate to Purchaser substantially in the form attached as Schedule A hereto (the "Monitor's Certificate"), all of NNTC's right, title and interest in and to the Freehold Lands and the Freehold Premises, including the real property set out on Schedule B hereto and as more particularly set out in the Sale Agreement, (collectively, the "Freehold Real Property") all of NNL's right, title and interest in and to the Leasehold Lands and the Leasehold Premises, including the real property set out on Schedule C hereto and as more particularly set out in the Sale Agreement, (collectively, the "Leasehold Real Property") and all of Vendor's right, title and interest in and to the Purchased Assets other than the Freehold Real Property and the Leasehold

- 75 -

Real Property shall vest absolutely and exclusively, without further instrument of transfer or assignment, in and with Purchaser, and the Purchaser shall be the absolute owner thereof, free and clear of and from any and all security interests, claims, prior claims, adverse claims, liabilities (direct, indirect, absolute or contingent), obligations, interests, levies, charges, taxes, hypothecs, **[NTD: After the Purchaser's due diligence, agreements other than Leases and Permitted Leases may be included]**, loan agreements, rights of use, mortgages, rights of distress, set off claims, pledges, indentures, rights of first refusal or other pre-emptive rights in favour of third parties, restrictions on transfer of title, trusts or deemed trusts, liens, assignments, judgements, executions, writs of seizure and sale, levies and charges, or other financial or monetary claims, each of which whether created or arising by contract, statute or otherwise by law, whether or not they have attached or been perfected, registered or filed and whether secured, unsecured or otherwise (collectively, the "Claims") including, without limiting the generality of the foregoing:  (i) any encumbrances or charges created by the Order of the Honourable Justice Morawetz dated January 14, 2009 (as amended and restated); (ii) all charges, security interests or claims evidenced by registrations pursuant to the *Personal Property Security Act* (Ontario) or any other personal property registry system; and (iii) those Claims listed on Schedule D hereto (subsections 4(i), (ii) and (iii) are collectively referred to as the "Encumbrances"), which term shall not include the permitted encumbrances, easements and restrictive covenants listed on Schedule E (the "Permitted Encumbrances") and the title reservations listed on Schedule F (the "Title Reservations").

THIS COURT ORDERS AND DECLARES that all of the Claims and Encumbrances (but not the Permitted Encumbrances and Title Reservations) affecting or relating to the Freehold Real Property, the Leasehold Real Property and the balance of the Purchased Assets are hereby

- 76 -

deleted, cancelled, expunged and discharged. [*consider separate paragraphs for each of the Freehold and Leasehold components to facilitate registration of Order on title*]

5.      THIS COURT ORDERS that upon the registration in the Land Registry Office for the **[Land Titles Division of {LOCATION} of an Application for Vesting Order in the form prescribed by the Land Titles Act and/or the Land Registration Reform Act] [NTD: Correct description to be provided]**, the Land Registrar is hereby directed to enter Purchaser as the owner of the Freehold Real Property in fee simple and as the owner of the Leasehold Real Property, and is hereby directed to delete, cancel, expunge and discharge from title to the Freehold Real Property and the Leasehold Real Property all instruments other than Permitted Encumbrances and the Title Reservations.

6.      THIS COURT ORDERS that for the purposes of determining the nature and priority of Claims and Encumbrances, the net proceeds from the sale of the Purchased Assets shall stand in the place and stead of the Purchased Assets, and that from and after the delivery of the Monitor's Certificate all Claims and Encumbrances shall attach to the net proceeds from the sale of the Purchased Assets with the same priority as they had with respect to the Purchased Assets immediately prior to the sale, as if the Purchased Assets had not been sold and remained in the possession or control of the Person having that possession or control immediately prior to the sale.

7.      THIS COURT ORDERS AND DIRECTS the Monitor to file with the Court a copy of the Monitor's Certificate, forthwith after delivery thereof.

