## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Debtors' Request For Authority To Assume And Assign Certain Contracts** was caused to be made on October 26, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: October 26, 2010

_____
Alissa T. Gazze (No. 5338)

3390676.3