IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                              :    Chapter 11
:
Nortel Networks Inc., et al.,[1]                   :    Case No. 09-10138 (KG)
:
Debtors.                             :    Jointly Administered
:
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 27, 2010 AT 10:00 A.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

   Related Pleadings: None.

   Objection Deadline: April 7, 2010 at 4:00 p.m. (ET). Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

   Responses Received:

   a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

   b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

c)  California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

d)  Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

Status: The hearing on this matter has been adjourned to the hearing scheduled for December 8, 2010 at 10:00 a.m. (ET).

2.  Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

    Related Pleadings: None.

    Objection Deadline: May 5, 2010 at 4:00 p.m. (ET). **Extended to January 6, 2011 at 4:00 p.m. (ET) for Nortel and for the Committee.**

    Responses Received: None at this time.

    **Status: The hearing on this matter has been adjourned to the hearing scheduled for January 27, 2011 at 10:00 a.m. (ET).**

3.  Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims (D.I. 3942, Filed 9/14/10).

    Related Pleadings:

    a)  Order (I) Approving Delivery By Certain Debtors As Minority Stockholders Of Consents To Merger Transaction; (II) Approving An Indemnification And Deferred Payment Agreement; (III) Authorizing Certain Debtors To Enter Into Such Indemnification And Deferred Payment Agreement And To Consummate Related Transactions; (IV) Authorizing The Debtors To File Certain Documents Under Seal; And (V) Granting Related Relief (D.I. 4162, Filed 10/14/10).

    Objection Deadline: October 7, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a)  Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims Filed by (D.I. 4106, Filed 10/7/10);

3857743.1

2

Status: The hearing with respect to the Response filed by Unisys Corporation has been adjourned to the hearing scheduled for November 8, 2010 at 12:30 p.m. (ET). The Debtors have agreed to adjourn their objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates to the hearing scheduled for November 23, 2010 at 10 a.m. (ET).

4. Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 3965, Filed 9/17/10).

   Related Pleadings: None.

   Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended to a date to be determined for the United States of America, the United States Trustee, the Canadian Debtors and the Monitor.

   Responses Received:

   a) Limited Objection Of ACS Cable Systems, Inc. To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4107, Filed 10/7/10);

   b) Objection Of The Trustee Of Nortel Networks UK Pension Plan And The Board Of The Pension Protection Fund to Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4108, Filed 10/7/10);

   c) Objection Of Frank A. Dunn To Debtors' Motion For An Order Approving Procedures For Document Destruction (D.I. 4118, Filed 10/7/10);

   d) Lead Plaintiffs' Joinder To Objections To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4125, Filed 10/8/10)

   Status: The hearing on this matter has been adjourned to a date to be determined.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

3857743.1

CONTESTED MATTERS GOING FORWARD:

5.  Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

    Related Pleadings:

    a)  Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10);

    b)  Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10); and

    c)  Order (First Supplemental) Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 4049, Filed 9/30/10).

    Objection Deadline: July 28, 2010 at 4:00 p.m. (ET). Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

    Responses Received:

    a)  Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

    b)  Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

    c)  Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

    d)  Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

3857743.1

4

**Status:** **Upon agreement of the parties, the hearing on the response filed by SNMP Research International, Inc. has been adjourned to the hearing scheduled for November 8, 2010 at 12:30 p.m. (ET).** The hearing on this matter with respect to the response relating to claim number 5896 filed by the Tennessee Department of Revenue has been adjourned to the hearing scheduled for November 23, 2010 at 10:00 a.m. (ET).

6. Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed 8/31/10).

    Related Pleadings:

    a) Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10); and

    b) Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) (D.I. 4053, Entered 9/30/10).

    Objection Deadline: September 23, 2010 at 4:00 p.m. (ET).

    Responses Received:

    a) Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors' Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10); and

    b) Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims), Filed by The Coca Cola Company (D.I. 4007, Filed 9/23/10).

    **Status:** **The hearing with respect to the response filed by The Coca Cola Company has been adjourned to the hearing scheduled for November 8, 2010 at 12:30 p.m. (ET).** The hearing with respect to the Objection filed by the Ventura County Treasurer-Tax Collector has been adjourned to the hearing scheduled for November 8, 2010 at 12:30 p.m. (ET).

7. Debtors' Motion For Entry Of An Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief (D.I. 4100, Filed 10/6/10).

    Related Pleadings:

    a) Debtors' Motion For An Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors Motion For Entry Of An Order (I) Appointing Layn R. Phillips

As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief (D.I. 4101, Filed 10/6/10);

b) Order Under 11 U.S.C. § 102(1) Shortening Notice Relating To Debtors' Motion For Entry Of An Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief (D.I. 4103, Entered 10/6/10); **and**

c) **Certification Of Counsel Regarding [Proposed] Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief (DI. 4202, Filed 10/26/10).**

Objection Deadline: October 7, 2010 at 4:00 p.m. (ET).

Responses Received:

a) Limited Objection of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund to (A) The Debtors' Motion For Entry of an Order (I) Appointing Layn R. Phillips as Neutral Mediator Concerning Allocation of Sale Proceeds; (II) Authorizing Entry Into an Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms of Engagement Agreement; (IV) Allowing Payment of Debtors Share of Cost of Engagement; and (V) Granting Related Relief; and (B) Motion for Entry of an Order Under 11 U.S.C. Section 102(1) Shortening Notice (D.I. 4112, Filed 10/7/10); and

b) Statement Of Ad Hoc Group Of Bondholders Regarding Debtors' Motion For An Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors Share Of Cost Of Engagement; And (V) Granting Related Relief (D.I. 4152, Filed 10/13/10).

**Status: This matter had been resolved and a certification of counsel has been filed.**

8. Debtors' Motion For An Order Authorizing And Approving Settlement Procedures To Settle Certain Avoidance Claims (D.I. 4127, Filed 10/8/10).

**Related Pleadings:**

3857743.1

a)  Certification Of Counsel Regarding [Proposed] Order Authorizing And Approving Settlement Procedures To Settle Certain Avoidance Claims (DI. 4203, Filed 10/26/10).

<u>Objection Deadline</u>: October 20, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>: Informal comments received from the Canadian Debtors.

**<u>Status</u>: This matter had been resolved and a certification of counsel has been filed.**

Dated: October 26, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3857743.1