IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

**SEVENTH SUPPLEMENTAL AFFIDAVIT PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

James Scott, being duly sworn, deposes and says:

1. I am a partner of Ernst & Young LLP ("EY LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299. I provide this seventh supplemental affidavit (the "Supplemental Affidavit") on behalf of EY LLP in further support of the retention of EY LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order"). This Supplemental Affidavit supplements my original affidavit filed on March 12, 2009 (the "Original Affidavit"), as supplemented by my first supplemental affidavit filed on June 1, 2009, my second supplemental affidavit filed on July 9, 2009, my third

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

supplemental affidavit filed on November 9, 2009, my fourth supplemental affidavit filed on April 6, 2009, my fifth supplemental affidavit filed on July 6, 2010 and my sixth supplemental affidavit filed on September 14, 2010.

2. Except as otherwise indicated, all facts set forth in this Supplemental Affidavit are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of EY LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction, my experience and knowledge of the Debtors' operations and financial condition, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

3. As described in my prior affidavits, the Ernst & Young global network comprises independent professional services practices conducted by separate legal entities throughout the world. Such legal entities, including EY LLP, are members of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital. The member firms of EYGL have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

4. As disclosed in the Original Affidavit, Nortel Networks Inc.'s Canadian direct corporate parent, Nortel Networks Limited ("NNL"), which is not a debtor in these chapter 11 cases, has engaged another EYGL member firm, Ernst & Young LLP, an Ontario limited liability partnership ("EY Canada") to perform services for NNL. As also described in the Original Affidavit, EY Canada may subcontract services required in respect of the foregoing engagement to EY LLP and pay EY LLP directly for such services. As part of NNL's

engagement of EY Canada, EY Canada is subcontracting EY US to perform local tax liquidation analysis services in respect of certain non-Debtor Nortel entities in Central and Latin America. This work does not involve any review or other services in respect of the indirect tax services that EY LLP is presently performing for the Debtors. Therefore, these services do not encompass any adversity on the part of EY LLP with respect to the matters for which EY LLP has been engaged by the Debtors.

_____
James Scott

Dated: 10/26/2010

Sworn to and subscribed before me this 26 day of October, 2010

_____
Notary Public

My Commission Expires: March 17, 2015