## SERVICE LIST

| **VIA HAND DELIVERY** | **VIA OVERNIGHT MAIL** |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Dennis F. Dunne Esq.<br>Timothy P. Cairns<br>Thomas R. Kreller Esq.<br>Albert A. Pisa Esq.<br>Andrew M. Leblanc Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>(Counsel for Ad Hoc Committee of<br>Bondholders) |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market St. 17th Fl.<br>Wilmington, DE 19801<br>(Counsel for Ad Hoc Committee of<br>Bondholders) | |

3802035.1