IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                     Debtors. :
: **RE: D.I. 1131, 1278, 2198, 2248**
:
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF DEBTORS' ASSIGNMENT NOTICES WITH RESPECT TO CERTAIN CONTRACTS

**PLEASE TAKE NOTICE THAT:**

      In connection with the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Asset and Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-Up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) the Assumption and Assignment of Certain Contracts and Leases and (C) the Assumption and Sublease of Certain Leases [D.I. 1131] (the "Sale Motion"), and the Debtors' Omnibus Motion For An Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts in Connection with the Sale of the Debtors' Enterprise Solutions Business and (B) Authorizing the Debtors to File Information Under Seal [D.I. 2198] (the "Assumption and Assignment Motion"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), sought authority to assume and assign certain executory contracts (the "Assumed and Assigned Contracts") and certain additional executory contracts (the "Additional Assumed and Assigned Contracts"), respectively, to Avaya Inc. as purchaser (together with its designees, the "Purchaser") of certain assets and equity interests relating to the Enterprise Solutions business (the "Assets") subject to and effective upon the closing of the sale.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

On August 4, 2009, the Court entered an order that, among other things, approved the procedures (the "Assignment Procedures") by which the Assumed and Assigned Contracts would be assumed and assigned [D.I. 1278] (the "Sale Procedures Order"). The Assignment Procedures authorized the Debtors to effect the assumption and assignment of contracts by serving individualized notices (the "Assignment Notices") on each counterparty to an Assumed and Assigned Contract until fifteen (15) days prior to the closing date.[2]

On September 16, 2009, the Court entered an order approving the sale of the Assets to the Purchaser [D.I. 1514] (the "Sale Order"). As part of the Sale Order, the Court authorized the Debtors to assume and assign the Assumed and Assigned Contracts to the Purchaser.

On January 6, 2010, the Court entered an order granting that Assumption and Assignment Motion [D.I. 2248] (the "Assumption and Assignment Order"). As part of the Assumption and Assignment Order, the Court authorized the Debtors to assume and assign the Additional Assumed and Assigned Contracts to the Purchaser.

The Debtors hereby provide notice that the contracts identified in Schedule A hereto (singularly or collectively, the "Scheduled Agreements")[3], will not be assumed and assigned under section 365 of title 11 of the United States Code in connection with the sale of the Assets to the Purchaser, and any Assignment Notices you may have received with respect to the Scheduled Agreements are hereby withdrawn by the Debtors without prejudice.

The Scheduled Agreements are Customer Contracts (as defined in the Sale Motion and the Assumption and Assignment Motion). As authorized by the Sale Procedures Order and the Assumption and Assignment Order, the Debtors are filing Schedule A with the Court under seal due to its confidential nature, and this notice is being served individually on each counterparty to the Scheduled Agreements.

The Debtors reserve all of their rights with respect to the Scheduled Agreements, including without limitation the right to assume, assume and assign or reject the Scheduled Agreements at a later date.

---

[2] The sale of the Assets to the Purchaser was consummated on December 18, 2009.

[3] Nothing contained in this notice is to be construed as an admission by the Debtors as to the character of any document denominated as an agreement, as an executory contract or unexpired lease, or to the rights of any parties thereto.

Dated: October 27, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

3