# FILED UNDER SEAL

Pursuant to the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry into the Stalking Horse Asset And Share Sale Agreement, (B) Authorizing and Approving the Bidding Procedures, (C) Authorizing and Approving a Break-up Fee and Expense Reimbursement, (D) Approving the Notice Procedures, (E) Approving the Assumption and Assignment Procedures, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing [D.I. 1278] and the Order (A) Approving the Assumption and Assignment of Certain Additional Executory Contracts in Connection with the Sale of the Debtors' Enterprise Solutions Business and (B) Authorizing the Debtors to File Information Under Seal [D.I. 2248]

## SCHEDULE A

### Contracts Not To Be Assumed and Assigned In Connection With The Asset and Share Sale Agreement

| Name and Address of Counterparty | Description of Contract |
|---|---|
|  |  |

NOTE: For the purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assignment Procedures as approved in the Sale Procedures Order and the Assumption and Assignment Order, those parties whom the Debtors believe to be a party in interest to a Scheduled Agreement will receive an individualized Schedule A.