## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Debtors' Assignment Notices With Respect To Certain Contracts** was caused to be made on October 27, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: October 27, 2010

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No. 5338)

3863437.1