# Schedule 1

Aviat Networks, Inc.
Axerra Networks, Inc.
Bally Total Fitness
Centennial Ventures VII, L.P.
Citrix Systems Inc.
Communications Test Design, Inc.
Global Knowledge
Ingram Micro, Inc.
Intel Corporation
Ixia
Kroll Ontrack
Liberty Mutual
New Enterprise Associates 12, L.P.
Perot Systems Corp.
PMC Sierra
PricewaterhouseCoopers
Razorfish Inc.
RSA Security Inc.
Sourcefire, Inc.
Texas Instruments Inc.
Towers Perrin