## **EXHIBIT B**

3661742.2

PERSONALIZED NOTICE PARTIES FILED UNDER SEAL

IN ACCORDANCE WITH ORDER DATED JANUARY 6, 2010 (D.I. 2248)

3661742.2