# United States Bankruptcy Court

## District of Delaware

In re: **Nortel Networks, Inc.**    Case No.: **09-10138**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Hain Capital Holdings, LLC** | **Airspan Networks Inc** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Hain Capital Holdings, Ltd** | |
| **301 Route 17, 7th Floor** | |
| **Rutherford, NJ 07070** | |
| **Attn: Ganna Liberchuk** | |
| **Phone: (201) 896 - 6100** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Airspan Networks Inc** |
| | **777 Yamato Road, Suite 310** |
| | **Boca Raton, FL 33431** |

Court Claim # (if known):
Claim Amount:        $1,274,161.46
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____    Date: 10/28/2010
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                          **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, District of Delaware

FROM:   Hain Capital Holdings, LLC

Airspan Networks Inc., a Delaware corporation, located at 777 Yamato Road, Suite 310, Boca Raton, Florida 33431 (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of the date hereof, hereby certifies that it has unconditionally and irrevocably sold, transferred, and assigned to Hain Capital Holdings, LLC, a Delaware limited liability company, with offices at 301 Route 17, Seventh Floor, Rutherford, NJ 07070 (the "Buyer"), all right, title, and interest in and to the claims of the Seller against Nortel Networks Inc. and its affiliates in the aggregate amount of $1,274,161.46 (the "Claim"), associated with the scheduled claims against the Nortel Networks, Inc. (the "Debtor"), Chapter 11 Case No. 09-10138.

The Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules or Bankruptcy Procedure and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

IN WITNESS WHEREOF, dated as of the 22 day of October, 2010.

WITNESS:
(Signature)

(Print name and title of witness)

RH CAMERTY
SNR DIRECTOR F.P&A

AIRSPAN NETWORKS INC.

By: _____
(Signature of authorized corporate officer)

Print name and title of authorized corporate officer   DAVID BRANT
CFO

(Telephone number of corporate officer)
561 893 8650

2

4848-6631-8599\1 10/22/2010 2:13 PM