# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*  :  Chapter 11

Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)

               Debtors.  :  Jointly Administered

---------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. NOS. 4210 AND 4211]

PLEASE TAKE NOTICE that on October 27, 2010, copies of the following were served in the manner indicated upon the entities identified on the attached service list.

- **Order Appointing A Mediator For Resolving Disputes Concerning Allocation Of Sale Proceeds And Granting Related Relief (D.I. 4210, Entered 10/27/10).**

- **Order Authorizing And Approving Settlement Procedures To Settle Certain Avoidance Claims (D.I. 4211, Entered 10/27/10).**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: October 28, 2010
      Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                            James L. Bromley (admitted *pro hac vice*)
                            Lisa M. Schweitzer (admitted *pro hac vice*)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                                    - and –

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            _____
                            Derek C. Abbott (No. 3376)
                            Eric D. Schwartz (No. 3134)
                            Ann C. Cordo (No. 4817)
                            Alissa T. Gazze (No. 5338)
                            1201 North Market Street, 18th Floor
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            Telephone: (302) 658-9200
                            Facsimile: (302) 425-4663

                            Counsel for the Debtors and Debtors in Possession

3865033.1