# EXHIBIT C

## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,238.77 |
| Conference Call /Telephone Charges | $6,893.29 |
| Courier Service/Postage | $10.31 |
| Duplicating (@ $0.10 per page) | $550.80 |
| Meals/Committee Meeting Expenses | $3,545.26 |
| Travel Expenses – Airfare | $7,848.30 |
| Travel Expenses – Ground Transportation | $1,821.82 |
| Travel Expenses – Lodging | $3,178.91 |
| Travel Expenses – Parking | $92.00 |
| Travel Expenses – Telephone & Fax | $9.99 |
| Travel Expenses – Train Fare | $1,104.10 |
| **TOTAL** | **$26,293.55** |

100297704 v1