# EXHIBIT D

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1334927 |
| Invoice Date | 10/27/10 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/03/10 | Travel - Airfare Fee - Ticket Exchange for 5/3/10 ticket; AA - Exchange Fee; FT Travel | $143.00 |
| 05/19/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1101957 DATE: 6/9/2010 Vendor: Dial Car Voucher #: DLA2818835 Date: 05/19/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2818835 Date: 05/19/2010 Name: David Botter | $116.18 |
| 05/19/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1101957 DATE: 6/9/2010 Vendor: Dial Car Voucher #: DLA3159773 Date: 05/19/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3159773 Date: 05/19/2010 Name: David Botter | $123.67 |
| 06/18/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 658356 DATE: 6/25/2010 Vendor: Executive Royal Voucher #: 234011 Date: 06/18/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 234011 Date: 06/18/2010 Name: Peter Sprofera | $33.58 |
| 06/20/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 658356 | $98.39 |

| | | |
|---|---|---|
| | DATE: 6/25/2010 Vendor: Executive Royal Voucher #: 212394 Date: 06/20/2010 Name: Kevin Rowe\|\|Car Service, Vendor: Executive Royal Voucher #: 212394 Date: 06/20/2010 Name: Kevin Rowe | |
| 06/23/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1103537 DATE: 7/14/2010 Vendor: Dial Car Voucher #: DLA3196768 Date: 06/23/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3196768 Date: 06/23/2010 Name: David Botter | $35.80 |
| 07/05/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Off the Wall | $50.00 |
| 07/07/10 | Meals (100%) Late work; Lisa G. Beckerman; Late work; Vinny's | $50.00 |
| 07/09/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: AUG10001076150000l DATE: 8/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $7.78 |
| 07/11/10 | Meals (100%) Weekend work; Lisa G. Beckerman; Weekend work; Off the Wall | $50.00 |
| 07/14/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: AUG100010761500001 DATE: 8/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $63.43 |
| 07/19/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: AUG100010761500001 DATE: 8/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $7.86 |
| 07/21/10 | Travel - Ground Transportation Working late. Taxi from One Bryant Park to 87th and Amsterdam.; Commnicar | $25.00 |
| 07/28/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1104577 DATE: 8/4/2010 Vendor: Dial Car Voucher #: DLA3102501 Date: 07/28/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3102501 Date: 07/28/2010 Name: David Botter | $136.39 |
| 07/29/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.30 |
| 08/02/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $9.87 |
| 08/04/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: SEP100010761500001 DATE: 9/1/2010 Multi-office omnibus teleconference | $4.00 |

| | | |
|---|---|---|
| | invoice. Account# 00107615-00001 | |
| 08/05/10 | Meals - Business F. Hodara, others; Patty and Bun | $27.24 |
| 08/05/10 | Travel - Ground Transportation Medallion cab | $11.45 |
| 08/11/10 | Travel - Ground Transportation Medallion cab | $10.20 |
| 08/11/10 | Meals - Business F. Hodara, others; Heartland Chophouse | $50.75 |
| 08/16/10 | Travel - Ground Transportation Taxi from airport to office re conference call prep and participation via SF office.; Luxor Cab Receipt | $60.00 |
| 08/16/10 | Travel - Airfare Airfare to San Francisco.; Flight to San Francisco re conf call.; Continental Airlines | $773.00 |
| 08/16/10 | Travel - Airfare Travel Agency Service Fee.; Flight Change Fee; AMEX statement | $37.00 |
| 08/16/10 | Travel - Lodging (Hotel, Apt, Other) Hotel stay re conference call.; Hotel stay in San Francisco.; Omni Hotels & Resorts invoice | $271.58 |
| 08/16/10 | Meals - Business Dinner re conference call.; K. Rowe; Omni Hotels & Resorts invoice | $30.35 |
| 08/17/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1105806 DATE: 9/1/2010 Vendor: Dial Car Voucher #: DLA3252554 Date: 08/17/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3252554 Date: 08/17/2010 Name: David Botter | $128.10 |
| 08/17/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 661079 DATE: 9/3/2010 Vendor: Executive Royal Voucher #: 207542 Date: 08/17/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 207542 Date: 08/17/2010 Name: Fred Hodara | $28.03 |
| 08/17/10 | Travel - Ground Transportation Taxi from office re conference call participation via SF office.; Town Taxi Receipt | $9.00 |
| 08/17/10 | Travel - Ground Transportation Medallion Cab | $9.90 |
| 08/18/10 | Travel - Telephone & Fax T-Mobile HotSpot | $9.99 |
| 08/20/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1106057 DATE: 9/8/2010 Vendor: Dial Car Voucher #: NSA3181532 Date: 08/20/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: NSA3181532 Date: | $81.25 |

