**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 243202411



Interim (S)

VAT Invoice Date: **28 October 2010**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **297959**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 57,207.00 |
| For the period to 30 September 2010, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 27.54 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 151.61 |
| | 0.00 | | 57,386.15 |
| | | VAT | 0.00 |
| | | Total | 57,386.15 |
| | | **Balance Due** | **57,386.15** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 297959 when settling this invoice
**Payment Terms: 21 days**

Legal services are 100% foreign source and 0% US source

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001

For the period: to 30/09/2010

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**     **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| PDB | Paul Bagon | 11.00 | 350.00 | 3,850.00 |
| | | | Total | **3,850.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/09/2010 | Paul Bagon | LETT | Interim fee app | 0.30 | 350.00 | 175.00 |
| 07/09/2010 | Paul Bagon | DRFT | Ashurst interim fee app and sending out. | 1.12 | 350.00 | 420.00 |
| 16/09/2010 | Paul Bagon | DRFT | Ashurst monthly fee app | 2.30 | 350.00 | 875.00 |
| 17/09/2010 | Paul Bagon | DRFT | Ashurst fee app | 3.00 | 350.00 | 1,050.00 |
| 20/09/2010 | Paul Bagon | DRFT | Fee app | 2.00 | 350.00 | 700.00 |
| 27/09/2010 | Paul Bagon | DRFT | Finalising and sending out Ashurst fee app. Reviewing interim fee order and sending comments. | 1.48 | 350.00 | 630.00 |
| | | | | | | 3,850.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 1.00 | 490.00 | 490.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 4.18 | 350.00 | 1,505.00 |
| | | | Total | 1,995.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2010 | Luke Rollason | PHON | Nortel committee call. | 1.00 | 490.00 | 490.00 |
| 13/09/2010 | Paul Bagon | PHON | UCC meeting re allocation. | 2.30 | 350.00 | 875.00 |
| 17/09/2010 | Paul Bagon | PHON | UCC weekly meeting | 1.00 | 350.00 | 350.00 |
| 30/09/2010 | Paul Bagon | PHON | UCC weekly meeting. | 0.48 | 350.00 | 280.00 |
| | | | | | | 1,995.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>         <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 5.42 | 625.00 | 3,562.50 |
| ERB | Eric Bouffard | 4.18 | 625.00 | 2,687.50 |
| GDB | Giles Boothman | 2.18 | 650.00 | 1,495.00 |
| NXG | Nadine Gelli | 0.42 | 600.00 | 420.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 6.54 | 350.00 | 2,415.00 |
| **Junior Associate** | | | | |
| MVE | Michelle Egbosimba | 24.18 | 290.00 | 7,047.00 |
| **Professional Development** | | | | |
| NZL | Nathalie Legendre | 13.00 | 485.00 | 6,305.00 |
| **Trainee** | | | | |
| 3VZB | Victoire Binchet | 2.00 | 185.00 | 370.00 |
| | | | Total | 24,302.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| | | | | Time<br>(Hrs & Mins) | Agreed Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2010 | Angela Pearson | INTD | Discussions with Michelle Egbosimba | 0.18 | 625.00 | 187.50 |
| 01/09/2010 | Angela Pearson | READ | Review docs in on factual issues; (transfer pricing etc). | 1.06 | 625.00 | 687.50 |
| 01/09/2010 | Michelle Egbosimba | RSCH | Case law re Nortel administration | 0.42 | 290.00 | 203.00 |
| 02/09/2010 | Angela Pearson | LETT | Email to Eric Bouffard - Paris office | 1.06 | 625.00 | 687.50 |
| 02/09/2010 | Angela Pearson | READ | Review articles; docs on establishing COMI in UK | 1.00 | 625.00 | 625.00 |
| 02/09/2010 | Angela Pearson | INTD | Discussion with Michelle Egbosimba | 0.18 | 625.00 | 187.50 |
| 02/09/2010 | Angela Pearson | LETT | Email to Linklaters | 0.12 | 625.00 | 125.00 |
| 02/09/2010 | Eric Bouffard | CASE | Exam question AMP + rech infraction/qualification possible | 0.48 | 625.00 | 500.00 |
| 02/09/2010 | Michelle Egbosimba | DRFT | Drafting memo of advice re proprietary claims/discussions with CTC | 1.42 | 290.00 | 493.00 |
| 03/09/2010 | Angela Pearson | LETT | Email to E Bouffard | 0.12 | 625.00 | 125.00 |
