## Exhibit C

### DISBURSEMENT SUMMARY
### SEPTEMBER 01, 2010 THROUGH SEPTEMBER 30, 2010

| | |
|---|---|
| Document Production | £27.54 |
| Travel Expenses – Ground Transportation | £151.61 |
| **TOTAL** | **£179.15** |