**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production (Photocopying: A4 / A5 Black and White)**

| | | |
|---|---|---|
| 27/09/2010 | Photocopying | 1.26 |

**Document Production (Printing: A4 / A5 Black and White)**

| | | |
|---|---|---|
| 02/09/2010 | Printing | 2.04 |
| 06/09/2010 | Printing | 0.48 |
| 07/09/2010 | Printing | 1.08 |
| 08/09/2010 | Printing | 6.84 |
| 09/09/2010 | Printing | 6.36 |
| 16/09/2010 | Printing | 1.08 |
| 17/09/2010 | Printing | 0.60 |
| 20/09/2010 | Printing | 0.60 |
| 24/09/2010 | Printing | 1.68 |
| 27/09/2010 | Printing | 5.40 |
| 29/09/2010 | Printing | 0.12 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 06/09/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 85359; DATE: 06/09/2010 - TAXI - MVE (Appold Street to Broomfield Street) 03/09/10 | 32.19 |
| 06/09/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 85359; DATE: 06/09/2010 - TAXI - MVE (Broadwalk House to Broomfield Street) 03/09/10 | 28.31 |
| 07/09/2010 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 85596; DATE: 07/09/2010 - TAXI - MVE (Applod Street to E14) 06/09/10 | 28.31 |
| 17/09/2010 | PAYEE: Pettycash; REQUEST#: 408475; DATE: 17/09/2010. - P/C PDB Taxi - 13/09/10 | 30.00 |
| 27/09/2010 | PAYEE: Bagon, Paul; REQUEST#: 407928; DATE: 27/09/2010. - Bacs payment to reimburse expenses PDB Taxi - 08/09/10 | 32.80 |

**Transcripts (Transcripts)**

| | | |
|---|---|---|
| 27/09/2010 | PAYEE: Transfer Supplier Movements; REQUEST#: 409576; DATE: 27/09/2010. - Transcript Fee from Beverley Nunnery Re - Nortel Group (Blackburne) 14/1/2009) | 16.30 |

| | |
|---|---|
| | **195.45** |