## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2010 THROUGH SEPTEMBER 30 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 9 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | 2.50 | 1,625.00 |
| Angela Pearson | Partner for 4 years; Admitted in 1991, Litigation Group, UK | £625 | 39.00 | 24,375.00 |
| Nadine Gelli | Partner for 2 years; Admitted in 1998 Tax Group, France | £600 | 0.70 | 420.00 |
| Eric Bouffard | Partner for 4 years; Admitted in 1996 (France); Litigation and Restructuring Paris | £625 | 4.30 | 2,687.50 |
| Steven Hull | Partner for 13 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | 1.50 | 937.50 |
| Luke Rollason | Associate for 6 years; Admitted in 2004; Restructuring and Special Situations Group, UK | £490 | 1.00 | 490.00 |
| Paul Bagon | Associate for 2 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | 36.80 | 12,880.00 |
| Anna Patashnik | Associate for 2 years; Admitted in 2008; Employment, Incentives and Pensions Group, UK | £350 | 0.20 | 70.00 |
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010; Litigation Group, UK | £290 | 24.30 | 7,047.00 |
| Nathalie Legendre | Professional Development Lawyer, Admitted in 1994; Corporate Group, France | £485 | 13.00 | 6,305.00 |
| Victoire Binchet | Trainee Solicitor; Litigation Group, UK | £185 | 2.00 | 370.00 |
| **TOTAL** | | | 125.30 | 57,207.00 |

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2010 THROUGH SEPTEMBER 30, 2010

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 11.00 | 3,850.00 |
| Creditors Committee Meetings | 5.30 | 1,995.00 |
| General Claims Analysis / Claims Objections | 59.20 | 24,302.00 |
| Lift Stay Litigation | 36.70 | 22,415.00 |
| Asset / Stock Transaction / Business Liquidations | 5.70 | 1,995.00 |
| European Proceedings/Matters | 7.40 | 2,650.00 |
| **TOTAL** | **125.30** | **57,207.00** |