# EXHIBIT "1"

B10 (Official Form 10)(Rev. 7/93)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor)<br>**NORTEL NETWORKS TECHNOLOGY<br>CORPORATION** | Case Number:<br>09-10167 (KG) (Chapter 15) |
|---|---|

Note: This form may not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br>**ELECTRO RENT CORPORATION**<br>Name and Address Where Notices Should be Sent<br>c/o Jeffrey Kurtzman, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LP<br>260 S. Broad Street<br>Philadelphia, PA 19102 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces a previously filed claim, dated:_____<br> ☐ amends_____ |
|---|---|

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other (Describe briefly) Equipment rental obligations | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>from _____ to _____ |
|---|---|

| 2. DATE DEBT WAS INCURRED:<br>Various dates | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.

CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| ☐ SECURED CLAIM $_____<br>Attached evidence of perfection of security interest<br>Brief Description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)<br><br>Amount of arrearage and other charges at the time case filed included in secured claim above, if any $_____<br><br>☒ UNSECURED NONPRIORITY CLAIM $ 36,235.00<br>A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.<br><br>☐ UNSECURED PRIORITY CLAIM $_____<br>Specify the priority of the claim. | ☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(4)<br>☐ Up to $1,800* of deposits toward purchase, lease, or rental of property for services for personal, family, or household use -- 11 U.S.C. 507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507(a)(7)<br>☐ Taxes or penalties of governmental units -- 11 U.S.C. § 507(a)(8)<br>☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a) _____<br><br>*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 5. TOTAL AMOUNT OF<br>CLAIM AT THE TIME<br>CASE FILED: | $ 36,235.00<br>(Unsecured) | $_____<br>(Secured) | $_____<br>(Priority) | $36,235.00<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br>7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

| Date<br><br><br>January 30, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>**ELECTRO RENT CORPORATION**<br><br>By: _Thierry Bled_<br>Thierry Bled, Manager |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
*together with continually accruing interest, costs and fees (including attorneys' fees) as provided in the applicable loan and security documents

PHIL1 825361-1

01-14-2009   09:47am   From-Electro Rent Corp          18187861621        T-308   P.002   F-281

```
        Date: 01-14-09          NORTEL NETWORKS
    Customer: 43410  ()         P.O. BOX 280510
   Territory: 20                NASHVILLE, TN 372080510
     Contact:
       Phone:

   Last Payment Date:  01-12-09
   Last Payment Amount: $   5,694.15
```

| INV.DATE | INV.NUM | PURCHASE-ORDER# | DEBITS | CREDITS | NET-AMOUNT | SO/DR | TY |
|----------|---------|-----------------|--------|---------|-----------|-------|-----|
| 11-05-08 | 7374126 | CSE505146 | 78.75 | | 78.75 | 2222304 | ST |
| 11-05-08 | 7374135 | 4320049753 | 1417.50 | | 1,417.50 | 2286780 | ST |
| 11-05-08 | 7374143 | 4320049092 | 2087.40 | | 2,087.40 | 2286802 | ST |
| 11-13-08 | 7376740 | 4320040275 | 4063.50 | | 4,063.50 | 2278003 | ST |
| 12-04-08 | 7390460 | CSE505146 | 78.75 | | 78.75 | 2222304 | ST |
| 12-04-08 | 7390464 | 4320049092 | 2087.40 | | 2,087.40 | 2286802 | ST |
| 12-04-08 | 7390490 | 4320049753 | 1417.50 | | 1,417.50 | 2286780 | ST |
| 12-14-08 | 7393223 | 4320040275 | 4063.50 | | 4,063.50 | 2278003 | ST |
| 12-17-08 | 7394494 | 4320010574 | 4656.75 | | 4,656.75 | 2218287 | MI |
| 01-05-09 | 7406603 | CSE505146 | 78.75 | | 78.75 | 2222304 | ST |
| 01-05-09 | 7406609 | 4320049753 | 1417.50 | | 1,417.50 | 2286780 | ST |
| 01-05-09 | 7406649 | 4320049092 | 2087.40 | | 2,087.40 | 2286802 | ST |
| 01-12-09 | 7408855 | 4320040275 | 4063.50 | | 4,063.50 | 2278003 | ST |

```
            Total Open Non-Security Deposit:   $    27,598.20

   CURRENT: $ 12,303.90   30:   7,647.15   60:   7,647.15   90+:        0.00
--------------------------------------------------------------------------------

            Total Open Security Deposit:   $        0.00

   CURRENT: $      0.00   30:      0.00   60:      0.00   90+:        0.00
--------------------------------------------------------------------------------

                        Total Open:   $    27,598.20

   CURRENT: $ 12,303.90   30:   7,647.15   60:   7,647.15   90+:        0.00
```

01-14-2009  09:47am  From-Electro Rent Corp                18187861621          T-308  P.003  F-291

Order Entry
Territory:2060                                          Order Status Information for: 2278003                                              A80020

                                                                    Order No: 2278003        Contact Name: RAY VALLEE
Customer No: 43410                                                  Order Date: 05/22/08      Contact Phone: 403-769-2905
                                                                    Cust Doc No:              Salesperson: DMCMASTER
                                                                    Customer PO: 4320040275

BILL to:    NORTEL NETWORKS
            P.O. BOX 280510
            NASHVILLE, TN 37228-0510

Ship to:    5650 - 40TH STREET N.E.
            CALGARY, AB, CN T3J4R8

| Ordered Item | Qty | Ty | Term | Asset | Rate/Price Sales Price | Used | Ship Date | Return Date | Line Status | Internal |
|---|---|---|---|---|---|---|---|---|---|---|
| EQUITY/DISCOUNT NOTES:   USED 2.45 FOR LINES 1-4    USED 2X FOR LINES 5-7   APPRO | | | | | | | | | | |
| VED BY TONY/SKIDDNOLD (CDO) - 05/26/08 06:58:46\\ USED 2.45 FOR LINES 1-4 USED 2 | | | | | | | | | | |
| X FOR LINES 5-7 APPROVED BY TON//DMCMASTER (CDO) - 06/18/08 11:15:25\\ TOLD TO | | | | | | | | | | |
| USE 2X OF USP FCR AT B664/44//DMCMASTER (CDO) - 04/18/08 13:42:24\\ (\$8 PER DR ON | | | | | | | | | | |
| COMP) RAY IS NOT THE DECISION MAKER ON THIS - HE GATHERS THE INFORMATION THE | | | | | | | | | | |
| N IT IS FILTERED THROUGH SABRINA FOR THE PO ETC WOULD NOT SAY WHO ACTUALLY MAKES | | | | | | | | | | |
| THE DECISION SHOULD BE A DECISION AT THE END OF THIS WEEK FU 04/24//DMCMASTER ( | | | | | | | | | | |
| CDO) - 04/27/08 11:46:42\\ LEM//DMCMASTER (CDO) - 04/24/08 06:52:56\\  EQUITY | | | | | | | | | | |
| ACCRUAL PER MONTH - CAN EXERCISE BUYOUT ANYTIME AFTER 6 MONTHS AT-E6440A = \$678 | | | | | | | | | | |
| AT-E443BC-50L = \$681 AT-E64190 = \$88 AT-E64190 = \$51 AT-B482A = \$27 AT-E4810 #5 | | | | | | | | | | |
| Z3 AT-B664A = \$490//DMCMASTER (CDO) - 05/22/08 12:26:44\\ Order created by CRM# | | | | | | | | | | |
| 1259009 // 012277 - 05/22/08 - 12:26:20\\ SUBBING THE SAME FILTER AT-1841D  -RENTA | | | | | | | | | | |
| L RATE AND EQUITY AND BASE SALE PRICE REMAINS THE SAME//DMCMASTER (CDO) - 05/257 | | | | | | | | | | |
| 00 06:56:21\\  EQUITY AND BASE SALE PRICE PER MONTH - CAN EXERCISE BUYOUT ANYTIME AFTER 6 M | | | | | | | | | | |
| ONTHS AT-E6440A = \$678 (BASE SALE PRICE \$58,204) AT-E443BC-50L = \$681 (BASE SAL | | | | | | | | | | |
| PRICE \$47,221) AT-E64190 = \$88 (BASE SALE PRICE \$6,092) AT-E64190 = \$51 (BASE S | | | | | | | | | | |
| ALE PRICE \$8955) AT-B482A = \$490 (BASE SALE PRICE \$17,503)//DMCMASTER (CDO) - 05/29 | | | | | | | | | | |
| 8 10:39:21\\  * THIS IS A RENTAL WITH EQUITY - BUILDING AN OL SD EQUITY CAN | | | | | | | | | | |
| /08 07:05:08\\  TRACKING-AND-DELV'D 06/18 9256 USPU//DMCMASTER (CDO) - 07/18/0 | | | | | | | | | | |
| BE FLAGGED AS PER KATHLEEN ROUSSEAU**//DMCMASTER (CDO) - 07/29/08 06:15:16\\//DM | | | | | | | | | | |
| E PRICE \$895) AT-B482A = \$27 (BASE SALE PRICE \$650) AT-B481D =\$23  (BASE SAL | | | | | | | | | | |
| ths, 12/1/08-3/1/09//LABELLAND (CPT) - 11/19/08 10:34:33\\ Rec'd extension req, funding 3 additional mon | | | | | | | | | | |
| AT-E64198 100kHz-110GHz 2CH Power Meter | 1 | DL | 180 | 12123720 | 150.00 | | 06-16-08 | | | |
| AT-E4438B-50L/5/602 Z50kHz-6GHz ESG Vector Signal Generator/ | 1 | DL | 180 | 12838B7E | 1,157.00 | 4,705.00 | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | 49,656.00 | 06-16-08 | | | |
| AT-E6440A/1Z3/1D5/B7J/BAC 3Hz-26.5GHz PSA Spectrum Analyzer/ | 1 | DL | 180 | 13461469 | 1,692.00 | 58,340.00 | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | 0.00 | 06-16-08 | | | |
| Delivery and Handling Charges | 1 | DH | 0 | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | | 06-16-08 | | | |

