# EXHIBIT "3"








ADDRESS SERVICE REQUESTED

NORTEL NETWORKS 1-800-684-2228
195 THE WEST MALL
TORONTO ONTARIO CANADA M9C 5K1
www.nortel.com/apinquiry

# N❂RTEL

0000583 01 MB    **AUTO    T2 0 6369 60677
ELECTRO RENT CORPORATION
6018 SOLUTIONS CENTER
CHICAGO IL 60677-0001

Vendor No.: 0003001105

Check Date: 04/13/2009

Check Number: 0015001348

PG 1 OF 1



| INVOICE NUMBER | DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 7416293 | 02/01/2009 | $76.75 | $0.00 | $76.75 |
| 7416298 | 02/01/2009 | $2,087.40 | $0.00 | $2,087.40 |
| 7423783 | 02/02/2009 | $47.25 | $0.00 | $47.25 |
| TOTALS |  | $2,213.40 | $0.00 | $2,213.40 |

Detach and retain this stub for your records.    Check # 0015001348  Attached below

**Electro Rent Corporation**

*"100 Most Trustworthy Companies"*
Forbes Magazine, 2010 and 2009

**INVOICE**

---

**FED EIN:** 95-2412961
**TERMS:**
  Net 30 days.
  Please remit from invoice.
  No statement will be sent.
**PAYMENT DUE DATE:** 03/06/2009
**BILL TO:**
  Attention: A/P
  NORTEL NETWORKS
  P.O. BOX 280510
  NASHVILLE, TN 37208-0510

**REMIT PAYMENT TO:**
ELECTRO RENT CORPORATION
6018 SOLUTIONS CENTER
CHICAGO, IL 60677-6000

818)787-2100

**SHIP TO:**
  NORTEL NETWORKS
  5050 - 40TH STREET N.E.
  CALGARY, AB T3J 4P8

---

Customer P.O.#: CSE505146
Customer #: 43410
Customer Doc #:
Contact: SABRINA D'SILVA

Order #: 2222304
Order Date: 02/26/2007
Billing Period: 02/01/2009 - 03/02/2009

Invoice #: 7416293
Invoice Date: 02/01/2009
Page 1 of 2

| Description | Asset# | Type of Activity | Rental Rate/ Sales Price | Amount |
|---|---|---|---|---|
| AT-16720A-017 3.3V Clock Pod and 6 inch lead set for AT-16720A | 1231453G | RENTAL | $14.00 | $14.00 |
| AT-16720A-018 3-state TTL/3.3V Data Pod/Lead set for AT-16720A | 1231966H | RENTAL | $14.00 | $14.00 |
| AT-16720A-018 3-state TTL/3.3V Data Pod/Lead set for AT-16720A | 1231090G | RENTAL | $14.00 | $14.00 |
| AT-16720A-018 3-state TTL/3.3V Data Pod/Lead set for AT-16720A | 1212722C | RENTAL | $14.00 | $14.00 |
| AT-16720A-018 3-state TTL/3.3V Data Pod/Lead set for AT-16720A | 1212724I | RENTAL | $14.00 | $14.00 |
| AT-5063-9240 Rackmount kit for AT-437B and AT-E364xA | 1315921E | RENTAL | $5.00 | $5.00 |
| GST/HST 3.75  #838 355 857 RT0001 # | | | | |
| | | | Sub Total | $75.00 |
| | | | Total Tax | $3.75 |
| | | | Total | $78.75 |

**COMMENTS:**
Currency is in USD

# Electro Rent Corporation

"100 Most Trustworthy Companies"
Forbes Magazine, 2010 and 2009

**INVOICE**

**FED EIN:** 95-2412961
**TERMS:**
Net 30 days.
Please remit from invoice.
No statement will be sent.
**PAYMENT DUE DATE:** 03/06/2009
**BILL TO:**
Attention: A/P
NORTEL NETWORKS
P.O. BOX 280510
NASHVILLE, TN 37208-0510

