IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
:
                     Debtors.   :   Jointly Administered
:
:   **Re: D.I.s 4100, 4210**
:
---------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER
APPROVING STIPULATION BY AND AMONG DEBTORS,
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE
UNITED KINGDOM PENSIONS REGULATOR RELATING TO MEDIATION**

I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *[Proposed] Order Approving Stipulation By And Among Debtors, The Official Committee Of Unsecured Creditors, And The United Kingdom Pensions Regulator Relating To Mediation* (the "Proposed Order"), attached as **Exhibit 1** hereto:

1. On October 6, 2010, Debtors filed the *Motion For Entry Of An Order (I) Appointing Layn R. Phillips As Neutral Mediator Concerning Allocation Of Sale Proceeds; (II) Authorizing Entry Into An Engagement Agreement With Irell & Manella LLP; (III) Approving The Terms Of Engagement Agreement; (IV) Allowing Payment Of Debtors' Share Of Cost Of Engagement; And (V) Granting Related Relief* (D.I. 4100) (the "Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. On October 27, 2010, the Court signed the *Order Appointing A Mediator For Resolving Disputes Concerning Allocation Of Sale Proceeds And Granting Related Relief* (D.I. 4210).

3. The Debtors have invited The United Kingdom Pensions Regulator ("TPR") to participate in the mediation. The Debtors, TPR, and the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*, (the "Committee", and together with the Debtors and TPR, the "Parties") have entered into a stipulation (the "Stipulation") regarding the mediation.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation among the Parties and (ii) grant such other and further relief as is just and proper.

Dated: November 1, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*