BOBBY JINDAL
Governor



CYNTHIA BRIDGES
Secretary



## State of Louisiana
### Department of Revenue

October 28, 2010

Clerk
U S Court House
Delaware District
824 Market Street
Wilmington, DE 19801

Subject:  Northern Telecom Intl, Inc
          Case Number: 09-10138
          Account Number: 1533405-001
          Amount: $100.00
          Claim # 510

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn due to the fact that the claim has been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Joyce Metoyer
Collection Division
Bankruptcy Section
Phone: (225) 219-2252

*Contributing to a better quality of life.*

617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658 • (225) 219-2255 • Fax (225) 219-2250 • TDD (225) 219-2114
www.revenue.louisiana.gov