Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market St,
3rd Floor,
Wilmington, Delaware
USA 19801

October 25, 2010

Dear Sirs:

<u>Re Nortel Networks Inc. Chapter 11 Case# 09-10138</u>

We are in receipt of the Fifteenth Omnibus Objection. Dtel Network Solutions Inc. agrees with the reduction of claim #2140 to $22,780 and agrees with the removal of claim #2141 as a duplicate to claim 2140.

We look forward to the modified claim amount of $22,780 for claim #2140 being allowed and acknowledged.

Sincerely

*Ross Morgan*

Ross Morgan, CA
CFO
Dtel Network Solutions Inc.
425 Legget Drive
Ottawa, Ontario
K2K 2W2

dTel Network Solutions Inc.
425 Legget Drive
Ottawa, Ontario
Canada   K2K 2W2
Toll Free: 1-866-515-3835

# Credit Memo

| Date | Credit No. |
|---|---|
| 30/03/2009 | INV-233 |

**Customer**

Nortel Networks Inc.
Att: A/P
P.O. Box 280510
Nashville, TN
USA 37228

| P.O. No. | Project |
|---|---|
| NT4503662819 | |

| Description | Qty | Rate | U/M | Amount |
|---|---|---|---|---|
| 32  NT5C15BC Rel 10 or higher | -32 | 85.00 | | -2,720.00 |

| | |
|---|---|
| **Total** | USD -2,720.00 |
| **Invoices** | USD 2,720.00 |
| **Balance Credit** | USD 0.00 |

GST/HST No.        862898301