# FILED UNDER SEAL

Pursuant to the Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Authorizing the Filing of Certain Documents under Seal and (E) Setting a Date for the Sale Hearing [D.I. 1685]

### SCHEDULE A

### Contract Not To Be Assumed and Assigned In
### Connection With The Asset Sale Agreement

| Name and Address of Counterparty | Description of Contract |
|---|---|
|   |   |

NOTE: For the purposes of filing, this schedule has been intentionally left blank. Pursuant to the Assumption and Assignment Procedures as approved in the Bidding Procedures Order, the party whom the Debtors believe to be a party in interest to the Scheduled Agreement will receive an individualized Schedule A.