## CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Withdrawal Of Debtors' Assumption And Assignment Notices With Respect To Certain Contracts** was caused to be made on November 2, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: November 2, 2010

                                                   */s/ Alissa T. Gazze*
                                                   Alissa T. Gazze (No. 5338)