## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To 11 U.S.C. §§ 105(A) And 363(B) For Entry Of An Order (I) Authorizing Debtors To Enter Into A Side Agreement With Respect To Fees Payable To Lazard Frères & Co. LLC And (II) Authorizing Debtors To Direct Their Escrow Agents To Release Funds To Nortel Networks Limited For Reimbursement Of Certain Professional Fees** was caused to be made on November 2, 2010, in the manner indicated upon the parties identified on the attached service list.

Dated: November 2, 2010

                                                        */s/ Ann C. Cordo*  
                                                        Ann C. Cordo (No. 4817)