# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS, INC., *et al.*, : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | **Objection Deadline: November 1, 2010 at 4:00 p.m.** |
| : | **Re: Docket No. 4175** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 4175

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Benesch Friedlander Coplan & Aronoff LLP as Special Litigation Counsel for the Debtors Nunc Pro Tunc to September 17, 2010* [Docket No. 4175] (the "Application") filed October 18, 2010. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than November 1, 2010.

It is hereby respectfully requested that the proposed Order attached to the Application be entered at the earliest convenience of the Court.

Dated: November 4, 2010

                                                **BENESCH, FRIEDLANDER, COPLAN**
                                                   **& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
           Raymond H. Lemisch, Esq. (No. 4204)
           Jennifer E. Hoover, Esquire (No. 5111)
           222 Delaware Ave., Suite 801
           Wilmington, DE 19801
           302-442-7010 (telephone)
           302-442-7012 (facsimile)
           rlemisch@beneschlaw.com
           jhoover@beneschlaw.com

*Proposed Special Litigation Counsel to the Committee*