IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group, hereby withdraws the *Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Approve Sale of Nortel's Carling Facility* filed on October 25, 2010 at Docket No. 4194 as it was filed in error.

Date:  November 4, 2010
        Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

          /s/  Mary F. Caloway
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone (302) 552-4200
Facsimile (302) 552-4295
Email:  mary.caloway@bipc.com
            mona.parikh@bipc.com

*Attorney for Ernst & Young, Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

#1018868-v1