**Exhibit C**

Assumed and Assigned Contracts

| Name and Address of Counterparty/counterparties | Description of Assumed and Assigned Contract | Effective date of Contract | Cure Amount (outstanding amounts owed) |
|---|---|---|---|
| Accel VII Associates LLC<br>Accel Partners<br>428 University Ave.<br>Palo Alto, CA 94301<br>(650) 614-4800 (Phone)<br>(650) 330-0750 (Fax) | Agreement of Limited Partnership of Accel Internet Fund III L.P. | 7/20/99 | $0.00 |
| Accel Internet Fund II Associates LLC<br>Accel Partners<br>428 University Ave.<br>Palo Alto, CA 94301<br>(650) 614-4800 (Phone)<br>(650) 330-0750 (Fax) | Agreement of Limited Partnership of Accel Internet Fund II L.P. | 3/12/98 | $0.00 |
| Accel VIII Associates L.L.C.<br>Accel Partners<br>428 University Ave.<br>Palo Alto, CA 94301<br>(650) 614-4800 (Phone)<br>(650) 330-0750 (Fax) | Amended and Restated Agreement of Limited Partnership of Accel Internet Fund IV L.P. | 6/30/00 | $0.00 |
| Ascend Partners, L.P.<br>Ascend Technology Ventures<br>14a Ahimeir Street<br>Ramat Gan 52587<br>Israel<br>Cell: +972-522-898138<br>Tel:+972-3-751 3707<br>Fax: +972-3-751 3706 | Limited Partnership Agreement of Ascend Technology Ventures, L.P. | 5/21/99 | $0.00 |

| Name and Address of Counterparty/counterparties | Description of Assumed and Assigned Contract | Effective date of Contract | Cure Amount (outstanding amounts owed) |
|---|---|---|---|
| Battery Convergence Partners, LLC<br>Battery Ventures<br>930 Winter Street, Suite 2500<br>Waltham, MA 02451<br>(p) (781) 478-6600<br>(f) (781) 478-6601 | Limited Partnership Agreement of Battery Ventures Convergence Fund, L.P. (as amended) | 3/31/99 | $0.00 |
| Battery Partners VI, LLC<br>Battery Ventures<br>930 Winter Street, Suite 2500<br>Waltham, MA 02451<br>(p) (781) 478-6600<br>(f) (781) 478-6601 | Limited Partnership Agreement of Battery Ventures VI, L.P. | 8/8/01 | $0.00 |
| Centennial Holdings VII, LLC<br>Centennial Ventures<br>1125 Seventeenth Street, Suite 740<br>Denver, Colorado  80202<br>Phone: 303-405-7500<br>Phone: 512-505-4134<br>Fax: 303.405.7575 | Amended and Restated Limited Partnership Agreement of Centennial Ventures VII, LP | 12/12/00 | $0.00 |
| Jerusalem Venture Partners IV, L.P.<br>Jerusalem Venture Partners<br>24 Hebron Road<br>Jerusalem 93542<br>Israel<br>Tel: + 972-2-640-9000<br>Tel: +972 2-640-9039<br>Fax: +972 2-640-9001 | Amended and Restated Agreement of Limited Partnership of Jerusalem Venture Partners IV, L.P. | 12/15/2001 | $0.00 |

| Name and Address of Counterparty/counterparties | Description of Assumed and Assigned Contract | Effective date of Contract | Cure Amount (outstanding amounts owed) |
|---|---|---|---|
| MILCOM Technologies, LLC, c/o MILITARY COMMERCIAL TECHNOLOGIES, INC. MILCOM Venture Partners 250 Park Avenue South, Suite 360 Winter Park, FL 32789 Phone: 407.838.1400 ext. 217 Mobile: 407.509.6088 Fax: 407.659.0447 | Third Amended and Restated Limited Liability Company Agreement of MILCOM Technologies, LLC | 10/28/04 | $0.00 |
| NEA Partners 10, Limited Partnership New Enterprise Associates 1954 Greenspring Drive, Suite 600 Timonium, MD 21093 Tel: (410) 842-4000 Fax: (410) 842-4100 | First Amended and Restated Limited Partnership Agreement of New Enterprise Associates 10, Limited Partnership | 7/19/00 | $0.00 |
| NEA Partners 9, Limited Partnership New Enterprise Associates 1954 Greenspring Drive, Suite 600 Timonium, MD 21093 Tel: (410) 842-4000 Fax: (410) 842-4100 | First Amended and Restated Limited Partnership Agreement of New Enterprise Associates 9, Limited Partnership | 10/28/99 | $0.00 |
| NEA Partners VIII, Limited Partnership New Enterprise Associates 1954 Greenspring Drive, Suite 600 Timonium, MD 21093 Tel: (410) 842-4000 Fax: (410) 842-4100 | First Amended and Restated Partnership Agreement of New Enterprise Associates VIII, Limited Partnership (as amended) | 9/30/1998 | $0.00 |

| Name and Address of Counterparty/counterparties | Description of Assumed and Assigned Contract | Effective date of Contract | Cure Amount (outstanding amounts owed) |
|---|---|---|---|
| Spectrum Equity Associates IV<br>Spectrum Equity Investors<br>333 Middlefield Rd., Ste. 200<br>Menlo Park, CA 94025<br>415-464-4600 (p)<br>415-464-4601 (f) | First Amended and Restated Limited Partnership Agreement of Spectrum Equity Investors IV, L.P. | 5/15/00 | $0.00 |
| STARTech Associates II, L.P.<br>STARTech Early Ventures, LLC<br>1302 East Collins Blvd.<br>Richardson, TX 75081<br>Phone : 214.576.9800<br>Fax : 214.576.9849 | Agreement of Limited Partnership of STARTech Seed Fund II L.P. | 3/22/00 | $0.00 |
| VantagePoint Communications Associates, L.L.C.<br>VantagePoint Venture Partners<br>1001 Bayhill Drive, Suite 300<br>San Bruno, CA 94066<br>Phone: (650) 866-3100<br>Fax: (650) 866-3544 | Limited Partnership Agreement of VantagePoint Communications Partners, L.P. | 4/3/98 | $0.00 |
| YankeeTek Partners, LP<br>Johnson O'Connor Feron & Carucci<br>107 Audubon Road, Suite 104<br>Building Two<br>Wakefield, MA 01880<br>T (781) 914-3400<br>F (781) 914-3405 | Limited Partnership Agreement of YankeeTek Incubator Fund, L.P. | 4/1/05 | $0.00 |