# EXHIBIT A

CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2010 through October 31, 2010

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date: 10/1/2010　End Date: 10/29/2010

**Enter Billing Rate/Hr:** 470.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 9.0 | $470.00 | $4,230.00 |
| 2 | Reviewing operational management of transition services | 37.3 | $470.00 | $17,531.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 124.1 | $470.00 | $58,303.50 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 4.5 | $470.00 | $2,115.00 |
| 5 | Fee Applications | 5.1 | $470.00 | $2,397.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 16.0 | $235.00 | $3,760.00 |
| | **Hours/Billing Amount for Period:** | **196.0** | | **$88,336.50** |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/1/2010 | LP matters | 3 | 0.5 |
| 10/1/2010 | Call re pension claim and allocation | 3 | 0.8 |
| 10/1/2010 | Equinox/NGS | 3 | 0.3 |
| 10/1/2010 | PEO matter; pricing and documents | 3 | 1.8 |
| 10/1/2010 | Document preservation | 3 | 0.8 |
| 10/1/2010 | Fee app preparation | 5 | 1.5 |
| 10/2/2010 | Comment on allocation | 3 | 1.0 |
| 10/2/2010 | Netas | 1 | 0.5 |
| 10/3/2010 | Review of mediation outlines | 3 | 1.5 |
| 10/4/2010 | Call re LP | 3 | 1.5 |
| 10/4/2010 | Weekly internal call with Cleary | 3 | 0.5 |
| 10/4/2010 | Call re mediation | 3 | 1.0 |
| 10/4/2010 | Weekly touch base with NBS | 2 | 1.0 |
| 10/4/2010 | Claims matters | 3 | 0.3 |
| 10/4/2010 | Preference matters | 3 | 0.3 |
| 10/4/2010 | PEO matters and review of docs; pricing | 3 | 2.0 |
| 10/4/2010 | Fee app preparation | 5 | 2.3 |
| 10/5/2010 | Call re LP matters | 3 | 2.0 |
| 10/5/2010 | Document destruction matters | 3 | 1.5 |
| 10/5/2010 | Call with Capstone re Carling and other matters | 3 | 3.0 |
| 10/5/2010 | Call with C Recaute re various matters | 2 | 1.0 |
| 10/5/2010 | Pension matter | 3 | 1.0 |
| 10/5/2010 | PEO matter | 2 | 4.0 |
| 10/6/2010 | Further changes to administaff and follow up | 2 | 3.5 |
| 10/6/2010 | Case administration matters | 3 | 1.5 |
| 10/6/2010 | Crime policy renewal | 3 | 1.0 |
| 10/6/2010 | Misc administrative matters re altsystems, blade | 3 | 1.0 |
| 10/6/2010 | Document retention | 3 | 0.8 |
| 10/6/2010 | Call with UCC re mediation | 4 | 0.3 |
| 10/6/2010 | Call with bonds re mediation | 4 | 0.8 |
| 10/6/2010 | Call re claims-IBM | 3 | 0.8 |
| 10/6/2010 | 15th omnibus | 3 | 1.0 |
| 10/6/2010 | Call with Cleary re allocation/mediation | 3 | 1.0 |
| 10/6/2010 | Fee app preparation | 5 | 1.3 |
| 10/7/2010 | Prep for and call with PBGC re claim | 3 | 1.5 |
| 10/7/2010 | Call re claims | 3 | 2.0 |
| 10/7/2010 | Call with Marsh re insurance coverages | 2 | 1.3 |
| 10/7/2010 | IP address call and follow up | 3 | 1.5 |
| 10/7/2010 | 15th omnibus review | 3 | 1.5 |
| 10/7/2010 | VC Stocks | 3 | 0.5 |
| 10/7/2010 | Document disposal motion and objections | 3 | 2.0 |
| 10/8/2010 | Call re allocation | 3 | 1.0 |
| 10/8/2010 | Prep for and call with Chilmark and Cleary re mediation statement | 3 | 2.5 |
| 10/8/2010 | Reidel employment agreement-call with bonds and UCC FA's | 2 | 1.0 |
| 10/8/2010 | Omnibus 15 changes and execution | 3 | 1.0 |
| 10/8/2010 | Filing MOR | 3 | 0.5 |
| 10/8/2010 | Call with Cleary and UCC re mediator appointment objection | 4 | 1.0 |
| 10/9/2010 | Call with Bromley re case management | 1 | 1.0 |
| 10/11/2010 | Call with C Recaute re weekly matters and operational topics | 2 | 2.0 |
| 10/11/2010 | Weekly internal call wit Cleary | 3 | 1.3 |
| 10/11/2010 | Review of proposed benefit changes | 2 | 1.0 |
| 10/11/2010 | Brief memo re employment changes | 2 | 0.7 |
| 10/12/2010 | NGS valuation--review of PBGC materials | 3 | 1.5 |
| 10/12/2010 | Insurance policy renewals and call with broker | 3 | 1.8 |
| 10/12/2010 | Data retention--communication with RLKS and call with Don Power | 3 | 2.0 |
| 10/12/2010 | Call with Luis Guerra re wind down matters | 3 | 0.8 |
| 10/12/2010 | UK pension matters and review materials | 3 | 0.8 |
| 10/12/2010 | Work force plan update | 2 | 1.0 |
| 10/12/2010 | Call with Huron re MOR and meeting on 10/16 | 3 | 0.6 |
| 10/13/2010 | Internet address action plan call | 3 | 0.5 |

