**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2010 through October 31, 2010

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,112.20 |
| Travel – Lodging | | 1,804.47 |
| Travel – Meals | | 729.44 |
| Travel – Car Service | | 88.97 |
| Travel – Parking | | 80.00 |
| Office supplies, shipping, and other office related expenses | | 319.27 |
| PACER | | 6.50 |
| TOTAL | | $ 4,140.85 |

# Nortel Expense Report

PERIOD: October 1, 2010 through October 31, 2010

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Office Expenses | PACER | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2010 | New York Trip - Air | $ 263.70 | | | | | | | $ 263.70 |
| 10/17/2010 | New York Trip - Meal | | | $ 6.88 | | | | | $ 6.88 |
| 10/17/2010 | New York Trip - Taxi | | | | $ 32.60 | | | | $ 32.60 |
| 10/17/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 10/17/2010 | New York Trip - Meal | | | $ 92.66 | | | | | $ 92.66 |
| 10/17/2010 | New York Trip - Internet | | | | | | $ 14.99 | | $ 14.99 |
| 10/18/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 10/18/2010 | New York Trip - Meal | | | $ 34.22 | | | | | $ 34.22 |
| 10/18/2010 | New York Trip - Internet | | | | | | $ 12.95 | | $ 12.95 |
| 10/18/2010 | New York Trip - Meal | | | $ 62.95 | | | | | $ 62.95 |
| 10/18/2010 | New York Trip - Taxi | | | | $ 19.50 | | | | $ 19.50 |
| 10/19/2010 | New York Trip - Hotel | | $ 519.88 | | | | | | $ 519.88 |
| 10/19/2010 | New York Trip - Meal | | | $ 55.73 | | | | | $ 55.73 |
| 10/20/2010 | New York Trip - Taxi | | | | $ 36.87 | | | | $ 36.87 |
| 10/20/2010 | New York Trip - Air return | $ 356.70 | | | | | | | $ 356.70 |
| 10/20/2010 | New York Trip - Parking | | | | | $ 50.00 | | | $ 50.00 |
| 10/25/2010 | Raleigh Trip - Air | $ 341.80 | | | | | | | $ 341.80 |
| 10/25/2010 | Raleigh Trip - Car service RDU to hotel | | | $ 79.50 | | | | | $ 79.50 |
| 10/25/2010 | Raleigh Trip - Hotel | | $ 244.83 | | | | | | $ 244.83 |
| 10/25/2010 | Raleigh Trip - Car service for 3 | | | $ 238.50 | | | | | $ 238.50 |
| 10/26/2010 | Raleigh Trip - Car service to NNI | | | $ 79.50 | | | | | $ 79.50 |
| 10/26/2010 | Raleigh Trip - Car service to RDU | | | $ 79.50 | | | | | $ 79.50 |
| 10/26/2010 | Raleigh Trip - Parking | | | | | $ 30.00 | | | $ 30.00 |
| 10/31/2010 | Shipping charges | | | | | | $ 240.81 | | $ 240.81 |
| 10/31/2010 | PACER | | | | | | | $ 6.50 | $ 6.50 |
| 10/29/2010 | Boingo Wireless | | | | | | $ 7.95 | | $ 7.95 |
| 10/7/2010 | Airline ad on | $ 150.00 | | | | | | | $ 150.00 |
| 10/25/2010 | Aircell Gogo inflight | | | | | | $ 34.95 | | $ 34.95 |
| 10/20/2010 | NY Hotel Business center charge | | | | | | $ 7.62 | | $ 7.62 |