## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
                             :      Chapter 11

*In re*                            :      Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]      :
                            :      Jointly Administered
                Debtors.     :
                            :      **RE: D.I.** 4242,  4243
:
-------------------------------------------------------X

### ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE RELATING TO DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING AND APPROVING THE SALE OF LIMITED PARTNERSHIP AND LIMITED LIABILITY COMPANY INTERESTS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) AUTHORIZING AND APPROVING ENTRY INTO A PURCHASE AND SALE AGREEMENT; (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; (IV) AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL; AND (V) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten"),[2] of Nortel Networks Inc. ("NNI"), and its

affiliated debtors and debtors in possession (collectively, the "Debtors") for entry of an order, as

more fully described in the Motion to Shorten, shortening notice pursuant to sections 102(1) and

105 of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rule 9006-1(e) with

respect to the Debtors' Motion (the "Approval Motion") for (i) authorizing the sale of certain

limited partnership and limited liability corporation interests held by NNI (as described further

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

herein, the "LP Interests") free and clear of all liens, claims and encumbrances pursuant to

section 363 of the Bankruptcy Code (the "Transaction"), (ii) authorizing and approving entry

into that certain purchase and sale agreement dated as of November 3, 2010 among NNI and

non-debtor Nortel Ventures LLC ("NVLLC"), on the one hand (together, the "Sellers") and CS

Strategic Partners IV VC Holdings, L.P. ("CS") and Amberbrook V, LLC ("Amberbrook") on

the other hand (together, the "Purchasers for the sale of the LP Interests (including certain LP

Interests of NVLLC) as described therein, substantially in the form attached hereto as Exhibit B

(the "Agreement")[3], (iii) authorizing and approving the assumption and assignment of certain

prepetition executory contracts of the Debtors related to the LP Interests (the "Assumed and

Assigned Contracts"), (iv) authorizing the Debtors to file certain documents under seal, and (v)

granting them such other and further relief as the Court deems just and proper; and it appearing

that adequate notice of the Approval Motion having been given as set forth in the Motion to

Shorten; and it appearing that no other or further notice is necessary; and it appearing that the

relief requested is in the best interests of the Debtors' estates and creditors, and other parties-in-

interest; and it appearing that the Court has jurisdiction to consider the Motion to Shorten and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing

therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      The Approval Motion will be considered at a hearing scheduled on **November 23,
2010 at 10:00 a.m.** (Eastern Standard Time).

---

[3]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Agreement.

3.      Objections, if any, to the Approval Motion shall be filed and served no later than

**November 16, 2010 at 4:00 p.m.** (Eastern Standard Time).

4.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: NOVEMBER 5, 2010
           Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3