IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                   :    Chapter 11
                                                        :
Nortel Networks Inc., et al.,[1]                        :    Case No. 09-10138 (KG)
                                                        :
        Debtors.                                        :    Jointly Administered
---------------------------------------------------------X

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 8, 2010 AT 12:30 P.M. (ET)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

1.  Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2779, Filed 3/26/10).

    Related Pleadings:  None.

    Objection Deadline:  April 7, 2010 at 4:00 p.m. (ET).  Extended to April 12, 2010 at 4:00 p.m. (ET) for the California Franchise Tax Board and the Internal Revenue Service. Extended to April 22, 2010 at 12:00 p.m. (ET) for the Illinois Department of Revenue.

    Responses Received:

    a)  Response To Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 505 And 105 In Determining Certain Tax Liabilities, Filed by Iowa Department of Revenue (D.I. 2829, Filed 4/2/10);

    b)  United States' Response To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2854, Filed 4/12/10);

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]  Modifications to the Notice of Agenda of Matters are noted in **bold** face type.

[3]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    c)     California Franchise Tax Board's Opposition to Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. Sections 505 And 105 Determining Certain Tax Liabilities (D.I. 2864, Filed 4/12/10); and

    d)     Objection Of Illinois Department Of Revenue To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 505 And 105 Determining Certain Tax Liabilities (D.I. 2912, Filed 4/21/10).

<u>Status</u>: The hearing on this matter has been adjourned to the hearing scheduled for December 8, 2010 at 10:00 a.m. (ET).

2.     Motion Of ACS Cable Systems, Inc. For Allowance And Immediate Payment Of Administrative Claim (D.I. 2857, Filed 4/12/10).

<u>Related Pleadings</u>: None.

<u>Objection Deadline</u>: May 5, 2010 at 4:00 p.m. (ET). Extended to January 6, 2011 at 4:00 p.m. (ET) for Nortel and for the Committee.

<u>Responses Received</u>: None at this time.

<u>Status</u>: The hearing on this matter has been adjourned to the hearing scheduled for January 27, 2011 at 10:00 a.m. (ET).

3.     Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims (D.I. 3942, Filed 9/14/10).

<u>Related Pleadings</u>:

    a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims (D.I. 4163, Filed 10/14/10).

<u>Objection Deadline</u>: October 7, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:

    a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims Filed by (D.I. 4106, Filed 10/7/10);

<u>Status</u>: The hearing with respect to the response filed by Unisys Corporation and the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol

Corporation and its affiliates has been adjourned to the hearing scheduled for November 23, 2010 at 10 a.m. (ET).

4. Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 3965, Filed 9/17/10).

   Related Pleadings: None.

   Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended to a date to be determined for the United States of America, the United States Trustee, the Canadian Debtors and the Monitor.

   Responses Received:

   a) Limited Objection Of ACS Cable Systems, Inc. To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Specified Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4107, Filed 10/7/10);

   b) Objection Of The Trustee Of Nortel Networks UK Pension Plan And The Board Of The Pension Protection Fund to Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4108, Filed 10/7/10);

   c) Objection Of Frank A. Dunn To Debtors' Motion For An Order Approving Procedures For Document Destruction (D.I. 4118, Filed 10/7/10);

   d) Lead Plaintiffs' Joinder To Objections To Debtors' Motion For Entry Of An Order (I) Approving Procedures For The Abandonment, Disposal, Or Destruction Of Specified Hard Copy Documents And Electronic Data; (II) Waiving Compliance With Certain Retention Laws And Ordinances; And (III) Granting Related Relief (D.I. 4125, Filed 10/8/10)

   Status: The hearing on this matter has been adjourned to a date to be determined.

UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION (C.N.O.)

5. Application To Employ And Retain Benesch Friedlander Coplan And Aronoff LLP As Special Counsel In This Bankruptcy Case Pursuant To Bankruptcy Code §§ 327(A) And 328 *Nunc Pro Tunc* To September 17, 2010 (D.I. 4175, Filed 10/18/10).

   Related Pleadings:

   a) Certificate Of No Objection (D.I. 4239, Filed 11/4/10).

3886480.2

<u>Objection Deadline</u>:  November 1, 2010 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None at this time.

<u>Status</u>:  No objections have been received and a Certificate of No Objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

6. Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3507, Filed 7/9/10).

   <u>Related Pleadings</u>:

   a) Debtors' Motion For Leave To File A Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtor's Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 3788, Filed 8/16/10);

   b) Statement Of The Monitor Of The Canadian Nortel Group In Support Of The Debtors' Request For An Adjournment And Reply To The Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3789, Filed 8/17/10); and

   c) Order (First Supplemental) Granting Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, No-Basis 503(b)(9) Claims, Multi-Debtor Duplicate Claims And Wrong Debtor Claim) (D.I. 4049, Filed 9/30/10).

   <u>Objection Deadline</u>:  July 28, 2010 at 4:00 p.m. (ET).  Extended to August 4, 2010 at 4:00 p.m. (ET) for Sun Microsystems, Inc. and SNMP Research International, Inc.

