# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amended Agenda Of Matters Scheduled For Hearing On November 4, 2010 At 12:30 A.M. (Eastern Time)** was caused to be made on November 5, 2010, in the manner indicated upon the entities identified below and those on the attached service list.

Date: November 5, 2010

                                                 /s/ Alissa T. Gazze
                                                 Alissa T. Gazze (No. 5338)

**VIA FACSIMILE**

John Waters, Esq.
Attorney at Law
Iowa Department of Revenue
Collections Section, P.O. Box 10457
Des Moines, Iowa 50306
Fax: 515-281-0763

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947
(Counsel for California Tax Board)

James D. Newbold, Esq.
Assistant Attorney General
Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601
Fax: 312-814-3589

Jeffrey Cianciulii, Esq.
Weir & Partners LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899
Fax: 302-652-8909

N. Andrew Crain, Esq.
Melissa Rhoden, Esq.
Thomas, Kayden, Horstemeyer & Risley, LLP
600 Galleria Parkway, SE
Suite 1500
Atlanta, GA 30339
Fax: 770-951-0933

John D. McLaughlin, Jr.
Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE
Fax: 302-658-1300
(Counsel for SNMP Research)

John E. Polich
Assistant County Counsel
Office of the County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, CA 93009
Fax: 805-654-2592
(Counsel for Ventura County)

Theresa V. Brown-Edwards
R. Stephen McNeill
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Fax: 302-658-1192
(Counsel for Coca Cola)

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763
(Counsel for Bondholders)

Domenic Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Fax: 302-426-9193
(Counsel for Electro Rent Corp)

Daniel K. Astin

2

Jeffrey Kurtzman, Esq.
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Fax: 215-568-6603
(Counsel for Electro Rent Corp)

**VIA FIRST CLASS MAIL**

Ross Morgan, CA
CFO
Dtel Network Solutions Inc.
425 Legget Drive
Ottawa, Ontario
K2K2W2

Mark K. Ames
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255

2800793.45