# SCHEDULE A
## TWENTY-FIRST INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

<u>L160 Settlement/Non-Binding ADR</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/04/10 | RET | .5 | Receive and analyze latest draft of memorandum of understanding regarding settlement from plaintiffs' counsel |
| 9/01/10 | RET | .3 | Communicate with plaintiffs' counsel regarding executed version of stipulation between Chubb and Nortel and memorandum of understanding regarding settlement and discuss long form settlement agreement |
| 9/08/10 | RET | .3 | Communications with Jennifer Westerfield regarding the district court's use of the phrase "administratively closed" |
| 9/08/10 | RET | .3 | Receive and analyze fully executed version of memorandum of understanding regarding settlement and communications with Peter Bisio and Jennifer Westerfield regarding same |
| 9/09/10 | RET | .2 | Communicate with Don Powers regarding executed memorandum of understanding regarding settlement and long form settlement agreement |
| 9/09/10 | RET | .2 | Communicate with Peter Bisio regarding preparation of long form settlement agreement |
| 9/10/10 | RET | .3 | Communications with Don Powers regarding issues related to motion for preliminary approval of settlement |
| 9/21/10 | RET | .3 | Analysis of timing of notifying individual defendants of memorandum of understanding regarding settlement |
| 9/22/10 | RET | .2 | Receive and analyze correspondence to individual defendants regarding memorandum of understanding regarding settlement |
| 9/22/10 | RET | .3 | Communicate with Nick DeRoma regarding memorandum of understanding regarding settlement |
| 9/22/10 | RET | 1.2 | Think through and planning regarding issues related to settlement including independent fiduciary and plan participant data |
| 9/23/10 | DSH | .5 | Revise correspondence being sent to all clients in connection with possible settlement |
| 9/23/10 | DSH | .5 | Review all e-mail being returned undeliverable to clients, research for updated and correct e-mail and addresses, organize for those not being received by e-mail to be sent by Federal Express in connection with possible settlement |

1

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/24/10 | RET | .2 | Communications with Don Powers regarding notification to individual defendants of execution of memorandum of understanding regarding settlement |
| 9/24/10 | RET | .3 | Receive and analyze notice of withdrawal from Jane Stranch and email to plaintiffs' counsel regarding who will be taking over her duties to prepare long form settlement agreement |
| 9/27/10 | RET | .3 | Receive and analyze withdrawal notice from Jane Stranch and email to Don Powers regarding same |
| 9/27/10 | DSH | .3 | Review client representation chart with latest addresses and contact information for Nortel clients and review searches for new contact information for Mr. Manley to re-send latest correspondence |
| 9/27/10 | DSH | .1 | Telephone communication with Maureen from Federal Express regarding the package sent to John Manley which could not be delivered because he is no longer at the address |

**SUB TOTAL   2,410.00**

DATE ATTY HRS  DESCRIPTION OF SERVICES RENDERED

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/23/10 | JMS7 | .1 | Review notice regarding withdrawal of plaintiff's counsel |
| 9/09/10 | JMS7 | .3 | Review bankruptcy court reports for case status update |
| 9/20/10 | JMS7 | .1 | Review bankruptcy court reports for case status update |
| 9/22/10 | JMS7 | .7 | Prepare notice letter to individual clients of notice memorandum of understanding |
| 9/23/10 | JMS7 | .5 | Communicate with individual defendants concerning settlement |
| 9/23/10 | JMS7 | .6 | Communicate with Nick Deroma concerning settlement |
| 9/23/10 | JMS7 | .2 | Communicate with Rene' Thorne regarding communicating with individual defendant's concerning settlement (approved by Sandi Illmer) |
| 9/23/10 | JMS7 | .2 | Review communication between Rene' Thorne and Nick Deroma concerning settlement (approved by Sandi Illmer) |
| 9/23/10 | JMS7 | .1 | Review settlement term sheet to draft correspondence to individual defendants |
| 9/24/10 | JMS7 | .1 | Review court notice regarding Jane Stranch withdrawal (approved by Sandi Illmer) |
| 9/24/10 | JMS7 | .2 | Communicate with Don Powers regarding settlement letters to individual defendants |
| 9/24/10 | JMS7 | .3 | Communicate with Nick Deroma regarding settlement |
| 9/27/10 | JMS7 | .1 | Review correspondence regarding notification of delivery of settlement communication to Bill Donovan |

