# SCHEDULE B
## TWENTY-FIRST INTERIM FEE APPLICATION

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2010 Through September 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Postage | In-house | 2.27 | |
| Photocopying | In-house | 2.20 | |
| Photocopying | In-house | 1.40 | |
| | | | |
| Total Expenses | | | |
| **Grand Total:** | | | **5.87** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

---

### TOTAL EXPENSES DUE: $5.87

- 1 -

# Expenses Back-Up

**NORTEL/CHUBB**

DISBURSEMENTS

TOTAL DISBURSEMENTS:        $0.00

**NORTEL'S 50% TOTAL:**       **$0.00**

**NORTEL (non-insurance)**

DISBURSEMENTS

    Postage:         2.27
    Photocopying     3.60

TOTAL DISBURSEMENTS:        $5.87

**TOTAL EXPENSES DUE:**       **$5.87**

4838-2843-1367, v. 1