**<u>Exhibit A</u>**

**Gray Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*               :      Chapter 11

Nortel Networks Inc., *et al.*,[1]    :      Case No. 09-10138 (KG)

            Debtors.    :      Jointly Administered

                             :

                             :

---------------------------------------------------------X

### DECLARATION OF WILLIAM F. GRAY, JR. IN SUPPORT OF APPLICATION PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY TORYS LLP AS SPECIAL CANADIAN COUNSEL *NUNC PRO TUNC* TO OCTOBER 28, 2010

I, William F. Gray, Jr., hereby declare under penalty of perjury:

       1.      I am a member of the law firm of Torys LLP ("Torys" or the "Firm"), with offices at 79 Wellington Street West, Toronto, Ontario, Canada and 237 Park Avenue, New York, New York. I am a member in good standing of the Bar of the State of New York, and I am admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York. There are no disciplinary proceedings pending against me.

       2.      I submit this declaration (the "Declaration") in connection with the application (the "Application") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases (the "Cases") to retain and employ Torys as Special Canadian Counsel to the Debtors.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3.    Torys has represented NNI and its affiliates prior to the Petition Date. In particular, in 2007, Torys acted as Canadian counsel to NNC, NNL and NNI in connection with the offering and sale by NNC of US$575,000,000 aggregate principal amount of its 1.750% Convertible Senior Notes due 2012 and US$575,000,000 aggregate principal amount of its 2.125% Convertible Senior Notes due 2014, which Senior Notes were guaranteed by NNL and NNI. The transaction closed on March 28, 2007.

4.    Later in 2007, Torys acted as Canadian counsel to NNC, NNL and NNI in connection with the exchange offer of SEC registered notes for notes previously issued in a private placement/offering pursuant to Rule 144A under the Securities Act of 1933, as amended, with respect to US$450,000,000 in aggregate principal amount of 10.75% Senior Notes due 2016, US$550,000,000 in aggregate principal amount of 10.125% Senior Notes due 2013, and US$1,000,000,000 in aggregate principal amount of Floating Rate Senior Notes due 2011, which Senior Notes were issued by NNL and guaranteed by NNC and NNI. The exchange offer closed on January 31, 2008.

5.    At the Debtors' request, Torys proposes to provide, at the direction of the Debtors or their lead counsel, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), advice, assistance and representation with respect to matters of Canadian law or process including, without limitation, to perform the following legal services:

(a)    advise the Debtors with respect to their rights, duties and powers in connection with the Canadian Proceedings;

(b)    assist and advise the Debtors in the Canadian Proceedings in relation to matters of Canadian law;

(c)    represent the Debtors at all hearings in the Canadian Proceedings as counsel of record;

(d)    review and analyze motions, applications, orders, reports, statements of operations and schedules filed with the Canadian Court, including without

2

limitation all documents filed by the Canadian Debtors and reports filed by the Monitor, and advise the Debtors as to their propriety, and to the extent deemed appropriate by the Debtors, support, join or object thereto;

(e)     advise and assist the Debtors with respect to any Canadian legislative, regulatory or governmental activities;

(f)     assist the Debtors in preparing pleadings including, without limitation, motions, affidavits, facta, records, memoranda, complaints, adversary complaints, objections or comments as may be necessary in furtherance of the Debtors' interests in the Canadian Proceedings; and

(g)     perform such other legal services as may be required or are otherwise deemed to be in the interests of the Debtors in accordance with the Debtors' powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

6.     Except as disclosed herein, to the best of my knowledge, Torys, as well as its partners and associates, (i) does not have any connection with the Debtors or with their creditors or other parties in interest, and (ii) does not hold or represent an interest adverse to the interest of the Debtors with respect to the matters on which Torys is to be retained and employed.

