# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc. & Nortel Networks Corp.   COURTROOM LOCATION: 3
CASE NO.: 09-10138/09-10164 - KG   DATE: 11/8/10
10-53065 - 10-53066

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jessica Lubarsky | Allen Overy | E+Y, Monitor |
| Mona Parikh | Buchanan Ingersoll + Rooney PC | " |
| Thomas Matz | Millbank Tweed Hadley + McCloy | Bondholder Group |
| Annie Cordo | morris nichols arsht tunnel | Debtors |
| Derek Arbott | " | " |
| Sara Kim | " | " |
| Salvatore Bianca | Cleary Gottlieb Steen & Hamilton | " |
| Anthony Noel | Skadden Arps et al | Communications test workers |
| Mitchell Green | " | " |
| Yosef Ebsilvini | " | " |
| Jeremy Ryan | Potter Anderson | Coke |
| Steve McNeill | " | " |
| Jennifer Hoover | Benesch | Debtors |
| David Herrington | Cleary | Debtors |
| David Livshiz | | |
| Emily Bussigel | | |
| Katherine Wilson-Milne | | |

# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc. & Nortel Networks Corp.  COURTROOM LOCATION: 3
CASE NO.: 09-10138/09-10164 - KG  DATE: 11/8/10
10-53065 / 10-53066

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JAIME LUTON | UST | Joint Administrators Nortel UK |
| Chris Samis | Nickels Lynch & Fogg uc | Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
### Courtroom

Calendar Date: 11/08/2010
Calendar Time: 12:30 PM ET

*Amended Calendar 11/08/2010 07:26 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3847260 | David Botter | 212-872-1055 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3847251 | Brad Kahn | (212) 872-8121 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3843661 | Thomas Kreller | (213) 892-4463 | Milbank, Tweed, Hadley & McCloy, | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al | 09-10138 | Hearing | 3847251 | Sarah Schultz | (214) 969-4367 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |