# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | Nortel Networks Inc., et al. |
| Case Number: | 09-10138-KG    Chapter: 11 |
| Date / Time / Room: | MONDAY, NOVEMBER 08, 2010 12:30 PM   CRT#3, 6TH FL. |
| Bankruptcy Judge: | KEVIN GROSS |
| Courtroom Clerk: | SHERRY SCARUZZI |
| Reporter / ECR: | GINGER MACE |

## Matters:

1) OMNIBUS HEARING
   R / M #:   4,252 / 0

2) ADM: 09-10164-KG
   Pretrial Conference Adv. 10-53066 & 10-53065
   R / M #:   361 / 0
   VACATED:  Entered in Error

3) ADV: 1-10-53066
   **Nortel Networks Limited vs Communications Test Design, Inc.**
   Pretrial Conference
   R / M #:   20 / 0
   VACATED:  Duplicate

4) ADV: 1-10-53065
   **Nortel Networks, Inc. vs Communications Test Design, Inc.**
   Pretrial Conference
   R / M #:   17 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #4 - These matters are either Continued/Resolved/Withdrawn
#5 - CNO Filed and Order Signed
#6 - Adjourned to 11/23/10 @ 10:00 am
#7 - Letter Briefs to be filed in one week; Judge will issue an order
#8 - ORDER SIGNED
#9 - Adv. 10-53065 - Certification of Counsel - Dates Set: 12/6 @ 1:00 - 3:00 pm, Motion to Dismiss;  PTC 9/21/11 @ 10:00 am;  Trial  starts @ 9:30 am each day - 10/3/11 - 10/6/11 (untill noon on 10/6) ;  10/11/11 - 10/14/11 - ORDER SIGNED
#10 - Canadian Debtors agreed to modifications of the orders approving the Motion Record that address the Debtors' concerns. No continued need for a joint hearing on the Motion Record.