**Exhibit A**

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**Nortel Networks Inc.** | Case Number:<br>09-10138 (KG) | THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**The Affiliates of Verizon Communications Inc.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notice should be sent:<br><br>**Darryl S. Laddin, Esq.**<br>**Arnall Golden Gregory LLP**<br>**171 17TH Street NW, Suite 2100**<br>**Atlanta, GA 30363-1031**<br>**404.873.8500 phone**<br>**404.873.8501 fax** | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Account or other number by which creditor identifies debtor:<br><br>(See attached Exhibit A) | Check here if this claim<br>☐ replaces<br>☐ amends    a previously filed claim, dated: |

1. **Basis for Claim**
   - ☐ Goods sold
   - ☒ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other: Various (See attached Exhibit A)

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Your SS #
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** Pre-January 14, 2009

3. **If court judgment, date obtained:**

4. **Total Amount of claim at Time Case Filed:** $11,207,760.90 (See Attachment with respect to upward adjustment and other matters)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff). (See Attachment.)

   Brief Description of Collateral:
   ☐ Real Estate     ☐ Motor Vehicle
   ☒ Other: Rights of setoff

   Value of collateral: (See Attachment)

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650), *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(___).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been of claim.
8. **Supporting Documents:** Attach copies of supporting docu itemized statements of running accounts, contracts, court ju perfection of lien. DO NOT SEND ORIGINAL DOCUME documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of th envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)        0000005521

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 3 0 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date<br><br>September 29, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power or attorney, if any):<br><br>*William G. Cummings (by DSL w.e.p.)*<br>William G. Cummings, Director of Special Assets, with express permission by Darryl S. Laddin | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 of imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.

2673184v3

NORTEL NETWORKS INC., *ET AL.*
CHAPTER 11 CASE NO. 09-10138 (KG)
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ATTACHMENT TO PROOF OF CLAIM

This Proof of Claim filed by the affiliates of Verizon Communications Inc. (such affiliates, collectively, "Verizon") is subject to the following:

1) Verizon reserves the right to amend or otherwise adjust its claims set forth in this Proof of Claim, including without limitation based on the identification of additional accounts, additional account activity, additional amounts owed, and/or to add damages resulting from the rejection of executory contracts.

2) Attached as Exhibit A to this Attachment is a spreadsheet identifying liquidated amounts owed by Nortel Networks Inc. to Verizon totaling $11,207,760.90.

3) This Proof of Claim shall not be deemed a consent by Verizon to having any matters relating to any disputed claims heard by the Bankruptcy Court, including, without limitation, any dispute presently before administrative, regulatory or arbitral forums, any dispute that is subject to an agreement requiring it to be heard before administrative, regulatory or arbitral forums, or any dispute requiring consideration of laws or regulations other than the Bankruptcy Code; nor shall Verizon's submission of this Proof of Claim waive any right of Verizon to have final orders in non-core matters entered only after de novo review by a district judge, or to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs or recoupments (whether contingent, unliquidated or otherwise) to which Verizon is or may be entitled under any agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments (whether contingent, unliquidated or otherwise) are expressly reserved.

4) The pre-petition sums owed to Verizon and set forth in this Proof of Claim are subject to rights of setoff, as against sums owed by Verizon to Nortel Networks Inc. as of the Petition Date, that Verizon has expressly and repeatedly reserved from the inception of this Chapter 11 case, and that are further reserved, *inter alia*, by the Court's February 5, 2009 Order Clarifying Relief Granted Pursuant To Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors To Honor Pre-Petition Obligations To Their Customers. (*See* Docket No. 237 at ¶ 5.)

5) The pre-petition sums owed to Verizon affiliate Verizon Select Services Inc. ("VSSI"), as reflected in Exhibit A attached hereto, include the sum of $10,691,085.93 that relates to a Nortel switch that VSSI purchased under the Global Business Partner Agreement ("GBPA") between Verizon and Nortel. The switch and related services were incorporated into a project that VSSI performed for one of its customers (the "Customer"). The Nortel switch failed to function properly from the outset, and Nortel has failed to address or remedy the problem despite repeated requests to do so. As a result, and in order to fix the problems caused by the defective Nortel switch, the Customer demanded that VSSI provide it with a combination of credits and equipment upgrades (at no additional cost to the Customer) and, absent a resolution, may demand the return of payments made under its contract with VSSI. VSSI thus has a corresponding pre-petition claim against Nortel under the warranty and/or indemnification provisions of the GBPA.

