## Exhibit 1

## Telecom Charges

| Verizon Entity | Pre-Petition Accounts Receivable from Nortel per Verizon* | Pre-Petition Accounts Payable to Verizon per Nortel | Disputed Claim Amount | Pre-Petition Accounts Payable to Nortel per Verizon | Net Setoff/Credit per Verizon | Net Setoff/Credit per Nortel | Disputed Net Setoff/Credit Amount |
|---|---|---|---|---|---|---|---|
| MCI Communications Services, Inc. | $ 206,177.30 | $ 151,966.57 | $ 54,210.73 | $ 12,764,185.19 | $ 206,177.30 | $ 151,966.57 | $ 54,210.73 |
| MCI International Inc. | 200,853.86 | 200,853.86 | - | - | - | - | - |
| Verizon California Inc. | 227.63 | 34.81 | 192.82 | 587,570.20 | 227.63 | 34.81 | 192.82 |
| Verizon DC Inc. | - | - | - | 4,539,166.00 | - | - | - |
| Verizon Delaware Inc. | (19.99) | (19.99) | - | 39,838.00 | - | - | - |
| Verizon Florida LLC | 743.60 | (36.18) | 779.78 | 13,967.10 | 743.60 | - | 743.60 |
| Verizon Maryland Inc. | 104.52 | - | 104.52 | 874,848.21 | 104.52 | - | 104.52 |
| Verizon New England Inc. | (667.38) | (2,200.85) | 1,533.47 | 111,736.95 | - | - | - |
| Verizon New Jersey Inc. | 2,922.83 | 2,893.69 | 29.14 | 440,159.50 | 2,922.83 | 2,893.69 | 29.14 |
| Verizon New York Inc. | 9,576.44 | 5,524.87 | 4,051.57 | 1,341,223.30 | 9,576.44 | 5,524.87 | 4,051.57 |
| Verizon North Inc. | 969.21 | - | 969.21 | 184,115.50 | 969.21 | - | 969.21 |
| Verizon Northwest Inc. | 1,067.06 | - | 1,067.06 | 4,485,556.25 | 1,067.06 | - | 1,067.06 |
| Verizon Pennsylvania Inc. | 2,545.45 | 2,044.85 | 500.60 | 265,172.44 | 2,545.45 | 2,044.85 | 500.60 |
| Verizon Select Services Inc. | - | - | - | 5,984,514.10 | - | - | - |
| Verizon South Inc. | 64,710.43 | 31,340.86 | 33,369.57 | - | - | - | - |
| Verizon Virginia Inc. | 1,855.75 | - | 1,855.75 | 612,670.57 | 1,855.75 | - | 1,855.75 |
| Verizon Wireless Inc. | 25,608.26 | - | 25,608.26 | 1,691,920.02 | 25,608.26 | - | 25,608.26 |
| Verizon Southwest | - | - | - | 200,609.06 | - | - | - |
| Verizon Services Corp. | - | - | - | 14,408.85 | - | - | - |
| Federal Network Sys LLC | - | - | - | 434,977.72 | - | - | - |
| GTE Systems of the South | - | - | - | (30.00) | - | - | - |
| Verizon Network Integration Corp. | - | - | - | 42,203.75 | - | - | - |
| Verizon Wireless Inc. | - | - | - | 97,237,797.20 | - | - | - |
| TOTAL | $ 516,674.97 | $ 392,402.49 | $ 124,272.48 | $ 131,866,609.91 | $ 251,798.05 | $ 162,464.79 | $ 89,333.26 |

* All information listed as "per Verizon" is taken from Exhibit A to the Setoff Motion filed by "the affiliates of Verizon Communications Inc." [D.I. 3901].