IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                     Debtors. : Jointly Administered
:
---------------------------------------------------------------X

## NOTICE OF SERVICE [RE: D.I. 4259, 4260]

PLEASE TAKE NOTICE that on November 8, 2010, copies of the following were served in the manner indicated upon the entities identified below.

- **Nortel Networks Inc.'s Response In Opposition To The Motion Of The Affiliates Of Verizon Communications Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Prepetition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights to Be Effectuated and Satisfied by Nortel Networks Inc.** (D.I. 4259, Filed 11/8/10).

- **Declaration Of Richard Boris In Support Of Nortel Networks Inc.'s Response In Opposition To The Motion Of The Affiliates Of Verizon Communications Inc. For (A) Modification Of The Automatic Stay; (B) Determination Of Verizon's Prepetition Rights Of Setoff; And (C) An Order Requiring Verizon's Setoff Rights to Be Effectuated and Satisfied by Nortel Networks Inc** (D.I. 4260, Filed 11/8/10).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**VIA HAND DELIVERY**

Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
10th Floor
Wilmington DE 19801

**VIA FIRST CLASS MAIL**

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Dated: November 8, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and Debtors in Possession

3889100.1