IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :  Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :  Case No. 09-10138 (KG)
                                                            :
             Debtors.          :  Jointly Administered
                                                            :
                                                            :  Re: D.I. 4100 & 4210
------------------------------------------------------------X

### ORDER APPROVING STIPULATION BY AND AMONG DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE UNITED KINGDOM PENSION REGULATOR RELATING TO MEDIATION

Upon consideration of the *Stipulation, Agreement And Order Relating To Mediation* (the "Stipulation"), a copy of which is attached hereto as **Exhibit A**, as agreed among Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*, (the "Committee") and the United Kingdom Pensions Regulator ("TPR", and together with the Debtors and the Committee, the "Parties");

IT IS HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit A** is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 8, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE