*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 435085 | Abacus Solutions, LLC | N/A | 6100010029 | 1/7/2009 | 7,500.00 | Payment | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | N/A | 6100008874 | 11/4/2008 | 238,176.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $245,676.00 | | |
| Invoices | | | | | | | | |
| | 435085 | Abacus Solutions, LLC | 2013675 | 6100010029 | 10/16/2008 | 7,500.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2012521 | 6100008874 | 8/22/2008 | 2,065.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2012479 | 6100008874 | 8/21/2008 | 67,200.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2012377 | 6100008874 | 8/18/2008 | 6,516.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2012378 | 6100008874 | 8/18/2008 | 7,340.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2012200 | 6100008874 | 8/8/2008 | 455.00 | Invoice | Nortel Networks Inc. |
| | 435085 | Abacus Solutions, LLC | 2011811R | 6100008874 | 7/24/2008 | 154,600.00 | Invoice | Nortel Networks Inc. |
| Total | 7 | | | | | $245,676.00 | | |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.