Case 09-10138-MFW    Doc 4268-1    Filed 11/09/10    Page 1 of 1

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 8428 | AMCC Sales Corporation | N/A | 6100009343 | 12/2/2008 | 132,944.90 | Payment | Nortel Networks Inc. |
| | 8428 | AMCC Sales Corporation | N/A | 6100008749 | 11/4/2008 | 415,187.30 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $548,132.20 | | |
| Invoices | 8428 | AMCC Sales Corporation | 925773 | 6100009343 | 10/27/2008 | 132,944.90 | Invoice | Nortel Networks Inc. |
| | 8428 | AMCC Sales Corporation | 924759 | 6100008749 | 9/30/2008 | 313,716.15 | Invoice | Nortel Networks Inc. |
| | 8428 | AMCC Sales Corporation | 924623 | 6100008749 | 9/29/2008 | 80,611.85 | Invoice | Nortel Networks Inc. |
| | 8428 | AMCC Sales Corporation | 924351 | 6100008749 | 9/16/2008 | 20,859.30 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $548,132.20 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.