*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | N/A | 6100009281 | 11/18/2008 | 21,425.02 | Payment | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | N/A | 6100008967 | 11/4/2008 | 304,096.18 | Payment | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | N/A | 6100008690 | 10/17/2008 | 323,571.42 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $649,092.62 | | |
| Invoices | | | | | | | | |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0808511CR | 6100009281 | 11/11/2008 | (149.94) | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808511 | 6100009281 | 8/20/2008 | 2,291.94 | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0805311A | 6100009281 | 5/13/2008 | 19,283.02 | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808485 | 6100008967 | 8/19/2008 | 289,403.52 | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808484 | 6100008967 | 8/19/2008 | 14,692.66 | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0508311CR | 6100008690 | 9/3/2008 | (19,283.02) | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0808385CR | 6100008690 | 9/3/2008 | (466.91) | Invoice | Nortel Networks Inc. |
| | 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0808362CR | 6100008690 | 9/3/2008 | (9,842.84) | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 0808384CR | 6100008690 | 9/3/2008 | (11,475.14) | Invoice | Nortel Networks Inc. |
| 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808385 | 6100008690 | 8/11/2008 | 7,415.41 | Invoice | Nortel Networks Inc. |
| 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808384 | 6100008690 | 8/11/2008 | 192,507.08 | Invoice | Nortel Networks Inc. |
| 464309 | Harris Stratex Networks, Inc. (now Aviat Networks, Inc.) | 808362 | 6100008690 | 8/4/2008 | 164,716.84 | Invoice | Nortel Networks Inc. |
| Total 12 | | | | | $649,092.62 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.