*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 461259 | McKinsey & Company, Inc. | N/A | 6100009931 | 1/7/2009 | 840,000.00 | Payment | Nortel Networks Inc. |
| | 461259 | McKinsey & Company, Inc. | N/A | 6100009511 | 12/2/2008 | 1,640,000.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $2,480,000.00 | | |
| Invoices | | | | | | | | |
| | 461259 | McKinsey & Company, Inc. | CHINTM03611650 | 6100009931 | 10/31/2008 | 840,000.00 | Invoice | Nortel Networks Inc. |
| | 461259 | McKinsey & Company, Inc. | CHINTM03611572 | 6100009511 | 9/30/2008 | 840,000.00 | Invoice | Nortel Networks Inc. |
| | 461259 | McKinsey & Company, Inc. | CHINTM03611515 | 6100009511 | 8/29/2008 | 800,000.00 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $2,480,000.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

Page 1 of 1