*Nortel Networks Inc., et al.*                                                                                                                                                       *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 468246 | Baldwin & Creative LLC (d/b/a Baldwin&) | N/A | 6100009821 | 12/29/2008 | 208,150.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | $208,150.00 | | |
| **Invoices** | | | | | | | |
| 468246 | Baldwin & Creative LLC (d/b/a Baldwin&) | 10 | 6100009821 | 11/13/2008 | 208,150.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | $208,150.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.