*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 449680 | MobileNet Services, Inc. | N/A | 6100009894 | 1/7/2009 | 177,273.00 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100009466 | 12/2/2008 | 136,530.00 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100009213 | 11/18/2008 | 55,876.00 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100008900 | 11/4/2008 | 364,084.84 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100008899 | 11/4/2008 | 70,420.00 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100008627 | 10/17/2008 | 81,222.80 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100008626 | 10/17/2008 | 7,192.00 | Payment | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | N/A | 6100008628 | 10/17/2008 | 45,967.50 | Payment | Nortel Networks Inc. |
| Total 8 | | | | | $938,566.14 | | |
| **Invoices** | | | | | | | |
| 449680 | MobileNet Services, Inc. | 896 | 6100009894 | 10/26/2008 | 11,562.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 897 | 6100009894 | 10/22/2008 | 9,603.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 879 | 6100009894 | 10/19/2008 | 9,500.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 901 | 6100009894 | 10/12/2008 | 134,428.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 861 | 6100009894 | 10/10/2008 | 12,180.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 859 | 6100009466 | 9/14/2008 | 57,400.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 829 | 6100009466 | 9/14/2008 | 5,740.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 828 | 6100009466 | 9/14/2008 | 3,280.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449680 | MobileNet Services, Inc. | 858 | 6100009466 | 9/12/2008 | 45,150.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 820 | 6100009466 | 9/12/2008 | 24,960.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 679 | 6100009213 | 5/23/2009 | 12,980.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 811 | 6100009213 | 9/7/2008 | 12,485.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 813 | 6100009213 | 8/31/2008 | 10,899.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 812 | 6100009213 | 8/31/2008 | 11,008.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 789 | 6100009213 | 8/30/2008 | 8,503.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 817CM | 6100008900 | 10/28/2008 | (707.66) | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 770 | 6100008900 | 8/22/2008 | 57,918.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 769 | 6100008900 | 8/22/2008 | 105,198.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 771 | 6100008900 | 8/22/2008 | 63,237.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 772 | 6100008900 | 8/22/2008 | 34,869.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 766 | 6100008900 | 8/15/2008 | 8,700.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 773 | 6100008900 | 8/15/2008 | 38,490.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 857 | 6100008900 | 8/14/2008 | 45,150.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 804 | 6100008900 | 8/7/2008 | 6,930.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 817 | 6100008900 | 8/3/2008 | 1,168.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 774 | 6100008900 | 7/11/2008 | 3,132.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 750 | 6100008899 | 8/1/2008 | 20,010.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 748 | 6100008899 | 7/25/2008 | 50,410.00 | Invoice | Nortel Networks Inc. |

Footnotes:
[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 449680 | MobileNet Services, Inc. | 768 | 6100008628 | 8/3/2008 | 6,334.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 744 | 6100008628 | 8/1/2008 | 17,400.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 736 | 6100008628 | 7/24/2008 | 9,686.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 775 | 6100008628 | 7/15/2008 | 12,547.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 840 | 6100008627 | 8/1/2008 | 10,358.34 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 838 | 6100008627 | 8/1/2008 | 17,205.39 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 839 | 6100008627 | 8/1/2008 | 18,785.47 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 837 | 6100008627 | 8/1/2008 | 31,250.60 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 712 | 6100008627 | 6/27/2008 | 3,623.00 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 752R1 | 6100008626 | 8/3/2008 | 8,261.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 751R1 | 6100008626 | 7/27/2008 | 6,580.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 761 | 6100008626 | 7/20/2008 | 2,152.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 737 | 6100008626 | 7/6/2008 | 3,177.50 | Invoice | Nortel Networks Inc. |
| 449680 | MobileNet Services, Inc. | 711C | 6100008626 | 6/30/2008 | (12,980.00) | Invoice | Nortel Networks Inc. |

Total 42         $938,566.14

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.