*Exhibit A*

***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 460466 | NeoPhotonics Corporation | N/A | 6100009927 | 1/7/2009 | 215,800.00 | Payment | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | N/A | 6100009508 | 12/2/2008 | 293,300.00 | Payment | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | N/A | 6100009259 | 11/18/2008 | 208,860.00 | Payment | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | N/A | 6100008945 | 11/4/2008 | 248,100.00 | Payment | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | N/A | 6100008672 | 10/17/2008 | 119,120.00 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | | $1,085,180.00 | | |
| Invoices | | | | | | | | |
| | 460466 | NeoPhotonics Corporation | 1101002793 | 6100009927 | 11/3/2008 | 4,700.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002783 | 6100009927 | 10/30/2008 | 9,400.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002782 | 6100009927 | 10/30/2008 | 23,500.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002781 | 6100009927 | 10/30/2008 | 18,800.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002780 | 6100009927 | 10/30/2008 | 56,400.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002779 | 6100009927 | 10/30/2008 | 56,400.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002778 | 6100009927 | 10/30/2008 | 23,500.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002762 | 6100009927 | 10/27/2008 | 23,100.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002675 | 6100009508 | 9/28/2008 | 9,900.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002674 | 6100009508 | 9/28/2008 | 13,200.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002673 | 6100009508 | 9/28/2008 | 32,900.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 460466 | NeoPhotonics Corporation | 1101002671 | 6100009508 | 9/28/2008 | 72,600.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002672 | 6100009508 | 9/28/2008 | 98,700.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002643 | 6100009508 | 9/23/2008 | 16,500.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002644 | 6100009508 | 9/23/2008 | 6,600.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002645 | 6100009508 | 9/23/2008 | 42,900.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002613 | 6100009259 | 9/17/2008 | 56,100.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002612 | 6100009259 | 9/17/2008 | 39,600.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002586 | 6100009259 | 9/11/2008 | 82,500.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002585 | 6100009259 | 9/10/2008 | 60.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002572 | 6100009259 | 9/9/2008 | 30,600.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002547 | 6100008945 | 9/3/2008 | 15,300.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002521 | 6100008945 | 8/29/2008 | 30,600.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002501 | 6100008945 | 8/28/2008 | 15,300.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002502 | 6100008945 | 8/28/2008 | 46,200.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002500 | 6100008945 | 8/28/2008 | 46,200.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002484 | 6100008945 | 8/26/2008 | 10,200.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002483 | 6100008945 | 8/26/2008 | 5,100.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002437 | 6100008945 | 8/18/2008 | 79,200.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002427 | 6100008672 | 8/15/2008 | 40.00 | Invoice | Nortel Networks Inc. |
| 460466 | NeoPhotonics Corporation | 1101002423 | 6100008672 | 8/15/2008 | 51,000.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| | 460466 | NeoPhotonics Corporation | 1101002329 | 6100008672 | 7/30/2008 | 80.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002294 | 6100008672 | 7/24/2008 | 54,400.00 | Invoice | Nortel Networks Inc. |
| | 460466 | NeoPhotonics Corporation | 1101002219 | 6100008672 | 7/10/2008 | 13,600.00 | Invoice | Nortel Networks Inc. |
| Total | 34 | | | | | $1,085,180.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.