*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 465343 | Bick Group, Inc. | N/A | 6000011632 | 12/24/2008 | 83,678.75 | Payment | Nortel Networks Inc. |
| | 465343 | Bick Group, Inc. | N/A | 6000011086 | 11/24/2008 | 190,787.55 | Payment | Nortel Networks Inc. |
| | 465343 | Bick Group, Inc. | N/A | 6000010869 | 11/10/2008 | 60,248.70 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $334,715.00 | | |
| Invoices | | | | | | | | |
| | 465343 | Bick Group, Inc. | 1781 | 6000011632 | 10/31/2008 | 83,678.75 | Invoice | Nortel Networks Inc. |
| | 465343 | Bick Group, Inc. | 1156 | 6000011086 | 9/30/2008 | 190,787.55 | Invoice | Nortel Networks Inc. |
| | 465343 | Bick Group, Inc. | 329 | 6000010869 | 7/31/2008 | 60,248.70 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $334,715.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.