*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 457632 | NetIQ Corporation | N/A | 6100009913 | 1/7/2009 | 90,024.90 | Payment | Nortel Networks Inc. |
| | 401799 | NetIQ Corporation | N/A | 6000011504 | 12/24/2008 | 2,000.00 | Payment | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | N/A | 6100009494 | 12/2/2008 | 15,650.00 | Payment | Nortel Networks Inc. |
| | 462644 | NetIQ Corporation | N/A | 6100009516 | 12/2/2008 | 20,900.00 | Payment | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | N/A | 6100009241 | 11/18/2008 | 122,535.00 | Payment | Nortel Networks Inc. |
| | 401799 | NetIQ Corporation | N/A | 6000010761 | 11/10/2008 | 13,780.00 | Payment | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | N/A | 6100008929 | 11/4/2008 | 42,194.40 | Payment | Nortel Networks Inc. |
| | 401799 | NetIQ Corporation | N/A | 6000010466 | 10/21/2008 | 11,875.00 | Payment | Nortel Networks Inc. |
| | 462644 | NetIQ Corporation | N/A | 6100008684 | 10/17/2008 | 950.00 | Payment | Nortel Networks Inc. |
| **Total** | 9 | | | | | $319,909.30 | | |
| **Invoices** | | | | | | | | |
| | 457632 | NetIQ Corporation | 90150653 | 6100009913 | 11/21/2008 | 15,650.00 | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 90150580 | 6100009913 | 11/14/2008 | 687.10 | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 96011502 | 6100009913 | 11/14/2008 | (687.10) | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 90150559 | 6100009913 | 11/12/2008 | 17,591.00 | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 90150537 | 6100009913 | 11/10/2008 | 2,004.00 | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 90150539 | 6100009913 | 11/10/2008 | 7,733.00 | Invoice | Nortel Networks Inc. |
| | 457632 | NetIQ Corporation | 90150538 | 6100009913 | 11/10/2008 | 41,975.80 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 457632 | NetIQ Corporation | 90150522 | 6100009913 | 11/7/2008 | 687.10 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90150521 | 6100009913 | 11/7/2008 | 4,384.00 | Invoice | Nortel Networks Inc. |
| 462644 | NetIQ Corporation | 90150041 | 6100009516 | 9/25/2008 | 3,800.00 | Invoice | Nortel Networks Inc. |
| 462644 | NetIQ Corporation | 90149965 | 6100009516 | 9/19/2008 | 17,100.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90150274 | 6100009494 | 10/13/2008 | 15,650.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90150060 | 6100009241 | 9/26/2008 | 29,198.90 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90150018 | 6100009241 | 9/24/2008 | 7,512.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149987 | 6100009241 | 9/22/2008 | 85,137.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149989 | 6100009241 | 9/22/2008 | 687.10 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149928 | 6100008929 | 9/16/2008 | 7,512.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149929 | 6100008929 | 9/16/2008 | 2,504.00 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149894 | 6100008929 | 9/10/2008 | 28,058.90 | Invoice | Nortel Networks Inc. |
| 457632 | NetIQ Corporation | 90149895 | 6100008929 | 9/10/2008 | 4,119.50 | Invoice | Nortel Networks Inc. |
| 462644 | NetIQ Corporation | 90149583 | 6100008684 | 8/7/2008 | 475.00 | Invoice | Nortel Networks Inc. |
| 462644 | NetIQ Corporation | 90149526 | 6100008684 | 7/31/2008 | 475.00 | Invoice | Nortel Networks Inc. |
| 401799 | NetIQ Corporation | 90150003 | 6000011504 | 9/23/2008 | 2,000.00 | Invoice | Nortel Networks Inc. |
| 401799 | NetIQ Corporation | 90149729 | 6000010761 | 8/22/2008 | 13,780.00 | Invoice | Nortel Networks Inc. |
| 401799 | NetIQ Corporation | 90149686 | 6000010466 | 8/20/2008 | 11,875.00 | Invoice | Nortel Networks Inc. |
| Total | 25 | | | | $319,909.30 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.