*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 372701 | Oplink Communications, Inc. | N/A | 6200005947 | 1/6/2009 | 117,817.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005708 | 12/16/2008 | 27,022.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005707 | 12/16/2008 | 1,284.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005532 | 12/1/2008 | 40,924.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005362 | 11/17/2008 | 16,515.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005361 | 11/17/2008 | 5,490.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200005192 | 11/3/2008 | 285,908.00 | Payment | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | N/A | 6200004994 | 10/16/2008 | 217,645.00 | Payment | Nortel Networks Inc. |
| Total 8 | | | | | $712,605.00 | | |
| **Invoices** | | | | | | | |
| 372701 | Oplink Communications, Inc. | 1000079374 | 6200005947 | 11/21/2008 | 23,870.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079404 | 6200005947 | 11/21/2008 | 210.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079405 | 6200005947 | 11/21/2008 | 24,400.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079302 | 6200005947 | 11/19/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079153 | 6200005947 | 11/18/2008 | 18,300.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079152 | 6200005947 | 11/18/2008 | 30,380.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000079224 | 6200005947 | 11/17/2008 | 600.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078953 | 6200005947 | 11/14/2008 | 120.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 372701 | Oplink Communications, Inc. | 1000078946 | 6200005947 | 11/14/2008 | 300.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078947 | 6200005947 | 11/14/2008 | 11,874.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078734 | 6200005947 | 11/11/2008 | 1,380.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078733 | 6200005947 | 11/11/2008 | 1,117.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078735 | 6200005947 | 11/11/2008 | 1,908.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078327 | 6200005947 | 11/7/2008 | 30.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078219 | 6200005947 | 11/4/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078227 | 6200005947 | 11/4/2008 | 477.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078218 | 6200005947 | 11/4/2008 | 1,117.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078037 | 6200005708 | 10/31/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078041 | 6200005708 | 10/31/2008 | 2,280.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078040 | 6200005708 | 10/31/2008 | 550.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078038 | 6200005708 | 10/31/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078039 | 6200005708 | 10/31/2008 | 100.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077855 | 6200005708 | 10/29/2008 | 2,250.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077864 | 6200005708 | 10/29/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077863 | 6200005708 | 10/29/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077861 | 6200005708 | 10/29/2008 | 659.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077853 | 6200005708 | 10/29/2008 | 8,540.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077860 | 6200005708 | 10/29/2008 | 1,380.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc, et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 372701 | Oplink Communications, Inc. | 1000077862 | 6200005708 | 10/29/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077841 | 6200005708 | 10/29/2008 | 400.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077842 | 6200005708 | 10/29/2008 | 200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077843 | 6200005708 | 10/29/2008 | 200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077852 | 6200005708 | 10/29/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077854 | 6200005708 | 10/29/2008 | 750.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077856 | 6200005708 | 10/29/2008 | 250.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077857 | 6200005708 | 10/29/2008 | 600.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077840 | 6200005708 | 10/29/2008 | 550.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000077851 | 6200005708 | 10/29/2008 | 2,568.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000078044 | 6200005707 | 10/31/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076611 | 6200005532 | 10/14/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076612 | 6200005532 | 10/14/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076610 | 6200005532 | 10/14/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076626 | 6200005532 | 10/14/2008 | 5,200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076609 | 6200005532 | 10/14/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076608 | 6200005532 | 10/14/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076607 | 6200005532 | 10/14/2008 | 631.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076627 | 6200005532 | 10/14/2008 | 659.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076625 | 6200005532 | 10/14/2008 | 2,600.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 372701 | Oplink Communications, Inc. | 1000076613 | 6200005532 | 10/14/2008 | 1,284.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076414 | 6200005532 | 10/10/2008 | 426.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076404 | 6200005532 | 10/10/2008 | 1,262.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000076093 | 6200005532 | 10/6/2008 | 23,748.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000075690 | 6200005362 | 9/29/2008 | 1,500.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000075704 | 6200005362 | 9/26/2008 | 15,015.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000075689 | 6200005361 | 9/29/2008 | 3,900.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000075600 | 6200005361 | 9/25/2008 | 390.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000075454 | 6200005361 | 9/24/2008 | 1,200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074801 | 6200005192 | 9/19/2008 | 5,200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074803 | 6200005192 | 9/19/2008 | 7,800.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074794 | 6200005192 | 9/19/2008 | 1,979.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074795 | 6200005192 | 9/19/2008 | 750.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074802 | 6200005192 | 9/19/2008 | 5,937.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074796 | 6200005192 | 9/19/2008 | 200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074510 | 6200005192 | 9/16/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074551A | 6200005192 | 9/16/2008 | 2,190.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074511 | 6200005192 | 9/16/2008 | 3,000.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074512 | 6200005192 | 9/16/2008 | 750.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074513 | 6200005192 | 9/16/2008 | 750.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 372701 | Oplink Communications, Inc. | 1000074547 | 6200005192 | 9/16/2008 | 5,250.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074509 | 6200005192 | 9/16/2008 | 3,958.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074267 | 6200005192 | 9/12/2008 | 43,798.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074268 | 6200005192 | 9/12/2008 | 5,832.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074276 | 6200005192 | 9/12/2008 | 8,760.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074277 | 6200005192 | 9/12/2008 | 2,250.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074088 | 6200005192 | 9/9/2008 | 2,250.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074017 | 6200005192 | 9/5/2008 | 3,958.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074019 | 6200005192 | 9/5/2008 | 4,500.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074018 | 6200005192 | 9/5/2008 | 1,339.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073943 | 6200005192 | 9/5/2008 | 70,470.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000074020 | 6200005192 | 9/5/2008 | 750.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073634 | 6200005192 | 9/2/2008 | 7,544.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073632 | 6200005192 | 9/2/2008 | 14,672.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073581 | 6200005192 | 9/2/2008 | 2,568.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073578 | 6200005192 | 9/2/2008 | 3,000.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073577 | 6200005192 | 9/2/2008 | 48,865.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073631 | 6200005192 | 9/2/2008 | 7,916.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073633 | 6200005192 | 9/2/2008 | 14,672.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073439 | 6200004994 | 8/29/2008 | 2,568.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*              *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 372701 | Oplink Communications, Inc. | 1000073438 | 6200004994 | 8/29/2008 | 7,544.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073440 | 6200004994 | 8/29/2008 | 17,274.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073377 | 6200004994 | 8/28/2008 | 15,015.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073244 | 6200004994 | 8/26/2008 | 5,658.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073243 | 6200004994 | 8/26/2008 | 37,975.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073238 | 6200004994 | 8/26/2008 | 91,004.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073203A | 6200004994 | 8/25/2008 | 5,937.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073204 | 6200004994 | 8/25/2008 | 7,916.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073196 | 6200004994 | 8/25/2008 | 500.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073194 | 6200004994 | 8/25/2008 | 500.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000073195 | 6200004994 | 8/25/2008 | 200.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000072722 | 6200004994 | 8/19/2008 | 8,034.00 | Invoice | Nortel Networks Inc. |
| 372701 | Oplink Communications, Inc. | 1000072723A | 6200004994 | 8/19/2008 | 17,520.00 | Invoice | Nortel Networks Inc. |

Total 101      $712,605.00

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.