*Exhibit A*

**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 442356 | Bridgewater Systems, Inc. | N/A | 6200005733 | 12/16/2008 | 6,850.00 | Payment | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | N/A | 6200005388 | 11/17/2008 | 184,569.15 | Payment | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | N/A | 6200005213 | 11/3/2008 | 30,044.00 | Payment | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | N/A | 6200005019 | 10/16/2008 | 346,135.20 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | | $567,598.35 | | |
| Invoices | 442356 | Bridgewater Systems, Inc. | 3605 | 6200005733 | 10/30/2008 | 6,850.00 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3590 | 6200005388 | 9/30/2008 | 14,310.00 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3588 | 6200005388 | 9/29/2008 | 27,004.00 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3589 | 6200005388 | 9/29/2008 | 6,040.41 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3573 | 6200005388 | 9/23/2008 | 30,325.00 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3517 | 6200005388 | 6/30/2008 | 106,889.74 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3566 | 6200005213 | 9/17/2008 | 30,044.00 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3552 | 6200005019 | 8/21/2008 | 184,807.20 | Invoice | Nortel Networks Inc. |
| | 442356 | Bridgewater Systems, Inc. | 3550 | 6200005019 | 8/20/2008 | 161,328.00 | Invoice | Nortel Networks Inc. |
| Total | 9 | | | | | $567,598.35 | | |

footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.