*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 444599 | Paradigm Works, Inc. | N/A | 6200005896 | 1/5/2009 | 133,000.00 | Payment | Nortel Networks Inc. |
| 444599 | Paradigm Works, Inc. | N/A | 6000011266 | 12/9/2008 | 140,500.00 | Payment | Nortel Networks Inc. |
| 444599 | Paradigm Works, Inc. | N/A | 6000010809 | 11/10/2008 | 128,250.00 | Payment | Nortel Networks Inc. |
| **Total** | 3 | | | | $401,750.00 | | |
| **Invoices** | | | | | | | |
| 444599 | Paradigm Works, Inc. | 2591 | 6200005896 | 10/31/2008 | 133,000.00 | Invoice | Nortel Networks Inc. |
| 444599 | Paradigm Works, Inc. | 2569 | 6000011266 | 9/30/2008 | 140,500.00 | Invoice | Nortel Networks Inc. |
| 444599 | Paradigm Works, Inc. | 2562 | 6000010809 | 8/31/2008 | 128,250.00 | Invoice | Nortel Networks Inc. |
| **Total** | 3 | | | | $401,750.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.