Exhibit A

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 299927 | Red Hat, Inc. | N/A | 6100009844 | 1/7/2009 | 20,763.36 | Payment | Nortel Networks Inc. |
| | 299927 | Red Hat, Inc. | N/A | 6200005478 | 11/24/2008 | 157,600.00 | Payment | Nortel Networks Inc. |
| | 456635 | Red Hat, Inc. | N/A | 6200005301 | 11/10/2008 | 80,640.00 | Payment | Nortel Networks Inc. |
| | 299927 | Red Hat, Inc. | N/A | 6100008784 | 11/4/2008 | 150,000.00 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | | $409,003.36 | | |
| **Invoices** | | | | | | | | |
| | 299927 | Red Hat, Inc. | 3230000 | 6200005478 | 8/30/2008 | 157,600.00 | Invoice | Nortel Networks Inc. |
| | 456635 | Red Hat, Inc. | Q32008REDHAT INC | 6200005301 | 11/7/2008 | 80,640.00 | Invoice | Nortel Networks Inc. |
| | 299927 | Red Hat, Inc. | 3236602 | 6100009844 | 10/21/2008 | 20,763.36 | Invoice | Nortel Networks Inc. |
| | 299927 | Red Hat, Inc. | 306268 | 6100008784 | 8/26/2008 | 150,000.00 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $409,003.36 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.