*Nortel Networks Inc., et al.*                                                                                                                                               *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 438323 | Revonet, Inc. | N/A | 6100009446 | 12/2/2008 | 135,000.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $135,000.00 | | |
| Invoices | 438323 | Revonet, Inc. | 2541 | 6100009446 | 9/12/2008 | 135,000.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $135,000.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.