*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 14920 | SAS Institute, Inc. | N/A | 6000011831 | 1/12/2009 | 2,598.00 | Payment | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | N/A | 6000011197 | 12/8/2008 | 900.00 | Payment | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | N/A | 6000010709 | 11/10/2008 | 443,536.00 | Payment | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | N/A | 6000010400 | 10/22/2008 | 4,800.00 | Payment | Nortel Networks Inc. |
| Total | 4 | | | | | $451,834.00 | | |
| Invoices | | | | | | | | |
| | 14920 | SAS Institute, Inc. | 7229119 | 6000011831 | 8/6/2008 | 2,598.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 6004972 | 6000011197 | 9/30/2008 | 900.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 6003973 | 6000010709 | 8/12/2008 | 13,200.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 7215863A | 6000010709 | 3/31/2008 | 282,836.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 7215863B | 6000010709 | 3/31/2008 | 147,500.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 6002654 | 6000010400 | 6/5/2008 | 2,250.00 | Invoice | Nortel Networks Inc. |
| | 14920 | SAS Institute, Inc. | 6002040 | 6000010400 | 5/8/2008 | 2,550.00 | Invoice | Nortel Networks Inc. |
| Total | 7 | | | | | $451,834.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.