*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 368562 | CDW Direct, LLC | N/A | 6100009856 | 1/7/2009 | 13,628.24 | Payment | Nortel Networks Inc. |
| | 442107 | CDW Direct, LLC | N/A | 6100009888 | 1/7/2009 | 1,578.69 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100009855 | 1/7/2009 | 75,467.15 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100009399 | 12/2/2008 | 3,157.66 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100009398 | 12/2/2008 | 33,965.75 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100009125 | 11/18/2008 | 41,897.11 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100009126 | 11/18/2008 | 22,319.37 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100008818 | 11/4/2008 | 243,376.67 | Payment | Nortel Networks Inc. |
| | 442107 | CDW Direct, LLC | N/A | 6100008887 | 11/4/2008 | 150.92 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100008819 | 11/4/2008 | 11,247.47 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100008557 | 10/17/2008 | 22,669.63 | Payment | Nortel Networks Inc. |
| | 368562 | CDW Direct, LLC | N/A | 6100008556 | 10/17/2008 | 74,858.38 | Payment | Nortel Networks Inc. |
| | 442107 | CDW Direct, LLC | N/A | 6100008616 | 10/17/2008 | 358.86 | Payment | Nortel Networks Inc. |
| **Total** | 13 | | | | | $544,675.90 | | |
| **Invoices** | | | | | | | | |
| | 442107 | CDW Direct, LLC | MFP3153 | 6100009888 | 10/27/2008 | 252.42 | Invoice | Nortel Networks Inc. |
| | 442107 | CDW Direct, LLC | MBL8054 | 6100009888 | 10/11/2008 | 550.00 | Invoice | Nortel Networks Inc. |
| | 442107 | CDW Direct, LLC | LZZ5277 | 6100009888 | 10/9/2008 | 38.59 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 442107 | CDW Direct, LLC | LZS2094 | 6100009888 | 10/8/2008 | 737.68 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MSG2789 | 6100009856 | 12/18/2008 | (758.23) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MFW4831 | 6100009856 | 10/28/2008 | 205.68 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MFM4628 | 6100009856 | 10/27/2008 | 18.95 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDW4050 | 6100009856 | 10/23/2008 | 66.70 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MD26798 | 6100009856 | 10/23/2008 | 237.62 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDR8913 | 6100009856 | 10/22/2008 | 406.41 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDS5173 | 6100009856 | 10/22/2008 | 398.22 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDP7366 | 6100009856 | 10/22/2008 | 57.56 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDR8307 | 6100009856 | 10/22/2008 | 36.80 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDR3624 | 6100009856 | 10/22/2008 | 204.12 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDL7959 | 6100009856 | 10/21/2008 | 219.17 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDG2368 | 6100009856 | 10/21/2008 | 465.31 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDL2910 | 6100009856 | 10/21/2008 | 340.84 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MDL2080 | 6100009856 | 10/21/2008 | 230.88 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCQ5908 | 6100009856 | 10/17/2008 | 502.93 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCR4078 | 6100009856 | 10/17/2008 | 406.41 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCT1758 | 6100009856 | 10/17/2008 | 180.40 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCV1405 | 6100009856 | 10/17/2008 | 153.84 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCR5102 | 6100009856 | 10/17/2008 | 23.92 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | MCS5482 | 6100009856 | 10/17/2008 | 14.07 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCJ2904 | 6100009856 | 10/16/2008 | 37.69 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCI3116 | 6100009856 | 10/16/2008 | 37.69 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCN4640 | 6100009856 | 10/16/2008 | 844.58 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCF4963 | 6100009856 | 10/15/2008 | 372.36 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MCG6472 | 6100009856 | 10/15/2008 | 180.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MBR1582 | 6100009856 | 10/13/2008 | 35.60 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MBK7688 | 6100009856 | 10/10/2008 | 6,452.27 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MBG8016 | 6100009856 | 10/10/2008 | 196.14 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | MBB0594 | 6100009856 | 10/9/2008 | 183.68 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LZZ5221 | 6100009856 | 10/9/2008 | 684.61 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LZS8937 | 6100009856 | 10/8/2008 | 359.80 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LZN8769 | 6100009856 | 10/8/2008 | 73.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKC0667 | 6100009856 | 8/13/2008 | 758.23 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119053 | 6100009855 | 10/21/2008 | 4,095.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119054 | 6100009855 | 10/21/2008 | 10,080.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119061 | 6100009855 | 10/21/2008 | 2,677.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119153 | 6100009855 | 10/21/2008 | 1,890.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119062 | 6100009855 | 10/21/2008 | 472.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW119063 | 6100009855 | 10/21/2008 | 5,040.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | AW118724 | 6100009855 | 10/8/2008 | 45,235.97 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118729 | 6100009855 | 10/8/2008 | 5,308.33 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118728 | 6100009855 | 10/8/2008 | 667.85 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LVL5856 | 6100009399 | 9/24/2008 | 93.