
*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 450802 | SBA Network Services, Inc. | N/A | 6100010049 | 1/7/2009 | 73,925.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6000011560 | 12/24/2008 | 127,030.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6000011279 | 12/10/2008 | 6,330.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6100009470 | 12/2/2008 | 7,450.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6100008905 | 11/4/2008 | 122,380.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6000010202 | 10/24/2008 | 16,530.00 | Payment | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | N/A | 6000010528 | 10/22/2008 | 6,050.00 | Payment | Nortel Networks Inc. |
| **Total** | 7 | | | | **$359,695.00** | | |
| **Invoices** | | | | | | | |
| 450802 | SBA Network Services, Inc. | JC49027 | 6100010049 | 10/24/2008 | 67,375.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48938 | 6100010049 | 10/14/2008 | 6,550.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48777 | 6100009470 | 9/26/2008 | 6,550.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48704 | 6100009470 | 9/19/2008 | 900.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48496 | 6100008905 | 8/28/2008 | 51,450.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48402 | 6100008905 | 8/20/2008 | 6,330.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48382 | 6100008905 | 8/19/2008 | 6,550.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48354 | 6100008905 | 8/13/2008 | 58,050.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48776 | 6000011560 | 9/26/2008 | 27,560.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
90-day Payments and Related Invoices

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 450802 | SBA Network Services, Inc. | JC48171 | 6000011560 | 7/25/2008 | 99,470.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48703 | 6000011279 | 9/19/2008 | 6,330.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48354CR | 6000010528 | 9/16/2008 | (45,500.00) | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48219 | 6000010528 | 7/30/2008 | 51,550.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48166 | 6000010202 | 7/25/2008 | 6,330.00 | Invoice | Nortel Networks Inc. |
| 450802 | SBA Network Services, Inc. | JC48099 | 6000010202 | 7/24/2008 | 10,200.00 | Invoice | Nortel Networks Inc. |
| Total | | | | | $359,695.00 | | |
| 15 | | | | | | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.