*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | N/A | 6100009834 | 1/7/2009 | 205,300.00 | Payment | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | N/A | 6100009347 | 12/2/2008 | 55,578.00 | Payment | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | N/A | 6100009073 | 11/18/2008 | 84,370.00 | Payment | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | N/A | 6100008752 | 11/4/2008 | 287,966.00 | Payment | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | N/A | 6100008498 | 10/17/2008 | 76,459.00 | Payment | Nortel Networks Inc. |
| Total | 5 | | | | | $709,673.00 | | |
| Invoices | | | | | | | | |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55494 | 6100009834 | 11/21/2008 | 5,880.00 | Invoice | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55450 | 6100009834 | 11/21/2008 | 2,700.00 | Invoice | Nortel Networks Inc. |
| | 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55447 | 6100009834 | 11/21/2008 | 3,150.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55498 | 6100009834 | 11/21/2008 | 378.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55389 | 6100009834 | 11/19/2008 | 2,700.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55322 | 6100009834 | 11/18/2008 | 3,540.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55347 | 6100009834 | 11/18/2008 | 8,400.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55348 | 6100009834 | 11/18/2008 | 11,760.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55232 | 6100009834 | 11/13/2008 | 6,300.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55247 | 6100009834 | 11/13/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55231 | 6100009834 | 11/13/2008 | 5,250.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55234 | 6100009834 | 11/13/2008 | 6,450.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55237 | 6100009834 | 11/13/2008 | 12,470.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55236 | 6100009834 | 11/13/2008 | 5,160.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55226 | 6100009834 | 11/13/2008 | 4,720.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55228 | 6100009834 | 11/13/2008 | 1,050.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55235 | 6100009834 | 11/13/2008 | 1,720.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55211 | 6100009834 | 11/12/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55209 | 6100009834 | 11/12/2008 | 42.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55204 | 6100009834 | 11/12/2008 | 3,440.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55155 | 6100009834 | 11/11/2008 | 4,730.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55164 | 6100009834 | 11/11/2008 | 9,210.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55165 | 6100009834 | 11/11/2008 | 6,140.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55146 | 6100009834 | 11/11/2008 | 4,200.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55166 | 6100009834 | 11/11/2008 | 3,070.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55156 | 6100009834 | 11/11/2008 | 1,125.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55163 | 6100009834 | 11/11/2008 | 1,125.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55151 | 6100009834 | 11/11/2008 | 13,860.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55145 | 6100009834 | 11/11/2008 | 4,200.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55162 | 6100009834 | 11/11/2008 | 1,125.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55157 | 6100009834 | 11/11/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55161 | 6100009834 | 11/11/2008 | 1,125.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55095 | 6100009834 | 11/10/2008 | 12,280.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55103 | 6100009834 | 11/10/2008 | 12,280.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55094 | 6100009834 | 11/10/2008 | 6,140.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 55112 | 6100009834 | 11/10/2008 | 1,800.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54982 | 6100009834 | 11/4/2008 | 3,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54988 | 6100009834 | 11/4/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54989 | 6100009834 | 11/4/2008 | 5,160.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54964 | 6100009834 | 11/4/2008 | 5,900.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54990 | 6100009834 | 11/4/2008 | 15,960.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54921 | 6100009834 | 11/3/2008 | 430.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54891 | 6100009834 | 11/3/2008 | 1,180.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54898 | 6100009834 | 11/3/2008 | 590.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54920 | 6100009834 | 11/3/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54489 | 6100009347 | 10/17/2008 | 5,040.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54461 | 6100009347 | 10/17/2008 | 1,248.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54487 | 6100009347 | 10/17/2008 | 8,400.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54496 | 6100009347 | 10/17/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54491 | 6100009347 | 10/17/2008 | 1,260.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54488 | 6100009347 | 10/17/2008 | 1,260.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54492 | 6100009347 | 10/17/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54405 | 6100009347 | 10/15/2008 | 5,250.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54404 | 6100009347 | 10/15/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54374 | 6100009347 | 10/14/2008 | 3,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54337 | 6100009347 | 10/13/2008 | 2,360.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54324 | 6100009347 | 10/10/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54322 | 6100009347 | 10/10/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54326 | 6100009347 | 10/10/2008 | 840.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54328 | 6100009347 | 10/10/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54313 | 6100009347 | 10/10/2008 | 4,200.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54321 | 6100009347 | 10/10/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54318 | 6100009347 | 10/10/2008 | 1,050.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54323 | 6100009347 | 10/10/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54306 | 6100009347 | 10/10/2008 | 840.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54320 | 6100009347 | 10/10/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54327 | 6100009347 | 10/10/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54231 | 6100009347 | 10/8/2008 | 1,170.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54213 | 6100009347 | 10/7/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54196 | 6100009347 | 10/7/2008 | 860.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54183 | 6100009347 | 10/6/2008 | 640.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54139 | 6100009073 | 10/3/2008 | 2,940.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54135 | 6100009073 | 10/3/2008 | 2,940.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54136 | 6100009073 | 10/3/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54129 | 6100009073 | 10/3/2008 | 4,130.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54137 | 6100009073 | 10/3/2008 | 1,260.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54115 | 6100009073 | 10/2/2008 | 1,960.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54040 | 6100009073 | 10/1/2008 | 1,050.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54043 | 6100009073 | 10/1/2008 | 6,300.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54050 | 6100009073 | 10/1/2008 | 4,200.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 54039 | 6100009073 | 10/1/2008 | 4,200.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53996 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53984 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
***90-day Payments and Related Invoices***

