*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 329489 | Cognizant Technology Solutions US Corporation | N/A | 6100008534 | 10/17/2008 | 136,020.00 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $136,020.00 | | |
| Invoices | 329489 | Cognizant Technology Solutions US Corporation | US4100000026293 | 6100008534 | 7/31/2008 | 136,020.00 | Invoice | Nortel Networks Inc. |
| Total | 1 | | | | | $136,020.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.