**Nortel Networks Inc., et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | N/A | 6000011633 | 12/23/2008 | 5,440.16 | Payment | Nortel Networks Inc. |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | N/A | 6000011088 | 11/25/2008 | 14,058.62 | Payment | Nortel Networks Inc. |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | N/A | 6000010596 | 10/22/2008 | 124,171.81 | Payment | Nortel Networks Inc. |
| Total 3 | | | | | $143,670.59 | | |
| **Invoices** | | | | | | | |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | ED02567 | 6000011633 | 10/31/2008 | 5,440.16 | Invoice | Nortel Networks Inc. |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | ED02519 | 6000011088 | 9/30/2008 | 14,058.62 | Invoice | Nortel Networks Inc. |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | ED02431 | 6000010596 | 8/29/2008 | 113,175.00 | Invoice | Nortel Networks Inc. |
| 465377 | Focus Solutions Management (now Continuum Worldwide Corporation by merger) | ED02380 | 6000010596 | 8/22/2008 | 10,996.81 | Invoice | Nortel Networks Inc. |
| Total 4 | | | | | $143,670.59 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.