UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: §

Nortel Networks, Inc § CASE NO. 09-10138-KG
(Chapter 11)
Debtor(s)

§

## WITHDRAWAL

NOW COMES, Richardson Independent School District in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 7/23/09(Claim no. 1660) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 5th day of November, 2010:

| Derek C Abbott | U S Trustee |
|---|---|
| 1201 N Market Street | 844 King Street |
| Wilmington DE 19899 | Room 2207 Lockbox #35 |
| | Wilmington DE 19801 |

_____
ELIZABETH BANDA CALVO