*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

### 90-Day Payments

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 435227 | TEKsystems Inc. | N/A | 6100010031 | 1/7/2009 | 204,161.15 | Payment | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | N/A | 6100009383 | 12/2/2008 | 109,664.10 | Payment | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | N/A | 6100009442 | 12/2/2008 | 69,480.06 | Payment | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | N/A | 6100009109 | 11/18/2008 | 293,751.07 | Payment | Nortel Networks Inc. |
| 463193 | TEKsystems Inc. | N/A | 6100009275 | 11/18/2008 | 24,000.00 | Payment | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | N/A | 6100009184 | 11/18/2008 | 77,330.18 | Payment | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | N/A | 6100008796 | 11/4/2008 | 46,716.28 | Payment | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | N/A | 6100008875 | 11/4/2008 | 101,897.42 | Payment | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | N/A | 6100008536 | 10/17/2008 | 242,476.39 | Payment | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | N/A | 6100008605 | 10/17/2008 | 72,325.74 | Payment | Nortel Networks Inc. |

Total  10                    $1,241,802.39

### Invoices

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 435227 | TEKsystems Inc. | TEK4408SI | 6100010031 | 11/5/2008 | 15,428.50 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | GAR0102508 | 6100010031 | 11/2/2008 | 47,503.20 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK4308SI | 6100010031 | 10/28/2008 | 6,579.50 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT101808B | 6100010031 | 10/25/2008 | 18,320.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT101808A | 6100010031 | 10/25/2008 | 7,444.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT101808 | 6100010031 | 10/25/2008 | 11,000.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 435227 | TEKsystems Inc. | GAR0101808 | 6100010031 | 10/25/2008 | 51,118.70 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK4308OE | 6100010031 | 10/21/2008 | 387.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK4208SI | 6100010031 | 10/20/2008 | 3,896.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT101108 | 6100010031 | 10/18/2008 | 21,452.25 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT101108A | 6100010031 | 10/18/2008 | 20,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK4208OE | 6100010031 | 10/15/2008 | 516.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK4108OE | 6100010031 | 10/8/2008 | 516.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3908OE | 6100009442 | 9/22/2008 | 516.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT091308C | 6100009442 | 9/18/2008 | 5,200.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT091308 | 6100009442 | 9/18/2008 | 22,849.66 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT091308B | 6100009442 | 9/18/2008 | 500.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT091308D | 6100009442 | 9/18/2008 | 650.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3808OE | 6100009442 | 9/17/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT090608A | 6100009442 | 9/12/2008 | 10,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT090608B | 6100009442 | 9/12/2008 | 10,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3708OE | 6100009442 | 9/12/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT090608 | 6100009442 | 9/12/2008 | 14,724.40 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | NEL083008 | 6100009442 | 9/10/2008 | 580.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3608OE | 6100009442 | 9/9/2008 | 1,376.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK25082SI | 6100009442 | 6/27/2008 | 174.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 435227 | TEKsystems Inc. | TEK21082SI | 6100009442 | 5/24/2008 | 1,534.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR091308 | 6100009383 | 9/19/2008 | 34,040.30 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3708SI | 6100009383 | 9/19/2008 | 26,136.20 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3608SI | 6100009383 | 9/12/2008 | 7,349.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR090608 | 6100009383 | 9/12/2008 | 42,138.60 | Invoice | Nortel Networks Inc. |
| 463193 | TEKsystems Inc. | OUT091308A | 6100009275 | 9/18/2008 | 9,000.00 | Invoice | Nortel Networks Inc. |
| 463193 | TEKsystems Inc. | OUT083008A | 6100009275 | 9/5/2008 | 15,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT083008HAR | 6100009184 | 9/5/2008 | 7,332.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT083008 | 6100009184 | 9/5/2008 | 14,642.65 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT083008B | 6100009184 | 9/5/2008 | 10,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT083008D | 6100009184 | 9/5/2008 | 1,128.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT083008C | 6100009184 | 9/5/2008 | 973.95 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | ARRAL0808LS | 6100009184 | 9/2/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK35080E | 6100009184 | 9/2/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT082308B | 6100009184 | 8/30/2008 | 5,200.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT082308 | 6100009184 | 8/30/2008 | 32,833.88 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | GAR0608RACR | 6100009184 | 6/27/2008 | (468.30) | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR083008 | 6100009109 | 9/5/2008 | 35,529.60 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3508SI | 6100009109 | 9/5/2008 | 12,183.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | ARRAL0808 | 6100009109 | 9/2/2008 | 148,180.67 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc, et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 334222 | TEKsystems Inc. | GAR082308 | 6100009109 | 8/30/2008 | 35,477.60 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | OUT082308A | 6100009109 | 8/30/2008 | 5,850.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3408SI | 6100009109 | 8/30/2008 | 17,940.70 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR081608 | 6100009109 | 8/23/2008 | 37,263.50 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR071208PI | 6100009109 | 7/19/2008 | 1,326.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3308OE | 6100008875 | 8/23/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT081608 | 6100008875 | 8/23/2008 | 41,201.22 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK32080E | 6100008875 | 8/16/2008 | 516.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT080908 | 6100008875 | 8/16/2008 | 46,304.20 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT080208A | 6100008875 | 8/9/2008 | 12,500.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK31080E | 6100008875 | 8/9/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | OUT080908A | 6100008796 | 8/16/2008 | 5,132.78 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3208SI | 6100008796 | 8/16/2008 | 6,128.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR080908 | 6100008796 | 8/16/2008 | 35,155.50 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | GAR080908NK | 6100008605 | 8/9/2008 | 300.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT080208 | 6100008605 | 8/2/2008 | 27,810.91 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | TEK3008OE | 6100008605 | 8/2/2008 | 688.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT072608HAR | 6100008605 | 8/2/2008 | 5,616.00 | Invoice | Nortel Networks Inc. |
| 435227 | TEKsystems Inc. | OUT072608 | 6100008605 | 8/9/2008 | 38,210.83 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | OUT080208BCR | 6100008536 | 8/9/2008 | (2,600.00) | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 334222 | TEKsystems Inc. | OUT080208BA | 6100008536 | 8/9/2008 | 2,600.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | OUT080208B | 6100008536 | 8/9/2008 | 2,600.00 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3108SI | 6100008536 | 8/9/2008 | 6,106.50 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR080208 | 6100008536 | 8/9/2008 | 34,794.40 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | OUT072608A | 6100008536 | 8/2/2008 | 9,167.22 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | TEK3008SI | 6100008536 | 8/2/2008 | 14,302.90 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | GAR072608 | 6100008536 | 8/2/2008 | 27,324.70 | Invoice | Nortel Networks Inc. |
| 334222 | TEKsystems Inc. | ARRAL0708 | 6100008536 | 8/1/2008 | 148,180.67 | Invoice | Nortel Networks Inc. |

Total 74 $1,241,802.39

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.