*Nortel Networks Inc., et al.* *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 455221 | Critical Path Strategies, Inc. | N/A | 6000011570 | 12/30/2008 | 195,433.52 | Payment | Nortel Networks Inc. |
| Total | 1 | | | | | $195,433.52 | | |
| Invoices | 455221 | Critical Path Strategies, Inc. | 100419 | 6000011570 | 9/4/2008 | 65,141.69 | Invoice | Nortel Networks Inc. |
| | 455221 | Critical Path Strategies, Inc. | 100420 | 6000011570 | 8/22/2008 | 84,291.79 | Invoice | Nortel Networks Inc. |
| | 455221 | Critical Path Strategies, Inc. | 100433 | 6000011570 | 9/24/2007 | 46,000.04 | Invoice | Nortel Networks Inc. |
| Total | 3 | | | | | $195,433.52 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.