*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | | |
| | 433786 | Weston International, Inc. | N/A | 6200005889 | 1/5/2009 | 154,575.65 | Payment | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | N/A | 6200005549 | 12/1/2008 | 196,223.33 | Payment | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | N/A | 6200005207 | 11/3/2008 | 150,686.67 | Payment | Nortel Networks Inc. |
| **Total** | 3 | | | | | $501,485.65 | | |
| **Invoices** | | | | | | | | |
| | 433786 | Weston International, Inc. | NOV200801774 | 6200005889 | 11/1/2008 | 61,516.61 | Invoice | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | NOV200801865 | 6200005889 | 11/1/2008 | 93,059.04 | Invoice | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | OCT200802102 | 6200005549 | 10/1/2008 | 107,565.11 | Invoice | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | OCT200800503 | 6200005549 | 10/1/2008 | 88,658.22 | Invoice | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | SEP200802153 | 6200005207 | 9/1/2008 | 64,455.51 | Invoice | Nortel Networks Inc. |
| | 433786 | Weston International, Inc. | SEP200802045 | 6200005207 | 9/1/2008 | 86,231.16 | Invoice | Nortel Networks Inc. |
| **Total** | 6 | | | | | $501,485.65 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.