*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 438186 | Demand Wave Solutions, Inc. | N/A | 6000010501 | 11/4/2008 | 120,000.00 | Payment | Nortel Networks Inc. |
| Total 1 | | | | | $120,000.00 | | |
| **Invoices** | | | | | | | |
| 438186 | Demand Wave Solutions, Inc. | 2041 | 6000010501 | 7/28/2008 | 120,000.00 | Invoice | Nortel Networks Inc. |
| Total 1 | | | | | $120,000.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.