*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 465131 | Excellence In Motivation, Inc. | N/A | 6100009824 | 12/29/2008 | 157,500.00 | Payment | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | N/A | 6100008969 | 11/4/2008 | 68,250.00 | Payment | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | N/A | 6000010592 | 10/21/2008 | 36,500.00 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $262,250.00 | | |
| Invoices | 465131 | Excellence In Motivation, Inc. | 115932 | 6100009824 | 12/19/2008 | 100,000.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115934 | 6100009824 | 12/19/2008 | 5,000.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115935 | 6100009824 | 12/19/2008 | 50,000.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115933 | 6100009824 | 12/19/2008 | 2,500.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115518 | 6100008969 | 10/27/2008 | 65,000.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115519 | 6100008969 | 10/27/2008 | 3,250.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115355 | 6000010592 | 10/2/2008 | 30,000.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115356 | 6000010592 | 10/2/2008 | 6,500.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115051CR | 6000010592 | 10/2/2008 | (750.00) | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115050CR | 6000010592 | 10/2/2008 | (15,000.00) | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115051 | 6000010592 | 8/20/2008 | 750.00 | Invoice | Nortel Networks Inc. |
| | 465131 | Excellence In Motivation, Inc. | 115050 | 6000010592 | 8/20/2008 | 15,000.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.* *Exhibit A*
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| Total 12 | | | | | $262,250.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.