***Nortel Networks Inc., et al.***
***90-day Payments and Related Invoices***

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 126223 | Exide Technologies | N/A | 6100009837 | 1/7/2009 | 107,160.78 | Payment | Nortel Networks Inc. |
| | 431524 | Exide Technologies | N/A | 6100009878 | 1/7/2009 | 10,864.00 | Payment | Nortel Networks Inc. |
| | 431524 | Exide Technologies | N/A | 6100009435 | 12/2/2008 | 3,080.00 | Payment | Nortel Networks Inc. |
| | 126223 | Exide Technologies | N/A | 6100009079 | 11/18/2008 | 53,520.00 | Payment | Nortel Networks Inc. |
| | 431524 | Exide Technologies | N/A | 6100009176 | 11/18/2008 | 53,932.00 | Payment | Nortel Networks Inc. |
| | 126223 | Exide Technologies | N/A | 6100008762 | 11/4/2008 | 669.00 | Payment | Nortel Networks Inc. |
| | 431524 | Exide Technologies | N/A | 6100008865 | 11/4/2008 | 3,444.27 | Payment | Nortel Networks Inc. |
| | 431524 | Exide Technologies | N/A | 6100008598 | 10/17/2008 | 1,050.00 | Payment | Nortel Networks Inc. |
| Total | 8 | | | | | $233,720.05 | | |
| Invoices | | | | | | | | |
| | 431524 | Exide Technologies | 11573781 | 6100009878 | 10/13/2008 | 10,864.00 | Invoice | Nortel Networks Inc. |
| | 126223 | Exide Technologies | 11684622 | 6100009837 | 11/10/2008 | 53,520.00 | Invoice | Nortel Networks Inc. |
| | 126223 | Exide Technologies | 11684623 | 6100009837 | 11/10/2008 | 53,520.00 | Invoice | Nortel Networks Inc. |
| | 126223 | Exide Technologies | 11578417 | 6100009837 | 10/14/2008 | 120.78 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11477778 | 6100009435 | 9/18/2008 | 3,080.00 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11397865 | 6100009176 | 8/29/2008 | 42,787.00 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11381815 | 6100009176 | 8/26/2008 | 7,175.00 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11381944 | 6100009176 | 8/26/2008 | 3,970.00 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

***Exhibit A***

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| | 126223 | Exide Technologies | 11495897 | 6100009079 | 9/23/2008 | 53,520.00 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11370118 | 6100008865 | 8/22/2008 | 1,944.27 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11342614 | 6100008865 | 8/15/2008 | 1,500.00 | Invoice | Nortel Networks Inc. |
| | 126223 | Exide Technologies | 11443561 | 6100008762 | 9/10/2008 | 669.00 | Invoice | Nortel Networks Inc. |
| | 431524 | Exide Technologies | 11281480 | 6100008598 | 7/31/2008 | 1,050.00 | Invoice | Nortel Networks Inc. |
| Total | 13 | | | | | $233,720.05 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.