*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 429755 | Gilmore Global Logistics Services Inc. | N/A | 6000011528 | 12/23/2008 | 203,196.88 | Payment | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | N/A | 6000011017 | 11/24/2008 | 210,748.25 | Payment | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | N/A | 6000010782 | 11/10/2008 | 150,593.04 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | $564,538.17 | | |
| **Invoices** | | | | | | | |
| 429755 | Gilmore Global Logistics Services Inc. | 16369 | 6000011528 | 10/17/2008 | 1,460.48 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16366 | 6000011528 | 10/13/2008 | 25,836.62 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16363 | 6000011528 | 10/13/2008 | 75,635.38 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16368 | 6000011528 | 10/13/2008 | 56,324.49 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16367 | 6000011528 | 10/13/2008 | 3,631.95 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16355 | 6000011528 | 9/30/2008 | 2,158.50 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16383 | 6000011528 | 9/30/2008 | 12,948.10 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16352 | 6000011528 | 9/30/2008 | 3,068.40 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

Exhibit A

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 429755 | Gilmore Global Logistics Services Inc. | 16326 | 6000011528 | 8/31/2008 | 2,185.05 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16253 | 6000011528 | 7/31/2008 | 4,147.43 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16199 | 6000011528 | 6/30/2008 | 3,104.35 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16135 | 6000011528 | 6/26/2008 | 6,204.33 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16136 | 6000011528 | 6/26/2008 | 6,491.80 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16304 | 6000011017 | 9/15/2008 | 77,626.27 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16294A | 6000011017 | 9/15/2008 | 91,344.95 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16303 | 6000011017 | 9/15/2008 | 2,355.03 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16295 | 6000011017 | 9/15/2008 | 39,422.00 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16284 | 6000010782 | 8/31/2008 | 2,169.62 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16249 | 6000010782 | 8/11/2008 | 27,070.49 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16246 | 6000010782 | 8/11/2008 | 49,991.78 | Invoice | Nortel Networks Inc. |
| 429755 | Gilmore Global Logistics Services Inc. | 16247 | 6000010782 | 8/11/2008 | 69,728.09 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*                        *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 429755 | Gilmore Global Logistics Services Inc. | 16245 | 6000010782 | 8/11/2008 | 1,633.06 | Invoice | Nortel Networks Inc. |
| Total | | 22 | | | $564,538.17 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.