**Nortel Networks Inc, et al.**
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 432799 | Global Electric Electronic Processing Inc. | N/A | 6200005382 | 11/17/2008 | 210,147.68 | Payment | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | N/A | 6000010494 | 10/23/2008 | 576,007.58 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $786,155.26 | | |
| Invoices | | | | | | | | |
| | 432799-1 | Global Electric Electronic Processing (USA), Inc. | GPSI13506 | 6200005382 | 8/31/2008 | 145,382.22 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13365C | 6200005382 | 3/31/2008 | 32,654.95 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13012C | 6200005382 | 3/31/2008 | 32,110.51 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13422C | 6000010494 | 7/31/2008 | 8,773.74 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13423C | 6000010494 | 7/31/2008 | 6,683.50 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13424C | 6000010494 | 7/31/2008 | 4,907.80 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13420C | 6000010494 | 7/31/2008 | 26,129.97 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13425C | 6000010494 | 7/31/2008 | 86,307.24 | Invoice | Nortel Networks Inc. |
| | 432799 | Global Electric Electronic Processing Inc. | GPSI13421C | 6000010494 | 7/31/2008 | 36,944.82 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.


*Nortel Networks Inc., et al.*  
*90-day Payments and Related Invoices*

*Exhibit A*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date [1] / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 432799 | Global Electric Electronic Processing Inc. | GPSI13361C | 6000010494 | 6/30/2008 | 9,332.51 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13222C | 6000010494 | 5/31/2008 | 19,317.80 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13240C | 6000010494 | 5/31/2008 | 15,725.16 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13239C | 6000010494 | 5/31/2008 | 24,813.07 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13223A | 6000010494 | 5/31/2008 | 81,402.12 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13113C | 6000010494 | 4/30/2008 | 89,904.63 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI13137C | 6000010494 | 4/30/2008 | 68,487.92 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI12882C | 6000010494 | 1/31/2008 | 40,967.90 | Invoice | Nortel Networks Inc. |
| 432799 | Global Electric Electronic Processing Inc. | GPSI12729 | 6000010494 | 10/1/2007 | 56,309.40 | Invoice | Nortel Networks Inc. |

Total  18    $786,155.26

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.