*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | 415283 | Ixia | N/A | 6100008851 | 11/4/2008 | 68,888.00 | Payment | Nortel Networks Inc. |
| | 354761 | Ixia | N/A | 6100008807 | 11/4/2008 | 126,600.00 | Payment | Nortel Networks Inc. |
| | 354761 | Ixia | N/A | 6100008544 | 10/17/2008 | 6,681.32 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $202,169.32 | | |
| Invoices | 415283 | Ixia | 41797A | 6100008851 | 3/6/2008 | 68,888.00 | Invoice | Nortel Networks Inc. |
| | 354761 | Ixia | 45883A | 6100008807 | 9/11/2008 | 86,600.00 | Invoice | Nortel Networks Inc. |
| | 354761 | Ixia | 42297 | 6100008807 | 3/31/2008 | 40,000.00 | Invoice | Nortel Networks Inc. |
| | 354761 | Ixia | 46481 | 6100008544 | 10/7/2008 | (885.25) | Invoice | Nortel Networks Inc. |
| | 354761 | Ixia | 42353A | 6100008544 | 3/31/2008 | 7,566.57 | Invoice | Nortel Networks Inc. |
| Total | 5 | | | | | $202,169.32 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.