*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 466318 | Jack Morton Worldwide Inc | N/A | 6000010602 | 11/3/2008 | 56,411.00 | Payment | Nortel Networks Inc. |
| | 466318 | Jack Morton Worldwide Inc | N/A | 6000010298 | 10/20/2008 | 197,505.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $253,916.00 | | |
| Invoices | | | | | | | | |
| | 466318 | Jack Morton Worldwide Inc | 64271 | 6000010602 | 8/7/2008 | 56,411.00 | Invoice | Nortel Networks Inc. |
| | 466318 | Jack Morton Worldwide Inc | 64109 | 6000010298 | 7/3/2008 | 197,505.00 | Invoice | Nortel Networks Inc. |
| Total | 2 | | | | | $253,916.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.