*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 435588 | EION Inc. | N/A | 6200005727 | 12/16/2008 | 245,220.00 | Payment | Nortel Networks Inc. |
| | 435588 | EION Inc. | N/A | 6200005551 | 12/1/2008 | 345,125.00 | Payment | Nortel Networks Inc. |
| | 435588 | EION Inc. | N/A | 6200005209 | 11/5/2008 | 56,066.67 | Payment | Nortel Networks Inc. |
| Total | 3 | | | | | $646,411.67 | | |
| Invoices | | | | | | | | |
| | 435588 | EION Inc. | E80657 | 6200005727 | 10/16/2008 | 99,875.00 | Invoice | Nortel Networks Inc. |
| | 435588 | EION Inc. | E80656 | 6200005727 | 10/16/2008 | 145,345.00 | Invoice | Nortel Networks Inc. |
| | 435588 | EION Inc. | E80624 | 6200005551 | 9/23/2008 | 145,375.00 | Invoice | Nortel Networks Inc. |
| | 435588 | EION Inc. | E80625 | 6200005551 | 9/23/2008 | 199,750.00 | Invoice | Nortel Networks Inc. |
| | 435588 | EION Inc. | E80565 | 6200005209 | 8/22/2008 | 56,066.67 | Invoice | Nortel Networks Inc. |
| Total | 5 | | | | | $646,411.67 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.