*Exhibit A*

*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 464982 | Kodiak Technology Partners LLC | N/A | 6000000443 | 7/7/2009 | 48,200.00 | Payment | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | N/A | 6000000437 | 7/7/2009 | 13,000.00 | Payment | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | N/A | 6000000421 | 5/29/2009 | 204,300.00 | Payment | Nortel Networks (CALA) Inc. |
| Total | 3 | | | | $265,500.00 | | |
| **Invoices** | | | | | | | |
| 464982 | Kodiak Technology Partners LLC | NRTK10102 | 6000000443 | 3/26/2009 | 35,700.00 | Invoice | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | NRTK1020121 | 6000000443 | 3/26/2009 | 12,500.00 | Invoice | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | NRTK10206FIN | 6000000437 | 3/5/2009 | 13,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | NRTK10207 | 6000000421 | 1/13/2009 | 76,000.00 | Invoice | Nortel Networks (CALA) Inc. |
| 464982 | Kodiak Technology Partners LLC | NRTK102062 | 6000000421 | 1/13/2009 | 128,300.00 | Invoice | Nortel Networks (CALA) Inc. |
| Total | 5 | | | | $265,500.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.