Exhibit A

**Nortel Networks Inc., et al.**
**90-day Payments and Related Invoices**

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| **90-Day Payments** | | | | | | | |
| 424957 | ITC Networks SRL | N/A | 6200005868 | 1/5/2009 | 1,078,916.90 | Payment | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | N/A | 6200005678 | 12/16/2008 | 113,647.00 | Payment | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | N/A | 6200005509 | 12/1/2008 | 1,107,761.46 | Payment | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | N/A | 6200005334 | 11/17/2008 | 1,268,331.74 | Payment | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | N/A | 6200005008 | 10/16/2008 | 1,244,451.44 | Payment | Nortel Networks Inc. |
| Total 5 | | | | | $4,813,108.54 | | |
| **Invoices** | | | | | | | |
| 424957 | ITC Networks SRL | ITC997 | 6200005868 | 10/25/2008 | 721,202.57 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC999 | 6200005868 | 10/25/2008 | 357,714.33 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC994 | 6200005678 | 9/30/2008 | 113,647.00 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC988 | 6200005509 | 9/22/2008 | 704,923.03 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC991 | 6200005509 | 9/22/2008 | 25,860.00 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC990 | 6200005509 | 9/22/2008 | 376,978.43 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC982 | 6200005334 | 9/1/2008 | 39,508.33 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC985 | 6200005334 | 9/1/2008 | 124,837.00 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC981 | 6200005334 | 9/1/2008 | 384,728.11 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC979 | 6200005334 | 9/1/2008 | 719,258.30 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC970 | 6200005008 | 7/30/2008 | 389,341.16 | Invoice | Nortel Networks Inc. |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.

*Nortel Networks Inc., et al.*  *Exhibit A*
*90-day Payments and Related Invoices*

| Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|
| 424957 | ITC Networks SRL | ITC973A | 6200005008 | 7/30/2008 | 58,611.66 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC971 | 6200005008 | 7/30/2008 | 693,793.62 | Invoice | Nortel Networks Inc. |
| 424957 | ITC Networks SRL | ITC975 | 6200005008 | 7/30/2008 | 102,705.00 | Invoice | Nortel Networks Inc. |
| Total | 14 | | | | $4,813,108.54 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.