*Nortel Networks Inc., et al.*
*90-day Payments and Related Invoices*

*Exhibit A*

| | Nortel AP Vendor # | Vendor Name | Vendor Invoice # | Nortel Payment # | Payment Date (1) / Invoice Date | 90-Day Payment / Vendor Invoice Amount | Nortel Payment / Vendor Invoice | Debtor Name |
|---|---|---|---|---|---|---|---|---|
| 90-Day Payments | | | | | | | | |
| | 390315 | Sigma Systems Canada Inc. | N/A | 6200005713 | 12/16/2008 | 145,500.00 | Payment | Nortel Networks Inc. |
| | 390315 | Sigma Systems Canada Inc. | N/A | 6200005196 | 11/3/2008 | 100,000.00 | Payment | Nortel Networks Inc. |
| Total | 2 | | | | | $245,500.00 | | |
| Invoices | | | | | | | | |
| | 390315 | Sigma Systems Canada Inc. | 2833 | 6200005713 | 7/31/2008 | 145,500.00 | Invoice | Nortel Networks Inc. |
| | 390315 | Sigma Systems Canada Inc. | 2833REV | 6200005713 | 7/31/2008 | (145,500.00) | Invoice | Nortel Networks Inc. |
| | 390315 | Sigma Systems Canada Inc. | 2833CORR | 6200005713 | 7/31/2008 | 145,500.00 | Invoice | Nortel Networks Inc. |
| | 390315 | Sigma Systems Canada Inc. | 2905 | 6200005196 | 8/31/2008 | 100,000.00 | Invoice | Nortel Networks Inc. |
| Total | 4 | | | | | $245,500.00 | | |

Footnotes:

[1] Payment Date is defined as the date the payment cleared Nortel's treasury account.