# EXHIBIT D

## List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
August 1, 2010 - August 31, 2010
**Summary of Services Rendered by Project**

| Project # | Project Description | Aug |
|---|---|---|
| 1 | Interface with Company Personnel | 10.5 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 64.7 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 151.3 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 1.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **227.5** |

**Summary of Services Rendered by Professional**

| Name | Aug |
|---|---|
| Terry Savage, Managing Director | 4.2 |
| Michael Murray, Managing Director | 8.5 |
| David Descoteaux, Managing Director | 37.5 |
| Matthew Hart, Director | 27.8 |
| Sumeet Mehra, Vice President | 1.5 |
| Colin Keenan, Associate | 75.5 |
| Justin Lux, Analyst | 72.5 |
| **TOTAL** | **227.5** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/09/10 | Advisor call | 0.8 | 2 |
| 08/16/10 | Advisor call | 1.0 | 2 |
| 08/23/10 | Advisor call | 0.8 | 2 |
| 08/30/10 | Call re: Mediator for allocations | 1.0 | 2 |
| 08/31/10 | Call with Jim Bromley re: update | 0.6 | 2 |
| | **AUGUST HOURS** | **4.2** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/04/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/06/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/09/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/11/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/17/10 | Calls, General Strategic Discussions, Correspondence, Meeting | 1.5 | 8 |
| 08/25/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/26/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/30/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 08/31/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 08/31/10 | Travel, car/air | 2.5 | 8 |
| | **AUGUST HOURS** | 8.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/02/10 | calls, general process, emails | 1.0 | 8 |
| 08/09/10 | calls, general process, emails | 4.0 | 8 |
| 08/10/10 | calls, general process, emails | 2.5 | 1 |
| 08/11/10 | calls, general process, emails | 3.5 | 8 |
| 08/12/10 | calls, general process, emails | 2.0 | 8 |
| 08/13/10 | mgmt prep, general process, meetings, calls | 4.5 | 2 |
| 08/16/10 | calls, general process, emails | 2.0 | 8 |
| 08/17/10 | calls, general process, emails | 2.0 | 8 |
| 08/18/10 | calls, general process, emails | 1.5 | 8 |
| 08/18/10 | calls, general process, emails | 1.0 | 1 |
| 08/19/10 | calls, general process, emails | 1.5 | 8 |
| 08/20/10 | calls, general process, emails | 1.0 | 1 |
| 08/23/10 | calls, general process, emails | 1.5 | 8 |
| 08/24/10 | calls, general process, emails | 4.0 | 8 |
| 08/25/10 | calls, general process, emails | 1.5 | 8 |
| 08/26/10 | calls, general process, emails | 1.0 | 8 |
| 08/27/10 | calls, general process, emails | 1.0 | 8 |
| 08/30/10 | calls, general process, emails | 2.0 | 8 |

**AUGUST HOURS** 37.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/23/10 | Call w/mgmt, GIP re. IP | 1.8 | 1 |
| 08/17/10 | Meeting w/all parties re. asset sale proceeds allocation | 8.0 | 2 |
| 08/18/10 | Meeting w/all parties re. asset sale proceeds allocation | 5.0 | 2 |
| 08/20/10 | Call w/potential bidder | 1.5 | 8 |
| 08/19/10 | Meeting w/EMEA Admin re IP | 1.5 | 2 |
| 08/10/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 08/24/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 08/03/10 | Weekly IP working group call | 1.0 | 2 |
| 08/10/10 | Weekly IP working group call | 1.0 | 2 |
| 08/17/10 | Weekly IP working group call | 1.0 | 2 |
| 08/24/10 | Weekly IP working group call | 1.0 | 2 |
| 08/02/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/09/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/16/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 08/30/10 | Call w/all parties re. asset sale proceeds allocation | 1.0 | 2 |

