# EXHIBIT E

## Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**August 1, 2010 - August 31, 2010**


**Fee Calculation**

| Item | Amount Incurred |
|---|---|
| Monthly Fees: August 1, 2010 - August 31, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |


**Summary of Out-of-Pocket Expenses**[1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $85.18 |
| Courier/Shipping | 41.62 |
| Electronic Information Service | 10,000.00 |
| Employee Meals | 277.99 |
| Meals-Meetings/Travel | 8.13 |
| Temporary Wages | 34.97 |
| Travel | 12.00 |
| **TOTAL** | **$10,459.89** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Aug 10.xlsx

# L A Z A R D

Expense Detail

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

Currency: USD - US Dollar

NYC03833 - Nortel Networks Corp.

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| **Car Services and Taxis** | | | | |
| | 8/6/2010 | Mombru-2 taxis Nortel closing dinner Trans: GBP 33.00 / Mombru, Ian | | 50.81 |
| | 8/30/2010 | Descoteaux-D 07/15/2010 08:22 Origin: 301 E 62 ST  M Dest: 1 LIBERTY PLAZA 10038 M / DIAL CAR | | 34.37 |
| | | | Subtotal: | 85.18 |
| **Couriers / Shipping** | | | | |
| | 8/18/2010 | DHL JULY10 Trans: GBP 27.03 / DHL Worldwide Express | | 41.62 |
| | | | Subtotal: | 41.62 |
| **Electronic Information Service** | | | | |
| | 8/23/2010 | NORTEL PATENT STUDY / GLOBAL TECHNOLOGY TRANSFER GROUP, INC. | | 10,000.00 |
| | | | Subtotal: | 10,000.00 |
| **Employee Meals** | | | | |
| | 8/27/2010 | Keenan-M 04-AUG-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 22.87 |
| | 8/27/2010 | Keenan-M 09-AUG-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 25.18 |
| | 8/4/2010 | Keenan-M 15-JUL-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 25.71 |
| | 8/27/2010 | Keenan-M 29-JUL-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | | 24.62 |
| | 8/4/2010 | Lux-M 14-JUL-2010 Wild Edibles / SEAMLESSWEB PROFESSIONAL | | 19.41 |
| | 8/27/2010 | Lux-M 17-AUG-2010 Bukhara (49th St / SEAMLESSWEB PROFESSIONAL | | 26.07 |
| | 8/27/2010 | Murphy-M 28-JUL-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | | 26.03 |
| | 8/27/2010 | Wilson-M 13-AUG-2010 Kool Bloo / SEAMLESSWEB PROFESSIONAL | | 26.25 |
| | 8/13/2010 | Zhang-dinner-1 attendee 07/05/2010 | | 20.35 |
| | 8/13/2010 | Zhang-Boston-lunch 1 attendee 06/27/2010 | | 12.89 |
| | 8/13/2010 | Zhang-Boston-lunch-1 attendee 06/14/2010 | | 8.61 |
| | 8/13/2010 | Zhang-Boston-lunch-1 attendee 07/05/2010 | | 15.00 |
| | 8/13/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 06/28/2010 | | 25.00 |
| | | | Subtotal: | 277.99 |
| **Meals-Meetings/Travel** | | | | |
| | 8/6/2010 | Hart-Bfast while traveling NY, 1p 06/04/2010 | | 8.13 |
| | | | Subtotal: | 8.13 |
| **Temporary Wages** | | | | |
| | 8/2/2010 | Lux-Word processing job charges / TIGER INFORMATION SYSTEMS | | 34.97 |
| | | | Subtotal: | 34.97 |
| **Travel** | | | | |
| | 8/4/2010 | Mehra-Boston-parking-1 day 07/20/2010 | | 12.00 |
| | | | Subtotal: | 12.00 |

CLOSING BALANCE as of 8/31/2010    10,459.89