# EXHIBIT D

## List of Professionals and Details of Hours Expended

**Nortel Networks, Inc.**
Lazard Frères & Co. LLC
September 1, 2010 - September 30, 2010
Summary of Services Rendered by Project

| Project # | Project Description | Sep |
|:---:|---|---:|
| 1 | Interface with Company Personnel | 13.3 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 31.9 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 3.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 218.9 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 1.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **268.5** |

**Summary of Services Rendered by Professional**

| Name | Sep |
|---|---:|
| Terry Savage, Managing Director | 6.2 |
| Michael Murray, Managing Director | 27.5 |
| David Descoteaux, Managing Director | 52.5 |
| Matthew Hart, Director | 15.3 |
| Sumeet Mehra, Vice President | 40.8 |
| Colin Keenan, Associate | 50.8 |
| Justin Lux, Analyst | 62.5 |
| Donald Zhang, Analyst | 13.0 |
| **TOTAL** | **268.5** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co.  LLC
Terry Savage - Managing Director

| Date: | Description of Work: | Hours: | Code |
|--------|----------------------|--------|------|
| 09/06/10 | Advisor call | 1.1 | 2 |
| 09/07/10 | IP weekly update call | 0.6 | 8 |
| 09/13/10 | Weekly advisor call | 1.0 | 2 |
| 09/20/10 | Weekly advisor call | 1.0 | 2 |
| 09/21/10 | IP weekly update call | 0.8 | 8 |
| 09/22/10 | Weekly advisor call | 1.0 | 2 |
| 09/29/10 | Weekly IP call | 0.7 | 8 |
| | **SEPTEMBER HOURS** | **6.2** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co.  LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 09/01/10 | Hearing, Calls, General Strategic Discussions, Correspondence | 4.0 | 8 |
| 09/01/10 | Travel | 1.0 | 8 |
| 09/02/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/06/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/07/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/08/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/09/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/13/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/14/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/15/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/16/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/20/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/21/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/22/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/23/10 | Calls, General Strategic Discussions, Correspondence | 0.5 | 8 |
| 09/27/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 09/28/10 | Calls, General Strategic Discussions, Correspondence | 1.0 | 8 |
| 09/29/10 | Calls, General Strategic Discussions, Correspondence, meeting prep | 1.0 | 8 |
| 09/29/10 | Travel (air/car) | 2.5 | 8 |
| 09/30/10 | Travel, car | 0.5 | 8 |
| 09/30/10 | Hearing prep, Calls, Hearing | 10.0 | 8 |
| | **SEPTEMBER HOURS** | 27.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/02/10 | calls, general process, emails | 1.0 | 8 |
| 09/03/10 | calls, general process, emails | 1.5 | 8 |
| 09/07/10 | calls, general process, emails | 1.0 | 8 |
| 09/07/10 | calls, general process, emails | 1.0 | 1 |
| 09/08/10 | calls, general process, emails | 2.0 | 8 |
| 09/09/10 | calls, general process, emails | 0.5 | 8 |
| 09/10/10 | calls, general process, emails | 1.5 | 8 |
| 09/13/10 | calls, general process, emails | 1.0 | 1 |
| 09/14/10 | calls, general process, emails | 3.5 | 8 |
| 09/16/10 | calls, general process, emails | 2.5 | 1 |
| 09/17/10 | calls, general process, emails | 2.0 | 8 |
| 09/20/10 | calls, general process, emails | 2.5 | 2 |
| 09/21/10 | calls, general process, emails | 2.0 | 8 |
| 09/22/10 | calls, general process, emails | 3.0 | 8 |
| 09/22/10 | calls, general process, emails | 2.0 | 1 |
| 09/23/10 | calls, general process, emails | 4.0 | 8 |
| 09/24/10 | Auction | 9.0 | 8 |
| 09/27/10 | calls, general process, emails | 2.0 | 8 |
| 09/28/10 | calls, general process, emails | 0.5 | 8 |
| 09/29/10 | mgmt prep, general process, meetings, calls | 3.0 | 2 |
| 09/30/10 | travel, calls, general process, emails and sale hearing | 7.0 | 8 |
| | **SEPTEMBER HOURS** | 52.5 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/02/10 | Call w/mgmt, GIP re. IP | 0.8 | 1 |
| 09/02/10 | Call w/mgmt, GIP re. IP | 1.5 | 1 |
| 09/07/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 09/07/10 | Weekly IP working group call | 1.0 | 2 |
| 09/13/10 | Weekly Nortel advisors call | 1.0 | 2 |
| 09/14/10 | Weekly IP working group call | 1.0 | 2 |
| 09/19/10 | Review bids | 2.0 | 8 |
| 09/21/10 | Bi-weekly call w/mgmt and all advisors re. IP | 1.0 | 2 |
| 09/21/10 | Weekly IP working group call | 1.0 | 2 |
| 09/23/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 09/27/10 | Call w/mgmt, GIP re. IP | 1.0 | 8 |
| 09/28/10 | Weekly IP working group call | 1.0 | 2 |
| 09/29/10 | Meeting w/all parties re. IP | 2.0 | 2 |
| **SEPTEMBER HOURS** | | **15.3** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
*Sumeet Mehra - Vice President*

