# EXHIBIT E

# Fee Calculation & Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**September 1, 2010 - September 30, 2010**

## Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: September 1, 2010 - September 30, 2010 | $250,000.00 |
| **TOTAL** | **$250,000.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $348.52 |
| Electronic Information Service | 869.87 |
| Employee Meals | 315.86 |
| Meals-Meetings/Travel | 855.23 |
| Photocopying Costs | 379.40 |
| Temporary Wages | 153.52 |
| Travel | 248.00 |
| **TOTAL** | **$3,170.40** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Sept 10.xlsx

# LAZARD

**DEAL OPEN ITEMS BY CATEGORY**
**ALL EXPENSES**
**NYC03833 - Nortel Networks Corp.**

Expense Detail

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 9/2/2010 | Keenan-CAB 8/12Fr.LateOvernightHome 08/12/2010 | 11.50 |
| | 9/2/2010 | Keenan-Cab8/11Wed.LateOffice-Home 08/11/2010 | 12.70 |
| | 9/1/2010 | Keenan-Cab8/5 PHL mtg to PHL station 08/05/2010 | 65.00 |
| | 9/2/2010 | Keenan-Cab8/5LateOffice-HomeAfterTrav 08/05/2010 | 8.20 |
| | 9/2/2010 | Keenan-CAB8/5PennStationToOffice 08/05/2010 | 9.10 |
| | 9/2/2010 | Keenan-CabSundayOfficeToHome7/18 07/18/2010 | 10.20 |
| | 9/30/2010 | Keenan-R 08/09/2010 15:49 Origin: 50 W 50TH ST Dest: LGA AIRPORT / ROYAL DISPATCH | 53.77 |
| | 9/30/2010 | Keenan-R 08/13/2010 14:33 Origin: 50 W 50TH ST Dest: LGA AIRPORT / ROYAL DISPATCH | 57.05 |
| | 9/2/2010 | Keenan-TAXI 7/27TuesLateHome@3a.m. 07/27/2010 | 10.70 |
| | 9/2/2010 | Keenan-TAXI 8/13Fri.LateHome@1:47am 08/13/2010 | 11.10 |
| | 9/30/2010 | Keenan-TAXI 8/26Thurs.LateOffice-Home 08/27/2010 | 12.70 |
| | 9/30/2010 | Keenan-TAXI 9/17Tues.LateOffice-Home 09/07/2010 | 12.70 |
| | 9/2/2010 | Keenan-TAXI7/14LateHomeFromOffice 07/15/2010 | 12.30 |
| | 9/2/2010 | Keenan-TAXI7/16LateHomeFromOffice 07/16/2010 | 11.50 |
| | 9/30/2010 | Keenan-TAXI8/14Sat.HomeBackToOffice 08/14/2010 | 12.70 |
| | 9/30/2010 | Keenan-TAXI8/15Sun.Office-Home 08/16/2010 | 12.30 |
| | 9/30/2010 | Keenan-TAXI8/16Mon.LateHomeFromOffice 08/17/2010 | 12.30 |
| | 9/30/2010 | Keenan-TAXI8/17Tues.LateOffice-Home 08/17/2010 | 12.70 |
| | | Subtotal: | 348.52 |
| **Electronic Information Service** | | | |
| | 9/14/2010 | INVESTEXT FEB 10 DELHI USAGE / THOMSON REUTERS (MARKETS) LLC | 209.84 |
| | 9/14/2010 | INVESTEXT APR 10 USAGE / THOMSON REUTERS (MARKETS) LLC | 152.94 |
| | 9/15/2010 | INVESTEXT CHGBKS FEB 10 / THOMSON REUTERS (MARKETS) LLC | 507.09 |
| | | Subtotal: | 869.87 |
| **Employee Meals** | | | |
| | 9/27/2010 | Keenan-M 08-SEP-2010 Cafe Duke / SEAMLESSWEB PROFESSIONAL | 26.31 |
| | 9/27/2010 | Keenan-M 17-SEP-2010 Blake & Todd / SEAMLESSWEB PROFESSIONAL | 24.79 |
| | 9/27/2010 | Keenan-M 18-SEP-2010 33-Golden City / SEAMLESSWEB PROFESSIONAL | 15.77 |
| | 9/27/2010 | Lux-M 16-SEP-2010 Whym Restaurant / SEAMLESSWEB PROFESSIONAL | 26.15 |
| | 9/27/2010 | Lux-M 17-SEP-2010 Alpha Fusion / SEAMLESSWEB PROFESSIONAL | 14.46 |
| | 9/27/2010 | Murphy-M 13-SEP-2010 Fresh Basil's / SEAMLESSWEB PROFESSIONAL | 26.05 |
| | 9/27/2010 | Tyskiewicz-M 01-SEP-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 26.18 |
| | 9/27/2010 | Tyskiewicz-M 07-SEP-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 25.92 |
| | 9/27/2010 | Tyskiewicz-M 08-SEP-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 26.21 |
| | 9/27/2010 | Tyskiewicz-M 31-AUG-2010 Mangia (48th St. / SEAMLESSWEB PROFESSIONAL | 25.53 |
| | 9/8/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 07/23/2010 | 25.00 |
| | 9/8/2010 | Zhang-DINING IN BOSTON BRIGHTON MA 08/02/2010 | 25.00 |

Nortel_Sept 10.xlsx  Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| Employee Meals | 9/8/2010 | Zhang-STARBUCKS USA 008755 BOSTON MA 08/07/2010 | | 14.84 |
| | 9/8/2010 | Zhang-STARBUCKS USA 008755 BOSTON MA 08/08/2010 | | 13.65 |
| | | | Subtotal: | 315.86 |
| Meals-Meetings/Travel | 9/1/2010 | Keenan-8/5Lunch in PHL 08/03/2010 | | 7.01 |
| | 9/2/2010 | Keenan-CAFEMETRO Lunch for 30 @Lazard 08/09/2010 | | 697.92 |
| | 9/30/2010 | Keenan-MANGIA Lunch for 6 @ lazard 08/13/2010 | | 150.30 |
| | | | Subtotal: | 855.23 |
| Photocopying Costs | 9/27/2010 | CPYCNTR JOBS DONE IN 08/10 / NON VENDOR (AP JOURNALS) | | 379.40 |
| | | | Subtotal: | 379.40 |
| Temporary Wages | 9/28/2010 | Zhang-Word processing job charges / CUSTOM STAFFING INC. | | 153.52 |
| | | | Subtotal: | 153.52 |
| Travel | 9/2/2010 | Keenan-AMTRAK8/5PHLStation-PennStatio 08/05/2010 | | 146.00 |
| | 9/2/2010 | Keenan-AMTRAK8/5PennStation-PHLStatio 08/05/2010 | | 102.00 |
| | | | Subtotal: | 248.00 |

CLOSING BALANCE as of 9/30/2010   3,170.40