# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 9/1/2010 | 9/30/2010 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document Preservation Project | 13.60 | $450.00 | $6,120.00 |
| 2 | Richardson Facility Document Inventory | 24.00 | $450.00 | $10,800.00 |
| 3 | Human Resources - Employee Related Projects | 24.60 | $450.00 | $11,070.00 |
| 4 | Fee Apps | 1.70 | $450.00 | $765.00 |
| 5 | Non-working travel | 24.10 | $225.00 | $5,422.50 |
| 6 | Misc Debtor Issues and Communications | 1.00 | $450.00 | $450.00 |
| | **Hours/Billing Amount for Period:** | **89.00** | | **$34,627.50** |

# NORTEL TIME SHEET

## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/2/2010 | Conference call John Ray & Tamara Britt re document project | Richard Lydecker | 1 | 0.5 |
| 9/3/2010 | Correspondence received, reviewed, responded on storage costs and box count review for US motion on document preservation project - R.Dipper, RLKS, Cleary (T.Britt, D.Buell) | Kathryn Schultea | 1 | 1.5 |
| 9/3/2010 | Review document disposal motion--respond with e-mail comments | Richard Lydecker | 1 | 1.5 |
| 9/3/2010 | Respond to Rick Dipper e-mail re document disposal motion | Richard Lydecker | 1 | 0.2 |
| 9/3/2010 | E-mail to Tamara Britt re document disposal motion | Richard Lydecker | 1 | 0.2 |
| 9/8/2010 | Conference call on document retention motion - Cleary, T.Britt/K.Spiering | Kathryn Schultea | 1 | 0.5 |
| 9/8/2010 | Telephone call Kimberly spiering re document mostion | Richard Lydecker | 1 | 0.2 |
| 9/16/2010 | Review documentation from Cleary on US Debtors motions re: document retention and disposal | Kathryn Schultea | 1 | 0.5 |
| 9/20/2010 | Meeting with Cleary in NY on document retention project and motion | Kathryn Schultea | 1 | 0.5 |
| 9/20/2010 | Meeting with J.Ray at Cleary in NY on status update re: doc retention and outsourcing projects | Kathryn Schultea | 1 | 2.3 |
| 9/23/2010 | Meeting at Cleary in NY on document preservation project, pending motion, and Canada Term Sheet | Kathryn Schultea | 1 | 3.0 |
| 9/27/2010 | Conference call on eData retention - Cleary, T.Britt/K.Spiering | Kathryn Schultea | 1 | 0.5 |
| 9/28/2010 | Conference call with T.Britt, K.Spiering, D.Buell on document motion, term sheet, logistics | Kathryn Schultea | 1 | 0.2 |
| 9/28/2010 | Review document retention process documents from Cleary (D.Buell) | Kathryn Schultea | 1 | 0.5 |
| 9/28/2010 | Review documentation process for leavers on data preservation | Kathryn Schultea | 1 | 0.5 |
| 9/30/2010 | Conference call on document retention motion/scheduled hearing - T.Britt, K.Spiering, D.Buell | Kathryn Schultea | 1 | 1.0 |
| 9/1/2010 | Correspondence received, reviewed, responded on Richardson, TX project - R.Dipper, M.Briske, D.Power | Kathryn Schultea | 2 | 1.1 |
| 9/2/2010 | Communication with Iron Mountain regarding Richardson, TX project | Kathryn Schultea | 2 | 0.3 |
| 9/2/2010 | Conference call with J.Ray on status of Richardson document inventory project and PEO | Kathryn Schultea | 2 | 1.0 |
| 9/3/2010 | Communication and correspondence with Iron Mountain regarding Richardson, TX project | Kathryn Schultea | 2 | 0.5 |
| 9/3/2010 | Conference call with Iron Mountain regarding immediate needs correspondence for Richardson, TX project | Kathryn Schultea | 2 | 0.3 |
| 9/3/2010 | Communication with D.Power on visit to Richardson and needs to start project | Kathryn Schultea | 2 | 0.1 |
| 9/7/2010 | Richardson facility evacuation project kick-off, category creation and staffing review | Kathryn Schultea | 2 | 6.8 |
| 9/7/2010 | Contractor online orientation, communications/paper work for Richardson temporary access | Kathryn Schultea | 2 | 1.0 |
| 9/8/2010 | Work plan for Iron Mountain process for Richardson, TX facility | Kathryn Schultea | 2 | 0.5 |
| 9/8/2010 | Meeting with Iron Mountain and PacoTech at Richardson, TX facility | Kathryn Schultea | 2 | 3.0 |
| 9/9/2010 | Discuss K.Schultea trip to Richardson | Richard Lydecker | 2 | 0.2 |
| 9/10/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 9/10/2010 | Conference call on Richardson document project with Iron Mountain | Kathryn Schultea | 2 | 0.3 |
| 9/13/2010 | Richardson facility evacuation project and status meeting | Kathryn Schultea | 2 | 5.3 |
| 9/14/2010 | Review K.Schultea trip report to Richardson. Plan next steps | Richard Lydecker | 2 | 0.2 |
| 9/17/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 9/20/2010 | Communications and follow-up on PO and invoicing for PacoTech re: Richardson inventory work | Kathryn Schultea | 2 | 0.5 |
| 9/24/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |

