# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1, 2010 through September 30, 2010**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $  2,357.20 |
| Travel – Lodging | | 1,148.40 |
| Travel – Meals | | 46.43 |
| Travel – Transportation | | 677.36 |
| | | - |
| TOTAL | | $  4,229.39 |
| | | |

# Nortel Expense Report

PERIOD: **September 1, 2010 through September 30, 2010**

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|------|-------------|-----|-------|-------|----------------|--------------|
| 9/7-8/2010 | Travel to Richardson, TX to kick-off document inventory, boxing, and storage project | $ 327.90 | $ 200.45 | $ 46.43 | $ 109.29 | Kathryn Schultea |
| 9/13/2010 | Travel to Richardson, TX for work on document inventory, boxing, and storage project | $ 327.90 | | | $ 138.97 | Kathryn Schultea |
| 9/20/2010 | Travel to NY, meetings at Cleary office re: employee related matters and document preservation project | $ 327.50 | $ 280.04 | | $ 156.60 | Kathryn Schultea |
| 9/22-23/2010 | Travel to New York, meetings at Cleary office re: employee related matters and document preservation project | $ 1,373.90 | $ 667.91 | | $ 272.50 | Kathryn Schultea |
| | | $ 2,357.20 | $ 1,148.40 | $ 46.43 | $ 677.36 | |