## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| NORTEL NETWORKS, INC., ET AL., | ) |
|  | ) Case No. 09-10138 (KG) |
|  | ) (Chapter 11) |
| Debtor. | ) |

## REQUEST FOR REMOVAL FROM ALL SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned counsel respectfully requests to be removed from the Court's ECF and all other service list(s), including service by mail, as Creditor Brookings Municipal Utilities and Swiftel Communications no longer needs to receive filings in this action. The associated e-mail addresses is as follows:

lyle@lylenelsonlaw.com; jhkirkpatrick@eliasbooks.com

        Respectfully submitted,

        */s/ Lyle R. Nelson*
        Lyle R. Nelson, OBA #10914
        Jennifer H. Kirkpatrick, OBA#19504
        Two Leadership Square, St. 1300
        211 N. Robinson
        Oklahoma City, Oklahoma  73102
        Phone: (405) 232-7567
        Facsimile: (405) 232-4061
        lyle@lylenelsonlaw.com
        jhkirkpatrick@eliasbooks.com
        ATTORNEYS FOR BROOKINGS MUNICIPAL
        UTILITIES AND SWIFTEL COMMUNICATIONS

## **CERTIFICATE OF SERVICE**

      I, hereby certify that a true and correct copy of this document was submitted to the Court via ECF and served upon parties in interest via ECF on November 12, 2010 according to the matrix currently on file in this case.


                                              */s/ Lyle R. Nelson*
                                              Lyle R. Nelson