IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :   Chapter 11
                                                               :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                Debtors.                       :   Jointly Administered
                                                               :
                                                               :   RE: D.I. 75, 345, 552, 1564, 1731, 3210,
                                                               :   4217
                                                               :
---------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF Derek C. Abbott IN FURTHER SUPPORT of THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1. I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, Nunc Pro Tunc to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3. Morris Nichols currently represents Level 3 and certain affiliates thereof in matters unrelated to these cases. I am informed that Level 3 or its affiliates may be creditors or parties-in-interest in these cases.

4. Morris Nichols currently represents Altera Corporation and certain affiliates thereof in matters unrelated to these cases. I am informed that Altera Corporation or its affiliates may be creditors or parties-in-interest in these cases.

5. Morris Nichols currently represents Xilinx, Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that Xilinx, Inc. or its affiliates may be creditors or parties-in-interest in these cases.

6. Morris Nichols currently represents Cox Communications and certain affiliates thereof in matters unrelated to these cases. I am informed that Cox Communications or its affiliates may be creditors or parties-in-interest in these cases.

7. Morris Nichols currently represents Aon and certain affiliates thereof in matters unrelated to these cases. I am informed that Aon or its affiliates may be creditors or parties-in-interest in these cases.

8.  Morris Nichols currently represents Trapeze Networks and certain affiliates thereof in matters unrelated to these cases. I am informed that Trapeze Networks or its affiliates may be creditors or parties-in-interest in these cases.

9.  Morris Nichols currently represents Johnson Controls and certain affiliates thereof in matters unrelated to these cases. I am informed that Johnson Controls or its affiliates may be creditors or parties-in-interest in these cases.

10. Morris Nichols currently represents Andrew LLC and certain affiliates thereof in matters unrelated to these cases. I am informed that Andrew LLC or its affiliates may be creditors or parties-in-interest in these cases.

11. Morris Nichols currently represents Tellabs and certain affiliates thereof in matters unrelated to these cases. I am informed that Tellabs or its affiliates may be creditors or parties-in-interest in these cases.

12. Morris Nichols currently represents Ciena Corporation and certain affiliates thereof in matters unrelated to these cases. I am informed that Ciena Corporation or its affiliates may be creditors or parties-in-interest in these cases.

13. Morris Nichols currently represents Polycom, Inc. and certain affiliates thereof in matters unrelated to these cases. I am informed that Polycom, Inc. or its affiliates may be creditors or parties-in-interest in these cases.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of November, 2010

_____
Derek C. Abbott

3900380.1