# THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Nortel Networks, Inc., Debtor(s). <br> 2221 Lakeside Boulevard <br> Richardson, TX 75082 <br> 04-2486332 | Case No. 09-10138 KG <br> Chapter 11 |

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The Tennessee Attorney General hereby gives notice that the undersigned withdraws the following administrative expense claim against the Debtor(s), a copy of which is attached hereto, pursuant to Fed. R. Bankr. P. 3006:

Creditor: TN Dept. of Revenue

Amount of Administrative Claim: $512,855.00

Date Claim Filed:

Account Number: Claim 5895

Respectfully submitted,

Robert E. Cooper, Jr.
Attorney General and Reporter

/s/Laura L. McCloud

Laura L. McCloud
Assistant Attorney General
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504    Fax: 615-741-3334

## CERTIFICATE OF SERVICE

I certify that on ____November 15, 2010_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

| | |
|---|---|
| Office of the U.S. Trustee <br> 844 King St., Room 2207 <br> Lock Box 35 <br> Wilmington, Delaware 19899-0035 | Ann C. Cordo <br> Attorney for the Debtor(s) <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 |

**TDR**   TENNESSEE DEPARTMENT OF REVENUE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

<u>N/A</u> DISTRICT OF <u>**DELAWARE**</u>

In re

**NORTEL NETWORKS INC.**
Debtor
Taxpayer No. **04-2486332**

**BANKRUPTCY**

No. **09-10138**     Chapter 11

## POST PETITION PRIORITY TAX

This claim is a first priority as an administrative expense incident to the chapter 11 proceedings. This POST PETITION PRIORITY TAX claim is in addition to and does not replace our previous claim (claim control # 21238) dated April 23, 2009 in the amount of $512,855.00.

### PROOF OF CLAIM

1. The undersigned, which resides at Andrew Jackson State Office Building, Nashville, Tennessee 37242, is authorized to Make this proof of claim on behalf of the claimant, the Commissioner of Revenue of the State of Tennessee.
2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted to the claimant, in the Sum of **$512,855.00** (See attachment).
   a. Secured Claim _____
   b. Unsecured Priority Claim _____
   c. Unsecured General Claim _____
   d. Post Petition Priority Tax Claim **$512,855.00**
   e.
3. The consideration for the debt is Tennessee Taxes with interest accruing under the provisions of T.C.A. **67-6-101** Et seq. as follows:
4. No judgment has been rendered on the claim.
5. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
6. This claim is not subject to any setoff or counterclaim.
7. No security interest is held of this claim.

Evidence of perfection of such security interest is attached hereto.

**FILED / RECEIVED**

**OCT 0 5 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Dated: **September 28, 2009**

Signed: Wilbur E. Hooks  Wilbur E. Hooks
9-29-09 Delegate of the Commissioner of Revenue

Claim Control No. **22003 (MD)**



Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005895

Wilbur E. Hooks, Director
TENNESSEE DEPT. OF REVENUE
c/o ATTORNEY GENERAL
P. O. BOX 20207
NASHVILLE, TN  37202-0207
Creditor No. 493734