UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------x

**In re:**                                                         :
                                                                   :   **Chapter 11 Case No.**
                                                                   :   **09-10138 (KG)**
**NORTEL NETWORKS INC, et al.,**                                   :
                                                                   :
                                              **Debtors.**         :   **Jointly Administered**

-------------------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**SUPPLEMENTAL DECLARATION OF JAMES M. LUKENDA, CIRA IN SUPPORT OF THE APPLICATION FOR AN ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP AS ACCOUNTING AND RESTRUCTURING CONSULTANT TO THE DEBTORS**

I, James M. Lukenda, CIRA, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a Managing Director of Huron Consulting Services LLC (that practices as Huron Consulting Group) ("Huron"), a multi-disciplined consulting firm with practices in areas such as bankruptcy and financial restructuring advisory, and with numerous offices throughout the country. I submit this supplemental declaration (the "Supplemental Declaration") on behalf of Huron as a supplement to my declaration in support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Huron Consulting Group as Accounting and Restructuring Consultant to the Debtors ("Nortel" or "the Company") ("the Application") dated February 26, 2009. Except as otherwise noted, I have personal

knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.[1]

2.      On November 2, 2010, Huron Consulting Group Inc. (the "Parent Company"), the parent corporation of Huron, announced the acquisition of Click Commerce, Inc. ("CCI"), a provider of software-based solutions and professional services to leading academic medical centers and research institutions.

3.      Prior to the transaction with the Parent Company, on or about September 23, 2009, CCI filed proofs of claim in the Nortel Chapter 11 cases asserting an amount owed of $77,475 pursuant to a contract dated August 13, 2008.

4.      The members of my team of professionals assisting Nortel are independent of the activities that culminated in the acquisition of CCI by the Parent Company.

5.      With the announcement of the acquisition, the Huron team will refrain from any activity that involves the determination of the allowance of the CCI claim.

6.      In addition, the Non-executive Chairman of the Board of Directors of the Parent Company serves on the Board of Directors of Westcon Group, Inc.  Westcon Group, Inc. has had business relationships with Nortel and was listed on Schedule G of Nortel's Schedules of Assets and Liabilities.

THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK

---

[1] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Huron and are based on information provided by them.

-3-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:   New York, New York
         November 15, 2010

                                        HURON CONSULTING SERVICES LLC

                                        _____
                                        James M. Lukenda, CIRA
                                        Managing Director