# THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

IN RE: Nortel Networks, Inc., Debtor(s).  Case No. 09-10138 KG
2221 Lakeside Boulevard  Chapter 11
Richardson, TX  75082
04-2486332

## NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Revenue withdraws the following claim.  A copy of the withdrawn claim is attached hereto for reference.

Amount of Claim: $512,855.00

Date Claim Filed:

Account Number: calim 1086

Respectfully submitted,

Robert E. Cooper, Jr.
Attorney General and Reporter

/s/Laura L. McCloud

Laura L. McCloud
Assistant Attorney General
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504     Fax: 615-741-3334

## CERTIFICATE OF SERVICE

I certify that on _____November 15, 2010_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

Laura L. McCloud
Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee | Ann C. Cordo |
| 844 King St., Room 2207 | Attorney for the Debtor(s) |
| Lock Box 35 | P.O. Box 1347 |
| Wilmington, Delaware  19899-0035 | Wilmington, DE 19899-1347 |

B10 (Official From 10)
(Rev. 7/95)

| United States Bankruptcy Court<br>District of **DELAWARE** | **PROOF OF CLAIM** |
|---|---|
| In re (Name of Debtor)<br>NORTEL NETWORKS, INC. | Case Number<br>09-10138  CH 11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

In re (Name of Creditor)
*(The person or other entity to whom the debtor owes money or property)*
Name and Address Where Notices Should be Sent

**Tennessee Department of Revenue**
**c/o Attorney General**
**P.O Box 20207**
**Nashville, TN 37202-0207**

Telephone No. (615) 741-7071

☐ Check box if you are aware that anyone else has filed a proof of claim realting to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any norices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
04-2486332

Check box if this claim ☒ replaces  a previously filed claim, dated: 4-9-09
☒ amends  21154 (MD)

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes _____
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority. (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
    ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
  Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ 512,855.00
  Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), *earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. § 507(a)(7)
☒ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8)
☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a) _____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$ _____ (Unsecured)  $ _____ (Secured)  $ 512,855.00 (Priority)  $ 512,855.00 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all ... nt owes to debtor.

**7. SUPPORTING DOCUMENTS:** Att... invoices, itemized statements of run... documents are not available, explain ...otes, purchase orders, ...ecurity interests. If the

**8. TIME-STAMPED COPY:** To receive envelope and copy of this proof of cla ...tamped, self-addressed

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000001086

THIS SPACE IS FOR COURT USE ONLY

2009 APR 27 AM 10: 0
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

DATE  04/23/2009
21238 (MD)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Wilbur E. Hooks*   *Wilbur E. Hooks*
4-23-09

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3531.