**THE UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: Northern Telecom International Inc., Debtor(s). | Case No. 09-10151 KG |
| 220 Athens Way | Chapter 11 |
| Suite 300 | |
| Nashville, TN 37228 | |
| 51-0266286 | |

**NOTICE OF WITHDRAWAL OF CLAIM**

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Revenue withdraws the following claim. A copy of the withdrawn claim is attached hereto for reference.

Amount of Claim: $500.00

Date Claim Filed:

Account Number: Claim 431

Respectfully submitted,

Robert E. Cooper, Jr.
Attorney General and Reporter

/s/Laura L. McCloud

Laura L. McCloud
Assistant Attorney General
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504   Fax: 615-741-3334

CERTIFICATE OF SERVICE

I certify that on _____November 15, 2010_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

Laura L. McCloud
Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee | Derek C. Abbott |
| 844 King St., Room 2207 | Attorney for the Debtor(s) |
| Lock Box 35 | Morris Nichols Arsht & Tunnell |
| Wilmington, Delaware 19899-0035 | 1201 N. Market Street |
| | Wilmington, DE 19899 |

B10 (Official Form 10)
(Rev. 7/95)

| United States Bankruptcy Court  District of DELAWARE | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)  NORTHERN TELECOM INTERNATIONAL | Case Number: 09-10151  Chapter: 11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

In re (Name of Creditor)
(The person or other entity to whom the debtor owes money or property)

Name and Address Where Notices Should be Sent

**Tennessee Department of Revenue**
C/O Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Telephone No. (615) 741-7071

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
51-0266286/000

Check box if this claim ☐ replaces a previously filed claim, dated:_____
☐ amends _____

1. BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

2. DATE DEBT WAS INCURRED

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM  $_____
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
  Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☐ UNSECURED NONPRIORITY CLAIM  $_____
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less that the amount of the claim.

☒ UNSECURED PRIORITY CLAIM  $500.00
  Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier —11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. §507(a)(4)
☐ Up to $1,800 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use —11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. §507(a)(7)
☒ Taxes or penalties of governmental units —11 U.S.C. §507(a)(8)
☐ Other— Specify applicable paragraph of 11 U.S.C. §507(a) _____
  Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:
$_____ (Unsecured)   $_____ (Secured)   $500.00 (Priority)   $500.00 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS of making this proof of cla[im...]

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)   0000000431

...and deducted for the purpose... claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

[Filed stamp: U.S. BANKRUPTCY COURT, DISTRICT OF DELAWARE, 2009 FEB 24 AM 7:51]

7. SUPPORTING DOCUME[NTS...] invoices, itemized statem[ents...] documents are not availa[ble...]

[...]sory notes, purchase orders, [evide]nce of security interests. If the [...]ary.

8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

DATE February 10, 2009

2893445090210  M D

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Print Name: Wilbur E. Hooks   Signature: Wilbur E. Hooks
2-19-09

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.