**THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE**

IN RE: Nortel Networks, Inc., Debtor(s).　　　　　　Case No. 09-10138 KG
　2221 Lakeside Boulevard　　　　　　　　　　　　Chapter 11
　Richardson, TX  75082
　04-2486332

### NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Revenue withdraws the following claim. A copy of the withdrawn claim is attached hereto for reference.

　　Amount of Claim: $670,154.73
　　Date Claim Filed:
　　Account Number: Claim 6073

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Robert E. Cooper, Jr.
　　　　　　　　　　　　　　　　　　　Attorney General and Reporter

　　　　　　　　　　　　　　　　　　　/s/Laura L. McCloud
　　　　　　　　　　　　　　　　　　　Laura L. McCloud
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　BPR No. 016206
　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　BANKRUPTCY DIVISION
　　　　　　　　　　　　　　　　　　　P O BOX 20207
　　　　　　　　　　　　　　　　　　　Nashville, TN  37202-0207
　　　　　　　　　　　　　　　　　　　Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____November 15, 2010_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

　　　　　　　　　　　　　　　　　　　/s/Laura L. McCloud
　　　　　　　　　　　　　　　　　　　Laura L. McCloud
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

Office of the U.S. Trustee　　　　　　　　　　　　　Ann C. Cordo
844 King St., Room 2207　　　　　　　　　　　　　Attorney for the Debtor(s)
Lock Box 35　　　　　　　　　　　　　　　　　　P.O. Box 1347
Wilmington, Delaware  19899-0035　　　　　　　　Wilmington, DE 19899-1347

B10 (Official From 10)
(Rev. 7/95)

| United States Bankruptcy Court<br>_____ District of __DELAWARE_____ | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>NORTEL NETWORKS INC. | Case Number<br>09-10138 CH 11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| In re (Name of Creditor)<br>(The person or other entity to whom the debtor owes money or property)<br>Name and Address Where Notices Should be Sent<br><br>**Tennessee Department of Revenue**<br>**c/o Attorney General**<br>**P.O Box 20207**<br>**Nashville, TN 37202-0207**<br><br>Telephone No. (615) 741-7071 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>04-2486332 | Check box if this claim ☒ replaces a previously filed claim, dated: __4-23-09__<br>☒ amends __21238 (MD)__ | |

**1. BASIS FOR CLAIM**
☐ Goods sold           ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Services performed   ☐ Wages, salaries, and compensation (Fill out below)
☐ Money loaned         Your social security number _____
☐ Personal injury/wrongful death   Unpaid compensation for services performed
☒ Taxes _____   from _____ to _____
☐ Other (Describe briefly)           (date)                (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority. (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
  Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ __670,154.73__
  Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), *earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. § 507(a)(7)
☒ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8)
☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a) _____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$ _____ (Unsecured)   $ _____ (Secured)   $ 670,154.73 (Priority)   $ 670,154.73 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant ha[s]

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting* invoices, itemized statements of running accounts, contrac[ts,] documents are not available, explain. If the documents are

**8. TIME-STAMPED COPY:** To receive an acknowledgement envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000006073

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

DATE __10/23/2009__
5442122091023 (MD)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Wilbur E. Hooks  *Wilbur E. Hooks*
10-23-09

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.