# THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

IN RE: Northern Telecom International Inc., Debtor(s).  
220 Athens Way  
Suite 300  
Nashville, TN  37228  
51-0266286

Case No. 09-10151 KG

Chapter 11

## NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the TN Dept. of Revenue withdraws the following claim.  A copy of the withdrawn claim is attached hereto for reference.

Amount of Claim: $0.00  
Date Claim Filed: October 05, 2009  
Account Number: Claim 5898

Respectfully submitted,

Robert E. Cooper, Jr.  
Attorney General and Reporter

/s/Laura L. McCloud

Laura L. McCloud  
Assistant Attorney General  
BPR No. 016206  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville,  TN  37202-0207  
Phone: 615-532-2504     Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____November 15, 2010_____ a copy of this pleading  was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/Laura L. McCloud

Laura L. McCloud  
Assistant Attorney General

Office of the U.S. Trustee  
844 King St., Room 2207  
Lock Box 35  
Wilmington, Delaware  19899-0035

Derek C. Abbott  
Attorney for the Debtor(s)  
Morris Nichols Arsht & Tunnell  
1201 N. Market Street  
Wilmington, DE 19899

B10 (Official From 10)
(Rev. 7 95)

| United States Bankruptcy Court<br>_____ District of _____ DELAWARE _____ | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>NORTHERN TELECOM INTERNATIONAL | Case Number<br>09-10151  CH 11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| In re (Name of Creditor).<br>(The person or other entity to whom the debtor owes money or property)<br>Name and Address Where Notices Should be Sent<br><br>**Tennessee Department of Revenue**<br>**c/o Attorney General**<br>**P.O Box 20207**<br>**Nashville, TN 37202-0207**<br><br>Telephone No.  (615) 741-7071 | ☐ Check box if you are a[ware] one else has filed a pr[oof] realting to your claim. statement giving partic[ulars]<br><br>☐ Check box if you have any norices from the b[ankruptcy] court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)        0000005898<br><br>[barcode]<br><br>THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>51-0266286 | Check box if this claim ☒ replaces  a previously filed claim, dated: 02-10-09<br>☒ amends           2893445090210 (MD) | |

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes _____
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority. (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
   Attach evidence of perfection of security interest
   Brief Description of Collateral:
       ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
   Amount of arrearage and other charges at time case filed included in
   secured claim above, if any $ _____

☐ UNSECURED NONPRIORITY CLAIM $ _____
   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
   Specify the priority of the claim.

- ☐ Wages, salaries, or commissions (up to $4000), *earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4)
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child — 11 U.S.C. § 507(a)(7)
- ☒ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8)
- ☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a) _____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:** $ _____ (Unsecured)  $ _____ (Secured)  $ _____ (Priority)  $ 0.00 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
OCT 05 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

DATE   09/23/2009
2397599090923 (MD)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Wilbur E. Hooks  *Wilbur E. Hooks*
9-29-09

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.