IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*                                              : Chapter 11

Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)

             Debtors.                 : Jointly Administered

                                      : **Re: D.I.s 3846, 4007, 4022**
---------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER
APPROVING STIPULATION BY AND BETWEEN DEBTORS AND THE COCA COLA
COMPANY REGARDING BRIEFING SCHEDULE**

      I, Alissa T. Gazze, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *[Proposed] Order Approving Stipulation By And Between Debtors And The Coca-Cola Company Regarding Briefing Schedule* (the "Proposed Order"), attached as **Exhibit 1** hereto:

      **1.**    On On August 31 2010, the Debtors filed the *Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 3846) (the "Objection").

      **2.**    On September 23, 2010, Coke filed the *Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims)* (D.I. 4007) (the "Response").

3. On September 27, 2010, the Debtors filed the *Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive)* (D.I. 4022) (the "Reply").

4. On November 8, 2010, the Court held a hearing regarding the Objection, the Response, and the Reply and the Parties agreed to submit supplemental briefing on the matter by November 15, 2010. The Parties have agreed to extend the deadline to file supplemental briefs to November 19, 2010, and have entered into the stipulation.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** approving the Stipulation between the Parties and (ii) grant such other and further relief as is just and proper.

Dated: November 15, 2010
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

3