<u>EXHIBIT 1</u>

PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                :
*In re*                                         :      Chapter 11
                                                :
Nortel Networks Inc., *et al.*,[1]              :      Case No. 09-10138 (KG)
                                                :
                              Debtors.          :      Jointly Administered
                                                :
                                                :
                                                :      **Re: D.I.**
                                                :
-------------------------------------------------------X

### ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS AND THE COCA COLA COMPANY REGARDING BRIEFING SCHEDULE

Upon consideration of the *Stipulation Regarding Briefing Schedule* (the "Stipulation"), a copy of which is attached hereto as **Exhibit A**, as agreed between Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), and the Coca Cola Company ("Coke", and together with the Debtors, the "Parties");

IT IS HEREBY ORDERED THAT:

1.       The Stipulation attached hereto as **Exhibit A** is APPROVED.

2.       The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3.    The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2010
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

STIPULATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X

*In re*                                               :        Chapter 11
                                                      :
Nortel Networks Inc., *et al.,*[1]                    :        Case No. 09-10138 (KG)
                                                      :
                                 Debtors.             :        Jointly Administered
                                                      :
                                                      :        **Re: D.I.s  3846, 4007, 4022**
                                                      :
------------------------------------------------------------X

## STIPULATION REGARDING BRIEFING SCHEDULE

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), and the Coca-Cola Company ("Coke", and together with the Debtors, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (the "Stipulation") and agree, as follows:

### RECITALS

1.       On August 31 2010, the Debtors filed the *Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 3846) (the "Objection").

2.       On September 23, 2010, Coke filed the *Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims)* (D.I. 4007) (the "Response").

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.      On September 27, 2010, the Debtors filed the *Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive)* (D.I. 4022) (the "<u>Reply</u>").

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED that:

A.      The Parties have agreed to extend the deadline to file supplemental briefs to November 19, 2010.

[Remainder of Page Intentionally Left Blank]

Dated:  November 15, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

Dated:  November 15, 2010
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

R. Stephen McNeill  (No. 5210)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
Telephone:  (302) 984-6171
Facsimile: (302) 778-6171

*Counsel for the Coca-Cola Company*

3

Dated:  November 15, 2010
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

Dated:  November 15, 2010
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

_____

R. Stephen McNeill (No. 5210)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
Telephone:  (302) 984-6171
Facsimile: (302) 778-6171

*Counsel for The Coca-Cola Company*