# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date: 10/1/2010  End Date: 10/30/2010
**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document Preservation Project | 20.10 | $450.00 | $9,045.00 |
| 2 | Richardson Facility Document Inventory | 7.20 | $450.00 | $3,240.00 |
| 3 | Human Resources - Employee Related Projects | 14.60 | $450.00 | $6,570.00 |
| 4 | Fee Apps | 5.40 | $450.00 | $2,430.00 |
| 5 | Non-working travel | 28.10 | $225.00 | $6,322.50 |
| 6 | Claims Administration | 16.40 | $450.00 | $7,380.00 |
| 7 | Tax Matters | 10.90 | $450.00 | $4,905.00 |
| 8 | Misc Debtor Issues and Communications | 7.00 | $450.00 | $3,150.00 |
| | **Hours/Billing Amount for Period:** | **109.70** | | **$43,042.50** |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/2010 | Call with J.Ray re: PEO status and document retention | Kathryn Schultea | 1 | 0.5 |
| 10/1/2010 | Correspondence received, reviewed, responded re: Iron Mountain comments to motion - Cleary | Kathryn Schultea | 1 | 0.5 |
| 10/4/2010 | Iron Mountain contract review | Kathryn Schultea | 1 | 0.3 |
| 10/4/2010 | Conference call Cleary re: document disposal potential objection | Kathryn Schultea | 1 | 0.4 |
| 10/5/2010 | Updated Iron Mountain database pull and query runs re: document procedures motion | Kathryn Schultea | 1 | 1.3 |
| 10/5/2010 | Correspondence received, reviewed, responded re: document disposal procedures - Cleary | Kathryn Schultea | 1 | 0.5 |
| 10/6/2010 | Conference call with Cleary re: process on document disposal re: Canada | Kathryn Schultea | 1 | 0.5 |
| 10/6/2010 | Review and conference re: Canada term sheet re: document disposal procedures - Cleary | Kathryn Schultea | 1 | 0.3 |
| 10/13/2010 | Correspondence received, reviewed re: Brazilian server data | Kathryn Schultea | 1 | 0.5 |
| 10/14/2010 | Planning meeting with R.Lydecker re: document preservation project | Kathryn Schultea | 1 | 0.3 |
| 10/14/2010 | Planning for Richardson/Raleigh document disposal with K. Schultea | Richard Lydecker | 1 | 0.3 |
| 10/15/2010 | Correspondence with R.Dipper (.20) and D.Power (.10) re: site information for document inventories | Kathryn Schultea | 1 | 0.3 |
| 10/18/2010 | Email communications on Brazil data back-up and retention | Kathryn Schultea | 1 | 0.3 |
| 10/18/2010 | Review documentation re: litigations holds from D. Power | Kathryn Schultea | 1 | 0.3 |
| 10/19/2010 | Conference call with D.Powers, J.Ray & Cleary re: document procedures motion | Kathryn Schultea | 1 | 1.0 |
| 10/19/2010 | Correspondence re: restatement database meeting | Kathryn Schultea | 1 | 0.5 |
| 10/20/2010 | Conference call with L.Guerra re: Sunrise location and documents | Kathryn Schultea | 1 | 0.3 |
| 10/20/2010 | Correspondence re: all litigation holds from D.Power | Kathryn Schultea | 1 | 1.5 |
| 10/21/2010 | Conference call with D.Powers & third party hosting team re: restatement and Lucescu databases | Kathryn Schultea | 1 | 1.0 |
| 10/21/2010 | Received and revied D.Deppe deposition | Kathryn Schultea | 1 | 0.5 |
| 10/24/2010 | Preparation of document preservation project update for J.Ray | Kathryn Schultea | 1 | 5.0 |
| 10/25/2010 | Meeting with R.Dipper on facility walk-thru at RTP | Kathryn Schultea | 1 | 1.0 |
| 10/25/2010 | Meeting with J.Ray and R.Lydecker on document preservation project and following day meetings | Kathryn Schultea | 1 | 1.5 |
| 10/25/2010 | Meeting with R.Lydecker on meeting material and document project summary | Kathryn Schultea | 1 | 0.5 |
