# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**October 1, 2010 through October 31, 2010**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    3,028.50 |
| Travel – Lodging | | 502.74 |
| Travel – Meals | | 57.21 |
| Travel – Transportation | | 592.87 |
| | | - |
| TOTAL | | $    4,181.32 |

# Nortel Expense Report

**PERIOD: October 1, 2010 through October 31, 2010**

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 10/17-18/2010 | Travel to Richardson, TX for work on document inventory, boxing, and storage project | $ 164.70 | $ 89.27 | | $ 59.49 | | Kathryn Schultea |
| 10/25-26/2010 | Travel to Raleigh, NC, meetings at Nortel office re: document preservation project, claims mgmt, and tax area | $ 1,431.90 | $ 180.86 | | $ 356.98 | | Kathryn Schultea |
| 10/25-26/2010 | Travel to Raleigh, NC, meetings at Nortel office re: document preservation project, claims mgmt, and tax area  (meals: RLydecker & KSchultea) | $ 1,431.90 | $ 232.61 | $ 57.21 | $ 176.40 | | Richard Lydecker |
| | | | | | | | |
| | | | | | | | |
| | | $ 3,028.50 | $ 502.74 | $ 57.21 | $ 592.87 | $    - | $    - |