

## State of Georgia
## Department of Revenue

# FAX TRANSMITTAL

**Attention:** Brain Short

**Fax No.:** (919) 905-9521

**Date:** 11/10/10     **Time:**

| You are receiving this from: | Eunice Nicholson | Phone: | (404) 968-0420 |
|---|---|---|---|

## Department of Revenue
## Compliance Division
### Bankruptcy Section
### P.O. Box 161108
### Atlanta, GA 30321

**Telephone Number: 404-968-0420 ~~ Fax Number: 404-968-0471**

**Message:**

Withdrawal letter of claim #7382 – Case #09-10140-KG

| Total Number of Pages Sent—Including This Cover Sheet | 2 |
|---|---|

This message is intended only for the use of the addressee. It may contain information that is confidential, privileged, or otherwise not subject to disclosure. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any use of this information or dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.



State of Georgia

# Department of Revenue

### Compliance Division
Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

Bart L. Graham
Commissioner

Edward M. Many
Deputy Commissioner
for Tax.

November 10, 2010

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR STATION, PO BOX 5075
NEW YORK, NY 10150-5075

Ref:       ALTEON WEBSYSTEMS INC.

Taxpayer ID:    20012145786 & xx-xxx9769

Case Number:   09-10140-KG

Dear Claims Agent,

This is to notify you that our claim #7382 dated 8/11/10 in the amount of $20,810.99, authorized
by the state Revenue Commissioner is hereby withdrawn and replaced by amended claim #7469.

Sincerely

*Eunice Nicholson*

Eunice Nicholson
Authorized Representative for the
State Revenue Commissioner

cc: File