EXHIBIT A

STIPULATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                          :    Chapter 11
                                                 :
Nortel Networks Inc., *et al.*,[1]               :    Case No. 09-10138 (KG)
                                                 :
           Debtors.                  :    Jointly Administered
                                                 :
                                                 :    **Re: D.I.s 3846, 4007, 4022**
                                                 :
---------------------------------------------------------X

## STIPULATION REGARDING BRIEFING SCHEDULE

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), and the Coca-Cola Company ("Coke", and together with the Debtors, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (the "Stipulation") and agree, as follows:

## RECITALS

1. On August 31 2010, the Debtors filed the *Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce and Allow Claim, and Redundant Bond Claims)* (D.I. 3846) (the "Objection").

2. On September 23, 2010, Coke filed the *Response To Debtors' Thirteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L. R. 3007-1 (No Liability Claims, Reduce And Allow Claim, And Redundant Bond Claims)* (D.I. 4007) (the "Response").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. On September 27, 2010, the Debtors filed the *Debtors' Reply To The Response Of The Coca-Cola Company To Debtors' Thirteenth Omnibus Objection (Substantive)* (D.I. 4022) (the "Reply").

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED that:

A. The Parties have agreed to extend the deadline to file supplemental briefs to November 19, 2010.

[Remainder of Page Intentionally Left Blank]

Dated: November 15, 2010
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

Dated: November 15, 2010
      Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

_____
R. Stephen McNeill (No. 5210)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6171
Facsimile: (302) 778-6171

*Counsel for the Coca-Cola Company*

3

Dated: November 15, 2010  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Alissa T. Gazze (No. 5338)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors  
and Debtors-in-Possession*

Dated: November 15, 2010  
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*  
_____  
R. Stephen McNeill (No. 5210)  
1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899  
Telephone: (302) 984-6171  
Facsimile: (302) 778-6171

*Counsel for The Coca-Cola Company*

3