

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

7Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 574-8915

November 10, 2010

U. S. Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, DE 19801

RE: Nortel Networks, Inc.                    #09-10138 -KG

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation

Tax has been satisfied in full and is hereby withdrawn.

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Paul Guertin, Chief of
Compliance & Collections