## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>**Objection Deadline: 12/7/10 at 4:00 p.m.** |

## NOTICE OF TWENTIETH MONTHLY FEE
## APPLICATION OF CAPSTONE ADVISORY GROUP, LLC

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") has today filed the attached **Twentieth Monthly Application of Capstone Advisory Group, LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from September 1, 2010 through September 30, 2010** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Administrative

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

Order") entered February 4, 2009 [Docket No. 222], and must be filed with the Clerk of

the Bankruptcy Court, and be served upon and received by: (i) the Debtors, Nortel

Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attn:

Allen K. Stout); (ii) counsel to the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One

Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (iii) counsel

to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O.

Box 1347, Wilmington, Delaware 19899-1347 (Attn: Derek C. Abbott, Esq.); (iv)

counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer &

Feld LLP, One Bryant Park, New York, New York 10036, (Attn: Fred S. Hodara, Esq.),

(v) counsel to the Official Committee of Unsecured Creditors, Richards, Layton &

Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn: Christopher M.

Samis, Esq.) (vi) the Office of the United States Trustee, District of Delaware, 844 King

Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Kevin Callahan,

Esq.) (collectively, the "Notice Parties") so as to be received no later than **December 7,**

**2010 at 4:00 p.m.** (the "Objection Deadline"). Only those objections that are timely

filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received by

the Notice Parties prior to the Objection Deadline, in accordance with the Administrative

Order the Applicant may be paid certain fees and expenses pursuant to the terms of the

Administrative Order without further notice or hearing. If an objection is properly filed

and served and such objection is not otherwise resolved, or the Court determines that a

hearing should be held in respect of the Application, a hearing will be held at a time

convenient to the Court. Only those objections made in writing and timely filed, served

and received in accordance with the Administrative Order will be considered by the

Court at the hearing.

Dated: November 17, 2010
      Wilmington, Delaware

                                        _____
                                        Mark D. Collins (No. 2981)
                                        Christopher M. Samis (No. 4909)
                                        Drew G. Sloan (No. 5069)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                        -and-

                                        Fred S. Hodara, Esq.
                                        Akin Gump Strauss Hauer & Feld LLP
                                        One Bryant Park
                                        New York, New York 10036
                                        Telephone: (212) 872-1000
                                        Facsimile: (212) 872-1002

                                        Counsel to the Official Committee of
                                        Unsecured Creditors of Nortel Networks
                                        Inc., *et al.*