## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 9/1/10 through 9/30/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 99.20 | $75,392.00 |
| J. Borow | Executive Director | $760 | 145.60 | $110,656.00 |
| J. Hyland | Executive Director | $575 | 237.40 | $136,505.00 |
| A. Cowie | Managing Director | $540 | 105.00 | $56,700.00 |
| R. Conroy | Director | $500 | 90.50 | $45,250.00 |
| D. Rothberg | Director | $395 | 224.50 | $88,677.50 |
| L. Ahearn | Director | $360 | 23.70 | $8,532.00 |
| J. Peterson | Consultant | $335 | 233.00 | $78,055.00 |
| M. Lasinski | Contractor | $310 | 65.70 | $20,367.00 |
| T. Morilla | Consultant | $305 | 134.70 | $41,083.50 |
| J. Schad | Associate | $275 | 2.10 | $577.50 |
| H. Becker | Paraprofessional | $120 | 38.80 | $4,656.00 |
| **For the Period 9/1/2010 through 9/30/2010** | | | **1,400.20** | **$666,451.50** |