# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 9/1/10 through 9/30/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisition/Disposition | | 799.10 | $379,065.00 |
| 05. Professional Retention/Fee Application Preparation | | 5.30 | $1,098.50 |
| 07. Interaction/Meetings with Debtors/Counsel | | 32.60 | $22,883.00 |
| 08. Interaction/Meetings with Creditors/Counsel | | 65.30 | $44,053.00 |
| 09. Employee Issues/KEIP | | 27.70 | $14,987.00 |
| 11. Claim Analysis/Accounting | | 15.50 | $5,936.00 |
| 13. Intercompany Transactions/Balances & Transfer Pricing | | 52.90 | $22,518.50 |
| 17. Analysis of Historical Results | | 57.50 | $20,819.50 |
| 18. Operating and Other Reports | | 56.10 | $25,083.50 |
| 19. Cash Flow/Cash Management/Liquidity | | 42.40 | $17,113.50 |
| 20. Projections/Business Plan/Other | | 24.90 | $11,137.50 |
| 26. Tax Issues | | 19.00 | $6,365.00 |
| 27. Plan of Reorganization/Disclosure Statement | | 3.00 | $2,280.00 |
| 33. Intellectual Property | | 198.90 | $93,111.50 |
| **For the Period 9/1/2010 through 9/30/2010** | | **1,400.20** | **$666,451.50** |