Exhibit D
Nortel Networks Corporation
Capstone Advisory Group, LLC
Expense Detail
For the Period 9/1/2010 through 9/30/2010

| Date | Professional | Description | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 9/7/2010 | J. Hyland | Airfare for NY trip. | $966.40 |
| 9/7/2010 | J. Hyland | Travel Agency fee for 9/7. | $15.00 |
| 9/9/2010 | J. Hyland | Travel Agency fee for 8/16 to NY. | $15.00 |
| 9/9/2010 | J. Hyland | Travel Agency fee for 8/30 to NY. | $15.00 |
| 9/13/2010 | J. Hyland | Airfare for NY trip. | $1,242.40 |
| 9/20/2010 | J. Hyland | Airfare for NY trip. | $1,214.40 |
| 9/20/2010 | J. Hyland | Travel agency fee for 9/13 NY trip. | $15.00 |
| 9/20/2010 | J. Hyland | Travel agency fee for 9/20 NY trip. | $15.00 |
| 9/27/2010 | J. Hyland | Airfare for Toronto trip. | $1,788.35 |
| 9/27/2010 | D. Rothberg | Plane to and from Toronto. | $1,288.47 |
| 9/27/2010 | J. Peterson | Roundtrip airfare to Toronto from Newark, NJ. | $933.72 |
| 9/27/2010 | T. Morilla | Airfare for trip to Toronto. | $809.03 |
| 9/27/2010 | J. Hyland | Travel agency fee for 9/27 Toronto trip. | $15.00 |
| 9/29/2010 | J. Borow | Airfare to Toronto. | $1,019.73 |
| 9/29/2010 | J. Hyland | Airfare additional charge for 5/26. | $75.00 |
| 9/29/2010 | J. Hyland | Travel agency fee for 7/19. | $35.00 |
| 9/29/2010 | J. Hyland | Travel agency fee for 5/26. | $35.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/29/2010 | J. Hyland | Travel agency fee for 7/19 (7/12 receipt was previously submitted as 7/19). | $15.00 |
| 9/29/2010 | J. Hyland | Travel agency fee for 6/14. | $15.00 |
| 9/30/2010 | A. Cowie | Airfare from NY to Toronto. | $955.22 |

**Subtotal - Airfare/Train** — **$10,482.72**

**Auto Rental/Taxi**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/1/2010 | D. Rothberg | Taxi due to working late. | $15.24 |
| 9/1/2010 | R. Conroy | Taxi home due to working late. | $9.00 |
| 9/2/2010 | J. Hyland | Taxi from O'Hare for NY trip. | $59.00 |
| 9/4/2010 | Capstone Expense | Taxis in NY for Nortel. | $306.85 |
| 9/4/2010 | Capstone Expense | Taxi to airport during NY trip. | $64.87 |
| 9/4/2010 | Capstone Expense | Taxi to airport during NY trip. | $63.85 |
| 9/7/2010 | J. Hyland | Taxi during NY trip. | $82.00 |
| 9/8/2010 | J. Hyland | Taxi during NY trip to Cleary. | $14.75 |
| 9/9/2010 | J. Hyland | Taxi during NY trip. | $77.00 |
| 9/20/2010 | J. Hyland | Taxi during NY trip. | $50.00 |
| 9/21/2010 | J. Hyland | Taxi during NY trip. | $85.00 |
| 9/21/2010 | R. Conroy | Taxi home - evening conference call with Chilmark. | $11.00 |
| 9/22/2010 | J. Hyland | Taxi during NY trip. | $21.25 |
| 9/23/2010 | J. Hyland | Taxi during NY trip. | $75.00 |
| 9/23/2010 | J. Hyland | Taxi during NY trip. | $19.12 |
| 9/24/2010 | J. Hyland | Taxi during NY trip. | $60.00 |
| 9/25/2010 | J. Hyland | Taxi during NY trip. | $63.24 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/27/2010 | A. Cowie | Taxi to airport from home. | $171.45 |
| 9/27/2010 | T. Morilla | Taxi to the airport. | $71.20 |
| 9/27/2010 | D. Rothberg | Taxi to LGA airport. | $48.00 |
| 9/27/2010 | J. Hyland | Taxi during Toronto trip. | $28.00 |
| 9/27/2010 | D. Rothberg | Taxi from Toronto airport to Nortel offices. | $25.00 |
| 9/27/2010 | D. Rothberg | Cab in Toronto. | $25.00 |
| 9/27/2010 | T. Morilla | Taxi during trip to Toronto. | $20.00 |
| 9/27/2010 | T. Morilla | Taxi during trip in Toronto. | $20.00 |
| 9/28/2010 | A. Cowie | Taxi from airport to home. | $151.74 |
| 9/28/2010 | D. Rothberg | Taxi from airport. | $31.08 |
| 9/28/2010 | T. Morilla | Taxi during trip in Toronto Canada. | $20.00 |
| 9/28/2010 | T. Morilla | Taxi during trip to Toronto Canada. | $20.00 |
| 9/28/2010 | J. Hyland | Taxi during Toronto visit. | $13.00 |
| 9/28/2010 | J. Hyland | Taxi during Toronto visit. | $10.00 |
| 9/29/2010 | J. Borow | Cab fare from airport in NYC. | $66.00 |
| 9/29/2010 | J. Borow | Cab fare from airport in Toronto. | $24.00 |
| 9/29/2010 | J. Borow | Cab fare to airport in Toronto. | $10.00 |
| 9/29/2010 | J. Hyland | Rental car correction from 7/27 charge for tolls. | $9.00 |
| 9/29/2010 | J. Hyland | Taxi additional charge for processing charge (originally expensed $78). | $6.00 |
| 9/30/2010 | A. Cowie | Taxi from Toronto airport to Nortel. | $22.00 |

