# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2010 Through October 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 177.00 |
| Transcripts | | 508.20 |
| Photos/Art/ Spec Duplicating | | 5,034.42 |
| Meals | | 87.50 |
| Messenger Service | | 87.00 |
| Courier/Delivery Service | | 619.10 |
| Computer Research | Westlaw | 518.34 |
| Duplicating | In Office | 542.15 |
| Facsimile | | 5,081.95 |
| Pacer | | 302.48 |
| Paralegal Overtime Expense | | 24.97 |
| **Grand Total Expenses** | | **$12,983.11** |

Nortel Networks, Inc.
63989-DIP
DATE: 11/17/10 17:41:14

PRO FORMA   260670          AS OF 10/31/10                                              INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 831846 | 10/05/10 | B | 152.00 | Court Costs - U.S. BANKRUPTCY COURT` TWO CERTIFIED COPIES OF 6 COMPLAINTS & SUMMON FROM CHERRYL @ INTAKE | 503 S' | 203 | 174101 |
| 834268 | 10/12/10 | B | 25.00 | Court Costs - U.S. DISTRICT COURT FOR DISTRI OF DELAWARE` PRO HAC FOR TAMARA J. BRITT OF CLEARY | 503 GOTTLIEB | 597 | 174223 |
| 832159 | 10/04/10 | B | 508.20 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - COPY OF TRANSCRIPTS | 506 | 904 | 174111 |
| 831338 | 10/01/10 | B | 622.15 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 174078 |
| 834013 | 10/06/10 | B | 605.55 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 174182 |
| 834090 | 10/07/10 | B | 990.50 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 174201 |
| 835815 | 10/14/10 | B | 732.94 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 597 | 174585 |
| 835693 | 10/15/10 | B | 247.00 | Photos/Art/Spec Duplicating-Out of Office - DIAZ DATA ` SERVICES` USBC 09-10138 - COPY TRANSCRIPTS | 510 | 904 | 174554 |
| 837991 | 10/26/10 | B | 666.58 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 174883 |
| 837990 | 10/27/10 | B | 790.23 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 174882 |
| 837940 | 10/27/10 | B | 379.47 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 597 | 174881 |
| 836439 | 10/14/10 | B | 87.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 10 - 10/14/10 | 512 | 948 | 174731 |
| 837791 | 10/01/10 | B | 3.00 | Messenger Service | 513S | 948 | |
| 837815 | 10/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837832 | 10/04/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837869 | 10/06/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837874 | 10/07/10 | B | 3.00 | Messenger Service | 513S | 597 | |

```
Nortel Networks, Inc.                    PRO FORMA 260670           AS OF 10/31/10                              INVOICE# ******
63989-DIP
DATE: 11/17/10 17:41:14
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 837875 | 10/07/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837885 | 10/08/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837887 | 10/08/10 | B | 6.00 | Messenger Service | 513S | 594 | |
| 837917 | 10/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837918 | 10/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837920 | 10/12/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837926 | 10/12/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 837938 | 10/13/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837944 | 10/13/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 837946 | 10/14/10 | B | 3.00 | Messenger Service | 513S | 948 | |
| 837969 | 10/18/10 | B | 3.00 | Messenger Service | 513S | 381 | |
| 838001 | 10/19/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 838023 | 10/19/10 | B | 6.00 | Messenger Service | 513S | 597 | |
| 838081 | 10/25/10 | B | 3.00 | Messenger Service | 513S | 594 | |
| 838091 | 10/25/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 838115 | 10/26/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 838123 | 10/27/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 838126 | 10/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 838130 | 10/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 838134 | 10/28/10 | B | 3.00 | Messenger Service | 513S | 597 | |
