# EXHIBIT B

**Closing Statement**



Shauna Martin
office: 972.265.3890
facsimile: 972.461.7516
shauna.martin@genband.com

September 15, 2010

| | | |
|---|---|---|
| **Nortel Networks Corporation and Nortel Networks Limited** 5945 Airport Road, Suite 360 Mississauga, Ontario, Canada L4V 1R9 Facsimile: +1-905-863-2057 Attn: Anna Ventresca, *General Counsel-Corporate and Corporate Secretary* Attn: Khush Dadyburjor, *Vice President, Mergers and Acquisitions* | **Nortel Networks Inc.** Legal Department 220 Athens Way, Suite 300 Nashville, Tennessee, USA 37228 Facsimile: +1-615-432-4413 Attn: Lynn C. Egan *Secretary* | **Alan Bloom / Stephen Harris Ernst & Young LLP** 1 More London Place London SE1 2AF United Kingdom Facsimile: +44 (0)20 7951 1345 |
| **Sharon Rolston / Simon Freemantle** Maidenhead Office Park Westacott Way Maidenhead Berkshire SL6 3QH United Kingdom Facsimile: +44 (0)20 1628 432 416 | **Avi D. Pelossof Zellermayer, Pelossof & Co.** The Rubenstein House 20 Lincoln Street Tel Aviv 67131 Israel Facsimile: +972 3 6255500 | |

Ladies and Gentlemen,

Reference is made to the Asset Sale Agreement by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., the other entities identified therein as Sellers, GENBAND Inc. and the other Designated Purchasers that became parties thereto, dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

1

Pursuant to Section 2.2.3.1 of the ASA, we hereby deliver the attached Closing Statement. Please contact us if you have any questions.

Sincerely,

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-265-3581

Copies to:

Latham & Watkins LLP
885 Third Avenue
New York, New York
10022
United States
Attention: David S.
Allinson, Esq.
Facsimile: +1-212-751-
4864

Baker Botts LLP
2001 Ross Avenue, Suite
600
Dallas, Texas 75201
Attention: Don J.
McDermett, Jr., Esq.
Curt Anderson, Esq.
Facsimile:+1-214-661-4454
                +1-214-661-
4900

Stikeman Elliott LLP
445 Park Avenue 7th Floor
New York, New York
10022
Attention: Ron Ferguson,
Esq.
Facsimile: +1-212-371-
7087

Nortel Networks Limited
and Nortel Networks Inc.
5270 Sycamore Avenue
Bronx, New York 10471
Attention: Robert Fishman
                Senior
Counsel

Cleary Gottlieb Steen &
Hamilton LLP
One Liberty Plaza
New York, New York
10006
United States
Attention: Laurent Alpert
Facsimile: +1-212-225-
3999

Ogilvy Renault LLP
200 Bay Street
Suite 3800, P.O. Box 84
Royal Bank Plaza, South
Tower
Toronto, Ontario M5J 2Z4
Canada
Attention: Michael Lang
Facsimile: +1-416-216-
3930

Alex Kay / Gareth Roberts
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS
Facsimile: +44 (0) 20 7098
4447

Sandy Shandro
3-4 South Square
Gray's Inn
London
WC1R 5HP
Facsimile: +44 (0)20 7696
9911

Avner Ben-Gera
Hughes Hubbard & Reed
One Battery Park Plaza
New York
NY 10004
Facsimile: (212) 422 -4726

## Closing Statement

All amounts are in United States dollars.

**Closing Adjusted Net Working Capital:**

| | |
|---|---:|
| Closing Inventory Value, plus | $ 13,747,000 |
| Closing Unbilled Accounts Receivable Amount, plus | 21,391,000 |
| Closing Prepaid Expenses Amount, minus | 939,000 |
| Closing Contractual Liabilities Amount, minus | 887,000 |
| Closing Royalty Liability Amount, minus | 148,000 |
| Closing Warranty Provision Amount, minus | 26,295,000 |
| Closing Product Exposures Amount | 416,000 |
| **Closing Adjusted Net Working Capital** | $ 8,331,000 |

**Final Purchase Price:**

| | |
|---|---:|
| Base Purchase Price, plus | $ 282,000,000 |
| The difference, which may be positive or negative, equal to the Closing Adjusted Net Working Capital minus Target Working Capital, minus | (64,669,000) |
| Closing Aggregate EMEA Downwards Adjustment (if any), minus | - |
| Closing Aggregate Downward Adjustment (if any), minus | - |
| Closing Deferred Profit Amount, minus | 70,570,000 |
| Closing Accrued Vacation Amount, minus | 1,730,000 |
| Closing Specified Employee Liabilities Amount, minus | 1,487,000 |
| Closing TFR Amount, minus | 402,000 |
| Closing Excess ARD Employees Amount, minus | - |
| Closing EMEA Holiday Downward Adjustment, minus | 238,000 |
| Closing French Excess ARD Employees Amount, minus | - |
| Closing Pre-Close Employment Payments Amount | - |
| **Final Purchase Price** | $ 142,904,000 |

4