**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.* ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Related to Docket No. _____** |

### ORDER GRANTING MOTION OF GENBAND INC. PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

Upon the motion (the "Motion") of GENBAND Inc. ("GENBAND") for relief from the automatic stay pursuant to Sections 105 and 362(d) of Title 11 of the United States Code, 11 U.S.C. § 101. *et seq.* (the "Bankruptcy Code"), and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") to compel arbitration (the "Arbitration") between Nortel Networks Corporation, Nortel Networks Limited and Nortel Networks Inc. (collectively, "Nortel," and, together with its affiliate filing entities, the "Debtors") and GENBAND pursuant the terms of that certain Asset Sale Agreement, dated as of December 22, 2009, by and among Nortel, GENBAND and the entities identified as sellers therein (the "ASA"); notice having been provided as set forth in the Motion; such notice being adequate under the circumstances; and after due consideration and sufficient cause appearing therefore:

IT IS HEREBY ORDERED:

1. This Motion is GRANTED.

2. The automatic stay of Section 362 of the Bankruptcy Code is hereby lifted to compel the Arbitration.

3. This Order shall be effective immediately and upon entry of same the fourteen

2

(14) day stay as provided for in Bankruptcy Rule 4001(a)(3) shall be, and hereby is, waived without further notice.

Dated: December _____, 2010
      Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE