**Exhibit C**

**Closing Statement**



Shauna Martin
office: 972.265.3890
facsimile: 972.461.7516
shauna.martin@genband.com

September 15, 2010

| | | |
|---|---|---|
| **Nortel Networks Corporation and Nortel Networks Limited**<br>5945 Airport Road, Suite 360<br>Mississauga, Ontario, Canada L4V 1R9<br>Facsimile: +1-905-863-2057<br>Attn: Anna Ventresca,<br>  *General Counsel-Corporate and Corporate Secretary*<br>Attn: Khush Dadyburjor,<br>  *Vice President, Mergers and Acquisitions* | **Nortel Networks Inc.**<br>Legal Department<br>220 Athens Way, Suite 300<br>Nashville, Tennessee, USA 37228<br>Facsimile: +1-615-432-4413<br>Attn: Lynn C. Egan<br>  *Secretary* | **Alan Bloom / Stephen Harris**<br>**Ernst & Young LLP**<br>1 More London Place<br>London<br>SE1 2AF<br>United Kingdom<br>Facsimile: +44 (0)20 7951 1345 |
| **Sharon Rolston / Simon Freemantle**<br>Maidenhead Office Park<br>Westacott Way<br>Maidenhead<br>Berkshire SL6 3QH<br>United Kingdom<br>Facsimile: +44 (0)20 1628 432 416 | Avi D. Pelossof<br>Zellermayer, Pelossof & Co.<br>The Rubenstein House<br>20 Lincoln Street<br>Tel Aviv<br>67131<br>Israel<br>Facsimile: +972 3 6255500 | |

Ladies and Gentlemen,

    Reference is made to the Asset Sale Agreement by and among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc., the other entities identified therein as Sellers, GENBAND Inc. and the other Designated Purchasers that became parties thereto, dated December 22, 2009, as amended from time to time (the "ASA"). Terms used but not defined in this letter have the meanings ascribed to them in the ASA.

1

Pursuant to Section 2.2.3.1 of the ASA, we hereby deliver the attached Closing Statement. Please contact us if you have any questions.

Sincerely,

Shauna Martin, General Counsel
**GENBAND**
3605 E. Plano Pkwy., Suite 100
Plano, Texas 75074
Facsimile: +1-972-265-3581

2

Copies to:

| | | |
|---|---|---|
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>United States<br>Attention: David S. Allinson, Esq.<br>Facsimile: +1-212-751-4864 | Baker Botts LLP<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Attention: Don J. McDermett, Jr., Esq.<br>Curt Anderson, Esq.<br>Facsimile:+1-214-661-4454<br>+1-214-661-4900 | Stikeman Elliott LLP<br>445 Park Avenue 7th Floor<br>New York, New York 10022<br>Attention: Ron Ferguson, Esq.<br>Facsimile: +1-212-371-7087 |
| Nortel Networks Limited and Nortel Networks Inc.<br>5270 Sycamore Avenue<br>Bronx, New York 10471<br>Attention: Robert Fishman<br>Senior Counsel | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>United States<br>Attention: Laurent Alpert<br>Facsimile: +1-212-225-3999 | Ogilvy Renault LLP<br>200 Bay Street<br>Suite 3800, P.O. Box 84<br>Royal Bank Plaza, South Tower<br>Toronto, Ontario M5J 2Z4<br>Canada<br>Attention: Michael Lang<br>Facsimile: +1-416-216-3930 |
| Alex Kay / Gareth Roberts<br>Herbert Smith LLP<br>Exchange House<br>Primrose Street<br>London<br>EC2A 2HS<br>Facsimile: +44 (0) 20 7098 4447 | Sandy Shandro<br>3-4 South Square<br>Gray's Inn<br>London<br>WC1R 5HP<br>Facsimile: +44 (0)20 7696 9911 | Avner Ben-Gera<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York<br>NY 10004<br>Facsimile: (212) 422 -4726 |

## Closing Statement

All amounts are in United States dollars.

### Closing Adjusted Net Working Capital:

| | |
|---|---:|
| Closing Inventory Value, plus | $ 13,747,000 |
| Closing Unbilled Accounts Receivable Amount, plus | 21,391,000 |
| Closing Prepaid Expenses Amount, minus | 939,000 |
| Closing Contractual Liabilities Amount, minus | 887,000 |
| Closing Royalty Liability Amount, minus | 148,000 |
| Closing Warranty Provision Amount, minus | 26,295,000 |
| Closing Product Exposures Amount | 416,000 |
| **Closing Adjusted Net Working Capital** | $ 8,331,000 |

### Final Purchase Price:

| | |
|---|---:|
| Base Purchase Price, plus | $ 282,000,000 |
| The difference, which may be positive or negative, equal to the Closing Adjusted Net Working Capital minus Target Working Capital, minus | (64,669,000) |
| Closing Aggregate EMEA Downwards Adjustment (if any), minus | - |
| Closing Aggregate Downward Adjustment (if any), minus | - |
| Closing Deferred Profit Amount, minus | 70,570,000 |
| Closing Accrued Vacation Amount, minus | 1,730,000 |
| Closing Specified Employee Liabilities Amount, minus | 1,487,000 |
| Closing TFR Amount, minus | 402,000 |
| Closing Excess ARD Employees Amount, minus | - |
| Closing EMEA Holiday Downward Adjustment, minus | 238,000 |
| Closing French Excess ARD Employees Amount, minus | - |
| Closing Pre-Close Employment Payments Amount | - |
| **Final Purchase Price** | $ 142,904,000 |

4