UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTEL NETWORKS INC., et al.,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Case No. 09-10138 (KG) |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 18th day of November, 2010, I caused

a true and correct copy of the following to be served upon counsel on the attached service list in

the manner indicated:

**Motion Of GENBAND Inc. For Entry Of An Order Pursuant
To Section 362(d) Of The Bankruptcy Code Granting Relief
From The Automatic Stay To Compel Arbitration**

Dated: November 18, 2010
       Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
       SLRoss@duanemorris.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: blair.connelly@lw.com
        eli.kay-oliphant@lw.com

*Counsel to GENBAND Inc.*

**NORTEL 2002 SERVICE LIST**

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
Wilmington, DE 19801

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE 19801

Marla R. Eskin, Esq.
Campbell & Levine LLC
800 N King St
Ste 300
Wilmington, DE 19801

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave.
10th Fl
Wilmington, DE 19801

Gregory A. Taylor, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE 19801

Charlene D. Davis, Esq.
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE 19801

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE 19801

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg 17th Fl.
1000 West Street
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market St.
Suite 1800
Wilmington, DE 19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE 19801

Tobey M. Daluz, Esq.
Ballard Spahr
919 Market St
12th Fl
Wilmington, DE 19801

Henry Jaffe, Esq.
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE 19801

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE 19801

Carl N. Kunz, Esq.
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801

William P. Bowden, Esq.
Ashby & Geddes P.A.
500 Delaware Ave
8th Fl
Wilmington, DE 19801

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder
P.A.
1201 N Orange St
Ste 400
Wilmington, DE 19801

John V. Fiorella, Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Maria Aprile Sawczuk, Esq.
Stevens & Lee P.C.
1105 N Market St
7th Fl
Wilmington, DE 19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE 19801

Christopher A. Ward, Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Ste 1101
Wilmington, DE 19801

Joanne B. Wills, Esq.
Klehr Harrison
919 Market St
Ste 1000
Wilmington, DE 19801

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1000 West Street
Suite 1410
Wilmington, DE 19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington , DE 19801

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Ave
13th Fl
Wilmington, DE 19801

Ricardo Palacio, Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

Jeffrey S. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE 19801

Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE 19899-8705

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Stuart M. Brown
Edwards Angell Palmer & dodge
919 N. Market St. Suite 1500
Wilmington, DE 19801

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa Ontario K1A 1K3
CANADA

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Centralized Insolvency Operation
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Seth B. Shapiro, Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington , DC 20044

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Vicente Matias Murrell, Esq.
Stephen D. Schreiber, Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington , DC 20005-4026

Ramona Neal, Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID 83714

Carren B. Shulman, Esq.
Kimberly K. Smith, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Fl
New York, NY 10112

Raniero D'Aversa, Jr., Esq.
Laura D. Metzger, Esq.
Weston T. Eguchi, Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

N. Thodore Zink, Jr., Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Val Mandel, Esq.
Val Mandel P.C.
80 Wall St
Ste 1115
New York, NY 10005

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

Robert J. Rosenberg
Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY 10022-4068

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David H. Botter, Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Rountain Place Ste 3700
Dallas, TX 75202-2799

Carol E. Momjian, Esq.
PA Senior Deputy Atty Gen
21 S 12th St
3rd Fl
Philadelphia, PA 19107-3603

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO 80124

John C. Vigano, Esq.
Patricia J. Fokuo, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

Jill L. Murch, Esq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL 60654-5313

Jeffrey B. Ellman, Esq.
Robbin S. Rahman, Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA 30309

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore , MD 21202

Shawn M. Christianson, Esq.
Buchalter Nemer
333 Market St
25th Fl
San Francisco, CA 94105-2126

James C. Waggoner, Esq.
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR 97201-5630

Nicholas Skiles, Esq.
John A. Wetzel, Esq.
Swartz Campbell LLC
One S. Church St
Ste 400
West Chester, PA 19382

Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

J. Scott Douglass, Esq.
909 Fannin
Ste 1800
Houston, TX 77010

Elizabeth Banda, Esq.
Perdue Brandon Fielder Collin & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX 76013

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

Robert S. McWhorter, Esq.
Nossaman LLP
915 L St
Ste 1000
Sacramento, CA 95814

Hubert H. Kuo, Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Ste 590
Newport Beach, CA 92660

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

Securities & Exchange Commission
100 F Street NE
Washington , DC 20549

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA 70113

Christopher J. Horvay, Esq.
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL 60601

