UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Jointly Administered<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) Objection Deadline: December 1, 2010 at 4:00 p.m.<br>) Hearing Date: December 8, 2010 at 10:00 a.m. |

### NOTICE OF MOTION OF GENBAND INC. FOR ENTRY OF AN ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMPEL ARBITRATION

**TO:** Counsel for the Debtors, Counsel for the Official Committee of Unsecured Creditors, Office of the United States Trustee and All Parties-in-Interest

**PLEASE TAKE NOTICE THAT** on November 18, 2010, GENBAND Inc. ("Movant") filed the *Motion Of GENBAND Inc. For Entry Of An Order Pursuant To Section 362(d) Of The Bankruptcy Code Granting Relief From The Automatic Stay To Compel Arbitration* (the "Motion"). By and through the Motion, the Movant seeks relief from the automatic stay for the purpose of compelling the commencement of arbitration pursuant to Section 2.2.3.1(c) of the Asset Sale Agreement, dated as of December 22, 2009, by and among Nortel, GENBAND and the entities identified as the sellers therein.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Motion will be held before The Honorable Kevin Gross on **December 8, 2010 at 10:00 a.m. (ET)** at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Local Rules, responses or objections to the Motion, if any, are required to be filed (with the supporting documentation required by Local Rule 4001-1(d)) and served on counsel to the Movant on or before **December 1, 2010 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiqll.com/nortel.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 18, 2010
       Wilmington, Delaware

Respectfully submitted,

/s/ *Michael R. Lastowski*
Michael R. Lastowski (No.3892)
Sommer L. Ross (No. 4598)
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901
Email: MLastoswki@duanemorris.com
      SLRoss@duanemorris.com

-and-

Blair Connelly
Eli J. Kay-Oliphant
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1200
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: blair.connelly@lw.com
      eli.kay-oliphant@lw.com

*Counsel to GENBAND Inc.*