**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2010, I served a copy of the foregoing REPLY OF THE AFFILIATES OF VERIZON COMMUNICATIONS INC. IN SUPPORT OF THEIR MOTION FOR (A) MODIFICATION OF THE AUTOMATIC STAY; (B) DETERMINATION OF VERIZON'S PRE-PETITION RIGHTS OF SETOFF; AND (C) AN ORDER REQUIRING VERIZON'S SETOFF RIGHTS TO BE EFFECTUATED AND SATISFIED BY DEBTOR NORTEL NETWORKS, INC. by First Class Mail, and by facsimile as and where indicated below, addressed as follows:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Morris, Nichols, Arsht & Tunnell LLP |
| Attn: James L. Bromley, Esq. | Attn: Derek C. Abbott, Esq. |
| Lisa M. Schweitzer, Esq. | Eric D. Schwartz, Esq. |
| Deborah M Buell, Esq. | Ann C. Cordo, Esq. |
| Neil Forrest, Esq. | Andrew R. Remming, Esq. |
| One Liberty Plaza | 1201 North Market Street |
| New York, NY 10006 | Wilmington, DE 19801 |
| Fax: (212) 225-3999 | Fax: (302) 658-3989 |

/s/ Kathleen M. Miller
Kathleen M. Miller