- 77 -

8.    THIS COURT ORDERS that, notwithstanding:

    (a)    the pendency of these proceedings;

    (b)    any applications for a bankruptcy order now or hereafter issued pursuant to the *Bankruptcy and Insolvency Act* (Canada) in respect of any of the Applicants and any bankruptcy order issued pursuant to any such applications;

    (c)    any assignment in bankruptcy made in respect of any of the Applicants; and

    (d)    **[NTD:  The parties to use their reasonable efforts to include the following in the AVO: "the provision of any federal or provincial legislation".]**

the vesting of the Purchased Assets in Purchaser pursuant to this Order shall be binding on any trustee in bankruptcy that may be appointed in respect of the Applicants and shall not be void or voidable by creditors of the Applicants, nor shall it constitute nor be deemed to be a settlement, fraudulent preference, assignment, fraudulent conveyance, transfer at undervalue or other reviewable transaction under the *Bankruptcy and Insolvency Act* (Canada) or any other applicable federal or provincial legislation, nor shall it constitute oppressive or unfairly prejudicial conduct pursuant to any applicable federal or provincial legislation.

8.1    THIS COURT ORDERS and declares that the Transaction is exempt from the application of the *Bulk Sales Act* R.S.O. 1990, Chapter B.14 and any equivalent or applicable legislation under any other province or territory in Canada.

8.2    THIS COURT ORDERS that this Order shall have full force in all provinces and territories in Canada and shall be binding against all Persons (which includes, without limitation, governmental, municipal and regulatory authorities).

9.    THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United

- 78 -

Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

10.     THIS COURT ORDERS that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

**Schedule A – Form of Monitor's Certificate**

Court File No.:  09-CL-7950

### ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

### MONITOR'S CERTIFICATE

**RECITALS**

A.     Pursuant to an Order of the Honourable Justice Morawetz of the Ontario Superior Court of Justice (the "Court") dated January 14, 2009 (as amended and restated), Nortel Networks Corporation, Nortel Networks Limited ("NNL"), Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation (collectively, the "Applicants") commenced proceedings pursuant to the *Companies' Creditors Arrangements Act* (Canada) and Ernst & Young Inc. was appointed as monitor (the "Monitor") in these proceedings.

B.     Pursuant to an Order of the Court dated ●, 20__ (the "Approval and Vesting Order"), the Court approved a transaction (the "Transaction") pursuant to an agreement of purchase and sale dated as of _____ (the "Sale Agreement") between NNTC and NNL, as vendors (collectively, the "Vendor") and _____ (the "Purchaser") and provided for the vesting in Purchaser of NNTC's right, title and interest in and to the Freehold Real Property (as defined in the Approval and Vesting Order), all of NNL's right, title and interest in and to the Leasehold Real Property (as defined in the Approval and Vesting Order) and all of Vendor's right, title and interest in and to the Purchased Assets other than the Freehold Real Property and the Leasehold Real Property, which vesting is to be effective with respect to the Purchased Assets upon the delivery by the Monitor to Purchaser of a certificate confirming receipt of confirmation from NNL and NNTC that (i) Purchaser has paid the Purchase Price for the Purchased Assets; (ii) the conditions to Closing as set out in sections 4.1 to 4.3 of the Sale Agreement have been satisfied or waived by Vendor or Purchaser, as applicable; and (iii) the Transaction has been completed to the satisfaction of Vendor.

- 80 -

C.    Unless otherwise indicated herein, terms with initial capitals have the meanings set out in the Sale Agreement.

THE MONITOR CERTIFIES the following:

1.    NNL and NNTC have advised the Monitor that Purchaser has paid and Vendor has received the Purchase Price for the Purchased Assets payable on the Closing Date pursuant to the Sale Agreement;

2.    NNL has advised the Monitor that the conditions to Closing as set out in sections 4.1 to 4.3 of the Sale Agreement have been satisfied or waived by Vendor or Purchaser, as applicable; and

3.    NNL and NNTC have advised the Monitor that the Transaction has been completed to the satisfaction of Vendor.

4.    This Certificate was delivered by the Monitor at _____ [TIME] on _____ 2010.

**ERNST & Young Inc. in its capacity as monitor in the CCAA proceedings of Nortel Networks Corporation, et. al. and not in its personal capacity**

Per:    _____

      Name:

      Title:

- 81 -

**Schedule B – Freehold Real Property**

DOCSOTT: 829408\8

- 82 -

## Schedule C – Leasehold Real Property

- 83 -

**Schedule D –Claims pursuant to subsection 4(iii)**

- 84 -

**Schedule E– Permitted Encumbrances**

**[NTD:  See Schedule D of the Agreement.]**

- 85 -

## Schedule F– Title Reservations

**[NTD:  See Schedule C of the Agreement.]**

- 86 -

## SCHEDULE K
## FORM OF TENANT ESTOPPEL CERTIFICATE

## TENANT ESTOPPEL CERTIFICATE

TO: [PURCHASER] and its successors and assignees and lenders and its successors and assignees (the "**Addressees**")

AND TO: NORTEL NETWORKS TECHNOLOGY CORPORATION / NORTEL NETWORKS LIMITED (the "**Landlord**")

RE: Lease/License/Occupancy Agreement dated the _____ day of _____, _____ between Nortel Networks Technology Corporation/Nortel Networks Limited, as landlord, and _____, as tenant (collectively, the "**Lease**"), for the property located at 3500 Carling Avenue, Ottawa, Ontario (the "**Campus**")

PREMISES: Part of Lab _____ in the Campus, as described in the Lease.

The undersigned, being the tenant under the Lease, hereby certifies to the Addressees and the Landlord as follows:

1. The document annexed hereto is a true and complete copy of the Lease.  The Lease is unmodified except as set forth above and is in full force and effect. The undersigned currently occupies the Premises described in the Lease. The undersigned has not assigned or encumbered the Lease except as set out above or sublet or licensed all or any portion of the Premises.

2. The rentable area of the Premises demised under the Lease is approximately _____ square feet.

3. The Annual Rent payable under the Lease is: _____

All monthly instalments of Rent have been paid through _____. The term commenced on _____ and expires on _____, subject to the following renewal rights:

None

4. There is no prepaid rent deposit or security deposit under the Lease, except for the following:

None

5. The Lease represents the entire agreement between the Landlord and the undersigned in respect of the Premises and the undersigned has no claim, defence, set-off or counterclaim against the Landlord under the Lease or otherwise.

- 87 -

6.   The Landlord is not in default (including any act or omission that with the passage of time or the giving of notice would constitute default) of any of its material obligations under the Lease.

7.   Other than as set out in the Lease, the undersigned has no right to an abatement of rent or to terminate the Lease or to surrender all or any part of the Premises prior to the expiration of the term of the Lease.

8.   The undersigned has no option to purchase, right of first refusal to purchase, right of first opportunity to purchase, or any other purchase right with respect to the Premises, the lands or building or any part or parts of any of the foregoing.

9.   The undersigned has no right of expansion or right of first offer to lease additional premises in respect of the building except as may be set out in the Lease.

10.  The undersigned has taken possession of the Premises. All improvements to the Premises which are the Landlord's responsibility have been completed in accordance with the Lease and have been accepted by the undersigned. There are no outstanding tenant inducements, tenant allowances or other incentives payable or to be performed by the Landlord in connection with the Lease.

11.  There is no existing dispute by either the Tenant or the Landlord under the Lease or otherwise in respect of the Premises.

12.  The undersigned is not in default (including any act or omission that with the passage of time or the giving of notice would constitute default) of any of its obligations under the Lease.

13.  The undersigned hereby represents and warrants that the undersigned has full right and authority to execute and deliver this Estoppel Certificate and that such Person(s) signing on behalf of the undersigned is authorized to do so.

14.  This certificate is given pursuant to the Lease and the undersigned certifies and represents to the Addressees that the above statements are full and complete and may be relied upon by the Addressees.

DATED the _____ day of _____, 20__.

[TENANT]

By:    _____

# APPENDIX "C"

## COMPLETE COPY OF SCHEDULES TO AGREEMENT OF PURCHASE AND SALE

### [CONFIDENTIAL]

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

---

*ONTARIO*
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

Proceeding commenced at Toronto

---

## FIFTY-SIXTH REPORT OF THE MONITOR
### DATED OCTOBER 25, 2010

---

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay A. Carfagnini  (LSUC#: 222936)
Joseph Pasquariello (LSUC# 37389C)
Christopher G. Armstrong (LSUC# 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.