| | | |
|---|---|---|
| | 08/20/2010 Name: David Botter | |
| 08/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-081410; DATE: 8/21/2010 | $334.16 |
| 08/24/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 741718 DATE: 8/29/2010 Sturm Joshua - Abigaels on Broadway - 08/24/2010 | $40.42 |
| 08/24/10 | Audio and Web Conference Services VENDOR: AT&T TELECONFERENCE SERVICES INVOICE#: SEP100010761500001 DATE: 9/1/2010 Multi-office omnibus teleconference invoice. Account# 00107615-00001 | $11.55 |
| 08/25/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 741718 DATE: 8/29/2010 Bell Graeme - Hakata Grill - 08/25/2010 | $23.26 |
| 08/25/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 741718 DATE: 8/29/2010 Kahn Brad - Szechuan Gourmet - 08/25/2010 | $24.22 |
| 08/25/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 661079 DATE: 9/3/2010 Vendor: Executive Royal Voucher #: 176124 Date: 08/25/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 176124 Date: 08/25/2010 Name: Brad Kahn | $26.93 |
| 08/25/10 | Travel - Ground Transportation Medallion cab | $13.80 |
| 08/25/10 | Travel - Ground Transportation Medallion cab | $14.76 |
| 08/26/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 741718 DATE: 8/29/2010 Sturm Joshua - Abigaels on Broadway - 08/26/2010 | $42.65 |
| 08/26/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 741718 DATE: 8/29/2010 Bell Graeme - Dong Hai Grille - 08/26/2010 | $22.40 |
| 08/26/10 | Meals (100%) 8/25/10 - B Kahn - Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $116.50 |

| | | |
|---|---|---|
| | 2033800099; DATE: 8/26/2010 | |
| 08/26/10 | Meals (100%) 8/26/10 - P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800099; DATE: 8/26/2010 | $116.93 |
| 08/27/10 | Travel - Ground Transportation Medallion cab | $12.70 |
| 08/30/10 | Computerized Legal Research - Westlaw User: VONDLE,DAVID Date: 8/30/2010 AcctNumber: 1000532285 ConnectTime: 0.0 | $27.17 |
| 08/30/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 08/30/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: SEARCHES; Quantity: 2.0 | $207.90 |
| 08/30/10 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VONDLE DAVID; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $33.75 |
| 08/30/10 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: VONDLE DAVID; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 08/30/10 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 371714 DATE: 9/3/2010 SENDER'S NAME: ; JOB NUMBER: 3960185; PICKUP: 140 W 62ND ST; DESTINATION: 1 BRYANT PARK; DATE: 08/30/2010 | $9.09 |
| 08/31/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: BELL GRAEME TICKET #: 0C4E6C DEPARTURE DATE: 09/01/2010 ROUTE: NYP WIL NYP | $-27.90 |
| 08/31/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: BELL GRAEME TICKET #: 0526951332 DEPARTURE DATE: 08/31/2010 ROUTE: NYP WIL NYP | $37.00 |
| 08/31/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: BELL GRAEME TICKET #: 0C4E6C DEPARTURE DATE: 09/01/2010 ROUTE: NYP WIL | $259.00 |

| | | |
|---|---|---|
| | NYP | |
| 09/01/10 | Duplication - In House Photocopy - Brown, Sean, DC, 12 page(s) | $1.20 |
| 09/01/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 1388 page(s) | $138.80 |
| 09/01/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 276 page(s) | $27.60 |
| 09/01/10 | Travel - Ground Transportation Medallion cab | $13.80 |
| 09/01/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.37 |
| 09/02/10 | Meals (100%) 9/2/10 - P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800100; DATE: 9/2/2010 | $402.02 |
| 09/02/10 | Meals (100%) 9/2/10 - P. Sanchez- Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800100; DATE: 9/2/2010 | $62.06 |
| 09/02/10 | Meals (100%) 9/2/10 - B. Kahn - Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800100; DATE: 9/2/2010 | $191.89 |
| 09/05/10 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 09001-54901-10; DATE: 9/5/2010 | $6,191.18 |
| 09/07/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 2345 page(s) | $234.50 |
| 09/07/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 6 page(s) | $0.60 |
| 09/07/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 48 page(s) | $4.80 |
| 09/07/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/7/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $13.01 |
| 09/07/10 | Travel - Airfare AA; Frosch Travel | $2,234.40 |
| 09/07/10 | Travel - Ground Transportation Airport to Office; Taxi - Medallian 6C97 | $20.00 |
| 09/07/10 | Travel - Ground Transportation Medallion cab | $10.00 |
| 09/08/10 | Meals - Business S. Schultz; American Airlines | $4.49 |
| 09/08/10 | Meals - Business S. Schultz; Auntie Anne's | $4.73 |
| 09/08/10 | Travel - Ground Transportation Hotel to Cleary's office; Taxi - MED# 4Y25 | $16.56 |
| 09/08/10 | Travel - Lodging (Hotel, Apt, Other) Sofitel; Sofitel New York | $571.57 |
| 09/08/10 | Meals - Business Sarah Schultz; Sofitel New York | $49.66 |
| 09/08/10 | Travel - Parking Parking at DFW; NTTA | $34.00 |