| 03/09/2010 | Angela Pearson | LETT | Review email | 0.12 | 625.00 | 125.00 |
| 03/09/2010 | Angela Pearson | INTD | Discussion with MVE | 0.12 | 625.00 | 125.00 |
| 03/09/2010 | Angela Pearson | READ | Review warning notice re COMI transfer pricing etc | 1.06 | 625.00 | 687.50 |
| 03/09/2010 | Eric Bouffard | CASE | CT AMP + instructing BXJ | 0.30 | 625.00 | 312.50 |
| 03/09/2010 | Michelle Egbosimba | DRFT | Researching and drafting memo of advice re proprietary claims/research | 2.12 | 290.00 | 638.00 |
| 05/09/2010 | Michelle Egbosimba | DRFT | Drafing letter of advice in relation to proprietary claims | 3.48 | 290.00 | 1,102.00 |
| 06/09/2010 | Eric Bouffard | INTD | Disc NZL (x2) + NXG | 1.00 | 625.00 | 625.00 |
| 06/09/2010 | Michelle Egbosimba | PHON | Discussions with PDB re proprietary claim | 0.12 | 290.00 | 58.00 |
| 06/09/2010 | Michelle Egbosimba | RSCH | Research and emails re proprietary claims | 3.24 | 290.00 | 986.00 |
| 06/09/2010 | Nadine Gelli | DRFT | INTD with NZL + review of memo + draft comments re. tax notion of disguised dividend. | 0.42 | 600.00 | 420.00 |
| 06/09/2010 | Nathalie Legendre | READ | Review of the head of claims EMEA. Analysis of the grounds for the claims drafted under English law and related research in both English and French law. Draft bullet points memo describing the legal elements and tests to be met for the said claims to be successfull. | 7.00 | 485.00 | 3,395.00 |
| 06/09/2010 | Paul Bagon | INTD | MVE re status of report re EMEA claims. | 0.18 | 350.00 | 105.00 |
| 07/09/2010 | Eric Bouffard | CASE | Disc NZL, amending + sending mémo | 2.00 | 625.00 | 1,250.00 |
| 07/09/2010 | Michelle Egbosimba | LETT | Emails/Calls re Nortel Judgement | 0.30 | 290.00 | 145.00 |
| 07/09/2010 | Michelle Egbosimba | DRFT | Amending letter of advice/research re proprietary claims | 3.42 | 290.00 | 1,073.00 |
| 07/09/2010 | Nathalie Legendre | DRFT | Continued analysis of the grounds for the claims drafted under English law and related research in both English and French law. Finalise drafting the bullet points memo describing the legal elements and tests to be met for the said claims to be successfull. Internal discussions with ERB and NXG | 5.00 | 485.00 | 2,425.00 |
| 07/09/2010 | Nathalie Legendre | INTD | Additional discussions with ERB. Review of impact of misuse of corporate assets or powers. Draft section on misuse of corporate assets and/or powers | 1.00 | 485.00 | 485.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 08/09/2010 | Giles Boothman | READ | Review/mark up heads of claim re. EMEA | 1.00 | 650.00 | 650.00 |
| 08/09/2010 | Giles Boothman | INTD | A Pearson/PDB re. EMEA proprietary claims | 0.30 | 650.00 | 325.00 |
| 08/09/2010 | Michelle Egbosimba | DRFT | Drafting and researching proprietary claims | 5.30 | 290.00 | 1,595.00 |
| 08/09/2010 | Paul Bagon | READ | Reviewing note re EMEA claims. | 1.00 | 350.00 | 350.00 |
| 13/09/2010 | Michelle Egbosimba | PHON | Call re sale proceed allocations | 1.12 | 290.00 | 348.00 |
| 13/09/2010 | Paul Bagon | READ | Various emails and Memo re proprietary claims. | 1.00 | 350.00 | 350.00 |
| 20/09/2010 | Paul Bagon | LETT | Reviewing various documents re pensions and EMEA claims. | 2.30 | 350.00 | 875.00 |
| 24/09/2010 | Giles Boothman | ATTD | Call with Brad re. prop claims | 0.18 | 650.00 | 195.00 |
| 24/09/2010 | Michelle Egbosimba | PHON | Prep for and call with Brad re Nortel proprietary claims. | 1.00 | 290.00 | 290.00 |
| 24/09/2010 | Paul Bagon | READ | Proceed allocation presentations. | 1.18 | 350.00 | 455.00 |
| 24/09/2010 | Paul Bagon | PHON | AG, re proprietary claims. | 0.48 | 350.00 | 280.00 |
| 27/09/2010 | Victoire Binchet | LETT | Nortel - research: Receiving instructions from Michelle Egbosimba and compiling a case list of case law and legislation on shadow directors. | 2.00 | 185.00 | 370.00 |
| 28/09/2010 | Michelle Egbosimba | DRFT | Nortel cases - shadow directors | 0.24 | 290.00 | 116.00 |
| 30/09/2010 | Giles Boothman | INTD | Re. PPF litigation Angela/Paul/relaying to Akin. | 0.30 | 650.00 | 325.00 |