01-14-2009  09:48am  From-Electro Rent Corp                18187861621        T-308   P.004   F-291

Order Entry
Territory:2060

Order Status Information for: 2278003                                        A80020

AT-E4418B 100kHz-?18GHz Power Meter
AT-8482A 100kHz-4.2GHz 100mW Power Sensor
AT-8546A/4 100kHz-26GHz Synthesized Signal Generator/low nois
AT-8482A 100kHz-4.2GHz 100mW Power Sensor
AT-8482A 100kHz-4.2GHz 100mW Power Sensor
AT-E4424A-1C8 1005-9215 Rack mount kit
AT-8484A

| | | | | | |
|---|---|---|---|---|---|
| 1 | OL | 180 | 1338632C | 87.00 | 2,750.00 06-16-08 |
| 1 | OL | 180 | 12529004 | 24.00 | 650.10 06-16-08 |
| 1 | OL | 180 | 12596040 | 780.10 | 17,500.00 06-16-08 |
| 1 | OL | 180 | 1355217BD | 24.00 | 650.00 06-16-08 |
| 1 | OL | 180 | 13557100 | 58.00 | 58.00 06-16-08 |
| 1 | OL | 180 | 12607903 | 4.00 | 750.00 06-16-08 |
| 1 | OL | 180 | 12592628 | 32.00 | 750.00 06-16-08 |

3,870.00     129,059.00

| Invoice Date | Invoice Number | Period of Performance | Open Balance |
|---|---|---|---|
| 11-13-08 | 7376740 | 11/13/08 - 12/12/08 | 4063.50 |
| 12-14-08 | 7593223 | 12/13/08 - 01/11/09 | 4063.50 |
| 01-12-09 | 7408855 | 01/12/09 - 02/10/09 | 4063.50 |
| | | | 12,190.50 |

01-14-2009   09:48am   From-Electro Rent Corp          18187661621        T-308  P.005  F-281
06/15/2009   12:51    9053510232                ELECTRO RENT                PAGE  01/08

# N❂RTEL

## Purchase Order

2018002

Purchase Order No: 43200075
This number must appear on all invoices, packages, packing slips and customs form.

| Order Date: 05/22/2008 | |
| Last Change Date: 05/22/2008 | Page 1 of 7 |

Supplier Contact: Doreen McMaster

| Supplier No: 2376 |
| Contact No: |

Supplier:
Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

Ship to:
NN
Nortel
5050 40 STREET NE
CALGARY AB  T3J 4P8
CANADA

Bill to:
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. BOX 280510
Nashville, TN 37228

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Buyer: Mario Romero | Ship Date | Unit Price | Tax Code | Telephone No: Fax: | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Incoterms:
FCA Origin

Start Date : - 06/01/2008
End Date    12/01/2008
Header text
PLEASE SHIP USING NORTEL'S UPS ACCT# 2R49Y8
***NO SHIPPING CHARGES ALLOWED***

Header note
START DATE: JUNE 1ST, 2008
END DATE: DECEMBER 1ST, 2008
NORTEL CONTACT: SABRINA D'SILVA
SDSILVA@NORTEL.COM

Page Total        USD        0.00

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada

Mario Romero
BUYER

Nortel 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

01-14-2009  09:48am  From-Electro Rent Corp          18187861621        T-308  P.006  F-291

06/15/2008  12:51    9053610232              ELECTRO RENT                        PAGE  02/08

# N✷RTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4590610275 | Order Date: 05222008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05/22/2008 |
| | Supplier No: 2376 |
| | Contract No: |
| | Page 2 of 7 |

**Supplier:**
Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1R9
CANADA

Supplier Contact:
Doreen McMaster

**Ship to:**
N0
Nortel
5050 40 STREET NE
CALGARY AB T3J 4P8
CANADA

Buyer:
Mario Romero

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No:
Fax:

| Item No. | Qty | UOM | Part No | Incoterms: FOB Origin | Payment Terms: Within 70 days Due net | Description | Ship Date | Buyer: Mario Romero | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | 6.000 | MON | | | | REPLACEMENT COST $895 | | | | | | |
| | 5.000 | GST | | | | Rental - AT-8491D 10MHz-18GHz High S | 06/01/2008 | | 32.00 ✓ | A3 | 9.60 | 192.00 |

Terms of delivery:
1. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
2. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.
3. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.
5. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.
6. RENTAL OF THIS EQUIPMENT MAY BE TERMINATED AT ANY TIME WITHOUT CANCELLATION CHARGES TO NORTEL, INCLUDING BUT NOT LIMITED TO EARLY RETURN OF EQUIPMENT.

Mario Romero
BUYER

Page Total | USD | 192.00

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

Nortel Networks 10/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

01-14-2009  09:48am  From-Electro Rent Corp              18187861621        T-308  P.007/028  F-291

06/15/2008  12:51    9053610232              ELECTRO RENT                              PAGE  03/08

# N⊘RTEL

**Purchase Order**

| | |
|---|---|
| Purchase Order No. 4320040275<br>This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 05/22/2008<br>Last Change Date: 05/22/2008    Page 3 of 7 |
| Supplier Contact:<br>Doreen McMaster | Supplier No: 2376<br>Contact No: |

**Supplier:** Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

**Ship to:** Nortel
5050 40 STREET NE
CALGARY AB T3J 4E8
CANADA

**Bill to:** Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 28510
Nashville, TN 37228

**Buyer:** Mario Romero

**Telephone No:**
**Fax:**

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Cond. | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00020 | 6.000 | MON 5.000% GST | | Rental - AT-8402A 100kHz-4.2GHz 100M | 06/01/2008 | 24.00 | A3 | 14.40 | 288.00 |
| 00030 | 6.000 | MON 5.000% GST | | REPLACEMENT COST $650 * 2= $1300 | | | | | |
| 00038 | 6.000 | MON 5.000% GST | | Rental - AT-E8441B8 100kHz-110GHz Pwr | 06/01/2008 | 87.00 | A3 | 26.10 | 522.00 |
| 00040 | 6.000 | MON 5.000% GST | | REPLACEMENT COST $3,550 | | | | | |
| | | | | Rental - AT-E8419B 100kHz-110GHz 2CH | 06/01/2008 | 150.00 | A3 | 45.00 | 900.00 |
| 00050 | 6.000 | MON 5.000% GST | | REPLACEMENT COST $6,092.00 | | | | | |
| | | | | Rental - AT-E8443BC-506/5/602 250kHz- | 06/01/2008 | 1,157.00 | A3 | 347.10 | 6,942.00 |
| 00060 | 6.000 | MON 5.000% GST | | REPLACEMENT COST $47,221.00 | | | | | |
| | | | | Rental - AT-E8440A/B7J/123/BRC/1CM | 06/01/2008 | 1,696.00 | A3 | 508.80 | 10,176.00 |
| | | | | | Page Total | | USD | 18,828.00 |

**Carrier Number/Carrier Name:**

**Incoterms:** FCA Origin

**Payment Terms:** Within 70 days Due net

~~(signature)~~

Mario Romero
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 900, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada

Nortel LP/2007-07/EN                    Nortel is an Equal Opportunity / Affirmative Action Employer                    B

01-14-2009   09:49am   From-Electro Rent Corp                18187861621          T-308   P.008/020   F-291

06/15/2008   12:51   9053610232                              ELECTRO RENT                              PAGE  04/08

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320040275 | Order Date: 05/22/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05/22/2008 |

Supplier:
Electro Rent Corp
955 Mayzerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

| | |
|---|---|
| Supplier Contact: | Supplier No: 2378 |
| Doreen McMaster | Contract No: |

Ship to:
PN
Nortel
5050 40 STREET NE
CALGARY AB T3J 4P6
CANADA

| | |
|---|---|
| Telephone No: | |
| Fax: | Page 4 of 7 |

Bill to:
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 2805L0
Nashville, TN 37228

| Item No. | Qty | UOM | Part No | Description | Proposed Terms: Within 70 days Due:net | Buyer Mario Romero Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Incoterms: FCA Origin | | | | | | |
| 00070 | 6.000 | MON | | REPLACEMENT COST $58,284.00 | | | | A3 | | |
| | | 5.000 | GST | Rental -AV-8654A/4 100MHz-3GHz Synth | | 06/01/2008 | 700.00 | | 210.00 | 4,200.00 |
| | | | | REPLACEMENT COST $17,500.00 | | | | | | |
| | | | | Goods Recipient: | | | | | | |
| | | | | This Purchase order is subject to the Nortel Networks Standard PO Terms Conditions unless specified by Nortel. | | | | | | |

| | | | Page Total | | USD | | | 4,200.00 |
| Mario Romero BUYER | | | Tax Amount Total Amount | | USD USD | | | 1,161.00 24,381.00 |

Carrier Number/Carrier Name:

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada.

NORTEL NETWORKS 1P/2007-D/7/EN          NORTEL is an Equal Opportunity / Affirmative Action Employer          E

# Terms and Conditions

## PURCHASE ORDER TERMS & CONDITIONS OF PURCHASE OF GOODS/SERVICES

**Provincial Sales Tax Vendor Permit Number and Certifications**

NWL
British Columbia R00#048
Manitoba 535123-3
Ontario (sales rate) R847-0069-0274-3442
Prince Edward Island #23552
Saskatchewan
Quebec (QST) R1015470-TQ 1002362085-TQ

Nortel (and the provisions of the Ontario Retail Sales Tax Act, we claim exemption from tax on the purchase of tangible personal property and taxable services ordered herein.