**REMIT PAYMENT TO:**
ELECTRO RENT CORPORATION
6018 SOLUTIONS CENTER
CHICAGO, IL 60677-6000

818)787-2100

**SHIP TO:**
NORTEL NETWORKS
5050 - 40TH STREET N.E.
CALGARY, AB T3J 4P8

---

Customer P.O.#: 4320049092
Customer #: 43410
Customer Doc #:
Contact: RAY VALLEE

Order #: 2286802
Order Date: 08/05/2008
Billing Period: 02/01/2009 - 03/02/2009

Invoice #: 7416298
Invoice Date: 02/01/2009
Page 1 of 2

| Description | Asset# | Type of Activity | Rental Rate/ Sales Price | Amount |
|---|---|---|---|---|
| AT-E5052B 10MHz-7GHz Signal Source Analyzer | 1324683D | LEASE | $1,988.00 | $1,988.00 |
| GST/HST 99.40<br><br>#838 355 857 RT0001 # | | | | |
| | | | Sub Total | $1,988.00 |
| | | | Total Tax | $99.40 |
| | | | Total | $2,087.40 |

**COMMENTS:**
Currency is in USD

# Electro Rent Corporation

"100 Most Trustworthy Companies"
Forbes Magazine, 2010 and 2009

**INVOICE**

---

**FED EIN:** 95-2412961
**TERMS:**
  Net 30 days.
  Please remit from invoice.
  No statement will be sent.
**PAYMENT DUE DATE:** 03/08/2009
**BILL TO:**
  Attention: A/P
  NORTEL NETWORKS
  P.O. BOX 280510
  NASHVILLE, TN 37208-0510

**REMIT PAYMENT TO:**
ELECTRO RENT CORPORATION
6018 SOLUTIONS CENTER
CHICAGO, IL 60677-6000

818)787-2100

**SHIP TO:**
NORTEL NETWORKS
5050 - 40TH STREET N.E.
CALGARY, AB T3J 4P8

---

Customer P.O.#: 4320049753
Customer #: 43410
Customer Doc #:
Contact: RAY VALLEE

Order #: 2286780
Order Date: 08/05/2008
Billing Period: 02/02/2009 - 02/02/2009

Invoice #: 7423783
Invoice Date: 02/05/2009
Page 1 of 2

| Description | Asset# | Type of Activity | Rental Rate/ Sales Price | Amount |
|---|---|---|---|---|
| RS-FSEM30 20Hz-26.5GHz Spectrum Analyzer Received 02/02/2009, 1 days billed. | 1141295J | LEASE | $1,350.00 | $45.00 |
| GST/HST 2.25 #838 355 857 RT0001 # | | | | |
| | | | Sub Total | $45.00 |
| | | | Total Tax | $2.25 |
| | | | Total | $47.25 |

**COMMENTS:**
Currency is in USD

# ELECTRO RENT CORPORATION
## GENERAL TERMS AND CONDITIONS

The following terms and conditions apply to the rental or sale by Electro Rent Corporation and its subsidiaries ("ER") of any "Equipment" (which term includes related accessories, manuals and other items delivered with this order) to Customer. By placing an order with ER, Customer agrees to and accepts these General Terms and Conditions, none of which can be modified except in a writing signed by an authorized officer of ER. All previous communications, representations or agreements between the parties, whether oral or written, regarding the transactions involved are superseded. Customer's additional or different terms and conditions will not apply, whether included in the purchase order or not.