| Enter Date | Description | Project No. (1-7) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/13/2010 | Call with Cleary re various case matters | 3 | 1.0 |
| 10/13/2010 | Review and mark up mediation papers | 3 | 2.8 |
| 10/14/2010 | Mark up of MOR format | 3 | 1.5 |
| 10/14/2010 | Call with Cleary re 10/14 hearing | 3 | 1.0 |
| 10/14/2010 | Review headcount walk | 3 | 0.8 |
| 10/14/2010 | Respond to various requests related to case management, retirement plan administration, sale escrows | 3 | 1.0 |
| 10/14/2010 | Calls with Bromley re mediation | 3 | 0.8 |
| 10/14/2010 | Preference matters | 3 | 0.5 |
| 10/15/2010 | Call with Recaute and T Ross re benefits and headcount | 2 | 1.0 |
| 10/15/2010 | Review of preferences | 3 | 2.8 |
| 10/15/2010 | Richardson | 3 | 0.5 |
| 10/17/2010 | Flight to NY | 7 | 4.0 |
| 10/17/2010 | Various case management matters, including Israel, TPA agreements, claims | 3 | 2.0 |
| 10/18/2010 | Call with NBS | 2 | 0.5 |
| 10/18/2010 | Weekly case management call | 3 | 0.5 |
| 10/18/2010 | Confer with UCC | 4 | 0.7 |
| 10/18/2010 | Confer with bonds | 4 | 0.7 |
| 10/18/2010 | Meetings re IP | 3 | 6.0 |
| 10/18/2010 | Workforce plan review and comments | 2 | 1.0 |
| 10/19/2010 | LP matters | 3 | 1.5 |
| 10/19/2010 | Meetings with Cleary re preferences, document management, dissolutions, interco issues, follow up with UCC and Bonds FA's on pending matters | 3 | 8.0 |
| 10/20/2010 | Asia trust issues | 1 | 1.0 |
| 10/20/2010 | Call with internet address group | 3 | 0.5 |
| 10/20/2010 | Flight from NY | 7 | 4.0 |
| 10/20/2010 | IP matters | 3 | 2.0 |
| 10/20/2010 | Call re interco monthly settlements | 1 | 2.0 |
| 10/21/2010 | Chapter 15 filing review and comment | 1 | 1.0 |
| 10/21/2010 | Allocation and mediation work | 3 | 5.0 |
| 10/21/2010 | Various case management re preferences, MOR format, | 3 | 2.0 |
| 10/21/2010 | Interco matters re Citinetting, interco, balances at affiliates | 1 | 3.5 |
| 10/22/2010 | Meetings in Sunrise | 2 | 5.5 |
| 10/22/2010 | Call with Chilmark and others related to mediation | 3 | 1.5 |
| 10/22/2010 | Preference maters | 3 | 1.8 |
| 10/22/2010 | Case management matters; calls with Craig Brod | 3 | 1.0 |
| 10/23/2010 | Review of FTI/Capstone requests for further modeling and analysis | 3 | 0.3 |
| 10/23/2010 | Mediation maters; revised brief and exhibits review | 3 | 2.0 |
| 10/24/2010 | Review and revise interco claims list | 3 | 0.8 |
| 10/24/2010 | Work related to case management, employee matters, meetings in Raleigh | 3 | 2.0 |
| 10/25/2010 | Weekly calls with NBS and separate call with Cleary | 2 | 1.3 |
| 10/25/2010 | Travel to Raleigh | 7 | 4.0 |
| 10/25/2010 | Meeting with RLKS re documents process and distribution modeling | 3 | 3.5 |
| 10/25/2010 | Review of claims status; Canadian claims | 3 | 2.0 |
| 10/25/2010 | Chapter 15 filing matters, other case issues | 3 | 2.8 |
| 10/26/2010 | Meetings in Raleigh re claims, operational management, US estate issues | 2 | 8.0 |
| 10/26/2010 | Travel from Raleigh | 7 | 4.0 |
| 10/26/2010 | GDNT matter, Genband matter and misc matters related to operations, Mexico | 2 | 1.2 |
| 10/27/2010 | Venture capital stocks; sale process | 3 | 1.0 |
| 10/27/2010 | Organize work stream and agenda related to distribution planning, plan of rear, allocation | 3 | 2.0 |
| 10/27/2010 | Call with creditor | 4 | 1.0 |
| 10/27/2010 | Mediation matters | 3 | 6.0 |
| 10/27/2010 | LP call | 3 | 1.0 |
| 10/28/2010 | Mediation/allocation matters; review of briefs, call with Cleary re same | 3 | 6.0 |
| 10/28/2010 | TSA matters | 2 | 1.0 |
| 10/29/2010 | Crime and property insurance renewals | 2 | 1.3 |