   <u>Responses Received</u>:

   a) Response By The Tennessee Department Of Revenue To Debtors' Twelfth Omnibus Objection To Claims (D.I. 3742, Filed 7/28/10);

   b) Response And Reservation Of Rights Of SNMP Research International, Inc. To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, No Basis 503(B)(9) Claims, Multi-Debtor

Duplicate Claims And Wrong Debtor Claim) (D.I. 3759, Filed 8/4/10);

- c) Exhibit B To The Response And Reservation Of Rights Of SNMP Research International, Inc. To The Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3766, Filed 8/10/10); and

- d) Notice Of Filing Corrected Exhibit "A" To SNMP Research International, Inc.'s Response And Reservation Of Rights To Debtors' Twelfth Omnibus Objection (Substantive) To Certain Claims (D.I. 3767, Filed 8/10/10).

Status:  The hearing with respect to the response filed by SNMP Research International, Inc. **has been adjourned to the hearing scheduled for November 23, 2010 at 10:00 a.m. (ET).**  The hearing on this matter with respect to the response relating to claim number 5896 filed by the Tennessee Department of Revenue has been adjourned to the hearing scheduled for November 23, 2010 at 10:00 a.m. (ET).

7. Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims) (D.I. 3846, Filed 8/31/10).

    Related Pleadings:

    - a) Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) (D.I. 4022, Filed 9/27/10); and

    - b) Order Granting Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) (D.I. 4053, Entered 9/30/10).

    Objection Deadline:  September 23, 2010 at 4:00 p.m. (ET).

    Responses Received:

    - a) Objection Of Creditor Ventura County Treasurer-Tax Collector To Debtors' Thirteenth Omnibus Objection (Substantive) To Claims Under Title 11 United States Code, Section 502, Federal R. Bankruptcy P. 3007 And Local Rule 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims) Filed by County of Ventura, State of California (D.I. 4000, Filed 9/23/10);

    - b) Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims), Filed by The Coca Cola Company (D.I. 4007, Filed 9/23/10); and

    - c) Notice Of Filing Of Declaration Of Margaret Boon In Support Of The Response Of The Coca Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims (D.I. 4189, Filed 10/22/10).

3886480.2

<u>Status</u>:  The hearing with respect to the response filed by The Coca Cola Company is going forward.  The hearing with respect to the Objection filed by the Ventura County Treasurer-Tax Collector has been adjourned to the hearing scheduled for December 15, 2010 at 10 a.m. (ET).

8. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims)  (D.I. 4126, Filed 10/8/10).

   <u>Related Pleadings</u>:  None.

   <u>Objection Deadline</u>:  October 25, 2010 at 4:00 p.m. (ET).  Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m.  Extended for GE and Red Hat to November 1, 2010.

   <u>Responses Received</u>:

   a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10);

   b) Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4232, Filed 11/1/10); and

   c) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Dtel Network Solutions Inc. (D.I. 4235, Filed 11/1/10).

   <u>Status</u>:  The Debtors are withdrawing the objection to Claim No. 3942 filed by Red Hat Inc.  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for November 23, 2010 at 10 a.m. (ET).  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for December 15, 2010 at 10 a.m. (ET).  The hearing is going forward with respect to all other claims.

<u>ADVERSARY PROCEEDING</u>:

9. Nortel Networks Inc. v. Communications Test Design, Inc. (Adversary Proceeding No. 10-53065).

   <u>Related Pleadings</u>:

3886480.2

a) Complaint (D.I. 3984, A.D.I. 1, Filed 9/21/10);

b) Summons and Notice of Pretrial Conference (A.D.I. 2, Filed 9/21/10);

c) Notice of Pretrial Conference (Rescheduled from 11/09/10) (A.D.I. 11, Filed 10/15/10); **and**

d) **Certification Of Counsel Regarding The Joint Proposed Scheduling Order (A.D.I. 17, Filed 11/4/10).**

Response Deadline: October 21, 2010. Extended to October 27, 2010 for Communications Test Design, Inc.

Response Received:

a) Motion To Dismiss (A.D.I. 14, Filed 10/27/10).

Status: **The parties have submitted an agreed proposed form of scheduling order.** The pretrial conference in this matter will be going forward.

JOINT HEARING:

10. Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record Filed In The Canadian Proceedings To Approve Sale Of Nortel's Carling Facility (D.I. 4194, Filed 10/25/10).

**Related Pleadings:**

b) **Notice Of Filing Of Fifty-Sixth Report Of The Monitor Of the Canadian Nortel Companies In The Canadian Proceedings (D.I. 4200, Filed 11/4/10); and**

c) **Notice Of Withdrawal Of Document (D.I. 4241, Filed 11/4/10).**

Responses Received: None at this time.

**Status: The Canadian Debtors have agreed to modifications of the orders approving the Motion Record that address the Debtors' concerns. Accordingly, there is no continued need for a joint hearing on the Motion Record.**

Dated: November 5, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

3886480.1

8