2

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 9/27/10 | JMS7 | .2 | Communicate with Don Powers regarding settlement letters to individual defendants |
| 9/27/10 | JMS7 | .2 | Communicate with delivery carrier regarding John Manley communication service issues |
| 9/27/10 | JMS7 | .1 | Review court notice regarding Stranch withdrawal (approved by Sandi Illmer) |
| 9/27/10 | JMS7 | .1 | Review court notice regarding fee hearing |
| 9/27/10 | JMS7 | .4 | Review correspondence regarding notification of delivery failures to certain individual defendants regarding settlement |

**SUB TOTAL**     1,870.00

**TOTAL SERVICES**     4,280.00

**ATTORNEY SERVICES**     $4,280.00

**TOTAL HOURS:** 10.20
**FEE GRAND TOTAL:**    $4,280.00
**NORTEL'S 50% TOTAL:** $2,140.00

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation – Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS         DESCRIPTION OF SERVICES RENDERED

<u>L250 Other Written Motions and Submissions</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/09/10 | DSH | .20 | Receive and review e-mail from Annie Cordo with new dates, deadlines and instructions for the Sixth Quarterly Fee Hearing and calendar same |
| 9/01/10 | JMS7 | .30 | Edit bankruptcy fee application |
| 9/02/10 | JMS7 | .20 | Edit nineteenth fee application |
| 9/02/10 | DSH | .30 | Finalize Exhibit A to Eighteenth Interim Fee Application for June 2010 |
| 9/02/10 | DSH | .30 | Finalize Eighteenth Interim Fee Application for the Delaware bankruptcy court |
| 9/02/10 | DSH | .40 | Begin drafting Exhibit B to Nineteenth Interim Fee Application for July 2010 |
| 9/02/10 | DSH | .20 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' eighteenth interim fee application |
| 9/02/10 | DSH | .20 | Receive and review e-mail correspondence from Annie Cordo in connection with deadlines for all monthly interim reports and sixth quarterly application |
| 9/02/10 | DSH | .30 | Two telephone communications with Cherie Hare of Morris, Nichols, Arsht & Tunnell LLP regarding our eighteenth interim fee application to be filed with the Delaware Bankruptcy Court |
| 9/02/10 | DSH | 1.10 | Begin drafting Exhibit A to Nineteenth Interim Fee Application for July 2010 |
| 9/02/10 | DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' eighteenth interim fee application |
| 9/02/10 | DSH | .20 | Draft e-mail to Annie Cordo regarding filing our eighteenth interim fee application with the Delaware Bankruptcy Court |
| 9/03/10 | DSH | 1.30 | Begin drafting Nineteenth Interim Fee Application for July 2010 |
| 9/03/10 | DSH | .20 | Finalize Exhibit B to Nineteenth Interim Fee Application for July 2010 |
| 9/03/10 | DSH | .90 | Continue drafting Nineteenth Interim Fee Application for July 2010 |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 9/03/10 | DSH | 2.60 | Begin drafting Sixth Quarterly Fee Hearing Pleading for May 1, 2010 through July 31, 2010 |
| 9/07/10 | DSH | .30 | Draft form invoice to Don Powers of Nortel Network in connection with Jackson Lewis' nineteenth interim fee application |
| 9/07/10 | DSH | .20 | Draft e-mail to Annie Cordo regarding filing our nineteenth interim fee application with the Delaware Bankruptcy Court |
| 9/07/10 | DSH | .20 | Draft letter to Don Powers of Nortel Network in connection with Jackson Lewis' nineteenth interim fee application |
| 9/07/10 | DSH | 2.40 | Continue drafting Sixth Quarterly Fee Hearing Pleading for May 1, 2010 through July 31, 2010 |
| 9/07/10 | DSH | 1.60 | Finalize Nineteenth Interim Fee Application for July 2010 |
| 9/07/10 | DSH | 1.20 | Finalize Exhibit A to Nineteenth Interim Fee Application for July 2010 to be filed with the Delaware Bankruptcy court |
| 9/08/10 | DSH | .20 | Receive and respond to e-mail from Annie Cordo regarding the filing of Jackson Lewis' sixth quarterly fee application with the Delaware Bankruptcy Court |
| 9/08/10 | DSH | 1.70 | Finalize Sixth Quarterly Fee Hearing Pleading for May 1, 2010 through July 31, 2010 for filing with the Delaware Bankruptcy Court |
| 9/08/10 | DSH | .20 | Draft e-mail to Annie Cordo regarding filing our sixth quarterly fee application with the Delaware Bankruptcy Court |
| 9/08/10 | DSH | .20 | Pull bankruptcy docket from Pacer for docketing information and numbers needed for Sixth Quarterly Fee Application |
| 9/09/10 | RET | .50 | Receive and review fifty Second Report of the Monitor |
| 9/20/10 | RET | .50 | Receive and analyze Fifty Third Report of the Monitor |
| 9/20/10 | DSH | 1.10 | Begin drafting twentieth interim fee application for time and expenses for the month of August 2010 |
| 9/21/10 | DSH | .50 | Draft Exhibit B to twentieth interim fee application for time and expenses for the month of August 2010 |
| 9/21/10 | DSH | 1.20 | Begin drafting Exhibit A to twentieth interim fee application for time and expenses for the month of August 2010 |
| 9/23/10 | DSH | .20 | Review e-mail from Annie Cordo of Morris, Nichols Arsht & Tunnel in connection with changes made to hearing date time and instructions for Nortel's Sixth Quarterly Fee Hearing scheduled |