7.     I conducted, or caused to be conducted, a search of Torys' records regarding active and inactive client files maintained for that purpose for potential adverse parties. The search demonstrated that Torys is not engaged in any matter that, if the conflict of interest were not waived, would disqualify it from providing legal services to the Debtors, except as follows. Torys is currently representing, as to matters of Canadian law, one client that has confidentially expressed interest in a possible acquisition of certain intellectual property assets of the Debtors and their affiliates that are proposed to be monetized by the Debtors and their affiliates (the "Proposed IP Monetization"). That client is represented as to matters of U.S. law relating to the Proposed IP Monetization by a separate New York based law firm. That client and the Debtors have respectively agreed to waive conflicts subject to the establishment of an ethical wall and subject to the following sentence. In the event a conflict arises in these chapter 11 cases or the

3

CCAA Proceedings relating to the Proposed IP Monetization where continued representation by Torys of that client would be adverse to the interest of the Debtors and their affiliates, that client has agreed to an advance waiver whereby the client acknowledges that Torys will not represent that client and waives any conflict that may prevent Torys from representing the Debtors in any proceedings relating to the Proposed IP Monetization or otherwise.

8.      I have reviewed, or caused to be reviewed, the records of Torys to determine the existence of any interest adverse to the Debtors or which would otherwise create a conflict of interest in connection with Torys' engagement in this matter.  Based upon such review, and except as further noted in this Declaration, it is my belief that Torys does not have an interest adverse to the interest of the Debtors with respect to the matters on which Torys is to be retained and employed, nor does it have any relationship, direct or indirect, with the Debtors or any other party holding a claim against or an interest in the Debtors.

9.      Due to the size and diversity of Torys' practice, Torys may have advised, represented, provided services for or otherwise dealt with or may now be advising, representing, providing services for or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases.  However, while Torys may continue to provide advice, representation and services to the Debtors' subsidiaries and debtor affiliates during these chapter 11 cases, Torys, except for the one matter set forth above, is not and will not advise, represent or provide services for any entity other than the Debtors in connection with these chapter 11 cases.

10.     Torys' Conflicts and Records Department was provided a list (the "Conflicts Check List") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 cases, (iii) key creditors of the Debtors, and (iv) certain other

4

parties in interest in these chapter 11 cases. The Conflicts Check List is attached hereto as **Exhibit I.** Torys' Conflicts and Records Department ran a computerized check of each of these persons or entities against Torys' client database (the "Client Database") to determine which persons or entities, if any, Torys currently represents ("Current Clients") that hold an interest adverse to the interest of the Debtors with respect to the matter Torys is to be retained and employed. To the extent that Torys discovers additional information that it determines should be disclosed, Torys will file a supplemental disclosure with the Court promptly.

11.     Torys represented various potential purchasers of and bidders for assets of the Debtors, but none were successful and the matters have since been closed. In addition, as referenced in paragraph 7 above, Torys currently represents one client that confidentially expressed interest in a possible acquisition of certain intellectual property assets of the Debtors.

12.     Torys represented Fairfax Financial Holdings Limited ("Fairfax") and its subsidiary, Odyssey America Reinsurance Corporation ("Odyssey"), when Odyssey was appointed to the Official Committee of Unsecured Creditor (the "Committee") on Thursday, January 22, 2009. Odyssey resigned from the Committee shortly thereafter and the Trustee noted the resignation in the Amended Notice of Appointment of Committee of Unsecured Creditors filed on Monday, January 26, 2009 [D.I. 142]. Following Odyssey's resignation from the Committee, Torys did not further represent either Fairfax or Odyssey with respect to either these chapter 11 cases or the Canadian Proceedings.

13.     Torys is neither a creditor of the Debtors, an interestholder of the Debtors, nor an insider of the Debtors.

14.     Subject to Court approval in accordance with sections 330 and 331 of the Bankruptcy Code, as supplemented by the Bankruptcy Rules, the Local Rules and the Orders of

this Court, Torys intends to charge the Debtors' estates for the services it will provide on an hourly basis, plus reimbursement of actual, necessary and reasonable expenses incurred by Torys on the Debtors' behalf.