2673184v3

6) In addition to the quantifiable and liquidated pre-petition sums owed to Verizon as reflected in Exhibit A attached hereto, Voxpath Networks, Inc. commenced litigation against several Verizon entities on April 11, 2008 in the Eastern District of Texas, Sherman Division, alleging that Verizon and its affiliates infringe U.S. Patent 7,068,646 B2 by the provision of IP telephony that offers PBX functionality over the Internet (the "Voxpath Litigation"). The case is currently pending and is scheduled for trial in February 2010. Verizon has procured certain products and services from Nortel, including, but not limited to, PBX devices and CS2K softswitches, that may be implicated in the Voxpath Litigation. These products and services were purchased by Verizon or its customers from Nortel under executory contracts that provide for defense and indemnity for any claims of infringement relating to such Nortel products and services. Shortly after commencement of the Voxpath Litigation, Verizon provided notice thereof to Nortel and required Nortel to comply with its defense and indemnity obligations under the applicable Nortel executory contracts. Nortel has not undertaken the defense of the Voxpath Litigation, however, and therefore Verizon is vigorously defending the Voxpath Litigation and will seek to recover from Nortel (i) costs and expenses associated with the defense of the Voxpath Litigation that relate to the Nortel products and services, and (ii) any awards, judgments and/or settlements of the Voxpath Litigation that relate to the Nortel products and services. At present, the amount of recovery being sought by Verizon from Nortel is not quantifiable, as the Voxpath Litigation is still pending, the parties are awaiting the Court's Markman Ruling (the ruling that construes the terms in the claims of the patent at issue), and Voxpath's expert report on damages, which will set forth the amount of damages being sought by Voxpath, is not due until after the Court issues the Markman Ruling.

7) Also in addition to the quantifiable and liquidated pre-petition sums owed to Verizon as reflected in Exhibit A attached hereto, as well as the Customer-related obligations and the Voxpath Litigation described in paragraphs (5) and (6) above, Nortel owes various warranty and indemnification obligations to Verizon under executory contracts that, as of the filing of this Proof of Claim, have neither been assumed or rejected by Nortel pursuant to 11 U.S.C. § 365. To the extent that any such executory contract is not assumed, or assumed and assigned, in its entirety, and without limitation or condition, during the course of this Chapter 11 case, Verizon hereby asserts and includes in this Proof of Claim any actual and unsatisfied, or contingent and unliquidated, warranty and indemnification obligations that Nortel may owe to Verizon pursuant to such contracts. In addition, Verizon expressly reserves its right to include any unsatisfied, contingent and/or unliquidated warranty and indemnification obligations in any additional pre-petition claims (*i.e.*, so-called "rejection damage claims") that Verizon may assert, in accordance with the procedures set forth in the Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof (Docket No. 1280 at ¶ 7) and the Notice of Deadline Requiring Filing of Proofs of Claim On Or Before September 30, 2009 (Docket No. 1281 at ¶ 5), as and when Nortel rejects any executory contracts with Verizon pursuant to 11 U.S.C. § 365.

8) The documents supporting this Proof of Claim are voluminous. To request additional documents, please contact Darryl S. Laddin, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363-1031.