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LVN5900 | 6100009399 | 9/24/2008 | 73.32 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LTQ0098 | 6100009399 | 9/22/2008 | 18.95 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LTW4608 | 6100009399 | 9/22/2008 | 39.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LTL9054 | 6100009399 | 9/19/2008 | 69.90 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LTJ8328 | 6100009399 | 9/19/2008 | 29.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LTC9315 | 6100009399 | 9/18/2008 | 38.82 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LRP0508 | 6100009399 | 9/11/2008 | 36.08 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LRK1589 | 6100009399 | 9/11/2008 | 27.06 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LRG7387 | 6100009399 | 9/10/2008 | 63.64 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LRB1445 | 6100009399 | 9/10/2008 | 138.15 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQV7603 | 6100009399 | 9/9/2008 | 58.23 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQT8237 | 6100009399 | 9/9/2008 | 58.23 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFT7918 | 6100009399 | 7/29/2008 | 2,411.31 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118300 | 6100009398 | 9/18/2008 | 1,417.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118302 | 6100009398 | 9/18/2008 | 2,520.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118303 | 6100009398 | 9/18/2008 | 1,260.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | AW118305 | 6100009398 | 9/18/2008 | 10,395.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW118298 | 6100009398 | 9/18/2008 | 840.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117996 | 6100009398 | 9/10/2008 | 8,383.25 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117991 | 6100009398 | 9/10/2008 | 9,150.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LRM3102 | 6100009126 | 9/11/2008 | 44.38 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQW4192 | 6100009126 | 9/9/2008 | (86.00) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQW4182 | 6100009126 | 9/9/2008 | (86.00) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQK8224 | 6100009126 | 9/8/2008 | 38.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQH9855 | 6100009126 | 9/8/2008 | 92.02 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQP1135 | 6100009126 | 9/8/2008 | 27.28 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LQD1297 | 6100009126 | 9/5/2008 | 66.54 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPX2262 | 6100009126 | 9/4/2008 | 55.55 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPM0440 | 6100009126 | 9/3/2008 | 19.75 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPN0579 | 6100009126 | 9/3/2008 | 105.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPM1865 | 6100009126 | 9/3/2008 | 505.83 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPG5905 | 6100009126 | 9/2/2008 | 568.84 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPD6149 | 6100009126 | 9/2/2008 | 104.40 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPB4809 | 6100009126 | 9/2/2008 | 86.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LPB4808 | 6100009126 | 9/2/2008 | 86.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMQ4729 | 6100009126 | 8/26/2008 | 20,111.50 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | LFC3331REV | 6100009126 | 7/25/2008 | (803.78) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | KSG9157A | 6100009126 | 6/13/2008 | 1,382.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117890 | 6100009125 | 8/29/2008 | 41,897.11 | Invoice | Nortel Networks Inc. |
| 442107 | CDW Direct, LLC | LJL2308 | 6100008887 | 8/11/2008 | 150.92 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LNP0301 | 6100008819 | 8/28/2008 | 126.97 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMG0518 | 6100008819 | 8/22/2008 | 515.70 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMD6025 | 6100008819 | 8/22/2008 | 124.59 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMF0216 | 6100008819 | 8/22/2008 | 137.45 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMH9952 | 6100008819 | 8/22/2008 | 216.05 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LMC4595 | 6100008819 | 8/21/2008 | 31.79 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LLV9968 | 6100008819 | 8/21/2008 | 44.34 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LLB8476 | 6100008819 | 8/18/2008 | 95.70 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LLB7012 | 6100008819 | 8/18/2008 | 162.36 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LLB3079 | 6100008819 | 8/18/2008 | 254.24 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKX5111 | 6100008819 | 8/18/2008 | 23.20 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKZ6742 | 6100008819 | 8/18/2008 | 1,308.49 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKR8913 | 6100008819 | 8/15/2008 | 37.66 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKT3314 | 6100008819 | 8/15/2008 | 607.91 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKP9056 | 6100008819 | 8/15/2008 | 2,030.21 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKS2411 | 6100008819 | 8/15/2008 | 1,016.94 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | LKI1421 | 6100008819 | 8/14/2008 | 113.40 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKJ8067 | 6100008819 | 8/14/2008 | 2,030.21 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKK5709 | 6100008819 | 8/14/2008 | 69.60 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKL8037 | 6100008819 | 8/14/2008 | 46.40 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJZ4670 | 6100008819 | 8/13/2008 | 174.90 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKD8118 | 6100008819 | 8/13/2008 | 73.20 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJN5978 | 6100008819 | 8/11/2008 | 329.98 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LIM2251 | 6100008819 | 8/11/2008 | 169.74 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJ0629 | 6100008819 | 8/11/2008 | 357.31 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJ3350 | 6100008819 | 8/11/2008 | 307.41 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJ4026 | 6100008819 | 8/11/2008 | 162.94 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LJ88718 | 6100008819 | 8/8/2008 | 678.