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53993 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53997 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53994 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53991 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53992 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53995 | 6100009073 | 9/30/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53887 | 6100009073 | 9/26/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53885 | 6100009073 | 9/26/2008 | 5,880.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53881 | 6100009073 | 9/26/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53908 | 6100009073 | 9/26/2008 | 5,900.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53909 | 6100009073 | 9/26/2008 | 4,130.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53886 | 6100009073 | 9/26/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53804 | 6100009073 | 9/25/2008 | 4,720.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53756 | 6100009073 | 9/24/2008 | 21,750.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53693 | 6100009073 | 9/23/2008 | 5,900.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53692 | 6100009073 | 9/23/2008 | 1,290.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53678 | 6100009073 | 9/22/2008 | 390.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53673 | 6100009073 | 9/22/2008 | 390.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53585 | 6100008752 | 9/19/2008 | 2,360.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53587 | 6100008752 | 9/19/2008 | 79,750.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53586 | 6100008752 | 9/19/2008 | 21,750.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53503 | 6100008752 | 9/17/2008 | 390.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53504 | 6100008752 | 9/17/2008 | 7,722.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53476 | 6100008752 | 9/16/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53471 | 6100008752 | 9/16/2008 | 1,960.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53455 | 6100008752 | 9/16/2008 | 12,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53423 | 6100008752 | 9/15/2008 | 1,860.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53395 | 6100008752 | 9/15/2008 | 1,550.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53388 | 6100008752 | 9/15/2008 | 4,650.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53348 | 6100008752 | 9/12/2008 | 1,680.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

**Exhibit A**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53328 | 6100008752 | 9/12/2008 | 3,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53346 | 6100008752 | 9/12/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53357 | 6100008752 | 9/12/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53353 | 6100008752 | 9/12/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53347 | 6100008752 | 9/12/2008 | 2,520.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53349 | 6100008752 | 9/12/2008 | 2,940.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53350 | 6100008752 | 9/12/2008 | 2,520.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53351 | 6100008752 | 9/12/2008 | 840.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53352 | 6100008752 | 9/12/2008 | 2,520.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53354 | 6100008752 | 9/12/2008 | 840.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*



| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53304 | 6100008752 | 9/11/2008 | 840.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53300 | 6100008752 | 9/11/2008 | 8,820.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | 53301 | 6100008752 | 9/11/2008 | 1,260.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53292 | 6100008752 | 9/11/2008 | 7,525.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53235 | 6100008752 | 9/9/2008 | 860.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53241 | 6100008752 | 9/9/2008 | 2,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53240 | 6100008752 | 9/9/2008 | 3,780.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53244 | 6100008752 | 9/9/2008 | 2,520.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53207 | 6100008752 | 9/8/2008 | 930.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53223 | 6100008752 | 9/8/2008 | 3,200.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*



| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53190 | 6100008752 | 9/5/2008 | 3,330.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53085 | 6100008752 | 9/3/2008 | 1,860.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53080 | 6100008752 | 9/3/2008 | 2,950.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53084 | 6100008752 | 9/3/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53095 | 6100008752 | 9/3/2008 | 5,880.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53087 | 6100008752 | 9/3/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53088 | 6100008752 | 9/3/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53089 | 6100008752 | 9/3/2008 | 620.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53090 | 6100008752 | 9/3/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53091 | 6100008752 | 9/3/2008 | 588.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53092 | 6100008752 | 9/3/2008 | 3,070.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53081 | 6100008752 | 9/3/2008 | 44,065.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53052 | 6100008752 | 9/2/2008 | 1,240.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL53015 | 6100008752 | 9/2/2008 | 36,400.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51934 | 6100008752 | 7/30/2008 | 446.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52922 | 6100008498 | 8/29/2008 | 620.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52918 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52919 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52920 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52921 | 6100008498 | 8/29/2008 | 2,170.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52924 | 6100008498 | 8/29/2008 | 620.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52925 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52914 | 6100008498 | 8/29/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52952 | 6100008498 | 8/29/2008 | 900.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52916 | 6100008498 | 8/29/2008 | 17,750.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52938 | 6100008498 | 8/29/2008 | 1,220.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52923 | 6100008498 | 8/29/2008 | 620.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52934 | 6100008498 | 8/29/2008 | 3,100.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52948 | 6100008498 | 8/29/2008 | 450.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52917 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52927 | 6100008498 | 8/29/2008 | 310.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52877 | 6100008498 | 8/28/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52878 | 6100008498 | 8/28/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52876 | 6100008498 | 8/28/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52874 | 6100008498 | 8/28/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52828 | 6100008498 | 8/27/2008 | 10,750.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52678 | 6100008498 | 8/22/2008 | 6,300.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52677 | 6100008498 | 8/22/2008 | 590.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52679 | 6100008498 | 8/22/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52726 | 6100008498 | 8/22/2008 | 5,900.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52738 | 6100008498 | 8/22/2008 | 17,700.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52684 | 6100008498 | 8/22/2008 | 590.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52614 | 6100008498 | 8/20/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL52582 | 6100008498 | 8/19/2008 | 420.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51935 | 6100008498 | 7/30/2008 | 280.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51937 | 6100008498 | 7/30/2008 | 363.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51941 | 6100008498 | 7/30/2008 | 363.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51944 | 6100008498 | 7/30/2008 | 363.00 | Invoice | Nortel Networks Inc. |
| 54807 | ExceLight Communications, Inc. (now Sumitomo Electric Device through merger) | EXL51933 | 6100008498 | 7/30/2008 | 560.00 | Invoice | Nortel Networks Inc. |
| Total 182 | | | | | $709,673.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.