**AUGUST HOURS**     27.8

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Sumeet Mehra - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/10/10 | Update Call | 0.5 | 8 |
| 08/16/10 | Planning Call | 1.0 | 8 |
| | **AUGUST HOURS** | 1.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/01/10 | IP coordination and logistics | 2.0 | 8 |
| 08/02/10 | IP coordination and logistics | 2.5 | 8 |
| 08/02/10 | Review contact log | 0.5 | 8 |
| 08/03/10 | IP NLT call | 2.0 | 2 |
| 08/04/10 | IP coordination and logistics | 2.5 | 8 |
| 08/05/10 | Meeting with interested party, including travel | 8.0 | 2 |
| 08/06/10 | Internal discussion re IP | 2.3 | 2 |
| 08/06/10 | IP coordination and logistics | 2.5 | 8 |
| 08/09/10 | Meeting with FAs re IP | 5.0 | 2 |
| 08/09/10 | Review contact log | 1.8 | 8 |
| 08/10/10 | IP NLT call | 1.5 | 2 |
| 08/10/10 | IP coordination and logistics | 2.0 | 8 |
| 08/11/10 | Internal call re diligence | 0.8 | 1 |
| 08/11/10 | IP coordination and logistics | 1.3 | 8 |
| 08/11/10 | Financial analysis review | 3.5 | 8 |
| 08/12/10 | Internal call re diligence | 1.0 | 2 |
| 08/12/10 | Financial analysis review | 1.0 | 8 |
| 08/12/10 | IP coordination and logistics | 2.5 | 8 |
| 08/13/10 | Internal call re diligence | 1.0 | 2 |
| 08/13/10 | Meeting with interested party | 3.5 | 2 |
| 08/14/10 | IP coordination and logistics | 2.0 | 8 |
| 08/17/10 | IP coordination and logistics | 3.0 | 8 |
| 08/17/10 | Review contact log | 1.8 | 8 |
| 08/18/10 | IP coordination and logistics | 1.0 | 8 |
| 08/19/10 | Meeting with UKA re IP | 1.5 | 2 |
| 08/20/10 | IP coordination and logistics | 2.8 | 8 |
| 08/23/10 | Internal call | 0.5 | 1 |
| 08/24/10 | IP NLT and FA calls | 1.3 | 2 |
| 08/24/10 | Internal discussion re IP | 0.5 | 2 |
| 08/24/10 | Financial analysis review | 5.0 | 8 |
| 08/26/10 | IP coordination and logistics | 2.5 | 8 |
| 08/28/10 | IP coordination and logistics | 1.8 | 8 |
| 08/29/10 | IP coordination and logistics | 2.0 | 8 |
| 08/30/10 | Discussion with interested party | 2.0 | 2 |
| 08/31/10 | Internal discussion re IP | 1.0 | 2 |

**AUGUST HOURS** 75.5

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 08/01/10 | General process/diligence/emails re. IP | 1.5 | 8 |
| 08/02/10 | General process/contact log/emails re. IP | 4.0 | 8 |
| 08/03/10 | General process/contact log/emails re. IP | 3.0 | 8 |
| 08/03/10 | IP Update Call w/ mgmt and counsel | 1.0 | 1 |
| 08/04/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 08/05/10 | Hours/Fee Application Prep | 1.0 | 11 |
| 08/05/10 | General process/analysis/emails re. IP | 4.0 | 8 |
| 08/06/10 | General process/contact log/correspondence re. IP | 3.0 | 8 |
| 08/06/10 | Debt Pricing Update | 0.5 | 8 |
| 08/08/10 | General process/materials re. IP | 3.0 | 8 |
| 08/09/10 | Prep/Meeting in NY with advisors/monitor re. IP | 9.0 | 8 |
| 08/10/10 | Internal IP Call | 1.0 | 8 |
| 08/10/10 | IP Update Call w/ mgmt and counsel | 0.5 | 2 |
| 08/10/10 | Financial Analysis/model | 1.5 | 8 |
| 08/11/10 | General process/diligence/emails re. IP | 2.0 | 8 |
| 08/12/10 | General process/diligence/emails re. IP | 4.0 | 8 |
| 08/13/10 | General process/analysis/emails re. IP | 3.0 | 8 |
| 08/16/10 | General process/diligence/emails re. IP | 3.0 | 8 |
| 08/16/10 | Call with UK Admin re. model | 0.5 | 2 |
| 08/17/10 | General process/analysis/emails re. IP | 2.0 | 8 |
| 08/18/10 | Internal IP Call re. diligence | 1.0 | 1 |
| 08/19/10 | General process/analysis/emails re. IP | 3.0 | 8 |
| 08/23/10 | Financial Analysis/model | 6.0 | 8 |
| 08/24/10 | IP Update Call w/ mgmt and counsel | 1.0 | 1 |
| 08/25/10 | General process/contact log/emails re. IP | 4.0 | 8 |
| 08/26/10 | General process/contact log/emails re. IP | 2.5 | 8 |
| 08/27/10 | General process/diligence/emails re. IP | 4.0 | 8 |
| 08/27/10 | Debt Pricing Update | 0.5 | 8 |

**AUGUST HOURS**     72.5