| Date: | Description of Work: | Hours: | Code |
|-------|----------------------|--------|------|
| 09/01/10 | Update Call | 2.0 | 8 |
| 09/02/10 | Planning Call | 0.5 | 8 |
| 09/03/10 | Due diligence | 1.5 | 8 |
| 09/07/10 | Call | 0.5 | 8 |
| 09/07/10 | Call | 0.5 | 8 |
| 09/07/10 | Call | 0.5 | 8 |
| 09/07/10 | Call | 0.5 | 8 |
| 09/07/10 | Initial Orientation Call | 0.5 | 8 |
| 09/10/10 | Management Presentation | 3.0 | 8 |
| 09/13/10 | Financial Call | 1.0 | 8 |
| 09/14/10 | Supply Chain call | 2.0 | 8 |
| 09/15/10 | Forecast Review Call | 0.5 | 8 |
| 09/15/10 | Balance Sheet Projections Call | 1.0 | 8 |
| 09/15/10 | Update Call | 0.5 | 8 |
| 09/16/10 | Projections call | 1.3 | 8 |
| 09/16/10 | Update Call | 1.0 | 8 |
| 09/16/10 | Projections followup call | 1.0 | 8 |
| 09/17/10 | Bid call | 1.0 | 8 |
| 09/17/10 | Results call | 1.0 | 8 |
| 09/17/10 | Finance follow up call | 1.0 | 8 |
| 09/17/10 | Call | 0.5 | 8 |
| 09/20/10 | Deadline discussion call | 0.5 | 8 |
| 09/21/10 | Update call | 1.0 | 8 |
| 09/22/10 | Bid call | 1.0 | 8 |
| 09/23/10 | Call on Starting Bid | 1.0 | 8 |
| 09/24/10 | Auction | 10.0 | 8 |
| 09/30/10 | Sale hearing | 6.0 | 8 |

**SEPTEMBER HOURS**      **40.8**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 09/06/10 | IP coordination and logistics | 2.5 | 8 |
| 09/07/10 | IP NLT, FA and internal calls | 1.8 | 2 |
| 09/07/10 | Research re bidding procedures | 2.5 | 3 |
| 09/08/10 | IP coordination and logistics | 2.0 | 8 |
| 09/09/10 | IP coordination and logistics | 2.0 | 8 |
| 09/10/10 | Review contact log | 0.5 | 8 |
| 09/10/10 | IP coordination and logistics | 2.5 | 8 |
| 09/13/10 | IP coordination and logistics | 1.8 | 8 |
| 09/14/10 | IP FA call | 0.8 | 2 |
| 09/15/10 | Internal call re diligence | 0.8 | 2 |
| 09/16/10 | Review contact log | 1.5 | 8 |
| 09/17/10 | IP bid review & summaries | 6.5 | 8 |
| 09/17/10 | IP coordination and logistics | 3.0 | 8 |
| 09/18/10 | IP bid summaries | 3.5 | 8 |
| 09/20/10 | Internal discussion | 3.5 | 2 |
| 09/21/10 | IP NLT and FA calls | 2.5 | 2 |
| 09/22/10 | IP coordination and logistics | 2.5 | 8 |
| 09/23/10 | Internal call re diligence | 1.5 | 1 |
| 09/23/10 | Financial analysis review | 2.5 | 8 |
| 09/24/10 | IP coordination and logistics | 2.3 | 8 |
| 09/28/10 | Monthly corporate review | 0.5 | 3 |
| 09/29/10 | Internal discussion re IP | 1.5 | 2 |
| 09/30/10 | IP coordination and logistics | 2.5 | 8 |

**SEPTEMBER HOURS**      **50.8**

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 09/01/10 | General process/diligence/emails re. IP | 1.5 | 8 |
| 09/02/10 | General process/diligence/emails re. IP | 0.5 | 8 |
| 09/03/10 | General process/diligence/emails re. IP | 1.5 | 8 |
| 09/07/10 | Call with UK Monitor re. model | 0.5 | 2 |
| 09/07/10 | General process/diligence/emails re. IP | 5.0 | 8 |
| 09/07/10 | Hours/Fee Application Prep | 1.5 | 11 |
| 09/08/10 | Dataroom additions/calls/general process | 1.5 | 8 |
| 09/09/10 | General process/diligence/emails re. IP | 1.0 | 1 |
| 09/10/10 | Debt Pricing Update | 0.5 | 8 |
| 09/13/10 | Dataroom additions/calls/general process | 1.5 | 8 |
| 09/14/10 | General process/analysis/emails re. IP | 2.0 | 8 |
| 09/15/10 | Internal IP Call | 1.0 | 1 |
| 09/15/10 | General process/diligence/emails re. IP | 5.0 | 8 |
| 09/16/10 | General process/contact log/emails re. IP | 3.0 | 8 |
| 09/17/10 | General process/analysis/emails re. IP | 9.0 | 8 |
| 09/19/10 | General process/materials/emails re. IP | 4.0 | 8 |
| 09/20/10 | General process/materials/emails re. IP | 5.0 | 8 |
| 09/21/10 | General process/materials/emails re. IP | 1.0 | 8 |
| 09/22/10 | Internal IP Call re. diligence | 1.0 | 1 |
| 09/23/10 | Financial Analysis/model | 5.0 | 8 |
| 09/23/10 | IP Update Call w/ mgmt and counsel | 1.0 | 2 |
| 09/24/10 | General process/materials/emails re. IP | 3.0 | 8 |
| 09/27/10 | General process/diligence/emails re. IP | 2.0 | 8 |
| 09/27/10 | IP Update Call w/ mgmt and counsel | 1.0 | 2 |
| 09/28/10 | General process/diligence/emails re. IP | 1.0 | 8 |
| 09/29/10 | General process/diligence/emails re. IP | 3.0 | 8 |
| 09/30/10 | General process/diligence/emails re. IP | 0.5 | 8 |
| **SEPTEMBER HOURS** | | **62.5** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Donald Zhang - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 09/24/10 | Multi Service Switch 363 Auction | 13.0 | 8 |
| | **SEPTEMBER HOURS** | **13.0** | |