# NORTEL TIME SHEET

## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/27/2010 | Correspondence with internal Nortel group and Cleary on Richardson Documentation Project | Kathryn Schultea | 2 | 0.5 |
| 9/29/2010 | Call with T.Britt on communications from D.Powers (Nortel) | Kathryn Schultea | 2 | 0.3 |
| 9/30/2010 | Review PacoTech query on Richardson's inventory project | Kathryn Schultea | 2 | 0.6 |
| 9/1/2010 | Correspondence received, reviewed, responded on PEO experience - E.King | Kathryn Schultea | 3 | 0.1 |
| 9/3/2010 | Correspondence to E.King on PEO/ADP status | Kathryn Schultea | 3 | 0.1 |
| 9/7/2010 | Work on PEO cost benefit examples with communication to E.King | Kathryn Schultea | 3 | 0.8 |
| 9/9/2010 | Conference call with Nortel (K.Schmal, R.Hill, T.Rothwell) J.Penn, A.Cone re: retiree data | Kathryn Schultea | 3 | 0.8 |
| 9/9/2010 | Conference call with E.King, D.Lorimer on outsourcing project | Kathryn Schultea | 3 | 0.6 |
| 9/9/2010 | Conference call with J.Ray on outsourcing project and document retention | Kathryn Schultea | 3 | 0.8 |
| 9/9/2010 | Correspondence received, reviewed, responded on PEO project status update from E.King to J.Ray | Kathryn Schultea | 3 | 0.5 |
| 9/9/2010 | Conference call with Nortel and ADP on outsourcing project | Kathryn Schultea | 3 | 1.0 |
| 9/9/2010 | Review documentation from E.King on retiree data request | Kathryn Schultea | 3 | 0.5 |
| 9/10/2010 | Conference call with E.King, R.Hill, T.Rothwell, J.Penn, others on retiree issues | Kathryn Schultea | 3 | 1.5 |
| 9/10/2010 | Conference call with E.King and project team with ADP for outsourcing project | Kathryn Schultea | 3 | 1.0 |
| 9/14/2010 | Call with J.Penn w/Cleary on retiree carrier data issues | Kathryn Schultea | 3 | 0.3 |
| 9/14/2010 | Correspondence received, reviewed, responded on PEO status and NBS headcount - J.Ray, E.King | Kathryn Schultea | 3 | 0.6 |
| 9/14/2010 | Conference call with E.King on employee related matters | Kathryn Schultea | 3 | 0.5 |
| 9/15/2010 | Conference call with J.Ray, E.King, C.Ricaurte on status of employee related matters | Kathryn Schultea | 3 | 0.5 |
| 9/16/2010 | Conference call with J.Ray, E.King, C.Ricaurte on status of employee related matters | Kathryn Schultea | 3 | 1.0 |
| 9/17/2010 | Conference call with Nortel and Administaff re: outsourcing project | Kathryn Schultea | 3 | 1.0 |
| 9/20/2010 | Conference call with E.King/Administaff on outsourcing project | Kathryn Schultea | 3 | 1.0 |
| 9/21/2010 | Review 2011 HR Functions & US Headcount presentation | Kathryn Schultea | 3 | 0.3 |
| 9/22/2010 | Meeting with Nortel staff and Administaff in Houston on outsourcing project | Kathryn Schultea | 3 | 5.5 |
| 9/23/2010 | Meeting at Cleary in NY on outsourcing project presentation - J.Ray, C.Ricaurte, Cleary | Kathryn Schultea | 3 | 1.0 |
| 9/23/2010 | Meeting at Cleary in NY on outsourcing project presentation - E.King, J.Ray, C.Ricaurte, Cleary, others | Kathryn Schultea | 3 | 1.0 |
| 9/24/2010 | Conference call with J.Ray on status of employee related matters | Kathryn Schultea | 3 | 0.5 |
| 9/28/2010 | Outsourcing business case review and documented response | Kathryn Schultea | 3 | 1.4 |
| 9/29/2010 | Review PEO Draft Business Case and provided feedback re: same | Kathryn Schultea | 3 | 0.7 |
| 9/29/2010 | Conference call with E.King and K.Spiering on outsourcing project scenario | Kathryn Schultea | 3 | 0.5 |
| 9/29/2010 | Conference call with E.King, D.Lorimer, K.Spiering and Administaff on outsourcing project scenario | Kathryn Schultea | 3 | 0.5 |
| 9/29/2010 | Call with T.Rothwell re: Administaff proposal | Kathryn Schultea | 3 | 0.1 |
| 9/29/2010 | Conference call with J.Ray, E.King, C.Ricaurte on status of employee related matters | Kathryn Schultea | 3 | 0.5 |
| 9/8/2010 | Quarterly fee application work | Kathryn Schultea | 4 | 0.8 |
| 9/9/2010 | Fee application work and follow-up communications with A.Cordo | Kathryn Schultea | 4 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions**

| Enter Date | Description | Professional | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/29/2010 | Fee application - CNO follow-up communications with A.Cordo | Kathryn Schultea | 4 | 0.2 |
| | | | | |
| 9/7/2010 | Non-working travel to Richardson,Texas facility | Kathryn Schultea | 5 | 2.8 |
| 9/8/2010 | Non-working travel from Richardson, Texas facility to Houston | Kathryn Schultea | 5 | 3.3 |
| 9/13/2010 | Non-working travel to Richardson,Texas facility | Kathryn Schultea | 5 | 3.0 |
| 9/13/2010 | Non-working travel from Richardson, Texas facility to Houston | Kathryn Schultea | 5 | 3.0 |
| 9/22/2010 | Non-working travel to NYC for meeting at Cleary on outsourcing project | Kathryn Schultea | 5 | 6.0 |
| 9/23/2010 | Non-working travel from NYC to Houston | Kathryn Schultea | 5 | 6.0 |
| | | | | |
| 9/8/2010 | Researching re John Ray questions | Richard Lydecker | 6 | 0.8 |
| 9/8/2010 | Researching re John Ray questions | Richard Lydecker | 6 | 0.2 |