| 10/25/2010 | Meeting at Nortel with R. Dipper | Richard Lydecker | 1 | 1.0 |
| 10/1/2010 | Correspondence received, reviewed, responded on Richardson, TX project - R.Dipper, M.Briske, D.Power | Kathryn Schultea | 2 | 1.1 |
| 10/1/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 10/8/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 10/11/2010 | Correspondence review from PacoTech re: Richardson project | Kathryn Schultea | 2 | 0.1 |
| 10/15/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 10/18/2010 | On-site review of Richardson, Texas facility | Kathryn Schultea | 2 | 3.5 |
| 10/22/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 10/29/2010 | Weekly status update with PacoTech on Richardson, TX document inventory and evacuation project | Kathryn Schultea | 2 | 0.5 |
| 10/1/2010 | Correspondence received, reviewed, responded re: employee related matters - Cleary, J.Ray | Kathryn Schultea | 3 | 1.0 |
| 10/1/2010 | Correspondence received, reviewed, responded re: business case and scenario comparison - Nortel, J.Ray, Administaff | Kathryn Schultea | 3 | 1.0 |
| 10/4/2010 | Conference call with Nortel (project team) and Administaff re: pricing of outsourcing | Kathryn Schultea | 3 | 0.4 |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/4/2010 | Conference call with Nortel, Cleary and Administaff re: contract | Kathryn Schultea | 3 | 1.5 |
| 10/4/2010 | Conference call with Nortel (R.Izzard & D.McKenna) and Administaff re: pricing of outsourcing | Kathryn Schultea | 3 | 0.9 |
| 10/4/2010 | Follow-up call with R.Izzard re: Administaff discussion | Kathryn Schultea | 3 | 0.2 |
| 10/4/2010 | Correspondence follow-up re: Administaff | Kathryn Schultea | 3 | 0.2 |
| 10/4/2010 | Correspondence received, reviewed, responded re: employee related matters - Nortel PEO Team | Kathryn Schultea | 3 | 1.0 |
| 10/5/2010 | Conference call with Cleary and J.Ray re: Administaff | Kathryn Schultea | 3 | 0.2 |
| 10/5/2010 | Call with EVP with Administaff re: language needed for contract | Kathryn Schultea | 3 | 0.5 |
| 10/5/2010 | Follow-up calls with Administaff re: language needed for contract (.20) and (.10) | Kathryn Schultea | 3 | 0.3 |
| 10/5/2010 | Correspondence follow-up re: Administaff | Kathryn Schultea | 3 | 0.2 |
| 10/5/2010 | Conference call on PEO/Veba with J.Ray and Nortel | Kathryn Schultea | 3 | 0.8 |
| 10/5/2010 | Correspondence review from J.Penn re: employee matters | Kathryn Schultea | 3 | 0.3 |
| 10/5/2010 | Call with J.Ray re: COBRA/Veba | Kathryn Schultea | 3 | 0.2 |
| 10/5/2010 | Correspondence received, reviewed, responded re: finalizing proposal re: employee related matters - Nortel PEO Team, Administaff | Kathryn Schultea | 3 | 2.0 |
| 10/6/2010 | Call with EVP with Administaff re: language needed for contract | Kathryn Schultea | 3 | 0.5 |
| 10/6/2010 | Call with EVP with Administaff re: language needed for contract | Kathryn Schultea | 3 | 0.2 |
| 10/6/2010 | Call with EVP with Administaff re: language needed for contract | Kathryn Schultea | 3 | 0.7 |
| 10/6/2010 | Conference call with Cleary re: Administaff contract language | Kathryn Schultea | 3 | 1.0 |
| 10/6/2010 | Correspondence received, reviewed, responded re: employee related details - Nortel, J.Ray, Administaff | Kathryn Schultea | 3 | 1.5 |
| 10/6/2010 | Correspondence with A.Cordo re: sixth quarterly fee app status and CNO process | Kathryn Schultea | 4 | 0.2 |