**Subtotal - Auto Rental/Taxi** $1,868.64

**Hotel**

Capstone Advisory Group, LLC
Invoice for the 9/1/2010-9/30/2010 Fee Statement

Page 3 of 8

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/2/2010 | J. Hyland | Hotel during NY trip. | $1,497.92 |
| 9/9/2010 | J. Hyland | Hotel during NY trip. | $724.86 |
| 9/14/2010 | J. Hyland | Hotel for NY trip. | $827.07 |
| 9/20/2010 | J. Hyland | Hotel during NY trip. | $243.84 |
| 9/23/2010 | J. Hyland | Hotel during NY trip for estate proceeds allocation meeting. | $1,780.38 |
| 9/25/2010 | J. Hyland | Hotel during NY trip for auction. | $810.24 |
| 9/27/2010 | A. Cowie | Hotel during Toronto trip. | $145.77 |
| 9/28/2010 | T. Morilla | Hotel and food expense for trip to Toronto. | $214.99 |
| 9/28/2010 | J. Hyland | Hotel in Toronto. | $145.77 |
| 9/28/2010 | J. Peterson | Hotel while in Toronto. | $141.25 |
| 9/28/2010 | D. Rothberg | Hotel in Toronto. | $141.25 |
| 9/29/2010 | J. Borow | Hotel in toronto. | $145.77 |
| 9/30/2010 | J. Hyland | Additional hotel charge from 2/24 Toronto trip. | $18.32 |
| **Subtotal - Hotel** | | | **$6,837.43** |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/1/2010 | J. Hyland | Meal during NY trip. | $25.06 |
| 9/1/2010 | J. Peterson | Dinner due to working late. | $11.07 |
| 9/1/2010 | J. Hyland | Meal during NY trip. | $6.25 |
| 9/2/2010 | J. Borow | Lunch for meeting with Akin and Jefferies. | $162.14 |
| 9/2/2010 | Capstone Expense | Food during Capstone and Jefferies meeting at Capstone | $123.18 |
| 9/2/2010 | J. Borow | Breakfast for meeting with Akin and Jefferies. | $20.25 |
| 9/2/2010 | J. Peterson | Dinner due to working late. | $18.51 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/2/2010 | J. Hyland | Meal during NY trip. | $9.12 |
| 9/3/2010 | J. Peterson | Working lunch - updating the allocation model. | $23.54 |
| 9/7/2010 | J. Hyland | Meal during NY trip. | $8.97 |
| 9/9/2010 | D. Rothberg | Meal due to working late. | $55.54 |
| 9/9/2010 | J. Peterson | Dinner due to working late. | $12.83 |
| 9/10/2010 | J. Hyland | Meal on 8/16 during NY trip. | $14.53 |
| 9/13/2010 | J. Hyland | Meal during NY trip. | $15.78 |
| 9/13/2010 | J. Hyland | 9/12 meal during NY trip. | $7.49 |
| 9/13/2010 | J. Hyland | Meal during NY trip. | $4.00 |
| 9/14/2010 | J. Hyland | Meal during NY trip. | $23.21 |
| 9/14/2010 | J. Hyland | Meal during NY trip. | $11.97 |
| 9/14/2010 | J. Peterson | Dinner - worked late. | $9.53 |
| 9/16/2010 | H. Becker | Food for the meeting at Capstone office with Jefferies and FTI on 9/16/2010. | $100.00 |
| 9/20/2010 | J. Hyland | Meal during NY trip. | $26.65 |
| 9/20/2010 | J. Peterson | Dinner due to working late. | $11.07 |
| 9/22/2010 | J. Hyland | Meal during NY trip with M. Sandberg. | $160.55 |
| 9/22/2010 | J. Hyland | Meal during NY trip. | $12.90 |
| 9/23/2010 | J. Hyland | Meal during NY trip. | $1.75 |
| 9/25/2010 | J. Hyland | Meal during NY trip. | $1.93 |
| 9/27/2010 | J. Peterson | Dinner in Toronto - T. Morilla, A. Cowie, D. Rothberg, and J. Peterson. | $246.91 |
| 9/27/2010 | A. Cowie | Cowie and Rothberg lunch during Toronto trip. | $25.50 |
| 9/27/2010 | D. Rothberg | Breakfast in Toronto. | $20.73 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/27/2010 | J. Peterson | Breakfast - Toronto airport. | $17.24 |
| 9/27/2010 | D. Rothberg | Lunch in Toronto. | $14.43 |
| 9/27/2010 | A. Cowie | Breakfast during Toronto trip. | $10.53 |
| 9/27/2010 | T. Morilla | Meal during trip to Toronto. | $10.48 |
| 9/27/2010 | J. Hyland | Meal during Toronto visit. | $9.61 |
| 9/27/2010 | J. Hyland | Meal during Toronto visit. | $6.39 |
| 9/27/2010 | T. Morilla | Meal during trip to Toronto. | $4.84 |
| 9/27/2010 | J. Hyland | Meal during Toronto visit. | $3.50 |
| 9/27/2010 | A. Cowie | Breakfast during Toronto trip. | $2.93 |
| 9/28/2010 | J. Peterson | Dinner at the Toronto airport - A. Cowie, D. Rothberg, and J. Peterson. | $77.12 |
| 9/28/2010 | A. Cowie | Breakfast during Toronto trip. | $26.13 |
| 9/28/2010 | A. Cowie | Cowie and Rothberg lunch during Toronto trip. | $23.72 |
| 9/28/2010 | T. Morilla | Meal during trip to Toronto. | $18.80 |
| 9/28/2010 | J. Peterson | Lunch at Nortel - E. Yau (of E&Y) and J. Peterson. | $18.03 |
| 9/28/2010 | J. Hyland | Meal for Toronto trip. | $15.40 |
| 9/28/2010 | J. Hyland | Meal in Toronto. | $12.69 |
| 9/28/2010 | D. Rothberg | Dinner in Toronto. | $11.99 |
| 9/28/2010 | T. Morilla | Meal during trip to Toronto. | $9.68 |
| 9/28/2010 | D. Rothberg | Lunch in Toronto. | $9.20 |
| 9/28/2010 | J. Peterson | Breakfast at Nortel. | $7.43 |
| 9/28/2010 | T. Morilla | Meal during trip to Toronto. | $6.77 |
| 9/28/2010 | D. Rothberg | Breakfast in Toronto. | $6.51 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/29/2010 | J. Hyland | Meal during 7/15 NY trip. | $15.10 |
| **Subtotal - Meals** | | | **$1,509.48** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/7/2010 | J. Hyland | Local mileage for NY trip. | $21.00 |
| 9/13/2010 | J. Hyland | Mileage to airport for NY trip. | $21.00 |
| 9/14/2010 | J. Hyland | Mileage to airport for NY trip. | $21.00 |
| 9/20/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 9/25/2010 | J. Hyland | Local mileage to airport for NY trip. | $21.00 |
| 9/27/2010 | J. Hyland | Local mileage during Toronto trip. | $21.00 |
| **Subtotal - Mileage** | | | **$126.00** |