| 833907 | 10/05/10 | B | 15.48 | Courier/Delivery Service | 514 | 597 | 174180 |
| 834148 | 10/05/10 | B | 38.67 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 174221 |
| 834533 | 10/11/10 | B | 17.64 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 174343 |
| 834963 | 10/12/10 | B | 27.67 | Courier/Delivery Service | 514 | 000 | 174426 |
| 834712 | 10/12/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174385 |
| 834713 | 10/12/10 | B | 14.66 | Courier/Delivery Service | 514 | 597 | 174385 |
| 834714 | 10/12/10 | B | 10.65 | Courier/Delivery Service | 514 | 597 | 174385 |
| 834715 | 10/12/10 | B | 10.65 | Courier/Delivery Service | 514 | 597 | 174385 |
| 834716 | 10/12/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174385 |
| 834717 | 10/12/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174385 |
| 836426 | 10/13/10 | B | 176.11 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 174727 |
| 838663 | 10/23/10 | B | 15.45 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 174995 |
| 837200 | 10/25/10 | B | 27.67 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 174797 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/17/10 17:41:14

PRO FORMA   260670          AS OF 10/31/10                                                                  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 836768 | 10/25/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174774 |
| 836769 | 10/25/10 | B | 10.65 | Courier/Delivery Service | 514 | 597 | 174774 |
| 836770 | 10/25/10 | B | 14.66 | Courier/Delivery Service | 514 | 597 | 174774 |
| 836771 | 10/25/10 | B | 10.65 | Courier/Delivery Service | 514 | 597 | 174774 |
| 836772 | 10/25/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174774 |
| 836773 | 10/25/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174774 |
| 837209 | 10/26/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174798 |
| 837210 | 10/26/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174798 |
| 837264 | 10/27/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174848 |
| 837265 | 10/27/10 | B | 10.65 | Courier/Delivery Service | 514 | 000 | 174848 |
| 837266 | 10/27/10 | B | 17.69 | Courier/Delivery Service | 514 | 597 | 174848 |
| 838537 | 10/27/10 | B | 10.65 | Courier/Delivery Service | 514 | 597 | 174990 |
| 838682 | 10/29/10 | B | 93.65 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 174996 |
| 835320 | 10/05/10 | B | 62.10 | Computer Research - Westlaw Search Performed by: DONILON,GREGORY T | 515 | 381 | |
| 836585 | 10/13/10 | B | 125.70 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 836586 | 10/15/10 | B | 137.22 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 837344 | 10/18/10 | B | 89.75 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 837345 | 10/19/10 | B | 22.87 | Computer Research - Westlaw Search Performed by: ALLEMAN,WILLIAM | 515 | 964 | |
| 837621 | 10/25/10 | B | 61.48 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 837622 | 10/29/10 | B | 19.22 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 833427 | 10/01/10 | B | 12.80 | In-House Duplicating | 519 | 554 | |
| 833428 | 10/01/10 | B | 78.50 | In-House Duplicating | 519 | 623 | |
| 833429 | 10/01/10 | B | 18.40 | In-House Duplicating | 519 | 623 | |
| 833497 | 10/04/10 | B | 4.60 | In-House Duplicating | 519 | 597 | |
| 833498 | 10/04/10 | B | 8.50 | In-House Duplicating | 519 | 948 | |
| 833567 | 10/05/10 | B | 8.10 | In-House Duplicating | 519 | 597 | |
| 833568 | 10/05/10 | B | 19.20 | In-House Duplicating | 519 | 554 | |
| 833569 | 10/05/10 | B | 12.00 | In-House Duplicating | 519 | 554 | |
| 833570 | 10/05/10 | B | 0.40 | In-House Duplicating | 519 | 597 | |
| 833571 | 10/05/10 | B | 7.80 | In-House Duplicating | 519 | 203 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/17/10 17:41:14