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY 14604

Jennifer Feldsher
Bracewell & Guiliani LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore , MD 21202-1671

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Chicago, IL 60601-6710

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH 43215

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Jennifer Stam
Ogilvy Renault LLP
200 Bay Street Suite 3800
Royal Bank Plaza South Tower
Toronto Ontario  M5J 2Z4
CANADA

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London UK EC2A 2HS
ENGLAND

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Rod Andrerson, Esq.
Noel R. Boeke, Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Jan M. Geht, Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington , DC 20044

Deborah M. Buell, Esq.
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX 78205

Alistar Bambach
SEC NY Regional Office
Bankruptcy Div_Ste 400
3 World Financial Center
New York, NY 10281-1022

Dennis Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Alan Kolod
Christopher J. Caruso
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg P.C.
675 Third Ave
31st Fl
New York, NY 10017

Jeremy E. Crystal, Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

David S. Allinson
Thomas Malone
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY 10022-4068

Kenneth E. Noble, Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

Jonathan L. Howell, Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard St
Dallas, TX 75201-6659

David L. Pollack, Esq.
Jeffrey Meyers, Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

Eric S. Prezant, Esq.
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL 60601

Cullen K. Kuhn, Esq.
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO 63102

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA 30363-1031

Richard M. Kremen, Esq.
Dale K. Cathell, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore , MD 21209

Merle C. Meyers, Esq.
Michele Thompson, Esq.
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA 94104

Rachel S. Budke, Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

Jennifer V. Doran, Esq.
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

David M. Schilli, Esq.
Ty E. Shaffer, Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC 28246

Brian W. Bisignani, Esq.
Post & Schell P.C.
17 N 2nd St
12th Fl
Harrisburg, PA 17101-1601

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave.
New York, NY 10022

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Fl
Dallas, TX 75234

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY 11747

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

Dennis F. Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC 28202

Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ 85016-2115

Robert E. Nies, Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

10

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy & Complaince Unit
625 Cherry Street Room 203
Reading, PA 19602-1184

Office of Unemployment Insurance
Contributions Div.
MD Department of Labor Licensing & Reg.
1100 N. Eutaw Street, Room 401
Litigation Prosecution Unit
Baltimore , MD 21201

Lawrence E. Miller, Esq.
Dewey & LeBoeuf LLP
125 W. 55th Street
New York, NY 10019

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

J. Douglas Bacon
Alice Decker Burke
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

Michael J. Wunder
Fraser Milner Casgrain LLP
1 First Canadian Place - Floor 42
100 King St West
Toronto Ontario  M5X 1B2
CANADA

Sheryl L. Moreau, Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO 65105-0475

Amos U. Priester, IV, Esq.
Anna B. Osterhout, Esq.
Smith Anderson Blount Dorsett
   Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

Laura L. McCloud, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA 19109

Joseph E. Shickich, Jr., Esq.
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA 98154-1192

David A. Rosenzweig, Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Fl
New York, NY 10019

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Ken  Coleman, Esq
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Steven J.  Reisman, Esq.
James V. Drew, Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Marc  Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 4000
Dallas, TX 75201-7332

Robert T. Vance, Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110

Alan S. Kopit, Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH 44114

Dustin P. Branch, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA 90067-3012

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL 36104

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Fl
Orlando, FL 32801

Randall D. Crocker, Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI 53202

Elizabeth  Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX 75201

Scott K. Brown, Esq.
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ 85004

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Fl
Boston, MA 02110

David I. Swan, Esq.
Kenneth M. Misken, Esq.
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA 22102-4215

Stephen K. Dexter, Esq.
Lathrop & Gage LLP
370 17th St
Ste 4650
Denver, CO 80202

Donald K. Ludman, Esq.
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ 08096

Mark G. Ledwin, Esq.
Wilson Elser Moskowitz Edelman & Dicker
LLP
3 Gannett Dr
White Plains, NY 10604

Ann Groninger, Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC 28203

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Deborah B. Waldmeir, Esq.
State of MI Dept of Treasury
3030 W Grand Blvd. Ste. 10-200
Cadillac Place
Detroit, MI 48202

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL 60606

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

Stephen C. Tingey, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84145-0385

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO 80202-5332

David Capozzi, Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington , DC 20036

Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606

13

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington , DC 20036

Ronald  Rowland, Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Hunt Valley, MD 21094

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Hilla Uribe
Richard Chesley
Paul Hastings Janofsky & Walker LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606