| | | |
|---|---|---|
| 09/08/10 | Travel - Ground Transportation Medallion cab | $11.70 |
| 09/09/10 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 6.0 | $67.50 |
| 09/09/10 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $190.80 |
| 09/09/10 | Meals (100%) 9/7/10 A Ellis - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800101; DATE: 9/9/2010 | $51.61 |
| 09/09/10 | Meals (100%) 9/7/10 A Ellis - Professional's call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800101; DATE: 9/9/2010 | $235.17 |
| 09/10/10 | Postage US Postage - Bell, Graeme, NY, 1 piece(s) | $1.22 |
| 09/10/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/10/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $310.69 |
| 09/10/10 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 9/10/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $24.10 |
| 09/10/10 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 09/10/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 750843 DATE: 9/12/2010 Woodson Jenny Jennifer) - Croton Reservoir Tavern - 09/10/2010 | $18.79 |
| 09/11/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 1066 page(s) | $106.60 |
| 09/12/10 | Travel - Ground Transportation Airport to Hotel; Taxi - MED# 1W31 | $38.48 |
| 09/12/10 | Travel - Airfare AA; Frosch Travel | $2,207.40 |
| 09/13/10 | Meals - Business S. Schultz; Fig's Cafe | $12.12 |
| 09/13/10 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel | $443.36 |
| 09/13/10 | Meals - Business S. Schultz; Sofitel | $12.15 |
| 09/13/10 | Travel - Parking NTTA - DFW Parking | $23.00 |
| 09/13/10 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/13/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.16 |
| 09/13/10 | Travel - Ground Transportation | $9.54 |

| | | |
|---|---|---|
| | Medallion cab | |
| 09/13/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1107515 DATE: 10/6/2010 Vendor: Dial Car Voucher #: DLA3175342 Date: 09/13/2010 Name: Sarah Schultz\|\|Car Service, Vendor: Dial Car Voucher #: DLA3175342 Date: 09/13/2010 Name: Sarah Schultz | $98.44 |
| 09/14/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 661877 DATE: 9/24/2010 Vendor: Executive Royal Voucher #: 233731 Date: 09/14/2010 Name: Peter Sprofera\|\|Car Service, Vendor: Executive Royal Voucher #: 233731 Date: 09/14/2010 Name: Peter Sprofera | $31.36 |
| 09/14/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 0527385375 DEPARTURE DATE: 09/14/2010 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: KAHN BRAD M TICKET #: 0527384172 DEPARTURE DATE: 09/14/2010 ROUTE: NYP WIL NYP | $37.00 |
| 09/14/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: BOTTER DAVID H TICKET #: 06F642 DEPARTURE DATE: 09/16/2010 ROUTE: NYP WIL NYP | $381.00 |
| 09/14/10 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP10-53062500000206 DATE: 9/28/2010 PASSENGER: KAHN BRAD M TICKET #: 06F7DF DEPARTURE DATE: 09/16/2010 ROUTE: NYP WIL NYP | $381.00 |
| 09/15/10 | Computerized Legal Research - Westlaw User: HARROP,DAWN Date: 9/15/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $138.76 |
| 09/15/10 | Travel - Ground Transportation Airport to Hotel; Taxi - MED#9L17 | $33.20 |
| 09/15/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.70 |
| 09/15/10 | Travel - Airfare 10/1-2/10 - G. Bell - Changing flights to allow a stay in NY to attend Pluto Auction and Sale Hearing VENDOR: Executive Travel Associates | $473.10 |