|  |  |
|---|---|
|  | 24,302.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0016**    **Lift Stay Litigation**

| | | | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| **Partner** | | | | | | |
| AMP | Angela Pearson | | | 33.18 | 625.00 | 20,812.50 |
| SEH | Steven Hull | | | 1.50 | 625.00 | 937.50 |
| **Associates** | | | | | | |
| PDB | Paul Bagon | | | 1.54 | 350.00 | 665.00 |
| | | | | | Total | 22,415.00 |

| Date | Name | Code | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 30/09/2010 | Angela Pearson | PHON | Telephone conversation with Wilberforce Chambers | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | READ | Review PR Website | 0.18 | 625.00 | 187.50 |
| 30/09/2010 | Angela Pearson | READ | Review press articles | 0.24 | 625.00 | 250.00 |
| 30/09/2010 | Angela Pearson | PHON | Telephone conversation with Herbert Smith | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | INTD | Telephone conversation with Giles Boothman | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | INTD | Telephone conversation with P Bagon | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | INTD | Telephone conversation with Linklaters | 0.30 | 625.00 | 312.50 |
| 30/09/2010 | Angela Pearson | LETT | Emails to Akin Gump | 1.00 | 625.00 | 625.00 |
| 30/09/2010 | Angela Pearson | INTD | Telephone conversation with SEH | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | LETT | Email to B Kahn | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Paul Bagon | LETT | Reading reports re developments in UK courts re extra-territorial FSDs. related emails, calls and internal discussions. | 1.54 | 350.00 | 665.00 |
| 30/09/2010 | Steven Hull | LETT | Emails with Angela Pearson, Giles Boothman and related parties regarding Lehman and Nortel FSD challenges in the High Court; review email correspondence between Paul Bagon, Angela Pearson and Lisa Beckerman of Akin Gump regarding same and review email from Angela Pearson and attached notes re: same. | 0.36 | 625.00 | 375.00 |

22,415.00

**Matter: CCN01.00001 – BANKRUPTCY**

**C0016**    **Lift Stay Litigation**

| | | | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2010 | Steven Hull | READ | Review Joshua Sturm email and review attached copy of committee's response to the p's objection to the magistrate Judge's report and recommendation. | 0.18 | 625.00 | 187.50 |
| 06/09/2010 | Angela Pearson | INTD | Discussion with MVE | 0.18 | 625.00 | 187.50 |
| 06/09/2010 | Angela Pearson | INTD | Email to Paris Office | 0.18 | 625.00 | 187.50 |
| 06/09/2010 | Angela Pearson | INTD | Email to MVE | 0.12 | 625.00 | 125.00 |
| 06/09/2010 | Angela Pearson | READ | Reviewing Warning Notice, etc. re: claim | 2.00 | 625.00 | 1,250.00 |
| 07/09/2010 | Angela Pearson | READ | Review MVE's note | 1.00 | 625.00 | 625.00 |
| 07/09/2010 | Angela Pearson | INTD | Discussion with MVE | 0.30 | 625.00 | 312.50 |
| 07/09/2010 | Angela Pearson | DRFT | Amend note | 4.00 | 625.00 | 2,500.00 |
| 08/09/2010 | Angela Pearson | DRFT | Review/amend note from Paris office | 1.00 | 625.00 | 625.00 |
| 08/09/2010 | Angela Pearson | MISC | Reviewing/amending/checking/research/etc. for Nortel memo | 7.30 | 625.00 | 4,687.50 |
| 08/09/2010 | Angela Pearson | LETT | Email to Akin Gump | 0.12 | 625.00 | 125.00 |
| 08/09/2010 | Angela Pearson | INTD | Email to Eric Boufford (Paris Office) | 0.12 | 625.00 | 125.00 |
| 08/09/2010 | Angela Pearson | DRFT | Review/incorporate Giles Boothman's comments | 0.18 | 625.00 | 187.50 |
| 08/09/2010 | Angela Pearson | INTD | Discussion with MVE | 0.48 | 625.00 | 500.00 |
| 08/09/2010 | Angela Pearson | PHON | Telephone conversation with P'Bagon | 0.12 | 625.00 | 125.00 |
| 08/09/2010 | Angela Pearson | INTD | Telephone conversation with Giles Boothman | 0.36 | 625.00 | 375.00 |
| 09/09/2010 | Angela Pearson | DRFT | Review Nortel UK admin proceedings transcript | 2.48 | 625.00 | 1,750.00 |
| 09/09/2010 | Angela Pearson | INTD | Discussion with MVE | 0.12 | 625.00 | 125.00 |
| 09/09/2010 | Angela Pearson | INTD | Email to Paris Office | 0.12 | 625.00 | 125.00 |
| 13/09/2010 | Angela Pearson | LETT | Email to P Bagon | 0.12 | 625.00 | 125.00 |
| 13/09/2010 | Angela Pearson | LETT | Email to MVE | 0.12 | 625.00 | 125.00 |
| 16/09/2010 | Angela Pearson | READ | Review email/doc | 0.24 | 625.00 | 250.00 |
| 16/09/2010 | Steven Hull | READ | Review Lisa Beckerman email and review attached request from UK Pensions Regulator for leave to appeal to the Supreme Court of Canada and review Angela Pearson response. | 0.06 | 625.00 | 62.50 |
| 23/09/2010 | Angela Pearson | LETT | Emails to Akin Gump | 0.18 | 625.00 | 187.50 |
| 24/09/2010 | Angela Pearson | LETT | Emails Akin Gump | 0.12 | 625.00 | 125.00 |
| 24/09/2010 | Angela Pearson | INTD | Discussion Giles Boothman | 0.12 | 625.00 | 125.00 |
| 24/09/2010 | Angela Pearson | INTD | Pre-discussion with Michael | 0.30 | 625.00 | 312.50 |
| 24/09/2010 | Angela Pearson | DRFT | Review advice note | 0.30 | 625.00 | 312.50 |
| 24/09/2010 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 1.30 | 625.00 | 937.50 |
| 24/09/2010 | Angela Pearson | PHON | Message for Herbert Smith | 0.12 | 625.00 | 125.00 |
| 24/09/2010 | Angela Pearson | DRFT | Quick review of note | 0.18 | 625.00 | 187.50 |
| 24/09/2010 | Steven Hull | LETT | Review Lisa Beckerman e-mail and review attached notice of application for leave to appeal by UK Pensions Regulator and memorandum of argument of UK Pensions Regulator and e-mail correspondence giving summary of same and review further e-mail from Lisa Beckerman re: same | 0.30 | 625.00 | 312.50 |
| 24/09/2010 | Angela Pearson | DRFT | Review submission | 2.00 | 625.00 | 1,250.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0016**</u>          <u>**Lift Stay Litigation**</u>