**Terms and conditions**

1. Disclosure of information
All information, materials, specifications, tools, drawings or data, including computer software programs in source code or object code form, which is conveyed in connection with this order, including the items hereof, or becomes available or made known to Supplier, shall be deemed proprietary and confidential to Nortel Networks, and shall not be disclosed to any third party and shall be used exclusively for the purpose of performance under this order. Supplier shall disclose the goods or services pursuant to the specified goods or services pursuant to the Purchase Order (herein the "Deliverables"), for the benefit of Nortel Networks and its affiliated companies, being Nortel Networks' Limited and its subsidiaries and such affiliated companies, and shall be returned to Nortel Networks on demand. Supplier shall not make use of any trademarks or trade name of Nortel Networks or its affiliated companies without the prior written consent of Nortel Networks.

2. Ownership of Intellectual Property
Nortel Networks shall own all technical information, written reports, visual or audio recordings, computer software programs in source code or object code form, plans, models, and other items, and all patents, copyrights, know-how, and other technological or intellectual property resulting from, or developed pursuant to the provision of Deliverables hereunder. Supplier hereby sells, transfers, assigns, and conveys to Nortel Networks all the right, title, and interest in all the results and/or items produced or to be produced by performance of the services, including, without limitation all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works, and any other intellectual property rights pertaining thereto, and agrees to execute, or to have its employees and subcontractors execute, without additional charge to Nortel Networks, any documents required to evidence Supplier for Supplier's reasonable cost of such drawings, dies, tools, or patterns or any part thereof, and upon payment thereof shall become the owner and entitled to possession of the same.

3. Special Products
Unless otherwise provided on the face of this order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the Deliverables shall be furnished by and at the expense of the Supplier. Nortel Networks may, at its option at any time, reimburse Supplier for Supplier's reasonable cost of such drawings, dies, etc.

4. Indemnification and Insurance
Supplier warrants that the Deliverables furnished hereunder may be freely used, sold, or otherwise dealt with by Nortel Networks and any other person without infringement of any patents, copyrights, trademarks, trade secrets, or other technological or intellectual property rights. Supplier shall indemnify, defend, and hold harmless Nortel Networks, and its affiliated companies, their employees, customers, licensees, licensors, and those for whom they may act as agent, against any claims, demands, losses, costs or damages (including costs and attorneys' fees) whatsoever in the event of any actual or alleged infringement of a third party intellectual property right. Supplier shall indemnify, defend and save harmless Nortel Networks, its affiliated companies and their employees, customers, transferees, licensees and those for whom they may act as agent, from and against all claims, demands, losses, costs, damages including, but not limited to, those arising from bodily injury (including death) or property damage, of whatsoever kind or nature arising out of incident to or in connection with the supply of Deliverables to Nortel Networks or the performance, or non-performance, of any commitment pursuant to this order. Supplier shall, prior to commencement of performance, furnish to Nortel Networks a certificate of insurance evidencing that Supplier has the following types of insurance and minimum coverages:
(a) Statutory workers' compensation and occupational diseases;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Nortel Networks as an additional insured.

5. Price/Additional Charges/Quantity
Supplier agrees that this order must not be filled at a price higher than stated on the face of this order without obtaining the prior written consent of Nortel Networks Purchasing Department. Supplier represents that the price charged hereunder are the lowest prices charged by Supplier to buyers of a class similar to Nortel Networks under similar terms. Any price reduction made in Deliverables covered by this order which is instituted before delivery of goods or commencement of services shall be applicable to this order. No changes additional to those set out on the face of this order will be allowed unless agreed to and specifically readied and included in this order. Nortel Networks shall not be obligated to accept any shipment less than or in excess of the quantity of Deliverables specified herein for this order. Notwithstanding, a reasonable of the quantity of Deliverables specified. Risk of loss, handling or shortage changes and a reasonable handling fee for excess quantity shall be borne by Supplier. Payment terms are 70 days (Payment Period) measured from the later of Nortel Networks' acceptance of the goods and/or services or Nortel of an undisputed invoice therefor. Notwithstanding the preceding, conditioned upon the advance approval of Nortel Networks' finance group, on the face of this purchase order Nortel Networks may agree with Supplier to a special form of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued.

6. Set-Off
Upon notice to Supplier, Nortel Networks may deduct from the amount due to Supplier, under this order, either damages for any breach of this order or amounts

01-14-2009  09:49am  From-Electro Rent Corp          16187861621          T-308   P.010/020  F-291

06/15/2008   12:51    9053610232                ELECTRO RENT                            PAGE  06/08

# Terms and Conditions

otherwise due to Nortel Networks by Supplier, irrespective of whether the deduction is related to the Deliverables covered by this order.

**7. Title, Risk of Loss**
Unless expressly stated to the contrary on the face of this order, title, risk of loss and/or damage to all Deliverables shall remain in Supplier until delivery to, and off-loading at, Nortel Networks premises at which time title, risk of loss and/or damage shall pass to Nortel Networks.

**8. Approval by Relevant Authorities**
All electrical power, or related equipment systems, included in this order, shall comply with any requirements prescribed by the Canadian Standards Association and by the applicable federal, provincial or municipal authority prior to acceptance by Nortel Networks. Supplier shall be responsible for making all modifications required to effect such compliance and for the costs thereof.

**9. Master Contract/Additional Terms**
Subject to any master contract between Nortel Networks and the Supplier, this order constitutes the entire agreement between the parties on the subject matter hereof and supersedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. No other terms or conditions shall be binding upon Nortel Networks unless reduced to writing and signed by a duly authorized representative of Nortel Networks. Supplier's furnishing of Deliverables hereunder shall be deemed to be an acceptance of these terms and conditions notwithstanding the communication to Nortel Networks by Supplier of any other terms and conditions. In the event the terms of this Order conflict with the terms of any master purchase and sale agreement, or any other services agreement between Nortel Networks and Supplier, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

**10. Warranty/Inspection**
Supplier warrants that Supplier is duly qualified to provide Deliverables and that the Deliverables to be furnished hereunder conform with Nortel Networks specification, description or drawings, shall be free from defects in material and/or workmanship, free from any liens or encumbrances, and, unless otherwise specified herein, shall be merchantable quality, fit for their intended purpose, and shall be supplied in a professional and workmanlike manner conforming with the generally accepted practices. This warranty shall survive acceptance of the Deliverables. The Supplier shall bear the cost of inspection and return to Supplier of Deliverables rejected. Nortel Networks at its option, may reject, repair, correct or replace defective or non-conforming Deliverables.

**11. Assignment**
Supplier shall not assign this order, any interest herein, or any rights hereunder, or subcontract any obligation to be performed hereunder, without the prior written consent of Nortel Networks.

**12. Termination**
At any time, Nortel Networks may cancel this order in whole or in part, upon notice to the Supplier. If this order is terminated for Nortel Networks convenience, any claim of the Supplier shall be settled on the basis of the reasonable cost if this documented as having been incurred in the performance of this order, which will not exceed the order price. If, however, cancellation is occasioned by Supplier's breach of any term, provision or condition hereof, including Supplier's delay in delivery, Supplier shall be entitled to reimbursement for any cost and Nortel Networks shall have against the Supplier all remedies available thereunder, or at law or in equity, including the right to

purchase substitute materials elsewhere and charge Supplier with any additional costs of expenses incurred. In no event shall Nortel Networks be liable for any incidental, indirect, consequential, special or punitive damages of any nature whatsoever, including loss of profit, use, goodwill, or income, for any reason whatsoever.

**13. Force Majeure**
Nortel Networks reserves the right, at its option, either to suspend or cancel shipment or provision of Deliverables covered by this order, in whole or in part, at any time, without incurring any costs of damage whatsoever, where such suspension or cancellation is caused by force majeure, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes, unusually severe weather or other contingencies beyond the control of Nortel Networks and/or the Supplier.

**14. Time of the Essence**
Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

**15. Regulations**
Supplier shall be responsible for packaging, labeling, handling, transportation, storage or otherwise providing and performing Deliverables, in accordance with any applicable rules relating to customs and export control, and provide all information necessary for Nortel Networks to permit compliance with all legislation relevant to the hazardous or dangerous goods.

**16. EU Environmental Regulations**
Supplier will comply with all applicable laws and government regulations (including the marking of products such as any required labels or symbols required) governing hazardous and toxic materials and the protection of the environment (including, but not limited to the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Supplier must be able to demonstrate to Nortel Networks' satisfaction that its substances are in compliance with RoHS requirements (no lead, mercury, cadmium, hexavalent chromium, polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by this RoHS Directive unless provided by Supplier in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Nortel Networks reserves the right to inspect the Supplier's facilities to ensure compliance with directives. Supplier hereby indemnifies, defends, and holds Nortel Networks harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with the WEEE or RoHS directives. Supplier understands that failure by Supplier to follow this requirements may expose Nortel Networks and Nortel Networks' employees to criminal liability and is a consequence any failure may thereafter be considered as a material breach of this Contract.

**17. Compliance with Laws**
Supplier warrants that it has complied, and will continue to comply, during the performance of this order, with the provisions of all applicable federal, provincial and municipal laws and regulations, rules and unless including those from which liability may accrue to Nortel Networks from any violations thereof, laws and regulations relating to health and safety and those which may be applicable to this order by reason of Nortel Networks status as a government contractor and/or

01-14-2009   09:50am   From-Electro Rent Corp          19187861621        T-308   P.011/029   F-291

06/15/2008   12:51     9053610232          ELECTRO RENT                    PAGE   07/09

# Terms and Conditions

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

Company policy prohibits Nortel Networks employees from accepting gifts from suppliers.

Nortel Networks Technology Corporation and its parent company Nortel Networks Limited are hereinafter referred to as Nortel Networks. The person, firm or corporation from whom the goods or services have been ordered is hereinafter referred to as Supplier.

These terms and conditions apply to the following Purchase Order issued on the date referenced.

Supplier's status as a government subcontractor. As required, Supplier shall abide by all Nortel Networks regulations and policies relating to health and safety. By acceptance hereof, Supplier shall abide by all Nortel Networks regulations licenses and permits required by, and the Deliverables shall be in conformance with, all applicable laws and given marital undertakings and regulations in effect at the time of the shipment of the Deliverables. Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement (NAFTA). Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Nortel Networks. Nortel Networks may also want to pay part of Supplier's customs pending receipt of such documentation for eligible costs.