1. **Payment Terms; Taxes.** Terms are NET 30 DAYS from invoice date. Any amounts not paid by that date are subject to finance charges at the rate of 1-1/2% per month, not to exceed the maximum lawful rate. Customer shall pay any federal, state and local taxes and other governmental charges in connection with the rental, purchase, possession or use of the Equipment (other than taxes on ER's net income) including sales, use, property, franchise and excise taxes on gross rent receipts. If Customer delays or cancels an order, ER may charge the Customer 25% of the list price or the aggregate rental price of the Equipment. Any credits not used within 12 months of issuance will be reduced by a service fee of 8% per month of the initial credit amount.
2. **Delivery FOB ER Facility.** Delivery of all items is FOB ER'S supplying office, and all risk of loss or damage from shipping, theft, mysterious disappearance, fire or any other cause is the responsibility of Customer thereafter. ER will make reasonable effort to meet any delivery schedule quoted; but shall not be responsible for failure to meet such delivery schedule, regardless of the reason for such failure. ER will ship Equipment according to Customer's reasonable shipping instructions; if no reasonable method is specified, ER will select the method. Equipment shall not be shipped by ER or returned by Customer by U.S. mail. Customer will pay or reimburse ER for all delivery and handling charges. Customer will be deemed to have accepted the Equipment as ordered and received in good condition, unless Customer provides ER with a written report of any defects or discrepancies within 72 hours after Customer receives the Equipment.
3. **Limited or No Warranty; Limitation on Damages.** ER is not the manufacturer of any Equipment. Unless expressly set forth on the face of this document, warranties, if any, are only those of the manufacturer. ER's sole responsibility for any breach of any warranty it provides will be (i) to repair such Equipment at ER's facility, (ii) replace such equipment, or, (iii) if ER determines that neither of these two options is reasonable, to cancel such order with no further obligation to Customer. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, ER DISCLAIMS ANY AND ALL WARRANTIES EXPRESSED OR IMPLIED; INCLUDING ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE OR THAT THE EQUIPMENT DOES NOT INFRINGE UPON ANY PATENT OR PROPERTY RIGHT OF ANY THIRD PARTY. Customer shall indemnify and hold ER harmless from any and all claims and actions asserted against ER for injury to persons and property related to any use of the Equipment. In no event will ER, its subcontractors or suppliers be liable for special, incidental, indirect or consequential damages (including downtime costs, loss of data, restoration costs, lost profits, or cost of cover) regardless of whether such claims are based on contract, tort, warranty or any other legal theory, even if advised of the possibility of such damages. The remedies in these Terms are Customer's sole and exclusive remedies. Customer acknowledges that ER has based its pricing on the limitations in this section.
4. **Compliance.** The parties agree to comply with applicable laws and regulations. ER may suspend performance if Customer is in violation of applicable laws or regulations. No U.S. government procurement regulation shall be deemed a part of this agreement or be applicable to ER unless specifically agreed to in writing by ER. The Equipment may not be used as parts, components or assemblies for the planning, construction, maintenance or direct operation of a nuclear facility. Customer agrees to comply with all United States and other applicable laws and regulations regarding the exportation, transshipment, importation, use, sale, diversion and re-exportation of the Equipment, and assumes responsibility for determining whether any shipment of Equipment requires government authorization or would otherwise violate applicable law. Any included software may only be used strictly in accordance with any applicable license(s). Any party defaulting on any of its obligations hereunder shall pay for all costs, expenses and legal fees incurred by the other party to enforce its rights, whether or not legal action is instituted, including in the case of ER, the costs of recovering, repairing or replacing the Equipment.
5. **Miscellaneous.** All notices hereunder shall be in writing. Typographic and/or clerical errors may be corrected by ER on notice to Customer. This agreement shall be enforceable in the state or federal courts in California and governed by the laws of that state excluding any conflicts of laws. The United Nations Convention on Contracts for the International Sale of Goods will not apply. To the extent that any provision or a portion of any provision is determined to be illegal or unenforceable, the remainder will remain in full force and effect. Customer may not transfer or encumber any rights hereunder without the consent of ER; ER may assign or transfer any of its rights or obligations upon notice in connection with a transfer of its business. No waiver by either party of any breach of any provision of this agreement shall be construed as a waiver of any subsequent breach or as a continuing waiver of such breach. Any approval, consent or determination of ER shall be given in ER'S sole and absolute discretion. Time is of the essence. "Including" means "including without limitation."