5

| Date | Init. | Hours | Description |
|---|---|---|---|
| | | | for September 30, 2010 at the US Bankruptcy Court in Delaware |
| 9/24/10 | RET | .30 | Communications with Annie Cordo regarding sixth quarterly fee hearing and communications with Donna Hebert regarding same |
| 9/27/10 | RET | .30 | Communications with Donna Hebert regarding upcoming sixth quarterly fee hearing |
| 9/27/10 | DSH | .30 | Review Sixth Omnibus Fee Order for errors at the request of Annie Cordo of Morris, Nichols, Arsht & Tunnel in preparation for the Sixth Quarterly Fee Hearing to be held on September 30, 2010 |
| 9/27/10 | DSH | .20 | Draft e-mail correspondence to Annie Cordo of Morris, Nichols, Arsht & Tunnel in connection with the Sixth Omnibus Fee Order |
| 9/27/10 | DSH | .30 | Draft calendar entry with new updated information in connection with the Sixth Quarterly Fee Hearing and prepare items needed for Rene' Thorne to attend hearing |
| 9/27/10 | DSH | .20 | Telephone conference with Crystal Castillo of Court Call regarding Rene' Thorne's appearance at the Sixth Quarterly Fee Hearing as required by the US Bankruptcy Court of Delaware |
| 9/27/10 | DSH | .20 | Communication with the US Bankruptcy Court to confirm that a Certificate of No Objection had been filed for our Seventeenth Interim Fee Application for time and fees for May 2010 |
| 9/29/10 | DSH | .20 | Review e-mail received from Annie Cordo from Morris, Nichols, Arsht & Tunnel regarding Judge Gross's order that he has no comments in connection with the Sixth Quarterly Fee Hearing and that appearance by attorneys will not be necessary |
| 9/29/10 | DSH | .20 | Telephone conference with Crystal Castillo of Court Call cancelling Rene' Thorne's appearance at the Sixth Quarterly Fee Hearing as required by the US Bankruptcy Court of Delaware |
| 9/30/10 | DSH | 1.30 | Finalize twentieth interim fee application for time and expenses for the month of August 2010 |
| 9/30/10 | DSH | .30 | Draft Exhibit B to twentieth interim fee application for time and expenses for the month of August 2010 |
| 9/30/10 | DSH | 1.10 | Finalize Exhibit A to twentieth interim fee application for time and expenses for the month of August 2010 |

**SUB TOTAL   4,582.50**

**TOTAL SERVICES       $ 4,582.50**

6

**TOTAL HOURS: 25.90**

**FEE GRAND TOTAL:** $ 4,582.50

4838-2836-5831, v. 1