15.     Torys understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Orders of this Court.

16.     Torys' hourly rates and billing policies are based on market conditions among certain firms of a size, location and practice comparable to Torys' size, location and practice. These rates are set at a level designed to fairly compensate Torys for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Torys adjusts the hourly rates for its attorneys from time to time, usually at the beginning of each calendar year. Torys' hourly rates for Torys' Toronto office currently range as follows:

| Billing Category | Range (in Canadian dollars, or "Cdn$") |
|---|---|
| Partners: | $475 - $995 |
| Associates: | $345 - $700 |
| Law Clerks (paralegals): | $315 - $450 |

17.     Tony DeMarinis, a partner in Torys' Toronto office, will have primary responsibility for providing services to the Debtors and supervising such other professionals and paraprofessionals in the Toronto office that may provide services to the Debtors.  Tony DeMarinis' current hourly rate is Cdn$975.  Other Torys professionals and paraprofessionals will also provide services to the Debtors from time to time.  Should Torys' New York office provide any services to the Debtors, I will have primary responsibility for such services and supervising such other professionals and paraprofessionals in the New York office that may

provide services to the Debtors.  My current hourly rate is US$825.  Torys' hourly rates for the New York office currently range as follows:

| Billing Category | Range (in U.S. dollars) |
| --- | --- |
| Partners: | $625 - $950 |
| Associates: | $375 - $600 |
| Paralegals: | $200 - $290 |

18.    It is Torys' policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, computerized research and transcription costs.  Torys will charge the estate for these expenses in a manner and at rates consistent with charges made generally to Torys' other clients. Torys believes that it is more equitable to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

19.    Torys will comply with all of the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Orders of this Court with respect to fee and expense applications of professionals employed by bankruptcy estates.

20.    No promises have been received by Torys or by any member or professional thereof as to compensation in connection with its representation of the Debtors in the Canadian Proceedings other than as set forth in the Application.

21.    Torys has no agreement with any entity to share any compensation received by Torys.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 8, 2010
New York, New York

William F. Gray, Jr.

*[Signature Page for Declaration of William F. Gray, Jr. in Support of Application Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Torys LLP as Special Canadian Counsel Nunc Pro Tunc to October 28, 2010]*

8

**EXHIBIT I: Conflict Check List Entities**

## EXHIBIT I: Conflict Check List Entities

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

1

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

2

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

<u>Current Directors and Officers of NNI</u>

Lynn Egan
Donald Powers
Christopher Ricaurte
Allen Keith Stout
Jeffrey Wood

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain

5

Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca

Current Directors and Officers of NNCC

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell

6

Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

<u>Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)</u>

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

<u>Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
Mark J. Hamilton

7

Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

8

Karen E. Sledge

<u>Current Directors and Officers of Qtera Corporation</u>

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

<u>Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Officers and Directors of CoreTek, Inc.</u>

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

<u>Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

<u>Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.</u>

Lynn Cecelia Egan

9

Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout

10

Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

Lynn Cecelia Egan
Christopher Simon Ricaurte
Allen Keith Stout
Jeffrey Thomas Wood

11

Former Directors and Officers of Northern Telecom International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Lynn C. Egan
Raj Krishnan
Christopher Ricaurte
Allen K. Stout
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Emre Erkol

12

J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh

13

Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Lynn Egan
Christopher Ricaurte
Allen K. Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior
to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales

14

Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft

15

Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson

16

Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs

***Debtors' Lenders***

Export Development Canada

***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

***Debtors' Significant Customers***

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom

17

US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH

18

One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

*Debtors' Insurers*

 ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company

19

Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc

NEWYORK:2014217.21

Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company

---

[1]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

22

### Debtors' Professionals

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP

### Unsecured Creditors Committee's Professionals

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

### Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM

23

Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016

The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011

The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014

The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012

The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013

Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026

Flextronics

Flextronics America LLC

Flextronics International Europe BV

SEAL Consulting

Computer Science Corporation

Jabil Circuit Inc (GDL)

Beeline

Infosys Technologies Ltd.

JDS Uniphase Corporation

Tata Consultancy Services

Communications Test Design Inc.

Glow Networks

Anixter

Flextronics International

ITC Networks

Johnson Controls Inc.

Emerson Network Power Embedded

Wistron InfoComm Technology Corp.

Wipro Technologies

Flextronics Logistics USA Inc.

Wipro Systems Ltd.

Telrad Networks Ltd.

Advanced Information Management

Airspan Communications Ltd.

McCann Erickson San Francisco

TEKsystems Inc.

Covergence Inc.

GFI Inc.

Flextronics Sales & Marketing North

Coams Inc.

24

IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

25

*Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury

26

Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.

27

Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN

28

Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Mediator***
Layn R. Phillips
Irell & Manella LLP

***Principal Officer***
John Ray

29