2673184v3

# EXHIBIT A

## TO ATTACHMENT TO PROOF OF CLAIM

| Verizon Account Number | Pre-Petition Balance | Verizon Affiliate Owed | Verizon Entity Sub-Totals |
|---|---|---|---|
| 00018932405 | (6.60) | MCI Communications Services, Inc. | |
| 08693119874 | 68.92 | MCI Communications Services, Inc. | |
| 08693164126 | 189.59 | MCI Communications Services, Inc. | |
| 2DE63893 | 292.79 | MCI Communications Services, Inc. | |
| 3gr31439 | 215.43 | MCI Communications Services, Inc. | |
| 5t704595 | (0.47) | MCI Communications Services, Inc. | |
| 5y481003 | (1.26) | MCI Communications Services, Inc. | |
| X259150221836 | 1,751.17 | MCI Communications Services, Inc. | |
| X259150225567 | 368.25 | MCI Communications Services, Inc. | |
| X259150225572 | 169.81 | MCI Communications Services, Inc. | |
| X259150225653 | 400.20 | MCI Communications Services, Inc. | |
| X259150225663 | 208.23 | MCI Communications Services, Inc. | |
| X259150225769 | 221.01 | MCI Communications Services, Inc. | |
| X259150226210 | 168.12 | MCI Communications Services, Inc. | |
| X266000055987 | 191.86 | MCI Communications Services, Inc. | |
| X266000056195 | 365.25 | MCI Communications Services, Inc. | |
| X340000118201 | 954.11 | MCI Communications Services, Inc. | |
| Y0099267 | 8,415.48 | MCI Communications Services, Inc. | |
| Y0099689 | 70,474.72 | MCI Communications Services, Inc. | |
| Y1441138 | 1.34 | MCI Communications Services, Inc. | |
| Y1699219 | 2.77 | MCI Communications Services, Inc. | |
| Y2184501 | 533.86 | MCI Communications Services, Inc. | |
| Y2184502 | 115.64 | MCI Communications Services, Inc. | |
| Y2274894 | 7,027.11 | MCI Communications Services, Inc. | |
| Y2274896 | 1,567.86 | MCI Communications Services, Inc. | |
| Y2274897 | 1,436.96 | MCI Communications Services, Inc. | |
| Y2274898 | 765.80 | MCI Communications Services, Inc. | |
| Y2274900 | 1,691.20 | MCI Communications Services, Inc. | |
| Y2274904 | 1,041.88 | MCI Communications Services, Inc. | |
| Y2333861 | 27,157.30 | MCI Communications Services, Inc. | |
| Y2333867 | 761.18 | MCI Communications Services, Inc. | |
| Y2346440 | 2,374.00 | MCI Communications Services, Inc. | |
| Y2382658 | 157.28 | MCI Communications Services, Inc. | |
| Y2382659 | 162.18 | MCI Communications Services, Inc. | |
| Y2382662 | 2,753.74 | MCI Communications Services, Inc. | |
| Y2382666 | 192.56 | MCI Communications Services, Inc. | |
| Y2382667 | 35.06 | MCI Communications Services, Inc. | |
| Y2382668 | 351.97 | MCI Communications Services, Inc. | |
| Y2382670 | 90.65 | MCI Communications Services, Inc. | |
| Y2382671 | 107.77 | MCI Communications Services, Inc. | |
| Y2382672 | 2.64 | MCI Communications Services, Inc. | |
| Y2382673 | 315.20 | MCI Communications Services, Inc. | |
| Y2382674 | 15,952.71 | MCI Communications Services, Inc. | |
| Y2382676 | 2.39 | MCI Communications Services, Inc. | |

2673184v3

| | | | |
|---|---:|---|---:|
| Y2382677 | 5,124.98 | MCI Communications Services, Inc. | |
| Y2419311 | 526.98 | MCI Communications Services, Inc. | |
| Y2444310 | 789.74 | MCI Communications Services, Inc. | |
| Y2449874 | 14,619.77 | MCI Communications Services, Inc. | |
| Y2449875 | 22,086.97 | MCI Communications Services, Inc. | |
| Y2454438 | 8,689.24 | MCI Communications Services, Inc. | |
| Y2463027 | 1,110.06 | MCI Communications Services, Inc. | |
| Y2465442 | 4,098.97 | MCI Communications Services, Inc. | |
| Y2472333 | 0.05 | MCI Communications Services, Inc. | |
| Y2496377 | 82.88 | MCI Communications Services, Inc. | 206,177.30 |
| 86337152 | 197,845.92 | MCI International Inc. | |
| 86334312 | 3,007.94 | MCI International Inc. | 200,853.86 |
| 3101751659 | 35.66 | Verizon California Inc. | |
| 5627996312 | 34.81 | Verizon California Inc. | |
| 7602028140 | 7.94 | Verizon California Inc. | |
| 8054961853 | 6.18 | Verizon California Inc. | |
| 9516775797 | 143.04 | Verizon California Inc. | 227.63 |
| 3026551372 | (19.99) | Verizon Delaware Inc. | (19.99) |
| 7274667835 | 50.12 | Verizon Florida LLC | |
| 7275475296 | 52.18 | Verizon Florida LLC | |
| 7275623747 | 243.22 | Verizon Florida LLC | |
| 7275623750 | 243.22 | Verizon Florida LLC | |
| 7275623756 | 243.22 | Verizon Florida LLC | |
| 8133070266 | (89.52) | Verizon Florida LLC | |
| 8137408620 | 1.16 | Verizon Florida LLC | 743.60 |
| 4106415827 | 104.52 | Verizon Maryland Inc. | 104.52 |
| 4015083162 | 7.08 | Verizon New England Inc. | |
| 4018235834 | (0.60) | Verizon New England Inc. | |
| 5083666028 | 2.62 | Verizon New England Inc. | |
| 5087860914 | (54.17) | Verizon New England Inc. | |
| 9782501291 | (96.23) | Verizon New England Inc. | |
| 9782647000 | 4.24 | Verizon New England Inc. | |
| 9784585595 | 214.25 | Verizon New England Inc. | |
| 9786636165 | (2,049.85) | Verizon New England Inc. | |
| 9786700170 | 655.37 | Verizon New England Inc. | |
| 000157103000002 | 325.40 | Verizon New England Inc. | |
| 000157103000008 | 324.51 | Verizon New England Inc. | (667.38) |
| 2016565134 | (2.76) | Verizon New Jersey Inc. | |
| 7322032280 | (143.55) | Verizon New Jersey Inc. | |
| 7322051582 | (19.34) | Verizon New Jersey Inc. | |
| 7322270726 | (2.93) | Verizon New Jersey Inc. | |
| 7323460179 | 32.07 | Verizon New Jersey Inc. | |
| 7325575957 | (58.00) | Verizon New Jersey Inc. | |