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117397 | 6100008818 | 8/15/2008 | 15,277.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117395 | 6100008818 | 8/15/2008 | 2,992.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117394 | 6100008818 | 8/15/2008 | 2,362.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117392 | 6100008818 | 8/15/2008 | 945.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117393 | 6100008818 | 8/15/2008 | 5,827.50 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117396 | 6100008818 | 8/15/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117292 | 6100008818 | 8/12/2008 | 2,000.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999A | 6100008818 | 7/29/2008 | 27,500.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | AW116999D | 6100008818 | 7/29/2008 | 25,000.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999B | 6100008818 | 7/29/2008 | 37,500.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999 | 6100008818 | 7/29/2008 | 27,500.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999C | 6100008818 | 7/29/2008 | 37,500.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999F | 6100008818 | 7/29/2008 | 26,041.67 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116999E | 6100008818 | 7/29/2008 | 31,250.00 | Invoice | Nortel Networks Inc. |
| 442107 | CDW Direct, LLC | LGI8289 | 6100008616 | 7/31/2008 | 358.86 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LKN0710 | 6100008557 | 8/14/2008 | (116.91) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHT0751 | 6100008557 | 8/7/2008 | 290.97 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHV3142 | 6100008557 | 8/7/2008 | 309.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHP0016 | 6100008557 | 8/6/2008 | 1,072.96 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHL3181 | 6100008557 | 8/6/2008 | 230.65 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHI1527 | 6100008557 | 8/5/2008 | 389.66 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHH6159 | 6100008557 | 8/5/2008 | 678.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHG6984 | 6100008557 | 8/5/2008 | 223.25 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHH4952 | 6100008557 | 8/5/2008 | 678.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHG1960 | 6100008557 | 8/5/2008 | 1,615.26 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHF4091 | 6100008557 | 8/5/2008 | 3,338.27 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHF2952 | 6100008557 | 8/5/2008 | 56.61 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHD6641 | 6100008557 | 8/5/2008 | 162.36 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

**Exhibit A**

***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | LHD8022 | 6100008557 | 8/5/2008 | 148.06 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHI5248 | 6100008557 | 8/5/2008 | 487.07 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHB8195 | 6100008557 | 8/4/2008 | 233.82 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHB5955 | 6100008557 | 8/4/2008 | 1,764.57 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LHB3549 | 6100008557 | 8/4/2008 | 153.98 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LGV3875 | 6100008557 | 8/4/2008 | 185.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LGS7026 | 6100008557 | 8/1/2008 | 970.05 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LGQ2164 | 6100008557 | 8/1/2008 | 185.99 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LGS7020 | 6100008557 | 8/1/2008 | 252.87 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LGC8649 | 6100008557 | 7/30/2008 | 124.13 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFS8060 | 6100008557 | 7/29/2008 | 207.98 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFT6809 | 6100008557 | 7/29/2008 | 2,326.25 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFP7124 | 6100008557 | 7/29/2008 | 49.98 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFS7092 | 6100008557 | 7/29/2008 | 629.24 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFR3541 | 6100008557 | 7/29/2008 | 224.28 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFJ8758 | 6100008557 | 7/28/2008 | 4,944.84 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFG9099 | 6100008557 | 7/28/2008 | 61.82 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LFC3331 | 6100008557 | 7/25/2008 | 803.78 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LDT2249 | 6100008557 | 7/24/2008 | 36.48 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | LDT2125 | 6100008557 | 7/24/2008 | 1,330.60 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 368562 | CDW Direct, LLC | KEG0167CR | 6100008557 | 6/13/2008 | (1,382.78) | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117265 | 6100008556 | 8/7/2008 | 233.87 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117248 | 6100008556 | 8/5/2008 | 7,000.00 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117234 | 6100008556 | 8/4/2008 | 9,067.08 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117233 | 6100008556 | 8/4/2008 | 4,160.32 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW117154 | 6100008556 | 7/31/2008 | 41,897.11 | Invoice | Nortel Networks Inc. |
| 368562 | CDW Direct, LLC | AW116937 | 6100008556 | 7/29/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |

Total    170                                                                 $544,675.90

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.