| 10/30/2010 | Fee application work for September | Kathryn Schultea | 4 | 3.2 |
| 10/30/2010 | Fee application work for October | Kathryn Schultea | 4 | 2.0 |
| 10/18/2010 | Non-working travel from Richardson, Texas facility to Houston | Kathryn Schultea | 5 | 4.5 |
| 10/25/2010 | Non-working travel to Raleigh, for meeting at RTP | Kathryn Schultea | 5 | 6.0 |
| 10/25/2010 | Non-working travel to airport | Richard Lydecker | 5 | 0.8 |
| 10/25/2010 | Non-working travel: re: flight and transfer to Nortel | Richard Lydecker | 5 | 4.5 |
| 10/26/2010 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 6.5 |
| 10/26/2010 | Non-working travel: re: wait time for flight and transfer home | Richard Lydecker | 5 | 5.8 |
| 10/2/2010 | Correspondence received, reviewed, responded re: Nortel claims summary | Kathryn Schultea | 6 | 0.5 |
| 10/26/2010 | Meeting with J.Ray, Huron and Nortel executives at Raleigh | Kathryn Schultea | 6 | 6.8 |
| 10/26/2010 | Meetings with Huron and Nortel executives at Raleigh | Richard Lydecker | 6 | 6.8 |
| 10/30/2010 | Review Huron work material received at 10/26 meeting | Richard Lydecker | 6 | 2.3 |
| 10/8/2010 | E-mail T. Ross re tax issues | Richard Lydecker | 7 | 0.6 |
| 10/10/2010 | Telecon with T. Ross and A. Stout re tax and accounting issues | Richard Lydecker | 7 | 0.7 |
| 10/10/2010 | Telecon with EY; e-mail to J. Ray re Nortel tax and accounting issues | Richard Lydecker | 7 | 0.5 |

# NORTEL TIME SHEET
## RLKS Executive Solutions

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/19/2010 | Discuss Nortel tax issues with A. Beakey of EY | Richard Lydecker | 7 | 0.2 |
| 10/20/2010 | Prepare tax material for T. Ross | Richard Lydecker | 7 | 0.2 |
| 10/20/2010 | Send e-mail with tax material to T. Ross | Richard Lydecker | 7 | 0.5 |
| 10/27/2010 | Meeting with R.Lydecker and E&Y re: Tax matters | Kathryn Schultea | 7 | 1.8 |
| 10/27/2010 | Communication received and reviewed re: Nortel Tax department | Kathryn Schultea | 7 | 0.5 |
| 10/27/2010 | Meeting with Nortel, R.Lydecker and E&Y re: Tax matters | Kathryn Schultea | 7 | 0.8 |
| 10/27/2010 | Meeting A. Beakey, E. Coats EY re Nortel tax | Richard Lydecker | 7 | 1.8 |
| 10/27/2010 | E-mails to T. Ross and R. Boris re trip agenda for 11/3 meeting in Raleigh | Richard Lydecker | 7 | 0.2 |
| 10/27/2010 | Telecon with T. Ross and EY re tax | Richard Lydecker | 7 | 0.8 |
| 10/28/2010 | Telecon with T. Britt and D. Abbott re engagement | Richard Lydecker | 7 | 0.5 |
| 10/29/2010 | Work on engagement planning/personnel scope for J. Ray; D. Abbott | Richard Lydecker | 7 | 1.8 |
| 10/5/2010 | Call with J.Ray, R.Lydecker re: RTP on-site meeting | Kathryn Schultea | 8 | 0.5 |
| 10/5/2010 | Telecon with J. Ray; K. Schultea re Raleigh meeting 10/25; discuss tax/claims/budgets/windup | Richard Lydecker | 8 | 0.5 |
| 10/25/2010 | Working on flight; discuss upcoming meetings with K. Schultea | Richard Lydecker | 8 | 0.5 |
| 10/25/2010 | Meeting with J. Ray to discuss documents/tax/claims/budgets/windup; plans for 10/26 meeting | Richard Lydecker | 8 | 1.5 |
| 10/26/2010 | Meeting with R.Lydecker re: recap meetings and follow-up items | Kathryn Schultea | 8 | 1.5 |
| 10/26/2010 | Recap meetings; tax/claims/budgets/windup/documents; planning projects with K Schultea | Richard Lydecker | 8 | 1.5 |
| 10/28/2010 | Communication and set-up work re Nortel internal id and system access | Kathryn Schultea | 8 | 1.0 |