**Other**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/28/2010 | T. Morilla | Foreign transaction fee for using credit card while in Toronto. | $5.80 |
| **Subtotal - Other** | | | **$5.80** |

**Parking/Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/7/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/9/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/10/2010 | J. Hyland | Parking due to carrying work papers to the office. | $30.00 |
| 9/13/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/14/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/20/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/25/2010 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/27/2010 | J. Hyland | Local tolls for Toronto trip. | $1.60 |
| 9/28/2010 | J. Hyland | Parking during at airport during Toronto trip. | $62.00 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/29/2010 | J. Hyland | Tolls for 6/4 NY trip. | $20.50 |
| **Subtotal - Parking/Tolls** | | | **$123.70** |

**Postage/FedEx**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/5/2010 | Capstone Expense | Postage for Nortel. | $32.52 |
| **Subtotal - Postage/FedEx** | | | **$32.52** |

**Research**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/8/2010 | Capstone Expense | Pacer cost for Nortel. | $1.60 |
| 9/15/2010 | J. Schad | Delphion patent research database access for IP. | $292.60 |
| **Subtotal - Research** | | | **$294.20** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 9/6/2010 | Capstone Expense | Telecom expense for Nortel. | $137.00 |
| 9/7/2010 | Capstone Expense | Conference calls for Nortel. | $261.33 |
| 9/9/2010 | Capstone Expense | Telecom expense. | $1,610.23 |
| 9/30/2010 | J. Hyland | Long distance telephone calls to Toronto. | $86.65 |
| 9/30/2010 | J. Hyland | Long distance cell phone calls for Nortel. | $61.74 |
| 9/30/2010 | J. Hyland | Correction to long distance telephone charges on 7/19. | $18.10 |
| 9/30/2010 | J. Hyland | Correction to long distance telephone charges on 5/24. | $8.27 |
| **Subtotal - Telecom** | | | **$2,183.32** |
| **For the Period 9/1/2010 through 9/30/2010** | | | $23,463.81 |