PRO FORMA   260670          AS OF 10/31/10                              INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 833572 | 10/05/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 833573 | 10/05/10 | B | 0.60 | In-House Duplicating | 519 | 554 | |
| 833574 | 10/05/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 833575 | 10/05/10 | B | 0.60 | In-House Duplicating | 519 | 381 | |
| 837118 | 10/05/10 | B | 139.30 | In-House Duplicating | 519 | 597 | |
| 833674 | 10/06/10 | B | 1.50 | In-House Duplicating | 519 | 597 | |
| 833949 | 10/07/10 | B | 9.20 | In-House Duplicating | 519 | 637 | |
| 834193 | 10/08/10 | B | 10.40 | In-House Duplicating | 519 | 597 | |
| 834229 | 10/11/10 | B | 0.60 | In-House Duplicating | 519 | 597 | |
| 834381 | 10/12/10 | B | 0.20 | In-House Duplicating | 519 | 597 | |
| 834382 | 10/12/10 | B | 27.30 | In-House Duplicating | 519 | 670 | |
| 834383 | 10/12/10 | B | 2.00 | In-House Duplicating | 519 | 670 | |
| 834552 | 10/13/10 | B | 0.80 | In-House Duplicating | 519 | 597 | |
| 834553 | 10/13/10 | B | 1.10 | In-House Duplicating | 519 | 597 | |
| 834554 | 10/13/10 | B | 0.10 | In-House Duplicating | 519 | 597 | |
| 834555 | 10/13/10 | B | 2.20 | In-House Duplicating | 519 | 597 | |
| 834556 | 10/13/10 | B | 6.20 | In-House Duplicating | 519 | 597 | |
| 834557 | 10/13/10 | B | 17.60 | In-House Duplicating | 519 | 605 | |
| 834773 | 10/13/10 | B | 6.00 | In-House Duplicating | 519 | 948 | |
| 834774 | 10/14/10 | B | 1.30 | In-House Duplicating | 519 | 597 | |
| 835576 | 10/19/10 | B | 8.80 | In-House Duplicating | 519 | 605 | |
| 835760 | 10/20/10 | B | 26.40 | In-House Duplicating | 519 | 605 | |
| 836161 | 10/22/10 | B | 10.20 | In-House Duplicating | 519 | 626 | |
| 836162 | 10/22/10 | B | 0.10 | In-House Duplicating | 519 | 626 | |
| 836163 | 10/22/10 | B | 8.30 | In-House Duplicating | 519 | 626 | |
| 836164 | 10/22/10 | B | 26.60 | In-House Duplicating | 519 | 578 | |
| 836348 | 10/25/10 | B | 4.20 | In-House Duplicating | 519 | 597 | |
| 836349 | 10/25/10 | B | 6.00 | In-House Duplicating | 519 | 597 | |
| 836350 | 10/25/10 | B | 15.20 | In-House Duplicating | 519 | 670 | |
| 836482 | 10/26/10 | B | 3.40 | In-House Duplicating | 519 | 597 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/17/10 17:41:14

PRO FORMA   260670        AS OF 10/31/10                           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 836859 | 10/27/10 | B | 2.10 | In-House Duplicating | 519 | 597 | |
| 836860 | 10/27/10 | B | 6.30 | In-House Duplicating | 519 | 597 | |
| 836861 | 10/27/10 | B | 8.70 | In-House Duplicating | 519 | 597 | |
| 836862 | 10/27/10 | B | 9.00 | In-House Duplicating | 519 | 605 | |
| 837469 | 10/29/10 | B | 2.80 | In-House Duplicating | 519 | 554 | |
| 837470 | 10/29/10 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 837471 | 10/29/10 | B | 2.80 | In-House Duplicating | 519 | 597 | |
| 834584 | 10/12/10 | B | 975.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 174353 |
| 834675 | 10/13/10 | B | 739.20 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX | 522H | 546 | 174370 |
| 835814 | 10/13/10 | B | 900.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 174584 |
| 837239 | 10/25/10 | B | 792.75 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 174821 |
| 837992 | 10/26/10 | B | 925.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 174884 |
| 837993 | 10/27/10 | B | 750.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 597 | 174885 |
| 836942 | 09/30/10 | B | 302.48 | Pacer charges for the month of September | 529 | 000 | |
| 833899 | 10/04/10 | B | 12.99 | Paralegal Overtime Expense PETTY CASH' E. CAMPBELL OT MEAL - 10/04/10 | 531 | 597 | 174176 |
| 837292 | 10/27/10 | B | 11.98 | Paralegal Overtime Expense PETTY CASH' E. CAMPBELL OT MEAL - 10/27/10 | 531 | 597 | 174849 |
| 835468 | 10/18/10 | B | 1.35 | In-House Printing - black & white | 541 | 322 | |

12,983.11