| | | |
|---|---|---|
| | Europe Ltd; INVOICE#: 362853; DATE: 9/15/2010 | |
| 09/16/10 | Meals (100%) 9/13/10 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800102; DATE: 9/16/2010 | $489.94 |
| 09/16/10 | Travel - Ground Transportation Court to Office; Taxi - MED# 2P36 | $15.41 |
| 09/16/10 | Travel - Ground Transportation Office to Court; Taxi - I Love NY | $22.22 |
| 09/16/10 | Travel - Ground Transportation Taxi from office; Taxi receipt | $8.70 |
| 09/16/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1107515 DATE: 10/6/2010 Vendor: Dial Car Voucher #: DLA3219722 Date: 09/16/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3219722 Date: 09/16/2010 Name: David Botter | $123.67 |
| 09/17/10 | Meals - Business S. Schultz; Fig's Cafe | $3.72 |
| 09/17/10 | Meals - Business S. Schultz; American Airlines Ad | $12.83 |
| 09/17/10 | Travel - Parking Parking at DFW; NTTA | $35.00 |
| 09/17/10 | Travel - Lodging (Hotel, Apt, Other) Sofitel; Sofitel Hotel | $1,208.04 |
| 09/17/10 | Travel - Airfare AA; Frosch Travel | $1,980.40 |
| 09/20/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 72 page(s) | $7.20 |
| 09/20/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 662062 DATE: 10/1/2010 Vendor: Executive Royal Voucher #: RVJ6939119 Date: 09/20/2010 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: RVJ6939119 Date: 09/20/2010 Name: Brad Kahn | $87.57 |
| 09/21/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 755604 DATE: 9/26/2010 Sturm Joshua - Abigaels on Broadway - 09/21/2010 | $42.65 |
| 09/21/10 | Travel - Lodging (Hotel, Apt, Other) Sofitel; Sofitel New York | $684.36 |
| 09/21/10 | Travel - Ground Transportation Medallion cab | $11.00 |
| 09/21/10 | Audio and Web Conference Services VENDOR: SOUNDPATH LEGAL CONFERENCING; INVOICE#: 2028874000-091410; DATE: 9/21/2010 | $273.33 |
| 09/22/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 1 page(s) | $0.10 |
| 09/22/10 | Duplication - In House Photocopy - Kahn, Brad, NY, 1 page(s) | $0.10 |
| 09/22/10 | Computerized Legal Research - Westlaw | $39.03 |

| | | |
|---|---|---|
| | User: BRAUNER,SARA Date: 9/22/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 09/23/10 | Meals (100%) 9/17/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800103; DATE: 9/23/2010 | $191.89 |
| 09/23/10 | Meals (100%) 9/22/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800103; DATE: 9/23/2010 | $127.93 |
| 09/23/10 | Meals (100%) 9/22/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800103; DATE: 9/23/2010 | $139.80 |
| 09/23/10 | Meals (100%) 9/23/10 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800103; DATE: 9/23/2010 | $353.03 |
| 09/24/10 | Duplication - In House Photocopy - Brauner, Sara, NY, 3 page(s) | $0.30 |
| 09/27/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 9/27/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $26.02 |
| 09/28/10 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 9/28/2010 AcctNumber: 1000193694 ConnectTime: 0.0 | $78.60 |
| 09/28/10 | Document Production - In House REQUESTOR: A ELLIS; DESCRIPTION: COLOR COPIES; QUANTITY: 29; DATE ORDERED: 9/28/10 | $29.00 |
| 09/29/10 | Travel - Ground Transportation Taxi from Cleary Gottlieb to office ($11.80 fare, $2.20 tip).; Nortel - Taxi | $14.00 |
| 09/29/10 | Travel - Ground Transportation Medallion | $10.32 |
| 09/29/10 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 662523 DATE: 10/8/2010 Vendor: Executive Royal Voucher #: 217529 Date: 09/29/2010 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 217529 Date: 09/29/2010 Name: Fred Hodara | $28.03 |
| 09/29/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1108038 DATE: 10/20/2010 Vendor: Dial Car Voucher #: DLA2179338 Date: 09/29/2010 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA2179338 Date: 09/29/2010 Name: David Botter | $139.46 |
| 09/30/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL | $25.25 |

| | | | |
|---|---|---|---|
| | SOLUTIONS INVOICE#: 762491 DATE: 10/3/2010 Catering Akin Gump - Ben's Kosher Delicatessen - 09/30/2010 | | |
| 09/30/10 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 762491 DATE: 10/3/2010 Kahn Brad - Szechuan Gourmet - 09/30/2010 | $32.39 | |
| 09/30/10 | Meals (100%) 9/29/10 B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800104; DATE: 9/30/2010 | $34.40 | |
| 09/30/10 | Meals (100%) 9/30/10 P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800104; DATE: 9/30/2010 | $402.02 | |
| 09/30/10 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1108038 DATE: 10/20/2010 Vendor: Dial Car Voucher #: DLA3219958 Date: 09/30/2010 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3219958 Date: 09/30/2010 Name: Lisa Beckerman | $67.99 | |
| | Current Expenses | | $26,293.55 |