| Date | Name | | Description | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 28/09/2010 | Angela Pearson | INTD | Email to MVE | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | INTD | Emails GDB | 0.30 | 625.00 | 312.50 |
| 30/09/2010 | Angela Pearson | LETT | Emails P Bagon | 0.12 | 625.00 | 125.00 |
| 30/09/2010 | Angela Pearson | INTD | Emails SEH | 0.12 | 625.00 | 125.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0024**</u>    <u>**Asset/Stock Transaction/Business Liquidations**</u>

| | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associates** | | | | |
| AYP | Anna Patashnik | 0.12 | 350.00 | 70.00 |
| PDB | Paul Bagon | 5.30 | 350.00 | 1,925.00 |
| | | | Total | **1,995.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 21/09/2010 | Anna Patashnik | INTD | Discussion with Paul Brown regarding TUPE | 0.12 | 350.00 | 70.00 |
| 21/09/2010 | Paul Bagon | READ | Pluto bid docs. | 3.00 | 350.00 | 1,050.00 |
| 22/09/2010 | Paul Bagon | READ | Pluto docs. | 1.00 | 350.00 | 350.00 |
| 22/09/2010 | Paul Bagon | PHON | Pluto call re sale | 1.30 | 350.00 | 525.00 |
| | | | | | | **1,995.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

__C0031__        __European Proceedings/Matters__

| | | Time (Hrs & Mins) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.12 | 650.00 | 130.00 |
| **Associates** | | | | |
| PDB | Paul Bagon | 7.12 | 350.00 | 2,520.00 |
| | | | Total | 2,650.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Hrs & Mins) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2010 | Paul Bagon | LETT | Various emails. | 1.00 | 350.00 | 350.00 |
| 09/09/2010 | Paul Bagon | LETT | Various emails. | 0.30 | 350.00 | 175.00 |
| 14/09/2010 | Paul Bagon | INTD | LAR - update re allocation issues. | 0.30 | 350.00 | 175.00 |
| 16/09/2010 | Paul Bagon | PHON | Professionals pre-call | 0.24 | 350.00 | 140.00 |
| 16/09/2010 | Paul Bagon | READ | Various court filings | 2.30 | 350.00 | 875.00 |
| 22/09/2010 | Paul Bagon | LETT | Various emails. | 0.48 | 350.00 | 280.00 |
| 24/09/2010 | Giles Boothman | INTD | Angela, Paul | 0.12 | 650.00 | 130.00 |
| 28/09/2010 | Paul Bagon | LETT | Various emails. | 0.48 | 350.00 | 280.00 |
| 29/09/2010 | Paul Bagon | PHON | Professionals' pre-call. | 0.42 | 350.00 | 245.00 |
| | | | | | | 2,650.00 |