**18. Governing Law**
This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the U Tied Nations International Sale of Goods Contracts Convention.

**19. Publicity**
Supplier shall have no right to use the name and trademarks or trade names of Nortel Networks and its subsidiaries or its affiliated companies in connection with any products, promotion, publication, statement, press release or publication without the prior written approval of Nortel Networks.

**20. Acceptance**
Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of service to be performed hereunder. Nortel Networks shall not be bound by any provision printed or otherwise, at variance with the terms of this Order, that may appear on a quotation, acknowledgment or other form used by Supplier unless any such provision is expressly accepted in writing by Nortel Networks.

**21. Changes**
Nortel Networks may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
(a) applicable drawings, designs or other specifications when the goods to be furnished are to be specially manufactured by Supplier in accordance with Nortel Networks provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such change causes an increase or decrease in the cost of performance or the time required for performance of this order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for such change unless asserted in writing by an estimate of the cost of the additional time required for performance of the change within 20 days from receipt by Supplier of notification of the change.

**22. Notice**
Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the Canada Post.

**23. Waiver**

Order Entry
Territory:2060

Order Status Information for: 2286/780                                         AR0020

Customer No: 43410

| | |
|---|---|
| Order No: 2286/780 | Contact Name: RAY VALLEE |
| Order Date: 08/05/08 | Contact Phone: 613-769-2006 |
| Cust Doc No: | Salesperson: DNCMASTER |
| Customer PO: 6320049753 | |

BILL to:
NORTEL NETWORKS
P.O. BOX 280510
NASHVILLE, TN 37228-0510

Ship to:
5050 - 40TH STREET N.E.
CALGARY, AB, CN T3A4N8

| Ordered Item | Qty | Ty | Term | Asset | Rate/Price | Used Sales Price | Ship Date | Return Date | Line Status | Internal |
|---|---|---|---|---|---|---|---|---|---|---|
| RS-FSEN3U 2GHz-26.5GHz Spectrum Analyzer | 1 | DL | 180 | 114/1295J | 1,350.00 | 22,495.00 | 08-06-08 | | | |
| Delivery and Handling Charges | 1 | DH | 0 | | 0.00 | 0.00 | | | | |
| CERTS-COMMERCIAL Certification | 1 | S | | | 0.00 | 0.00 | 08-06-08 | | | |
| | | | | | 1,350.00 | 22,495.00 | | | | |

USING 2.45X STRATEGY THIS IS A TBS ACCOUNT/DNCMASTER (CAD) - 07/11/08 10:37:49\
\ Quote 6X USP/month at 50% equity against USP/DNCMASTER (CAD) - 07/14/08 10:
12:12\ as per don camp/DNCMASTER (CAD) - 07/14/08 10:13:06\ EMAILED QUOTE//
DNCMASTER (CAD) - 07/14/08 10:19:13\ equity per month = $675 base sale price
= $22,495/DNCMASTER (CAD) - 07/14/08 10:21:45\ FU 07/21/DNCMASTER (CAD) - 0
7/15/08 07:24:55\ LEH//DNCMASTER (CAD) - 07/21/08 07:51:52\ have passed thi
s on to sales...the request has been entered into our system, just waiting app
roval of the PO//DNCMASTER (CAD) - 07/21/08 10:52:42\ ***THIS IS A MONTH BY M
ONTH RENTAL - BUILT AS AN OL AS PER KATHLEEN MENASSA//DNCMASTER (CAD) - 08/05/0
8 06:32:00\ Order created by DONW 12/0157 // 010277 - 08/05/08 - 06:37:00\ NO
RTEL CAN PURCHASE ANY TIME AFTER 6 MONTHS/DNCMASTER (CAD) - 08/06/08 10:46:64\\
TRACKING-DELV'D 08/07 11:20 KAREN//SMCDONALD (CAD) - 08/08/08 04:59:32\\

| Invoice Date | Invoice Number | Period of Performance | Open Balance |
|---|---|---|---|
| 11-05-08 | 7374435 | 11/04/08 - 12/03/08 | 1417.50 |
| 12-04-08 | 7390490 | 12/04/08 - 01/02/09 | 1417.50 |
| 01-05-09 | 7406509 | 01/05/09 - 02/01/09 | 1417.50 |
| | | | 4,252.50 |

01-14-2009   09:51am   From-Electro Rent Corp                    18187861621            T-308   P.013/029   F-291

# NORTEL

## Purchase Order

| Purchase Order No. 4320049753 | Order Date: 08/07/2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 08/07/2008 | P |

| Supplier Contact: | Order No: 2376 |
|---|---|
| Ray Vallee | Contract No: |

**Supplier:**
Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

**Ship to:**
Nortel
5050 40 STREET NE
CALGARY AB T3J 4P8
CANADA

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: E3N470-8

| Carrier Number/Carrier Name: | | | | Payment Terms: Within 70 days Due net | Buyer: Alberto Jorge B O | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item no. | Qty | UOM | Part No | Invoice no: FOB ORIGIN | Description | Buyer: Alberto Jorge B O | Ship Date | Unit Price | Tax Code | Ext Value |

| 00010 | 6.000 | MON | | | Rental-RB-FSEM30 20Hz-26.5GHz Spec A | 08/07/2008 | | 1,361.21 | A3 | 8.15 |
| | 5.000 | GST | | | Replacement-RB-FSEM30 20Hz-26.5GHz Spect | | | | | |
| | | | | | Price US 22,495 | | | | | 408.36 |

**Terms of delivery** NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. Ala PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT TO DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/baapinquiry

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.

NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

RETURN OF THIS EQUIPMENT MAY BE TERMINATED AT ANY TIME WITHOUT CANCELLATION CHARGES TO NORTEL, INCLUDING BUT NOT LIMITED TO EARLY RETURN OF EQUIPMENT.

| Page Total | | CAD | 8.15 |
|---|---|---|---|

Alberto Jorge B O
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

NORTEL NETWORKS IN/2007-07/IEM          NORTEL is an Equal Opportunity / Affirmative Action Employer

01-14-2009   09:52am   From-Electro Rent Corp                18187861821          T-308   P.014/028   F-291
                                              ELECTRO RENT                                              PAGE  01/08

08/04/2008   10:06      9053610232

# N❍RTEL   Purchase Order

2086780

| Purchase Order No: 4320040763 | Order Date: 08/02/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 08/04/2008 | Page 1 of 6 |

Supplier:
Electro Rent Corp
955 Mayerside Drive
MISSISSAUGA ON  L5T 1P9
CANADA

| Supplier Contact: Ray Vallee | Supplier No: 2376 |
| | Contract No: |

Ship to:
NN
Nortel
5050 40 STREET NE
CALGARY AB  T3J 4P8
CANADA

Bill to:
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No:                     Fax:                    ESN470-8884

| Carrier Number/Carrier Name: | | | | | |
| Item No. | Qty | UOM | Part No | Description | |
| | | | | Incoterms: FCA ORIGIN | Payment Terms: Within 70 days Due net |

Start Date - 08/07/2008
End Date - 02/07/2009
Header text
CARRIER USG ACCOUNT E35A22
CONTRACT NAME Sabrina D'Silva

Nortel Networks Technology Corporation
c/o Stewart McKelvey Stirling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

| Buyer: Alberto Jorge B O | | | |
| | Ship Date | Buy UOM | Code | Value |
| | Page Total | | CAD | 0.00 |

Buyer:
Alberto Jorge B O
BUYER

NORTEL NETWORKS 18/2007-0778N          Nortel is an equal Opportunity / Affirmative Action Employer

01-14-2009  09:52am  From-Electro Rent Corp          18187861621        T-308  P.015/029  F-291
ELECTRO RENT
08/04/2008  10:06    9053610232

# NORTEL

## Purchase Order

| | | |
|---|---|---|
| Purchase Order No. 4200160703 | Order Date: 08/02/2008 and Change Date: 08/04/2008 | Page 3 of 6 |
| | Supplier No. 2576 | |
| | Contract No. | |

**Supplier:** Electro Rent Corp
535 Wayerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

**Ship to:** Nortel
50050 40 STREET NE
CALGARY AB T3J 4P8
CANADA

Supplier Contact: Ray Vallee

**Bill to:** Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No. ESN470-8894    Fax:

| Item rev. | Qty | UOM | Pad No | Incoterm FCA ORIGIN | Description | Payment Terms Within 70 days the net | Buyer Alberto Jorge B O | Ship Date | Unit Price | Code | Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

| | | |
|---|---|---|
| | Page Total | |
| | Tax Amount | CAD    408.36 |
| | Total Amount | CAD    8,575.62 |
| | | 0.00 |

Carrier Number/Carrier Name:

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada

NORTEL NETWORKS TP/2007-007/EN

Alberto Jorge B O
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

01-14-2009  09:52am  From-Electro Rent Corp          18187861621        T-308  P.016/028  F-281

08/04/2008  10:05     9053610232

ELECTRO RENT

## Terms and conditions

### PURCHASE ORDER TERMS & CONDITIONS OF PURCHASE OF GOODS/SERVICES

**Provincial Sales Tax Vendor Permit Number and Certifications**

NIL
British Columbia R0M1048
Manitoba 693512-3
Ontario (see note) 7847-0093 0274-3442
Prince Edward Island 133592
Saskatchewan 6944447
Quebec 1001639151-TQ 1002240925-TQ
Please Enter the provisions of the Ontario Retail Sales Tax Act, we claim exemption from tax on the purchase of tangible personal property and taxable services ordered herein.