## ADDITIONAL TERMS AND CONDITIONS APPLICABLE TO RENTALS

1. **Ownership; Use.** All Equipment remains the property of ER at all times. Customer will not permit any ownership labels to be removed, obscured or defaced. Equipment must remain at and may be used only by Customer at Customer's place of business designated on the face of this document. Customer shall pay any costs arising from a change of location with or without ER's consent. Customer shall not make any alterations, additions or modifications to the Equipment and shall use it only for the purpose and in the manner intended by the manufacturer. Customer has no purchase rights, purchase options or equity accruals unless specifically otherwise stated by ER in writing, all of which will be immediately lost if Customer fails to comply with any of the terms of this agreement.
2. **Rental Terms.** Unless otherwise stated on the face of this document (a) rates quoted are for a 30 day rental period; (b) minimum rental is 30 days; (c) minimum billing is $100; (d) no credit will be issued for less than $50; (e) rental charges commence the day ER ships the Equipment to Customer; (f) rent is prorated on a daily basis starting at the beginning of the second rental billing period; and (g) rent continues to accrue until the Equipment is returned to ER or, in the case of lost or destroyed Equipment, until Customer notifies ER of the circumstances and pays all back rentals and the fair market value of the Equipment as determined by ER. If requested to do so by ER, Customer will furnish ER with proof that Customer has insurance coverage on the Equipment acceptable to ER. If Customer fails to do so, ER may at its option and for its benefit alone, obtain insurance and charge the cost to Customer as additional rent.
3. **Repair/Calibration.** Upon reasonable notice from Customer during the course of rental, ER will repair or calibrate any malfunctioning Equipment; provided, however, Customer will pay the costs of such repair or calibration if Customer has neglected, misused or abused the Equipment, or permitted anyone other than ER to work on or service the Equipment. Customer must pay rental charges if any Equipment replaced by ER is not properly returned to ER not later than the earlier of (i) ten (10) calendar days after shipment of the replacement Equipment or (ii) the expiration of the rental term.
4. **Return.** Customer agrees to return the Equipment, freight prepaid, properly packaged, and will be responsible for delivery to ER in substantially the same condition as when first received by Customer, reasonable use and wear alone excepted. Customer's license with respect to any software included with the Equipment will terminate on the expiration or termination of the rental, at which time Customer agrees promptly to return the software to ER and to destroy any archived copies.

## ADDITIONAL TERMS AND CONDITIONS APPLICABLE TO EQUIPMENT SALES

1. **Title.** ER retains title to the Equipment until full payment of the purchase price. For defensive purposes, Customer hereby grants to ER a security interest on the Equipment and all proceeds thereof and authorizes ER to file financing statements covering the Equipment in any jurisdictions ER deems appropriate.
2. **Warranties.** All Equipment is used unless otherwise expressly identified in writing by ER on the face of this document.

    **New Equipment.** If the Equipment is expressly identified in writing as "NEW" by ER on the face of this document, Customer may return the Equipment unused to ER if it obtains a Return Merchandise Authorization Form within 7 (seven) calendar days from the date Equipment was shipped by ER. Except where the Equipment is returned as a result of a defect occurring prior to the shipment of the Equipment by ER, ER may assess a 20% restocking fee. Following such period, Customer will have no further right of return and will look exclusively to any manufacturer's warranty with respect to any defects.

    **Other than New Equipment.** Sales of all other Equipment, including in the case of direct sales or sales under a purchase option, are without warranty and may not be returned unless expressly stated in writing on the face of this document, in which case the warranty period shall start on the date of shipment by ER and run for (i) 120 days for Test and Measurement Equipment and (ii) 30 days for computer equipment (excluding accessories or consumables) (i.e. batteries, toner cartridges, ribbons, etc), which are always sold "AS IS".

Returned Equipment must have a Return Merchandise Authorization Form issued by ER within any applicable warranty period and be packaged in original packing materials and shipped prepaid freight to ER'S designated center.

**REV. 12-01-2009**