2673184v3

| | | | |
|---|---|---|---|
| 7327395297 | 58.60 | Verizon New Jersey Inc. | |
| 8566295316 | (31.05) | Verizon New Jersey Inc. | |
| 8569855900 | (283.21) | Verizon New Jersey Inc. | |
| 9736824377 | 3,386.84 | Verizon New Jersey Inc. | |
| 609z646339 | (7.65) | Verizon New Jersey Inc. | |
| 609z647432 | (6.19) | Verizon New Jersey Inc. | 2,922.83 |
| 2120671401 | 48.08 | Verizon New York Inc. | |
| 2122803403 | 419.10 | Verizon New York Inc. | |
| 2122971735 | 1,338.94 | Verizon New York Inc. | |
| 2126732497 | 565.10 | Verizon New York Inc. | |
| 2127361867 | 25.93 | Verizon New York Inc. | |
| 3156353718 | 50.02 | Verizon New York Inc. | |
| 5165413718 | 32.18 | Verizon New York Inc. | |
| 5184640727 | 38.35 | Verizon New York Inc. | |
| 6312852000 | 2,748.14 | Verizon New York Inc. | |
| 6315851356 | 97.49 | Verizon New York Inc. | |
| 6316420010 | 29.60 | Verizon New York Inc. | |
| 6318934287 | 134.10 | Verizon New York Inc. | |
| 7163538500 | 578.87 | Verizon New York Inc. | |
| 7166911900 | 1,013.02 | Verizon New York Inc. | |
| 7168827111 | 154.95 | Verizon New York Inc. | |
| 7183249010 | 759.71 | Verizon New York Inc. | |
| 7185224861 | 105.07 | Verizon New York Inc. | |
| 9147732400 | 1,437.79 | Verizon New York Inc. | 9,576.44 |
| 4406479050 | 64.85 | Verizon North Inc. | |
| 6188429113 | 336.64 | Verizon North Inc. | |
| 8476388401001 | 241.51 | Verizon North Inc. | |
| 8478464858002 | 326.21 | Verizon North Inc. | 969.21 |
| 3603128883 | 1,067.06 | Verizon Northwest Inc. | 1,067.06 |
| 4127873108 | (13.81) | Verizon Pennsylvania Inc. | |
| 4128097300 | 2,120.25 | Verizon Pennsylvania Inc. | |
| 6103709216 | (33.40) | Verizon Pennsylvania Inc. | |
| 6105308372 | 199.00 | Verizon Pennsylvania Inc. | |
| 6108349610 | 30.55 | Verizon Pennsylvania Inc. | |
| 6109173341 | 301.60 | Verizon Pennsylvania Inc. | |
| 7175403817 | (24.80) | Verizon Pennsylvania Inc. | |
| 7177740930 | (26.77) | Verizon Pennsylvania Inc. | |
| 8140854311 | (7.17) | Verizon Pennsylvania Inc. | 2,545.45 |
| Indemnification obligation | 10,691,085.93 | Verizon Select Services Inc. | 10,691,085.93 |
| 9191970157 | 1,301.86 | Verizon South Inc. | |
| 9191970545 | 21,400.00 | Verizon South Inc. | |
| 9191970745 | 407.56 | Verizon South Inc. | |
| 9191970803 | 67.15 | Verizon South Inc. | |
| 9191974962 | 627.59 | Verizon South Inc. | |