**Terms and conditions**

1. Disclosure of Information. All information, drawings, specifications, tools, drawings or data, including computer software programs in source code or object code form, which is conveyed to Supplier in connection with this order, including the terms hereof, or becomes available or made known to Supplier, shall be deemed proprietary and confidential to Nortel Networks, shall not be used except to the extent necessary for the purpose of manufacturing or supplying the goods or services pursuant to this order and shall not be disclosed to any third party, and shall be returned to Nortel Networks on demand. Supplier shall not make use of any trademarks or trade names of Nortel Networks or its affiliated companies without the prior written consent of Nortel Networks.

2. Ownership of Intellectual Property. Nortel Networks shall own all technical information, written reports, visual or audio recordings, materials, source code or object code form, plans, drawings, and other items, and all patents, copyrights, know-how, and other proprietary or intellectual property resulting from the services, and provision of Deliverables under this order. Supplier hereby sells, transfers, conveys to Nortel Networks all the right, title, and interest in all the creation and provision of Deliverables by performance of the services, assigns, and conveys to Nortel Networks all top produced therefrom, results and/or items produced or copyrights, right to create derivative works, and/or rights including, without limitation such all copyrights, and any other intellectual property and moral rights, trade secrets, trade marks, works, and other documents produced or prepared by Supplier pursuant to Nortel Networks, and to have its employees and subcontractors execute, without additional charge to Nortel Networks exclusive ownership therein in any and all countries.

3. Special Products. Unless otherwise provided in the face of this order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the Deliverables shall be furnished by and at the expense of the Supplier. Nortel Networks may, at its option at any time, reimburse Supplier for Supplier's reasonable cost of such drawings, dies, tools, or patterns, or any part thereof, and upon payment thereof shall become the owner and entitled to possession of the same.

4. Indemnification and Insurance

Supplier warrants that the Deliverables furnished hereunder may be freely used, sold, or otherwise dealt with by Nortel Networks and any other person without infringement of any patents, copyrights, trademarks, trade secrets, or other technological or intellectual property rights. Supplier shall indemnify, defend, and hold harmless Nortel Networks, and its affiliated companies, their employees, customers, and those for whom they act (the Indemnitees) from and against any claims, demands, losses, costs or damages and including costs incurred in connection with any actual or claimed infringement of a patent, trademark, copyright, industrial design, or other intellectual property right. Supplier shall indemnify, defend and save harmless the Indemnitees against any and all claims (including, but not limited to, those arising from bodily injury thereinafter, including, but not limited to, those arising from bodily injury or death) including, but not limited to, those arising from or relate to the Deliverables. Supplier shall, prior to commencement of performance or transmit to Nortel Networks a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:

(a) Workers' compensation and occupational diseases;
(b) Employer's liability — $1,000,000.00;
(c) Comprehensive Liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage — $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.

This certificate of insurance shall name Nortel Networks as an additional insured.

5. Price/Additional Charges/Quantity
Supplier agrees that this order must not be filled at prices higher than stated on the face of this order without obtaining the prior written consent of Nortel Networks Purchasing department. Supplier represents that the prices charged hereunder are not in excess of prices charged by Supplier to buyers of a class similar to Nortel Networks under similar terms. Any price reduction made in deliveries of services or Deliverables under similar terms between date of issuance of this order and the date shipment is made by Supplier shall be applicable to this order. No changes additional to those set out on the face of this order will be allowed unless agreed to and specifically approved by shipment less of this order. Nortel Networks shall not be obligated to accept any shipment less than or in excess of the quantity of Deliverables specified herein. Notwithstanding, a reasonable fee charge by Supplier for the handling of shipments less than a reasonable quantity shall be return charged charges are to are 10 days (Payment Period) measured from terms or Nortel Networks' acceptance of the goods and/or services or receipt of Nortel Networks' acceptance of the goods and/or services or the date of Nortel Networks' invoice, whichever the case if unavoidable hereunder thereof. Notwithstanding the preceding, on the face of this order or service approval of Nortel finance group, or a special term of this purchase order Nortel Networks finance group, in which case such other payment term in will supersede the Payment Period but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued.

6. Set-Off
Upon notice to Supplier, Nortel Networks may deduct from the amount due to Supplier, under this order, either damages for any breach of this order or amounts

01-14-2009  09:52am  From-Electro Rent Corp                18187861621          T-308  P.017/028  F-291

09/04/2008  10:05    9053610232              ELECTRO RENT                                    PAGE  04/06

# Terms and Conditions

otherwise due Nortel Networks by reason of Supplier, irrespective of whether the obduction is related to the Deliverables covered by this order.

**7. Title, Risk of Loss**
Unless expressly stated to the contrary on the face of this order, title, risk of loss and/or damage to all Deliverables shall remain in Supplier until delivery to, and acceptance at, Nortel Networks premises at which time title, risk of loss and/or damage shall pass to Nortel Networks.

**8. Approval by Relevant Authorities**
All electrical power, or related communication systems, included in this order, shall comply with any requirements prescribed by the Canadian Standards Association and by the applicable federal, provincial and municipal authority for acceptance by Nortel Networks. Supplier shall be responsible for making all modifications required to effect such acceptance and/or the costs thereof.

**9. Master Order and Conflicting Terms**
Subject to any master contract between Nortel Networks and the Supplier, this order constitutes the entire agreement between the parties on the subject matter hereof and supersedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. No other terms or conditions shall be binding upon Nortel Networks unless reduced to writing and signed by a duly authorized representative of Nortel Networks. Supplier's furnishing of Deliverables hereunder shall be deemed to be an acceptance of these terms and conditions. In the event the terms of this Order conflict with the terms and conditions of any master agreement between Nortel Networks, the parent of Nortel Networks or any affiliate or subsidiary of Nortel Networks and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master agreement or master service agreement shall take precedence.

**10. Warranty/Inspection**
Supplier warrants that Supplier is duly qualified to provide Deliverables and that the Deliverables to be furnished hereunder conform with Nortel Networks specification, description or drawings, shall be free from defects in material and/or workmanship, free from any liens or encumbrances, and, unless otherwise specified herein, shall be of merchantable quality, fit for their intended purpose, and shall be supplied in a professional and workmanlike manner conforming with the generally accepted practices. This warranty shall survive acceptance of the Deliverables. The Supplier shall bear the cost of inspection and return to Supplier of Deliverables rejected. The acceptance by Nortel Networks of all or any portion of the Deliverables shall not, at Nortel Networks option, repair, correct or replace defective or non-performing Deliverables.

**11. Assignment**
Supplier shall not assign this order, any interest therein, or any rights hereunder, or subcontract any obligation to be performed hereunder, without the prior written consent of Nortel Networks.

**12. Termination**
At any time, Nortel Networks may cancel the order in whole or in part, upon notice to the Supplier. If this order is terminated for Nortel Networks convenience, any claim of the Supplier shall be settled on the basis of the reasonable cost it has documented as having been incurred in the performance of the order, which will not exceed the price. If, however, cancellation is occasioned by Supplier's breach of any term, provision or condition hereof, including Supplier's delay in delivery, Supplier shall not be entitled to reimbursement for any cost and Nortel Networks shall have against the Supplier all remedies available hereunder, or at law or in equity, including the right to

purchase substitute materials elsewhere and charge Supplier with any additional costs or expenses incurred. In no event shall Nortel Networks be liable for any incidental, indirect, consequential, special, or punitive damages of any nature whatsoever, including loss of profit, use, goodwill, or income, for any reason whatsoever.

**13. Force Majeure**
Nortel Networks reserves the right, at its option, either to suspend or cancel any order, or provision of any portion of Deliverables covered by this order, in whole or in part, and suspension or cancellation is caused by force majeure, including, but not limited to, acts of God, fire, the public enemy or the government, fires, floods, freight embargoes, or similarly severe weather or other contingencies beyond the control of Nortel Networks and/or the Supplier.

**14. Time of the Essence**
Time is of the essence in all matters relating to this order. This shall remain of the essence in all cases of force majeure.

**15. Regulations**
Supplier shall be responsible for packaging, labeling, handling, transportation, storage or otherwise providing and performing Deliverables in accordance with all applicable laws relating to customs and export control, and to provide all information necessary for compliance or to permit compliance with all legislation relevant to hazardous or dangerous goods.

**16. EU Environmental Regulations**
Supplier will comply with all applicable laws and government regulations (including the marking of products such as any required labels or symbols) required governing hazardous and toxic materials and the protection of the environment (including, but not limited to the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction of Hazardous Substances (RoHS)). With respect to the RoHS Directive, Supplier must be able to demonstrate to Nortel Networks satisfaction that no lead, hexavalent chromium, cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the RoHS Directive supplied or provided by Supplier in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Nortel Networks reserves the right to inspect the Supplier's facilities to ensure compliance with directives, Supplier hereby indemnifies, defends, and holds Nortel Networks harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with the WEEE and RoHS Guidelines. Supplier understands that failure by Supplier to follow the requirements may expose Nortel Networks and Nortel Networks employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of this Contract.

**17. Compliance with Laws**
Supplier warrants that it has complied, and will continue to comply, during the performance of this order, with the provisions of all applicable federal, provincial and municipal laws and regulations, rules and orders including those from which liability may accrue to Nortel Networks in providing thereof, laws and regulations relating to health and safety and those which may be applicable to this order by reason of Nortel Networks status as a government contractor and/or

01-14-2009   09:53am   From-Electro Rent Corp                18187861621          T-308   P.018/028   F-291
                                                              ELECTRO RENT                              PAGE   05/06
          08/04/2008   10:06   9053610232

# Terms and Conditions

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

Company policy prohibits Nortel Networks employees from accepting gifts from suppliers.

Nortel Networks Technology Corporation and its parent company Nortel Networks Limited are hereinafter referred to as Nortel Networks. The person, firm or corporation from whom the goods or services have been ordered is hereinafter referred to as Supplier.