2673184v3

| | | | |
|---|---|---|---|
| 9191976077 | 28,545.90 | Verizon South Inc. | |
| 9192481040 | (967.93) | Verizon South Inc. | |
| 9194740071 | 84.45 | Verizon South Inc. | |
| 9194748304 | 135.08 | Verizon South Inc. | |
| 9195441296 | 1,104.93 | Verizon South Inc. | |
| 9195446837 | 63.83 | Verizon South Inc. | |
| 9198062936 | 359.42 | Verizon South Inc. | |
| 9199917000 | 8,001.49 | Verizon South Inc. | |
| 9199922947 | 63.31 | Verizon South Inc. | |
| 9199924623 | (99.01) | Verizon South Inc. | |
| 9199926701 | 110.33 | Verizon South Inc. | |
| 919a400982 | 7.62 | Verizon South Inc. | |
| 919a401223 | 278.20 | Verizon South Inc. | |
| 919a401224 | 1,391.00 | Verizon South Inc. | |
| 919e401161 | (599.48) | Verizon South Inc. | |
| 919hc68008 | 2,407.50 | Verizon South Inc. | |
| 919so10664 | 19.63 | Verizon South Inc. | 64,710.43 |
| 7034300718 | 137.69 | Verizon Virginia Inc. | |
| 7037870775 | 317.57 | Verizon Virginia Inc. | |
| 7038580537 | 47.53 | Verizon Virginia Inc. | |
| 7039228802 | 444.16 | Verizon Virginia Inc. | |
| 7573825073 | 309.88 | Verizon Virginia Inc. | |
| 7574901805 | 284.29 | Verizon Virginia Inc. | |
| 8042302044 | 286.36 | Verizon Virginia Inc. | |
| 8044481867 | 23.73 | Verizon Virginia Inc. | |
| 8046498113 | 4.54 | Verizon Virginia Inc. | 1,855.75 |
| 000157103000002 | 325.00 | Cellco Partnership d/b/a Verizon Wireless | |
| 0001587103000008 | 325.00 | Cellco Partnership d/b/a Verizon Wireless | |
| 020148568000001 | 661.82 | Cellco Partnership d/b/a Verizon Wireless | |
| 020396410900001 | 63.05 | Cellco Partnership d/b/a Verizon Wireless | |
| 020396490900001 | 128.49 | Cellco Partnership d/b/a Verizon Wireless | |
| 020396542100001 | 571.16 | Cellco Partnership d/b/a Verizon Wireless | |
| 020399704500001 | 3,044.49 | Cellco Partnership d/b/a Verizon Wireless | |
| 020406751700001 | 440.41 | Cellco Partnership d/b/a Verizon Wireless | |
| 028076327800001 | 5.15 | Cellco Partnership d/b/a Verizon Wireless | |
| 028230726600001 | 584.51 | Cellco Partnership d/b/a Verizon Wireless | |
| 032060840500001 | 77.45 | Cellco Partnership d/b/a Verizon Wireless | |
| 037093751800001 | 18.87 | Cellco Partnership d/b/a Verizon Wireless | |
| 038189600300001 | 163.23 | Cellco Partnership d/b/a Verizon Wireless | |
| 039092014400001 | 696.26 | Cellco Partnership d/b/a Verizon Wireless | |
| 040148515400001 | 248.51 | Cellco Partnership d/b/a Verizon Wireless | |
| 040396479900001 | 257.20 | Cellco Partnership d/b/a Verizon Wireless | |
| 040396707100001 | 68.11 | Cellco Partnership d/b/a Verizon Wireless | |
| 040410551900001 | 2,787.57 | Cellco Partnership d/b/a Verizon Wireless | |
| 042106152700001 | 0.13 | Cellco Partnership d/b/a Verizon Wireless | |
| 042112895900001 | 24.99 | Cellco Partnership d/b/a Verizon Wireless | |
| 050393998400001 | 104.43 | Cellco Partnership d/b/a Verizon Wireless | |
| 058122473800001 | 166.55 | Cellco Partnership d/b/a Verizon Wireless | |
| 060396479300001 | 314.61 | Cellco Partnership d/b/a Verizon Wireless | |
| 060405025700001 | 283.79 | Cellco Partnership d/b/a Verizon Wireless | |