These terms and conditions apply to the following Purchase Order issued on the date referenced:

Supplier's status is as a government subcontractor. As required, Supplier shall abide by all Nortel Networks regulations and policies relating to health and safety. By acceptance hereof, Supplier shall abide by all Nortel Networks regulations, licenses and permits required by, and the Deliverables shall be in conformance with, all applicable laws and governmental orders and regulations in effect at the time of the shipment of the Deliverables. Supplier shall determine eligibility of all goods for preferential treatment under the North American Free Trade Agreement (NAFTA). Supplier shall prepare and provide to Nortel Networks a certificate of origin or other appropriate documentation for eligible goods. Nortel Networks may without payment of Supplier's invoices pending receipt of such documentation for eligible goods.

18. Governing Law
This Order shall be interpreted and construed in accordance with the laws of the State/Province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this Order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

19. Publicity
Supplier shall have no right to use the name and trademarks or trade names of Nortel Networks and its subsidiaries and its affiliated companies in connection with any products, promotion, profits statement, press releases, or publication without the prior written approval of Nortel Networks.

20. Acceptance
Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of services to be performed hereunder. Nortel Networks shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Nortel Networks.

21. Changes
Nortel Networks may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with Nortel Networks provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for objustment unless asserted in writing by an estimate of the cost of the additional time required for performance of the change within 20 days from receipt by Supplier of notification of the change.

22. Notice
Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the Canada Post.

23. Waiver

01-14-2009    09:54am    From-Electro Rent Corp                    18187861621        T-308    P.019/029    F-291

Order Entry
Territory:2060

Order Status Information for: 2265002                                                          AR0020

Customer No: 43410

Order No: 2265002                         Contact Name: RAY VALLEE
Order Date: 08/05/08                      Contact Phone: 403-769-2006
Cust Doc No:                              Salesperson: DHKMASTER
Customer PO: 4320040909092

Bill to: NORTEL NETWORKS
         P.O. BOX 280510
         NASHVILLE, TN 37228-0510

Ship to: 5050 - 40TH STREET N.E.
         CALGARY, AB, CN T3A4P8

| Ordered Item | Qty Ty Term | Asset | Rate/Price Sales Price | Used | Ship Date | Return Date | Line Status | Internal |
|---|---|---|---|---|---|---|---|---|
| AT-45D52B 10MHz-7GHz Signal Source Analyzer | 1 OL | 180 1324683D | 1,998.00 | 84,378.00 | 08-05-08 | | | |
| Delivery and Handling Charges | 1 DH | 0 | 0.00 | 0.00 | 08-05-08 | | | |
| CERTS-COMMERCIAL Certification | 1 S | | 0.00 | | | | | |

COPIED FROM CON# 12/0138 - HAD TO REBUILD IN US DOLLARS  USED 2.43% AS APPROVED
BY TOM//DHKMASTER (CAD) - 07/11/08 08:56:12\ OK TO GUIDE 40% AGAINST LIST PRIC
€ EQUITY = $796 LIST PRICE =$81,135//DHKMASTER (CAD) - 07/11/08 10:18:21\ QUO
TE EMAILED//DHKMASTER (CAD) - 07/11/08 10:19:14\ LEN//DHKMASTER (CAD) - 07/15/
08 07:24:16\ Sabrina has this in the works. Awaiting PO//DHKMASTER (CAD) - 07/
15/08 07:29:07\ THIS IS REALLY A RENTAL WITH EQUITY HAD TO BUILD ORDER AS OL F
/OR BILLING TO FLAG THE EQUITY A FEK KATHLEEN EDKINS-JW//DHKMASTER (CAD) - 07/29
/08 06:02:49\ Order created by CON# 12/2282 // 002277 08/05/08 - 09:11:42\
REPLACES 2285963 - RECEIVED BACK IN ERROR//DHKMASTER (CAD) - 08/05/08 10:54:16\
TRACKING-DEV'PD 08/05 9:51 K.BLAYNEY//SMCDOUALD (CAD) - 08/06/08 09:44:07\

| Invoice Date | Invoice Number | Period of Performance | Open Balance |
|---|---|---|---|
| 11-05-08 | 7374143 | 11/05/08 - 12/02/08 | 2087.40 |
| 12-04-08 | 7390464 | 12/03/08 - 01/01/09 | 2087.40 |
| 01-05-09 | 7405669 | 01/02/09 - 01/31/09 | 2087.40 |
| | | | 6,262.20 |

01-14-2008    09:54am    From-Electro Rent Corp                18187861821            T-308   P.020/028   F-291

08/04/2008    13:56    9053610232                    ELECTRO RENT                            PAGE   01/03

# NORTEL

## Purchase Order

| Purchase Order No: 4320849092 | |
| --- | --- |
| This number must appear on all invoices, packages, packing slips and customs forms. | |
| Order Date: | Supplier No: 2376 |
| Last Change Date: 07/28/2008 | Contract No: |

Supplier:

Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

| Supplier Contact: | |
| --- | --- |
| Doreen McMaster | |

Ship to:

NN
5050 40 STREET NE
CALGARY AB T3J 4P8
CANADA

Bill to:

Nortel Networks Technology Corporation (3101)
Attention: Accounts Payable
P.O. Box 2805510
Nashville, TN 37228

| Item No. | Carrier Number/Carrier Name: | Qty | UOM | Part No. | Incoterms: FCA Calgary | Description | Payment Terms: Within 70 Days Due Net | Buyer: Mario Romero | Ship Date | Telephone No: Fax: | Unit Price | Tax 1 | Tax 2 | Tax 3 | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Start Date - 07/31/2008 | | | | | | | | | | | | | |
| | | End Date - 01/30/2009 | | | | | | | | | | | | | |
| | | Header text | | | | | | | | | | | | | |
| | | PLEASE SHIP USING NORTEL'S UPS ACCT# 2R49W8 | | | | | | | | | | | | | |
| | | ***NO SHIPPING CHARGES ALLOWED*** | | | | | | | | | | | | | |
| | | Header text | | | | | | | | | | | | | |
| | | CONTACT NORTEL PERSON: SABRINDA D'SILVA, MAIL: SDSILVA@NORTEL.COM, Ph: 403-769-2619 | | | | | | | | | | | | | |
| | | START RENTAL DATE: 30-JULY-2008 | | | | | | | | | | | | | |
| | | END RENTAL DATE: 30-JAN-2009 | | | | | | | | | | | | | |
| | | Terms or PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTACT DEPARTMENT FOR PAYMENT | | | | | | | | | | | | | |
| | | 1. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE | | | | | | | | | | | | | |
| | | ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | | | | | | | | | |
| | | 2. THIS PURCHASE ORDER IS SUBJECT TO NORTEL'S STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND | | | | | | | | | | | | | |
| | | CONDITIONS MAY BE VIEWED AT | | | | | | | | | | | | | |
| | | 3. THIS PURCHASE ORDER INCLUDING ANY CHANGES (ADDITIONS, DELETIONS, | | | | | | | | | | | | | |
| | | MODIFICATIONS, ETC.) WILL NOW BE RENDERED CONFIRMED BY THE BUYER AS PER THEIR TRANSMISSION | | | | | | | | | | | | | |
| | | 4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IF NORTEL, IN ITS | | | | | | | | | | | | | |
| | | SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY | | | | | | | | | | | | | |
| | | THIS PURCHASE ORDER. | | | | | | | | | | | | | |
| | | 5. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED | | | | | | | | | | | | | |
| | | HEREINAFTER. | | | | | | | | | | | | | |
| | | 6. RENEWAL OF THIS EQUIPMENT MAY BE TERMINATED AT ANY TIME WITHOUT CANCELLATION CHARGES TO NORTEL, INCLUDING | | | | | | | | | | | | | |
| | | BUT NOT LIMITED TO EARLY RETURN OF EQUIPMENT. | | | | | | | | | | | | | |

| | | Page Total | |
| --- | --- | --- | --- |
| | | USD | 0.00 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Stirling Scales
Suite 800, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada

NORTEL NETWORKS 1P/2007-07/EN

NORTEL is an Equal Opportunity / Affirmative Action Employer

Mario Romero
BUYER

Page 1 of 5

01-14-2009  09:54am  From-Electro Rent Corp          19187861621          T-308  P.021/028  F-291

08/04/2008  13:56     9053610232          ELECTRO RENT                    PAGE 02/03

# NØRTEL

## Purchase Order

| Order Date: | Change Date: | 07/22/2008 07/22/2008 | | Page 2 of 5 |
| --- | --- | --- | --- | --- |

Purchase Order No. 4320040982
This number must appear on all invoices, packages, packing slips and customs forms.

| Supplier No: 2376 |
| --- |
| Contract No: |

**Supplier:**
Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON L5T 1P9
CANADA

**Supplier Contact:**
Doreen McMaster

**Ship for:**

**Ship to:**
NN
Nortel
50S50 40 STREET NE
CALGARY AB T3J 4P8
CANADA.

**Bill to:**
Nortel Networks Technology Corporation (1101)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Mario Romato | Telephone No: |
| --- | --- |
| | Fax: |

| Item No. | Carrier Number/Carrier Name: | | Part No. | Incoterms: FCA Origin | Description | Payment Terms: within 70 days Date net | Ship Date | Unit Price | Tax Place | Tax Value | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00010 | 6.000 MON 5.00% GST | | | | Rental AT-E5052B Signal Source Analy | | 07/21/2008 | 1,988.00 | A3 | 596.40 | 11,928.00 |
| | | | | | REPLACEMENT COST: $81,133.00 USD | | | | | | |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | USD | 11,928.00 |
| --- | --- | --- | --- |
| | Tax Amount | USD | 596.40 |
| | Total Amount | USD | 12,524.40 |

Nortel Networks Technology Corporation
c/o Stewart McKelvey Stirling Scales
Suite 800, 1959 Upper Water St
Halifax, NS B3J 2X2
Canada

~~signature~~
Mario Romero
BUYER

Nortel Networks 10/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

01-14-2009   09:55am   From-Electro Rent Corp          18187861621          T-308   P.022/029   F-291

each of any term of this Order shall not constitute right of such party to enforce any subsequent

:el Networks employees from accepting gifts

oration and its parent company Nortel Networks to as Nortel Networks. The person, firm or ts or services have been ordered is hereinafter y to the following Purchase Order issued on the

 used, without other d, and opees, act as ts and t of a i serve ment, gainst cince- r khel for to its of inum

actual rsonal

ed.

m the works or use Nortel ed by rees i face luded t lese

r the loss, all be from tal of upon r this m of form i in a lar is

is to ounts

01-14-2009  09:55am  From-Electro Rent Corp                18187861621          T-308  P.023/028  F-291

08/04/2008  13:55    9053610232              ELECTRO RENT                              PAGE  03/03

 **Electro Rent Corporation**

## Rental Quotation

July 11, 2008
Nortel Networks
Calgary, AB.
Attention: Ray Vallee

Dear Ray,
Electro Rent Corporation is pleased to submit for your consideration this quotation for rental of the following products.

| Description | Qty | Term (days) | 30-Day Rate Per Unit | 30-Day Rate Total | Equity Per Mo. | Base Sale Price Per Unit (USD) |
|---|---|---|---|---|---|---|
| AT-E5052B 10MHz-7GHz Signal Source Ana | 1 | 180 | $1988 | $1988 | $796 | $81,133 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

This quote is in U.S. Dollars.