2673184v3

| | | | |
|---|---:|---|---:|
| 060731906100001 | 219.82 | Cellco Partnership d/b/a Verizon Wireless | |
| 060749045800001 | 2,068.30 | Cellco Partnership d/b/a Verizon Wireless | |
| 060853214500001 | 47.87 | Cellco Partnership d/b/a Verizon Wireless | |
| 060866564100001 | 200.60 | Cellco Partnership d/b/a Verizon Wireless | |
| 060867992900001 | 498.29 | Cellco Partnership d/b/a Verizon Wireless | |
| 062051181500001 | 450.15 | Cellco Partnership d/b/a Verizon Wireless | |
| 070396408200001 | 181.65 | Cellco Partnership d/b/a Verizon Wireless | |
| 070553851800001 | 4,630.87 | Cellco Partnership d/b/a Verizon Wireless | |
| 070833879400001 | 178.87 | Cellco Partnership d/b/a Verizon Wireless | |
| 070866153000001 | 793.83 | Cellco Partnership d/b/a Verizon Wireless | |
| 072062780900001 | 17.21 | Cellco Partnership d/b/a Verizon Wireless | |
| 077080898900001 | 9.89 | Cellco Partnership d/b/a Verizon Wireless | |
| 077083471800001 | 8.94 | Cellco Partnership d/b/a Verizon Wireless | |
| 078130168000001 | 130.51 | Cellco Partnership d/b/a Verizon Wireless | |
| 078132609900001 | 17.79 | Cellco Partnership d/b/a Verizon Wireless | |
| 078238929200001 | 858.70 | Cellco Partnership d/b/a Verizon Wireless | |
| 078522236100001 | 169.02 | Cellco Partnership d/b/a Verizon Wireless | |
| 088122057900001 | 324.83 | Cellco Partnership d/b/a Verizon Wireless | |
| 088129726700001 | 306.21 | Cellco Partnership d/b/a Verizon Wireless | |
| 088131649300001 | 271.78 | Cellco Partnership d/b/a Verizon Wireless | |
| 090396408400001 | 112.35 | Cellco Partnership d/b/a Verizon Wireless | |
| 090866564400001 | 742.83 | Cellco Partnership d/b/a Verizon Wireless | |
| 096546651200001 | 207.01 | Cellco Partnership d/b/a Verizon Wireless | |
| 097107900100001 | 0.04 | Cellco Partnership d/b/a Verizon Wireless | |
| 098131053300001 | 611.41 | Cellco Partnership d/b/a Verizon Wireless | |
| 8478464858002 | 326.00 | Cellco Partnership d/b/a Verizon Wireless | |
| OMN99275087 | 519.26 | Cellco Partnership d/b/a Verizon Wireless | |
| OMN99325745 | 343.45 | Cellco Partnership d/b/a Verizon Wireless | 25,608.26 |
| **Totals** | **11,207,760.90** | | **11,207,760.90** |

2673184v3



**Arnall
Golden
Gregory** LLP

WRITER'S DIRECT DIAL NUMBER
404-873-8744
WRITER'S DIRECT DIAL FACSIMILE
404-873-8745
WRITER'S EMAIL ADDRESS
frank.white@agg.com

September 29, 2009

**BY FEDERAL EXPRESS**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

    Re:    *In Re* Nortel Networks Inc., et al.; United States Bankruptcy Court for the District of Delaware; Chapter 11 Case No. 09-10138 (KG)

Dear Sir or Madam:

    Enclosed are the original and two copies of the Proof of Claim of the Affiliates of Verizon Communications Inc. to be filed in the case referenced above. Please file the original Proof of Claim and return one copy to me, file-stamped, in the enclosed stamped, self-addressed envelope.

    Thank you for your assistance.

Sincerely yours,

Frank N. White

FNW/sw
Enclosures

| | |
|---|---|
| From: Origin ID: QFEA (404) 870-5755<br>Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street, NW<br>Suite 2100<br>Atlanta, GA 30363  | Ship Date: 29SEP09<br>ActWgt: 1.0 LB<br>CAD: 1296207/INET9090<br>Account#: S ********<br>Delivery Address Bar Code |
| SHIP TO: (404) 870-5755    BILL SENDER<br>**Nortel Networks Claims Proc. Center**<br>**Epiq Bankruptcy Solutions, LLC**<br>**757 3RD AVE FRNT 3**<br>**NEW YORK, NY 10017** | Ref # 15242.1  RECEIVED<br>Invoice #<br>PO #<br>Dept #<br>SEP 30 2009 |
| | TRK# 0201  7979 7462 5009    WED - 30SEP    A1<br>STANDARD OVERNIGHT |
| | NQ OGSA    10017<br>NY-US<br>EWR |

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.