Terms and Conditions
1. Unless mutually agreed to and modified in writing by authorized representatives of Electro Rent Corporation, the terms and conditions on the reverse side of Electro Rent Corporation's Rental/Sales Agreement shall be the governing document on this transaction.
2. This quotation is subject to credit acceptance.
3. Availability of products is subject to change without notice.
4. If equipment is designated for sale, customer may purchase the equipment at the end of the rental term at a fair market value defined by Electro Rent
5. This quotation does not include sales tax. Where applicable, sales tax will be charged.
6. This quotation is valid for 30 days from this quotation date.
7. Price does not include any applicable shipping costs.
8. Payment terms are Net 30 days.
9. Freight terms are FOB shipping point.
10. Nortel may exercise the buyout of this rental equipment anytime after 6 months.

Doreen McMaster
INSIDE SALES
905-361-1402
dmcmaster@electrorent.com

01-14-2009  09:55am  From-Electro Rent Corp          18187861621          T-308  P.024/029  F-291

08/04/2008  13:58   9053610232          ELECTRO RENT                         PAGE  01/03

# N⊖RTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320349082 | Order Date: 07/28/2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07/28/2008 |
| | |
| Supplier Contact: | Supplier No: 2936 |
| Doreen McMaster | Contract No: |
| | Page 2 of 5 |

Supplier:  Electro Rent Corp
955 Meyerside Drive
MISSISSAUGA ON  L5T 1P9
CANADA

Ship to:  RN
Nortel
5050 40  STREET NE
CALGARY AB  T3J 6P8
CANADA

Bill to:  Nortel Networks Technology Corporation (1101)
Attention:  Accounts Payable
P.O. Box 280530
Nashville, TN 37228

| | |
|---|---|
| Buyer: | Telephone No: |
| Mario Rombro | Fax: |
| Ship Date | |
| 07/21/2008 | A3 |

| Charge Number/Combo Name: | | | | | |
|---|---|---|---|---|---|
| | | | Payment Terms: Within 70 days; Thie net | | |

| Item No. | Qty | U/M | Incoterms FCA Origin | Description | Unit Price | Tax Amount Tax Rate | Extended Total |
|---|---|---|---|---|---|---|---|
| 000010 | 6.000 | MON 5.000% GST | | Rental-AT-E5052B Signal Source Analy | 1,988.00 | 596.40 | 11,928.00 |

REPLACEMENT COST: $91,131.00 USD

Goods Recipient:
This Purchase Order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| Page Total | USD | 11,928.00 |
| Tax Amount | USD | 596.40 |
| Total Amount | USD | 12,524.40 |

Mario Rombro
BUYER

Nortel Networks Technology Corporation
c/o Stewart McKelvey Sterling Scales
Suite 800, 1959 Upper Water St.
Halifax, NS B3J 2X2
Canada

NORTEL NETWORKS 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

01-14-2009   09:56am   From-Electro Rent Corp            19187861621        T-308   P.025/028   F-291

08/04/2008   13:58      9053610232              ELECTRO RENT                          PAGE   02/03

# Terms and Conditions

## PURCHASE ORDER TERMS & CONDITIONS OF PURCHASE OF GOODS/SERVICES

Provincial Sales Tax Vendor Permit Number and Certifications:

British Columbia R091048
Manitoba 83801123
Ontario (see note) 7847-0090 0274-3442
Prince Edward Island 135532
Saskatchewan 1046447
Quebec 1009385152 TQ 1002246585 TQ
Notwithstanding the provisions of the Ontario Retail Sales Tax Act, we claim exemption from tax on the purchase of tangible personal property and income services ordered herein.

### Terms and conditions

**1. Disclosure of Information**

All information, materials, specifications, tools, drawings or data, including computer software programs in source code or object code form, which is conveyed in connection with this order, including the terms hereof, or becomes available or made known to Supplier, shall be deemed proprietary and confidential to Nortel Networks, shall not be disclosed to any third party, and shall be used exclusively for the purpose of manufacturing or supplying the specified goods or services pursuant to this Purchase Order (herein the "Deliverables"), for the benefit of Nortel Networks and its affiliated companies being Nortel Networks Limited and its subsidiaries and such fixed items conveyed to Supplier shall be returned to Nortel Networks on demand. Supplier shall not make use of any proprietary or trade names or trade marks of the affiliated companies without prior written consent of Nortel Networks.

**2. Ownership of Intellectual Property**

Nortel Networks shall own all technical information, written reports, visual or audio recordings, computer software programs in source code or object code form, plans, models, and other items, in all patents, copyrights, know-how and other technological or intellectual property resulting from, or made pursuant to, the creation and provision of Deliverables hereunder. Supplier hereby sells, transfers, assigns, and conveys to Nortel Networks all the right, title, and interest in all the results and/or items produced or to be produced by performance of the services, including, without limitation all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works, and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Nortel Networks, any documents required to evidence and/or secure Nortel Networks exclusive ownership therein in any and all countries.

**3. Special Products**

Unless otherwise provided on the face of this order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the Deliverables shall be furnished by and at the expense of the Supplier. Nortel Networks may, at its option at any time, reimburse Supplier for Supplier's reasonable cost of such drawings, dies, tools, or patterns, or any part thereof, and upon payment thereof shall become the owner and entitled to possession of the same.

**4. Indemnification and Insurance**

Supplier warrants that the Deliverables furnished hereunder may be freely used, sold, or otherwise dealt with by Nortel Networks and any other person without infringement of patents, copyrights, trademarks, trade secrets, or other technological or intellectual property rights. Supplier shall indemnify, defend, and hold harmless Nortel Networks, and its affiliated companies, their employees, customers, transferees, licensees, lessees, invitees and those for whom they may act as agent, against any claims, demands, losses, costs or damages (including costs and attorneys fees) whatsoever in the event of any actual or alleged infringement of a third party intellectual property right. Supplier shall indemnify, defend and save harmless Nortel Networks, its affiliated companies and those for whom they may act as agent, from and against all claims, demands, losses, costs, damages including, but not limited to, those arising from bodily injury (including death) or property damage, of whatsoever kind or nature arising out of, incidental to the Deliverables. Supplier shall, prior to commencement of performance, transmit to Nortel Networks a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:

(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $4,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.

This certificate of insurance shall name Nortel Networks as an additional insured.

**5. Price/Additional Charges/Quantity**

Supplier agrees that this order must not be filled at prices higher than stated on the face of this order without obtaining the prior written consent of Nortel Networks Purchasing Department. Supplier represents that the prices charged hereunder are the lowest prices charged by Supplier to buyers purchasing in Deliverables covered by this order which is installed before delivery of goods or commencement of services. Networks under similar terms. Any price reduction made to those set out on the face of this order will be applicable in this order. No additional charges and specifically reduced and included of this order will be allowed unless agreed to and specifically ratified by Supplier. If Nortel Networks shall not be obligated to accept any shipment less than or in excess of the quantity specified herein. Notwithstanding, it is less than the quantity of Deliverables specified, Nortel Networks will, at its option, accept handling fee shall be borne by Supplier for the excess quantity shall be handling of shipments and a reasonable handling fee for excess quantity shall be return shipping. Payment terms are 70 days (Payment Period) measured from borne by Supplier. Acceptance of the goods and/or services of Nortel or an advance against the order Nortel Networks' finance group, on the face of this an advance approval of Nortel Networks may agree with Supplier to a special term of the purchase order. Nortel Networks may agree with Supplier to a special term of this payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued.

**6. Set-Off**

Upon notice to Supplier, Nortel Networks may deduct from the amount due to Supplier, under this order, either damages for any breach of this order or amounts

itions

purchase substitute materials elsewhere and charge Supplier with any additional costs or expenses incurred. In no event shall Nortel Networks be liable for any incidental, indirect, consequential, special, or punitive damages of any nature whatsoever, including loss of profit, use, goodwill, or income, for any reason whatsoever.

**12. Force Majeure.**
Nortel Networks reserves the right, at its option, either to suspend or cancel shipment or provision of Deliverables covered by this order, in whole or in part, at any time, without incurring any costs or damages whatsoever, where such suspension or cancellation is caused by force majeure, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes, unusually severe weather or other contingencies beyond the control of Nortel Networks and/or the Supplier.

**13. Time of the Essence**
Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

**14. Time or the Essence**

**15. Regulations**
Supplier shall be responsible for packaging, labeling, transportation, storage or otherwise providing and performing Deliverables, in accordance with the applicable laws relating to customs and export control, and provide all information necessary for compliance or to permit compliance with all legislation relevant to hazardous or dangerous goods.

**16. EU Environmental Regulations**
Supplier will comply with all applicable laws and government regulations (including the marking of products such as any required labels or symbols required) governing hazardous and toxic materials and the protection of the environment (including, but not limited to the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE), directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Supplier must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the RoHS Directive used or provided by Supplier in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law.
Nortel Networks reserves the right to inspect the Supplier's facilities to ensure compliance with directives. Supplier hereby indemnifies, defends, and holds Nortel Networks harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with the WEEE and RoHS directives. Supplier understands that failure by Supplier to follow the requirements may expose Nortel Networks and Nortel Networks' employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of this Contract.

**17. Compliance with laws**
Supplier warrants that it has complied, and will continue to comply, during the performance of this order, with the provisions of all applicable federal, provincial and municipal laws and regulations, rules and orders including those from which liability may arise and to Nortel Networks from any violations thereof, laws and regulations relating to health and safety and those which may be applicable to this order by reason of Nortel Networks status as a government contractor and/or

01-14-2009   09:56am   From-Electro Rent Corp                18187861621        T-308   P.027/029   F-291

08/04/2008   13:58        9053610232      ___   __        ELECTRO RENT                           PAGE   03/03

# Terms and Conditions

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

Company policy prohibits Nortel Networks employees from accepting gifts from suppliers.

Nortel Networks Technology Corporation and its parent company Nortel Networks Limited are hereinafter referred to as Nortel Networks. The person, firm or corporation with whom the goods or services have been ordered is hereinafter referred to as Supplier.

These terms and conditions apply to the following Purchase Order issued on the date referenced.

Supplier's status as a government subcontractor. As required, Supplier shall abide by all Nortel Networks regulations and policies relating to health and safety. By acceptance hereof, Supplier shall abide by all Nortel Networks regulations and permits required by, and the Deliverables shall be in conformance with, all applicable laws and government notices and regulations in effect at the time of the shipment of the Deliverables. Supplier shall determine eligibility of all goods for preferential treatment under any Trade Agreement (NAFTA). Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Nortel Networks. Nortel Networks may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

18. Governing Law. This Order shall be interpreted and construed in accordance with the laws of the State in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods (Vienna Convention) and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that the United Nations International Sale of Goods Contracts Convention shall not be subject to this Order.

19. Publicity. Supplier shall have no right to use the name and trademarks or trade names of Nortel Networks and its subsidiaries and its affiliated companies in connection with any products, promotion, public statement, press release, or publication without the prior written approval of Nortel Networks.

20. Acceptance of this Purchase Order ("Order") shall be evidenced by its written acceptance or the shipment of goods or the performance of services to be performed hereunder. Nortel Networks shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Nortel Networks.

21. Changes. Nortel Networks may, at anytime by written amendment to this Order, increase or decrease the ordered quantities of the goods or services or make a change in any one or more of the following:
  (a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with Nortel Networks provided drawings, designs and/or
  (b) method of shipment or packaging; and/or
  (c) place of delivery or performance; and/or
  (d) time of delivery or performance.
If such change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing by an estimate of the cost of the additional time required for performance of the change within 20 days from receipt by Supplier of notification of the change.

22. Notice. Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the Canada Post.

23. Waiver.

01-14-2009   09:57am   From-Electro Rent Corp              18187861621          T-308   P.028/029   F-291

```
     Date: 01-14-09          NORTEL NETWORKS
  Customer: 129274  ()       P.O. BOX 280510
 Territory: 19               NASHVILLE, TN 37228
  Contact:
    Phone:

  Last Payment Date:  03-10-08
 Last Payment Amount: $  58,170.00
```

```
                         - - OPEN ITEMS BY DATE   - -
 INV.DATE   INV.NUM PURCHASE-ORDER#     DEBITS      CREDITS   NET-AMOUNT    SO/DR TY
 --------------------------------------------------------------------------------
 11-25-08  7380187 4320059873          7366.80                 7,366.80    2298051 ST
 12-10-08  7392439 4320061350           774.90                   774.90    2299700 ST
 12-11-08  7392846 4320061350           249.69                   249.69    2299700 ST
 01-11-09  7408654 4320061350           246.00                   246.00    2299700 ST

             Total Open Non-Security Deposit:      $      8,637.39

   CURRENT: $    246.00    30:   8,391.39   60:       0.00   90+:        0.00
 --------------------------------------------------------------------------------

               Total Open Security Deposit:        $         0.00

   CURRENT: $      0.00    30:       0.00   60:       0.00   90+:        0.00
 --------------------------------------------------------------------------------

                       Total Open:                 $      8,637.39

   CURRENT: $    246.00    30:   8,391.39   60:       0.00   90+:        0.00
```

01-14-2009   09:57am   From-Electro Rent Corp                    19187861621        T-308   P.029/029   F-291

**NORTEL NETWORKS**
**COMBINED LINES ON RENT REPORT 1/14/09**

| Cust No. | Order Number | Ship-Air Line 1 | Ship Shipping City State | Ship-Zip | Asset No | Serial Numbers | Ship Date | Part No | Desc | Actual Rate Price | Term | Cost PO | Contact Name | Phone Number | Qty | Combine Purch Price | Tot Book Value | Sale Price Used |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12014SCG | | 00F140T7 | AT-16720A-017 | 3.3M Clock Cord and B Lkd | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 176.52 | 0.00 | 155.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12018SGH | | 00F140T7 | AT-16720A-018 | 3 cable T1LA3V Data Pnl | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 176.52 | 0.00 | 282.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12018SGG | | 00F140T7 | AT-16720A-018 | 3 cable T1LA3V Data Pnl | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 176.52 | 0.00 | 282.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12118SGG | | 00F140T7 | AT-16720A-018 | 3 cable T1LA3V Data Pnl | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 0.00 | 0.00 | 260.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12127ZGC | | 00F140T7 | AT-16720A-018 | 3 cable T1LA3V Data Pnl | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 176.52 | 0.00 | 282.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12137Z61 | | 00F140T7 | AT-16720A-018 | 3 cable T1LA3V Data Pnl | 14.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 0.00 | 0.00 | 282.00 |
| 43410 | 2222204 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12137Z61E | | 00F140T7 | AT-5050-2260 | 6900-3240-Rack mount kt | 5.00 | 60 | CSESS9146 | SABRINA D'SILVA | 403/789-4007 | R | 57.96 | 43.20 | 43.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 14164GH | MY4030951 | 00F9008 | A1-E4440XC-DPSM08 | 26GHz Spectrum Analyzer | 1,500.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2936 | OL | 58,731.51 | 52,610.23 | 52,610.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12833s7E | MY4030957 | 00F9008 | A1-E4440XC-DPSM08 | 26GHz-8GHz-ESG Vect | 1,590.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2936 | OL | 39,731.51 | 27,669.01 | 48,929.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 14184SGH | MY4030957 | 00F9008 | A1-E4440XC-DPSM08 | 26GHz-8GHz-ESG Vect | 1,590.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2936 | OL | 41,974.60 | 27,669.01 | 48,929.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12125SGC | 03342051-9 | 02F9008 | A1-E4419B | 100kHz-11GHz-2Port Pwr | 159.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2936 | OL | 4,193.00 | 4,705.00 | 4,705.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 14164SGC | 03342052-9 | 02F9008 | A1-E4419B | 100kHz-11GHz-Power V | 87.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2936 | OL | 2,501.49 | 2,759.00 | 2,759.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12125SGA | 321ke43514 | 00F9008 | AT-8442A | 100MHz-4.3GHz-100mV1 | 24.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2903 | OL | 375.00 | 154.57 | 659.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | -12294H9D | 354940922 | 00F15098 | AT-8564A/74 | 900MHz-3GHz-EF Signal | 700.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2903 | OL | 15,000.00 | 6,575.00 | 17,509.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | -12294H9D | 354940922 | 06F15098 | AT-8564A/74 | 900MHz-3GHz-EF Signal | 700.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2903 | OL | 15,000.00 | 6,575.00 | 17,509.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 13452189D | MY41090459 | 06F15098 | AT-8484A | 100kHz-4.3GHz-100mV1 | 24.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2903 | OL | 500.00 | 437.30 | 659.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12294H9D | 06F15098 | | AT-E4440X-DM | 9055-Rack mount kt | 4.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2906 | OL | 174.00 | 85.65 | 98.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12297847 | | 00F9008 | AT-8484A | 100kHz-4.3GHz-100mV1 | 32.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2906 | OL | 450.00 | 759.00 | 98.00 |
| 43410 | 2276003 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 12625828 | 2643263H99 | 00F9008 | AT-8484A | 26MHz-50GHz-Spectrum | 1,530.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2946 | OL | 48,507.93 | 197.65 | 22,485.00 |
| 43410 | 2789709 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 11412SGJ | DE3557G | | 5HA4O76 | 18MHz-12Hz-Sign Sour | 159.00 | 180 | 43200/40275 | RAY VALLEE | 403/789-2060 | OL | 76,765.00 | 58,265.48 | 84,778.00 |
| 43410 | 2669002 0500 - 40TH STRE | CALGARY, AB | CN | T3J4P9 | 19218B9D | MY41100180 | 1384508 | AT-E8257D | 18MHz-12Hz-Sign Sour | 1,588.00 | 180 | 43200/40592 | RAY VALLEE | 403/789-2060 | OL | 48,507.93 | 197.65 | 22,485.00 |
| 12224 | 2269970 601 TECHNICAL CO | BILLERICA | MA | 18214146 | 13519508 | MY4750022 | 12711087 | AT-11715/USWV001/001 | Attenuator Switch Driver | 295.00 | 90 | 43200012050 | PAUL RETZ | 978-288-2003 | R | 3,504.57 | 3,269.41 | 3,869.00 |
| | | | | | | | | | | 7,500.00 | | | | | | 245,132.29 | 180,821.69 | 241,102.00 |

Page 1 of 1